# EXHIBIT 77



**Exhibit 26**
Conroy, D.
02/21/22
@ptus

**Subject:** Re: iPhone cuts
**From:** "Donal Conroy" <███████@apple.com>
**Received(Date):** Wed, 07 Nov 2018 18:00:44 +0000
**To:** "Tony Blevins" <██████@apple.com>
**Cc:** "Daniel Rosckes" <███████@apple.com>
**Date:** Wed, 07 Nov 2018 18:00:44 +0000

ahh..

i will go back thru the timeline. We definitely had some concerns based on pre orders ..but the wheels fell off on Friday 26th ..which was launch day. Question is did we give good range advice to Jeff walking in on the 25th …I will come back on that

D

> On Nov 7, 2018, at 9:03 AM, Tony Blevins <███████@apple.com> wrote:
>
> Thx, it was 530p on 25th.
>
> Sent from my iPhone
>
>> On Nov 7, 2018, at 8:58 AM, Donal Conroy <████████@apple.com> wrote:
>>
>> yeah ..that's fair   …I need to look at the timing of the feedback I gave jeff and when we saw demand on launch day  …can you confirm what date Jeff met Intel and I can work back from there and see if we should have given better advice?
>>
>>
>> D
>>
>>
>>> On Nov 7, 2018, at 8:49 AM, Tony Blevins <███████@apple.com> wrote:
>>>
>>> Thanks Donal (shorter cc this time).
>>>
>>> Yes, you confirmed what I thought.  My guess is that we knew within Apple that major cuts were coming but there were not yet reviewed/approved by the right folks.  In the meantime, we went out to CEO level at both TSMC and Intel and raised hell over supply allocation.  If we knew what was probably imminent, we would have played it much differently.  Even worse, we put Jeff in front of Intel's CEO where he took a strong position on our behalf.   I'd like to learn something from this and do it differently next time.  Thx, Tony
>>>
>>>> On Nov 6, 2018, at 6:32 PM, Donal Conroy <████████@apple.com> wrote:
>>>>

                                                            APL-SECLIT_00643905

>>>> happy  to …
>>>>
>>>> For background we took the forecast to marketing   — got and incorporated their view - ..then had a meeting with Jeff, Phil & Tim to align on the planning volumes. Clearly that sounds like a whole lot of defensive crap and does not help you with the problem we caused but I wanted you to know the process. Obviously it looks like we have got Xr way wrong . I would recommend pushing out a post mortem until Q2 when we >>>>
>>>> 1) see what happens to Xr a little more
>>>> 2) Understand the why  — currently we understand the trends ..not the why
>>>>
>>>> Make sense?
>>>>
>>>> D
>>>>
>>>>
>>>>
>>>>
>>>>
>>>>> On Nov 6, 2018, at 5:52 PM, Tony Blevins < ▓▓▓▓ @apple.com> wrote:
>>>>>
>>>>> Hi Donal, prior to the recent iPhone cuts we made quite a spectacle of ourselves attempting to expedite supply with TSMC, IMC, & others despite them telling us that their commits should cover Apple's needs based on their own internal analysis.
>>>>>
>>>>> Would it be worthwhile for us to do a post-mortem and see if there is a way that we can be better in synch going forward ?  I'm concerned  that if we damage our credibility then we will have a harder time getting suppliers to react to accurate signal in the future.
>>>>>
>>>>> Thx,
>>>>> Tony
>>>>
>>>
>>

# EXHIBIT 78

**Exhibit 7**
Joswiak, G.
03/15/22
*aptus*

| | |
|---:|:---|
| **Subject:** | Re: Latest Forecast Assumptions and XR Run-Chart |
| **From:** | "Kevan Parekh" <███████@apple.com> |
| **Received(Date):** | Thu, 08 Nov 2018 22:03:42 +0000 |
| **To:** | "Gregory Joswiak" <███@apple.com> |
| **Cc:** | "Alex Roman" <██████████@apple.com>,"Kaiann Drance" <█████@apple.com> |
| **Attachment:** | PastedGraphic-32.png |
| **Date:** | Thu, 08 Nov 2018 22:03:42 +0000 |

One more thought about trying to "kink" the curve…..

If we just take a simple view of how many 8/8+ we did last year and the gap we currently have per week based on the latest 11.3M forecast, every week we can close that gap is meaningful. i.e. if all of the marketing actions (and sales / marketing actions with partners) could get us to a holiday run-rate similar to what we have seen below even in the last 3 weeks, that would be almost 3M units…..we are currently about 3M units short of getting to our low guidance case. Obviously 3M can also be made up by also just increasing the run-rate over the next several weeks…..

Below is the current weekly UB comparison for just 8/8+ and XR starting next week with the variance and cumulative variance below. I really believe we still have time to influence this.

.

Kevan Parekh  |  Apple Inc.  |  office: ████████  |  iPhone: ████████  |  ████@apple.com

On Nov 8, 2018, at 9:11 AM, Greg Joswiak <████@apple.com> wrote:

This is super helpful.  Thank you

On Nov 8, 2018, at 9:01 AM, Kevan Parekh <███████@apple.com> wrote:

Joz,
Here are some of the latest views of the forecast. The first two sections are the overall quarter summary (original guidance forecast and revisions) as well as a run-chart view on XR comparative to other launches. We'll follow-up with a FY view of the same and the N-2/3 unit view over time. NOTE: Tim has not seen the revisions to the forecast; The way we are going to approach tomorrow with him is to say our normal extrap would suggest a forecast in line with below before taking into considerations any marketing or sales actions (the former is harder to quantify; we are working on the latter).

The real question is how much we can influence / "kink" the holiday curves with marketing / sales actions versus what we have seen historically. This would imply a great level of conversion from physical traffic over the holiday season could happen if people need to really see the product before they buy (and wouldn't go out to get the product before they naturally go

shopping - this is something we have no basis to model). We do know that holiday spending is perishable so we need to give it our best shot to amp up awareness before that starts…..

KP

# 1) Original forecast tied to guidance:

- Just for perspective, the original XR (constrained) forecast was ~18M - 20M UB with an unconstrained forecast that was higher (the key assumptions were an improvement in upgrade rate and new-to; More on that below)

<PastedGraphic-26.png>

# 2) The revisions to the forecast this week are likely to be as follows:

- I don't love some of the extras assumptions on using the 8+ high capacity curve for XS/XS Max as the buyer compositions are a bit different but the team has no other basis to come with a forward run-rate view

Overall, **we are coming down (-3.6M) to 61.0M, (-14%) YoY** driven by (-3,854K) Hero softness across XS/Max/XR partially offset by +232K Sustaining upside for incremental DG actions across 6s/7/7+. By category the major forecast changes are:

• **Hero down (-3,854K) WoW**

    * iPXS Max down (-414K): Aligning to the Y-1 iP8+ 256GB seasonality with exception of G. China due to Y-1 seasonality not being reliable for W5-6 and S. Korea/S. Asia where we've lined up to the Geo for launch wave timing assumptions. The YoY growth rates have decelerated in the past two weeks following this high memory curve indicating the launch curve is eroding faster than before due to high ASPs and multi-LOB customer composition.

    * iPXS down (-189K): Aligning to the Y-1 iP8+ all capacity seasonality with the same country exceptions as above.  Similarly, YoY growth rates are decelerating presumably for the same reasons as XS Max.

    * XR down (-3,251K): The Guidance forecast required UBs to grow from 1.2M in W6 to 1.3M in W7.  WTD UBs are trending between 0.9-1.0M which is down from 1.1M in W7.  This softness is being rolled forward through W13 using Y-1 iP8 64GB seasonality picking the highest elasticity product for holiday gifting. From a Pan-Geo perspective, this sets the XR forecast at 11.3M vs 13.2M in the P&L Low forecast.

• **Mid down (-93K) WoW**

APL-SECLIT_00173078

* <u>iPX down (-100K)</u> - Pulling in US softness in RR performance and removing upside for Taiwan DG assumptions post-11.11 as the partner declined the deal.  This is partially offset by incremental DG for KSA in IMMEA.

  • **Entry up +325K WoW**

    * <u>iP7+ up +43K</u> - Upside for DG actions in GC.

    * <u>iP7 up +111K</u> - Upside for DG actions across the US, GC, and North Asia.

    * <u>iP6s+ up +169K</u> - Upside for DG actions in GC and WE.

    Here is the detail of the revisions by Geo / Product

    <PastedGraphic-12.png>

    3) Q1 Run-chart view of XR forecast versus prior launches
    - With the forecast revisions above, we are now on the grey dashed line (11.3M) with downside risk
    Note: SDM has a range of 10.0M to 11.7M, (-2.9M to -4.6M vs Guidance likely)
    - The interesting thing is that this assume we get no offsets anywhere else in the line-up (customers aren't buying 8/8+ or up to the Xs/Xs Max)
    - If the new ID is a friction point, then why isn't the 8/8+ a great value for 6/6s gen buyers?

    <PastedGraphic-29.png>

Kevan Parekh  |  Apple Inc.  |  office: ███████  |  iPhone: ████████  |
████@apple.com

APL-SECLIT_00173079

# iPhone XR v. 8/8+ LY W7-13 (Pan-GEO)

|  | W7 | W8 | W9 | W10 | W11 | W12 | W13 | W7-13 |
|---|---|---|---|---|---|---|---|---|
| Current Likely XR | 1.1 | 1.2 | 1.1 | 1.0 | 1.2 | 1.2 | 1.5 | 8.2 |
| 8/8+ LY | 2.3 | 2.2 | 1.9 | 1.8 | 1.9 | 2.2 | 2.7 | 15.2 |
| v. | 1.1 | 1.0 | 0.9 | 0.8 | 0.8 | 1.0 | 1.2 |  |
| Cumulative |  | 2.2 | 3.1 | 3.9 | 4.7 | 5.7 | 6.9 |  |

APL-SECLIT_00173080

# EXHIBIT 79

November 12, 2018 | Equity Research

Exhibit 24
Balasubramaniam, P.
02/07/22
@ptus



# Apple Inc.

## AAPL: Lumentum Cuts Revenue Outlook by 17%+ (Midpoint) on Apple Order Cuts

**Market Perform/$210**

IT Hardware & Communications Networking
Market Weight

**Company Note**

- **News:** Apple shares are under pressure this morning (11/12) following a negative preannouncement by key supplier, Lumentum (LITE). Lumentum is a provider of 3D sensing solutions (VCSELs and edge emitting lasers) for mobile devices – most notably Apple's iPhone. Lumentum has disclosed that Apple accounted for ~30% of total revenue in the company's recent FY ending June 2018. We would also note that Lumentum's 10-Q disclosures highlight that *Customer A* (presumably Apple) accounted for 30.5% of total revenue in the September quarter – compared to 19.4% and 16.3% of total revenue in the prior and year ago quarters, respectively. *Customer A* accounted for 49.8% of Lumentum's December 2017 quarter revenue.

- Lumentum's preannouncement notes that the company has "...recently received a request from one of our largest Industrial and Consumer customers for laser diodes for 3D sensing to materially reduce shipments to them during our fiscal second quarter for previously placed orders that were originally scheduled for delivery during the quarter." The company has updated its F2Q19 revenue guide from $405-$430M to $335-$355M – **a 17%+ reduction at the guide midpoint. We think investors could consider Lumentum's updated guide as reflecting as much as a 30% cut in Apple orders.** Lumentum is scheduled to present at an investor conference today (11/12) at 12pm PT. As a reminder, Lumentum had reported its F1Q19 results and provided a F2Q19 outlook on November 1st.

| EPS | 2018A | 2019E | | 2020E | |
|---|---|---|---|---|---|
| | | Curr. | Prior | Curr. | Prior |
| Q1 (Dec.) | 3.89 | 4.77 | NC | 5.30 | NC |
| Q2 (Mar.) | 2.73 | 3.00 | NC | 3.14 | NC |
| Q3 (June) | 2.34 | 2.62 | NC | 2.91 | NC |
| Q4 (Sep.) | 2.91 | 3.13 | NC | 3.32 | NC |
| FY | 11.87 | 13.52 | NC | 14.68 | NC |
| CY | 12.75 | 14.05 | | 15.07 | |
| FY P/EPS | 17.2x | 15.1x | | 13.9x | |
| Rev.(MM) | 265,595 | 277,351 | | 283,749 | |

Source: Company Data, Wells Fargo Securities, LLC estimates and Reuters
NA = Not Available, NC = No Change, NE = No Estimate, NM = Not Meaningful
V = Volatile

| Ticker | AAPL |
|---|---|
| Price Target/Prior: | $210/NC |
| Price (11/09/2018) | $204.47 |
| 52-Week Range: | $150-234 |
| Shares Outstanding: (MM) | 4,926.0 |
| Market Cap.: (MM) | $1,007,219.2 |
| S&P 500: | 2,781.01 |
| Avg. Daily Vol.: | 39,485,900 |
| Dividend/Yield: | $2.92/1.4% |
| LT Debt: (MM) | $93,735.0 |
| LT Debt/Total Cap.: | 10.9% |
| ROE: | NE |
| 3-5 Yr. Est. Growth Rate: | 10.0% |
| CY 2018 Est. P/EPS-to-Growth: | 1.6x |
| Last Reporting Date: | 11/01/2018 |
| | After Close |

NC = No Change
Source: Company Data, Wells Fargo Securities, LLC estimates, and Reuters

**Aaron Rakers, CFA**
Senior Analyst|314-875-2508
aaron.rakers@wellsfargo.com

**Joe Quatrochi, CFA**
Associate Analyst|314-875-2055
joe.quatrochi@wellsfargo.com

**Jake Wilhelm, CPA**
Associate Analyst|314-875-2502
jake.wilhelm@wellsfargo.com

**Please see page 3 for rating definitions, important disclosures and required analyst certifications. All estimates/forecasts are as of 11/12/18 unless otherwise stated. 11/12/18 09:02:01 ET**

Wells Fargo Securities, LLC and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

Together we'll go far



## Price Target

Price Target: $210 from NC

Our $210 price target reflects 10.3x EV/EBITDA C2020 estimates. Risks include: (1) Reinventing product momentum - can Apple sustain current level of product innovation? (2) Emerging competition (especially in emerging markets); (3) impact of higher component pricing; (4) Slowdown in Chinese growth impacting expanding operations in the country; (5) Legal disputes; and (6) Execution missteps.

## Investment Thesis

We rate Apple at Market Perform as we think investors will continually question What's Next in the Apple story given: (1) a maturing smartphone market is elongating refresh cycles / slowing customer upgrade rates (2) Continued momentum of Apple's Services business is a positive and is a long-term gross margin positive, but we do not believe is enough to drive the stock (3) ongoing capital return (share repo + dividend) remains a positive.

## Company Description

Apple designs, manufactures and markets personal computers and other personal computing, mobile communication, and wearable devices. The company also operates a digital music store through its iTunes application and offers a large variety of downloadable applications for its devices through the App Store. Apple also features its own operating systems, including iOS, WatchOS, TVOS, and Mac OS X, for use in its products. The company sells its products through its online store, growing retail locations, direct sales force, and 3rd party cellular network carriers to a variety of end markets including consumer, small and medium-sized businesses, education, enterprise, government and creative markets. The company was founded in 1976 and is headquartered in Cupertino, CA.

WF000119 .0001

Apple Inc.                                                                Equity Research

## Required Disclosures



**Apple Inc. (AAPL) 3-yr. Price Performance**

| | Date | Published Price ($) | Rating Code | Price Target | Val. Rng. Low | Val. Rng. High | Close Price ($) |
|---|---|---|---|---|---|---|---|
| | 11/10/2015 | | Um | | | | |
| | 11/10/2015 | NA | 1 | NE | 125.00 | 135.00 | 116.77 |
| ● | 1/5/2016 | 102.71 | 1 | NE | 120.00 | 130.00 | 102.71 |
| ● | 7/18/2016 | 99.83 | 1 | NE | 115.00 | 125.00 | 99.83 |
| ▼● | 9/8/2016 | 108.36 | 2 | NE | 105.00 | 120.00 | 105.52 |
| | 2/2/2017 | 128.75 | 2 | NE | 110.00 | 125.00 | 128.53 |
| | 3/21/2017 | 141.51 | 2 | NE | 135.00 | 145.00 | 139.84 |
| ● | 8/1/2017 | 150.05 | 2 | 150 | NE | NE | 150.05 |
| | 8/21/2017 | | Hausner | | | | |
| ◆● | 8/21/2017 | 157.21 | SR | NE | NE | NE | 157.21 |
| ■ | 11/14/2017 | | Rakers | | | | |
| ◆● | 11/14/2017 | 171.48 | 2 | 195 | NE | NE | 171.34 |
| ● | 7/31/2018 | 190.29 | 2 | 210 | NE | NE | 190.29 |

Source: Wells Fargo Securities, LLC estimates and Reuters data

**Symbol Key**
▼ Rating Downgrade
▲ Rating Upgrade
● Price Target/Val Range Change
◆ Initiation, Resumption, Drop or Suspend
■ Analyst Change
□ Split Adjustment

**Rating Code Key**
1 Outperform/Buy
2 Market Perform/Hold
3 Underperform/Sell
SR Suspended
NR Not Rated
NE No Estimate

### Additional Information Available Upon Request

I certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and
2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

▪ Wells Fargo Securities, LLC and/or its affiliates, have beneficial ownership of 0.5% or more of any class of the common stock of Apple Inc..
▪ Apple Inc. currently is, or during the 12 month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided investment banking services to Apple Inc..

WF000119 .0002

- Wells Fargo Securities, LLC or its affiliates received compensation for investment banking services from Apple Inc. in the past 12 months.
- Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from Apple Inc. in the next three months.
- Wells Fargo Securities, LLC maintains a market in the common stock of Apple Inc..
- A member of Research Management currently has a long position in the securities of Apple Inc..
- Wells Fargo Securities, LLC or its affiliates has a significant financial interest in Apple Inc..

**AAPL:** Risks include: (1) Reinventing product momentum - can Apple sustain current level of product innovation? (2) Emerging competition (especially in emerging markets); (3) impact of higher component pricing; (4) Slowdown in Chinese growth impacting expanding operations in the country; (5) Legal disputes; and (6) Execution missteps.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

**STOCK RATING**
**1=Outperform:** The stock appears attractively valued, and we believe the stock's total return will exceed that of the market over the next 12 months. BUY
**2=Market Perform:** The stock appears appropriately valued, and we believe the stock's total return will be in line with the market over the next 12 months. HOLD
**3=Underperform:** The stock appears overvalued, and we believe the stock's total return will be below the market over the next 12 months. SELL

**SECTOR RATING**
**O=Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.
**M=Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.
**U=Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.

**VOLATILITY RATING**
**V =** A stock is defined as volatile if the stock price has fluctuated by +/-20% or greater in at least 8 of the past 24 months or if the analyst expects significant volatility. All IPO stocks are automatically rated volatile within the first 24 months of trading.

As of: November 12, 2018

| | |
|---|---|
| 49% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Outperform. | Wells Fargo Securities, LLC has provided investment banking services for 41% of its Equity Research Outperform-rated companies. |
| 49% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Market Perform. | Wells Fargo Securities, LLC has provided investment banking services for 29% of its Equity Research Market Perform-rated companies. |
| 2% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underperform. | Wells Fargo Securities, LLC has provided investment banking services for 19% of its Equity Research Underperform-rated companies. |

**Important Disclosure for U.S. Clients**
This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities and Structured Asset Investors, LLC ("SAI"), a subsidiary of Wells Fargo & Co. and an investment adviser registered with the SEC.   If research payments are made separately from commission payments, this report is being provided by SAI.  For all other recipients in the U.S. this report is being provided by Wells Fargo Securities.

**Important Disclosure for International Clients**
**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a U.K. incorporated investment firm authorized and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 ("the Act"), the content of this report has been approved by WFSIL, an authorized person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC is exempt from the requirements to hold an Australian financial services license in respect of the financial services it provides to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under U.S. laws which differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC in the course of providing the financial services will be prepared in accordance with the laws of the United States and not Australian laws.

WF000119 .0003

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**Hong Kong** – This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission of Hong Kong ("SFC") to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 of The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO).  The author or authors of this report may or may not be licensed by the SFC.  Professional investors who receive this report should direct any queries regarding its contents to Mark Jones at WFSAL (email: wfsalresearch@wellsfargo.com ).

**Japan** – This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts.  This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies.   These group companies may include Moody's Investors Services Inc., Standard & Poor's Rating Services and/or Fitch Ratings.  Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

WF000119 .0004

**About Wells Fargo Securities**
Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in this report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information or if they wish to effect transactions in the securities discussed in this report. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at this time, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities and SAI research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Additional distribution may be done by sales personnel via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors.  Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein.  The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. For research or other data available on a particular security, please contact your sales representative or go to http://www.wellsfargoresearch.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC and Wells Fargo Securities International Limited is a separate legal entity and distinct from affiliated banks. Copyright © 2018 Wells Fargo Securities, LLC.

| SECURITIES: NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE |
| --- |

WF000119 .0005

# EXHIBIT 80



# Huawei: Competitive Analysis
iPhone (XS, XS Max, XR)

October 30, 2018

WWPM Finance & Business Management                                    1                              Apple Confidential-Internal Use Only

Highly Confidential

APL-SECLIT_00199499

# Huawei Mate 20 Series Launch

## Background

- Huawei introduced their Hero products, Mate 20 Series earlier in October
  - Mate 20 Series complements their P20 Series, together making up their Hero line-up

- Four Products released: Mate 20, Mate 20 X, Mate 20 Pro, and Mate 20 RS Porsche Design
  - All four have triple cameras, new 7nm processor and over 4000 mAH battery

- Mate 20: Entry in Hero Lineup that has a 6.5 inch LCD w/ small "Teardrop" Notch, but only "splash" resistant; 2D face identification

- Mate 20 X: Larger version of Mate 20 with a 7.2 inch OLED screen and better camera

- Mate 20 Pro: Notch similar to  to enable 3D face identification; top-of-the-end triple camera, higher memory (6GB+) and IP68 water resistant

- Mate 20 RS Porsche Design: Specs similar to Mate 20 Pro, but designed by Porsche; has leather / aluminum back using a larger bezel vs. notch; higher NAND (512GB)

- Availability:
  - All products to be made available in China
  - All except Mate 20 X introduced in Germany (Eurozone)
  - Only Mate 20 Pro announced in UK, Canada and Australia

Highly Confidential

APL-SECLIT_00199500



## Comparison of Hero:  vs Huawei

| | N84 | D32 | D33 | Huawei Mate 20 | Huawei Mate 20 X | Huawei Mate 20 Pro | Huawei Mate Porsche RS | Huawei P20 | Huawei P20 Pro |
|---|---|---|---|---|---|---|---|---|---|
| Price USD | $749 | $999 | $1099 | | | | | $585 | $745 |
| EUR | €849 | €1149 | €1249 | €799 | €899 | €1049 | €2095 | €569 | €747 |
| RMB | CN¥6499 | CN¥8699 | CN¥9599 | CN¥4499 | CN¥4999 | CN¥5399 | CN¥12999 | CN¥3788 | CN¥4988 |
| Display | 6" Liquid Retina HD 1792 x 828; 326 ppi | 5.8" Super Retina 2436 x 1125; 458 ppi | 6.5" Super Retina 2688 x 1242; 458 ppi | **6.5" LCD w/ "Dewdrop Notch" 2244 x 1080** | **7.2" OLED w/ "Dewdrop Notch" 2244 x 1080** | **6.4" OLED w/ Notch 3120 X 1440** | **6.4" OLED No Notch (large top bezel) 3120 X 1440** | 5.8" FHD "FullView" LCD 2244 x 1080; 428 ppi | 6.1" FHD OLED 2240 x 1080; 408 ppi |
| Material | Glass & aluminum | Glass & stainless steel | Glass & stainless steel | Glass & aluminum | Glass & aluminum | Glass & aluminum | Glass & aluminum / Leather | Glass & aluminum | Glass & aluminum |
| Chipset | A12 Bionic LTE Cat-15 800 Mbps | A12 Bionic LTE Cat-16 979 Mbps | A12 Bionic LTE Cat-16 979 Mbps | Huawei Kirin 980 (**7nm**) LTE Cat-21 1400 Mbps | Huawei Kirin 980 (**7nm**) LTE Cat-21 1400 Mbps | Huawei Kirin 980 (**7nm**) LTE Cat-21 1400 Mbps | Huawei Kirin 980 (**7nm**) LTE Cat-21 1400 Mbps | Huawei Kirin 970 LTE Cat-18 1200 Mbps | Huawei Kirin 970 LTE Cat-18 1200 Mbps |
| Cameras | Main: 12MP f/1.8 (OIS) Front: 7MP f/2.2 TrueDepth camera Video: 4K @ 60fps, 1080p @ 60fps | Main: 12MP f/1.8 + 12MP f/2.4 (Dual OIS) 2X optical zoom Front: 7MP f/2.2 TrueDepth camera Video: 4K @ 60fps, 1080p @ 60fps | Main: 12MP f/1.8 + 12MP f/2.4 (Dual OIS) 2X optical zoom Front: 7MP f/2.2 TrueDepth camera Video: 4K @ 60fps, 1080p @ 60fps | Main: Triple-camera - **16MP f/1.8 + 12MP** f/2.2 + 8MP f/2.4 (Single OIS) Front: 24MP f/2.0 Video: 2160p @ 30fps, 1080p @ 30/60fps | Main: Triple-camera - **40MP f/1.8 + 20MP** f/2.2 + 8MP f/2.4 (Single OIS) Front: 24MP f/2.0 Video: 2160p @ 30fps, 1080p @ 30/60fps | Main: Triple-camera - **40MP f/1.8 + 20MP** f/2.2 + 8MP f/2.4 (Single OIS) Front: 24MP f/2.0 Video: 2160p @ 30fps, 1080p @ 30/60fps | Main: Triple-camera - **40MP f/1.8 + 20MP** f/2.2 + 8MP f/2.4 (Single OIS) Front: 24MP f/2.0 Video: 2160p @ 30fps, 1080p @ 30/60fps | Main: 20MP f/1.6 + 12MP f/1.8 Front: 24MP f/2.0 Video: 2160p @ 30fps, 1080p @ 30/60fps Super slo-mo (960fps) | Main: Triple-camera - 40MP f/1.8 + 20MP f/1.6 + 8MP f/2.4 (Single OIS) Front: 24MP f/2.0 Video: 2160p @ 30fps, 1080p @ 30/60fps Super slo-mo (960 fps) |
| Storage | 64GB/128GB/256GB | 64GB/256GB/512GB | 64GB/256GB/512GB | 64GB (only in China)/ 128GB | 64GB (only in China)/ 128GB | 64GB (only in China)/ 128GB / 256GB (only in China) | **256GB 512GB** | 64GB/128GB | 64GB/128GB/256GB |
| Charging & Battery | Wireless charging Fast charging 2942 mAh 11.2Wh | Wireless charging Fast charging 2658 mAh 10.13 Wh | Wireless charging Fast charging 3174 mAh 12.1 Wh | Fast charging 4000 mAh 14.9Wh | Fast charging **5000 mAh** [15Wh+] | Fast charging **4200 mAh** [15Wh+] | Fast charging **4200 mAh** [15Wh+] | Fast charging 3400 mAh 12.7Wh | Fast charging 4000 mAh 14.9 Wh |
| Other | IP67 (1m for 30min) 3GB RAM Dual-SIM Face ID | IP68 (2m for 30min) 4GB RAM Dual-SIM Face ID | IP68 (2m for 30min) 4GB RAM Dual-SIM Face ID | **IP53** 4GB/6GB RAM Dual-SIM 2D face scan **Fingerprint "rear facing"scan** | **IP53** 4GB/6GB RAM Dual-SIM 2D face scan **Fingerprint "rear facing"scan** | **IP68** 6GB/ 8GB RAM Dual-SIM **3D face scan Fingerprint "On-screen" scan** | **IP68** 8GB RAM Dual-SIM **3D face scan Fingerprint "On-screen" scan Designed by Porsche** | IP53 6GB RAM Dual-SIM 2D face scan Fingerprint scan | IP67 6GB RAM Dual-SIM 2D face scan Fingerprint scan |

** Preliminary Pricing based on 8/6 Spot rate, pending IPC Approval*

WWPM Finance & Business Management 3 Apple Confidential–Internal Use Only

Price listed is for the lowest storage version for each model

Local CN¥ prices taken from JD.com
Exchange rate used: CN¥1 = $0.15

**Giveaways:**

- Samsung S9/S9+:
  (1) Free, unlimited storage on Google Photos
  (2) Memory card (matching in-built capacity of handset, e.g. 64GB memory card on 64GB handset)
- Google:
  (1) Pixel 2/Pixel 2 XL offering free, unlimited online storage for photos & videos taken with Pixel 2 until 2020 and free, unlimited storage for photos taken with Pixel 2/Pixel 2 XL afterward

## Pricing: iPhone vs. Mate 20

| | N84 64GB | D32 64GB | D33 64GB | Mate 20 128GB | Mate 20 X 128GB | Mate 20 Pro 128GB | Mate RS Porsche 512GB | P20 128GB | P20 Pro 128GB |
|---|---|---|---|---|---|---|---|---|---|
| **USA** vs N84 | **$749** | **$999** | **$1,099** | na | na | na | na | na | na |
| China vs N84 | CN¥6,499 -31% | CN¥8,699 | CN¥9,599 | CN¥4,499 -31% | CN¥4,999 -23% | CN¥5,399 -17% | CN¥12,999 100% | CN¥3,788 -42% | CN¥4,988 -23% |
| Germany (Euro) vs N84 | €849 | €1,149 | €1,249 | €799 -6% | €899 6% | €1049 24% | €2095 147% | €649 -24% | €899 6% |
| UK vs N84 | £749 | £999 | £1,099 | | | £899 20% | | £599 -20% | £799 7% |
| Canada vs N84 | CA$1,029 | CA$1,379 | CA$1,519 | | | CA$1,199 17% | | CA$791 -23% | CA$1,130 10% |
| Australia vs N84 | A$1,199 | A$1,599 | A$1,749 | A$1,099 -8% | | A$1,599 33% | | A$838 -30% | A$1,068 -11% |
| Japan vs N84 | ¥84,800 | ¥112,800 | ¥124,800 | To be announced | | | | ¥65,135 -23% | ¥88,215 4% |

Highly Confidential

APL-SECLIT_00199502

## Key Takeaways from Pricing Comparison

Aggressive pricing in China

- In China, Mate 20, Mate 20 X and Mate 20 Pro are all priced below iPhone XR Price
  - In most other countries, Mate 20 pricing similar to iPhone XR and Mate 20 Pro similar to iPhone XS
- When compared to  products, Mate 20 Series is priced 25-40% cheaper in China vs. Europe
  - Could be driven by very low channel margins in China (similar to  in US)
  - In addition, could be driven by much larger channel margins in Europe
- In China, NAND step-up pricing is similar to 
  - 64GB to 128GB: ~$70 (CN¥ 500)
  - Only 128GB option is available in most other countries
- Pricing convention different from their P20 Pricing and consistent with 's recent change; Mate 20 Series pricing all end with ..99

Highly Confidential

APL-SECLIT_00199503



TM and © 2021 Apple Inc. All rights reserved.

Highly Confidential

# EXHIBIT 81



**Exhibit 17**

**Blake, M.**
03/04/22
*@ptus*

## Subject: Earnings Q & A Prep Conf Call

**organizer:**  Luca Maestri

**location:**  Dial In Numbers in Notes - Luca to be Host

**from:**  Tue, 01 Jan 2019 14:00:00 +0000

**to:**  Tue, 01 Jan 2019 15:00:00 +0000

**attendees:**
| | |
|---|---|
| Donal Conroy<████████@apple.com> | accepted |
| Kate Adams<████████@apple.com> | accepted |
| Kevan Parekh<██████@apple.com> | unknown |
| Luca Maestri<██████@apple.com> | accepted |
| Matt Blake<mattblake@apple.com> | accepted |
| Nancy Paxton<paxton1@apple.com> | accepted |
| Sam Whittington<████████@apple.com> | accepted |
| Saori Casey<█████@apple.com> | accepted |
| Steve Dowling<██████@apple.com> | accepted |
| Tim Cook<tcook@apple.com> | accepted |

**uid:**  FC7D093F-CEF2-48C9-BCE9-A4E6B17812C6

**note:**  US / Canada Toll Free:
████████

US Direct / Int'l:
████████

Participant Code:
████████

Host Code:
████████
• • • LUCA WILL ENTER • • •

Highly Confidential

# EXHIBIT 82

|  |  |
|---|---|
| **Subject:** | Re: Apple Faces `Informal Boycott' From China Consumers, BAML Says - Bloomberg |
| **From:** | "Greg Joswiak" <███@apple.com> |
| **Received(Date):** | Wed, 09 Jan 2019 15:16:05 +0000 |
| **To:** | yeewee <███@apple.com> |
| **Date:** | Wed, 09 Jan 2019 15:16:05 +0000 |

Thank you for the quick follow-up.

Joz

On Jan 8, 2019, at 4:31 PM, yeewee <███@apple.com> wrote:

The headline is sensational.

I don't believe there is any organized effort, formal or otherwise, to get Chinese consumers to boycott American or Apple.

Some weeks back, when the CFO of Huawei was detained in Canada at the request of US DOJ, there were a handful of calls to boycott Apple. There was even one single protestor who stood outside one of our stores with a sign. But these are isolated and small incidents. Response in established and state news media has been objectives and muted - ███████████████ ████████████

There are the occasional sprinkling of individuals on social media calling for more nationalism and pride, ie choosing Huawei over Apple, but again, these aren't the norm. Even media have come out and said not to use nationalism in these matters. I don't discount the possibility of Huawei organizing some "black PR" around this topic, but i don't have proof.

Against a backdrop of a softer economy and a more pessimistic view of the future, I do think upgraders consider choices like Huawei and Xiaomi to be more value for money, especially if they don't see major reasons and new innovation in the iPhone. There is a feeling that a flagship Huawei device at less than half the price of an iPhone XS Max, is good enough or just as good.

On Jan 8, 2019, at 11:53 PM, Greg Joswiak <███@apple.com> wrote:

YeeWeek,
Is there any truth to this?

Joz

https://www.bloomberg.com/news/articles/2019-01-08/sliding-iphone-sales-a-bad-apple-as-broad-china-growth-indicator

**Exhibit 0014**

Oded Shenkar

# Apple Faces 'Informal Boycott' From China Consumers, Says BAML

Malcolm Scott January 7, 2019, 5:00 PM PST

Chinese consumers may be staging an "informal boycott" of U.S. products that is hitting Apple Inc. iPhones, according to analysts at Bank of America Merrill Lynch.

If that's the case, it would help explain Apple's warning last week that revenue from the world's second-largest economy was taking a hit even as Chinese rivals post steady shipments

"According to a survey conducted by our colleagues in equity research, consumers in China and India are showing less interest in upgrading to an iPhone and more interest in upgrading to Xiaomi and Samsung," Bank of America Merrill Lynch economists Ethan Harris and Aditya Bhave wrote in a recent note. "Apple sales may also suffer from a general redirection of

APL-SECLIT_00162990

Chinese demand away from U.S. products.

.

Photographer: Christopher Goodney/Bloomberg

The economists note there are a bunch of industry-specific factors and competitive reasons behind the downbeat forecast by Apple which may limit its value as an indicator on the health of the Chinese economy. Still Apple's high profile and increasing talk about technology in the trade tensions, could make the American company a victim.

"Given the battles around high tech, this spillover from politics into sales could be particularly high in the cell phone market."

**Apple Loses Second Spot in Smartphones to Huawei**

Other Chinese handset makers catching up
Source: IDC

"The weakness illustrates the many ways in which the U.S.-China trade war can hurt the U.S. as well," they wrote, outlining three key drags:

- Trade war fears have already undercut the U.S. equity market and fears of a hard landing for China add to that pressure

- The trade war tends to weaken the yuan, making a broad range of U.S. products less competitive and lowering the dollar value of earnings overseas

- Informal boycotting of U.S. products adds further to the U.S.-China trade deficit

Harris and Bhave expect the trade war could switch to having a greater impact on the U.S. economy rather than China's by spring. That's because any further tariffs

Highly Confidential

would be felt more directly by U.S. shoppers, the boost from prior fiscal easing is fading, and China has more scope to support its economy.

"The upshot is that while China is currently slowing faster than the U.S., by the spring we expect growth in China to start to pick up, even as the U.S. continues to slow down," they wrote. "Everyone loses in a trade war."

Before it's here, it's on the Bloomberg Terminal.

LEARN MORE

# EXHIBIT 83

**From:**   Tim Cook <tcook@apple.com>
**Received(Date):** Mon, 5 Nov 2018 06:54:29 -0800
**Subject:**   Re: Nikkei: Apple cancels production boost for budget iPhone XR: sources
**To:**   Jeff Williams <▮▮▮▮▮@apple.com>
**Date:**   Mon, 05 Nov 2018 06:54:29 -0800

The leaks will continue until there is a substantial financial penalty.

Sent from my iPad Pro

On Nov 5, 2018, at 6:50 AM, Jeff Williams <▮▮▮▮▮@apple.com> wrote:

We passed a substantial cut on XR on Friday.   The leak is infuriating.

Begin forwarded message:

**From:** Priya Balasubramaniam <▮▮▮@apple.com >
**Subject: Re: Nikkei: Apple cancels production boost for budget iPhone XR: sources**
**Date:** November 5, 2018 at 6:47:26 AM PST
**To:** Jeff Williams <▮▮▮▮@apple.com >
**Cc:** Sabih Khan <▮▮▮▮@apple.com >, Donal Conroy <▮▮▮▮▮@apple.com >

Jeff
We spoke to Foxconn and Pegatron Friday night- on the call itself we gave no numbers . They would have seen the numbers when MPS published. The team is looking at the accuracy of the numbers and we will ask all OEMs about this article. Will get back to you later today.

Regards
Priya

Sent from my iPhone

On Nov 5, 2018, at 6:45 AM, Jeff Williams <▮▮▮▮@apple.com> wrote:

Did we pass something on 'Thursday to Foxconn.  I thought it was Friday.  Someone inside both companies is talking to the press.

Begin forwarded message:

**From:** Steve Dowling <▮▮▮@apple.com >
**Subject: Nikkei: Apple cancels production boost for budget iPhone XR: sources**
**Date:** November 5, 2018 at 5:57:23 AM PST
**To:** Tim Cook <tcook@apple.com >, Jeff Williams <▮▮▮▮@apple.com >,
▮▮▮@apple.com , Phil Schiller <▮▮▮▮@apple.com >, Donal Conroy <▮

██████ @apple.com >, Greg Joswiak < ██ @apple.com >, ██████ @apple.com

**Cc:** Trudy Muller < ██████ @apple.com >, Kristin Huguet < ██████ @apple.com >, Tor Myhren < ██████ @apple.com >, Nancy Paxton < paxton1@apple.com >, Josh Rosenstock <- ██████ @apple.com >

FYI

https://asia.nikkei.com/Business/Companies/Apple-cancels-production-boost-for-budget-iPhone-XR-sources

# Apple cancels production boost for budget iPhone XR: sources

## Dimmer outlook for new model contrasts with extra orders for older versions

November 05, 2018 18:27 JST

.

# TAIPEI -- Apple has signaled disappointing demand for the new iPhone XR, telling its top smartphone assemblers Foxconn and Pegatron to halt plans for additional production lines dedicated to the relatively cost-effective model that hit shelves in late October, sources say.

Highly Confidential

APL-SECLIT_00308989

"For the Foxconn side, it first prepared nearly 60 assembly lines for Apple's XR model, but recently uses only around 45 production lines as its top customer said it does not need to manufacture that many by now," a source familiar with the situation said.

That means Foxconn, the Taiwanese company traded as **Hon Hai Precision Industry**, would produce around 100,000 fewer units daily to reflect the new demand outlook -- down 20% to 25% from the original optimistic outlook, this person said.

Fellow Taiwanese manufacturer Pegatron faces a similar situation, suspending plans to ramp up production and awaiting further instructions from Apple, a supply chain source said.

"The utilization for the XR production is not reaching its maximum capacity

APL-SECLIT_00308990

now," the source added.

Apple also had asked smaller iPhone assembler Wistron to stand by for rush orders, but supply chain sources say the company will receive no orders for the iPhone XR this holiday season.

Apple, the world's most profitable smartphone company, had great expectations that the iPhone XR would jump-start shipments this year. This lower-cost model debuted alongside the iPhone XS and top-of-the-line XS Max.

Yet the California-based tech company instead is requesting more of the older iPhone 8 and iPhone 8 Plus models, which are up to 20% cheaper than the XR's starting price of $749.

"Suppliers of iPhone 8 and iPhone 8 Plus are getting a combined order of around 5 million more units," one source said. Apple previously planned

Highly Confidential

**20 million units for the older iPhone models this quarter, but raised the figure to 25 million units, the individual said.**

**Foxconn is the main supplier for iPhone 8 Plus, while Pegatron is the key supplier for the smaller-screen iPhone 8.**

**Apple did not respond to Nikkei Asian Review's request for comment. Foxconn, Pegatron and Wistron declined to comment.**

**The moves to add orders for year-old iPhone models while suspending extra production for the latest product illustrates Apple's lack of innovation and inability to energize consumers with such a pricing strategy. Last year, Apple gave rush orders for the iPhone 7 series following the launches of the iPhone 8 series and premium iPhone X.**

Highly Confidential

**Apple also faces a quickly maturing smartphone market. Worldwide shipments, which slipped 0.1% in 2017 for the first year-over-year decline, are expected to contract again in 2018, research company IDC says.**

**The Silicon Valley company prepared more cautiously for production this year, looking to avoid severe inventory corrections later. Apple asked suppliers to prepare 20% fewer components for this year's new iPhones compared with last year.**

**The company is now reviewing iPhone demand weekly to adjust orders quickly in response to the market, a source said.**

**Apple gave a lukewarm forecast for the holiday season on Thursday. The company also said it will cease disclosing unit shipments for iPhones, Macs and iPads beginning in the**

Highly Confidential

December quarter. The unexpected policy change raised concerns that the U.S. tech giant is struggling to spur unit sales growth looking ahead.

"Apple's move will hamper the predictability of earnings," Jeff Pu, a Hong Kong-based analyst for GF Securities, told the Nikkei. The American company's reluctance to disclose shipment volumes also suggests that Apple faces the possibility of its first annual decline next year and wants the public to focus elsewhere, the analyst said.

China's Huawei Technologies snatched Apple's global No. 2 smartphone share for two straight quarters this year. IDC statistics show Apple's shipments trailed Huawei's during the quarter ended in September. Apple's combined iPhone shipments grew only 1.37% on the year over the first nine months,

APL-SECLIT_00308994

**IDC's data showed.**

**"The chance for Apple to revise upward its production for iPhone XR and iPhone XS during this Christmas holiday season is very thin, given the forecast provided by the company and our supply chains check," Pu said. Demand for the most premium iPhone XS Max is only slightly better than that for the other two new models, the analyst said.**

**Sent from my iPhone**

APL-SECLIT_00308995

# EXHIBIT 84

| | |
|---:|:---|
| **From:** | ▮▮▮▮▮ @apple.com |
| **Subject:** | Re: Your thoughts please |
| **Received(Date):** | Fri, 02 Nov 2018 22:17:47 +0530 |
| **Cc:** | Mark Rogers <▮▮▮▮▮ @apple.com>, ▮▮▮▮▮ @apple.com, ▮▮▮▮▮ @apple.com |
| **To:** | Michael Fenger <▮▮▮▮▮ @me.com> |
| **Attachment:** | IMG_0144.jpeg |
| **Attachment:** | IMG_0145.jpeg |
| **Attachment:** | PastedGraphic-1.png |
| **Date:** | Fri, 02 Nov 2018 22:17:47 +0530 |

Mike,

Here are my two cents.

Firstly and in a Q1 context, iPhone owns over 70%+ of the > 700$ segment in IMMEA. The only other player is Samsung who enjoys a strong loyalty as well there (and like us suffers in the hero space). I believe there are very limited acquisition opportunity for us in that segment, especially in light of the price inflation that we are facing for our hero devices (actually, one could argue we have higher churn risk).

**We are overwhelmingly in an upgrade game at the top end of our portfolio.**

The exciting prospect for FY19 is of course that we should be in a stronger upgrade year.

When it comes to hero (and very simplistically) the bulk of the upgrade cohort would be iPhone 7/7+ customers from Q1FY17 (3m UB for IMMEA) together with the serial annual upgraders (Hard to guess what that number is).

1 - Serial upgraders (god bless them) are of course mostly looking for something new and exciting to try, experience and to be seen with : New form factor (XS Max is doing alright) or new color (Gold sells well), mostly at the top of the range.

2 - Mainstream 'Hero' upgraders can either :

a/ spend 50%-70% more (than they use to spend) to 'stay' on a flagship model (XS Max, XS). Only so many customers would chose (or could afford) this option, with the 'relative' exception of GCC countries.

b/ spend 15% to 25% more to upgrade to an 'edge to edge' non-flagship iPhone (XR , X). This is somehow a new option this year but by far the most critical one to our success.


c/ spend about the same to upgrade… to an iPhone 8/8+. This option is clearly unexciting for this category of customers.  As a matter of fact, we will sell about half the number of 8/8+ this Q1 compared to 7/7+ last year and most of these will not be to 7/7+ upgraders anyway. **That represent a deficit of almost 700k YoY for Q1.** This product is in no-man's land for us. It is being hammered by competitions (see below)

d/ wait or churn.

APL-SECLIT_00610622

So I think the right way to look at our problem isn't necessarily N / N-1 but Edge-to-Edge vs. Bezel designs.

Given the price inflation we are facing, the performance of our 'edge-to-edge' devices (XS Max, XS, XR and X) in Q1 will be rather encouraging. Even considering the Turkey headwind ( 230k hero units last year, currently none in our Q1'19 forecast), we will be positive YoY compared to X/8/8+ last year. How positive will depend on our ability to make option 2a/ really attractive.

At this point in the quarter, this is what we see :

- iPhone X DG has been strongly received by partners across the region and by customers... in India ( Other countries are litterally just starting to sell at the new price ). It seems this choice is straightforward for customers : You do not get quite the flagship product but close enough for an attractive price. We see opportunity to do some more there and it looks as though iPhone X repositioned is currently cannibalising XR.

- iPhone XR has started very very slowly and has failed to build much momentum yet. Why ? Well, supply was not great (volume and color mix) but more importantly traffic was nothing like an iPhone NPI. Felt largely like a normal day despite very high channel readiness levels. This launch was massively muted as you know. Whilst early days still, there seems to be clearly 2 issues we need to address :

+ Overall awareness is very low. The staged launch has cleared not worked.

+ Positioning is somewhat not clear to customers despite generally strong reviews in the media.

We keep hearing from partners about customers' indecision. We need to tackle that.

Some thoughts on the iPhone XR amplification plan :

- Add muscle to the channel communication plan already in place. In particular, lots of campaigns are focussed on the launch weeks for XR , not enough in the back end of the quarter.

- At this late stage, Digital will be key.

- We need to message features not just the design. Digital is the best way to do that effectively. As we did for Apple Watch in Russia, we would want to allow our partners to use Apple digital assets, including social media assets (quick videos, animated gif…)

- Partners are asking for assets that show all colours to differentiate the communication from XS/XS Max.

- We are rolling out another intensive wave of staff training (and incentive in the case of our iPros in India).

- It would be essential to see the marketing teams focussed on XR as well in PR/BUZZ and Digital.

**Competition continues to pile up pressure on our mid-range**

In IMMEA, as in the rest of the world I guess, the $300-$500 segment is increasingly crowded with very high spec'ed products.

I took the 2 pictures at the Dehli Airport this morning in front pages of the daily newspapers. (We were on the front cover with XR yesterday as well).

- The new Galaxy A7 (6 inches, Dual lens camera) launches for 23,990 INR !!

APL-SECLIT_00610623

- The OnePlus 6T (6.4inches and all the latest Android jazz) launches for 37,990 INR — Amazon during our meeting yesterday mentioned they have ordered 200k for this exclusive launch.

For comparison,

- Amazon have moved 30,000 of our iPhone X at 70,000 INR which is never seen at such price point in few days.

- iPhone 7 MOP is 34,990 INR and iPhone 8 MOP is 54,990 INR

In Middle East and Russia, Huawei (and Honor) are the most active in that space with similar aggression.

_____

In summary,

- I believe we are definitely in an upgrader market for our hero product in IMMEA

- Edge-to-Edge iPhones (X, XR, XS, XS Max) will allow us to grow our Hero segment over Q1'18.

- iPhone X successful DG cannibalises an otherwise muted iPhone XR launch.

- Despite good product reviews, iPhone XR faces a clear deficit of awareness and clarity of its positioning. We must continue relentelessly to establish these,

- iPhone 8 is our main YoY concern (-700k) , especially in light of a fast migration of the competition to bezel-less devices in the $300-$500 segment.

Here is the short list of actions we are focussed on for N and N-1 products.

1 - Maximising EMI based offers in Russia and India across all N/N-1 products ; we have just opened 0-0-X support for all NPIs in Russia, we are all out on 'Get it Now' campaigns in India

2 - iPhone XR channel communication amplification (we have an ask for additional MDF $ going through sales finance as we speak) and channel staff training.

3 - Maximising the appetite for iPhone X 'last buy' — closing additional volumes in India, UAE, Rest of Middle East, CEE

4 - Lobbying the WW teams for a sense of urgency on the launch in Turkey (XS Max, XS, XR and now the new iPad Pro cellular)

_____

Hope this helps,

Hugues

----

.

APL-SECLIT_00610624

.

.

—

On 2 Nov 2018, at 07:29, Michael Fenger <████████@me.com> wrote:

Confidential...Do not forward

Guys,

When we look at the current Q1 forecast for N and N-1 SKUs combined we will be down almost 7M units YoY. The weakness is broad based across all countries.

This can really only be driven by two things...The upgrade rates and switcher rates must be fundamentally lower this year than any other year in the past.

To help me think about this, could each of you just send me a quick set of bullet points outlining what you think is going on to drive this?  Again, it is important to look at this from a total N and N-1 combined.

Mike

Sent from my iPad

APL-SECLIT_00610625

# EXHIBIT 85

Videotaped Deposition of

# Kevan Parekh

30(b)(6)

March 10, 2021

Volume II

In re Apple Inc. Securities Litigation

**Highly Confidential**



www.aptusCR.com | 866.999.8310

**Page 192**

```
 1           UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  OAKLAND DIVISION
 4
 5
 6
 7   In re APPLE INC. SECURITIES  )   Case No.
     LITIGATION                   )   4:19-cv-02033-YGR
 8                                )
                                  )
 9   _____ )
10
11
12
13       ***HIGHLY CONFIDENTIAL TRANSCRIPT***
14
15     VOLUME II, MORNING and AFTERNOON SESSION
16          VIDEOTAPED DEPOSITION OF
17   DEFENDANT APPLE INC. 30(b)(6), KEVAN PAREKH
18            Via Zoom Videoconference
19                March 10, 2021
20
21
22
23   Stenographically Reported by:
     January D. Allen, CSR No. 13748
24   Derek L. Hoagland, CSR No. 13445
25   Job No. 10079606
```

**Page 193**

```
 1           UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  OAKLAND DIVISION
 4
 5
 6
 7   In re APPLE INC. SECURITIES  )   Case No.
     LITIGATION                   )   4:19-cv-02033-YGR
 8                                )
                                  )
 9   _____ )
10
11
12
13
14
15
16       ***HIGHLY CONFIDENTIAL TRANSCRIPT***
17
18    VIDEOTAPED DEPOSITION OF DEFENDANT APPLE INC.
19   30(b)(6), VOLUME II, KEVAN PAREKH, taken on behalf of
20   Plaintiffs, conducted via Zoom videoconference,
21   reported remotely from Riverside, California,
22   beginning at 9:37 a.m., on Wednesday March 10, 2021,
23   before January D. Allen, California Certified
24   Shorthand Reporter No. 13748.
25
```

**Page 194**

```
 1   APPEARANCES:
 2
 3       For Plaintiffs:
 4           ROBBINS GELLER RUDMAN & DOWD LLP
             BY:  SHAWN A. WILLIAMS, ESQ.
 5                KENNETH J. BLACK, ESQ.
                  DANIEL J. PFEFFERBAUM, ESQ.
 6                HADIYA K. DESHMUKH, ESQ.
 7           One Montgomery Street
             Suite 1800
             San Francisco, California  94104
 8           (415) 288-4545 PHONE
             (415) 288-4534 FAX
 9           kennyb@rgrdlaw.com
             dpfefferbaum@rgrdlaw.com
10           hdeshmukh@rgrdlaw.com
11
12           LABATON SUCHAROW
             BY:  CHRIS FOX, ESQ.
13           140 Broadway
             New York, New York  10005
14           (212) 907-0700 PHONE
             (212) 883-7524 FAX
15           cfox@labaton.com
16       For Defendants:
17           ORRICK, HERRINGTON & SUTCLIFFE LLP
             BY:  JAMES N. KRAMER, ESQ.
18                ARIEL WINAWER, ESQ.
19           405 Howard Street
             San Francisco, California  94105
20           (415) 773-5620 PHONE
             jkramer@orrick.com
21           awinawer@orrick.com
22       Also Present:
23           Stephanie Fine
24           John Tisa, Videographer
25
```

**Page 195**

```
 1                  I N D E X
 2               EXAMINATIONS
     WITNESS                            PAGE
 3   KEVAN PAREKH
     Examination By MR. WILLIAMS  .............. 198
 4
 5               E X H I B I T S
       EXHIBIT       DESCRIPTION           MARKED
     Exhibit 1     1. Lead Plaintiff's Third Amended    216
 6                 Notice of Deposition
     Exhibit 2     15. China's Eight-Year-Long          330
 7                 Smartphone Growth Comes to an End
 8   Exhibit 3     16. Smartphones Drive New Global Tech 337
 9                 Cycle - IMF Blog
     Exhibit 4     17. Why Apple Will Lose China Market  338
10                 Share in 2018
11   Exhibit 5     18. Chinese Smartphone Shipments Have 351
12                 Plunged, But Xiaomi is Surging
13   Exhibit 6     20. Apple's Challenge Win Over China  355
                   With Price New Phones - WSJ
14
     Exhibit 7     22. Are China's Consumers in Trouble  382
15                 - WSJ
16   Exhibit 8     23. Amid Trade War and Spying Claims, 385
                   Apple CEO Turns on the Charm in China
17   Exhibit 9     Amid Trade War and Spying Claims -WSJ 387
18   Exhibit 10    24. China's Growth Hits Slowest Pace  402
19                 in a Decade - The New York Times
     Exhibit 11    2.2 July 31, 2018 Conference Call     403
20                 Transcript
21   Exhibit 12    26. Apple reports record results but  445
                   weak revenue outlook - WSJ
22
     Exhibit 13    27. Facing iPhone Troubles, Apple     450
23                 Tries to Change the Story - WSJ
24   Exhibit 14    28. Apple Warns on Holiday Sales,     461
                   Sending Value Below $1 Trillion -
25                 Reuters
```

Page 196
0

1    Wednesday, March 10, 2021
2    Riverside, California
3    MORNING SESSION
4    * * * *
5    PLEASE BE ADVISED THAT THE DISMANTLING AND/OR
6    UNBINDING OF THE ORIGINAL TRANSCRIPT WILL VOID THE
7    CERTIFICATION OF THE CERTIFIED SHORTHAND REPORTER AND
8    NULLIFY THE INTEGRITY OF THE ORIGINAL TRANSCRIPT.
9    * * * *
10   THE VIDEOGRAPHER:  We are now going on the
11   record.  Today's date is March 10th, 2021, and the
12   time is 9:37 a.m.  This is the video deposition of
13   Kevan Parekh, Volume II, in regards to Apple Inc.
14   Securities Litigation, Case No. 4:19-cv-02033-YGR.
15   My name is John Tisa at Aptus Court
16   Reporting, located at 600 West Broadway, Suite 300,
17   San Diego, California 92101.
18   Will counsel please identify yourselves and
19   state whom you represent.
20   MR. WILLIAMS:  Shawn Williams, Robbins
21   Geller Rudman & Dowd, on behalf of the plaintiff.
22   MR. PFEFFERBAUM:  Dan Pfefferbaum, Robbins
23   Geller Rudman & Dowd, on behalf of the plaintiff.
24   MS. FOX:  Chris Fox from Labaton Sucharow,
25   also on behalf of plaintiffs.

Page 197

1    MS. DESHMUKH:  Hadiya Deshmukh from Robbins
2    Geller Rudman & Dowd, also on behalf of plaintiff.
3    MR. BLACK:  Kenneth Black, Robbins Geller
4    Rudman & Dowd, also on behalf of plaintiff.
5    MR. KRAMER:  Jim Kramer, Orrick,
6    Herrington & Sutcliffe, on behalf of the witness and
7    the defendants.
8    MS. WINAWER:  Ariel Winawer, from Orrick,
9    Herrington & Sutcliffe, on behalf of the witness and
10   defendants.
11   (Witness sworn.)
12   THE WITNESS:  I do.
13   THE REPORTER:  You may proceed, Counsel.
14   MR. WILLIAMS:  Thank you.
15   I don't know if Ms. Fine put her notice on
16   the record.
17   MS. FINE:  My apologies.  Stephanie Fine.
18   I'm here with Apple.
19
20   KEVIN PAREKH,
21   was called as a witness, and having been first duly
22   sworn by the Certified Shorthand Reporter, was
23   examined and testified as follows:
24   ///
25   ///

Page 198

1    EXAMINATION
2    BY MR. WILLIAMS:
3    Q.  Good morning, Mr. Parekh.  Thank you for
4    making time today.  We appreciate it.
5    A.  Morning.
6    Q.  My name is Shawn Williams.  I represent one
7    of the lead plaintiffs in this action.
8    The court reporter is going to, you know,
9    record all of my questions, all of your answers, and
10   any commentary by any of the other lawyers today.
11   Do you understand that?
12   A.  Yes, I do.
13   Q.  And you're also being video recorded.
14   Do you understand?
15   A.  Yes.
16   Q.  I'm going to ask you a number of questions
17   today.  I'm going to try to be as clear as I possibly
18   can.  There's no doubt that there are times that I'll
19   fumble.  So if there's anything that I ask that you
20   that you don't understand or you need me to clarify,
21   just let me know, and I'll do the best I can to make
22   it clear.
23   Okay?
24   A.  Okay.
25   Q.  And I will need you to, and the reporter

Page 199

1    will need you to, actually speak your answers and not
2    just head nods or hand gestures because she can't
3    record it unless you actually speak.
4    A.  Understood.
5    Q.  I expect that Mr. Kramer will object to some
6    of my questions, maybe all of my questions, a lot of
7    my questions.  He has a right to do that.  But unless
8    he instructs you not to answer one of my questions,
9    you have to provide an answer.
10   Do you understand that?
11   A.  Yes.
12   Q.  And we'll take several breaks today.  I
13   expect to take a break, you know, approximately
14   every hour or so.  If at any time you need to take a
15   break, just let me know, and I'll just either finish
16   my question or my line of questioning.
17   Do you understand?
18   A.  Yes.
19   Q.  All right.  Why don't you just tell me a
20   little bit about your educational background after
21   high school.
22   A.  Okay.  After high school, I went to
23   University of Michigan where I majored in electrical
24   engineering and graduated from the University of
25   Michigan in 1993.

Page 200

1    Q.   Okay.  How about after that?

2    A.   Are you asking about what education

3  experience I have or?

4    Q.   I'm just talking about education.  Did I not

5  make that clear?

6    A.   Okay.  I just wanted to clarify.  Thank you.

7       So after 1993, I decided -- engineering --

8  Chicago for my MBA.  Started --

9       (Reporter requests clarification.)

10       THE WITNESS:  Can you hear me better now?

11  Is that better?

12       THE REPORTER:  Yes.

13       THE WITNESS:  Okay.  Thank you.  Sorry about

14  that.

15       So I said I graduated University of Michigan

16  in 1993, with a bachelor's in engineering.  I ended

17  up going to University of Chicago for a master's in

18  business administration.  I ended the program in

19  1997, graduated in 1999.

20  BY MR. WILLIAMS:

21    Q.   And in between your undergrad and your MBA,

22  did you work?

23    A.   I did work, yes.

24    Q.   Where did you work?

25    A.   I worked at a company called IDT Automotive

Page 201

1  for four years in between undergrad and --

2    Q.   What did --

3    A.   I'm sorry?

4    Q.   What did you do there?

5    A.   I was an engineer.

6    Q.   Is that in Michigan or in Illinois?

7    A.   It was in Michigan.

8    Q.   You did that for, approximately, four years?

9    A.   Correct.

10    Q.   Have you had your deposition taken before?

11    A.   A long time ago, yes.

12    Q.   Approximately, how long ago?

13    A.   Gosh, probably ten years ago.  Maybe longer.

14  Probably longer.

15    Q.   Was it in connection with your professional

16  capacity or personal capacity?

17    A.   Professional capacity.

18    Q.   And who were you working for at the time?

19    A.   General Motors.

20    Q.   When did you begin working for General

21  Motors?  Was that right after your MBA?

22    A.   Yeah, correct.

23    Q.   What year was that?

24    A.   1999.

25    Q.   And what were your responsibilities at GM?

Page 202

1    A.   I had various responsibilities.  I was in

2  the corporate finance program, so I rotated

3  frequently in different jobs.

4    Q.   And how long were you there?

5    A.   Ten years.

6    Q.   That was also in Michigan?

7    A.   No, that was in New York City.

8    Q.   Did you work with Luca Maestri at GM?

9    A.   I did.

10    Q.   Did you report to him?

11    A.   Dotted line reporting my last two years in

12  Europe.

13    Q.   And how long did you work at GM?

14    A.   Ten years.

15    Q.   Some of that was in Europe?

16    A.   Two years.  Last two years were in Europe.

17    Q.   Can you describe, generally, for me the

18  first eight years and what your responsibilities or

19  positions were the first eight years, and then your

20  responsibilities and position the last two in Europe.

21    A.   Yeah.  So I think I mentioned, we had a

22  corporate finance rotation program.  I joined what

23  was --

24       (Reporter requests clarification.)

25       THE WITNESS:  I'm sorry.  Okay.  Please just

Page 203

1  keep me honest on that.  Apologies.

2       So I did join General Motors in 1999, upon

3  graduation from business school.  I started out in

4  the New York treasurer's office and various corporate

5  finance roles, ranging from pension analyst to

6  capital markets analyst.  I had progressive

7  responsibility over that eight years into management

8  positions and director positions; had responsibility

9  for business development, restructuring troubled

10  supplier work.

11       And the last --

12       (Reporter requests clarification.)

13       THE WITNESS:  Troubled suppliers.  General

14  Motors has a fairly large supply chain, so we would

15  get involved in managing distressed supplier

16  situations.

17  BY MR. WILLIAMS:

18    Q.   And when you say "troubled suppliers," can

19  you describe what those are or were?

20    A.   Yeah.  There was suppliers that maybe

21  entered into a bankruptcy process or, you know,

22  relied on General Motors financial support to

23  continue to supply parts to our factories.

24    Q.   And suppliers are parts suppliers; correct?

25    A.   Correct.

Page 204

1    Q.   And that was up until around 2007,
2   generally?
3    A.   That's right.  And in 2007, I relocated to
4   Switzerland, which is where our European headquarters
5   were.
6    Q.   And what was your position?
7    A.   Regional treasurer of Europe.
8    Q.   And what -- withdrawn.
9        So you said you had a dotted line report to
10  Luca Maestri during some period of time at General
11  Motors?
12   A.   Yeah.  Just during the first year in Europe,
13  he was the CFO of General Motors Europe.
14   Q.   Was he also in Europe, physically, in the
15  same office as you?
16   A.   Yes.
17   Q.   And so he -- you worked for him for one
18  year, and then he left and you stayed on for an
19  additional year; is that fair?
20   A.   Yes, that's correct.
21   Q.   And then he recruited you to Apple?
22   A.   He reached out to me on a position at Apple
23  that was opening up; and Peter Oppenheimer, the CFO,
24  recruited me to Apple.
25   Q.   But there was a position you had between

Page 205

1   your GM roles and Apple; correct?
2    A.   Yes, that's correct.
3    Q.   So tell me about that.
4    A.   Yeah.  So in 2009, I left General Motors and
5   joined Thomson Reuters.
6    Q.   And what was your position and
7   responsibilities when you joined Thomson Reuters?
8    A.   So it was responsibility for corporate FP&A
9   for the professional division of Thomson Reuters.
10   Q.   Can you describe what your responsibilities
11  were?
12   A.   Again, it was financial planning and
13  analysis for the professional business, one of the
14  two divisions of Thomson Reuters at the time.
15   Q.   Describe that business.  What was that
16  business?
17   A.   So they had -- Thomson Reuters had just
18  bought the Reuters business before I joined, and the
19  professional business had three segments.  A legal
20  business, you might -- West Law, I guess you guys
21  know West Law.  They had West Law business.  They had
22  a tax and accounting business, and they owned a --
23  and they owned a publishing business as well.
24   Q.   You didn't use any of your engineering
25  background for that job?

Page 206

1    A.   Not really, no.  It was mainly more
2   financial.
3    Q.   Did you have forecasting/budgeting
4   responsibilities there?
5    A.   Yes.
6    Q.   And were you, sort of, at the top with
7   people reporting to you in the finance department?
8    A.   Yes.
9    Q.   How many people reported to you while you
10  were at Thomson Reuters in that position?
11   A.   About ten people.
12   Q.   All of them in New York?
13   A.   All of them in New York, yes.
14   Q.   How long did you --
15       How long did you work for Thomson Reuters?
16   A.   For four years.
17   Q.   And then somewhere around that -- the end of
18  that period, Luca Maestri reached out to you about a
19  position at Apple?
20   A.   Yes, that's correct.
21   Q.   Describe that for me, please.
22   A.   So there's a person that was retiring from
23  Apple in a senior finance role, and he had asked if I
24  would be interested to talk to Apple about that
25  opportunity.

Page 207

1    Q.   And you were interested?
2    A.   Yes.
3    Q.   So who did you end up talking to about that
4   opportunity?
5    A.   Peter Oppenheimer, the CFO at the time.
6    Q.   What was the opportunity?
7    A.   It was a senior finance role in what was
8   called, at the time, products finance.
9    Q.   I'm sorry?  Products finance?
10   A.   Products finance.  Yes, correct.
11   Q.   What year was that?
12   A.   2013.
13   Q.   So I'm assuming you accepted that position
14  somewhere around that time; correct?
15   A.   Yes, that's correct.
16   Q.   And is that the position that you hold now?
17   A.   No.
18   Q.   What is the position that you hold now?
19   A.   The position I hold now is vice president of
20  sales, marketing, and retail finance.
21   Q.   And -- hold on a minute.
22       So can you describe the -- sort of, the
23  promotions you got from the time you joined Apple, in
24  2013, to your current role?
25   A.   Yeah.  So I joined Apple as a senior

Volume II
Kevan Parekh

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 51 of 718
Highly Confidential
In re Apple Inc. Securities Litigation

Page 208

1  director of products finance, as I mentioned earlier.
2  Then I was promoted to vice president, a year after,
3  of products finance.  And then about a year later, I
4  believe, we had somebody retire who ran sales
5  finance, and so I picked up the responsibility for
6  the sales finance team.
7       But I handed off responsibility of the
8  Internet services group and the engineering team in
9  order to pick up the sales.  So then I became vice
10 president of sales and marketing and finance.
11     **Q.  And what is the difference between product**
12 **finance and sales finance at Apple?**
13          MR. KRAMER:  Are you asking today or back
14 then?
15 BY MR. WILLIAMS:
16     **Q.  Well, you can talk about it back then when**
17 **you had -- when you were a VP of product finance.**
18      **Why don't you just tell me what your**
19 **responsibilities were, including what the overall**
20 **role was when you were VP of product finance.**
21     A.  Sure.  So I had responsibility for covering
22 product marketing, which is supporting the team
23 thinking about our future product road maps, and
24 doing decision support work to analyze different
25 financial scenarios for different product decisions

Page 209

1  we would make from a product planning standpoint.
2       I also picked up responsibility for market
3  research as part of that.  And the other two areas I
4  had responsibility for were engineering, which is
5  really managing the engineering budget and planning
6  around the engineering budget.  And, as well, on the
7  Internet services side, it was responsibility for the
8  financial support for our iTunes business, app store
9  businesses.
10     **Q.  And, at that time, was there a difference**
11 **between product finance and sales finance?**
12     A.  Yes.
13     **Q.  Can you describe what the difference was at**
14 **that time?**
15     A.  Yes.  The sales finance role was
16 supporting -- is supporting our channel business.  So
17 it supports reseller partners.  It provides
18 forecasting -- sales forecasts for our different
19 various product lines.  It's responsible for
20 negotiating commercial arrangements with partners, as
21 I mentioned, reseller partners; partners like Best
22 Buy, carrier partners.
23     **Q.  Would you say that today -- withdrawn.**
24      **Would you say that between 2017 and 2019,**
25 **that the same delineation existed between product**

Page 210

1  **finance and sales finance?**
2     A.  Yes, I think it's fair to say that.
3     **Q.  What about today?**
4     A.  There's still a distinction, even though
5  they're all under my umbrella; different teams that
6  support different business partners.
7     **Q.  But there is some distinction between the**
8  **two?**
9     A.  Yes, there is.
10    **Q.  And you mentioned that when you were senior**
11 **director of product finance, one of the things you**
12 **were responsible for was market research?**
13    A.  That was when I became vice president.  I
14 picked up the market research team.
15    **Q.  Can you just tell me what year that was,**
16 **when you became vice president and you became**
17 **responsible for market research?**
18    A.  It would have been about the 2014, I
19 believe, time frame -- 2014.
20    **Q.  And how long did you have that**
21 **responsibility?**
22    A.  For market research?  Yeah, I continue to
23 have that responsibility today.
24    **Q.  So that, sort of, just melded into when you**
25 **transitioned into sales finance and into your current**

Page 211

1  **role -- withdrawn.**
2      **Was there any period of time where you did**
3  **not have responsibility for market research?**
4     A.  Just when I first joined the company, the
5  first year and a half or so.
6     **Q.  Got it.  Describe to me what market research**
7  **is at Apple.**
8          MR. KRAMER:  Objection as to form.
9          You may answer.
10         THE WITNESS:  So we do research to
11 understand how consumers are -- what the consumer
12 experience with our products are.  So really try to
13 get feedback from our consumers on products, and we
14 also follow market data, as well, with syndicated
15 firms like IBC, Kantar, and others.
16 BY MR. WILLIAMS:
17    **Q.  IBC?**
18    A.  Kantar.  Those are examples of third-party
19 market firms.
20    **Q.  Sure.**
21     **So you contract with some of those third**
22 **parties -- when I say you, I'm talking about Apple --**
23 **contract with some of those third parties to help**
24 **with that market research?**
25    A.  Yes.

Page 212

1    Q.   Apart from IBC, Kantar, are there others
2  that you can give me an example of?
3        MR. KRAMER:  Objection as to form.
4        You can answer.
5        THE WITNESS:  Yeah, there's other smaller
6  firms -- I don't recall all the names -- that we
7  interact with.
8  BY MR. WILLIAMS:
9    Q.   What about Strategic Analytics?
10   A.   That doesn't ring a bell to me --
11   Q.   How about --
12   A.   I'm sorry.  Can you repeat that.  I couldn't
13  quite hear you.
14       THE REPORTER:  I couldn't either.
15  BY MR. WILLIAMS:
16   Q.   Canalyst?
17   A.   Canalyst.  I believe we're aware of what
18  they do.  I don't know that we -- contract with them
19  or not.
20   Q.   Now, the market research that you just
21  described, is that worldwide?
22   A.   It is.
23   Q.   And during 2018, how many members of your
24  team, people in the market research team -- how many
25  people were in your market research team?

Page 213

1        MR. KRAMER:  Objection as to form.
2        Shawn, because of fiscal year at Apple is
3  different than calendar year, can you just be clear
4  on what you're asking for a date perspective.
5        MR. WILLIAMS:  I'm talking about calendar
6  year.
7        MR. KRAMER:  Thank you.  Thank you.
8  BY MR. WILLIAMS:
9    Q.   Throughout 2018, how many people were in
10  your market research team?
11   A.   It would have been about 15 or 16 at that
12  time.
13   Q.   And those people are --
14       Are they all in California or were they all
15  in California or are they around the world?
16   A.   At that time, it would have been --
17  everybody would have been in California.
18   Q.   When did you take on your current role as --
19  well, why don't you tell me again your specific
20  title.
21   A.   Yeah, it's vice president of sales,
22  marketing, and retail finance.
23   Q.   When did you take on that role?
24   A.   It would have been about a year and a half
25  ago now.

Page 214

1    Q.   I forgot to ask you at the beginning of our
2  deposition, just what is your full name and address?
3    A.   First name is Kevan --
4        MR. KRAMER:  Mr. Parekh, I don't know if
5  you're -- if you're not comfortable giving your home
6  address, we can direct all service to come through
7  Orrick.  Just want to give you that option because
8  some folks are not comfortable sharing their home
9  addresses.
10       THE WITNESS:  Yeah, I prefer not to share my
11  home address.
12       MR. KRAMER:  Shawn, if you need to serve a
13  subpoena or service of process, I'll tell you now,
14  we'll accept service for Mr. Parekh.
15       MR. WILLIAMS:  I understand that, but I
16  don't know that that is -- I don't know that that is
17  a concern that can be withheld at this point.  Their
18  address is probably public information.
19       MR. KRAMER:  Okay.  Well, I don't know if
20  it's public or not so, at this point, under the
21  rights of privacy under the California Constitution,
22  I'm going to instruct Mr. Parekh not to answer.  If
23  it turns out his address is public, then we will
24  provide it to you.
25  ///

Page 215

1  BY MR. WILLIAMS:
2    Q.   So what's your full name, please?
3    A.   Yeah, my full name is Kevan Bipin Parekh.
4    Q.   How do you spell your middle name?
5    A.   B-I-P-I-N.
6    Q.   Okay.  Can you do the best that you can to
7  describe your overall responsibilities today in your
8  current role?
9    A.   So I support the product marketing team,
10  which was what I described earlier as far as
11  supporting product planning and product road map
12  decisions, market research.  I support the sales
13  finance team, which is responsible for our engagement
14  reseller partners and our sales activities and our
15  retail business, which is our Apple retail stores and
16  online stores.
17   Q.   And who do you report to?
18   A.   I have a dual reporting line at Apple to
19  Greg Jozwiak and Luca Maestri.
20   Q.   And prior to your current role, who did you
21  report to when you were vice president of sales
22  finance?
23   A.   It was vice president of sales and marketing
24  finance.  It was the same time.  At the time, it was
25  Phil Schiller and Luca Maestri.

Volume II                                      Highly Confidential
Kevan Parekh                              In re Apple Inc. Securities Litigation

Page 216

1    Q.  Do you know why we've asked you to testify
2  today?
3        MR. KRAMER:  Objection as to form.
4        THE WITNESS:  It'd be great if you
5  clarify.
6        MR. WILLIAMS:  Well, I'll just ask the
7  reporter to pull up on the screen what we have marked
8  as, you know, my Exhibit 1.
9        (Exhibit No. 1 was marked for
10            identification and is attached hereto.)
11  BY MR. WILLIAMS:
12    Q.  Mr. Parekh, I'm not sure if you can see that
13  or if you can click on it and open it up, but if you
14  can, please do.
15    A.  I can see the link.  Let me just see if
16  it'll open here.
17        Okay.  It looks like the file opened.
18    Q.  Okay.  And what you have in front of you --
19  I'll ask the reporter to mark this document as Parekh
20  No. 1, and it's Lead Plaintiff's Third Amended Notice
21  of Deposition of Defendant Apple Inc. Pursuant to
22  Federal Rule of Civil Procedure 30(b)(6).
23        Is that what you have in front of you?
24    A.  I'm sorry.  Could you repeat that one more
25  time just to make sure I have the right document in

Page 217

1  front of me.
2    Q.  If you look down in the right-hand corner,
3  it says -- it should say "Class Action" and then
4  "Lead Plaintiff's Third Amended Notice of Deposition
5  of Defendant Apple Inc. Pursuant to Federal Rule of
6  Civil Procedure 30(b)(6)."
7    A.  Yep.  That's what it says.  Yep.
8    Q.  And I'm just going to ask you to scroll
9  through the pages.  Just take a minute.  And I think
10  there are probably about eight pages.  And then just
11  let me know when you've had an opportunity to do
12  that.
13    A.  Okay.  So you want me to read all the pages?
14    Q.  You don't need to read them all, unless Jim
15  wants you to.  I just wanted you to scroll through.
16  Just let me know when you've had a chance to just
17  kind of look through it.  I have a number of
18  questions I'm going to ask you, and we can look at it
19  specifically, but I just want to see if you recognize
20  the document, if you've seen it before.
21    A.  (Witness reviews document.)
22        Okay.  I've scrolled through the document.
23    Q.  Do you recognize it?
24    A.  No.
25    Q.  Have you ever seen this document or any of

Page 218

1  the pages of this document before?
2    A.  I don't believe so.
3    Q.  Have you read the operative complaint in
4  this action?
5    A.  I have not read it, no.
6    Q.  Do you know or have an understanding of what
7  the plaintiffs are alleging in this action?
8    A.  I don't want to presuppose or guess, so if
9  you can clarify that for me, it would be helpful.
10    Q.  It's okay.  If you don't know, it's okay.
11        But the question I'm asking is if you have
12  an understanding of what the plaintiffs are alleging
13  against Apple.  If you don't know, that's fine.  I
14  just need to know if you know or have an
15  understanding.
16    A.  Yeah, I guess, I mean, I don't know -- I
17  don't know the full extent of the -- I don't
18  necessarily know the full extent of what they're
19  asserting.  So, again, I'll just make sure if you can
20  clarify for me, I don't want to, you know, venture a
21  guess here.
22    Q.  Do you have any understanding of what the
23  plaintiffs are alleging in this action?  Even if you
24  don't know the full extent, do you have any
25  understanding of it?

Page 219

1    A.  Yeah, I believe there's some question about
2  the comments that we made in our earnings release.
3        (Reporter requests clarification.)
4  BY MR. WILLIAMS:
5    Q.  Do you have an understanding of --
6        Sorry.  Were you saying something?
7    A.  Sorry.  So I believe there were comments
8  related to our November earnings release.
9    Q.  November 2018?
10    A.  Calendar.  Yeah, calendar 2018.
11    Q.  And is that the entirety of your
12  understanding of what the plaintiffs are alleging?
13    A.  Right.  So my understanding is that related
14  to the commentary we made in November 2018, whether
15  there was an indication that we had any perception of
16  our ability to hit our stated goals and numbers and
17  guidance.
18    Q.  Now, is that -- what you've described, is
19  that the extent of your current understanding of what
20  plaintiffs are alleging?
21    A.  Yeah, I believe there's questions around
22  that and that's the extent of my understanding.
23    Q.  And how long have you known that you would
24  be testifying or were likely to be testifying in this
25  action?

Page 220

1    A.  So a few weeks.  I was asked to be a
2    witness --
3        MR. KRAMER:  So, Mr. Parekh, you should not
4    disclose the contents of any discussions you've had
5    with me or other lawyers on behalf of Apple.  You can
6    certainly give Mr. Williams dates and time frames,
7    but don't disclose the actual contents.
8        THE WITNESS:  Understood.
9    BY MR. WILLIAMS:
10       Q.  I won't ask you about the conversations
11   you've had with your lawyers.  So to the extent that
12   I'm asking you about meetings with your attorneys and
13   such, I'm not asking about the content of those
14   meetings.
15       Okay?
16       So you said that you learned a few weeks ago
17   that you might be testifying in this action;
18   correct?
19       A.  I was asked a few weeks ago.
20       Q.  Okay.  That's fine.
21       And when you were asked, what, if any --
22   withdrawn.
23       Who asked you?
24       A.  Our Apple internal counsel.
25       Q.  You can tell me who that was.

Page 221

1    A.  So Stephanie.  Stephanie Fine.
2    Q.  And after Ms. Fine asked you to testify,
3    what, if anything, did you do to prepare to testify?
4        MR. KRAMER:  And, Mr. Parekh, you can
5    describe at a high level what you did, but, again,
6    not disclose the substance of any meetings or calls
7    or other communications you had.
8    BY MR. WILLIAMS:
9    Q.  Hold on.  You can talk about conversations
10   you've had with people who were not your lawyers in
11   this action.  So I'll ask you several questions, but
12   if you can describe generally for me what, if
13   anything, you did to prepare to testify, you can go
14   ahead.
15       A.  Yeah, I mean, what I did was really just go
16   back and reflect on the work that we did back in that
17   time frame, and I went back through e-mails and went
18   back to refresh my memory on what actually happened
19   that period of time, in the latter part of calendar
20   2018.
21       Q.  And you went back through your own e-mails?
22       A.  Yes.
23       Q.  And did any of your e-mail help you to
24   recall what was happening during that time frame?
25       A.  I had a good recollection.  It was just

Page 222

1    confirmation for me.
2    Q.  So you went back, looked at some of your own
3    e-mail, and those e-mails confirmed what you had
4    already recalled about that time?
5    A.  That's correct.
6    Q.  And so we're talking about two years ago at
7    least; right?
8    A.  Yeah, that's right.
9    Q.  How many e-mails did you look at, of your
10   own e-mails?
11       A.  I don't know.  There wasn't a specific
12   number.
13       Q.  Well, was it five?
14       A.  Yeah, like I said, there wasn't a specific
15   number.  I don't recall exactly how many I looked at.
16       Q.  Would you say that it was more than one?
17       A.  Yes, more than one.
18       Q.  More than three?
19       A.  When you say "read," again, I looked through
20   my e-mail inbox.  I didn't go and read every e-mail.
21       Q.  I'm not trying to trick you or anything.
22   I'm entitled to know how how you did to prepare.  So
23   you indicated you went back and looked at your e-mail
24   to, kind of, recollect what was occurring during that
25   time frame.  So I just need an understanding of how

Page 223

1    much e-mail you looked at.
2        (Cross talk.)
3        MR. KRAMER:  Hold on, Mr. Parekh.
4        I think -- objection as to form.
5        You can answer.
6        THE WITNESS:  Thanks.
7        As I mentioned, I don't really have a
8    recollection exactly of how many I looked at.  It was
9    really more to browse to -- again, just to confirm
10   from that time frame -- from my head what time frame
11   we were looking at.
12   BY MR. WILLIAMS:
13       Q.  What time frame of e-mails did you look at?
14       A.  I would say I looked at -- I started
15   browsing my inbox things 20- -- latter part of 2018.
16   So it would have been in the October time frame
17   through early 2019.
18       Q.  So is it fair to say that if you looked at
19   that time frame, that you browsed through more than
20   10 or 15 e-mails?
21       A.  Again, I don't exactly have a specific
22   number, as I mentioned.  I was just trying to confirm
23   recollections of my own.
24       Q.  How many e-mails do you typically get in a
25   day?

Page 224

1    A.  I don't know.  I don't count them.

2    Q.  More than 10?

3    A.  It's likely, yes.

4    Q.  More than 20?

5    A.  I don't know.  Depends on the day.

6    Q.  The e-mail that you went back and looked at,

7  they were e-mail exchanges between you and who else?

8       MR. KRAMER:  Objection as to form.

9       You can answer.

10      THE WITNESS:  We had various e-mails of

11  correspondence.  Again, I didn't look at a specific

12  number.  I was just looking back and browsing at my

13  inbox to recall time frames more than anything

14  else.

15  BY MR. WILLIAMS:

16   Q.  Right.  So what you testified earlier was

17  that none of the e-mail actually refreshed your

18  recollection, but, instead, they confirmed what you

19  already recalled; correct?

20   A.  That's correct.

21   Q.  E-mail is typically between you and other

22  people, though; correct?

23      MR. KRAMER:  Objection as to form.

24      You can answer.

25      THE WITNESS:  Not always.  Sometimes we get

Page 225

1  reports that are automated that are sent to us, so

2  it's not always amongst people.

3  BY MR. WILLIAMS:

4    Q.  Are you suggesting that the e-mail that you

5  reviewed were not e-mail between you and other

6  people?

7       MR. KRAMER:  Objection as to form.

8       You can answer.

9       THE WITNESS:  Yeah, I think I mentioned, I

10  looked through and browsed through my e-mail inbox,

11  again, not looking at specific ones necessarily.

12  BY MR. WILLIAMS:

13   Q.  So how is it that they were -- they

14  confirmed what you recalled if you didn't look at any

15  specific one?

16   A.  I was trying to understand what time frames

17  we got certain information.  So you don't always have

18  to read the e-mails to understand that.

19   Q.  So aside from looking at your e-mail, did

20  you talk to anyone, including your lawyers, in

21  preparation for this deposition?  I'm not asking for

22  the content of conversations with your lawyers.

23      MR. KRAMER:  It's a yes-or-no question,

24  Mr. Parekh.

25      THE WITNESS:  Yes.

Page 226

1  BY MR. WILLIAMS:

2    Q.  Which lawyers did you talk to in preparation

3  for your deposition?

4    A.  The legal team that's here today with me.

5    Q.  Okay.  So just Mr. Kramer and Ms. Fine?

6    A.  And Ms. Winawer as well, yes.

7    Q.  And how many conversations did you have with

8  Mr. Kramer and Ms. Winawer?

9       MR. KRAMER:  Objection as to form.

10      You can answer.

11      THE WITNESS:  A couple.  I don't recall

12  exactly how many.

13  BY MR. WILLIAMS:

14   Q.  Well, when was the most recent one?

15   A.  Earlier this week.

16   Q.  Monday?  Tuesday?

17   A.  Monday.

18   Q.  And how about -- well -- withdrawn.

19      How long did you meet with them?

20      MR. KRAMER:  Objection as to form.

21      THE WITNESS:  I believe it was about an hour

22  and a half or so.

23  BY MR. WILLIAMS:

24   Q.  And did you review any documents during that

25  meeting?

Page 227

1    A.  Not that I can recall.

2    Q.  Well, if you did, you might recall them

3  since it was only a couple days ago; is that fair?

4    A.  Right.

5    Q.  And was there a meeting before that one,

6  before Monday?

7    A.  Yes.

8    Q.  When was that one?

9       MR. KRAMER:  Objection as to form.

10      You keep saying "meeting," which is why I'm

11  objecting.

12      You can answer, Mr. Parekh.

13  BY MR. WILLIAMS:

14   Q.  All right.  I'll clarify it for you so

15  that -- when I say "meeting" in this context, I'm

16  talking about a meeting or a conversation.

17   A.  It would have been the prior Wednesday, the

18  3rd of March.

19   Q.  And that was on the phone or Zoom or --

20   A.  WebEx.

21   Q.  And how long did you meet in that meeting or

22  conversation?

23   A.  About two hours.

24   Q.  Did you review any documents during that

25  conversation or meeting?

Page 228

1    A.   No.
2    Q.   Did you review any documents in any of your
3  meetings with your lawyers in preparation for the
4  deposition?
5    A.   No.
6    Q.   Who else -- well, withdrawn.
7        Did you do anything in addition to meeting
8  with your lawyers to prepare for the deposition,
9  other than going back and looking at your e-mail?
10   A.   No.
11   Q.   And I should have asked this before.
12       Was Ms. Fine a participant in those meetings
13  we just discussed?
14   A.   Yes, she was.
15   Q.   And I'm going to ask you to -- if you can
16  pull up Parekh No. 1 again.
17   A.   Okay.
18   Q.   And I'll ask you to turn to -- I guess it
19  would be page 5 of the document, and on the top it
20  says "Schedule A."
21       Do you see that?
22   A.   Trying to get the right page here.
23       I'm on the page that says Schedule A.
24   Q.   And you indicated that you've never seen
25  this document before; correct?

Page 229

1    A.   Correct.
2    Q.   And do you have an understanding of the
3  topics that you are scheduled to testify on today?
4    A.   I'm sorry can you -- when you say "topics."
5    Q.   So do you have an understanding of the
6  specific issues or topics concerning Apple that you
7  are scheduled to testify about today?
8    A.   My understanding is to be prepared to answer
9  questions around what we knew about our sales
10  forecasts or financial forecasts at the time, how we
11  prepare for our earnings releases, general things
12  like that is what I was told to be ready to address
13  questions about.
14   Q.   Is that it?
15   A.   I think I covered, I think, the general, I
16  guess, areas I suspected you'll be asking me
17  questions.
18   Q.   Okay.  So how much time do you think that
19  you spent preparing to talk about those topics?
20       MR. KRAMER:  Objection as to form.
21       THE WITNESS:  Well, I guess in addition to
22  the meetings that you asked about, which were a few
23  hours each, maybe a couple more hours reflecting back
24  on the time frame as I mentioned.
25  ///

Page 230

1  BY MR. WILLIAMS:
2    Q.   Right.  And when you say "reflecting back,"
3  you didn't review any historical documents, other
4  than the e-mail you described?
5    A.   What I think I said was I looked at
6  different e-mails or I browsed my inbox to, kind of,
7  again, reorient myself of what was happening at the
8  time.
9    Q.   Right.  So that's it?
10   A.   Yeah.  I mean, again, I think I'm very
11  involved in, you know, our processes around earnings,
12  so I have a pretty good knowledge of that so I don't
13  really need to review a lot of things.
14   Q.   That's fair.  And like I said, I'm not
15  trying to press you.  I just want to make sure I have
16  the answers that I need.
17       MR. KRAMER:  Shawn, if you're going to
18  switch topics, can we take a two-minute restroom
19  break.
20       MR. WILLIAMS:  Actually, I've had -- let me
21  just finish this line.
22       MR. KRAMER:  I'll do my best.
23       MR. WILLIAMS:  Sorry.
24  BY MR. WILLIAMS:
25   Q.   Very quickly, Mr. Parekh, I just want to

Page 231

1  have you turn to the fourth page of the Schedule A,
2  and on the top of the page it'll say -- there's a
3  paragraph 16 and it will say "Relevant Time Period."
4        Let me know when you get there.
5    A.   Okay.  Yep, I have it here in front of me.
6    Q.   Okay.  And you see where it says "Relevant
7  Time Period"?
8    A.   Yes.
9    Q.   And there's a paragraph just under there.
10       Can you just read that for me out loud.
11   A.   The paragraph underneath the title Relevant
12  Time Period?
13   Q.   Correct.
14   A.   Okay.
15       "Except as otherwise specified, the
16       relevant time period applicable to the
17       deposition subject matters is the time
18       period from January 1, 2018, through April
19       2, 2019, inclusive, (the relevant time
20       period."
21   Q.   And so when you looked at some of the
22  documents in preparation -- withdrawn.
23       When you looked at some of your e-mail
24  correspondence in preparation for your deposition, I
25  think you indicated that you looked at from October

Page 232

1  2018 until, like, early January of 2019; is that
2  fair?
3      A.  Yes, that's fair.
4      Q.  And I'm going to ask you to go down on the
5  same page, and I want you to look at where it says
6  "Topic 2."
7          Do you see that?
8      A.  Yes, I do.
9      Q.  And I'll just read it for you.
10         Topic 2 says:
11             "The company's evaluation of competition
12         from Chinese smartphone manufacturers and
13         their respective smartphones, including
14         customer preferences with respect to
15         smartphone features and pricing in Greater
16         China and emerging markets."
17         Do you see that?
18     A.  Yes, I do.
19     Q.  And, you know, have you done anything to
20  prepare to talk about that topic for the period
21  between January 2018 through April 2019?
22     A.  I'm pretty familiar with that subject
23  matter, so I didn't do anything extra to prepare for
24  that.
25     Q.  I'm going to ask you to go down to the next

Page 233

1  topic, Topic No. 3.
2      A.  Okay.
3      Q.  (Reading):
4             "The company's evaluation and monitoring
5         of economic conditions in Greater China and
6         emerging markets, including trade tensions
7         with United States and their impact on
8         customer spending demand for smartphones and
9         Apple products."
10         Do you see that?
11     A.  Yes, I do.
12     Q.  Have you done anything to prepare to discuss
13  that topic for the period between January 2018 and
14  April 2nd, 2019?
15     A.  Yeah, I think I mentioned that -- and this
16  is one of the examples where I went back to my e-mail
17  inbox to look at when trade tensions in the United
18  States, you know, really kind of started in earnest,
19  and so I wanted to recollect or confirm my memory of
20  that.
21     Q.  And would that include early January '18 and
22  the summer of 2018?
23     A.  My recollection on events includes a longer
24  time period, but, again, I was referring to specific
25  events with my e-mail browsing.

Page 234

1      Q.  What specific events are you referring to?
2      A.  The detention of the Huawei CFO, for
3  example, that happened in the December time frame.
4      Q.  Anything else?
5      A.  I think when the sanctions started ramping
6  up, as well, I think those all happened in December.
7  I was trying to confirm my understanding of when in
8  December those events transpired.
9      Q.  So apart from those things, you didn't go
10  back and, sort of, refresh your recollection or
11  prepare to testify about the company's evaluation and
12  monitoring of economic conditions in Greater China in
13  the summer of 2018 --
14         (Cross talk.)
15         MR. KRAMER:  Object -- objection as to form.
16         Go ahead, Mr. Parekh.  I think you were
17  answering, but go ahead.
18         THE WITNESS:  Yeah, no problem.
19         So again, I'm pretty familiar with all this.
20  We do this, you know, for a living every quarter.  So
21  I didn't, again, need to go through specific
22  information.  The only thing, again, as I mentioned,
23  I wanted to understand some specific time frames that
24  I thought were right in the December time frame
25  particularly.

Page 235

1  BY MR. WILLIAMS:
2      Q.  That's fair.  And I only asked about it
3  because we'll talk about it a little bit more because
4  you had difficulty recalling the number of e-mail you
5  looked at in preparation for the deposition just a
6  few weeks ago, and we're going to talk about events
7  that happened more than two years ago, and you've
8  indicated that you haven't done anything specific to
9  prepare to recall any of these facts.
10         MR. KRAMER:  Object as to counsel testifying
11  as to what the witness testified to.  The record will
12  speak for itself.
13  BY MR. WILLIAMS:
14     Q.  And you just want you to go ahead and take a
15  look at the next topic.  See Topic No. 4?
16     A.  Yes, I do.
17     Q.  Where it says the -- company internal
18  reporting of customer traffic --
19         (Technical interruption.)
20         (Reporter requests clarification.)
21         MR. WILLIAMS:  Sorry.  I'll start again.
22  BY MR. WILLIAMS:
23     Q.  Topic 4 says:
24             "The company's tracking and internal
25         reporting of customer traffic in both its

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 58 of 718

Page 236

1      retail and online stores, and its partner
2      retail and online stores in Greater China."
3      Do you see that?
4    A.  I do.
5    Q.  And what, if anything, have you done to
6  prepare to talk about that topic as it relates to
7  January 2018 and April 2019?
8    A.  Yeah, again, just trying to get a general
9  sense of the timing when we looked at some of these,
10  but other than that, I have a pretty good knowledge
11  of how to look at those data points.
12    Q.  So nothing in particular?
13    A.  Correct.
14      MR. KRAMER:  Objection as to form.
15  BY MR. WILLIAMS:
16    Q.  Just go to the next page, Topic No. 6.  That
17  says -- do you see that Topic No. 6 on the top of the
18  next page?
19    A.  I do.
20    Q.  That Topic No. 6 says:
21      "The company's November 1, 2018,
22      announcement that it would stop publicly
23      reporting iPhone unit sales, including the
24      reasons, rationale or analysis underlying
25      the decision, the timing of the

Page 237

1      announcement, and the company's public
2      relations strategy or efforts concerning the
3      same."
4      Do you see that?
5    A.  I do see it.
6    Q.  Did you know before --
7      Did you know before today that this was a
8  topic that you would be required to testify about?
9    A.  Yes, I was told it could be one topic area.
10    Q.  And what, if anything, did you do to prepare
11  to talk about this topic?
12    A.  Again, I'm pretty knowledgeable about the
13  topic.  I've been involved in the topic, so I didn't
14  do anything specific to prepare, other than my own
15  knowledge of the discussions we've had on this.
16    Q.  Prior to today, did you know that you would
17  be asked to testify about Topic No. 2?
18      MR. KRAMER:  Mr. Parekh, you can answer yes,
19  no, or you can't recall.
20      MR. WILLIAMS:  Jim, please don't do that.
21  Please don't do that.  It was a very straightforward
22  question.
23      MR. KRAMER:  Just trying to preserve
24  privilege, my friend.
25      MR. WILLIAMS:  I understand, but you're

Page 238

1  actually -- it sounds a little bit different to me.
2      Go ahead, Mr. Parekh.
3      THE WITNESS:  Can you repeat the question
4  one more time.  Sorry.
5  BY MR. WILLIAMS:
6    Q.  The question was:  Prior to today, did you
7  know that you were going to be asked to testify about
8  Topic No. 2?
9    A.  I was told I could be asked questions about
10  China.
11    Q.  Generally.  China, generally?
12      MR. KRAMER:  Well, objection as to form.
13      Please do not disclose the substance of any
14  conversations with counsel.  If you can answer
15  without disclosing the actual substance, that's fine.
16      THE WITNESS:  Yeah, I think, as I
17  mentioned -- that we would likely get questions about
18  China.
19  BY MR. WILLIAMS:
20    Q.  My question following that was:  China,
21  generally?
22    A.  How China relates to our business.
23    Q.  How about were you --
24      Did you know, prior to today, that you'd be
25  asked to talk about what's represented in Topic

Page 239

1  No. 3?
2    A.  Yes.
3    Q.  And prior to today, did you know that you
4  would be asked to testify about what's represented in
5  Topic No. 4?
6    A.  Yes.  And regarding China, I was told there
7  could be some questions around customer traffic.
8    Q.  And you've never seen this document before;
9  correct?
10    A.  Not the document.  Not the entire document.
11      MR. WILLIAMS:  Jim, is this a good time?
12      MR. KRAMER:  Yeah, let's go ahead and take
13  five.
14      THE VIDEOGRAPHER:  Okay.  We're going off
15  the record at 10:33 a.m.
16      (Break in deposition proceedings.)
17      THE VIDEOGRAPHER:  We're back on the record
18  at 10:47 a.m.
19  BY MR. WILLIAMS:
20    Q.  Mr. Parekh, is -- well, withdrawn.
21      During 2018, calendar 2018, can you describe
22  how Apple generally evaluated smartphone competition,
23  meaning competition from other smartphone
24  manufacturers?
25    A.  Are you talking about a specific time period

Page 240

1  in 2018 or?

2      Q.  Let's just say during calendar '18, calendar
3  2018, I'm interested in the process of evaluating
4  competition, specifically, competition from other
5  smartphone manufacturers.

6      MR. KRAMER:  Objection as to form.

7      You can answer, Mr. Parekh.

8      THE WITNESS:  Yeah, I think we've taken into
9  consideration various price points various products
10  are at.  We benchmark features.  We look at, you
11  know, various forms of the market share data;
12  although, not all market share data is hundred
13  percent accurate, so we take that -- this is one
14  potential input, but those are some of the things we
15  evaluate.

16  BY MR. WILLIAMS:

17      Q.  Is there a team or was there a team that was
18  responsible for that?

19      A.  We work closely with our product marketing
20  teams, who are responsible for understanding how our
21  features compare to others; and so we do work very
22  closely with our product marketing team that looks at
23  that.

24      Q.  And did the product marketing team report to
25  you in that -- in calendar 2018?

Page 241

1      A.  No.

2      Q.  Who was the head of the product marketing
3  team?

4      A.  Phil Schiller.

5      Q.  And did you report to Mr. Schiller in that
6  period?

7      A.  Yeah, I think I believe I mentioned that I
8  had dual reporting, but I did report to Phil Schiller
9  as one of my reports, yes.

10      Q.  And were you part of the product marketing
11  team at the time?

12      A.  I am part of the product marketing team and
13  was part of the product marketing team, but there's
14  different groups in the product marketing team that
15  have different responsibilities.

16      (Reporter requests clarification.)

17      MR. KRAMER:  Kevan, if you can slow down a
18  little bit.  What's happening is, with the audio, if
19  you speak fast, some of the words get combined.  So
20  maybe just go more slowly.  I can hear you clearly,
21  but when you talk fast, it gets combined.

22      THE REPORTER:  It does.  It does.

23      THE WITNESS:  Let me try to slow that down.
24  Sorry.  Let me repeat that.

25      So I believe -- I don't know what part you

Page 242

1  didn't catch, but why don't I just start over again.

2  I think --

3      Shawn, can you please repeat the question
4  and I can repeat the answer again.

5      MR. WILLIAMS:  I was asking you --

6      I've forgotten the question.  Can you read
7  it back, please.

8      (The record was read by the reporter as
9  follows:

10      "QUESTION:  And were you part of the
11      product marketing team at the time?")

12      THE WITNESS:  Okay.  Yes, I was.

13  BY MR. WILLIAMS:

14      Q.  You elaborated a bit.  I think what you were
15  saying -- and correct me if I'm wrong, I'm not trying
16  to testify for you -- that there were different
17  departments in product marketing all responsible for
18  different things; is that fair?

19      A.  Yes, partly.  Let me just clarify that.  So
20  I'll try to go slow again.

21      There are different groups within product
22  marketing.  My team is one of those groups, but there
23  is a different team that looks at features and
24  comparisons to competitive products.

25      Q.  Okay.  And what team is that, the team that

Page 243

1  looks at features of competitive products?  Is there
2  a name of that team?

3      A.  Not really.  It's part of the core product
4  marketing team.  There's different groups, as I
5  mentioned.  It's really the core part of the product
6  marketing group.

7      Q.  Who are some of the people that are on that
8  team?

9      A.  Are you asking about specific products or?

10      Q.  iPhone.

11      A.  For iPhone.

12      Q.  Marketing.

13      A.  Okay.  So it would have been Kiyan Dranse,
14  Greg Jozwiak would have been the two primary people
15  here in Cupertino.  But there's teams around the
16  world that look at respective geography benchmarking
17  as well.

18      Q.  How about the folks in Greater China?  Who
19  were those people that were responsible for that type
20  of, sort of, product evaluation for smartphones?

21      MR. KRAMER:  Objection as to form.

22      You can answer.

23      THE WITNESS:  Yeewee Koh is the marketing
24  lead in China.  His team would have been responsible
25  for understanding feature benchmarking.

Page 244

1        (Reporter requests clarification.)
2        THE WITNESS:  Yeewee, Y-E-E-W-E-E, and then
3   K-O-H.
4        (Discussion with the reporter off the
5   stenographic record.)
6   BY MR. WILLIAMS:
7        **Q.  And who else in Greater China?**
8        A.  Yeewee's team would have been the main team.
9        **Q.  Do you know anyone else on his team?**
10       A.  Yes, but I don't know who, specifically, was
11  responsible for all of the elements of the analysis.
12  So we typically -- Yeewee is the one we interface
13  with, but there are different members of his team
14  that participates sometimes.
15       I don't recall exactly who did the analysis
16  in that time frame, but Yeewee would have been the
17  one we would have gotten the information from.
18       **Q.  And did Yeewee report to you?**
19       A.  No.
20       **Q.  Who did he report to?**
21       A.  At that time, he reported to Phil Schiller.
22       **Q.  So how -- how that evaluation of competition**
23  **was done.  You indicated there was some things that**
24  **were evaluated, like pricing and features.**
25       **But what was the process for evaluating that**

Page 245

1   **competition, whether it was serious competition or**
2   **weak competition, for example?**
3        MR. KRAMER:  Objection as to form.
4        You can answer.
5        THE WITNESS:  There various things to take
6   into consideration.  I mentioned features are an
7   important piece.  Pricing is an important piece.  And
8   market share trends are important as well.
9   BY MR. WILLIAMS:
10       **Q.  And, typically, with respect to China, would**
11  **you say that pricing and market share for smartphone**
12  **competition was important in calendar 2018?**
13       A.  I think I mentioned there's a number of
14  things that are important to consider.  Pricing is
15  one element.  Feature parity is another element.
16  Number of models.  There's several angles that you
17  can consider.
18       **Q.  Correct.  I'll get to those, but I wanted to**
19  **make sure that I heard you correctly because you**
20  **specifically mentioned market share and pricing;**
21  **correct?**
22       A.  I also mentioned feature benchmarking, as
23  well, yes.
24       **Q.  So features too.**
25       **So it was -- how did the China group**

Page 246

1   evaluate market share or compare market share between
2   smartphones offered in Greater China in calendar
3   2018?
4        MR. KRAMER:  Objection as to form.
5        You can answer.
6        THE WITNESS:  Can you clarify what you mean
7   by "how did they evaluate"?  What kinds of things did
8   we look at?  What are you --
9   BY MR. WILLIAMS:
10       **Q.  I'll ask the question again.**
11       **With respect to market share, what kind of**
12  **things did they look at?  What kind of data did they**
13  **look at?**
14       A.  Well, market share data is a share of the
15  sales at any given period amongst different brands,
16  and products.
17       **Q.  How is that --**
18       A.  Sorry.  That's one piece of information
19  people consider.  And the other is there's also --
20  you have to take into consideration price bands.
21  There's market share within price bands as well.
22       **Q.  How is that data collected?  Where did the**
23  **team get that data from?**
24       A.  There's various sources.  A lot of it they
25  go and do their own research.  And, in some cases,

Page 247

1   there's third-party firms where you can get estimates
2   of market share as well.  So we triangulate multiple
3   sources through that one master source for all that
4   information.
5        **Q.  So you're saying that those individuals on**
6   **that team do their own research sometimes?**
7        MR. KRAMER:  Objection as to form.
8        You may answer.
9        THE WITNESS:  Yes, in some cases, they do.
10  BY MR. WILLIAMS:
11       **Q.  And then there are some third-party firms**
12  **that you can, sort of, license or subscribe to**
13  **research?**
14       A.  Yes.  Third-party firms make estimates as
15  well.
16       **Q.  Tell me some of the third-party firms that**
17  **were used to evaluate or look at market share data in**
18  **Greater China during calendar 2018?**
19       A.  So different firms would have included a
20  local Chinese firm called BCI that gathers
21  information locally on sales trends.  IDC is another
22  firm I mentioned to you early on when you asked about
23  market research.  They provide market share estimates
24  as well.  Kantar is another market research firm that
25  provides estimates.

Page 248

1    Q.   The first one you said, was that VCI, or B,
2  as in Brian, CI?
3    A.   B, as in Brian, CI.
4    Q.   And is it fair to say that Apple collected
5  research from at least some of those third parties,
6  during calendar 2018, regarding market share data in
7  China?
8    A.   Yes.  We collect information from sources
9  like BCI, IDC, and Kantar.
10    Q.   Where is that data kept?
11    MR. KRAMER:  Objection as to form.
12    You can answer.
13    THE WITNESS:  That data is compiled locally
14  and sent over.  In some cases, we review that with
15  teams, you know, live.  It depends on -- there's
16  various ways that we interact with the team to
17  understand what's going on with China.
18  BY MR. WILLIAMS:
19    Q.   And describe for me some of the ways that
20  you interacted with that team in China.
21    A.   So I think we talked about the market share
22  data.  They would summarize that data from BCI, in
23  some cases IDC or Kantar, depending on which source
24  they thought was, maybe, more relevant, and shared
25  that with us so we can understand the trends that

Page 249

1  they're seeing, that the firms are outlining, as one,
2  you know, input.
3    Q.   When you say "us," who are you referring to?
4    A.   My team is one of the teams that collects
5  that information.
6    Q.   So who are some of the people on your team?
7  And, remember, I'm speaking about calendar 2018.
8    A.   I understand.
9    Some people on my team would include myself,
10  it would have included Alex Roman, Edwin Tan, who is
11  on my team in China --
12    Q.   Go ahead.
13    A.   Edwin Tan.  Sorry.  Let me spell that out.
14  Edwin, E-D-W-I-N, Tan, T-A-N.
15    Q.   Okay.  Go ahead.
16    Were you finished with your answer?
17    A.   Yeah.  I was going to mention one more
18  person.  Ed Tharp is the other person.
19    Q.   Ed Tharp?
20    A.   T-H-A-R-P.
21    Q.   So in addition to sending that information
22  to you and your team, who else would that information
23  be sent to?
24    A.   It varies depending on the insight of that
25  information, but it could be shared with various

Page 250

1  people in the company.
2    Q.   For example, who?
3    A.   For example, Mike Fenger, the head of sales.
4    Q.   Say his name again, please.
5    A.   Mike Fenger, F-E-N-G-E-R.
6    Q.   Okay.
7    A.   Brian Liu, who is on Mike's team.  Brian
8  Liu, L-I-U, who is our sales leader in China.  And,
9  from time to time, it can be shared with others, Greg
10  Jozwiak, who I mentioned in product marketing, Phil
11  Schiller.
12    Q.   And how often, during calendar 2018, would,
13  you know, data regarding, you know, market share, for
14  example, be sent to you and your team from the team
15  on the ground in China?
16    A.   It varies.  Most firms only publish their
17  results quarterly.  Some track it more frequently.
18  We don't always get those updates on a more frequent
19  basis, but most firms publish quarterly.
20    Q.   So are you saying that your team in
21  California would only get that data quarterly from
22  the team in China?
23    MR. KRAMER:  Object to form.
24    You may answer.
25    THE WITNESS:  I think I mentioned to you

Page 251

1  that for the third-party firms I provided, they only
2  publish it on that basis.
3  BY MR. WILLIAMS:
4    Q.   Okay.  So what about the on-the-ground
5  independent research that people in China do?
6    A.   Yeah, the on-the-ground independent research
7  is not really a market share assessment.  It's really
8  just understanding prices; like what prices are those
9  products being offered at.  In China, there's a lot
10  of variation in pricing, if anything, on where the
11  products are sold.
12    Q.   Sticking with market share, for example, are
13  those the two ways that your team in China would get
14  it?  Some from on the ground, but primarily through
15  third-party research?
16    A.   No.  For market share, I mentioned it's
17  related to the third-party research.
18    Q.   Limited to third-party research.
19    A.   Yes.
20    Q.   And one your team evaluate -- withdrawn.
21    Once your team received it, what did your
22  team do with it on a quarterly basis?
23    A.   Well, we like to understand the trends and
24  what's happening, and we factor that in, in many
25  cases, as we think of what are sales forecasts for

Page 248..251

Page 252

1  unit sales.
2      Q.   So just, kind of, can you give me the, just,
3  general nuts and bolts of that process, once you
4  receive that data?
5          MR. KRAMER:  Objection as to form.
6          You can answer.
7          THE WITNESS:  Yeah, I think, again, I think
8  I mentioned before, there's lots of inputs that go
9  into our sales forecasting process.  There's not one
10 clear metric that suggests that one is better than
11 the other.  Market share is just one metric we
12 evaluate, but we take a number of factors into
13 consideration.
14 BY MR. WILLIAMS:
15     Q.   What does the -- what does market share tell
16 you about the potential unit sales in the future?
17         MR. KRAMER:  Objection as to form.
18         THE WITNESS:  Again, it can give some
19 trended potential -- trended insights as to if we're
20 seeing changes in price point, price bands the
21 customers are buying at, if we're seeing certain
22 models becoming more popular.  So again, it's one
23 point of input that provides some information on
24 trends.
25 ///

Page 253

1  BY MR. WILLIAMS:
2      Q.   And that the ultimate judgment of what
3  market share data means for the company's overall
4  projections, who makes that judgment?  Is it you?
5          MR. KRAMER:  Objection as to form.
6          THE WITNESS:  Yes, I'm one of the ultimate
7  decision-makers on how we -- on how we utilize the
8  information.
9  BY MR. WILLIAMS:
10     Q.   Who else?
11     A.   My team, as I mentioned to you earlier.  My
12 team and I, kind of, determine how to make judgments
13 on various information we get, with market share
14 being one of them.
15     Q.   And so Luca Maestri doesn't have a role in
16 applying his judgment on that issue?
17         MR. KRAMER:  Objection as to form.
18         You can answer.
19         THE WITNESS:  He asks us questions and
20 challenges our assumption; but, ultimately, our
21 team's recommendation is what we normally go with.
22 BY MR. WILLIAMS:
23     Q.   And what about Tim Cook?  Is his judgment
24 applied to how that data is used?
25     A.   He asked questions and challenges our

Page 254

1  assumptions, and we have debates; but, ultimately,
2  our team does put together the final recommendation.
3      Q.   So long as Tim Cook is satisfied with the
4  answers to his questions?
5          MR. KRAMER:  Objection as to form.
6          You can answer.
7          THE WITNESS:  Yeah, again, I think he
8  challenges our assumptions; and, ultimately, our team
9  provides what we think is the right recommendation.
10 BY MR. WILLIAMS:
11     Q.   And he just accepts them?
12     A.   Well, he's accepted them for several
13 quarters now.  So we have a pretty robust process
14 around where we -- that analysis.
15     Q.   So -- all right.  That's -- and he accepted
16 them in calendar 2018?
17     A.   Yes.
18     Q.   And so what about pricing?  We talked about
19 evaluation, you know, the ways that you evaluate
20 competition in China for smartphones.
21         What about pricing?  Describe how pricing is
22 evaluated for comparable smartphones.
23     A.   Yeah, I think --
24         MR. KRAMER:  Object to form.
25         I'm sorry, Mr. Parekh.  You have to give me

Page 255

1  a chance to object.
2          Objection as to form.
3          You may answer.
4          THE WITNESS:  I just wanted to clarify.  You
5  had said, you know, I think you characterized how we
6  look at competition.  I want to clarify that we take
7  into consideration certain trends as it relates to
8  competitors.  I just wanted to make sure that was
9  characterized properly.
10         And then pricing -- sorry.  You're asking
11 about pricing, specifically?
12         MR. WILLIAMS:  Correct, yes.
13         THE WITNESS:  What about pricing, in
14 particular, were you asking about?
15 BY MR. WILLIAMS:
16     Q.   I want to understand how the company
17 evaluates or evaluated the competition from Chinese
18 smartphone manufacturers in 2018, calendar 2018.
19         What was that process?
20     A.   Yeah, I think we, typically, look at where
21 competitive product are priced versus where our
22 current products are priced, and then we take that
23 into consideration, and we think about our new
24 product offerings or where our new product offerings
25 are priced.  I think it provides a point of reference

Page 256

1  of where we stack up versus other, you know, products
2  in the marketplace.
3      Q.  Well, how is that done?
4          I'm trying to understand who is responsible
5  for compiling the data and applying their judgment to
6  that data?
7          MR. KRAMER:  Objection as to form.
8          You may answer.
9          THE WITNESS:  Our team looks at that data,
10  and just like market share, takes into consideration
11  price band trends, where our products are priced
12  vis-a-vis other products.
13  BY MR. WILLIAMS:
14     Q.  Which team are you referring to?
15     A.  Both my marketing team -- my product
16  marketing finance team and my sales finance team.
17     Q.  And so do you have --
18          How large are those two teams or how large
19  were they in 2018?
20     A.  How large is -- are you asking how large my
21  entire team is or?
22     Q.  No, the two teams that you just described.
23  You said marketing finance and -- now I can't
24  recall --
25     A.  There's a subset of those teams that are

Page 257

1  involved in this particular process, so not the
2  entire team.  So it's a handful of people.  I would
3  say about 10 to 20 people, depending on the quarter
4  and depending on the product lineup.
5      Q.  In 2018?
6      A.  Correct.
7      Q.  And do you have an organizational chart of
8  those people and their positions?  Did you keep one
9  in 2018?
10     A.  Yeah, we don't normally keep organizational
11  charts.  But we work very closely, so I have a handle
12  on my team that gets involved in these processes.
13     Q.  All right.  So tell me who those people
14  were, in 2018, that were evaluating competition
15  between Chinese smartphone manufacturers with respect
16  to pricing.
17     A.  So it would have been myself, Alex Roman.
18     Q.  I'm sorry?
19     A.  Alex Roman, A-l-e-x, R-O-M-A-N.  Amar
20  Srinivasan.  Let me spell that.  S-R-I-N-I-V-A-S-A-N.
21  He has members of his team that are responsible for
22  pricing, in general, for our products.
23          Ed Tharp, I mentioned to you, is on the
24  sales finance side, and then we had some analysts on
25  his team that are responsible for iPhone forecasting.

Page 258

1  Mark Anderson would have been one of them.
2          So, again, I think it's a handful of people
3  that get involved in our forecasting process, sales
4  forecasting process.
5      Q.  And those people that you just described are
6  the people who are evaluating the pricing competition
7  in China?
8      A.  When you say "evaluating pricing
9  competition," I think I mentioned to you it's one
10  input.  I don't understand, I guess, maybe, how
11  you're asking the question.  What does "evaluating
12  pricing competition" mean in your view?
13     Q.  Is it fair to say that during 2018, as far
14  as you can recall, that one of the key competitive
15  factors for smartphones, including Apple's iPhones in
16  China, was pricing?
17     A.  Pricing is always a consideration in any
18  quarter.  I don't know that 2018 had anything
19  extraordinary.  Our pricing -- you know, we have
20  premium products, and so our price points are, I
21  mean -- indistinct about 2018.
22     Q.  You asked me to clarify what I meant by the
23  question, and so that's all I'm trying to do with
24  that question, that return question to you.  So I'll
25  ask it again.

Page 259

1          Is it fair to say that, in 2018, the pricing
2  competition between Apple iPhones and smartphones
3  offered by other -- by Chinese manufacturers was a
4  key competitive factor?
5          MR. KRAMER:  Objection as to form.
6          You can answer.
7          MR. WILLIAMS:  That one's a yes or no.
8          THE WITNESS:  I think it's fair to say we
9  take pricing, you know, trends into consideration.
10  BY MR. WILLIAMS:
11     Q.  Are you not able to answer that question
12  with a yes-or-no response?
13     A.  Well, you ask me if it's fair to say, and
14  what I was telling you was there's a number of
15  factors we take into consideration.  Pricing is one
16  of them.  And there was nothing extraordinary about
17  pricing in particular in 2018.
18          (Technical interruption.)
19          (Reporter interruption.)
20          THE VIDEOGRAPHER:  Going off the record at
21  11:13 a.m.
22          (Break in deposition proceedings.)
23          MR. WILLIAMS:  I'll ask the reporter to read
24  back the last question, and we'll pose it again.
25  ///

Page 260

1    (The record was read by the reporter as
2    requested.)
3  BY MR. WILLIAMS:
4    **Q.   So pricing is one factor; is that fair?**
5    A.   Yes, pricing is one factor.
6    **Q.   And I think I heard your testimony to be**
7  **that during calendar 2018, there was nothing specific**
8  **about pricing during that period in China.**
9    MR. KRAMER: Objection as to form.
10    You may answer.
11    THE WITNESS:  Yes.  I believe what I said
12  was there was nothing extraordinary related to
13  pricing versus what we normally see in China.
14  BY MR. WILLIAMS:
15    **Q.   Okay.  And so when you get your reports**
16  **regarding what's happening from a pricing competitive**
17  **landscape in China, how is that sent to you?  In what**
18  **form?**
19    A.   Sometimes there's e-mail presentations that
20  have price bands and show where competitive pricing
21  is in those price bands, with a visual graph of price
22  points and competitive products.
23    **Q.   And -- okay.  Is that the only -- that's the**
24  **only -- that you and your team receive that**
25  **information?**

Page 261

1    A.   That's typically our standard way to look at
2  it.
3    **Q.   And how is that -- how is that done?**
4  **Electronically?  Just describe that for me.**
5    A.   Yeah, electronically.
6    **Q.   What type of platform?**
7    A.   I mentioned Keynote, which is like your
8  PowerPoint.  It's Apple's version of PowerPoint,
9  which is Keynote.  So the graphs are typically put
10  into a Keynote presentation.
11    **Q.   And how do you communicate regarding the**
12  **details when you're not on the phone?  Just e-mail?**
13    A.   Yeah, we e-mail.  But a lot of times it will
14  be just maybe have a quick call to make sure we
15  understand the graph correctly.
16    **Q.   When you -- talk to anybody, other than your**
17  **lawyers to prepare for the deposition, you went to**
18  **your e-mail to, sort of, reconfirm your thoughts;**
19  **right?**
20    MR. KRAMER: Objection as to form.
21    You can answer.
22    THE WITNESS:  Yeah, I think what I mentioned
23  earlier was I had gone through my e-mail to just
24  reorient myself on specific dates more related to the
25  trade tension issue and some other items, not

Page 262

1  specifically on the pricing issue.  I'm very familiar
2  with the price band pricing.
3  BY MR. WILLIAMS:
4    **Q.   I understand.  My question really --**
5  **withdrawn.**
6    **It's fair to say you've received e-mail**
7  **concerning pricing issues, right, like you received**
8  **e-mail on other issues?**
9    A.   Yeah, when you say "pricing issues," I think
10  we get pricing data that our team puts together.
11    **Q.   And then once your team, sort of,**
12  **consolidates that or evaluates that data along with**
13  **market share, that's presented in some form to the**
14  **people you report to; correct?**
15    A.   Not always.  Sometimes it's relevant as a
16  way to, kind of, provide backup for our assumptions.
17    **Q.   And still referencing China, how would you**
18  **describe customer, sort of, preferences or Chinese**
19  **customer preferences with respect to smartphones, in**
20  **2018, as compared to customer preferences for**
21  **smartphones in the United States?**
22    MR. KRAMER: Objection as to form.
23    You may answer.
24    THE WITNESS:  So I think a way to think
25  about that is people in China and in the US focus on

Page 263

1  a lot of the same attributes for smartphones.  There
2  were some trends around larger screen sizes that were
3  important in China, and Chinese customers do focus on
4  technical specifications more than US customers in
5  some respects.
6  BY MR. WILLIAMS:
7    **Q.   What type -- what technical specifications**
8  **were those that Chinese customers were focused on in**
9  **2018?**
10    A.   It varies from things like the performance
11  from the processor to display technology to camera
12  technology.
13    **Q.   And so who were the -- who were the Chinese**
14  **smartphone manufacturers that were competing with**
15  **Apple iPhones in China, in 2018, on those features?**
16    MR. KRAMER: Objection as to form.
17    You can answer.
18    THE WITNESS:  I don't know if they were
19  exactly competing with Apple, but the China OEMs that
20  were launching products were companies like Huawei,
21  Hoppo, Vivo, Xaomia.  Xaomia is X-A-O-M-I-A.  Those
22  are the main ones that I think were ones that we took
23  into consideration.
24  BY MR. WILLIAMS:
25    **Q.   And why did you take them into**

Page 264

1  consideration?

2      A.  Because they provide choices for customers

3  in addition to iPhone.

4      Q.  Well, is it -- it's fair, isn't it, that in

5  2018 that Greater China was considered, you know,

6  probably Apple's largest growth market?

7      MR. KRAMER:  Objection as to form.

8      You may answer.

9      THE WITNESS:  China is a growth market, but

10  many other markets are growth markets as well.

11  India, Middle East.  And so it depends on what you

12  mean by "growth."  Growth in percentage terms, growth

13  in, you know, unit sales.  So there's lots of

14  different markets that are fast-growing markets --

15      (Cross talk.)

16      MR. WILLIAMS:  I'm sorry.

17  BY MR. WILLIAMS:

18      Q.  The question was:  Isn't it true that

19  Greater China, in calendar 2018, was Apple's largest

20  growth market?  If that's not true, then you can just

21  tell me it's not true.

22      MR. KRAMER:  Objection as to form.

23      You may answer.

24      THE WITNESS:  Yeah, I guess it depends on

25  what you mean by growth.  Growth in percentage terms.

Page 265

1  So it depends how you define growth.

2  BY MR. WILLIAMS:

3      Q.  How about percentage terms?

4      A.  There were other markets that were faster

5  growing that China.

6      Q.  Largest, not fastest.  My question was the

7  largest.

8      MR. KRAMER:  Actually, you said percentage

9  terms.

10      You can answer, Mr. Parekh.

11      THE WITNESS:  So China is one of our larger

12  markets; that's true.  It's not necessarily the

13  fastest -- it wasn't necessarily the fastest growing

14  market.

15  BY MR. WILLIAMS:

16      Q.  How about market share?

17      MR. KRAMER:  Objection as to form.

18      You can answer.

19      THE WITNESS:  What about market share,

20  specifically?

21  BY MR. WILLIAMS:

22      Q.  Was China considered, in calendar 2018,

23  Apple's largest growth market with respect to market

24  share?

25      A.  Yeah, I don't think we were looking at it

Page 266

1  that way.  We take -- market share fluctuates based

2  on who launches products when.  So again, we look at

3  trends for market share.  When we launched a new

4  product, we can gain a share, for example.  So again,

5  there's not a concept of largest market share

6  growth --

7      (Cross talk.)

8      MR. WILLIAMS:  Sorry.  I didn't mean to cut

9  you off.

10  BY MR. WILLIAMS:

11      Q.  Is it fair to say that, in 2018, calendar

12  2018, that Greater China was -- is the region in

13  which Apple had the largest opportunity for growth in

14  market share?

15      MR. KRAMER:  Objection as to form.

16      You may answer.

17      THE WITNESS:  That's not necessarily true.

18  BY MR. WILLIAMS:

19      Q.  Why not?

20      A.  There's several markets where we have very

21  low market share.  In Southeast Asia, India is an

22  example of a market we have very low market share and

23  lots of growth opportunity, maybe more so than China

24  from a market share perspective.

25      Q.  So where would you say, in calendar 2018,

Page 267

1  that the opportunities of market share growth was

2  higher than Greater China?

3      A.  I mentioned India as an example of a market

4  that has higher market share growth potential.

5  Middle East is another area that has higher market

6  share growth potential.  Again, there's several

7  smaller countries.  Latin America, there's market

8  growth share potential.

9      Q.  Higher than China?  Higher than Greater

10  China?

11      A.  Yeah, you talk about market share growth.

12  So we have very low market share in many markets much

13  lower than what we have in China in 2018.

14      Q.  I'm sorry.  That's fine.  I appreciate the

15  explanation.

16      So each of those were markets, in calendar

17  2018, where the market share growth was higher than

18  Greater China, if I understand your testimony.

19      A.  You had asked about the market share growth

20  opportunity vis-a-vis China.  What I was mentioning

21  to you is there are plenty of markets, in 2018, where

22  Apple has lower market share in those countries than

23  China at the time.  And so the head room for market

24  growth would have been greeter in those markets as

25  far as an opportunity for market share as a

Page 268

1 percentage.
2    Q.  How about unit sales?  Is it fair to say
3 that, in 2018, Greater China presented the largest
4 growth opportunity in unit sales in smartphones?
5       MR. KRAMER:  Objection as to form.
6       You may answer.
7       THE WITNESS:  Yeah, China is a large market
8 with opportunity of unit sales, but we also have unit
9 sales opportunities in many other markets as well.
10 BY MR. WILLIAMS:
11    Q.  So the question is:  Is it fair to
12 say China, Greater China, in 2018, presented the
13 largest opportunity for unit sales growth as opposed
14 to other regions?
15       MR. KRAMER:  Objection as to form.
16       You may answer.
17       THE WITNESS:  Not necessarily.  Those other
18 markets also have opportunities -- United States is
19 another one.  There are plenty of markets where we
20 have unit sales opportunity.  Western Europe is
21 another region that has significant market share
22 opportunity, unit sale opportunity.
23 BY MR. WILLIAMS:
24    Q.  So is that a question that could not be
25 answered with a yes-or-no response?

Page 269

1    A.  Yeah, I think it's important to clarify the
2 way I answered it.
3    Q.  Right.  So it could not be answered, simply,
4 with a yes or a no?
5       MR. KRAMER:  Objection as to form.
6       THE WITNESS:  Yes.
7 BY MR. WILLIAMS:
8    Q.  Do you know --
9       In calendar 2018, with respect to unit
10 sales, do you know if any other of the Chinese
11 smartphone manufacturers sold more units in China
12 than Apple?
13    A.  Well, the ones that have greater market
14 share sold more units than we did.
15    Q.  So which ones were those?
16    A.  I mentioned some of the names Hoppo, Vivo,
17 Huawei, and others.
18    Q.  So it would be fair to say that there were
19 at least four Chinese smartphone manufacturers that
20 were selling more units in China than Apple, correct,
21 in 2018?
22    A.  Yes, there are definitely Chinese OEMs who
23 were selling more overall units than Apple in China
24 in 2018.
25    Q.  All right.  Is it also fair to say that

Page 270

1 there are at least four Chinese smartphone
2 manufacturers that were selling smartphones at
3 cheaper prices than Apple in China?
4       MR. KRAMER:  Objection as to form.
5       You may answer.
6       THE WITNESS:  It's a nuanced question
7 because all OEMs have various products at various
8 price points, as does Apple.
9 BY MR. WILLIAMS:
10    Q.  So that question cannot be answered with a
11 yes-or-no response?
12    A.  Not in the way you asked it because, again,
13 I think the Chinese OEMs have various products at
14 various price points and so does Apple.
15    Q.  What is the cheapest phone Apple was selling
16 in Greater China in 2018?
17    A.  The iPhone 6S.
18    Q.  And do you know how much it was?
19       MR. KRAMER:  Objection as to form.
20       THE WITNESS:  It would have been $300 at
21 that time frame.
22 BY MR. WILLIAMS:
23    Q.  300 US dollars?
24    A.  Correct, US dollars.
25    Q.  And with respect to customer preferences,

Page 271

1 are there -- in calendar 2018, what were some of the
2 features that Chinese manufacturers were offering
3 that Apple was not, in Greater China?
4    A.  It depends what time frame you're talking
5 about.  We had a product launch in 2018 where we
6 launched a new set of our products that had different
7 features than the prior set of products.  So can you
8 clarify the time frame that you're asking about?
9    Q.  Prior to September 2018.
10       So I think there are some things that
11 Chinese smartphone manufacturers focus on.  In some
12 cases, they provide cameras with higher megapixels to
13 get headline value out of that.  There's different
14 display sizes.  Dual SIMs are one thing that Chinese
15 customers care about because they, typically, have
16 more than one phone line.  So those are some examples
17 of some things that might have existed
18 pre-September.
19    Q.  That Apple did not offer?
20    A.  Yeah, correct.  We didn't launch a dual
21 physical SIM until the iPhone XS Max launched end of
22 September of that year, and we also launched a larger
23 size.  The XS Max was our first larger size phone.
24    Q.  So what about preloaded WeChat?  Did Apple
25 ever offer that?

Page 272

1    MR. KRAMER:  Objection as to form.
2    You can answer.
3    THE WITNESS:  We don't offer preloaded
4  WeChat, but it's a very easy application to download
5  from the app store.  It's not a feature that a
6  customer would say is a differentiating feature for
7  us.  WeChat is accessible to any platform.
8    MR. WILLIAMS:  And so -- is this a good time
9  for a short break?
10    MR. KRAMER:  Yeah.  We can take a short
11  break.  Can we do five minutes, Shawn?
12    MR. WILLIAMS:  I would say ten.
13    MR. KRAMER:  Why don't we come back around
14  11:45.
15    MR. WILLIAMS:  Yeah.
16    THE VIDEOGRAPHER:  Off the record at
17  11:38 a.m.
18    (Break in deposition proceedings.)
19    THE VIDEOGRAPHER:  We'll go back on the
20  record at 11:55 a.m.
21  BY MR. WILLIAMS:
22    Q.  Can you describe for me how Apple -- how it
23  tracks customer traffic in its stores, particularly
24  in 2018?
25    A.  Sure.  Do you mean in our own -- in our own

Page 273

1  retail stores?
2    Q.  We'll start there.
3    A.  Okay.  Yeah, we do have some sensors that
4  give us a sense of traffic coming in and out.  There
5  is some noise with that data, as you can imagine,
6  with people coming in and out multiple times
7  sometimes, but it gives us a directional sense of
8  traffic trends.
9    Q.  And that's in every store?
10    A.  I believe it's in a majority -- I believe in
11  China, we have them in a majority of our stores, yes,
12  at that time, 2018.
13    Q.  And what is the --
14    What is the system called?
15    A.  Not really a system.  It's just data that
16  comes from the sensors that the team collates into a
17  trends chart.
18    Q.  And are they --
19    Was it like a beacon of some sort?  Do you
20  all use the iBeacons in the stores?
21    A.  Yeah, no, it's actually a different sensor
22  system than our iBeacon.
23    Q.  What is -- is there a name for it that
24  people refer to it as?
25    MR. KRAMER:  Hold on a second.

Page 274

1  Mr. Williams, I'm having a hard time hearing you.
2    January, can you hear him okay?
3    (Discussion with the reporter off the
4    stenographic record.)
5  BY MR. WILLIAMS:
6    Q.  Asking what this sensor system or product is
7  referred to with respect to measuring customer
8  traffic.
9    A.  We just call it a traffic report.  There's
10  not really a name for the sensor itself.
11    Q.  And is it made by Apple or made by some
12  other company, the sensors themselves?
13    A.  I believe it's made by a third party.
14    Q.  Do you know who it is?
15    A.  No, I don't.
16    Q.  Is that something that you can find out?
17    A.  I guess I could, yeah.
18    Q.  It's something that we expected you to be
19  prepared to talk about.
20    Is it the same product in every store?
21    A.  We use consistent technology, yes, in all
22  the stores.
23    Q.  Including in China?
24    A.  Yes, we would use the same platform in
25  China, across the retail stores in China.

Page 275

1    Q.  And those sensors, where does the data from
2  those sensors go?
3    A.  When you say "where does it go," I mean, I
4  guess there's a team that compiles that and puts it
5  into a -- I think I mentioned to you, a trend chart
6  that looks at traffic trends.
7    Q.  Right.  And what I was asking is, maybe you
8  don't have the technical information about it, but
9  the sensors themselves, if they track a person coming
10  in or out, that information goes to a database
11  somewhere; correct?
12    A.  Yeah, I don't know if it's stored in a
13  database.  All I know, there's a team that compiles
14  it and sends us, from time to time, an update.
15    Q.  And that team has access to every store
16  around the world?
17    A.  Well, so when you say "that team," so
18  there's different teams.  We look at those trends by
19  geography.  Typically, it's the team in China who
20  sends it to us; doesn't have the sensor data for the
21  US stores, for example.
22    Q.  All right.  Thank you for that.  I
23  appreciate it.
24    So every region has a different team that
25  monitors traffic?

Page 276

1    A.  Has a different -- I'm sorry.  I couldn't
2  make out what you were saying at the very end of that
3  sentence.
4    Q.  Every region has a different team of people
5  that measures foot traffic in the stores in that
6  region?
7    A.  Yes, the foot traffic is monitored by the
8  regional teams for those regions.
9    Q.  And who's on the regional team in Greater
10  China, at least in 2018?  Is there a specified group
11  that can be identified?
12    A.  There's various groups within the Apple
13  retail team in China that would have been responsible
14  for collating and sending that.  I received that
15  report from my controller, Edwin Tan, who I mentioned
16  to you earlier.
17    Q.  And what does that report reflect?
18    MR. KRAMER:  Objection as to form.
19    You may answer.
20    THE WITNESS:  Yeah, I think I mentioned to
21  you, it's trended information of just store traffic
22  counts of people.
23  BY MR. WILLIAMS:
24    Q.  And apart from trends, does it provide you
25  with daily figures, weekly figures, monthly figures?

Page 277

1    A.  We typically look at weekly and monthly
2  trends.
3    Q.  So that's fine.  I appreciate that.
4    But when you say "trends," are you talking
5  about figures or are you talking about a consolidated
6  trend?
7    A.  Consolidated counts of people, of traffic.
8    Q.  And is it by store?  Can it be broken down
9  by store?
10    A.  It can be broken down by store, yes.
11    Q.  Is that something that you can -- you Kevan,
12  that you can access, or do you have to have someone
13  get that data for you?
14    A.  I have to have someone get that data for me.
15    Q.  And who would that --
16    If you wanted by-store data for last week in
17  China, who would you call to get it or who would you
18  e-mail to get it?
19    A.  Well, in 2018, I would have called my
20  controller, Edwin Tan.
21    Q.  What about now?
22    A.  Well, now my responsibility for supporting
23  the retail team, so I call Yitsik Lee who is
24  responsible for the finance team in China for the
25  retail business.

Page 278

1    Q.  And is that a --
2    So who else can get access, in 2018, to
3  those traffic reports?
4    MR. KRAMER:  Objection as to form.
5    You may answer.
6    THE WITNESS:  Yeah, I guess there's various
7  people who, within the retail team, have access.
8  There's various people, depending on their role, if
9  they need to know that information.
10  BY MR. WILLIAMS:
11    Q.  In 2018, did you have the ability -- or did
12  Apple have the ability to get daily traffic reports
13  from stores in Greater China?
14    A.  Yes.  I believe we have ability to get daily
15  reports.
16    Q.  And do you know if anyone at Apple was
17  looking at daily traffic reports in China in 2018?
18    MR. KRAMER:  Objection as to form.
19    You may answer.
20    THE WITNESS:  I believe there are teams that
21  look at it for staffing and labor needs.
22  BY MR. WILLIAMS:
23    Q.  Who are on those teams?
24    A.  I don't know, specifically, everybody on
25  those teams.

Page 279

1    Q.  Do you know anybody on those teams?
2    A.  Well, I know people on the retail team at a
3  senior level.  I'm not sure who at the working level
4  uses that data.
5    Q.  If Luca Maestri wanted that data, could he
6  get it on a -- I'm talking about daily traffic data
7  in Greater China in 2018.
8    A.  Are you saying if Luca Maestri wanted the
9  data, could he get daily information for China
10  stores?  Yes, he could, if he asks for it.
11    Q.  And the same with Tim Cook; correct?
12    A.  Yes, he could ask for it, as well, and
13  receive it.
14    Q.  And do you know whether either of them
15  received daily traffic data for Greater China in
16  2018?
17    A.  I don't know if they did or not.
18    Q.  Did -- can you describe -- withdrawn.
19    You received -- your team received some
20  traffic reports in 2018; correct?
21    A.  Yes, me and my -- some of my team do.
22  That's correct.
23    Q.  And would that have been daily?
24    A.  No, we don't really look at daily.  Daily
25  has a lot of noise.  So we look at longer-term

Page 280

1  trends:  Weekly and monthly and quarterly.
2      Q.  Is a traffic report a report that you would
3  receive weekly, or would you have to ask for it
4  weekly?
5      A.  I don't receive something automatically
6  weekly.  I typically ask for it if it's helpful to
7  understand what's happening trend-wise.
8      Q.  Who at the company has the responsibility of
9  looking at daily or weekly traffic reports?
10      MR. KRAMER:  Objection as to form.
11      THE WITNESS:  For what purpose?
12  BY MR. WILLIAMS:
13      Q.  Any purpose.
14      A.  Well, I think I mentioned to you there's
15  people who have to think about labor planning, so for
16  them, the daily traffic matters because you have to
17  think about how much store staff.
18      I don't know who else looks at it daily.
19  Again, I think I mentioned to you the daily is pretty
20  noisy.  So I'm just trying to understand what you're
21  asking about with respect to the traffic.
22      Q.  I'm trying to understand if there's anyone
23  at the company that has had the responsibility of
24  evaluating daily or weekly traffic in Apple's retail
25  stores in Greater China.

Page 281

1      A.  Yeah, I guess what I'm trying to understand
2  is when you say "evaluating," there's different
3  things you glean from the data.  I mentioned that
4  some teams care about that because it drives how much
5  labor we need in the stores at any given time.  So in
6  what way are you asking about how people are
7  evaluating it?
8      Q.  I'm just asking anyone, for any purpose.  If
9  you know a team that evaluates daily or weekly foot
10  traffic in the stores in Greater China for purposes
11  of labor, I'd like to know an answer to the question
12  who those people are.
13      If there are people who are evaluating the
14  same data to determine sales trends or to think about
15  sales trends, I'd like to know who those people are.
16      A.  Okay.  Well, so you're asking two different
17  questions.  Let's just talk about your question about
18  traffic.  Again, there's not one person who is
19  responsible for interpreting and looking at traffic.
20  Various groups use that information for different
21  purposes and so there's not like one collection of
22  people I can point you to and I don't know who in
23  China, particularly, looks at it daily for labor
24  planning purposes.
25      Sales data you asked about is different than

Page 282

1  traffic, so --
2      Q.  I'll clarify the question.  I wasn't asking
3  about sales data.
4      I want to know who is looking at daily
5  traffic or weekly traffic data for purposes of
6  evaluating sales trends.
7      MR. KRAMER:  Objection as to form.
8      You can answer.
9      THE WITNESS:  So our team takes into
10  consideration, like we did with market share and
11  other things, store traffic trends.  We don't overly
12  rely on them because, again, we don't have an ability
13  to distinguish between people who come in for service
14  appointments and people who come in to buy goods and
15  services.
16      So again, as one macro indicator that
17  doesn't necessarily correlate to sales always.
18  BY MR. WILLIAMS:
19      Q.  So just to clarify, and your team looks at
20  both the daily and weekly?
21      A.  I think I mentioned to you, I don't look at
22  the daily data.  I look at longer-term trends, and we
23  typically ask for things like weekly, monthly, and
24  quarterly.  I don't look at daily data because I
25  don't think daily data is helpful.

Page 283

1      Q.  And you only ask for it weekly?
2      A.  I don't get it weekly.  I ask for the chart
3  to be done on a weekly basis so we can understand how
4  the weeks are trending, but I don't get the
5  information weekly.  I don't think it's a relevant
6  factor for us to look at it weekly.
7      Q.  What is -- and --
8      Is your team the only team that looks at it
9  for that purpose?  I'm not talking about labor.
10      MR. KRAMER:  Objection as to form.
11      What purpose?
12  BY MR. WILLIAMS:
13      Q.  You just described -- you said that your
14  team looks at, you know, the weekly traffic data for
15  purposes of evaluating some trends and, particularly,
16  sales trends.
17      Did I get that incorrect?
18      A.  Yeah, I think what I mentioned was we do
19  look at traffic trends to try to see if there's any
20  correlation to sales.
21      I think I also mentioned that it also is
22  difficult because the traffic data is -- doesn't
23  distinguish between people who come in for service
24  appointments.  We have lots of people come in our
25  store for service appointments.

Page 284

1        We have lots of people who come browse in
2   our store, especially in big hubs like Beijing and
3   Shanghai with significant amounts of tourism.  And we
4   also -- browsers don't necessarily buy.
5        So, again, that's one factor that we look
6   at, but it doesn't necessarily always correlate to
7   how we think about our sales forecasts.  We look at
8   that one just, again, macro indicator.
9        Q.   And there's no -- withdrawn.
10       Is there a way for you to look at that data
11  that's on your computer, or do you always have to
12  have someone prepare some report?
13       A.   When you say that, for the traffic data you
14  mean?  Yeah, I don't have something in my computer.
15  I have to ask somebody to pull it for me.
16       Q.   But there are people who do have that data
17  accessible in their computer?
18       A.   Yeah, I don't know --
19       MR. KRAMER:  Hold on a second.  Hold on a
20  second, Kevan.
21       January, can you read back -- Mr. Williams
22  broke up, so I didn't hear the end of his question.
23       (The record was read by the reporter as
24       follows:
25          "QUESTION:  But there are people who do

Page 285

1    have that data accessible in their
2    computer?")
3    MR. KRAMER:  Thank you.
4    Okay.  Go ahead, Mr. Parekh.
5    THE WITNESS:  I don't know what people have
6   on their computers locally in China.
7   BY MR. WILLIAMS:
8        Q.   What about in the United States?  Are there
9   people in the United States that have that data
10  accessible to them in the United States --
11       A.   I don't know.
12       Q.   Is that something you can find out?
13       A.   I can try to ask, but I don't know how
14  people are using it if they even do have it.
15       Q.   -- have access to it --
16       (Reporter clarification.)
17  BY MR. WILLIAMS:
18       Q.   The question was -- I'm asking whether
19  people have access to it, not how they're using it.
20       A.   When you say "access," I don't know, in
21  2018, that it was in a database or any kind of
22  system.  So I don't have a sense of -- when you say
23  "access," other than if people were given a report.
24  All I know is I was given a report when I asked for
25  it.

Page 286

1        Q.   And that was by Mr. Tan?
2        A.   Correct.  Edwin Tan, yes.
3        Q.   Who was responsible for --
4        If you wanted that report for the United
5   States, who would that person be?
6        A.   In 2018 or today?
7        Q.   In 2018.
8        A.   In 2018, I would have asked my -- I would
9   have asked my colleague who, at the time, ran retail
10  finance.  It would have been Nick Severino to share
11  that with me.
12       Q.   Severino.
13       A.   Severino, yes.
14       Q.   And what about in regions -- other,
15  quote/unquote, virgin market regions outside of
16  China?
17       A.   I could have either asked Nick Severino or I
18  could have asked my controller, like the Edwin Tan
19  equivalent in other geographies.
20       Q.   I see.
21       How did Apple monitor traffic at its partner
22  stores in China in 2018?
23       A.   Yeah, we have limited reporting from
24  partners.  Not all partners share their traffic
25  information with Apple.

Page 287

1        And so some partners, and a very select few
2   of them, do provide us some stats where they report
3   out.  We have various reseller partners, and,
4   again, we get a sample base from only a select few of
5   them as just a point of comparison to what we see in
6   retail.
7        Q.   Which partners are those?
8        A.   I'm sorry.  I couldn't hear you.
9        Q.   Which partners were those that you did get
10  data from?
11       A.   There's not one specific partner.  So, for
12  example, we have a network of Apple premium reseller
13  partners in China, some portion of those.  Those are,
14  kind of, individual owners who own those premium
15  reseller stores.  So some of them communicate their
16  traffic to us.
17       We also have, again, different partners.
18  Like the equivalent of a Best Buy or the equivalent
19  of, you know, what we call the retail partners.  It's
20  a collection of, again, different individual
21  proprietors, so not one person.  China is a very,
22  very fragmented set of reseller partners.
23       Q.   And can you identify any of those partners
24  that do or did share traffic data with Apple?
25       A.   The report that I get specifies, again,

Page 288

1  Apple retail store traffic, I mentioned to you
2  earlier.  It specifies Apple premium resellers,
3  generically.  Again, there's not, like, one or two.
4  There's a significant number of them, so we do get a
5  sample from them.
6          And there's a sample of stores that are
7  called Apple authorized resellers.  Which again, we
8  only sell our products through authorized reseller
9  partners.  We have different tiers of partners.  So,
10  again, there's a sample of different groups.  There's
11  not one name of a person I could tell you.
12      Q.  It all just comes in the report that's
13  compiled for you when you ask for it?
14      A.  Yes.  There are graphs in those reports.
15      Q.  And would it be the same people that you
16  described in different regions that may have access
17  to that granular data?
18      A.  Well, when you say -- so are you asking
19  about whether or not people in other regions have
20  access to the China data?  Or are you asking if
21  people have -- 'cause we have different reseller
22  partner tiers in different countries.
23      Q.  No, I was asking about -- so, for example,
24  if you wanted to get the premium partner data from
25  China, that data would -- you would ask Mr. Tan back

Page 289

1  then, if you wanted it?
2      A.  Yes.  I would have asked Mr. Tan for that.
3      Q.  And is there somebody that's taken that
4  position now?  I think you tried to explain that to
5  me.  It's no longer Mr. Tan; right?
6      A.  No, Mr. Tan is in his same role, but
7  Mr. Yitsik Lee is the person reasonable for the
8  retail business finance -- financials.  So Mr. Yitsik
9  Lee would not have the data for the partners.
10  Mr. Tan would have the detail for the partners since
11  he's responsible for the sales finance function which
12  covers our reseller partners.
13          MR. KRAMER:  While you're doing that Shawn,
14  before I forget, we're going to go ahead and
15  designate this transcript as highly confidential
16  given the testimony to date -- or so far, I should
17  say, today, and I just want to make sure that was on
18  the record.
19          MR. WILLIAMS:  Confidential or -- did you
20  say confidential or you said highly confidential?
21          MR. KRAMER:  I said highly confidential, but
22  we're happy to revisit it at the end of the day.  But
23  I think given the identity of some of the secret
24  sauce, so to speak, and how we do things, at this
25  point I need to do highly confidential.  But, again,

Page 290

1  we're happy to revisit it at the end of the day.
2          MR. WILLIAMS:  Okay.
3  BY MR. WILLIAMS:
4      Q.  Are there any other, sort of, customer
5  analytics that Apple used in its Greater China
6  stores, in 2018, to evaluate demand or trends?
7          MR. KRAMER:  Objection as to form.
8          You can answer.
9          THE WITNESS:  Yeah, can you just clarify to
10  make sure I understood the question?  You're asking
11  if we did any other customer analytics?
12  BY MR. WILLIAMS:
13      Q.  Yeah.  In 2018, to measure demand in stores
14  in 2018.
15      A.  I guess, when you mean by customer
16  analytics, is there a specific kind of customer
17  analytics you're asking about?
18      Q.  Not specific.  I'm asking the question
19  because I don't know.  So talking about in-store.
20      A.  Yeah, I think we don't really look at
21  customer -- well, I don't think we get a lot of
22  customer analytics for people that come shop at our
23  store; but we look at the store sales, as you imagine
24  we would.
25      Q.  So you have daily point-of-sales data, for

Page 291

1  example; right?
2      A.  We don't have point-of-sale reporting from
3  partner -- we don't have daily point-of-sale
4  reporting from partners.
5      Q.  Not from partners, but in your own retail
6  stores.
7      A.  In our retail stores, yes.
8      Q.  Is that monitored daily or was it monitored
9  daily?
10      A.  I think there are people who look at it
11  daily.  There's people who -- just like on the
12  traffic side, who care about that for labor purposes.
13  I think we do the same to make sure inventory levels
14  are reasonable.
15          So again, it depends on for what purpose,
16  but, yes, I think there are people on the retail team
17  who look at that daily because they need to
18  understand if we're running out of stock or we have
19  enough stock, things like that.
20      Q.  So are there people on your team that would
21  have looked at the, sort of, daily retail -- your
22  Apple retail store point-of-sales data?
23      A.  I mean, we look at our retail data; but,
24  again, our retail business only comprises a small
25  fraction of our sales in China.  So it's, again, just

Page 292

1  one point, but we don't look at the daily numbers for
2  our individual -- my team doesn't take that into
3  consideration.  Again, I think people in retail do
4  for other reasons.
5     Q.  Whether or not you take it into
6  consideration, your team looks at it; correct?
7     A.  Our team doesn't look at daily retail store
8  performance by store, no.
9     Q.  No, not by store.  Consolidated by region.
10    A.  Yes, we look at our -- we look at our daily
11 performance of sales through our retail store in
12 aggregate.  We do not look at them on an individual
13 basis.
14    Q.  And so you look at that -- in addition to
15 daily, you look at it weekly; right?
16    MR. KRAMER:  Objection as to form.
17    You may answer.
18    THE WITNESS:  Yes, our reporting is daily,
19 but we consider the weekly trends.  Again, we don't
20 look at daily data because daily data is very
21 noisy.
22 BY MR. WILLIAMS:
23    Q.  Oh.  I thought you just testified that you
24 do look at the daily aggregate data.
25    A.  I think I've mentioned, though -- let me

Page 293

1  clarify.  We don't measure -- we don't extrapolate
2  off of daily data.  So yes, the data is provided
3  daily, but we don't look at it that way.  We look at
4  it on a weekly or longer-term basis.  Because, again,
5  day-to-day, right, things are very noisy day to day.
6  The weather could be different one day.  The -- you
7  know, something else could be happening one day, so
8  we don't look at daily trends that way.
9     Q.  And is that something that your team --
10 withdrawn.
11    Who are the people that have access -- had
12 access in 2018 to the daily point-of-sales data in
13 Greater China for iPhone?
14    A.  I don't know exactly.  I don't have access
15 to that or look at that.
16    Q.  I didn't hear you.  Did you say --
17    A.  I don't exactly know -- I'm sorry.  I don't
18 exactly know who all has access to that.
19    Q.  Well, did you have access to it?
20    A.  Yes.  We get aggregated reports that show
21 what we call an activation event, which is what we
22 use to define demand.
23    Q.  Right.  And that -- and that's daily?
24    A.  Yes.  So that's also different than
25 point-of-sale data, because in many cases customers

Page 294

1  go home, they travel.  They may turn on their phone
2  later.  So we look at that rather than point of sale.
3     Q.  I appreciate that, and I just want to make
4  sure I'm asking the right question so you provide the
5  right answer.
6     There is a difference between what you get,
7  and I think what you said, what you use for purposes
8  of evaluation.
9     So my question was:  Do you get daily
10 aggregate point-of-sales data from Greater China in
11 2018?
12    A.  I do not get aggregate point-of-sale data.
13 I get aggregate customer activations that were sold
14 through our retail stores.
15    Q.  Daily?
16    A.  Yes.  The report has daily information in
17 it -- our kind of daily information in it, yes.
18    Q.  Are there people on your team who get not
19 the daily activation, but the point-of-sales data?
20    A.  In 2018, there probably wouldn't have been
21 anyone on my team that got daily point-of-sale data.
22    Q.  Would anyone on your team have access to it?
23    A.  They could request it, but I wouldn't
24 imagine they would.
25    Q.  And outside of your team, who all got access

Page 295

1  or received the daily activation report?
2     MR. KRAMER:  Objection as to form.
3     You may answer.
4     THE WITNESS:  Yeah, so there is people on my
5  team, some of the people I mentioned to you before,
6  would have accessed the daily activations data.
7  There's a team that's responsible for supply-demand
8  management that has access to that data, but it is a
9  limited audience.
10 BY MR. WILLIAMS:
11    Q.  So who are you referring to on the
12 supply-demand team that would have --
13    A.  Donal Conroy runs that team, and his team
14 has access to daily activations or unbreaking, we'll
15 call it, internally, of data.
16    Q.  And how is his team defined?  What's the
17 name of his team?
18    A.  Supply-demand management.
19    Q.  Anyone else that has access to the daily
20 activation reports by region?
21    A.  I don't know the entire distribution list.
22    Q.  But the supply-demand team is the only other
23 group you can think of, and your group?
24    A.  Corporate FP&A may, some select people in
25 corporate FP&A.  But I don't know -- again, I don't

Page 296

1 know the entire list of distribution for that.
2    Q.  And would those people also have access to
3 the point-of-sales data from the same region,
4 regardless of whether they used it?
5    A.  Again, I guess they can request it.  It's
6 not like -- as far as I know, I don't know if a
7 dashboard exists or anything for it.
8    Q.  So people -- would have to request it as
9 opposed to just log in to some network and look at
10 it?
11    A.  Right.  Again, we don't -- we look at the
12 customer -- end-customer activations as our way to
13 think about demand.  We don't really look at the
14 point-of-sale sell through.
15    Q.  And, you know, and I apologize if I'm not
16 clear in the way I'm asking these questions.
17       With respect to customer activations, is
18 that something you would have to request or could you
19 log into some network and get that daily or weekly
20 data?
21    A.  There's a report that's distributed that
22 shows us that.  In 2018, I don't -- that would have
23 been the -- we would have gotten a report.
24    Q.  From who?  Who -- who is the --
25    A.  There's an automatic distribution list.  The

Page 297

1 SVM team generates a daily report, and our sales
2 finance team leverages the same data and sends a
3 daily report as well.
4    Q.  And you also get that data from resellers,
5 the daily --
6    A.  Those are -- those are things that are not
7 reported by reseller partners.  Those are -- we just
8 get a sense of demand because we get a signal that
9 pings our database when a phone is activated or
10 turned on.  It's called an unbreaking -- we,
11 internally, refer to it as an unbreaking event.
12    Q.  Can you describe that for me.  What is --
13 how is it pinged to your database?
14    A.  So when a customer opens up a new iPhone and
15 turns it on and goes through the flow process, our
16 servers are notified that somebody had activated a
17 new phone.  That's a high-level explanation of it.
18    Q.  And do you -- do you know where that phone
19 is being activated -- where in the world that phone
20 is being activated?
21    A.  Not always.  We don't track location
22 information from customers, but we know where the
23 phone was sold to.  So we use the sold-to country as
24 the place that the customer activation occurred.  So
25 we do know, in some cases, there's great market

Page 298

1 activity that can change that location.
2    Q.  Right.  A -- reseller, for example, in
3 China -- that sells an iPhone and the person
4 activates it, and that pings your database, you have
5 a pretty good sense of where that phone was sold.
6    A.  Yes.  We would know that a phone was sold
7 into a reseller or partner that got activated.
8 Whether we precisely know if that phone is still in
9 China, there's a good chance it is, but we don't
10 precisely know that.
11    Q.  And that is rolled up into this activation
12 report that you talk about?
13    A.  Is what rolled up?
14    Q.  The resell -- the -- this ping -- I'm sorry.
15 The ping that you described --
16    A.  Yeah, so we look at an aggregated number of
17 activations in a region, for example, or in a
18 country.
19    Q.  I'm just wondering, are those reports
20 different than the activation reports that you were
21 talking about a few minutes ago?
22    A.  It's the same report.
23    Q.  How did the company evaluate or monitor
24 online traffic to its stores in 2018?
25    A.  So our retail team, who also manages our

Page 299

1 Apple online store, would look at store traffic and
2 sales.  We don't get partner reporting, though, for
3 online providers.  So, for example, in China, JD.com
4 is a very big reseller partner.  They don't provide
5 us any information.  They're kind of like Amazon,
6 where they don't provide us specific information
7 about their traffic.
8    Q.  But Apple can evaluation traffic directly
9 through -- online traffic directly through an Apple
10 store.  I'm sorry.  Withdrawn.  That wasn't very
11 clear.
12       Apple can evaluate online traffic to its own
13 stores, online stores?
14    A.  Yes, we can look at visitors to our store.
15    Q.  And you can look at --
16       (Reporter requests clarification.)
17       THE WITNESS:  I'm sorry.  I didn't hear that
18 last part.
19 BY MR. WILLIAMS:
20    Q.  And you can look at where that visitor is
21 originating from, maybe their IP address or something
22 like that; right?
23    A.  We typically don't look at that information.
24 But when you say "originating from," I guess, can you
25 clarify?  We don't -- again, we're pretty privacy

Page 300

1  oriented.  We don't look at those types of
2  information.
3      Q.  So isn't it true that you can determine
4  whether a visitor to your store is visiting -- that
5  they're in Greater China, for example?
6          MR. KRAMER:  Objection as to form.
7          THE WITNESS:  Yeah, I don't know the team
8  can discern that.  We just look at visitors to the
9  online store.  And I imagine most people are going to
10  the China store are originating from China, but I
11  don't specifically know if we look at how much of the
12  traffic can be originating outside of China.
13  BY MR. WILLIAMS:
14      Q.  So is it -- that's helpful.
15          So is the China online store different from
16  the online store in other regions?
17      A.  Yeah, there's specific storefronts because
18  we have different prices, different entities.  So
19  they are different storefronts.
20      Q.  So you can -- traffic to the China -- online
21  store --
22          MR. KRAMER:  I'm sorry.  Mr. Williams, I
23  didn't even hear half that question.
24          THE REPORTER:  Me either.
25  ///

Page 301

1          (Discussion with the reporter and
2          videographer off the stenographic record.)
3  BY MR. WILLIAMS:
4      Q.  I was just asking whether Apple can measure
5  online traffic to its Chinese online store.
6      A.  Yes, it can measure the number of visitors
7  that come to our China online store.
8      Q.  And is that reported daily?
9      A.  Is it reported daily?  I don't know if it's
10  reported daily.  We don't look at it daily, but there
11  may be a report that exists that provides that data.
12      Q.  So when you say you don't look at it daily,
13  you're talking about you or you're talking about
14  Apple doesn't look at it?
15      A.  I'm talking about me and my team.
16      Q.  What about people outside of your team?
17      A.  I imagine the retail team who's responsible
18  at the store would want to understand it, to
19  understand traffic loads, etc., on the website.
20      Q.  Right.  So they would look at it daily.
21          Anybody else?
22      A.  I don't know.
23      Q.  Who has or would have had access to the
24  daily data of visitors to the Chinese Apple store,
25  online Apple store?

Page 302

1      A.  Yeah, I imagine the online team in China
2  might have access to it or would be potentially
3  following it, but I don't know exactly who.  Again, I
4  don't know if the information is set up by way of
5  access or it's a report that someone provides if they
6  wanted it.
7      Q.  It's fair to say that if Luca Maestri wanted
8  it, he could get it; right?
9      A.  I'm sure if he asked for it, I'm sure he
10  could get something.
11      Q.  And if Tim Cook wanted it, he could get it
12  daily; right?
13      A.  Yes.  He could ask for it daily, I guess,
14  yes.
15      Q.  You don't know whether or not he did that?
16      A.  I don't.
17      Q.  You don't know whether Luca did that,
18  Maestri?
19      A.  I don't.
20      Q.  Do you know if anyone at Apple did that?
21      A.  I think I mentioned to you the retail team,
22  I imagine, would be looking at it for a variety of
23  different reasons.
24      Q.  Who headed the retail team in 2018?
25      A.  At that time, it would have been Angela

Page 303

1  Aarons.
2      Q.  And she's now gone; correct?
3      A.  Yes, that's correct.
4      Q.  Who's running it now?
5      A.  Dierdra O'Brien.
6      Q.  Now, you mentioned that there was a
7  distribution list or team for the either daily or
8  weekly activation reports.
9          Is there a distribution group for the online
10  traffic reports?
11      A.  I'm not aware of it.  I'm not on it, if
12  there is one.
13      Q.  Anybody on your team on it?
14      A.  Not that I'm aware of.
15      Q.  Even weekly or monthly?
16      A.  We've asked for it from time to time, just
17  like the retail store traffic, but there's not, as
18  far as I know, a regular distribution nor do we look
19  at that as an important factor for our forecasting
20  process, sales forecasting process.
21      Q.  Is your team the only team that handles the
22  company-wide -- company-wide sales forecasting
23  process?
24      A.  So there's two teams that participate in
25  that process.  My team is primarily responsible for

Page 304

1  the sales forecast, working very closely with Donal
2  Conroy's team, because we also take into
3  consideration demand as we think about operational
4  considerations too.  So my team and Donal's team are
5  the two that are responsible for the forecasting
6  process, sales forecasts.
7      Q.  Did you talk with Donal in preparation for
8  your deposition today?
9      A.  I did not.
10     Q.  What's the size of his team in comparison to
11  the size of your team?
12     A.  Yeah, I don't know exactly how many people
13  he has.  They're responsible for a lot of different
14  things, but I don't exactly know how many people he
15  has on his team.
16     Q.  Is he in Cupertino?
17     A.  He is in Cupertino, yes.
18     Q.  You are too; right?
19     A.  Yes, correct.  I am, yep.
20        MR. WILLIAMS:  Jim, I think this might be a
21  good time for lunch.  I don't know if it's too early
22  for you, but maybe if we come back in about 40
23  minutes.
24        MR. KRAMER:  I've got a 1:00 that will
25  probably go to 1:30, but we can come back at 1:30 if

Page 305

1  that works.
2        MR. WILLIAMS:  You've got a 1:00 what?  Call
3  or something?
4        MR. KRAMER:  Call, yeah, in another matter.
5  It will be over by 1:30, so why don't we plan on
6  1:30.
7        MR. WILLIAMS:  Okay.
8        MR. KRAMER:  Or if you want to go another
9  few minutes now, Shawn, we can do that too.
10        MR. WILLIAMS:  I think it's a good breaking
11  point now.
12        MR. KRAMER:  Okay.  Let's break.
13        THE VIDEOGRAPHER:  Okay.  We're going off
14  the record at 12:41 p.m.
15        (Lunch recess.)
16                *  *  *  *

Page 306

1        THE VIDEOGRAPHER:  With that, we will go back on
2  the record at 1:37 p.m.
3  BY MR. WILLIAMS:
4      Q.  Welcome back.  You understand you are still
5  under oath, correct?
6      A.  Yes, I do.
7      Q.  And you understand you're testifying on behalf
8  of Apple, not in your personal capacity, right?
9      A.  Yes, I understand that.
10     Q.  I am just going to ask you to take a look, if
11  you can pull up Exhibit No. 1 again, because I want to
12  direct your attention to topic No. 3.
13        MR. KRAMER:  Yes, Mr. Williams, that's not in
14  the chat room anymore, I think you -- ah, there it is.
15        THE REPORTER:  Was that Mr. Kramer?
16        MR. KRAMER:  It was.  Thank you.  Apologies.
17        THE DEPONENT:  Okay.  I have the document up
18  now.
19  BY MR. WILLIAMS:
20     Q.  And I am just going to ask you to turn to, I
21  guess it is probably seven or eight pages in, the same
22  page we were looking at before, beginning with paragraph
23  16 on top and it has the number of the deposition
24  subject matters.  Let me know when you get there.
25     A.  Okay.  Yeah, I am at the page now.

Page 307

1      Q.  So I am just going to direct your attention to
2  topic No. 3, which is the company's evaluation and
3  monitoring of economic conditions in Greater China and
4  emerging markets, including trade tensions with the
5  United States, and their impact on consumer spending and
6  demand for smartphones and Apple products.
7        Do you see that?
8      A.  I see it, yes.
9      Q.  And I think you had testified earlier that that
10  is a topic that, while you didn't specifically prepare
11  for, that you were familiar with those issues?
12     A.  Yes, I have heard of those issues.
13     Q.  All right.  And particularly during the
14  timeframe that we asked about, which is January 1, 2018
15  through April 2nd, 2019, right?
16     A.  Yes.
17     Q.  So is it fair to say that economic conditions in
18  Greater China during calendar 2018 were conditions that
19  Apple monitored closely?
20     A.  When you define "closely," we do look at
21  different macro indicators from time to time, so I guess
22  I am not sure how you are defining "closely," but we do
23  look at them from time to time.
24     Q.  Okay.  So we can remove the word "closely" from
25  my question.  Is it fair to say, you know, that economic

Page 308

1  conditions in Greater China in calendar year 2018 were
2  conditions that Apple monitored?
3  A.    Yes, we look at certain macroeconomic data
4  elements, yes.
5  Q.    And in 2018, how would you generally describe
6  the macroeconomic data that Apple considered or
7  monitored coming out of Greater China?
8  A.    Yeah, I guess it depends on the timeframe.  As
9  you know, some of those indicators can change over time,
10 and so it depends on if you are talking about earlier in
11 the year, later in the year.
12 Q.    Okay.  Well, let's talk about earlier in the
13 year.  So let's start in January 2018 through, say, the
14 end of May of 2018, to the extent that Apple was
15 monitoring those conditions at that time.
16 A.    Yeah, and, again, I think we looked at estimates
17 for GDP growth, we look at estimates for sometimes
18 consumer confidence.  Again, all those indices aren't
19 entirely accurate, and GDP growth isn't necessarily a
20 proxy for how, you know, people might buy our products.
21      And so, again, I think just like we talked about
22 with other indicators, like traffic, et cetera, we are
23 aware of them as general trends, but, again, it is hard
24 to correlate any single item to a significant driver of
25 sales performance.

Page 309

1  Q.    Okay.  I am not sure I heard the second one.
2  You mentioned as an example GDP growth, and what else?
3  A.    Consumer confidence.
4  Q.    Uh-huh.  Anything else that you can think of?
5  A.    Those are the main ones we look at.  We look at
6  foreign exchange rates, as well.
7  Q.    So specific to Greater China, in the first half
8  of 2018, did Apple monitor expected GDP growth out of
9  Greater China?
10 A.    Yes, there were various estimates of GDP growth,
11 depending on the source, but there was an expectation of
12 GDP growth.
13 Q.    And what were they, do you remember?
14 A.    I don't remember the precise number.
15 Q.    Uh-huh.  And what can you -- what can you say
16 generally about what was occurring in China with respect
17 to GDP growth in the first half of 2018?
18 A.    Well, I recall the GDP growth estimates were
19 positive, and, again, I don't have any perspective on
20 how that impacts, you know, our particular performance.
21 Our performance is driven by lots of other factors, you
22 know, around how our products are received by the
23 consumers, not necessarily by GDP growth, which is a
24 macro indicator.
25 Q.    Uh-huh.  And so are you saying that the company

Page 310

1  did not really view what was occurring in China in the
2  first half of 2018 in terms of GDP growth as an
3  important factor as it relates to Apple's business?
4  A.    Again, I think we are aware of, you know, the
5  sentiment around GDP, but we look at our actual sales
6  performance as a better indicator.  GDP is a very broad
7  macroeconomic index, as you know, so...
8  Q.    What was the general sentiment of GDP -- around
9  GDP growth in Greater China in the first half of 2018,
10 if you know?
11 A.    Yeah, again, I think there were some estimates
12 that there was going to be growth for GDP for China in
13 the early part of the year.
14 Q.    But I was asking about the sentiment, though.  I
15 mean, I think there is a difference between GDP
16 estimates.  And I think you added the word "sentiment"
17 in there that the company paid attention to, and I am
18 asking what that sentiment was.
19 A.    Yeah, I mean, I guess the sentiment can be
20 things around how people project what's going to happen,
21 (inaudible) GDP growth at the time, there wasn't
22 anything noteworthy in the sentiment that sort of
23 triggered anything from our standpoint.  And I think I
24 mentioned that we looked at our own sales performance as
25 a better indicator.

Page 311

1  Q.    So how did the company measure sentiment?  What
2  did the company look at to measure sentiment as opposed
3  to just agreed GDP growth estimates?
4  A.    That's really -- the outlook of analysts
5  estimate GDP growth to be.
6  Q.    Uh-huh.
7  A.    And as you know, those get revised from time to
8  time throughout the year.
9  Q.    Uh-huh.  Is it fair to say that GDP growth in
10 China in 2018 was -- or had been declining from prior
11 years?
12 A.    It did, throughout the year, end up decelerating
13 and the estimates were decelerating.
14 Q.    No, I am asking, is it fair to say that in -- I
15 know we were just -- we're talking about the first half
16 of 2018 now.  Is it fair to say that GDP growth in China
17 had been de- -- was on the decline as compared to prior
18 years?
19 A.    I believe that there were estimates that
20 suggested GDP growth was going to be slower in China
21 than prior years.
22 Q.    Uh-huh.  And is that something that Apple
23 understood at the time?
24 A.    Yeah, when you say "understood," yes, as I
25 mentioned, we look at those indicators, we understand

Page 312

1 what GDP means.  So, yes, we understood what that meant.

2 Q.    And so how did Apple monitor GDP growth in China

3 in the first half of 2018, apart from just looking at

4 estimates?

5 A.    Well, when you say "monitor," there is no way

6 for us to observe GDP growth, other than what analysts

7 publish.

8 Q.    Okay.  So --

9 A.    There is no way to monitor it other than what

10 analysts published.

11 Q.    I'm sorry.  I didn't mean to cut you off.

12 A.    That's okay.

13 Q.    So then did Apple monitor, you know, what

14 analysts publish around expectations for GDP.  Is that

15 fair?

16 A.    Yeah, we are aware of it.  The banks provide

17 estimates.  There are lots of estimates out there.

18 There is a range of estimates.

19 Q.    What about sentiment, how do you -- how do you

20 monitor sentiment?  Just sort of analysts' news

21 reporting, things of that nature?

22 A.    Yeah, that's a fair characterization.

23 Q.    Who at Apple was -- withdrawn.

24     You mentioned that consumer confidence is

25 another sort of metric that Apple sometimes uses to

Page 313

1 monitor economic conditions, right?

2 A.    Yeah, I guess when you say "users," we look at

3 consumer confidence.

4 Q.    Well, if you look at it, you do something with

5 it, right?  You analyze it, correct?

6 A.    There is not really anything to analyze.  It is

7 a number.  It is just a metric.  We are aware of it.  We

8 don't really analyze it.

9 Q.    Okay.  Maybe I didn't really understand.  So are

10 you using a consumer confidence figure, as opposed to

11 just overall narrative concerning consumer confidence?

12 A.    What you mention as a narrative, there is

13 nothing to analyze there.  So we look at the figures

14 themselves, and sometimes there is color commentary

15 around the figure that are published, again, by various

16 analysts and banks.

17 Q.    Okay.  And thank you for that.  I wasn't clear

18 what you meant by that.

19     So consumer confidence figure coming out of

20 Greater China in, say, the first half of 2018 is

21 something that Apple considered, right?

22 A.    When you say "considered," yes, we were aware of

23 what those consumer confidence numbers were.

24 Q.    Right.  And I would expect that many people are

25 aware of them, of what the figures were.  Were those

Page 314

1 figures part of any of Apple's consideration of how it

2 expected its business to do in Greater China?

3 A.    Yeah, I think as I mentioned before, we take a

4 lot of factors into consideration, and not in an

5 explicit way to say consumer confidence translates to

6 this specific sales outcome, for example.

7 Q.    Understood.  But is it one of the metrics?

8 A.    When you say "one of the metrics," it is --

9 again, it is a -- it is a variable that we are aware of,

10 and how that translates into -- there is not an explicit

11 way that translates to a sales assumption.

12 Q.    So, okay, what about the commentary around

13 consumer confidence?  The analysts' commentary around

14 consumer confidence, is that something that Apple

15 considered in the first half of 2018 as to how its

16 business might do in calendar 2018?

17 A.    Yeah, we consider lots of factors when we look

18 at how our business is going to do.  That's one of the

19 many variables that are taken into consideration.

20 Q.    Right, but -- I understand that, but I was

21 asking about the commentary around consumer confidence

22 in Greater China in the first half of 2018.

23 A.    So --

24     MR. KRAMER:  Mr. Parekh, do you understand the

25 question?

Page 315

1     THE DEPONENT:  Yeah, maybe clarify what you are

2 trying to understand there, so I can be thoughtful as I

3 respond.

4 BY MR. WILLIAMS:

5 Q.    Okay.  You indicated that Apple does -- is aware

6 of GDP growth figures, right?

7 A.    That's correct.

8 Q.    Of Greater China.  And Apple is aware of

9 consumer confidence figures out of Greater China, right?

10 A.    That's correct.

11 Q.    Apple is also aware of commentary around

12 consumer confidence figures, correct?

13 A.    We are also aware of those, yes.

14 Q.    All right.  And we are talking about 2018,

15 right?

16 A.    Now, you are talking about the first half of

17 2018?  I think earlier you were talking about the first

18 half of 2018.

19 Q.    First half.  First half.

20 A.    Okay.

21 Q.    And so those three things, how do they factor

22 into, if at all, how the company looks at how it will

23 do -- how its business will do in calendar 2018?

24     MR. KRAMER:  Object to the form of the question.

25 You may answer.

Page 316

1       THE DEPONENT:  Yeah, there is no specific
2   formula where those metrics are put into an algorithm
3   and pop out an outcome.  There are factors that we take
4   into consideration.  There is judgments that we use on
5   our process, and so, again, there is not a specific
6   algorithm where we take those metrics and spit out an
7   outcome.
8   BY MR. WILLIAMS:
9   Q.      Okay.  And foreign exchange metrics are -- the
10  foreign exchange rates are another metric that the
11  company uses or knows about in -- as part of its
12  analysis of how the company will do in a specific
13  region, right?
14  A.      Well, I think we said that -- I mean, I said
15  that we looked at foreign exchange rates as another yes
16  about macroeconomic factors.  Foreign exchange is a
17  macroeconomic factor, and so we look at that for various
18  reasons.
19  Q.      Uh-huh.  And did -- is it fair to say that you
20  did that -- the company did that in -- for Greater
21  China in the first half of 2018?
22  A.      Yes, we looked at foreign exchange rates.
23  Q.      Okay.  You said that -- or you testified that
24  all -- each of these metrics sort of provide inputs into
25  overall judgment, there is no algorithm to sort of

Page 317

1   explain what these will ultimately mean in the future,
2   right?
3   A.      For those economic factors, that's correct, yes.
4   Q.      And so when Apple considered these factors, who
5   is it at the company that applied their judgment to
6   these factors in putting together either commentary or
7   specifics about how the company might do financially in
8   2018 in China?
9   A.      We have to unpack that a little bit because our
10  team, my team, focuses on the sales forecasts and demand
11  forecasts for our products.  The demand forecast, I
12  think as I mentioned, is derived by considering lots of
13  variables, and my team is responsible for making that
14  judgment and assessment around how we take all those
15  different variables and translate into our assumptions
16  on what we think demand would be.  That's different than
17  the financial forecast that the company puts together.
18  Q.      Okay.  Explain the difference.
19      MR. KRAMER:  Objection as to form.
20      You may answer.
21      THE DEPONENT:  So the demand forecast is a
22  determination of unit sales, and the financial forecast
23  is the -- you know, the combination of the dollarization
24  of our unit sales, which is based on, you know, the
25  prices of the different products that we have, it is

Page 318

1   also taking into account other factors other than
2   hardware sales.
3       We have a servicing business, and so the
4   corporate FP&A team takes our demand forecast into
5   consideration in developing a financial estimate for the
6   company.
7   BY MR. WILLIAMS:
8   Q.      Uh-huh.  And would you say, then, that both your
9   team and the FP&A team took into account each of these
10  factors that we have been discussing, GDP growth,
11  consumer confidence, foreign exchange, among the
12  variables that were considered?
13  A.      Yes.  We would have taken into account all of
14  those items we just discussed.
15  Q.      Okay.  In Greater China, during at least the
16  first half of 2018, right?
17  A.      Yes.
18  Q.      What are some of the other variables that we
19  didn't talk about that the company considered concerning
20  economic conditions in Greater China during the first
21  half of 2018?
22  A.      Well, I think I mentioned the economic -- the
23  main economic variables we take a look at.  There is
24  other factors outside of economic variables that we look
25  at when we determine our demand and sales forecast.  Are

Page 319

1   you asking about those, or are you asking just more
2   about economic indicators?
3   Q.      Why don't you tell me both.
4   A.      Well, we already covered economic indicators.
5   Q.      Okay.
6   A.      And I think I mentioned to you that one other
7   thing we look at quite a bit is our current sales
8   performance.
9   Q.      Okay.  Anything else?
10  A.      I think we take into consideration if partners
11  are going to run promotions, we are aware of them, do
12  those have an impact on our sales performance.  There is
13  lots of different variables I mentioned.  But I think
14  our current sales performance and partner promotion
15  activity or partner demand generation activities and
16  other factors we consider.  We consider where in the
17  product life cycle we are at.  There is lots of
18  variables.
19  Q.      And those last few there that you mentioned, do
20  those variables, in your view -- or in Apple's view,
21  connect to the economic conditions in Greater China, or
22  did they connect to the economic conditions in Greater
23  China during the first half of 2018?
24  A.      When you say "connect," they don't always
25  correlate.

**Page 316..319**

Page 320

1  Q.    Okay.  Did they correlate at all (inaudible)
2  half of 2018?
3  A.    We don't make the same correlation.  Again, I
4  think we -- that's not how our process works.
5  Q.    How does -- is it a process -- withdrawn.
6        Would you say that the process is more holistic?
7        MR. KRAMER:  Objection as to form.
8        You may answer.
9        THE DEPONENT:  Yeah, it is.  I think, again, we
10 take into consideration several variables, and then make
11 judgments on maybe moving some of those variables up and
12 down for things like we talked about, macroeconomic
13 factors or other factors.
14 BY MR. WILLIAMS:
15 Q.    I am specifically talking about economic
16 conditions in Greater China.
17 A.    We would have factored our assessment of how
18 that might have impacted our sales in our forecast
19 process.
20 Q.    Okay.  And how is that factored in?  And what I
21 mean by that is whose judgment ends up being
22 incorporated into the forecast, and how is that
23 objectively seen?
24       MR. KRAMER:  Object to the form.
25       You may answer.

Page 321

1        THE DEPONENT:  Yeah, I guess maybe let me answer
2  the first part.  I don't think I understand the
3  "objectively seen" part, but let me answer the first one
4  as far as the judgment.  It is my and my team's
5  judgment.
6  BY MR. WILLIAMS:
7  Q.    Okay.  And what about for the FP&A group?
8  A.    The FP&A group takes our demand forecast, so
9  they rely on our judgment and assessment.
10 Q.    And so who in your group gathers the materials
11 concerning GDP growth, you know, consumer confidence,
12 commentary around those things, foreign exchange so that
13 your team can evaluate information coming out of Greater
14 China?
15 A.    Different people are responsible for different
16 elements of that, so not one person gathers all of it
17 together.
18 Q.    All right.  Tell me who would have been
19 responsible for gathering what.
20 A.    So Amashri Dawson, who we talked about earlier,
21 is responsible for tracking the foreign exchange
22 environment.  Ed Tharp and his team would have been --
23 were working with Edwin Tan, who I mentioned earlier, we
24 talked about earlier, to understand some of the
25 macroeconomic metrics that we talked about, GDP,

Page 322

1  consumer confidence.
2  Q.    Is that it?
3  A.    Yeah, that's it.
4  Q.    What type of data do -- did your team look at or
5  does Apple look at to evaluate consumer confidence in
6  Greater China, or what did -- what type of data did they
7  look at to evaluate consumer confidence in Greater China
8  during the first half of 2018?
9  A.    Yeah, again, I think we -- I mentioned to you
10 that there is, you know, a publishing of consumer
11 confidence indices from banks and other sources.  So
12 they would have gotten that information.
13 Q.    What -- how about analyst reports in Greater
14 China or even the United States that discuss those
15 issues?  Would they evaluate those?
16 A.    Not always.
17 Q.    Sometimes?
18 A.    It could be from time to time, if it is
19 relevant.
20 Q.    Well, how would you determine or how would Apple
21 determine whether it was relevant?
22 A.    Well, the problem with some of these broad
23 indices is it talks about a large part of the market.
24 We only participate in some part of that, in a portion
25 of that market, and so there could be consumer

Page 323

1  confidence that covers things like general retail sales,
2  clothing, et cetera, which isn't relevant for our
3  consumer electronics products.
4  Q.    But if there is commentary from some of these
5  sources regarding consumer electronics, Apple paid
6  attention to that, right?
7  A.    Yeah, that's why I said from time to time, we
8  will --
9  Q.    Right.
10 A.    -- take that into consideration if there is
11 anything noteworthy.
12 Q.    Right.  You testified that something changed
13 in -- later in 2018 regarding economic conditions in
14 China.  Is that -- were you suggesting that earlier?
15 A.    Yeah, I did say that somebody asked (inaudible)
16 GDP growth, it did change throughout the course of the
17 year.
18 Q.    Uh-huh.  What were you referring to?
19 A.    When you (inaudible) about (inaudible), talk
20 about GDP growth did change, it definitely did change
21 throughout the course of the year.
22 Q.    All right.  So --
23 A.    I am not sure what you mean or what you are
24 referring to.
25 Q.    I'm sorry, I thought that when you raised it,

Page 320..323

Page 324

1  you said it was something that you were thinking about.

2  A.   No, I was clarifying because you asked if I look

3  at the metrics, and I asked if the timeframe matters

4  because estimates so dynamically change throughout the

5  year.

6  Q.   So in addition to some of the things we talked

7  about, what -- how did the company sort of evaluate the

8  sort of trade tensions that were escalating during 2018

9  between the United States and China?

10  A.   Yeah, we were monitoring the headlines and

11  trying to get a sense of whether or not that was

12  impacting the demand for our products.

13  Q.   What do you mean when you say monitoring

14  headlines?

15  A.   Well, we looked for news stories.  There was a

16  fair amount of coverage around the trade tensions.  I

17  mentioned, I think, earlier that the CFO of Huawei

18  (inaudible) in Canada was a pretty big event.  There is

19  also a lot of, you know, articles around her -- you

20  know, her ability to leave Canada, being put on bail,

21  et cetera.  That all happened the latter part of

22  December, and so those are things that we pay attention

23  to.

24  Q.   Well, did you monitor the headlines around

25  economic conditions in China at any other part of the

Page 325

1  year or calendar --

2  A.   I think we were aware of them throughout the

3  year, yes.

4  Q.   All right.  And the headlines around economic

5  conditions in China, would that be part of the -- sort

6  of the commentary around consumer confidence or GDP that

7  your team or Apple would consider?

8  A.   Yes.

9  Q.   Did you talk with Tim Cook in preparation to

10  testify about this specific topic, about monitoring

11  economic conditions in Greater China in 2018?

12  A.   Just to make sure I understand the question, you

13  asked me if I talked to Tim Cook about this particular

14  deposition or if we talked about the macroeconomic

15  conditions in China?

16  Q.   I will withdraw the question and ask it again so

17  that it is clear.

18      In preparation for your deposition today,

19  specifically on topic No. 3, the company's evaluation of

20  monitoring of economic conditions in Greater China in

21  emerging markets, including trade tensions with the

22  United States and their impact on consumer spending and

23  demand for smartphones, did you talk with Tim Cook in

24  preparation for your deposition today on this topic?

25  A.   I did not.

Page 326

1  Q.   Is it fair to say that Tim Cook was specifically

2  involved in discussions between the Trump Administration

3  and Chinese officials regarding trade-related issues in

4  2018?

5      MR. KRAMER:  Objection as to form.  You can

6  answer.

7      THE DEPONENT:  Yeah, I can't really talk about

8  or speak to any conversations we might have had.  I

9  wasn't a party to those (inaudible) or anything.

10  BY MR. WILLIAMS:

11  Q.   Whether or not you were a party to them, I was

12  asking, is it fair to say that Tim Cook was involved in

13  discussions between the United States and China

14  regarding trade tensions during 2018?

15  A.   Yeah, and, again, I don't know if it is fair to

16  say because I don't know personally firsthand if there

17  was any discussions.

18  Q.   Okay.  Do you -- do you know whether or not

19  there were headlines surrounding that issue?

20      MR. KRAMER:  Objection as to form.

21      You may answer.

22      THE DEPONENT:  Yeah, I think certainly people

23  understand we have a large business in China, and there

24  is always speculation around what impact that might

25  have.  Especially, in particular, when I mentioned the

Page 327

1  headlines with Huawei's CFO.  So certainly there is

2  speculation in the press and media about that.

3  BY MR. WILLIAMS:

4  Q.   Speculation in the media about what?

5  A.   Any impact it might have on Apple's business in

6  China.

7  Q.   No, I was asking you whether or not there were

8  headlines or reporting around Tim Cook being a part of

9  the discussions between the Trump Administration and

10  Chinese officials regarding trade tensions between the

11  US and China.

12  A.   I'm sorry, I misunderstood your question.  I

13  thought you were referring to whether or not there was

14  speculation on what Apple's business would be impacted

15  because of the trade tension situation.  I can't recall

16  any events centering around Tim and discussions he might

17  have had.

18  Q.   Do you -- okay.  So okay.

19      THE REPORTER:  I'm sorry, Mr. Parekh.  Could I

20  ask you to slow down when you are answering.

21      THE DEPONENT:  Sure, Derek, I'm sorry about

22  that.

23  BY MR. WILLIAMS:

24  Q.   So did Apple executives meet with the Trump

25  Administration and Chinese officials regarding trade

Page 328

1    tensions between the United States and China in 2018?
2    A.    I don't know.
3    Q.    Have you heard that Chinese officials and --
4    withdrawn.
5         Have you heard that Apple met with Chinese
6    officials and the Trump Administration regarding trade
7    tensions in 2018?
8    A.    I don't recall.  I hadn't heard.
9    Q.    Uh-huh.  Have you heard of a person by the name
10   of Liu He, the Chinese executive -- I mean, economic
11   czar?
12   A.    The name is not familiar to me.
13   Q.    What about Liu Shiyu, the chairman of Chinese
14   securities?
15   A.    I have heard the name, but I am really not
16   familiar.
17   Q.    I'm sorry.  I will ask that again because I left
18   something out.  Lieu Shiyu, chairman of Chinese
19   Securities Regulatory Commission.
20   A.    I have heard the name.  I have heard the name.
21   Q.    What's your recollection about hearing his name?
22   A.    Nothing comes to mind.  Just that I recognize
23   the name.  It sounded familiar.
24   Q.    And was -- in monitoring the economic conditions
25   in China in 2018 overall, did Apple consider employment

Page 329

1    rates in China as part of its holistic evaluation?
2         MR. KRAMER:  Objection as to form.  You may
3    answer.
4         THE DEPONENT:  Yeah, I don't really recall that
5    we looked at that.  I am not sure how reliable some of
6    those numbers are.
7    BY MR. WILLIAMS:
8    Q.    Is it something that you would have found
9    relevant?  Not you personally; Apple.
10   A.    Possibly, but we -- again, I am not sure how
11   reliable those estimates are, coming out of China.
12   Q.    Uh-huh.  Why is that?
13   A.    I think there is always a view that there is
14   some obfuscation of some of the data coming out of
15   China, so we don't really focus on employment rates.  My
16   team doesn't.
17   Q.    Well, what -- is there anything other than the
18   things we have talked about that your team would focus
19   on?
20   A.    Well, I mean, I think I mentioned to you our
21   sales performance.  We also take into consideration when
22   we have a new product that launches how we think those
23   products are going to do.  That's a pretty significant
24   part of our process.
25   Q.    But you have -- and you also have people in

Page 330

1    China that can report credibly about economic conditions
2    in China, correct?
3    A.    Yeah, we have people in China that monitor some
4    of the indexes or data points we talked about, yes.
5    Q.    Uh-huh.
6         MR. WILLIAMS:  I am just going to ask the
7    reporter -- or the videographer, John, to pull up what
8    is my Exhibit 15.
9         THE REPORTER:  And, Counsel, are you marking it
10   for the record?
11        MR. WILLIAMS:  I am marking it as Parekh No. 2
12   for the record.
13        (Exhibit No. 2 marked for identification.)
14   BY MR. WILLIAMS:
15   Q.    And, Mr. Parekh, just when you can, just pull
16   that document up and let me know when you have it up.
17   A.    Okay.  I have it up now.
18   Q.    Paragraph -- paragraph No. 2 is a BBC.com news
19   article dated January 26th, 2018, titled "China's
20   Eight-Year-Long Smartphone Growth Comes to an End."
21        Do you see that?
22   A.    I see the headline, yes.
23   Q.    Just take a minute, you can just look at the
24   article.  You don't have to read it in its entirety, but
25   you can, if you like, and just let me know when you have

Page 331

1    had a chance just to peruse it, and then I will have a
2    few questions for you, okay?
3    A.    Okay.  When you say "peruse," do you want me to
4    read the entire article?
5    Q.    No, you don't have to, but you can if you --
6    A.    Why don't I do that if you are going to ask me
7    questions about it, if you don't mind, because I haven't
8    seen this article.  I will tell you when I am done
9    reading it now.
10   Q.    Okay.
11   A.    Okay.  I have finished the article.
12   Q.    Okay.  Have you seen this article before today?
13   A.    I don't recall seeing this specific article.
14   Q.    Do you know if anybody at Apple had seen this
15   article before today?
16   A.    I don't know.  But I think we are familiar with
17   the Canalys analysis in the article.
18   Q.    And is it fair to say that your team or Apple
19   would have considered some of the sentiments referenced
20   in this article as part of its monitoring generally of
21   economic conditions in China in early 2018?
22   A.    Well, when you say sentiments in it, it --
23   it doesn't really talk about macroeconomic factors; it
24   talks about smartphone specifically, features and other
25   things.  So there is not really macroeconomic data in

Page 332

1  here.
2  Q.     Would Apple have considered the smartphone
3  features or the data concerning what is reported as
4  smartphone growth coming from (inaudible)?
5  A.     We would have considered a lot of the factors
6  that are called out in this article, yes.
7  Q.     Great.  And so did you understand -- or did
8  Apple understand that it was true that by the end of
9  2017, that the smartphone growth rate in Greater China
10  had stagnated?
11        MR. KRAMER:  Objection as to form.
12        You may answer.
13        THE DEPONENT:  Yeah, I think we understood what
14  was happening in the smartphone growth rates overall.
15  BY MR. WILLIAMS:
16  Q.     In China?
17  A.     In China.
18  Q.     And I am going to ask you to take a look at the
19  bottom of the first page.  Do you see where it says,
20  "China's smartphone market has fallen for the first time
21  with annual shipments down 4 percent in 2017, according
22  to data from research firm Canalys"?
23        Do you see that?
24  A.     I see that, yes.
25  Q.     And Canalys is one of the firms I asked you

Page 333

1  about earlier, right?
2  A.     It is, yes.
3  Q.     And you weren't sure if you recalled Canalys,
4  but is it fair to say now that you do?
5  A.     No, no, no, I said that we don't subscribe to
6  Canalys particularly, and so I want to make that
7  distinction.  We are aware of what they publish.  We
8  don't always necessarily subscribe to their
9  publications.
10  Q.     Right.  I didn't mean to misrepresent what you
11  said.
12        At the end of the -- at the end of the first
13  page, it says "The decline in eight years of growth in
14  the world's largest mobile phone market, smartphone
15  brands Huawei, Apple, and Vivo continue to dominate the
16  Chinese handset market."
17        Do you see that?
18  A.     I do see that, yeah.
19  Q.     And you would agree that at the time, China was
20  the largest mobile phone market, correct?
21  A.     Yes, most market research firms would say China
22  has the largest mobile phone market, that is correct.
23  Q.     And you would agree with that?  Apple would
24  agree with that?
25  A.     Yes.

Page 334

1  Q.     And I am going to ask you to take a look at
2  page 3.
3  A.     Page 3, okay.
4  Q.     Are you familiar with Counterpoint Research?
5  A.     Yes, I am familiar with Counterpoint as well.
6  Q.     Does Apple use or subscribe to Counterpoint
7  Research, or did it in 2018?
8  A.     I don't recall in 2018, but we are familiar with
9  them and we do from time to time get research from them.
10  Q.     And their research helps to understand the
11  Chinese market?
12  A.     I think, again, we look at different estimates
13  of market share and the market assumptions that
14  different analysts have, and so we do take that into
15  consideration.
16  Q.     And specifically for China, too, right?
17  A.     Yes.
18  Q.     And I am going to ask you to turn to page 4.
19  A.     Page 4.  Okay.  I am on page 4.
20  Q.     Okay.  And just looking at the third paragraph,
21  do you see where it says, "Since entry-level smartphones
22  have an abundance of features, the life cycles of these
23  devices are much longer than before, now up to 26.8
24  months, according to Canalys."
25        Do you see that?

Page 335

1  A.     I see that, yes.
2  Q.     Is the life cycle of a -- of people in China
3  holding onto their smartphones as reported in early
4  2018, would that have been a consideration of consumer
5  confidence and commentary around consumer confidence
6  that Apple would have considered at the time?
7  A.     I wouldn't necessarily tie it to consumer
8  confidence, but we take into consideration replacement
9  cycles.  The (inaudible) life cycle suggests that the
10  phone is no longer usable.  We don't look at it that
11  way.  Lots of people trade in their phones, they make it
12  to secondhand markets.  We look at replacement cycles.
13  Q.     Would you have --
14  A.     And I wouldn't necessarily (inaudible), and I
15  wouldn't call it consumer confidence, which is what you
16  asked earlier.
17  Q.     Would you have considered it in connection with
18  consumer smartphone demand in China in 2018?
19  A.     Yes, we would have considered that.
20  Q.     And just going to the next paragraph, do you see
21  where it says, "The research firm does not see the
22  Chinese smartphone market growing until 5G devices hit
23  the scene in late 2019"?
24        Do you see that?
25  A.     I see that, yes.

Page 336

1  Q.    And I am going to ask you to turn to the next
2  page, top of the page.
3  A.    Uh-huh.
4  Q.    And it goes on to say, "and while the perceived
5  luxury prestige of iPhones will prompt some consumers to
6  want to trade up, Mr. Jia points out that the latest
7  smartphones from Chinese brands are almost equivalent in
8  specs and hardware to Apple hard -- handsets."
9        Do you see that?
10 A.    I see that, yes.
11 Q.    Did you understand -- withdrawn.
12       Did Apple understand the -- some of the
13 sentiment as reflected here to be true in 2018?
14 A.    Well, this is one analyst's opinion.
15 Q.    Okay.
16 A.    And this analyst wouldn't have known about any
17 future products that we would have been launching.
18 Q.    Fair enough.  And would Apple have considered
19 the sentiment around the equivalency and specs to at
20 least Apple's current handsets?
21 A.    Apple would be aware of specs from the various
22 competitors.  As I mentioned before, we benchmark those.
23 "Equivalency" is a subjective term.  Quality of
24 components and other things factor into that, and so we
25 don't only focus on headline specs.

Page 337

1  Q.    Wouldn't Apple have focused on consumer --
2  withdrawn.
3        Would Apple have considered Chinese consumer
4  sentiment about the equivalency of specs between some
5  Chinese smartphones and Apple's smartphones?
6  A.    We would consider how Chinese consumers view our
7  products versus competitive products, yes.  Again, I
8  think the word "equivalency" is a subjective term.
9  Q.    And it is fair to say that Apple did that in the
10 first half of 2019?
11       MR. KRAMER:  First half of 2019, Shawn, or 2018?
12 BY MR. WILLIAMS:
13 Q.    Good question.  It is fair to say that Apple was
14 doing that in early 2018?
15 A.    Yes.  We were looking at, again, all sorts of
16 data points, and competitive benchmark being one of
17 them.
18       MR. WILLIAMS:  And I am going to ask the
19 reporter to (inaudible) my document No. 16.
20       THE REPORTER:  You are marking for the record?
21       MR. WILLIAMS:  Yes, I am.  I am marking it as
22 Parekh No. 3.
23       (Exhibit No. 3 marked for identification.)
24       MR. KRAMER:  Hey, Shawn, before you jump to this
25 document, we have been going about an hour, could we

Page 338

1  take a five-minute break?
2        MR. WILLIAMS:  Sure.
3        THE VIDEOGRAPHER:  We are going off the record
4  at 2:26 p.m.
5        (A recess transpires.)
6        THE VIDEOGRAPHER:  We will go back on the record
7  at 2:38 p.m.
8        MR. WILLIAMS:  Okay.  I am going to ask the
9  reporter to pull my document No. 17, which I will mark
10 as Parekh No. 3.
11       MR. KRAMER:  I'm sorry, Parekh No. 4.
12       (Exhibit No. 4 marked for identification.)
13       MR. KRAMER:  Actually, I think it is 3, Shawn.
14       THE VIDEOGRAPHER:  Before the break, we put 16
15 at No. 3.  So this would be No. 4.
16       MR. KRAMER:  Shawn, you are not examining on
17 what you marked as Exhibit No. 3?
18       MR. WILLIAMS:  I am probably going to come back
19 to it.
20       MR. KRAMER:  Thank you for that clarification.
21 I'm sorry.
22       THE DEPONENT:  And let me click on the link
23 here.
24 BY MR. WILLIAMS:
25 Q.    Okay.  And Parekh No. 4 is a Forbes article

Page 339

1  dated February 25th, 2018, titled "Why Apple Will Lose
2  China Market Share in 2018, Despite the Success of the
3  iPhone X."
4        Do you see that?
5  A.    I can see the article, yes.
6  Q.    And I am going to ask you to just take a look at
7  the article.  You can read the whole thing, if you like.
8  Otherwise, you can simply peruse it and then I will ask
9  you some specific questions about it.
10 A.    Okay.  That's okay.  It is not a very long
11 article.  I would just like to read it.
12 Q.    Okay.  Go ahead.
13 A.    Okay.  Thanks.  There is a weird blue line.  I
14 don't know if it is intended.  It seems like it is
15 striking out some language.  So I just one sentence or
16 so that is missing that I am unable to read, but I am
17 letting you know that I am seeing that in the document.
18 Q.    Where is that?
19 A.    So, for example, if I open the first page, there
20 is a couple of references, there is a blue line that
21 strikes out -- it looks like Apple or something.  I
22 can't make out what that says.
23       At the end of the second page, the paragraph
24 says:  Consumers in China found changes to the handset
25 technology minor in 2017, (inaudible) statement.

**Page 340**

1  February 6th notes had finished in 2016, replacing
2  smartphone 4, and then there's a blue strikeout of that
3  language.
4  **Q.    Okay.  It is not intended.  Let's see if -- I**
5  **don't think my questioning is going to affect that.**
6  A.    Okay.  I just wanted to point that out.  I am
7  almost done.  I'm on page 3 right now.
8       Okay.  I am finished reading it.
9  **Q.    Okay.  Looking at this Forbes article dated**
10 **February 25th, 2018, titled "Why Apple Will Lose China**
11 **Market Share in 2018 Despite the Success of the iPhone,"**
12 **is this something that your team would have possibly**
13 **digested as it evaluated the Chinese market or economic**
14 **conditions in China in 2018?**
15      **MR. KRAMER:  Objection as to form.**
16      **You may answer.**
17      **THE DEPONENT:  Yeah, I mean, you know,**
18 **(inaudible) this article, but I think this article**
19 **references some of the same reports you talked about,**
20 **(inaudible) involving Canalys and other sources.  We**
21 **would have been aware of what those reports would have**
22 **said about the overall market dynamics, the competitive**
23 **landscape.  So I think we would generally be aware of**
24 **developments, but I am not sure (inaudible) this**
25 **specific article really (inaudible) at this time.**

**Page 341**

1  BY MR. WILLIAMS:
2  **Q.    Right.  But so directing your attention to**
3  **page 2, there is a paragraph.**
4  A.    Uh-huh.
5  **Q.    Do you see where it says, "Apple's impressive**
6  **China share is due to drop over the coming year,**
7  **analysts believe.  Chinese Android-based smartphone**
8  **brands from companies like Huawei and Xiaomi will take**
9  **back some of the market by selling for less."**
10     **Do you see that?**
11 A.    I see that, yeah.
12 **Q.    Did Apple understand that analysts were, in**
13 **fact, suggesting that because Huawei and Xiaomi sold**
14 **smartphones -- cheap smartphones for less than Apple's**
15 **iPhone that it could be a competitive headwind for**
16 **Apple?**
17     **MR. KRAMER:  Objection as to form.**
18     **You may answer.**
19     **THE DEPONENT:  Yeah, I think -- as I mentioned,**
20 **I think we were aware of the competitive dynamics and**
21 **where competitors were pricing, and so I would say we**
22 **were aware of all those developments.**
23 BY MR. WILLIAMS:
24 **Q.    And would you say that pricing in 2018 -- the**
25 **competition around pricing in 2018 was significant?**

**Page 342**

1  A.    I'm sorry.  Maybe you can elaborate on that.
2  When you say pricing was significant, can you clarify
3  what you mean by that?
4  **Q.    What I mean is competition around pricing**
5  **between -- being an important competition factor in**
6  **(inaudible)?**
7  A.    Yes, I think we mentioned that we do look at
8  competitive prices and pricing in general.  That was a
9  factor we considered.
10 **Q.    And was it one that Apple found to be an**
11 **important factor in China in 2018?**
12 A.    It was a factor.
13 **Q.    I'm sorry.  I didn't hear you.**
14 A.    It was a factor.
15 **Q.    But you would not agree that it was an important**
16 **factor?**
17 A.    Yeah, it is a factor, as I mentioned here, among
18 many other factors that we take into consideration.  I
19 think I already described earlier that there is various
20 price points that we also hit with our own products.
21 **Q.    Okay.**
22 A.    And so some part of the lineup might be
23 (inaudible) and others might not be.  And so if there is
24 a various -- you know, there is a lot of considerations
25 there.  But, yes, we were aware of pricing dynamics in

**Page 343**

1  general amongst competitors.
2  **Q.    And I'm sorry, I just want to be clear, so Apple**
3  **did not consider it an important factor but simply a**
4  **factor?**
5      MR. KRAMER:  Objection as to form.
6      You may answer.
7      THE DEPONENT:  Yeah, I am not distinguishing one
8  being more important than another.  I think there is
9  lots of factors we take into consideration.  So, yes, it
10 was a factor we took into consideration.
11 BY MR. WILLIAMS:
12 **Q.    Same paragraph, next sentence:  "Chinese mobile**
13 **carriers are also cutting subsidies for handset vendors**
14 **as the overall smartphone market slows down on declining**
15 **interest in new devices overall, industry analysts**
16 **believe."**
17     **Do you see that?**
18 A.    I do see it, yeah.
19 **Q.    And so it is fair to say that industry --**
20 **that -- withdrawn.**
21     **It is fair to say, isn't it, that Apple**
22 **understood that mobile carriers were cutting subsidies**
23 **for handsets -- for handset vendors in China during**
24 **2018?**
25     MR. KRAMER:  Objection to form.  You may answer.

Page 344

1  THE DEPONENT: Yeah, I think we -- I mean, we
2  understood we work with the mobile carriers around what
3  was happening with subsidies.
4  BY MR. WILLIAMS:
5  Q.  And Apple also understood that the overall
6  smartphone market was, in fact, slowing down in 2018?
7  MR. KRAMER: Objection to form.
8  THE REPORTER: I'm sorry, I'm sorry. There was
9  an objection. Please repeat the answer.
10  THE DEPONENT: I think what I said was we
11  understood that analysts were expecting the smartphone
12  markets to slow down in 2018.
13  BY MR. WILLIAMS:
14  Q.  All right. And just going to the next
15  paragraph, do you see where it says, "'We expect 2018 to
16  be another tough year for Apple iPhone in China as the
17  overall smartphone market is slowing, compounding the
18  already harsh conditions of reduced carrier subsidies
19  and fierce local hardware competition,' says Neil
20  Mawston executive director of wireless devices with the
21  market research firm Strategy Analytics"?
22  Do you see that?
23  A.  I see that, yes.
24  Q.  And is it fair to say that Apple knew that
25  analysts considered the competition between Apple and

Page 345

1  its competitors in -- smartphone competitors in China to
2  be fierce?
3  MR. KRAMER: Objection to form.
4  You may answer.
5  THE DEPONENT: Yeah, I mean, I guess we would be
6  aware of what various analysts said. Not every analyst
7  might have characterized it this way, but we were aware
8  of various analysts' projections and estimates.
9  BY MR. WILLIAMS:
10  Q.  And did you consider that -- and when I say
11  "you," I am talking about Apple.
12  Did you consider it in the overall sentiment in
13  China concerning how Apple's business would do in 2018?
14  A.  We considered it as a factor. As I mentioned,
15  analysts aren't privy to product introductions that we
16  might have in a given year.
17  Q.  Going down to the next paragraph, do you see
18  where it says, "If Apple wants to grow iPhone volume
19  higher in China in the future, it will have to push
20  down, not up, the pricing curve to target more mid-range
21  consumers who can no longer afford a full-fat iPhone
22  because of diminished carrier subsidies"?
23  Do you see that?
24  A.  I do see that.
25  Q.  And would -- it's fair that Apple knew that

Page 346

1  pricing was a significant factor for the Chinese
2  consumer market in 2018, correct?
3  MR. KRAMER: Objection as to form.
4  You may answer.
5  THE DEPONENT: Yeah, I think I mentioned that
6  pricing is something we consider as a factor in our
7  estimation of how our -- what we think our demand will
8  be.
9  BY MR. WILLIAMS:
10  Q.  And, specifically, pricing in China in 2018,
11  correct?
12  A.  Yes, specifically for what we think our demand
13  will be in China, pricing China was a factor we would
14  consider.
15  Q.  Going down to the next paragraph, do you see
16  where it says, "Chinese consumers overall are buying
17  fewer smartphones, market research firm Canalys said in
18  January. Shipments in China, the world's biggest
19  smartphone market, fell 4 percent in 2017, year on year
20  to 459 million units. Market research firm IDC
21  estimates a drop last year of 4.9 percent and expects
22  another 2 percent loss this year"?
23  Do you see that?
24  A.  I do see that.
25  Q.  And this is one of the firms you all use, "you

Page 347

1  all" meaning Apple, to monitor sort of business
2  conditions in China, correct?
3  A.  Yeah, as I mentioned, we do subscribe to IDC's
4  reports.
5  Q.  And Apple also knew that Chinese customers
6  overall were buying fewer smartphones, correct?
7  MR. KRAMER: Objection as to form.
8  You may answer.
9  THE DEPONENT: Yes, we were aware of the overall
10  market dynamics around overall smartphone sales in
11  China.
12  BY MR. WILLIAMS:
13  Q.  Uh-huh. Turn your attention to the next page,
14  page 3.
15  A.  Okay.
16  Q.  Looking at the paragraph under the heading
17  "Carrier Subsidies." What do you understand "carrier
18  subsidies" to mean?
19  A.  Carrier subsidies are ways that the carriers can
20  provide value back to customers subscribing to data
21  plans. So in some cases, they could provide an
22  incentive to buy a certain phone because they think it
23  will connect to a data plan (inaudible), and so in
24  some cases, they are willing to provide a subsidy to
25  help lower the price to the customer.

Page 344..347

1  Q.     Making it ultimately a cheaper ownership
2  experience, correct?
3  A.     For the hardware, but there may be a
4  higher-priced data plan the customer is incurring.  So
5  when you say "ownership," it depends what you mean.  But
6  it would reduce the price of the smartphone.
7  Q.     And just looking at the paragraph that begins
8  under the heading "Carrier Subsidies," "An ongoing
9  erosion of carrier subsidies in China may further hurt
10  Apple, effectively raising iPhone prices in the
11  country."
12        Do you see that.
13  A.     I do see that.
14  Q.     And Apple understood in 2018 that ongoing
15  erosion of carrier subsidies could, in fact, cause
16  iPhone prices or the cost of an iPhone to increase in
17  China, right?
18        MR. KRAMER:  Objection as to form.  You may
19  answer.
20        THE DEPONENT:  Yes, I think we understood --
21  again, we work with the carriers very closely, so I
22  think we understood what impact any kind of subsidy
23  adjustment or (inaudible) gain would have.
24  BY MR. WILLIAMS:
25  Q.     And that was a factor in the demand analysis, is

1  that fair?
2  A.     Yes, we would have taken that in consideration.
3  Q.     Okay.  And just go down -- further down the page
4  about three-quarters down where it says "Local
5  competitors."
6        Do you see that?
7  A.     I do, yes.
8  Q.     And under that heading, it says, "Apple's price
9  of up to $1200 per iPhone X will daunt Chinese
10  customers, analysts believe.  A lot of shoppers still
11  watch their budgets despite a trend in rising wealth."
12        Do you see that?
13  A.     I do see that.
14  Q.     And it is fair to say that Apple knew that the
15  cost of the iPhone X, at least, was considered very
16  high, or at least high among Chinese customers in 2018,
17  correct?
18  A.     I don't know if it's a fair characterization
19  that all customers might have perceived that to be the
20  case.
21  Q.     Some customers?
22  A.     I don't know.  I can't speak for customers.
23  Q.     Are you saying that the reporting on this was
24  incorrect?
25  A.     All of these are analysts' kind of judgment and

1  speculation.
2  Q.     Isn't that part of --
3  A.     There is no consumer research in here.  I don't
4  see any citing of consumer research.  It is just an
5  analyst's opinion.
6  Q.     Well, there is citing of consumer research in
7  the article, isn't there?
8  A.     Well, it says "analysts believe" at the end of
9  the first sentence, local competitors.  We actually look
10  at our sales performance.  With iPhone 10, we project
11  something different.
12  Q.     Okay.  So I am not asking you to agree with the
13  article.  I am asking you whether what you have reviewed
14  in this Forbes article that was published in early 2018
15  would have been among the information you and your team
16  would have digested concerning conditions in China.
17  A.     Well, I think I mentioned to you specific
18  articles or publications, I can't, you know, talk about
19  whether or not we looked at Forbes specifically.  They
20  probably would be my top of my list of people I would
21  look at for my source.  I would look at the actual
22  direct reports from the analysts and to rely on a lot of
23  more information, and a lot of those are cited in here.
24        And so, yes, we were aware of all the dynamics
25  in the Chinese markets, and we are aware of what

1  analysts are publishing and saying about the market.  We
2  are aware of all the competitive dynamics that exist in
3  the marketplace.
4        Again, we didn't refer to the Forbes article in
5  particular, but, again, we are aware of a lot of the
6  underlying reporting that's being cited here.
7  Q.     And I am going to ask the reporter to pull up my
8  document 18 and mark it as Parekh No. 5.
9        (Exhibit No. 5 marked for identification.)
10        MR. WILLIAMS:  It is not up yet.
11        MR. KRAMER:  Don't worry, Kevan.  He is limited
12  to six exhibits per deposition, so we are getting close.
13        THE DEPONENT:  It hasn't popped up yet, so I
14  haven't clicked on it.  Oh, here it is.  Okay.
15        Okay.  I think I have got the article up here
16  from the Android Authority.  Is that right?
17  BY MR. WILLIAMS:
18  Q.     Sure.  And Exhibit number -- Parekh No. 5 is an
19  article published on Android Authority in 2018, titled
20  "Chinese smartphone shipments have plunged, but Xiaomi
21  is surging."  And I will just ask you to take a look at
22  the article.  You can read it, if you like, or we can go
23  to certain sections of it to --
24  A.     Yeah, if you don't mind.  It is not a really
25  long article, so if I can read it very quickly, that

Page 352

1  would be great, if you don't mind.

2        I'm sorry.  I am almost done.  I am just looking

3  at the exhibit here.

4        Okay.  I am done with the article.

5  Q.    Okay.  You had mentioned earlier today that

6  among the competitors that Apple had in Greater China

7  was -- with respect to smartphones was Xiaomi, right?

8  A.    Yeah, I think what I mentioned is of the Chinese

9  OEMs that we look at, Xiaomi is one of the ones that we

10  do look at.

11  Q.    And I want to just take a look at the last

12  paragraph on page 1, beginning with "Xiaomi."

13  A.    Yeah, I see it.

14  Q.    "Xiaomi, however, was a star performer, having

15  grown shipments by a massive 37 percent year on year.

16  The brand's strong performance pushed Apple back down to

17  fifth place after the Cupertino company took the fourth

18  spot in 2017."

19        Do you see that?

20  A.    I do see that, yes.

21  Q.    Is that a factor that Apple would have known and

22  digested after, say, the first quarter of -- I'm sorry,

23  the first calendar quarter of 2018 with respect to

24  market share and its own position?

25  A.    Yes, we were aware --

Page 353

1        MR. KRAMER:  Objection.  Objection.  Hold on,

2  Mr. Parekh.

3        Objection as to form.  You may answer.

4        THE DEPONENT:  We would have been aware of how

5  Xiaomi was doing from a market standpoint.

6  BY MR. WILLIAMS:

7  Q.    And I am just going to go to the next paragraph.

8        "Xiaomi was the only brand in the top five to

9  focus on the sub-1000 yuan category, Canalys analyst

10  Hattie He said."

11        Do you see that?

12  A.    I do see that, yes.

13  Q.    And did Apple understand that Xiaomi was

14  offering among the cheaper smartphones in China at the

15  time?

16  A.    Yes, I think I mentioned we would have been

17  aware of some of the various models Xiaomi was selling

18  and the price points they were selling at.

19  Q.    And is it fair, again, to say that price point

20  was a significant factor in Apple's performance in 2018

21  in Greater China?

22        MR. KRAMER:  Objection as to form.

23        THE DEPONENT:  Yeah, again, I guess, price --

24  pricing is something we consider and look at, and price

25  point depends on the model and depends on the sales for

Page 354

1  those models.  So, again, I think it is one factor we

2  look at.  But we have a number of products that we are

3  selling in that marketplace.

4  BY MR. WILLIAMS:

5  Q.    And I am just going to ask you to turn to

6  page 3.

7  A.    Okay.

8  Q.    Do you see the chart on the top of page 3 that

9  says, "China is increasingly becoming a four-way

10  contest"?

11  A.    Yes, I do.

12  Q.    What is your understanding of what that chart

13  appears to -- these charts appear to represent?

14        MR. KRAMER:  I am just going to object to the

15  form of the question.

16        You can try to interpret this, Mr. Parekh.

17  That's fine.

18        THE DEPONENT:  Yeah, I mean, for me, it looks

19  like a pie chart of market share amongst some of the

20  major Chinese OEMs and others.

21  BY MR. WILLIAMS:

22  Q.    Right.  And Apple is not in the top four, at

23  least on this chart, correct?

24  A.    Apple is not called out, yes --

25        THE REPORTER:  I'm sorry?

Page 355

1        THE DEPONENT:  -- in the other, I imagine in the

2  gray part of the pie charts.

3  BY MR. WILLIAMS:

4  Q.    Is it fair to say that in China at least, Apple

5  had a large market share growth opportunity in 2018,

6  correct?

7        MR. KRAMER:  Object as to form.

8        THE DEPONENT:  Yeah, I guess, I mean, in 2018,

9  we believed we had an opportunity to gain market share.

10  And I think I mentioned to you before, we looked at the

11  different price bands, as well, which would have been

12  more relevant for us.  We don't have a $160 phone.

13        MR. WILLIAMS:  And I am going to ask the

14  reporter to pull up my document number 20.

15        (Exhibit No. 6 marked for identification.)

16        THE DEPONENT:  And let me click on it here.  And

17  this is an Android Authority article; is that right?

18  This is the same article we just looked at.

19        MR. KRAMER:  That's what I have.

20        MR. WILLIAMS:  It should be -- it should be a

21  Wall Street Journal article.  Let me take a look.  Just

22  one minute.

23        THE VIDEOGRAPHER:  Yeah, I think the link didn't

24  paste over, so try the very last one on the chat.

25        THE DEPONENT:  Okay.  Yeah, it is a Wall Street

Volume II
Kevan Parekh

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 88 of 718
Highly Confidential
In re Apple Inc. Securities Litigation

Page 356

1  Journal article.
2       MR. WILLIAMS:  And that -- we will mark this
3  document as Parekh -- I think we are at 6?
4       THE REPORTER:  Yes.
5       (Exhibit No. 6 marked for identification.)
6  BY MR. WILLIAMS:
7  Q.    And it is a September 13th, 2018, Wall Street
8  Journal article titled "Apple's Challenge:  Win Over
9  China With Pricey New iPhones."  And I will ask you just
10 to take a look at it.  You can read it, if you like, and
11 then let me know when you are done.  I have some
12 questions for you about it.
13 A.    Okay.  Yeah, I will read it.
14       Okay.  I am through the article now.
15 Q.    Okay.  Have you seen this article before?
16 A.    I can't remember if I saw this article.
17 Q.    And is -- the article is titled "Apple's
18 Challenge:  Win Over China With Pricey New iPhones."  It
19 is published in the Wall Street Journal on
20 September 13th, 2018.
21 A.    Uh-huh.
22 Q.    Is The Wall Street Journal, you know, a
23 publication that you and your team would have considered
24 in its sort of assessment of the economic conditions in
25 China or Apple's business in China?

Page 357

1  A.    I think (inaudible) read The Wall Street Journal
2  (inaudible) maybe more the sources of the underlying
3  (inaudible) that we talked about earlier.  I think they
4  would have -- I mean, many of us read the Wall Street
5  Journal pretty regularly.
6  Q.    And do you see where the top of the page, of
7  page 1, it says, "Its Chinese rivals match its features
8  beat its prices, dwarf its market share"?
9       Do you see that?
10 A.    Oh, yes, under the header?
11 Q.    Correct.
12       Do you see that?
13 A.    I see that, yes.
14 Q.    And that's an accurate -- withdrawn.
15       That was an accurate assessment of iPhone's
16 competition with Chinese smartphone manufacturers at the
17 time, right?
18       MR. KRAMER:  Objection as to -- you may answer.
19       THE DEPONENT:  Yeah, I don't know about
20 accurate.  I mean, that's a journalist's opinion, but,
21 again, when we look at features, we look at, you know,
22 benchmarking differently than sometimes journalists do.
23 BY MR. WILLIAMS:
24 Q.    Do you think that at the time, that sentiment
25 was coming from only journalists or was it also coming

Page 358

1  from market analysts that Apple subscribed to and paid
2  attention to?
3       MR. KRAMER:  Objection to form.
4       You may answer, Mr. Park.
5       THE DEPONENT:  Yeah, again, I think that
6  different journals and different analysts have different
7  opinions on this, but definitely I think people did talk
8  about competition, pricing and market share, and those
9  seem to be the themes on the other articles you have
10 shown me as well.
11 BY MR. WILLIAMS:
12 Q.    And for Apple, do you maintain that during 2018,
13 that pricing was simply a factor, but not necessarily an
14 important factor as it relates to competition from
15 Chinese smartphone manufacturers?
16 A.    Yes, again, pricing is a factor, and you saw on
17 this article there was also a recent product launch and,
18 again, the product itself matters a lot too.
19 Q.    And I am just going to ask you to look at the
20 first page, bottom of the page.  Do you see where it
21 says, "The signature features of Apple Inc.'s bigger
22 screens and dual-SIM support speak directly to the
23 demands in the all-important China market"?
24       Do you see that?
25 A.    Yeah, I'm sorry, which page are you on again?

Page 359

1  Q.    The first page at the bottom.
2  A.    The third page?
3  Q.    The first page at the bottom.
4  A.    The first page, I'm sorry.  I am not seeing that
5  on the first page.  What I have at the bottom is,
6  "It's still hard for Apple to attract wider Chinese
7  consumers from Android users."  Those would be different
8  page numbers.
9  Q.    Let me pull up the one that you have and see.
10      I see it on the first page, so...
11 A.    Yes.
12 Q.    Below the by line, do you see where it says,
13 "The signature features of Apple's new iPhones, bigger
14 screens and dual-SIM" --
15 A.    Oh, I'm sorry.  I see that on the top of the
16 page.  I was looking at the bottom.
17 Q.    I'm sorry, my mistake, I think I directed you to
18 the bottom.  Our printouts are slightly different.
19      And do you see the next paragraph where it says,
20 "Chinese rivals already offer similar features for less
21 money"?
22      Do you see that?
23 A.    I do see that.
24 Q.    And that was accurate, right?
25      MR. KRAMER:  Objection as to form.

Page 360

1     You may answer.
2     THE DEPONENT: Yeah, again, I mean, I think
3  there are -- there are lower-priced phones that exist
4  that have features like dual SIM and big screens.  But
5  there are also higher-priced products that have big
6  screens and dual SIMs.  That matters, too.
7  BY MR. WILLIAMS:
8  Q.     Sure.  But my question was simpler than that.
9  A.     Uh-huh.
10  Q.     I am just asking -- well, withdrawn.
11     I am looking at the sentence that says, "Chinese
12  rivals already offer similar features for less money,"
13  and that is an accurate statement, correct?
14     MR. KRAMER: Objection as to form.  You may
15  answer.
16     THE DEPONENT: Yes, there is similar products,
17  that's true.
18  BY MR. WILLIAMS:
19  Q.     And going down to the next paragraph, do you see
20  where it says, "'It's still hard for Apple to attract
21  wider Chinese consumers from Android users,' says Mo
22  Jia, a Shanghai-based analyst at the market research
23  firm Canalys, citing 'the extremely high price band
24  compared to local high-end Android products'"?
25     Do you see that?

Page 361

1  A.     I see that, yes.
2  Q.     And is it fair to say that you and your team
3  would have considered the notion reported by analysts
4  that pricing was an important competitive factor
5  affecting comp- -- affecting Apple's sales prospects?
6     MR. KRAMER: Objection as to form.
7     You may answer.
8     THE DEPONENT: Okay.  The first part of that,
9  I'm sorry, it was a bit jumbled, I couldn't hear exactly
10  the first part of that question, so if you don't mind
11  repeating that, that would be helpful.
12     MR. WILLIAMS: Derek, can you read it back,
13  please.
14     (Pending question read.)
15     THE DEPONENT: Yes, I think as I mentioned
16  before, I think pricing is a factor that we consider in
17  our determination of demand for our products.
18  BY MR. WILLIAMS:
19  Q.     And I am going to ask you to go to the next
20  page.  And our copies may be different.  Do you see the
21  paragraph beginning "the starting price"?
22  A.     Halfway down the page about?  Yes, I see that.
23  Q.     "The starting price of the new phones by Apple
24  will range from about $950 and $1400 in China, while a
25  handset produced by rival Huawei Technologies with a

Page 362

1  dual-SIM-card feature and a similar screen size can be
2  found at $660."
3     Do you see that?
4  A.     I see that paragraph, yes.
5  Q.     And did you understand that to be an accurate
6  comparison of prices?
7  A.     Yeah, I guess I have to go back.  I don't know
8  if they translated those at the right foreign exchange
9  rates, because there is taxes and foreign exchange built
10  into the prices locally.
11  Q.     Okay.  And China was the biggest -- biggest
12  market for dual-SIM smartphones, as far as Apple
13  understood.  Is that correct?
14  A.     Yes, China is the biggest dual-SIM market,
15  that's correct.
16  Q.     And so there, Apple had the largest opportunity
17  for market share growth as opposed to other markets,
18  right?
19     MR. KRAMER: Objection as to form.
20     THE DEPONENT: Yeah, I think, dual SIM is one
21  feature that is important in China, but, again, I think
22  we talked about China, and we always view China to have
23  an opportunity for us from a market share standpoint.
24  BY MR. WILLIAMS:
25  Q.     Just give me one moment.

Page 363

1     I am going to go back to what was previously
2  marked as Parekh No. 3.  That was the document that I
3  had shown you prior to us taking a break.
4  A.     Okay.  This is the IMFBlog?
5  Q.     Right.
6  A.     Okay.
7  Q.     Okay.  The article is a February 8, 2018 IMF,
8  International Monetary Fund blog, which was published
9  February 8th, 2018, titled "Smartphones Drive New Global
10  Tech Cycle, But is Demand Peaking?"
11     Did you have a chance to review this article
12  during the break?
13  A.     I did not, but I can read it now.
14  Q.     Okay.
15  A.     Okay.  I think I have read the article.
16  Q.     Okay.  Is this article or (inaudible) research
17  from at least published on the International Monetary
18  Fund's blog the data that your team likely would have
19  digested or considered in 2018?
20     MR. KRAMER: Objection as to form.
21     You may answer.
22     THE DEPONENT: I'm sorry, Jim.
23     Yeah, I don't know that we read this specific
24  article, but I think we are aware of the dynamics of the
25  supply chain considerations outlined here.

Page 364

1  BY MR. WILLIAMS:

2  Q.    Is the International Monetary Fund a source that

3  you all would view to be a credible source?

4  A.    Yeah, depending on what the topic is, they are

5  definitely a credible source.

6  Q.    How about the topic of smartphone demand?

7  A.    I am not sure they would be a credible source on

8  projecting smartphone demand.  I think that is

9  outlined -- I think as is outlined here, I think it is

10  helpful to understand the economic impact of the

11  smartphone global business on the world economy.  That's

12  what it seems like this article is doing.

13  Q.    A more historical to current perspective of

14  smartphone demand as opposed to projecting it going

15  forward?

16  A.    I mean, I don't believe the IMF tracks, like

17  other analysts do like (inaudible) that you talked

18  about.  The actual smartphone demand, they don't project

19  smartphone demand growth, as far as I know.

20  Q.    Right, so I just -- I am trying to understand

21  your answer.  So you would find them to be more credible

22  concerning historic or current metrics concerning

23  smartphone demand, but not necessarily credible looking

24  forward?

25      MR. KRAMER:  Objection as to form.  You may

Page 365

1  answer.

2      THE DEPONENT:  Yeah, I don't think they are one

3  of the sources we will really turn to understand the

4  (inaudible) prospective is not (inaudible) demand of

5  (inaudible) user.

6      THE REPORTER:  I am --

7      THE DEPONENT:  They are more for assessing the

8  economic impact of the smartphone industry on different

9  economies.

10  BY MR. WILLIAMS:

11  Q.    Okay.  And including China?

12  A.    Yes, including China.

13  Q.    And you would find them to be credible in that

14  respect?

15  A.    It depends on what it is I am trying to

16  understand.

17  Q.    Okay.  Is there anything in the article that you

18  found to be incredible?

19  A.    I didn't -- I'm sorry.  Could you repeat the

20  last word you said.

21  Q.    Is there anything in the article that you found

22  to be incredible?

23  A.    Incredible.

24  Q.    Not credible?

25  A.    Oh, not credible.  Nothing jumps out as not

Page 366

1  credible.

2  Q.    Okay.  So is it fair to say that the sentiment

3  that the smartphone industry or the smartphone global

4  market had, in fact, become saturated by February of

5  2018?

6      MR. KRAMER:  Objection as to form.

7      You may answer.

8      THE DEPONENT:  Yeah, I think that's what the

9  other analysts that we have talked about here in the

10  recession, I think it is credible that the smartphone

11  market was slowing down in its growth.

12  BY MR. WILLIAMS:

13  Q.    But there was data in the marketplace, including

14  data that your team likely considered that used the term

15  "saturated" as opposed to slowing and growth, right?

16  A.    I don't know that I would use the term

17  "saturated," but, again, we have looked at slowing and

18  growth.

19  Q.    No, I am not saying that you used the term

20  "saturated."  I am asking, isn't it true that your team,

21  Apple would have considered commentary or sentiment by

22  some who you would not view to be not credible that

23  considered the smartphone market to be saturated in

24  early 2018?

25      MR. KRAMER:  Could I have that one read back,

Page 367

1  please.

2      (Pending question read.)

3      MR. WILLIAMS:  Let me reask the question.

4      MR. KRAMER:  Thank you.

5  BY MR. WILLIAMS:

6  Q.    Isn't it fair to say that Apple and your team

7  considered reporting and sentiment from analysts that

8  Apple would consider to be credible that the market was

9  saturated -- the smartphone market was saturated in

10  early 2018?

11      MR. KRAMER:  Objection as to form.

12      You may answer.

13      THE DEPONENT:  Yeah, I am sure some of the

14  articles and some of the analysts would have viewed that

15  term, so it would have been something we would have been

16  aware of.

17  BY MR. WILLIAMS:

18  Q.    Did you disagree with that sentiment?

19      MR. KRAMER:  Objection as to form.

20      You may answer.

21      THE DEPONENT:  Yeah, I think that we know that

22  new product introductions and significant product

23  updates can have a very different outcome on the way the

24  analysts define the market, which is really just sales

25  in any given year.

Page 368

1    There is a very large installed base of
2  customers who exist that could react to a really strong
3  product introduction, which can make the market go
4  different than what people predict sometimes.
5  BY MR. WILLIAMS:
6    Q.    So I am going to ask you to turn to page 6 of
7  the article, which is paragraph No. 6.  And on the
8  bottom, I will just direct your attention to --
9        THE REPORTER:  I'm sorry, Counsel, your voice
10  dropped out.
11        THE DEPONENT:  You were fading out on mine as
12  well.
13  BY MR. WILLIAMS:
14    Q.    I was asking you to go to page 6 on the bottom
15  the sentence that begins with "China's domestic
16  smartphone market."  Let me know when you get there.
17        MR. KRAMER:  And, Mr. Parekh, I think that
18  actually begins on page 4.
19        THE DEPONENT:  Yeah, I was looking at that as
20  well.  It is on my page 4.
21  BY MR. WILLIAMS:
22    Q.    Great.  Are we looking at the same sentence with
23  "China's domestic smartphone market"?
24    A.    Yeah, declined in 2007 for the first time, that
25  paragraph?

Page 369

1    Q.    So it says, "China's domestic smartphone market
2  declined in 2017 for the first time.  Apple recorded a
3  year-on-year decrease in iPhone sales in the fourth
4  quarter of 2017."
5        Is that accurate, as far as you could tell?
6    A.    Yes.
7    Q.    And the sentence goes on -- or the paragraph
8  goes on and says, "While the industry is still
9  projecting increases in unit sales, our analysis
10  suggests that smartphone makers may have to count on
11  price increases to support continued revenue growth."
12        Do you see that?
13    A.    I do see that.
14    Q.    And unit sales were very important for Apple at
15  this point, right?
16        MR. KRAMER:  Objection as to form.
17        You may answer.
18        THE DEPONENT:  I mean, we do care about unit
19  sales, but I think we all talked about we care about
20  selling the best, not the most, so unit sales are one
21  factor that we consider.
22  BY MR. WILLIAMS:
23    Q.    Right, but unit sales weren't very important to
24  the way that Apple was looking at its business in, say,
25  February of 2018, was it?

Page 370

1        MR. KRAMER:  Objection as to form.
2        You may answer.
3        THE DEPONENT:  Well, we take into consideration
4  our unit sales as part of how we think of our business
5  demand for our products, as I mentioned earlier.
6  BY MR. WILLIAMS:
7    Q.    Right, iPhone unit sales would be among them,
8  right?
9    A.    Yes, that's one factor to look at, for sure.
10    Q.    Right.  And the market cared about unit sales,
11  but Apple didn't care as much about unit sale as it had
12  historically by February of 2018, did it?
13        MR. KRAMER:  Objection as to form.  You can
14  answer if you understand that question.
15        THE DEPONENT:  Yeah, I don't think I understand.
16  I think --
17  BY MR. WILLIAMS:
18    Q.    I can reask it.
19    A.    Your opinion of what our thoughts were.
20    Q.    What I am saying is that as of February of 2018,
21  unit sales were not as important to Apple as it had been
22  historically, correct?
23        MR. KRAMER:  Objection as to form.
24        You may answer.
25        THE DEPONENT:  I don't know that I would say

Page 371

1  that.  Again, we always take a look at unit sales, but,
2  again, it is a factor in many things.
3  BY MR. WILLIAMS:
4    Q.    Well, Apple unit -- withdrawn.
5        iPhone unit sales were not as important to the
6  company as revenue was, correct?
7        MR. KRAMER:  Objection as to form.
8        You may answer.
9        THE DEPONENT:  Yeah, I mean, I don't know -- I
10  guess I don't understand.  It is not really a question.
11  You are making a statement.
12  BY MR. WILLIAMS:
13    Q.    No, I am asking if my statement is correct.
14    A.    I believe --
15        (Simultaneous speakers.)
16    A.    I don't want to speculate on what's more
17  important than others.  It sounds like to me you were
18  making a statement, and so maybe you can repeat or
19  rephrase the question.
20    Q.    I'm sorry.  Okay.  Isn't it true that as of
21  February 2018, iPhone unit sales, meaning the number of
22  iPhones Apple sold, was not as important as the amount
23  of revenue it generated from iPhones?
24        MR. KRAMER:  Objection as to form.
25        You may answer.

Page 372

1  THE DEPONENT: Yeah, I mean, I guess I wouldn't
2  characterize that the same way you did.  We look at both
3  unit sales and revenue performance.  I wouldn't say that
4  we didn't think unit sales were important.  It sounds
5  like that's what you had asked me.
6  BY MR. WILLIAMS:
7  Q.    I was asking you whether unit sales were as
8  important to the company's financial performance, and I
9  am talking about iPhone unit sales, as its reported
10  revenue from sales.
11  MR. KRAMER: Objection as to form.  You can
12  answer if you understand that question.
13  THE DEPONENT: Yeah, I don't really -- I don't
14  really understand it, to be honest.
15  BY MR. WILLIAMS:
16  Q.    Would you consider -- withdrawn.
17  In February of 2018, did Apple consider the
18  number of iPhones it sold to be the key metric in terms
19  of its overall sales revenue for iPhones or just the
20  overall sales figure?
21  MR. KRAMER: Could I -- Derek, could I have that
22  read back?  I'm sorry, Jim.
23  (Pending question read.)
24  MR. WILLIAMS: I will rephrase that.  I will ask
25  it again.

Page 373

1  BY MR. WILLIAMS:
2  Q.    Which metric was more important to Apple's
3  performance in February '18, iPhone unit sales or iPhone
4  revenue?
5  MR. KRAMER: Objection as to form.
6  THE DEPONENT: Yeah, when you say "performance,"
7  I guess I am trying to understand what you mean, if you
8  are talking about sales of unit performance, then unit
9  numbers matter.  If you are talking about revenue
10  performance, then the revenue would matter.  I guess
11  when you define "performance," what do you mean by that?
12  BY MR. WILLIAMS:
13  Q.    I am talking about its business performance.
14  What did Apple thing was more important, the number of
15  iPhones it sold or the amount of money it made from
16  selling iPhones?
17  MR. KRAMER: Objection as to form.
18  You may answer.
19  THE DEPONENT: We think they are both important.
20  We consider both factors.
21  BY MR. WILLIAMS:
22  Q.    Did you find -- did you find them to be equally
23  important?
24  MR. KRAMER: Objection as to form.
25  THE DEPONENT: Maybe it depends on what we are

Page 374

1  assessing.
2  BY MR. WILLIAMS:
3  Q.    What did it depend on?
4  A.    If we are assessing unit performance, then units
5  matter.  If we are assessing the financial revenue
6  performance of the company, then the revenue matters.
7  Q.    Uh-huh.  So what I am asking is the overall
8  performance of its iPhone sales.  So would you say that
9  the number of units sold is equally important to the
10  number -- to the revenue earned from iPhone sales?
11  MR. KRAMER: Objection as to form.
12  THE DEPONENT: Yeah, I think I mentioned earlier
13  I guess it depends on what it is we are trying to
14  measure.  We look at all of those metrics.
15  BY MR. WILLIAMS:
16  Q.    So both would be important?
17  A.    It depends on what we are trying to measure.
18  Q.    Okay.  So if you are measuring market share,
19  unit sales would be important, right?
20  A.    That's correct.
21  Q.    Okay.  What other metrics would unit sales be
22  important to?
23  A.    Well, we care about how many new customers might
24  be drawn into our products, so we care about that.
25  Q.    Right.  Because the number of new customers is

Page 375

1  correlated to the potential for service revenues, right?
2  A.    Well, bringing in new customers, you know, has a
3  lot of impacts, and we always want to make sure that we
4  are, you know, appealing to also new customers, too.  We
5  have a substantial installed base of customers that we
6  also think is important.
7  Q.    Right.
8  A.    (Inaudible).
9  Q.    So unit sales would correlate, obviously, to the
10  growth of the installed base, correct?
11  A.    There is some correlation.
12  Q.    And it would -- there would be some correlation
13  to potential service growth, right?
14  A.    Yes, there is some correlation there, too.
15  Q.    And those things are relevant to the company's
16  financial performance, right?
17  A.    Yes, they are relevant factors in the company's
18  financial performance.
19  Q.    And that would include relevant factors to
20  demand forecasting?
21  MR. KRAMER: Objection as to form.
22  You may answer.
23  THE DEPONENT: Yes, I think we all want to
24  understand what factors you think are relevant.  Are you
25  asking me to tie the demand forecasting?

Page 376

BY MR. WILLIAMS:

1  BY MR. WILLIAMS:

2  Q.    I am asking you, and maybe I am wrong, only

3  because the work that you and your team do -- the work

4  that you and your team does is, you know, demand and

5  market forecasting, at least that's part of what your

6  team does, correct?

7  A.    Uh-huh, that's correct.

8  Q.    And that is ultimately -- that ultimately rolled

9  into what projections are provided to the investment

10  community, right?

11      MR. KRAMER:  Objection as to form.

12      You may answer.

13      THE DEPONENT:  Yeah, demand forecast is a part

14  of our process of what's provided --

15  BY MR. WILLIAMS:

16  Q.    Correct.

17  A.    -- external -- externally.

18  Q.    Right.  And so unit sales are relevant to

19  projections of the installed base, correct?

20  A.    The projections of the installed base aren't

21  necessarily driving the sales forecast that we have.

22  Q.    I didn't ask if they were driving.  I was just

23  saying is it relevant to that?  Are unit sales relevant

24  to your projections of what the installed base could

25  look like?

Page 377

1      MR. KRAMER:  Objection as to form.

2      THE DEPONENT:  Yeah, the unit sales do have an

3  impact in how we think about how our installed base

4  grows.

5  BY MR. WILLIAMS:

6  Q.    Yeah, that's all that I am asking.  And that is

7  also what is part of what's provided to the investment

8  community as it assesses, you know, future potential

9  financial performance, correct?

10  A.    We do provide from time to time a snapshot of

11  what our installed base numbers are.  Different --

12  different people may interpret that differently as far

13  as how they assess Apple's financial performance.

14  Q.    And so going back to my initial question, would

15  you -- or did Apple in February of 2018 believe unit

16  sales to be more or less important than revenue from

17  unit sales?

18      MR. KRAMER:  Object as to form.

19      MR. WILLIAMS:  Revenue from iPhone sales, I

20  should say.

21      MR. KRAMER:  Same objection.

22      THE DEPONENT:  Yeah, I guess it could depend on

23  how you are going to use that information.

24  BY MR. WILLIAMS:

25  Q.    So in February of 2018, was it more important

Page 378

1  for Apple to sell a lot of iPhones or for Apple to

2  generate a lot of money from fewer iPhone sales?

3      MR. KRAMER:  Objection as to form.

4      You may answer.

5      THE DEPONENT:  I would say that our -- again, it

6  depends on what you are trying to measure.  We care

7  about both.

8      MR. KRAMER:  Shawn, we have been going about an

9  hour --

10      MR. WILLIAMS:  We are still on this line of

11  questioning.

12      MR. KRAMER:  My apologies.  I thought you were

13  done.  When you are done, let's take a break.

14  BY MR. WILLIAMS:

15  Q.    And would you say that today you cared about

16  both?

17      MR. KRAMER:  Objection as to form.

18      THE DEPONENT:  We look at both internally,

19  correct.

20  BY MR. WILLIAMS:

21  Q.    And would you place more importance on revenue

22  from iPhone sales or the number of iPhone units sold?

23      MR. KRAMER:  Objection as to form.  You may

24  answer it again.

25      THE DEPONENT:  Yeah, the revenue from iPhone

Page 379

1  sales is the basis for how we communicate our financial

2  results to the marketplace.

3  BY MR. WILLIAMS:

4  Q.    That's not what I asked.

5  A.    So can you repeat your question, please.

6      MR. WILLIAMS:  Read it back, Derek, please.

7      THE REPORTER:  Yes.

8      (Pending question read.)

9      MR. KRAMER:  Object as to form.

10      THE DEPONENT:  It goes back to what you are

11  trying to measure.

12  BY MR. WILLIAMS:

13  Q.    Going back to page 7 of the IMFBlog article,

14  which is Parekh No. 6.

15  A.    Okay.

16  Q.    Do you see where it says -- I am not sure what

17  page, probably still page 4 or 5 on your version.  Let

18  me take a look at your version.  I'm sorry, I am trying

19  to correlate mine with yours by looking at the link.

20      MR. KRAMER:  Mr. Parekh, how are you doing?  Do

21  you need a break?

22      THE DEPONENT:  Yeah, it would be great if we

23  could have one for a minute.

24      MR. WILLIAMS:  I am almost done with this line

25  of questioning.

Page 376..379

Page 380

1   BY MR. WILLIAMS:
2   Q.    Do you see where it says, "While the industry is
3   still projecting increases in unit sales, our analysis
4   suggests that smartphone makers may have to count on
5   price increases to support continued revenue growth"?
6   A.    Which page is that on?  I'm sorry, maybe we are
7   on different page numbers.  Oh, I see it here.  Oh, no,
8   I don't.  Hold on a second.  Which page are you on?
9   Q.    Do you see where the big chart that begins -- it
10  says "copping out"?
11  A.    Yes.
12  Q.    Right before that, so it is the sentence -- it
13  says, "While the industry" --
14  A.    Oh, I see it.  Yeah, I see it.
15  Q.    I will just read it again.  "While the industry
16  is still projecting increases in unit sales, our
17  analysis suggests that smartphone makers may have to
18  count on price increases to support continued revenue
19  growth."
20        Do you see that?
21  A.    I see that.
22  Q.    And is it fair to say that Apple, in the summer
23  and fall of 2018, was more dependent on higher prices to
24  continue revenue growth than growth in unit sales?
25        MR. KRAMER:  Objection as to form.

Page 381

1         You may answer.
2         THE DEPONENT:  I don't believe we were more
3   dependent.  I think we launched products that were more
4   premium products that were higher in price.
5   BY MR. WILLIAMS:
6   Q.    And is it fair, then, to say that it could
7   earn -- it could grow revenue on fewer unit sales?
8   A.    Yes, that is one of the outcomes of having more
9   premium products, you could have higher revenue growth
10  with less unit sales.
11  Q.    Uh-huh.  And so would you then say that it
12  became more important to measure revenue than unit
13  sales, since unit sales may not be growing as fast as
14  revenue?
15  A.    It is not a matter of -- I think when you are
16  comparing a year, let's say if we didn't launch, you
17  would have lower-priced products and you launched new
18  higher-priced products, maybe just looked at unit
19  changes, you have a different conclusion and an
20  incorrect conclusion when, in fact, you generated more
21  revenue by selling more higher-priced products.
22        So I think it is -- you have to think about the
23  comparison and, again, what you are trying to measure.
24  Q.    Okay.  We can take a break now.
25        THE VIDEOGRAPHER:  Okay.  We are going off the

Page 382

1   record at 3:48 p.m.
2         (A recess transpires.)
3         THE VIDEOGRAPHER:  We are back on the record at
4   4:02 p.m.
5         MR. WILLIAMS:  And I am going to ask the
6   reporter to pull my document No. 22 and mark it as
7   Parekh No. 7.
8         (Exhibit No. 7 marked for identification.)
9   BY MR. WILLIAMS:
10  Q.    Let me know when you have had a chance to look
11  at it.  Parekh No. 7 is a September 24th, 2018, Wall
12  Street Journal article titled "Are China's Consumers in
13  Trouble?"
14  A.    Okay.  I see it.
15  Q.    Okay.  And you can go ahead and read it.  It is
16  also a short article.  And let me know when you are
17  done.
18  A.    Okay.  I will read it right now.
19        Okay.  I have read that article.
20  Q.    Had you seen this one before?
21  A.    Again, I can't recall the specific article, but
22  I mentioned to you I read The Wall Street Journal, and
23  so I think these types of articles were pretty prevalent
24  in that timeframe.
25  Q.    Right.  And is it fair to say that you and your

Page 383

1   team would have considered this type of data in the
2   overall mix of your assessment of economic conditions in
3   China?
4   A.    Yes, we would have been aware of some of the
5   highlights indicated in this article.
6   Q.    Uh-huh.  And, you know, and is it fair to say
7   that -- withdrawn.
8         Just take a look at the article titled "Are
9   China's Consumers in Trouble?"  Do you see where it says
10  just below that, "Disappointing retail sales have
11  analysts debating whether consumption is heading for a
12  bigger slowdown"?
13        Do you see that?
14  A.    I see that.
15  Q.    And it was understood by Apple at the time that
16  in China, up until this point, consumption -- consumer
17  consumption had been declining, right?
18        MR. KRAMER:  Objection to form.
19        Go ahead, Mr. Parekh.
20        THE DEPONENT:  Yeah, I think I mentioned before
21  that this is broad consumer spending.  Our Q4 results in
22  that September quarter were actually quite strong and --
23  in China.  And so, again, this could lead to things like
24  clothing and other retail items, not necessarily for our
25  consumer electronic business.  Again, I think our Q4

Page 384

1  results are very, very strong.  Our Q4 fiscal people --

2  I should have clarified that September quarter, and --

3  BY MR. WILLIAMS:

4  **Q.    Revenue was strong out of China, but not iPhone**

5  **unit sales, right?**

6       MR. KRAMER:  Objection as to form.  You may

7  answer.

8       THE DEPONENT:  Yeah, again, I don't know what

9  you mean by "strong."  We sold -- iPhone X -- China is

10 one of the best markets for iPhone X, and so at that

11 price point, the sales we did for iPhone X was pretty

12 significant.

13 BY MR. WILLIAMS:

14 **Q.    I was using "strong" in the way that I thought**

15 **you were using "strong."  You said that --**

16 A.    We reported 20 percent revenue growth and

17 double-digit growth and average geographic segment --

18      THE REPORTER:  I'm sorry, sir, I have to ask you

19 to slow down.

20      THE DEPONENT:  I'm sorry, Derek.  Let me repeat

21 that again.  So I was -- what I was saying was our Q4 --

22 fiscal Q4 results, I believe, were strong.  We had

23 significant revenue growth in double-digit growth in

24 every geographic segment, and so I look at those as

25 strong results.

Page 385

1  BY MR. WILLIAMS:

2  **Q.    And all I was saying was that I wasn't using**

3  **"strong" in a way that was different than you were.  But**

4  **is it fair to say that unit sales out of China were not**

5  **considered impressive by the analyst community?**

6       MR. KRAMER:  Objection as to form.

7       THE DEPONENT:  Yeah, I don't think that's

8  accurate.  I think for the products we launched and the

9  price points we launched, that people were -- it was a

10 very strong result.

11 BY MR. WILLIAMS:

12 **Q.    Were there new products launched prior to**

13 **September 24th, 2018, new iPhones?**

14 A.    No, there was -- it was the iPhone X cycle,

15 iPhone X launch year that I was referring to.

16      MR. WILLIAMS:  I will ask the reporter to pull

17 up my Exhibit 23 and please mark it as Parekh No. 8.

18      (Exhibit No. 8 marked for identification.)

19      THE REPORTER:  So marked.

20 BY MR. WILLIAMS:

21 **Q.    Parekh No. 8 is an October 10th, 2018 Washington**

22 **Post article titled "Amid trade war and spying claims,**

23 **Apple's CEO turns on the charm in China."  Let's take a**

24 **look at the article.  And let me know when you have had**

25 **a chance to review it.**

Page 386

1  A.    Okay.  This is a Washington Post article, right?

2       I'm sorry, Shawn, I wanted to make sure this was

3  a Washington Post article.

4  **Q.    Yes.**

5  A.    I'm sorry, I wanted to clarify that.

6       MR. KRAMER:  Shawn, just for the record, it

7  looks like there was a pop-up that printed off at the

8  bottom of page 1, before page 2, it is just some of the

9  text is messing, just so the record is clear.

10      MR. WILLIAMS:  Yeah.

11      MR. KRAMER:  Again, at the bottom of page 3.

12      MR. WILLIAMS:  Yeah, I think so, and I'm going

13 to see if I can pull  up a cleaner copy quickly.

14      MR. KRAMER:  Or you could just subscribe to the

15 Wall Street Journal and avoid those pop-ups.

16      MR. WILLIAMS:  I do subscribe.

17      MR. KRAMER:  You do?  Okay.

18      MR. WILLIAMS:  Yeah, I am going to have it put

19 into the chat, and I will re-mark it, okay?

20      MR. KRAMER:  Perfect.  Okay.  So, Mr. Parekh,

21 there is a -- it is a pdf now.

22      THE DEPONENT:  Okay.  Yeah, that's better.

23 That's actually better, I agree.  Yeah, thank you.

24      MR. WILLIAMS:  And I will ask the reporter to

25 mark --

Page 387

1       THE DEPONENT:  I am almost done with it.

2       MR. WILLIAMS:  I will ask the reporter to mark

3  this exhibit as Exhibit 9, and it is the same document,

4  but a better copy, and it is titled "Amid trade war and

5  spying claims, Apple's CEO turns on the charm in China."

6  And it is a Washington Post article dated October 10th,

7  2018.

8       THE DEPONENT:  Okay.  I have read the article

9  now.

10 BY MR. WILLIAMS:

11 **Q.    Okay.  Have you seen this article before today?**

12 A.    Again, I can't remember if I saw this specific

13 article or not.

14 **Q.    But you read the Washington Post, like you read**

15 **The Wall Street Journal?**

16 A.    Yeah.  I do from time to time.

17 **Q.    And the article, again, is titled "Amid trade**

18 **war and spying claims, Apple's CEO turns on the charm in**

19 **China."**

20      **And so is it fair to say that the -- at least as**

21 **of October 10th, 2018, there were rumblings at least of**

22 **a trade war between the United States and China?**

23 A.    I'm sorry, could you repeat that one more time.

24 It came out garbled on my end.  I'm sorry, Shawn, about

25 that.

Page 388

1   Q.    Okay.  Is it fair to say that on or around
2   October 10th, Apple knew that there were trade -- or
3   rumblings of a trade war between the United States and
4   China?
5   A.    Yeah, I think we were aware of the trade tension
6   between the US and China.  It was pretty widely covered
7   in the media.
8   Q.    And Tim Cook had been in communication with the
9   Trump Administration about some of the Chinese and US
10  issues that might affect, you know, the relationship
11  between Chinese companies and products and shipments to
12  the United States, is that fair?
13        MR. KRAMER:  Objection as to form.
14        THE DEPONENT:  I think I mentioned to you
15  earlier, I wasn't privy, and I don't have any personal
16  knowledge of those -- if those discussions occurred.
17  BY MR. WILLIAMS:
18  Q.    Had you heard that there might have been those
19  discussions between Apple executives and the Trump
20  Administration?
21  A.    There were articles written speculating about
22  it, but, again, I didn't have any firsthand knowledge.
23  Q.    Uh-huh.  If that happened, would you or your
24  team have known about it?
25  A.    Probably not.

Page 389

1   Q.    Why not?
2   A.    We don't normally get involved in government
3   affairs type of activities.
4   Q.    Even if --
5   A.    (Inaudible) in the business, again, you know,
6   our demand forecasts were mixed.
7   Q.    Even if Tim Cook did?
8   A.    Yeah.  He gets involved in a lot of things I
9   don't get involved in, so --
10  Q.    Is there sort of a public policy department or
11  segment of the company that sort of deals with promoting
12  legislation and things like that?
13  A.    We have a government affairs team.  I guess
14  that's the closest thing, but that's...
15  Q.    What do they do?
16  A.    They monitor, I think, developments in different
17  countries we do business in and I think our liaisons to
18  the extent there is, you know, government, you know,
19  inquiries for Apple or policy things that might impact
20  Apple, as far as I can understand.
21  Q.    But they had been involved in evaluating
22  geopolitical issues in China during calendar 2018?
23  A.    They would have been aware of the developments
24  overall, kind of, again, as it was being covered in the
25  media.

Page 390

1   Q.    Right, but would they have been involved in sort
2   of evaluating the geopolitical issues in China as they
3   may have affected Apple's business both there and in the
4   United States?
5   A.    Yeah, I don't know firsthand.  I wouldn't have
6   been involved in those discussions.
7   Q.    Uh-huh.
8   A.    (Inaudible).
9   Q.    Who heads that team?
10  A.    Lisa Jackson.
11  Q.    Is she in Cupertino?
12  A.    Yes, she is.
13  Q.    And do you think that people in government
14  affairs may have been part of the company's evaluation
15  and monitoring of economic conditions in Greater China,
16  including trade tensions with the United States?
17        MR. KRAMER:  Objection as to form.
18        THE DEPONENT:  Yeah, again, I don't really look
19  at economic indicators.  I am sure they are aware of the
20  trade tensions, but they don't really look at the
21  economic factors.  Our team kind of takes that
22  responsibility on.
23  BY MR. WILLIAMS:
24  Q.    Are you suggesting that the trade -- trade
25  tensions did not or would not affect economic

Page 391

1   conditions?
2   A.    I am not suggesting that.  I am just saying that
3   their team wouldn't be focused on economic metrics.
4   Q.    Uh-huh.  But you didn't talk to Lisa Jackson or
5   anybody on her team in preparation for the deposition,
6   did you?
7   A.    No, I did not.
8   Q.    And someone on their team may have been in a
9   better position to discuss whether or not the company
10  was involved and the extent of that involvement in
11  Apple's sort of communications between the United States
12  and China with respect to the trade and tariff issues?
13        MR. KRAMER:  Objection as to form.
14        THE DEPONENT:  I really don't know.
15  BY MR. WILLIAMS:
16  Q.    You don't know if they would have been in a
17  better position than you to discuss that?
18        MR. KRAMER:  Objection as a form.
19        THE DEPONENT:  Yeah, I am not involved in those
20  government affairs-related discussions, so I wouldn't be
21  able to (inaudible).
22  BY MR. WILLIAMS:
23  Q.    Would you characterize the issues that I raise
24  as a government affairs issue?
25        MR. KRAMER:  Objection as to form.

Page 392

1    THE DEPONENT:  It involves the government, so I
2  imagine they would be aware of it.
3  BY MR. WILLIAMS:
4  **Q.    So if the company was meeting with the Trump**
5  **Administration or Chinese officials regarding the trade**
6  **tensions, that would be the division in the company that**
7  **probably was involved in it, correct?**
8    MR. KRAMER:  Objection to the form.
9    You may answer.
10    THE DEPONENT:  I really don't know.
11  BY MR. WILLIAMS:
12  **Q.    Going back to Parekh No. 9, the Washington Post**
13  **article.**
14  A.    Uh-huh.
15  **Q.    See -- bringing your attention to page 2 of 4,**
16  **the paragraph down that begins with "Apple accounted**
17  **for."**
18    **Do you see that?**
19  A.    Yeah, that's on my page 1.  But I believe it is
20  the same.  Is it "Apple accounted for about one-quarter
21  of cellphone sales"?
22  **Q.    Correct.  So it says, "Apple accounted for about**
23  **one-quarter of cellphone sales in China last year, and**
24  **analysts say the country is on course to overtake the**
25  **United States as Apple's biggest market."**

Page 393

1    **Do you see that?**
2  A.    I see that, yes.
3  **Q.    Is there any reason that you have to suggest**
4  **that that's inaccurate?**
5  A.    It was a projection of China becoming the
6  largest market.
7  **Q.    Is that inconsistent with Apple's view at the**
8  **time that China was on course to overtake the United**
9  **States as Apple's biggest market?**
10  A.    Well, we certainly thought there was a chance
11  China could have been.
12  **Q.    Not some other country, right?  Not western**
13  **Europe or India, correct?**
14    MR. KRAMER:  Western Europe is not a country,
15  Mr. Williams.
16    MR. WILLIAMS:  Yeah, well, region.
17  BY MR. WILLIAMS:
18  **Q.    Not the region of western Europe that you**
19  **referred to yesterday -- or I mean earlier today, or**
20  **India, correct?**
21    MR. KRAMER:  Objection as to form.
22    THE DEPONENT:  That's correct.
23  BY MR. WILLIAMS:
24  **Q.    Next -- do you see the next paragraph says, "The**
25  **Chinese government has repeatedly, and not very subtly,**

Page 394

1  suggested that American corporate leaders such as Cook
2  **should help broker a solution for the trade war by**
3  **talking sense to Washington."**
4    **Do you see that?**
5  A.    I see that, yes.
6  **Q.    Uh-huh.  And is that something that you were**
7  **aware that people were reporting or suggesting?**
8  A.    Yeah, I saw that being (inaudible) out in the
9  media.
10  **Q.    Uh-huh.  As early as the summer of 2018, would**
11  **you say?**
12    MR. KRAMER:  Objection as to form.
13    THE DEPONENT:  I started seeing those more in
14  the fall, but I don't recall when those started emerging
15  as themes exactly.
16  BY MR. WILLIAMS:
17  **Q.    Scrolling down on your version, let me just find**
18  **the right page.  Okay.  It is page 2 of your version.**
19  **Do you see the paragraph that begins with "Then there is**
20  **a recent Bloomberg News report"?**
21  A.    I see that, yes.
22  **Q.    Okay.  "Then there is a recent Bloomberg News**
23  **report that tech companies including Apple and**
24  **Amazon.com found Chinese surveillance chips in their**
25  **Chinese-made servers.  Both companies have strongly**

Page 395

1  denied the report."  Do you see that?
2  A.    I see that, yes.
3  **Q.    And it goes on to say, "Into the middle of this**
4  **comes Cook.  He regularly visits China to deal with the**
5  **tech giant's business here or in his capacity on the**
6  **board of Tsinghua University School of Economics and**
7  **Management."**
8    **Do you see that?**
9  A.    I see that, yes.
10  **Q.    It is true, isn't it, that Tim Cook regularly**
11  **visited China in 2018?**
12  A.    I know he visited China.  I don't know
13  regularly, but he definitely visited China in 2018.
14  **Q.    Okay.  And how do you know that?**
15  A.    Well, from time to time, we had meetings with
16  him, and some of those meetings would get rescheduled
17  due to the traveling, so...
18  **Q.    Traveling to China?**
19  A.    Well, he travels around the world.
20  **Q.    Right.  But we were talking about China.**
21  A.    You are asking how I knew he was traveling, and
22  I said we would have meetings that were scheduled with
23  him that would get rescheduled from time to time when he
24  was travelling, so that's how I was made aware he was in
25  China.

Page 392..395

Page 396

1   Q.    Oh, okay.  That's how you knew?

2   A.    Correct.  I thought you were asking how I knew.

3   Q.    Do you see the next paragraph where it says,

4   "This week he has been on a one-man charm offensive to

5   promote Apple products, including the new iPhone XS Max,

6   which sells for a whopping $1850 in China"?

7         Do you see that?

8   A.    I see that, yeah.

9   Q.    And did you understand that to be -- withdrawn.

10        Is there any reason to believe that this

11  characterization of his visit is inaccurate?

12  A.    I think the statement around the "one-man charm

13  offensive to promote products" is speculative.

14  Q.    Do you have any reason to believe that it is

15  inaccurate?

16        MR. KRAMER:  Objection as to form.

17        THE DEPONENT:  I wouldn't have characterized

18  it -- I don't think it is -- I don't think that's the

19  way we would characterize it.

20  BY MR. WILLIAMS:

21  Q.    Okay.  Well, I will just ask you, maybe you

22  (inaudible).

23        The question is, do you have any reason to

24  believe that it is inaccurate?

25        MR. KRAMER:  Objection as to form.

Page 397

1         THE DEPONENT:  I don't believe it is accurate

2   either.  That's what I was trying to say earlier.

3   BY MR. WILLIAMS:

4   Q.    Why not?

5   A.    Well, it says earlier in the article that he is

6   on the board of the university, and so he does go to

7   board meetings, and so, again, I don't know how you

8   connect that with the charm offensive, so --

9   Q.    Are you suggesting that he was not there to

10  promote Apple products?

11  A.    When you say "promote Apple products," you know,

12  he was going there to meet with the university.  He was

13  going there to meet, it says here, students at a school

14  that we deployed iPads and Pencils to.  And so I'm not

15  sure -- when you say promoting products, he wasn't out

16  trying to sell our products to consumers.

17  Q.    So there is one part of the article that you

18  believe to be inaccurate and another part you believe to

19  be inaccurate?

20  A.    Well, one is a factual statement of where he

21  visited, and the other is a speculative comment on a

22  charm offensive, which is someone's characterization of

23  his visit.

24  Q.    And --

25  A.    That doesn't feel like a factual statement.  It

Page 398

1   feels like a characterization of someone's opinion.

2   Q.    So it is not necessarily inaccurate; it is an

3   opinion, is what you are saying?

4         MR. KRAMER:  Objection as to form.

5         THE DEPONENT:  Right, it is an opinion, and so I

6   don't think it is accurate either.

7   BY MR. WILLIAMS:

8   Q.    All right.  Do you see the next sentence says,

9   "A top-end phone by local manufacturer Huawei retails

10  for about $700.  As such, sales of the new Apple phone

11  have been disappointing, the business publication Caixin

12  reported after interviewing authorized retailers."  Do

13  you see that?

14  A.    I do see that.

15  Q.    And do you know whether that was inaccurate,

16  whether sales of the new Apple XS Max as of

17  October 10th, 2018 had been disappointing?

18  A.    We wouldn't have characterized it as

19  disappointing.  It also sounds like there's a very

20  small, select sample of resellers.  We sell our products

21  through lots of channels in China.  I mentioned online

22  retailers on JD.com, our own stores.  There is a

23  broader -- our reseller partners, and so I don't have

24  the ability to kind of understand how they got their

25  information.

Page 399

1   Q.    Well, there is nothing here that suggests that

2   it was a small number of authorized retailers, is it?

3   A.    It doesn't suggest it is a large number either.

4   Q.    I know, but you said it was a small -- small

5   number, but there is nothing in this --

6   A.    I said it sounded like to me the way I read it.

7   So, yes, I guess it is not a small number; it may not be

8   a big number either.

9   Q.    And --

10  A.    From our internal perspective, the sales

11  (inaudible).

12        THE REPORTER:  I'm sorry.  I have to ask you to

13  slow down.

14        MR. KRAMER:  Start over the answer, please.

15        THE DEPONENT:  Okay.  Can we --

16        From our perspective, we didn't -- we wouldn't

17  characterize the iPhone XS Max sales to be

18  disappointing.  The XS Max was well received in China

19  due to the larger size and had a dual physical SIM.  So

20  at that point in time, we wouldn't have characterized

21  the sales as disappointing.

22  BY MR. WILLIAMS:

23  Q.    Would you have characterized sales of XS Max in

24  China at any time in the quarter as disappointing?

25        MR. KRAMER:  And just so we are clear on the

Page 400

1 record, Shawn, it is actually "10" S, not X, just so we
2 are clear.
3     THE DEPONENT:  "10" S.  I was going to mention
4 that as well.
5 BY MR. WILLIAMS:
6 Q.    Is -- so it is Roman numeral 10?
7     MR. KRAMER:  Correct.  Mr. Parekh can testify to
8 that.
9     THE DEPONENT:  It is Roman numeral 10.  It was
10 considered -- a XS is an S Max.
11 BY MR. WILLIAMS:
12 Q.    So my question was, was the XS -- the XS -- the
13 XS, and XS Max considered -- withdrawn.
14     Were sales of the XS and XS Max at any point in
15 that fourth quarter considered disappointing?
16 A.    I wouldn't have characterized them as
17 disappointing.  I think I wouldn't have characterized
18 them as disappointing, the XS and XS Max sales.
19 Q.    At any point in the quarter?
20 A.    We started seeing a slowdown at the very end of
21 the quarter, but I wouldn't say those were
22 disappointing.
23 Q.    Next page, do you see where it says, "Tim Cook
24 has got to cozy up to the local customers"?
25 A.    Yes.  Let's see here.  On the next page, which

Page 401

1 is page 3, you are saying.
2 Q.    Yeah, I just want to --
3     (Simultaneous speakers.)
4 BY MR. WILLIAMS:
5 Q.    Your words.  So it may be --
6 A.    Yeah, I only have three pages.  I see that on
7 the third page of mine.
8 Q.    It may still be 2 on yours.  It is the
9 paragraph -- it is 2 on yours, and it is about
10 three-quarters of the way down.
11 A.    Let me look down on the -- scroll.  So I see
12 there in quotes, okay.  I see at the bottom, it is kind
13 of the latter part of my page too.
14 Q.    It says, "Tim Cook has got to cozy up to the
15 local customers, but more importantly, to local
16 officials."
17     Do you see that?
18 A.    I see that, yes.
19 Q.    And do you know if Tim Cook met with any local
20 officials during this trip that's been reported in the
21 October 10th Washington Post article?
22 A.    I'm sorry, (inaudible) mine again.
23 Q.    I'm sorry?  Did Tim Cook meet with any local
24 Chinese officials during this visit that's reported in
25 the October 10th Washington Post article?

Page 402

1 A.    Oh, yeah, I don't know.
2 Q.    Is that something you would have known?
3 A.    No.
4 Q.    I am going to ask the reporter to mark -- or at
5 least pull my document 24 and mark it as Parekh 9 -- I
6 mean 10.
7     (Exhibit No. 10 marked for identification.)
8     THE REPORTER:  So marked.
9 BY MR. WILLIAMS:
10 Q.    Okay.  All right.  10 is a New York Times
11 article dated October 18th, 2018, titled "China's Growth
12 Hits Slowest Pace in a Decade."
13     Do you see that?
14 A.    Yeah, I have the New York Times article up here.
15 Q.    Okay.  And I am going ask (inaudible) look at
16 the article.  You can read it, if you like, and then I
17 have a few questions.
18 A.    Okay.  Yeah, let me read it.
19     I am almost done, I'm sorry.
20 Q.    No, that's okay.  I just got a -- just letting
21 you guys know, I just got a note that we are
22 experiencing a -- what looks like could be a firmwide
23 Internet outage, so I don't know if we are going to --
24 it is going to -- I'm sorry.  I don't know if it is
25 going to affect us at all.

Page 403

1 A.    Okay.  I have completed the article.
2 Q.    Good.  And I am also going to ask the reporter
3 to pull up my document 2.2 and mark it as 11, as
4 Parekh 11.
5     (Exhibit No. 11 marked for identification.)
6     THE REPORTER:  So marked.
7 BY MR. WILLIAMS:
8 Q.    Parekh 2 is a Thomson Reuters Streetevents
9 edited transcript of Apple's Q3 2018 earnings call dated
10 July 31st, 2018.  And you don't need to read all of
11 this.  I will tell you exactly the section that I am
12 going to have questions on, and you can read that before
13 I ask you questions about it.  And it is specifically
14 page 9, and it is the question from Shannon Siemsen
15 Cross, and Tim Cook's response to it.  So just let me
16 know if you -- if you get there.
17     MR. KRAMER:  And, Shawn, just for the record,
18 you referred to this as Parekh 2.  I believe you mean
19 Parekh 11.
20     MR. WILLIAMS:  I -- Parekh 11, yeah.
21     THE DEPONENT:  Okay.  You said page 9 of the
22 document?
23 BY MR. WILLIAMS:
24 Q.    Yeah, it should be page 9, and it is a question
25 from Shannon Siemsen Cross.

Page 404

1  A.    Okay.  Can you clarify which, because there's
2  two, I guess, parts of it.  She asks one that starts on
3  the bottom of page 8 and then it continues on to another
4  one that starts on page 9.
5  **Q.    The one that begins with "Great.  And then can**
6  **you talk a bit about China."**
7  A.    Oh, okay.  Yeah, I see that question.  Are you
8  asking me to read -- do you want me to read --
9  **Q.    You can.  I know that you have chosen to read**
10 **some of these things before we talk about them, and I**
11 **just was giving you the opportunity to do that.**
12 A.    Yeah, I would like to do that.  And then you can
13 ask your questions.
14        Just Shannon's question and Tim's answer, right?
15 **Q.    Yes.**
16 A.    Okay.  Okay.  So I have read the -- I have read
17 his answer and her question.
18 **Q.    So did you sit in on quarterly earnings calls?**
19 A.    I listen in from my desk.  I don't participate
20 in the actual call itself.
21 **Q.    Is it fair to say you participated in this one**
22 **in July of -- July 31st, 2018?**
23        MR. KRAMER:  Objection to form.
24        THE DEPONENT:  Again, I listened in just like
25 anybody else would on the webcast.

Page 405

1  BY MR. WILLIAMS:
2  **Q.    That's what I meant to ask:  You listened to it?**
3  A.    Yes.
4  **Q.    And did you receive and edit a script for this**
5  **conference call?**
6  A.    Yes.  I would, as part of my role in the
7  disclosure committee.
8  **Q.    Right.  And so that -- who else received scripts**
9  **of conference calls prior to the calls themselves?**
10 A.    The scripts of conference calls -- I'm sorry --
11 I would have evaluated the script that's then used to
12 articulate our earnings results.  There wasn't a script
13 of this.  I mean, the transcript that you are showing
14 here is done after the fact with different analysts.
15 **Q.    Correct.  There is a portion that's scripted,**
16 **right, and then the question and answer isn't**
17 **necessarily scripted, correct?**
18 A.    Correct.  Correct.
19 **Q.    But -- and so who else receives the script and**
20 **can edit the script prior to the calls?**
21        MR. KRAMER:  Objection as to form.  Shawn, can
22 you specify the time?
23 BY MR. WILLIAMS:
24 **Q.    Just in 2018.**
25        MR. KRAMER:  Thank you.

Page 406

1        THE DEPONENT:  So I think I mentioned there is
2  the disclosure committee process where we have, you
3  know, various (inaudible) who input into the earnings
4  listings, you know, verify the numbers are accurate,
5  verify the statements are accurate, and that's typically
6  what we do is review the documents -- earnings and
7  materials for accuracy.
8  BY MR. WILLIAMS:
9  **Q.    Who is on that committee, and who was on that**
10 **committee in 2018?**
11 A.    I don't know that I recall every single person,
12 but I know -- well, I sit on that committee.  Luca
13 Maestri, the CFO, sits on that committee.  Our general
14 counsel sits on that committee.  Our securities counsel
15 sits on that committee.  The investor relations team
16 would have sat on that committee.  Our corporate FP&A
17 lead would have sat on that committee.  And some of the
18 other -- our chief accounting officer would have sat on
19 that committee.  The -- some of the respective
20 (inaudible) leaders for different areas where numbers
21 are quoted sit on that committee.  The treasurer would
22 have sat in on that committee as well.
23 **Q.    And so those people typically receive some**
24 **version of the script prior to the actual conference**
25 **call and can provide edits to the script to their**

Page 407

1  respective sections, right?
2  A.    Yeah, that's correct.  I think that there's not
3  always that section for every person to opine on, but
4  the script was distributed to the committee members, who
5  review it for accuracy and provide edits and comments,
6  that's correct.
7  **Q.    And is that typically done by email?**
8  A.    No, it is normally done in person.  I mean --
9  **Q.    I'm sorry, go ahead.  I didn't hear you.**
10 A.    Normally it is done in person in the meeting.
11 **Q.    Uh-huh.**
12 A.    When we meet in person.
13 **Q.    And so -- and so these edits are provided to**
14 **whom?**
15 A.    For the earnings script, the investor relations
16 team is the party responsible for making sure the script
17 is accurate and takes the comments from the committee.
18 **Q.    And then --**
19 A.    For the filings with the chief accounting
20 officer (inaudible).
21 **Q.    And so then the -- so investor relations sort of**
22 **captures everyone's comments and then recirculates a**
23 **draft of the script?**
24 A.    That's right.
25 **Q.    And those edits are handwritten?**

Page 404..407

Page 408

1  A.    I don't know how they are capturing the
2  comments, but they capture the commentary that we
3  provide in the meeting.
4  Q.    All right.  Sorry, I didn't mean to cut you off.
5  Go ahead.
6  A.    No, I'm sorry.  So every person has a chance to
7  provide comments or input, and so I don't know how
8  they -- they can do that on their iPad or electronically
9  as well, or take notes, I don't know exactly how they
10  are capturing it, but they capture the input that we
11  give them in the meeting log.
12  Q.    They (inaudible) --
13  A.    Yes, in some cases, they could be sent to the
14  email, but in most cases, they are orally given at the
15  meeting.
16  Q.    Directing your attention to the section of the
17  conferences -- the July 31st conference call that we
18  were discussing --
19  A.    Okay.
20  Q.    -- Shannon Siemsen Cross asks -- or she says,
21  "Great.  And then can you talk a bit about China up 19
22  percent -- Greater China up 19 percent year over year
23  during the quarter, I believe?  Obviously, iPhone doing
24  well, but -- there was some concern that maybe some of
25  what's going on in the trade world might have impacted,

Page 409

1  it doesn't seem like that.  So I am just curious as to
2  what you are seeing in China and how you are thinking
3  about it as you move forward."
4        Do you see that?
5  A.    I do.
6  Q.    And then in Tim Cook's answer about six lines --
7  six lines down, he writes or he says, "And our view on
8  tariffs is that they show up as a tax on the consumer
9  and wind up resulting in lower economic growth, and
10  sometimes that can bring about significant risk of
11  unintended consequences."
12        Do you see that?
13  A.    I do see that.
14        MR. KRAMER:  Mr. Williams, you added the word
15  "that" in there.  It is not in the script, but beyond
16  that, it is fine.
17        MR. WILLIAMS:  Okay.  I'm sorry about that.
18  BY MR. WILLIAMS:
19  Q.    Is it fair to say, then, that Tim Cook was, in
20  fact, monitoring the geopolitical and US trade tensions
21  and potential tariffs with China?
22        MR. KRAMER:  Objection as to form.
23        You may answer.
24        THE DEPONENT:  Yes, I mentioned we were all
25  looking at monitoring that situation.

Page 410

1  BY MR. WILLIAMS:
2  Q.    Even in July of 2018?
3  A.    Yes.
4  Q.    And going down several more lines, do you see
5  where he says, "There have been two other tariffs that
6  totaled about 50 billion -- $50 billion in goods from
7  China that have either been implemented or exiting the
8  comment period in this month"?
9        Do you see that?
10  A.    Yes, I see that.
11  Q.    Do you know how Tim Cook knew that those
12  proposed tariffs were exiting the comment period in
13  July?
14  A.    I believe they're published, publicly available.
15  Q.    Okay.  And do you see a couple of lines down,
16  further down, he writes -- he says, "That one is out for
17  public comment.  Probably like everyone else, we are
18  evaluating that one, and will be sharing our views of it
19  with the administration"?
20        Do you see that?
21  A.    I do see that.
22  Q.    So is it fair to say that at least Apple was
23  communicating with the Trump Administration concerning
24  the trade tensions with China?
25  A.    Well, again, I think what you're -- what it says

Page 411

1  here is that we were communicating about the tariff
2  impact on Apple products.  I don't know about the
3  tension in particular or what topics they are talking
4  about beyond that that involve the tariffs specifically
5  and how they impacted our products is what we were
6  communicating with them about.
7  Q.    Do you believe that the two are unrelated?
8        MR. KRAMER:  Objection as to form.
9        You may answer.
10        THE DEPONENT:  I was answering your question on
11  what communication with the Administration would have
12  been about.
13  BY MR. WILLIAMS:
14  Q.    Okay.  I am going to ask you to -- if it is
15  still in the chat, to go back to Exhibit 1.
16  A.    Exhibit 1, okay.  Opening again.  This is the --
17  Q.    It is the notice of deposition and with the
18  Schedule A.
19  A.    Okay.
20  Q.    I am going to direct your attention to topic
21  No. 6.
22  A.    Okay.  Hold on one second.  Okay.
23  Q.    Topic No. 6 says, "The Company's November 1,
24  2018 announcement that it would stop publicly reporting
25  iPhone unit sales, including the reasons, rationale or

Page 408..411

Page 412

1  analysis underlying the decision, the timing of the
2  announcement and the Company's public relations strategy
3  or efforts concerning the same."
4      Do you see that?
5  A.  I do see that.
6  Q.  Do you know what's being referred to there?
7  A.  Yes.
8  Q.  What do you understand that to be referring to?
9  A.  So it is saying that in our November 1st
10  earnings announcement that we were going to stop
11  providing iPhone unit sales.
12  Q.  Uh-huh.
13  A.  And, in fact, I think we are going to not
14  provide any unit sales --
15  Q.  Yeah.
16  A.  -- for any product manufactured for iPhone.
17  Q.  And were you part of the discussion, analysis
18  and decision-making around that announcement?
19  A.  Yes, I was involved in the discussions --
20  Q.  Um --
21  A.  -- around that decision.
22  Q.  What was your involvement?
23  A.  I was (inaudible) in that discussion process.
24  Q.  I'm sorry, I didn't hear you.  Could you say
25  that again.

Page 413

1  A.  I was a participant in that discussion process.
2  Q.  Okay.  And when did those discussions -- or when
3  did you become part of that discussion process?
4  A.  Yeah, we have been debating the merits of
5  providing unit sales for a long period of time, a couple
6  of years, and so it was, you know, an ongoing debate and
7  discussion we had.
8  Q.  Uh-huh.  And you were part of that discussion
9  for at least a couple of years, you personally?
10  A.  Yes.
11  Q.  Who else was part of that discussion?
12  A.  Our corporate PN&A lead, Saori Casey.  Luca
13  Maestri would have been involved in those discussions.
14  Our investor relations team would have been involved in
15  those discussions.
16  Q.  Is that it?
17  A.  I can't think of anyone else.  Maybe from time
18  to time, Tim would have been involved in that discussion
19  as well.
20  Q.  You broke up for a second.  Did you say Tim
21  Cook?
22  A.  Oh, I'm sorry.  He would have been involved in
23  that discussion time to time as well.
24  Q.  And so you say it started a couple -- couple
25  years before 2018 or a couple years ago from today?

Page 414

1  A.  No, a couple of years before the decision in
2  November 1st, 2018.
3  Q.  Uh-huh.  Okay.  And who initiated that
4  discussion?
5  A.  I don't recall who exactly initiated it.
6  Q.  And was it -- can you just describe generally
7  what those discussions were about.
8  A.  Yeah, I think that we discussed the merits of
9  providing the unit sales numbers in light of how
10  people -- I think what we talked about was our unit
11  sales numbers don't paint the whole picture of what our
12  business performance really is and doesn't provide a
13  long-term view of the health of our business.  And so --
14  and that unit sales number on a (inaudible) basis can be
15  impacted by many factors like supply constraints, timing
16  of launches, changes to our pricing, and so we concluded
17  that that is not necessarily a perfect metric to use to
18  evaluate the health and the prospects for Apple.
19  Q.  So but it sounds like -- but there were a number
20  of people as part of that discussion, right?
21  A.  Yeah, the people that I mentioned to you, I
22  believe, were the main people that were involved in that
23  discussion.
24  Q.  Yeah.  What were some of the competing views?
25  A.  I mean, we took into consideration lots of

Page 415

1  factors.  One is, you know, taking something away that
2  you provide.  People ask questions about why you do
3  that, and so I think we wanted to make sure we
4  articulated what we felt was the right rationale for
5  that decision.  So I think we just debated how people
6  would view that decision.
7  Q.  What were some of the competing views?  I mean,
8  you identified a number of people that were part of that
9  discussion over a two-year period, so my sense is that
10  there must have been competing views about it.
11  A.  Well, I don't know if they were competing views.
12  We were just considering how people would look at that
13  decision.  And then the real debate came into the timing
14  around when you do that, and our view is we want to do
15  that at the start of a new fiscal year, which is why we
16  picked our fiscal first quarter in 2019, which would
17  have been November -- the November earnings release, and
18  we also would want to do it in a position where we felt
19  our business was doing very well, because we had very --
20  you know, we are very bullish on our prospects
21  (inaudible) lineup around our new iPhone launch.
22  Q.  And you said -- let's go back a couple of years,
23  then.
24  A.  Uh-huh.
25  Q.  So who were the people that were in the early

Page 416

1   stages of that discussion?  All the same people?
2   Q.     It is really the people that I mentioned before,
3   and so I think you can say that, you know, the iPhone 7
4   launch here, for example, we had significant supply
5   constraints because of the fact we launched a new dual
6   camera for the (inaudible) plus form factor.  And the
7   new colors of jet black and black were very high in
8   demand, and so, you know, again, our unit numbers were
9   impacted by those factors and wasn't representative or
10  indicative of the true demand that we had for the full
11  year, as well as events like the iPhone X launch that
12  had later launch timing, that also had a much different
13  price point.  It was the first time we had a Pro phone
14  at a $999 price point.
15        And so, again, I think I mentioned as an example
16  to you before, when you have a change in your price
17  point, you know, to that magnitude, you know, that can
18  also have an impact on people in terms of the unit
19  results, and (inaudible) sell the entire picture of
20  (inaudible) high price, higher price.
21        MR. KRAMER:  Just real quick, the court reporter
22  missed what you said.  He said $9 99 price point.
23        THE DEPONENT:  Yes, that's correct.  That was
24  entry price of the iPhone X.
25  BY MR. WILLIAMS:

Page 417

1   Q.     So, you know, I heard all of that.  I am
2   trying -- I want to make sure that I am going back, and
3   I want to know each person that was in that discussion
4   two years prior to November 2018.  And if it is just the
5   people that you mentioned, I can accept that if that's
6   it.  I just wanted to make sure I have everyone that was
7   part of the early discussions.
8   A.     Yeah, I guess.  That would be the people that I
9   recall that would have been participating in that
10  discussion and debate.
11  Q.     Okay.  And those discussions were had -- what,
12  an -- an in-person meeting over sort of spreadsheets and
13  PowerPoints, email?  Describe the way that this issue
14  was communicated among the group you just identified.
15  A.     Yeah, there wasn't any spreadsheets or
16  presentation materials.  It was really just a part of
17  our earnings preparation process where the topic would
18  come up.
19  Q.     Okay.  So no spreadsheets, no other written
20  material.  Is that right?
21  A.     Not that I am aware of.  There is not much
22  analysis.  It is really just a discussion around how
23  people interpret (inaudible) providing some things.  So
24  it is not like you are projecting the sales number or
25  anything else.  There is no real analysis that you do

Page 418

1   for that.
2   Q.     So for two years prior to the disclosure, there
3   was no written analysis of this issue, no written
4   material, no spreadsheets, just some executives talking
5   about it?
6   A.     Yeah, in light of -- and, really, again, as I
7   mentioned to you, it was in light of reflecting on how
8   our unit sales in a quarter on a year-to-year basis are
9   impacted by lots of factors and distorted by lots of
10  factors, supply constraints, timing of launches, changes
11  in price that, again, don't always really paint a
12  picture of what's happening with our business.
13  Q.     No, I understood -- I understood that.  You said
14  that a couple of times, and I --
15  A.     There is not really an analysis that you do for
16  that.
17  Q.     I understand.  So -- but one of the points that
18  you made was that unit sales can sometimes distort the
19  way the business is performing, right?
20  A.     Yes.
21  Q.     And that's one of the reasons -- or that's one
22  of the things you and Tim Cook and Luca Maestri and a
23  number of other people, including people in investor
24  relations, talked about for two years?
25  A.     I said that unit sales metrics can get distorted

Page 419

1   by those factors.  Yes.
2   Q.     Right.
3   A.     And they are impacted by those factors, and how
4   people interpret them are impacted by those factors.
5   Q.     Right.  And you all talked about that in
6   multiple conversations for two years prior to
7   November 2018?
8   A.     My recollection was it started when we had the
9   iPhone 7 launch, but, again, there could have been a
10  discussion beyond that that I might not have been a part
11  of, but at least my recollection is as far as the
12  iPhone 7, because of the fact that it was a constraining
13  launch.
14  Q.     And did you do anything to prepare to talk about
15  this topic today?
16  A.     No.
17  Q.     All right.  So -- but there is no materials, no
18  written analysis.  So did you all email each other about
19  it?
20  A.     No, we had -- I mentioned to you, we had a
21  discussion about this from time to time as part of our
22  normal earnings process.
23  Q.     So the group or individuals within the group you
24  just mentioned never emailed one another or communicated
25  in some other written form, whether it be text message

Page 416..419

Page 420

1   or iMessage, regarding the decision to stop reporting
2   unit sales, that decision that was reported on
3   November 1st?
4   A.      I mean, I can't speak to people emailed each
5   other or text messaged each other around it.  All I know
6   is my participation was primarily through the discussion
7   and the earnings process when we were going through the
8   results and a summary of the results.
9   Q.      Uh-huh.
10         MR. KRAMER:  Mr. Parekh, can you just continue
11  to answer slowly, because I see the court reporter is
12  missing some of your words, so if you could just slow it
13  down, that would be helpful.  We want to make sure we
14  capture things accurately on the record.
15         THE DEPONENT:  Sure.  Do you want me to repeat
16  what I just said?
17         MR. KRAMER:  No, I think it is fine.  I am
18  watching the live feed.  But just if you can go slow, I
19  am sure it will help him.
20         THE DEPONENT:  Okay.
21  BY MR. WILLIAMS:
22  Q.      And there was no issue about the accuracy of the
23  unit numbers that were being reported that would cause
24  one to conclude that we shouldn't report the number
25  anymore, right?

Page 421

1         MR. KRAMER:  Objection as to form.
2         You may answer.
3         THE DEPONENT:  Yeah, there was no issues with
4   the accuracy.  We had been providing unit numbers for a
5   while, and so we had no concerns around the accuracy of
6   the numbers.
7   BY MR. WILLIAMS:
8   Q.      And the -- right.  And the numbers were
9   available.  There was no delay in getting the numbers,
10  right?
11         MR. KRAMER:  Objection as to form.
12         THE DEPONENT:  Yeah, I guess I don't know what
13  you mean by "delay" or --
14  BY MR. WILLIAMS:
15  Q.      What I mean is --
16         (Simultaneous speakers.)
17  BY MR. WILLIAMS:
18  Q.      I'm sorry.  What I mean is that by the time the
19  company issued -- or had its earnings results in any
20  given quarter, there was no delay in collecting the
21  number of units sold around the world, such that you
22  didn't want to make a mistake and report the wrong
23  number?
24         MR. KRAMER:  Do you understand the question,
25  Mr. Parekh?

Page 422

1         THE DEPONENT:  Yes, I do.  There was no delay or
2   any issues that would prevent us from reporting the unit
3   values as part of our normal earnings call process.
4   BY MR. WILLIAMS:
5   Q.      Uh-huh.  Unit sales was among those metrics that
6   the investment community used to analyze the company's
7   financial performance, is that fair to say?  At least up
8   until November 1st, 2018?
9   A.      It definitely -- analysts definitely looked at
10  our unit numbers.  We provided them.  How it transpired
11  to how they valued the company financially, I think
12  varied, because there is a lot of other factors like
13  revenue and (inaudible) that people take into
14  consideration.
15  Q.      Right, but on quarterly basis, it was one of
16  those numbers that people -- investment analysts looked
17  at in terms of evaluating the company?
18  A.      Yes, I believe it is a metric that they look at.
19  Q.      Okay.  And the company did not decide to
20  withhold that information in the beginning of the first
21  quarter of fiscal 2018, right?
22         MR. KRAMER:  '19.
23  BY MR. WILLIAMS:
24  Q.      So November 1st, 2017, or approximately that
25  date, would have been the beginning of fiscal 2018.  Is

Page 423

1   that right?  Or would that have been --
2   A.      Yeah, that's right.  It would have started in
3   the -- October 1st of 20- --
4   Q.      '17?
5   A.      -- 17, yes.
6   Q.      Right.  And so that was the first quarter of --
7   A.      Of fiscal 2018, correct.
8   Q.      So the company did not decide to withhold that
9   information in the first quarter of fiscal 2018?
10  A.      That's correct.
11  Q.      And one of the things you said was that to the
12  extent -- the discussions around this topic were that
13  you wanted to do it at the beginning of a fiscal year?
14  A.      That's correct.
15  Q.      So was it fair to say that you were talking
16  about it prior to fiscal year 20- -- the first quarter
17  of fiscal 2018?
18  A.      Yes, we were talking about it prior to then.
19  Q.      Okay.  Why did the company not begin withholding
20  unit sales in the first quarter of fiscal 2018?
21  A.      I think we were -- we weren't sure how the
22  iPhone X was going to do.  It was a brand-new product at
23  a new price point for Apple.  And I think I mentioned to
24  you that normally when you make a change like that, you
25  want to make the change when you feel very optimistic;

Page 424

1  otherwise, people will assume you are trying to hide
2  something.  And so we didn't know how the iPhone X
3  launch was going to go, we were very bullish on the
4  product, but it was a new price point for us on the
5  phone side, and so we wanted to see how that launch
6  went.
7      I think by the time we got to the iPhone XS
8  launch, which is the launch that we used to make this
9  decision, we felt very good about the iPhone X, it went
10 way better than we expected, and we felt that the new
11 lineup was actually going to do very well.
12     We were adding a large new form factor, XS Max,
13 and we brought that really great ID in the down line
14 down to a more mainstream price point with XR, and so we
15 felt this would be a great quarter to make that change.
16 Q.     Weren't you introducing a new price point in
17 first quarter of fiscal 2019?
18 A.     Yes, we were.
19 Q.     Uh-huh.  And so -- but I am asking --
20 A.     We already had experience -- we already had
21 experience at that higher price point with the iPhone X.
22 Q.     Uh-huh.
23 A.     First time we were in that price band.
24 Q.     But isn't it also true that the criticism
25 surrounding pricing of Apple iPhones was -- had

Page 425

1  increased during calendar 2018, particularly in China?
2      MR. KRAMER:  Objection as to form.
3      You may answer.
4      THE DEPONENT:  Yeah, I don't know that there was
5  lot of criticism around our pricing.  Again, we felt we
6  priced our products fairly for the technology and value
7  we were putting into them.
8  BY MR. WILLIAMS:
9  Q.     Didn't -- do you recall the sort of analysts and
10 commentary we have talked about today critiquing the
11 pricing or the competition regarding pricing for Apple
12 iPhones, particularly in China in 2018?
13 A.     Sure.  I saw some of the comments analysts made.
14 Some of those were speculatory.  And, again, we looked
15 at actually how our ultimate sales materialized, how
16 consumers really reacted to our product pricing.
17 Q.     Uh-huh.
18 A.     And I think I mentioned in 2018, we actually had
19 very strong results --
20 Q.     Uh-huh.
21 A.     -- for the iPhone X launch.
22 Q.     We are jumping around a bit, but in January of
23 2019, the company then reduced prices for certain
24 iPhones, particularly in China, right?
25 A.     In 2019?

Page 426

1      MR. KRAMER:  He asked about January 2019.
2  BY MR. WILLIAMS:
3  Q.     In January 2019, Apple then reduced iPhone
4  prices -- certain iPhone prices in China, right?
5  A.     Reduced -- we didn't reduce them in our online
6  store.  Some reseller partners did reduce pricing for
7  our products in that time frame, ahead of Chinese New
8  Year, which is typical.  There is a lot of (inaudible)
9  promotional activity in the January timeframe in China,
10 which is right before Chinese New Year.
11 Q.     So are you saying that -- withdrawn.
12     Are you saying that Apple did not reduce prices
13 in China in January of 2019; but, rather, resellers
14 reduced pricing?
15 A.     Yes, on our online store, those are Apple
16 prices.  Again, you know, we have our prices that we
17 manage on our own online store and for our retail
18 stores.  And resellers set their own prices for our
19 products.  We can't dictate where they price their
20 products.
21 Q.     Right.  So I am just clarifying so I understand
22 your answer.  So I think your answer to my question was
23 that Apple did not reduce its prices in China, but
24 Apple's resellers did?
25 A.     Correct.

Page 427

1  Q.     All right.  So now going back to October of
2  2018 --
3  A.     And, again, sorry, maybe clarify.  Not every
4  product had a price change in the marketplace, so it
5  also depends on which products you are talking about.
6  Q.     I understand.  I said some iPhones.
7  A.     Okay.
8  Q.     Going back to October 2017 when the decision was
9  made, or there was no decision made to withhold unit
10 sales, did you stop talking about it during the end of
11 2017 and the first half of 2018?
12     MR. KRAMER:  Mr. Williams, now you are doing
13 fiscal quarters, fiscal years, not calendar years?
14 BY MR. WILLIAMS:
15 Q.     No, I am -- you know, I'm sorry if it is
16 confusing.  We talked about the first quarter of fiscal
17 2018, and you said that that begin October 1st of 2017.
18 And your discussion on this topic was that the company
19 wanted to make this decision in the first quarter of a
20 fiscal year.
21     And so I am asking whether or not after the
22 first quarter of fiscal 2018 passed, did the discussion
23 around the potential of withholding the information, the
24 unit sales, dissipate?
25 A.     Well, we continued to discuss the data up until

Page 428

1   we made the decision to stop providing it in November of
2   2018.
3   Q.      So were those discussions only right around the
4   earnings calls, or were they discussions that were just
5   happening, you know, regularly throughout the quarters?
6   A.      We weren't setting up specific meetings just to
7   go through that topic, so they were more organic
8   discussions that we had during the earnings process, is
9   my recollection.
10  Q.      And as you were talking about it, was there any
11  sort of documentation around how people or analysts
12  might react to withholding of that information?
13  A.      I am not aware of documentation around that.
14  Q.      Uh-huh.  If there were, would you know about it?
15  A.      Not necessarily.
16  Q.      And do you think that it was important to ask
17  about that in connection with your testimony on topic
18  No. 6 today?
19  A.      I guess I didn't think it was that important.
20  Q.      Is that because you hadn't seen what's written
21  as topic No. 6 before today?
22  A.      I guess I would have been surprised if there was
23  anything above and beyond what we discussed and debated.
24  Q.      So if there was a debate about it, tell me what
25  was articulated as to some of the reasons for not

Page 429

1   deciding to withhold unit sales, other than what you
2   told me earlier, which is that the company had been
3   providing it before and didn't know how people would
4   react with taking some information away.
5           MR. KRAMER:  Objection as to form.  You may
6   answer.
7           THE DEPONENT:  Yeah, I think that's the biggest
8   point of consideration was you took something away you
9   are providing people and does that impact their, you
10  know, assessment or did it really impact their
11  assessment to really (inaudible) the discussion we had,
12  how analysts really use the unit information and will
13  really ultimately help to form an assessment of the
14  long-term value (inaudible) the quarterly unit number,
15  (inaudible) again being impacted that we talked about
16  really impacts some of the long term-view of Apple --
17  BY MR. WILLIAMS:
18  Q.      Okay.
19  A.      -- and the health of our business.
20  Q.      So there were no other competing view points on
21  it other than what you just described?
22  A.      Yeah, and I guess -- I mean, we -- when we make
23  decisions, we take into consideration lots of factors.
24  I am not sure there is, like, a competing viewpoint
25  necessarily.  Again, I think we talked about how if you

Page 430

1   are an analyst, how you perceive that.  And we are
2   providing something to you, and now we are not providing
3   it.  I think that's really kind of the discussion we had
4   around how someone would think about that.
5   Q.      The only reason I asked it is because you
6   characterized it as a debate, and it took a couple of
7   years to reach this decision.  So I assumed, maybe
8   incorrectly, that there was some competing viewpoints.
9   A.      Yeah, I think it is really around the right time
10  to do something like that.  I think, you know, we always
11  were thinking about how people interpret our unit sales,
12  again, on a quarterly basis.
13          And as I mentioned, I mean, we were seeing more
14  impacts and factors (inaudible) of our business started
15  scaling, you know, there was more pressure on supply.
16  And we had timing considerations related to launch.  We
17  were launching more products.  And so I think all of
18  those things are becoming more meaningful factors in
19  impacting the unit sales number in any given quarter.
20  Q.      Did, at any point in the two years that you were
21  talking about it, any language or potential language
22  become part of a draft conference call script?
23  A.      Other than the commentary I believe Luca made
24  about the fact that we would no longer be reporting unit
25  data, that's really all I recall that was in our

Page 431

1   earnings release, as well as in our script, that we
2   reviewed as part of the (inaudible) process I described
3   earlier.
4   Q.      I meant prior to November 1st, 2018.  So at any
5   time in the two years where this group was discussing
6   this possibility, did it end up on paper in ink
7   somewhere, and then, -- but not sort of followed
8   through?
9   A.      It wouldn't have been in the script unless we
10  already made the decision to do it.
11  Q.      Who was the ultimate decision maker on this
12  issue?
13  A.      I believe Tim and Luca would have been the
14  ultimate decision makers.
15  Q.      Uh-huh.  And in -- did you know when either of
16  them had concluded that they would withhold that
17  information?
18  A.      Yeah, I believe as part of the earnings prep
19  process, as we talked about, this is the quarter we
20  think it makes sense to do that.
21  Q.      So it was -- so the decision was made after the
22  fourth quarter ended, but before the November 1st
23  conference call?
24  A.      I don't exactly recall when we made the decision
25  specifically, but it would have been in the latter part

Page 432

1  of 2018 calendar year; before the November 1st earnings
2  were released.
3  Q.    Right, and just want to clarify.  You said it
4  was around the -- you know, around, you know,
5  preparation for the earnings release that the decision
6  was made, and I kind of want to get, you know, a sense
7  of that.
8       So is it fair to say that the language
9  concerning the withholding was in the draft conference
10 call scripts that were circulated amongst the disclosure
11 committee?
12 A.    I believe it would have been -- well, for sure,
13 it would have been in the draft as part of the earnings
14 release.  I don't recall exactly when it started
15 circulating.  It would have -- we would have had
16 confirmation in reviewing that as part of this
17 earnings -- earnings process in November 1st, 2018.
18 Q.    There would have been confirmation --
19 confirmation that the company was doing it before it was
20 in a draft of the script?
21 A.    We wouldn't have put it in the draft if we
22 hadn't made the decision that we were going to stop
23 providing unit guidance.
24 Q.    So did you at any point get any electronic or
25 written communication that that decision was made prior

Page 433

1  to November 1st, 2018?
2       MR. KRAMER:  Objection as to form.
3       You may answer.
4       THE DEPONENT:  Yeah, so I think the decision was
5  made as part of our discussions as we were going through
6  our results and forecasts.  The electronic dissemination
7  of earnings --
8       THE REPORTER:  I'm sorry, sir.  I'm sorry, sir.
9  I'm sorry, sir.  Sir.  I've got to ask you to slow down.
10      THE DEPONENT:  Okay.  It was part of our
11 discussions as part of our earnings preparation process.
12 The electronic distribution of that comment or statement
13 would have been part of our disclosure (inaudible) main
14 process that I mentioned to you that would have happened
15 on the tail end of our earnings process before the
16 earnings call.
17 BY MR. WILLIAMS:
18 Q.    Right.  So based on what I am understanding,
19 that decision was made after the quarter, the fourth
20 quarter ended and in preparation for the reporting of
21 the earnings results.  Is that correct?
22 A.    I don't recall the specific timeframe.  We go
23 through our forecasts for the subsequent quarters even
24 prior to the end of the quarter.  So, again, I don't
25 exactly have the specific timeframe that I recall.

Page 434

1       We go through forecasts -- our forecasts pretty
2  regularly, in general, for the upcoming quarter and the
3  upcoming year.
4  Q.    Do you think that it would have been important
5  to determine or learn when the decision was made as part
6  of preparing to talk about topic No. 6?
7       MR. KRAMER:  Objection as to form.
8       THE DEPONENT:  I don't know if the specific date
9  is important.
10 BY MR. WILLIAMS:
11 Q.    Well, topic number 6 says, "The company's
12 November 1, 2018 announcement that it would stop
13 publicly reporting iPhone unit sales, including the
14 reasons, rationale, or analysis underlying the decision,
15 the timing of the announcement, and the public -- the
16 company's public relations strategy or efforts
17 concerning the same."
18      MR. KRAMER:  Yeah, well, I am just going to put
19 an objection on the record.  The timing announcement is
20 different than what you are describing, and we objected
21 to this topic, and so you can ask the questions
22 Mr. Williams, but this is a legal issue.  We will see if
23 he can help you, but this is a legal issue, as far as I
24 am concerned.
25      Go ahead, Mr. Parekh.

Page 435

1       MR. WILLIAMS:  Give me a second.  You have been
2  pretty good today, Jim.
3       MR. KRAMER:  Oh, thank you.  I appreciate the
4  compliment.
5       MR. WILLIAMS:  Please don't do that.  It is not
6  necessary.  It is not appropriate, and it is going to
7  cause your client to end up back in front of a screen.
8       MR. KRAMER:  Uh-huh.  I don't think it will.  I
9  don't think it will.  But it is fine.
10      Go ahead, Mr. Parekh.
11      THE DEPONENT:  Yeah, I think I described to you
12 already the reason why we had picked the November 1st
13 earnings announcement as the timeframe to make that
14 decision to stop reporting unit sales.
15      One, it was the start of a new fiscal year.
16 Number two, we had some experience on selling a
17 higher-priced iPhone and felt very good about the lineup
18 we had.  We knew kind of the phone launching and we were
19 very bullish about the prospects.  And so, again, we
20 thought it was going to be a very strong quarter for
21 Apple, and one that made sense to go ahead and make this
22 change in.
23 BY MR. WILLIAMS:
24 Q.    And I heard that.  And I appreciate that.  And I
25 am asking you when -- you talked about it for two years.

Page 436

1  So two years before November 2018, I am trying to
2  understand, when prior to November 1st was it concluded?
3  It is a big decision.
4  A.    Yeah, I don't exactly know the definitive date,
5  and I am not sure what date we exactly decided it, but I
6  think I mentioned to you the factors we considered over
7  that period of time until we reached the decision.  And
8  so I don't have a definitive date that we reached that
9  that I can recall.
10  Q.    Who would know the date that it was decided?
11       MR. KRAMER:  Objection as to form.  You may
12  answer.
13       THE DEPONENT:  Yeah, I am not sure, to be
14  honest, exactly the date it was decided.
15  BY MR. WILLIAMS:
16  Q.    When did you first learn that it was decided?
17  A.    We discussed it, I think I mentioned to you, as
18  part of our earnings process.  Again, we go through our
19  forecast process pretty regularly at the company, and so
20  in one of the meetings, I don't know exactly which date
21  and which meeting it was, we had all concluded this was
22  the quarter to do it.
23       Again, it was the start of a fiscal year.  We
24  felt very good about the iPhone XS launch, and so we
25  felt this was the right time to make that change.

Page 437

1  Q.    Right.  So this discussion that you are
2  referring to -- which you don't recall the date, right?
3  Right?
4  A.    I don't recall the date.  That's correct.
5  Q.    You don't recall who was in the discussion.  Do
6  you know who was there?
7  A.    Generally, the people I mentioned to you are
8  typically the ones that participate in our regular
9  forecast process and earnings preparation process.
10  Q.    But you said there was a discussion around it.
11  So can you identify the people who were in the room when
12  it was decided or concluded that, you know, the company
13  would no longer withhold the -- I mean, no longer report
14  unit sales?
15  A.    No.  I believe I mentioned to you the people who
16  would have been part of the process.  It is myself,
17  corporate FP&A lead Saori Casey, the investor relations
18  team, Luca, Tim, those are generally the people that
19  would have been involved in that discussion.
20  Q.    I understood that.  I know who generally was
21  involved in the discussion.  You have made a point of
22  communicating that.  I think we have it.
23       I am trying to get at who was in the discussion
24  or who was in the room when the decision was made.  Was
25  Tim Cook in the room when the decision was made to

Page 438

1  withhold iPhone unit sales?
2       MR. KRAMER:  Objection as to form.
3       THE DEPONENT:  Yes, he would have been.
4  BY MR. WILLIAMS:
5  Q.    And you were in the same room?
6  A.    Yes, we would have been.
7  Q.    And are you saying "would have been" because you
8  are not sure or because that's just a word you have
9  chosen?  I -- was he or was he not with you when that
10  decision was made?
11  A.    I was in the room for the meeting when the
12  decision was made.
13  Q.    And Tim Cook was in the room, too, right?
14  A.    Yes, correct.
15  Q.    And Luca Maestri was in the room?
16  A.    Yes, correct.
17  Q.    And who on the investor relations team was in
18  the room?
19  A.    I believe it would have been Nancy Paxton and ^
20  Cajun Pala (phonetic) would have been part of that
21  discussion.
22  Q.    Would have been or were?  In the room?
23       MR. KRAMER:  I'm sorry, objection as to form.
24       You may answer.
25       THE DEPONENT:  Yeah, for that particular

Page 439

1  meeting, I don't recall if those members of IR were
2  there or just one person.
3  BY MR. WILLIAMS:
4  Q.    Okay.  What was the person that you do remember,
5  if you remember at all?
6  A.    So Nancy Paxton would have been the person that
7  would have been involved.
8  Q.    Okay.  And who else was in the room when the
9  decision was made?
10  A.    Saori Casey would have been in the room.
11  Q.    Would have been or was?
12       THE REPORTER:  What was the name?
13       THE DEPONENT:  Saori Casey, S-a-o-r-i,
14  C-a-s-e-y.
15  BY MR. WILLIAMS:
16  Q.    She was in the room or she would have been?
17  A.    So as I mentioned to you, I don't remember the
18  exact meeting date that we had that discussion, so I am
19  telling you that these persons would have been in the
20  room when the decision was made.
21  Q.    I understand that.  So are you saying you can't
22  recall exactly who was in the room?  Or you do recall
23  exactly who was in the room, except you don't recall the
24  date?
25  A.    I don't recall the exact date and I don't recall

Page 440

1  exactly everyone who was in the room at that discussion,
2  but the people I mentioned to you are the people who
3  participate in that process, are the core people who
4  participate in that process.
5  Q.    Right.
6  A.    So that's why I said would have been.
7  Q.    But a couple minutes ago when you said that
8  there were people in the room, that's not necessarily
9  accurate?
10     MR. KRAMER: Objection as to form.
11     You may answer.
12     THE DEPONENT: Yes, there were people in the
13  room. I don't exactly know (inaudible) of the day if
14  everyone was present physically in that meeting.
15  BY MR. WILLIAMS:
16  Q.    Okay. So we have Tim Cook was in the room, you
17  were in the room, Luca Maestri was in the room. And who
18  else are you sure was in the room?
19  A.    Saori Casey.
20  Q.    In the room. Okay. Who else?
21  A.    Investor relations, again, I think Nancy would
22  have been the person. I don't recall if Tejas was in
23  the room or not.
24  Q.    Okay. And what room was it, where did this
25  meeting occur where the decision was ultimately made?

Page 441

1  A.    We have all our meetings with Tim in the board
2  room.
3  Q.    Okay. So and -- okay. Let's take a short
4  break.
5  THE VIDEOGRAPHER: We are going off record at
6  5:33 p.m.
7  (A recess transpires.)
8  THE VIDEOGRAPHER: We are back on the record at
9  5:48 p.m.
10  BY MR. WILLIAMS:
11  Q.    You talked about the discussion around this
12  decision, that decision, meaning the withholding of unit
13  sales for a couple of years, and one of the concerns I
14  think you articulated is how the market might react to
15  it, right?
16  A.    Yes.
17  Q.    And is that something that investor relations
18  had more of a role in, that sort of assessment than
19  maybe your team?
20  A.    Well, I think we all had a point of view on
21  that, but investor relations is the team that would have
22  a good perspective on how analysts could react.
23  Q.    Was there a potential Q&A script or a Q&A that
24  was part of the earnings call script about how Tim or
25  Luca would respond to questions on this issue?

Page 442

1  A.    Yeah, typically we would have had a Q&A around,
2  you know, anything we put in our scripts that would be
3  something we would be asked a question about.
4  Q.    Right. And who is responsible for drafting the
5  Q&A?
6  A.    Yeah, the investor relations team.
7  Q.    Uh-huh. And so the investor relations team may
8  have communicated electronically about the potential
9  impact of this decision, correct?
10  A.    Well, when you say "impact," they would have --
11  they would have had a question about, hey, why did you
12  do this? And we would have provided a response as to
13  what our rationale was.
14     There wouldn't have been necessarily any kind of
15  an impact in a Q&A. It would be more of answer the
16  question discussion, and people ask you why did you
17  decide to not provide unit values.
18  Q.    I wasn't using the word "impact" to (inaudible)
19  the way that you responded. What I meant is the
20  investor relations teams may have communicated among
21  themselves in the drafting of the Q&A about how the
22  company would respond to certain questions, even if you
23  personally didn't see those correspondence back and
24  forth between (inaudible)?
25  A.    I don't know if it is possible. I do typically

Page 443

1  see the Q&A materials, so I don't know what kind of --
2  Q.    How --
3  (Simultaneous speakers.)
4  THE DEPONENT: -- discussions happening.
5  BY MR. WILLIAMS:
6  Q.    How do you see those?
7  A.    Sometimes they are sent to me electronically,
8  sometimes we review them in the room. It depends.
9  Q.    Did you all consult any public relations firms
10  or anything like that as part of this decision?
11  A.    Not to my knowledge.
12  Q.    Uh-huh. And did you all talk about the
13  potential impact that withholding the unit sales might
14  have on the company's stock price?
15  A.    Other than I think what analysts might -- how
16  analysts might react, I don't think we specifically
17  reflected on any kind of impact it might have on the
18  stock price. Usually the results that we provide are
19  more indicative of that.
20  Q.    Uh-huh. But the stock price did fall on that
21  disclosure, right?
22     MR. KRAMER: Objection to the form.
23     THE DEPONENT: Yes, it did --
24     MR. KRAMER: I'm sorry, go ahead, Mr. Parekh.
25     THE DEPONENT: Yeah, I don't recall -- when you

Page 440..443

Page 444

1 say that day, or what are you referring to the stock
2 price movement?
3 BY MR. WILLIAMS:
4 Q. I am referring to the stock price movement
5 when -- after that disclosure that the company would no
6 longer report unit sales.
7 MR. KRAMER: Object to the form.
8 THE DEPONENT: Yeah, I don't -- I don't recall
9 exactly what happened that day, but typically people
10 react to more than just one comment in the earnings
11 release (inaudible) to the totality of our release. And
12 a lot of times, the company's stock prices went up in
13 anticipation of an earnings announcement and then react
14 to news.
15 And so, again, I don't recall exactly what
16 happened that day, and I imagine the reaction -- the
17 totality of the earnings relates to the interpretation
18 of earnings release.
19 BY MR. WILLIAMS:
20 Q. Say that last part again. I didn't hear you.
21 A. I said I imagine the stock price reaction was
22 based on people's interpretation and totality of
23 earnings, not just one specific comment.
24 Q. Okay. I see.
25 A. You are -- you were saying -- suggesting that

Page 445

1 just that one comment alone had an impact on the stock
2 price.
3 Q. It was a question, I wasn't suggesting it, but I
4 understand what you mean.
5 I am going to ask the reporter to pull my
6 Exhibit No. 26 and mark it as Parekh 12.
7 (Exhibit No. 12 marked for identification.)
8 THE REPORTER: So marked.
9 BY MR. WILLIAMS:
10 Q. And Parekh 12 is a Wall Street Journal article
11 dated November 1st, 2018, titled, "Apple Reports Record
12 Results But Weak Revenue Outlook." And I would ask you
13 to take a look at the document and --
14 MR. KRAMER: Mr. Parekh, do you have it yet? I
15 don't see it up.
16 THE DEPONENT: I don't have it, no. In fact,
17 none of the history is in my chat window anymore, so...
18 THE VIDEOGRAPHER: Which document was that,
19 Counsel, I'm sorry?
20 MR. KRAMER: My 12.
21 MR. WILLIAMS: It was my 26, and it was marked
22 as Exhibit 12.
23 MR. KRAMER: Now we have it, thank you.
24 THE DEPONENT: I see it, now, yep.
25 BY MR. WILLIAMS:

Page 446

1 Q. Yeah. Okay. Parekh 12 is a Wall Street Journal
2 article dated November 1st, 2018. It is titled, "Apple
3 Reports Record Results But Weak Revenue Outlook."
4 Do you see that?
5 A. I do see that, yes.
6 Q. Go ahead and take a look at the article and let
7 me know when you have had a chance to do so, and then I
8 will have just a few questions about it.
9 A. Okay. One second, I am almost done. Last page
10 here.
11 Q. No problem.
12 A. Okay. I have finished the article.
13 Q. Okay. Thank you. So I want to direct -- well,
14 withdrawn.
15 Have you seen this article before today?
16 A. Again, I don't recall. I think I mentioned I
17 read The Wall Street Journal, so -- I don't recall this
18 specific article.
19 Q. Okay. I am going to ask you to take a look at,
20 I guess, what would be your page 3.
21 A. My page 3. Is that the page with the graph on
22 it?
23 Q. Actually, it is the following page.
24 MR. KRAMER: So your page 4.
25 THE DEPONENT: My page 4, okay. I am on my

Page 447

1 page 4.
2 BY MR. WILLIAMS:
3 Q. Do you see the paragraph that begins with "For
4 the full year -- full fiscal year"?
5 A. Hold on. Let me scroll down. Yes, I do.
6 Q. Okay. Do you see it says, "For the full fiscal
7 year, although the number of iPhones sold worldwide
8 edged up less than 1 percent to nearly 218 million,
9 higher prices helped Apple deliver record revenue of
10 $265.6 billion, up 14 percent from the previous high in
11 fiscal 2015"?
12 Do you see that?
13 A. I do see that.
14 Q. Is there anything about that paragraph that you
15 would disagree with?
16 A. No.
17 Q. Do you see the next paragraph begins, "In the
18 face of stagnating unit sales growth, Apple said it
19 would stop reporting such numbers for iPhones, iPads,
20 and iMacs starting with the December quarter."
21 Do you see that?
22 A. I see that, yes.
23 Q. Is that an accurate reflection of what was
24 stated in the conference call -- well, withdrawn.
25 Is it -- is it true that unit sales as of the

Page 448

1  beginning of the first quarter of 2019 had, in fact,
2  been stagnating in growth?
3      MR. KRAMER:  Objection as to form.
4      You may answer.
5      THE DEPONENT:  We wouldn't have used the
6  terminology "stagnating."  I think I mentioned to you
7  that we had, you know, launched a brand-new, more
8  premium device, and at that price point, you know, you
9  collectively sell less but deliver more revenue.
10     And so, again, I don't know that we would say
11  our unit sales were stagnating.  For the price point
12  that we launched the products at, we felt those were
13  very good sales.
14  BY MR. WILLIAMS:
15  Q.    Okay.  Well, unit sales certainly weren't
16  growing as they had been in, say, 2016 and '17, right?
17     MR. KRAMER:  Objection as to form.
18     You may answer.
19     THE DEPONENT:  Yeah, that's the point, I think,
20  is that our unit sales are impacted by a number of
21  factors, as I mentioned.  One of them is if we launch a
22  new product at a premium price tier, it will have a
23  different unit (phonetic) outcome, and we anticipated
24  that.
25  BY MR. WILLIAMS:

Page 449

1  Q.    Oh, so you anticipated selling fewer units?
2  A.    Yes.  Because we have a higher ASP product, you
3  would sell less than a much lower ASP product.  Most
4  people would conclude that if you -- you would sell more
5  of a $600 dollar phone than you would of a $1,000 phone.
6  Q.    And just -- I just want to be clear that you
7  anticipated selling fewer units?
8  A.    We anticipated selling units commensurate with
9  the price points of the products, and so, again, I think
10  you were characterizing it as stagnating.  What we were
11  saying is we had anticipated the unit outlook based on
12  the price point of our products.
13  Q.    And so I am going to ask you to go a little bit
14  further down in the article.
15  A.    Okay.
16  Q.    And the paragraph begins, "Apple shares already
17  trading down."
18     Do you see that?
19     MR. KRAMER:  Up at the next page, Mr. Parekh.
20     THE DEPONENT:  Page 5, right?  Top of page 5.
21     MR. KRAMER:  Top of page 5.
22     THE DEPONENT:  Okay.  I have it.
23  BY MR. WILLIAMS:
24  Q.    "Apple shares, already trading down, fell
25  further during the call.  Analysts and investors have

Page 450

1  long followed unit sales numbers closely to help gauge
2  the popularity of Apple's products."
3      Do you see that?
4  A.    I do see that.
5  Q.    Do you think that's a fair characterization of
6  how analysts and investors followed unit sales numbers?
7      MR. KRAMER:  Objection as to form.
8      You may answer.
9      THE DEPONENT:  I think some analysts and
10  investors look at it that way.  Not every one of them
11  do.
12     MR. WILLIAMS:  I am going to ask the reporter to
13  pull my Exhibit 27 and mark it as Parekh No. 13.
14     (Exhibit No. 13 marked for identification.)
15     THE REPORTER:  So marked.
16  BY MR. WILLIAMS:
17  Q.    All right.  If you could just pull up Parekh
18  No. 13 for me, please, and take a look at it.  It is a
19  November 3rd, 2018, Wall Street Journal article titled
20  "Facing iPhone Troubles, Apple Tries to Change the
21  Story."  Just take a look at it and let me know when you
22  have had a chance to do so.
23  A.    Yeah, let me read it.  Okay.  I read the
24  article.
25  Q.    Thank you.  And had you seen this article prior

Page 451

1  to today?
2  A.    I can't recall if I read this particular article
3  or not.
4  Q.    Uh-huh.  Do you recall talking about this
5  article amongst your colleagues at Apple in November of
6  2018?
7  A.    I don't recall we talked about this specific
8  article.
9  Q.    Uh-huh.  Is it possible that you did?
10  A.    I don't know.
11  Q.    Uh-huh.  Okay.  So the title of the article is
12  "Facing iPhone Troubles, Apple Tries to Change the
13  Story."
14     Do you see that?
15  A.    Yes, I do see that.
16  Q.    And it goes on to say, "The company plans to
17  stop reporting unit sales as it pushes its services
18  business," right?
19  A.    That's what the title says, yes.
20  Q.    Right.  Let me direct your attention to the next
21  page -- well, let me make sure it is the next page for
22  you.
23  A.    Yes, my article has four pages.
24  Q.    Okay.  Do you see the paragraph beginning --
25  still I think on -- it should be on your second page --

Page 452

1   A.    Okay.

2   Q.    -- I'm sorry, your first page.  It is the last

3   paragraph where it says, "The change comes."

4       Do you see that?

5   A.    "The change comes."  I don't see that on my

6   second page.

7   Q.    Oh, no, it is the last paragraph of the first

8   page.

9   A.    Oh, I'm sorry.  I see it here now.  Okay.

10  Q.    And referring to the withholding of iPhone unit

11  numbers, or unit numbers specifically, the article

12  states, "The change comes as growth in number of iPhones

13  sold slows with customers increasingly holding on to

14  smartphones longer."

15      Do you see that?

16  A.    I do see that.

17  Q.    Is there anything that you would disagree with

18  about that sentence?

19  A.    Well, I read the sentence and interpret it that

20  they're connecting the change with those -- with those

21  being (phonetic), and that's not why we made the change.

22  Q.    Okay.  But the sentence is accurate, right?

23  "The change comes as growth in numbers of iPhones sold

24  slows, with customers increasingly holding on to

25  smartphones longer."  Each of those sentiments is true,

Page 453

1   right?

2   A.    Well, again, the change coming and the growth of

3   number of iPhone slows was, again, not why we made the

4   decision, and not every customer is holding on to their

5   smartphone longer.  We have some that actually had a

6   fast replacement (inaudible) when launching new

7   products, so that's not true for every customer.

8   Q.    Okay.  Well, I understand that we are trying to

9   be very specific here.  We should be, because this is --

10  but it is true that as of November 1st, 2018, the growth

11  in number of iPhones sold had slowed, correct?

12  A.    Slowed compared to when?  Are you talking about

13  subsequent quarters?  Are you talking about other years?

14  Q.    I am talking about -- I am talking about prior

15  years.

16  A.    Okay.  I am trying to make sure I understand

17  your question correctly so I can answer it correctly.

18      Our overall unit sales, you will recall, in 2018

19  were -- were a bit lower.  That's true.

20  Q.    And isn't it true that as of November 2018, that

21  customers were increasingly, meaning, you know, more

22  than before, holding on to smartphones longer?

23  A.    I think we said that, yes, we said that, in

24  general, some customers were holding on to their phones

25  longer and so we did see an impact in the -- well, we

Page 454

1   actually -- in November, we didn't think that was true,

2   and we had kind of come out later and after we had a

3   chance to analyze the quarter, I think it did feel like

4   some customers were upgrading much (inaudible)

5   frequently, not all customers.

6   Q.    The average life cycle was extending?

7   A.    Well, again, it is not life cycle.  We look at

8   replacement cycles.

9   Q.    I'm sorry.

10  A.    And that varies by customer, again.

11  Q.    And that replacement cycle in China had been

12  reported to be lengthening during the summer, correct?

13  A.    That was to the overall smartphone market.  Not

14  necessarily all of our customers behaved in that way.

15  We had a lot of people who were very attracted to the

16  iPhone X who actually had a faster replacement cycle

17  because it was a ground-breaking product.  But, again, I

18  think it is difficult to generalize that, but some

19  customers do have a replacement cycle that extends, and

20  some customers have them shortened.  It varies every

21  launch.

22  Q.    Was it or was it not reported that in China,

23  replacement cycles were lengthening, and that was

24  reported in the summer of 2018?

25      MR. KRAMER:  Objection as to form.

Page 455

1       You may answer.

2       THE DEPONENT:  Reported by who?

3   BY MR. WILLIAMS:

4   Q.    Reported by analysts, media.

5   A.    And that was a general comment in the market, I

6   think I mentioned before.

7   Q.    Same page, just next paragraph, do you see where

8   it says that "Investors balked at the reporting change

9   and at revenue projections that fell short of Wall

10  Street estimates.  On Friday, the elimination of unit

11  sales data contributed to shares falling 6.6 percent as

12  the company shed $71.19 billion in market value in a

13  single day."

14      Do you see that?

15  A.    I see that, yes.

16  Q.    Do you agree that the elimination of unit sales

17  contributed to the shares falling 6.6 percent?

18      MR. KRAMER:  Objection as to form.

19      THE DEPONENT:  Yeah, I don't agree with that

20  comment.  I think that's a journalist's speculation of

21  what drove the stock price.

22  BY MR. WILLIAMS:

23  Q.    You disagree with it?

24  A.    I don't agree with it.

25  Q.    So different question.  Do you disagree with it?

Page 456

1  A.    There are lots of factors that impact stock
2  price performance.  And so I don't know if that
3  contributed.  As you can see later in that same article,
4  Jim Munster is a very well-regarded analyst, said that
5  he viewed our reporting change as positive.
6       So the one thing I do want to remind you is even
7  though we (inaudible) unit sales more transparency in
8  our hardware and services resolves and gross margin,
9  which I think a lot of investors feel are important, and
10 so he actually viewed that as a positive change.
11 Q.    So --
12 A.    Again, I am not sure that -- I can't speculate
13 on whether or not that particular unit sale comment
14 really contributed or not to the stock price change.
15 Q.    Okay.  So you don't agree with it, and you don't
16 necessarily disagree with it either, you just don't
17 know, is that fair?
18      MR. KRAMER:  Objection as to form.
19      You may answer.
20      THE DEPONENT:  Yeah, I think I said there are
21 lots of factors that impact stock price performance and
22 especially in any single -- in any given day.
23 BY MR. WILLIAMS:
24 Q.    I understand that, but I am asking a question
25 that I would like an answer to.  So do you disagree with

Page 457

1  the statement that the elimination of unit sales data
2  contributed to the shares falling 6 percent?
3       MR. KRAMER:  Objection as to form.
4       You may answer.
5       THE DEPONENT:  I couldn't confirm whether or not
6  that particular element contributed to the stock price
7  change.
8  BY MR. WILLIAMS:
9  Q.    Okay.  Just going down a little bit.  Do you see
10 where the sentence begins "Mike Levin, cofounder of
11 Consumer Intelligence Research"?
12 A.    I do.
13 Q.    It says, "Mike Levin, cofounder of Consumer
14 Intelligence Research Partners, LLC, a market research
15 firm that surveys Apple customers, said that change --
16 said that the change" -- I'm sorry, "said the change
17 shows Apple executives are thinking about their business
18 in ways they haven't wanted to say out loud."
19      Do you see that?
20 A.    I see that.
21 Q.    And it goes on to say, quote, "'When Apple was
22 doing great, unit sales told a wonderful story.  Now
23 that the story isn't so good, they are saying let's
24 change it,' he said."
25      Do you see that?

Page 458

1  A.    I see that.
2  Q.    Is that one of the reactions that you and the
3  disclosure team were worried about from the analyst
4  community when making this change?
5  A.    I think this is one of the -- that's one of the
6  perspectives we considered.
7  Q.    Okay.  And the article goes on, it says Steve
8  Jobs -- "Mr. Jobs might agree.  'Usually if they sell a
9  lot of something, you want to tell everybody,' the Apple
10 cofounder told the New York Times nine years ago when
11 criticizing Amazon's Kindle."
12      Do you see that?
13 A.    I see that.
14 Q.    Had you heard that Steve Jobs had made that
15 comment about Amazon?
16 A.    I hadn't heard that.
17 Q.    Not until -- so today is the first time?
18 A.    I can't recall if it is the first time, but I
19 don't remember that particular comment.
20 Q.    Okay.  Scroll down further.  Do you see the
21 paragraph that begins with "In April, General Motors"?
22 A.    I do.
23 Q.    It says, "In April, General Motors Co. abandoned
24 a decades-old practice of reporting monthly vehicle
25 sales, and joined Tesla in reporting such figures

Page 459

1  quarterly."
2       Do you see that?
3  A.    I see that.
4  Q.    Had you known about that prior to Apple making
5  the decision not to with -- to disclose unit numbers?
6  A.    Yes, we were aware that they did that starting
7  in April.
8  Q.    Yeah, and had you or Luca talked to any of your
9  former GM colleagues about it?
10 A.    I hadn't talked to anybody.
11 Q.    Do you know if Luca did?
12 A.    I don't know.
13 Q.    But sitting here today, you do recall that you
14 knew about this GM issue in April?
15      MR. KRAMER:  Objection to form.  You may answer.
16      THE DEPONENT:  Yeah, it was -- yeah, it was
17 reported on, so we were aware of it.
18 BY MR. WILLIAMS:
19 Q.    Did you talk about it amongst your (inaudible)?
20      MR. KRAMER:  I'm sorry, Shawn, yeah, I didn't
21 hear that question, and nor did the court reporter,
22 looking at the transcript.  Could we have that back.
23 BY MR. WILLIAMS:
24 Q.    Sure.  Did you talk about the fact that GM, the
25 company you both had worked for, decided to withhold

Page 456..459

Page 460

1  monthly unit sales amongst the disclosure group?
2      MR. KRAMER:  Before the disclosure was made?
3  I'm sorry, objection as to form.  My apologies.
4  BY MR. WILLIAMS:
5  Q.     Before the disclosure.
6  A.     Yeah, I don't recall if we discussed that as a
7  relevant input or not.  I don't recall.  It had been
8  very different than ours, so...
9  Q.     I am going to ask the reporter to pull my
10  Exhibit 28 and mark it as Parekh number -- where are we
11  at, 14?
12      MR. KRAMER:  14.  And while John is doing that,
13  Derek, how much time do we have left on the record?
14      MR. WILLIAMS:  I think we have about 30 minutes.
15      THE REPORTER:  I wouldn't have a way of telling
16  you.  The videographer would be more capable of telling
17  you, I think.
18      THE VIDEOGRAPHER:  The total time is 6 hours and
19  28 minutes.
20      MR. KRAMER:  Okay.  Thank you.
21      THE DEPONENT:  This is a Reuters article.
22      MR. WILLIAMS:  Yes.  Yes.
23      THE DEPONENT:  Let me read this one as well.
24      MR. WILLIAMS:  Okay.  Exhibit number -- are we
25  at 13 or 14, I'm sorry?

Page 461

1      THE VIDEOGRAPHER:  Yeah, 14.
2      (Exhibit No. 14 marked for identification.)
3  BY MR. WILLIAMS:
4  Q.     14 is a November 1st, 2018, Reuters article
5  titled "Apple warns on holiday sales, sending value
6  below $1 trillion."
7      Take a look at the document and let me know when
8  you have had a chance.
9  A.     Okay.
10  Q.     Okay.  Again, it is -- Parekh No. 14 is a
11  November 1st Reuters article, November 1st, 2018,
12  Reuters article, "Apple warns on holiday sales, sending
13  value below $1 trillion."
14      Do you see that title there?
15  A.     I see the title, yes.
16  Q.     Do you have an understanding what it means or
17  what was meant by "sending value below 1 trillion"?
18  A.     Yes, the article is suggesting that our market
19  value went below 1 trillion.
20  Q.     Uh-huh.  Because of the warning on holiday
21  sales, as far as you can tell, based on the text of the
22  article?
23  A.     Yeah, they are connecting the two in their
24  article.
25  Q.     Right.  And next can we go down -- it is

Page 462

1  probably on page 2 of your version.  The paragraph that
2  begins with "executives said they also would quit."
3  A.     Executives.  No, I think it is on page 3 for my
4  version.
5  Q.     Okay.  Do you see that paragraph?
6  A.     Yes, the first paragraph on page 3.
7  Q.     All right.  Do you see it says, "Executives said
8  they also would quit giving the number of iPhones, iPads
9  and Mac computers, leading to a further drop in share
10  price."
11      Do you see that?
12  A.     I see that.
13  Q.     And do you disagree with the characterization
14  that's made here?
15  A.     Yeah, I guess I don't know how someone would
16  measure a further drop.
17  Q.     Do you see -- and the sentence goes on to say,
18  and I will just read it from the comma, "leading to a
19  further drop in the share price since iPhone unit sales
20  were long -- were long the key indicator of quarterly
21  success."
22      Do you see that?
23  A.     I see that.
24  Q.     Did you disagree with the statement that iPhone
25  unit sales were long a -- the key indicator of quarterly

Page 463

1  success?
2  A.     We wouldn't view it that way, but that's what
3  the article is asserting.
4  Q.     And is it fair to say that some analysts and
5  investors viewed it that way?
6  A.     Some analysts and investors could have viewed it
7  that way.
8  Q.     Well, they did, right?
9  A.     I agree with you that some could have, yes.
10  Q.     No, that -- my question was, is it fair to say
11  that some analysts did view it that way?  And I think
12  you said that some analysts could view it that way, and
13  that wasn't my question.
14  A.     Yeah, I guess, I don't -- in here, I don't
15  exactly know what you mean by "quarterly success."  Are
16  they measuring unit sales?  Is it measuring financial
17  revenue?
18  Q.     Oh, okay.  I think maybe we are looking at two
19  different things, because I was focused on "iPhone unit
20  sales were long the key indicator of quarterly success."
21  A.     Right.  And I'm trying to understand what you
22  are defining as success.
23  Q.     Oh, fair enough.
24  A.     The revenue matters, too, and the pricing
25  matters, too, so...

Page 460..463

Page 464

1  Q.    I understand -- I understand the difficulty you
2  are having with the question.
3        I will ask you to go further down to the
4  paragraph beginning with "Elazar Advisors."
5  A.    Okay.  That was on page 5 of my --
6  Q.    Do you see where it says, "Elazar Advisors
7  analyst Chaim Siegal said that China trade issues could
8  be making it difficult for Apple to get the supplies it
9  needs"?
10       Do you see that?
11 A.    I do see that.
12 Q.    And it goes on to say, to quote him, "As for
13 emerging markets slowing, that's also contagion from
14 China, both the trade war -- both trade war issues
15 coming to reality."
16       Do you see that?
17 A.    I do see that.
18 Q.    Do you disagree with potential slowing in
19 emerging markets was potentially contagion coming from
20 slowing in China?
21 A.    That's his conclusion.  I think markets -- we
22 talked about markets like Turkey.  Turkey was having
23 geopolitical issues outside of any issues from China, so
24 it depends on which market you are referring to.
25 Q.    Would you -- would you consider any of the

Page 465

1  emerging markets slowing being a contagion from the
2  slowing in China?
3  A.    Potentially Brazil, but India and Turkey had
4  different issues.
5  Q.    Do you recall that on January 2nd, 2019, that
6  the company issued a shareholder letter which sort of
7  preannounced first quarter 2019 revenue and earnings
8  results?
9  A.    Yes, I am aware of that.
10 Q.    And did you participate in the decision around
11 preannouncing those results?
12 A.    Yes.
13 Q.    What was your role in that?
14 A.    So, one, our team does ultimately interpret the
15 results and, you know, measures the results, and so we
16 kind of participated in the process by way of reporting
17 results, (inaudible) stopping to record the results and
18 helping also to understand some of the factors that we
19 outlined in our release.
20 Q.    Okay.  So how -- explain or describe how it was
21 determined that preannouncements should be made.
22 A.    Yeah, I believe when we started realizing that
23 we weren't going to get our guidance number in the
24 latter part of the December, I believe we felt that we
25 wanted to let the market know once we understood

Page 466

1  (inaudible) had renewed.
2  Q.    And you realized -- the company realized that in
3  December?
4  A.    Yes, in the latter part of December.
5  Q.    December -- after December 15th, is that fair?
6        MR. KRAMER:  Objection as to form.  You may
7  answer.
8        THE DEPONENT:  Yeah, I don't know a precise date
9  it was, but it was in the latter part of December.
10 BY MR. WILLIAMS:
11 Q.    Which would include after December 15th, right?
12 A.    Yeah, it would be technically after
13 December 15th.
14 Q.    And when was the first time you had a
15 discussion -- well, withdrawn.
16       How was it determined that the company would
17 miss its projected results?
18 A.    Well, I think what we did was determine with a
19 number of selling weeks left based on the (inaudible)
20 components of our business when the corporate FP&A team
21 rolled up the results that we would have a risk of not
22 meeting the numbers, the guidance numbers that we had
23 given previously in November.
24       MR. KRAMER:  And stop there, Mr. Parekh.
25 Mr. Court Reporter the "(inaudible)" was "FP&A team."

Page 467

1        THE REPORTER:  Thank you.
2        MR. KRAMER:  Go ahead, Mr. Williams.
3  BY MR. WILLIAMS:
4  Q.    And is that process -- is the roll-up process a
5  process that's done daily throughout the quarter with
6  the forecasted results in mind?
7  A.    No, it is not a daily process.
8        MR. KRAMER:  Objection
9  BY MR. WILLIAMS:
10 Q.    Is it weekly?
11 A.    No, it is not weekly.
12 Q.    How often is it?
13 A.    Typically monthly.
14 Q.    So when -- what -- why was there a process in
15 December looking at whether the forecast could be
16 reached?
17 A.    We were going through our different assumptions
18 for our unit forecasts, and fall variance is (inaudible)
19 would give a role to figure out how we were tracking to
20 our guidance ranges.
21 Q.    Right.  Why -- why were you doing that?  Was
22 that typical?
23 A.    Sometimes we do look at things on an
24 annual (phonetic) basis.  I think that as we outlined,
25 we did see some softening happening in certain markets.

Page 464..467

Page 468

1  We talked about China and some other emerging markets, I
2  think it had some softness that was more pronounced in
3  the latter part of December.
4  **Q.    And so are you saying you didn't start looking**
5  **at these issues until the latter part of December, or it**
6  **was the latter part of December that you concluded that,**
7  **you know, you were likely to miss the projection?**
8  A.    In the latter part of December, we concluded we
9  were likely to miss the projection.
10  **Q.    And so you started looking at it earlier in**
11  **December?**
12  A.    We look at our -- we look at our unit sales
13  projections on a weekly basis, there are lots of
14  considerations. You have the Christmas holiday period,
15  you have Black Friday. We have, you know,
16  November 11th, where it is a pretty meaningful day in
17  China. And so there's lots of variables that factor
18  into how we think about meeting our forecast, and we
19  also can be marketing can do marketing activities and
20  work with partners. And so there's lots of different
21  dynamics that happen.
22      So we never want to call that too early because
23  there's lots of things that play out still. And so I
24  think in the latter part of December, it became clear
25  that we had risk of not hitting the ranges that we put

Page 469

1  forth, but that also isn't only dependent on iPhone.
2  **Q.    I understand. But you said you started looking**
3  **at the weekly unit sales numbers?**
4  A.    Unit sales. We look at the weekly unit sales
5  numbers continuously.
6  **Q.    Okay. So you are looking at the weekly --**
7  **weekly unit sales numbers every week throughout the**
8  **quarter?**
9  A.    Yes, that's correct.
10  **Q.    And in December of 2018, you were looking at**
11  **unit sales throughout -- I guess at least weekly,**
12  **throughout the month?**
13  A.    Yes.
14  **Q.    And when in December did your team or did**
15  **Apple -- and I mean your team or FP&A -- start looking**
16  **at those weekly unit sales numbers with some concern**
17  **about reaching the forecast?**
18  A.    Yeah, I don't remember the specific dates. As I
19  mentioned, as December started closing in, as we got to
20  the latter part of December, we were starting to run the
21  risk of not hitting our number, but one of the things I
22  mentioned was a key variable for us is the holiday
23  season.
24      We typically see a lot of sales happen during
25  the Christmastime frame, and so we wanted to see what

Page 470

1  would happen during Christmas, but there was definitely
2  a risk at that point in the latter part of December
3  where we might not have hit our ranges, but we also
4  wanted to see how the Christmas holiday went.
5  **Q.    So are you saying that you -- you all weren't**
6  **discussing that potential risk earlier in December,**
7  **prior to December 15th?**
8      MR. KRAMER: Objection as to form.
9      THE DEPONENT: We were looking at our
10  projections, and early on there was no definitive
11  conclusion that we weren't going to reach our numbers.
12  And so, again, I think I mentioned that as we got in the
13  latter part of December and there were less selling
14  weeks left, although we did have the holiday piece that
15  we wanted to consider, we felt there was a greater risk
16  of us not meeting our numbers.
17  BY MR. WILLIAMS:
18  **Q.    Yeah, but my question is, in the early part of**
19  **December, were -- were you and your team or the FP&A**
20  **team discussing the risk of not meeting the numbers?**
21  A.    We considered various scenarios, but at that
22  time, we felt there was nothing else probable that we
23  weren't going to hit our numbers.
24  **Q.    But you were looking at the potential risk**
25  **earlier in December?**

Page 471

1  A.    Yeah, we were evaluating projection scenarios,
2  and, again, as I mentioned, nothing necessarily said
3  that we weren't going to hit them at that point in time.
4  **Q.    Right. But those scenarios would include where**
5  **the company currently was with respect to unit sales and**
6  **where it would need to get by the end of the month,**
7  **right?**
8      MR. KRAMER: Objection as to form.
9      You may answer.
10      THE DEPONENT: Yeah, the -- there's many
11  variables. There's unit sales of various products and
12  services as well, so, again -- and then there was also
13  some key holiday seasonality that has variability. And
14  so, again, we looked at the scenarios. We look at
15  scenarios all the time, and so we had concluded there
16  was still an opportunity -- there was nothing that
17  indicated we weren't going to hit our guidance numbers
18  in the latter part of December.
19  BY MR. WILLIAMS:
20  **Q.    Yeah, I understand that. You have made it**
21  **clear. I appreciate that.**
22      **I am just focusing on when you began**
23  **appreciating that there was a risk of not meeting the**
24  **numbers. And I think I understood your testimony to be**
25  **that began in the early part of December. Am I correct**

Page 472

1  about that?
2  A.    What I was saying -- what I would say and what I
3  said previously was we ran scenarios. We look at
4  scenarios and ranges of outcomes all the time. Whether
5  or not we assessed the probability of that is a
6  different -- is a different mechanism. And, again, we
7  didn't really factor that in until later in December.
8  Q.    Right. Had -- had Apple preannounced missed
9  financial results prior to November -- prior to
10 January 2nd, 2019 at any time during your tenure at the
11 company?
12 A.    Not my recollection, no.
13 Q.    Right. So this was the first time that it had
14 done so while you were at the company, correct?
15 A.    Yes.
16 Q.    Okay. So this was an unusual set of
17 circumstances for you as the leader of that team, was it
18 not?
19 A.    It was definitely a -- I would use the word -- I
20 don't know if we can -- yeah, I guess we can use the
21 word "unusual." It was something we hadn't anticipated.
22 Q.    Did you say it was fair to use the word
23 "unusual" or it wasn't fair to use the word?
24 A.    Yeah, I don't know that I would use the word
25 "unusual," but, again, it was -- the outcome was

Page 473

1  something we had not anticipated.
2  Q.    Okay. And so when did you begin -- well,
3  withdrawn.
4        When did your team communicate to Luca Maestri
5  or Tim Cook that you were running scenarios that
6  considered the risk of missing projections?
7  MR. KRAMER: Objection as to form.
8        You may answer.
9  THE DEPONENT: Yeah, we wouldn't normally
10 communicate it the way you are characterizing it. As I
11 mentioned, we run scenarios all the time and look at
12 different run rate curves and different outcomes, and
13 there's several variables we look at, and so we did that
14 on a regular basis. And once we feel that there is a
15 probability that one of those scenarios can occur or
16 unfold, then we will flag -- we would flag that at a
17 more senior level.
18 BY MR. WILLIAMS:
19 Q.    Yeah. And so when did you flag that to Luca
20 Maestri and/or Tim Cook?
21 A.    Yeah, I don't remember the exact date, but I
22 think I mentioned to you it was the latter part of
23 December when we started socializing that risk.
24 Q.    When did you start running those scenarios you
25 discussed? Did you begin running those scenarios in

Page 474

1  November 2018?
2  MR. KRAMER: Objection as to form.
3  THE DEPONENT: Well, we run -- as I mentioned,
4  we run scenarios on our projections all the time,
5  because we always have ranges for our demand
6  assumptions.
7  BY MR. WILLIAMS:
8  Q.    So is that a --
9  A.    There was nothing -- there was nothing in
10 November that indicated we weren't going to meet our
11 stated goals.
12 Q.    But if I understand your -- your testimony
13 correctly, there was nothing in the first half of
14 December that indicated you weren't going to meet your
15 stated goals either?
16 MR. KRAMER: Objection as to form. You may
17 answer.
18 THE DEPONENT: Yeah, so in November, we had just
19 announced the availability of our third (phonetic) new
20 product, and so we had no real significant sales data.
21 BY MR. WILLIAMS:
22 Q.    So I am just -- I just want to be clear, so you
23 are saying that in early -- the early part of December,
24 there was at least a sufficient risk that you began
25 running scenarios that you may not make it?

Page 475

1  A.    We extrapolate run rates based on various curves
2  and various assumptions, and, again, once we had enough
3  selling days of data, we can feel more confident in our
4  projections.
5        With limited sales data, those have significant
6  variation, and we don't put a lot of credence in that.
7  Towards the December timeframe, especially the latter
8  part of December timeframe when we had enough selling --
9  sales data and the number we're selling, which is
10 limited, and so there we started feeling that there was
11 a risk we weren't going to meet our numbers.
12 Q.    Right. In the early part of December?
13 A.    In the early part of December, I'm sorry, what
14 were you saying?
15 Q.    You said that once you had a certain amount of
16 sales numbers, you began to feel like there was
17 potentially a risk of not making the numbers.
18 A.    Well, there was also equal possibility that we
19 had upside in the numbers. Again, I mentioned to you we
20 had some key moments left ahead of us. The holiday is
21 one of them. We had just launched the third product,
22 and, you know, by the time we reached all the different
23 points of sale and consumers go shopping, so there is
24 lots of variables, so there is also scenarios that
25 showed we were going to do better than our projections.

Page 472..475

Page 476

1   And so, again, I think I mentioned to you we run
2   scenarios.  Just as likely we had opportunity as we had
3   risk.
4   **Q.      Right.  And so those risks existed in early**
5   **December as well as potential upside?**
6   A.    Yes, the scenarios suggested a range of outcomes
7   that could have happened.
8   **Q.      And in November, you -- I think I understood**
9   **your testimony to mean that you simply didn't have**
10  **numbers that provided confidence one way or another?**
11      MR. KRAMER:  Objection as to form.
12      THE DEPONENT:  I didn't characterize that
13  either.  I had mentioned to you that in November, we had
14  just launched the third product, our consumer mainstream
15  product, the XR, which typically does a meaningful
16  amount of volume, and there was no sales data that would
17  have suggested that we weren't going to hit our range.
18      We had done a projection of what we thought the
19  launch was going to do to support our guidance ranges,
20  and there was nothing in the November timeframe when we
21  made our earnings announcement to suggest that we
22  weren't going to be able to meet that range.
23  BY MR. WILLIAMS:
24  **Q.      Was there -- well, you didn't have enough**
25  **numbers to have confidence that you would meet that**

Page 477

1   **range either?**
2       MR. KRAMER:  Objection as to form.
3       You may answer.
4       THE DEPONENT:  Well, we always talk about the
5   fact that we use our best estimates to project what we
6   think we are going to deliver from a financial range
7   standpoint.  We have a fair amount of experience from
8   prior launches and all of the other factors we consider
9   in our demand forecast process, and we felt very good
10  about our projections for our line-up and for our sales.
11  BY MR. WILLIAMS:
12  **Q.      What -- what software system do you all use to**
13  **do projections and scenarios, SAP, local?**
14  A.     Yeah, there is not a real software system that
15  we use.  We typically do the analysis on Excel
16  spreadsheets and -- there is not one software platform
17  that we use (inaudible) our business.
18  **Q.      What -- so just Excel, no other software**
19  **platform?**
20  A.     That's correct.  We don't really use a software
21  platform.
22  **Q.      For forecasting or budgeting or anything?**
23  A.     I'm sorry.  There is differences there.
24  Budgeting is very different from forecasting.  You were
25  asking about our unit sales forecast, and I will just

Page 478

1   talk unit forecast again, distinguishing between what we
2   use for our suppliers, what we use for unit sales, and
3   then the unit sales are provided to our corporate FP&A
4   team, who applies revenue assumptions based on our
5   prices.
6       And so our unit sales projections are not done
7   on any software platform.  We do those through analysis
8   on Excel.
9   **Q.      And so what about the budgeting?**
10  A.     Budgeting in what way?  Our budgets meaning our
11  costs or --
12  **Q.      Well, how do you all use the firm budgeting**
13  **process in your -- at Apple as it relates to how much**
14  **you -- revenue you will make compared to how much the**
15  **cost of revenue is, to project potential earnings?**
16  A.     Yeah, so we don't call that our budgeting --
17  what we talk about our budgeting is our spending levels.
18  It is typically how we define our budgeting.  What
19  you're referring to is our financial projections for
20  revenue, gross margin, (inaudible) other things
21  forecast.
22  **Q.      Do you use a software platform for that?**
23      THE VIDEOGRAPHER:  Counsel, there's 2 and a half
24  minutes until 7 hours.
25      MR. KRAMER:  2 and a half minutes.  Thank you.

Page 479

1       THE DEPONENT:  Okay.  Our financial --
2       MR. KRAMER:  To the court reporter, it is 2 and
3   a half minutes, not 10 and a half minutes.  Thank you.
4   Go ahead, Mr. Parekh.
5       THE DEPONENT:  Sure.  I'm sorry, I tried to make
6   sure I understood.  You asked me if they use a software
7   platform to do -- to --
8   BY MR. WILLIAMS:
9   **Q.      Your planning and analysis of revenue -- revenue**
10  **and earnings.**
11  A.     So the corporate SP&A team does use SAP and
12  other tools to propagate the revenue projections.
13  **Q.      What are the other tools, do you know?**
14  A.     Well, they use Excel and some other tools as
15  well, SAP.
16  **Q.      SAP, Excel, any others that you know of?**
17  A.     Those are primarily the two that I believe we
18  use.
19  **Q.      Mr. Parekh, I appreciate your time today.  Thank**
20  **you very much.**
21      MR. KRAMER:  Okay.  We are off the record.
22      THE VIDEOGRAPHER:  We are going off the record
23  at 6:50 p.m.
24      (Proceedings concluded at 6:50 p.m.)
25

Page 476..479

**Page 480**

REPORTER'S CERTIFICATE

1

2      I, the undersigned, a Certified Shorthand

3  Reporter of the State of California, do hereby

4  certify:

5          That the foregoing proceedings were taken

6  before me at the time and place herein set forth;

7  that any witnesses in the foregoing proceedings,

8  prior to testifying, were duly sworn; that a

9  stenographic record of the proceedings was made by me

10 using machine shorthand, which was thereafter

11 transcribed under my direction; that the foregoing

12 transcript is a true record of the testimony given.

13        I further certify I am neither financially

14 interested in the action nor a relative or employee

15 of any attorney or party to this action.

16        The dismantling and/or unbinding of the

17 original transcript will void the certification of

18 the certified shorthand reporter.

19        Further, that if the foregoing pertains to the

20 original transcript of a deposition in a federal case,

21 before completion of the proceedings, review of the

22 transcript [X] was [ ] was not requested.

   IN WITNESS WHEREOF, I have this date

23 subscribed my name. Signed this 23RD day of MARCH, 2021.

24        _____

25        JANUARY D. ALLEN, CSR No. 13748

**Page 481**

REPORTER'S CERTIFICATE

1

2

3  STATE OF CALIFORNIA          )   ss.

4  I, DEREK L. HOAGLAND, CSR #13445, State of California,

5  do hereby certify:

6  That prior to being examined, the witness named in the

7  foregoing deposition was taken down by me by stenotype,

8  Pages 307 through 480, at the time and place therein

9  stated, and thereafter transcribed under my direction

10 into computerized transcription.

11 I further certify that I am not of counsel nor attorney

12 for nor related to the parties hereto, nor am I in any

13 way interested in the outcome of this action.

14 In compliance with section 8016 of the Business and

15 Professions Code, I certify under penalty of perjury

16 that I am a certified shorthand reporter with license

17 number 13445 in full force and effect.

18        Further, that if the foregoing pertains to the

19 original transcript of a deposition in a federal case,

20 before completion of the proceedings, review of the

21 transcript [X] was [ ] was not requested.

22 Witness my hand this March 29, 2021.

23        _____

24        DEREK L. HOAGLAND, CSR #13445

25

**Page 482**

DECLARATION UNDER PENALTY OF PERJURY

1

2  Case Name: In re Apple Inc. Securities Litigation

3  Date of Deposition: 03/10/2021

4  Job No.: 10079606

5

6          I, KEVAN PAREKH, hereby certify

7  under penalty of perjury under the laws of the State of

8  _____ that the foregoing is true and correct.

9          Executed this _____ day of

10 _____, 2021, at _____.

11

12

13        _____

14             KEVAN PAREKH

15

16 NOTARIZATION (If Required)

17 State of _____

18 County of _____

19 Subscribed and sworn to (or affirmed) before me on

20 this _____ day of _____, 20__,

21 by_____,   proved to me on the

22 basis of satisfactory evidence to be the person

23 who appeared before me.

24 Signature: _____ (Seal)

25

**Page 483**

1  DEPOSITION ERRATA SHEET

2  Case Name: In re Apple Inc. Securities Litigation

   Name of Witness: Kevan Parekh

3  Date of Deposition: 03/10/2021

   Job No.: 10079606

4  Reason Codes:  1. To clarify the record.

                   2. To conform to the facts.

5                  3. To correct transcription errors.

6  Page _____ Line _____ Reason _____

7  From _____ to _____

8  Page _____ Line _____ Reason _____

9  From _____ to _____

10 Page _____ Line _____ Reason _____

11 From _____ to _____

12 Page _____ Line _____ Reason _____

13 From _____ to _____

14 Page _____ Line _____ Reason _____

15 From _____ to _____

16 Page _____ Line _____ Reason _____

17 From _____ to _____

18 Page _____ Line _____ Reason _____

19 From _____ to _____

20 Page _____ Line _____ Reason _____

21 From _____ to _____

22 Page _____ Line _____ Reason _____

23 From _____ to _____

24 Page _____ Line _____ Reason _____

25 From _____ to _____

**Page 480..483**

```
                                                          Page 484
1    DEPOSITION ERRATA SHEET
2    Page _____ Line _____ Reason _____
3    From _____ to _____
4    Page _____ Line _____ Reason _____
5    From _____ to _____
6    Page _____ Line _____ Reason _____
7    From _____ to _____
8    Page _____ Line _____ Reason _____
9    From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   _____ Subject to the above changes, I certify that the
              transcript is true and correct
23   _____ No changes have been made. I certify that the
              transcript  is true and correct.
24

              _____
25                   KEVAN PAREKH
```

Volume II
Kevan Parekh

**Highly Confidential**

In re Apple Inc. Securities Litigation

---

### $

**$1** 461:6,13

**$1,000** 449:5

**$1200** 349:9

**$1400** 361:24

**$160** 355:12

**$1850** 396:6

**$265.6** 447:10

**$300** 270:20

**$50** 410:6

**$600** 449:5

**$660** 362:2

**$700** 398:10

**$71.19** 455:12

**$9** 416:22

**$950** 361:24

**$999** 416:14

---

### 0

**0** 196:1

---

### 1

**1** 216:8,9,20 228:16
231:18 236:21
306:11 307:14
352:12 357:7 386:8
392:19 411:15,16,23
434:12 447:8
461:17,19

**10** 196:1 223:20
224:2 257:3 350:10
400:1,3,6,9 402:6,7,
10 479:3

**10:33** 239:15

**10:47** 239:18

**10th** 196:11 385:21
387:6,21 388:2
398:17 401:21,25

**11** 403:3,4,5,19,20

**11:13** 259:21

**11:38** 272:17

**11:45** 272:14

**11:55** 272:20

**11th** 468:16

**12** 445:6,7,10,20,22
446:1

**12:41** 305:14

**13** 450:13,14,18
460:25

**13th** 356:7,20

**14** 447:10 460:11,12,
25 461:1,2,4,10

**15** 213:11 223:20
330:8

**15th** 466:5,11,13
470:7

**16** 213:11 231:3
306:23 337:19
338:14

**17** 338:9 423:4,5
448:16

**18** 233:21 240:2
351:8 373:3

**18th** 402:11

**19** 408:21,22 422:22

**1993** 199:25 200:7,16

**1997** 200:19

**1999** 200:19 201:24
203:2

**1:00** 304:24 305:2

**1:30** 304:25 305:5,6

**1:37** 306:2

**1st** 412:9 414:2 420:3
422:8,24 423:3
427:17 431:4,22
432:1,17 433:1
435:12 436:2 445:11
446:2 453:10 461:4,
11

---

### 2

**2** 231:19 232:6,10
237:17 238:8
330:11,13,18 341:3
346:22 386:8 392:15
394:18 401:8,9
403:8,18 462:1
478:23,25 479:2

**2.2** 403:3

**20** 224:4 257:3
355:14 384:16

**20-** 223:15 423:3,16

**2007** 204:1,3 368:24

**2009** 205:4

**2013** 207:12,24

**2014** 210:18,19

**2015** 447:11

**2016** 340:1 448:16

**2017** 209:24 332:9,21
339:25 346:19
352:18 369:2,4
422:24 427:8,11,17

**2018** 212:23 213:9
219:9,10,14 221:20
223:15 231:18
232:1,21 233:13,22
234:13 236:7,21

239:21 240:1,3,25
245:12 246:3 247:18
248:6 249:7 250:12
254:16 255:18
256:19 257:5,9,14
258:13,18,21 259:1,
17 260:7 262:20
263:9,15 264:5,19
265:22 266:11,12,25
267:13,17,21 268:3,
12 269:9,21,24
270:16 271:1,5,9
272:24 273:12
276:10 277:19
278:2,11,17 279:7,
16,20 285:21 286:6,
7,8,22 290:6,13,14
293:12 294:11,20
296:22 298:24
302:24 307:14,18
308:1,5,13,14 309:8,
17 310:2,9 311:10,
16 312:3 313:20
314:15,16,22
315:14,17,18,23
316:21 317:8
318:16,21 319:23
320:2 322:8 323:13
324:8 325:11 326:4,
14 328:1,7,25
330:19 331:21
334:7,8 335:4,18
336:13 337:11,14
339:1,2 340:10,11,
14 341:24,25 342:11
343:24 344:6,12,15
345:13 346:2,10
348:14 349:16
350:14 351:19
352:23 353:20
355:5,8 356:7,20
358:12 363:7,9,19
366:5,24 367:10
369:25 370:12,20
371:21 372:17
377:15,25 380:23

382:11 385:13,21
387:7,21 389:22
394:10 395:11,13
398:17 402:11
403:9,10 404:22
405:24 406:10 410:2
411:24 413:25 414:2
417:4 419:7 422:8,
21,25 423:7,9,17,20
425:1,12,18 427:2,
11,17,22 428:2
431:4 432:1,17
433:1 434:12 436:1
445:11 446:2 450:19
451:6 453:10,18,20
454:24 461:4,11
469:10 474:1

**2019** 209:24 223:17
231:19 232:1,21
233:14 236:7 307:15
335:23 337:10,11
415:16 424:17
425:23,25 426:1,3,
13 448:1 465:5,7
472:10

**2021** 196:1,11

**218** 447:8

**22** 382:6

**23** 385:17

**24** 402:5

**24th** 382:11 385:13

**25th** 339:1 340:10

**26** 445:6,21

**26.8** 334:23

**26th** 330:19

**27** 450:13

**28** 460:10,19

**2:26** 338:4

**2:38** 338:7

**2nd** 233:14 307:15
465:5 472:10

---

**3**

**3** 233:1 239:1 285:1
306:12 307:2 325:19
334:2,3 337:22,23
338:10,13,15,17
340:7 347:14 354:6,
8 363:2 386:11
401:1 446:20,21
462:3,6

**30** 460:14

**30(b)(6)** 216:22 217:6

**300** 196:16 270:23

**31st** 403:10 404:22
408:17

**37** 352:15

**3:48** 382:1

**3rd** 227:18 450:19

---

**4**

**4** 235:15,23 239:5
332:21 334:18,19
338:11,12,15,25
340:2 346:19
368:18,20 379:17
392:15 446:24,25
447:1

**4.9** 346:21

**40** 304:22

**459** 346:20

**4:02** 382:4

**4:19-cv-02033-ygr**
196:14

**5**

**5** 228:19 351:8,9,18
379:17 449:20,21
464:5

**50** 410:6

**5:33** 441:6

**5:48** 441:9

**5G** 335:22

---

**6**

**6** 236:16,17,20
355:15 356:3,5
368:6,7,14 379:14
411:21,23 428:18,21
434:6,11 457:2
460:18

**6.6** 455:11,17

**600** 196:16

**6:50** 479:23,24

**6S** 270:17

**6th** 340:1

---

**7**

**7** 379:13 382:7,8,11
416:3 419:9,12
478:24

---

**8**

**8** 363:7 385:17,18,21
404:3

**8th** 363:9

---

**9**

**9** 387:3 392:12 402:5

403:14,21,24 404:4

**92101** 196:17

**99** 416:22

**9:37** 196:12

---

**A**

**A-L-E-X** 257:19

**a.m.** 196:12 239:15,
18 259:21 272:17,20

**Aarons** 303:1

**abandoned** 458:23

**ability** 219:16 278:11,
12,14 282:12 324:20
398:24

**able** 259:11 391:21
476:22

**abundance** 334:22

**accept** 214:14 417:5

**accepted** 207:13
254:12,15

**accepts** 254:11

**access** 275:15
277:12 278:2,7
285:15,19,20,23
288:16,20 293:11,
12,14,18,19 294:22,
25 295:8,14,19
296:2 301:23 302:2,
5

**accessed** 295:6

**accessible** 272:7
284:17 285:1,10

**account** 318:1,9,13

**accounted** 392:16,
20,22

**accounting** 205:22
406:18 407:19

**accuracy** 406:7 407:5
420:22 421:4,5

**accurate** 240:13
308:19 357:14,15,20
359:24 360:13 362:5
369:5 385:8 397:1
398:6 406:4,5
407:17 440:9 447:23
452:22

**accurately** 420:14

**action** 198:7 217:3
218:4,7,23 219:25
220:17 221:11

**activated** 297:9,16,
19,20 298:7

**activates** 298:4

**activation** 293:21
294:19 295:1,20
297:24 298:11,20
303:8

**activations** 294:13
295:6,14 296:12,17
298:17

**activities** 215:14
319:15 389:3 468:19

**activity** 298:1 319:15
426:9

**actual** 220:7 238:15
310:5 350:21 364:18
404:20 406:24

**added** 310:16 409:14

**adding** 424:12

**addition** 228:7
229:21 249:21 264:3
292:14 324:6

**additional** 204:19

**address** 214:2,6,11,
18,23 229:12 299:21

**addresses** 214:9

**adjustment** 348:23

**administration**
200:18 326:2 327:9,
25 328:6 388:9,20
392:5 410:19,23
411:11

**ADVISED** 196:5

**Advisors** 464:4,6

**affairs** 389:3,13
390:14 391:24

**affairs-related** 391:20

**affect** 340:5 388:10
390:25 402:25

**afford** 345:21

**aggregate** 292:12,24
294:10,12,13

**aggregated** 293:20
298:16

**ago** 201:11,12,13
213:25 220:16,19
222:6 227:3 235:6,7
298:21 413:25 440:7
458:10

**agree** 333:19,23,24
342:15 350:12
386:23 455:16,19,24
456:15 458:8 463:9

**agreed** 311:3

**ah** 306:14

**ahead** 221:14 234:16,
17 235:14 238:2
239:12 249:12,15
285:4 289:14 339:12
382:15 383:19 407:9
408:5 426:7 434:25
435:10,21 443:24
446:6 467:2 475:20
479:4

**Alex** 249:10 257:17,

19

**algorithm** 316:2,6,25

**all-important** 358:23

**alleging** 218:7,12,23
219:12,20

**Amar** 257:19

**Amashri** 321:20

**Amazon** 299:5
458:15

**Amazon's** 458:11

**Amazon.com** 394:24

**Amended** 216:20
217:4

**America** 267:7

**American** 394:1

**Amid** 385:22 387:4,
17

**amount** 324:16
371:22 373:15
475:15 476:16 477:7

**amounts** 284:3

**analysis** 205:13
236:24 244:11,15
254:14 316:12
331:17 348:25 369:9
380:3,17 412:1,17
417:22,25 418:3,15
419:18 434:14
477:15 478:7 479:9

**analyst** 203:5,6
322:13 336:16 345:6
353:9 360:22 385:5
430:1 456:4 458:3
464:7

**analyst's** 336:14
350:5

**analysts** 257:24
311:4 312:6,10,14

313:16 334:14
341:7,12 343:15
344:11,25 345:6,15
349:10 350:8,22
351:1 358:1,6 361:3
364:17 366:9 367:7,
14,24 383:11 392:24
405:14 422:9,16
425:9,13 428:11
429:12 441:22
443:15,16 449:25
450:6,9 455:4 463:4,
6,11,12

**analysts'** 312:20
314:13 345:8 349:25

**analytics** 212:9
290:5,11,16,17,22
344:21

**analyze** 208:24
313:5,6,8,13 422:6
454:3

**and/or** 196:5 473:20

**Anderson** 258:1

**Android** 351:16,19
355:17 359:7
360:21,24

**Android-based** 341:7

**Angela** 302:25

**angles** 245:16

**announced** 474:19

**announcement**
236:22 237:1 411:24
412:2,10,18 434:12,
15,19 435:13 444:13
476:21

**annual** 332:21 467:24

**answer** 199:8,9 211:9
212:4 214:22 223:5
224:9,24 225:8
226:10 227:12 229:8

**Index: accuracy–answer**

Volume II
Kevan Parekh

**Highly Confidential**

In re Apple Inc. Securities Litigation

237:18 238:14 240:7
242:4 243:22 245:4
246:5 247:8 248:12
249:16 250:24 252:6
253:18 254:6 255:3
256:8 259:6,11
260:10 261:21
262:23 263:17
264:8,23 265:10,18
266:16 268:6,16
270:5 272:2 276:19
278:5,19 281:11
282:8 290:8 292:17
294:5 295:3 315:25
317:20 320:8,25
321:1,3 326:6,21
329:3 332:12 340:16
341:18 343:6,25
344:9 345:4 346:4
347:8 348:19 353:3
357:18 358:4 360:1,
15 361:7 363:21
364:21 365:1 366:7
367:12,20 369:17
370:2,14,24 371:8,
25 372:12 373:18
375:22 376:12
378:4,24 381:1
384:7 392:9 399:14
404:14,17 405:16
409:6,23 411:9
420:11 421:2 425:3
426:22 429:6 433:3
436:12 438:24
440:11 442:15
448:4,18 450:8
453:17 455:1
456:19,25 457:4
459:15 466:7 471:9
473:8 474:17 477:3

**answered** 268:25
269:2,3 270:10

**answering** 234:17
327:20 411:10

**answers** 198:9 199:1
230:16 254:4

**anticipated** 448:23
449:1,7,8,11 472:21
473:1

**anticipation** 444:13

**anybody** 261:16
279:1 301:21 303:13
331:14 391:5 404:25
459:10

**anymore** 306:14
420:25 445:17

**apart** 212:1 234:9
276:24 312:3

**apologies** 197:17
203:1 306:16 378:12
460:3

**apologize** 296:15

**app** 209:8 272:5

**appealing** 375:4

**appear** 354:13

**appears** 354:13

**Apple** 196:13 197:18
204:21,22,24 205:1
206:19,23,24
207:23,25 208:12
211:7,22 213:2
215:15,18 216:21
217:5 218:13 220:5,
24 229:6 233:9
239:22 248:4 259:2
263:15,19 266:13
267:22 269:12,20,23
270:3,8,14,15 271:3,
19,24 272:22 274:11
276:12 278:12,16
286:21,25 287:12,24
288:1,2,7 290:5
291:22 299:1,8,9,12
301:4,14,24,25
302:20 306:8 307:6,

19 308:2,6,14 309:8
311:22 312:2,13,23,
25 313:21 314:14
315:5,8,11 317:4
322:5,20 323:5
325:7 327:24 328:5,
25 329:9 331:14,18
332:2,8 333:15,23
334:6 335:6 336:8,
12,18,21 337:1,3,9,
13 339:1,21 340:10
341:12,16 342:10
343:2,21 344:5,16,
24,25 345:11,18,25
347:1,5 348:10,14
349:14 352:6,16,21
353:13 354:22,24
355:4 358:1,12,21
359:6 360:20 361:23
362:12,16 366:21
367:6,8 369:2,14,24
370:11,21 371:4,22
372:17 373:14
377:15 378:1 380:22
383:15 388:2,19
389:19,20 392:16,
20,22 394:23 396:5
397:10,11 398:10,16
410:22 411:2 414:18
423:23 424:25
425:11 426:3,12,15,
23 429:16 435:21
445:11 446:2 447:9,
18 449:16,24 450:20
451:5,12 457:15,17,
21 458:9 459:4
461:5,12 464:8
469:15 472:8 478:13

**Apple's** 258:15 261:8
264:6,19 265:23
280:24 310:3 314:1
319:20 327:5,14
336:20 337:5 341:5,
14 345:13 349:8
353:20 356:8,17,25

359:13 361:5 373:2
377:13 385:23
387:5,18 390:3
391:11 392:25
393:7,9 403:9
426:24 450:2

**applicable** 231:16

**application** 272:4

**applied** 253:24 317:5

**applies** 478:4

**applying** 253:16
256:5

**appointments** 282:14
283:24,25

**appreciate** 198:4
267:14 275:23 277:3
294:3 435:3,24
471:21 479:19

**appreciating** 471:23

**appropriate** 435:6

**approximately**
199:13 201:8,12
422:24

**April** 231:18 232:21
233:14 236:7 307:15
458:21,23 459:7,14

**Aptus** 196:15

**area** 237:9 267:5

**areas** 209:3 229:16
406:20

**Ariel** 197:8

**arrangements** 209:20

**article** 330:19,24
331:4,8,11,12,13,15,
17,20,22 332:6
338:25 339:5,7,11
340:9,18,25 350:7,
13,14 351:4,15,19,
22,25 352:4 355:17,

18,21 356:1,8,14,15,
16,17 358:17 363:7,
11,15,16,24 364:12
365:17,21 368:7
379:13 382:12,16,
19,21 383:5,8
385:22,24 386:1,3
387:6,8,11,13,17
392:13 397:5,17
401:21,25 402:11,
14,16 403:1 445:10
446:2,6,12,15,18
449:14 450:19,24,25
451:2,5,8,11,23
452:11 456:3 458:7
460:21 461:4,11,12,
18,22,24 463:3

**articles** 324:19
350:18 358:9 367:14
382:23 388:21

**articulate** 405:12

**articulated** 415:4
428:25 441:14

**Asia** 266:21

**aside** 225:19

**asked** 206:23 216:1
220:1,19,21,23
221:2 228:11 229:22
235:2 237:17 238:7,
9,25 239:4 247:22
253:25 258:22
267:19 270:12
281:25 285:24
286:8,9,17,18 289:2
302:9 303:16 307:14
323:15 324:2,3
325:13 332:25
335:16 372:5 379:4
426:1 430:5 442:3
479:6

**asking** 200:2 208:13
213:4 218:11
220:12,13 225:21

229:16 242:5 243:9
255:10,14 256:20
258:11 271:8 274:6
275:7 280:21 281:6,
8,16 282:2 285:18
288:18,20,23
290:10,17,18 294:4
296:16 301:4
310:14,18 311:14
314:21 319:1 326:12
327:7 350:12,13
360:10 366:20
368:14 371:13 372:7
374:7 375:25 376:2
377:6 395:21 396:2
404:8 424:19 427:21
435:25 456:24
477:25

**asks** 253:19 279:10
404:2 408:20

**ASP** 449:2,3

**asserting** 218:19
463:3

**assess** 377:13

**assessed** 472:5

**assesses** 377:8

**assessing** 365:7
374:1,4,5

**assessment** 251:7
317:14 320:17 321:9
356:24 357:15 383:2
429:10,11,13 441:18

**assume** 424:1

**assumed** 430:7

**assuming** 207:13

**assumption** 253:20
314:11

**assumptions** 254:1,8
262:16 317:15
334:13 467:17 474:6

475:2 478:4

**attached** 216:10

**attention** 306:12
307:1 310:17 323:6
324:22 341:2 347:13
358:2 368:8 392:15
408:16 411:20
451:20

**attorneys** 220:12

**attract** 359:6 360:20

**attracted** 454:15

**attributes** 263:1

**audience** 295:9

**audio** 241:18

**Authority** 351:16,19
355:17

**authorized** 288:7,8
398:12 399:2

**automated** 225:1

**automatic** 296:25

**automatically** 280:5

**Automotive** 200:25

**availability** 474:19

**available** 410:14
421:9

**average** 384:17 454:6

**avoid** 386:15

**aware** 212:17 303:11,
14 308:23 310:4
312:16 313:7,22,25
314:9 315:5,8,11,13
319:11 325:2 333:7
336:21 340:21,23
341:20,22 342:25
345:6,7 347:9
350:24,25 351:2,5
352:25 353:4,17
363:24 367:16 383:4

388:5 389:23 390:19
392:2 394:7 395:24
417:21 428:13
459:6,17 465:9

---

**B**

**B-I-P-I-N** 215:5

**bachelor's** 200:16

**back** 208:13,16
221:16,17,18,21
222:2,23 224:6,12
228:9 229:23 230:2
233:16 234:10
239:17 242:7 259:24
272:13,19 284:21
288:25 304:22,25
306:1,4 338:6,18
341:9 347:20 352:16
361:12 362:7 363:1
366:25 372:22
377:14 379:6,10,13
382:3 392:12 411:15
415:22 417:2 427:1,
8 435:7 441:8
442:23 459:22

**background** 199:20
205:25

**backup** 262:16

**bail** 324:20

**balked** 455:8

**band** 256:11 262:2
360:23 424:23

**bands** 246:20,21
252:20 260:20,21
355:11

**bankruptcy** 203:21

**banks** 312:16 313:16
322:11

**base** 287:4 368:1

375:5,10 376:19,20, 24 377:3,11

**based** 266:1 317:24 433:18 444:22 449:11 461:21 466:19 475:1 478:4

**basis** 250:19 251:2, 22 283:3 292:13 293:4 379:1 414:14 418:8 422:15 430:12 467:24 468:13 473:14

**BBC.COM** 330:18

**BCI** 247:20 248:9,22

**beacon** 273:19

**beat** 357:8

**becoming** 252:22 354:9 393:5 430:18

**began** 471:22,25 474:24 475:16

**beginning** 214:1 306:22 352:12 361:21 422:20,25 423:13 448:1 451:24 464:4

**begins** 348:7 368:15, 18 380:9 392:16 394:19 404:5 447:3, 17 449:16 457:10 458:21 462:2

**behalf** 196:21,23,25 197:2,4,6,9 220:5 306:7

**behaved** 454:14

**Beijing** 284:2

**believe** 208:4 210:19 212:17 218:2 219:1, 7,21 226:21 241:7, 25 260:11 273:10 274:13 278:14,20

311:19 341:7 343:16 349:10 350:8 364:16 371:14 377:15 381:2 384:22 392:19 396:10,14,24 397:1, 18 403:18 408:23 410:14 411:7 414:22 422:18 430:23 431:13,18 432:12 437:15 438:19 465:22,24 479:17

**believed** 355:9

**bell** 212:10

**benchmark** 240:10 336:22 337:16

**benchmarking** 243:16,25 245:22 357:22

**best** 198:21 209:21 215:6 230:22 287:18 369:20 384:10 477:5

**better** 200:10,11 252:10 310:6,25 386:22,23 387:4 391:9,17 424:10 475:25

**beyond** 409:15 411:4 419:10 428:23

**big** 284:2 299:4 324:18 360:4,5 380:9 399:8 436:3

**bigger** 358:21 359:13 383:12

**biggest** 346:18 362:11,14 392:25 393:9 429:7

**billion** 410:6 447:10 455:12

**Bipin** 215:3

**bit** 199:20 235:3

238:1 241:18 242:14 317:9 319:7 361:9 404:6 408:21 425:22 449:13 453:19 457:9

**black** 197:3 416:7 468:15

**blog** 363:8,18

**Bloomberg** 394:20, 22

**blue** 339:13,20 340:2

**board** 395:6 397:6,7 441:1

**bolts** 252:3

**bottom** 332:19 358:20 359:1,3,5,16, 18 368:8,14 386:8, 11 401:12 404:3

**bought** 205:18

**brand** 353:8

**brand's** 352:16

**brand-new** 423:22 448:7

**brands** 246:15 333:15 336:7 341:8

**Brazil** 465:3

**break** 199:13,15 230:19 239:16 259:22 272:9,11,18 305:12 338:1,14 363:3,12 378:13 379:21 381:24 441:4

**breaking** 305:10

**breaks** 199:12

**Brian** 248:2,3 250:7

**bring** 409:10

**bringing** 375:2 392:15

**broad** 310:6 322:22 383:21

**broader** 398:23

**Broadway** 196:16

**broke** 284:22 413:20

**broken** 277:8,10

**broker** 394:2

**brought** 424:13

**browse** 223:9 284:1

**browsed** 223:19 225:10 230:6

**browsers** 284:4

**browsing** 223:15 224:12 233:25

**budget** 209:5,6

**budgeting** 477:22,24 478:9,10,12,16,17, 18

**budgets** 349:11 478:10

**built** 362:9

**bullish** 415:20 424:3 435:19

**business** 200:18 203:3,9 205:13,15, 16,18,19,20,21,22, 23 209:8,16 210:6 215:15 238:22 277:25 289:8 291:24 310:3 314:2,16,18 315:23 318:3 326:23 327:5,14 345:13 347:1 356:25 364:11 369:24 370:4 373:13 383:25 389:5,17 390:3 395:5 398:11 414:12,13 415:19 418:12,19 429:19 430:14 451:18

Index: based–business

457:17 466:20
477:17

**businesses** 209:9

**buy** 209:22 282:14
284:4 287:18 308:20
347:22

**buying** 252:21 346:16
347:6

**by-store** 277:16

---

**C**

---

**C-A-S-E-Y** 439:14

**Caixin** 398:11

**Cajun** 438:20

**calendar** 213:3,5
219:10 221:19
239:21 240:2,25
245:12 246:2 247:18
248:6 249:7 250:12
254:16 255:18 260:7
264:19 265:22
266:11,25 267:16
269:9 271:1 307:18
308:1 314:16 315:23
325:1 352:23 389:22
425:1 427:13 432:1

**California** 196:2,17
213:14,15,17 214:21
250:21

**call** 261:14 274:9
277:17,23 287:19
293:21 295:15
305:2,4 335:15
403:9 404:20 405:5
406:25 408:17 422:3
430:22 431:23
432:10 433:16
441:24 447:24
449:25 468:22
478:16

**called** 197:21 200:25
207:8 247:20 273:14
277:19 288:7 297:10
332:6 354:24

**calls** 221:6 404:18
405:9,10,20 428:4

**camera** 263:11 416:6

**cameras** 271:12

**Canada** 324:18,20

**Canalys** 331:17
332:22,25 333:3,6
334:24 340:20
346:17 353:9 360:23

**Canalyst** 212:16,17

**capable** 460:16

**capacity** 201:16,17
306:8 395:5

**capital** 203:6

**capture** 408:2,10
420:14

**captures** 407:22

**capturing** 408:1,10

**care** 271:15 281:4
291:12 369:18,19
370:11 374:23,24
378:6

**cared** 370:10 378:15

**carrier** 209:22 344:18
345:22 347:17,19
348:8,9,15

**carriers** 343:13,22
344:2 347:19 348:21

**case** 196:14 349:20

**cases** 246:25 247:9
248:14,23 251:25
271:12 293:25
297:25 347:21,24
408:13,14

**Casey** 413:12 437:17
439:10,13 440:19

**catch** 242:1

**category** 353:9

**cause** 288:21 348:15
420:23 435:7

**cellphone** 392:21,23

**centering** 327:16

**CEO** 385:23 387:5,18

**certain** 225:17 252:21
255:7 308:3 347:22
351:23 425:23 426:4
442:22 467:25
475:15

**certainly** 220:6
326:22 327:1 393:10
448:15

**CERTIFICATION**
196:7

**Certified** 196:7
197:22

**cetera** 308:22 323:2
324:21

**CFO** 204:13,23 207:5
234:2 324:17 327:1
406:13

**Chaim** 464:7

**chain** 203:14 363:25

**chairman** 328:13,18

**Challenge** 356:8,18

**challenges** 253:20,25
254:8

**chance** 217:16 255:1
298:9 331:1 363:11
382:10 385:25
393:10 408:6 446:7
450:22 454:3 461:8

**change** 298:1 308:9
323:16,20 324:4
416:16 423:24,25
424:15 427:4 435:22
436:25 450:20
451:12 452:3,5,12,
20,21,23 453:2
455:8 456:5,10,14
457:7,15,16,24
458:4

**changed** 323:12

**changes** 252:20
339:24 381:19
414:16 418:10

**channel** 209:16

**channels** 398:21

**characterization**
312:22 349:18
396:11 397:22 398:1
450:5 462:13

**characterize** 372:2
391:23 396:19
399:17 476:12

**characterized** 255:5,
9 345:7 396:17
398:18 399:20,23
400:16,17 430:6

**characterizing**
449:10 473:10

**charm** 385:23 387:5,
18 396:4,12 397:8,
22

**chart** 257:7 273:17
275:5 283:2 354:8,
12,19,23 380:9

**charts** 257:11 354:13
355:2

**chat** 306:14 355:24
386:19 411:15
445:17

**Volume II**
**Kevan Parekh**

**Highly Confidential**

**In re Apple Inc. Securities Litigation**

cheap 341:14

cheaper 270:3 348:1 353:14

cheapest 270:15

Chicago 200:8,17

chief 406:18 407:19

China 232:16 233:5 234:12 236:2 238:10,11,18,20,22 239:6 243:18,24 244:7 245:10,25 246:2 247:18 248:7, 17,20 249:11 250:8, 15,22 251:5,9,13 254:20 258:7,16 260:8,13,17 262:17, 25 263:3,15,19 264:5,9,19 265:5,11, 22 266:12,23 267:2, 9,10,13,18,20,23 268:3,7,12 269:11, 20,23 270:3,16 271:3 273:11 274:23,25 275:19 276:10,13 277:17,24 278:13,17 279:7,9, 15 280:25 281:10,23 285:6 286:16,22 287:13,21 288:20,25 290:5 291:25 293:13 294:10 298:3,9 299:3 300:5,10,12, 15,20 301:7 302:1 307:3,18 308:1,7 309:7,9,16 310:1,9, 12 311:10,16,20 312:2 313:20 314:2, 22 315:8,9 316:21 317:8 318:15,20 319:21,23 320:16 321:14 322:6,7,14 323:14 324:9,25 325:5,11,15,20

326:13,23 327:6,11 328:1,25 329:1,11, 15 330:1,2,3 331:21 332:9,16,17 333:19, 21 334:16 335:2,18 339:2,24 340:10,14 341:6 342:11 343:23 344:16 345:1,13,19 346:10,13,18 347:2, 11 348:9,17 350:16 352:6 353:14,21 354:9 355:4 356:9, 18,25 358:23 361:24 362:11,14,21,22 365:11,12 383:3,16, 23 384:4,9 385:4,23 387:5,19,22 388:4,6 389:22 390:2,15 391:12 392:23 393:5,8,11 395:4,11, 12,13,18,20,25 396:6 398:21 399:18,24 404:6 408:21,22 409:2,21 410:7,24 425:1,12, 24 426:4,9,13,23 454:11,22 464:7,14, 20,23 465:2 468:1, 17

China's 330:19 332:20 368:15,23 369:1 382:12 383:9 402:11

Chinese 232:12 247:20 255:17 257:15 259:3 262:18 263:3,8,13 269:10, 19,22 270:1,13 271:2,11,14 301:5, 24 326:3 327:10,25 328:3,5,10,13,18 333:16 334:11 335:22 336:7 337:3, 5,6 340:13 341:7 343:12 346:1,16

347:5 349:9,16 350:25 351:20 352:8 354:20 357:7,16 358:15 359:6,20 360:11,21 388:9,11 392:5 393:25 394:24 401:24 426:7,10

Chinese-made 394:25

chips 394:24

choices 264:2

chosen 404:9 438:9

Chris 196:24

Christmas 468:14 470:1,4

Christmastime 469:25

CI 248:2,3

circulated 432:10

circulating 432:15

circumstances 472:17

cited 350:23 351:6

citing 350:4,6 360:23

City 202:7

Civil 216:22 217:6

claims 385:22 387:5, 18

clarification 200:9 202:24 203:12 219:3 235:20 241:16 244:1 285:16 299:16 338:20

clarified 384:2

clarify 198:20 200:6 216:5 218:9,20 227:14 242:19 246:6 255:4,6 258:22

269:1 271:8 282:2, 19 290:9 293:1 299:25 315:1 342:2 386:5 404:1 427:3 432:3

clarifying 324:2 426:21

Class 217:3

cleaner 386:13

clear 198:17,22 200:5 213:3 252:10 296:16 299:11 313:17 325:17 343:2 386:9 399:25 400:2 449:6 468:24 471:21 474:22

clearly 241:20

click 216:13 338:22 355:16

clicked 351:14

client 435:7

close 351:12

closely 240:19,22 257:11 304:1 307:19,20,22,24 348:21 450:1

closest 389:14

closing 469:19

clothing 323:2 383:24

cofounder 457:10,13 458:10

collates 273:16

collating 276:14

colleague 286:9

colleagues 451:5 459:9

collect 248:8

collected 246:22
248:4

collecting 421:20

collection 281:21
287:20

collectively 448:9

collects 249:4

color 313:14

colors 416:7

combination 317:23

combined 241:19,21

come 214:6 272:13
282:13,14 283:23,24
284:1 290:22 301:7
304:22,25 338:18
417:18 454:2

comes 273:16 288:12
328:22 330:20 395:4
452:3,5,12,23

comfortable 214:5,8

coming 273:4,6 275:9
308:7 313:19 321:13
329:11,14 332:4
341:6 357:25 453:2
464:15,19

comma 462:18

commensurate 449:8

comment 397:21
410:8,12,17 433:12
444:10,23 445:1
455:5,20 456:13
458:15,19

commentary 198:10
219:14 313:14
314:12,13,21 315:11
317:6 321:12 323:4
325:6 335:5 366:21
408:2 425:10 430:23

comments 219:2,7
407:5,17,22 408:2,7
425:13

commercial 209:20

Commission 328:19

committee 405:7
406:2,9,10,12,13,14,
15,16,17,19,21,22
407:4,17 432:11

communicate 261:11
287:15 379:1 473:4,
10

communicated
417:14 419:24
442:8,20

communicating
410:23 411:1,6
437:22

communication
388:8 411:11 432:25

communications
221:7 391:11

community 376:10
377:8 385:5 422:6
458:4

comp- 361:5

companies 263:20
341:8 388:11
394:23,25

company 200:25
211:4 235:17 250:1
255:16 274:12
280:8,23 298:23
309:25 310:17
311:1,2 315:22
316:11,12,20 317:5,
7,17 318:6,19 324:7
352:17 371:6 374:6
389:11 391:9 392:4,
6 421:19 422:11,17,
19 423:8,19 425:23

427:18 429:2 432:19
436:19 437:12
442:22 444:5 451:16
455:12 459:25 465:6
466:2,16 471:5
472:11,14

company's 232:11
233:4 234:11 235:24
236:21 237:1 253:3
307:2 325:19 372:8
375:15,17 390:14
411:23 412:2 422:6
434:11,16 443:14
444:12

company-wide
303:22

comparable 254:22

compare 240:21
246:1

compared 262:20
311:17 360:24
453:12 478:14

comparing 381:16

comparison 287:5
304:10 362:6 381:23

comparisons 242:24

competing 263:14,19
414:24 415:7,10,11
429:20,24 430:8

competition 232:11
239:22,23 240:4
244:22 245:1,2,12
254:20 255:6,17
257:14 258:6,9,12
259:2 341:25 342:4,
5 344:25 357:16
358:8,14 425:11

competition,' 344:19

competitive 242:24
243:1 255:21 258:14
259:4 260:16,20,22

337:7,16 340:22
341:15,20 342:8
351:2 361:4

competitors 255:8
336:22 341:21 343:1
345:1 349:5 350:9
352:6

compiled 248:13
288:13

compiles 275:4,13

compiling 256:5

complaint 218:3

completed 403:1

compliment 435:4

components 336:24
466:20

compounding 344:17

comprises 291:24

computer 284:11,14,
17 285:2

computers 285:6
462:9

concept 266:5

concern 214:17
408:24 469:16

concerned 434:24

concerning 229:6
237:2 262:7 313:11
318:19 321:11 332:3
345:13 350:16
364:22 410:23 412:3
432:9 434:17

concerns 421:5
441:13

conclude 420:24
449:4

concluded 414:16
431:16 436:2,21

437:12 468:6,8
471:15 479:24

**conclusion** 381:19,
20 464:21 470:11

**conditions** 233:5
234:12 307:3,17,18
308:1,2,15 313:1
318:20 319:21,22
320:16 323:13
324:25 325:5,11,15,
20 328:24 330:1
331:21 340:14
344:18 347:2 350:16
356:24 383:2 390:15
391:1

**conference** 405:5,9,
10 406:24 408:17
430:22 431:23 432:9
447:24

**conferences** 408:17

**confidence** 308:18
309:3 312:24 313:3,
10,11,19,23 314:5,
13,14,21 315:9,12
318:11 321:11
322:1,5,7,11 323:1
325:6 335:5,8,15
476:10,25

**confident** 475:3

**confidential** 289:15,
19,20,21,25

**confirm** 223:9,22
233:19 234:7 457:5

**confirmation** 222:1
432:16,18,19

**confirmed** 222:3
224:18 225:14

**confusing** 427:16

**connect** 319:21,22,24
347:23 397:8

**connecting** 452:20
461:23

**connection** 201:15
335:17 428:17

**Conroy** 295:13

**Conroy's** 304:2

**consequences**
409:11

**consider** 245:14,17
246:19 292:19
314:17 319:16 325:7
328:25 337:6 343:3
345:10,12 346:6,14
353:24 361:16 367:8
369:21 372:16,17
373:20 464:25
470:15 477:8

**consideration** 240:9
245:6 246:20 252:13
255:7,23 256:10
258:17 259:9,15
263:23 264:1 282:10
292:3,6 304:3 314:1,
4,19 316:4 318:5
319:10 320:10
323:10 329:21
334:15 335:4,8
342:18 343:9,10
349:2 370:3 414:25
422:14 429:8,23

**considerations** 304:4
342:24 363:25
430:16 468:14

**considered** 264:5
265:22 308:6
313:21,22 314:15
317:4 318:12,19
331:19 332:2,5
335:6,17,19 336:18
337:3 342:9 344:25
345:14 349:15
356:23 361:3 363:19

366:14,21,23 367:7
383:1 385:5 400:10,
13,15 436:6 458:6
470:21 473:6

**considering** 317:12
415:12

**considers** 315:22

**consistent** 274:21

**consolidated** 277:5,7
292:9

**consolidates** 262:12

**Constitution** 214:21

**constraining** 419:12

**constraints** 414:15
416:5 418:10

**consult** 443:9

**consumer** 211:11
307:5 308:18 309:3
312:24 313:3,10,11,
19,23 314:5,13,14,
21 315:9,12 318:11
321:11 322:1,5,7,10,
25 323:3,5 325:6,22
335:4,5,7,15,18
337:1,3 346:2 350:3,
4,6 383:16,21,25
409:8 457:11,13
476:14

**consumers** 211:11,
13 309:23 336:5
337:6 339:24 345:21
346:16 359:7 360:21
382:12 383:9 397:16
425:16 475:23

**consumption** 383:11,
16,17

**contagion** 464:13,19
465:1

**content** 220:13
225:22

**contents** 220:4,7

**contest** 354:10

**context** 227:15

**continue** 203:23
210:22 333:15
380:24 420:10

**continued** 369:11
380:5,18 427:25

**continues** 404:3

**continuously** 469:5

**contract** 211:21,23
212:18

**contributed** 455:11,
17 456:3,14 457:2,6

**controller** 276:15
277:20 286:18

**conversation** 227:16,
22,25

**conversations**
220:10 221:9 225:22
226:7 238:14 326:8
419:6

**Cook** 253:23 254:3
279:11 302:11
325:9,13,23 326:1,
12 327:8 388:8
389:7 394:1 395:4,
10 400:23 401:14,
19,23 409:19 410:11
413:21 418:22
437:25 438:13
440:16 473:5,20

**Cook's** 403:15 409:6

**copies** 361:20

**copping** 380:10

**copy** 386:13 387:4

**core** 243:3,5 440:3

**corner** 217:2

**corporate** 202:2,22 203:4 205:8 295:24, 25 318:4 394:1 406:16 413:12 437:17 466:20 478:3 479:11

**correct** 201:9,22 203:24,25 204:20 205:1,2 206:20 207:10,14,15 220:18 222:5 224:19,20,22 228:25 229:1 231:13 236:13 239:9 242:15 245:18,21 255:12 257:6 262:14 269:20 270:24 271:20 275:11 279:11,20,22 286:2 292:6 303:2,3 304:19 306:5 313:5 315:7,10,12 317:3 330:2 333:20,22 346:2,11 347:2,6 348:2 349:17 354:23 355:6 357:11 360:13 362:13,15 370:22 371:6,13 374:20 375:10 376:6,7,16, 19 377:9 378:19 392:7,22 393:13,20, 22 396:2 400:7 405:15,17,18 407:2, 6 416:23 423:7,10, 14 426:25 433:21 437:4 438:14,16 442:9 453:11 454:12 469:9 471:25 472:14 477:20

**correctly** 245:19 261:15 453:17 474:13

**correlate** 282:17 284:6 308:24 319:25 320:1 375:9 379:19

**correlated** 375:1

**correlation** 283:20 320:3 375:11,12,14

**correspondence** 224:11 231:24 442:23

**cost** 348:16 349:15 478:15

**costs** 478:11

**counsel** 196:18 197:13 220:24 235:10 238:14 330:9 368:9 406:14 445:19 478:23

**count** 224:1 369:10 380:4,18

**Counterpoint** 334:4, 5,6

**countries** 267:7,22 288:22 389:17

**country** 297:23 298:18 348:11 392:24 393:12,14

**counts** 276:22 277:7

**couple** 226:11 227:3 229:23 339:20 410:15 413:5,9,24, 25 414:1 415:22 418:14 430:6 440:7 441:13

**course** 323:16,21 392:24 393:8

**court** 196:15 198:8 416:21 420:11 459:21 466:25 479:2

**coverage** 324:16

**covered** 229:15 319:4 388:6 389:24

**covering** 208:21

**covers** 289:12 323:1

**cozy** 400:24 401:14

**credence** 475:6

**credible** 364:3,5,7,21, 23 365:13,24,25 366:1,10,22 367:8

**credibly** 330:1

**criticism** 424:24 425:5

**criticizing** 458:11

**critiquing** 425:10

**cross** 223:2 234:14 264:15 266:7 403:15,25 408:20

**Cupertino** 243:15 304:16,17 352:17 390:11

**curious** 409:1

**current** 207:24 210:25 213:18 215:8,20 219:19 255:22 319:7,14 336:20 364:13,22

**currently** 471:5

**curve** 345:20

**curves** 473:12 475:1

**customer** 232:14 233:8 235:18,25 239:7 262:18,19,20 270:25 272:6,23 274:7 290:4,11,15, 16,21,22 294:13 296:12,17 297:14,24 347:25 348:4 453:4, 7 454:10

**customers** 252:21 263:3,4,8 264:2 271:15 293:25 297:22 347:5,20 349:10,16,19,21,22

368:2 374:23,25 375:2,4,5 400:24 401:15 452:13,24 453:21,24 454:4,5, 14,19,20 457:15

**cut** 266:8 312:11 408:4

**cutting** 343:13,22

**cycle** 319:17 335:2,9 363:10 385:14 454:6,7,11,16,19

**cycles** 334:22 335:9, 12 454:8,23

**czar** 328:11

─────────

**D**

─────────

**daily** 276:25 278:12, 14,17 279:6,9,15,23, 24 280:9,16,18,19, 24 281:9,23 282:4, 20,22,24,25 290:25 291:3,8,9,11,17,21 292:1,7,10,15,18,20, 24 293:2,3,8,12,23 294:9,15,16,17,19, 21 295:1,6,14,19 296:19 297:1,3,5 301:8,9,10,12,20,24 302:12,13 303:7 467:5,7

**Dan** 196:22

**dashboard** 296:7

**data** 211:14 236:11 240:11,12 246:12, 14,22,23 247:17 248:6,10,13,22 250:13,21 252:4 253:3,24 256:5,6,9 262:10,12 273:5,15 275:1,20 277:13,14, 16 279:4,5,6,9,15

281:3,14,25 282:3,5, 22,24,25 283:14,22 284:10,13,16 285:1, 9 287:10,24 288:17, 20,24,25 289:9 290:25 291:22,23 292:20,24 293:2,12, 25 294:10,12,19,21 295:6,8,15 296:3,20 297:2,4 301:11,24 308:3,6 322:4,6 329:14 330:4 331:25 332:3,22 337:16 347:20,23 348:4 363:18 366:13,14 383:1 427:25 430:25 455:11 457:1 474:20 475:3,5,9 476:16

**database** 275:10,13 285:21 297:9,13 298:4

**date** 196:11 213:4 289:16 422:25 434:8 436:4,5,8,10,14,20 437:2,4 439:18,24, 25 466:8 473:21

**dated** 330:19 339:1 340:9 387:6 402:11 403:9 445:11 446:2

**dates** 220:6 261:24 469:18

**daunt** 349:9

**Dawson** 321:20

**day** 223:25 224:5 289:22 290:1 293:5, 6,7 440:13 444:1,9, 16 455:13 456:22 468:16

**day-to-day** 293:5

**days** 227:3 475:3

**de-** 311:17

**deal** 395:4

**deals** 389:11

**debate** 413:6 415:13 417:10 428:24 430:6

**debated** 415:5 428:23

**debates** 254:1

**debating** 383:11 413:4

**Decade** 402:12

**decades-old** 458:24

**decelerating** 311:12, 13

**December** 234:3,6,8, 24 324:22 447:20 465:24 466:3,4,5,9, 11,13 467:15 468:3, 5,6,8,11,24 469:10, 14,19,20 470:2,6,7, 13,19,25 471:18,25 472:7 473:23 474:14,23 475:7,8, 12,13 476:5

**decide** 422:19 423:8 442:17

**decided** 200:7 436:5, 10,14,16 437:12 459:25

**deciding** 429:1

**decision** 208:24 236:25 412:1,21 414:1 415:5,6,13 420:1,2 424:9 427:8, 9,19 428:1 430:7 431:10,11,14,21,24 432:5,22,25 433:4, 19 434:5,14 435:14 436:3,7 437:24,25 438:10,12 439:9,20 440:25 441:12 442:9 443:10 453:4 459:5

465:10

**decision-makers** 253:7

**decision-making** 412:18

**decisions** 208:25 215:12 429:23

**decline** 311:17 333:13

**declined** 368:24 369:2

**declining** 311:10 343:14 383:17

**decrease** 369:3

**Defendant** 216:21 217:5

**defendants** 197:7,10

**define** 265:1 293:22 307:20 367:24 373:11 478:18

**defined** 295:16

**defining** 307:22 463:22

**definitely** 269:22 323:20 358:7 364:5 395:13 422:9 470:1 472:19

**definitive** 436:4,8 470:10

**delay** 421:9,13,20 422:1

**delineation** 209:25

**deliver** 447:9 448:9 477:6

**demand** 233:8 290:6, 13 293:22 296:13 297:8 304:3 307:6 317:10,11,16,21

318:4,25 319:15 321:8 324:12 325:23 335:18 346:7,12 348:25 361:17 363:10 364:6,8,14, 18,19,23 365:4 370:5 375:20,25 376:4,13 389:6 416:8,10 474:5 477:9

**demands** 358:23

**denied** 395:1

**department** 206:7 389:10

**departments** 242:17

**depend** 374:3 377:22

**dependent** 380:23 381:3 469:1

**depending** 248:23 249:24 257:3,4 278:8 309:11 364:4

**depends** 224:5 248:15 264:11,24 265:1 271:4 291:15 308:8,10 348:5 353:25 365:15 373:25 374:13,17 378:6 427:5 443:8 464:24

**deployed** 397:14

**DEPONENT** 306:17 315:1 316:1 317:21 320:9 321:1 326:7, 22 327:21 329:4 332:13 338:22 340:17 341:19 343:7 344:1,10 345:5 346:5 347:9 348:20 351:13 353:4,23 354:18 355:1,8,16, 25 357:19 358:5

360:2,16 361:8,15
362:20 363:22
365:2,7 366:8
367:13,21 368:11,19
369:18 370:3,15,25
371:9 372:1,13
373:6,19,25 374:12
375:23 376:13
377:2,22 378:5,18,
25 379:10,22 381:2
383:20 384:8,20
385:7 386:22 387:1,
8 388:14 390:18
391:14,19 392:1,10
393:22 394:13
396:17 397:1 398:5
399:15 400:3,9
403:21 404:24 406:1
409:24 411:10
416:23 420:15,20
421:3,12 422:1
425:4 429:7 433:4,
10 434:8 435:11
436:13 438:3,25
439:13 440:12
443:4,23,25 444:8
445:16,24 446:25
448:5,19 449:20,22
450:9 455:2,19
456:20 457:5 459:16
460:21,23 466:8
470:9 471:10 473:9
474:3,18 476:12
477:4 479:1,5

**deposition** 196:12
201:10 214:2 216:21
217:4 225:21 226:3
228:4,8 231:17,24
235:5 239:16 259:22
261:17 272:18 304:8
306:23 325:14,18,24
351:12 391:5 411:17

**Derek** 327:21 361:12
372:21 379:6 384:20
460:13

**derived** 317:12

**describe** 202:17
203:19 205:10,15
206:21 207:22
209:13 211:6 215:7
221:5,12 239:21
248:19 254:21 261:4
262:18 272:22
279:18 297:12 308:5
414:6 417:13 465:20

**described** 212:21
215:10 219:18 230:4
256:22 258:5 283:13
288:16 298:15
342:19 429:21 431:2
435:11

**describing** 434:20

**Deshmukh** 197:1

**designate** 289:15

**desk** 404:19

**despite** 339:2 340:11
349:11

**detail** 289:10

**details** 261:12

**detention** 234:2

**determination** 317:22
361:17

**determine** 253:12
281:14 300:3 318:25
322:20,21 434:5
466:18

**determined** 465:21
466:16

**developing** 318:5

**development** 203:9

**developments**
340:24 341:22
389:16,23

**device** 448:8

**devices** 334:23
335:22 343:15
344:20 346:20

**dictate** 426:19

**Diego** 196:17

**Dierdra** 303:5

**difference** 208:11
209:10,13 294:6
310:15 317:18

**differences** 477:23

**different** 202:3
208:24,25 209:18
210:5,6 213:3 230:6
238:1 241:14,15
242:16,18,21,23
243:4 244:13 246:15
247:19 264:14
271:6,13 273:21
275:18,24 276:1,4
281:2,16,20,25
287:17,20 288:9,10,
16,21,22 293:6,24
298:20 300:15,18,19
302:23 304:13
307:21 317:15,16,25
319:13 321:15
334:12,14 350:11
355:11 358:6 359:7,
18 361:20 365:8
367:23 368:4
377:11,12 380:7
381:19 385:3 389:16
405:14 406:20
416:12 434:20
448:23 455:25 460:8
463:19 465:4 467:17
468:20 472:6 473:12
475:22 477:24

**differentiating** 272:6

**differently** 357:22
377:12

**difficult** 283:22
454:18 464:8

**difficulty** 235:4 464:1

**digested** 340:13
350:16 352:22
363:19

**diminished** 345:22

**direct** 214:6 306:12
307:1 350:22 368:8
411:20 446:13
451:20

**directed** 359:17

**directing** 341:2
408:16

**directional** 273:7

**directly** 299:8,9
358:22

**director** 203:8 208:1
210:11 344:20

**disagree** 367:18
447:15 452:17
455:23,25 456:16,25
462:13,24 464:18

**disappointing** 383:10
398:11,17,19
399:18,21,24
400:15,17,18,22

**discern** 300:8

**disclose** 220:4,7
221:6 238:13 459:5

**disclosing** 238:15

**disclosure** 405:7
406:2 418:2 432:10
433:13 443:21 444:5
458:3 460:1,2,5

**discuss** 233:12
322:14 391:9,17
427:25

**Volume II**
**Kevan Parekh**

**Highly Confidential**

**In re Apple Inc. Securities Litigation**

**discussed** 228:13 318:14 414:8 428:23 436:17 460:6 473:25

**discussing** 318:10 408:18 431:5 470:6, 20

**discussion** 244:4 274:3 301:1 412:17, 23 413:1,3,7,8,11, 18,23 414:4,20,23 415:9 416:1 417:3, 10,22 419:10,21 420:6 427:18,22 429:11 430:3 437:1, 5,10,19,21,23 438:21 439:18 440:1 441:11 442:16 466:15

**discussions** 220:4 237:15 326:2,13,17 327:9,16 388:16,19 390:6 391:20 412:19 413:2,13,15 414:7 417:7,11 423:12 428:3,4,8 433:5,11 443:4

**DISMANTLING** 196:5

**display** 263:11 271:14

**dissemination** 433:6

**dissipate** 427:24

**distinction** 210:4,7 333:7

**distinguish** 282:13 283:23

**distinguishing** 343:7 478:1

**distort** 418:18

**distorted** 418:9,25

**distressed** 203:15

**distributed** 296:21 407:4

**distribution** 295:21 296:1,25 303:7,9,18 433:12

**division** 205:9 392:6

**divisions** 205:14

**document** 216:19,25 217:20,21,22,25 218:1 228:19,25 239:8,10 306:17 330:16 337:19,25 338:9 339:17 351:8 355:14 356:3 363:2 382:6 387:3 402:5 403:3,22 445:13,18 461:7

**documentation** 428:11,13

**documents** 226:24 227:24 228:2 230:3 231:22 406:6

**doing** 208:24 289:13 337:14 353:5 364:12 379:20 408:23 415:19 427:12 432:19 457:22 460:12 467:21

**dollar** 449:5

**dollarization** 317:23

**dollars** 270:23,24

**domestic** 368:15,23 369:1

**dominate** 333:15

**Donal** 295:13 304:1,7

**Donal's** 304:4

**dotted** 202:11 204:9

**double-digit** 384:17, 23

**doubt** 198:18

**Dowd** 196:21,23 197:2,4

**download** 272:4

**draft** 407:23 430:22 432:9,13,20,21

**drafting** 442:4,21

**Dranse** 243:13

**drawn** 374:24

**Drive** 363:9

**driven** 309:21

**driver** 308:24

**drives** 281:4

**driving** 376:21,22

**drop** 341:6 346:21 462:9,16,19

**dropped** 368:10

**drove** 455:21

**dual** 215:18 241:8 271:14,20 360:4,6 362:20 399:19 416:5

**dual-sim** 358:22 359:14 362:12,14

**dual-sim-card** 362:1

**due** 341:6 395:17 399:19

**duly** 197:21

**dwarf** 357:8

**dynamically** 324:4

**dynamics** 340:22 341:20 342:25 347:10 350:24 351:2 363:24 468:21

---

**E**

---

**E-D-W-I-N** 249:14

**e-mail** 221:23 222:3, 20,23 223:1 224:6,7, 17,21 225:4,5,10,19 228:9 230:4 231:23 233:16,25 235:4 260:19 261:12,13, 18,23 262:6,8 277:18

**e-mails** 221:17,21 222:3,9,10 223:13, 20,24 224:10 225:18 230:6

**earlier** 208:1 215:10 224:16 226:15 253:11 261:23 276:16 288:2 307:9 308:10,12 315:17 321:20,23,24 323:14 324:17 333:1 335:16 342:19 352:5 357:3 370:5 374:12 388:15 393:19 397:2,5 429:2 431:3 468:10 470:6,25

**early** 223:17 232:1 233:21 247:22 304:21 310:13 331:21 335:3 337:14 350:14 366:24 367:10 394:10 415:25 417:7 468:22 470:10,18 471:25 474:23 475:12,13 476:4

**earn** 381:7

**earned** 374:10

**earnest** 233:18

**earnings** 219:2,8 229:11 230:11 403:9 404:18 405:12 406:3,6 407:15 412:10 415:17 417:17 419:22 420:7

421:19 422:3 428:4,
8 431:1,18 432:1,5,
13,17 433:7,11,15,
16,21 435:13 436:18
437:9 441:24
444:10,13,17,18,23
465:7 476:21 478:15
479:10

**East** 264:11 267:5

**easy** 272:4

**economic** 233:5
234:12 307:3,17,25
313:1 317:3 318:20,
22,23,24 319:2,4,21,
22 320:15 323:13
324:25 325:4,11,20
328:10,24 330:1
331:21 340:13
356:24 364:10 365:8
383:2 390:15,19,21,
25 391:3 409:9

**Economics** 395:6

**economies** 365:9

**economy** 364:11

**Ed** 249:18,19 257:23
321:22

**edged** 447:8

**edit** 405:4,20

**edited** 403:9

**edits** 406:25 407:5,
13,25

**education** 200:2,4

**educational** 199:20

**Edwin** 249:10,13,14
276:15 277:20
286:2,18 321:23

**effectively** 348:10

**efforts** 237:2 412:3
434:16

**eight** 202:18,19 203:7
217:10 306:21
333:13

**Eight-year-long**
330:20

**either** 199:15 212:14
279:14 286:17
300:24 303:7 317:6
397:2 398:6 399:3,8
410:7 431:15 456:16
474:15 476:13 477:1

**elaborate** 342:1

**elaborated** 242:14

**Elazar** 464:4,6

**electrical** 199:23

**electronic** 383:25
432:24 433:6,12

**electronically** 261:4,
5 408:8 442:8 443:7

**electronics** 323:3,5

**element** 245:15 457:6

**elements** 244:11
308:4 321:16

**elimination** 455:10,
16 457:1

**email** 407:7 408:14
417:13 419:18

**emailed** 419:24 420:4

**emerging** 232:16
233:6 307:4 325:21
394:14 464:13,19
465:1 468:1

**employment** 328:25
329:15

**end-customer** 296:12

**ended** 200:16,18
431:22 433:20

**ends** 320:21

**engagement** 215:13

**engineer** 201:5

**engineering** 199:24
200:7,16 205:24
208:8 209:4,5,6

**entered** 203:21

**entire** 239:10 256:21
257:2 295:21 296:1
331:4 416:19

**entirely** 308:19

**entirety** 219:11
330:24

**entities** 300:18

**entitled** 222:22

**entry** 416:24

**entry-level** 334:21

**environment** 321:22

**equal** 475:18

**equally** 373:22 374:9

**equivalency** 336:19,
23 337:4,8

**equivalent** 286:19
287:18 336:7

**erosion** 348:9,15

**escalating** 324:8

**especially** 284:2
326:25 456:22 475:7

**estimate** 311:5 318:5

**estimates** 247:1,14,
23,25 308:16,17
309:10,18 310:11,16
311:3,13,19 312:4,
17,18 324:4 329:11
334:12 345:8 346:21
455:10 477:5

**estimation** 346:7

**et** 308:22 323:2
324:21

**Europe** 202:12,15,16,
20 204:7,12,13,14
268:20 393:13,14,18

**European** 204:4

**evaluate** 240:15
246:1,7 247:17
251:20 252:12
254:19 290:6 298:23
299:12 321:13
322:5,7,15 324:7
414:18

**evaluated** 239:22
244:24 254:22
255:17 340:13
405:11

**evaluates** 255:17
262:12 281:9

**evaluating** 240:3
244:25 257:14
258:6,8,11 280:24
281:2,7,13 282:6
283:15 389:21 390:2
410:18 422:17 471:1

**evaluation** 232:11
233:4 234:11 243:20
244:22 254:19 294:8
299:8 307:2 325:19
329:1 390:14

**event** 293:21 297:11
324:18

**events** 233:23,25
234:1,8 235:6
327:16 416:11

**everybody** 213:17
278:24

**everybody,'** 458:9

**everyone's** 407:22

**exact** 439:18,25 473:21

**exactly** 222:15 223:8, 21 226:12 244:15 263:19 293:14,17,18 302:3 304:12,14 361:9 394:15 403:11 408:9 414:5 431:24 432:14 433:25 436:4,5,14,20 439:22,23 440:1,13 444:9,15 463:15

**EXAMINATION** 198:1

**examined** 197:23

**examining** 338:16

**example** 212:2 234:3 245:2 250:2,3,14 251:12 266:4,22 267:3 275:21 287:12 288:23 291:1 298:2, 17 299:3 300:5 309:2 314:6 339:19 416:4,15

**examples** 211:18 233:16 271:16

**Excel** 477:15,18 478:8 479:14,16

**exchange** 309:6 316:9,10,15,16,22 318:11 321:12,21 362:8,9

**exchanges** 224:7

**executive** 328:10 344:20

**executives** 327:24 388:19 418:4 457:17 462:2,3,7

**exhibit** 216:8,9 306:11 330:8,13 337:23 338:12,17 351:9,18 352:3

355:15 356:5 382:8 385:17,18 387:3 402:7 403:5 411:15, 16 445:6,7,22 450:13,14 460:10,24 461:2

**exhibits** 351:12

**exist** 351:2 360:3 368:2

**existed** 209:25 271:17 476:4

**exists** 296:7 301:11

**exiting** 410:7,12

**expect** 199:5,13 313:24 344:15

**expectation** 309:11

**expectations** 312:14

**expected** 274:18 309:8 314:2 424:10

**expecting** 344:11

**expects** 346:21

**experience** 200:3 211:12 348:2 424:20,21 435:16 477:7

**experiencing** 402:22

**explain** 289:4 317:1, 18 465:20

**explanation** 267:15 297:17

**explicit** 314:5,10

**extending** 454:6

**extends** 454:19

**extent** 218:17,18,24 219:19,22 220:11 308:14 389:18 391:10 423:12

**external** 376:17

**externally** 376:17

**extra** 232:23

**extraordinary** 258:19 259:16 260:12

**extrapolate** 293:1 475:1

**extremely** 360:23

---

**F**

---

**F-E-N-G-E-R** 250:5

**face** 447:18

**Facing** 450:20 451:12

**fact** 341:13 344:6 348:15 366:4 381:20 405:14 409:20 412:13 416:5 419:12 430:24 445:16 448:1 459:24 477:5

**factor** 251:24 259:4 260:4,5 283:6 284:5 303:19 310:3 315:21 316:17 336:24 342:5,9,11,12,14,16, 17 343:3,4,10 345:14 346:1,6,13 348:25 352:21 353:20 354:1 358:13,14,16 361:4, 16 369:21 370:9 371:2 416:6 424:12 468:17 472:7

**factored** 320:17,20

**factories** 203:23

**factors** 252:12 258:15 259:15 309:21 314:4,17 316:3,16 317:3,4,6 318:1,10,24 319:16

320:13 331:23 332:5 342:18 343:9 373:20 375:17,19,24 390:21 414:15 415:1 416:9 418:9,10 419:1,3,4 422:12 429:23 430:14,18 436:6 448:21 456:1,21 465:18 477:8

**facts** 235:9

**factual** 397:20,25

**fading** 368:11

**fair** 204:19 210:2 223:18 227:3 230:14 232:2,3 235:2 242:18 248:4 258:13 259:1,8,13 260:4 262:6 264:4 266:11 268:2,11 269:18,25 302:7 307:17,25 311:9,14,16 312:15, 22 316:19 324:16 326:1,12,15 331:18 333:4 336:18 337:9, 13 343:19,21 344:24 345:25 349:1,14,18 353:19 355:4 361:2 366:2 367:6 380:22 381:6 382:25 383:6 385:4 387:20 388:1, 12 404:21 409:19 410:22 422:7 423:15 432:8 450:5 456:17 463:4,10,23 466:5 472:22,23 477:7

**fairly** 203:14 425:6

**fall** 380:23 394:14 443:20 467:18

**fallen** 332:20

**falling** 455:11,17 457:2

**familiar** 232:22

234:19 262:1 307:11
328:12,16,23 331:16
334:4,5,8

**far** 215:10 258:13
267:25 289:16 296:6
303:18 321:4 362:12
364:19 369:5 377:12
389:20 419:11
434:23 461:21

**fast** 241:19,21 381:13
453:6

**fast-growing** 264:14

**faster** 265:4 454:16

**fastest** 265:6,13

**feature** 243:25
245:15,22 272:5,6
362:1,21

**features** 232:15
240:10,21 242:23
243:1 244:24 245:6,
24 263:15 271:2,7
331:24 332:3 334:22
357:7,21 358:21
359:13,20 360:4,12

**February** 339:1
340:1,10 363:7,9
366:4 369:25
370:12,20 371:21
372:17 373:3
377:15,25

**Federal** 216:22 217:5

**feed** 420:18

**feedback** 211:13

**feel** 397:25 423:25
454:3 456:9 473:14
475:3,16

**feeling** 475:10

**feels** 398:1

**fell** 346:19 449:24

455:9

**felt** 415:4,18 424:9,
10,15 425:5 435:17
436:24,25 448:12
465:24 470:15,22
477:9

**Fenger** 250:3,5

**fewer** 346:17 347:6
378:2 381:7 449:1,7

**fierce** 344:19 345:2

**fifth** 352:17

**figure** 313:10,15,19
372:20 467:19

**figures** 276:25 277:5
313:13,25 314:1
315:6,9,12 458:25

**file** 216:17

**filings** 407:19

**final** 254:2

**finance** 202:2,22
203:5 206:7,23
207:7,8,9,10,20
208:1,3,5,6,10,12,
17,20 209:11,15
210:1,11,25 213:22
215:13,22,24
256:16,23 257:24
277:24 286:10
289:8,11 297:2

**financial** 203:22
205:12 206:2 208:25
209:8 229:10
317:17,22 318:5
372:8 374:5 375:16,
18 377:9,13 379:1
422:7 463:16 472:9
477:6 478:19 479:1

**financially** 317:7
422:11

**financials** 289:8

**find** 274:16 285:12
364:21 365:13
373:22 394:17

**fine** 197:15,17 218:13
220:20 221:1,2
226:5 228:12 238:15
267:14 277:3 354:17
409:16 420:17 435:9

**finish** 199:15 230:21

**finished** 249:16
331:11 340:1,8
446:12

**firm** 247:20,22,24
332:22 335:21
344:21 346:17,20
360:23 457:15
478:12

**firms** 211:15,19 212:6
247:1,11,14,16,19
249:1 250:16,19
251:1 332:25 333:21
346:25 443:9

**firmwide** 402:22

**first** 197:21 202:18,19
204:12 211:4,5
214:3 248:1 271:23
309:7,17 310:2,9
311:15 312:3 313:20
314:15,22 315:16,
17,19 316:21
318:16,20 319:23
321:2,3 322:8
332:19,20 333:12
337:10,11 339:19
350:9 352:22,23
358:20 359:1,3,4,5,
10 361:8,10 368:24
369:2 415:16 416:13
422:20 423:6,9,16,
20 424:17,23
427:11,16,19,22

436:16 448:1 452:2,
7 458:17,18 462:6
465:7 466:14 472:13
474:13

**firsthand** 326:16
388:22 390:5

**fiscal** 213:2 384:1,22
415:15,16 422:21,25
423:7,9,13,16,17,20
424:17 427:13,16,
20,22 435:15 436:23
447:4,6,11

**five** 222:13 239:13
272:11 353:8

**five-minute** 338:1

**flag** 473:16,19

**flow** 297:15

**fluctuates** 266:1

**focus** 262:25 263:3
271:11 329:15,18
336:25 353:9

**focused** 263:8 337:1
391:3 463:19

**focuses** 317:10

**focusing** 471:22

**folks** 214:8 243:18

**follow** 211:14

**followed** 431:7 450:1,
6

**following** 238:20
302:3 446:23

**follows** 197:23 242:9
284:24

**foot** 276:5,7 281:9

**Forbes** 338:25 340:9
350:14,19 351:4

**forecast** 304:1
317:11,17,21,22

Volume II
Kevan Parekh

**Highly Confidential**

In re Apple Inc. Securities Litigation

318:4,25 320:18,22
321:8 376:13,21
436:19 437:9 467:15
468:18 469:17
477:9,25 478:1,21

**forecasted** 467:6

**forecasting** 209:18
252:9 257:25 258:3,
4 303:19,20,22
304:5 375:20,25
376:5 477:22,24

**forecasting/
budgeting** 206:3

**forecasts** 209:18
229:10 251:25 284:7
304:6 317:10,11
389:6 433:6,23
434:1 467:18

**foreign** 309:6 316:9,
10,15,16,22 318:11
321:12,21 362:8,9

**forget** 289:14

**forgot** 214:1

**forgotten** 242:6

**form** 211:8 212:3
213:1 216:3 223:4
224:8,23 225:7
226:9,20 227:9
229:20 234:15
236:14 238:12 240:6
243:21 245:3 246:4
247:7 248:11 250:23
252:5,17 253:5,17
254:5,24 255:2
256:7 259:5 260:9,
18 261:20 262:13,22
263:16 264:7,22
265:17 266:15
268:5,15 269:5
270:4,19 272:1
276:18 278:4,18
280:10 282:7 283:10

290:7 292:16 295:2
300:6 315:24 317:19
320:7,24 326:5,20
329:2 332:11 340:15
341:17 343:5,25
344:7 345:3 346:3
347:7 348:18 353:3,
22 354:15 355:7
358:3 359:25 360:14
361:6 362:19 363:20
364:25 366:6
367:11,19 369:16
370:1,13,23 371:7,
24 372:11 373:5,17,
24 374:11 375:21
376:11 377:1,18
378:3,17,23 379:9
380:25 383:18 384:6
385:6 388:13 390:17
391:13,18,25 392:8
393:21 394:12
396:16,25 398:4
404:23 405:21
409:22 411:8 416:6
419:25 421:1,11
424:12 425:2 429:5,
13 433:2 434:7
436:11 438:2,23
440:10 443:22 444:7
448:3,17 450:7
454:25 455:18
456:18 457:3 459:15
460:3 466:6 470:8
471:8 473:7 474:2,
16 476:11 477:2

**former** 459:9

**forms** 240:11

**formula** 316:2

**forth** 442:24 469:1

**forward** 364:15,24
409:3

**found** 329:8 339:24
342:10 362:2

365:18,21 394:24

**four** 201:1,8 206:16
269:19 270:1 354:22
451:23

**four-way** 354:9

**fourth** 231:1 352:17
369:3 400:15 431:22
433:19

**Fox** 196:24

**FP&A** 205:8 295:24,
25 318:4,9 321:7,8
406:16 437:17
466:20,25 469:15
470:19 478:3

**fraction** 291:25

**fragmented** 287:22

**frame** 210:19 221:17,
24 222:25 223:10,
13,16,19 229:24
234:3,24 244:16
270:21 271:4,8
426:7 469:25

**frames** 220:6 224:13
225:16 234:23

**frequent** 250:18

**frequently** 202:3
250:17 454:5

**Friday** 455:10 468:15

**friend** 237:24

**front** 216:18,23 217:1
231:5 435:7

**full** 214:2 215:2,3
218:17,18,24 416:10
447:4,6

**full-fat** 345:21

**fumble** 198:19

**function** 289:11

**Fund** 363:8 364:2

**Fund's** 363:18

**further** 348:9 349:3
410:16 449:14,25
458:20 462:9,16,19
464:3

**future** 208:23 252:16
317:1 336:17 345:19
377:8

---

**G**

---

**gain** 266:4 348:23
355:9

**garbled** 387:24

**gathering** 321:19

**gathers** 247:20
321:10,16

**gauge** 450:1

**GDP** 308:17,19 309:2,
8,10,12,17,18,23
310:2,5,6,8,9,12,15,
21 311:3,5,9,16,20
312:1,2,6,14 315:6
318:10 321:11,25
323:16,20 325:6

**Geller** 196:21,23
197:2,3

**general** 201:19,20
203:2,13,22 204:10,
13 205:4 229:11,15
236:8 252:3 257:22
308:23 310:8 323:1
342:8 343:1 406:13
434:2 453:24 455:5
458:21,23

**generalize** 454:18

**generally** 202:17
204:2 221:12
238:11,21 239:22

308:5 309:16 331:20 340:23 414:6 437:7, 18,20

**generate** 378:2

**generated** 371:23 381:20

**generates** 297:1

**generation** 319:15

**generically** 288:3

**geographic** 384:17, 24

**geographies** 286:19

**geography** 243:16 275:19

**geopolitical** 389:22 390:2 409:20 464:23

**gestures** 199:2

**getting** 351:12 421:9

**giant's** 395:5

**give** 212:2 214:7 220:6 252:2,18 254:25 273:4 362:25 408:11 435:1 467:19

**given** 246:15 281:5 285:23,24 289:16,23 345:16 367:25 408:14 421:20 430:19 456:22 466:23

**gives** 273:7

**giving** 214:5 404:11 462:8

**glean** 281:3

**global** 363:9 364:11 366:3

**GM** 201:25 202:8,13 205:1 459:9,14,24

**go** 221:13,15 222:20 232:4,25 234:9,16, 17,21 235:14 236:16 238:2 239:12 241:20 242:20 246:25 249:12,15 252:8 253:21 272:19 275:2,3 285:4 289:14 294:1 304:25 305:8 306:1 338:6 339:12 349:3 351:22 353:7 361:19 362:7 363:1 368:3,14 382:15 383:19 397:6 407:9 408:5 411:15 415:22 420:18 424:3 428:7 433:22 434:1, 25 435:10,21 436:18 443:24 446:6 449:13 461:25 464:3 467:2 475:23 479:4

**goals** 219:16 474:11, 15

**goes** 275:10 297:15 336:4 369:7,8 379:10 395:3 451:16 457:21 458:7 462:17 464:12

**going** 196:10 198:8, 16,17 200:17 214:22 217:8,18 228:9,15 230:17 232:4,25 235:6 238:7 239:14 248:17 249:17 259:20 289:14 300:9 305:13 306:10,20 307:1 310:12,20 311:20 314:18 319:11 329:23 330:6 331:6 332:18 334:1, 18 335:20 336:1 337:18,25 338:3,8, 18 339:6 340:5 344:14 345:17

346:15 351:7 353:7 354:5,14 355:13 358:19 360:19 361:19 363:1 364:14 368:6 377:14,23 378:8 379:13 381:25 382:5 386:12,18 392:12 397:12,13 400:3 402:4,15,23, 24,25 403:2,12 408:25 410:4 411:14,20 412:10,13 417:2 420:7 423:22 424:3,11 427:1,8 432:22 433:5 434:18 435:6,20 441:5 445:5 446:19 449:13 450:12 457:9 460:9 465:23 467:17 470:11,23 471:3,17 474:10,14 475:11,25 476:17,19,22 477:6 479:22

**good** 198:3 221:25 230:12 236:10 239:11 272:8 298:5, 9 304:21 305:10 337:13 403:2 424:9 435:2,17 436:24 441:22 448:13 457:23 477:9

**goods** 282:14 410:6

**Gosh** 201:13

**gotten** 244:17 296:23 322:12

**government** 389:2, 13,18 390:13 391:20,24 392:1 393:25

**graduated** 199:24 200:15,19

**graduation** 203:3

**granular** 288:17

**graph** 260:21 261:15 446:21

**graphs** 261:9 288:14

**gray** 355:2

**great** 216:4 297:25 332:7 352:1 368:22 379:22 404:5 408:21 424:13,15 457:22

**greater** 232:15 233:5 234:12 236:2 243:18 244:7 246:2 247:18 264:5,19 266:12 267:2,9,18 268:3,12 269:13 270:16 271:3 276:9 278:13 279:7, 15 280:25 281:10 290:5 293:13 294:10 300:5 307:3,18 308:1,7 309:7,9 310:9 313:20 314:2, 22 315:8,9 316:20 318:15,20 319:21,22 320:16 321:13 322:6,7,13 325:11, 20 332:9 352:6 353:21 390:15 408:22 470:15

**greeter** 267:24

**Greg** 215:19 243:14 250:9

**gross** 456:8 478:20

**ground** 250:15 251:14

**ground-breaking** 454:17

**group** 208:8 243:6 245:25 276:10 295:23 303:9 321:7, 8,10 417:14 419:23 431:5 460:1

**Volume II**
**Kevan Parekh**

**In re Apple Inc. Securities Litigation**

**groups** 241:14
242:21,22 243:4
276:12 281:20
288:10

**grow** 345:18 381:7

**growing** 265:5,13
335:22 381:13
448:16

**grown** 352:15

**grows** 377:4

**growth** 264:6,9,10,
12,20,25 265:1,23
266:6,13,23 267:1,4,
6,8,11,17,19,24
268:4,13 308:17,19
309:2,8,10,12,17,18,
23 310:2,9,12,21
311:3,5,9,16,20
312:2,6 315:6
318:10 321:11
323:16,20 330:20
332:4,9,14 333:13
355:5 362:17 364:19
366:11,15,18 369:11
375:10,13 380:5,19,
24 381:9 384:16,17,
23 402:11 409:9
447:18 448:2
452:12,23 453:2,10

**guess** 205:20 218:8,
16,21 228:18
229:16,21 258:10
264:24 274:17 275:4
278:6 281:1 290:15
296:5 299:24 302:13
306:21 307:21 308:8
310:19 313:2 321:1
345:5 353:23 355:8
362:7 371:10 372:1
373:7,10 374:13
377:22 389:13 399:7
404:2 417:8 421:12
428:19,22 429:22

446:20 462:15
463:14 469:11
472:20

**guidance** 219:17
432:23 465:23
466:22 467:20
471:17 476:19

**guys** 205:20 402:21

---

**H**

---

**Hadiya** 197:1

**half** 211:5 213:24
226:22 300:23
309:7,17 310:2,9
311:15 312:3 313:20
314:15,22 315:16,
18,19 316:21
318:16,21 319:23
320:2 322:8 337:10,
11 427:11 474:13
478:23,25 479:3

**Halfway** 361:22

**hand** 199:2

**handed** 208:7

**handful** 257:2 258:2

**handle** 257:11

**handles** 303:21

**handset** 333:16
339:24 343:13,23
361:25

**handsets** 336:8,20
343:23

**handwritten** 407:25

**happen** 310:20
468:21 469:24 470:1

**happened** 221:18
234:3,6 235:7
324:21 388:23

433:14 444:9,16
476:7

**happening** 221:24
230:7 241:18 251:24
260:16 280:7 293:7
332:14 344:3 418:12
428:5 443:4 467:25

**happy** 289:22 290:1

**hard** 274:1 308:23
336:8 359:6 360:20

**hardware** 318:2
336:8 344:19 348:3
456:8

**harsh** 344:18

**Hattie** 353:10

**head** 199:2 223:10
241:2 250:3 267:23

**headed** 302:24

**header** 357:10

**heading** 347:16 348:8
349:8 383:11

**headline** 271:13
330:22 336:25

**headlines** 324:10,14,
24 325:4 326:19
327:1,8

**headquarters** 204:4

**heads** 390:9

**headwind** 341:15

**health** 414:13,18
429:19

**hear** 200:10 212:13
241:20 274:2 284:22
287:8 293:16 299:17
300:23 342:13 361:9
407:9 412:24 444:20
459:21

**heard** 245:19 260:6

307:12 309:1 328:3,
5,8,9,15,20 388:18
417:1 435:24
458:14,16

**hearing** 274:1 328:21

**help** 211:23 221:23
347:25 394:2 420:19
429:13 434:23 450:1

**helped** 447:9

**helpful** 218:9 280:6
282:25 300:14
361:11 364:10
420:13

**helping** 465:18

**helps** 334:10

**hereto** 216:10

**Herrington** 197:6,9

**hey** 337:24 442:11

**hide** 424:1

**high** 199:21,22 221:5
349:16 360:23
416:7,20 447:10

**high-end** 360:24

**high-level** 297:17

**higher** 267:2,4,5,9,17
271:12 345:19
380:23 381:4,9
416:20 424:21 447:9
449:2

**higher-priced** 348:4
360:5 381:18,21
435:17

**highlights** 383:5

**highly** 289:15,20,21,
25

**historic** 364:22

**historical** 230:3
364:13

Index: groups–historical

Volume II
Kevan Parekh

**Highly Confidential**

In re Apple Inc. Securities Litigation

**historically** 370:12, 22

**history** 445:17

**hit** 219:16 335:22 342:20 470:3,23 471:3,17 476:17

**Hits** 402:12

**hitting** 468:25 469:21

**hold** 207:16,18,19,21 221:9 223:3 273:25 284:19 353:1 380:8 411:22 447:5

**holding** 335:3 452:13,24 453:4,22, 24

**holiday** 461:5,12,20 468:14 469:22 470:4,14 471:13 475:20

**holistic** 320:6 329:1

**home** 214:5,8,11 294:1

**honest** 203:1 372:14 436:14

**Hoppo** 263:21 269:16

**hour** 199:14 226:21 337:25 378:9

**hours** 227:23 229:23 460:18 478:24

**Huawei** 234:2 263:20 269:17 324:17 333:15 341:8,13 361:25 398:9

**Huawei's** 327:1

**hubs** 284:2

**hundred** 240:12

**hurt** 348:9

---

**I**

**IBC** 211:15,17 212:1

**ibeacon** 273:22

**ibeacons** 273:20

**ID** 424:13

**IDC** 247:21 248:9,23 346:20

**IDC's** 347:3

**identification** 216:10 330:13 337:23 338:12 351:9 355:15 356:5 382:8 385:18 402:7 403:5 445:7 450:14 461:2

**identified** 276:11 415:8 417:14

**identify** 196:18 287:23 437:11

**identity** 289:23

**IDT** 200:25

**II** 196:13

**Illinois** 201:6

**imacs** 447:20

**imagine** 273:5 290:23 294:24 300:9 301:17 302:1,22 355:1 392:2 444:16,21

**imessage** 420:1

**IMF** 363:7 364:16

**IMFBLOG** 363:4 379:13

**impact** 233:7 307:5 319:12 325:22 326:24 327:5 348:22 364:10 365:8 377:3 389:19 411:2 416:18

**impacted** 320:18 327:14 408:25 411:5 414:15 416:9 418:9 419:3,4 429:15 448:20

**impacting** 324:12 430:19

**impacts** 309:20 375:3 429:16 430:14

**implemented** 410:7

**importance** 378:21

**important** 245:7,8,12, 14 263:3 269:1 303:19 310:3 342:5, 11,15 343:3,8 358:14 361:4 362:21 369:14,23 370:21 371:5,17,22 372:4,8 373:2,14,19,23 374:9,16,19,22 375:6 377:16,25 381:12 428:16,19 434:4,9 456:9

**importantly** 401:15

**impressive** 341:5 385:5

**in-person** 417:12

**in-store** 290:19

**inaccurate** 393:4 396:11,15,24 397:18,19 398:2,15

**inaudible** 310:21 320:1 323:15,19 324:18 326:9 332:4 335:9,14 337:19 339:25 340:18,20, 24,25 342:6,23

429:9,10 442:9,10, 15,18 443:13,17 445:1 453:25 456:1, 21

**impacted** 320:18 327:14 408:25 411:5 414:15 416:9 418:9 419:3,4 429:15 448:20

**impacting** 324:12 430:19

**impacts** 309:20 375:3 429:16 430:14

**implemented** 410:7

**importance** 378:21

**important** 245:7,8,12, 14 263:3 269:1 303:19 310:3 342:5, 11,15 343:3,8 358:14 361:4 362:21 369:14,23 370:21 371:5,17,22 372:4,8 373:2,14,19,23 374:9,16,19,22 375:6 377:16,25 381:12 428:16,19 434:4,9 456:9

**importantly** 401:15

**impressive** 341:5 385:5

**in-person** 417:12

**in-store** 290:19

**inaccurate** 393:4 396:11,15,24 397:18,19 398:2,15

**inaudible** 310:21 320:1 323:15,19 324:18 326:9 332:4 335:9,14 337:19 339:25 340:18,20, 24,25 342:6,23

347:23 348:23 357:1,2,3 363:16 364:17 365:4,5 375:8 389:5 390:8 391:21 394:8 396:22 399:11 401:22 402:15 406:3,20 407:20 408:12 412:23 414:14 415:21 416:6,19,20 417:23 422:13 426:8 429:11,14,15 430:14 431:2 433:13 440:13 442:18,24 444:11 453:6 454:4 456:7 459:19 465:17 466:1,19,25 467:18 477:17 478:20

**inbox** 222:20 223:15 224:13 225:10 230:6 233:17

**Inc.'s** 358:21

**incentive** 347:22

**include** 233:21 249:9 375:19 466:11 471:4

**included** 247:19 249:10

**includes** 233:23

**including** 208:19 225:20 232:13 233:6 236:23 258:15 274:23 307:4 325:21 365:11,12 366:13 390:16 394:23 396:5 411:25 418:23 434:13

**inclusive** 231:19

**inconsistent** 393:7

**incorporated** 320:22

**incorrect** 283:17 349:24 381:20

incorrectly 430:8

increase 348:16

increased 425:1

increases 369:9,11
380:3,5,16,18

increasingly 354:9
452:13,24 453:21

incredible 365:18,22,
23

incurring 348:4

independent 251:5,6

index 310:7

indexes 330:4

India 264:11 266:21
267:3 393:13,20
465:3

indicated 222:23
228:24 231:25 235:8
244:23 315:5 383:5
471:17 474:10,14

indication 219:15

indicative 416:10
443:19

indicator 282:16
284:8 309:24 310:6,
25 462:20,25 463:20

indicators 307:21
308:9,22 311:25
319:2,4 390:19

indices 308:18
322:11,23

indistinct 258:21

individual 287:14,20
292:2,12

individuals 247:5
419:23

industry 343:15,19

365:8 366:3 369:8
380:2,13,15

information 214:18
225:17 234:22
244:17 246:18
247:4,21 248:8
249:5,21,22,25
252:23 253:8,13
260:25 275:8,10
276:21 278:9 279:9
281:20 283:5 286:25
294:16,17 297:22
299:5,6,23 300:2
302:4 321:13 322:12
350:15,23 377:23
398:25 422:20 423:9
427:23 428:12
429:4,12 431:17

initial 377:14

initiated 414:3,5

ink 431:6

input 240:14 249:2
252:23 258:10 406:3
408:7,10 460:7

inputs 252:8 316:24

inquiries 389:19

insight 249:24

insights 252:19

installed 368:1 375:5,
10 376:19,20,24
377:3,11

instruct 214:22

instructs 199:8

INTEGRITY 196:8

Intelligence 457:11,
14

intended 339:14
340:4

interact 212:7 248:16

interacted 248:20

interest 343:15

interested 206:24
207:1 240:3

interface 244:12

internal 220:24
235:17,24 399:10

internally 295:15
297:11 378:18

International 363:8,
17 364:2

Internet 208:8 209:7
402:23

interpret 354:16
377:12 417:23 419:4
430:11 452:19
465:14

interpretation
444:17,22

interpreting 281:19

interruption 235:19
259:18,19

interviewing 398:12

introducing 424:16

introduction 368:3

introductions 345:15
367:22

inventory 291:13

investment 376:9
377:7 422:6,16

investor 406:15
407:15,21 413:14
418:23 437:17
438:17 440:21
441:17,21 442:6,7,
20

investors 449:25
450:6,10 455:8

456:9 463:5,6

involve 411:4

involved 203:15
230:11 237:13
257:1,12 258:3
326:2,12 389:2,8,9,
21 390:1,6 391:10,
19 392:7 412:19
413:13,14,18,22
414:22 437:19,21
439:7

involvement 391:10
412:22

involves 392:1

involving 340:20

IP 299:21

ipad 408:8

ipads 397:14 447:19
462:8

iphone 236:23
243:10,11 257:25
264:3 270:17 271:21
293:13 297:14 298:3
339:3 340:11 341:15
344:16 345:18,21
348:10,16 349:9,15
350:10 369:3 370:7
371:5,21 372:9
373:3 374:8,10
377:19 378:2,22,25
384:4,9,10,11
385:14,15 396:5
399:17 408:23
411:25 412:11,16
415:21 416:3,11,24
419:9,12 423:22
424:2,7,9,21 425:21
426:3,4 434:13
435:17 436:24 438:1
450:20 451:12
452:10 453:3 454:16
462:19,24 463:19

469:1

**iphone's** 357:15

**iphones** 258:15 259:2
263:15 336:5 356:9,
18 359:13 371:22,23
372:18,19 373:15,16
378:1 385:13 424:25
425:12,24 427:6
447:7,19 452:12,23
453:11 462:8

**IR** 439:1

**issue** 253:16 261:25
262:1 326:19 391:24
417:13 418:3 420:22
431:12 434:22,23
441:25 459:14

**issued** 421:19 465:6

**issues** 229:6 262:7,8,
9 307:11,12 322:15
326:3 388:10 389:22
390:2 391:12,23
421:3 422:2 464:7,
14,23 465:4 468:5

**It'd** 216:4

**it'll** 216:16 231:2

**it,'** 457:24

**item** 308:24

**items** 261:25 318:14
383:24

**itunes** 209:8

—————

**J**

—————

**Jackson** 390:10
391:4

**January** 231:18
232:1,21 233:13,21
236:7 274:2 284:21
307:14 308:13
330:19 346:18

425:22 426:1,3,9,13
465:5 472:10

**JD.COM** 299:3
398:22

**jet** 416:7

**Jia** 336:6 360:22

**Jim** 197:5 217:14
237:20 239:11
304:20 363:22
372:22 435:2 456:4

**job** 205:25

**jobs** 202:3 458:8,14

**John** 196:15 330:7
460:12

**join** 203:2

**joined** 202:22 205:5,
7,18 207:23,25
211:4 458:25

**Journal** 355:21
356:1,8,19,22 357:1,
5 382:12,22 386:15
387:15 445:10
446:1,17 450:19

**journalist's** 357:20
455:20

**journalists** 357:22,25

**journals** 358:6

**Jozwiak** 215:19
243:14 250:10

**judgment** 253:2,4,16,
23 256:5 316:25
317:5,14 320:21
321:4,5,9 349:25

**judgments** 253:12
316:4 320:11

**July** 403:10 404:22
408:17 410:2,13

**jumbled** 361:9

**jump** 337:24

**jumping** 425:22

**jumps** 365:25

—————

**K**

—————

**K-O-H** 244:3

**Kantar** 211:15,18
212:1 247:24 248:9,
23

**keep** 203:1 227:10
257:8,10

**Kenneth** 197:3

**kept** 248:10

**Kevan** 196:13 214:3
215:3 241:17 277:11
284:20 351:11

**KEVIN** 197:20

**key** 258:14 259:4
372:18 462:20,25
463:20 469:22
471:13 475:20

**Keynote** 261:7,9,10

**kind** 217:17 222:24
230:6 233:18
246:11,12 252:2
253:12 262:16
285:21 287:14
290:16 294:17 299:5
348:22 349:25
389:24 390:21
398:24 401:12 430:3
432:6 435:18 442:14
443:1,17 454:2
465:16

**Kindle** 458:11

**kinds** 246:7

**Kiyan** 243:13

**knew** 229:9 344:24

345:25 347:5 349:14
388:2 395:21 396:1,
2 410:11 435:18
459:14

**know** 197:15 198:8,
21 199:13,15 203:21
205:21 212:18
214:4,16,19 216:1,8
217:11,16 218:6,10,
13,14,16,17,18,20,
24 222:11,22 224:1,
5 230:11 231:4
232:19 233:18
234:20 237:6,7,16
238:7,24 239:3
240:11 241:25
244:9,10 248:15
249:2 250:13 254:19
255:5 256:1 258:18,
19 259:9 263:18
264:5,13 269:8,10
270:18 274:14
275:12,13 278:9,16,
24 279:1,2,14,17
280:18 281:9,11,15,
22 282:4 283:14
284:18 285:5,11,13,
20,24 287:19 290:19
293:7,14,17,18
295:21,25 296:1,6,
15 297:18,22,25
298:6,8,10 300:7,11
301:9,22 302:3,4,15,
17,20 303:18
304:12,14,21 306:24
307:25 308:9,20
309:20,22 310:4,7,
10 311:7,15 312:13
317:23,24 321:11
322:10 324:19,20
326:15,16,18 328:2
330:16,25 331:14,16
339:14,17 340:17
342:24 349:18,22
350:18 356:11,22

357:19,21 362:7 363:23 364:19 366:16 367:21 368:16 370:25 371:9 375:2,4 376:4 377:8 382:10,16 383:6 384:8 385:24 388:10 389:5,18 390:5 391:14,16 392:10 395:12,14 397:7,11 398:15 399:4 401:19 402:1,21,23,24 403:16 404:9 406:3, 4,11,12 408:1,7,9 410:11 411:2 412:6 413:6 415:1,11,20 416:3,8,17 417:1,3 420:5 421:12 424:2 425:4 426:16 427:15 428:5,14 429:3,10 430:10,15 431:15 432:4,6 434:8 436:4, 10,20 437:6,12,20 440:13 442:2,25 443:1 446:7 448:7,8, 10 450:21 451:10 453:21 456:2,17 459:11,12 461:7 462:15 463:15 465:15,25 466:8 468:7,15 472:20,24 475:22 479:13,16

**knowledge** 230:12 236:10 237:15 388:16,22 443:11

**knowledgeable** 237:12

**known** 219:23 336:16 352:21 388:24 402:2 459:4

**knows** 316:11

**Koh** 243:23

**Kramer** 197:5 199:5

208:13 211:8 212:3 213:1,7 214:4,12,19 216:3 220:3 221:4 223:3 224:8,23 225:7,23 226:5,8,9, 20 227:9 229:20 230:17,22 234:15 235:10 236:14 237:18,23 238:12 239:12 240:6 241:17 243:21 245:3 246:4 247:7 248:11 250:23 252:5,17 253:5,17 254:5,24 256:7 259:5 260:9 261:20 262:22 263:16 264:7,22 265:8,17 266:15 268:5,15 269:5 270:4,19 272:1,10,13 273:25 276:18 278:4,18 280:10 282:7 283:10 284:19 285:3 289:13,21 290:7 292:16 295:2 300:6, 22 304:24 305:4,8, 12 306:13,15,16 314:24 315:24 317:19 320:7,24 326:5,20 329:2 332:11 337:11,24 338:11,13,16,20 340:15 341:17 343:5,25 344:7 345:3 346:3 347:7 348:18 351:11 353:1,22 354:14 355:7,19 357:18 358:3 359:25 360:14 361:6 362:19 363:20 364:25 366:6,25 367:4,11,19 368:17 369:16 370:1,13,23 371:7,24 372:11,21 373:5,17,24 374:11 375:21 376:11

377:1,18,21 378:3,8, 12,17,23 379:9,20 380:25 383:18 384:6 385:6 386:6,11,14, 17,20 388:13 390:17 391:13,18,25 392:8 393:14,21 394:12 396:16,25 398:4 399:14,25 400:7 403:17 404:23 405:21,25 409:14,22 411:8 416:21 420:10,17 421:1,11, 24 422:22 425:2 426:1 427:12 429:5 433:2 434:7,18 435:3,8 436:11 438:2,23 440:10 443:22,24 444:7 445:14,20,23 446:24 448:3,17 449:19,21 450:7 454:25 455:18 456:18 457:3 459:15,20 460:2,12, 20 466:6,24 467:2,8 470:8 471:8 473:7 474:2,16 476:11 477:2 478:25 479:2, 21

---

## L

**L-I-U** 250:8

**Labaton** 196:24

**labor** 278:21 280:15 281:5,11,23 283:9 291:12

**landscape** 260:7 340:23

**language** 339:15 340:3 430:21 432:8

**large** 203:14 256:18, 20 268:7 322:23

326:23 355:5 368:1 399:3 424:12

**larger** 263:2 265:11 271:22,23 399:19

**largest** 264:6,19 265:6,7,23 266:5,13 268:3,13 333:14,20, 22 362:16 393:6

**late** 335:23

**latest** 336:6

**Latin** 267:7

**launch** 271:5,20 358:17 381:16 385:15 415:21 416:4,11,12 419:9, 13 424:3,5,8 425:21 430:16 436:24 448:21 454:21 476:19

**launched** 266:3 271:6,21,22 381:3, 17 385:8,9,12 416:5 448:7,12 475:21 476:14

**launches** 266:2 329:22 414:16 418:10 477:8

**launching** 263:20 336:17 430:17 435:18 453:6

**Law** 205:20,21

**lawyers** 198:10 220:5,11 221:10 225:20,22 226:2 228:3,8 261:17

**lead** 198:7 216:20 217:4 243:24 383:23 406:17 413:12 437:17

**leader** 250:8 472:17

**leaders** 394:1 406:20

**leading** 462:9,18

**learn** 434:5 436:16

**learned** 220:16

**leave** 324:20

**Lee** 277:23 289:7,9

**left** 204:18 205:4
328:17 460:13
466:19 470:14
475:20

**legal** 205:19 226:4
434:22,23

**legislation** 389:12

**lengthening** 454:12,
23

**let's** 239:12 240:2
281:17 305:12
308:12,13 340:4
378:13 381:16
385:23 400:25
415:22 441:3 457:23

**letter** 465:6

**letting** 339:17 402:20

**level** 221:5 279:3
473:17

**levels** 291:13 478:17

**leverages** 297:2

**Levin** 457:10,13

**liaisons** 389:17

**license** 247:12

**Lieu** 328:18

**life** 319:17 334:22
335:2,9 454:6,7

**light** 414:9 418:6,7

**limited** 251:18 286:23
295:9 351:11 475:5,
10

**line** 199:16 202:11
204:9 215:18 230:21
271:16 339:13,20
359:12 378:10
379:24 424:13

**line-up** 477:10

**lines** 209:19 409:6,7
410:4,15

**lineup** 257:4 342:22
415:21 424:11
435:17

**link** 216:15 338:22
355:23 379:19

**Lisa** 390:10 391:4

**list** 295:21 296:1,25
303:7 350:20

**listen** 404:19

**listened** 404:24 405:2

**listings** 406:4

**Litigation** 196:14

**little** 199:20 235:3
238:1 241:18 317:9
449:13 457:9

**Liu** 250:7,8 328:10,13

**live** 248:15 420:18

**living** 234:20

**LLC** 457:14

**loads** 301:19

**local** 247:20 344:19
349:4 350:9 360:24
398:9 400:24
401:15,19,23 477:13

**locally** 247:21 248:13
285:6 362:10

**located** 196:16

**location** 297:21 298:1

**log** 296:9,19 408:11

**long** 201:11,12 202:4,
13 206:14,15 210:20
219:23 226:19
227:21 254:3 339:10
351:25 413:5 429:16
450:1 462:20,25
463:20

**long-term** 414:13
429:14

**longer** 201:13,14
233:23 289:5 334:23
335:10 345:21
430:24 437:13 444:6
452:14,25 453:5,22,
25

**longer-term** 279:25
282:22 293:4

**look** 217:2,17,18
222:9 223:13 224:11
225:14 232:5 233:17
235:15 236:11
240:10 243:16
246:8,12,13 247:17
255:6,20 261:1
266:2 275:18 277:1
278:21 279:24,25
282:21,22,24 283:6,
19 284:5,7,10
290:20,23 291:10,
17,23 292:1,7,10,12,
14,15,20,24 293:3,8,
15 294:2 296:9,11,
13 298:16 299:1,14,
15,20,23 300:1,8,11
301:10,12,14,20
303:18 306:10
307:20,23 308:3,17
309:5 310:5 311:2,
25 313:2,4,13
314:17 316:17
318:23,24 319:7
322:4,5,7 324:2
330:23 332:18
334:1,12 335:10,12

339:6 342:7 350:9,
21 351:21 352:9,10,
11 353:24 354:2
355:21 356:10
357:21 358:19 370:9
371:1 372:2 374:14
376:25 378:18
379:18 382:10 383:8
384:24 385:24
390:18,20 401:11
402:15 415:12
422:18 445:13
446:6,19 450:10,18,
21 454:7 461:7
467:23 468:12 469:4
471:14 472:3
473:11,13

**looked** 222:2,15,19,
23 223:1,8,14,18
224:6 225:10 230:5
231:21,23,25 235:5
236:9 291:21 308:16
310:24 316:15,22
324:15 329:5 350:19
355:10,18 366:17
381:18 422:9,16
425:14 471:14

**looking** 223:11
224:12 225:11,19
228:9 265:25 278:17
280:9 281:19 282:4
302:22 306:22 312:3
334:20 337:15 340:9
347:16 348:7 352:2
359:16 360:11
364:23 368:19,21
369:24 379:19
409:25 459:22
463:18 467:15
468:4,10 469:2,6,10,
15 470:9,24

**looks** 216:17 240:22
242:23 243:1 256:9
275:6 280:18 281:23

Volume II
Kevan Parekh

**Highly Confidential**

In re Apple Inc. Securities Litigation

282:19 283:8,14
292:6 339:21 354:18
386:7 402:22

**Lose** 339:1 340:10

**loss** 346:22

**lot** 199:6 230:13
246:24 251:9 261:13
263:1 279:25 290:21
304:13 314:4 324:19
332:5 342:24 349:10
350:22,23 351:5
358:18 375:3 378:1,
2 389:8 422:12
425:6 426:8 444:12
454:15 456:9 458:9
469:24 475:6

**lots** 252:8 264:13
266:23 283:24 284:1
309:21 312:17
314:17 317:12
319:13,17 335:11
343:9 398:21 414:25
418:9 429:23 456:1,
21 468:13,17,20,23
475:24

**loud** 231:10 457:18

**low** 266:21,22 267:12

**lower** 267:13,22
347:25 409:9 449:3
453:19

**lower-priced** 360:3
381:17

**Luca** 202:8 204:10
206:18 215:19,25
253:15 279:5,8
302:7,17 406:12
413:12 418:22
430:23 431:13
437:18 438:15
440:17 441:25
459:8,11 473:4,19

**lunch** 304:21 305:15

**luxury** 336:5

---

**M**

---

**Mac** 462:9

**macro** 282:16 284:8
307:21 309:24

**macroeconomic**
308:3,6 310:7
316:16,17 320:12
321:25 325:14
331:23,25

**Maestri** 202:8 204:10
206:18 215:19,25
253:15 279:5,8
302:7,18 406:13
413:13 418:22
438:15 440:17
473:4,20

**magnitude** 416:17

**main** 244:8 263:22
309:5 318:23 414:22
433:13

**mainstream** 424:14
476:14

**maintain** 358:12

**major** 354:20

**majored** 199:23

**majority** 273:10,11

**maker** 431:11

**makers** 369:10 380:4,
17 431:14

**making** 198:4 317:13
348:1 371:11,18
407:16 458:4 459:4
464:8 475:17

**manage** 426:17

**management** 203:7
295:8,18 395:7

**manages** 298:25

**managing** 203:15
209:5

**manufactured** 412:16

**manufacturer** 398:9

**manufacturers**
232:12 239:24 240:5
255:18 257:15 259:3
263:14 269:11,19
270:2 271:2,11
357:16 358:15

**map** 215:11

**maps** 208:23

**March** 196:1,11
227:18

**margin** 456:8 478:20

**mark** 216:19 258:1
338:9 351:8 356:2
382:6 385:17 386:25
387:2 402:4,5 403:3
445:6 450:13 460:10

**marked** 216:7,9
330:13 337:23
338:12,17 351:9
355:15 356:5 363:2
382:8 385:18,19
402:7,8 403:5,6
445:7,8,21 450:14,
15 461:2

**market** 209:2 210:12,
14,17,22 211:3,6,14,
19,24 212:20,24,25
213:10 215:12
240:11,12 245:8,11,
20 246:1,11,14,21
247:2,17,23,24
248:6,21 250:13
251:7,12,16 252:11,
15 253:3,13 256:10

**management** 203:7
262:13 264:6,9,20
265:14,16,19,23
266:1,3,5,14,21,22,
24 267:1,3,4,5,7,11,
12,17,19,22,23,25
268:7,21 269:13
282:10 286:15
297:25 322:23,25
332:20 333:14,16,
20,21,22 334:11,13
335:22 339:2
340:11,13,22 341:9
343:14 344:6,17,21
346:2,17,19,20
347:10 351:1 352:24
353:5 354:19 355:5,
9 357:8 358:1,8,23
360:22 362:12,14,
17,23 366:4,11,23
367:8,9,24 368:3,16,
23 369:1 370:10
374:18 376:5 392:25
393:6,9 441:14
454:13 455:5,12
457:14 461:18
464:24 465:25

**marketing** 207:20
208:10,22 213:22
215:9,23 240:19,22,
24 241:2,10,12,13,
14 242:11,17,22
243:4,6,12,23
250:10 256:15,16,23
468:19

**marketplace** 256:2
351:3 354:3 366:13
379:2 427:4

**markets** 203:6 232:16
233:6 264:10,14
265:4,12 266:20
267:12,16,21,24
268:9,18,19 307:4
325:21 335:12
344:12 350:25

362:17 384:10 464:13,19,21,22 465:1 467:25 468:1

**marking** 330:9,11 337:20,21

**massive** 352:15

**master** 247:3

**master's** 200:17

**match** 357:7

**material** 417:20 418:4

**materialized** 425:15

**materials** 321:10 406:7 417:16 419:17 443:1

**matter** 232:23 305:4 373:9,10 374:5 381:15

**matters** 231:17 280:16 306:24 324:3 358:18 360:6 374:6 463:24,25

**Mawston** 344:20

**Max** 271:21,23 396:5 398:16 399:17,18,23 400:10,13,14,18 424:12

**MBA** 200:8,21 201:21

**mean** 218:16 221:15 230:10 246:6 258:12,21 264:12,25 266:8 272:25 275:3 284:14 290:15 291:23 310:15,19 312:11 316:14 317:1 320:21 323:23 324:13 328:10 329:20 333:10 340:17 342:3,4 344:1 345:5 347:18 348:5 354:18 355:8

357:4,20 360:2 364:16 369:18 371:9 372:1 373:7,11 384:9 393:19 402:6 403:18 405:13 407:8 408:4 414:25 415:7 420:4 421:13,15,18 429:22 430:13 437:13 445:4 463:15 469:15 476:9

**meaning** 239:23 347:1 371:21 441:12 453:21 478:10

**meaningful** 430:18 468:16 476:15

**means** 253:3 312:1 461:16

**meant** 258:22 312:1 313:18 405:2 431:4 442:19 461:17

**measure** 290:13 293:1 301:4,6 311:1, 2 374:14,17 378:6 379:11 381:12,23 462:16

**measures** 276:5 465:15

**measuring** 274:7 374:18 463:16

**mechanism** 472:6

**media** 327:2,4 388:7 389:25 394:9 455:4

**meet** 226:19 227:21 327:24 397:12,13 401:23 407:12 474:10,14 475:11 476:22,25

**meeting** 226:25 227:5,10,15,16,21, 25 228:7 392:4 407:10 408:3,11,15

417:12 436:21 438:11 439:1,18 440:14,25 466:22 468:18 470:16,20 471:23

**meetings** 220:12,14 221:6 228:3,12 229:22 395:15,16,22 397:7 428:6 436:20 441:1

**megapixels** 271:12

**melded** 210:24

**members** 212:23 244:13 257:21 407:4 439:1

**memory** 221:18 233:19

**mention** 249:17 313:12 400:3

**mentioned** 202:21 208:1 209:21 210:10 223:7,22 225:9 229:24 233:15 234:22 238:17 241:7 243:5 245:6,13,20, 22 247:22 250:10,25 251:16 252:8 253:11 257:23 258:9 261:7, 22 267:3 269:16 275:5 276:15,20 280:14,19 281:3 282:21 283:18,21 288:1 292:25 295:5 302:21 303:6 309:2 310:24 311:25 312:24 314:3 317:12 318:22 319:6,13,19 321:23 322:9 324:17 326:25 329:20 336:22 341:19 342:7,17 345:14 346:5 347:3 350:17 352:5,8 353:16

355:10 361:15 370:5 374:12 382:22 383:20 388:14 398:21 406:1 409:24 414:21 416:2,15 417:5 418:7 419:20, 24 423:23 425:18 430:13 433:14 436:6,17 437:7,15 439:17 440:2 446:16 448:6,21 455:6 469:19,22 470:12 471:2 473:11,22 474:3 475:19 476:1, 13

**mentioning** 267:20

**merits** 413:4 414:8

**message** 419:25

**messaged** 420:5

**messing** 386:9

**met** 328:5 401:19

**metric** 252:10,11 312:25 313:7 316:10 372:18 373:2 414:17 422:18

**metrics** 314:7,8 316:2,6,9,24 321:25 324:3 364:22 374:14,21 391:3 418:25 422:5

**Michigan** 199:23,25 200:15 201:6,7 202:6

**mid-range** 345:20

**middle** 215:4 264:11 267:5 395:3

**Mike** 250:3,5 457:10, 13

**Mike's** 250:7

**million** 346:20 447:8

**mind** 328:22 331:7 351:24 352:1 361:10 467:6

**mine** 368:11 379:19 401:7,22

**minor** 339:25

**minute** 207:21 217:9 330:23 355:22 379:23

**minutes** 272:11 298:21 304:23 305:9 440:7 460:14,19 478:24,25 479:3

**misrepresent** 333:10

**missed** 416:22 472:8

**missing** 339:16 420:12 473:6

**mistake** 359:17 421:22

**misunderstood** 327:12

**mix** 383:2

**mixed** 389:6

**Mo** 360:21

**mobile** 333:14,20,22 343:12,22 344:2

**model** 353:25

**models** 245:16 252:22 353:17 354:1

**moment** 362:25

**moments** 475:20

**Monday** 226:16,17 227:6

**Monetary** 363:8,17 364:2

**money** 359:21 360:12

373:15 378:2

**monitor** 286:21 298:23 309:8 312:2, 5,9,13,20 313:1 324:24 330:3 347:1 389:16

**monitored** 276:7 291:8 307:19 308:2, 7

**monitoring** 233:4 234:12 307:3 308:15 324:10,13 325:10,20 328:24 331:20 390:15 409:20,25

**monitors** 275:25

**month** 410:8 469:12 471:6

**monthly** 276:25 277:1 280:1 282:23 303:15 458:24 460:1 467:13

**months** 334:24

**morning** 196:3 198:3, 5

**Motors** 201:19,21 203:2,14,22 204:11, 13 205:4 458:21,23

**move** 409:3

**movement** 444:2,4

**moving** 320:11

**multiple** 247:2 273:6 419:6

**Munster** 456:4

---

**N**

**name** 196:15 198:6 214:2,3 215:2,3,4 243:2 250:4 273:23

274:10 288:11 295:17 328:9,12,15, 20,21,23 439:12

**names** 212:6 269:16

**Nancy** 438:19 439:6 440:21

**narrative** 313:11,12

**nature** 312:21

**nearly** 447:8

**necessarily** 218:18 225:11 265:12,13 266:17 268:17 282:17 284:4,6 308:19 309:23 333:8 335:7,14 358:13 364:23 376:21 383:24 398:2 405:17 414:17 428:15 429:25 440:8 442:14 454:14 456:16 471:2

**necessary** 435:6

**need** 198:20,25 199:1,14 214:12 217:14 218:14 222:25 230:13,16 234:21 278:9 281:5 289:25 291:17 379:21 403:10 471:6

**needs** 278:21 464:9

**negotiating** 209:20

**Neil** 344:19

**network** 287:12 296:9,19

**never** 228:24 239:8 419:24 468:22

**new** 202:7 203:4 206:12,13 255:23,24 266:3 271:6 297:14, 17 329:22 343:15 356:9,18 359:13

361:23 363:9 367:22 374:23,25 375:2,4 381:17 385:12,13 396:5 398:10,16 402:10,14 415:15,21 416:5,7 423:23 424:4,10,12,16 426:7,10 435:15 448:22 453:6 458:10 474:19

**news** 312:20 324:15 330:18 394:20,22 444:14

**Nick** 286:10,17

**nine** 458:10

**nods** 199:2

**noise** 273:5 279:25

**noisy** 280:20 292:21 293:5

**normal** 419:22 422:3

**normally** 253:21 257:10 260:13 389:2 407:8,10 423:24 473:9

**note** 402:21

**notes** 340:1 408:9

**noteworthy** 310:22 323:11

**notice** 197:15 216:20 217:4 411:17

**notified** 297:16

**notion** 361:3

**November** 219:8,9,14 236:21 411:23 412:9 414:2 415:17 417:4 419:7 420:3 422:8, 24 428:1 431:4,22 432:1,17 433:1 434:12 435:12

**Index: million–November**

436:1,2 445:11
446:2 450:19 451:5
453:10,20 454:1
461:4,11 466:23
468:16 472:9 474:1,
10,18 476:8,13,20

nuanced 270:6

NULLIFY 196:8

number 198:16
217:17 222:12,15
223:22 224:12 235:4
245:13,16 252:12
259:14 288:4 298:16
301:6 306:23 309:14
313:7 351:18 354:2
355:14 371:21
372:18 373:14
374:9,10,25 378:22
399:2,3,5,7,8
414:14,19 415:8
417:24 418:23
420:24 421:21,23
429:14 430:19
434:11 435:16 447:7
448:20 452:12
453:3,11 460:10,24
462:8 465:23 466:19
469:21 475:9

numbers 219:16
292:1 313:23 329:6
359:8 373:9 377:11
380:7 406:4,20
414:9,11 416:8
420:23 421:4,6,8,9
422:10,16 447:19
450:1,6 452:11,23
459:5 466:22 469:3,
5,7,16 470:11,16,20,
23 471:17,24
475:11,16,17,19
476:10,25

numeral 400:6,9

nuts 252:3

## O

O'BRIEN 303:5

oath 306:5

obfuscation 329:14

object 199:5 234:15
235:10 250:23
254:24 255:1 315:24
320:24 354:14 355:7
377:18 379:9 444:7

objected 434:20

objecting 227:11

objection 211:8
212:3 213:1 216:3
223:4 224:8,23
225:7 226:9,20
227:9 229:20 234:15
236:14 238:12 240:6
243:21 245:3 246:4
247:7 248:11 252:5,
17 253:5,17 254:5
255:2 256:7 259:5
260:9 261:20 262:22
263:16 264:7,22
265:17 266:15
268:5,15 269:5
270:4,19 272:1
276:18 278:4,18
280:10 282:7 283:10
290:7 292:16 295:2
300:6 317:19 320:7
326:5,20 329:2
332:11 340:15
341:17 343:5,25
344:7,9 345:3 346:3
347:7 348:18 353:1,
3,22 357:18 358:3
359:25 360:14 361:6
362:19 363:20
364:25 366:6
367:11,19 369:16
370:1,13,23 371:7,

24 372:11 373:5,17,
24 374:11 375:21
376:11 377:1,21
378:3,17,23 380:25
383:18 384:6 385:6
388:13 390:17
391:13,18,25 392:8
393:21 394:12
396:16,25 398:4
404:23 405:21
409:22 411:8 421:1,
11 425:2 429:5
433:2 434:7,19
436:11 438:2,23
440:10 443:22
448:3,17 450:7
454:25 455:18
456:18 457:3 459:15
460:3 466:6 467:8
470:8 471:8 473:7
474:2,16 476:11
477:2

objectively 320:23
321:3

observe 312:6

obviously 375:9
408:23

occur 440:25 473:15

occurred 297:24
388:16

occurring 222:24
309:16 310:1

October 223:16
231:25 385:21
387:6,21 388:2
398:17 401:21,25
402:11 423:3 427:1,
8,17

OEMS 263:19 269:22
270:7,13 352:9
354:20

offensive 396:4,13

397:8,22

offer 271:19,25 272:3
359:20 360:12

offered 246:2 251:9
259:3

offering 271:2 353:14

offerings 255:24

office 203:4 204:15

officer 406:18 407:20

officials 326:3
327:10,25 328:3,6
392:5 401:16,20,24

Oh 292:23 351:14
357:10 359:15
365:25 380:7,14
396:1 402:1 404:7
413:22 435:3 449:1
452:7,9 463:18,23

okay 198:23,24
199:22 200:1,6,13
202:25 214:19 215:6
216:17,18 217:13,22
218:10 220:15,20
226:5 228:17 229:18
231:5,6,14 233:2
239:14 242:12,25
243:13 249:15 250:6
251:4 260:15,23
273:3 274:2 281:16
285:4 290:2 305:7,
12,13 306:17,25
307:24 308:12 309:1
312:8,12 313:9,17
314:12 315:5,20
316:9,23 317:18
318:15 319:5,9
320:1,20 321:7
326:18 327:18
330:17 331:2,3,10,
11,12 334:3,19,20
336:15 338:8,25
339:10,12,13 340:4,

6,8,9 342:21 347:15 349:3 350:12 351:14,15 352:4,5 354:7 355:25 356:13,14,15 361:8 362:11 363:4,6,7,14, 15,16 365:11,17 366:2 371:20 374:18,21 379:15 381:24,25 382:14, 15,18,19 386:1,17, 19,20,22 387:8,11 388:1 394:18,22 395:14 396:1,21 399:15 401:12 402:10,15,18,20 403:1,21 404:1,7,16 408:19 409:17 410:15 411:14,16, 19,22 413:2 414:3 417:11,19 420:20 422:19 423:19 427:7 429:18 433:10 439:4,8 440:16,20, 24 441:3 444:24 446:1,9,12,13,19,25 447:6 448:15 449:15,22 450:23 451:11,24 452:1,9, 22 453:8,16 456:15 457:9 458:7,20 460:20,24 461:9,10 462:5 463:18 464:5 465:20 469:6 472:16 473:2 479:1,21

**on-the-ground** 251:4, 6

**once** 251:21 252:3 262:11 465:25 473:14 475:2,15

**one's** 259:7

**one-man** 396:4,12

**one-quarter** 392:20,

23

**ones** 225:11 263:22 269:13,15 309:5 352:9 437:8 439:19

**ongoing** 348:8,14 413:6

**online** 215:16 236:1,2 298:24 299:1,3,9,12, 13 300:9,15,16,20 301:5,7,25 302:1 303:9 398:21 426:5, 15,17

**open** 216:13,16 339:19

**opened** 216:17

**opening** 204:23 411:16

**opens** 297:14

**operational** 304:3

**operative** 218:3

**opine** 407:3

**opinion** 336:14 350:5 357:20 370:19 398:1,3,5

**opinions** 358:7

**Oppenheimer** 204:23 207:5

**opportunities** 267:1 268:9,18

**opportunity** 206:25 207:4,6 217:11 266:13,23 267:20,25 268:4,8,13,20,22 355:5,9 362:16,23 404:11 471:16 476:2

**opposed** 268:13 296:9 311:2 313:10 362:17 364:14 366:15

**optimistic** 423:25

**option** 214:7

**orally** 408:14

**order** 208:9

**organic** 428:7

**organizational** 257:7, 10

**oriented** 300:1

**ORIGINAL** 196:6,8

**originating** 299:21,24 300:10,12

**Orrick** 197:5,8 214:7

**outage** 402:23

**outcome** 314:6 316:3,7 367:23 448:23 472:25

**outcomes** 381:8 472:4 473:12 476:6

**outlined** 363:25 364:9 465:19 467:24

**outlining** 249:1

**outlook** 311:4 445:12 446:3 449:11

**outside** 286:15 294:25 300:12 301:16 318:24 464:23

**overall** 208:19 215:7 253:3 269:23 313:11 316:25 328:25 332:14 340:22 343:14,15 344:5,17 345:12 346:16 347:6,9,10 372:19, 20 374:7 383:2 389:24 453:18 454:13

**overly** 282:11

**overtake** 392:24 393:8

**owned** 205:22,23

**owners** 287:14

**ownership** 348:1,5

---

**P**

---

**p.m.** 305:14 306:2 338:4,7 382:1,4 441:6,9 479:23,24

**Pace** 402:12

**page** 228:19,22,23 231:1,2 232:5 236:16,18 306:22,25 332:19 333:13 334:2,3,18,19 336:2 339:19,23 340:7 341:3 347:13,14 349:3 352:12 354:6, 8 357:6,7 358:20,25 359:1,2,3,4,5,8,10, 16 361:20,22 368:6, 14,18,20 379:13,17 380:6,7,8 386:8,11 392:15,19 394:18 400:23,25 401:1,7, 13 403:14,21,24 404:3,4 446:9,20,21, 23,24,25 447:1 449:19,20,21 451:21,25 452:2,6,8 455:7 462:1,3,6 464:5

**pages** 217:9,10,13 218:1 306:21 401:6 451:23

**paid** 310:17 323:5 358:1

**paint** 414:11 418:11

**Pala** 438:20

**Volume II**
**Kevan Parekh**

**Highly Confidential**

**In re Apple Inc. Securities Litigation**

paper 431:6

paragraph 231:3,9,11
306:22 330:18
334:20 335:20
339:23 341:3 343:12
344:15 345:17
346:15 347:16 348:7
352:12 353:7 359:19
360:19 361:21 362:4
368:7,25 369:7
392:16 393:24
394:19 396:3 401:9
447:3,14,17 449:16
451:24 452:3,7
455:7 458:21 462:1,
5,6 464:4

Parekh 196:13
197:20 198:3 214:4,
14,22 215:3 216:12,
19 220:3 221:4
223:3 225:24 227:12
228:16 230:25
234:16 237:18 238:2
239:20 240:7 254:25
265:10 285:4 314:24
327:19 330:11,15
337:22 338:10,11,25
351:8,18 353:2
354:16 356:3 363:2
368:17 379:14,20
382:7,11 383:19
385:17,21 386:20
392:12 400:7 402:5
403:4,8,18,19,20
420:10 421:25
434:25 435:10
443:24 445:6,10,14
446:1 449:19
450:13,17 460:10
461:10 466:24
479:4,19

parity 245:15

Park 358:4

part 209:3 221:19
223:15 241:10,12,
13,25 242:10 243:3,
5 299:18 310:13
314:1 316:11 321:2,
3 322:23,24 324:21,
25 325:5 327:8
329:1,24 331:20
342:22 350:2 355:2
361:8,10 370:4
376:5,13 377:7
390:14 397:17,18
401:13 405:6 412:17
413:3,8,11 414:20
415:8 417:7,16
419:10,21 422:3
430:22 431:2,18,25
432:13,16 433:5,10,
11,13 434:5 436:18
437:16 438:20
441:24 443:10
444:20 465:24
466:4,9 468:3,5,6,8,
24 469:20 470:2,13,
18 471:18,25 473:22
474:23 475:8,12,13

participant 228:12
413:1

participate 303:24
322:24 404:19 437:8
440:3,4 465:10

participated 404:21
465:16

participates 244:14

participating 417:9

participation 420:6

particular 236:12
255:14 257:1 259:17
309:20 325:13
326:25 351:5 411:3
438:25 451:2 456:13
457:6 458:19

particularly 234:25
272:23 281:23
283:15 307:13 333:6
425:1,12,24

parties 211:22,23
248:5

partly 242:19

partner 236:1 286:21
287:3,11 288:22,24
291:3 298:7 299:2,4
319:14,15

partners 209:17,20,
21,22 210:6 215:14
286:24 287:1,3,7,9,
13,17,19,22,23
288:9 289:9,10,12
291:4,5 297:7
319:10 398:23 426:6
457:14 468:20

parts 203:23,24 404:2

party 274:13 326:9,11
407:16

passed 427:22

paste 355:24

Paxton 438:19 439:6

pay 324:22

pdf 386:21

Peaking 363:10

Pencils 397:14

pending 361:14
367:2 372:23 379:8

pension 203:5

people 206:7,9,11
212:24,25 213:9,13
221:10 224:22
225:2,6 243:7,14,19
246:19 249:6,9
250:1 251:5 257:2,3,
8,13 258:2,5,6

262:14,25 273:6,24
276:4,22 277:7
278:7,8 279:2
280:15 281:6,12,13,
15,22 282:13,14
283:23,24 284:1,16,
25 285:5,9,14,19,23
288:15,19,21 290:22
291:10,11,16,20
292:3 293:11 294:18
295:4,5,24 296:2,8
300:9 301:16
304:12,14 308:20
310:20 313:24
321:15 326:22
329:25 330:3 335:2,
11 350:20 358:7
368:4 377:12 384:1
385:9 390:13 394:7
406:23 414:10,20,
21,22 415:2,5,8,12,
25 416:1,2,18 417:5,
8,23 418:23 419:4
420:4 422:13,16
424:1 428:11 429:3,
9 430:11 437:7,11,
15,18 440:2,3,8,12
442:16 444:9 449:4
454:15

people's 444:22

perceive 430:1

perceived 336:4
349:19

percent 240:13
332:21 346:19,21,22
352:15 384:16
408:22 447:8,10
455:11,17 457:2

percentage 264:12,
25 265:3,8 268:1

perception 219:15

perfect 386:20
414:17

**performance** 263:10
292:8,11 308:25
309:20,21 310:6,24
319:8,12,14 329:21
350:10 352:16
353:20 372:3,8
373:3,6,8,10,11,13
374:4,6,8 375:16,18
377:9,13 414:12
422:7 456:2,21

**performer** 352:14

**performing** 418:19

**period** 204:10 206:18
211:2 221:19 231:3,
7,12,16,18,20
232:20 233:13,24
239:25 241:6 246:15
260:8 410:8,12
413:5 415:9 436:7
468:14

**person** 206:22
249:18 275:9 281:18
286:5 287:21 288:11
289:7 298:3 321:16
328:9 406:11 407:3,
8,10,12 408:6 417:3
439:2,4,6 440:22

**personal** 201:16
306:8 388:15

**personally** 326:16
329:9 413:9 442:23

**persons** 439:19

**perspective** 213:4
266:24 309:19
364:13 399:10,16
441:22

**perspectives** 458:6

**peruse** 331:1,3 339:8

**Peter** 204:23 207:5

**Pfefferbaum** 196:22

**Phil** 215:25 241:4,8
244:21 250:10

**phone** 227:19 261:12
270:15 271:16,23
294:1 297:9,17,18,
19,23 298:5,6,8
333:14,20,22 335:10
347:22 355:12
398:9,10 416:13
424:5 435:18 449:5

**phones** 335:11 360:3
361:23 453:24

**phonetic** 438:20
448:23 452:21
467:24 474:19

**physical** 271:21
399:19

**physically** 204:14
440:14

**pick** 208:9

**picked** 208:5 209:2
210:14 415:16
435:12

**picture** 414:11
416:19 418:12

**pie** 354:19 355:2

**piece** 245:7 246:18
470:14

**ping** 298:14,15

**pinged** 297:13

**pings** 297:9 298:4

**place** 297:24 352:17
378:21

**plaintiff** 196:21,23
197:2,4

**Plaintiff's** 216:20
217:4

**plaintiffs** 196:25
198:7 218:7,12,23

219:12,20

**plan** 305:5 347:23
348:4

**planning** 205:12
209:1,5 215:11
280:15 281:24 479:9

**plans** 347:21 451:16

**platform** 261:6 272:7
274:24 477:16,19,21
478:7,22 479:7

**play** 468:23

**please** 196:5,18
202:25 206:21 215:2
216:14 237:20,21
238:13 242:3,7
250:4 344:9 361:13
367:1 379:5,6
385:17 399:14 435:5
450:18

**plenty** 267:21 268:19

**plunged** 351:20

**plus** 416:6

**PN&A** 413:12

**point** 214:17,20
252:20,23 255:25
281:22 287:5 289:25
292:1 294:2 305:11
340:6 353:19,25
369:15 383:16
384:11 399:20
400:14,19 416:13,
14,17,22 423:23
424:4,14,16,21
429:8 430:20 432:24
437:21 441:20
448:8,11,19 449:12
470:2 471:3

**point-of-sale** 291:2,3
293:25 294:12,21
296:14

**point-of-sales** 290:25
291:22 293:12
294:10,19 296:3

**points** 236:11 240:9
258:20 260:22
270:8,14 330:4
336:6 337:16 342:20
353:18 385:9 418:17
429:20 449:9 475:23

**policy** 389:10,19

**pop** 316:3

**pop-up** 386:7

**pop-ups** 386:15

**popped** 351:13

**popular** 252:22

**popularity** 450:2

**portion** 287:13
322:24 405:15

**pose** 259:24

**position** 202:20
204:6,22,25 205:6
206:10,19 207:13,
16,18,19 289:4
352:24 391:9,17
415:18

**positions** 202:19
203:8 257:8

**positive** 309:19
456:5,10

**possibility** 431:6
475:18

**possible** 442:25
451:9

**possibly** 198:17
329:10 340:12

**Post** 385:22 386:1,3
387:6,14 392:12
401:21,25

**Volume II**                        **Highly Confidential**
**Kevan Parekh**                              **In re Apple Inc. Securities Litigation**

potential 240:14
252:16,19 267:4,6,8
375:1,13 377:8
409:21 427:23
430:21 441:23 442:8
443:13 464:18
470:6,24 476:5
478:15

potentially 302:2
464:19 465:3 475:17

Powerpoint 261:8

Powerpoints 417:13

practice 458:24

pre-september
271:18

preannounced 465:7
472:8

preannouncements
465:21

preannouncing
465:11

precise 309:14 466:8

precisely 298:8,10

predict 368:4

prefer 214:10

preferences 232:14
262:18,19,20 270:25

preloaded 271:24
272:3

premium 258:20
287:12,14 288:2,24
381:4,9 448:8,22

prep 431:18

preparation 225:21
226:2 228:3 231:22,
24 235:5 304:7
325:9,18,24 391:5
417:17 432:5
433:11,20 437:9

prepare 221:3,13
222:22 228:8 229:11
232:20,23 233:12
234:11 235:9 236:6
237:10,14 261:17
284:12 307:10
419:14

prepared 229:8
274:19

preparing 229:19
434:6

present 440:14

presentation 261:10
417:16

presentations 260:19

presented 262:13
268:3,12

preserve 237:23

president 207:19
208:2,10 210:13,16
213:21 215:21,23

press 230:15 327:2

pressure 430:15

prestige 336:5

presuppose 218:8

pretty 230:12 232:22
234:19 236:10
237:12 254:13
280:19 298:5 299:25
324:18 329:23 357:5
382:23 384:11 388:6
434:1 435:2 436:19
468:16

prevalent 382:23

prevent 422:2

previous 447:10

previously 363:1
466:23 472:3

price 240:9 246:20,21
252:20 256:11
258:20 260:20,21
262:2 270:8,14
342:20 347:25 348:6
349:8 353:18,19,23,
24 355:11 360:23
361:21,23 369:11
380:5,18 381:4
384:11 385:9
416:13,14,16,20,22,
24 418:11 423:23
424:4,14,16,21,23
426:19 427:4
443:14,18,20 444:2,
4,21 445:2 448:8,11,
22 449:9,12 455:21
456:2,14,21 457:6
462:10,19

priced 255:21,22,25
256:11 425:6

prices 251:8 270:3
300:18 317:25 342:8
348:10,16 357:8
362:6,10 380:23
425:23 426:4,12,16,
18,23 444:12 447:9
478:5

Pricey 356:9,18

pricing 232:15
244:24 245:7,11,14,
20 251:10 254:18,21
255:10,11,13
257:16,22 258:6,8,
12,16,17,19 259:1,9,
15,17 260:4,5,8,13,
16,20 262:1,2,7,9,10
341:21,24,25 342:2,
4,8,25 345:20 346:1,
6,10,13 353:24
358:8,13,16 361:4,
16 414:16 424:25
425:5,11,16 426:6,
14 463:24

primarily 251:14
303:25 420:6 479:17

primary 243:14

printed 386:7

printouts 359:18

prior 215:20 227:17
237:16 238:6,24
239:3 271:7,9
311:10,17,21 363:3
385:12 405:9,20
406:24 417:4 418:2
419:6 423:16,18
431:4 432:25 433:24
436:2 450:25 453:14
459:4 470:7 472:9
477:8

privacy 214:21
299:25

privilege 237:24

privy 345:15 388:15

Pro 416:13

probability 472:5
473:15

probable 470:22

probably 201:13,14
214:18 217:10 264:6
294:20 304:25
306:21 338:18
350:20 379:17
388:25 392:7 410:17
462:1

problem 234:18
322:22 446:11

Procedure 216:22
217:6

proceed 197:13

proceedings 239:16
259:22 272:18
479:24

**Volume II**
**Kevan Parekh**

**Highly Confidential**

**In re Apple Inc. Securities Litigation**

process 203:21
214:13 240:3 244:25
252:3,9 254:13
255:19 257:1 258:3,
4 297:15 303:20,23,
25 304:6 316:5
320:4,5,6,19 329:24
376:14 406:2 412:23
413:1,3 417:17
419:22 420:7 422:3
428:8 431:2,19
432:17 433:11,14,15
436:18,19 437:9,16
440:3,4 465:16
467:4,5,7,14 477:9
478:13

processes 230:11
257:12

processor 263:11

produced 361:25

product 208:11,17,
20,22,23,25 209:1,
11,19,25 210:11
215:9,11 240:19,22,
24 241:2,10,12,13,
14 242:11,17,21
243:3,5,20 250:10
255:21,24 256:15
257:4 266:4 271:5
274:6,20 319:17
329:22 345:15
358:17,18 367:22
368:3 412:16 423:22
424:4 425:16 427:4
448:22 449:2,3
454:17 474:20
475:21 476:14,15

products 207:8,9,10
208:1,3 211:12,13
233:9 240:9 242:24
243:1,9 246:16
251:9,11 255:22
256:1,11,12 257:22

258:20 260:22
263:20 266:2 270:7,
13 271:6,7 288:8
307:6 308:20 309:22
317:11,25 323:3
324:12 329:23
336:17 337:7 342:20
354:2 360:5,16
361:17 370:5 374:24
381:3,4,9,17,18,21
385:8,12 388:11
396:5,13 397:10,11,
15,16 398:20 411:2,
5 425:6 426:7,19,20
427:5 430:17 448:12
449:9,12 450:2
453:7 471:11

products' 360:24

professional 201:15,
17 205:9,13,19

program 200:18
202:2,22

progressive 203:6

project 310:20
350:10 364:18 477:5
478:15

projected 466:17

projecting 364:8,14
369:9 380:3,16
417:24

projection 393:5
468:7,9 471:1
476:18

projections 253:4
345:8 376:9,19,20,
24 455:9 468:13
470:10 473:6 474:4
475:4,25 477:10,13
478:6,19 479:12

promote 396:5,13
397:10,11

promoted 208:2

promoting 389:11
397:15

promotion 319:14

promotional 426:9

promotions 207:23
319:11

prompt 336:5

pronounced 468:2

propagate 479:12

properly 255:9

proposed 410:12

proprietors 287:21

prospective 365:4

prospects 361:5
414:18 415:20
435:19

provide 199:9 214:24
247:23 262:16 264:2
271:12 276:24 287:2
294:4 299:4,6
312:16 316:24
347:20,21,24 377:10
406:25 407:5 408:3,
7 412:14 414:12
415:2 442:17 443:18

provided 251:1 293:2
376:9,14 377:7
407:13 422:10
442:12 476:10 478:3

providers 299:3

provides 209:17
247:25 252:23 254:9
255:25 301:11 302:5

providing 412:11
413:5 414:9 417:23
421:4 428:1 429:3,9
430:2 432:23

proxy 308:20

public 214:18,20,23
237:1 389:10 410:17
412:2 434:15,16
443:9

publication 356:23
398:11

publications 333:9
350:18

publicly 236:22
410:14 411:24
434:13

publish 250:16,19
251:2 312:7,14
333:7

published 312:10
313:15 350:14
351:19 356:19
363:8,17 410:14

publishing 205:23
322:10 351:1

pull 216:7 228:16
284:15 306:11
330:7,15 338:9
351:7 355:14 359:9
382:6 385:16 386:13
402:5 403:3 445:5
450:13,17 460:9

purpose 280:11,13
281:8 283:9,11
291:15

purposes 281:10,21,
24 282:5 283:15
291:12 294:7

Pursuant 216:21
217:5

push 345:19

pushed 352:16

pushes 451:17

**put** 197:15 254:2 261:9 316:2 324:20 338:14 386:18 432:21 434:18 442:2 468:25 475:6

**puts** 262:10 275:4 317:17

**putting** 317:6 425:7

---

### Q

**Q&a** 441:23 442:1,5, 15,21 443:1

**Q3** 403:9

**Q4** 383:21,25 384:1, 21,22

**Quality** 336:23

**quarter** 234:20 257:3 258:18 352:22,23 369:4 383:22 384:2 399:24 400:15,19,21 408:23 415:16 418:8 421:20 422:21 423:6,9,16,20 424:15,17 427:16, 19,22 430:19 431:19,22 433:19, 20,24 434:2 435:20 436:22 447:20 448:1 454:3 465:7 467:5 469:8

**quarterly** 250:17,19, 21 251:22 280:1 282:24 404:18 422:15 429:14 430:12 459:1 462:20,25 463:15,20

**quarters** 254:13 427:13 428:5 433:23 453:13

**question** 199:16

218:11 219:1 225:23 237:22 238:3,6,20 242:3,6,10 246:10 258:11,23,24 259:11,24 262:4 264:18 265:6 268:11,24 270:6,10 281:11,17 282:2 284:22,25 285:18 290:10,18 294:4,9 300:23 307:25 314:25 315:24 325:12,16 327:12 337:13 354:15 360:8 361:10,14 367:2,3 370:14 371:10,19 372:12,23 377:14 379:5,8 396:23 400:12 403:14,24 404:7,14,17 405:16 411:10 421:24 426:22 442:3,11,16 445:3 453:17 455:25 456:24 459:21 463:10,13 464:2 470:18

**questioning** 199:16 340:5 378:11 379:25

**questions** 198:9,16 199:6,7,8 217:18 219:21 221:11 229:9,13,17 238:9, 17 239:7 253:19,25 254:4 281:17 296:16 331:2,7 339:9 356:12 402:17 403:12,13 404:13 415:2 434:21 441:25 442:22 446:8

**quick** 261:14 416:21

**quickly** 230:25 351:25 386:13

**quit** 462:2,8

**quite** 212:13 319:7 383:22

**quote** 457:21 464:12

**quote/unquote** 286:15

**quoted** 406:21

**quotes** 401:12

---

### R

**R-O-M-A-N** 257:19

**raise** 391:23

**raised** 323:25

**raising** 348:10

**ramping** 234:5

**ran** 208:4 286:9 472:3

**range** 312:18 361:24 476:6,17,22 477:1,6

**ranges** 467:20 468:25 470:3 472:4 474:5 476:19

**ranging** 203:5

**rate** 332:9 473:12

**rates** 309:6 316:10, 15,22 329:1,15 332:14 362:9 475:1

**rationale** 236:24 411:25 415:4 434:14 442:13

**re-mark** 386:19

**reach** 430:7 470:11

**reached** 204:22 206:18 436:7,8 467:16 475:22

**reaching** 469:17

**react** 368:2 428:12 429:4 441:14,22

443:16 444:10,13

**reacted** 425:16

**reaction** 444:16,21

**reactions** 458:2

**read** 217:13,14 218:3, 5 222:19,20 225:18 231:10 232:9 242:6, 8 259:23 260:1 284:21,23 330:24 331:4 339:7,11,16 351:22,25 356:10,13 357:1,4 361:12,14 363:13,15,23 366:25 367:2 372:22,23 379:6,8 380:15 382:15,18,19,22 387:8,14 399:6 402:16,18 403:10,12 404:8,9,16 446:17 450:23 451:2 452:19 460:23 462:18

**reading** 233:3 331:9 340:8

**ready** 229:12

**real** 415:13 416:21 417:25 474:20 477:14

**reality** 464:15

**realized** 466:2

**realizing** 465:22

**really** 206:1 209:5 211:12 221:15 223:7,9 230:13 233:18 243:3,5 251:7 262:4 273:15 274:10 279:24 290:20 296:13 310:1 311:4 313:6,8,9 326:7 328:15 329:4, 15 331:23,25 340:25 351:24 365:3 367:24

368:2 371:10 372:13,14 390:18,20 391:14 392:10 414:12 416:2 417:16,22 418:6,11, 15 424:13 425:16 429:10,11,12,13,16 430:3,9,25 456:14 472:7 477:20

**reask** 367:3 370:18

**reason** 393:3 396:10, 14,23 430:5 435:12

**reasonable** 289:7 291:14

**reasons** 236:24 292:4 302:23 316:18 411:25 418:21 428:25 434:14

**recall** 212:6 221:24 222:15 224:13 226:11 227:1,2 235:9 237:19 244:15 256:24 258:14 309:18 327:15 328:8 329:4 331:13 334:8 382:21 394:14 406:11 414:5 417:9 425:9 430:25 431:24 432:14 433:22,25 436:9 437:2,4,5 439:1,22,23,25 440:22 443:25 444:8,15 446:16,17 451:2,4,7 453:18 458:18 459:13 460:6,7 465:5

**recalled** 222:4 224:19 225:14 333:3

**recalling** 235:4

**receive** 252:4 260:24 279:13 280:3,5 405:4 406:23

**received** 251:21 262:6,7 276:14 279:15,19 295:1 309:22 399:18 405:8

**receives** 405:19

**recess** 305:15 338:5 382:2 441:7

**recession** 366:10

**recirculates** 407:22

**recognize** 217:19,23 328:22

**recollect** 222:24 233:19

**recollection** 221:25 223:8 224:18 233:23 234:10 328:21 419:8,11 428:9 472:12

**recollections** 223:23

**recommendation** 253:21 254:2,9

**reconfirm** 261:18

**record** 196:11 197:16 198:9 199:3 235:11 239:15,17 242:8 244:5 259:20 260:1 272:16,20 274:4 284:23 289:18 301:2 305:14 306:2 330:10,12 337:20 338:3,6 382:1,3 386:6,9 400:1 403:17 420:14 434:19 441:5,8 445:11 446:3 447:9 460:13 465:17 479:21,22

**recorded** 198:13 369:2

**recruited** 204:21,24

**reduce** 348:6 426:5,6, 12,23

**reduced** 344:18 425:23 426:3,5,14

**refer** 273:24 297:11 351:4

**reference** 255:25

**referenced** 331:19

**references** 339:20 340:19

**referencing** 262:17

**referred** 274:7 393:19 403:18 412:6

**referring** 233:24 234:1 249:3 256:14 295:11 323:18,24 327:13 385:15 412:8 437:2 444:1,4 452:10 464:24 478:19

**reflect** 221:16 276:17

**reflected** 336:13 443:17

**reflecting** 229:23 230:2 418:7

**reflection** 447:23

**refresh** 221:18 234:10

**refreshed** 224:17

**regarding** 239:6 248:6 250:13 260:16 261:11 323:5,13 326:3,14 327:10,25 328:6 392:5 420:1 425:11

**regardless** 296:4

**regards** 196:13

**region** 266:12 268:21

275:24 276:4,6 292:9 295:20 296:3 298:17 316:13 393:16,18

**regional** 204:7 276:8, 9

**regions** 268:14 276:8 286:14,15 288:16,19 300:16

**regular** 303:18 437:8 473:14

**regularly** 357:5 395:4,10,13 428:5 434:2 436:19

**Regulatory** 328:19

**related** 219:8,13 251:17 260:12 261:24 430:16

**relates** 236:6 238:22 255:7 310:3 358:14 444:17 478:13

**relations** 237:2 406:15 407:15,21 412:2 413:14 418:24 434:16 437:17 438:17 440:21 441:17,21 442:6,7, 20 443:9

**relationship** 388:10

**release** 219:2,8 415:17 431:1 432:5, 14 444:11,18 465:19

**released** 432:2

**releases** 229:11

**relevant** 231:3,6,11, 16,19 248:24 262:15 283:5 322:19,21 323:2 329:9 355:12 375:15,17,19,24 376:18,23 460:7

Index: reask–relevant

**Volume II**
**Kevan Parekh**

**Highly Confidential**

**In re Apple Inc. Securities Litigation**

**reliable** 329:5,11

**relied** 203:22

**relocated** 204:3

**rely** 282:12 321:9 350:22

**remember** 249:7 309:13,14 356:16 387:12 439:4,5,17 458:19 469:18 473:21

**remind** 456:6

**remove** 307:24

**renewed** 466:1

**reorient** 230:7 261:24

**repeat** 212:12 216:24 238:3 241:24 242:3, 4 344:9 365:19 371:18 379:5 384:20 387:23 420:15

**repeatedly** 393:25

**repeating** 361:11

**rephrase** 371:19 372:24

**replacement** 335:8, 12 453:6 454:8,11, 16,19,23

**replacing** 340:1

**report** 202:10 204:9 215:17,21 240:24 241:5,8 244:18,20 262:14 274:9 276:15,17 280:2 284:12 285:23,24 286:4 287:2,25 288:12 294:16 295:1 296:21,23 297:1,3 298:12,22 301:11 302:5 330:1 394:20, 23 395:1 420:24

421:22 437:13 444:6

**reported** 206:9 244:21 297:7 301:8, 9,10 332:3 335:3 361:3 372:9 384:16 398:12 401:20,24 420:2,23 454:12,22, 24 455:2,4 459:17

**reporter** 196:7 197:13,22 198:8,25 200:9,12 202:24 203:12 212:14 216:7,19 219:3 235:20 241:16,22 242:8 244:1,4 259:19,23 260:1 274:3 284:23 285:16 299:16 300:24 301:1 306:15 327:19 330:7,9 337:19,20 338:9 344:8 351:7 354:25 355:14 356:4 365:6 368:9 379:7 382:6 384:18 385:16,19 386:24 387:2 399:12 402:4, 8 403:2,6 416:21 420:11 433:8 439:12 445:5,8 450:12,15 459:21 460:9,15 466:25 467:1 479:2

**reporting** 196:16 202:11 206:7 215:18 235:18,25 236:23 241:8 286:23 291:2, 4 292:18 299:2 312:21 327:8 349:23 351:6 367:7 394:7 411:24 420:1 422:2 430:24 433:20 434:13 435:14 447:19 451:17 455:8 456:5 458:24,25 465:16

**reports** 225:1 241:9 260:15 278:3,12,15, 17 279:20 280:9 288:14 293:20 295:20 298:19,20 303:8,10 322:13 340:19,21 347:4 350:22 445:11 446:3

**represent** 196:19 198:6 354:13

**representative** 416:9

**represented** 238:25 239:4

**request** 294:23 296:5,8,18

**requested** 260:2

**requests** 200:9 202:24 203:12 219:3 235:20 241:16 244:1 299:16

**required** 237:8

**rescheduled** 395:16, 23

**research** 209:3 210:12,14,17,22 211:3,6,10,24 212:20,24,25 213:10 215:12 246:25 247:6,13,23,24 248:5 251:5,6,15,17, 18 332:22 333:21 334:4,7,9,10 335:21 344:21 346:17,20 350:3,4,6 360:22 363:16 457:11,14

**resell** 298:14

**reseller** 209:17,21 215:14 287:3,12,15, 22 288:8,21 289:12 297:7 298:2,7 299:4 398:23 426:6

**resellers** 288:2,7 297:4 398:20 426:13,18,24

**resolves** 456:8

**respect** 232:14 245:10 246:11 257:15 262:19 265:23 269:9 270:25 274:7 280:21 296:17 309:16 352:7,23 365:14 391:12 471:5

**respective** 232:13 243:16 406:19 407:1

**respects** 263:5

**respond** 315:3 441:25 442:22

**responded** 442:19

**response** 259:12 268:25 270:11 403:15 442:12

**responsibilities** 201:25 202:1,18,20 205:7,10 206:4 208:19 215:7 241:15

**responsibility** 203:7, 8 205:8 208:5,7,21 209:2,4,7 210:21,23 211:3 277:22 280:8, 23 390:22

**responsible** 209:19 210:12,17 215:13 240:18,20 242:17 243:19,24 244:11 256:4 257:21,25 276:13 277:24 281:19 286:3 289:11 295:7 301:17 303:25 304:5,13 317:13 321:15,19,21 407:16 442:4

**restroom** 230:18

restructuring 203:9

result 385:10

resulting 409:9

results 250:17 379:2 383:21 384:1,22,25 405:12 416:19 420:8 421:19 425:19 433:6,21 443:18 445:12 446:3 465:8, 11,15,17 466:17,21 467:6 472:9

retail 207:20 213:22 215:15 236:1,2 273:1 274:25 276:13 277:23,25 278:7 279:2 280:24 286:9 287:6,19 288:1 289:8 291:5,7,16,21, 22,23,24 292:3,7,11 294:14 298:25 301:17 302:21,24 303:17 323:1 383:10,24 426:17

retailers 398:12,22 399:2

retails 398:9

retire 208:4

retiring 206:22

return 258:24

Reuters 205:5,7,9,14, 17,18 206:10,15 403:8 460:21 461:4, 11,12

revenue 369:11 371:6,23 372:3,10, 19 373:4,9,10 374:5, 6,10 377:16,19 378:21,25 380:5,18, 24 381:7,9,12,14,21 384:4,16,23 422:13 445:12 446:3 447:9

448:9 455:9 463:17, 24 465:7 478:4,14, 15,20 479:9,12

revenues 375:1

review 226:24 227:24 228:2 230:3,13 248:14 363:11 385:25 406:6 407:5 443:8

reviewed 225:5 350:13 431:2

reviewing 432:16

reviews 217:21

revised 311:7

revisit 289:22 290:1

right 199:7,19 201:21 204:3 216:25 219:13 222:7,8 224:16 227:4,14 228:22 230:2,9 234:24 254:9,15 257:13 261:19 262:7 269:3, 25 275:7,22 289:5 291:1 292:15 293:5, 23 294:4,5 296:11 298:2 299:22 301:20 302:8,12 304:18 306:8 307:13,15 313:1,5,21,24 314:20 315:6,9,14, 15 316:13 317:2 318:16 321:18 323:6,9,12,22 325:4 333:1,10 334:16 340:7 341:2 344:14 348:17 351:16 352:7 354:22 355:17 357:17 359:24 362:8,18 363:5 364:20 366:15 369:15,23 370:7,8, 10 374:19,25 375:1,

7,13,16 376:10,18 380:12 382:18,25 383:17 384:5 386:1 390:1 393:12 394:18 395:20 398:5,8 402:10 404:14 405:8,16 407:1,24 408:4 414:20 415:4 417:20 418:19 419:2,5,17 420:25 421:8,10 422:15,21 423:1,2,6 425:24 426:4,10,21 427:1 428:3 430:9 432:3 433:18 436:25 437:1,2,3 438:13 440:5 441:15 442:4 443:21 448:16 449:20 450:17 451:18,20 452:22 453:1 461:25 462:7 463:8,21 466:11 467:21 471:4,7 472:8,13 475:12 476:4

right-hand 217:2

rights 214:21

ring 212:10

rising 349:11

risk 409:10 466:21 468:25 469:21 470:2,6,15,20,24 471:23 473:6,23 474:24 475:11,17 476:3

risks 476:4

rival 361:25

rivals 357:7 359:20 360:12

Riverside 196:2

road 208:23 215:11

Robbins 196:20,22 197:1,3

robust 254:13

role 206:23 207:7,24 208:20 209:15 211:1 213:18,23 215:8,20 253:15 278:8 289:6 405:6 441:18 465:13 467:19

roles 203:5 205:1

roll-up 467:4

rolled 298:11,13 376:8 466:21

Roman 249:10 257:17,19 400:6,9

room 267:23 306:14 437:11,24,25 438:5, 11,13,15,18,22 439:8,10,16,20,22, 23 440:1,8,13,16,17, 18,20,23,24 441:2 443:8

rotated 202:2

rotation 202:22

Rudman 196:21,23 197:2,4

Rule 216:22 217:5

rumblings 387:21 388:3

run 319:11 469:20 473:11,12 474:3,4 475:1 476:1

running 291:18 303:4 473:5,24,25 474:25

runs 295:13

---

**S**

---

S-A-O-R-I 439:13

**S-R-I-N-I-V-A-S-A-N**
257:20

**sale** 268:22 294:2
370:11 456:13
475:23

**sales** 207:20 208:4,6,
9,10,12 209:11,15,
18 210:1,25 213:21
215:12,14,21,23
229:9 236:23 246:15
247:21 250:3,8
251:25 252:1,9,16
256:16 257:24 258:3
264:13 268:2,4,8,9,
13,20 269:10
281:14,15,25 282:3,
6,17 283:16,20
284:7 289:11 290:23
291:25 292:11 297:1
299:2 303:20,22
304:1,6 308:25
310:5,24 314:6,11
317:10,22,24 318:2,
25 319:7,12,14
320:18 323:1 329:21
347:10 350:10
353:25 361:5 367:24
369:3,9,14,19,20,23
370:4,7,10,21 371:1,
5,21 372:3,4,7,9,10,
19,20 373:3,8 374:8,
10,19,21 375:9
376:18,21,23 377:2,
16,17,19 378:2,22
379:1 380:3,16,24
381:7,10,13 383:10
384:5,11 385:4
392:21,23 398:10,16
399:10,17,21,23
400:14,18 411:25
412:11,14 413:5
414:9,11,14 417:24
418:8,18,25 420:2
422:5 423:20 425:15
427:10,24 429:1

430:11,19 434:13
435:14 437:14 438:1
441:13 443:13 444:6
447:18,25 448:11,
13,15,20 450:1,6
451:17 453:18
455:11,16 456:7
457:1,22 458:25
460:1 461:5,12,21
462:19,25 463:16,20
468:12 469:3,4,7,11,
16,24 471:5,11
474:20 475:5,9,16
476:16 477:10,25
478:2,3,6

**sample** 287:4 288:5,
6,10 398:20

**San** 196:17

**sanctions** 234:5

**Saori** 413:12 437:17
439:10,13 440:19

**SAP** 477:13 479:11,
15,16

**sat** 406:16,17,18,22

**satisfied** 254:3

**saturated** 366:4,15,
17,20,23 367:9

**sauce** 289:24

**saw** 356:16 358:16
387:12 394:8 425:13

**saying** 219:6 227:10
242:15 247:5 250:20
276:2 279:8 309:25
349:23 351:1 366:19
370:20 376:23
384:21 385:2 391:2
398:3 401:1 412:9
426:11,12 438:7
439:21 444:25
449:11 457:23 468:4
470:5 472:2 474:23

475:14

**says** 217:3,7 228:20,
23 231:6 232:5,10
235:17,23 236:17,20
332:19 333:13
334:21 335:21
339:22,24 341:5
344:15,19 345:18
346:16 349:4,8
350:8 354:9 357:7
358:21 359:12,19
360:11,20,21 369:1,
8 379:16 380:2,10,
13 383:9 392:22
393:24 396:3 397:5,
13 398:8 400:23
401:14 408:20 409:7
410:5,16,25 411:23
434:11 447:6 451:19
452:3 455:8 457:13
458:7,23 462:7
464:6

**scaling** 430:15

**scenarios** 208:25
470:21 471:1,4,14,
15 472:3,4 473:5,11,
15,24,25 474:4,25
475:24 476:2,6
477:13

**scene** 335:23

**Schedule** 228:20,23
231:1 411:18

**scheduled** 229:3,7
395:22

**Schiller** 215:25
241:4,5,8 244:21
250:11

**school** 199:21,22
203:3 395:6 397:13

**screen** 216:7 263:2
362:1 435:7

**screens** 358:22
359:14 360:4,6

**script** 405:4,11,12,19,
20 406:24,25 407:4,
15,16,23 409:15
430:22 431:1,9
432:20 441:23,24

**scripted** 405:15,17

**scripts** 405:8,10
432:10 442:2

**scroll** 217:8,15
401:11 447:5 458:20

**scrolled** 217:22

**Scrolling** 394:17

**season** 469:23

**seasonality** 471:13

**second** 273:25
284:19,20 309:1
339:23 380:8 411:22
413:20 435:1 446:9
451:25 452:6

**secondhand** 335:12

**secret** 289:23

**section** 403:11 407:3
408:16

**sections** 351:23
407:1

**securities** 196:14
328:14,19 406:14

**see** 216:12,15 217:19
228:21 231:6 232:7,
17 233:10 235:15
236:3,17 237:4,5
260:13 283:19
286:20 287:5 307:7,
8 330:21,22 332:19,
23,24 333:17,18
334:21,25 335:1,20,
21,24,25 336:9,10

339:4,5 340:4 341:5, 10,11 343:17,18 344:15,22,23 345:17,23,24 346:15,23,24 348:12,13 349:6,12, 13 350:4 352:13,19, 20 353:11,12 354:8 357:6,9,12,13 358:20,24 359:9,10, 12,15,19,22,23 360:19,25 361:1,20, 22 362:3,4 369:12, 13 379:16 380:2,7,9, 14,20,21 382:14 383:9,13,14 386:13 392:15,18 393:1,2, 24 394:4,5,19,21 395:1,2,8,9 396:3,7, 8 398:8,13,14 400:23,25 401:6,11, 12,17,18 402:13 404:7 409:4,12,13 410:4,9,10,15,20,21 412:4,5 420:11 424:5 434:22 442:23 443:1,6 444:24 445:15,24 446:4,5 447:3,6,12,13,17,21, 22 449:18 450:3,4 451:14,15,24 452:4, 5,9,15,16 453:25 455:7,14,15 456:3 457:9,19,20,25 458:1,12,13,20 459:2,3 461:14,15 462:5,7,11,12,17,22, 23 464:6,10,11,16, 17 467:25 469:24,25 470:4

**seeing**  249:1 252:20, 21 331:13 339:17 359:4 394:13 400:20 409:2 430:13

**seen**  217:20,25 228:24 239:8 320:23 321:3 331:8,12,14 356:15 382:20 387:11 428:20 446:15 450:25

**segment**  384:17,24 389:11

**segments**  205:19

**select**  287:1,4 295:24 398:20

**sell**  288:8 296:14 378:1 397:16 398:20 416:19 448:9 449:3, 4 458:8

**selling**  269:20,23 270:2,15 341:9 353:17,18 354:3 369:20 373:16 381:21 435:16 449:1,7,8 466:19 470:13 475:3,8,9

**sells**  298:3 396:6

**sending**  249:21 276:14 461:5,12,17

**sends**  275:14,20 297:2

**senior**  206:23 207:7, 25 210:10 279:3 473:17

**sense**  236:9 273:4,7 285:22 297:8 298:5 324:11 394:3 415:9 431:20 432:6 435:21

**sensor**  273:21 274:6, 10 275:20

**sensors**  273:3,16 274:12 275:1,2,9

**sent**  225:1 248:14 249:23 250:14

260:17 408:13 443:7

**sentence**  276:3 339:15 343:12 350:9 360:11 368:15,22 369:7 380:12 398:8 452:18,19,22 457:10 462:17

**sentiment**  310:5,8, 14,16,18,19,22 311:1,2 312:19,20 336:13,19 337:4 345:12 357:24 366:2,21 367:7,18

**sentiments**  331:19, 22 452:25

**September**  271:9,22 356:7,20 382:11 383:22 384:2 385:13

**serious**  245:1

**serve**  214:12

**servers**  297:16 394:25

**service**  214:6,13,14 282:13 283:23,25 375:1,13

**services**  208:8 209:7 282:15 451:17 456:8 471:12

**servicing**  318:3

**SESSION**  196:3

**set**  271:6,7 287:22 302:4 426:18 472:16

**setting**  428:6

**seven**  306:21

**Severino**  286:10,12, 13,17

**Shanghai**  284:3

**Shanghai-based**  360:22

**Shannon**  403:14,25 408:20

**Shannon's**  404:14

**share**  214:10 240:11, 12 245:8,11,20 246:1,11,14,21 247:2,17,23 248:6, 21 250:13 251:7,12, 16 252:11,15 253:3, 13 256:10 262:13 265:16,19,24 266:1, 3,4,5,14,21,22,24 267:1,4,6,8,11,12, 17,19,22,25 268:21 269:14 282:10 286:10,24 287:24 334:13 339:2 340:11 341:6 352:24 354:19 355:5,9 357:8 358:8 362:17,23 374:18 462:9,19

**shared**  248:24 249:25 250:9

**shareholder**  465:6

**shares**  449:16,24 455:11,17 457:2

**sharing**  214:8 410:18

**Shawn**  196:20 198:6 213:2 214:12 230:17 242:3 272:11 289:13 305:9 337:11,24 338:13,16 378:8 386:2,6 387:24 400:1 403:17 405:21 459:20

**shed**  455:12

**shipments**  332:21 346:18 351:20 352:15 388:11

**Shiyu**  328:13,18

**shop**  290:22

Index: seeing–shop

shoppers 349:10

shopping 475:23

short 272:9,10 382:16 441:3 455:9

shortened 454:20

Shorthand 196:7 197:22

show 260:20 293:20 409:8

showed 475:25

showing 405:13

shown 358:10 363:3

shows 296:22 457:17

side 209:7 257:24 291:12 424:5

Siegal 464:7

Siemsen 403:14,25 408:20

signal 297:8

signature 358:21 359:13

significant 268:21 284:3 288:4 308:24 329:23 341:25 342:2 346:1 353:20 367:22 384:12,23 409:10 416:4 474:20 475:5

SIM 271:21 360:4 362:20 399:19

similar 359:20 360:12,16 362:1

simpler 360:8

simply 269:3 339:8 343:3 358:13 476:9

SIMS 271:14 360:6

simultaneous 371:15 401:3 421:16 443:3

single 308:24 406:11 455:13 456:22

sir 384:18 433:8,9

sit 404:18 406:12,21

sits 406:13,14,15

sitting 459:13

situation 327:15 409:25

situations 203:16

six 351:12 409:6,7

size 271:23 304:10,11 362:1 399:19

sizes 263:2 271:14

slightly 359:18

slow 241:17,23 242:20 327:20 344:12 384:19 399:13 420:12,18 433:9

slowdown 383:12 400:20

slowed 453:11,12

slower 311:20

Slowest 402:12

slowing 344:6,17 366:11,15,17 464:13,18,20 465:1, 2

slowly 241:20 420:11

slows 343:14 452:13, 24 453:3

small 291:24 398:20 399:2,4,7

smaller 212:5 267:7

smartphone 232:12, 15 239:22,23 240:5 245:11 255:18

257:15 263:14 269:11,19 270:1 271:11 330:20 331:24 332:2,4,9,14, 20 333:14 335:18,22 340:2 341:7 343:14 344:6,11,17 345:1 346:19 347:10 348:6 351:20 357:16 358:15 364:6,8,11, 14,18,19,23 365:8 366:3,10,23 367:9 368:16,23 369:1,10 380:4,17 453:5 454:13

smartphones 232:13 233:8 243:20 246:2 254:20,22 258:15 259:2 262:19,21 263:1 268:4 270:2 307:6 325:23 334:21 335:3 336:7 337:5 341:14 346:17 347:6 352:7 353:14 362:12 363:9 452:14,25 453:22

snapshot 377:10

socializing 473:23

softening 467:25

softness 468:2

software 477:12,14, 16,18,20 478:7,22 479:6

sold 251:11 269:11, 14 294:13 297:23 298:5,6 341:13 371:22 372:18 373:15 374:9 378:22 384:9 421:21 447:7 452:13,23 453:11

sold-to 297:23

solution 394:2

somebody 208:4 284:15 289:3 297:16 323:15

someone's 397:22 398:1

sorry 200:13 201:3 202:25 207:9 212:12 216:24 219:6,7 229:4 230:23 235:21 238:4 241:24 246:18 249:13 254:25 255:10 257:18 264:16 266:8 267:14 276:1 287:8 293:17 298:14 299:10,17 300:22 312:11 323:25 327:12,19,21 328:17 338:11,21 342:1,13 343:2 344:8 352:2,22 354:25 358:25 359:4,15,17 361:9 363:22 365:19 368:9 371:20 372:22 379:18 380:6 384:18,20 386:2,5 387:23,24 399:12 401:22,23 402:19,24 405:10 407:9 408:4, 6 409:17 412:24 413:22 421:18 427:3,15 433:8,9 438:23 443:24 445:19 452:2,9 454:9 457:16 459:20 460:3,25 475:13 477:23 479:5

sort 206:6 207:22 210:24 234:10 243:20 247:12 261:18 262:11,18 273:19 290:4 291:21 310:22 312:20,25 316:24,25 324:7,8

325:5 347:1 356:24 389:10,11 390:1 391:11 407:21 417:12 425:9 428:11 431:7 441:18 465:6

**sorts** 337:15

**sounded** 328:23 399:6

**sounds** 238:1 371:17 372:4 398:19 414:19

**source** 247:3 248:23 309:11 350:21 364:2,3,5,7

**sources** 246:24 247:3 248:8 322:11 323:5 340:20 357:2 365:3

**Southeast** 266:21

**SP&A** 479:11

**speak** 199:1,3 235:12 241:19 289:24 326:8 349:22 358:22 420:4

**speakers** 371:15 401:3 421:16 443:3

**speaking** 249:7

**specific** 213:19 222:11,14 223:21 224:11 225:11,15 229:6 233:24 234:1, 21,23 235:8 237:14 239:25 243:9 260:7 261:24 287:11 290:16,18 299:6 300:17 309:7 314:6 316:1,5,12 325:10 331:13 339:9 340:25 350:17 363:23 382:21 387:12 428:6 433:22,25 434:8 444:23 446:18 451:7 453:9 469:18

**specifically** 217:19 240:4 244:10 245:20 255:11 262:1 265:20 278:24 300:11 307:10 320:15 325:19 326:1 331:24 334:16 346:10,12 350:19 403:13 411:4 431:25 443:16 452:11

**specifications** 263:4, 7

**specifics** 317:7

**specified** 231:15 276:10

**specifies** 287:25 288:2

**specify** 405:22

**specs** 336:8,19,21,25 337:4

**speculate** 371:16 456:12

**speculating** 388:21

**speculation** 326:24 327:2,4,14 350:1 455:20

**speculative** 396:13 397:21

**speculatory** 425:14

**spell** 215:4 249:13 257:20

**spending** 233:8 307:5 325:22 383:21 478:17

**spent** 229:19

**spit** 316:6

**spot** 352:18

**spreadsheets** 417:12,15,19 418:4

477:16

**spying** 385:22 387:5, 18

**Srinivasan** 257:20

**stack** 256:1

**staff** 280:17

**staffing** 278:21

**stages** 416:1

**stagnated** 332:10

**stagnating** 447:18 448:2,6,11 449:10

**standard** 261:1

**standpoint** 209:1 310:23 353:5 362:23 477:7

**star** 352:14

**start** 235:21 242:1 273:2 308:13 399:14 415:15 435:15 436:23 468:4 469:15 473:24

**started** 200:8 203:3 223:14 233:18 234:5 394:13,14 400:20 413:24 419:8 423:2 430:14 432:14 465:22 468:10 469:2,19 473:23 475:10

**starting** 361:21,23 447:20 459:6 469:20

**starts** 404:2,4

**state** 196:19

**stated** 219:16 447:24 474:11,15

**statement** 339:25 360:13 371:11,13,18 396:12 397:20,25

433:12 457:1 462:24

**statements** 406:5

**states** 233:7,18 262:21 268:18 285:8,9,10 286:5 307:5 322:14 324:9 325:22 326:13 328:1 387:22 388:3,12 390:4,16 391:11 392:25 393:9 452:12

**stats** 287:2

**stayed** 204:18

**stenographic** 244:5 274:4 301:2

**Stephanie** 197:17 221:1

**Steve** 458:7,14

**Sticking** 251:12

**stock** 291:18,19 443:14,18,20 444:1, 4,12,21 445:1 455:21 456:1,14,21 457:6

**stop** 236:22 411:24 412:10 420:1 427:10 428:1 432:22 434:12 435:14 447:19 451:17 466:24

**stopping** 465:17

**store** 209:8 272:5 273:9 274:20 275:15 276:21 277:8,9,10 280:17 282:11 283:25 284:2 288:1 290:23 291:22 292:7,8,9,11 299:1, 10,14 300:4,9,10,15, 16,21 301:5,7,18,24, 25 303:17 426:6,15, 17

**stored** 275:12

**storefronts** 300:17, 19

**stores** 215:15,16 236:1,2 272:23 273:1,11,20 274:22, 25 275:21 276:5 278:13 279:10 280:25 281:5,10 286:22 287:15 288:6 290:6,13 291:6,7 294:14 298:24 299:13 398:22 426:18

**stories** 324:15

**story** 450:21 451:13 457:22,23

**straightforward** 237:21

**Strategic** 212:9

**strategy** 237:2 344:21 412:2 434:16

**Street** 355:21,25 356:7,19,22 357:1,4 382:12,22 386:15 387:15 445:10 446:1,17 450:19 455:10

**Streetevents** 403:8

**strikeout** 340:2

**strikes** 339:21

**striking** 339:15

**strong** 352:16 368:2 383:22 384:1,4,9,14, 15,22,25 385:3,10 425:19 435:20

**strongly** 394:25

**students** 397:13

**sub-1000** 353:9

**subject** 231:17 232:22 306:24

**subjective** 336:23 337:8

**subpoena** 214:13

**subscribe** 247:12 333:5,8 334:6 347:3 386:14,16

**subscribed** 358:1

**subscribing** 347:20

**subsequent** 433:23 453:13

**subset** 256:25

**subsidies** 343:13,22 344:3,18 345:22 347:17,18,19 348:8, 9,15

**subsidy** 347:24 348:22

**substance** 221:6 238:13,15

**substantial** 375:5

**subtly** 393:25

**success** 339:2 340:11 462:21 463:1,15,20,22

**Sucharow** 196:24

**sufficient** 474:24

**suggest** 393:3 399:3 476:21

**suggested** 311:20 394:1 476:6,17

**suggesting** 225:4 323:14 341:13 390:24 391:2 394:7 397:9 444:25 445:3 461:18

**suggests** 252:10 335:9 369:10 380:4, 17 399:1

**Suite** 196:16

**summarize** 248:22

**summary** 420:8

**summer** 233:22 234:13 380:22 394:10 454:12,24

**supplier** 203:10,15

**suppliers** 203:13,18, 20,24 478:2

**supplies** 464:8

**supply** 203:14,23 363:25 414:15 416:4 418:10 430:15

**supply-demand** 295:7,12,18,22

**support** 203:22 208:24 209:8 210:6 215:9,12 358:22 369:11 380:5,18 476:19

**supporting** 208:22 209:16 215:11 277:22

**supports** 209:17

**sure** 208:21 211:20 216:12,25 218:19 230:15 245:19 255:8 261:14 272:25 279:3 289:17 290:10 291:13 294:4 302:9 307:22 309:1 323:23 325:12 327:21 329:5,10 333:3 338:2 340:24 351:18 360:8 364:7 367:13 370:9 375:3 379:16 386:2 390:19 397:15

407:16 415:3 417:2, 6 420:13,15,19 423:21 425:13 429:24 432:12 436:5,13 438:8 440:18 451:21 453:16 456:12 459:24 479:5,6

**surging** 351:21

**surprised** 428:22

**surrounding** 326:19 424:25

**surveillance** 394:24

**surveys** 457:15

**suspected** 229:16

**Sutcliffe** 197:6,9

**SVM** 297:1

**switch** 230:18

**Switzerland** 204:4

**sworn** 197:11,22

**syndicated** 211:14

**system** 273:14,15,22 274:6 285:22 477:12,14

---

**T**

**T-A-N** 249:14

**T-H-A-R-P** 249:20

**tail** 433:15

**take** 199:12,13,14 213:18,23 217:9 230:18 235:14 239:12 240:13 245:5 246:20 252:12 255:6,22 259:9,15 263:25 266:1 272:10 292:2,5 304:2

306:10 314:3 316:3, 6 317:14 318:23 319:10 320:10 323:10 329:21 330:23 332:18 334:1,14 335:8 338:1 339:6 341:8 342:18 343:9 351:21 352:11 355:21 356:10 370:3 371:1 378:13 379:18 381:24 383:8 385:23 408:9 422:13 429:23 441:3 445:13 446:6, 19 450:18,21 461:7

**taken** 201:10 240:8 289:3 314:19 318:13 349:2

**takes** 256:10 282:9 318:4 321:8 390:21 407:17

**talk** 206:24 208:16 221:9 223:2 225:20 226:2 229:19 232:20 234:14 235:3,6 236:6 237:11 238:25 241:21 261:16 264:15 266:7 267:11 274:19 281:17 298:12 304:7 308:12 318:19 323:19 325:9,23 326:7 331:23 350:18 358:7 391:4 404:6,10 408:21 419:14 434:6 443:12 459:19,24 477:4 478:1,17

**talked** 248:21 254:18 308:21 320:12 321:20,24,25 324:6 325:13,14 329:18 330:4 340:19 357:3 362:22 364:17 366:9 369:19 414:10

418:24 419:5 425:10 427:16 429:15,25 431:19 435:25 441:11 451:7 459:8, 10 464:22 468:1

**talking** 200:4 207:3 211:22 213:5 222:6 227:16 239:25 271:4 277:4,5 279:6 283:9 290:19 298:21 301:13,15 308:10 311:15 315:14,16,17 320:15 345:11 372:9 373:8,9,13 394:3 395:20 411:3 418:4 423:15,18 427:5,10 428:10 430:21 451:4 453:12,13,14

**talks** 322:23 331:24

**Tan** 249:10,13,14 276:15 277:20 286:1,2,18 288:25 289:2,5,6,10 321:23

**target** 345:20

**tariff** 391:12 411:1

**tariffs** 409:8,21 410:5,12 411:4

**tax** 205:22 409:8

**taxes** 362:9

**team** 208:6,8,22 210:14 212:24,25 213:10 215:9,13 226:4 240:17,22,24 241:3,11,12,13,14 242:11,22,23,25 243:2,4,8,24 244:8, 9,13 246:23 247:6 248:16,20 249:4,6,9, 11,22 250:7,14,20, 22 251:13,20,21,22 253:11,12 254:2,8 256:9,14,15,16,21

257:2,12,21,25 260:24 262:10,11 273:16 275:4,13,15, 17,19,24 276:4,9,13 277:23,24 278:7 279:2,19,21 281:9 282:9,19 283:8,14 291:16,20 292:2,6,7 293:9 294:18,21,22, 25 295:5,7,12,13,16, 17,22 297:1,2 298:25 300:7 301:15,16,17 302:1, 21,24 303:7,13,21, 25 304:2,4,10,11,15 317:10,13 318:4,9 321:13,22 322:4 325:7 329:16,18 331:18 340:12 350:15 356:23 361:2 363:18 366:14,20 367:6 376:3,4,6 383:1 388:24 389:13 390:9,21 391:3,5,8 406:15 407:16 413:14 437:18 438:17 441:19,21 442:6,7 458:3 465:14 466:20,25 469:14,15 470:19,20 472:17 473:4 478:4 479:11

**team's** 253:21 321:4

**teams** 210:5 240:20 243:15 248:15 249:4 256:18,22,25 275:18 276:8 278:20,23,25 279:1 281:4 303:24 442:20

**tech** 363:10 394:23 395:5

**technical** 235:19 259:18 263:4,7 275:8

**technically** 466:12

**Technologies** 361:25

**technology** 263:11, 12 274:21 339:25 425:6

**Tejas** 440:22

**tell** 199:19 205:3 208:18 210:15 213:19 214:13 220:25 247:16 252:15 257:13 264:21 288:11 319:3 321:18 331:8 369:5 403:11 428:24 458:9 461:21

**telling** 259:14 439:19 460:15,16

**ten** 201:13 202:5,14 206:11 272:12

**tension** 261:25 327:15 388:5 411:3

**tensions** 233:6,17 307:4 324:8,16 325:21 326:14 327:10 328:1,7 390:16,20,25 392:6 409:20 410:24

**tenure** 472:10

**term** 336:23 337:8 366:14,16,19 367:15

**term-view** 429:16

**terminology** 448:6

**terms** 264:12,25 265:3,9 310:2 372:18 416:18 422:17

**Tesla** 458:25

**testified** 197:23 224:16 235:11

292:23 307:9 316:23
323:12

testify 216:1 221:2,3,
13 229:3,7 234:11
237:8,17 238:7
239:4 242:16 325:10
400:7

testifying 219:24
220:17 235:10 306:7

testimony 260:6
267:18 289:16
428:17 471:24
474:12 476:9

text 386:9 419:25
420:5 461:21

thank 197:14 198:3
200:6,13 213:7
275:22 285:3 306:16
313:17 338:20 367:4
386:23 405:25 435:3
445:23 446:13
450:25 460:20 467:1
478:25 479:3,19

Thanks 223:6 339:13

Tharp 249:18,19
257:23 321:22

themes 358:9 394:15

thing 234:22 271:14
319:7 339:7 373:14
389:14 456:6

things 210:11 223:15
229:11 230:13 234:9
240:14 242:18
244:23 245:5,14
246:7,12 263:10
271:10,17 281:3
282:11,23 289:24
291:19 293:5 297:6
304:14 310:20
312:21 315:21
320:12 321:12 323:1

324:6,22 329:18
331:25 336:24 371:2
375:15 383:23
389:8,12,19 404:10
417:23 418:22
420:14 423:11
430:18 463:19
467:23 468:23
469:21 478:20

think 202:21 210:2
217:9 223:4 225:9
229:15,18 230:5,10
231:25 233:15
234:5,6,16 238:16
240:8 241:7 242:2,
14 245:13 248:21
250:25 251:25 252:7
254:7,9,23 255:5,20,
23,25 258:2,9 259:8
260:6 261:22 262:9,
24 263:22 265:25
269:1 270:13 271:10
275:5 276:20
280:14,15,17,19
281:14 282:21,25
283:5,18,21 284:7
289:4,23 290:20,21
291:10,13,16 292:3,
25 294:7 295:23
296:13 302:21
304:3,20 305:10
306:14 307:9
308:16,21 309:4
310:4,11,15,16,23
314:3 315:17 316:14
317:12,16 318:22
319:6,10,13 320:4,9
321:2 322:9 324:17
325:2 326:22
329:13,20,22 331:16
332:13 334:12 337:8
338:13 340:5,18,23
341:19,20 342:7,19
343:8 344:1,10
346:5,7,12 347:22

348:20,22 350:17
351:15 352:8 353:16
354:1 355:10,23
356:3 357:1,3,24
358:5,7 359:17
360:2 361:15,16
362:20,21 363:15,24
364:8,9 365:2 366:8,
10 367:21 368:17
369:19 370:4,15,16
372:4 373:19 374:12
375:6,23,24 377:3
381:3,15,22 382:23
383:20,25 385:7,8
386:12 388:5,14
389:16,17 390:13
396:12,18 398:6
400:17 406:1 407:2
410:25 412:13
413:17 414:8,10
415:3,5 416:3,15
420:17 422:11
423:21,23 424:7
425:18 426:22
428:16,19 429:7,25
430:3,4,9,10,17
431:20 433:4 434:4
435:8,9,11 436:6,17
437:22 440:21
441:14,20 443:15,16
446:16 448:6,19
449:9 450:5,9
451:25 453:23
454:1,3,18 455:6,20
456:9,20 458:5
460:14,17 462:3
463:11,18 464:21
466:18 467:24
468:2,18,24 470:12
471:24 473:22
476:1,8 477:6

thinking 208:23
324:1 409:2 430:11
457:17

third 211:21,23
216:20 217:4 248:5
274:13 334:20 359:2
401:7 474:19 475:21
476:14

third-party 211:18
247:1,11,14,16
251:1,15,17,18

Thomson 205:5,7,9,
14,17 206:10,15
403:8

thought 234:24
248:24 292:23
323:25 327:13
378:12 384:14
393:10 396:2 435:20
476:18

thoughtful 315:2

thoughts 261:18
370:19

three 205:19 222:18
315:21 401:6

three-quarters 349:4
401:10

tie 335:7 375:25

tier 448:22

tiers 288:9,22

Tim 253:23 254:3
279:11 302:11
325:9,13,23 326:1,
12 327:8,16 388:8
389:7 395:10 400:23
401:14,19,23 403:15
409:6,19 410:11
413:18,20 418:22
431:13 437:18,25
438:13 440:16
441:1,24 473:5,20

Tim's 404:14

time 196:12 198:4

199:14 201:11,18 204:10 205:14 207:5,8,14,23 209:10,14 210:19 211:2 213:12,16 215:24 216:25 220:6 221:17,19,24 222:4, 25 223:10,13,16,19 224:13 225:16 229:10,18,24 230:8 231:3,7,12,16,17,19 233:24 234:3,23,24 238:4 239:11,25 241:11 242:11 244:16,21 250:9 267:23 270:21 271:4,8 272:8 273:12 274:1 275:14 281:5 286:9 302:25 303:16 304:21 307:21,23 308:9,15 310:21 311:7,8,23 322:18 323:7 332:20 333:19 334:9 335:6 340:25 353:15 357:17,24 368:24 369:2 377:10 383:15 387:16,23 393:8 395:15,23 399:20,24 405:22 413:5,17,18, 23 416:13 419:21 421:18 424:7,23 426:7 430:9 431:5 436:7,25 458:17,18 460:13,18 466:14 470:22 471:3,15 472:4,10,13 473:11 474:4 475:22 479:19

**timeframe** 307:14 308:8 324:3 382:24 426:9 433:22,25 435:13 475:7,8 476:20

**times** 198:18 261:13 273:6 402:10,14

418:14 444:12 458:10

**timing** 236:9,25 412:1 414:15 415:13 416:12 418:10 430:16 434:15,19

**Tisa** 196:15

**title** 213:20 231:11 451:11,19 461:14,15

**titled** 330:19 339:1 340:10 351:19 356:8,17 363:9 382:12 383:8 385:22 387:4,17 402:11 445:11 446:2 450:19 461:5

**today** 198:4,10,17 199:12 208:13 209:23 210:3,23 215:7 216:2 226:4 229:3,7 237:7,16 238:6,24 239:3 286:6 289:17 304:8 325:18,24 331:12,15 352:5 378:15 387:11 393:19 413:25 419:15 425:10 428:18,21 435:2 446:15 451:1 458:17 459:13 479:19

**Today's** 196:11

**told** 229:12 237:9 238:9 239:6 429:2 457:22 458:10

**tools** 479:12,13,14

**top** 206:6 228:19 231:2 236:17 306:23 336:2 350:20 353:8 354:8,22 357:6 359:15 449:20,21

**top-end** 398:9

**topic** 232:6,10,20 233:1,13 235:15,23 236:6,16,17,20 237:8,9,11,13,17 238:8,25 239:5 306:12 307:2,10 325:10,19,24 364:4, 6 411:20,23 417:17 419:15 423:12 427:18 428:7,17,21 434:6,11,21

**topics** 229:3,4,6,19 230:18 411:3

**total** 460:18

**totaled** 410:6

**totality** 444:11,17,22

**tough** 344:16

**tourism** 284:3

**track** 250:17 275:9 297:21

**tracking** 235:24 321:21 467:19

**tracks** 272:23 364:16

**trade** 233:6,17 261:25 307:4 324:8,16 325:21 326:14 327:10,15,25 328:6 335:11 336:6 385:22 387:4,17,22 388:2,3, 5 390:16,20,24 391:12 392:5 394:2 408:25 409:20 410:24 464:7,14

**trade-related** 326:3

**trading** 449:17,24

**traffic** 235:18,25 239:7 272:23 273:4, 8 274:8,9 275:6,25 276:5,7,21 277:7 278:3,12,17 279:6,

15,20 280:2,9,16,21, 24 281:10,18,19 282:1,5,11 283:14, 19,22 284:13 286:21,24 287:16,24 288:1 291:12 298:24 299:1,7,8,9,12 300:12,20 301:5,19 303:10,17 308:22

**transcript** 196:6,8 289:15 403:9 405:13 459:22

**transitioned** 210:25

**translate** 317:15

**translated** 362:8

**translates** 314:5,10, 11

**transparency** 456:7

**transpired** 234:8 422:10

**transpires** 338:5 382:2 441:7

**travel** 294:1

**traveling** 395:17,18, 21

**travelling** 395:24

**travels** 395:19

**treasurer** 204:7 406:21

**treasurer's** 203:4

**trend** 275:5 277:6 349:11

**trend-wise** 280:7

**trended** 252:19 276:21

**trending** 283:4

**trends** 245:8 247:21 248:25 251:23

252:24 255:7 256:11 259:9 263:2 266:3 273:8,17 275:6,18 276:24 277:2,4 280:1 281:14,15 282:6,11,22 283:15, 16,19 290:6 292:19 293:8 308:23

**triangulate** 247:2

**trick** 222:21

**tried** 289:4 479:5

**Tries** 450:20 451:12

**triggered** 310:23

**trillion** 461:6,13,17, 19

**trip** 401:20

**Trouble** 382:13 383:9

**troubled** 203:9,13,18

**Troubles** 450:20 451:12

**true** 264:18,20,21 265:12 266:17 300:3 332:8 336:13 360:17 366:20 371:20 395:10 416:10 424:24 447:25 452:25 453:7,10,19, 20 454:1

**Trump** 326:2 327:9, 24 328:6 388:9,19 392:4 410:23

**try** 198:17 211:12 241:23 242:20 283:19 285:13 354:16 355:24

**trying** 222:21 223:22 225:16 228:22 230:15 234:7 236:8 237:23 242:15 256:4 258:23 280:20,22

281:1 315:2 324:11 364:20 365:15 373:7 374:13,17 378:6 379:11,18 381:23 397:2,16 417:2 424:1 436:1 437:23 453:8,16 463:21

**Tsinghua** 395:6

**Tuesday** 226:16

**Turkey** 464:22 465:3

**turn** 228:18 231:1 294:1 306:20 334:18 336:1 347:13 354:5 365:3 368:6

**turned** 297:10

**turns** 214:23 297:15 385:23 387:5,18

**two** 202:11,16,20 205:14 209:3 210:8 222:6 227:23 235:7 243:14 251:13 256:18,22 281:16 288:3 303:24 304:5 404:2 410:5 411:7 417:4 418:2,24 419:6 430:20 431:5 435:16,25 436:1 461:23 463:18 479:17

**two-minute** 230:18

**two-year** 415:9

**type** 243:19 261:6 263:7 322:4,6 383:1 389:3

**types** 300:1 382:23

**typical** 426:8 467:22

**typically** 223:24 224:21 244:12 245:10 255:20 261:1,9 271:15

275:19 277:1 280:6 282:23 299:23 406:5,23 407:7 437:8 442:1,25 444:9 467:13 469:24 476:15 477:15 478:18

———————————

**U**

**Uh-huh** 309:4,15,25 311:6,9,22 316:19 318:8 323:18 328:9 329:12 330:5 336:3 341:4 347:13 356:21 360:9 374:7 376:7 381:11 383:6 388:23 390:7 391:4 392:14 394:6,10 407:11 412:12 413:8 414:3 415:24 420:9 422:5 424:19,22 425:17,20 428:14 431:15 435:8 442:7 443:12,20 451:4,9,11 461:20

**ultimate** 253:2,6 425:15 431:11,14

**ultimately** 253:20 254:1,8 317:1 348:1 376:8 429:13 440:25 465:14

**Um** 412:20

**umbrella** 210:5

**unable** 339:16

**UNBINDING** 196:6

**unbreaking** 295:14 297:10,11

**undergrad** 200:21 201:1

**underlying** 236:24 351:6 357:2 412:1

434:14

**underneath** 231:11

**understand** 198:11, 14,20 199:10,17 211:11 214:15 225:16,18 234:23 237:25 248:17,25 249:8 251:23 255:16 256:4 258:10 261:15 262:4 267:18 280:7, 20,22 281:1 283:3 291:18 301:18,19 306:4,7,9 311:25 313:9 314:20,24 315:2 321:2,24 325:12 326:23 332:7,8 334:10 336:11,12 341:12 347:17 353:13 362:5 364:10,20 365:3,16 370:14,15 371:10 372:12,14 373:7 375:24 389:20 396:9 398:24 412:8 418:17 421:24 426:21 427:6 436:2 439:21 445:4 453:8,16 456:24 463:21 464:1 465:18 469:2 471:20 474:12

**understanding** 218:6,12,15,22,25 219:5,12,13,19,22 222:25 229:2,5,8 234:7 240:20 243:25 251:8 354:12 433:18 461:16

**understood** 199:4 220:8 290:10 311:23,24 312:1 314:7 332:13 343:22 344:2,5,11 348:14, 20,22 362:13 383:15 418:13 437:20 465:25 471:24 476:8

479:6

unfold 473:16

unintended 409:11

unit 236:23 252:1,16 264:13 268:2,4,8,13, 20,22 269:9 317:22, 24 369:9,14,18,20, 23 370:4,7,10,11,21 371:1,4,5,21 372:3, 4,7,9 373:3,8 374:4, 19,21 375:9 376:18, 23 377:2,15,17 380:3,16,24 381:7, 10,12,13,18 384:5 385:4 411:25 412:11,14 413:5 414:9,10,14 416:8, 18 418:8,18,25 420:2,23 421:4 422:2,5,10 423:20 427:9,24 429:1,12, 14 430:11,19,24 432:23 434:13 435:14 437:14 438:1 441:12 442:17 443:13 444:6 447:18,25 448:11, 15,20,23 449:11 450:1,6 451:17 452:10,11 453:18 455:10,16 456:7,13 457:1,22 459:5 460:1 462:19,25 463:16,19 467:18 468:12 469:3,4,7,11, 16 471:5,11 477:25 478:1,2,3,6

United 233:7,17 262:21 268:18 285:8,9,10 286:4 307:5 322:14 324:9 325:22 326:13 328:1 387:22 388:3,12 390:4,16 391:11

392:25 393:8

units 269:11,14,20,23 374:4,9 378:22 421:21 449:1,7,8

university 199:23,24 200:15,17 395:6 397:6,12

unpack 317:9

unrelated 411:7

unusual 472:16,21, 23,25

upcoming 434:2,3

update 275:14

updates 250:18 367:23

upgrading 454:4

upside 475:19 476:5

usable 335:10

use 205:24 273:20 274:21,24 281:20 293:22 294:7 297:23 316:4 334:6 346:25 366:16 377:23 414:17 429:12 472:19,20,22,23,24 477:5,12,15,17,20 478:2,12,22 479:6, 11,14,18

user 365:5

users 313:2 359:7

users,' 360:21

uses 279:4 312:25 316:11

Usually 443:18 458:8

utilize 253:7

## V

value 271:13 347:20 425:6 429:14 455:12 461:5,13,17,19

valued 422:11

values 422:3 442:17

variability 471:13

variable 314:9 469:22

variables 314:19 317:13,15 318:12, 18,23,24 319:13,18, 20 320:10,11 468:17 471:11 473:13 475:24

variance 467:18

variation 251:10 475:6

varied 422:12

varies 249:24 250:16 263:10 454:10,20

variety 302:22

various 202:1 203:4 209:19 224:10 240:9,11 245:5 246:24 248:16 249:25 253:13 270:7,13,14 276:12 278:6,8 281:20 287:3 309:10 313:15 316:17 336:21 342:19,24 345:6,8 353:17 406:3 470:21 471:11 475:1,2

VCI 248:1

vehicle 458:24

vendors 343:13,23

venture 218:20

verify 406:4,5

version 261:8 379:17, 18 394:17,18 406:24 462:1,4

versus 255:21 256:1 260:13 337:7

vice 207:19 208:2,9 210:13,16 213:21 215:21,23

video 196:12 198:13

videographer 196:10 239:14,17 259:20 272:16,19 301:2 305:13 306:1 330:7 338:3,6,14 355:23 381:25 382:3 441:5, 8 445:18 460:16,18 461:1 478:23 479:22

view 258:12 310:1 319:20 329:13 337:6 362:22 364:3 366:22 393:7 409:7 414:13 415:6,14 429:20 441:20 463:2,11,12

viewed 367:14 456:5, 10 463:5,6

viewpoint 429:24

viewpoints 430:8

views 410:18 414:24 415:7,10,11

virgin 286:15

vis-a-vis 256:12 267:20

visit 396:11 397:23 401:24

visited 395:11,12,13 397:21

visiting 300:4

visitor 299:20 300:4

Volume II
Kevan Parekh

**Highly Confidential**

In re Apple Inc. Securities Litigation

**visitors** 299:14 300:8 301:6,24

**visits** 395:4

**visual** 260:21

**Vivo** 263:21 269:16 333:15

**voice** 368:9

**VOID** 196:6

**volume** 196:13 345:18 476:16

**VP** 208:17,20

---

**W**

---

**Wall** 355:21,25 356:7, 19,22 357:1,4 382:11,22 386:15 387:15 445:10 446:1,17 450:19 455:9

**want** 214:7 217:13,19 218:8,20 230:15,25 232:5 235:14 255:6, 16 282:4 289:17 294:3 301:18 305:8 306:11 331:3 333:6 336:6 343:2 352:11 371:16 375:3,23 401:2 404:8 415:14, 18 417:2,3 420:13, 15 421:22 423:25 432:3,6 446:13 449:6 456:6 458:9 468:22 474:22

**wanted** 200:6 217:15 233:19 234:23 245:18 255:4,8 277:16 279:5,8 286:4 288:24 289:1 302:6,7,11 340:6 386:2,5 415:3 417:6

423:13 424:5 427:19 457:18 465:25 469:25 470:4,15

**wants** 217:15 345:18

**war** 385:22 387:4,18, 22 388:3 394:2 464:14

**warning** 461:20

**warns** 461:5,12

**Washington** 385:21 386:1,3 387:6,14 392:12 394:3 401:21,25

**wasn't** 222:11,14 265:13 282:2 299:10 310:21 313:17 326:9 385:2 388:15 397:15 405:12 416:9 417:15 442:18 445:3 463:13 472:23

**watch** 349:11

**watching** 420:18

**way** 261:1 262:16,24 266:1 269:2 270:12 281:6 284:10 293:3, 8 296:12,16 302:4 312:5,9 314:5,11 335:11 345:7 367:23 369:24 372:2 384:14 385:3 396:19 399:6 401:10 417:13 418:19 424:10 442:19 450:10 454:14 460:15 463:2,5,7,11,12 465:16 473:10 476:10 478:10

**ways** 248:16,19 251:13 254:19 347:19 457:18

**we'll** 199:12 214:14

235:3 259:24 272:19 273:2 295:14

**we're** 212:17 222:6 235:6 239:14,17 252:19,21 289:14,22 290:1 291:18 299:25 305:13 311:15 475:9

**we've** 216:1 237:15 240:8 303:16

**weak** 245:2 445:12 446:3

**wealth** 349:11

**weather** 293:6

**webcast** 404:25

**Webex** 227:20

**website** 301:19

**Wechat** 271:24 272:4, 7

**Wednesday** 196:1 227:17

**week** 226:15 277:16 396:4 469:7

**weekly** 276:25 277:1 280:1,3,4,6,9,24 281:9 282:5,20,23 283:1,2,3,5,6,14 292:15,19 293:4 296:19 303:8,15 467:10,11 468:13 469:3,4,6,7,11,16

**weeks** 220:1,16,19 235:6 283:4 466:19 470:14

**weird** 339:13

**Welcome** 306:4

**well-regarded** 456:4

**went** 199:22 221:17, 21 222:2,23 224:6 233:16 261:17

424:6,9 444:12 461:19 470:4

**weren't** 333:3 369:23 423:21 424:16 428:6 448:15 465:23 470:5,11,23 471:3, 17 474:10,14 475:11 476:17,22

**West** 196:16 205:20, 21

**western** 268:20 393:12,14,18

**whopping** 396:6

**widely** 388:6

**wider** 359:6 360:21

**Williams** 196:20 197:14 198:2,6 200:20 203:17 208:15 211:16 212:8,15 213:5,8 214:15 215:1 216:6, 11 219:4 220:6,9 221:8 223:12 224:15 225:3,12 226:1,13, 23 227:13 230:1,20, 23,24 235:1,13,21, 22 236:15 237:20,25 238:5,19 239:11,19 240:16 242:5,13 244:6 245:9 246:9 247:10 248:18 251:3 252:14 253:1,9,22 254:10 255:12,15 256:13 259:7,10,23 260:3,14 262:3 263:6,24 264:16,17 265:2,15,21 266:8, 10,18 268:10,23 269:7 270:9,22 272:8,12,15,21 274:1,5 276:23 278:10,22 280:12 282:18 283:12

284:21 285:7,17
289:19 290:2,3,12
292:22 295:10
299:19 300:13,22
301:3 304:20 305:2,
7,10 306:3,13,19
315:4 316:8 318:7
320:14 321:6 326:10
327:3,23 329:7
330:6,11,14 332:15
337:12,18,21 338:2,
8,18,24 341:1,23
343:11 344:4,13
345:9 346:9 347:12
348:24 351:10,17
353:6 354:4,21
355:3,13,20 356:2,6
357:23 358:11
360:7,18 361:12,18
362:24 364:1 365:10
366:12 367:3,5,17
368:5,13,21 369:22
370:6,17 371:3,12
372:6,15,24 373:1,
12,21 374:2,15
376:1,15 377:5,19,
24 378:10,14,20
379:3,6,12,24 380:1
381:5 382:5,9 384:3,
13 385:1,11,16,20
386:10,12,16,18,24
387:2,10 388:17
390:23 391:15,22
392:3,11 393:15,16,
17,23 394:16 396:20
397:3 398:7 399:22
400:5,11 401:4
402:9 403:7,20,23
405:1,23 406:8
409:14,17,18 410:1
411:13 416:25
420:21 421:7,14,17
422:4,23 425:8
426:2 427:12,14
429:17 433:17
434:10,22 435:1,5,

23 436:15 438:4
439:3,15 440:15
441:10 443:5 444:3,
19 445:9,21,25
447:2 448:14,25
449:23 450:12,16
455:3,22 456:23
457:8 459:18,23
460:4,14,22,24
461:3 466:10 467:2,
3,9 470:17 471:19
473:18 474:7,21
476:23 477:11 479:8

**willing** 347:24

**Win** 356:8,18

**Winawer** 197:8 226:6,
8

**wind** 409:9

**window** 445:17

**wireless** 344:20

**withdraw** 325:16

**withdrawn** 204:8
209:23 211:1 220:22
226:18 228:6 231:22
239:20 251:20 262:5
279:18 284:9 293:10
299:10 312:23 320:5
328:4 336:11 337:2
343:20 357:14
360:10 371:4 372:16
383:7 396:9 400:13
426:11 446:14
447:24 466:15 473:3

**withheld** 214:17

**withhold** 422:20
423:8 427:9 429:1
431:16 437:13 438:1
459:25

**withholding** 423:19
427:23 428:12 432:9
441:12 443:13

452:10

**witness** 197:6,9,11,
12,21 200:10,13
202:25 203:13
211:10 212:5 214:10
216:4 217:21 220:2,
8 223:6 224:10,25
225:9,25 226:11,21
229:21 234:18
235:11 238:3,16
240:8 241:23 242:12
243:23 244:2 245:5
246:6 247:9 248:13
250:25 252:7,18
253:6,19 254:7
255:4,13 256:9
259:8 260:11 261:22
262:24 263:18
264:9,24 265:11,19
266:17 268:7,17
269:6 270:6,20
272:3 276:20 278:6,
20 280:11 282:9
285:5 290:9 292:18
295:4 299:17 300:7

**wonderful** 457:22

**wondering** 298:19

**word** 307:24 310:16
337:8 365:20 409:14
438:8 442:18
472:19,21,22,23,24

**words** 241:19 401:5
420:12

**work** 200:22,23,24
202:8,13 203:10
206:15 208:24
221:16 240:19,21
257:11 344:2 348:21
376:3 468:20

**worked** 200:25
204:17 459:25

**working** 201:18,20

279:3 304:1 321:23

**works** 305:1 320:4

**world** 213:15 243:16
275:16 297:19
364:11 395:19
408:25 421:21

**world's** 333:14
346:18

**worldwide** 212:21
447:7

**worried** 458:3

**worry** 351:11

**wouldn't** 294:20,23
335:7,14,15 336:16
337:1 350:20 372:1,
3 390:5 391:3,20
396:17 398:18
399:16,20 400:16,
17,21 431:9 432:21
442:14 448:5 460:15
463:2 473:9

**writes** 409:7 410:16

**written** 388:21 417:19
418:3 419:18,25
428:20 432:25

**wrong** 242:15 376:2
421:22

---

| **X** |
| --- |

**X-A-O-M-I-A** 263:21

**Xaomia** 263:21

**Xiaomi** 341:8,13
351:20 352:7,9,12,
14 353:5,8,13,17

**XR** 424:14 476:15

**XS** 271:21,23 396:5
398:16 399:17,18,23
400:10,12,13,14,18

424:7,12 436:24

---

**Y**

---

**Y-E-E-W-E-E** 244:2

**yeah** 201:22 202:21
203:20 204:12 205:4
207:25 210:22 212:5
213:21 214:10 215:3
218:16 219:1,10,21
221:15 222:8,14
225:9 230:10 233:15
234:18 236:8 238:16
239:12 240:8 241:7
249:17 251:6 252:7
254:7,23 255:20
257:10 261:5,13,22
262:9 264:24 265:25
267:11 268:7 269:1
271:20 272:10,15
273:3,21 274:17
275:12 276:20 278:6
281:1 283:18
284:14,18 286:23
290:9,13,20 295:4
298:16 300:7,17
302:1 304:12 305:4
306:25 308:8,16
310:11,19 311:24
312:16,22 313:2
314:3,17 315:1
316:1 320:9 321:1
322:3,9 323:7,15
324:10 326:7,15,22
329:4 330:3 332:13
333:18 340:17
341:11,19 342:17
343:7,18 344:1
345:5 346:5 347:3
351:24 352:8,13
353:23 354:18
355:8,23,25 356:13
357:19 358:5,25
360:2 362:7,20
363:23 364:4 365:2

366:8 367:13,21
368:19,24 370:15
371:9 372:1,13
373:6 374:12 376:13
377:2,6,22 378:25
379:22 380:14
383:20 384:8 385:7
386:10,12,18,22,23
387:16 388:5 389:8
390:5,18 391:19
392:19 393:16 394:8
396:8 401:2,6 402:1,
14,18 403:20,24
404:7,12 407:2
412:15 413:4 414:8,
21,24 417:8,15
418:6 421:3,12
423:2 425:4 429:7,
22 430:9 431:18
433:4 434:18 435:11
436:4,13 438:25
442:1,6 443:25
444:8 446:1 448:19
450:23 455:19
456:20 459:8,16,20
460:6 461:1,23
462:15 463:14
465:22 466:8,12
469:18 470:18
471:1,10,20 472:20,
24 473:9,19,21
474:18 477:14
478:16

**year** 201:23 204:12,
18,19 207:11 208:2,
3 210:15 211:5
213:2,3,6,24 271:22
308:1,11,13 310:13
311:8,12 323:17,21
324:5 325:1,3 341:6
344:16 345:16
346:19,21,22 352:15
367:25 381:16
385:15 392:23
408:22 415:15

416:11 423:13,16
426:8,10 427:20
432:1 434:3 435:15
436:23 447:4,7

**year-on-year** 369:3

**year-to-year** 418:8

**years** 201:1,8,13
202:5,11,14,16,18,
19 203:7 206:16
222:6 235:7 311:11,
18,21 333:13 413:6,
9,25 414:1 415:22
417:4 418:2,24
419:6 427:13 430:7,
20 431:5 435:25
436:1 441:13
453:13,15 458:10

**Yeewee** 243:23
244:2,12,16,18

**Yeewee's** 244:8

**yep** 217:7 231:5
304:19 445:24

**yes-or-no** 225:23
259:12 268:25
270:11

**yesterday** 393:19

**Yitsik** 277:23 289:7,8

**York** 202:7 203:4
206:12,13 402:10,14
458:10

**yuan** 353:9

---

**Z**

---

**Zoom** 227:19

# EXHIBIT 86

Videotaped Deposition of

# Timothy D. Cook

February 09, 2022

In re Apple Inc. Securities Litigation

vs.

**Highly Confidential**



www.aptusCR.com | 866.999.8310

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 174 of 718

Highly Confidential        In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

**Page 1**

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   OAKLAND DIVISION
 4
    In re APPLE INC.            )
 5  SECURITIES LITIGATION       )
                                )
 6  _____     )
                                ) Case No.
                                ) 4:19-cv-02033-YGR
 7  This Document Relates To:   )
    ALL ACTIONS.                )
 8                              )
              Defendants.       )
 9                              )
10
11
              HIGHLY CONFIDENTIAL
12
13     REMOTE VIDEOTAPED DEPOSITION OF
14              TIMOTHY D. COOK
15  _____
16        Wednesday, February 9, 2022
17
18
19
20
21
22
23
24  REPORTED BY:
    ANGELA KOTT, CSR 7811
25  JOB NO: 10094756
```

**Page 2**

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   OAKLAND DIVISION
 4  In re APPLE INC.            )
    SECURITIES LITIGATION       )
 5                              )
    _____     )
 6                              ) Case No.
                                ) 4:19-cv-02033-YGR
    This Document Relates To:   )
 7  ALL ACTIONS.                )
                                )
                                )
 8                              )
 9
10      BE IT REMEMBERED THAT, pursuant to Notice
11  of Taking Deposition, and on Wednesday,
12  February 9, 2022, commencing at the hour of 8:03
13  a.m., thereof, before me, ANGELA KOTT, a Certified
14  Shorthand Reporter, there remotely appeared
15          TIMOTHY D. COOK,
16  called as a witness by the Plaintiffs, who, being by
17  me first duly sworn, was thereupon examined and
18  interrogated as is hereinafter set forth.
19
20              ---oOo---
21
22
23
24
25
```

**Page 3**

```
 1            R E M O T E   A P P E A R A N C E S
 2
    FOR THE LEAD PLAINTIFF:
 3
        ROBBINS GELLER RUDMAN & DOWD LLP
 4      BY: SHAWN A. WILLIAMS, Attorney at Law
           DANIEL J. PFEFFERBAUM, Attorney at Law
 5         KENNETH J. BLACK, Attorney at Law
           MARK SOLOMON, Attorney at Law
 6         JASON FORGE, Attorney at Law
           HADIYA DESHMUKH, Attorney at Law
 7      One Montgomery Street, Suite 1800
        San Francisco, California 94104
 8      415.288.4545
        dpfefferbaum@rgrdlaw.com
 9      Kennyb@rgrdlaw.com
        Shawnw@rgrdlaw.com
10      Marks@rgrdlaw.com
        Jforge@rgrdlaw.com
11
    FOR EMPLOYEES' RETIREMENT SYSTEM OF THE STATE OF
12  RHODE ISLAND:
13      LABATON SUCHAROW
        BY: CHRISTINE FOX, Attorney at Law
14      140 Broadway
        New York, New York 10005
15      212.907.0700
        Cfox@labaton.com
16
    FOR APPLE INC.:
17
        ORRICK, HERRINGTON & SUTCLIFFE LLP
18      BY: JAMES N. KRAMER, Attorney at Law
           TRISTAN ALLEN, Attorney at Law
19      405 Howard Street
        San Francisco, California 94105
20      415.773.5700
        jkramer@orrick.com
21      Tallen@orrick.com
22  ALSO PRESENT:
23      HEATHER GRENIER, Apple Counsel
        ANDREW FARTHING, Apple Counsel
24      KATE ADAMS, Apple Counsel
        LORENZO FERNANDEZ-KOPEC, Aptus Video
25      Technician
              ---oOo---
```

**Page 4**

```
 1                  I N D E X
 2           INDEX OF EXAMINATIONS
 3  EXAMINATION BY MR. WILLIAMS.................  9
 4
 5      EXHIBITS MARKED FOR IDENTIFICATION
 6  Exhibit No.     Description        Page
 7  Exhibit 1   Article Dated February 25,    58
                2018, "Why Apple Will Lose
 8              China Market Share in 2018,
                Despite the Success of the
 9              iPhone X," 4 pages
10  Exhibit 2   Wedbush article "Cook & Co.   70
                Focused on Services Gold
11              Mine; iPhone Cycle
                Humming-Initiating at UP,"
12              Bates APL-SECLIT_00585947 -
                APL-SECLIT_00585958
13
    Exhibit     BBC Article, (Previously      51
14  Parekh 2    Marked Exhibit)
15  Exhibit 3   E-mail dated October 19, 2018  82
                from Josh Rosenstock to Tim
16              Cook, et al., Bates
                APL-SECLIT_00599341 -
17              APL-SECLIT_00599344
18  Exhibit 4   E-mail chain, top e-mail      89
                dated September 17, 2018 from
19              Brian Lu to Stella Ye, Bates
                APL-SECLIT_00608128 -
20              APL-SECLIT_00608130
21  Exhibit 5   E-mail dated October 9, 2018  98
                from Donal Conroy to Iftikhar
22              Khan, Bates
                APL-SECLIT_00628660 -
23              APL-SECLIT_00628661
24
25  //
```

Page 1..4

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 175 of 718

Highly Confidential        In Re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 5

EXHIBITS CONTINUED:
1
2   Exhibit 6    E-mail dated October 17, 2018    108
3      from Donal Conroy to Jeff
       Williams, et al., Bates
4      APL-SECLIT_00182017 -
       APL-SECLIT_00182018
5   Exhibit 7    E-mail chain, top e-mail    114
6      dated October 20, 2018 from
       Kaiann Drance to Greg
7      Joswiak, et al., Bates
       APL-SECLIT_00643587 -
8      APL-SECLIT_00643588
9   Exhibit 8    E-mail dated October 26, 2018    125
       from Donal Conroy to Tim
10     Cook, et al., Bates
       APL-SECLIT_00631297 -
11     APL-SECLIT_00631301
12  Exhibit 9    Wall Street Journal article    136
       titled, "Apple May Lean on
13     iPhone XR to Juice Sales," no
       Bates, 5 pages
14  Exhibit 10   E-mail dated October 27, 2018    141
       from Tim Cook to Saori Casey,
15     et al., Bates
       APL-SECLIT_00151138
16
17  Exhibit 11   E-mail chain top e-mail dated    152
       October 27, 2018 from Kevan
18     Parekh to Tim Cook, et al.,
       Bates APL-SECLIT_00284431 -
19     APL-SECLIT_00284433
20  Exhibit 12   E-mail dated October 27, 2018    163
       from Tim Cook to Luca
21     Maestri, et al., Bates
       APL-SECLIT_00388889
22  Exhibit 13   E-mail chain, top e-mail    165
       dated October 27, 2018 from
23     Luca Maestri to Tim Cook, et
       al., Bates
24     APL-SECLIT_00429314
25  //

Page 6

EXHIBITS CONTINUED:
1
2   Exhibit 14   E-mail dated October 27, 2018    170
       from Mike Fenger to Brian Lu,
3      et al., Bates
       APL-SECLIT_00118071 -
4      APL-SECLIT_00118073
5   Exhibit 15   Excerpt of Spreadsheet    177
       Entitled "This Week in AOS:
6      FY19 Q1 WK4," Bates
       APL-SECLIT_00028100
7
8   Exhibit 16   E-mail dated October 28,    186
       2018, from Kevan Parekh to
9      Tim Cook, et al., with
       attachments, Bates
10     APL-SECLIT_00099226 -
       APL-SECLIT_00099278
11  Exhibit 17   E-mail dated October 28, 2018    194
       from Mark Anderson to Kevan
12     Parekh, et al., Bates
       APL-SECLIT_00199608 -
13     APL-SECLIT_00199614
14  Exhibit 18   E-mail dated October 28, 2018    197
       from Tim Cook to Greg
15     Joswiak, et al., Bates
       APL-SECLIT_00421921
16
17  Exhibit 19   E-mail chain, top e-mail    201
       dated October 28, 2018 from A
18     Matthiasson to Donal Conroy,
       et al., Bates
19     APL-SECLIT_00499582 -
       APL-SECLIT_00499584
20  Exhibit 20   E-mail dated October 31,    208
       2018, from Kaiann Drance to
21     Angie Wong, et al., Bates
       APL-SECLIT_00474913
22
23  Exhibit 21   E-mail dated November 1, 2018    220
       from Time Cook to the Board
24     of Directors, Kate Adams, et
       al., Bates
25     APL-SECLIT_00504044 -
       APL-SECLIT_00504045

Page 7

1        P R O C E E D I N G S

2

3        APTUS VIDEO TECHNICIAN:  Good morning.

4   This begins the videotaped deposition of Timothy D.

5   Cook in the matter In Re: Apple Inc. Securities

6   Litigation filed in the United States District

7   Court, Eastern District of California.  Case number

8   4:19-cv-02033-YGR.

9        This deposition is being held virtually and

10  the witness is in Cupertino, California, on

11  February 9th, 2022.

12       My name is Lorenzo Fernandez-Kopec.  I'm

13  the videographer.  The court reporter is Angela

14  Kott.  We're both here representing Aptus Court

15  Reporting located at 201 Mission Street, Suite 600,

16  in San Francisco, California.

17       Please note that audio and video recording

18  will be taking place unless all parties have agreed

19  to go off the record.  The time is 8:04 Pacific.

20  We're on the record now.

21       Counsel, will you please state your

22  appearance and affiliation.

23       MR. WILLIAMS:  Shawn Williams, Robbins

24  Geller Rudman & Dowd on behalf of Plaintiffs.

25       MR. PFEFFERBAUM:  Dan Pfefferbaum, Robbins

Page 8

1  Geller Rudman & Dowd, also on behalf of Plaintiffs.

2       MR. BLACK:  Kenneth Black, Robbins Geller

3  Rudman & Dowd, also on behalf of Plaintiffs.

4       MS. DESHMUKH:  Hadiya Deshmukh, Robbins

5  Geller Rudman & Dowd, also on behalf of Plaintiffs.

6       MS. FOX:  Christine Fox, Labaton Sucharow,

7  also on behalf of Plaintiffs.

8       MR. SOLOMON:  Mark Solomon, Robbins Geller,

9  on behalf of Plaintiffs.

10       MR. FORGE:  Jason Forge, Robbins Geller, on

11  behalf of Plaintiffs.

12       MR. KRAMER:  Good morning.  It's James

13  Kramer, and with me is Tristan Allen on behalf of

14  Mr. Cook, Mr. Maestri and Apple.

15       MR. ALLEN:  Then also with me, I have

16  counsel for Apple, Heather Grenier, Andrew Farthing

17  and Kate Adams.

18       APTUS VIDEO TECHNICIAN:  All right.  Will

19  the court reporter please swear in the witness.

20

21       TIMOTHY D. COOK,

22       having been first duly sworn,

23       was examined and testified as follows:

24

25  ///

Page 9

1          EXAMINATION
2 BY MR. WILLIAMS:
3      Q.  Good morning, Mr. Cook.  My name is Shawn
4 Williams.  Thank you for coming this morning.
5          Could you just state your full name,
6 please?
7      A.  Timothy Donald Cook.
8      Q.  And you've testified under oath before,
9 right?
10     A.  I have.
11     Q.  In front of Congress?
12     A.  Yes, I have.
13     Q.  And in front of -- in court as well?
14     A.  Yes, I have.
15     Q.  And you've taken or you've testified in
16 depositions, too?
17     A.  Yes, I have.
18     Q.  And so you understand that the oath that
19 you've taken today is the same oath that you would
20 have taken in a court of law?
21     A.  Yes.
22     Q.  And I'm going to ask you several questions
23 today.  I'll do the best that I can to be as clear
24 as possible.
25          There's no doubt that I will fumble

Page 10

1 sometimes, so if you don't understand the question,
2 just ask me to repeat it or clarify it and I'd be
3 happy to do so.  Okay?
4      A.  Thank you.
5      Q.  The format of this is a little different,
6 obviously, doing it over video and Zoom.  I will do
7 the best that I can not to talk over you, and if you
8 could do the best that you can not to talk over me,
9 I think that it will go smoothly.  Okay?
10     A.  Will do.
11     Q.  Now, the reporter is going to record all of
12 my questions, all of your answers, and any comments
13 by your counsel, but she's not able to record head
14 nods or hand gestures.
15          So, if you could respond to my questions
16 audibly, I'd appreciate that, and I think she would
17 too.  Okay?
18     A.  Got it.
19     Q.  And Mr. Kramer is likely to object to some
20 of my questions, maybe a lot of my questions.  He
21 has a right to do that.  But unless he instructs you
22 not to answer the question, you have to answer the
23 question.
24          Do you understand that?
25     A.  Yes.

Page 11

1      Q.  We'll take a break -- I expect to take
2 breaks at least every hour or so, but if there's any
3 point in time where you need to take a break that is
4 sort of off schedule, just let me know and we can do
5 that.
6          I'd only say that if I'm in the middle of a
7 question or in the middle of a line of questioning,
8 I'm going to want to finish that before we take a
9 break.  Okay?
10     A.  All right.
11     Q.  Any reason why you can't give your full and
12 complete testimony today?
13          Are you on any medication that might impact
14 your ability to recall facts?
15     A.  No.
16     Q.  And are you alone in that room today?
17     A.  Yes.
18     Q.  And do you have any other devices there
19 other than the two that I can see?
20          I think I can see two laptops, maybe a
21 laptop and an iPad?
22     A.  I have the iPad, the laptop.  There's a
23 device that allows the -- for volume change and
24 camera change on the table that's out of your
25 vision.  There's a printer in the room.  And I have

Page 12

1 my iPhone.
2      Q.  And do you -- in your normal course of
3 work, when you receive documents from your
4 colleagues, do you typically read them on your
5 phone, your computer or your iPad?
6      A.  All of the above.
7      Q.  Which one would you say you do more often
8 than the others?
9      A.  Probably my phone.
10     Q.  And do you respond to e-mails on your
11 phone?
12     A.  I do.
13     Q.  You have a printer there, too.
14          Do you typically print e-mails before you
15 read them?
16     A.  It depends upon the length of the e-mail
17 and whether there are attachments involved, and so
18 forth.
19     Q.  So when there are -- when it's a long
20 e-mail or when there are attachments, are you unable
21 to read them on a screen?
22     A.  I sometimes want to print them because you
23 have to go back to where the email started in order
24 to get a feeling of the entire e-mail.
25     Q.  The context of it all?

Page 13

1    A.  Correct.
2    Q.  And but that's not always the case, is it?
3    A.  It is not always the case.
4    Q.  So the reason I'm asking you this question
5  is I want to make sure that there are documents that
6  I show you today that you can actually read either
7  on your iPad or on your computer that we don't need
8  to take time for you to actually print them.
9    A.  I'll do my best to do it in the most
10  efficient way.
11    Q.  Very good.  I appreciate that.
12      And so you received a college degree from
13  Auburn University; is that right?
14    A.  I did.
15    Q.  MBA from Duke University?
16    A.  I do.
17    Q.  And you joined Apple in 1998, right?
18    A.  Yes.
19    Q.  And you've been the CEO since 2011?
20    A.  That's correct.
21    Q.  Are you familiar with the allegations of
22  the complaint that brings us together today?
23    A.  I believe so.
24    Q.  And what is your understanding of those
25  allegations generally?

Page 14

1    A.  My understanding is the -- there -- that
2  you or your party is alleging that I made some
3  comments about China that were inaccurate.
4    Q.  Is that the full breadth of your general
5  understanding?
6    A.  It is my general understanding.
7    Q.  And do you have an opinion about the merits
8  of that allegation?
9    A.  Of course.
10    Q.  And what is that opinion?
11    A.  That it is without merit.
12    Q.  And what is the basis of that opinion?
13    A.  My comments were made in regards to China's
14  performance in Q4.  And for clarity, I'm talking
15  about fiscal Q4, which ended for us in September.
16      And they were accurate when I made those,
17  which was that the business had grown 60 percent
18  during the quarter.  And so the China performance
19  was quite good in Q4.
20    Q.  And are there any other allegations of the
21  complaint that you dispute?
22      MR. KRAMER:  Objection to form.
23  BY MR. WILLIAMS:
24    Q.  I'll withdraw.  I'll withdraw that
25  question, Mr. Cook.

Page 15

1      Are there any other allegations of the
2  complaint that you believe to be without merit?
3      MR. KRAMER:  Objection to form.
4      THE WITNESS:  Perhaps you could ask me
5  about specific allegations, and I'd be very happy to
6  answer.
7  BY MR. WILLIAMS:
8    Q.  Well, I was asking you about your general
9  understanding.  And so -- and I asked you if that
10  was the entirety of your understanding.
11      And I think that you testified "yes."
12    A.  Yeah, my general understanding is you're
13  talking about a statement about whether it's
14  accurate or not.
15      And then so I've given you that
16  information.
17    Q.  Have you read the complaint in this action?
18    A.  I haven't read the entire complaint, I
19  don't believe.
20    Q.  So then, if you haven't read the entire
21  complaint, you don't -- is it fair to say you don't
22  have an opinion about the merits of the sections
23  which you did not read?
24      MR. KRAMER:  Objection as to form.
25      You may answer, Mr. Cook.

Page 16

1      THE WITNESS:  You know, my counsel has
2  reviewed with me the allegations, and I do have a
3  strong point of view that they are without merit.
4  BY MR. WILLIAMS:
5    Q.  Even the allegations that you did not read?
6    A.  My counsel reviewed the allegations with
7  me.
8    Q.  Is that an answer to that question?
9      MR. KRAMER:  It is an answer to that
10  question.
11  BY MR. WILLIAMS:
12    Q.  My question is, is it fair to say that you
13  don't have an opinion, a personal opinion about the
14  allegations of the complaint that you did not read?
15      MR. KRAMER:  Objection to form.
16      THE WITNESS:  As I stated, my counsel
17  reviewed the allegations with me, and based on that
18  description of the allegations, I have a strong
19  point of view that the allegations are without
20  merit.
21  BY MR. WILLIAMS:
22    Q.  Have you read any of the Court opinions in
23  this action?
24    A.  No, I have not.
25    Q.  And do you -- is it fair to say, then, that

Page 13..16

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 178 of 718
Highly Confidential          In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 17

1 you don't know what the Court thinks about your
2 counsel's framing of the allegations?
3     MR. KRAMER: Objection to form.
4     THE WITNESS: I'm not aware of the Court's
5 opinion on this particular subject. I assume that
6 they are anxious to see the depositions and the
7 gathering of information in order to conclude what
8 they think.
9 BY MR. WILLIAMS:
10    Q. Have you been sued for fraud prior to this
11 action?
12    MR. KRAMER: Objection to form.
13    THE WITNESS: I don't know.
14 BY MR. WILLIAMS:
15    Q. Is that something you think you would know?
16    A. As a part of being an officer for a
17 company, the company is sued for lots of things, and
18 it's not something I recall sitting here today in
19 this deposition.
20    Q. What, if anything, did you do to prepare
21 for the deposition today?
22    A. I sat with counsel and refreshed my memory
23 on some dates and some documents.
24    Q. And when did you meet with counsel to
25 prepare?

Page 18

1     A. I met for some time on -- let's see, today
2 is Wednesday. I met with -- some time on Tuesday
3 and some time at the end of the previous week.
4     Q. Okay. On Tuesday, which counsel did you
5 meet with?
6     A. I met with my main counsel, the internal
7 and external lawyers.
8     Q. And what are their names?
9     A. Who was in that meeting? Kate was in the
10 meeting. Andrew was in the meeting. Tristan was in
11 the meeting. And I'm sorry, I'm drawing a blank as
12 to what the -- the name of everyone in the room.
13    There was, I believe, one other person in
14 there. My main external counsel was in there. His
15 name right now is escaping me. Jim Kramer. Sorry.
16    Q. And Mr. Cook, your computer there, do you
17 have the ability to see messages from anyone coming
18 through on your laptop there?
19    A. If I don't -- if I do, I don't know that I
20 do.
21    Q. Okay. So --
22    MR. KRAMER: Mr. Williams, I'll just put on
23 the record, no one representing -- well, no one on
24 my team or at Apple is communicating with Mr. Cook
25 while he's on the record.

Page 19

1     MR. WILLIAMS: Okay. Thank you.
2 BY MR. WILLIAMS:
3     Q. So when you mentioned Kate, was that Kate
4 or Katherine Adams?
5     A. Yes.
6     Q. And Andrew, was that Andrew Farthing?
7     A. Yes.
8     Q. And Tristan you mentioned, is that Tristan
9 Allen?
10    A. Yes.
11    Q. That was on Tuesday, yesterday?
12    A. That was on Tuesday, yesterday.
13    Q. And where did that meeting occur, or was it
14 virtual?
15    A. It occurred in Apple Park.
16    Q. And how long did that meeting last,
17 approximately?
18    A. Approximately a couple of hours.
19    Q. And Mr. Kramer was there, too?
20    A. Yes, he was.
21    Q. And you said that you reviewed some
22 documents, right?
23    A. Yes.
24    Q. And did any of those documents help you
25 recall any of the facts occurring back in 2018?

Page 20

1     A. Yes.
2     Q. And what did they help you recall?
3     MR. KRAMER: Objection to form. You may
4 answer.
5     THE WITNESS: Well, a number of things.
6 Could you be more specific?
7 BY MR. WILLIAMS:
8     Q. Well, you indicated that the documents that
9 you reviewed helped you recall some facts in 20- --
10 that occurred in 2018.
11    Is that fair?
12    A. Yes.
13    Q. And can you tell me one fact that the
14 documents you reviewed helped you remember?
15    A. The date of the earnings call.
16    Q. Anything else?
17    A. The date of the XR launch.
18    Q. Okay. What else?
19    A. Some of the circumstances surrounding the
20 cadence of our product announcements in that
21 particular year.
22    Q. What do you mean when you say "the cadence"
23 of your product announcements?
24    A. In that specific year, we did something
25 unusual. We announced in September our flagship or

Page 21

1 hero products, which is our sort of the
2 top-of-the-line iPhones, which would have been, for
3 clarity, the iPhone XS and the iPhone XS Max.
4        We also announced the XR, but we split the
5 dates that these products shipped.  And so the
6 iPhone XS and XS Max shipped in September as normal,
7 but the XR did not ship until the end of October.
8        And so it was a quite unusual cadence where
9 the top end of the line shipped several weeks prior
10 to the -- more of the consumer portion of the line
11 shipping.
12    **Q.  So you testified that you -- the documents**
13 **helped you recall the date of that earnings**
14 **announcement, the date of the XR launch, and some of**
15 **the circumstances around the cadence of the product**
16 **launches.**
17        **Anything else?**
18    A.  Well, I'm sure there were several things.
19 What else?  It helped me go back in time in terms of
20 the -- how that quarter played out.
21    **Q.  That quarter, you mean, what, the first**
22 **quarter of 2019 or the fourth quarter of 2018?**
23    A.  Well, I was really referring to in my
24 comment the first fiscal quarter, to be clear, of
25 2019.

Page 22

1        MR. KRAMER:  Shawn, just so we're clear on
2 the record, can we just agree that when we refer to
3 a quarter, it's Apple's fiscal year, so there's no
4 ambiguity on the record?
5 BY MR. WILLIAMS:
6    **Q.  Well, how many documents did you review**
7 **yesterday?**
8        MR. KRAMER:  Shawn -- I'm sorry.  Shawn,
9 we're not going to do that?
10        MR. WILLIAMS:  I'm sorry?
11        MR. KRAMER:  I asked, if we refer to a
12 quarter, can we just agree --
13        MR. WILLIAMS:  Yeah.  I did say yes.  Maybe
14 you didn't hear me.  I'm sorry.
15        MR. KRAMER:  I didn't hear.  I apologize.
16 I didn't.  I just think it will help out.  Okay.  Go
17 ahead.  I apologize.
18 BY MR. WILLIAMS:
19    **Q.  Mr. Cook, how many documents did you review**
20 **yesterday?**
21    A.  A few.  If you're asking for a number, I
22 don't know the exact number.  I would say maybe five
23 to ten, probably on the low side of that.
24    **Q.  And that consisted of primarily internal**
25 **documents between and among your staff?**

Page 23

1    A.  They were primarily internal documents,
2 e-mails and so forth.
3    **Q.  How about text messages?**
4    A.  I did not review any text messages.
5    **Q.  How many phones do you carry, Mr. Cook?**
6        MR. KRAMER:  Objection to form.  Are you
7 asking today?
8 BY MR. WILLIAMS:
9    **Q.  Sure, today.**
10    A.  I have one phone with me.
11    **Q.  Do you typically -- withdrawn.**
12        **Do you typically carry more than one phone?**
13    A.  I typically carry one phone.
14    **Q.  Do you have more than one phone number?**
15    A.  I have an eSIM on my phone, and so in one
16 phone I have two numbers that I use for purposes
17 when a carrier isn't strong in a certain area so
18 that I can switch to the other number to get a
19 signal.
20    **Q.  And that number has been the same for the**
21 **last several years.  Is that fair?**
22    A.  The primary number has been the same for
23 many years.  The eSIM is -- we've only shipped a
24 phone with an eSIM in it for a few years.  And so
25 it's been a shorter period of time.

Page 24

1    **Q.  And do you use that phone to send iMessages**
2 **to members of your staff?  Is that common?**
3    A.  I use the phone to send e-mails and
4 messages and do a variety of other things.
5    **Q.  So is it fair to say that the answer to**
6 **that question is yes?**
7    A.  Could you repeat the question just so that
8 there's no confusion?
9    **Q.  The question was whether you use that phone**
10 **to send iMessages or texts to the members of your**
11 **staff?**
12    A.  I rarely send iMessages to staff.  I
13 communicate more on e-mail.  But when I do send an
14 iMessage, it would be via either a phone or a Mac or
15 an iPad.
16    **Q.  And do you know whether your phone or your**
17 **iPad were searched for relevant information in this**
18 **case?**
19    A.  I don't know the search criteria.
20    **Q.  I wasn't asking about the criteria.**
21        **I was asking if you know whether your phone**
22 **or your iPad were collected in order to search them**
23 **for relevant information for this case?**
24    A.  I don't know.
25        MR. KRAMER:  Mr. Cook, it's fine you answer

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 180 of 718

Highly Confidential        In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 25

1 these questions, but, of course, we don't want you
2 disclosing any communications you may have had with
3 counsel.
4 BY MR. WILLIAMS:
5    Q. Okay. Going back to 2018, fiscal 2018.
6       Can you tell me who your direct reports
7 were during, say, the second half of 2018?
8    A. I have a large number of direct reports, so
9 I can try to recall that. I can't testify that it's
10 totally accurate.
11       But my recollection would be Phil Schiller,
12 Dan Riccio, Jeff Williams, Johny Srouji, Kate Adams,
13 Deirdre O'Brien, Luca Maestri, Craig Federighi, John
14 Giannandrea, Mike Fenger, Doug Beck, Lisa Jackson,
15 Tor Myhren, Adrian Perica.
16       I think I've -- I'm trying to get everyone.
17 I can go back and look at a -- probably look at some
18 documentation and verify that, if you'd like me to
19 do that.
20    Q. No, that's okay. You didn't mention Kevan
21 Parekh.
22       Was he one of your direct reports in 2018?
23    A. No.
24    Q. Did who did he report to -- withdrawn.
25       Do you know who he is?

Page 26

1    A. I do.
2    Q. And what is his -- or what was his position
3 or his role in the organization in 2018?
4    A. He was serving as -- my recollection is
5 that at that period of time he was serving as the
6 financial leader for marketing and sales.
7    Q. Okay. And did you communicate with him
8 regularly in 2018?
9       MR. KRAMER: Objection to form. You may
10 answer.
11       THE WITNESS: When you say "regularly," can
12 you help me understand what kind of frequency that
13 is?
14 BY MR. WILLIAMS:
15    Q. At least once every couple weeks.
16    A. I would think so. I would think so.
17    Q. Why?
18    A. I'm sorry?
19    Q. The question was, why?
20    A. Why would I think so? There's a meeting on
21 Fridays that occurs every week or two, and he is
22 generally in that meeting. And so that's what I'm
23 basing my answer on.
24    Q. Okay. And you didn't mention Donal Conroy.
25 In 2018, did he report directly to you?

Page 27

1    A. No.
2    Q. Who did he report to?
3    A. In 2018, I believe in 2018 he reported to
4 Sabih Khan.
5    Q. Okay. Do you know what his
6 responsibilities were generally?
7       MR. KRAMER: Donal or Sabih?
8 BY MR. WILLIAMS:
9    Q. Donal.
10    A. He was -- he's in the supply planning
11 organization.
12    Q. And in 2018 was it common for you to
13 communicate directly with him?
14       MR. KRAMER: Objection to form.
15       THE WITNESS: Again, I believe that he is
16 generally in the -- that Friday meeting that I
17 referred to when you asked me about Kevan. And so
18 if you mean every couple of weeks, I would say based
19 upon that meeting schedule, the answer would be yes.
20 BY MR. WILLIAMS:
21    Q. Okay. You mentioned Mike Fenger. He does
22 report directly to you or did report directly to
23 you, correct?
24    A. Yes, that's correct.
25    Q. And what was his position or role in 2018?

Page 28

1    A. He had a portion of worldwide sales, a
2 portion being the indirect channel around the world
3 except for certain verticals, like education and
4 government, which are run by another individual.
5    Q. You did not mention -- withdrawn.
6       And so it was common for you to communicate
7 with Mike Fenger during 2018?
8       MR. KRAMER: Objection to form.
9       THE WITNESS: Again, he would -- he's a
10 part of that Friday meeting that I referred to a
11 couple times. And so based on your definition of
12 regular being every couple of weeks, I would say
13 yes.
14 BY MR. WILLIAMS:
15    Q. You didn't mention Brian Lu, do you know
16 who that is?
17    A. I do.
18    Q. Who is Brian Lu?
19    A. Brian Lu manages the indirect channel in
20 Greater China.
21    Q. Did he report directly to you?
22    A. No.
23    Q. Who did he report to?
24    A. I'm sorry?
25    Q. Who did he report to in 2018?

Page 29

1    A.  He reported to Mike Fenger.

2    Q.  And so was Brian someone that you would
3  communicate with during these Friday meetings as
4  well?

5    A.  No.

6    Q.  Did you communicate directly with --
7  withdrawn.

8        Was it unusual for you to communicate
9  directly with Brian?

10   A.  Yes.

11   Q.  Why would it be unusual?

12   A.  Well, he reported in to Mike.  And so Mike
13  represented the worldwide indirect channel at that
14  meeting that I referred to.

15   Q.  So if you were -- sorry about that.

16       If you were communicating directly with
17  Brian, it would be an unusual circumstance?

18       MR. KRAMER:  Objection to form.

19       THE WITNESS:  Again, I don't -- just to
20  make sure I know what you mean by "unusual."  It
21  would be an infrequent kind of communication.

22  BY MR. WILLIAMS:

23   Q.  You did not mention Isabel Mahe.

24       Did Isabel Mahe report directly to you in
25  2018?

Page 30

1    A.  She has an unusual reporting where she
2  reports to Jeff Williams and she has a dotted line
3  to me.

4    Q.  And what was her position or role in 2018?

5    A.  She was or is the person that we look to in
6  China to aggregate the different functions together
7  and to sort of coordinate across many of the -- many
8  of the functions like engineering, operations,
9  sales, marketing, and sort of pull the team together
10  that is very functionally organized, to pull them
11  together within the country.

12   Q.  And Jeff Williams then and now is the chief
13  operating officer?

14   A.  Yes, that's correct.

15   Q.  And Sabih Khan, what was his role or
16  position in 2018?

17   A.  Sabih was and is the senior vice president
18  of operations.  And I -- my memory is that that
19  happened before 2018, but I'm not sure exactly what
20  time period.

21       Again, if you could point me to a document
22  I could verify whether that -- whether his promotion
23  to senior vice president happened prior to 2018 or
24  not.

25   Q.  Did Mr. Khan have responsibility over any

Page 31

1  manufacturing or iPhone production in China in 2018?

2    A.  Yes.

3    Q.  Could you describe what his responsibility
4  or role was?

5    A.  Well, if my recollection is right, he was
6  the senior vice president of operations.  And as a
7  part of that, he's running the supply chain
8  worldwide for the whole of the company.

9        And so not only China, but you know the
10  supply chain in Japan, in Korea, in the US and
11  Europe, and all throughout the world.

12   Q.  You did not -- withdrawn.

13       Are you familiar with a woman Priya
14  Balasubramaniam?

15   A.  Yes, I know Priya.

16   Q.  And who is she?

17   A.  She works within the operations area.  She
18  would -- today she reports in to Sabih.  And today
19  she's running a large part of the manufacturing
20  within the supply chain operation.

21   Q.  And is it fair to say that the -- generally
22  the people that we've just talked about, that you
23  relied on them to manage their respective sort of
24  geographies or segments and provide you with
25  whatever data was necessary for you to carry out

Page 32

1  your duties as CEO?

2        MR. KRAMER:  Objection to form.

3        THE WITNESS:  All of the people are
4  topnotch people that I have, you know, great respect
5  for.

6  BY MR. WILLIAMS:

7    Q.  Just to clarify my question, did you rely
8  on them to provide you with whatever data and
9  information the organization or you require in order
10  to carry out your duties as CEO?

11       MR. KRAMER:  Objection to form.

12       THE WITNESS:  It's a little vague -- your
13  question to me is a little vague about what
14  information you're talking about.

15       Generally speaking, you have several
16  different opinions on things across the
17  organization.  And -- but I would -- I certainly
18  view, hold in high esteem all of the people and --
19  that we've talked about.

20  BY MR. WILLIAMS:

21   Q.  You rely on their opinions in order to make
22  the decisions that you need to make, right?

23       MR. KRAMER:  Objection to form.

24       THE WITNESS:  I don't always agree with all
25  the opinions I get and so I don't always rely on

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 182 of 718
Highly Confidential        In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 33

1  them.  But I hold them in high esteem.
2  BY MR. WILLIAMS:
3      Q.  Do you get reports from, say, Jeff
4  Williams' organization on a regular basis?
5      A.  I get some reports on a regular basis from
6  Jeff's organization, yes.
7      Q.  And it's fair to say that you get reports
8  from Mike Fenger's organization?
9      A.  Most of what is communicated to me from
10 Mike's organization is in that Friday meeting that
11 we spoke about.
12     Q.  And so would it then be unusual for you to
13 receive sales reports from Mike Fenger's
14 organization outside of the Friday meetings?
15     MR. KRAMER:  Objection to form.
16     THE WITNESS:  I would sometimes receive
17 reports outside of that meeting.  So I'm not sure I
18 would call it unusual.
19     But the -- probably the primary method of
20 communication to me from that team is probably that
21 meeting.
22 BY MR. WILLIAMS:
23     Q.  I think I left out a person I intended to
24 ask about, Phil Schiller.  What was his role in
25 2018?

Page 34

1      A.  In 2018, Phil was the senior vice president
2  of worldwide product marketing.
3      Q.  And he reported directly to you?
4      A.  Yes, he did.
5      Q.  And how about Greg Joswiak?
6          Do you know who that is?
7      A.  I do.
8      Q.  Who is he?
9      A.  Joz, as we call him, was the -- at that
10 time, was the vice president of worldwide product
11 marketing.
12     Q.  But he didn't report directly to you?
13     A.  He did not.  He reported in to Phil
14 Schiller at that time.  He reports in to me today.
15     Q.  So at that time, would it be unusual for
16 you to have one-on-one meetings with him?
17     MR. KRAMER:  Objection to form.
18     THE WITNESS:  I don't recall any one-to-one
19 meetings with Joz in that period of time.
20 BY MR. WILLIAMS:
21     Q.  Do you have an executive assistant?
22     A.  I do, yes.
23     Q.  Who is that?
24     A.  Leslie Headington.
25     Q.  Was she your executive assistant in 2018?

Page 35

1      A.  Yes.
2      Q.  And does she have access to your e-mail?
3      A.  No.
4      Q.  What about your calendar?
5      A.  Yes.
6      Q.  Your text messages?
7      A.  No.
8      Q.  Who else has access to your calendar other
9  than Leslie?
10     A.  In terms of -- when you say access to it,
11 do you mean in terms of placing a meeting on it?
12     Q.  Putting a meeting on it, changing meeting
13 times.
14     A.  Generally, I believe, either her or her
15 assistants -- she has some assistants as well --
16 would be the ones that would be adding a meeting or
17 deleting a meeting or, you know, editing the times
18 of it, or so forth.
19     Q.  Okay.  And how long has she been your
20 executive assistant?
21     A.  Quite some time.  Several years.
22     Q.  Who is Saori Casey?  Am I pronouncing that
23 correctly?
24     A.  Saori Casey.  Yes, your pronunciation is
25 fine.

Page 36

1      Yes, Saori runs the worldwide financial
2  planning organization.
3      Q.  And she ran that organization in 2018?
4      A.  Yes.
5      Q.  As part of that, she provides you with
6  reports on how -- withdrawn.  I'm focusing on 2018.
7      Is it fair to say that she provided you
8  with reports on how the business was doing in terms
9  of sales and rolling up the company's outlook?
10     MR. KRAMER:  Objection to form.
11     THE WITNESS:  Generally speaking, what I
12 see from her organization are things like forecasts
13 and profit and loss roll-ups and long-range planning
14 forecasts.
15 BY MR. WILLIAMS:
16     Q.  What about short-term range forecasts,
17 either for the current or the next quarter?
18     A.  Oh, yes, definitely.  Because those are
19 included in the profit and loss roll-ups.  That --
20 the profit and loss roll-ups would be both short
21 term -- meaning, you know, current quarter, the
22 short term is the current quarter -- and as long
23 range as, you know, years out.
24     Q.  And so how often is -- does Ms. Casey
25 provide you with that type of data?

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 183 of 718

Highly Confidential        In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 37

1   A. It varies, depending upon what's going on.
2       Q. So for example, three weeks prior to an
3   earnings announcement, beginning three weeks prior
4   to an earnings announcement, how often would you get
5   that type of data from Saori?
6       A. It depends on the level of change that is
7   happening at that period of time.
8       So, you know, it could be anything from
9   daily to weekly.
10      Q. Okay. Do you have a process that you
11  follow to maintain an understanding of what the
12  analyst community is thinking about the company's
13  current state of business?
14      MR. KRAMER: Objection to form.
15      THE WITNESS: In -- I'm not sure exactly
16  what you're asking here. Let me try.
17      I have visibility to the consensus
18  estimates, which would be things like revenue and
19  gross margin through Saori's reporting on the short-
20  and long-term P&Ls.
21  BY MR. WILLIAMS:
22      Q. So is there anyone in your organization
23  whose job it is to communicate with or digest --
24  withdrawn.
25      Is there anyone in your organization whose

Page 38

1   job it is to communicate directly with the analyst
2   community?
3       MR. KRAMER: Objection to form.
4       THE WITNESS: We have an investor relations
5   department, if you will. And in addition, of
6   course, one of the roles of the chief financial
7   officer is to communicate to analysts and the
8   investor community.
9   BY MR. WILLIAMS:
10      Q. And so the investor relations department,
11  is that run by Nancy Paxton?
12      A. It's not today. Nancy has retired. And I
13  don't recall exactly when that retirement occurred,
14  whether it occurred after the 2018 period that
15  you've been asking about or before.
16      Q. While she was working at the company in the
17  role of head of investor relations, was it common
18  for her team to summarize sort of analyst opinions
19  and provide those opinions to you?
20      MR. KRAMER: Objection to form.
21      THE WITNESS: Again, mainly what I would
22  see would be the consensus estimates rolling up and
23  comparing to profit and loss forecasts.
24  BY MR. WILLIAMS:
25      Q. So would it be uncommon, then, for you to

Page 39

1   receive a summary of analyst opinions and their
2   expectations of what they might hear from you during
3   an earnings announcement?
4       MR. KRAMER: Objection to form. I'm sorry.
5   Go ahead, Mr. Cook.
6       THE WITNESS: When you say "common," can
7   you tell me kind of how frequent you view common is?
8   BY MR. WILLIAMS:
9       Q. Let's start with quarterly.
10      A. Oh, I would guess that I would receive as a
11  part of and after analysts -- after some touch point
12  with analysts, like a conference call or whatever,
13  some aggregated summary of comments and so forth.
14      Q. What about prior to an earnings
15  announcement?
16      MR. KRAMER: Objection to form.
17      THE WITNESS: Prior to an earnings
18  announcement, we are meeting to try to predict, if
19  you will, what questions will be asked so that we're
20  ready to answer those on the conference call.
21  BY MR. WILLIAMS:
22      Q. And how do you go about doing that? How do
23  you go about trying to predict what questions will
24  be asked?
25      A. It's not a scientific kind of process.

Page 40

1   It's probably more art than science.
2       But essentially, you're looking at where
3   consensus is versus what the actual results were,
4   looking at the differences that exists between those
5   two, and then -- and then formulating questions
6   about why they might be different.
7       In addition, you're looking at your forward
8   forecast versus the consensus, and looking at the
9   differences and coming up with the questions about
10  why those differences might exist.
11      Q. Is it fair to say that you might even
12  predict questions that analysts could have about new
13  product introductions?
14      MR. KRAMER: Objection to form.
15      THE WITNESS: Could you repeat the
16  question?
17  BY MR. WILLIAMS:
18      Q. The question was, is it fair to say that
19  you might try to predict analysts' questions about
20  new product introductions?
21      MR. KRAMER: Same objection.
22      THE WITNESS: The analysts frequently will
23  try to guess, if you will, our new product
24  announcements because they are -- they are -- in
25  their models, they are estimating, you know,

Page 41

1  revenues and gross margins, et cetera.
2      And so they are -- as a part of what they
3  do, they try to guess on, I'm sure on an educated
4  basis, about what we might do from a new product
5  introduction point of view.
6  BY MR. WILLIAMS:
7      **Q. And you may try to predict that as part of**
8  **your process in preparation for analyst calls or**
9  **earnings calls?**
10     A. We would try to put ourselves in the shoes
11  of the analysts and guess or predict what they would
12  ask so that we would be ready to respond to those.
13     MR. WILLIAMS: We've been going about an
14  hour. Why don't we take just a short break.
15     Ten minutes. Is that okay?
16     THE WITNESS: That's fine with me.
17     MR. WILLIAMS: See you in ten minutes.
18     MR. KRAMER: Off the record.
19     APTUS VIDEO TECHNICIAN: The time is 9:01.
20  We're going off the record.
21     (Recess taken)
22     APTUS VIDEO TECHNICIAN: The time is 9:11.
23  We're back on the record.
24  BY MR. WILLIAMS:
25     **Q. Mr. Cook, one of the things I was trying to**

Page 42

1  **get from you generally is what type of information**
2  **you rely upon in order to generally run the**
3  **business. Is it correspondence with your direct**
4  **reports, their direct reports, your own research,**
5  **communication without outsiders or customers?**
6      **So if my questioning earlier wasn't clear,**
7  **that's what I was trying to get at. So I will**
8  **continue and I'll ask, you know, more specific**
9  **questions, but I wanted to give, you know, the**
10  **context of what information I was trying to get at,**
11  **so as not to confuse you.**
12     MR. KRAMER: And I take it, Mr. Williams,
13  Mr. Cook will answer the specific questions you put
14  forward to him. And so you should continue to do
15  the question and answer format.
16     MR. WILLIAMS: Yeah. Sure.
17  BY MR. WILLIAMS:
18     **Q. Mr. Cook, which of your executives would**
19  **you say you communicate with the most frequently?**
20  **And directing your attention to 2018.**
21     MR. KRAMER: Objection to form.
22     THE WITNESS: Generally?
23  BY MR. WILLIAMS:
24     **Q. Yes.**
25     A. In -- one of the regular standing meetings

Page 43

1  that I have is with the executive team. And the
2  executive team is a subset of the people we had
3  talked about previously.
4      And so we meet every Monday unless, you
5  know, something unusual is happening, like a
6  vacation or something.
7      And so I -- generally, I would communicate
8  to those subset of people more than the subset of
9  people that are on my staff.
10     **Q. Okay. And which set -- what is the makeup**
11  **of that subset of the executive team that you meet**
12  **with every Monday?**
13     A. Today or back in 2018?
14     **Q. 2018, please.**
15     A. 2018. Okay. I'm going to try to do this
16  from memory. So my recollection would be Kate, Kate
17  Adams, Eddy Cue, who I think I failed to mention
18  before, Luca Maestri, Jeff Williams, Craig
19  Federighi.
20     I'm not sure on the timing of whether
21  Angela Ahrendts or Deirdre O'Brien were running
22  retail at the time. But whichever one was --
23  whether that was 2018 or maybe that change happened
24  in 2019. I'm not totally sure on the dates.
25     **Q. Okay.**

Page 44

1      A. Let's see, who else? Phil Schiller, Dan
2  Riccio, John Giannandrea, Johny Srouji. I think
3  that was the executive team back in 2018.
4      And the one that I'm uncertain about would
5  be the timing of the transition from Angela to
6  Deirdre and when exactly that took place, whether
7  that was in early 2019 or late 2018.
8      **Q. Are there any sales databases that you**
9  **access personally?**
10     MR. KRAMER: Objection to form.
11     THE WITNESS: Generally, I don't access the
12  database directly. The way that I would receive
13  information is through reports that run from those
14  databases.
15     Does that make sense?
16  BY MR. WILLIAMS:
17     **Q. And how do you receive those reports? By**
18  **e-mail?**
19     A. Generally speaking, by e-mail. There are
20  times where reports are shown in meetings as well,
21  which might be similar to a report that is run, or
22  it might have, you know, a unique format or a unique
23  presentation of the data.
24     **Q. And how often do you receive sales reports**
25  **that may be generated from the databases that you**

Page 45

1  just talked about?

2      MR. KRAMER:  Objection to form.

3      THE WITNESS:  When you say -- just so I can

4  make sure I understand your question.  When you say

5  "sales," you're talking about revenue kind of

6  things, right?

7  BY MR. WILLIAMS:

8      Q.  Yes.

9      A.  I'm sorry?

10     Q.  Yes.

11     A.  Okay.  Generally, I would be receiving

12 revenue reports maybe weekly in the sales review.

13     And just to tie a string back to what we

14 were talking about before, if the forecast changes

15 in some way, I would probably receive a report as

16 well from the profit and loss kind of consolidation

17 work that we chatted about before.

18     Q.  And that can be provided to you whenever

19 you asked for it, I assume; is that correct?

20     A.  Generally I don't have to ask for it.

21 Generally it would be provided in the Friday meeting

22 or via e-mail, as an example.

23     Q.  Okay.  Switching gears just a little bit.

24     In 2018, would you have characterized China

25 or Greater China as sort of an important geographic

Page 46

1  region for the company's overall business?

2      A.  Yes, it was one of the important geographic

3  regions.  You know, the US is the largest, as you

4  probably know, or the Americas geography is

5  materially larger than any other routes.  But I

6  would certainly classify China as important.

7      Q.  And certainly from a revenue standpoint,

8  right?

9      A.  Yes.  Again, it's not -- it's not nearly as

10 large as Americas, but it's an important geography.

11     Q.  And it's also important because a large

12 part of the company's manufacturing processes are in

13 China or Taiwan, right?

14     MR. KRAMER:  Objection to form.

15     THE WITNESS:  The final assembly and test

16 for not all products but for the majority of

17 products are in China.  The underlying parts come

18 from all over the place.  They may come from Japan,

19 Korea, the United States, so on and so forth.

20     But the final assembly and test generally

21 takes place in China, and so it's an important

22 supply chain country.

23 BY MR. WILLIAMS:

24     Q.  And it was then and it is now, right?

25     A.  Yes.

Page 47

1      Q.  And is it also fair to say that in 2018

2  that economic conditions in China were among the

3  issues that the company was, you know, paying

4  attention to closely?

5      MR. KRAMER:  Objection to form.

6      You may answer.

7      THE WITNESS:  We were looking at the

8  economy in sort of all regions, not just in 2018,

9  but obviously we're constantly doing that.

10 Sometimes Apple correlates with a market and

11 sometimes it doesn't.

12 BY MR. WILLIAMS:

13     Q.  My question was narrower than that.

14     A.  I see.

15     Q.  I was just asking if in 2018,

16 notwithstanding other regions, whether China was,

17 and Greater China, whether the economy there was one

18 of the things that Apple was paying attention to

19 closely?

20     MR. KRAMER:  Objection to form.

21     You may answer.

22     THE WITNESS:  We were -- it's hard for me

23 to say we were more focused on economy in one region

24 versus the other.  We typically focused on the

25 economy everywhere, although we're not economists.

Page 48

1      And so, you know, our prediction skills of

2  the direction of the economy are not -- are not

3  good.

4  BY MR. WILLIAMS:

5      Q.  Is it fair to say that in 2018 Apple was

6  closely watching the tendencies or preferences of

7  Chinese consumers?

8      MR. KRAMER:  Objection to form.

9      THE WITNESS:  I don't remember being more

10 focused on it in China than we were focused on it in

11 every region.

12 BY MR. WILLIAMS:

13     Q.  Okay.  Is it --

14     A.  Consumer -- consumer preferences and so

15 forth are important for us everywhere.

16     Q.  So is it fair to say that in 2018 that

17 Apple was paying close attention to demand for

18 smartphones in China?

19     MR. KRAMER:  Objection to form.

20     THE WITNESS:  We're focused on demand for

21 smartphones everywhere.

22 BY MR. WILLIAMS:

23     Q.  So including China in 2018?

24     A.  Everywhere.

25     Q.  Is it fair to say that you knew and your

Page 49

1 team knew that the smartphone market in China in
2 2018 was considered to be contracting?
3      MR. KRAMER:  Objection to form.
4      THE WITNESS:  I don't recall exactly the
5 way the market was performing for the whole of that
6 year.  You generally don't get market data obviously
7 until you're looking in the rear-view mirror.  You
8 know, once a quarter has ended, people will estimate
9 what happened to the market during that period of
10 time.
11      And so we typically look at whether markets
12 are contracting or expanding in each major
13 geography.
14 BY MR. WILLIAMS:
15      Q. Including China?
16      A. Everywhere.
17      Q. Well, you don't -- would you -- withdrawn.
18      All right.  Kenny, can you bring up, I
19 guess, our 107, please.
20      MR. BLACK:  It's in the chat.
21 BY MR. WILLIAMS:
22      Q. Before I ask you about this document,
23 Mr. Cook, did you know that Kevan Parekh testified
24 in this case?
25      A. I didn't know that he did, no.  I knew that

Page 50

1 there was a list of people or know there's a list of
2 people that you're talking to, but I'm not -- I
3 don't have an all-inclusive list.
4      Q. And did you know that Donal Conroy has
5 provided at least some testimony in this case to
6 date?
7      A. No, I didn't know that you talked to him.
8      Q. I'm going to ask the reporter to --
9 actually, you can pull this document up.
10      Do you see it?
11      MR. KRAMER:  We don't see it.  I'm looking
12 at the chat.  I don't see it.
13      Mr. Videographer, if you could load it in
14 the chat for us.
15      MR. WILLIAMS:  I see it in the chat.
16      APTUS VIDEO TECHNICIAN:  Yeah.
17      MR. KRAMER:  I need to see it, though.  I
18 don't.
19      APTUS VIDEO TECHNICIAN:  The file looks
20 like it was a file drop.  If you're on like an iPad
21 or something like that, it won't show up there.
22      MR. KRAMER:  Can you put the link in the
23 iPad so I can see it, please.
24      APTUS VIDEO TECHNICIAN:  Yeah.  I believe I
25 have it here, "Exhibit Previously Marked 02."  Yeah,

Page 51

1 just one moment.
2 BY MR. WILLIAMS:
3      Q. Do you see it, Mr. Cook?
4      A. I don't see it yet.
5      MR. KRAMER:  Okay.  It's an article
6 previously marked as Exhibit 2.
7      Mr. Cook, do you see it?
8      THE WITNESS:  I have it now.  Yes, I think
9 it was just printed.
10      Do you mind if I get it off the printer?
11      MR. WILLIAMS:  Yeah.  Sure.  Go ahead.
12      MR. KRAMER:  And thank you, Lorenzo.  If
13 you could keep sending in -- obviously, we're on
14 iPads today.
15 BY MR. WILLIAMS:
16      Q. Mr. Cook, I'm just going to ask you to take
17 a look at what's been previously marked as Parekh 2.
18      It's just a BBC article from January of
19 2018.  And the title is "China's Eight-Year-Long
20 Smartphone Growth Comes to an End."
21      Just take a look at it and let me know when
22 you've had a chance to, okay?
23      (Whereupon, Parekh Exhibit Parekh 2 was
24      previously marked for identification)
25      MR. KRAMER:  Shawn, are you marking this as

Page 52

1 Cook 1 or keeping the same exhibit last time?
2      MR. WILLIAMS:  It will remain as Parekh 2.
3      MR. KRAMER:  Great.  Thank you.
4      MR. WILLIAMS:  It will just show that he
5 was shown this exhibit.
6      MR. KRAMER:  That's fine.  Thank you.
7      THE WITNESS:  Okay.  I've looked over it.
8 BY MR. WILLIAMS:
9      Q. Had you seen this article before today?
10      A. I don't recall seeing it.
11      Q. How do you stay abreast with market
12 conditions in the geographies in which Apple does
13 business?
14      MR. KRAMER:  Objection to form.
15      THE WITNESS:  I would get information from
16 these Friday sales meetings about how things are
17 going in particular geographies.  And of course, I
18 would see press and so forth.
19      And generally we would look at some market
20 information occasionally in terms of what was going
21 on at a particular geo in terms of the market
22 increasing or contracting.
23 BY MR. WILLIAMS:
24      Q. Right.  And some of those entities would be
25 entities like Canalys, right?

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 187 of 718
Highly Confidential       In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 53

1        Have you heard of Canalys?
2        A. Yes, I've heard of it.
3        Q. And is that one of the sources that you or
4    your team used to assess market conditions in
5    certain geographies?
6        A. There are several, and sometimes they have
7    differing opinions on what has happened.  And so it
8    generally is good to look at a number of different
9    data points.
10       Q. Right.  I was just asking if Canalys is one
11   of them?
12       A. And it -- sometimes.  I'm not sure they
13   have information on every one of the geos.
14       Q. How about IDC?
15       A. IDC is another one that we look at
16   occasionally.
17       Q. And Center Point?
18       A. I'm sorry.  Which one?
19       Q. Center Point?
20       A. Center Point.
21       Q. Counterpoint?
22       A. Counterpoint.  Oh, I think I've seen some
23   Counterpoint data.
24       Q. And is that -- withdrawn.
25           Sometimes an aggregation of that data is

Page 54

1    presented to you and your team during the Friday
2    meetings?
3        A. Yes.  Well, sometimes it may come across as
4    in terms of like a verbal update, sometimes it may
5    be a presentation.  Sometimes it may be a press
6    article.  It can come in a variety of different
7    modes.
8        Q. And what about Kantar?
9        A. Kantar is another -- another research firm
10   that we look at occasionally.
11       Q. So looking at Parekh Number 2, which you
12   just reviewed, does that refresh your recollection
13   as to what was occurring in the Chinese smartphone
14   market in early 2018?
15           MR. KRAMER:  Objection to form.
16           THE WITNESS:  No, I don't remember the
17   article.  And does it refresh my memory, not really.
18   BY MR. WILLIAMS:
19       Q. Did you know in 2018 that China's
20   smartphone market had considered to have been -- had
21   fallen for the first time with annual shipments down
22   by four percent from 2017?
23           MR. KRAMER:  Objection to form.
24           THE WITNESS:  I don't remember that.
25   ///

Page 55

1    BY MR. WILLIAMS:
2        Q. Is that something that you would have known
3    at the time?
4            I'm not asking if you remember it.  I'm
5    asking if it's something that you would have known
6    at the time?
7            MR. KRAMER:  Objection to form.
8            THE WITNESS:  It's -- I don't know if I
9    would have known it or not.
10   BY MR. WILLIAMS:
11       Q. Okay.  Is it something that may have been
12   reported to you by your team?
13           MR. KRAMER:  Objection to form.
14           THE WITNESS:  I could only speculate, if
15   you'd like me to do that.
16           MR. KRAMER:  Mr. Cook, I don't want you
17   speculating.
18   BY MR. WILLIAMS:
19       Q. That's fine.  You can speculate, sir.
20           MR. KRAMER:  Mr. Cook, I think the purpose
21   is for you to testify as to what you know.  Please
22   don't guess.  If you have some recollection, I think
23   it's fine.
24           THE WITNESS:  So I don't have a
25   recollection at this point.

Page 56

1    BY MR. WILLIAMS:
2        Q. I understand you don't have a recollection.
3    Is this type of information something that would
4    have been reported to you in -- by your team?
5            MR. KRAMER:  Objection to form.
6            THE WITNESS:  Again, I don't know whether
7    it was or not.
8    BY MR. WILLIAMS:
9        Q. Would you have expected it to be reported
10   to you?
11       A. It would depend upon whether -- you're
12   looking at one article with -- referencing one
13   research firm.
14           And so what would have been more
15   informative, I think, is to look at a variety of
16   research firms and what they were concluding.
17           Does that make sense?
18       Q. Sure.  I don't know if it's responsive to
19   my question, but what you said makes sense to me.
20           Kenny, can you bring up our 122, please.
21           APTUS VIDEO TECHNICIAN:  I'm only seeing up
22   to 120, so I don't have access to that.
23           MR. WILLIAMS:  I'm asking Kenny.  Kenny,
24   are you there?  Can you bring up 122.
25           MR. KRAMER:  And then, Lorenzo, can you let

Page 57

1  us know when you put it in the chat, we can then
2  open it.
3        APTUS VIDEO TECHNICIAN:  Yeah.
4        MR. WILLIAMS:  I see it in the chat now.
5        APTUS VIDEO TECHNICIAN:  Yeah, give me just
6  a moment to get the link.
7        All right.  That's in the chat now.
8        THE WITNESS:  I'm going to grab it off the
9  printer.
10 BY MR. WILLIAMS:
11     **Q.  Okay.  Mr. Cook, I'm showing you what's**
12 **been previously marked as Parekh Number 4.  And it**
13 **is a Forbes article dated February 25, 2018, and the**
14 **title is "Why Apple Will Lose China Market Share in**
15 **2018, Despite the Success of the iPhone."**
16     **Do you see that?**
17       THE WITNESS:  I see the title of the
18 article.  I haven't read the article.
19       MR. WILLIAMS:  Okay.  Take a moment to
20 review it.  You don't need to read it line by line
21 unless you want to.  And I'll ask you a couple
22 questions about it.
23       Let me just state for the record that the
24 document, it is identical to Parekh Number 4, but
25 it's a separate document.

Page 58

1        So I'll just ask the reporter to mark this
2  as Cook Number 1.  Thank you.
3        (Whereupon, Exhibit 1 was marked for
4        identification.)
5        MR. KRAMER:  Lorenzo, just let us know when
6  that's uploaded, please.
7        MR. WILLIAMS:  It's the same.  It's what he
8  has in front of him.
9        MR. KRAMER:  Oh, I see.  You took Parekh 4
10 and marked it as Cook 1?  Got it.  Thank you, Shawn.
11       THE WITNESS:  Okay.  I've read it.
12 BY MR. WILLIAMS:
13     **Q.  Thank you.  Have you seen this article**
14 **before today?**
15 A.  I don't recall seeing it.
16     **Q.  And -- but you've now read it, correct?**
17 A.  I have read it.
18     **Q.  And I'm going to ask you to take a look at**
19 **page 2 of 4, the second paragraph where it says,**
20 **"But Apple's impressive China share is due to drop**
21 **over the coming year, analysts believe."**
22     **Do you see that?**
23 A.  I do see it.
24     **Q.  In February of 2019, did you know that**
25 **analysts were suggesting or expecting Apple's market**

Page 59

1  share, particularly for iPhone, to drop in China?
2        MR. KRAMER:  Objection as to form.
3        THE WITNESS:  It's a little bit of a
4  strange statement because it says "analysts
5  believe," but doesn't say who the analysts are and
6  what their qualifications are.
7  BY MR. WILLIAMS:
8      **Q.  Let's go on to the next sentence.  It says,**
9  **"Chinese Android-based smartphone brands from**
10 **companies like Huawei and Xiaomi will take back some**
11 **of the market by selling for less."**
12     **Do you see that?**
13 A.  I see it written.
14     **Q.  And you knew in 2018 that certain Chinese**
15 **smartphone manufacturers were making smartphones**
16 **that were cheaper than the iPhone, right?**
17       MR. KRAMER:  Objection to form.
18       THE WITNESS:  There's always been
19 smartphones everywhere in every geo that are cheaper
20 than iPhone.  We've always been about making the
21 best products, not selling the most or the cheapest.
22 BY MR. WILLIAMS:
23     **Q.  Understood.  So the answer to that is, yes,**
24 **you did know that?**
25 A.  I've known that there are cheaper

Page 60

1  smartphones everywhere.
2      **Q.  Looking at the next sentence, "Chinese**
3  **mobile carriers are also cutting subsidies for**
4  **handset vendors as the overall smartphone market**
5  **slows down on declining interest in new devices**
6  **overall, industry analysts believe."**
7      **Do you see that?**
8  A.  I see it.
9      **Q.  Is that a statement that you would have**
10 **agreed with at the time that Chinese mobile carriers**
11 **are also cutting subsidies for handset vendors?**
12       MR. KRAMER:  Objection to form.
13       THE WITNESS:  I don't recall what was going
14 on in the market at the time relative to carrier
15 subsidies.
16 BY MR. WILLIAMS:
17     **Q.  Okay.  But if you learned that that was**
18 **actually true, isn't that something that you or your**
19 **team would have been aware of?**
20       MR. KRAMER:  Objection to form.
21       THE WITNESS:  If they were cutting
22 subsidies, I'm sure someone at Apple would have been
23 familiar with that.
24 BY MR. WILLIAMS:
25     **Q.  Fair enough.**

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 189 of 718
Highly Confidential          In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 61

1        You see the next paragraph with the quote,
2  "'We expect 2018 to be another tough year for Apple
3  iPhone in China, as the overall smartphone market is
4  slowing, compounding the already harsh conditions of
5  reduced carrier subsidies and fierce local hardware
6  competition,' says Neil Mawston, executive director
7  for wireless devices with market research firm
8  Strategy Analytics."
9        Do you see that?
10       A.  I see it.  I find it strange because in the
11  two paragraphs earlier it says that "Apple's market
12  share reached 24.3 percent by year's end, up from
13  October driven by the 8, 8 Plus and the X and took a
14  record 51 percent of global smartphone market share
15  in the final quarter of the year, according to the
16  data here."
17       And then it says, "'We expect 20-'" -- the
18  person is quoted.  I'm not familiar with this
19  individual or the firm, "'expect 2018 to be another
20  tough year for iPhone in China."
21       It seems an unusual set of data.
22       Q.  So, you said you're not familiar with
23  Strategy Analytics, the firm Strategy Analytics?
24       A.  I don't recall them.
25       Q.  Would you expect that someone on your team

Page 62

1  would be familiar with Strategy Analytics?
2        MR. KRAMER:  Objection as to form.
3        THE WITNESS:  I don't know.
4  BY MR. WILLIAMS:
5        Q.  You don't know if you would expect someone
6  on your team to be familiar with Strategy Analytics?
7        MR. KRAMER:  Objection to form.
8        THE WITNESS:  I don't know --
9        MR. KRAMER:  Go ahead, Mr. Cook.
10       THE WITNESS:  I don't know if someone on
11  the team is familiar with Strategy Analytics.
12  BY MR. WILLIAMS:
13       Q.  Who on your team is responsible for
14  digesting what the market analysts and companies
15  like Canalys, Counterpoint, are saying about
16  geographic tendencies?
17       MR. KRAMER:  Objection to form.
18       I'm sorry, Mr. Williams.  I thought you
19  were done go ahead.
20       THE WITNESS:  What do you mean by
21  geographic tendencies?
22  BY MR. WILLIAMS:
23       Q.  Well, is anyone on your team responsible
24  for understanding what is happening in certain
25  geographic markets?

Page 63

1        MR. KRAMER:  Objection to form.
2        THE WITNESS:  Well, of course, there are
3  sales teams in virtually every geographic market.
4        And there's a marketing research team that
5  is looking at sort of more of the macro, how the
6  market is doing.
7  BY MR. WILLIAMS:
8        Q.  And so the marketing research team would
9  likely be the team that would aggregate what was
10  going on in certain markets?
11       MR. KRAMER:  Objection as to form.
12       THE WITNESS:  They would be looking at
13  market data, and not only the market data but how
14  Apple is doing, which is sometimes very different
15  than how the market is doing.
16       Like even in this report, it says -- or the
17  two reports we've looked at, one said 2017 was a bad
18  year, but then this report says our market share
19  reached 24.3 percent by year's end.
20       And so Apple can perform differently than
21  the market.
22  BY MR. WILLIAMS:
23       Q.  Sure.  So looking at page 2 of the same
24  article, I'm just going down to the, I think, the
25  fourth paragraph.  Another quote there, "If Apple

Page 64

1  wants to grow iPhone volume higher in China in the
2  future, it will have to push down, not up, the
3  pricing curve."
4        Do you see that?
5        A.  I see it.
6        Q.  Do you understand that to mean that Apple
7  will need to make or sell cheaper phones in China in
8  order to grow share?
9        MR. KRAMER:  Objection to form.
10       THE WITNESS:  No, it doesn't say that.  It
11  says that we may have to lower the prices on our
12  current phones there.
13  BY MR. WILLIAMS:
14       Q.  In order to grow share?
15       A.  That's what it's alleging.
16       Q.  And last paragraph on that page, see the
17  heading "Slowing sales," and just below it it says,
18  "Chinese consumers overall are buying fewer
19  smartphones, market research firm Canalys said in
20  January.  Shipments in China, the world's biggest
21  smartphone market, fell 4 percent in 2017
22  year on year to 459 million devices."
23       Do you see that?
24       A.  I do see it.
25       Q.  Is that something that you would disagree

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 190 of 718

Highly Confidential          In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 65

1 with?

2       MR. KRAMER:  Objection to form.

3       THE WITNESS:  I don't know what the market

4 did in 2017 or 2018 for that matter sitting here

5 today.

6       The next sentence says that IDC estimates

7 that it would drop two percent this year.  And so it

8 seems like they are -- at least IDC was estimating a

9 fairly flat market.

10 BY MR. WILLIAMS:

11     Q.  And this type of data from IDC and Canalys

12 is the type of data that the market research --

13 marketing research team might have access to and

14 digest contemporaneous with their publications,

15 right?

16       MR. KRAMER:  Objection to form.

17       THE WITNESS:  They might see the data.

18 They might even subscribe to the data.

19 BY MR. WILLIAMS:

20     Q.  Would you expect them to?

21       MR. KRAMER:  Objection to form.

22       THE WITNESS:  It depends on our view over

23 whether or how credible they are, whether their

24 panels or how they are estimating has a level of

25 scientific rigor in it or not.

Page 66

1 BY MR. WILLIAMS:

2     Q.  Do you consider IDC to be a credible source

3 of market information?

4     A.  I think in the PC space, they are.  I'm not

5 sure if they are in the smartphone space.

6     Q.  What about Canalys?

7     A.  It's a better question for Kevan.

8     Q.  Kevan Parekh?

9     A.  Yes.

10     Q.  Why is that?

11     A.  Because they probably looked to see how the

12 estimates are done by these firms.

13     Q.  You've never publicly communicated that you

14 all or Apple didn't believe that Canalys was not a

15 credible source of market data, right?

16       MR. KRAMER:  Objection to form.

17 BY MR. WILLIAMS:

18     Q.  Go ahead.

19     A.  I wouldn't expect that we would publicly

20 say that anyone was not credible on market.  We

21 would just know whether to depend on it internally

22 or not.

23     Q.  You testified earlier that your preparation

24 yesterday helped you recall the dates of certain new

25 product introductions in 2018.

Page 67

1       Is that fair?

2     A.  Yes.

3     Q.  What were those dates, if you recall?

4     A.  The XR was made available on October 26th.

5     Q.  Okay.  What about the XS and XS Max?

6     A.  They were made available in September.

7     Q.  Do you remember the date?

8     A.  I don't.  But if you put a document in

9 front of me, I'm sure I could find it.

10     Q.  And in September of 2018, what's your

11 recollection of sort of trade issues between the

12 United States and China?

13       MR. KRAMER:  Objection to form.

14       THE WITNESS:  What was happening in the

15 month of September, I don't recall.  In that general

16 time period, either later in the -- later in the

17 quarter or later in Q1, again I'm talking about

18 fiscally, there were threats of tariffs and that

19 sort of thing.

20 BY MR. WILLIAMS:

21     Q.  And threats of tariffs that the United

22 States would put on Chinese products, right?

23     A.  Threats from the United States that they

24 would put on products that are being assembled in

25 China and then imported into the United States.

Page 68

1     Q.  Right.

2     A.  Not necessarily Chinese products, if you

3 follow me.

4     Q.  Sure.  And you were often asked your

5 opinion about those potential tariffs, correct?

6     A.  I don't know that I was often asked about

7 it.  I'm sure I was asked about it, because it was a

8 topical kind of -- topical subject.

9     Q.  Didn't you meet with the then President

10 Donald Trump and discuss the topic?

11     A.  I certainly met with the President on a few

12 occasions and discussed the topic.  I don't recall

13 the exact dates of the meetings.

14     Q.  And those meetings would have been either

15 in the summer or fall of 2018, right?

16       MR. KRAMER:  Objection to form.

17       THE WITNESS:  Oh, I think those meetings

18 went on well after that period of time.

19 BY MR. WILLIAMS:

20     Q.  Would those -- would the meetings that you

21 had with the President be on your calendar?

22     A.  Yes, I'm sure that they would be.

23     Q.  And did you meet with him in California or

24 in Washington DC?

25     A.  I met with him on some occasions in

Page 69

1 Bedminster, New Jersey, and some occasions in
2 Washington DC.
3      **Q. And did you also meet with China's**
4 **President on the same issue?**
5      MR. KRAMER:  Objection to form.
6      THE WITNESS:  I don't recall any meeting
7 with the Chinese President on tariffs.
8 BY MR. WILLIAMS:
9      **Q. You don't recall meeting -- do you recall**
10 **discussing tariffs with him at all in 2018?**
11     A. I don't recall discussing tariffs with the
12 Chinese President.
13     **Q. Who in China did you discuss -- well,**
14 **withdrawn.**
15         **Who in the Chinese government did you**
16 **discuss tariffs with in 2018?**
17     MR. KRAMER:  Objection to form.
18     THE WITNESS:  In 2018, I'm not sure I did
19 discuss tariffs with a Chinese government official
20 in 2018.
21 BY MR. WILLIAMS:
22     **Q. In 2018, did you consider China to be an**
23 **emerging market?**
24     A. And I'm sorry, what period of time?
25     **Q. 2018?**

Page 70

1      A. Yes.
2      **Q. Would you consider China to be an emerging**
3 **market today?**
4      A. Yes.
5      MR. WILLIAMS:  Kenny, I'm going to ask you
6 to bring up our 121, please.
7      I think it is in the chat.  And let me know
8 when you're able to bring up this.
9      MR. KRAMER:  I'll wait for my friend
10 Lorenzo.
11     Okay.  It just came up.
12     APTUS VIDEO TECHNICIAN:  Will this be
13 marked next in order?
14     MR. WILLIAMS:  Yes, this will be marked
15 Cook Number 2.
16     (Whereupon, Exhibit 2 was marked for
17     identification)
18 BY MR. WILLIAMS:
19     **Q. And Number 2 is Bates numbered**
20 **APL-SECLIT_00585947 through 958.**
21     **Mr. Cook, I'm going to ask you to take a**
22 **look at this document.  Let me know when you've had**
23 **a chance to do so, okay?**
24     A. Okay.
25     **Q. Did you read the whole thing?**

Page 71

1      A. I skimmed it, so I might have to read
2 specific parts that you point out to me.
3      **Q. I'm just going to direct you to certain**
4 **sections.  But Cook Number 2 is an analyst's report**
5 **published by Wedbush on October 18, 2018.  And the**
6 **title is "Apple, Cook & Co. Focused on Services Gold**
7 **Mine; iPhone Cycle Humming-Initiating at OP."**
8      **Do you agree with that?**
9      MR. KRAMER:  Objection to form.
10     THE WITNESS:  The paper says that, if
11 that's what you're asking me.
12 BY MR. WILLIAMS:
13     **Q. I said, did you see that, but that's fine.**
14     A. I do see that.
15     **Q. It's apparently written by an analyst,**
16 **Daniel Ives.**
17     **Do you know him?**
18     A. I'm not sure I've ever met him, but I know
19 his name.
20     **Q. You've heard of him, right?**
21     A. Yes.
22     **Q. And so it's fair to say that Wedbush at**
23 **least as of October '18 was covering Apple, so to**
24 **speak?**
25     A. Yes, it appears that way.

Page 72

1      **Q. Okay.  And I'm just looking at the first**
2 **paragraph where it says, "We're initiating coverage**
3 **of Apple with an outperform rating, $310 price**
4 **target, and adding to the Wedbush Best Ideas List."**
5      **Do you see that?**
6      A. I do see it.
7      **Q. It continues, "The Street continues to be**
8 **laser focused on the demand trajectory for iPhones**
9 **in 2019."**
10     **Do you see that?**
11     A. I see that.
12     MR. KRAMER:  Actually, it says "into 2019."
13     MR. WILLIAMS:  "Into 2019."  All right.
14 BY MR. WILLIAMS:
15     **Q. Is it fair to say that someone on your team**
16 **received this analyst report?**
17     MR. KRAMER:  Objection to form.
18 BY MR. WILLIAMS:
19     **Q. I'll note for you that the Bates number in**
20 **the bottom right-hand corner is an indicator that**
21 **Apple produced this document as part of the**
22 **discovery process.**
23     MR. KRAMER:  Yeah.  Right.  But you were
24 asking for his personal knowledge on that.
25     THE WITNESS:  I don't have personal -- I

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 192 of 718
Highly Confidential          In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 73

1 don't have personal knowledge that somebody received
2 it.
3         (Audio issues.  Reporter clarification.)
4         MR. WILLIAMS:  Okay.  Jim, I'm going to ask
5 you not to, you know, to instruct the witness as to
6 how he's to answer questions.
7         I think Mr. Cook and I are doing just fine.
8 Okay?  Thank you.
9         MR. KRAMER:  And I don't think I did, but I
10 understand your request.
11 BY MR. WILLIAMS:
12     Q.  Okay.  Looking at that second sentence that
13 I read to you, beginning with, "The Street
14 continues," what do you understand it to mean that
15 "The Street continues to be laser focused on the
16 demand trajectory for iPhones into 2019"?
17         MR. KRAMER:  Objection to form.
18         THE WITNESS:  My understanding what
19 Mr. Ives is saying is that these new products that
20 we announced in September -- so this would have been
21 preceding his note of October '18 -- they are
22 wondering about the -- how they are doing from a
23 sales point of view.
24 BY MR. WILLIAMS:
25     Q.  Right.  And what that looks like going --

Page 74

1     A.  Into next year.  Next year, meaning into
2 2019, as he says.  They are wondering about the
3 cycle.  A cycle for us is generally speaking one
4 year.
5     Q.  What about the --
6         MR. KRAMER:  Hold on.  Mr. Cook, go ahead
7 and finish your answer.
8         THE WITNESS:  It's from a -- generally a
9 September kind of date to the following September
10 that analysts are trying to predict how many phones
11 we'll sell across that period of time.
12         And what he's saying is that he thinks that
13 the Street, which is modeling 220 million across
14 that period of time, could ultimately prove to be
15 conservative, given the pent up installed base which
16 he describes as 350 million phones that "are in the
17 'window of opportunity' to upgrade over the next 12
18 to 18 months.'"
19 BY MR. WILLIAMS:
20     Q.  Okay.  And that's what you draw from his
21 comment regarding the demand trajectory for iPhones
22 into 2019, right?
23     A.  Yeah.  Again, I think he's referring to the
24 12-month window from the announcement and shipment
25 of one product to the announcement and shipment of

Page 75

1 the next product.
2     Q.  I'm going to ask you to go down closer to
3 the middle of the page.  I'll just direct you.  You
4 see the sentence that begins with the word with,
5 "With positively trending ASPs..."
6         Do you see that?
7     A.  Is it in that first paragraph?
8         MR. KRAMER:  Mr. Cook, it's about halfway
9 down in the first paragraph on the right side.
10         THE WITNESS:  Oh, I see it.
11 BY MR. WILLIAMS:
12     Q.  See where he writes, "With positively
13 trending ASPs that we believe can approach around
14 $800 in FY19 and healthy gross margins heading into
15 this 2019 product cycle that are showing no signs of
16 abating and could thus translate into upside for the
17 upcoming September quarter, we believe many of the
18 growth fears on the Street have been alleviated
19 around Apple in the near term..."
20         Do you see that?
21     A.  I see it.
22     Q.  He goes on to write, "however this upcoming
23 product cycle remains a linchpin for Cook & Co. to
24 lay the groundwork for 'steady' iPhone growth for
25 the next few years."

Page 76

1         Do you see that?
2     A.  I see it.
3     Q.  Did you agree with that at the time?
4         MR. KRAMER:  Objection to form.
5         THE WITNESS:  I don't even remember reading
6 the analyst report at the time.  I'm not totally
7 sure I received it.  You might know that.
8         MR. KRAMER:  Mr. Cook, have you finished
9 your answer?
10         THE WITNESS:  Yes.
11         MR. KRAMER:  Okay.  Great.  Thank you.
12 BY MR. WILLIAMS:
13     Q.  Would you have agreed with that sentiment
14 at the time?
15         MR. KRAMER:  Objection to form.
16         THE WITNESS:  I think there were other
17 things that were key as well, like our growth in
18 services.  And I think he even says later in here --
19 where is it -- he says -- he talks about the overall
20 importance of services.
21 BY MR. WILLIAMS:
22     Q.  I think I can get me there.  I think I know
23 where that is and I can direct you to the section,
24 if you want.
25         If you just go to the Bates ending 951.

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 193 of 718
Highly Confidential          In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 77

1    A. Yeah.

2    Q. And it's the last sentence in the first
3 paragraph. You see where he says or he writes, "We
4 believe a successful iPhone launch with particular
5 traction in China, coupled by a ramping services
6 business is key to re-rating on shares of Apple as
7 more investors start to appreciate the underlying
8 value of recurring -- and recurring nature of
9 Cupertino's services franchise."

10    Do you see that?

11    A. I'm having trouble locating it.

12    Q. It's Bates ending 951 in the bottom
13 right-hand corner. It's the number on the page.

14    Yeah, I'm there on the page. I'm just
15 trying to find the --

16    Q. It's the last sentence of the first
17 paragraph.

18    A. Yes, I see it.

19    Q. Okay. So again, he writes, "We believe a
20 successful iPhone launch with particular traction in
21 China, coupled by a ramping services business is key
22 to a re-rating on shares of Apple as more investors
23 start to appreciate the underlying value and
24 recurring nature of Cupertino's services franchise."

25    Do you see that?

Page 78

1    A. I see it.

2    Q. That's something you agreed with?

3    MR. KRAMER: Objection to form.

4    THE WITNESS: I think the services story
5 was very important to how the company was being
6 perceived at the time.

7 BY MR. WILLIAMS:

8    Q. But my question is, is that sentence
9 something that you would have agreed with?

10    MR. KRAMER: Same objection.

11    THE WITNESS: Again, I don't even remember
12 seeing the report before. Do I agree with it
13 sitting here today? I think what mattered was the
14 total revenue on iPhone was important. The services
15 growth was very important. And probably the
16 services growth was even more important than iPhone
17 at that particular point in time.

18    I think the where -- when you get down into
19 the geography level, there's a much smaller concern
20 about where the sales are taking place than what the
21 total revenue from iPhone was going to be.

22 BY MR. WILLIAMS:

23    Q. So let me direct your attention to the -- a
24 few sentences earlier in the same paragraph. The
25 heading of that section being, "Looking out into

Page 79

1 FY19; China consumer demand a key driver."

2    Do you see that?

3    A. I see it.

4    Q. Okay. I'm just going to direct your
5 attention to six lines down and you see the sentence
6 that begins, "The main swing factor..."

7    A. I see the sentence.

8    Q. Okay. Can you just read that for me,
9 please, beginning with the word "The..."

10    A. He writes, "The main swing factor in our
11 opinion looking ahead is China (was up 19 percent
12 year over year in June)," which is the fiscal third
13 quarter, "as we estimate over a 100 million iPhone
14 installed base in this key region, with over half of
15 these consumers due for an upgrade during the course
16 of fiscal year 19."

17    Q. All right. And so he identifies, you know,
18 China as a key region, right?

19    MR. KRAMER: Objection to form.

20    THE WITNESS: He identifies in his view
21 that China is a main swing factor in our ability to
22 take advantage of the size of the installed base.

23 BY MR. WILLIAMS:

24    Q. Right. The next sentence he writes, "In
25 particular, we estimate 60 to 70" -- "60 million and

Page 80

1 70 million Chinese iPhones will be in the upgrade
2 window over the coming year with iPhone's next
3 generation trifecta of smartphones as a major
4 potential product catalyst in the all important
5 Chinese market."

6    Do you see that?

7    A. I do see it.

8    Q. And, you know, obviously Wedbush is
9 publishing this to its investors.

10    Is that fair to say?

11    MR. KRAMER: Objection to form.

12 BY MR. WILLIAMS:

13    Q. To investors.

14    A. I assume that they are.

15    Q. Okay. He goes on to write, "which could
16 see a renaissance of growth on the horizon for Apple
17 despite lingering worries around the overall China
18 market given the current tariff/trade tensions."

19    Do you see that?

20    A. I see it.

21    Q. And you agree that there were some tensions
22 in the market concerning economic conditions and
23 tariff threats in China, right?

24    MR. KRAMER: Objection to form.

25    THE WITNESS: As we talked about before, I

**Page 81**

1  recall the trade tension being an issue.  And I
2  don't remember exactly when it started and when it
3  stopped, but I think it went on for quite some time.
4        It was an overhang for, you know, for quite
5  a while during President Trump's administration.
6  BY MR. WILLIAMS:
7      **Q.  And in or around October 2018?**
8      A.  Well, I can only look at this document and
9  say that this gentleman felt there was trade
10 tensions there in October of 2018.
11       And I'm not disputing that.  I just don't
12 recall exactly when they started.
13       MR. WILLIAMS:  We've been going for about
14 an hour and ten minutes.  Do you want to just take a
15 ten-minute break?
16       THE WITNESS:  Sure.
17       APTUS VIDEO TECHNICIAN:  All right.  The
18 time is 10:27.  We're going off the record.
19       (Recess taken)
20       APTUS VIDEO TECHNICIAN:  The time is 10:41.
21 We're back on the record.
22       MR. WILLIAMS:  Thank you.  Kenny, can you
23 bring up our 15, please.  I think it's in the chat.
24 And --
25       MR. KRAMER:  I don't see it yet, Shawn.

**Page 82**

1  Lorenzo, just let us know when it's ready.
2        APTUS VIDEO TECHNICIAN:  All right.  That's
3  in the chat now.
4        MR. KRAMER:  I got it.  Thank you.
5        MR. WILLIAMS:  Okay.  I'm going to mark
6  this document as Cook Number 3.  And it is Bates
7  Number APL-SECLIT_00599341 through 344.
8        (Whereupon, Exhibit 3 was marked for
9        identification)
10 BY MR. WILLIAMS:
11     **Q.  Mr. Cook, I'd ask you to just take a look**
12 **at this document and let me know when you have had a**
13 **chance to do so.**
14       **For the record, Cook Number 3 is an e-mail**
15 **from Josh Rosenstock to Tim Cook, Luca Maestri, Jeff**
16 **Williams, Kate Adams and Eddie Cue, dated**
17 **October 19, 2019, and cc's a number of other Apple**
18 **executives.**
19       MR. WILLIAMS:  Kenny, in the meantime, can
20 you pull up our 11 and 12, please, and put it in the
21 chat.
22       THE WITNESS:  Okay.
23 BY MR. WILLIAMS:
24     **Q.  So Mr. Cook, do you recognize Cook Number**
25 **3?**

**Page 83**

1      A.  It's not a note that I recall receiving,
2  but it looks like I did receive it.  It's from Josh
3  Rosenstock, and it's sent to a number of folks on
4  the executive team on the 19th of October of 2018.
5      **Q.  Sure.  And the note -- who is Josh**
6  **Rosenstock?**
7      A.  Josh works in our corporate communications
8  area.
9      **Q.  And what are his responsibilities**
10 **generally, if you know?**
11     A.  Public relations, corporate communications.
12 So he would monitor the media and be a spokesperson
13 for the company.
14     **Q.  Okay.**
15     A.  On certain issues.
16     **Q.  So it was not uncommon then for him to send**
17 **you excerpts of media reports that relate to the**
18 **company's business?**
19     A.  It would not be uncommon.
20     **Q.  Okay.  And so on October 19th, he sends you**
21 **a note about Dan Ives speaking on CNBC, right?**
22     A.  Yes, he does.
23     **Q.  And Dan Ives is the Wedbush analyst who**
24 **published the October 18th analyst report that we**
25 **were talking about just a few minutes ago, right?**

**Page 84**

1      A.  That's correct.
2      **Q.  And Mr. Rosenstock writes to you that**
3  **"Speaking on CNBC, analyst Dan Ives explains his new**
4  **$310 price target for Apple is centered primarily on**
5  **services growth, calling the category 'the linchpin'**
6  **that is worth half a trillion dollars on its own,"**
7  **right?**
8      A.  Yes, he was very focused on services.
9      **Q.  Right.  And then you see he also writes,**
10 **"He says, 'China is the fuel in the engine' and**
11 **suggests to meet targets, Apple's strategy should be**
12 **'executing on China.'"**
13       **Do you see that?**
14     A.  I see it.
15     **Q.  Right.  And you agreed with that, right?**
16     A.  What I -- as I've mentioned before, I
17 thought services was a very important component of
18 what we had to do.  And I saw overall iPhone revenue
19 as important.
20     **Q.  Okay.  And right.  He adds -- withdrawn.**
21       **I'm just going to read that again because I**
22 **left out the next quoted clause there.**
23       **"He says 'China is the fuel in the engine'**
24 **and suggests to meet targets, Apple's strategy**
25 **should be 'executing on China' and 'execute on**

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 195 of 718
Highly Confidential          In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

**Page 85**

1  iPhone,'" right?

2      That's what Mr. Rosenstock sort of quoted

3  to you from Dan Ives' interview, right?

4      A.  I see that.

5      Q.  Do you know why Mr. Rosenstock chose to

6  select that part of the interview to quote for you?

7      A.  That's probably a better question for him.

8      Q.  He must have thought that was important to

9  send to you, right?

10     A.  That's how I would receive it.

11     Q.  Okay.  The next paragraph, he writes,

12  "Asked if increased tariffs or finding skilled labor

13  are a concern for Apple, Ives said Apple has been

14  'ahead of the curve,' citing work that's 'been done

15  with Foxconn' and calling China the 'linchpin' from

16  both a R&D and a demand perspective."

17     Do you see that?

18     A.  I see that.

19     Q.  And with respect to China being a linchpin

20  from a demand perspective, he's referring to demand

21  for iPhone, right?

22     A.  That's not clear from the writing.

23     Q.  Okay.  Would you dispute that?

24     A.  I wouldn't dispute or confirm it.  I mean,

25  I think that would be a better question for him.

**Page 86**

1      Q.  Okay.  I'm just going to direct your

2  attention to the next page with Bates ending 342.

3      A.  342.

4      Q.  The numbers are on the bottom right-hand

5  corner.

6      A.  Yes, I'm in 342.

7      Q.  Okay.  In the second full paragraph --

8  well, withdrawn.

9      It looks like what Mr. Rosenstock has done

10  is he quoted a section up front and then it looks

11  like he has the entirety of the interview from the

12  article concerning the interview on the bottom.

13     Is that fair to say?

14     MR. KRAMER:  Objection to form.

15     THE WITNESS:  Let me look at this to make

16  sure that's the case.  It appears to be a repeat of

17  the article.

18 BY MR. WILLIAMS:

19     Q.  Right.  Okay.  And so on Bates ending 342,

20  it's the article says, beginning in the second

21  paragraph, "With the investing world's attention

22  fixed on Apple's ability to sell its latest

23  generation of iPhones, Ives said he wouldn't be

24  surprised to see 350 million units upgraded during

25  the next 12 to 18 months."

**Page 87**

1      Do you see that?

2      A.  I see that.  That appears to be different

3  than what he said in his analyst report.

4      Q.  Yeah.  And he's also kind of looking out,

5  obviously, you know, for the next year and a half,

6  right?

7      MR. KRAMER:  Objection to form.

8      THE WITNESS:  Well, he says the next 12 to

9  18 months.  And that's what the article said.  It

10  doesn't quote -- it's not an exact quote from the

11  analyst.  And it does appear to be different than

12  what the analyst report said.

13 BY MR. WILLIAMS:

14     Q.  But this is obviously something that was

15  reported on CNBC, right?

16     MR. KRAMER:  Objection to form.

17     THE WITNESS:  It appears to be an article

18  that was on CNBC.  What I'm saying is, it appears to

19  be different than what the analyst said in his

20  analyst report.

21 BY MR. WILLIAMS:

22     Q.  Sure.  I understand.  And you would agree

23  that CNBC is a widely viewed -- a widely viewed

24  source of information for investors, right?

25     MR. KRAMER:  Objection to form.

**Page 88**

1      THE WITNESS:  I think their viewership is

2  in the hundreds of thousands, I believe, I've been

3  told.

4  BY MR. WILLIAMS:

5      Q.  Well, you've been interviewed on CNBC,

6  right?

7      A.  I have been.

8      Q.  And there are times where you've actually

9  reached out to CNBC because you wanted to speak to

10  investors, right?

11     A.  There have been times where I've reached

12  out to CNBC because I wanted to make sure that they

13  understood something about Apple.

14     Q.  Correct.  And because CNBC's viewership is

15  primarily investors, right?

16     MR. KRAMER:  Objection to form.

17     THE WITNESS:  I'm not an expert on their

18  viewership.  I think there's quite a few traders --

19  if you call traders investors, I don't know whether

20  you do or not, but I think there's quite a few day

21  trader types that watch CNBC.

22     MR. WILLIAMS:  All right.  Kenny, can you

23  just pull up, I think you have the next, our 11 --

24  let's see -- which is Bates number

25  APL-SECLIT_00608128 to 130.

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 196 of 718

Highly Confidential          In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 89

1      MR. KRAMER:  Shawn, are you going to mark
2 this as Cook 4?
3      MR. WILLIAMS:  That's going to be marked as
4 Cook 4.
5      MR. KRAMER:  Great.  Thank you.
6      (Whereupon, Exhibit 4 was marked for
7      identification)
8 BY MR. WILLIAMS:
9      Q.  Mr. Cook, let me know when you've had a
10 chance to review what's been marked as Cook 4.  And
11 for the record, Cook 4 is an e-mail exchange between
12 Brian Lu, Tim Cook and a number of other Apple
13 employees.
14     A.  Okay.  I've read it.
15     Q.  Okay.  Thanks.  So Cook 4 is an e-mail
16 between you and -- at least in part between you and
17 Brian Lu, right?
18         I'll withdraw that.  I think I mixed that
19 up.
20         Between you and Mike Fenger and a number of
21 others.
22     MR. KRAMER:  Objection to form.
23     THE WITNESS:  What I see --
24     MR. KRAMER:  Go ahead, Mr. Cook.
25     THE WITNESS:  What I see is an e-mail that

Page 90

1 was sent from Wei Gu to a number of people in the
2 company, copying a number of people in the company.
3 And then, including me, and then I took the note and
4 sent it to Mike and Brian and asked a question,
5 "What are the facts?"
6 BY MR. WILLIAMS:
7      Q.  Right.
8      A.  And then Brian, it looks like, took that
9 and forwarded it to Stella Ye.
10     Q.  Okay.  That's fine.
11     A.  That's what I see.
12     Q.  Okay.  And I guess the e-mail from Wei Gu
13 was sent to you and others on or around
14 September 15th, 2018, right?
15     A.  Yes, it appears to have been.
16     Q.  And September 15th was just a few days or a
17 week before the release of the iPhone XS -- I'm
18 sorry, iPhone XS and XS Max?
19     A.  You know, I don't have that date imprinted
20 in my mind.  Can you show me something that would
21 refresh my memory on when those were offered to the
22 market?
23     Q.  We can get there.  It's not essential for
24 this line of questioning.
25     A.  Okay.

Page 91

1      Q.  Who is Wei Gu?
2      A.  I don't know for sure.  I believe it's
3 somebody from the communications team in China.
4      Q.  Okay.  And he sends you or she sends you an
5 article from the Global Times titled "Apple craze
6 cools down in China."
7         Right?
8      A.  I see that.
9      Q.  I'm going to direct your attention to the
10 next page, page numbered 129, just under the link to
11 the article.
12         It's about an eighth of the way down the
13 page beginning with the sentence -- beginning with
14 the word "Despite..."
15         Do you see that?
16     A.  Yes, I see it.
17     Q.  Okay.  So can you read that, those three
18 lines for me, please?
19     A.  What it says is, "Despite the launch of new
20 products, US tech giant Apple and its supply chain
21 are facing growing pressure amid the ongoing trade
22 war launched by the US against China, as well as the
23 rise of China's mobile phone brands in the market."
24     Q.  Okay.  And why do you think Wei Gu sent
25 this article to you?

Page 92

1      MR. KRAMER:  Objection to form.
2      THE WITNESS:  That would be a question for
3 Wei Gu.
4 BY MR. WILLIAMS:
5      Q.  You thought that the article was worthy of
6 some investigation by your team though, right?
7      A.  It looks like what I wanted to know is what
8 the facts were.
9      Q.  Okay.  And so the paragraph that you just
10 read to me, "Despite the launch of new products, US
11 tech giant Apple and its supply chain are facing
12 growing pressure amid the ongoing trade war launched
13 by the United States against China, as well as the
14 rise of China's mobile phone brands in the market,"
15 did you disagree with that at the time?
16     A.  I don't remember receiving the note at the
17 time.
18     Q.  You did receive it, though.  We know that
19 you received it.  So I'm just asking whether at the
20 time --
21     A.  Yeah, you're asking me at the time how I
22 felt.  And I'm saying I don't even remember
23 receiving the note.
24     Q.  Okay.  So you don't know how -- you don't
25 remember how you felt either?

Page 93

1    A.  That's correct.

2        Q.  Okay.  Going two additional paragraphs
3   down, you see where it says, "'Most Chinese
4   consumers are taking a wait-and-see attitude and not
5   rushing to the new products like in the past few
6   years.'"

7        Do you see that?

8    A.  I see that.

9        Q.  And so whether or not you believed it was
10  true, this was, in fact, reported to you, right?

11       MR. KRAMER:  Objection to form.

12       THE WITNESS:  There are lots of things
13  written, as you know.  And some of them are true and
14  some of them are not.  And some of them are slanted,
15  and some of them are not.

16       And so it looks like what I wanted to know
17  is what the facts were.

18  BY MR. WILLIAMS:

19       Q.  Right.  I understand.  I was only
20  clarifying that, you know, while you didn't have an
21  opinion as to its truth or falsity, that you did
22  receive the report of it?

23       MR. KRAMER:  Objection to the form.

24       THE WITNESS:  It appears I -- or not
25  appears.  I definitely received it because I've sent

Page 94

1   a note on the top of it asking what are the facts.

2   BY MR. WILLIAMS:

3        Q.  Okay.  Going down to the additional three
4   paragraphs down, you see where it says, "The
5   survey," which is referenced in the earlier
6   paragraph, "pointed to more trouble for Apple in the
7   Chinese market."

8        Do you see that?

9    A.  I see it.

10       Q.  And it goes on, "its second-largest one
11  after the United States" -- "after the US."

12       Do you see that?

13   A.  I see it.

14       Q.  And that was accurate, right, the Chinese
15  market was second to, second largest to the United
16  States?

17   A.  Usually or -- I'm not sure about in 2018,
18  but EMEIA, may have been -- E-M-E-I-A -- may have
19  been higher than China.

20       Q.  In terms of what?  Revenue?

21   A.  In terms of revenue.  I'd have to look at
22  the data sheet.  If you have a data sheet for that
23  time period, I'd be glad to look at it and tell you.

24       Q.  Okay.  This article goes on to say, in the
25  same paragraph, "The California-based company has

Page 95

1   struggled in China as domestic rivals like Huawei
2   and Xiaomi gain in popularity."

3        Do you see that?

4    A.  I see it.

5        Q.  And you knew that Huawei was gaining market
6   share in China in the 2018 timeframe, right?

7        MR. KRAMER:  Objection to form.

8        THE WITNESS:  It's difficult to separate
9   the years for me.  As you probably know, Huawei has
10  been losing share in the last while.

11       And so where exactly that started, that
12  erosion of share, I'm not sure exactly where it
13  began.

14  BY MR. WILLIAMS:

15       Q.  Would you have -- you would have known
16  whether if that was true at the time you received
17  this article, though, right?

18       MR. KRAMER:  Objection to form.

19       THE WITNESS:  Well, I don't remember
20  receiving the article.  Would I have -- you're
21  asking me if I had -- if I would have known if
22  Huawei was gaining share?

23  BY MR. WILLIAMS:

24       Q.  Correct, in 2018 when you received the
25  article.

Page 96

1    A.  I think what I'm asking is, I'm asking what
2   the facts are.

3        Q.  Yes.

4    A.  And so one of those facts would be the
5   competitive landscape.

6        Q.  And so you did not know what the
7   competitive landscape independently -- withdrawn.

8        You didn't know at the time what the
9   competitive landscape was in China?

10   A.  What I'm telling you is, I don't recall
11  exactly what I knew at the time.  But it's clear
12  from this e-mail I'm asking what the facts are.

13       Q.  I got it.  And you would be asking Mike
14  Fenger, right?

15   A.  I'm asking Mike and Brian.

16       Q.  And Brian is in China, right?

17   A.  Brian is in China and runs the indirect
18  channel in China.

19       Q.  Going to the next page -- I'm sorry.  Going
20  to the next page Bates ending 130, the first full
21  paragraph of the article, you see where it says,
22  "Trade frictions between China and the United States
23  also put pressure on US firms."

24       Do you see that?

25   A.  Yes, I see it.

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 198 of 718
Highly Confidential        In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 97

1      Q.  And at the time you didn't have any reason
2   to dispute that with respect to putting pressure on
3   Apple, did you?
4         MR. KRAMER:  Objection to form.
5         THE WITNESS:  Again, over this period of
6   time, or shortly thereafter, it's impossible for me
7   to pinpoint the start date, or at least without
8   refreshing my memory on some documents.
9   BY MR. WILLIAMS:
10     Q.  Okay.
11     A.  We were clearly concerned about the US
12  placing tariffs on products that were assembled in
13  China and then subsequently imported into the United
14  States.
15     Q.  Are you saying that you weren't concerned
16  about demand for iPhones in China?
17     A.  I wasn't making a point about that.  I was
18  talking about trade tensions.
19         MR. WILLIAMS:  Okay.  Kenny, did you put
20  our number 12 in the chat already?
21         THE WITNESS:  Number 12.
22         MR. BLACK:  There's a link from Lorenzo.
23         MR. WILLIAMS:  Lorenzo, were you able to
24  put it up or no?
25         APTUS VIDEO TECHNICIAN:  Yeah.  The link is

Page 98

1   there.
2         MR. WILLIAMS:  Oh, okay.
3         APTUS VIDEO TECHNICIAN:  In the chat.
4         MR. WILLIAMS:  I'm going to mark this
5   document as Cook Number 5, and it's Bates numbered
6   APL-SECLIT_00628660 through 8661.
7         (Whereupon, Exhibit 5 was marked for
8         identification.)
9   BY MR. WILLIAMS:
10     Q.  Let me know when you've had a chance to
11  review that document, Mr. Cook.
12     A.  Okay.  I've looked at it.
13     Q.  Great.  So Cook Number 6 (sic.) is an
14  e-mail exchange between Donal Conroy and Anish Patel
15  among others.
16     Is that fair to say?
17         MR. KRAMER:  Hold on one second, sorry.  Is
18  that 5 or 6?  I just want to make sure we're on the
19  same page.
20         MR. WILLIAMS:  I'm sorry.  Did I --
21         MR. KRAMER:  You said 6.  I just want to
22  make sure we're on the same page.  I have it down as
23  5.  I might have missed something.
24         MR. WILLIAMS:  Did I misstate that?  Are we
25  at 5, Lorenzo?

Page 99

1         APTUS VIDEO TECHNICIAN:  Exhibit 5, yeah.
2   BY MR. WILLIAMS:
3      Q.  Yeah.  Exhibit 5.
4      Mr. Cook, Exhibit 5, the document you just
5   reviewed, which is Bates number ending 8660 to 8661,
6   is an e-mail exchange between Donal Conroy, Anish
7   Patel and others, correct?
8      A.  It looks like a forwarded e-mail to me
9   where it started with one from -- I'm not sure if
10  I'm pronouncing the name right -- Iftikhar Khan,
11  that was sent to Donal, and then Donal forwarded it
12  to -- back, and replied, but copied Anish, Rob and a
13  couple other folks.
14     Q.  Right.  And on or around October 9th, 2018,
15  right?
16     A.  Correct.
17     Q.  Just a couple of background questions.
18     Earlier you stated that you recall that the
19  iPhone XR was released for sale on October 26, 2018,
20  right?
21     A.  Yeah, that was the in store date, to be
22  clear.
23     Q.  Right.  And pre-orders for that phone went
24  live on October 19th, right?
25     A.  If you've got a document, I'd love to see

Page 100

1   it on that, but usually pre-orders would go a little
2   bit earlier than seven days.  But if you know that
3   it's October 19th, I'll accept that.
4      Q.  Yeah.  And pre-orders allow for people to
5   pre-order the product before its actual release
6   date, right?
7      A.  That's correct.
8      Q.  And the company watches the volume of
9   pre-orders to assess demand, right?
10     A.  It's one of the things that we look at.
11     Q.  And looking at the subject line of this, of
12  Cook Number 5, it says, it's "Re: China Mobile TC
13  Exec Brief."
14     Do you see that?
15     A.  I see it.
16     Q.  And China Mobile is a reseller in China.
17  Is that fair?
18     A.  They are a carrier and they have a reseller
19  business as well.
20     Q.  Right.  And would they also be considered a
21  partner?  Is there a difference between a partner
22  and a reseller?
23     A.  I think we'd be considered a partner.
24     Q.  Okay.  And is that because China Mobile
25  buys product from Apple, including iPhones, to sell

**Page 101**

1 into its channel?

2    A.  It's partly because of that, but it's also

3 partly because we work with them to ensure that the

4 iPhone would work on their network.

5    Q.  Right.  And so phones that are purchased

6 from Apple by its partner China Mobile, China

7 Mobile, are spec'd for the Chinese market, right?

8    A.  Are they spec'd for the Chinese market?

9 Generally speaking, the products that we sell are --

10 that's the majority of the -- the product is the

11 same in every region.

12    Q.  That's generally.  So the phones that are

13 purchased from Apple by China Mobile are typically

14 resold in China, right?

15       MR. KRAMER:  Objection to form.

16       THE WITNESS:  Again, I'd have to go back to

17 2018 and look at the SKU itself and see whether it

18 was somehow unique to China.  I don't recall whether

19 it was or not.

20       Usually what's unique is the carrier

21 bundle, which is the software, which is easy to do

22 at the end of a line for any country.

23       Does that make sense?

24 BY MR. WILLIAMS:

25    Q.  So are you saying that -- well, withdrawn.

**Page 102**

1       You're not saying that phones that are sold

2 from Apple to China Mobile are then sold in the UK,

3 are you?

4    A.  The same precise one, no.  But I'm saying

5 that the hardware is probably substantially the

6 same.

7    Q.  Understood.

8    A.  Again, I'd have to go back to 2018 and look

9 at some documents and conclude whether that was the

10 case in 2018 or not.

11    Q.  So tell me who is Iftikhar Khan, do you

12 know who that is?

13    A.  I don't.  That's not a name I'm familiar

14 with.

15    Q.  Okay.  And anyway, on October 9th, he

16 writes to Donal, "We heard yesterday that Tim is

17 visiting CM," China Mobile, "this week, and so we've

18 put together attached ops brief to including the

19 sales brief being sent tonight."

20       Do you see that?

21    A.  I see that.

22    Q.  And did you visit China Mobile in or around

23 October 2018?

24    A.  I conclude from this e-mail that I did.

25 I'd have to look at my calendar to sort of confirm

**Page 103**

1 that.  But if I'm being prepared with a brief, I

2 assume that I did.

3    Q.  And you said that would be in your

4 calendar, right?

5    A.  It should be, yes.  And if you've got my

6 calendar there in front of you, you can probably see

7 it.

8    Q.  I don't have your calendar in front of me.

9 It's an issue that we've been discussing with

10 counsel.

11       Anyway, if you go down to the next

12 paragraph, Mr. Khan writes, "Need you to review

13 bullet 3 as this may be a surprise to Tim.  I've

14 sent a note to Anna that we should probably include

15 China Mobile and CT."

16       Is that China Telecom?

17    A.  That's what I would assume, yes.

18    Q.  "In the aggressive comms list where we

19 share the alloc."  And I'm assuming, that's

20 allocation, is that -- would you agree?

21    A.  I would assume it's allocation as well.

22 I'm not sure what the -- what is meant by

23 "aggressive comms list."

24    Q.  Okay.  Well, then he writes, "iPhone.

25 China Mobile is PO compliant through October and is

**Page 104**

1 in the process of placing more orders for November

2 and December.  China Mobile's Q1 mBS is 1,566,000,"

3 which is down, negative 50 percent year over year.

4       Do you see that?

5    A.  I see that.

6    Q.  And what is -- what do you understand that

7 to mean?

8    A.  The first portion of this means that -- the

9 "PO" stands for purchase order.  And so they are

10 saying that China Mobile is purchase order

11 compliant, meaning they ordered the expected number

12 of iPhones from us through the month of October.

13 And that they are in the process of placing more

14 orders for November and December.

15       Then they go on to say that China Mobile's

16 Q1, again, this is fiscal Q1, the minimum of

17 business on the books and the Sell In forecast -- I

18 realize that's a mouthful.  I'll come back and

19 explain what that is in a minute -- is

20 1.566 million.  And they are planning to order

21 another 900k, which would result in a min business

22 on the books or Sell In forecast of 2.566 million.

23    Q.  Okay.

24       MR. KRAMER:  Go ahead and finish, Mr. Cook.

25       THE WITNESS:  And then it goes on to talk

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 200 of 718

Highly Confidential          In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 105

1  about how we did in fiscal '18 Q4. So this would
2  have been the September quarter that would have now
3  been an actual that we actualized at a 29 percent
4  contraction year over year with China Mobile.
5  BY MR. WILLIAMS:
6      Q. Okay. And when you described that you
7  skipped over the negative 50 percent year over year
8  and you skipped over the negative 21 percent year
9  over year.
10        Why did you do that?
11     A. I was just trying to piece together the
12  thoughts. I'm not trying to hide what's in front of
13  us.
14     Q. I was just asking why you skipped over it,
15  because I was curious since it's right there.
16     A. It was strictly to try to tie it together.
17     Q. Okay. And so going down to the third sort
18  of dash there, he writes, "Xr: China Mobile has
19  placed 520,000 Q1 mBS, which is lower than we
20  expected."
21        Do you see that?
22     A. I see it. Yeah, and that's XR, by the way.
23     Q. I'm sorry. I understand that. And it's a
24  bad habit. I'll try to make sure that I
25  characterize it as XR.

Page 106

1        And in the same paragraph, the last
2  sentence, you see where he writes, "China Mobile is
3  holding placing additional orders until they see
4  initial demand on the colors."
5        Do you see that?
6     A. I do see it.
7     Q. And Donal responds and writes, "Tim is
8  aware overall that we are disappointed with N84
9  Reseller orders, so not a complete surprise."
10        Do you see that?
11     A. I see it.
12     Q. And N84 is the internal sort of moniker for
13  iPhone XR, right?
14     A. N84 means XR, yes.
15     Q. And you know, Donal wasn't misrepresenting
16  what you were aware of, was he?
17        MR. KRAMER: Objection to form.
18        THE WITNESS: It would not be like him to
19  do that.
20  BY MR. WILLIAMS:
21     Q. Right. And so it's fair to say that at
22  least as of October 9th, you were disappointed with
23  the XR reseller orders, right?
24     A. Yeah, I think -- my recollection is,
25  although this is a little before -- this is the 9th,

Page 107

1  before we started taking pre-orders. You mentioned
2  to me a few moments ago that we started taking
3  pre-orders on the 19th, I believe.
4      Q. Yeah.
5      A. So the 19th would have been users, direct
6  users, if you will. And evidently the 9th or right
7  before it was resell orders. And I do remember, I
8  think we all were disappointed that the orders
9  weren't larger than they were.
10     Q. Got it. And so the next -- just below
11  that, Donal writes, "On the first bullet, the
12  negative 21 percent year over year is a glaring
13  issue - I assume this is a combo low end drop off
14  and not enough N84 orders."
15        Do you see that?
16     A. Yes, I see it.
17     Q. So as you indicated, this was not -- it was
18  not a surprise to you, right?
19        MR. KRAMER: Objection to form.
20        THE WITNESS: I don't remember getting the
21  letter at the time. But I do remember, as I said,
22  that the pre-orders were less than we had desired.
23        MR. WILLIAMS: Kenny, can you pull up our
24  106, please. Let me know when you have that up.
25        106 is Bates numbered APL-SECLIT_00182917

Page 108

1  through 918.
2        I'll just ask you to take a look at this
3  document, Mr. Cook, and let me know when you've had
4  a chance to do so.
5        THE REPORTER: Mr. Williams, will this be
6  6?
7        MR. WILLIAMS: This will be 6.
8        (Whereupon, Exhibit 6 was marked for
9        identification)
10        THE WITNESS: Yes, I've read it.
11  BY MR. WILLIAMS:
12     Q. And Cook Number 6 is an e-mail exchange on
13  October 17, 2018, between Donal Conroy -- or among
14  Donal Conroy and Jeff Williams, Sabih Khan and Priya
15  Balasubramaniam and Dan Rosckes, right?
16     A. It looks like it actually started on the
17  16th.
18     Q. Okay.
19     A. And was then -- Jeff asked the question on
20  the 16th, and then it was -- Donal responded to
21  Jeff's question on the 17th.
22        That's how I read it.
23     Q. And the subject line is P&L guidance,
24  right?
25     A. It is.

Highly Confidential       In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 109

1    Q.  And do you understand that to be P&L
2  guidance for the first quarter, first fiscal quarter
3  of 2019?
4    A.  That's what I would assume.
5    Q.  Right.  And let's just look at the Donal
6  Conroy's message to Jeff, Jeff Williams, on the
7  16th.
8       He writes, "Congratulations again on your
9  grand-daughter."  And then the next paragraph
10  begins, "Just wanted to let you know that we did
11  take Tim and Luca through our latest thinking on Q1
12  units below.  Discussion went well.  The bulk of the
13  conversation surrounded DX3 (sic.) And N84."
14      Do you see that?
15   A.  I do.
16      MR. KRAMER:  It's actually D3X.
17      MR. WILLIAMS:  I'm sorry.
18      MR. KRAMER:  It's okay.  I just want to
19  make sure the record is clear.
20  BY MR. WILLIAMS:
21   Q.  "D3X and N84," do you see that?
22   A.  I see it.
23   Q.  What's D3X?
24   A.  D3X is the code, like N84 is the code.  So
25  where D3X is the code for both XS and XS Max.

Page 110

1    Q.  Got it.  And you see where -- skip over a
2  paragraph or the paragraph on D3X, and then he
3  writes concerning N84, "Likely we reduced Sell In by
4  2 million to 32.2 million driven by about 7 million
5  orders risk."
6       Do you see that?
7    A.  I see it.  I think it's important not to go
8  by the 3X piece.
9    Q.  Okay.
10   A.  Just because if you do you lose the context
11  of the e-mail, which I'm sure you don't want to do.
12   Q.  Okay.
13   A.  And so what he's saying on 3X, is that the
14  demand is higher than what we thought.
15   Q.  Tell me which -- why don't you read to me
16  what he's saying and tell me where you interpret him
17  to be saying the demand is higher than he thought.
18   A.  Well, he's saying in the first -- for the
19  likely case.  He says, "Likely - We took up unbricks
20  to 22.3," so taking up unbricks means the demand is
21  higher than what we thought.
22   Q.  Okay.
23   A.  So, it's revising -- it's revising the
24  forecast upward.  And then he's saying that that
25  gets us to a cumulative.  That's the short for -- or

Page 111

1  "cum" is short for cumulative -- 28 million, which
2  would be up eight percent compared to D22 through
3  the first 15 weeks.
4    Q.  And D22 was?
5    A.  The successor -- or the predecessor to the
6  XS, which was the iPhone X.
7    Q.  Can I go back -- sorry, go ahead.
8    A.  And then he goes on to say what the logic
9  was in doing that.  That looking at the unbrickings
10  now, meaning they are more robust, that in order to
11  hit the previous number, that they would have to
12  fall off dramatically in December.
13   Q.  All right.  Now I'm going to direct you to
14  the section that I was interested in, okay?
15   A.  Yeah.
16   Q.  So going to the next section, which is on
17  the N84, which is the iPhone XR, "Likely we reduced
18  Sell In by 2 million to 32.2 million driven by
19  around 7 million orders risk."
20      You see that, right?
21   A.  I do see that.
22   Q.  Okay.  And on the next page he writes to
23  Jeff, "Tim understood the risk and asked us to focus
24  on the effective N84 unbricks that creates in the
25  low (20.8 million)."

Page 112

1       Do you see that?
2    A.  I see that.
3    Q.  He goes on to write, "He asked that we do
4  an alternative view by geo as to how sure we are
5  that this is the low," parenthetical, "(He mentioned
6  he is concerned about demand risk in China and
7  Japan)."
8       Do you see that?
9    A.  I see that.
10   Q.  He wouldn't tell Jeff something that --
11  well, he wouldn't describe your sentiment as
12  something different than what you actually told him,
13  would you -- would he?
14   A.  I think what he would do is describe my
15  sentiment as the way that he heard it or saw it
16  personally.
17   Q.  Right.  Okay.
18   A.  Whether that was my sentiment I think is a
19  different question, obviously.
20   Q.  And what he interpreted from whatever you
21  said to him was that -- well, he said, Tim Cook
22  mentioned he's concerned about demand risk in China
23  and Japan, right?
24   A.  Yeah.  I think it's important here to look
25  at the dates that this was done.  This is on the

Highly Confidential          In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 113

1  16th and 17th of October, which would have been by
2  the date that you gave me earlier even before we
3  opened pre-orders up, for direct pre-orders for the
4  XR.
5      Q.  Right.
6      A.  So what I'm doing here --
7      MR. KRAMER:  Let him finish.
8      THE WITNESS:  Excuse me.
9      MR. KRAMER:  Go ahead.
10     THE WITNESS:  What I'm doing here is
11  pressing on are we sure we have the low.
12 BY MR. WILLIAMS:
13     Q.  I understand.
14     A.  Right?
15     Q.  But you're not disputing, however, that
16  what you mentioned to Mr. Conroy was that you were
17  concerned about the demand risk in China and Japan?
18     A.  No, I'm not disputing it at all.  What I
19  think I'm doing, from reading this -- again, I don't
20  recall the meeting -- is he had a low number that's
21  in that parenthetical of 20.8.
22     Q.  Okay.
23     A.  And what I'm doing is testing to see is
24  that really the low.  That's what he means when he
25  says "an alternate view by geo as to how sure we are

Page 114

1  that this is the low."
2      Q.  Got it.
3      MR. WILLIAMS:  Kenny, can you bring up our
4  Exhibit 123, please.  I think that's in the chat
5  now.
6      MR. KRAMER:  It just popped up.
7      MR. WILLIAMS:  Okay.  I'm going to have
8  this marked -- this document marked Cook Number 7,
9  and it's Bates number APL-SECLIT_00434999 through
10  5001.
11     THE REPORTER:  Sorry.  You're cutting out.
12     (Reporter clarification)
13     MR. WILLIAMS:  Well, the Bates number that
14  should be in the chat is APL-SECLIT_00434999 --
15     MR. PFEFFERBAUM:  Shawn, this was an
16  updated document.
17     MR. WILLIAMS:  Ah, okay.  Okay.  I'm sorry.
18     MR. PFEFFERBAUM:  Do you want me to provide
19  the Bates from the updated?
20     MR. WILLIAMS:  Yes.  Put that Bates number
21  in.  That's my mistake.
22     MR. PFEFFERBAUM:  It's APL-SECLIT_00643587
23  to 588.
24     (Whereupon, Exhibit 7 was marked for
25     identification)

Page 115

1 BY MR. WILLIAMS:
2      Q.  It's a copy of the same document.  Just let
3  me know when you've had a chance to review it,
4  Mr. Cook.
5      A.  Okay.  I've read it.
6      Q.  So, Cook Number 6 is an e-mail --
7      THE REPORTER:  7.
8 BY MR. WILLIAMS:
9      Q.  -- between Kaiann Drance, Greg Joswiak,
10  Kevan Parekh and a number of Apple employees on or
11  around October 19th and October 20th.
12     Is that fair?
13     MR. KRAMER:  Shawn, I think you misspoke.
14  This is 7, not 6.  Just want to be clear on the
15  record.
16     MR. WILLIAMS:  Cook Number 7.
17     MR. KRAMER:  Thank you.
18     THE WITNESS:  What I see this as is a
19  report from -- I believe retail operations is what
20  RO stands for, I think.
21     And then Kevan sends a note on top of this
22  to Joz, and Joz replies, and then Kaiann adds a
23  comment up top.
24 BY MR. WILLIAMS:
25     Q.  Okay.  Well, so let's take a look, then, at

Page 116

1  the bottom of the first page, and that's the -- it
2  looks like a report in the form of an e-mail from --
3  is that worldwide RO at Apple?  Is that what that
4  is?
5      A.  Worldwide RO Reports at Apple.com, which I
6  believe this would need to be verified, but I
7  believe stands for retail operations.
8      Q.  Is this a report that is sent to you on a,
9  you know, regular basis?
10     MR. KRAMER:  Object to the form.
11     THE WITNESS:  I don't believe so.
12 BY MR. WILLIAMS:
13     Q.  Okay.
14     A.  And it looks like, if I'm reading it
15  correctly, it was sent to directly talk about
16  reseller pre-orders.
17     Q.  Okay.  And it's sent to a number of people,
18  some of whom we've talked about before, right?
19  Donal Conroy, Kevan Parekh.
20     Did we talk about Doug Beck?  Do you recall
21  us talking about Doug Beck?  I think you mentioned
22  him very early on today.
23     A.  Yeah, when you were going over the
24  organization, I mentioned Doug.  Yes, it doesn't
25  appear that I'm on the -- on any of this

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 203 of 718
Highly Confidential          In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 117

1 correspondence.

2     Q. But the people are among the folks who are
3 responsible for aggregating and understanding this
4 information and reporting it up accordingly, right?

5     MR. KRAMER: Objection to form.

6     THE WITNESS: There are quite a few people
7 on the copy list, it appears to me, including some
8 that we talked about through this session with Kevan
9 and Donal. I think we mentioned Joz at some point
10 in time.

11 BY MR. WILLIAMS:

12     Q. Right. You said he didn't report to you
13 directly at the time, but he does now, right?

14     A. Correct. That's correct. And so it
15 appears what people are saying is, Kevan says they
16 are lighter -- pre-orders are lighter than he would
17 have expected.

18     Joz is saying the reviews should be coming
19 out next week and would be coming out nicely,
20 "coming in nicely next week." He's referring to
21 product reviews.

22     And then Kaiann is saying people want to
23 see the other phones, meaning the N84s, and want to
24 hold it in person before deciding what to buy. And
25 so she's -- go ahead.

Page 118

1     Q. No, no, no. Were you going to -- you had
2 more to say? Go ahead.

3     A. So it appears that she's saying, you know,
4 that things will change in the future once people
5 are able to hold the product in their hand.

6     Q. All right.

7     A. See the colors, and so on and so forth.

8     Q. Well, let's just take a look at it. So
9 just -- on the next page, the subject line is "N84
10 Reseller Pre-Orders Update," right?

11     A. That's correct.

12     Q. And the pre-orders had launched on that
13 day, October 19th, right?

14     MR. KRAMER: Objection to form.

15     THE WITNESS: I think what it's referring
16 to here, there are two types of pre-orders that
17 launched. And I assume that one's on the 19th based
18 on your comment to me earlier.

19     One are pre-orders that are -- that is from
20 our own retail and online store, and then another is
21 certain resellers have pre-orders as well. And what
22 this is referring to is the second portion of that.

23 BY MR. WILLIAMS:

24     Q. Right. Got it. And that's something that
25 your team monitored, right?

Page 119

1     A. Yeah. By the way, I think in this regard,
2 "WWRO" probably stands for worldwide reseller
3 operations.

4     Q. Got it. Thank you. I appreciate that.

5     A. Not retail.

6     Q. I appreciate that.

7     A. Yep.

8     Q. If you go down to the middle of the page
9 where it says "Executive Summary," do you see that?

10     A. Yes.

11     Q. "Total Pre-Orders received for N84," which
12 is the iPhone XR, "are 34,000, reported by US T4 and
13 9 EMEIA T3 accounts."

14     And then the first dash under that, it
15 says, "This is 79 percent lower," so negative
16 79 percent, "year over year versus the 8 and the
17 8+."

18     Do you see that?

19     A. I see it.

20     Q. And it -- if you go further down, "Detailed
21 Insights: Pre-orders are coming in softer than
22 expectations across all reporting partners."

23     Do you see that?

24     A. I see it.

25     Q. And obviously, this was something that your

Page 120

1 team was aware of, correct?

2     A. It was something that was being reported to
3 an audience here, as you can see on the e-mail, the
4 distribution list of the e-mail.

5     Q. Right. And so Kevan Parekh writes in
6 response to it, looks like he's forwarding it, and
7 he writes, "We knew pre-orders would be lighter but
8 this feels lighter than I would have expected.
9 Also, the partner order outlook," parenthetical,
10 "(Sell In forecast), is going to be driven by
11 customer demand signals which may lead to nearer
12 term adjustments down until we see run-rate demand."

13     Do you see that?

14     A. I see it.

15     Q. So he's saying there that it may be that
16 forecast, the forecast may have to be adjusted down
17 in response to customer demand signals, right?

18     MR. KRAMER: Objection to form.

19     THE WITNESS: I think what he's saying
20 is -- he's very clear about nearer term adjustments
21 until we see run rate demand.

22 BY MR. WILLIAMS:

23     Q. Sure. And near term adjustments as of
24 October 19th, 2018, would be 1Q '18 -- '19, right?

25     MR. KRAMER: Objection.

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 204 of 718
Highly Confidential          In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 121

1     THE WITNESS:  That's not how I read his
2 comment.
3 BY MR. WILLIAMS:
4     Q.  When you see "near term adjustments," what
5 do you think that means?
6     A.  Near term to me sounds like a week or so.
7     Q.  Okay.
8     A.  Until you get to a run rate demand.
9     Q.  Got it.
10     A.  Meaning, when you look at this in relation
11 to Kaiann's comment, there were people in the
12 company that felt like, since we had -- keep in mind
13 we had never launched products in this way before,
14 where the top end of the product line was shipping
15 prior to the consumer portion of the product line.
16       And there were people that felt that we had
17 not done enough advertising and marketing to gain
18 some pent up demand for consumers.  There were
19 people that felt like this wasn't an early adopter
20 product.
21       I think we all knew that the N84, or XR if
22 you will, was not an early adopter product like the
23 XS and XS Max were.  And so the demand curve would
24 look different.
25       And then Kaiann is going further than that

Page 122

1 and saying that people need to be able to hold this
2 thing where they can decide whether they are
3 comfortable with the size of it or not.
4       As you know -- I shouldn't say that.  The
5 XR was larger than the iPhone 8.
6     Q.  Right.  So --
7     A.  And so we -- there was a feeling that
8 people would have to feel this thing before they
9 decide to buy it.
10       And then on top of all of that, there was
11 an uncertainty about what the mix of iPhones would
12 be about how many people would wait until the XR
13 came but then decided to buy a XS or XS Max, or how
14 many people would wait until it came but decided to
15 buy an 8 or an 8+ at a lower price.
16     Q.  Right.  So -- and so Kaiann on October 20th
17 writes to Greg Joswiak and is copying Kevan Parekh
18 and others, he writes, "I agree the numbers are
19 lower than expected for sure but this more than
20 other phones we have made, benefits from being seen
21 and held in person."
22       Do you see that?
23     A.  Yes.
24     Q.  That's what you were referring to?
25     A.  Yes.  She's saying that it's going to take

Page 123

1 some amount of time to see what the real demand on
2 this product is because people need to feel it, see
3 it, play with it, you know, because it's a different
4 form factor than what we've had before.
5     Q.  Right.  And she adds, "But this will still
6 be me for awhile," and she adds a bunch of Emojis,
7 right?
8     A.  I see that.
9     Q.  One of them is a scary Emoji, I'm scared?
10     MR. KRAMER:  Objection to form.
11 BY MR. WILLIAMS:
12     Q.  Is that right?
13     A.  I'm not an Emoji reader, and so -- I know
14 the last one is thank you.
15     Q.  And the second one is crossing your
16 fingers, right?
17     A.  Yes.  It appears to be.
18     Q.  And the first one, you don't understand
19 what the first one is?
20     A.  I've seen people use that in a variety of
21 situations, so I'm not sure it has a one meaning to
22 it.  It would be best to ask her what she meant.
23     Q.  I thought that the last one was a prayer
24 sign.  Is that not -- am I wrong about that?
25     A.  I use it as a thanks sign.

Page 124

1     Q.  Hm-hmm.  Have you seen it used --
2     A.  But you'd have to ask her what she meant by
3 it.
4     Q.  Aren't these Emojis, Apple Emojis?  Apple
5 creates these, right?
6     A.  This is -- our Emojis are created by the
7 consortium because you want these Emojis to be the
8 same across iOS and Android.
9     Q.  And so --
10     A.  So there's a consortium that comes out with
11 Emojis.
12     Q.  Would you be surprised to learn that that
13 last one is a prayer Emoji?
14     A.  Again, I've used it as a thanks kind of
15 thing.
16     MR. WILLIAMS:  Okay.  Kenny, can you bring
17 up our 19.
18     MR. KRAMER:  Before we go, Mr. Cook, how
19 are you doing?  Do you want to take lunch?  It's
20 about noon.  Do you want to keep going a little bit?
21     THE WITNESS:  Are we at a stopping point
22 now, or --
23     MR. WILLIAMS:  We can take lunch.  How long
24 do we need?
25     THE WITNESS:  Twenty-five minutes?

Page 125

1       MR. WILLIAMS:  Why don't we just do 30
2   minutes.  We'll come back on at 12:30.
3       THE WITNESS:  Okay.  Sounds fine.
4       APTUS VIDEO TECHNICIAN:  The time is 12:00.
5   We're going off the record.
6       (Lunch recess taken)
7       APTUS VIDEO TECHNICIAN:  The time is 12:31.
8   We're back on the record.
9       MR. WILLIAMS:  Mr. Cook, welcome back.
10      I think you should have in front of you as
11  Cook Number 8 Bates number APL-SECLIT_00631297
12  through 301.
13      (Whereupon, Exhibit 8 was marked for
14      identification)
15      MR. KRAMER:  I don't see it, Shawn, in the
16  chat yet.  If you can let us know when it's up.
17      There it is.  Thank you.
18  BY MR. WILLIAMS:
19      Q.  Just take a look at that, Mr. Cook, and let
20  me know when you've had a chance to do so.
21      A.  I don't believe it's in the chat yet.
22      MR. WILLIAMS:  Lorenzo, is it in the chat?
23      MR. KRAMER:  Mr. Cook, I think it shows up
24  as 21 in the chat.
25      THE WITNESS:  Oh, it's 21.  Oh, okay.

Page 126

1       MR. KRAMER:  Yeah, it's marked differently
2   in the chat than it is on the record.
3       APTUS VIDEO TECHNICIAN:  Yeah, I'm going
4   with the tab numbers.
5       MR. WILLIAMS:  That's fine.
6       MR. KRAMER:  Shawn, it's -- the document
7   ends in 297?
8       MR. WILLIAMS:  It begins --
9       MR. KRAMER:  I'm sorry, begins in 297?
10      MR. WILLIAMS:  Yeah.  Yes.
11      MR. KRAMER:  Got it.  Okay.  Want to make
12  sure Mr. Cook's looking at the correct document.
13      MR. WILLIAMS:  For the record, Cook Number
14  8 is an e-mail dated October 26, 2018, from Donal
15  Conroy to Tim Cook, Luca Maestri, Jeff Williams,
16  Kevan Parekh, Sabih Khan, among others, with the
17  subject line being "Forward:  iPhone XR Pacific Day
18  1 Executive Summary (as of 5:00 p.m. SGT)."
19      THE WITNESS:  Okay.
20  BY MR. WILLIAMS:
21      Q.  Mr. Cook, did I characterize Cook Number 8
22  correctly, an e-mail from Donal Conroy to you, Luca
23  Maestri, Jeff Williams, Kevan Parekh, Sabih Khan and
24  a number of other individuals on February -- I'm
25  sorry, on October 26th, 2018?

Page 127

1       A.  Yes, that's correct.
2       Q.  And the subject line is, "Forward:  iPhone
3   XR Pacific Day 1 Executive Summary (as of 5:00 p.m.
4   SGT)," right?
5       A.  Yes.
6       Q.  And XR Pacific Day 1, that's the day one of
7   the in-store launch of the XR?
8       A.  Yes, as of 5:00 p.m., it looks like.
9       Q.  Right.  And what's the PAC team?
10      A.  "PAC" is Pacific.
11      Q.  And earlier I asked you if it was common
12  for Donal Conroy to communicate directly with you,
13  and I think you said no outside of those weekly
14  meetings.
15      MR. KRAMER:  Objection to form.
16      THE WITNESS:  I said that -- I think you
17  asked me did he regularly talk to me, and I said,
18  yes, if you define that as -- I think you defined it
19  as once every couple weeks.
20  BY MR. WILLIAMS:
21      Q.  Okay.
22      A.  And I think we subsequently talked about
23  perhaps more in certain periods of time.
24      Q.  Certain what periods of time?
25      A.  Certain periods of time.  Like this is --

Page 128

1   this looks like an unusual communication because
2   it's to deal with a new product and we don't have
3   new products very often.
4       Q.  Okay.  So just going down to the section
5   where he describes resellers, okay.  And he writes,
6   "7 percent revenue velocity and 53,000 unbricks
7   versus 750,000" -- I think, is that launch over
8   launch?
9       A.  No, that's landed at launch.
10      Q.  "Landed at launch supply."  And he writes
11  unbricking is negative 75 percent launch over launch
12  versus the X and 75 percent -- down negative 75
13  percent over versus the 8.
14      Is that right?
15      A.  Yes.  That's what it says.
16      Q.  And he goes on to write, "Across the
17  region, demand came in lower compared to XS and XS
18  Max."
19      Is that right?
20      A.  Yes.  That's what it says.
21      Q.  As you indicated, during this specific
22  time, meaning launching of a product, it would be
23  common for Mr. Conroy to communicate with you more
24  often than every couple of weeks, right?
25      A.  Yes, because we would have new product

Page 125..128

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 206 of 718
Highly Confidential        In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 129

1  results to share.
2      Q.  Right.  Next bullet point he writes, "There
3  were no high profile launch events, and less
4  interest and awareness compared to the previous XS
5  and XS Max launch."
6      Do you see that?
7  A.  I see that.
8      Q.  And "JD.com page views through seven days
9  of pre-order was 1.1 million for XR versus one hour
10  to reach 1.1 million page views for the XS and XS
11  Max."
12      Do you see that?
13  A.  Yes, I see that.
14      Q.  That was an indicator, at least an early
15  indicator, that people were not looking at the XR at
16  the same rate they had been looking at the XS and XS
17  Max, right?
18  A.  It goes to the point I was making earlier
19  that the XR was a consumer product that did not have
20  the early adopter audience than a XS and XS Max
21  would.
22      Q.  Got it.
23  A.  Do you follow me?
24      Q.  Yes.  Yes.  Yes, I do.
25      So if you go to the next page, which is

Page 130

1  Bates ending 298, and four bullet points down, he
2  writes, "Feedback from partners in China and
3  Malaysia is that consumers are waiting on competitor
4  flagship launches from Huawei and Xiaomi to make
5  final purchase decision."
6      Do you see that?
7  A.  I see that.
8      Q.  And he adds, "Both products are at lower
9  price points and are launching this week."
10      Right?
11  A.  I see that.
12      Q.  And those were competitor products,
13  correct?
14  A.  You know, I don't remember this exact
15  thing, but that's how I read it, is that there were
16  products -- how competitive they were, I don't
17  know -- but products from Huawei and Xiaomi that
18  were launching that week.
19      And there was a feeling that until a
20  customer could go into a shop and compare all of the
21  phones, they wouldn't buy one.
22      Q.  Or they wouldn't buy XR?
23      MR. KRAMER:  Objection to form.
24      THE WITNESS:  Well, the assertion here is
25  that they are waiting on seeing all of the phones

Page 131

1  that are available before they make their final
2  purchase decision.
3  BY MR. WILLIAMS:
4      Q.  Fair.  And that was at least Donal's
5  explanation or his surmise about why demand was so
6  low at that point?
7      MR. KRAMER:  Objection as to form.
8      THE WITNESS:  No, I read it differently
9  than you do.  What I read it is that this is
10  feedback we had received from partners in China and
11  Malaysia.
12  BY MR. WILLIAMS:
13      Q.  Okay.  So going further down on the same
14  page, there's a section titled "Greater China."
15      Do you see that?
16  A.  Yes, I do.
17      Q.  And he writes, "7 percent velocity, 34,000
18  unbrick versus 462,000 landed on launch."
19      Do you see that?
20  A.  Landed at launch, to be specific.
21      Q.  Landed at launch.  Supply down -- "landed
22  at launch supply," period.  Then he adds that's a
23  negative 73 percent unbricking launch over launch
24  versus the X and down 71 percent versus the 8+.
25      Right?

Page 132

1  A.  I see that.  I think it's important context
2  that these comparisons are made to units not looking
3  at the whole line.
4      Q.  Okay.
5  A.  They are only making a compare based on the
6  XR in isolation.
7      Q.  Okay.
8  A.  And so if you look at other parts of the
9  note, it appears that the XS and XS Max were
10  actually doing better than we thought.
11      Q.  Okay.  So going down another paragraph or
12  two photographs he writes, "China partners initial
13  assessment is that XR will be 30 percent to
14  50 percent of the Hero mix.  Hong Kong partners are
15  projecting XR at 30 percent while Taiwan partners
16  are higher at 60 percent to 75 percent although the
17  unbrick is down 73 percent compared to the 8 and
18  8+."
19      Right?
20  A.  I see that.  And this goes to the point I
21  was just making, that the mix of sales is different
22  than we thought.  The mix is higher or richer, if
23  you will, to the XS and XS Max than we thought.
24      Q.  And each --
25  A.  And people are cautioning that this is in

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 207 of 718
Highly Confidential          In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 133

1 the early going, that there are reasons for this.
2 Like one of the reasons we just talked about were
3 the feedback from partners in China, Malaysia, were
4 that they were waiting until they could compare all
5 of the phones prior to making a final purchase
6 decision.
7      **Q. And each of the unbricks referenced here**
8 **are negative, correct, at least in comparison to the**
9 **8, right?**
10      A. They are negative as compared to the 8 plus
11 the 8+.
12      **Q. Correct.**
13      A. So it's two products versus one product.
14      **Q. And so the next sentence in that same**
15 **paragraph, "China Mobile and CU."**
16      **What's CU?**
17      A. I'm sorry. Where are you?
18      **Q. In that paragraph that begins "China**
19 **partners initial assessment," the last sentence.**
20      A. Oh, China -- "CU" would be China Unicom.
21      **Q. Right. So that's another partner, reseller**
22 **in China?**
23      A. Actually, it's a carrier partner.
24      **Q. Okay.**
25      A. To be specific.

Page 134

1      **Q. Well, "China Mobile and China Unicom have**
2 **asked us to reduce mBS and cap supply to no higher**
3 **than the current shipment plan," right?**
4      A. I see that.
5      **Q. And that is an indicator, isn't it, that**
6 **they don't know whether demand will keep up with the**
7 **current plan supply, right?**
8      MR. KRAMER: Objection to form.
9      THE WITNESS: You'd have to ask them what
10 they were thinking about. But the way I read it is
11 they want to stay with the current plan, the current
12 shipment plan, not exceed the current shipment plan.
13 BY MR. WILLIAMS:
14      **Q. Okay.**
15      A. They only wanted what was planned for them
16 to get, is the way I read it.
17      **Q. Okay. Just turning to the next page, Bates**
18 **ending 299 on the bottom of the page. It says,**
19 **"Direct - Market Insights."**
20      A. Yes. I see it.
21      **Q. He writes, "Overall store traffic is low**
22 **compared to historical launch days. Fairly small**
23 queues in Japan and Australia (China/Hong Kong do
24 not allow queuing). Greater China stores moved from
25 PRS (store reservation) to Walk-ins at 10:00 a.m."

Page 135

1      Do you see that?
2      A. I see that.
3      **Q. So the overall sentiment was that traffic**
4 **was low compared to historical launch days for the**
5 **iPhone XR?**
6      MR. KRAMER: Objection to form.
7      THE WITNESS: The way that I read it is the
8 way that we talked about it in the past, is that the
9 XR was not an early adopter product.
10      And so it was not going to have the queues
11 that a XS and XS Max would, that a X would have had
12 in a previous year, and so on and so forth.
13 BY MR. WILLIAMS:
14      **Q. I understand. I'm just asking that is what**
15 **is being reported to you, though, right, overall**
16 **store traffic is low compared to historical launch**
17 **days, right?**
18      A. Yes. That's what it says.
19      MR. WILLIAMS: Kenny, can you bring up 120,
20 please.
21      Let me know when you have it, Mr. Cook.
22      120 is being marked as Cook Number 9, and
23 it is a Wall Street Journal article dated
24 October 26, 2018. And the title is "Apple May Lean
25 on iPhone XR to Juice Sales."

Page 136

1      Let me know when you've had a chance to
2 review it, please.
3      (Whereupon, Exhibit 9 was marked for
4      identification)
5      THE WITNESS: Okay. I've read it.
6 BY MR. WILLIAMS:
7      **Q. Is it fair to say that the Wall Street**
8 **Journal is a, you know, business directed**
9 **publication?**
10      MR. KRAMER: Objection to form.
11      THE WITNESS: They write about business.
12 BY MR. WILLIAMS:
13      **Q. I'm sorry. What did you say?**
14      A. They write about business, if that's what
15 you're asking.
16      **Q. It is what I'm asking. In fact, they**
17 **write -- withdrawn.**
18      **In fact, they emphasize Wall Street as**
19 **depicted in the title of the paper, right?**
20      MR. KRAMER: Objection to form.
21      THE WITNESS: I think they would say that
22 they write to a bunch of audiences at this point
23 because they have a wide variety of different
24 material, content, within the journal.
25 ///

**Page 133..136**

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 208 of 718

Highly Confidential          In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 137

1  BY MR. WILLIAMS:
2      Q.  Is it fair to say that the Wall Street
3  Journal with this article was focused on the new
4  iPhone XR?
5          MR. KRAMER:  You mean the XR, Shawn?
6          MR. WILLIAMS:  The XR.
7          THE WITNESS:  Yes, they were focused on XR.
8  BY MR. WILLIAMS:
9      Q.  Right.
10     A.  And how it compares to XS and XS Max, and
11  so forth.
12     Q.  Right.  And it suggested that Apple would
13  need to sell a fair amount of the XR in order to
14  have the same or better performance than it did with
15  the X the year before, right?
16         MR. KRAMER:  Objection to form.
17         THE WITNESS:  It's making several points --
18  I'm sorry.
19  BY MR. WILLIAMS:
20     Q.  Did it make that point?
21     A.  It's making a point that the XR will be
22  important to the company's overall results.
23     Q.  Okay.
24     A.  That it would be the most popular iPhone.
25  I don't know that it uses those words, but that's

Page 138

1  the feeling of it.
2          MR. WILLIAMS:  Kenny, can you bring up 25,
3  please.
4          THE WITNESS:  There's other important
5  points in the article.
6          MR. WILLIAMS:  I'm done with my questioning
7  on the article.
8          I'll mark this document as Cook Number 10,
9  and it's Bates numbered APL-SECLIT_00151138.
10         MR. BLACK:  Shawn, I think we're looking at
11  a different document.
12         MR. WILLIAMS:  Okay.  Sorry.
13         MR. BLACK:  You said 25?
14         MR. WILLIAMS:  Yeah.
15         MR. BLACK:  Okay.  25 is 00160102.
16         MR. WILLIAMS:  Just give me a second.
17         MR. BLACK:  You said you wanted 151138?
18         MR. WILLIAMS:  Correct.  What number do you
19  have?
20         MR. BLACK:  I think I -- I just put the
21  wrong document in.  Check the one that just went in.
22         APTUS VIDEO TECHNICIAN:  That might be my
23  mistake.  I think I put tab 26 instead of tab 25.
24         MR. KRAMER:  So the document that's showing
25  up, Mr. Cook should not review?

Page 139

1          MR. WILLIAMS:  No, he does not need to --
2  actually --
3          MR. KRAMER:  If you're going to get there
4  anyway, he started.  We could -- I don't know if you
5  want to take it out of order?
6          MR. WILLIAMS:  No.  Just -- no.  Let's -- I
7  don't want him to read that one.
8          MR. KRAMER:  Okay.
9          MR. WILLIAMS:  I'm sorry.
10         THE WITNESS:  I'm sorry.  Am I reading a
11  document that you don't want me to read?
12         MR. WILLIAMS:  Correct.  I'm sorry.  We put
13  up the wrong one in the chat.  I think the right one
14  will be up shortly.
15         Kenny, is the right one up, tab 25?
16         MR. BLACK:  I've entered the right 25.
17  Lorenzo needs to give them the link.
18         MR. WILLIAMS:  Okay.
19         APTUS VIDEO TECHNICIAN:  Okay.  Give me
20  just one sec so I can download the document that you
21  put in there just to make sure it's the right one.
22         MR. PFEFFERBAUM:  I'm seeing the same 25
23  loaded twice.  I'm not sure if you guys are looking
24  at something different.
25         APTUS VIDEO TECHNICIAN:  Yeah, that's me.

Page 140

1  I'm -- I downloaded the document from the chat from
2  Kenny so that I know that I have the same document
3  just to make sure there's no confusion there.
4          MR. WILLIAMS:  It looks like it's the right
5  document.
6          MR. PFEFFERBAUM:  Oh, I see what happened.
7  Lorenzo -- it's okay.  Lorenzo got the wrong link.
8  So, Kenny's got the right document open.
9          MR. KRAMER:  Hold on.  So, Shawn, what is
10  the document?
11         MR. WILLIAMS:  Bates number on the document
12  is APL-SECLIT_00151138.
13         MR. KRAMER:  Okay.  So that's not what's in
14  the chat.  That's why I'm asking.
15         MR. PFEFFERBAUM:  Mr. Cook has the right
16  document because he's print -- I believe he's
17  printed it from the file.
18         MR. KRAMER:  Okay.  That's fine, Dan, but
19  his lawyer needs to see the document.  That's my
20  concern.
21         MR. PFEFFERBAUM:  I understand.  I
22  understand.
23         MR. KRAMER:  Okay.  Okay.  It looks like
24  something new just came up.  Let me look at it for a
25  moment.

Page 141

1  BY MR. WILLIAMS:

2      Q.  Mr. Cook, do you have that document in

3  front of you?

4          MR. KRAMER:  Is it a one-page e-mail,

5  Shawn?

6          MR. WILLIAMS:  Yes.

7          MR. KRAMER:  Okay.  I have it now.

8          THE WITNESS:  For clarity, the one that I

9  have starts on October 27, and it's an e-mail from

10 Kevan to me.  Sorry, I can't see who else is on copy

11 of it.  I -- later there are several people on copy,

12 Saori, Donal, Luca and Kevan.

13         MR. WILLIAMS:  That's the correct document.

14         THE WITNESS:  Okay.  Go ahead.

15         (Whereupon, Exhibit 10 was marked for

16         identification.)

17 BY MR. WILLIAMS:

18     Q.  This is the document that I would like to

19 mark as Cook Number 10.  Let me know when you've had

20 a chance to take a look at it.

21     A.  Okay.  I've looked at it.

22     Q.  Okay.  Mr. Cook, is this a document that

23 you reviewed yesterday in your preparation?

24     A.  Yes, I saw it yesterday.

25     Q.  Did it help you recall anything about what

Page 142

1  was occurring in or around October 26th and 27th of

2  2018?

3      A.  It refreshed my memory.

4      Q.  And tell me what it refreshed your memory

5  of.

6      A.  Well, what I'm referring to in the note,

7  the disaster I'm referring to, when I say, "This is

8  obviously a disaster," is that the forecast came

9  down by a significant amount overnight, or overnight

10 in that day, if you will, from -- I'm doing this

11 part from memory, so it may be slightly incorrect --

12 from around 96.5 billion to around 93 billion.

13         So there was a huge drop of three and a

14 half billion dollars in literally a 24, 48-hour kind

15 of window.

16     Q.  And so just reading quickly from the bottom

17 of the page, I guess Kevan writes:

18         "Tim, I hope you had a great trip

19     to Europe.  We are working on the latest

20     likely low ranges (for all lines of

21     business) taking into consideration what

22     we have seen today in addition to 1) more

23     geo detail (with some of our key

24     assumptions outlined) and 2) our view of

25     any installed base insights that might be

Page 143

1      helpful in judging risks and

2      opportunities.  Saori has helped us run

3      some P&L scenarios around this.

4          "We plan to send to you tomorrow

5      morning  (this would also replace our

6      sales forecast update this week.

7      Additionally we are working with Mike and

8      Doug on further action contingency plans

9      in the event that we may need them."

10     Do you see that?

11     A.  Yeah, and by the way, this is a sideline

12 point.  This refreshes my memory that when I told

13 you earlier that Mike runs worldwide indirect

14 channel, at that point in time, in 2018, it was

15 split between Americas, which Doug ran, and

16 everything else.

17     So Pacific, Greater China, Japan, Europe,

18 that Mike ran up.

19     Q.  And Mike, you're referring to Mike who?

20     A.  Mike Fenger.

21     Q.  Mike Fenger, okay.  Got it.

22         So you had received a -- some P&L scenarios

23 on October 26th?

24     A.  It looks like -- these dates are a little

25 wonky here, but -- I think because I'm in Europe.

Page 144

1  But it looks like Kevan sent me something early

2  morning on the 27th of October.

3      If you take a look down there it says it

4  was sent at 6:09.  And then I reply and said -- and

5  it must have had an attachment associated with it or

6  something that I'm looking at where I'm asking

7  whether the ranges were in the latest guidance that

8  I received.  Or possibly I got that in parallel with

9  this or around the same time of this e-mail.

10         And then Saori is coming back and saying

11 here's one, in fact, behind a new guidance range

12 that I would have seen in the script.

13     Q.  Right.

14     A.  And so this is -- this is -- what's

15 happening in the background here, as I understand it

16 sitting here today, is that there's just been a

17 major drop in the forecast because of what we're

18 seeing in the early going on the launch.

19     Q.  Okay.  And October 26th was the XR launch

20 date, right?

21     A.  The XR.

22     Q.  XR launch date, right?

23     A.  The 26th, right.

24     Q.  Correct.  And this script that is being

25 referred to is a script, a preparation script for

Page 145

1 the earnings announcement?

2    A. That's the way I read it.

3    Q. And you referenced earlier that you had
4 seen a three or four billion dollar revenue decline
5 from what you had reviewed the day earlier to this
6 update. Was that your testimony?

7    A. Yeah. My recollection based on refreshing
8 my memory was that the -- there was a major drop in
9 the forecast. And I evidently saw it sometime when
10 I was in Europe, probably the 27th or the -- or late
11 on the 26th.

12    Q. Did you review that forecast yesterday?

13    A. I reviewed the chronology of the forecast.

14    Q. Did you review the forecast that had a
15 $96 billion outlook for Q1 yesterday?

16    A. I saw the drop between the 96.5 that I'm
17 quoting and the 93 that I'm quoting.

18    Q. And --

19    A. It happened in this timeframe.

20    Q. And that was in the script?

21       MR. KRAMER: Objection to form.

22       THE WITNESS: I'm not certain about that.
23 As I read this today, it -- I assume from Saori's
24 note that the new guidance range was reflected in
25 the script. So the script goes through several

Page 146

1 revisions before we get to final, as you would
2 imagine.

3 BY MR. WILLIAMS:

4    Q. So --

5    A. And so --

6       MR. KRAMER: Let Mr. Cook finish.

7       Go ahead and finish, Mr. Cook.

8       THE WITNESS: So evidently there was a
9 change made in that portion of the script where the
10 guidance range was pushed downward to reflect this
11 forecast change.

12 BY MR. WILLIAMS:

13    Q. So I just want to make sure I understand
14 what you're saying.

15       Are you saying that the script was changed
16 or some forecast that you read someplace else was
17 changed?

18    A. Well, I think they are one in the same is
19 the reason it's probably confusing. In order for
20 the script to change, a forecast had to change.

21    Q. Right. But for the --

22    A. All the script does is, you know, pull from
23 the forecast, if you will.

24    Q. Right. So what you're saying, and I want
25 to be clear, what you're saying is that you saw a

Page 147

1 script which had a $96 billion outlook for Q1?

2    A. I don't recall what I saw. Sitting here
3 today, what she's passing me, when she says, here's
4 an interim P&L behind the new guidance range you saw
5 in the script. And so I'm concluding from that that
6 the script changed to reflect a new forecast, and
7 she's passing me the detail of the P&L behind that
8 guidance frame.

9    Q. Okay. So I just want to be clear. So you
10 did not see a script in your preparation that had a
11 $96 billion outlook for Q1 2019?

12       MR. KRAMER: Objection as to form.

13       THE WITNESS: I am not saying that. Based
14 on this e-mail sitting here today, it appears that
15 the guidance range in the script dropped this
16 significant amount because the forecast dropped a
17 significant amount.

18 BY MR. WILLIAMS:

19    Q. I know -- I don't want to just keep
20 repeating myself, but I think that I'm not being
21 clear. So my question is -- I think it's a yes or
22 no answer.

23       In your preparation, did you see a draft
24 script that included a $96 billion outlook, revenue
25 outlook for Q1 2019?

Page 148

1       MR. KRAMER: Objection. Shawn, are you
2 asking about prep for the call or for his depo? I
3 think that's the confusion.

4       MR. WILLIAMS: For the depo.

5       MR. KRAMER: For the depo, okay. Objection
6 to form.

7       Go ahead, Mr. Cook.

8       THE WITNESS: I did not look at a script
9 yesterday in preparation for the deposition that had
10 those numbers in it. I only saw the final or the
11 script for the conference call that was held.

12 BY MR. WILLIAMS:

13    Q. Got it. Thank you.

14    A. Sorry, I didn't understand your question.

15    Q. That's okay. So in response to Saori, you
16 write on October 27th, "I mistakenly looked at the
17 old guidance range previously."

18       What were you looking at?

19       MR. KRAMER: Objection to form.

20       THE WITNESS: Sitting here today, I'm not
21 sure.

22 BY MR. WILLIAMS:

23    Q. Okay. And --

24    A. But as I read it, my first e-mail from
25 this, from Kevan's note says, "Were these ranges

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 211 of 718
Highly Confidential         In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 149

1  used in the latest guidance I received this
2  morning?"
3      Q.  I understand.  So, and in your preparation
4  for the deposition, you did not see a guidance range
5  of 96 billion for 1Q '19, did you?
6      MR. KRAMER:  Objection to form.
7      Mr. Cook, you can answer that yes or no.
8      THE WITNESS:  I saw a P&L forecast that
9  dropped, the 96.5 to the 93.  That's what I saw.
10     And of course, the way that the guidance
11  range works is it is created from the forecast.
12  BY MR. WILLIAMS:
13     Q.  And that was obviously large, right?
14     A.  It was a huge drop.  That's the reason I'm
15  saying this is obviously a disaster.
16     Q.  Right.  And it's based on -- and Kevan
17  tells you it's based on what they are seeing today,
18  which was the volumes of the XR, XR launch, right?
19     MR. KRAMER:  Objection to form.
20     THE WITNESS:  What he's saying is -- where
21  does he say it -- "We are working on the latest
22  likely and low ranges (for all line of businesses)
23  taking into consideration what we have seen today in
24  addition to 1) more geo detail... 2) our view of any
25  installed base insights that might be helpful in

Page 150

1  judging risks and opportunities."
2  BY MR. WILLIAMS:
3      Q.  Right.
4      A.  So it's more than what they are seeing
5  today.  It's other things as well, but it's all of
6  the information that is currently available --
7      Q.  Got it.
8      A.  -- of it.
9      Q.  And you write, "This is obviously a
10  disaster."
11     A.  I did.
12     Q.  And so you go on to say, "I don't have the
13  cycles that I normally as we work through actions to
14  improve the results.  We need all hands on deck
15  now."
16     Right?
17     A.  I wrote that.
18     Q.  So this is an emergency, wasn't it?
19     A.  It was a disaster.  It was a -- we were
20  changing our forecast 96.5 to 93.  That's a
21  major change in, you know, a 24-hour kind of period.
22     Q.  Well, I want to be clear because earlier
23  you said you didn't recall now you're testifying
24  that that was in fact the change.
25     A.  I'm saying that --

Page 151

1      MR. KRAMER:  Objection to form.
2      THE WITNESS:  I'm saying that yesterday I
3  reviewed P&Ls across this chronology that refreshed
4  my memory that we had a major drop in the forecast
5  in this time period.
6  BY MR. WILLIAMS:
7      Q.  Okay.  And when you say "all hands on deck
8  now," that doesn't happen often with respect to
9  Apple's revenue guidance, does it?
10     A.  We've had all hands on deck on other things
11  as well, but this one is one that happened sudden
12  and I'm saying we -- you know, this is short for we
13  need to understand what's going on and put in
14  actions to change -- change the future from what
15  we're currently forecasting.
16     MR. WILLIAMS:  Okay.  Kenny, can you pull
17  up 28, please.
18     For the record, 28 is APL-SECLIT_00284431
19  through 4433.
20     Mr. Cook, just take a look at this document
21  and let me know when you've had a chance to do so.
22     For the record, the document is an e-mail
23  from -- withdrawn.
24     The document is an e-mail exchange between
25  and among Kevan Parekh, Tim Cook and Donal Conroy

Page 152

1  with the subject being "Unit wages," and there are a
2  number of cc's, dated Saturday, October 27, 2018.
3      (Whereupon, Exhibit 11 was marked for
4      identification)
5      MR. WILLIAMS:  That will be Cook 11.
6      THE WITNESS:  Okay.  I've gone through it.
7  BY MR. WILLIAMS:
8      Q.  Great.  So did I characterize the document
9  accurately, Mr. Cook, an e-mail exchange among you,
10  Donal Conroy, Kevan Parekh, with a number of cc's
11  including Luca Maestri, Jeff Williams, and others on
12  or around October 27, 2018?
13     A.  Yes.  To be clear or totally concise, it's
14  an e-mail string that starts with Donal, and then I
15  have a reply, and then Kevan replies to that with
16  the -- I assume, the same set of people are copied.
17     Q.  Right.  And so just generally, is it fair
18  to say that Donal Conroy and Kevan Parekh are the
19  two primary people providing you data concerning
20  sales or unit ranges concerning the XR?
21     MR. KRAMER:  Objection to form.
22     THE WITNESS:  I would have been getting
23  information on ranges from the sales team, which
24  would be in -- Kevan would be rolling that up.  And
25  the operational team, which Donal would be rolling

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 212 of 718
Highly Confidential        In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 153

1 up.  And that would feed into a P&L forecast, which
2 we just talked about that moved down significantly
3 because of the early results.
4 BY MR. WILLIAMS:
5     Q.  Right.  And my question is, those roll-ups
6 are being communicated largely by Mr. Conroy and
7 Mr. Parekh.  Is that fair?
8     A.  In this note, yes.
9     Q.  Yeah.  Were you getting this type of rolled
10 up information from other people on or around this
11 time?
12        MR. KRAMER:  Objection as to form.
13        THE WITNESS:  I would have been getting, as
14 we saw in the last note, a consolidated P&L from the
15 financial team.
16 BY MR. WILLIAMS:
17     Q.  Saori?
18     A.  From Saori.
19     Q.  Saori, okay.  Well, let's just take a look
20 at the first message from Donal Conroy on
21 October 27th at 6:17 p.m., and it's the Bates Number
22 432.
23        You see his note starting with "Tim, Below
24 is a summary of our latest Likely and Low..."
25     A.  I see it.

Page 154

1     Q.  And that -- he's sending you this e-mail on
2 the same day that you reacted to Saori's P&L
3 scenarios that you described as a disaster, correct?
4     A.  Yeah.  I think the Saori one was earlier in
5 the day, and this is now later in the day.
6     Q.  Okay.  And so Donal writes, "Below is a
7 summary of our latest Likely and Low guidance ranges
8 we reviewed with Luca yesterday evening."
9        Do you see that?
10     A.  I see that.
11     Q.  So Mr. Maestri was obviously involved and a
12 participant in the roll-up of the P&Ls?
13     A.  He would have been involved in the review.
14     Q.  Okay.
15     A.  Of the guidance suggestions.
16     Q.  Right.  And so going further, Tim writes,
17 with respect to iPhone, the likely projection Sell
18 In is 73.2 million down five percent year over year,
19 correct?
20        MR. KRAMER:  Objection to form.  You
21 misspoke.  You meant Donal wrote.
22        Go ahead, Mr. Cook.
23        THE WITNESS:  Just to be clear, Donal wrote
24 that.
25 ///

Page 155

1 BY MR. WILLIAMS:
2     Q.  Right.
3     A.  And yes, I see it.
4     Q.  Okay.  And he also wrote unbrickings are
5 68.7 million down four percent year over year.  And
6 Sell Through 70.3 million down four percent year
7 over year.
8        Right?
9     A.  That's what he wrote.
10     Q.  And the next part he bolded, he writes,
11 "Sell In decreased by 3.1 million driven by N84
12 demand," correct?
13     A.  He went on to say --
14     Q.  That was my question.  My question is, is
15 it correct that he wrote, "Sell In decreased by 3.1
16 million driven by N84 demand"?
17        MR. KRAMER:  Objection to form.
18        THE WITNESS:  He wrote that and said it was
19 partially offset by stronger sustaining demand.
20 BY MR. WILLIAMS:
21     Q.  Right.  I see that.
22     A.  He's making the point that the mix is
23 different than we thought.
24     Q.  So are you saying that he's emphasizing the
25 mix is different or -- I mean, because he's bolded

Page 156

1 the Sell In decreased by 3.1 million.
2        MR. KRAMER:  Hold on.  Object to form.
3        Mr. Williams, I don't know if you're doing
4 this on purpose or not, but your voice is getting
5 loud and I want to make sure we keep it
6 professional.
7        Go ahead, Mr. Cook.
8        THE WITNESS:  He did make bold the
9 decreased by 3.1, and he did say it was partially
10 offset by stronger sustaining demand.
11 BY MR. WILLIAMS:
12     Q.  Got it.  And in the next section he writes,
13 the low Sell In 65 point -- I'm sorry, 67.5 million
14 down 13 percent year over year.  Unbricking
15 63.5 million down 11 percent year over year.
16        Right?
17     A.  Yes, he wrote that.
18     Q.  Yes.  And he continues, Sell Through is
19 65.2 million down 11 percent year over year, Sell --
20 and he bolds, Sell In decreased by 7.1 million
21 driven by N84 down 7.9 million.
22        Correct?
23     A.  Yes.  And he goes on to say it was
24 partially offset by increases in sustaining.
25     Q.  Right.  And so he also adds, "Obviously

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 213 of 718
Highly Confidential       In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 157

1 these numbers are an extreme problem and mainly
2 hinge on the XR performance."
3     Right?
4     A. The XR.
5     Q. XR performance, correct?
6     A. That's what he says.
7     Q. So, isn't it fair to say that he's
8 emphasizing the decreases driven by N84 demand as
9 opposed to the partial offsets that you referred to?
10         MR. KRAMER: Objection to form.
11         THE WITNESS: I think you'd have to ask him
12 what he's intending to do. But I think he clearly
13 makes points in his note.
14 BY MR. WILLIAMS:
15     Q. Okay. And is it fair to say that the
16 subject line "Unit ranges" is driven -- well,
17 withdrawn.
18         Is it fair that the content of this
19 correspondence is driven by what -- what your team
20 had sort of learned or digested about demand for the
21 XR?
22         MR. KRAMER: Objection to form.
23         THE WITNESS: Looking at the time stamp of
24 the note and looking at what is -- what he says,
25 that he reviewed this with Luca yesterday evening,

Page 158

1 it's based on less than 24 hours of sales data on
2 the XR.
3         MR. WILLIAMS: Okay.
4         MR. KRAMER: I'm sorry. Mr. Cook, were you
5 finished?
6         THE WITNESS: Yeah. And so that's the
7 reason that my note attached to this says, "I don't
8 believe a full quarter XR forecast using Day 1
9 demand as a baseline and applying historical curves
10 will result in an accurate forecast since the XR
11 didn't have a historical launch."
12 BY MR. WILLIAMS:
13     Q. And so you're actually reading from your
14 responsive e-mail, correct?
15     A. Yes.
16     Q. Okay. I just wanted to be clear as to what
17 you were doing there.
18         And part of your response is on Bates 432
19 at the top. And you wrote, "We are basically at
20 zero year over year after one day of XR."
21     Right?
22     A. Yeah. I assume from what that means is
23 that if you looked at all of the iPhone business,
24 the pluses and the minuses netted to zero.
25     Q. But after one day of the XR?

Page 159

1     A. After one day.
2     Q. And isn't it also true, though, that there
3 was at least a week of pre-orders of XR prior to
4 October 27th?
5     A. There were -- the date that you gave me
6 earlier in this deposition was that pre-orders
7 opened on October 19.
8     Q. Right.
9     A. And so assuming that's factual, there would
10 have been one week of at least direct pre-orders
11 during that period of time. Very few carrier
12 partners do pre-orders.
13     Q. Okay. So, but you provided a response to
14 Donal's message. And then it looks like Mr. Parekh
15 wrote back to you, right?
16     A. Yes, he did.
17     Q. And he said, "Tim, We have been struggling
18 with that as well and have been looking into the geo
19 by geo considerations per your note as well. We are
20 working on run-chart graphs, consumer offer
21 summaries and mix considerations in both the likely
22 and the low case.
23         So they are trying to work on it, right?
24         MR. KRAMER: Objection to form.
25         THE WITNESS: I think they are trying to --

Page 160

1 the organization is trying to understand with very
2 limited information, you know, a day of sales, what
3 the implications are for that day of sales.
4         And based upon that day, we've -- they've
5 moved the forecast down from the 96.5 to the 93. So
6 they've taken a major reduction in the forecast.
7 BY MR. WILLIAMS:
8     Q. Okay. And he goes on to write, "Overall,
9 the big key assumption centers around XR, and our
10 low case is driven by more by a ramp/acceleration
11 risk (based on early indications) rather than a
12 long-term demand statement (too early to make that
13 call and we are still optimistic on the potential of
14 the product)."
15         Correct?
16         MR. KRAMER: I think you misspoke there,
17 Mr. Williams. It was "indicators."
18         But go ahead, Mr. Cook.
19         THE WITNESS: I think this is a key point
20 in understanding this, is that there was a strong
21 internal view that the issue with the XR was in the
22 early going of the XR, and not the steady state
23 demand low. That's what he means by a
24 ramp/acceleration risk.
25         That -- and so -- and that's because there

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 214 of 718
Highly Confidential          In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 161

1  were people that, as we talked about through other
2  parts of our conversation this morning, that there
3  were people that felt like people are going to have
4  to see all of the iPhones, and in some cases the
5  competitive phones, before making a final purchase
6  decision.
7          There was a problem that we saw earlier in
8  the documents where only two of the colors of the XR
9  were in good supply.  So we had some color issues on
10  the different XR models that people couldn't see.
11         We were also having this mix issue where
12  some people were deciding to buy up to the XS and XS
13  Max after seeing the XR.  And some people were
14  clearly buying down to the 8 and 8+ as well.
15         And so there were many, many variables
16  going on here.  And what you see here is the key
17  folks trying to get a handle on what is going on.
18  BY MR. WILLIAMS:
19      Q.  All of it related to what is going on with
20  demand for the XR?
21      A.  No, that's not true.  You're trying to
22  conclude something that's not concludable there.
23         You have to understand what's going on with
24  iPhone.  Because if people are simply moving around
25  to different iPhones, it's a very different kind of

Page 162

1  challenge than if they are not buying iPhone.
2      Q.  Isn't it also the challenge you just
3  described, which is people waiting to see whether or
4  not they wanted to purchase, you know, a Huawei
5  phone or a Xiaomi phone?
6      A.  Certainly if they were going to buy a
7  competitor phone that's a much bigger issue than
8  buying a different iPhone.
9      Q.  I understand.  But that was one of the
10  issues that was at issue then at the time, wasn't
11  it?
12      A.  As you and I previously discussed, some
13  China resellers, I believe it was, and Malaysian
14  resellers had given us the input that some customers
15  wanted to see the Huawei phone the Xiaomi phone and
16  the iPhone and do a comparison before making a final
17  purchase decision.
18      Q.  Didn't you get that from some of your own
19  people as well?
20      MR. KRAMER:  Objection as to form.
21      THE WITNESS:  The note that you and I saw
22  together was that that came from, I believe,
23  resellers.  Maybe we should go back and look at that
24  document.
25  ///

Page 163

1      MR. WILLIAMS:  We'll get to more of that.
2      So Kenny, can you bring up 31, please.
3      MR. KRAMER:  Mr. Cook, we've been going
4  about an hour and 15 minutes since our return from
5  lunch.  Do you want to take a break?
6      THE WITNESS:  Is it a good time to take a
7  break in the action?
8      MR. KRAMER:  Okay.  Do you want to just go
9  ten, Shawn?
10      MR. WILLIAMS:  That's fine.
11      APTUS VIDEO TECHNICIAN:  The time is 1:45.
12  We're going off the record.
13      (Recess taken)
14      APTUS VIDEO TECHNICIAN:  The time is 1:56.
15  We're back on the record.
16  BY MR. WILLIAMS:
17      Q.  Welcome back, Mr. Cook.  Let's see if you
18  have that document available.  Is it up for you yet?
19      A.  Let's see.  Yes, I have it.
20      MR. WILLIAMS:  And so are we at 12 or 13?
21      APTUS VIDEO TECHNICIAN:  12.
22      MR. WILLIAMS:  So Cook Number 12 is Bates
23  number APL-SECLIT_0038889.
24      (Whereupon, Exhibit 12 was marked for
25       identification)

Page 164

1      THE WITNESS:  Okay.
2  BY MR. WILLIAMS:
3      Q.  And Cook Number 12 is an e-mail from you to
4  Luca Maestri on October 27, 2018, correct?
5      A.  It looks like it's to Luca and to Jeff
6  Williams.
7      Q.  Correct.  And the subject line is "Q1 '19,"
8  right?
9      A.  Yes.
10      Q.  Is it fair to say this is related to the
11  communications that you were having with Saori,
12  Kevan and Donal on the outlook for Q1?
13      A.  Yes.  I think the backdrop that this note
14  has is the morning -- you can look at the time
15  here -- was spent kind of going back and forth on
16  some of the information that was made available
17  through that first 24 period.  So that's what this
18  is about.
19      Q.  Right.  And so you write to both of them,
20  "I need the two of you to play the role I usually
21  play as I will not have the luxury of a number of
22  cycles this quarter."
23         What did that mean?
24      A.  If I remember correctly, I was traveling.
25  I was Europe with less time to probe are we too

Page 165

1 high, are we too low, making sure we looked at sort
2 of looked in the corners of our forecast.
3      Q.  Got it.  And so you add, "We need to get a
4 real view and decide what actions will take us
5 beyond.  The teams have gotten better at this but
6 need to be pushed hard to excel."
7      Do you see that?
8   A.  Yes.
9      Q.  Is it fair to say that you understood at
10 the time that this was still looking pretty bad,
11 like the disaster you said you wrote the day before?
12      MR. KRAMER:  Objection to form.
13      THE WITNESS:  Yeah, I thought it was a --
14 it was certainly a major issue that the forecast had
15 fallen from 96.5 to 93.  That was a three and a half
16 billion dollar change in, you know, 24, 48 hours.
17 So it was a major deal, really.
18      MR. WILLIAMS:  So Kenny, can you pull up
19 32, please.
20      32 will be Cook Number 13.  It's Bates
21 numbered APL-SECLIT_00429314.
22      (Whereupon, Exhibit 13 was marked for
23      identification)
24 BY MR. WILLIAMS:
25      Q.  For the record, Cook 13 is an e-mail from

Page 166

1 Luca Maestri to Tim Cook, cc to Jeff Williams, on
2 October 27, 2018.
3      Are you looking at this one on your
4 computer, Mr. Cook?
5   A.  I am.  I'm waiting for the printer and just
6 wanted to use the time appropriately.
7      Q.  Okay.
8   A.  Okay.  I read it.
9      Q.  Okay.  This e-mail from Luca Maestri is in
10 response to your earlier e-mail asking he and Jeff
11 Williams to play the role that you'd normally do,
12 right?
13   A.  Yes.
14      Q.  And Luca writes to you, "Tim, The team went
15 through the iPhone numbers with me by SKU," by SKU,
16 "and by geo.  Their original view was a low of $87
17 billion.  Now at 89 with a few assumptions,
18 including likely on other lines of business."
19      Do you see that?
20   A.  Yes, I see it.
21      Q.  Is he suggesting to you that the numbers
22 have been scrubbed and he was able to get it up from
23 87 to 89?
24      MR. KRAMER:  Objection to form.  You may
25 answer.

Page 167

1      THE WITNESS:  You'd have to ask him what he
2 intended there.  I can only tell you how I received
3 it.
4 BY MR. WILLIAMS:
5      Q.  Okay.  And how did you receive that --
6 well, withdrawn.
7      You see the next sentence, he says, "The
8 whole issue is of course XR, and the potential
9 substitution by other products," right?
10   A.  Yeah.  He's talking about, as you and I
11 have talked about previously, the mix of products.
12      One of the big questions we were struggling
13 with was how many people will buy up to a XS or a XS
14 Max, how many people will buy down to an 8 and 8+.
15      And some of the early data did suggest
16 there was a different mix, as you and I have looked
17 at on that other e-mail.
18      Q.  And the whole issue being XR is something
19 you already knew, though, right?
20      MR. KRAMER:  Objection to form.
21      THE WITNESS:  I knew at this time that I
22 got this -- that certainly by the time I got Luca's
23 note -- was that we were revising or had revised the
24 forecast downward on the XR offset as we had talked
25 about for some of the other products.

Page 168

1 BY MR. WILLIAMS:
2      Q.  No, I understand.
3      What I was referring to was that the issue
4 was not MacBooks or, you know, AirPods.  The issue
5 was XR -- XR.
6      MR. KRAMER:  Objection to form.
7      THE WITNESS:  On this day, on the 27th of
8 October, if that's what your question is, right?
9 BY MR. WILLIAMS:
10      Q.  Yeah, I'm just -- I'm confirming with you
11 that Luca was not telling you something you didn't
12 already know, which was the whole issue is of course
13 XR?
14   A.  I certainly knew that the launch had gotten
15 off to a lighter than expected start, sure.  And the
16 forecast dived accordingly.
17      Q.  Got it.  He goes on to write, "Kevan and
18 Donal left with several action items.  We did not
19 look at other lines of business in detail, but they
20 believe they scrubbed hard there."
21      Do you see that?
22   A.  I see that.
23      Q.  So isn't he suggesting that he doesn't
24 believe that they are going to be able to make up
25 the shortfall or the perceived shortfall by finding

Highly Confidential          In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 169

1  revenue in other lines of business?
2        MR. KRAMER:  Objection to form.
3        THE WITNESS:  What he's saying is, we did
4  not look at other line of businesses in detail, but
5  they, I assume he means Kevan and Donal, believe
6  they scrubbed hard there.
7  BY MR. WILLIAMS:
8        Q.  Scrubbed hard there, meaning other lines of
9  business?
10       A.  Other line of businesses -- line of
11  business, in this vernacular, means non-iPhone,
12  things like Mac or iPad or Watch or AirPods,
13  et cetera.
14       Q.  Understood.  Thank you.
15          And so he takes you up on your offer and
16  says, "Call on Sunday would be helpful, as we will
17  have Friday/Saturday UBs to consider," right?
18       A.  I'm sorry.  There was a noise that cut you
19  out there.
20       Q.  Sorry.  So he took you -- Luca took you up
21  on your offer and wrote, "Call on Sunday would be
22  helpful, as we will have Friday/Saturday UBs to
23  consider."
24       A.  Yes, that's what he wrote.
25       Q.  And that's unbrickings?

Page 170

1        A.  "UBs" is unbrickings.
2        MR. WILLIAMS:  Kenny, can you bring up 24
3  for me, please.
4          And 24 will be Cook 14.  And it's Bates
5  numbered APL-SECLIT_00118071 through 8073.
6        (Whereupon, Exhibit 14 was marked for
7        identification)
8  BY MR. WILLIAMS:
9        Q.  Just let me know, Mr. Cook, when you've had
10  an opportunity to review it.
11          And for the record, Cook 14 is an e-mail
12  from Mike Fenger to Brian Lu, Tony King, Hugues
13  Asseman, Mark Rogers, and cc's a number of others.
14          Subject line is "Urgent Q1 Action Plans,"
15  dated Saturday, October 27th, 2018.
16       A.  Okay.  I've looked at it.
17       Q.  Did I describe Cook 14 accurately, sir?
18       A.  Sorry.  I was busy reading the note and
19  didn't listen to you.
20       Q.  That's okay.  It's an e-mail from Mike
21  Fenger titled "Q1 Action plans" to Brian Lu and a
22  number of other people, dated October 27, 2018?
23       A.  Yes.
24       Q.  And October 27, 2018, is the day in which
25  we've identified a number of correspondence between

Page 171

1  you and your executive team concerning what's
2  happening with the XR and its impact on the outlook,
3  right?
4        MR. KRAMER:  Objection to form.
5        THE WITNESS:  I'm sorry.  You sort of went
6  out toward the end of there.
7        MR. WILLIAMS:  I don't want to yell because
8  Kramer will get upset with me.
9        MR. KRAMER:  I will if you yell, but you
10  were doing fine up to now, other than once.
11  BY MR. WILLIAMS:
12       Q.  What I was asking was -- well, it's an
13  e-mail from Mike Fenger to Brian Lu, among other
14  people, titled, or subject "Urgent q1 action plans."
15          And this date, October 27th, is the day on
16  which you had a significant amount of correspondence
17  with your executive team concerning what you were
18  seeing with XR demand and its impact on the Q1
19  outlook.
20       MR. KRAMER:  Objection to form.
21       THE WITNESS:  Yeah, if you remember, what
22  kicked this off was the note, if you will, or the
23  revision in the forecast.
24  BY MR. WILLIAMS:
25       Q.  Sorry.  I think that was the testimony,

Page 172

1  although it wasn't my question because I hadn't put
2  in the record any forecast at that point.
3        MR. KRAMER:  Right.  But Mr. Cook didn't
4  get a chance to finish his answer.
5          So Mr. Cook, please finish.
6        THE WITNESS:  And so that forecast is the
7  sum of many things in terms of, it's how iPhone is
8  doing overall, how are we doing on these products
9  overall, which includes the mix of those.
10          So it's not a XR-only exercise.  It's sort
11  of a business, as this note indicates.
12  BY MR. WILLIAMS:
13       Q.  Okay.  On the note.
14          So is it fair to say that you communicated
15  with Mike Fenger sometime on the 27th to get his
16  teams going on this issue?
17       A.  Is there an e-mail or something that you've
18  got that can refresh my memory on that?
19       Q.  No.  So is it likely that you communicated
20  with him on this topic on the 27th?
21       A.  I don't know.  I would think Kevan probably
22  would have.  And did I in addition to that, I
23  don't -- honestly, I just don't know.
24       Q.  Okay.  You told me who Brian Lu was.  Who
25  is Tony King?

Page 173

1    A. Tony King runs Asia Pacific less -- less
2  Greater China.  So you know, Singapore, Australia,
3  Malaysia, Indonesia, et cetera, Vietnam.
4    **Q.  Can you tell me about Hugues Asseman and**
5  **Mark Rogers?**
6    A. Sure.  Hughues runs or at this point in
7  time was running -- if my memory is correct, he was
8  running the carriers, so the carrier or business as
9  a reseller throughout Europe, the Middle East,
10  Africas and India.
11       And Mark Rogers was running the balance of
12  the business in Europe, Middle East, Africas.
13       Hughues I think was running all of India,
14  regardless of whether it was carrier or not.
15    **Q.  Okay.  So -- all right.**
16    A. You can think of it as Mike's key sales
17  team for the international business.  As I've
18  mentioned to you before, he's running the
19  international indirect business and Doug Beck is
20  running the Americas business.
21    **Q.  Got it.  So he writes, "Guys, Given the**
22  **current performance indications of the iPhone XR, we**
23  **have been asked to come up with a specific and solid**
24  **set of actions that could be taken this quarter to**
25  **drive additional revenue."**

Page 174

1       Do you see that?
2    A. I do see it.
3    **Q.  He doesn't reference any product other than**
4  **the XR, right?**
5    A. He says in the note as you go on, he's
6  asking for actions we can take to optimize iPhone
7  volume across the portfolio.
8    **Q.  Right.**
9    A. And in number 2), he's asking for
10  increasing the visibility of portfolio, particularly
11  the XR.  And then in number 3) he's asking to drive
12  revenue non-phone SKUs.
13    **Q.  Isn't it true that he's doing that because**
14  **of the current performance indications of the iPhone**
15  **XR?  Isn't that what he writes?**
16    MR. KRAMER:  Objection to form.
17    THE WITNESS:  If you're asking if XR would
18  have been -- came out and meet our expectations
19  early on and in the exact mix that we predicted, we
20  probably wouldn't be doing this.
21  BY MR. WILLIAMS:
22    **Q.  What I was asking was, isn't it plain from**
23  **the language that the impetus of the**
24  **action plans is due to the current performance**
25  **indications of the iPhone XR?**

Page 175

1    MR. KRAMER:  Objection to form.
2    THE WITNESS:  Yes.  It's because of the
3  performance of the XR, but it's -- but the fix for
4  this is looking at the whole of the product line.
5  BY MR. WILLIAMS:
6    **Q.  Okay.**
7    A. Because we -- because as you know, we --
8  one of the things that we did here was call the mix
9  incorrect.
10    **Q.  I don't know if I know that.**
11    A. Okay.  Well, it's been in several of the
12  e-mails.
13    **Q.  The -- in number 2) on the same page, he**
14  **writes, "Actions we need to take to increase the**
15  **visibility of the portfolio, particularly the iPhone**
16  **XR..."**
17       **And the portfolio he's referring to is,**
18  **what, iPhone?**
19    A. That's how I read it, yes.
20    **Q.  Okay.  And number 3), he says, "Actions we**
21  **can take to drive revenue from non-phone SKUs, I**
22  **know we have been through a few cycles of DG," and I**
23  **think that's demand generation, "ideas on other**
24  **products but given the current circumstances we will**
25  **be open to reconsidering formerly rejected ideas."**

Page 176

1       Do you see that?
2    A. Yes, I see it.
3    **Q.  That's pretty bold, wouldn't you say?**
4    MR. KRAMER:  Objection to form.
5    THE WITNESS:  I wouldn't call it bold, no.
6  We typically reassess things and re-ask ourselves
7  similar questions all the time as circumstances
8  change.
9  BY MR. WILLIAMS:
10    **Q.  And on Bates ending 072 he writes on the**
11  **top, "This is another opportunity for us to**
12  **demonstrate our ability to pull a rabbit out of our**
13  **hat."**
14       **Do you see that?**
15    A. I do see it.
16    **Q.  He's suggesting some rather dire**
17  **circumstances, correct?**
18    MR. KRAMER:  Objection to form.
19    THE WITNESS:  You'd have to ask him what he
20  means by that and how often he uses that expression.
21    MR. WILLIAMS:  Kenny, can I have 35,
22  please.
23    THE WITNESS:  But you can tell -- I was
24  going to say something.
25  ///

Page 177

1  BY MR. WILLIAMS:
2      Q.  Yeah?
3      A.  You can tell from his next sentence, "We
4  have always done it in the past and I'm sure we can
5  do it again."
6          And so it's not something that they've
7  never done before.
8      Q.  Got it.  I understand.  Is that one in the
9  chat?
10         MR. KRAMER:  It is.  I have it.  It's a
11  one-page document, Shawn?
12         MR. WILLIAMS:  Let's see.  Cook
13  Number 15 is Bates numbered APL-SECLIT_00028100 and
14  it is an excerpt of a larger spreadsheet.
15         (Whereupon, Exhibit 15 was marked for
16          identification)
17  BY MR. WILLIAMS:
18     Q.  I'd ask you to take a look at that,
19  Mr. Cook.  And let me know when you're done.
20         MR. KRAMER:  Mr. Williams, do you have the
21  entire document you can show Mr. Cook?
22         MR. WILLIAMS:  I'm sorry.  I don't recall
23  the entirety of the document now.  I remember it
24  being very large.
25         MR. KRAMER:  Okay.

Page 178

1          THE WITNESS:  I've looked at the document.
2  It's very -- I have no idea what document this is,
3  and it lacks context in terms of what it's attached
4  to and what the date of it is and who the author is,
5  and many other things.
6          MR. WILLIAMS:  Okay.  Well, let's see what
7  we can do.
8          MR. KRAMER:  Shawn, I just want a running
9  objection to this document given that this is not --
10  it's not complete, and given Mr. Cook's testimony.
11  I just --
12         MR. WILLIAMS:  I understand.
13         MR. KRAMER:  Okay.  So I have a running
14  objection to this document?
15         MR. WILLIAMS:  That's fine.
16         MR. KRAMER:  Okay.
17         MR. WILLIAMS:  That's fine.  Let's see if
18  we can make any progress with it.  If not, then we
19  won't be able to.
20         But I'll represent to you that it is a
21  document from Apple's files that was produced to us,
22  and as part of a larger package.
23         Is that fair?
24         MR. KRAMER:  Yeah.  Shawn, I don't dispute
25  that.  I think it's a part of a larger package

Page 179

1  point, is the basis of my objection.
2          MR. WILLIAMS:  No, I understand.
3          MR. KRAMER:  He can't tell you the context
4  standing alone.
5          MR. WILLIAMS:  I understand.
6  BY MR. WILLIAMS:
7      Q.  What is AOS?  Do you know what that is an
8  acronym for?
9      A.  Apple Online Store, I believe.
10     Q.  Okay.  And this document, at least it
11  reflects FY19 Q1 week four.
12         Is that fair?
13         MR. KRAMER:  Objection to form.
14         THE WITNESS:  It says "This week in AOS:
15  Q1 Week 4."
16  BY MR. WILLIAMS:
17     Q.  Right.  And week four was October 21
18  through October 27, 2018, right?
19     A.  I could pull out my iPhone and I could find
20  the answer to that, if you want me to look.
21     Q.  No, that's not necessary.  I think it's
22  verifiable separately.
23         You don't have to say that you --
24     A.  You said it was to when?
25     Q.  October 21 through October 27.

Page 180

1      A.  Yeah, I don't know.
2      Q.  Okay.
3      A.  Feels late, but somebody should take a look
4  at it.
5      Q.  Okay.  And the document states, "The Big
6  Story - The other shoe drops."
7          Do you see that?
8      A.  "The big story - The other shoe drops."  I
9  see that.
10     Q.  And in that section it says, "Week 4
11  contains the launch last year of iPhone X, so we're
12  now getting a more correct view of the business year
13  over year.  As the data shows, QTD," quarter to
14  date, "status of all primary metrics for iPhone and
15  the business overall is substantially negative."
16         Do you see that?
17     A.  I see it.
18     Q.  "Quarter to date traffic is down
19  35 percent, conversion rate is down a full
20  percentage point and AOV is down 35 percent."
21         Do you see that?
22     A.  I see it.  I don't know what "AOV" is.
23     Q.  Okay.  "The total online business impact
24  quarter to date shows net bookings down 69 percent
25  year over year.  Billings still look okay at plus

Case 4:19-cv-02033-YGR  Document 415-12  Filed 12/01/23  Page 219 of 718
Highly Confidential        In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 181

1  35 percent quarter to date, but that situation will
2  correct itself in Week 5 when year over year compare
3  includes the embargo weekend for the prior year."
4      Do you see that?
5      A. I see it.
6      Q. Any reason to dispute that as of week four,
7  Q1 for fiscal 2019, that at least in AOS traffic was
8  down 35 percent?
9      MR. KRAMER: Objection as to form.
10     Go ahead, Mr. Cook.
11     THE WITNESS: I would question the first
12 statement here, that week four contains the launch
13 of iPhone X, and this portion of the statement is
14 the one I would question, "so we are now getting a
15 correct view of the business year over year."
16     Obviously, if the launch was in the
17 previous year, we would have had a huge spike
18 because that's an early adopter product. And so you
19 would be comparing an early adopter product to a
20 product that's not an early adopter product.
21 BY MR. WILLIAMS:
22     Q. Okay. And --
23     A. So it seems like an unusual statement to
24 make.
25     Q. All right. You see on the left-hand column

Page 182

1  there it says, "Major Trends - Products?
2      A. I see it.
3      Q. And it states, "iPhone - Now that NPI," is
4  that new product introduction, "events are all
5  launched this year and last, the quarter to date
6  iPhone net bookings show more correctly at negative
7  82 percent quarter to date year over year."
8      Do you see that?
9      A. I see it.
10     Q. As you sit here today, you don't have any
11 reason to dispute the accuracy of this
12 representation, do you?
13     MR. KRAMER: Objection to form.
14     That's why -- how can he do that, you don't
15 give him the full document?
16     But go ahead, see if you can answer,
17 Mr. Cook.
18     THE WITNESS: As I've mentioned, you
19 would -- the compare here is a faulty compare
20 because this year, the early adopter product was
21 launched in Q4.
22 BY MR. WILLIAMS:
23     Q. Okay.
24     A. Last year, or in 20- --
25     Q. '17?

Page 183

1      A. -- 2017, the iPhone X was launched in
2  October or November, one or the other, within Q1.
3      And so you have a very imbalanced compare
4  that would be meaningless.
5      Q. Okay. And it goes on to state, "Units are
6  down negative 79 percent quarter to date."
7      You see that, right?
8      A. Again, my same points with the compare.
9  You're comparing a product that's a consumer product
10 launch in Q1 to an early adopter pro in Q1 of the
11 previous year.
12     So I can't imagine anyone arguing that that
13 compare is a meaningful comparison.
14     Q. Okay. I'm going to ask you to look at the
15 column on the right where it says, "Major Trends -
16 Regions."
17     Do you see that?
18     A. I see it.
19     Q. And do you see where it says "Greater
20 China" three rows down?
21     A. Yes.
22     Q. Can you just read that section for me,
23 please.
24     A. What the chart says, or -- what the chart
25 says is that, I don't know who the author is that

Page 184

1  said it, "It's hard to overstate the importance of
2  iPhone in the China market. The strong response to
3  iPhone X last year in Week 4 led all regions with
4  bookings of 1.5 billion. The weak response to
5  iPhone XR has left Greater China down 1.4 billion
6  quarter to date minus 86 percent year on year."
7      Q. Right. And you don't have any reason, as
8  you sit here today, to dispute the accuracy of this
9  representation, do you?
10     MR. KRAMER: Objection to form.
11     THE WITNESS: Okay. As I had said earlier,
12 I have a reason to testify that it's not meaningful
13 because you're taking -- you're taking a consumer
14 product launch and comparing it to an early adopter
15 product launch. It makes little sense to do that.
16     You're also taking a sliver of our
17 business -- the Apple online store is a sliver of
18 Apple Inc.'s business.
19 BY MR. WILLIAMS:
20     Q. Got it.
21     A. And you're trying to draw a proxy for the
22 total. And so you've got two, two faults in this.
23 One is the compare itself is erroneous. And the
24 second is you're taking an online store -- and
25 again, I don't even know who is writing this.

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 220 of 718
Highly Confidential         In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 185

1     MR. KRAMER:  Shawn, can we take a quick off
2  the record quickly?  I'm getting kicked out of my
3  office.  Can we go off the record quickly?
4     MR. WILLIAMS:  Yes.
5     APTUS VIDEO TECHNICIAN:  The time is 2:33.
6  We're going off the record.
7     (Recess taken)
8     APTUS VIDEO TECHNICIAN:  The time is 2:37.
9  We're back on the record.
10     MR. WILLIAMS:  Kenny, do you want to just
11  put in 36, please.
12     Mr. Cook, this is a lengthy packet, and
13  there are pages that I want to direct you to, but I
14  don't want to spend a half an hour for you to read
15  the entire thing.
16     So if you don't think that you can provide
17  any testimony on this unless you read it from front
18  to back, you let me know.  But I don't want to --
19  for us to, you know, take 30 minutes for you
20  reading.
21     So why don't you take a look at it and let
22  me know if you're comfortable being directed to
23  certain pages, please.
24     MR. KRAMER:  Okay.  Shawn, I'll let
25  Mr. Cook decide, but perhaps you could ask the

Page 186

1  question and then he could decide in the context of
2  the question whether he needs to look at other pages
3  to have the context.
4     We can also do that as well, but I'll let
5  him speak to that.
6     MR. WILLIAMS:  Okay.  Let me just enter it
7  into the record and we'll take it from there.
8     (Whereupon, Exhibit 16 was marked for
9     identification)
10  BY MR. WILLIAMS:
11     Q.  And 16 is Bates APL-SECLIT_00099226 through
12  99278.
13     And Cook 16 is an e-mail from Kevan Parekh
14  to Tim Cook, copying Jeff Williams, Luca Maestri,
15  Saori Casey and Donal Conroy on Sunday, October 28,
16  2018.
17     The subject line is "Materials for
18  1:00 p.m. PST Call."
19     It also has an attachment with a 1Q'19
20  update.
21     Mr. Cook, I'd like to ask you just a little
22  background on the document and then we can kind of
23  decide whether we can discuss its contents.
24     Is that okay?
25     A.  Go ahead.

Page 187

1     Q.  So this -- have you seen this document as
2  part of your preparation for the deposition?
3     A.  No.
4     Q.  Okay.  And it's -- does it appear to be the
5  materials related to the meeting that you suggested
6  to Mr. Maestri, and he took you up on, regarding the
7  1Q '19 forecast?
8     A.  Yeah.  The subject of the note is materials
9  for a 1:00 p.m. call.  And it was set on Sunday at
10  12:40.
11     So I assume this was sent 20 minutes in
12  advance of the call.
13     Q.  Right.  And there are some pages within the
14  document that I'd like to direct you to.  And what
15  I'll do is I'll just direct you to those pages.  If
16  you can provide testimony on it without reviewing
17  the entire document, you can.  If not, you can say
18  that you can't.  Okay?
19     So I'm going to direct your attention just
20  to the first page.  Obviously it's Q1 '19, and I
21  think we've established that it's related to the Q1
22  '19 outlook.
23     And so turn to page 237, Bates ending 237.
24     A.  Okay.  I'm there.
25     Q.  I read that as its titled "Retail Store

Page 188

1  Traffic Year over Year (iPX," which I read as iPhone
2  X, "Launch Adjusted)."
3     Is that a fair reading of that?
4     MR. KRAMER:  Objection to form.
5     THE WITNESS:  It's "iPhone X Launch
6  Adjusted."
7  BY MR. WILLIAMS:
8     Q.  IPhone X launch adjusted.
9     And it's looking at retail store traffic
10  for weeks one through four and then it details each
11  day in week four up through the XR launch, right?
12     MR. KRAMER:  Objection to form.
13     THE WITNESS:  I think by the -- I'd have to
14  go through more documents to validate, but I think
15  the heading "iPhone X Launch Adjusted," means that
16  iPhone X is lined up to be where the XR launch was.
17  BY MR. WILLIAMS:
18     Q.  Okay.
19     A.  So that it's comparing the XR launch to the
20  X launch.
21     Q.  Okay.
22     A.  That's how it looks.  And the numbers would
23  indicate that, too, because, as we talked about, the
24  iPhone XR was not an early adopter product.  It was
25  a consumer product.

Page 189

1        And so those -- a consumer product would
2    not draw the long queues and lines across the world
3    that an iPhone X, which was a hero or pro product,
4    if you will, that would have drawn on the year
5    earlier launch.
6        And I think by "adjusted," it just means
7    that because they didn't occur on the same date,
8    that they had taken the previous year's results and
9    changed it to look like as if it did -- as if it did
10   launch on the same day.
11       **Q.  I understand.  Just doing the best they can**
12   **to make a comparison over something that you've**
13   **testified don't really compare?**
14       MR. KRAMER:  Objection to form.
15       THE WITNESS:  That's correct.
16   BY MR. WILLIAMS:
17       **Q.  All right.  And so then obviously this is**
18   **how your team has chosen to present this to you**
19   **during this meeting, right?**
20       MR. KRAMER:  Objection to form.
21       THE WITNESS:  It's a chart within the
22   package of a broad -- of what appears to be a whole
23   deck of charts.
24   BY MR. WILLIAMS:
25       **Q.  Yes, I understand.**

Page 190

1        **And so at least on this page, as it relates**
2    **to Greater China, it suggests that week four traffic**
3    **was down 20 percent -- or 19 percent in comparison**
4    **to the iPhone X launch, adjusted obviously, and that**
5    **each day -- well, not each day, but that Sunday, the**
6    **first day of week four was down seven percent,**
7    **right?**
8        A.  I see something different.  What I see is
9    that China looks a lot like the other geographies.
10       **Q.  Okay.**
11       A.  And so China doesn't stick out as being
12   different for week four or for the launch itself.
13   It looks similar.
14       I mean, look with me to the US.  The US on
15   week four, Friday, down 38.  Greater China down 34.
16   Canada down 36.  Western Europe down 32.
17       These are -- these are all similar kind of
18   numbers.
19       **Q.  Okay.  But I was -- and I appreciate that.**
20   **I was looking at China, though.  And I understand**
21   **you're looking at the others.**
22       **But just with respect to the --**
23       A.  I'm looking at the total, to be clear.  I'm
24   trying to look at the context of the number, not
25   trying to cherry-pick a certain stat.

Page 191

1        **Q.  So are you suggesting that my question is**
2    **cherry-picking?**
3        A.  You seem to be fixated on one part of the
4    chart versus the total part of the chart.
5        **Q.  No, I'm not.  I was happy to hear your**
6    **response.  But I don't --**
7        A.  Okay.
8        **Q.  Yeah.  I don't think you answered my**
9    **question, though.  I was asking you a question and**
10   **you chose apparently to provide me a response that**
11   **wasn't responsive to my question.**
12       MR. KRAMER:  Well, I think it was
13   responsive.  But the record is what the record is.
14       You asked him about a data point, and he
15   told you how he read the information.  You can ask
16   him a follow-up.
17   BY MR. WILLIAMS:
18       **Q.  My question was, with respect to China,**
19   **each day of week four except for Wednesday was down,**
20   **right?**
21       MR. KRAMER:  Objection to form.
22   BY MR. WILLIAMS:
23       **Q.  If you look at China in isolation.**
24       MR. KRAMER:  Objection to form.
25       THE WITNESS:  Looking at China in

Page 192

1    isolation, week one, two and three were all plus, a
2    very wide range, from six to 98.  So there's
3    probably something to be learned there.
4        And then week four was down 19, and you can
5    see that the -- what drove the negative 19 was what
6    happened on Friday and Saturday of that week, which
7    compares, as I read the chart, a consumer product to
8    an early adopter pro product.
9    BY MR. WILLIAMS:
10       **Q.  And thanks for explaining that, because I**
11   **was going to ask you about the week -- I mean,**
12   **Friday and Saturday, the date of the XR launch and**
13   **the following day.**
14       **And what you're saying is that those two**
15   **days drove the overall sort of 19 percent week four**
16   **figure, at least in this chart?**
17       MR. KRAMER:  Objection to form.
18   BY MR. WILLIAMS:
19       **Q.  Is that fair?**
20       A.  Mathematically they appear to me to be the
21   driver of not only the China number, but in fact if
22   you look at the other geos that are highly similar,
23   they would have driven the other geos as well to a
24   negative number.
25       **Q.  Great.  Can you turn to Bates ending 260,**

Page 193

1 please. And on 260 the title of that page is the
2 "China Competitive Landscape," right?
3     A. Yes.
4     Q. And it just appears to depict the
5 comparison, the price comparison between the newly
6 released iPhones and newly released Huawei phones.
7        Is that fair?
8     A. I can't tell from this chart whether the
9 Huawei phones were newly released.
10     Q. Oh, I thought that we had -- your testimony
11 earlier was in part that some people were waiting to
12 look at the new Huawei phones and all the
13 competitive phones before deciding to purchase XR?
14     A. I said that that's what a -- that was the
15 feedback that we had gotten from China and Malaysia
16 and resellers.
17     Q. Got it.
18     A. According to our team. But what I don't
19 know is, I don't know which of these Huawei phones,
20 all of them, none of them, some of them, were new
21 versus existing.
22     Q. Got it.
23     A. The launch date of the Huawei phones is not
24 on the chart.
25     Q. Understood. But apparently your team

Page 194

1 thought that these were the phones that were the
2 competitive phones in China at the time?
3     A. I assume they were the phones that were in
4 the market at that time.
5        If you recall on the e-mail that we had
6 looked at from, I think it was dated October 26, you
7 can go back and verify that, we were told that it
8 would be several days or the following week, or
9 something like that, that the new Huawei phones
10 would be in the market. I think it was both Huawei
11 and Xiaomi, if I remember correctly.
12     Q. Yeah, I thought they were the same date,
13 but we can verify that.
14        MR. WILLIAMS: Kenny, can you bring up 38,
15 please. 38 will be Cook Number 17.
16        (Whereupon, Exhibit 17 was marked for
17        identification)
18        MR. WILLIAMS: And the Bates number is
19 APL-SECLIT_00199608 through 614.
20        For the record, we're at 17, right?
21        MR. KRAMER: That's what I have, Shawn, 17.
22 BY MR. WILLIAMS:
23     Q. 17 is an e-mail from Mark Anderson to Kevan
24 Parekh, Andy Allen, Ed Tharp, Chris Collins, Mike
25 Fenger, Doug Beck, Dennis Burke, Nick Moyer,

Page 195

1 Kendall, I'm sorry, Thor Kendall, entitled "Sunday
2 Tim Meeting Notes." And it's dated Sunday,
3 October 28, 2018.
4        And you'll note, Mr. Cook, that I think the
5 last three pages of the document are a repeat of the
6 first three pages.
7     A. Okay. I've looked at it.
8     Q. I just want to direct your attention to --
9 well, withdrawn.
10        Who is Mark Anderson?
11     A. Mark in the finance organization and
12 reports up through -- or in this time period I
13 believe reported up through, probably not directly,
14 but in the same reporting line as Kevan.
15     Q. And is this e-mail apparently summarizing
16 plans and comments from the meeting you had with
17 certain members of your executive team on
18 October 28th?
19        MR. KRAMER: Objection to form.
20 BY MR. WILLIAMS:
21     Q. Is that fair?
22     A. The way that I read it is it's a set of
23 actions and questions that came out of the 1:00
24 call.
25     Q. And some of them are questions or comment

Page 196

1 from you, right?
2        MR. KRAMER: Objection to form.
3        THE WITNESS: They appear to be.
4 BY MR. WILLIAMS:
5     Q. Right. Because Bates ending 609 in the
6 middle looks like Mark Anderson writes, "Key
7 questions/comments from Tim," right?
8     A. I see something that says "Additional
9 Actions from Tim," and then I see also a section
10 called "Key questions/comments from Tim."
11     Q. Right. And "Tim" is you, right?
12     A. Yes.
13     Q. And so on the last page, page Bates ending
14 610, he adds a typed, what he refers to as the China
15 Tear Sheet, right?
16     A. Yes, it's underneath the Japan Tear Sheet.
17     Q. Correct. He writes, "In China, we are
18 worried about the new Mate devices coming in at
19 5,000-6,000 RMB compared to iPhone which is more in
20 the 6,000-plus RMB range (sic.)."
21        Do you see that?
22        MR. KRAMER: Objection. It says, "price
23 points."
24        THE WITNESS: Yes, I see that.
25 ///

Page 197

1 BY MR. WILLIAMS:

2      Q.  "The devices are well spec'd in China but
3 the team is pulling together a more comprehensive
4 summary we will share with you."

5      Is it true that you were worried about the
6 new Huawei Mate devices coming out of China priced
7 lower than the iPhone?

8      MR. KRAMER:  Objection to form.

9      THE WITNESS:  The note doesn't say "I'm"
10 worried about it.  It says "we're" worried about the
11 new Mate devices.  So I assume that's talking about
12 some portion of the China team.

13 BY MR. WILLIAMS:

14     Q.  Were you not worried about it?

15     A.  I don't -- I don't recall Huawei being a
16 key thing on my mind at that point in time.

17     MR. WILLIAMS:  And, Kenny, can I 40,
18 please.  40, which is Cook Number 18, is an
19 October 28 e-mail from Tim Cook to Joswiak, Tor
20 Myhren and Phil Schiller.

21     THE WITNESS:  Okay.  I've got it.

22     (Whereupon, Exhibit 18 was marked for
23        identification)

24 BY MR. WILLIAMS:

25     Q.  And that e-mail you see is from you to

Page 198

1 those folks and you write to them, "We need to find
2 time tomorrow to discuss early results on iPhone XR
3 and actions we can take to improve overall sales."

4      Do you see that?

5      A.  I do see it.

6      Q.  This is before or after your Sunday
7 meeting?  Looks like it was the same day.

8      A.  It appears to me it was sent afterwards.
9 And if you look at who it's sent to, it's sent to
10 Greg Joswiak, to Tor Myhren, to Phil Schiller.  So
11 it's sent to our marketing team.

12     And so I'm talking about things like
13 advertising, because if you noticed in a different
14 e-mail that we skipped by, we had not advertised
15 nearly as much on XR as we had on XS and XS Max.

16     And so we're looking at the levers to
17 increase the demand.  And, you know, one of those is
18 marketing in terms of advertising.  One of those is
19 PR, product reviews, the merchandising, all of the
20 things that your marketing organization would market
21 on.

22     Q.  And that's fine.  And some of those things
23 that Mike Fenger was referencing in his e-mail, too,
24 correct?  Where he ended by saying that it gives us
25 an opportunity to pull a rabbit out of the hat?

Page 199

1      MR. KRAMER:  Objection as to form.

2      THE WITNESS:  Mike was focused on more of
3 the sales actions.  And so this is a parallel track
4 now to focus on the marketing actions that could
5 improve the sales.  So it's two things, one focused
6 on the selling side and one focused on the marketing
7 side.

8 BY MR. WILLIAMS:

9      Q.  That's fine.  And on the selling side, just
10 going back to Mr. Fenger's comment, because I think
11 you emphasized that when he made the comment that,
12 you know, it gives us another opportunity to, you
13 know, pull a rabbit out of the hat, that it wasn't
14 the first time that that team had been able to do
15 that, right, or something --

16     MR. KRAMER:  Objection to form.

17     THE WITNESS:  Yeah.  I mean, his note said
18 it's not the first time we've done this.  We can do
19 this again, or something to that nature.  I'd have
20 to look back to get the exact way that he worded it.

21 BY MR. WILLIAMS:

22     Q.  Right.  But you wouldn't -- you would agree
23 with me, wouldn't you, that it would be reckless to
24 communicate anything to investors that was based on
25 pulling a rabbit out of a hat, right?

Page 200

1      MR. KRAMER:  Objection to form.

2      THE WITNESS:  I think you're dealing with
3 an expression somebody is using.  Pulling a rabbit
4 out of a hat is an impossibility, I suppose.  And so
5 if you've done something before, it's probably not
6 an impossibility.

7      I think what you're seeing in all of this
8 is early indications that XR isn't performing like
9 we thought, and then the whole of the organization
10 getting together based on limited data and putting
11 their efforts in improving the results.

12     And you see that on the selling side.  You
13 see that on the marketing side.  You see people
14 working through the weekend diligently.  All while
15 dealing with limited information and, you know,
16 day's of sales for a product that we knew was not an
17 early adopter product.  But this is all in reaction
18 to the forecast being moved from 96.5 down to 93.

19     MR. WILLIAMS:  Can you -- Kenny, can you
20 give me 41.

21     MR. KRAMER:  While he's pulling that up,
22 Lorenzo, can we just get a time check from when the
23 last time check was?  I thought Mr. Williams wanted
24 to take a break at some point.

25     APTUS VIDEO TECHNICIAN:  We've done

Timothy D. Cook                 Highly Confidential        In re Apple Inc. Securities Litigation vs.

---

Page 201

1  33 minutes of this session.

2       MR. WILLIAMS:  So what's remaining?

3       MR. KRAMER:  So that means we've gone five

4  hours and 54 minutes; is that correct, Lorenzo?

5       So we've got an hour and six minutes to go.

6       MR. WILLIAMS:  Okay.  So we'll get through

7  this document and then we'll take a break.

8       MR. KRAMER:  Okay.

9       MR. WILLIAMS:  Cook Number 19 Bates

10  numbered APL-SECLIT_00499582 through 9584.

11       (Whereupon, Exhibit 19 was marked for

12       identification)

13  BY MR. WILLIAMS:

14      **Q.  I'll just ask you to take a look at it and**

15  **let me know when you're done.**

16      A.  Okay.

17      **Q.  And so Cook 19 is an e-mail from Anna**

18  **Matthiasson to Donal Conroy and Deepak Govil,**

19  **correct?**

20      A.  Yes.  It's not one I'm a copy of.

21      **Q.  You're not a copy on it.  It appears to**

22  **communicate that the -- certain partners in China**

23  **were requesting that Apple not ship any additional**

24  **iPhone XR, right?**

25       MR. KRAMER:  Objection to form.

---

Page 202

1       THE WITNESS:  What I think it says is if

2  you take China Mobile, it says that we had a ship

3  plan of 241, and we have overshipped them at 254.

4  BY MR. WILLIAMS:

5      **Q.  You're looking at Section 2 on the first**

6  **page, right?**

7      A.  That's correct.

8      **Q.  And when you ship you recognize revenue on**

9  **those shipments, correct?**

10       MR. KRAMER:  Objection to form.

11       THE WITNESS:  When we ship a product, we

12  recognize revenue in the vast majority of cases.

13  BY MR. WILLIAMS:

14      **Q.  Right.  And so when you over ship, you're**

15  **recognizing revenue on phones that are currently not**

16  **requested by the partner or reseller, correct?**

17       MR. KRAMER:  Objection to form.

18       THE WITNESS:  Well, there would have had to

19  have been a purchase order to ship on.  It's just

20  shipping before the due day.

21  BY MR. WILLIAMS:

22      **Q.  Is it not true that in circumstances like**

23  **this the team members try to get resellers to take**

24  **more product than they actually want?**

25       MR. KRAMER:  Objection to form.

---

Page 203

1       THE WITNESS:  What we try to do is to ship

2  the proper number of weeks of supply.  And

3  there's --

4  BY MR. WILLIAMS:

5      **Q.  So --**

6       MR. KRAMER:  Go ahead, Mr. Cook.  Finish.

7       THE WITNESS:  There's always a discussion

8  about what the -- what a week of supply is.

9       Sometimes the partner believes a week of

10  supply is much more than we think the demand is.

11  Sometimes it's the other way around.

12       And so it's a bit of a negotiation back and

13  forth.

14  BY MR. WILLIAMS:

15      **Q.  So would it surprise you to learn that some**

16  **members of your team, recognizing the dire**

17  **circumstances associated with demand for the XR,**

18  **sought to increase shipments to partners that didn't**

19  **want more XR?**

20       MR. KRAMER:  Objection to form.

21       THE WITNESS:  I don't read this in that way

22  at all.

23  BY MR. WILLIAMS:

24      **Q.  I understand.  That wasn't my question.**

25  **I'm asking you if it would surprise you to**

---

Page 204

1  **learn that some team members sought to have partners**

2  **take more XR than they wanted or needed?**

3       MR. KRAMER:  Objection to form.

4       THE WITNESS:  The question would be how

5  many do they need, and there's always a discussion

6  about how many that is.  And so I think that what we

7  do is try to ship in the proper number.  We're very

8  tight on inventory management.

9  BY MR. WILLIAMS:

10      **Q.  I understand that, Mr. Cook.  And I would**

11  **really just like you to answer my question, which is**

12  **if it would surprise you to learn that some of your**

13  **team members sought to have partners or resellers**

14  **take on more XR than they wanted or needed?**

15       MR. KRAMER:  Objection to form.

16       THE WITNESS:  Again, what I've said is

17  there might have been a difference of opinion about

18  how much they needed.

19  BY MR. WILLIAMS:

20      **Q.  All right.  So on 582, it says halfway down**

21  **the page, "China Mobile sent the second escalation**

22  **this morning to request stop shipment as we shipped**

23  **254,000 versus week five 241,000 ship plan."**

24      **Do you see that?**

25      A.  Yes, I see it.

---

Page 205

1    Q. And "Partner told us due to softer demand
2 and the decline in market price, they are not able
3 to further replenish to T2 partners."
4       Do you see that?
5       MR. KRAMER: Objection to form.
6       THE WITNESS: Yes, I see that.
7 BY MR. WILLIAMS:
8    Q. So it was clear to your team that at least
9 China Mobile had communicated that demand for the XR
10 was softer than expected, right?
11      MR. KRAMER: Objection to form.
12      THE WITNESS: It was clear that there was a
13 softer demand than expected on XR across the world.
14 BY MR. WILLIAMS:
15   Q. Okay.
16   A. If you remember the charts, it looks very
17 similar in other geographies.
18   Q. Right. But I was asking about China right
19 now.
20      And so on the same page, it indicates
21 "China Unicom sent an escalation on Friday stating
22 that we have shipped 171,000 versus 127,000 ship
23 plan and they already had challenge to replenish
24 55,000 XR DC inventory into T2."
25      Do you see that?

Page 206

1    A. I do see it.
2    Q. And they add -- Anna Matthiasson added
3 "China Unicom also mentioned if we continue to ship,
4 they will consider not accepting shipment or hold
5 future payment."
6       Do you see that?
7    A. I see it.
8       MR. KRAMER: Objection to form.
9 BY MR. WILLIAMS:
10   Q. And just below that China Telecom reported
11 to Apple that, "Currently Partner may have 79K mBS.
12 After launch weekend, China Telecom told us they
13 need to observe demand trend for another two weeks
14 before increasing mBS."
15      Do you see that?
16   A. I see it.
17   Q. And it's true, isn't it, that by Sunday,
18 October 28th, your supply team was in -- was
19 discussing cutting the production plan for iPhone
20 XR, right?
21      MR. KRAMER: Objection to form.
22      THE WITNESS: As we have already talked,
23 the forecast had changed on the -- on -- I believe
24 on that Friday, Thursday or Friday.  Friday, I
25 guess.  And so after the forecast change, there's a

Page 207

1 number of different things that occur, including a
2 reassessment of the manufacturing plan.
3 BY MR. WILLIAMS:
4    Q. Right.  So it's true, isn't it, that by the
5 28th your supply chain management team was already
6 discussing cutting the MPS plans for the iPhone XR?
7    A. I can't see that from this e-mail.  But I
8 would guess that they were because we cut the
9 forecast.  And if you cut the forecast you would
10 clearly align the MPS.
11      The MPS would always be more than the
12 forecast because we would want to be able to protect
13 the high side of the case.  But it would result in a
14 decrease, clearly.
15      MR. WILLIAMS: So let's take a break and
16 come back in ten.
17      MR. KRAMER: Ten minutes.
18      MR. WILLIAMS: Yeah.
19      APTUS VIDEO TECHNICIAN: The time is 3:25.
20 We're going off the record.
21      (Recess taken)
22      APTUS VIDEO TECHNICIAN: The time is 3:44.
23 We're back on the record.
24      MR. KRAMER: Okay.  And as I understand it,
25 we have -- we've got six hours and 11 minutes on the

Page 208

1 record, which means we have 49 minutes remaining; is
2 that correct, Mr. Videographer?
3      APTUS VIDEO TECHNICIAN: Yes.  Correct.
4      MR. KRAMER: Okay.
5      MR. WILLIAMS: Can you give me 55?  Thanks.
6      This is Cook 20.  It is Bates number
7 APL-SECLIT_0047913.
8      (Whereupon, Exhibit 20 was marked for
9      identification)
10 BY MR. WILLIAMS:
11   Q. Let me know when you've had a chance to
12 look at it.
13   A. Yes, I've looked at it.
14   Q. The e-mail dated October 31st, 2018, from
15 Kaiann Drance to yeewee@apple, Angie Wong, and Kevan
16 Parekh.  And the subject line is "China feedback,"
17 right?
18   A. Yes.
19   Q. And Kaiann writes to YeeWee and Angie, "Do
20 you guys have any feedback on how the launch is
21 going?  We are looking at ways to help with
22 performance via fast marketing actions.  We saw
23 unbrickings from China again and are very
24 concerned."
25      Do you see that?

Page 209

1    A.   Yes.

2    **Q.   And so you would agree that your teams**
3    **were -- had some of the same concerns that you did**
4    **about China, right?**

5        MR. KRAMER:  Objection as to form.

6        THE WITNESS:  My concerns here were on the
7    total revenue falling from 96.5 to 93, as we had
8    talked about.

9        So I was concerned that the total portfolio
10   wasn't rolling up to where our objectives are.

11   BY MR. WILLIAMS:

12   **Q.   You knew -- sorry.  Go ahead.**

13   A.   And if you look at it, which I think we
14   looked at together, that XR was below expectation
15   kind of in every geo.  And so that's the way that I
16   look at it.

17   **Q.   You knew that investors were concerned**
18   **about both the performance of the new iPhones and**
19   **the performance in China, though, right?**

20       MR. KRAMER:  Objection as to form.

21       THE WITNESS:  Certainly in the second half
22   of -- my recollection is in the second half of
23   calendar 2018, the Chinese economy was under
24   pressure.  But we had obviously bucked that trend in
25   the fiscal Q4 by growing 16 percent.

Page 210

1        And so despite the economy not doing as
2    well and not growing the way that most people wanted
3    to see the Chinese economy growing, we had done
4    well.

5        So you have to really separate market from
6    how Apple is doing within the market.

7    BY MR. WILLIAMS:

8    **Q.   What I was talking about was investors.**
9    **You knew leading into the November 1st earnings**
10   **announcement that the investment community was**
11   **interested in and concerned about economic**
12   **conditions in China and whether that was affecting**
13   **Apple and the performance of the new iPhones and**
14   **specifically the XR, right?**

15       MR. KRAMER:  Objection as to form.

16       THE WITNESS:  There's a lot there to unpack
17   in there.

18       I don't recall what I knew about what
19   investors thought about China.  But sitting here
20   today, it seems likely that if the Chinese economy
21   is under pressure, then at least in the second half
22   of calendar 2018, as my memory recalls, that they
23   were probably concerned how we were going to do in
24   Q4.

25       And so when we grew by 16 percent, we sort

Page 211

1    of proved that we could buck the trend, if you will.

2    BY MR. WILLIAMS:

3    **Q.   You testified earlier that at times you do**
4    **get a preview of what the analysts may be interested**
5    **in in any particular earnings announcement, right?**

6    A.   What we try to do is, you know, try to put
7    ourselves in their shoes and try to come up with
8    questions that we think they are going to ask so
9    that we're prepared.

10       And so you can do that by, you know, having
11   somebody from the investor relations area look at
12   the analysts' reports.  You can do that just by a
13   feel for what is in the -- what's in the popular
14   press or what's going on in the company at that
15   particular point in time.

16   **Q.   So you know -- withdrawn.**

17       **You've heard of Wamsi Mohan?**

18   A.   Yes.

19   **Q.   And you've talked to him before?**

20   A.   I don't think I've ever had a dialogue with
21   him outside of the earnings call.  But on an
22   earnings call, he will ask questions sometimes of
23   me, sometimes of Luca, and he -- and he's a regular
24   on those earnings calls dating back some time.

25   **Q.   So I'm going to read to you an e-mail of --**

Page 212

1    **from Luca Maestri to you, and he's forwarding an**
2    **e-mail from Nancy Paxton on November 1st, 2018,**
3    **describing, quote, the potential questions by**
4    **analysts, and that would be on the November 1st,**
5    **2018, conference call.**

6        **And she writes to Luca, "Here's the list of**
7    **analysts we are likely to hear from on the call in**
8    **the order we discussed with some predictions of**
9    **questions based on their recent reports.  Tony S and**
10   **Rod H are added at the bottom as you will have**
11   **call-backs with them."**

12       **Does that sound familiar to you?**

13       MR. KRAMER:  Objection to form.  Are you
14   going to mark a document?

15   BY MR. WILLIAMS:

16   **Q.   Does that sound familiar to you, sir?**

17   A.   Could I see the document?

18   **Q.   Well, I think I want to just work through**
19   **it.  I'm asking you if it sounds familiar.  If it**
20   **doesn't, then you can say it doesn't.**

21   A.   I don't remember any such e-mail.

22   **Q.   Okay.**

23   A.   But if you'll allow me to look at it, I'd
24   be glad to comment on it.

25   **Q.   But I'll make sure that you can -- you'll**

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 227 of 718

Highly Confidential        In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 213

1  have the Bates number of the document so that you
2  can look at it when we're done.
3        So, the e-mail provides a summary of what
4  Mr. Wamsi intends to ask or what to expect from him.
5        And so Luca -- Nancy writes, "Wamsi Mohan
6  recently cut estimates and price objective on
7  concerns of broader China deceleration and FX
8  headwinds that could cause or can cause some unit
9  shortfall but believes ASPs can still carry the
10  day."
11        Do you have a recollection of being told
12  about what to expect from Wamsi Mohan?
13        MR. KRAMER: Objection as to form. Can I
14  have a running objection to this document?
15        I don't think it's proper for you to not
16  share the document with him. So can I have a
17  running objection? Is that yes?
18        MR. WILLIAMS: Yes.
19        MR. KRAMER: Thank you. Go ahead,
20  Mr. Cook.
21        THE WITNESS: No, I don't remember
22  receiving the e-mail, as I had mentioned. And I
23  don't know that I did because you won't show it to
24  me.
25  ///

Page 214

1  BY MR. WILLIAMS:
2        Q. Okay. So do you recall Nancy writing to
3  you that "There's a broader concern about the
4  economic situation in China. How is your business
5  performing there?"
6        That was her prediction of what Wamsi would
7  ask you.
8        Do you have a recollection of that?
9        A. I do not.
10        Q. Do you know Shannon Cross?
11        A. Shannon Cross is an analyst that has
12  covered Apple for, you know, quite some time.
13        Q. Right. And on the same day, do you
14  remember Nancy Paxton writing to you about the
15  expectations of what to hear or what to expect from
16  Ms. Cross on the conference call?
17        A. I don't recall.
18        Q. Well, she writes, "Watching smartphone
19  demand in China and weakness in Chinese gaming, but
20  believed broad iPhone lineup recurring services
21  portfolio, new iMac -- new Mac and iPad launches and
22  share repurchases position at Apple to meet or
23  exceed expectations."
24        Do you remember being told or that's
25  what to expect from Shannon Cross?

Page 215

1        A. No, I don't.
2        Q. Do you know Mike Olson at Piper Jaffray?
3        A. Could you repeat the name.
4        Q. Mike Olson at Piper Jaffray.
5        A. Olson. It doesn't ring a bell with me.
6        Q. Well, Nancy Paxton wrote to you that "Mike
7  Olson believes replacement rates have been hampered
8  by price points of the Xs, but now people have more
9  choice. Teen purchase intentions very high for
10  iPhone and Watch."
11        Do you have a recollection of her
12  indicating to you that that's what you might hear
13  from Mike Olson?
14        A. No.
15        Q. She also writes about Mike -- what to
16  expect from Mike Olson, "How are sales of iPhone XR
17  going? What is the current mix of XR versus XS,"
18  I'm sorry, "XR and XS and XS Max? Do you believe
19  that iPhone XR will help shorten the replacement
20  cycle? Do you have any early read on who is buying
21  your latest phones?"
22        Do you have a recollection of being told
23  that Mike Olson was interested in hearing about
24  those issues?
25        A. No.

Page 216

1        Q. Do you know Katy Huberty?
2        A. Yes. Katy is an analyst at Morgan Stanley
3  and has also been covering Apple for some period of
4  time.
5        Q. Do you recall Nancy Paxton writing to you
6  with respect to what to expect from Katy Huberty?
7        A. I do not.
8        Q. Well, she wrote in part that Katy Huberty
9  might ask, "What can you tell us about demand for
10  iPhone XS, XS Max and XR at this point? And does
11  your revenue guidance imply weak demand for iPhone
12  XR?"
13        Do you have a recollection of being told
14  what Katy Huberty might ask during the conference
15  call?
16        A. I do not.
17        Q. Do you know Jim Suva?
18        A. I'm sorry. There was a noise between
19  there.
20        Q. Do you know Jim Suva at Citi?
21        A. From the conference calls. But I'm not
22  acquainted with him, if that's what you're asking.
23        Q. So do you recall Nancy Paxton writing you and
24  telling you what to expect from Jim Suva during the
25  conference call?

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 228 of 718
Highly Confidential        In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 217

1    A. I do not.

2    Q. She wrote to you that, with respect to Jim

3 Suva, "Cautious on China due to lackluster

4 smartphone market.  How weak is smartphone market

5 impacting" -- withdrawn.

6        "How is the weak smartphone market

7 impacting your China business?"

8        Do you have a recollection of Nancy Paxton

9 telling you that you could expect those types of

10 questions from Jim Suva?

11   A. I do not.

12   Q. Do you know Tim Arcuri, Arcuri?

13   A. Arcuri, I don't believe so.

14   Q. Do you believe him to be an analyst at UBS?

15   A. It's not a name I recognize.

16   Q. Do you recall being told by Nancy Paxton

17 that you could expect the following issue to be

18 raised by Tim Arcuri, which is, "What can you tell

19 us about your demand outlook for the new iPhones

20 given global macro environment and tariff risk?"

21       Do you recall Nancy Paxton telling you

22 that --

23   A. I do not.

24   Q. -- what to expect from Tim Arcuri?

25   A. I do not.

Page 218

1    Q. How about, do you know Rod Hall at Goldman

2 Sachs?

3    A. I haven't met him, but I know that he's an

4 analyst at Goldman Sachs.

5    Q. Okay.  Do you recall Nancy Paxton

6 indicating to you that Rod Hall might ask "What is

7 happening to your smartphone market share in China?"

8    A. I don't.

9    Q. And accepting what I've referenced for you,

10 is it fair to say that the analysts that at least

11 your team was looking at or thinking could ask

12 questions were interested in the company's business

13 in China, particularly with respect to iPhone?

14       MR. KRAMER:  Objection as to form.

15       THE WITNESS:  I wouldn't want to testify to

16 what the analysts had in their mind.  I would much

17 prefer to look at the earnings transcript and look

18 through the questions at what was asked.

19       And so that's probably a better proxy for

20 what was on their mind versus what we thought would

21 be asked.

22 BY MR. WILLIAMS:

23   Q. Well, if they asked what you thought they

24 would ask, then would you agree with me that the

25 analysts were interested in the company's

Page 219

1 performance in China in light of the economic

2 situation there and the tariff threat?

3        MR. KRAMER:  Objection to form.  Could we

4 have that one read back, please.  I think I lost it.

5        (Record read by the reporter as follows:

6        "Q. Well, if they asked what you thought

7        they would ask, then would you agree with

8        me that the analysts were interested in the

9        company's performance in China in light of

10        the economic situation there and the tariff

11        threat?")

12       MR. KRAMER:  Objection as to form.

13 Mr. Cook, you can answer if you understand.

14       THE WITNESS:  I am not even sure I

15 understand the question.

16        Could you rephrase it?

17 BY MR. WILLIAMS:

18   Q. Sure.  Ms. Paxton, and her team,

19 anticipated what the analysts might ask, right?

20       MR. KRAMER:  Objection to form.  You didn't

21 show him the document.  And he says he doesn't

22 remember any of that.  So objection to form.

23       MR. WILLIAMS:  You've made your objection,

24 Jim.  We've heard you.

25       THE WITNESS:  I haven't seen the document,

Page 220

1 and I don't recall the note or e-mail, whatever it

2 is that you're referencing.

3 BY MR. WILLIAMS:

4    Q. Okay.  On -- well, withdrawn.

5        MR. WILLIAMS:  Can I -- Kenny, can you give

6 me number 62, please.

7        62 is Bates number APL-SECLIT_00504045 I'm

8 sorry, APL-SECLIT_00504044 through 045.

9        (Whereupon, Exhibit 21 was marked for

10        identification)

11 BY MR. WILLIAMS:

12   Q. Take a look at it and let me know when

13 you've had a chance to do so.

14   A. Okay.  I've been through it.

15   Q. It's a November -- I'm sorry, Cook Number

16 21, and it's a note to the Board of Directors from

17 you on November 1st, 2018, correct?

18   A. Yes.  With a copy to Kate and to Luca.

19   Q. Right.  And that is a -- and you informed

20 them that the outlook was going to be disappointing

21 to investors, correct?

22       MR. KRAMER:  Objection to form.

23       THE WITNESS:  I think the note had several

24 communications in it.

25 ///

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 229 of 718

Highly Confidential         In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 221

1  BY MR. WILLIAMS:
2      Q.  Yes, it did.  But I'm asking about a
3  couple -- Mr. Cook, let me ask my question and then
4  you can provide the answer.
5      So you warned the board that the outlook
6  for Q1 would disappoint, you know, analysts and
7  investors, right?
8      MR. KRAMER:  Objection to form.
9      THE WITNESS:  That was one of the
10  communications in the note.
11  BY MR. WILLIAMS:
12      Q.  Right.  And that they should expect the
13  stock price to decline, right?
14      A.  That was another communication in the note.
15      Q.  And you also told the board that the XR
16  started selling last Friday but sales were, in your
17  words, muted, correct?
18      A.  Yes, I said they were muted despite the
19  most positive product reviews we've had in years.
20      Q.  Right.  And --
21      A.  And I went on to describe that it is an
22  early adopter product, like the high end of the
23  line, so we didn't have a normal launch curve.
24      Q.  Right.  And you told the board that you had
25  no historical experience projecting demand for such

Page 222

1  a product, right?
2      A.  What I mean by that is the sequence, as you
3  and I have talked about before, that we launched
4  these was something new to us.  We were launching
5  the pro product in Q4, and then we had a delayed
6  launch for the consumer product in Q1.  We had not
7  done that previously.
8      Q.  Right.  And so you had no historical
9  experience to project the demand curve for that type
10  of product, is what you said, what you wrote, right?
11      A.  Yeah.  I was just trying to give you some
12  context in terms of what it meant.
13      Q.  Oh, I understand.  Thank you.
14      And that was -- this was just prior to the
15  earnings call on that day?
16      A.  The timing of the note would indicate, yes.
17      Q.  And during the earnings call, you were
18  asked about conditions and sales in China, right?
19      MR. KRAMER:  Objection to form.
20      THE WITNESS:  Could you point me to a
21  document?
22  BY MR. WILLIAMS:
23      Q.  If you don't recall, you can say you don't
24  recall.
25      But you were asked about China, about sales

Page 223

1  in China, conditions in China, right?
2      MR. KRAMER:  Objection to form.
3      THE WITNESS:  I remember being asked about
4  China in Q4.
5  BY MR. WILLIAMS:
6      Q.  Okay.  And you were asked about what you --
7  what the current demand was for the iPhone XR,
8  right?
9      MR. KRAMER:  Objection to form.
10      THE WITNESS:  I don't remember that.  Could
11  you point me to a document?
12  BY MR. WILLIAMS:
13      Q.  If you don't remember, that's fine.
14      You didn't mention during the earnings call
15  that iPhone, the iPhone XR had a muted launch
16  weekend, did you?
17      A.  You'd have to let me read the transcript so
18  I can refresh my memory of what I said.
19      But what we -- the guidance we gave clearly
20  indicates that the business was not performing at
21  the level that we hoped it would.
22      Q.  You didn't mention that your partners and
23  resellers in China had asked Apple to stop shipping
24  the XR, did you?
25      MR. KRAMER:  Objection to form.

Page 224

1      THE WITNESS:  We don't provide guidance at
2  the partner level or the product level.  We provided
3  guidance at the company level.  And our overall
4  guidance disappointed the market, as we knew it
5  would going into the call.
6  BY MR. WILLIAMS:
7      Q.  Right.  But I'm asking you -- I'm not
8  asking you what guidance you gave.
9      I'm just asking you whether or not during
10  the call you mentioned that your partners in China
11  had told you to stop shipping the XR?
12      MR. KRAMER:  Objection to form.
13  BY MR. WILLIAMS:
14      Q.  You didn't mention that, did you?
15      MR. KRAMER:  Objection to form.
16      THE WITNESS:  I don't recall mentioning
17  that, but I'd love to read the transcript.
18  BY MR. WILLIAMS:
19      Q.  Okay.  And during that call, you didn't
20  mention that your team had already begun to reduce
21  production plans for the XR, did you?
22      MR. KRAMER:  Objection to form.
23      THE WITNESS:  What we did was reduce our
24  forecast and our guidance because of all that we
25  knew in those first few days of selling of the XR.

Page 225

1 BY MR. WILLIAMS:

2      Q.  Right.

3      A.  So we lowered the forecast substantially
4 because of that to incorporate everything that we
5 knew prior to the call.

6      Q.  But what I'm asking is I think a simple
7 question.

8          You did not during that call state that
9 your team had already begun to cancel production
10 plans for the XR?

11          MR. KRAMER:  Objection to form.

12          THE WITNESS:  We announced in the call our
13 guidance.  Our guidance is at the company level.  We
14 don't guide to products.

15 BY MR. WILLIAMS:

16      Q.  And you all had, in fact, begun to cancel
17 production plans because of soft demand,
18 particularly in China, right?

19          MR. KRAMER:  Objection to form.
20          Go ahead, Mr. Cook.

21          THE WITNESS:  We cut the forecast, as we
22 had talked about before.  And when you cut the
23 forecast, generally speaking you also cut the MPS.
24 And the MPS --

25          MR. KRAMER:  Go ahead.  Finish, Mr. Cook.

Page 226

1          THE WITNESS:  The MPS represents the orders
2 on suppliers.  And so there's a -- it's a, you know,
3 two always follows one.

4 BY MR. WILLIAMS:

5      Q.  And during that call, you didn't mention
6 that the traffic trends that you were seeing in
7 China were negative, did you?

8          MR. KRAMER:  Objection to form.

9          THE WITNESS:  As we talked about, the
10 traffic trends that were on that chart were a
11 problem in each geo.

12 BY MR. WILLIAMS:

13      Q.  Are you saying that the --

14      A.  They weren't unique to China.  And remember
15 that the traffic patterns were not really comparable
16 because they were comparing a consumer product in
17 2018 to a pro product in 2017.

18      Q.  Are you saying --

19      A.  So these were not comparable numbers.  It
20 would be a meaningless data point.

21      Q.  So then it's true that you did not mention
22 that traffic trends that you had begun to see in
23 China were negative?

24          MR. KRAMER:  Objection to form.

25          THE WITNESS:  I'd have to look at the

Page 227

1 transcript to remind myself of what was said in the
2 call.

3 BY MR. WILLIAMS:

4      Q.  Right?

5      A.  If you'll point me to the transcript, I'd
6 be glad to read it and give you a response.

7      Q.  And you're not saying, are you, that the
8 one document that we looked at that referenced
9 traffic was the only information that you had
10 concerning traffic at your Chinese retail stores or
11 your Chinese partners, are you?

12          MR. KRAMER:  Objection as to form.

13          THE WITNESS:  If you could refresh my
14 memory with another document that have different
15 material than that one did, I'd be glad to answer
16 your question.

17 BY MR. WILLIAMS:

18      Q.  So are you saying that you can't answer my
19 question as it is asked?

20      A.  I'm saying that in -- during this
21 deposition you've presented to me one chart with
22 traffic across our retail footprint across the
23 world.  And on that chart it was clear that there
24 were traffic deltas across the board because we were
25 comparing a consumer product to a pro product.

Page 228

1      Q.  Okay.  And each of the factors that you
2 didn't mention during the call were known to you
3 on -- or known to you and the company as of
4 November 1st.  For example, that your Chinese
5 resellers or partners had asked you to stop shipping
6 the XR, right?

7          MR. KRAMER:  Objection to form.  What's the
8 question?

9 BY MR. WILLIAMS:

10      Q.  It was known to you, wasn't it, as of
11 November 1st, that your Chinese partners had asked
12 Apple to stop shipping the iPhone XR?

13          MR. KRAMER:  Objection as to form.

14          THE WITNESS:  As we had talked before on
15 that, you're trying to continue to twist it.

16          What -- according to the document that they
17 had done was, that we had slightly overshipped the
18 number of units that they had previously ordered for
19 that particular window of time.  And they said they
20 didn't want additional units beyond that.

21 BY MR. WILLIAMS:

22      Q.  And it was known to you and Apple that you
23 had begun to reduce or cancel production plans for
24 the iPhone XR as of November 1st, wasn't it?

25          MR. KRAMER:  Objection as to form.

Page 229

1    THE WITNESS:  As I've said probably many
2  times now, the forecast changed from 96.5 to 93.
3  When the forecast changed, obviously we would reduce
4  the manufacturing orders on suppliers as well.
5  BY MR. WILLIAMS:
6    Q.  When asked how what demand looks like for
7  the iPhone XR, do you think that it would not be
8  important to investors to communicate to them that
9  you knew that you had begun to cancel production
10  orders for XR?
11    MR. KRAMER:  Objection to form.
12    THE WITNESS:  When we do a conference call,
13  we talk about the results from the previous quarter
14  and then we give guidance on the -- or some sort of
15  color, if you will, on the results for the current
16  quarter.
17    We don't give an update on what's going on
18  between the end of the quarter, end of the previous
19  quarter and the conference call.  And we don't give
20  guidance at the product level generally speaking or
21  the geographic area generally speaking.
22    And so what we did do was we did the
23  material thing, which was the material thing was the
24  company we believed on November 1st would achieve a
25  revenue of 89 to 93.

Page 230

1    That was the relevant forward-looking
2  comment.  And that disappointed the investors, and
3  we knew it would going into the call, as you can see
4  from the e-mail in front of you.
5  BY MR. WILLIAMS:
6    Q.  It would have disappointed investors as
7  well had you told them that the experience in China
8  to date on the XR was weak demand such that Chinese
9  resellers were asking you to stop shipping the
10  phone, and that it was a main -- a key driver in the
11  weak Q1 outlook, wouldn't it?
12    MR. KRAMER:  Objection to form.
13    THE WITNESS:  I'm not sure there's a
14  question there.  It sounds like you're trying to
15  testify instead of ask a question.
16  BY MR. WILLIAMS:
17    Q.  I asked you a question.  It's a leading
18  question, though.
19    MR. KRAMER:  Well, maybe you can rephrase
20  it for Mr. Cook.
21    MR. WILLIAMS:  Can you read the question
22  back, please?
23    (Record read by the reporter as follows:
24    "Q. It would have disappointed investors
25    as well had you told them that the

Page 231

1  experience in China to date on the XR was
2  weak demand such that Chinese resellers
3  were asking you to stop shipping the phone,
4  and that it was a main -- a key driver in
5  the weak Q1 outlook, wouldn't it?")
6    MR. KRAMER:  I agree with Mr. Cook.  I
7  don't think it's a question.  I think it's you
8  testifying.
9    Maybe you can ask a question.
10  BY MR. WILLIAMS:
11    Q.  Don't you think that information would have
12  disappointed investors as well?
13    MR. KRAMER:  Objection to form.
14    THE WITNESS:  I think the investors knowing
15  all of the conference calls that took place before
16  that know that we put our best thoughts into our
17  guidance.
18    And so it's the guidance that people on the
19  forward-looking side are weighing in addition to how
20  we actually performed during the quarter.
21    And if you look at how we performed during
22  the quarter, despite the economic pressures in
23  China, we grew the business by 16 percent.
24    We were really proud of that, of doing
25  something very different than how the market was

Page 232

1  doing.
2  BY MR. WILLIAMS:
3    Q.  On November 5th of 2018, you recall, don't
4  you, that there was a report that indicated that
5  Apple had cancelled or reduced their production
6  plans for the iPhone XR, right?
7    A.  Could you show me a document?
8    Q.  If you don't remember, then it's fine.  You
9  can just say you don't remember.
10    A.  It's as I've testified.  With lowering the
11  forecast, one of the things that happens with a
12  lowered forecast is a lowering of the orders on
13  manufacturers.  And so one leads to the other.
14    And so it's not surprising that there was a
15  reduction in the number of units we would order from
16  suppliers because we no longer believed we could hit
17  96.5.
18    Q.  But you didn't tell investors that, though,
19  did you?
20    A.  We did tell investors what we thought we
21  could do, which was 89 to 93.
22    Q.  So are you saying that investors would just
23  sort of infer that you were cancelling orders for
24  the XR?
25    A.  I don't think --

Highly Confidential        In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

Page 233

1      MR. KRAMER:  Objection to form.

2      THE WITNESS:  I don't think investors, for

3  the most part, understand that an MPS is generally

4  set higher than what our guidance is set up.

5      And so because we never announced what the

6  MPS is, it's not something that has a -- it's not

7  something that people can link dots together on.

8      MR. KRAMER:  Hold on a second.  Lorenzo,

9  how much time do we have left on the record?

10     APTUS VIDEO TECHNICIAN:  We are at

11  40 minutes into the session.  So about nine minutes

12  left.

13     MR. KRAMER:  Nine minutes, okay.  So got

14  it.  4:33.  Okay.  Go ahead, Mr. Williams, sorry.

15  BY MR. WILLIAMS:

16     **Q.  When you were asked about what people could**

17  **take from your -- withdrawn.**

18     **When you were asked on the conference call**

19  **about demand or early demand for the XR, you told**

20  **investors that you didn't have much information, but**

21  **you had enough information to, as you testified, to**

22  **substantially reduce your outlook, didn't you?**

23     MR. KRAMER:  Objection to form.

24     THE WITNESS:  We had limited data because

25  the phone had only been on sale from the previous

Page 234

1  Friday the 26th.

2      And so we had a few data points on a phone

3  that we felt would not have an early adopter curve,

4  and we had a set of robust actions that were

5  undertaking to change the demand on the -- not only

6  the XR but across the product line.

7  BY MR. WILLIAMS:

8      **Q.  But the demand for the phone was weak, as**

9  **you've acknowledged today?**

10     MR. KRAMER:  Objection.

11     THE WITNESS:  Demand for the phone was

12  weaker than our expectation, and partly due to a mix

13  shift to other products.

14  BY MR. WILLIAMS:

15     **Q.  And at the time you had enough information**

16  **to instruct your team to take extraordinary action,**

17  **as we talked about, on October 27th and 28th?**

18     MR. KRAMER:  Objection to form.

19     Sorry.  Go ahead, Mr. Williams.

20     THE WITNESS:  I wouldn't call the actions

21  extraordinary.  They were actions to do with selling

22  more product and marketing the product better.

23  BY MR. WILLIAMS:

24     **Q.  You were shocked by the difference between**

25  **what you believed was the outlook prior to**

Page 235

1  October 26th and then what you had gotten from your

2  team on October 27th.  I mean, you called it

3  disastrous.

4      MR. KRAMER:  Objection to form.  What's the

5  question?

6  BY MR. WILLIAMS:

7      **Q.  Isn't that right?**

8      A.  I said that the move between 96.5 and 93

9  was a disaster.  I was trying to get action and

10  people moving to improve the results.  It's

11  something I do as CEO.

12     **Q.  And the reason for that was, as described**

13  **by Mr. Fenger, was the poor performance of the XR,**

14  **wasn't it?**

15     MR. KRAMER:  Objection to form.

16     THE WITNESS:  The overall product line

17  throughout iPhone and the other products, the Mac,

18  the AirPods, the iPad, the Watch, rolled up to a

19  number that we weren't happy with.  It was rolling

20  up to 93.  So we said we've got to do better.  Let's

21  figure out how to do better.

22     One of the ways we thought we could do

23  better is by sales actions and marketing actions on

24  the XR.  But there were other things as well, as you

25  and I have covered through the deposition.

Page 236

1  BY MR. WILLIAMS:

2      **Q.  And in January of 2019, you preannounce the**

3  **earnings for the quarter and you pointed to iPhone**

4  **sales in China, and traffic in China as the reason**

5  **for the shortfall, right?**

6      A.  Could you point me to the e-mail that I

7  wrote at that time or the document?

8      **Q.  I don't have that in front of me.  But if**

9  **you don't recall or if you think that I'm misstating**

10  **that, you can say so.**

11     A.  What I recall is that we said that the

12  shortfall was iPhone primarily in Greater China.

13     **Q.  Right.  And that you saw things like**

14  **traffic at your retail stores and at channel**

15  **partners decline during the quarter, right?**

16     MR. KRAMER:  Objection to form.

17     THE WITNESS:  I'd have to look at the

18  document to look at that.  And I would want to do

19  that because you have taken snippets on several

20  occasions that take things out of context.

21  BY MR. WILLIAMS:

22     **Q.  Well, you -- I'm not intending to do that,**

23  **sir.  You certainly have much more information than**

24  **I do.**

25     **But the -- what you said on January 2nd**

Timothy D. Cook      **Highly Confidential**      In re Apple Inc. Securities Litigation vs.

Page 237

1 indicated that one of the things that you saw in
2 China was declines in traffic and declines in
3 traffic at your partners in China.
4     MR. KRAMER:  Objection to form.
5 BY MR. WILLIAMS:
6     **Q.  Isn't that right?**
7     MR. KRAMER:  Objection to form.
8     THE WITNESS:  I'd have to look at the
9 document, as I testified to previously.
10     MR. WILLIAMS:  I'm going to take a quick
11 break right now.  I think I probably have about two
12 minutes left.  I want to just make sure that I'm --
13 that there aren't any things that -- there's nothing
14 else that I need to cover quickly.
15     MR. KRAMER:  Okay.  We'll come back in
16 five.
17     APTUS VIDEO TECHNICIAN:  All right.  The
18 time is 4:30.  We're going off the record.
19     (Recess taken)
20     APTUS VIDEO TECHNICIAN:  The time is 4:36.
21 We're back on the record.
22     MR. WILLIAMS:  Mr. Cook, I really
23 appreciate your time today.  I don't have anything
24 further for you today.  Thank you.
25     MR. KRAMER:  The deposition is concluded.

Page 238

1 Thank you, everybody.
2     APTUS VIDEO TECHNICIAN:  All right.  That
3 concludes the deposition for today.  The time is
4 4:36.  We're going off the record.
5
6     (Whereupon, the deposition was
7     adjourned at 4:36 p.m.)
8
9
10     --oOo--
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 239

1     CERTIFICATE OF REPORTER
2     I, ANGELA T. KOTT, Certified Shorthand
3 Reporter, hereby certify that the witness in the
4 forgoing deposition was duly sworn to tell the
5 truth, the whole truth and nothing but the truth in
6 the within-entitled cause;
7     That said deposition was taken down in
8 shorthand by me, a disinterested person, at the time
9 and place therein stated, and that the testimony of
10 the said witness was thereafter reduced to
11 typewriting, by computer, under my direction and
12 supervision;
13     That before completion of the deposition,
14 review of the transcript [ ] was [X] was not
15 requested.  If requested, any changes made by the
16 deponent (and provided to the reporter) during the
17 period allowed are appended hereto.
18     I further certify that I am not of counsel
19 or attorney for either or any of the parties to the
20 said deposition, nor in any way interested in the
21 event of this cause, and that I am not related to
22 any of the parties thereto.
23     Dated: February 11, 2022.
24     _____
25     ANGELA T. KOTT, CSR 7811

Page 240

1     DECLARATION UNDER PENALTY OF PERJURY
2 Case Name: In re Apple Inc. Securities Litigation
3 Date of Deposition: 02/09/2022
4 Job No.: 10094756
5
6     I, TIMOTHY D. COOK, hereby certify
7 under penalty of perjury under the laws of the State of
8 _____ that the foregoing is true and correct.
9     Executed this _____ day of
10 _____, 2022, at _____.
11
12
13     _____
14     TIMOTHY D. COOK
15
16 NOTARIZATION (If Required)
17 State of _____
18 County of _____
19 Subscribed and sworn to (or affirmed) before me on
20 this _____ day of _____, 20__,
21 by_____,    proved to me on the
22 basis of satisfactory evidence to be the person
23 who appeared before me.
24 Signature: _____ (Seal)
25

**Page 237..240**

Case 4:19-cv-02033-YGR   Document 415-12   Filed 12/01/23   Page 234 of 718

Highly Confidential          In re Apple Inc. Securities Litigation vs.
Timothy D. Cook

**Page 241**

1   DEPOSITION ERRATA SHEET

2   Case Name: In re Apple Inc. Securities Litigation

    Name of Witness: Timothy D. Cook

3   Date of Deposition: 02/09/2022

    Job No.: 10094756

4   Reason Codes:  1. To clarify the record.

                   2. To conform to the facts.

5                  3. To correct transcription errors.

6   Page _____ Line _____ Reason _____

7   From _____ to _____

8   Page _____ Line _____ Reason _____

9   From _____ to _____

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24  Page _____ Line _____ Reason _____

25  From _____ to _____

**Page 242**

1   DEPOSITION ERRATA SHEET

2   Page _____ Line _____ Reason _____

3   From _____ to _____

4   Page _____ Line _____ Reason _____

5   From _____ to _____

6   Page _____ Line _____ Reason _____

7   From _____ to _____

8   Page _____ Line _____ Reason _____

9   From _____ to _____

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  _____ Subject to the above changes, I certify that the
            transcript is true and correct

23  _____ No changes have been made. I certify that the
            transcript  is true and correct.

24

            _____

25                    TIMOTHY D. COOK

Timothy D. Cook

---

**$**

**$310** 72:3 84:4

**$800** 75:14

**$87** 166:16

**$96** 145:15 147:1,11, 24

---

**-**

**---ooo---** 3:25

---

**0**

**00160102** 138:15

**02** 50:25

**045** 220:8

**072** 176:10

---

**1**

**1** 4:7 6:22 52:1 58:2, 3,10 126:18 127:3,6 142:22 149:24 158:8

**1,566,000** 104:2

**1.1** 129:9,10

**1.4** 184:5

**1.5** 184:4

**1.566** 104:20

**10** 5:14 138:8 141:15, 19

**100** 79:13

**10005** 3:14

**106** 107:24,25

**107** 49:19

**108** 5:2

**10:00** 134:25

**10:27** 81:18

**10:41** 81:20

**11** 5:16 82:20 88:23 152:3,5 156:15,19 207:25

**114** 5:5

**12** 5:19 74:17 82:20 86:25 87:8 97:20,21 163:20,21,22,24 164:3

**12-month** 74:24

**120** 56:22 135:19,22

**121** 70:6

**122** 56:20,24

**123** 114:4

**125** 5:8

**127,000** 205:22

**129** 91:10

**12:00** 125:4

**12:30** 125:2

**12:31** 125:7

**12:40** 187:10

**13** 5:22 156:14 163:20 165:20,22,25

**130** 88:25 96:20

**136** 5:11

**14** 6:2 170:4,6,11,17

**140** 3:14

**141** 5:14

**15** 6:5 81:23 111:3 163:4 177:13,15

**151138** 138:17

**152** 5:16

**15th** 90:14,16

**16** 6:7 186:8,11,13 209:25 210:25 231:23

**163** 5:19

**165** 5:22

**16th** 108:17,20 109:7 113:1

**17** 4:18 5:2 6:11 108:13 182:25 194:15,16,20,21,23

**170** 6:2

**171,000** 205:22

**177** 6:5

**17th** 108:21 113:1

**18** 6:14 71:5,23 73:21 74:18 86:25 87:9 105:1 120:24 197:18,22

**1800** 3:7

**186** 6:7

**18th** 83:24

**19** 4:15 6:16 79:11,16 82:17 120:24 124:17 149:5 159:7 164:7 187:7,20,22 190:3 192:4,5,15 201:9,11, 17

**194** 6:11

**197** 6:14

**1998** 13:17

**19th** 83:4,20 99:24 100:3 107:3,5 115:11 118:13,17 120:24

**1:00** 186:18 187:9

**195:23

**1:45** 163:11

**1:56** 163:14

**1Q** 120:24 149:5 187:7

**1Q'19** 186:19

**1st** 210:9 212:2,4 220:17 228:4,11,24 229:24

---

**2**

**2** 4:10,14 51:6,17,23 52:2 54:11 58:19 63:23 70:15,16,19 71:4 110:4 111:18 142:24 149:24 174:9 175:13 202:5

**2.566** 104:22

**20** 5:5 6:20 187:11 190:3 208:6,8

**20-** 20:9 182:24

**20-'"** 61:17

**20.8** 111:25 113:21

**201** 6:16 7:15

**2011** 13:19

**2017** 54:22 63:17 64:21 65:4 183:1 226:17

**2018** 4:8,15,18,21 5:2,5,8,14,17,19,22 6:2,8,11,14,17,22 19:25 20:10 21:22 25:5,7,22 26:3,8,25 27:3,12,25 28:7,25 29:25 30:4,16,19,23 31:1 33:25 34:1,25 36:3,6 38:14 42:20 43:13,14,15,23 44:3,

---

Timothy D. Cook

7 45:24 47:1,8,15
48:5,16,23 49:2
51:19 54:14,19
57:13,15 59:14 61:2,
19 65:4 66:25 67:10
68:15 69:10,16,18,
20,22,25 71:5 81:7,
10 83:4 90:14 94:17
95:6,24 99:14,19
101:17 102:8,10,23
108:13 120:24
126:14,25 135:24
142:2 143:14 152:2,
12 164:4 166:2
170:15,22,24 179:18
186:16 195:3 208:14
209:23 210:22
212:2,5 220:17
226:17 232:3

2019 21:22,25 43:24
44:7 58:24 72:9,12,
13 73:16 74:2,22
75:15 82:17 109:3
147:11,25 181:7
236:2

2022 7:11

208 6:20

20th 115:11 122:16

21 6:22 105:8 107:12
125:24,25 179:17,25
220:9,16

212.907.0700 3:15

22.3 110:20

220 6:22 74:13

237 187:23

24 142:14 158:1
164:17 165:16
170:2,4

24-hour 150:21

24.3 61:12 63:19

241 202:3

241,000 204:23

25 4:7 57:13 138:2,
13,15,23 139:15,16,
22

254 202:3

254,000 204:23

26 5:8 99:19 126:14
135:24 138:23 194:6

260 192:25 193:1

26th 67:4 126:25
142:1 143:23
144:19,23 145:11
234:1 235:1

27 5:14,17,19,22 6:2
141:9 152:2,12
164:4 166:2 170:22,
24 179:18,25

27th 142:1 144:2
145:10 148:16
153:21 159:4 168:7
170:15 171:15
172:15,20 234:17
235:2

28 6:7,11,14,17 111:1
151:17,18 186:15
195:3 197:19

28th 195:18 206:18
207:5 234:17

29 105:3

297 126:7,9

298 130:1

299 134:18

2:33 185:5

2:37 185:8

2nd 236:25

3

3 4:15 82:6,8,14,25
103:13 174:11
175:20

3.1 155:11,15 156:1,9

30 125:1 132:13,15
185:19

301 125:12

31 6:20 163:2

31st 208:14

32 165:19,20 190:16

32.2 110:4 111:18

33 201:1

34 190:15

34,000 119:12 131:17

342 86:2,3,6,19

344 82:7

35 176:21 180:19,20
181:1,8

350 74:16 86:24

36 185:11 190:16

38 190:15 194:14,15

3:25 207:19

3:44 207:22

3X 110:8,13

4

4 4:9,18 57:12,24
58:9,19 64:21 89:2,
4,6,10,11,15 179:15
180:10 184:3

40 197:17,18 233:11

405 3:19

41 200:20

415.288.4545 3:8

415.773.5700 3:20

432 153:22 158:18

4433 151:19

459 64:22

462,000 131:18

48 165:16

48-hour 142:14

49 208:1

4:19-cv-02033-ygr
7:8

4:30 237:18

4:33 233:14

4:36 237:20 238:4,7

5

5 4:21 5:13 98:5,7,18,
23,25 99:1,3,4
100:12 181:2

5,000-6,000 196:19

50 104:3 105:7
132:14

5001 114:10

51 4:13 61:14

520,000 105:19

53,000 128:6

54 201:4

55 208:5

55,000 205:24

58 4:7

582 204:20

588 114:23

Timothy D. Cook

**5:00** 126:18 127:3,8

**5th** 232:3

---

**6**

**6** 5:2 98:13,18,21
108:6,7,8,12 115:6,
14

**6,000-plus** 196:20

**60** 14:17 79:25
132:16

**600** 7:15

**609** 196:5

**610** 196:14

**614** 194:19

**62** 220:6,7

**63.5** 156:15

**65** 156:13

**65.2** 156:19

**67.5** 156:13

**68.7** 155:5

**69** 180:24

**6:09** 144:4

**6:17** 153:21

---

**7**

**7** 5:5 110:4 111:19
114:8,24 115:7,14,
16 128:6 131:17

**7.1** 156:20

**7.9** 156:21

**70** 4:10 79:25 80:1

**70.3** 155:6

**71** 131:24

**73** 131:23 132:17

**73.2** 154:18

**75** 128:11,12 132:16

**750,000** 128:7

**79** 119:15,16 183:6

**79K** 206:11

---

**8**

**8** 5:8 61:13 119:16
122:5,15 125:11,13
126:14,21 128:13
132:17 133:9,10
161:14 167:14

**8+** 119:17 122:15
131:24 132:18
133:11 161:14
167:14

**8073** 170:5

**82** 4:15 182:7

**86** 184:6

**8660** 99:5

**8661** 98:6 99:5

**87** 166:23

**89** 4:18 166:17,23
229:25 232:21

**8:04** 7:19

---

**9**

**9** 4:3,21 5:11 119:13
135:22 136:3

**900k** 104:21

**918** 108:1

**93** 142:12 145:17
149:9 150:20 160:5
165:15 200:18 209:7

229:2,25 232:21
235:8,20

**94104** 3:7

**94105** 3:19

**951** 76:25 77:12

**958** 70:20

**9584** 201:10

**96** 149:5

**96.5** 142:12 145:16
149:9 150:20 160:5
165:15 200:18 209:7
229:2 232:17 235:8

**98** 4:21 192:2

**99278** 186:12

**9:01** 41:19

**9:11** 41:22

**9th** 7:11 99:14 102:15
106:22,25 107:6

---

**A**

**a.m.** 134:25

**abating** 75:16

**ability** 11:14 18:17
79:21 86:22 176:12

**able** 10:13 70:8 97:23
118:5 122:1 166:22
168:24 178:19
199:14 205:2 207:12

**abreast** 52:11

**accept** 100:3

**accepting** 206:4
218:9

**access** 35:2,8,10
44:9,11 56:22 65:13

**accounts** 119:13

**accuracy** 182:11
184:8

**accurate** 14:16 15:14
25:10 94:14 158:10

**accurately** 152:9
170:17

**achieve** 229:24

**acknowledged** 234:9

**acquainted** 216:22

**acronym** 179:8

**action** 15:17 16:23
17:11 143:8 163:7
168:18 170:14,21
171:14 174:24
234:16 235:9

**actions** 150:13
151:14 165:4 173:24
174:6 175:14,20
195:23 196:9 198:3
199:3,4 208:22
234:4,20,21 235:23

**actual** 40:3 100:5
105:3

**actualized** 105:3

**Adams** 3:24 6:23
8:17 19:4 25:12
43:17 82:16

**add** 165:3 206:2

**added** 206:2 212:10

**adding** 35:16 72:4

**addition** 38:5 40:7
142:22 149:24
172:22 231:19

**additional** 93:2 94:3
106:3 173:25 196:8
201:23 228:20

**Additionally** 143:7

**adds** 84:20 115:22

123:5,6 130:8
131:22 156:25
196:14

**adjourned** 238:7

**adjusted** 120:16
188:2,6,8,15 189:6
190:4

**adjustments** 120:12,
20,23 121:4

**administration** 81:5

**adopter** 121:19,22
129:20 135:9
181:18,19,20 182:20
183:10 184:14
188:24 192:8 200:17
221:22 234:3

**Adrian** 25:15

**advance** 187:12

**advantage** 79:22

**advertised** 198:14

**advertising** 121:17
198:13,18

**affiliation** 7:22

**Africas** 173:10,12

**aggregate** 30:6 63:9

**aggregated** 39:13

**aggregating** 117:3

**aggregation** 53:25

**aggressive** 103:18,23

**ago** 83:25 107:2

**agree** 22:2,12 32:24
71:8 76:3 78:12
80:21 87:22 103:20
122:18 199:22 209:2
218:24 219:7 231:6

**agreed** 7:18 60:10
76:13 78:2,9 84:15

**Ah** 114:17

**ahead** 22:17 39:5
51:11 62:9,19 66:18
74:6 79:11 85:14
89:24 104:24 111:7
113:9 117:25 118:2
141:14 146:7 148:7
154:22 156:7 160:18
181:10 182:16
186:25 203:6 209:12
213:19 225:20,25
233:14 234:19

**Ahrendts** 43:21

**Airpods** 168:4 169:12
235:18

**al** 5:23 6:24

**align** 207:10

**all-inclusive** 50:3

**allegation** 14:8

**allegations** 13:21,25
14:20 15:1,5 16:2,5,
6,14,17,18,19 17:2

**alleging** 14:2 64:15

**Allen** 3:18 8:13,15
19:9 194:24

**alleviated** 75:18

**alloc** 103:19

**allocation** 103:20,21

**allow** 100:4 134:24
212:23

**allows** 11:23

**alternate** 113:25

**alternative** 112:4

**ambiguity** 22:4

**Americas** 46:4,10
143:15 173:20

**amid** 91:21 92:12

**amount** 123:1 137:13
142:9 147:16,17
171:16

**analyst** 37:12 38:1,18
39:1 41:8 71:15
72:16 76:6 83:23,24
84:3 87:3,11,12,19,
20 214:11 216:2
217:14 218:4

**analyst's** 71:4

**analysts** 38:7 39:11,
12 40:12,22 41:11
58:21,25 59:4,5 60:6
62:14 74:10 211:4
212:4,7 218:10,16,
25 219:8,19 221:6

**analysts'** 40:19
211:12

**Analytics** 61:8,23
62:1,6,11

**Anderson** 6:11
194:23 195:10 196:6

**Andrew** 3:23 8:16
18:10 19:6

**Android** 124:8

**Android-based** 59:9

**Andy** 194:24

**Angela** 7:13 43:21
44:5

**Angie** 6:21 208:15,19

**Anish** 98:14 99:6,12

**Anna** 103:14 201:17
206:2

**announced** 20:25
21:4 73:20 225:12
233:5

**announcement** 21:14
37:3,4 39:3,15,18
74:24,25 145:1

210:10 211:5

**announcements**
20:20,23 40:24

**annual** 54:21

**answer** 10:22 15:6,25
16:8,9 20:4 24:5,25
26:10,23 27:19
39:20 42:13,15 47:6,
21 59:23 73:6 74:7
76:9 147:22 149:7
166:25 172:4 179:20
182:16 204:11
219:13 221:4
227:15,18

**answered** 191:8

**answers** 10:12

**anticipated** 219:19

**anxious** 17:6

**anyway** 102:15
103:11 139:4

**AOS** 6:5 179:7,14
181:7

**AOV** 180:20,22

**APL-SECLIT_
00028100** 6:6 177:13

**APL-SECLIT_
00099226** 6:9 186:11

**APL-SECLIT_
00099278** 6:10

**APL-SECLIT_
00118071** 6:3 170:5

**APL-SECLIT_
00118073** 6:4

**APL-SECLIT_
00151138** 5:15 138:9
140:12

**APL-SECLIT_
00182917** 5:3 107:25

Timothy D. Cook

APL-SECLIT_
00182918  5:4

APL-SECLIT_
00199608  6:12
    194:19

APL-SECLIT_
00199614  6:13

APL-SECLIT_
00284431  5:18
    151:18

APL-SECLIT_
00284433  5:18

APL-SECLIT_
00388889  5:21

APL-SECLIT_
0038889  163:23

APL-SECLIT_
00421921  6:15

APL-SECLIT_
00429314  5:24
    165:21

APL-SECLIT_
00434999  114:9,14

APL-SECLIT_
00474913  6:21

APL-SECLIT_
0047913  208:7

APL-SECLIT_
00499582  6:18
    201:10

APL-SECLIT_
00499584  6:19

APL-SECLIT_
00504044  6:24 220:8

APL-SECLIT_
00504045  6:25 220:7

APL-SECLIT_
00585947  4:12 70:20

APL-SECLIT_
00585958  4:12

APL-SECLIT_
00599341  4:16 82:7

APL-SECLIT_
00599344  4:17

APL-SECLIT_
00608128  4:19 88:25

APL-SECLIT_
00608130  4:20

APL-SECLIT_
00628660  4:22 98:6

APL-SECLIT_
00628661  4:23

APL-SECLIT_
00631297  5:10
    125:11

APL-SECLIT_
00631301  5:10

APL-SECLIT_
00643587  5:7 114:22

APL-SECLIT_
00643588  5:7

apologize  22:15,17

apparently  71:15
    191:10 193:25
    195:15

appear  87:11 116:25
    187:4 192:20 196:3

appearance  7:22

appears  71:25 86:16
    87:2,17,18 90:15
    93:24,25 117:7,15
    118:3 123:17 132:9
    147:14 189:22 193:4
    198:8 201:21

Apple  3:16,23,24 4:7
    5:12 7:5 8:14,16
    13:17 18:24 19:15

47:10,18 48:5,17
52:12 57:14 60:22
61:2 63:14,20,25
64:6 66:14 71:6,23
72:3,21 75:19 77:6,
22 80:16 82:17 84:4
85:13 88:13 89:12
91:5,20 92:11 94:6
97:3 100:25 101:6,
13 102:2 115:10
116:3 124:4 135:24
137:12 179:9
184:17,18 201:23
206:11 210:6,13
214:12,22 216:3
223:23 228:12,22
232:5

Apple's  22:3 58:20,
25 61:11 84:11,24
86:22 151:9 178:21

Apple.com  116:5

applying  158:9

appreciate  10:16
13:11 77:7,23 119:4,
6 190:19 237:23

approach  75:13

appropriately  166:6

approximately  19:17,
18

Aptus  3:24 7:3,14
8:18 41:19,22 50:16,
19,24 56:21 57:3,5
70:12 81:17,20 82:2
97:25 98:3 99:1
125:4,7 126:3
138:22 139:19,25
163:11,14,21 185:5,
8 200:25 207:19,22
208:3 233:10
237:17,20 238:2

Arcuri  217:12,13,18,
24

area  23:17 31:17 83:8
211:11 229:21

arguing  183:12

art  40:1

article  4:7,10,13 5:11
51:5,18 52:9 54:6,17
56:12 57:13,18
58:13 63:24 86:12,
17,20 87:9,17 91:5,
11,25 92:5 94:24
95:17,20,25 96:21
135:23 137:3 138:5,
7

Asia  173:1

asked  15:9 22:11
27:17 39:19,24
45:19 68:4,6,7 85:12
90:4 108:19 111:23
112:3 127:11,17
134:2 173:23 191:14
218:18,21,23 219:6
222:18,25 223:3,6,
23 227:19 228:5,11
229:6 230:17
233:16,18

asking  13:4 15:8
22:21 23:7 24:20,21
37:16 38:15 47:15
53:10 55:4,5 56:23
71:11 72:24 92:19,
21 94:1 95:21 96:1,
12,13,15 105:14
135:14 136:15,16
140:14 144:6 148:2
166:10 171:12
174:6,9,11,17,22
191:9 203:25 205:18
212:19 216:22 221:2
224:7,8,9 225:6
230:9 231:3

ASPS  75:5,13 213:9

Asseman  170:13

Timothy D. Cook

173:4

**assembled** 67:24 97:12

**assembly** 46:15,20

**assertion** 130:24

**assess** 53:4 100:9

**assessment** 132:13 133:19

**assistant** 34:21,25 35:20

**assistants** 35:15

**associated** 144:5 203:17

**assume** 17:5 45:19 80:14 103:2,17,21 107:13 109:4 118:17 145:23 152:16 158:22 169:5 187:11 194:3 197:11

**assuming** 103:19 159:9

**assumption** 160:9

**assumptions** 142:24 166:17

**attached** 102:18 158:7 178:3

**attachment** 144:5 186:19

**attachments** 6:9 12:17,20

**attention** 42:20 47:4, 18 48:17 78:23 79:5 86:2,21 91:9 187:19 195:8

**attitude** 93:4

**Attorney** 3:4,5,6,13, 18

**Auburn** 13:13

**audibly** 10:16

**audience** 120:3 129:20

**audiences** 136:22

**audio** 7:17 73:3

**Australia** 134:23 173:2

**author** 178:4 183:25

**available** 67:4,6 131:1 150:6 163:18 164:16

**aware** 17:4 60:19 106:8,16 120:1

**awareness** 129:4

**awhile** 123:6

**B**

**back** 12:23 19:25 21:19 25:5,17 41:23 43:13 44:3 45:13 59:10 81:21 99:12 101:16 102:8 104:18 111:7 125:2,8,9 144:10 159:15 162:23 163:15,17 164:15 185:9,18 194:7 199:10,20 203:12 207:16,23 211:24 219:4 230:22 237:15,21

**backdrop** 164:13

**background** 99:17 144:15 186:22

**bad** 63:17 105:24 165:10

**balance** 173:11

**Balasubramaniam**

31:14 108:15

**base** 74:15 79:14,22 142:25 149:25

**based** 16:17 27:18 28:11 118:17 132:5 145:7 147:13 149:16,17 158:1 160:4,11 199:24 200:10 212:9

**baseline** 158:9

**basically** 158:19

**basing** 26:23

**basis** 14:12 33:4,5 41:4 116:9 179:1

**Bates** 4:12,16,19,22 5:3,6,9,13,15,18,20, 23 6:3,6,9,12,15,18, 21,24 70:19 72:19 76:25 77:12 82:6 86:2,19 88:24 96:20 98:5 99:5 107:25 114:9,13,19,20 125:11 130:1 134:17 138:9 140:11 153:21 158:18 163:22 165:20 170:4 176:10 177:13 186:11 187:23 192:25 194:18 196:5,13 201:9 208:6 213:1 220:7

**BBC** 4:13 51:18

**Beck** 25:14 116:20,21 173:19 194:25

**Bedminster** 69:1

**began** 95:13

**beginning** 37:3 73:13 79:9 86:20 91:13

**begins** 7:4 75:4 79:6 109:10 126:8,9

133:18

**begun** 224:20 225:9, 16 226:22 228:23 229:9

**behalf** 7:24 8:1,3,5,7, 9,11,13

**believe** 13:23 15:2,19 18:13 27:3,15 35:14 50:24 58:21 59:5 60:6 66:14 75:13,17 77:4,19 88:2 91:2 107:3 115:19 116:6, 7,11 125:21 140:16 158:8 162:13,22 168:20,24 169:5 179:9 195:13 206:23 215:18 217:13,14

**believed** 93:9 214:20 229:24 232:16 234:25

**believes** 203:9 213:9 215:7

**bell** 215:5

**benefits** 122:20

**best** 9:23 10:7,8 13:9 59:21 72:4 123:22 189:11 231:16

**better** 66:7 85:7,25 132:10 137:14 165:5 218:19 234:22 235:20,21,23

**beyond** 165:5 228:20

**big** 160:9 167:12 180:5,8

**bigger** 162:7

**biggest** 64:20

**Billings** 180:25

**billion** 142:12,14 145:4,15 147:1,11,

Timothy D. Cook

24 149:5 165:16 166:17 184:4,5

**bit** 45:23 59:3 100:2 124:20 203:12

**Black** 3:5 8:2 49:20 97:22 138:10,13,15, 17,20 139:16

**blank** 18:11

**board** 6:23 220:16 221:5,15,24 227:24

**bold** 156:8 176:3,5

**bolded** 155:10,25

**bolds** 156:20

**bookings** 180:24 182:6 184:4

**books** 104:17,22

**bottom** 72:20 77:12 86:4,12 116:1 134:18 142:16 212:10

**brands** 59:9 91:23 92:14

**breadth** 14:4

**break** 11:1,3,9 41:14 81:15 163:5,7 200:24 201:7 207:15 237:11

**breaks** 11:2

**Brian** 4:19 6:2 28:15, 18,19 29:2,9,17 89:12,17 90:4,8 96:15,16,17 170:12, 21 171:13 172:24

**brief** 100:13 102:18, 19 103:1

**bring** 49:18 56:20,24 70:6,8 81:23 114:3 124:16 135:19 138:2 163:2 170:2 194:14

**brings** 13:22

**broad** 189:22 214:20

**broader** 213:7 214:3

**Broadway** 3:14

**buck** 211:1

**bucked** 209:24

**bulk** 109:12

**bullet** 103:13 107:11 129:2 130:1

**bunch** 123:6 136:22

**bundle** 101:21

**Burke** 194:25

**business** 14:17 36:8 37:13 42:3 46:1 52:13 77:6,21 83:18 100:19 104:17,21 136:8,11,14 142:21 158:23 166:18 168:19 169:1,9,11 172:11 173:8,12,17, 19,20 180:12,15,23 181:15 184:17,18 214:4 217:7 218:12 223:20 231:23

**businesses** 149:22 169:4,10

**busy** 170:18

**buy** 117:24 122:9,13, 15 130:21,22 161:12 162:6 167:13,14

**buying** 64:18 161:14 162:1,8 215:20

**buys** 100:25

---

**C**

---

**cadence** 20:20,22 21:8,15

**calendar** 35:4,8 68:21 102:25 103:4,6,8 209:23 210:22

**California** 3:7,19 7:7, 10,16 68:23

**California-based** 94:25

**call** 20:15 33:18 34:9 39:12,20 88:19 148:2,11 160:13 169:16,21 175:8 176:5 186:18 187:9, 12 195:24 211:21,22 212:5,7 214:16 216:15,25 222:15,17 223:14 224:5,10,19 225:5,8,12 226:5 227:2 228:2 229:12, 19 230:3 233:18 234:20

**call-backs** 212:11

**called** 196:10 235:2

**calling** 84:5 85:15

**calls** 41:8,9 211:24 216:21 231:15

**camera** 11:24

**Canada** 190:16

**Canalys** 52:25 53:1, 10 62:15 64:19 65:11 66:6,14

**cancel** 225:9,16 228:23 229:9

**cancelled** 232:5

**cancelling** 232:23

**cap** 134:2

**carrier** 23:17 60:14 61:5 100:18 101:20 133:23 159:11 173:8,14

**carriers** 60:3,10 173:8

**carry** 23:5,12,13 31:25 32:10 213:9

**case** 7:7 13:2,3 24:18,23 49:24 50:5 86:16 102:10 110:19 159:22 160:10 207:13

**cases** 161:4 202:12

**Casey** 5:14 35:22,24 36:24 186:15

**catalyst** 80:4

**category** 84:5

**cause** 213:8

**cautioning** 132:25

**Cautious** 217:3

**cc** 166:1

**cc's** 82:17 152:2,10 170:13

**Center** 53:17,19,20

**centered** 84:4

**centers** 160:9

**CEO** 13:19 32:1,10 235:11

**certain** 23:17 28:3 53:5 59:14 62:24 63:10 66:24 71:3 83:15 118:21 127:23,24,25 145:22 185:23 190:25 195:17 201:22

**certainly** 32:17 46:6,7 68:11 162:6 165:14 167:22 168:14 209:21 236:23

**cetera** 41:1 169:13 173:3

Timothy D. Cook

Cfox@labaton.com 3:15

**chain** 4:18 5:5,16,22 6:16 31:7,10,20 46:22 91:20 92:11 207:5

**challenge** 162:1,2 205:23

**chance** 51:22 70:23 82:13 89:10 98:10 108:4 115:3 125:20 136:1 141:20 151:21 172:4 208:11 220:13

**change** 11:23,24 37:6 43:23 118:4 146:9, 11,20 150:21,24 151:14 165:16 176:8 206:25 234:5

**changed** 146:15,17 147:6 189:9 206:23 229:2,3

**changes** 45:14

**changing** 35:12 150:20

**channel** 28:2,19 29:13 96:18 101:1 143:14 236:14

**characterize** 105:25 126:21 152:8

**characterized** 45:24

**chart** 183:24 189:21 191:4 192:7,16 193:8,24 226:10 227:21,23

**charts** 189:23 205:16

**chat** 49:20 50:12,14, 15 57:1,4,7 70:7 81:23 82:3,21 97:20 98:3 114:4,14 125:16,21,22,24

126:2 139:13 140:1, 14 177:9

**chatted** 45:17

**cheaper** 59:16,19,25 64:7

**cheapest** 59:21

**check** 138:21 200:22, 23

**cherry-pick** 190:25

**cherry-picking** 191:2

**chief** 30:12 38:6

**China** 4:8 14:3,18 28:20 30:6 31:1,9 45:24,25 46:6,13,17, 21 47:2,16,17 48:10, 18,23 49:1,15 57:14 58:20 59:1 61:3,20 64:1,7,20 67:12,25 69:13,22 70:2 77:5, 21 79:1,11,18,21 80:17,23 84:10,23, 25 85:15,19 91:3,6, 22 92:13 94:19 95:1, 6 96:9,16,17,18,22 97:13,16 100:12,16, 24 101:6,13,14,18 102:2,17,22 103:15, 16,25 104:2,10,15 105:4,18 106:2 112:6,22 113:17 130:2 131:10,14 132:12 133:3,15,18, 20,22 134:1,24 143:17 162:13 173:2 183:20 184:2,5 190:2,9,11,15,20 191:18,23,25 192:21 193:2,15 194:2 196:14,17 197:2,6, 12 201:22 202:2 204:21 205:9,18,21 206:3,10,12 208:16,

23 209:4,19 210:12, 19 213:7 214:4,19 217:3,7 218:7,13 219:1,9 222:18,25 223:1,4,23 224:10 225:18 226:7,14,23 230:7 231:1,23 236:4,12 237:2,3

**China's** 14:13 51:19 54:19 69:3 91:23 92:14

**China.'** 84:12

**china/hong** 134:23

**Chinese** 48:7 54:13 59:9,14 60:2,10 64:18 67:22 68:2 69:7,12,15,19 80:1,5 93:3 94:7,14 101:7,8 209:23 210:3,20 214:19 227:10,11 228:4,11 230:8 231:2

**choice** 215:9

**chose** 85:5 191:10

**chosen** 189:18

**Chris** 194:24

**Christine** 3:13 8:6

**chronology** 145:13 151:3

**circumstance** 29:17

**circumstances** 20:19 21:15 175:24 176:7, 17 202:22 203:17

**Citi** 216:20

**citing** 85:14

**clarification** 73:3 114:12

**clarify** 10:2 32:7

**clarifying** 93:20

**clarity** 14:14 21:3 141:8

**classify** 46:5

**clause** 84:22

**clear** 9:23 21:24 22:1 42:6 85:22 96:11 99:22 109:19 115:14 120:20 146:25 147:9,21 150:22 152:13 154:23 158:16 190:23 205:8,12 227:23

**clearly** 97:11 157:12 161:14 207:10,14 223:19

**close** 48:17

**closely** 47:4,19 48:6

**closer** 75:2

**CM** 102:17

**CNBC** 83:21 84:3 87:15,18,23 88:5,9, 12,21

**CNBC's** 88:14

**code** 109:24,25

**colleagues** 12:4

**collected** 24:22

**college** 13:12

**Collins** 194:24

**color** 161:9 229:15

**colors** 106:4 118:7 161:8

**column** 181:25 183:15

**combo** 107:13

**come** 46:17,18 54:3,6 104:18 125:2 173:23

Timothy D. Cook

207:16 211:7 237:15

comes 51:20 124:10

comfortable 122:3 185:22

coming 9:4 18:17 40:9 58:21 80:2 117:18,19,20 119:21 144:10 196:18 197:6

comment 21:24 74:21 115:23 118:18 121:2,11 195:25 199:10,11 212:24 230:2

comments 10:12 14:3,13 39:13 195:16

common 24:2 27:12 28:6 38:17 39:6,7 127:11 128:23

comms 103:18,23

communicate 24:13 26:7 27:13 28:6 29:3,6,8 37:23 38:1, 7 42:19 43:7 127:12 128:23 199:24 201:22 229:8

communicated 33:9 66:13 153:6 172:14, 19 205:9

communicating 18:24 29:16

communication 29:21 33:20 42:5 128:1 221:14

communications 25:2 83:7,11 91:3 164:11 220:24 221:10

community 37:12 38:2,8 210:10

companies 59:10 62:14

company 17:17 31:8 38:16 47:3 78:5 83:13 90:2 94:25 100:8 121:12 211:14 224:3 225:13 228:3 229:24

company's 36:9 37:12 46:1,12 83:18 137:22 218:12,25 219:9

comparable 226:15, 19

compare 130:20 132:5 133:4 181:2 182:19 183:3,8,13 184:23 189:13

compared 111:2 128:17 129:4 132:17 133:10 134:22 135:4,16 196:19

compares 137:10 192:7

comparing 38:23 181:19 183:9 184:14 188:19 226:16 227:25

comparison 133:8 162:16 183:13 189:12 190:3 193:5

comparisons 132:2

competition,' 61:6

competitive 96:5,7,9 130:16 161:5 193:2, 13 194:2

competitor 130:3,12 162:7

complaint 13:22 14:21 15:2,17,18,21

16:14

complete 11:12 106:9 178:10

compliant 103:25 104:11

component 84:17

compounding 61:4

comprehensive 197:3

computer 12:5 13:7 18:16 166:4

concern 78:19 85:13 140:20 214:3

concerned 97:11,15 112:6,22 113:17 208:24 209:9,17 210:11,23

concerning 80:22 86:12 110:3 152:19, 20 171:1,17 227:10

concerns 209:3,6 213:7

concise 152:13

concludable 161:22

conclude 17:7 102:9, 24 161:22

concluded 237:25

concludes 238:3

concluding 56:16 147:5

conditions 47:2 52:12 53:4 61:4 80:22 210:12 222:18 223:1

conference 39:12,20 148:11 212:5 214:16 216:14,21,25 229:12,19 231:15

233:18

confirm 85:24 102:25

confirming 168:10

confuse 42:11

confusing 146:19

confusion 24:8 140:3 148:3

Congratulations 109:8

Congress 9:11

Conroy 4:21 5:2,9 6:17 26:24 50:4 98:14 99:6 108:13, 14 113:16 116:19 126:15,22 127:12 128:23 151:25 152:10,18 153:6,20 186:15 201:18

Conroy's 109:6

consensus 37:17 38:22 40:3,8

conservative 74:15

consider 66:2 69:22 70:2 169:17,23 206:4

consideration 142:21 149:23

considerations 159:19,21

considered 49:2 54:20 100:20,23

consisted 22:24

consolidated 153:14

consolidation 45:16

consortium 124:7,10

constantly 47:9

consumer 21:10

**Highly Confidential In re Apple Inc. Securities Litigation vs.**

48:14 79:1 121:15 129:19 159:20 183:9 184:13 188:25 189:1 192:7 222:6 226:16 227:25

**consumers** 48:7 64:18 79:15 93:4 121:18 130:3

**contains** 180:11 181:12

**contemporaneous** 65:14

**content** 136:24 157:18

**contents** 186:23

**context** 12:25 42:10 110:10 132:1 178:3 179:3 186:1,3 190:24 222:12 236:20

**contingency** 143:8

**continue** 42:8,14 206:3 228:15

**CONTINUED** 5:1 6:1

**continues** 72:7 73:14,15 156:18

**contracting** 49:2,12 52:22

**contraction** 105:4

**conversation** 109:13 161:2

**conversion** 180:19

**Cook** 4:10,16 5:9,14, 17,20,23 6:8,14,23 7:5 8:14,21 9:3,7 14:25 15:25 18:16, 24 22:19 23:5 24:25 39:5 41:25 42:13,18 49:23 51:3,7,16 52:1

55:16,20 57:11 58:2, 10 62:9 70:15,21 71:4,6 73:7 74:6 75:8,23 76:8 82:6, 11,14,15,24 89:2,4, 9,10,11,12,15,24 98:5,11,13 99:4 100:12 104:24 108:3,12 112:21 114:8 115:4,6,16 124:18 125:9,11,19, 23 126:13,15,21 135:21,22 138:8,25 140:15 141:2,19,22 146:6,7 148:7 149:7 151:20,25 152:5,9 154:22 156:7 158:4 160:18 163:3,17,22 164:3 165:20,25 166:1,4 170:4,9,11, 17 172:3,5 177:12, 19,21 181:10 182:17 185:12,25 186:13, 14,21 194:15 195:4 197:18,19 201:9,17 203:6 204:10 208:6 213:20 219:13 220:15 221:3 225:20,25 230:20 231:6 237:22

**Cook's** 126:12 178:10

**cools** 91:6

**coordinate** 30:7

**copied** 99:12 152:16

**copy** 115:2 117:7 141:10,11 201:20,21 220:18

**copying** 90:2 122:17 186:14

**corner** 72:20 77:13 86:5

**corners** 165:2

**corporate** 83:7,11

**correct** 13:1,20 27:23,24 30:14 45:19 58:16 68:5 84:1 88:14 93:1 95:24 99:7,16 100:7 117:14 118:11 120:1 126:12 127:1 130:13 133:8,12 138:18 139:12 141:13 144:24 154:3,19 155:12,15 156:22 157:5 158:14 160:15 164:4,7 173:7 176:17 180:12 181:2,15 189:15 196:17 198:24 201:4,19 202:7,9,16 208:2,3 220:17,21 221:17

**correctly** 35:23 116:15 126:22 164:24 182:6 194:11

**correlates** 47:10

**correspondence** 42:3 117:1 157:19 170:25 171:16

**counsel** 3:23,24 7:21 8:16 10:13 16:1,6,16 17:22,24 18:4,6,14 25:3 103:10

**counsel's** 17:2

**Counterpoint** 53:21, 22,23 62:15

**country** 30:11 46:22 101:22

**couple** 19:18 26:15 27:18 28:11,12 57:21 99:13,17 127:19 128:24 221:3

**coupled** 77:5,21

**course** 12:2 14:9 25:1 38:6 52:17 63:2 79:15 149:10 167:8 168:12

**court** 7:7,13,14 8:19 9:13,20 16:22 17:1

**Court's** 17:4

**cover** 237:14

**coverage** 72:2

**covered** 214:12 235:25

**covering** 71:23 216:3

**Craig** 25:13 43:18

**craze** 91:5

**created** 124:6 149:11

**creates** 111:24 124:5

**credible** 65:23 66:2, 15,20

**criteria** 24:19,20

**Cross** 214:10,11,16, 25

**crossing** 123:15

**CT** 103:15

**CU** 133:15,16,20

**Cue** 43:17 82:16

**cum** 111:1

**cumulative** 110:25 111:1

**Cupertino** 7:10

**Cupertino's** 77:9,24

**curious** 105:15

**current** 36:17,21,22 37:13 64:12 80:18 134:3,7,11,12 173:22 174:14,24

Timothy D. Cook

Highly Confidential In re Apple Inc. Securities Litigation vs.

175:24 215:17 223:7
229:15

**currently** 150:6
151:15 202:15
206:11

**curve** 64:3 85:14
121:23 221:23 222:9
234:3

**curves** 158:9

**customer** 120:11,17
130:20

**customers** 42:5
162:14

**cut** 169:18 207:8,9
213:6 225:21,22,23

**cutting** 60:3,11,21
114:11 206:19 207:6

**cycle** 4:11 71:7 74:3
75:15,23 215:20

**cycles** 150:13 164:22
175:22

---

**D**

**D22** 111:2,4

**D3x** 109:16,21,23,24,
25 110:2

**daily** 37:9

**Dan** 7:25 25:12 44:1
83:21,23 84:3 85:3
108:15 140:18

**Daniel** 3:4 71:16

**dash** 105:18 119:14

**data** 31:25 32:8 36:25
37:5 44:23 49:6
53:9,23,25 61:16,21
63:13 65:11,12,17,
18 66:15 94:22
152:19 158:1 167:15

**DC** 68:24 69:2 205:24

**deal** 128:2 165:17

**dealing** 200:2,15

**deceleration** 213:7

**December** 104:2,14
111:12

**decide** 122:2,9 165:4
185:25 186:1,23

**decided** 122:13,14

**deciding** 117:24
161:12 193:13

**decision** 130:5 131:2
133:6 161:6 162:17

**decisions** 32:22

**deck** 150:14 151:7,10
189:23

**decline** 145:4 205:2
221:13 236:15

**declines** 237:2

**declining** 60:5

**decrease** 207:14

**decreased** 155:11,15
156:1,9,20

**decreases** 157:8

**Deepak** 201:18

**define** 127:18

**defined** 127:18

**definitely** 36:18 93:25

**definition** 28:11

**degree** 13:12

**Deirdre** 25:13 43:21
44:6

**delayed** 222:5

**deleting** 35:17

**deltas** 227:24

**demand** 48:17,20
72:8 73:16 74:21
79:1 85:16,20 97:16
100:9 106:4 110:14,
17,20 112:6,22
113:17 120:11,12,
17,21 121:8,18,23
123:1 128:17 131:5
134:6 155:12,16,19
156:10 157:8,20
158:9 160:12,23
161:20 171:18
175:23 198:17
203:10,17 205:1,9,
13 206:13 214:19
216:9,11 217:19
221:25 222:9 223:7
225:17 229:6 230:8
231:2 233:19 234:5,
8,11

**demonstrate** 176:12

**Dennis** 194:25

**department** 38:5,10

**depend** 56:11 66:21

**depending** 37:1

**depends** 12:16 37:6
65:22

**depict** 193:4

**depicted** 136:19

**depo** 148:2,4,5

**deposition** 7:4,9
17:19,21 148:9
149:4 159:6 187:2
227:21 235:25
237:25 238:3,6

**depositions** 9:16
17:6

**describe** 31:3 112:11,
14 170:17 221:21

**described** 105:6

180:13 191:14
200:10 226:20
233:24 234:2

**database** 44:12

**databases** 44:8,14,25

**date** 20:15,17 21:13,
14 50:6 67:7 74:9
90:19 97:7 99:21
100:6 113:2 144:20,
22 159:5 171:15
178:4 180:14,18,24
181:1 182:5,7 183:6
184:6 189:7 192:12
193:23 194:12 230:8
231:1

**dated** 4:7,15,18,21
5:2,5,8,14,16,19,22
6:2,7,11,14,17,20,22
57:13 82:16 126:14
135:23 152:2
170:15,22 194:6
195:2 208:14

**dates** 17:23 21:5
43:24 66:24 67:3
68:13 112:25 143:24

**dating** 211:24

**day** 88:20 118:13
126:17 127:3,6
142:10 145:5 154:2,
5 158:8,20,25 159:1
160:2,3,4 165:11
168:7 170:24 171:15
188:11 189:10
190:5,6 191:19
192:13 198:7 202:20
213:10 214:13
222:15

**day's** 200:16

**days** 90:16 100:2
129:8 134:22 135:4,
17 192:15 194:8
224:25

---

Timothy D. Cook

154:3 162:3 235:12

**describes** 74:16 128:5

**describing** 212:3

**description** 4:6 16:18

**Deshmukh** 3:6 8:4

**desired** 107:22

**despite** 4:8 57:15 80:17 91:14,19 92:10 210:1 221:18 231:22

**detail** 142:23 147:7 149:24 168:19 169:4

**Detailed** 119:20

**details** 188:10

**device** 11:23

**devices** 11:18 60:5 61:7 64:22 196:18 197:2,6,11

**DG** 175:22

**dialogue** 211:20

**difference** 100:21 204:17 234:24

**differences** 40:4,9,10

**different** 10:5 30:6 32:16 40:6 53:8 54:6 63:14 87:2,11,19 112:12,19 121:24 123:3 132:21 136:23 138:11 139:24 155:23,25 161:10,25 162:8 167:16 190:8, 12 198:13 207:1 227:14 231:25

**differently** 63:20 126:1 131:8

**differing** 53:7

**difficult** 95:8

**digest** 37:23 65:14

**digested** 157:20

**digesting** 62:14

**diligently** 200:14

**dire** 176:16 203:16

**direct** 25:6,8,22 42:3, 4 71:3 75:3 76:23 78:23 79:4 86:1 91:9 107:5 111:13 113:3 134:19 159:10 185:13 187:14,15,19 195:8

**directed** 136:8 185:22

**directing** 42:20

**direction** 48:2

**directly** 26:25 27:13, 22 28:21 29:6,9,16, 24 34:3,12 38:1 44:12 116:15 117:13 127:12 195:13

**director** 61:6

**Directors** 6:23 220:16

**disagree** 64:25 92:15

**disappoint** 221:6

**disappointed** 106:8, 22 107:8 224:4 230:2,6,24 231:12

**disappointing** 220:20

**disaster** 142:7,8 149:15 150:10,19 154:3 165:11 235:9

**disastrous** 235:3

**disclosing** 25:2

**discovery** 72:22

**discuss** 68:10 69:13,

16,19 186:23 198:2

**discussed** 68:12 162:12 212:8

**discussing** 69:10,11 103:9 206:19 207:6

**discussion** 109:12 203:7 204:5

**dispute** 14:21 85:23, 24 97:2 178:24 181:6 182:11 184:8

**disputing** 81:11 113:15,18

**distribution** 120:4

**District** 7:6,7

**dived** 168:16

**document** 30:21 49:22 50:9 57:24,25 67:8 70:22 72:21 81:8 82:6,12 98:5,11 99:4,25 108:3 114:8, 16 115:2 126:6,12 138:8,11,21,24 139:11,20 140:1,2,5, 8,10,11,16,19 141:2, 13,18,22 151:20,22, 24 152:8 162:24 163:18 177:11,21,23 178:1,2,9,14,21 179:10 180:5 182:15 186:22 187:1,14,17 195:5 201:7 212:14, 17 213:1,14,16 219:21,25 222:21 223:11 227:8,14 228:16 232:7 236:7, 18 237:9

**documentation** 25:18

**documents** 12:3 13:5 17:23 19:22,24 20:8, 14 21:12 22:6,19,25 23:1 97:8 102:9

161:8 188:14

**doing** 10:6 36:8 39:22 47:9 63:6,14,15 73:7,22 111:9 113:6, 10,19,23 124:19 132:10 142:10 156:3 158:17 171:10 172:8 174:13,20 189:11 210:1,6 231:24 232:1

**dollar** 145:4 165:16

**dollars** 84:6 142:14

**domestic** 95:1

**Donal** 4:21 5:2,9 6:17 26:24 27:7,9 50:4 98:14 99:6,11 102:16 106:7,15 107:11 108:13,14,20 109:5 116:19 117:9 126:14,22 127:12 141:12 151:25 152:10,14,18,25 153:20 154:6,21,23 164:12 168:18 169:5 186:15 201:18

**Donal's** 131:4 159:14

**Donald** 9:7 68:10

**dots** 233:7

**dotted** 30:2

**doubt** 9:25

**Doug** 25:14 116:20, 21,24 143:8,15 173:19 194:25

**Dowd** 3:3 7:24 8:1,3,5

**download** 139:20

**downloaded** 140:1

**downward** 146:10 167:24

Timothy D. Cook

dpfefferbaum@
rgrdlaw.com 3:8

draft 147:23

dramatically 111:12

Drance 5:6 6:20
115:9 208:15

draw 74:20 184:21
189:2

drawing 18:11

drawn 189:4

drive 173:25 174:11
175:21

driven 61:13 110:4
111:18 120:10
155:11,16 156:21
157:8,16,19 160:10
192:23

driver 79:1 192:21
230:10 231:4

drop 50:20 58:20
59:1 65:7 107:13
142:13 144:17
145:8,16 149:14
151:4

dropped 147:15,16
149:9

drops 180:6,8

drove 192:5,15

due 58:20 79:15
174:24 202:20 205:1
217:3 234:12

Duke 13:15

duly 8:22

duties 32:1,10

DX3 109:13

E

E-M-E-I-A 94:18

e-mail 4:15,18,21 5:2,
5,8,14,16,19,22 6:2,
7,11,14,16,20,22
12:16,20,23,24
24:13 35:2 44:18,19
45:22 82:14 89:11,
15,25 90:12 96:12
98:14 99:6,8 102:24
108:12 110:11 115:6
116:2 120:3,4
126:14,22 141:4,9
144:9 147:14 148:24
151:22,24 152:9,14
154:1 158:14 164:3
165:25 166:9,10
167:17 170:11,20
171:13 172:17
174:23 186:13
194:5,23 195:15
197:19,25 198:14,23
201:17 207:7 208:14
211:25 212:2,21
213:3,22 220:1
230:4 236:6

e-mails 12:10,14 23:2
24:3 175:12

earlier 42:6 61:11
66:23 78:24 94:5
99:18 100:2 113:2
118:18 127:11
129:18 143:13
145:3,5 150:22
154:4 159:6 161:7
166:10 184:11 189:5
193:11 211:3

early 44:7 54:14
116:22 121:19,22
129:14,20 133:1
135:9 144:1,18
153:3 160:11,12,22

167:15 174:19
181:18,19,20 182:20
183:10 184:14
188:24 192:8 198:2
200:8,17 215:20
221:22 233:19 234:3

earnings 20:15 21:13
37:3,4 39:3,14,17
41:9 145:1 210:9
211:5,21,22,24
218:17 222:15,17
223:14 236:3

East 173:9,12

Eastern 7:7

easy 101:21

economic 47:2 80:22
210:11 214:4 219:1,
10 231:22

economists 47:25

economy 47:8,17,23,
25 48:2 209:23
210:1,3,20

Ed 194:24

Eddie 82:16

Eddy 43:17

editing 35:17

educated 41:3

education 28:3

effective 111:24

efficient 13:10

efforts 200:11

eight 111:2

Eight-year-long
51:19

eighth 91:12

either 13:6 24:14
35:14 36:17 67:16

68:14 92:25

embargo 181:3

EMEIA 94:18 119:13

emergency 150:18

emerging 69:23 70:2

Emoji 123:9,13
124:13

Emojis 123:6 124:4,6,
7,11

emphasize 136:18

emphasized 199:11

emphasizing 155:24
157:8

employees 89:13
115:10

EMPLOYEES' 3:11

ended 14:15 49:8
198:24

ends 126:7

engine 84:10,23

engineering 30:8

ensure 101:3

enter 186:6

entered 139:16

entire 12:24 15:18,20
177:21 185:15
187:17

entirety 15:10 86:11
177:23

entities 52:24,25

entitled 6:5 195:1

environment 217:20

erosion 95:12

erroneous 184:23

escalation 204:21

Timothy D. Cook

205:21

**escaping** 18:15

**esim** 23:15,23,24

**essential** 90:23

**essentially** 40:2

**established** 187:21

**esteem** 32:18 33:1

**estimate** 49:8 79:13, 25

**estimates** 37:18 38:22 65:6 66:12 213:6

**estimating** 40:25 65:8,24

**et** 5:23 6:23 41:1 169:13 173:3

**et al** 4:16 5:3,6,9,15, 17,20 6:3,8,12,15, 18,21

**Europe** 31:11 142:19 143:17,25 145:10 164:25 173:9,12 190:16

**evening** 154:8 157:25

**event** 143:9

**events** 129:3 182:4

**everybody** 238:1

**evidently** 107:6 145:9 146:8

**exact** 22:22 68:13 87:10 130:14 174:19 199:20

**exactly** 30:19 37:15 38:13 44:6 49:4 81:2,12 95:11,12 96:11

**EXAMINATION** 4:3

9:1

**EXAMINATIONS** 4:2

**examined** 8:23

**example** 37:2 45:22 228:4

**exceed** 134:12 214:23

**excel** 165:6

**excerpt** 6:5 177:14

**excerpts** 83:17

**exchange** 89:11 98:14 99:6 108:12 151:24 152:9

**Excuse** 113:8

**Exec** 100:13

**execute** 84:25

**executing** 84:12,25

**executive** 34:21,25 35:20 43:1,2,11 44:3 61:6 83:4 119:9 126:18 127:3 171:1, 17 195:17

**executives** 42:18 82:18

**exercise** 172:10

**exhibit** 4:6,7,10,13, 14,15,18,21 5:2,5,8, 11,14,16,19,22 6:2, 5,7,11,14,16,20,22 50:25 51:6,23 52:1,5 58:3 70:16 82:8 89:6 98:7 99:1,3,4 108:8 114:4,24 125:13 136:3 141:15 152:3 163:24 165:22 170:6 177:15 186:8 194:16 197:22 201:11 208:8 220:9

**EXHIBITS** 4:5 5:1 6:1

**exist** 40:10

**existing** 193:21

**exists** 40:4

**expanding** 49:12

**expect** 11:1 61:2,17, 19,25 62:5 65:20 66:19 213:4,12 214:15,25 215:16 216:6,24 217:9,17, 24 221:12

**expectation** 209:14 234:12

**expectations** 39:2 119:22 174:18 214:15,23

**expected** 56:9 104:11 105:20 117:17 120:8 122:19 168:15 205:10,13

**expecting** 58:25

**experience** 221:25 222:9 230:7 231:1

**expert** 88:17

**explain** 104:19

**explaining** 192:10

**explains** 84:3

**explanation** 131:5

**expression** 176:20 200:3

**external** 18:7,14

**extraordinary** 234:16,21

**extreme** 157:1

---

**F**

---

**facing** 91:21 92:11

**fact** 20:13 93:10 136:16,18 144:11 150:24 192:21 225:16

**factor** 79:6,10,21 123:4

**factors** 228:1

**facts** 11:14 19:25 20:9 90:5 92:8 93:17 94:1 96:2,4,12

**factual** 159:9

**failed** 43:17

**fair** 15:21 16:12,25 20:11 23:21 24:5 31:21 33:7 36:7 40:11,18 47:1 48:5, 16,25 60:25 67:1 71:22 72:15 80:10 86:13 98:16 100:17 106:21 115:12 131:4 136:7 137:2,13 152:17 153:7 157:7, 15,18 164:10 165:9 172:14 178:23 179:12 188:3 192:19 193:7 195:21 218:10

**fairly** 65:9 134:22

**fall** 68:15 111:12

**fallen** 54:21 165:15

**falling** 209:7

**falsity** 93:21

**familiar** 13:21 31:13 60:23 61:18,22 62:1, 6,11 102:13 212:12, 16,19

**Farthing** 3:23 8:16 19:6

**fast** 208:22

**faults** 184:22

Timothy D. Cook

**faulty** 182:19

**fears** 75:18

**February** 4:7 7:11
57:13 58:24 126:24

**Federighi** 25:13
43:19

**feed** 153:1

**feedback** 130:2
131:10 133:3 193:15
208:16,20

**feel** 122:8 123:2
211:13

**feeling** 12:24 122:7
130:19 138:1

**feels** 120:8 180:3

**fell** 64:21

**felt** 81:9 92:22,25
121:12,16,19 161:3
234:3

**Fenger** 6:2 25:14
27:21 28:7 29:1
89:20 96:14 143:20,
21 170:12,21 171:13
172:15 194:25
198:23 235:13

**Fenger's** 33:8,13
199:10

**Fernandez-kopec**
3:24 7:12

**fewer** 64:18

**fierce** 61:5

**figure** 192:16 235:21

**file** 50:19,20 140:17

**filed** 7:6

**files** 178:21

**final** 46:15,20 61:15
130:5 131:1 133:5

146:1 148:10 161:5
162:16

**finance** 195:11

**financial** 26:6 36:1
38:6 153:15

**find** 61:10 67:9 77:15
179:19 198:1

**finding** 85:12 168:25

**fine** 24:25 35:25
41:16 52:6 55:19,23
71:13 73:7 90:10
125:3 126:5 140:18
163:10 171:10
178:15,17 198:22
199:9 223:13 232:8

**fingers** 123:16

**finish** 11:8 74:7
104:24 113:7 146:6,
7 172:4,5 203:6
225:25

**finished** 76:8 158:5

**firm** 54:9 56:13 61:7,
19,23 64:19

**firms** 56:16 66:12
96:23

**first** 8:22 21:21,24
54:21 72:1 75:7,9
77:2,16 96:20 104:8
107:11 109:2 110:18
111:3 116:1 119:14
123:18,19 148:24
153:20 164:17
181:11 187:20 190:6
195:6 199:14,18
202:5 224:25

**fiscal** 14:15 21:24
22:3 25:5 79:12,16
104:16 105:1 109:2
181:7 209:25

**fiscally** 67:18

**five** 22:22 154:18
201:3 204:23 237:16

**fix** 175:3

**fixated** 191:3

**fixed** 86:22

**flagship** 20:25 130:4

**flat** 65:9

**focus** 111:23 199:4

**focused** 4:10 47:23,
24 48:10,20 71:6
72:8 73:15 84:8
137:3,7 199:2,5,6

**focusing** 36:6

**folks** 83:3 99:13
117:2 161:17 198:1

**follow** 37:11 68:3
129:23

**follow-up** 191:16

**following** 74:9 192:13
194:8 217:17

**follows** 8:23 219:5
226:3 230:23

**footprint** 227:22

**Forbes** 57:13

**forecast** 40:8 45:14
104:17,22 110:24
120:10,16 142:8
143:6 144:17 145:9,
12,13,14 146:11,16,
20,23 147:6,16
149:8,11 150:20
151:4 153:1 158:8,
10 160:5,6 165:2,14
167:24 168:16
171:23 172:2,6
187:7 200:18
206:23,25 207:9,12
224:24 225:3,21,23
229:2,3 232:11,12

**forecasting** 151:15

**forecasts** 36:12,14,
16 38:23

**Forge** 3:6 8:10

**form** 14:22 15:3,24
16:15 17:3,12 20:3
23:6 26:9 27:14 28:8
29:18 32:2,11,23
33:15 34:17 36:10
37:14 38:3,20 39:4,
16 40:14 42:21
44:10 45:2 46:14
47:5,20 48:8,19 49:3
52:14 54:15,23 55:7,
13 56:5 59:2,17
60:12,20 62:2,7,17
63:1,11 64:9 65:2,
16,21 66:16 67:13
68:16 69:5,17 71:9
72:17 73:17 76:4,15
78:3 79:19 80:11,24
86:14 87:7,16,25
88:16 89:22 92:1
93:11,23 95:7,18
97:4 101:15 106:17
107:19 116:2,10
117:5 118:14 120:18
123:4,10 127:15
130:23 131:7 134:8
135:6 136:10,20
137:16 145:21
147:12 148:6,19
149:6,19 151:1
152:21 153:12
154:20 155:17 156:2
157:10,22 159:24
162:20 165:12
166:24 167:20 168:6
169:2 171:4,20
174:16 175:1 176:4,
18 179:13 181:9
182:13 184:10
188:4,12 189:14,20
191:21,24 192:17

Timothy D. Cook

Highly Confidential In re Apple Inc. Securities Litigation vs.

195:19 196:2 197:8 199:1,16 200:1 201:25 202:10,17,25 203:20 204:3,15 205:5,11 206:8,21 209:5,20 210:15 212:13 213:13 218:14 219:3,12,20, 22 220:22 221:8 222:19 223:2,9,25 224:12,15,22 225:11,19 226:8,24 227:12 228:7,13,25 229:11 230:12 231:13 233:1,23 234:18 235:4,15 236:16 237:4,7

**format** 10:5 42:15 44:22

**formerly** 175:25

**formulating** 40:5

**forth** 12:18 23:2 35:18 39:13 46:19 48:15 52:18 118:7 135:12 137:11 164:15 203:13

**forward** 40:7 42:14 126:17 127:2

**forward-looking** 230:1 231:19

**forwarded** 90:9 99:8, 11

**forwarding** 120:6 212:1

**four** 54:22 130:1 145:4 155:5,6 179:11,17 181:6,12 188:10,11 190:2,6, 12,15 191:19 192:4, 15

**fourth** 21:22 63:25

**Fox** 3:13 8:6

**Foxconn'** 85:15

**frame** 147:8

**framing** 17:2

**franchise** 77:9,24

**Francisco** 3:7,19 7:16

**fraud** 17:10

**frequency** 26:12

**frequent** 39:7

**frequently** 40:22 42:19

**frictions** 96:22

**Friday** 27:16 28:10 29:3 33:10,14 45:21 52:16 54:1 190:15 192:6,12 205:21 206:24 221:16 234:1

**Friday/saturday** 169:17,22

**Fridays** 26:21

**friend** 70:9

**front** 9:11,13 58:8 67:9 86:10 103:6,8 105:12 125:10 141:3 185:17 230:4 236:8

**fuel** 84:10,23

**full** 9:5 11:11 14:4 86:7 96:20 158:8 180:19 182:15

**fumble** 9:25

**functionally** 30:10

**functions** 30:6,8

**further** 119:20 121:25 131:13 143:8 154:16 205:3 237:24

**future** 64:2 118:4 151:14 206:5

**FX** 213:7

**FY19** 6:6 75:14 79:1 179:11

---

**G**

**gain** 95:2 121:17

**gaining** 95:5,22

**gaming** 214:19

**gathering** 17:7

**gears** 45:23

**Geller** 3:3 7:24 8:1,2, 5,8,10

**general** 14:4,6 15:8, 12 67:15

**generally** 13:25 26:22 27:6,16 31:21 32:15 35:14 36:11 42:1,2, 22 43:7 44:11,19 45:11,20,21 46:20 49:6 52:19 53:8 74:3,8 83:10 101:9, 12 152:17 225:23 229:20,21 233:3

**generated** 44:25

**generation** 80:3 86:23 175:23

**gentleman** 81:9

**geo** 52:21 59:19 112:4 113:25 142:23 149:24 159:18,19 166:16 209:15 226:11

**geographic** 45:25 46:2 62:16,21,25 63:3 229:21

**geographies** 31:24

52:12,17 53:5 190:9 205:17

**geography** 46:4,10 49:13 78:19

**geos** 53:13 192:22,23

**gestures** 10:14

**getting** 107:20 152:22 153:9,13 156:4 180:12 181:14 185:2 200:10

**Giannandrea** 25:14 44:2

**giant** 91:20 92:11

**give** 11:11 42:9 57:5 138:16 139:17,19 182:15 200:20 208:5 220:5 222:11 227:6 229:14,17,19

**given** 15:15 74:15 80:18 162:14 173:21 175:24 178:9,10 217:20

**gives** 198:24 199:12

**glad** 94:23 212:24 227:6,15

**glaring** 107:12

**global** 61:14 91:5 217:20

**go** 7:19 10:9 12:23 21:19 22:16 25:17 39:5,22,23 51:11 59:8 62:9,19 66:18 74:6 75:2 76:25 89:24 100:1 101:16 102:8 103:11 104:15,24 110:7 111:7 113:9 117:25 118:2 119:8,20 124:18 129:25 130:20 141:14 146:7

Timothy D. Cook

148:7 150:12 154:22
156:7 160:18 162:23
163:8 174:5 181:10
182:16 185:3 186:25
188:14 194:7 201:5
203:6 209:12 213:19
225:20,25 233:14
234:19

**goes** 75:22 80:15
94:10,24 104:25
111:8 112:3 128:16
129:18 132:20
145:25 156:23 160:8
168:17 183:5

**going** 9:22 10:11 11:8
22:9 25:5 37:1
41:13,20 43:15 50:8
51:16 52:17,20 57:8
58:18 60:13 63:10,
24 70:5,21 71:3
73:4,25 75:2 78:21
79:4 81:13,18 82:5
84:21 86:1 89:1,3
91:9 93:2 94:3 96:19
98:4 105:17 111:13,
16 114:7 116:23
118:1 120:10 121:25
122:25 124:20 125:5
126:3 128:4 131:13
132:11 133:1 135:10
139:3 144:18 151:13
154:16 160:22
161:3,16,17,19,23
162:6 163:3,12
164:15 168:24
172:16 176:24
183:14 185:6 187:19
192:11 199:10
207:20 208:21
210:23 211:8,14,25
212:14 215:17
220:20 224:5 229:17
230:3 237:10,18
238:4

**Gold** 4:10 71:6

**Goldman** 218:1,4

**good** 7:3 8:12 9:3
13:11 14:19 48:3
53:8 161:9 163:6

**gotten** 165:5 168:14
193:15 235:1

**government** 28:4
69:15,19

**Govil** 201:18

**grab** 57:8

**grand-daughter**
109:9

**graphs** 159:20

**great** 32:4 52:3 76:11
89:5 98:13 142:18
152:8 192:25

**Greater** 28:20 45:25
47:17 131:14 134:24
143:17 173:2 183:19
184:5 190:2,15
236:12

**Greg** 5:6 6:14 34:5
115:9 122:17 198:10

**Grenier** 3:23 8:16

**grew** 210:25 231:23

**gross** 37:19 41:1
75:14

**groundwork** 75:24

**grow** 64:1,8,14

**growing** 91:21 92:12
209:25 210:2,3

**grown** 14:17

**growth** 51:20 75:18,
24 76:17 78:15,16
80:16 84:5

**Gu** 90:1,12 91:1,24

92:3

**guess** 39:10 40:23
41:3,11 49:19 55:22
90:12 142:17 206:25
207:8

**guidance** 108:23
109:2 144:7,11
145:24 146:10
147:4,8,15 148:17
149:1,4,10 151:9
154:7,15 216:11
223:19 224:1,3,4,8,
24 225:13 229:14,20
231:17,18 233:4

**guide** 225:14

**guys** 139:23 173:21
208:20

---

**H**

**habit** 105:24

**Hadiya** 3:6 8:4

**half** 25:7 79:14 84:6
87:5 142:14 165:15
185:14 209:21,22
210:21

**halfway** 75:8 204:20

**Hall** 218:1,6

**hampered** 215:7

**hand** 10:14 118:5

**handle** 161:17

**hands** 150:14 151:7,
10

**handset** 60:4,11

**happen** 151:8

**happened** 30:19,23
43:23 49:9 53:7
140:6 145:19 151:11
192:6

**happening** 37:7 43:5
62:24 67:14 144:15
171:2 218:7

**happens** 232:11

**happy** 10:3 15:5
191:5 235:19

**hard** 47:22 165:6
168:20 169:6,8
184:1

**hardware** 61:5 102:5

**harsh** 61:4

**hat** 176:13 198:25
199:13,25 200:4

**head** 10:13 38:17

**heading** 64:17 75:14
78:25 188:15

**Headington** 34:24

**headwinds** 213:8

**healthy** 75:14

**hear** 22:14,15 39:2
191:5 212:7 214:15
215:12

**heard** 53:1,2 71:20
102:16 112:15
211:17 219:24

**hearing** 215:23

**Heather** 3:23 8:16

**held** 7:9 122:21
148:11

**help** 19:24 20:2 22:16
26:12 141:25 208:21
215:19

**helped** 20:9,14 21:13,
19 66:24 143:2

**helpful** 143:1 149:25
169:16,22

**hero** 21:1 132:14

Timothy D. Cook

Highly Confidential In re Apple Inc. Securities Litigation vs.

189:3

**HERRINGTON** 3:17

**hide** 105:12

**high** 32:18 33:1 129:3 165:1 207:13 215:9 221:22

**higher** 64:1 94:19 110:14,17,21 132:16,22 134:2 233:4

**highly** 192:22

**hinge** 157:2

**historical** 134:22 135:4,16 158:9,11 221:25 222:8

**hit** 111:11 232:16

**Hm-hmm** 124:1

**hold** 32:18 33:1 74:6 98:17 117:24 118:5 122:1 140:9 156:2 206:4 233:8

**holding** 106:3

**honestly** 172:23

**Hong** 132:14

**hope** 142:18

**hoped** 223:21

**horizon** 80:16

**hour** 11:2 41:14 81:14 129:9 163:4 185:14 201:5

**hours** 19:18 158:1 165:16 201:4 207:25

**Howard** 3:19

**Huawei** 59:10 95:1,5, 9,22 130:4,17 162:4, 15 193:6,9,12,19,23 194:9,10 197:6,15

**Huberty** 216:1,6,8,14

**huge** 142:13 149:14 181:17

**Hughues** 173:6,13

**Hugues** 170:12 173:4

**Humming-initiating** 4:11 71:7

**hundreds** 88:2

---

**I**

**IDC** 53:14,15 65:6,8, 11 66:2

**idea** 178:2

**ideas** 72:4 175:23,25

**identical** 57:24

**identification** 4:5 51:24 58:4 70:17 82:9 89:7 98:8 108:9 114:25 125:14 136:4 141:16 152:4 163:25 165:23 170:7 177:16 186:9 194:17 197:23 201:12 208:9 220:10

**identified** 170:25

**identifies** 79:17,20

**Iftikhar** 4:21 99:10 102:11

**imac** 214:21

**imagine** 146:2 183:12

**imbalanced** 183:3

**imessage** 24:14

**imessages** 24:1,10, 12

**impact** 11:13 171:2, 18 180:23

**impacting** 217:5,7

**impetus** 174:23

**implications** 160:3

**imply** 216:11

**importance** 76:20 184:1

**important** 45:25 46:2, 6,10,11,21 48:15 78:5,14,15,16 80:4 84:17,19 85:8 110:7 112:24 132:1 137:22 138:4 229:8

**imported** 67:25 97:13

**impossibility** 200:4,6

**impossible** 97:6

**impressive** 58:20

**imprinted** 90:19

**improve** 150:14 198:3 199:5 235:10

**improving** 200:11

**in-store** 127:7

**inaccurate** 14:3

**Inc.'s** 184:18

**include** 103:14

**included** 36:19 147:24

**includes** 172:9 181:3

**including** 48:23 49:15 90:3 100:25 102:18 117:7 152:11 166:18 207:1

**incorporate** 225:4

**incorrect** 142:11 175:9

**increase** 175:14 198:17 203:18

**increased** 85:12

**increases** 156:24

**increasing** 52:22 174:10 206:14

**independently** 96:7

**INDEX** 4:2

**India** 173:10,13

**indicate** 188:23 222:16

**indicated** 20:8 107:17 128:21 232:4 237:1

**indicates** 172:11 205:20 223:20

**indicating** 215:12 218:6

**indications** 160:11 173:22 174:14,25 200:8

**indicator** 72:20 129:14,15 134:5

**indicators** 160:17

**indirect** 28:2,19 29:13 96:17 143:13 173:19

**individual** 28:4 61:19

**individuals** 126:24

**Indonesia** 173:3

**industry** 60:6

**infer** 232:23

**information** 15:16 17:7 24:17,23 32:9, 14 42:1,10 44:13 52:15,20 53:13 56:3 66:3 87:24 117:4 150:6 152:23 153:10 160:2 164:16 191:15 200:15 227:9 231:11 233:20,21 234:15 236:23

Timothy D. Cook

Highly Confidential In re Apple Inc. Securities Litigation vs.

**informative** 56:15

**informed** 220:19

**infrequent** 29:21

**initial** 106:4 132:12 133:19

**initiating** 72:2

**input** 162:14

**insights** 119:21 134:19 142:25 149:25

**installed** 74:15 79:14, 22 142:25 149:25

**instruct** 73:5 234:16

**instructs** 10:21

**intended** 33:23 167:2

**intending** 157:12 236:22

**intends** 213:4

**intentions** 215:9

**interest** 60:5 129:4

**interested** 111:14 210:11 211:4 215:23 218:12,25 219:8

**interim** 147:4

**internal** 18:6 22:24 23:1 106:12 160:21

**internally** 66:21

**international** 173:17, 19

**interpret** 110:16

**interpreted** 112:20

**interview** 85:3,6 86:11,12

**interviewed** 88:5

**introduction** 41:5 182:4

**introductions** 40:13, 20 66:25

**inventory** 204:8 205:24

**investigation** 92:6

**investing** 86:21

**investment** 210:10

**investor** 38:4,8,10,17 211:11

**investors** 77:7,22 80:9,13 87:24 88:10, 15,19 199:24 209:17 210:8,19 220:21 221:7 229:8 230:2,6, 24 231:12,14 232:18,20,22 233:2, 20

**involved** 12:17 154:11,13

**ios** 124:8

**ipad** 11:21,22 12:5 13:7 24:15,17,22 50:20,23 169:12 214:21 235:18

**ipads** 51:14

**iphone** 4:9,11 5:12 12:1 21:3,6 31:1 57:15 59:1,16,20 61:3,20 64:1 71:7 75:24 77:4,20 78:14, 16,21 79:13 84:18 85:21 90:17,18 99:19 101:4 103:24 106:13 111:6,17 119:12 122:5 126:17 127:2 135:5,25 137:4,24 154:17 158:23 161:24 162:1,8,16 166:15 172:7 173:22 174:6, 14,25 175:15,18

179:19 180:11,14 181:13 182:3,6 183:1 184:2,3,5 188:1,5,8,15,16,24 189:3 190:4 196:19 197:7 198:2 201:24 206:19 207:6 214:20 215:10,16,19 216:10,11 218:13 223:7,15 228:12,24 229:7 232:6 235:17 236:3,12

**iphone's** 80:2

**iphone,'** 85:1

**iphones** 21:2 72:8 73:16 74:21 80:1 86:23 97:16 100:25 104:12 122:11 161:4,25 193:6 209:18 210:13 217:19

**ipx** 188:1

**Isabel** 29:23,24

**ISLAND** 3:12

**isolation** 132:6 191:23 192:1

**issue** 69:4 81:1 103:9 107:13 160:21 161:11 162:7,10 165:14 167:8,18 168:3,4,12 172:16 217:17

**issues** 47:3 67:11 73:3 83:15 161:9 162:10 215:24

**items** 168:18

**Ives** 71:16 73:19 83:21,23 84:3 85:13 86:23

**Ives'** 85:3

---

**J**

**Jackson** 25:14

**Jaffray** 215:2,4

**James** 3:18 8:12

**January** 51:18 64:20 236:2,25

**Japan** 31:10 46:18 112:7,23 113:17 134:23 143:17 196:16

**Jason** 3:6 8:10

**JD.COM** 129:8

**Jeff** 5:2 25:12 30:2,12 33:3 43:18 82:15 108:14,19 109:6 111:23 112:10 126:15,23 152:11 164:5 166:1,10 186:14

**Jeff's** 33:6 108:21

**Jersey** 69:1

**Jforge@rgrdlaw.com** 3:10

**Jim** 18:15 73:4 216:17,20,24 217:2, 10 219:24

**jkramer@orrick.com** 3:20

**job** 37:23 38:1

**John** 25:13 44:2

**Johny** 25:12 44:2

**joined** 13:17

**Josh** 4:15 82:15 83:2, 5,7

**Joswiak** 5:6 6:15 34:5 115:9 122:17

Timothy D. Cook

Highly Confidential In re Apple Inc. Securities Litigation vs.

197:19 198:10

journal 5:11 135:23
136:8,24 137:3

Joz 34:9,19 115:22
117:9,18

judging 143:1 150:1

Juice 5:12 135:25

June 79:12

___

**K**

___

Kaiann 5:6 6:20
115:9,22 117:22
121:25 122:16
208:15,19

Kaiann's 121:11

Kantar 54:8,9

Kate 3:24 6:23 8:17
18:9 19:3 25:12
43:16 82:16 220:18

Katherine 19:4

Katy 216:1,2,6,8,14

keep 51:13 121:12
124:20 134:6 147:19
156:5

keeping 52:1

Kendall 195:1

Kenneth 3:5 8:2

Kenny 49:18 56:20,
23 70:5 81:22 82:19
88:22 97:19 107:23
114:3 124:16 135:19
138:2 139:15 140:2
151:16 163:2 165:18
170:2 176:21 185:10
194:14 197:17
200:19 220:5

Kenny's 140:8

Kennyb@rgrdlaw.
com 3:9

Kevan 5:17 6:8,11
25:20 27:17 49:23
66:7,8 115:10,21
116:19 117:8,15
120:5 122:17
126:16,23 141:10,12
142:17 144:1 149:16
151:25 152:10,15,
18,24 164:12 168:17
169:5 172:21 186:13
194:23 195:14
208:15

Kevan's 148:25

key 76:17 77:6,21
79:1,14,18 142:23
160:9,19 161:16
173:16 196:6,10
197:16 230:10 231:4

Khan 4:22 27:4
30:15,25 99:10
102:11 103:12
108:14 126:16,23

kicked 171:22 185:2

kind 26:12 29:21
39:7,25 45:5,16 68:8
74:9 87:4 124:14
142:14 150:21
161:25 164:15
186:22 190:17
209:15

King 170:12 172:25
173:1

knew 48:25 49:1,25
59:14 95:5 96:11
120:7 121:21
167:19,21 168:14
200:16 209:12,17
210:9,18 224:4,25
225:5 229:9 230:3

know 11:4 16:1 17:1,

13,15 18:19 22:22
24:16,19,21,24
25:25 27:5 28:15
29:20 31:9,15 32:4
34:6 35:17 36:21,23
37:8 40:25 42:8,9
43:5 44:22 46:3,4
47:3 48:1 49:8,23,25
50:1,4,7 51:21 54:19
55:8,21 56:6,18 57:1
58:5,24 59:24 62:3,
5,8,10 65:3 66:21
68:6 70:7,22 71:17,
18 73:5 76:7,22
79:17 80:8 81:4
82:1,12 83:10 85:5
87:5 88:19 89:9
90:19 91:2 92:7,18,
24 93:13,16,20 95:9
96:6,8 98:10 100:2
102:12 106:15
107:24 108:3 109:10
115:3 116:9 118:3
122:4 123:3,13
125:16,20 130:14,17
134:6 135:21 136:1,
8 137:25 139:4
140:2 141:19 146:22
147:19 150:21
151:12,21 156:3
160:2 162:4 165:16
168:4,12 170:9
172:21,23 173:2
175:7,10,22 177:19
179:7 180:1,22
183:25 184:25
185:18,19,22 193:19
198:17 199:12,13
200:15 201:15
208:11 211:6,10,16
213:23 214:10,12
215:2 216:1,17,20
217:12 218:1,3
220:12 221:6 226:2
231:16

knowing 231:14

knowledge 72:24
73:1

known 55:2,5,9 59:25
95:15,21 228:2,3,10,
22

Kong 132:14 134:23

Korea 31:10 46:19

Kott 7:14

Kramer 3:18 8:12,13
10:19 14:22 15:3,24
16:9,15 17:3,12
18:15,22 19:19 20:3
22:1,8,11,15 23:6
24:25 26:9 27:7,14
28:8 29:18 32:2,11,
23 33:15 34:17
36:10 37:14 38:3,20
39:4,16 40:14,21
41:18 42:12,21
44:10 45:2 46:14
47:5,20 48:8,19 49:3
50:11,17,22 51:5,12,
25 52:3,6,14 54:15,
23 55:7,13,16,20
56:5,25 58:5,9 59:2,
17 60:12,20 62:2,7,
9,17 63:1,11 64:9
65:2,16,21 66:16
67:13 68:16 69:5,17
70:9 71:9 72:12,17,
23 73:9,17 74:6 75:8
76:4,8,11,15 78:3,10
79:19 80:11,24
81:25 82:4 86:14
87:7,16,25 88:16
89:1,5,22,24 92:1
93:11,23 95:7,18
97:4 98:17,21
101:15 104:24
106:17 107:19
109:16,18 113:7,9
114:6 115:13,17

Timothy D. Cook

116:10 117:5 118:14
120:18,25 123:10
124:18 125:15,23
126:1,6,9,11 127:15
130:23 131:7 134:8
135:6 136:10,20
137:5,16 138:24
139:3,8 140:9,13,18,
23 141:4,7 145:21
146:6 147:12 148:1,
5,19 149:6,19 151:1
152:21 153:12
154:20 155:17 156:2
157:10,22 158:4
159:24 160:16
162:20 163:3,8
165:12 166:24
167:20 168:6 169:2
171:4,8,9,20 172:3
174:16 175:1 176:4,
18 177:10,20,25
178:8,13,16,24
179:3,13 181:9
182:13 184:10
185:1,24 188:4,12
189:14,20 191:12,
21,24 192:17 194:21
195:19 196:2,22
197:8 199:1,16
200:1,21 201:3,8,25
202:10,17,25 203:6,
20 204:3,15 205:5,
11 206:8,21 207:17,
24 208:4 209:5,20
210:15 212:13
213:13,19 218:14
219:3,12,20 220:22
221:8 222:19 223:2,
9,25 224:12,15,22
225:11,19,25 226:8,
24 227:12 228:7,13,
25 229:11 230:12,19
231:6,13 233:1,8,13,
23 234:10,18 235:4,
15 236:16 237:4,7,
15,25

## L

**Labaton** 3:13 8:6

**labor** 85:12

**lackluster** 217:3

**lacks** 178:3

**landed** 128:9,10
131:18,20,21

**landscape** 96:5,7,9
193:2

**language** 174:23

**laptop** 11:21,22 18:18

**laptops** 11:20

**large** 25:8 31:19
46:10,11 149:13
177:24

**largely** 153:6

**larger** 46:5 107:9
122:5 177:14
178:22,25

**largest** 46:3 94:15

**laser** 72:8 73:15

**late** 44:7 145:10
180:3

**latest** 86:22 109:11
142:19 144:7 149:1,
21 153:24 154:7
215:21

**launch** 20:17 21:14
77:4,20 91:19 92:10
127:7 128:7,8,9,10,
11 129:3,5 131:18,
20,21,22,23 134:22
135:4,16 144:18,19,
22 149:18 158:11
168:14 180:11
181:12,16 183:10
184:14,15 188:2,5,8,

11,15,16,19,20
189:5,10 190:4,12
192:12 193:23
206:12 208:20
221:23 222:6 223:15

**launched** 91:22 92:12
118:12,17 121:13
182:5,21 183:1
222:3

**launches** 21:16 130:4
214:21

**launching** 128:22
130:9,18 222:4

**law** 3:4,5,6,13,18 9:20

**lawyer** 140:19

**lawyers** 18:7

**lay** 75:24

**lead** 3:2 120:11

**leader** 26:6

**leading** 210:9 230:17

**leads** 232:13

**Lean** 5:12 135:24

**learn** 124:12 203:15
204:1,12

**learned** 60:17 157:20
192:3

**led** 184:3

**left** 33:23 84:22
168:18 184:5 233:9,
12 237:12

**left-hand** 181:25

**length** 12:16

**lengthy** 185:12

**Leslie** 34:24 35:9

**let's** 18:1 39:9 44:1
59:8 88:24 109:5
115:25 118:8 139:6

153:19 163:17,19
177:12 178:6,17
207:15 235:20

**letter** 107:21

**level** 37:6 65:24
78:19 223:21 224:2,
3 225:13 229:20

**levers** 198:16

**light** 219:1,9

**lighter** 117:16 120:7,
8 168:15

**limited** 160:2 200:10,
15 233:24

**linchpin** 75:23 84:5
85:15,19

**line** 11:7 21:9,10 30:2
57:20 90:24 100:11
101:22 108:23 118:9
121:14,15 126:17
127:2 132:3 149:22
157:16 164:7 169:4,
10 170:14 175:4
186:17 195:14
208:16 221:23 234:6
235:16

**lined** 188:16

**lines** 79:5 91:18
142:20 166:18
168:19 169:1,8
189:2

**lineup** 214:20

**lingering** 80:17

**link** 50:22 57:6 91:10
97:22,25 139:17
140:7 233:7

**Lisa** 25:14

**list** 50:1,3 72:4
103:18,23 117:7
120:4 212:6

Timothy D. Cook

Highly Confidential In re Apple Inc. Securities Litigation vs.

listen 170:19

literally 142:14

Litigation 7:6

little 10:5 32:12,13 45:23 59:3 100:1 106:25 124:20 143:24 184:15 186:21

live 99:24

LLP 3:3,17

load 50:13

loaded 139:23

local 61:5

located 7:15

locating 77:11

logic 111:8

long 12:19 19:16 35:19 36:22 124:23 189:2

long-range 36:13

long-term 37:20 160:12

longer 232:16

look 25:17 30:5 49:11 51:17,21 52:19 53:8, 15 54:10 56:15 58:18 70:22 81:8 82:11 86:15 94:21, 23 100:10 101:17 102:8,25 108:2 109:5 112:24 115:25 118:8 121:10,24 125:19 132:8 140:24 141:20 144:3 148:8 151:20 153:19 162:23 164:14 168:19 169:4 177:18 179:20 180:3,25 183:14 185:21 186:2

189:9 190:14,24 191:23 192:22 193:12 198:9 199:20 201:14 208:12 209:13,16 211:11 212:23 213:2 218:17 220:12 226:25 231:21 236:17,18 237:8

looked 52:7 63:17 66:11 98:12 141:21 148:16 158:23 165:1,2 167:16 170:16 178:1 194:6 195:7 208:13 209:14 227:8

looking 40:2,4,7,8 47:7 49:7 50:11 54:11 56:12 60:2 63:5,12,23 72:1 73:12 78:25 79:11 87:4 100:11 111:9 126:12 129:15,16 132:2 138:10 139:23 144:6 148:18 157:23,24 159:18 165:10 166:3 175:4 188:9 190:20,21,23 191:25 198:16 202:5 208:21 218:11

looks 50:19 73:25 83:2 86:9,10 90:8 92:7 93:16 99:8 108:16 116:2,14 120:6 127:8 128:1 140:4,23 143:24 144:1 159:14 164:5 188:22 190:9,13 196:6 198:7 205:16 229:6

Lorenzo 3:24 7:12 51:12 56:25 58:5 70:10 82:1 97:22,23 98:25 125:22 139:17

140:7 200:22 201:4 233:8

lose 4:7 57:14 110:10

losing 95:10

loss 36:13,19,20 38:23 45:16

lost 219:4

lot 10:20 190:9 210:16

lots 17:17 93:12

loud 156:5

love 99:25 224:17

low 22:23 107:13 111:25 112:5 113:11,20,24 114:1 131:6 134:21 135:4, 16 142:20 149:22 153:24 154:7 156:13 159:22 160:10,23 165:1 166:16

lower 64:11 105:19 119:15 122:15,19 128:17 130:8 197:7

lowered 225:3 232:12

lowering 232:10,12

Lu 4:19 6:2 28:15,18, 19 89:12,17 170:12, 21 171:13 172:24

Luca 5:20,23 25:13 43:18 82:15 109:11 126:15,22 141:12 152:11 154:8 157:25 164:4,5 166:1,9,14 168:11 169:20 186:14 211:23 212:1,6 213:5 220:18

Luca's 167:22

lunch 124:19,23

125:6 163:5

luxury 164:21

---

M

Mac 24:14 169:12 214:21 235:17

Macbooks 168:4

macro 63:5 217:20

Maestri 5:20,23 8:14 25:13 43:18 82:15 126:15,23 152:11 154:11 164:4 166:1, 9 186:14 187:6 212:1

Mahe 29:23,24

main 18:6,14 79:6,10, 21 230:10 231:4

maintain 37:11

major 49:12 80:3 144:17 145:8 150:21 151:4 160:6 165:14, 17 182:1 183:15

majority 46:16 101:10 202:12

makeup 43:10

making 59:15,20 97:17 129:18 132:5, 21 133:5 137:17,21 155:22 161:5 162:16 165:1

Malaysia 130:3 131:11 133:3 173:3 193:15

Malaysian 162:13

manage 31:23

management 204:8 207:5

Timothy D. Cook

**manages** 28:19

**manufacturers** 59:15 232:13

**manufacturing** 31:1, 19 46:12 207:2 229:4

**margin** 37:19

**margins** 41:1 75:14

**mark** 3:5 6:11 8:8 58:1 82:5 89:1 98:4 138:8 141:19 170:13 173:5,11 194:23 195:10,11 196:6 212:14

**marked** 4:5,14 50:25 51:6,17,24 57:12 58:3,10 70:13,14,16 82:8 89:3,6,10 98:7 108:8 114:8,24 125:13 126:1 135:22 136:3 141:15 152:3 163:24 165:22 170:6 177:15 186:8 194:16 197:22 201:11 208:8 220:9

**market** 4:8 47:10 49:1,5,6,9 52:11,19, 21 53:4 54:14,20 57:14 58:25 59:11 60:4,14 61:3,7,11,14 62:4 63:3,6,13,15, 18,21 64:19,21 65:3, 9,12 66:3,15,20 69:23 70:3 80:5,18, 22 90:22 91:23 92:14 94:7,15 95:5 101:7,8 134:19 184:2 194:4,10 198:20 205:2 210:5, 6 217:4,6 218:7 224:4 231:25

**marketing** 26:6 30:9

34:2,11 63:4,8 65:13 121:17 198:11,18,20 199:4,6 200:13 208:22 234:22 235:23

**markets** 49:11 62:25 63:10

**marking** 51:25

**Marks@rgrdlaw.com** 3:10

**Mate** 196:18 197:6,11

**material** 136:24 227:15 229:23

**materially** 46:5

**materials** 186:17 187:5,8

**Mathematically** 192:20

**matter** 7:5 65:4

**mattered** 78:13

**Matthiasson** 6:17 201:18 206:2

**Mawston** 61:6

**Max** 21:3,6 67:5 90:18 109:25 121:23 122:13 128:18 129:5,11,17,20 132:9,23 135:11 137:10 161:13 167:14 198:15 215:18 216:10

**MBA** 13:15

**mbs** 104:2 105:19 134:2 206:11,14

**mean** 20:22 21:21 27:18 29:20 35:11 62:20 64:6 73:14 85:24 104:7 137:5 155:25 164:23

190:14 192:11 199:17 222:2 235:2

**meaning** 36:21 74:1 104:11 111:10 117:23 121:10 123:21 128:22 169:8

**meaningful** 183:13 184:12

**meaningless** 183:4 226:20

**means** 104:8 106:14 110:20 113:24 121:5 158:22 160:23 169:5,11 176:20 188:15 189:6 201:3 208:1

**meant** 103:22 123:22 124:2 154:21 222:12

**media** 83:12,17

**medication** 11:13

**meet** 17:24 18:5 43:4, 11 68:9,23 69:3 84:11,24 174:18 214:22

**meeting** 18:9,10,11 19:13,16 26:20,22 27:16,19 28:10 29:14 33:10,17,21 35:11,12,16,17 39:18 45:21 69:6,9 113:20 187:5 189:19 195:2,16 198:7

**meetings** 29:3 33:14 34:16,19 42:25 44:20 52:16 54:2 68:13,14,17,20 127:14

**members** 24:2,10 195:17 202:23 203:16 204:1,13

**memory** 17:22 30:18 43:16 54:17 90:21 97:8 142:3,4,11 143:12 145:8 151:4 172:18 173:7 210:22 223:18 227:14

**mention** 25:20 26:24 28:5,15 29:23 43:17 223:14,22 224:14,20 226:5,21 228:2

**mentioned** 19:3,8 27:21 84:16 107:1 112:5,22 113:16 116:21,24 117:9 173:18 182:18 206:3 213:22 224:10

**mentioning** 224:16

**merchandising** 198:19

**merit** 14:11 15:2 16:3, 20

**merits** 14:7 15:22

**message** 109:6 153:20 159:14

**messages** 18:17 23:3,4 24:4 35:6

**met** 18:1,2,6 68:11,25 71:18 218:3

**method** 33:19

**metrics** 180:14

**middle** 11:6,7 75:3 119:8 173:9,12 196:6

**Mike** 6:2 25:14 27:21 28:7 29:1,12 33:8,13 89:20 90:4 96:13,15 143:7,13,18,19,20, 21 170:12,20 171:13 172:15 194:24 198:23 199:2 215:2,

Timothy D. Cook

4,6,13,15,16,23

**Mike's**  33:10 173:16

**million**  64:22 74:13,
16 79:13,25 80:1
86:24 104:20,22
110:4 111:1,18,19,
25 129:9,10 154:18
155:5,6,11,16 156:1,
13,15,19,20,21

**min**  104:21

**mind**  51:10 90:20
121:12 197:16
218:16,20

**Mine**  4:11 71:7

**minimum**  104:16

**minus**  184:6

**minuses**  158:24

**minute**  104:19

**minutes**  41:15,17
81:14 83:25 124:25
125:2 163:4 185:19
187:11 201:1,4,5
207:17,25 208:1
233:11,13 237:12

**mirror**  49:7

**misrepresenting**
106:15

**missed**  98:23

**Mission**  7:15

**misspoke**  115:13
154:21 160:16

**misstate**  98:24

**misstating**  236:9

**mistake**  114:21
138:23

**mistakenly**  148:16

**mix**  122:11 132:14,

21,22 155:22,25
159:21 161:11
167:11,16 172:9
174:19 175:8 215:17
234:12

**mixed**  89:18

**mobile**  60:3,10 91:23
92:14 100:12,16,24
101:6,7,13 102:2,17,
22 103:15,25 104:10
105:4,18 106:2
133:15 134:1 202:2
204:21 205:9

**Mobile's**  104:2,15

**modeling**  74:13

**models**  40:25 161:10

**modes**  54:7

**Mohan**  211:17 213:5,
12

**moment**  51:1 57:6,19
140:25

**moments**  107:2

**Monday**  43:4,12

**moniker**  106:12

**monitor**  83:12

**monitored**  118:25

**Montgomery**  3:7

**month**  67:15 104:12

**months**  86:25 87:9

**months.'**  74:18

**Morgan**  216:2

**morning**  7:3 8:12 9:3,
4 143:5 144:2 149:2
161:2 164:14 204:22

**mouthful**  104:18

**move**  235:8

**moved**  134:24 153:2
160:5 200:18

**moving**  161:24
235:10

**Moyer**  194:25

**MPS**  207:6,10,11
225:23,24 226:1
233:3,6

**muted**  221:17,18
223:15

**Myhren**  25:15 197:20
198:10

──────────

**N**

**N84**  106:8,12,14
107:14 109:13,21,24
110:3 111:17,24
118:9 119:11 121:21
155:11,16 156:21
157:8

**N84s**  117:23

**name**  7:12 9:3,5
18:12,15 71:19
99:10 102:13 215:3
217:15

**names**  18:8

**Nancy**  38:11,12 212:2
213:5 214:2,14
215:6 216:5,23
217:8,16,21 218:5

**narrower**  47:13

**nature**  77:8,24
199:19

**near**  75:19 120:23
121:4,6

**nearer**  120:11,20

**nearly**  46:9 198:15

**necessarily**  68:2

**necessary**  31:25
179:21

**need**  11:3 13:7 32:22
50:17 57:20 64:7
103:12 116:6 122:1
123:2 124:24 137:13
139:1 143:9 150:14
151:13 164:20
165:3,6 175:14
198:1 204:5 206:13
237:14

**needed**  204:2,14,18

**needs**  139:17 140:19
186:2

**negative**  104:3 105:7,
8 107:12 119:15
128:11,12 131:23
133:8,10 180:15
182:6 183:6 192:5,
24 226:7,23

**negotiation**  203:12

**Neil**  61:6

**net**  180:24 182:6

**netted**  158:24

**network**  101:4

**never**  66:13 121:13
177:7 233:5

**new**  3:14 40:12,20,23
41:4 60:5 66:24 69:1
73:19 84:3 91:19
92:10 93:5 128:2,3,
25 137:3 140:24
144:11 145:24
147:4,6 182:4
193:12,20 194:9
196:18 197:6,11
209:18 210:13
214:21 217:19 222:4

**newly**  193:5,6,9

**nicely**  117:19,20

Timothy D. Cook

**Nick** 194:25

**nine** 233:11,13

**nods** 10:14

**noise** 169:18 216:18

**non-iphone** 169:11

**non-phone** 174:12 175:21

**noon** 124:20

**normal** 12:2 21:6 221:23

**normally** 150:13 166:11

**note** 7:17 72:19 73:21 83:1,5,21 90:3 92:16,23 94:1 103:14 115:21 132:9 142:6 145:24 148:25 153:8,14,23 157:13, 24 158:7 159:19 162:21 164:13 167:23 170:18 171:22 172:11,13 174:5 187:8 195:4 197:9 199:17 220:1, 16,23 221:10,14 222:16

**Notes** 195:2

**noticed** 198:13

**notwithstanding** 47:16

**November** 6:22 104:1,14 183:2 210:9 212:2,4 220:15,17 228:4,11, 24 229:24 232:3

**NPI** 182:3

**number** 7:7 20:5 22:21,22 23:14,18, 20,22 25:8 53:8

54:11 57:12,24 58:2 70:15,19 71:4 72:19 77:13 82:6,7,14,17, 24 83:3 88:24 89:12, 20 90:1,2 97:20,21 98:5,13 99:5 100:12 104:11 108:12 111:11 113:20 114:8,9,13,20 115:6, 10,16 116:17 125:11 126:13,21,24 135:22 138:8,18 140:11 141:19 152:2,10 153:21 163:22,23 164:3,21 165:20 170:13,22,25 174:9, 11 175:13,20 177:13 190:24 192:21,24 194:15,18 197:18 201:9 203:2 204:7 207:1 208:6 213:1 220:6,7,15 228:18 232:15 235:19

**numbered** 70:19 91:10 98:5 107:25 138:9 165:21 170:5 177:13 201:10

**numbers** 23:16 86:4 122:18 126:4 148:10 157:1 166:15,21 188:22 190:18 226:19

---

**O**

**O'BRIEN** 25:13 43:21

**oath** 9:8,18,19

**object** 10:19 116:10 156:2

**objection** 14:22 15:3, 24 16:15 17:3,12 20:3 23:6 26:9 27:14 28:8 29:18 32:2,11,

23 33:15 34:17 36:10 37:14 38:3,20 39:4,16 40:14,21 42:21 44:10 45:2 46:14 47:5,20 48:8, 19 49:3 52:14 54:15, 23 55:7,13 56:5 59:2,17 60:12,20 62:2,7,17 63:1,11 64:9 65:2,16,21 66:16 67:13 68:16 69:5,17 71:9 72:17 73:17 76:4,15 78:3, 10 79:19 80:11,24 86:14 87:7,16,25 88:16 89:22 92:1 93:11,23 95:7,18 97:4 101:15 106:17 107:19 117:5 118:14 120:18,25 123:10 127:15 130:23 131:7 134:8 135:6 136:10, 20 137:16 145:21 147:12 148:1,5,19 149:6,19 151:1 152:21 153:12 154:20 155:17 157:10,22 159:24 162:20 165:12 166:24 167:20 168:6 169:2 171:4,20 174:16 175:1 176:4, 18 178:9,14 179:1, 13 181:9 182:13 184:10 188:4,12 189:14,20 191:21,24 192:17 195:19 196:2,22 197:8 199:1,16 200:1 201:25 202:10,17,25 203:20 204:3,15 205:5,11 206:8,21 209:5,20 210:15 212:13 213:13,14,17 218:14 219:3,12,20, 22,23 220:22 221:8

222:19 223:2,9,25 224:12,15,22 225:11,19 226:8,24 227:12 228:7,13,25 229:11 230:12 231:13 233:1,23 234:10,18 235:4,15 236:16 237:4,7

**objective** 213:6

**objectives** 209:10

**observe** 206:13

**obviously** 10:6 47:9 49:6 51:13 80:8 87:5,14 112:19 119:25 142:8 149:13,15 150:9 154:11 156:25 181:16 187:20 189:17 190:4 209:24 229:3

**occasionally** 52:20 53:16 54:10

**occasions** 68:12,25 69:1 236:20

**occur** 19:13 189:7 207:1

**occurred** 19:15 20:10 38:13,14

**occurring** 19:25 54:13 142:1

**occurs** 26:21

**October** 4:15,21 5:2, 5,8,14,17,19,22 6:2, 7,11,14,17,20 21:7 61:13 67:4 71:5,23 73:21 81:7,10 82:17 83:4,20,24 99:14,19, 24 100:3 102:15,23 103:25 104:12 106:22 108:13 113:1 115:11 118:13

Timothy D. Cook

Highly Confidential In re Apple Inc. Securities Litigation vs.

120:24 122:16
126:14,25 135:24
141:9 142:1 143:23
144:2,19 148:16
152:2,12 153:21
159:4,7 164:4 166:2
168:8 170:15,22,24
171:15 179:17,18,25
183:2 186:15 194:6
195:3,18 197:19
206:18 208:14
234:17 235:1,2

**offer** 159:20 169:15,
21

**offered** 90:21

**office** 185:3

**officer** 17:16 30:13
38:7

**official** 69:19

**offset** 155:19 156:10,
24 167:24

**offsets** 157:9

**Oh** 36:18 39:10 53:22
58:9 68:17 75:10
98:2 125:25 133:20
140:6 193:10 222:13

**okay** 10:3,9,17 11:9
18:4,21 19:1 20:18
22:16 25:20 26:7,24
27:5,21 35:19 37:10
41:15 43:10,15,25
45:11,23 48:13 51:5,
22 52:7 55:11 57:1,
19 58:11 60:17 67:5
70:11,23,24 72:1
73:4,8,12 74:20
76:11 77:19 79:4,8
80:15 82:5,22 83:14,
20 84:20 85:11,23
86:1,7,19 89:14,15
90:10,12,25 91:4,17,
24 92:9,24 93:2

94:3,24 96:3 97:10,
19 98:2,12 100:24
102:15 103:24
104:23 105:6,17
108:18 109:18
110:9,12,22 111:14,
22 112:17 113:22
114:7,17 115:5,25
116:13,17 121:7
124:16 125:3,25
126:11,19 127:21
128:4,5 131:13
132:4,7,11 133:24
134:14,17 136:5
137:23 138:12,15
139:8,18,19 140:7,
13,18,23 141:7,14,
21,22 143:21 144:19
147:9 148:5,15,23
151:7,16 152:6
153:19 154:6,14
155:4 157:15 158:3,
16 159:13 160:8
163:8 164:1 166:7,8,
9 167:5 170:16,20
172:13,24 173:15
175:6,11,20 177:25
178:6,13,16 179:10
180:2,5,23,25
181:22 182:23
183:5,14 184:11
185:24 186:6,24
187:4,18,24 188:18,
21 190:10,19 191:7
195:7 197:21 201:6,
8,16 205:15 207:24
208:4 212:22 214:2
218:5 220:4,14
223:6 224:19 228:1
233:13,14 237:15

**old** 148:17

**Olson** 215:2,4,5,7,13,
16,23

**once** 26:15 49:8

118:4 127:19 171:10

**one's** 118:17

**one-on-one** 34:16

**one-page** 141:4
177:11

**one-to-one** 34:18

**ones** 35:16

**ongoing** 91:21 92:12

**online** 118:20 179:9
180:23 184:17,24

**OP** 71:7

**open** 57:2 140:8
175:25

**opened** 113:3 159:7

**operating** 30:13

**operation** 31:20

**operational** 152:25

**operations** 30:8,18
31:6,17 115:19
116:7 119:3

**opinion** 14:7,10,12
15:22 16:13 17:5
68:5 79:11 93:21
204:17

**opinions** 16:22
32:16,21,25 38:18,
19 39:1 53:7

**opportunities** 143:2
150:1

**opportunity** 74:17
170:10 176:11
198:25 199:12

**opposed** 157:9

**ops** 102:18

**optimistic** 160:13

**optimize** 174:6

**order** 12:23 17:7
24:22 32:9,21 42:2
64:8,14 70:13 104:9,
10,20 111:10 120:9
137:13 139:5 146:19
202:19 212:8 232:15

**ordered** 104:11
228:18

**orders** 104:1,14
106:3,9,23 107:7,8,
14 110:5 111:19
226:1 229:4,10
232:12,23

**organization** 26:3
27:11 32:9,17 33:4,
6,8,10,14 36:2,3,12
37:22,25 116:24
160:1 195:11 198:20
200:9

**organized** 30:10

**original** 166:16

**ORRICK** 3:17

**outlined** 142:24

**outlook** 36:9 120:9
145:15 147:1,11,24,
25 164:12 171:2,19
187:22 217:19
220:20 221:5 230:11
231:5 233:22 234:25

**outperform** 72:3

**outside** 33:14,17
127:13 211:21

**outsiders** 42:5

**overall** 46:1 60:4,6
61:3 64:18 76:19
80:17 84:18 106:8
134:21 135:3,15
137:22 160:8 172:8,
9 180:15 192:15
198:3 224:3 235:16

Timothy D. Cook

**overhang** 81:4

**overnight** 142:9

**overshipped** 202:3 228:17

**overstate** 184:1

---

**P**

---

**P&l** 108:23 109:1 143:3,22 147:4,7 149:8 153:1,14 154:2

**P&ls** 37:20 151:3 154:12

**p.m.** 126:18 127:3,8 153:21 186:18 187:9 238:7

**PAC** 127:9,10

**Pacific** 7:19 126:17 127:3,6,10 143:17 173:1

**package** 178:22,25 189:22

**packet** 185:12

**page** 4:6 58:19 63:23 64:16 75:3 77:13,14 86:2 91:10,13 96:19, 20 98:19,22 111:22 116:1 118:9 119:8 129:8,10,25 131:14 134:17,18 142:17 175:13 187:20,23 190:1 193:1 196:13 202:6 204:21 205:20

**pages** 4:9 5:13 185:13,23 186:2 187:13,15 195:5,6

**panels** 65:24

**paper** 71:10 136:19

**paragraph** 58:19 61:1 63:25 64:16 72:2 75:7,9 77:3,17 78:24 85:11 86:7,21 92:9 94:6,25 96:21 103:12 106:1 109:9 110:2 132:11 133:15,18

**paragraphs** 61:11 93:2 94:4

**parallel** 144:8 199:3

**Parekh** 4:14 5:17 6:8, 12 25:21 49:23 51:17,23 52:2 54:11 57:12,24 58:9 66:8 115:10 116:19 120:5 122:17 126:16,23 151:25 152:10,18 153:7 159:14 186:13 194:24 208:16

**parenthetical** 112:5 113:21 120:9

**Park** 19:15

**part** 17:16 28:10 31:7, 19 36:5 39:11 41:2,7 46:12 72:21 85:6 89:16 142:11 155:10 158:18 178:22,25 187:2 191:3,4 193:11 216:8 233:3

**partial** 157:9

**partially** 155:19 156:9,24

**participant** 154:12

**particular** 17:5 20:21 52:17,21 77:4,20 78:17 79:25 211:5, 15 228:19

**particularly** 59:1 174:10 175:15 218:13 225:18

**parties** 7:18

**partly** 101:2,3 234:12

**partner** 100:21,23 101:6 120:9 133:21, 23 202:16 203:9 205:1 206:11 224:2

**partners** 119:22 130:2 131:10 132:12,14,15 133:3, 19 159:12 201:22 203:18 204:1,13 205:3 223:22 224:10 227:11 228:5,11 236:15 237:3

**parts** 46:17 71:2 132:8 161:2

**party** 14:2

**passing** 147:3,7

**Patel** 98:14 99:7

**patterns** 226:15

**Paxton** 38:11 212:2 214:14 215:6 216:5, 23 217:8,16,21 218:5 219:18

**paying** 47:3,18 48:17

**payment** 206:5

**PC** 66:4

**pent** 74:15 121:18

**people** 31:22 32:3,4, 18 43:2,8,9 49:8 50:1,2 90:1,2 100:4 116:17 117:2,6,15, 22 118:4 121:11,16, 19 122:1,8,12,14 123:2,20 129:15 132:25 141:11 152:16,19 153:10 161:1,3,10,12,13,24 162:3,19 167:13,14 170:22 171:14

193:11 200:13 210:2 215:8 231:18 233:7, 16 235:10

**perceived** 78:6 168:25

**percent** 14:17 54:22 61:12,14 63:19 64:21 65:7 79:11 104:3 105:3,7,8 107:12 111:2 119:15,16 128:6,11, 12,13 131:17,23,24 132:13,14,15,16,17 154:18 155:5,6 156:14,15,19 180:19,20,24 181:1, 8 182:7 183:6 184:6 190:3,6 192:15 209:25 210:25 231:23

**percentage** 180:20

**perform** 63:20

**performance** 14:14, 18 137:14 157:2,5 173:22 174:14,24 175:3 208:22 209:18,19 210:13 219:1,9 235:13

**performed** 231:20,21

**performing** 49:5 200:8 214:5 223:20

**Perica** 25:15

**period** 23:25 26:5 30:20 34:19 37:7 38:14 49:9 67:16 68:18 69:24 74:11, 14 94:23 97:5 131:22 150:21 151:5 159:11 164:17 195:12 216:3

**periods** 127:23,24,25

Timothy D. Cook

**person** 18:13 30:5 33:23 61:18 117:24 122:21

**personal** 16:13 72:24,25 73:1

**personally** 44:9 112:16

**perspective** 85:16,20

**Pfefferbaum** 3:4 7:25 114:15,18,22 139:22 140:6,15,21

**Phil** 25:11 33:24 34:1, 13 44:1 197:20 198:10

**phone** 12:5,9,11 23:10,12,13,14,15, 16,24 24:1,3,9,14, 16,21 91:23 92:14 99:23 162:5,7,15 230:10 231:3 233:25 234:2,8,11

**phones** 23:5 64:7,12 74:10,16 101:5,12 102:1 117:23 122:20 130:21,25 133:5 161:5 193:6,9,12,13, 19,23 194:1,2,3,9 202:15 215:21

**photographs** 132:12

**piece** 105:11 110:8

**pinpoint** 97:7

**Piper** 215:2,4

**place** 7:18 44:6 46:18,21 78:20 231:15

**placed** 105:19

**placing** 35:11 97:12 104:1,13 106:3

**plain** 174:22

**PLAINTIFF** 3:2

**Plaintiffs** 7:24 8:1,3, 5,7,9,11

**plan** 134:3,7,11,12 143:4 202:3 204:23 205:23 206:19 207:2

**planned** 134:15

**planning** 27:10 36:2, 13 104:20

**plans** 143:8 170:14, 21 171:14 174:24 195:16 207:6 224:21 225:10,17 228:23 232:6

**play** 123:3 164:20,21 166:11

**played** 21:20

**please** 7:17,21 8:19 9:6 43:14 49:19 50:23 55:21 56:20 58:6 70:6 79:9 81:23 82:20 91:18 107:24 114:4 135:20 136:2 138:3 151:17 163:2 165:19 170:3 172:5 176:22 183:23 185:11,23 193:1 194:15 197:18 219:4 220:6 230:22

**plus** 61:13 133:10 180:25 192:1

**pluses** 158:24

**PO** 103:25 104:9

**point** 11:3 16:3,19 30:21 39:11 41:5 53:17,19,20 55:25 71:2 73:23 78:17 97:17 117:9 124:21 129:2,18 131:6 132:20 136:22 137:20,21 143:12,14

155:22 156:13 160:19 172:2 173:6 179:1 180:20 191:14 197:16 200:24 211:15 216:10 222:20 223:11 226:20 227:5 236:6

**pointed** 94:6 236:3

**points** 53:9 130:1,9 137:17 138:5 157:13 183:8 196:23 215:8 234:2

**poor** 235:13

**popped** 114:6

**popular** 137:24 211:13

**popularity** 95:2

**portfolio** 174:7,10 175:15,17 209:9 214:21

**portion** 21:10 28:1,2 104:8 118:22 121:15 146:9 181:13 197:12

**position** 26:2 27:25 30:4,16 214:22

**positive** 221:19

**positively** 75:5,12

**possible** 9:24

**possibly** 144:8

**potential** 68:5 80:4 160:13 167:8 212:3

**PR** 198:19

**prayer** 123:23 124:13

**pre-order** 100:5 129:9

**pre-orders** 99:23 100:1,4,9 107:1,3,22 113:3 116:16 117:16

118:10,12,16,19,21 119:11,21 120:7 159:3,6,10,12

**preannounce** 236:2

**preceding** 73:21

**precise** 102:4

**predecessor** 111:5

**predict** 39:18,23 40:12,19 41:7,11 74:10

**predicted** 174:19

**prediction** 48:1 214:6

**predictions** 212:8

**prefer** 218:17

**preferences** 48:6,14

**prep** 148:2

**preparation** 41:8 66:23 141:23 144:25 147:10,23 148:9 149:3 187:2

**prepare** 17:20,25

**prepared** 103:1 211:9

**present** 3:22 189:18

**presentation** 44:23 54:5

**presented** 54:1 227:21

**president** 30:17,23 31:6 34:1,10 68:9, 11,21 69:4,7,12 81:5

**press** 52:18 54:5 211:14

**pressing** 113:11

**pressure** 91:21 92:12 96:23 97:2 209:24 210:21

Timothy D. Cook

pressures 231:22

pretty 165:10 176:3

preview 211:4

previous 18:3 111:11
129:4 135:12 181:17
183:11 189:8
229:13,18 233:25

previously 4:13 43:3
50:25 51:6,17,24
57:12 148:17 162:12
167:11 222:7 228:18
237:9

price 72:3 84:4
122:15 130:9 193:5
196:22 205:2 213:6
215:8 221:13

priced 197:6

prices 64:11

pricing 64:3

primarily 22:24 23:1
84:4 88:15 236:12

primary 23:22 33:19
152:19 180:14

print 12:14,22 13:8
140:16

printed 51:9 140:17

printer 11:25 12:13
51:10 57:9 166:5

prior 17:10 21:9
30:23 37:2,3 39:14,
17 121:15 133:5
159:3 181:3 222:14
225:5 234:25

Priya 31:13,15 108:14

pro 183:10 189:3
192:8 222:5 226:17
227:25

probably 12:9 22:23
25:17 33:19,20 40:1

45:15 46:4 66:11
78:15 85:7 95:9
102:5 103:6,14
119:2 145:10 146:19
172:21 174:20 192:3
195:13 200:5 210:23
218:19 229:1 237:11

probe 164:25

problem 157:1 161:7
226:11

process 37:10 39:25
41:8 72:22 104:1,13

processes 46:12

produced 72:21
178:21

product 20:20,23
21:15 34:2,10 40:13,
20,23 41:4 66:25
74:25 75:1,15,23
80:4 100:5,25
101:10 117:21 118:5
121:14,15,20,22
123:2 128:2,22,25
129:19 133:13 135:9
160:14 174:3 175:4
181:18,19,20 182:4,
20 183:9 184:14,15
188:24,25 189:1,3
192:7,8 198:19
200:16,17 202:11,24
221:19,22 222:1,5,6,
10 224:2 226:16,17
227:25 229:20
234:6,22 235:16

production 31:1
206:19 224:21
225:9,17 228:23
229:9 232:5

products 21:1,5
46:16,17 59:21
67:22,24 68:2 73:19
91:20 92:10 93:5

97:12 101:9 121:13
128:3 130:8,12,16,
17 133:13 167:9,11,
25 172:8 175:24
182:1 225:14 234:13
235:17

professional 156:6

profile 129:3

profit 36:13,19,20
38:23 45:16

progress 178:18

project 222:9

projecting 132:15
221:25

projection 154:17

promotion 30:22

pronouncing 35:22
99:10

pronunciation 35:24

proper 203:2 204:7
213:15

protect 207:12

proud 231:24

prove 74:14

proved 211:1

provide 31:24 32:8
36:25 38:19 114:18
185:16 187:16
191:10 221:4 224:1

provided 36:7 45:18,
21 50:5 159:13
224:2

provides 36:5 213:3

providing 152:19

proxy 184:21 218:19

PRS 134:25

PST 186:18

Public 83:11

publication 136:9

publications 65:14

publicly 66:13,19

published 71:5 83:24

publishing 80:9

pull 30:9,10 50:9
82:20 88:23 107:23
146:22 151:16
165:18 176:12
179:19 198:25
199:13

pulling 197:3 199:25
200:3,21

purchase 104:9,10
130:5 131:2 133:5
161:5 162:4,17
193:13 202:19 215:9

purchased 101:5,13

purpose 55:20 156:4

purposes 23:16

push 64:2

pushed 146:10 165:6

put 18:22 41:10 42:13
50:22 57:1 67:8,22,
24 82:20 96:23
97:19,24 102:18
114:20 138:20,23
139:12,21 151:13
172:1 185:11 211:6
231:16

putting 35:12 97:2
200:10

---

**Q**

q1 6:6 67:17 104:2,16

Timothy D. Cook

105:19 109:11 145:15 147:1,11,25 164:7,12 170:14,21 171:14,18 179:11,15 181:7 183:2,10 187:20,21 221:6 222:6 230:11 231:5

**Q4** 14:14,15,19 105:1 182:21 209:25 210:24 222:5 223:4

**QTD** 180:13

**qualifications** 59:6

**quarter** 14:18 21:20, 21,22,24 22:3,12 36:17,21,22 49:8 61:15 67:17 75:17 79:13 105:2 109:2 158:8 164:22 173:24 180:13,18,24 181:1 182:5,7 183:6 184:6 229:13,16,18,19 231:20,22 236:3,15

**quarterly** 39:9

**question** 10:1,22,23 11:7 13:4 14:25 16:8,10,12 24:6,7,9 26:19 32:7,13 40:16, 18 42:15 45:4 47:13 56:19 66:7 78:8 85:7,25 90:4 92:2 108:19,21 112:19 147:21 148:14 153:5 155:14 168:8 172:1 181:11,14 186:1,2 191:1,9,11,18 203:24 204:4,11 219:15 221:3 225:7 227:16,19 228:8 230:14,15,17,18,21 231:7,9 235:5

**questioning** 11:7 42:6 90:24 138:6

**questions** 9:22 10:12,15,20 25:1 39:19,23 40:5,9,12, 19 42:9,13 57:22 73:6 99:17 167:12 176:7 195:23,25 211:8,22 212:3,9 217:10 218:12,18

**questions/comments** 196:7,10

**queues** 134:23 135:10 189:2

**queuing** 134:24

**quick** 185:1 237:10

**quickly** 142:16 185:2, 3 237:14

**quite** 14:19 21:8 35:21 81:3,4 88:18, 20 117:6 214:12

**quote** 61:1 63:25 85:6 87:10 212:3

**quoted** 61:18 84:22 85:2 86:10

**quoting** 145:17

---

**R**

---

**R&d** 85:16

**rabbit** 176:12 198:25 199:13,25 200:3

**raised** 217:18

**ramp/acceleration** 160:10,24

**ramping** 77:5,21

**ran** 36:3 143:15,18

**range** 36:16,23 144:11 145:24 146:10 147:4,15 148:17 149:4,11

192:2 196:20

**ranges** 142:20 144:7 148:25 149:22 152:20,23 154:7 157:16

**rarely** 24:12

**rate** 120:21 121:8 129:16 180:19

**rates** 215:7

**rating** 72:3

**re-ask** 176:6

**re-rating** 77:6,22

**reach** 129:10

**reached** 61:12 63:19 88:9,11

**reacted** 154:2

**reaction** 200:17

**read** 12:4,15,21 13:6 15:17,18,20,23 16:5, 14,22 57:18,20 58:11,16,17 70:25 71:1 73:13 79:8 84:21 89:14 91:17 92:10 108:10,22 110:15 115:5 121:1 130:15 131:8,9 134:10,16 135:7 136:5 139:7,11 145:2,23 146:16 148:24 166:8 175:19 183:22 185:14,17 187:25 188:1 191:15 192:7 195:22 203:21 211:25 215:20 219:4,5 223:17 224:17 227:6 230:21,23

**reader** 123:13

**reading** 76:5 113:19 116:14 139:10

142:16 158:13 170:18 185:20 188:3

**ready** 39:20 41:12 82:1

**real** 123:1 165:4

**realize** 104:18

**really** 21:23 54:17 113:24 165:17 189:13 204:11 210:5 226:15 231:24 237:22

**rear-view** 49:7

**reason** 11:11 13:4 97:1 146:19 149:14 158:7 181:6 182:11 184:7,12 235:12 236:4

**reasons** 133:1,2

**reassess** 176:6

**reassessment** 207:2

**recall** 11:14 17:18 19:25 20:2,9 21:13 25:9 34:18 38:13 49:4 52:10 58:15 60:13 61:24 66:24 67:3,15 68:12 69:6, 9,11 81:1,12 83:1 96:10 99:18 101:18 113:20 116:20 141:25 147:2 150:23 177:22 194:5 197:15 210:18 214:2,17 216:5,23 217:16,21 218:5 220:1 222:23, 24 224:16 232:3 236:9,11

**recalls** 210:22

**receive** 12:3 33:13,16 39:1,10 44:12,17,24 45:15 83:2 85:10 92:18 93:22 167:5

Timothy D. Cook

**received** 13:12 72:16 73:1 76:7 92:19 93:25 95:16,24 119:11 131:10 143:22 144:8 149:1 167:2

**receiving** 45:11 83:1 92:16,23 95:20 213:22

**recess** 41:21 81:19 125:6 163:13 185:7 207:21 237:19

**reckless** 199:23

**recognize** 82:24 202:8,12 217:15

**recognizing** 202:15 203:16

**recollection** 25:11 26:4 31:5 43:16 54:12 55:22,25 56:2 67:11 106:24 145:7 209:22 213:11 214:8 215:11,22 216:13 217:8

**reconsidering** 175:25

**record** 7:19,20 10:11, 13 18:23,25 22:2,4 41:18,20,23 57:23 61:14 81:18,21 82:14 89:11 109:19 115:15 125:5,8 126:2,13 151:18,22 163:12,15 165:25 170:11 172:2 185:2, 3,6,9 186:7 191:13 194:20 207:20,23 208:1 219:5 230:23 233:9 237:18,21 238:4

**recording** 7:17

**recurring** 77:8,24

214:20

**reduce** 134:2 224:20, 23 228:23 229:3 233:22

**reduced** 61:5 110:3 111:17 232:5

**reduction** 160:6 232:15

**refer** 22:2,11

**reference** 174:3

**referenced** 94:5 133:7 145:3 218:9 227:8

**referencing** 56:12 198:23 220:2

**referred** 27:17 28:10 29:14 144:25 157:9

**referring** 21:23 74:23 85:20 117:20 118:15,22 122:24 142:6,7 143:19 168:3 175:17

**refers** 196:14

**reflect** 146:10 147:6

**reflected** 145:24

**reflects** 179:11

**refresh** 54:12,17 90:21 172:18 223:18 227:13

**refreshed** 17:22 142:3,4 151:3

**refreshes** 143:12

**refreshing** 97:8 145:7

**regard** 119:1

**regarding** 74:21 187:6

**regardless** 173:14

**regards** 14:13

**region** 46:1 47:23 48:11 79:14,18 101:11 128:17

**regions** 46:3 47:8,16 183:16 184:3

**regular** 28:12 33:4,5 42:25 116:9 211:23

**regularly** 26:8,11 127:17

**rejected** 175:25

**relate** 83:17

**related** 161:19 164:10 187:5,21

**relates** 190:1

**relation** 121:10

**relations** 38:4,10,17 83:11 211:11

**relative** 60:14

**release** 90:17 100:5

**released** 99:19 193:6, 9

**relevant** 24:17,23 230:1

**relied** 31:23

**rely** 32:7,21,25 42:2

**remain** 52:2

**remaining** 201:2 208:1

**remains** 75:23

**remember** 20:14 48:9 54:16,24 55:4 67:7 76:5 78:11 81:2 92:16,22,25 95:19 107:7,20,21 130:14 164:24 171:21 177:23 194:11

205:16 212:21 213:21 214:14,24 219:22 223:3,10,13 226:14 232:8,9

**remind** 227:1

**renaissance** 80:16

**repeat** 10:2 24:7 40:15 86:16 195:5 215:3

**repeating** 147:20

**rephrase** 219:16 230:19

**replace** 143:5

**replacement** 215:7, 19

**replenish** 205:3,23

**replied** 99:12

**replies** 115:22 152:15

**reply** 144:4 152:15

**report** 25:24 26:25 27:2,22 28:21,23,25 29:24 34:12 44:21 45:15 63:16,18 71:4 72:16 76:6 78:12 83:24 87:3,12,20 93:22 115:19 116:2, 8 117:12 232:4

**reported** 27:3 29:1,12 34:3,13 55:12 56:4,9 87:15 93:10 119:12 120:2 135:15 195:13 206:10

**reporter** 7:13 8:19 10:11 50:8 58:1 73:3 108:5 114:11,12 115:7 219:5 230:23

**reporting** 7:15 30:1 37:19 117:4 119:22 195:14

Timothy D. Cook

**reports** 25:6,8,22 30:2 31:18 33:3,5,7, 13,17 34:14 36:6,8 42:4 44:13,17,20,24 45:12 63:17 83:17 116:5 195:12 211:12 212:9

**represent** 178:20

**representation** 182:12 184:9

**represented** 29:13

**representing** 7:14 18:23

**represents** 226:1

**repurchases** 214:22

**request** 73:10 204:22

**requested** 202:16

**requesting** 201:23

**require** 32:9

**research** 42:4 54:9 56:13,16 61:7 63:4,8 64:19 65:12,13

**resell** 107:7

**reseller** 100:16,18,22 106:9,23 116:16 118:10 119:2 133:21 173:9 202:16

**resellers** 118:21 128:5 162:13,14,23 193:16 202:23 204:13 223:23 228:5 230:9 231:2

**reservation** 134:25

**resold** 101:14

**respect** 32:4 85:19 97:2 151:8 154:17 190:22 191:18 216:6 217:2 218:13

**respective** 31:23

**respond** 10:15 12:10 41:12

**responded** 108:20

**responds** 106:7

**response** 120:6,17 148:15 158:18 159:13 166:10 184:2,4 191:6,10 227:6

**responsibilities** 27:6 83:9

**responsibility** 30:25 31:3

**responsible** 62:13,23 117:3

**responsive** 56:18 158:14 191:11,13

**result** 104:21 158:10 207:13

**results** 40:3 129:1 137:22 150:14 153:3 189:8 198:2 200:11 229:13,15 235:10

**retail** 43:22 115:19 116:7 118:20 119:5 187:25 188:9 227:10,22 236:14

**retired** 38:12

**retirement** 3:11 38:13

**return** 163:4

**revenue** 37:18 45:5, 12 46:7 78:14,21 84:18 94:20,21 128:6 145:4 147:24 151:9 169:1 173:25 174:12 175:21 202:8,12,15 209:7 216:11 229:25

**revenues** 41:1

**review** 22:6,19 23:4 45:12 57:20 89:10 98:11 103:12 115:3 136:2 138:25 145:12,14 154:13 170:10

**reviewed** 16:2,6,17 19:21 20:9,14 54:12 99:5 141:23 145:5, 13 151:3 154:8 157:25

**reviewing** 187:16

**reviews** 117:18,21 198:19 221:19

**revised** 167:23

**revising** 110:23 167:23

**revision** 171:23

**revisions** 146:1

**RHODE** 3:12

**Riccio** 25:12 44:2

**richer** 132:22

**right** 8:18 9:9 10:21 11:10 13:13,17 18:15 19:22 31:5 32:22 45:6 46:8,13, 24 49:18 52:24,25 53:10 57:7 59:16 65:15 66:15 67:22 68:1,15 71:20 72:13, 23 73:25 74:22 75:9 79:17,18,24 80:23 81:17 82:2 83:21,25 84:7,9,15,20 85:1,3, 9,21 86:19 87:6,15, 24 88:6,10,15,22 89:17 90:7,14 91:7 92:6 93:10,19 94:14 95:6,17 96:14,16 99:10,14,15,20,23,

24 100:6,9,20 101:5, 7,14 103:4 105:15 106:13,21,23 107:6, 18 108:15,24 109:5 111:13,20 112:17,23 113:5,14 116:18 117:4,12,13 118:6, 10,13,24,25 120:5, 17,24 122:6,16 123:5,7,12,16 124:5 127:4,9 128:14,19, 24 129:2,17 130:10 131:25 132:19 133:9,21 134:3,7 135:15,17 136:19 137:9,12,15 139:13, 15,16,21 140:4,8,15 144:13,20,22,23 146:21,24 149:13, 16,18 150:3,16 152:17 153:5 154:16 155:2,8,21 156:16, 25 157:3 158:21 159:8,15,23 164:8, 19 166:12 167:9,19 168:8 169:17 171:3 172:3 173:15 174:4, 8 179:17,18 181:25 183:7,15 184:7 187:13 188:11 189:17,19 190:7 191:20 193:2 194:20 196:1,5,7,11 199:15, 22,25 201:24 202:6, 14 204:20 205:10,18 206:20 207:4 208:17 209:4,19 210:14 211:5 214:13 219:19 220:19 221:7,12,13, 20,24 222:1,8,10,18 223:1,8 224:7 225:2, 18 227:4 228:6 232:6 235:7 236:5, 13,15 237:6,11,17 238:2

Index: reports–right

Timothy D. Cook

**right-hand** 72:20
77:13 86:4

**rigor** 65:25

**ring** 215:5

**rise** 91:23 92:14

**risk** 110:5 111:19,23
112:6,22 113:17
160:11,24 217:20

**risks** 143:1 150:1

**rivals** 95:1

**RMB** 196:19,20

**RO** 115:20 116:3,5

**Rob** 99:12

**Robbins** 3:3 7:23,25
8:2,4,8,10

**robust** 111:10 234:4

**Rod** 212:10 218:1,6

**Rogers** 170:13 173:5,
11

**role** 26:3 27:25 30:4,
15 31:4 33:24 38:17
164:20 166:11

**roles** 38:6

**roll-up** 154:12

**roll-ups** 36:13,19,20
153:5

**rolled** 153:9 235:18

**rolling** 36:9 38:22
152:24,25 209:10
235:19

**room** 11:16,25 18:12

**Rosckes** 108:15

**Rosenstock** 4:15
82:15 83:3,6 84:2
85:2,5 86:9

**routes** 46:5

**rows** 183:20

**Rudman** 3:3 7:24 8:1,
3,5

**run** 28:4 38:11 42:2
44:13,21 120:21
121:8 143:2

**run-chart** 159:20

**run-rate** 120:12

**running** 31:7,19
43:21 173:7,8,11,13,
18,20 178:8,13
213:14,17

**runs** 36:1 96:17
143:13 173:1,6

**rushing** 93:5

_____

**S**

_____

**Sabih** 27:4,7 30:15,17
31:18 108:14
126:16,23

**Sachs** 218:2,4

**sale** 99:19 233:25

**sales** 5:12 26:6 28:1
30:9 33:13 36:9
44:8,24 45:5,12
52:16 63:3 64:17
73:23 78:20 102:19
132:21 135:25 143:6
152:20,23 158:1
160:2,3 173:16
198:3 199:3,5
200:16 215:16
221:16 222:18,25
235:23 236:4

**San** 3:7,19 7:16

**Saori** 5:14 35:22,24
36:1 37:5 141:12
143:2 144:10 148:15
153:17,18,19 154:4

164:11 186:15

**Saori's** 37:19 145:23
154:2

**sat** 17:22

**Saturday** 152:2
170:15 192:6,12

**saw** 84:18 112:15
141:24 145:9,16
146:25 147:2,4
148:10 149:8,9
153:14 161:7 162:21
208:22 236:13 237:1

**saying** 62:15 73:19
74:12 87:18 92:22
97:15 101:25 102:1,
4 104:10 110:13,16,
17,18,24 117:15,18,
22 118:3 120:15,19
122:1,25 144:10
146:14,15,24,25
147:13 149:15,20
150:25 151:2,12
155:24 169:3 192:14
198:24 226:13,18
227:7,18,20 232:22

**says** 58:19 59:4,8
61:6,11,17 63:16,18
64:11,17 65:6 71:10
72:2,12 74:2 76:18,
19 77:3 84:10,23
86:20 87:8 91:19
93:3 94:4 96:21
100:12 110:19
113:25 117:15
119:9,15 128:15,20
134:18 135:18 144:3
147:3 148:25 157:6,
24 158:7 167:7
169:16 174:5 175:20
179:14 180:10 182:1
183:15,19,24,25
196:8,22 197:10
202:1,2 204:20

219:21

**scared** 123:9

**scary** 123:9

**scenarios** 143:3,22
154:3

**schedule** 11:4 27:19

**Schiller** 25:11 33:24
34:14 44:1 197:20
198:10

**science** 40:1

**scientific** 39:25 65:25

**screen** 12:21

**script** 144:12,24,25
145:20,25 146:9,15,
20,22 147:1,5,6,10,
15,24 148:8,11

**scrubbed** 166:22
168:20 169:6,8

**search** 24:19,22

**searched** 24:17

**sec** 139:20

**second** 25:7 58:19
73:12 86:7,20 94:15
98:17 118:22 123:15
138:16 184:24
204:21 209:21,22
210:21 233:8

**second-largest** 94:10

**section** 76:23 78:25
86:10 111:14,16
128:4 131:14 156:12
180:10 183:22 196:9
202:5

**sections** 15:22 71:4

**Securities** 7:5

**see** 11:19,20 17:6
18:1,17 36:12 38:22
41:17 44:1 47:14

Timothy D. Cook

Highly Confidential In re Apple Inc. Securities Litigation vs.

50:10,11,12,15,17, 23 51:3,4,7 52:18 57:4,16,17 58:9,22, 23 59:12,13 60:7,8 61:1,9,10 64:4,5,16, 23,24 65:17 66:11 71:13,14 72:5,6,10, 11 75:4,6,10,12,20, 21 76:1,2 77:3,10, 18,25 78:1 79:2,3,5, 7 80:6,7,16,19,20 81:25 84:9,13,14 85:4,17,18 86:24 87:1,2 88:24 89:23, 25 90:11 91:8,15,16 93:3,7,8 94:4,8,9,12, 13 95:3,4 96:21,24, 25 99:25 100:14,15 101:17 102:20,21 103:6 104:4,5 105:21,22 106:2,3,5, 6,10,11 107:15,16 109:14,21,22 110:1, 6,7 111:20,21 112:1, 2,8,9 113:23 115:18 117:23 118:7 119:9, 18,19,23,24 120:3, 12,13,14,21 121:4 122:22 123:1,2,8 125:15 129:6,7,12, 13 130:6,7,11 131:15,19 132:1,20 134:4,20 135:1,2 140:6,19 141:10 143:10 147:10,23 149:4 153:23,25 154:9,10 155:3,21 161:4,10,16 162:3, 15 163:17,19 165:7 166:19,20 167:7 168:21,22 174:1,2 176:1,2,14,15 177:12 178:6,17 180:7,9,16,17,21,22 181:4,5,25 182:2,8, 9,16 183:7,17,18,19

190:8 192:5 196:8,9, 15,21,24 197:25 198:4,5 200:12,13 204:24,25 205:4,6, 25 206:1,6,7,15,16 207:7 208:25 210:3 212:17 226:22 230:3

**seeing** 52:10 56:21 58:15 78:12 130:25 139:22 144:18 149:17 150:4 161:13 171:18 200:7 226:6

**seen** 52:9 53:22 58:13 122:20 123:20 124:1 142:22 144:12 145:4 149:23 187:1 219:25

**segments** 31:24

**select** 85:6

**sell** 64:7 74:11 86:22 100:25 101:9 104:17,22 110:3 111:18 120:10 137:13 154:17 155:6,11,15 156:1, 13,18,19,20

**selling** 59:11,21 199:6,9 200:12 221:16 224:25 234:21

**send** 24:1,3,10,12,13 83:16 85:9 143:4

**sending** 51:13 154:1

**sends** 83:20 91:4 115:21

**senior** 30:17,23 31:6 34:1

**sense** 44:15 56:17,19 101:23 184:15

**sent** 83:3 90:1,4,13 91:24 93:25 99:11

102:19 103:14 116:8,15,17 144:1,4 187:11 198:8,9,11 204:21 205:21

**sentence** 59:8 60:2 65:6 73:12 75:4 77:2,16 78:8 79:5,7, 24 91:13 106:2 133:14,19 167:7 177:3

**sentences** 78:24

**sentiment** 76:13 112:11,15,18 135:3

**separate** 57:25 95:8 210:5

**separately** 179:22

**September** 4:18 14:15 20:25 21:6 67:6,10,15 73:20 74:9 75:17 90:14,16 105:2

**sequence** 222:2

**services** 4:10 71:6 76:18,20 77:5,9,21, 24 78:4,14,16 84:5, 8,17 214:20

**serving** 26:4,5

**session** 117:8 201:1 233:11

**set** 43:10 61:21 152:16 173:24 187:9 195:22 233:4 234:4

**seven** 100:2 129:8 190:6

**SGT** 126:18 127:4

**Shannon** 214:10,11, 25

**share** 4:8 57:14 58:20 59:1 61:12,14 63:18

64:8,14 95:6,10,12, 22 103:19 129:1 197:4 213:16 214:22 218:7

**shares** 77:6,22

**Shawn** 3:4 7:23 9:3 22:1,8 51:25 58:10 81:25 89:1 114:15 115:13 125:15 126:6 137:5 138:10 140:9 141:5 148:1 163:9 177:11 178:8,24 185:1,24 194:21

**Shawnw@rgrdlaw. com** 3:9

**sheet** 94:22 196:15, 16

**shift** 234:13

**ship** 21:7 201:23 202:2,8,11,14,19 203:1 204:7,23 205:22 206:3

**shipment** 74:24,25 134:3,12 204:22 206:4

**shipments** 54:21 64:20 202:9 203:18

**shipped** 21:5,6,9 23:23 204:22 205:22

**shipping** 21:11 121:14 202:20 223:23 224:11 228:5,12 230:9 231:3

**shocked** 234:24

**shoe** 180:6,8

**shoes** 41:10 211:7

**shop** 130:20

**short** 36:20,22 41:14

Timothy D. Cook

110:25 111:1 151:12

**short-** 37:19

**short-term** 36:16

**shorten** 215:19

**shorter** 23:25

**shortfall** 168:25
213:9 236:5,12

**shortly** 97:6 139:14

**show** 13:6 50:21 52:4
90:20 177:21 182:6
213:23 219:21 232:7

**showing** 57:11 75:15
138:24

**shown** 44:20 52:5

**shows** 125:23
180:13,24

**sic** 98:13 109:13
196:20

**side** 22:23 75:9
199:6,7,9 200:12,13
207:13 231:19

**sideline** 143:11

**sign** 123:24,25

**signal** 23:19

**signals** 120:11,17

**significant** 142:9
147:16,17 171:16

**significantly** 153:2

**signs** 75:15

**similar** 44:21 176:7
190:13,17 192:22
205:17

**simple** 225:6

**simply** 161:24

**Singapore** 173:2

**sir** 55:19 170:17
212:16 236:23

**sit** 182:10 184:8

**sitting** 17:18 65:4
78:13 144:16 147:2,
14 148:20 210:19

**situation** 181:1 214:4
219:2,10

**situations** 123:21

**six** 79:5 192:2 201:5
207:25

**size** 79:22 122:3

**skilled** 85:12

**skills** 48:1

**skimmed** 71:1

**skip** 110:1

**skipped** 105:7,8,14
198:14

**SKU** 101:17 166:15

**SKUS** 174:12 175:21

**slanted** 93:14

**slightly** 142:11
228:17

**sliver** 184:16,17

**slowing** 61:4 64:17

**slows** 60:5

**small** 134:22

**smaller** 78:19

**smartphone** 49:1
51:20 54:13,20 59:9,
15 60:4 61:3,14
64:21 66:5 214:18
217:4,6 218:7

**smartphones** 48:18,
21 59:15,19 60:1
64:19 80:3

**smoothly** 10:9

**snippets** 236:19

**soft** 225:17

**softer** 119:21 205:1,
10,13

**software** 101:21

**sold** 102:1,2

**solid** 173:23

**Solomon** 3:5 8:8

**somebody** 73:1 91:3
180:3 200:3 211:11

**someplace** 146:16

**sorry** 18:11,15 22:8,
10,14 26:18 28:24
29:15 39:4 45:9
53:18 62:18 69:24
90:18 96:19 98:17,
20 105:23 109:17
111:7 114:11,17
126:9,25 133:17
136:13 137:18
138:12 139:9,10,12
141:10 148:14
156:13 158:4
169:18,20 170:18
171:5,25 177:22
195:1 209:12 215:18
216:18 220:8,15
233:14 234:19

**sort** 11:4 21:1 30:7,9
31:23 38:18 45:25
47:8 63:5 67:11,19
85:2 102:25 105:17
106:12 157:20 165:1
171:5 172:10 192:15
210:25 229:14
232:23

**sought** 203:18 204:1,
13

**sound** 212:12,16

**sounds** 121:6 125:3
212:19 230:14

**source** 66:2,15 87:24

**sources** 53:3

**space** 66:4,5

**speak** 71:24 88:9
186:5

**speaking** 32:15 36:11
44:19 74:3 83:21
84:3 101:9 225:23
229:20,21

**spec'd** 101:7,8 197:2

**specific** 15:5 20:6,24
42:8,13 71:2 128:21
131:20 133:25
173:23

**specifically** 210:14

**speculate** 55:14,19

**speculating** 55:17

**spend** 185:14

**spent** 164:15

**spike** 181:17

**split** 21:4 143:15

**spoke** 33:11

**spokesperson** 83:12

**spreadsheet** 6:5
177:14

**Srouji** 25:12 44:2

**staff** 22:25 24:2,11,12
43:9

**stamp** 157:23

**standing** 42:25 179:4

**standpoint** 46:7

**stands** 104:9 115:20
116:7 119:2

Timothy D. Cook

Highly Confidential In re Apple Inc. Securities Litigation vs.

Stanley 216:2

start 39:9 77:7,23
97:7 168:15

started 12:23 81:2,12
95:11 99:9 107:1,2
108:16 139:4 221:16

starting 153:23

starts 141:9 152:14

stat 190:25

state 3:11 7:21 9:5
37:13 57:23 160:22
183:5 225:8

stated 16:16 99:18

statement 15:13 59:4
60:9 160:12 181:12,
13,23

states 7:6 46:19
67:12,22,23,25
92:13 94:11,16
96:22 97:14 180:5
182:3

stating 205:21

status 180:14

stay 52:11 134:11

steady 75:24 160:22

Stella 4:19 90:9

stick 190:11

stock 221:13

stop 204:22 223:23
224:11 228:5,12
230:9 231:3

stopped 81:3

stopping 124:21

store 99:21 118:20
134:21,25 135:16
179:9 184:17,24
187:25 188:9

stores 134:24 227:10
236:14

story 78:4 180:6,8

strange 59:4 61:10

strategy 61:8,23
62:1,6,11 84:11,24

Street 3:7,19 5:11
7:15 72:7 73:13,15
74:13 75:18 135:23
136:7,18 137:2

strictly 105:16

string 45:13 152:14

strong 16:3,18 23:17
160:20 184:2

stronger 155:19
156:10

struggled 95:1

struggling 159:17
167:12

subject 17:5 68:8
100:11 108:23 118:9
126:17 127:2 152:1
157:16 164:7 170:14
171:14 186:17 187:8
208:16

subscribe 65:18

subsequently 97:13
127:22

subset 43:2,8,11

subsidies 60:3,11,15,
22 61:5

substantially 102:5
180:15 225:3 233:22

substitution 167:9

Success 4:8 57:15

successful 77:4,20

successor 111:5

Sucharow 3:13 8:6

sudden 151:11

sued 17:10,17

suggest 167:15

suggested 137:12
187:5

suggesting 58:25
166:21 168:23
176:16 191:1

suggestions 154:15

suggests 84:11,24
190:2

Suite 3:7 7:15

sum 172:7

summaries 159:21

summarize 38:18

summarizing 195:15

summary 39:1,13
119:9 126:18 127:3
153:24 154:7 197:4
213:3

summer 68:15

Sunday 169:16,21
186:15 187:9 190:5
195:1,2 198:6
206:17

suppliers 226:2
229:4 232:16

supply 27:10 31:7,10,
20 46:22 91:20
92:11 128:10
131:21,22 134:2,7
161:9 203:2,8,10
206:18 207:5

suppose 200:4

sure 13:5 21:18 23:9
29:20 30:19 33:17
37:15 41:3 42:16

43:20,24 45:4 51:11
53:12 56:18 60:22
63:23 66:5 67:9
68:4,7,22 69:18
71:18 76:7 81:16
83:5 86:16 87:22
88:12 91:2 94:17
95:12 98:18,22 99:9
103:22 105:24
109:19 110:11 112:4
113:11,25 120:23
122:19 123:21
126:12 139:21,23
140:3 146:13 148:21
156:5 165:1 168:15
173:6 177:4 212:25
219:14,18 230:13
237:12

surmise 131:5

surprise 103:13
106:9 107:18
203:15,25 204:12

surprised 86:24
124:12

surprising 232:14

surrounded 109:13

surrounding 20:19

survey 94:5

sustaining 155:19
156:10,24

SUTCLIFFE 3:17

Suva 216:17,20,24
217:3,10

swear 8:19

swing 79:6,10,21

switch 23:18

Switching 45:23

sworn 8:22

SYSTEM 3:11

Timothy D. Cook

Highly Confidential In re Apple Inc. Securities Litigation vs.

**T**

**T2** 205:3,24

**T3** 119:13

**T4** 119:12

**tab** 126:4 138:23
    139:15

**table** 11:24

**Taiwan** 46:13 132:15

**take** 11:1,3,8 13:8
    41:14 42:12 51:16,
    21 57:19 58:18
    59:10 70:21 79:22
    81:14 82:11 108:2
    109:11 115:25 118:8
    122:25 124:19,23
    125:19 139:5 141:20
    144:3 151:20 153:19
    163:5,6 165:4 174:6
    175:14,21 177:18
    180:3 185:1,19,21
    186:7 198:3 200:24
    201:7,14 202:2,23
    204:2,14 207:15
    220:12 233:17
    234:16 236:20
    237:10

**taken** 9:15,19,20
    41:21 81:19 125:6
    160:6 163:13 173:24
    185:7 189:8 207:21
    236:19 237:19

**takes** 46:21 169:15

**talk** 10:7,8 104:25
    116:15,20 127:17
    229:13

**talked** 31:22 32:19
    43:3 45:1 50:7 80:25
    116:18 117:8 127:22
    133:2 135:8 153:2

161:1 167:11,24
    188:23 206:22 209:8
    211:19 222:3 225:22
    226:9 228:14 234:17

**talking** 14:14 15:13
    32:14 45:5,14 50:2
    67:17 83:25 97:18
    116:21 167:10
    197:11 198:12 210:8

**talks** 76:19

**Tallen@orrick.com**
    3:21

**target** 72:4 84:4

**targets** 84:11,24

**tariff** 80:23 217:20
    219:2,10

**tariff/trade** 80:18

**tariffs** 67:18,21 68:5
    69:7,10,11,16,19
    85:12 97:12

**TC** 100:12

**team** 18:24 30:9
    33:20 38:18 43:1,2,
    11 44:3 49:1 53:4
    54:1 55:12 56:4
    60:19 61:25 62:6,11,
    13,23 63:4,8,9 65:13
    72:15 83:4 91:3 92:6
    118:25 120:1 127:9
    152:23,25 153:15
    157:19 166:14
    171:1,17 173:17
    189:18 193:18,25
    195:17 197:3,12
    198:11 199:14
    202:23 203:16
    204:1,13 205:8
    206:18 207:5 218:11
    219:18 224:20 225:9
    234:16 235:2

**teams** 63:3 165:5

**Tear** 196:15,16

**tech** 91:20 92:11

**Technician** 3:25 7:3
    8:18 41:19,22 50:16,
    19,24 56:21 57:3,5
    70:12 81:17,20 82:2
    97:25 98:3 99:1
    125:4,7 126:3
    138:22 139:19,25
    163:11,14,21 185:5,
    8 200:25 207:19,22
    208:3 233:10
    237:17,20 238:2

**Teen** 215:9

**Telecom** 103:16
    206:10,12

**tell** 20:13 25:6 39:7
    94:23 102:11
    110:15,16 112:10
    142:4 167:2 173:4
    176:23 177:3 179:3
    193:8 216:9 217:18
    232:18,20

**telling** 96:10 168:11
    216:24 217:9,21

**tells** 149:17

**ten** 22:23 41:15,17
    81:14 163:9 207:16,
    17

**ten-minute** 81:15

**tendencies** 48:6
    62:16,21

**tension** 81:1

**tensions** 80:18,21
    81:10 97:18

**term** 36:21,22 75:19
    120:12,20,23 121:4,
    6

**terms** 21:19 35:10,11
    36:8 52:20,21 54:4
    94:20,21 172:7
    178:3 198:18 222:12

**test** 46:15,20

**testified** 8:23 9:8,15
    15:11 21:12 49:23
    66:23 189:13 211:3
    232:10 233:21 237:9

**testify** 25:9 55:21
    184:12 218:15
    230:15

**testifying** 150:23
    231:8

**testimony** 11:12 50:5
    145:6 171:25 178:10
    185:17 187:16
    193:10

**testing** 113:23

**text** 23:3,4 35:6

**texts** 24:10

**thank** 9:4 10:4 19:1
    51:12 52:3,6 58:2,
    10,13 73:8 76:11
    81:22 82:4 89:5
    115:17 119:4 123:14
    125:17 148:13
    169:14 213:19
    222:13 237:24 238:1

**thanks** 89:15 123:25
    124:14 192:10 208:5

**Tharp** 194:24

**thing** 67:19 70:25
    122:2,8 124:15
    130:15 185:15
    197:16 229:23

**things** 17:17 20:5
    21:18 24:4 32:16
    36:12 37:18 41:25
    45:6 47:18 52:16

Timothy D. Cook

76:17 93:12 100:10 118:4 150:5 151:10 169:12 172:7 175:8 176:6 178:5 198:12, 20,22 199:5 207:1 232:11 235:24 236:13,20 237:1,13

think 10:9,16 11:20 15:11 17:8,15 22:16 25:16 26:16,20 33:23 43:17 44:2 51:8 53:22 55:20,22 56:15 63:24 66:4 68:17 70:7 73:7,9 74:23 76:16,18,22 78:4,13,18 81:3,23 85:25 88:1,18,20,23 89:18 91:24 96:1 100:23 106:24 107:8 110:7 112:14,18,24 113:19 114:4 115:13,20 116:21 117:9 118:15 119:1 120:19 121:5,21 125:10,23 127:13, 16,18,22 128:7 132:1 136:21 138:10,20,23 139:13 143:25 146:18 147:20,21 148:3 154:4 157:11,12 159:25 160:16,19 164:13 171:25 172:21 173:13,16 175:23 178:25 179:21 185:16 187:21 188:13,14 189:6 191:8,12 194:6,10 195:4 199:10 200:2,7 202:1 203:10 204:6 209:13 211:8,20 212:18 213:15 219:4 220:23 225:6 229:7 231:7,11,14 232:25

233:2 236:9 237:11

thinking 37:12 109:11 134:10 218:11

thinks 17:1 74:12

third 79:12 105:17

Thor 195:1

thought 62:18 84:17 85:8 92:5 110:14,17, 21 123:23 132:10, 22,23 155:23 165:13 193:10 194:1,12 200:9,23 210:19 218:20,23 219:6 232:20 235:22

thoughts 105:12 231:16

thousands 88:2

threat 219:2,11

threats 67:18,21,23 80:23

three 37:2,3 91:17 94:3 142:13 145:4 165:15 183:20 192:1 195:5,6

Thursday 206:24

tie 45:13 105:16

tight 204:8

Tim 4:15 5:9,14,17, 20,23 6:8,14 82:15 89:12 102:16 103:13 106:7 109:11 111:23 112:21 126:15 142:18 151:25 153:23 154:16 159:17 166:1,14 186:14 195:2 196:7, 9,10,11 197:19 217:12,18,24

time 6:23 7:19 11:3 13:8 18:1,2,3 21:19 23:25 26:5 30:20 34:10,14,15,19 35:21 37:7 41:19,22 43:22 49:10 52:1 54:21 55:3,6 60:10, 14 67:16 68:18 69:24 74:11,14 76:3, 6,14 78:6,17 81:3, 18,20 92:15,17,20, 21 94:23 95:16 96:8, 11 97:1,6 107:21 117:10,13 123:1 125:4,7 127:23,24, 25 128:22 143:14 144:9 151:5 153:11 157:23 159:11 162:10 163:6,11,14 164:14,25 165:10 166:6 167:21,22 173:7 176:7 185:5,8 194:2,4 195:12 197:16 198:2 199:14,18 200:22,23 207:19,22 211:15,24 214:12 216:4 228:19 233:9 234:15 236:7 237:18,20,23 238:3

timeframe 95:6 145:19

times 28:11 35:13,17 44:20 88:8,11 91:5 211:3 229:2

timing 43:20 44:5 222:16

Timothy 7:4 8:21 9:7

title 51:19 57:14,17 71:6 135:24 136:19 193:1

titled 5:12 91:5 131:14 170:21 171:14 187:25

today 9:19,23 11:12, 16 13:6,22 17:18,21 18:1 23:7,9 31:18 34:14 38:12 43:13 51:14 52:9 58:14 65:5 70:3 78:13 116:22 142:22 144:16 145:23 147:3,14 148:20 149:17,23 150:5 182:10 184:8 210:20 234:9 237:23,24 238:3

told 88:3 112:12 143:12 172:24 191:15 194:7 205:1 206:12 213:11 214:24 215:22 216:13 217:16 221:15,24 224:11 230:7,25 233:19

tomorrow 143:4 198:2

tonight 102:19

Tony 170:12 172:25 173:1 212:9

top 4:18 5:5,16,22 6:16 21:9 94:1 115:21,23 121:14 122:10 158:19 176:11

top-of-the-line 21:2

topic 68:10,12 172:20

topical 68:8

topnotch 32:4

Tor 25:15 197:19 198:10

total 78:14,21 119:11 180:23 184:22 190:23 191:4 209:7, 9

Timothy D. Cook

**totally** 25:10 43:24
76:6 152:13

**touch** 39:11

**tough** 61:2,20

**track** 199:3

**traction** 77:5,20

**trade** 67:11 81:1,9
91:21 92:12 96:22
97:18

**trader** 88:21

**traders** 88:18,19

**traffic** 134:21 135:3,
16 180:18 181:7
188:1,9 190:2 226:6,
10,15,22 227:9,10,
22,24 236:4,14
237:2,3

**trajectory** 72:8 73:16
74:21

**transcript** 218:17
223:17 224:17
227:1,5

**transition** 44:5

**translate** 75:16

**traveling** 164:24

**trend** 206:13 209:24
211:1

**trending** 75:5,13

**trends** 182:1 183:15
226:6,10,22

**trifecta** 80:3

**trillion** 84:6

**trip** 142:18

**Tristan** 3:18 8:13
18:10 19:8

**trouble** 77:11 94:6

**true** 60:18 93:10,13
95:16 159:2 161:21
174:13 197:5 202:22
206:17 207:4 226:21

**Trump** 68:10

**Trump's** 81:5

**truth** 93:21

**try** 25:9 37:16 39:18
40:19,23 41:3,7,10
43:15 105:16,24
202:23 203:1 204:7
211:6,7

**trying** 25:16 39:23
41:25 42:7,10 74:10
77:15 105:11,12
159:23,25 160:1
161:17,21 184:21
190:24,25 222:11
228:15 230:14 235:9

**Tuesday** 18:2,4
19:11,12

**turn** 187:23 192:25

**turning** 134:17

**Twenty-five** 124:25

**twice** 139:23

**twist** 228:15

**two** 11:19,20 23:16
26:21 40:5 61:11
63:17 65:7 93:2
118:16 132:12
133:13 152:19 161:8
164:20 184:22
192:1,14 199:5
206:13 226:3 237:11

**type** 36:25 37:5 42:1
56:3 65:11,12 153:9
222:9

**typed** 196:14

**types** 88:21 118:16

217:9

**typically** 12:4,14
23:11,12,13 47:24
49:11 101:13 176:6

———

**U**

**UBS** 169:17,22 170:1
217:14

**UK** 102:2

**ultimately** 74:14

**unable** 12:20

**unbrick** 131:18
132:17

**unbricking** 128:11
131:23 156:14

**unbrickings** 111:9
155:4 169:25 170:1
208:23

**unbricks** 110:19,20
111:24 128:6 133:7

**uncertain** 44:4

**uncertainty** 122:11

**uncommon** 38:25
83:16,19

**underlying** 46:17
77:7,23

**underneath** 196:16

**understand** 9:18
10:1,24 26:12 45:4
56:2 64:6 73:10,14
87:22 93:19 104:6
105:23 109:1 113:13
123:18 135:14
140:21,22 144:15
146:13 148:14 149:3
151:13 160:1 161:23
162:9 168:2 177:8
178:12 179:2,5

189:11,25 190:20
203:24 204:10
207:24 219:13,15
222:13 233:3

**understanding** 13:24
14:1,5,6 15:9,10,12
37:11 62:24 73:18
117:3 160:20

**understood** 59:23
88:13 102:7 111:23
165:9 169:14 193:25

**undertaking** 234:5

**Unicom** 133:20 134:1
205:21 206:3

**unique** 44:22 101:18,
20 226:14

**unit** 152:1,20 157:16
213:8

**United** 7:6 46:19
67:12,21,23,25
92:13 94:11,15
96:22 97:13

**units** 86:24 109:12
132:2 183:5 228:18,
20 232:15

**University** 13:13,15

**unpack** 210:16

**unusual** 20:25 21:8
29:8,11,17,20 30:1
33:12,18 34:15 43:5
61:21 128:1 181:23

**upcoming** 75:17,22

**update** 54:4 118:10
143:6 145:6 186:20
229:17

**updated** 114:16,19

**upgrade** 74:17 79:15
80:1

**upgraded** 86:24

Index: totally–upgraded

Timothy D. Cook

Highly Confidential In re Apple Inc. Securities Litigation vs.

uploaded 58:6

upset 171:8

upside 75:16

upward 110:24

Urgent 170:14 171:14

use 23:16 24:1,3,9
123:20,25 166:6

users 107:5,6

uses 137:25 176:20

usually 94:17 100:1
101:20 164:20

---

**V**

vacation 43:6

vague 32:12,13

validate 188:14

value 77:8,23

variables 161:15

varies 37:1

variety 24:4 54:6
56:15 123:20 136:23

vast 202:12

velocity 128:6 131:17

vendors 60:4,11

verbal 54:4

verifiable 179:22

verified 116:6

verify 25:18 30:22
194:7,13

vernacular 169:11

versus 40:3,8 47:24
119:16 128:7,12,13
129:9 131:18,24
133:13 191:4 193:21
204:23 205:22

215:17 218:20

verticals 28:3

vice 30:17,23 31:6
34:1,10

video 3:24 7:3,17
8:18 10:6 41:19,22
50:16,19,24 56:21
57:3,5 70:12 81:17,
20 82:2 97:25 98:3
99:1 125:4,7 126:3
138:22 139:19,25
163:11,14,21 185:5,
8 200:25 207:19,22
208:3 233:10
237:17,20 238:2

videographer 7:13
50:13 208:2

videotaped 7:4

Vietnam 173:3

view 16:3,19 32:18
39:7 41:5 65:22
73:23 79:20 112:4
113:25 142:24
149:24 160:21 165:4
166:16 180:12
181:15

viewed 87:23

viewership 88:1,14,
18

views 129:8,10

virtual 19:14

virtually 7:9 63:3

visibility 37:17
174:10 175:15

vision 11:25

visit 102:22

visiting 102:17

voice 156:4

volume 11:23 64:1
100:8 174:7

volumes 149:18

---

**W**

wages 152:1

wait 70:9 122:12,14

wait-and-see 93:4

waiting 130:3,25
133:4 162:3 166:5
193:11

Walk-ins 134:25

Wall 5:11 135:23
136:7,18 137:2

Wamsi 211:17 213:4,
5,12 214:6

want 11:8 12:22 13:5
25:1 55:16 57:21
76:24 81:14 98:18,
21 109:18 110:11
114:18 115:14
117:22,23 124:7,19,
20 126:11 134:11
139:5,7,11 146:13,
24 147:9,19 150:22
156:5 163:5,8 171:7
178:8 179:20
185:10,13,14,18
195:8 202:24 203:19
207:12 212:18
218:15 228:20
236:18 237:12

wanted 42:9 88:9,12
92:7 93:16 109:10
134:15 138:17
158:16 162:4,15
166:6 200:23 204:2,
14 210:2

wants 64:1

war 91:22 92:12

warned 221:5

Washington 68:24
69:2

wasn't 24:20 42:6
97:17 106:15 121:19
150:18 162:10 172:1
191:11 199:13
203:24 209:10
228:10,24 235:14

watch 88:21 169:12
215:10 235:18

watches 100:8

watching 48:6 214:18

way 13:10 44:12
45:15 49:5 71:25
91:12 105:22 112:15
119:1 121:13
134:10,16 135:7,8
143:11 145:2 149:10
195:22 199:20
203:11,21 209:15
210:2

ways 208:21 235:22

we'll 11:1 74:11 125:2
163:1 186:7 201:6,7
237:15

we're 7:14,20 22:1,9
39:19 41:20,23 47:9,
25 48:20 51:13 72:2
81:18,21 98:18,22
125:5,8 138:10
144:17 151:15
163:12,15 180:11
185:6,9 194:20
197:10 198:16 204:7
207:20,23 211:9
213:2 237:18,21
238:4

we've 23:23 31:22
32:19 41:13 59:20

Timothy D. Cook

63:17 81:13 102:17 103:9 116:18 123:4 151:10 160:4 163:3 170:25 187:21 199:18 200:25 201:3,5 207:25 219:24 221:19 235:20

**weak** 184:4 216:11 217:4,6 230:8,11 231:2,5 234:8

**weaker** 234:12

**weakness** 214:19

**Wedbush** 4:10 71:5, 22 72:4 80:8 83:23

**Wednesday** 18:2 191:19

**week** 6:5 18:3 26:21 90:17 102:17 117:19,20 121:6 130:9,18 143:6 159:3,10 179:11,14, 15,17 180:10 181:2, 6,12 184:3 188:11 190:2,6,12,15 191:19 192:1,4,6,11, 15 194:8 203:8,9 204:23

**weekend** 181:3 200:14 206:12 223:16

**weekly** 37:9 45:12 127:13

**weeks** 21:9 26:15 27:18 28:12 37:2,3 111:3 127:19 128:24 188:10 203:2 206:13

**Wei** 90:1,12 91:1,24 92:3

**weighing** 231:19

**welcome** 125:9 163:17

**went** 68:18 81:3 99:23 109:12 138:21 155:13 166:14 171:5 221:21

**weren't** 97:15 107:9 226:14 235:19

**Western** 190:16

**whichever** 43:22

**wide** 136:23 192:2

**widely** 87:23

**Williams** 3:4 4:3 5:3 7:23 9:2,4 14:23 15:7 16:4,11,21 17:9,14 18:22 19:1,2 20:7 22:5,10,13,18 23:8 25:4,12 26:14 27:8,20 28:14 29:22 30:2,12 32:6,20 33:2,22 34:20 36:15 37:21 38:9,24 39:8, 21 40:17 41:6,13,17, 24 42:12,16,17,23 43:18 44:16 45:7 46:23 47:12 48:4,12, 22 49:14,21 50:15 51:2,11,15 52:2,4,8, 23 54:18 55:1,10,18 56:1,8,23 57:4,10,19 58:7,12 59:7,22 60:16,24 62:4,12,18, 22 63:7,22 64:13 65:10,19 66:1,17 67:20 68:19 69:8,21 70:5,14,18 71:12 72:13,14,18 73:4,11, 24 74:19 75:11 76:12,21 78:7,22 79:23 80:12 81:6,13, 22 82:5,10,16,19,23 86:18 87:13,21 88:4, 22 89:3,8 90:6 92:4

93:18 94:2 95:14,23 97:9,19,23 98:2,4,9, 20,24 99:2 101:24 105:5 106:20 107:23 108:5,7,11,14 109:6, 17,20 113:12 114:3, 7,13,17,20 115:1,8, 16,24 116:12 117:11 118:23 120:22 121:3 123:11 124:16,23 125:1,9,18,22 126:5, 8,10,13,15,20,23 127:20 131:3,12 134:13 135:13,19 136:6,12 137:1,6,8, 19 138:2,6,12,14,16, 18 139:1,6,9,12,18 140:4,11 141:6,13, 17 146:3,12 147:18 148:4,12,22 149:12 150:2 151:6,16 152:5,7,11 153:4,16 155:1,20 156:3,11 157:14 158:3,12 160:7,17 161:18 163:1,10,16,20,22 164:2,6 165:18,24 166:1,11 167:4 168:1,9 169:7 170:2, 8 171:7,11,24 172:12 174:21 175:5 176:9,21 177:1,12, 17,20,22 178:6,12, 15,17 179:2,5,6,16 181:21 182:22 184:19 185:4,10 186:6,10,14 188:7, 17 189:16,24 191:17,22 192:9,18 194:14,18,22 195:20 196:4 197:1,13,17, 24 199:8,21 200:19, 23 201:2,6,9,13 202:4,13,21 203:4, 14,23 204:9,19 205:7,14 206:9

207:3,15,18 208:5, 10 209:11 210:7 211:2 212:15 213:18 214:1 218:22 219:17,23 220:3,5, 11 221:1,11 222:22 223:5,12 224:6,13, 18 225:1,15 226:4, 12 227:3,17 228:9, 21 229:5 230:5,16, 21 231:10 232:2 233:14,15 234:7,14, 19,23 235:6 236:1, 21 237:5,10,22

**Williams'** 33:4

**window** 74:17,24 80:2 142:15 228:19

**wireless** 61:7

**withdraw** 14:24 89:18

**withdrawn** 23:11 25:24 28:5 29:7 31:12 36:6 37:24 49:17 53:24 69:14 84:20 86:8 96:7 101:25 136:17 151:23 157:17 167:6 195:9 211:16 217:5 220:4 233:17

**witness** 7:10 8:19 15:4 16:1,16 17:4,13 20:5 26:11 27:15 28:9 29:19 32:3,12, 24 33:16 34:18 36:11 37:15 38:4,21 39:6,17 40:15,22 41:16 42:22 44:11 45:3 46:15 47:7,22 48:9,20 49:4 51:8 52:7,15 54:16,24 55:8,14,24 56:6 57:8,17 58:11 59:3, 18 60:13,21 62:3,8, 10,20 63:2,12 64:10

Timothy D. Cook

65:3,17,22 67:14
68:17 69:6,18 71:10
72:25 73:5,18 74:8
75:10 76:5,10,16
78:4,11 79:20 80:25
81:16 82:22 86:15
87:8,17 88:1,17
89:23,25 92:2 93:12,
24 95:8,19 97:5,21
101:16 104:25
106:18 107:20
108:10 113:8,10
115:18 116:11 117:6
118:15 120:19 121:1
124:21,25 125:3,25
126:19 127:16
130:24 131:8 134:9
135:7 136:5,11,21
137:7,17 138:4
139:10 141:8,14
145:22 146:8 147:13
148:8,20 149:8,20
151:2 152:6,22
153:13 154:23
155:18 156:8
157:11,23 158:6
159:25 160:19
162:21 163:6 164:1
165:13 167:1,21
168:7 169:3 171:5,
21 172:6 174:17
175:2 176:5,19,23
178:1 179:14 181:11
182:18 184:11
188:5,13 189:15,21
191:25 196:3,24
197:9,21 199:2,17
200:2 202:1,11,18
203:1,7,21 204:4,16
205:6,12 206:22
209:6,21 210:16
213:21 218:15
219:14,25 220:23
221:9 222:20 223:3,
10 224:1,16,23
225:12,21 226:1,9,

25 227:13 228:14
229:1,12 230:13
231:14 233:2,24
234:11,20 235:16
236:17 237:8

**WK4** 6:6

**woman** 31:13

**wondering** 73:22
74:2

**Wong** 6:21 208:15

**wonky** 143:25

**word** 75:4 79:9 91:14

**worded** 199:20

**words** 137:25 221:17

**work** 12:3 45:17
85:14 101:3,4
150:13 159:23
212:18

**working** 38:16 142:19
143:7 149:21 159:20
200:14

**works** 31:17 83:7
149:11

**world** 28:2 31:11
189:2 205:13 227:23

**world's** 64:20 86:21

**worldwide** 28:1 29:13
31:8 34:2,10 36:1
116:3,5 119:2
143:13

**worried** 196:18
197:5,10,14

**worries** 80:17

**worth** 84:6

**worthy** 92:5

**wouldn't** 66:19 85:24
86:23 112:10,11
130:21,22 174:20

176:3,5 199:22,23
218:15 230:11 231:5
234:20

**write** 75:22 80:15
112:3 128:16
136:11,14,17,22
148:16 150:9 160:8
164:19 168:17 198:1

**writes** 75:12 77:3,19
79:10,24 84:2,9
85:11 102:16
103:12,24 105:18
106:2,7 107:11
109:8 110:3 111:22
120:5,7 122:17,18
128:5,10 129:2
130:2 131:17 132:12
134:21 142:17
154:6,16 155:10
156:12 166:14
173:21 174:15
175:14 176:10
196:6,17 208:19
212:6 213:5 214:18
215:15

**writing** 85:22 184:25
214:2,14 216:5,23

**written** 59:13 71:15
93:13

**wrong** 123:24 138:21
139:13 140:7

**wrote** 150:17 154:21,
23 155:4,9,15,18
156:17 158:19
159:15 165:11
169:21,24 215:6
216:8 217:2 222:10
236:7

**WWRO** 119:2

---

**X**

---

**Xiaomi** 59:10 95:2

130:4,17 162:5,15
194:11

**Xr** 5:12 20:17 21:4,7,
14 67:4 99:19
105:18,22,25
106:13,14,23 111:17
113:4 119:12 121:21
122:5,12 126:17
127:3,6,7 129:9,15,
19 130:22 132:6,13,
15 135:5,9,25 137:4,
5,6,7,13,21 144:19,
21,22 149:18 152:20
157:2,4,5,21 158:2,
8,10,20,25 159:3
160:9,21,22 161:8,
10,13,20 167:8,18,
24 168:5,13 171:2,
18 173:22 174:4,11,
15,17,25 175:3,16
184:5 188:11,16,19,
24 192:12 193:13
198:2,15 200:8
201:24 203:17,19
204:2,14 205:9,13,
24 206:20 207:6
209:14 210:14
215:16,17,18,19
216:10,12 221:15
223:7,15,24 224:11,
21,25 225:10 228:6,
12,24 229:7,10
230:8 231:1 232:6,
24 233:19 234:6
235:13,24

**XR-ONLY** 172:10

**Xs** 21:3,6 67:5 90:17,
18 109:25 111:6
121:23 122:13
128:17 129:4,5,10,
16,20 132:9,23
135:11 137:10
161:12 167:13
198:15 215:8,17,18

Timothy D. Cook

**Highly Confidential In re Apple Inc. Securities Litigation vs.**

216:10

## Y

**Ye** 4:19 90:9

**yeah** 15:12 22:13 42:16 50:16,24,25 51:11 57:3,5 72:23 74:23 77:1,14 87:4 92:21 97:25 99:1,3, 21 100:4 105:22 106:24 107:4 111:15 112:24 116:23 119:1 126:1,3,10 138:14 139:25 143:11 145:7 153:9 154:4 158:6, 22 165:13 167:10 168:10 171:21 177:2,12 178:24 180:1 187:8 191:8 194:12 199:17 207:18 222:11

**year** 20:21,24 22:3 49:6 58:21 61:2,15, 20 63:18 64:22 65:7 74:1,4 79:12,16 80:2 87:5 104:3 105:4,7, 8,9 107:12 119:16 135:12 137:15 154:18 155:5,6,7 156:14,15,19 158:20 180:11,12,13,25 181:2,3,15,17 182:5, 7,20,24 183:11 184:3,6 188:1 189:4

**year's** 61:12 63:19 189:8

**years** 23:21,23,24 35:21 36:23 75:25 95:9 221:19

**years.'** 93:6

**Yeewee** 208:19

**yeewee@apple**
208:15

**yell** 171:7,9

**Yep** 119:7

**yesterday** 19:11,12 22:7,20 66:24 102:16 141:23,24 145:12,15 148:9 151:2 154:8 157:25

**York** 3:14

## Z

**zero** 158:20,24

**Zoom** 10:6

# EXHIBIT 87

Videotaped Deposition of

# Donal Conroy

February 21, 2022

In re Apple Inc. Securities Litigation

**Highly Confidential**



www.aptusCR.com | 866.999.8310

**Donal Conroy**                      Highly Confidential                      **In re Apple Inc. Securities Litigation**

---

**Page 1**

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4   In re APPLE INC.          )
     SECURITIES LITIGATION,    )
 5                             )
                               )  Case No.
 6   _____    )  4:19-cv-02033-YGR
                               )
 7   This Document Relates To: )
     ALL ACTIONS,              )
 8                             )
                               )
 9
10
11             HIGHLY CONFIDENTIAL
12
13        REMOTE VIDEOTAPED DEPOSITION OF
14                  DONAL CONROY
15   _____
16            Monday, February 21, 2022
17
18
19
20
21
22
23
24   REPORTED BY:
     ANGELA KOTT, CSR 7811
25   JOB NO: 10094757
```

**Page 2**

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4   In re APPLE INC.          )
     SECURITIES LITIGATION,    )
 5                             )
                               )  Case No.
 6   _____    )  4:19-cv-02033-YGR
                               )
 7   This Document Relates To: )
     ALL ACTIONS,              )
 8                             )
                               )
 9                             )
10
11          BE IT REMEMBERED THAT, pursuant to Notice
12   of Taking Deposition, and on Monday,
13   February 21, 2022, commencing at the hour of
14   9:04 a.m., thereof, before me, ANGELA KOTT, a
15   Certified Shorthand Reporter, there remotely
16   appeared
17                  DONAL CONROY,
18   called as a witness by the Plaintiffs, who, being by
19   me first duly sworn, was thereupon examined and
20   interrogated as is hereinafter set forth.
21
22                  ---oOo---
23
24
25
```

**Page 3**

```
 1        R E M O T E   A P P E A R A N C E S
 2   FOR THE LEAD PLAINTIFF:
 3        ROBBINS GELLER RUDMAN & DOWD LLP
          BY:  SHAWN A. WILLIAMS, Attorney at Law
 4             DANIEL J. PFEFFERBAUM, Attorney at Law
               KENNETH J. BLACK, Attorney at Law
 5             JASON FORGE, Attorney at Law
               RAPHAELLA FRIEDMAN, Attorney at Law
 6        One Montgomery Street, Suite 1800
          San Francisco, California 94104
 7        415.288.4545
          dpfefferbaum@rgrdlaw.com
 8        Kennyb@rgrdlaw.com
          Shawnw@rgrdlaw.com
 9        Jforge@rgrdlaw.com
          Rfriedman@rgrdlaw.com
10
11   FOR EMPLOYEES' RETIREMENT SYSTEM OF THE STATE OF
     RHODE ISLAND:
12        LABATON SUCHAROW
          BY:  CHRISTINE FOX, Attorney at Law
13        140 Broadway
          New York, New York 10005
14        212.907.0700
          Cfox@labaton.com
15
16   FOR APPLE INC.:
          ORRICK, HERRINGTON & SUTCLIFFE LLP
17        BY:  JAMES N. KRAMER, Attorney at Law
               TRISTAN ALLEN, Attorney at Law
18             ARIEL WINAWER, Attorney at Law
          405 Howard Street
19        San Francisco, California 94105
          415.773.5700
20        jkramer@orrick.com
          Tallen@orrick.com
21        Awinawer@orrick.com
22   ALSO PRESENT:
23        STEPHANIE FINE, Apple Counsel
          LORENZO FERNANDEZ-KOPEC, Aptus Video
24        Technician
25                  ---oOo---
```

**Page 4**

```
 1              I N D E X
 2          INDEX OF EXAMINATIONS
 3   EXAMINATION BY MR. WILLIAMS.................  9
 4
 5        EXHIBITS MARKED FOR IDENTIFICATION
 6   Exhibit No.      Description           Page
 7   Exhibit 6    E-mail Chain dated November   33
                  2, 2018, from Donal Conroy to
 8                Steve Dowling, et al., Bates
                  APL-SECLIT_00140698
 9
     Exhibit 7    E-mail Chain dated November   40
10                2, 2018, from Donal Conroy to
                  Sabih Khan, et al., Bates
11                APL-SECLIT_00643543 to
                  APL-SECLIT_00643544
12
     Exhibit 8    E-mail Chain dated November   65
13                5, 2018, from Donal Conroy to
                  Daniel Rosckes, Bates
14                APL-SECLIT_00140735 to
                  APL-SECLIT_00140743
15
     Exhibit 9    E-mail Chain dated November   75
16                5, 2018, from Donal Conroy to
                  Anish Patel, et al., Bates
17                APL-SECLIT_00499631 to
                  APL-SECLIT_00499640
18
     Exhibit 10   E-mail Chain dated October 9, 82
19                2018, from Donal Conroy to
                  Iftikhar Khan, et al., Bates
20                APL-SECLIT_00628660 to
                  APL-SECLIT_00628661
21
     Exhibit 11   E-mail Chain dated October    98
22                17, 2018, from Donal Conroy
                  to Jeff Williams, et al.,
23                Bates APL-SECLIT_00182917 to
                  APL-SECLIT_00182918
24
25   //
```

**Donal Conroy**
Highly Confidential
**In re Apple Inc. Securities Litigation**

Page 5

```
 1  EXHIBITS CONTINUED:
 2    Exhibit 12    E-mail Chain dated October      115
               20, 2018, from Kaiann Drance
 3             to Greg Joswiak, et al.,
               Bates APL-SECLIT_00643587 to
 4             APL-SECLIT_00643588
 5    Exhibit 13    E-mail Chain dated October      128
               24, 2018, from Donal Conroy
 6             to Anish Patel, et al., Bates
               APL-SECLIT_00368970 to
 7             APL-SECLIT_00368975
 8    Exhibit 14    E-mail Chain dated October      142
               24, 2018, from Saori Casey to
 9             Ai Ling Loo, et al., Bates
               APL-SECLIT_00496519 to
10             APL-SECLIT_00496522
11    Exhibit 15    E-mail Chain dated October      148
               25, 2018, from SDM Exec
12             Updates to Tim Cook, et al.,
               Bates APL-SECLIT_00099204 to
13             APL-SECLIT_00099209
14    Exhibit 16    E-mail Chain dated October      157
               26, 2018, from Donal Conroy
15             to Tim Cook, et al., Bates
               APL-SECLIT_00631297 to
16             APL-SECLIT_00631302
17    Exhibit 17    E-mail Chain dated October      170
               26, 2018, from Rob McDowell
18             to Tim Cook, et al., Bates
               APL-SECLIT_00284425 to
19             APL-SECLIT_00284429
20    Exhibit 18    E-mail Chain dated October      179
               27, 2018, from Donal Conroy
21             to Tim Cook, et al., Bates
               APL-SECLIT_00284436 to
22             APL-SECLIT_00284442
23    Exhibit 19    E-mail Chain dated October      197
               28, 2018, from Rachel Yong to
24             Donal Conroy, et al., Bates
               APL-SECLIT_00369490 to
25             APL-SECLIT_00369495
```

Page 6

```
 1  EXHIBITS CONTINUED:
 2    Exhibit 20    E-mail Chain dated October      213
               28, 2018, from Anna
 3             Matthiasson to Donal Conroy,
               et al., Bates
 4             APL-SECLIT_00499582 to
               APL-SECLIT_00499584
 5
      Exhibit 21    E-mail Chain dated October      221
 6             29, 2018, from SDM Exec
               Updates to Tim Cook, et al.,
 7             Bates APL-SECLIT_00429831 to
               APL-SECLIT_00429835
 8
      Exhibit 22    E-mail Chain dated October      222
 9             29, 2018, from Grid
               Scheduling to
10             GC-Exec-Fundamental, et al.,
               Bates APL-SECLIT_00610431 to
11             APL-SECLIT_0061474
12    Exhibit 23    E-mail Chain dated October      226
               30, 2018, from Brian Lu to
13             Stella Ye, et al., Bates
               APL-SECLIT_00610497 to
14             APL-SECLIT_00610499
15    Exhibit 24    E-mail Chain dated October      230
               31, 2018, from James Venter
16             to Donal Conroy, et al.,
               Bates APL-SECLIT_00093550 to
17             APL-SECLIT_00093554
18    Exhibit 25    E-mail Chain dated October      233
               30, 2018, from Rachel Yong to
19             Donal Conroy, et al., Bates
               APL-SECLIT_00140649 to
20             APL-SECLIT_00140656
21    Exhibit 26    E-mail Chain dated November     238
               7, 2018, from Donal Conroy to
22             Tony Blevins, et al., Bates
               APL-SECLIT_00643905 through
23             APL-SECLIT_00643906
24
25
```

Page 7

```
 1           P R O C E E D I N G S
 2
 3        APTUS VIDEO TECHNICIAN:  Good morning.
 4  This begins the videotaped deposition of Donal
 5  Conroy in the matter, In re: Apple Inc. Securities
 6  Litigation filed in the United States District
 7  Court, Northern District of California.  Case number
 8  4:19-CV-02033-YGR.
 9        This deposition is being held virtually and
10  the witness is in Los Gatos, California, on
11  February 21st, 2022.
12        My name is Lorenzo Fernandez-Kopec.  I'm
13  the videographer.  The court reporter is Angela
14  Kott.  We're both here representing Aptus Court
15  Reporting located at 201 Mission Street, Suite 600,
16  in San Francisco, California.
17        Please note that audio and video recording
18  will be taking place unless all parties have agreed
19  to go off the record.  The time is 9:05 Pacific.
20  We're on the record now.
21        Counsel, will you please state your
22  appearance and affiliation.
23        MR. WILLIAMS:  Shawn Williams, Robbins
24  Geller Rudman & Dowd on behalf of Plaintiffs.
25        APTUS VIDEO TECHNICIAN:  It looks like Dan
```

Page 8

```
 1  is speaking, but I can't actually hear him.
 2        MR. KRAMER:  Maybe Dan -- maybe Shawn can
 3  make an appearance for Dan.
 4        MR. WILLIAMS:  That is Dan.
 5        MR. KRAMER:  Dan, could you mute your line.
 6        MR. WILLIAMS:  I'm also with Dan
 7  Pfefferbaum of Robbins Geller Rudman & Dowd.  And
 8  Kenny Black of Robbins Geller Rudman & Dowd and
 9  Raphaella Friedman of Robbins Geller Rudman & Dowd
10  are here with me on behalf of the Plaintiffs.
11        I think that's all that I see from my firm.
12        MS. FOX:  Chris Fox from Labaton Sucharow,
13  also on behalf of Plaintiffs.
14        MR. KRAMER:  It's Jim Kramer from Orrick,
15  Herrington & Sutcliffe.  With me are Ariel Winawer
16  from Orrick and Stephanie Fine from Apple.  And we
17  are on behalf of the Defendants, and the witness,
18  Mr. Conroy.
19        APTUS VIDEO TECHNICIAN:  All right.  Will
20  the court reporter please swear in the witness.
21
22             DONAL CONROY,
23        having been first duly sworn,
24     was examined and testified as follows:
25        THE REPORTER:  Thank you.  Please begin.
```

**Donal Conroy**                                  **In re Apple Inc. Securities Litigation**

Page 9

```
1           EXAMINATION
2  BY MR. WILLIAMS:
3      Q.  Good morning, Mr. Conroy.  My name is Shawn
4  Williams.  We may have met once before at an earlier
5  deposition.
6          Do you recall being deposed once a few
7  months ago in this case?
8      A.  I do.
9      Q.  Okay.  Just for the record, could you just
10 state your full name and address, please?
11     A.  Yeah.  It's Donal Conroy, ███████████
12 ███████████████████████
13     Q.  And I know that you've provided testimony
14 before, but I just wanted to go over the ground
15 rules again really quickly.  Is that okay?
16     A.  Yes.
17     Q.  Sure.  So you understand that the oath that
18 you've taken today is the same oath that you would
19 take in a court of law?
20     A.  Yes.
21     Q.  Any reason that you can't give your full
22 and complete testimony today, meaning, are you on
23 any medication that might affect your ability to
24 recall facts?
25     A.  No.
```

Page 10

```
1      Q.  Okay.  I'm going to ask you a number of
2  questions today.  If my questions are unclear, just
3  let me know and I'll repeat them or I'll clarify.
4  Okay?
5      A.  Yes.
6      Q.  It's likely that Mr. Kramer will make
7  objections on many of my questions.  He's entitled
8  to do that.  But unless he instructs you not to
9  answer a question, you have to answer the question.
10         Do you understand that?
11     A.  Yes.
12     Q.  And the reporter is going to record
13 everything that's said between us and among the
14 lawyers today.  But she's not able to -- to
15 accurately record the testimony if we're talking
16 over one another.
17         So I'll try not to talk over you, and I'd
18 appreciate it if you try not to talk over me.  Okay?
19     A.  Yes.
20     Q.  In addition, she will need you to answer
21 audibly to my questions because she's obviously not
22 able to transcribe hand gestures and head nods, so
23 I'll ask you to, you know, answer my questions
24 audibly.  Okay?
25     A.  Yes.
```

Page 11

```
1      Q.  We'll take several breaks today.  I expect
2  that we'll take a break around once every hour or
3  so.  But if at any time you want to take a break at
4  a different interval, that's okay.  Just let me
5  know.
6          I'll just tell you that if I'm in the
7  middle of a question or in the middle of a line of
8  questioning, I'll just want to complete that before
9  we take a break.  Okay?
10     A.  That sounds good.  Thanks.
11         MR. WILLIAMS:  Okay.  And for the reporter,
12 I'm going to start at Exhibit Conroy 6.  During his
13 prior deposition, we went through Conroy 1
14 through 5.  Okay?  Lorenzo?
15         Lorenzo, I was just clarifying that.  Did
16 you hear me?
17         APTUS VIDEO TECHNICIAN:  Yes, I did.
18         MR. WILLIAMS:  Okay.  Good.
19 BY MR. WILLIAMS:
20     Q.  Mr. Conroy, do you recall providing
21 testimony in this case on or around March 15th,
22 2021?
23     A.  I recall giving prior testimony.  I didn't
24 realize it was that long ago.  I do recall it was
25 the last calendar year.
```

Page 12

```
1      Q.  Okay.  And during that deposition, you were
2  testifying on behalf of Apple, not in your personal
3  capacity.
4          Do you understand that?
5      A.  Yes.
6      Q.  Okay.  And today you're here in your
7  personal capacity, correct?
8      A.  Yes.
9      Q.  Okay.  What, if anything, did you do to
10 prepare to sit for this deposition today?
11     A.  I had two meetings with our counsel, mostly
12 focused on the process, reminding me of how the
13 process worked and the protocols, et cetera.
14     Q.  What process are you referring to?
15     A.  Just the process of the deposition, that it
16 will be under oath.  That it's the video process
17 again.  More the logistics of the process, I guess.
18     Q.  I got it.  So just to be clear, the
19 logistics of the deposition process, not the
20 logistics of the processes related to your work at
21 Apple?
22     A.  Correct.  The logistics of today's event.
23     Q.  Got it.  And when did those meetings occur?
24     A.  Over the last week.
25     Q.  Okay.  Was it -- do you remember which
```

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 13

1 days?
2     A. I could check my calendar, but I know one
3 of them was Thursday. I'm not sure if the previous
4 one was Monday or Tuesday. I'm not certain.
5     Q. Okay. And who attended those meetings?
6 Let's start with the first one.
7     A. Stephanie from Apple legal was there.
8     Q. Okay.
9     A. Mr. Kramer, external counsel was there.
10 Ariel, who I'm not sure is Apple legal or external
11 counsel -- sorry, Ariel -- was there. And in one
12 session we had a gentleman by the name of Kevin.
13 Again, I'm not sure if he's internal counsel or
14 external.
15     Q. Okay. And in that first meeting, apart
16 from going over the logistics of the deposition, did
17 you review any documents related to the case?
18     A. Yes. Counsel did present some documents as
19 part of that.
20     Q. Okay. And how long did that meeting last?
21     A. Two to three hours, I think.
22     Q. And did any of the documents help you
23 recall any facts about, you know, what was occurring
24 at Apple in calendar 2018?
25     A. Yes. Some of the documents reminded me of

Page 14

1 some of the details of discussions at the time.
2     Q. Okay. Around some of the work that you
3 were doing or your team was doing?
4     A. Yes, that's correct.
5     Q. All right. And, you know, give me an
6 example of one of the details or a couple of the
7 details that those documents helped you recall.
8     A. Yes. An example was I remembered an e-mail
9 exchange I had with Mr. Tim Cook around about the
10 weekend before our earnings guidance on the 1st of
11 November 2018.
12     My recollection would have been I recall an
13 e-mail exchange. I didn't recall the content of the
14 e-mail. Counsel showed me the content.
15     Q. Okay. And that helped you recall the
16 content?
17     A. Yes.
18     Q. And what was that content that you recall?
19     A. It was an exchange with Mr. Cook where I,
20 as part of the broader team working on the internal
21 numbers that prep for guidance, was recommending a
22 change to the range that we used, the range of
23 volumes that we use as an input into the guidance
24 process.
25     Q. Got it. And that was -- and did you recall

Page 15

1 the approximate date as well?
2     A. Yeah. Prior to the e-mail, I recalled it
3 was around about the weekend before earnings. When
4 I looked at the e-mail, I believe the date on it was
5 the 28th of October.
6     Q. And what was the recommendation that you
7 were making?
8     A. I was recommending an adjustment to the
9 internal range of volumes.
10     Q. When you say "internal range of volumes,"
11 what do you mean?
12     A. Unit sales is what I'm referring to as
13 volumes. These unit sales are an input into the
14 team that dollarizes them to come up with a revenue
15 dollar range.
16     I call them internal because they're -- you
17 know, they are not necessarily the versions that are
18 used for final external guidance. That's a decision
19 that Mr. Cook and Mr. Maestri make.
20     Q. And your recommendation was to, what,
21 increase the unit volumes or decrease the unit
22 volumes?
23     A. The recommendation was to decrease.
24     Q. And it was by how much, if you recall?
25     A. I'd have to review the e-mail again in

Page 16

1 front of me. But yeah, it was by multiple million
2 units in both the likely and the low case volumes.
3     (Reporter clarification)
4     Q. And do you recall -- did it help you recall
5 who else you had sent that e-mail to?
6     A. Yes. I'm not sure I studied all the people
7 who are to and cc on the e-mail, but it reminded me
8 of some of them.
9     Q. Who did it remind you of?
10     A. On that e-mail were Mr. Cook, Mr. Maestri,
11 CFO, my boss at the time, Jeff Williams. And copied
12 on the e-mail, I'm sure, were Mr. Parekh, who was
13 the head of sales finance at the time.
14     Q. Did the e-mail help you recall the reason
15 why you were recommending that the unit volumes be
16 reduced?
17     A. Yeah. What the e-mail reminded me was the
18 degree of confusion we were in at the time. The
19 timing was interesting.
20     We had announced the products, I believe,
21 in -- the new products in September. But it was the
22 first time that we had a staggered iPhone launch
23 where the lower priced device was coming to the
24 market after the higher priced devices.
25     And we were -- had very early data on one

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 17

1  device specifically, the iPhone XR, which suggested
2  that our previous forecast for the iPhone XR was at
3  risk.
4      **Q.  And that -- some of that data was in fact**
5  **that demand for that product was softer than**
6  **initially expected, right?**
7          MR. KRAMER:  Objection to the form.
8          THE WITNESS:  Specifically, we were looking
9  at multiple pieces of data.  At that point, on
10  October 19th, I believe, we had opened up for
11  pre-orders from our consumer customers.  And I
12  believe on October 26th, that was the date for our
13  first on-shelf, i.e., available for customers to buy
14  in stores or get deliveries through their online.
15          So my recollection is we were looking at
16  those numbers -- we expected the XR not to be an
17  early adopter product.  We expected it to be a
18  product that grew over time, that people needed to
19  see the similar products.
20          However, some of the data suggested that
21  the range that we had for demand for the XR could be
22  at risk.
23  BY MR. WILLIAMS:
24      **Q.  Okay.  So I appreciate that.  My question**
25  **was that it's true, isn't it, that at that time the**

Page 18

1  **demand for the iPhone XR was softer than you or the**
2  **company had hoped or expected?**
3          MR. KRAMER:  Objection to form.
4  BY MR. WILLIAMS:
5      **Q.  Is that correct or is that incorrect?**
6      A.  I would say we were confused about the
7  demand pattern.  We knew that the iPhone XR was
8  going to be a slow early product, but the early
9  returns seems less than that expectation.
10      **Q.  Okay.  So are you unwilling to answer my**
11  **question as to whether it was correct or incorrect**
12  **that at that time demand for the XR was softer than**
13  **the company had hoped or expected?**
14          MR. KRAMER:  Objection to form.
15          THE WITNESS:  Can you repeat the question,
16  Shawn?
17  BY MR. WILLIAMS:
18      **Q.  Sure.  I was asking you if you are**
19  **unwilling to answer my question, which is whether**
20  **it's correct or incorrect that demand for the iPhone**
21  **XR as of the date of the e-mail you were referring**
22  **to was less or softer than the company had hoped or**
23  **expected?**
24          MR. KRAMER:  Objection to form.
25          THE WITNESS:  Yeah.  No, I'm certainly not

Page 19

1  unwilling to answer your question.  I'm trying to
2  answer your question.  I assume by your response
3  that you feel I'm not responding to your question.
4  BY MR. WILLIAMS:
5      **Q.  I was just asking if I was incorrect or**
6  **correct.**
7          MR. KRAMER:  Objection to form.
8          THE WITNESS:  Yeah, let me try again,
9  Shawn.  I feel like I'm answering your question, so
10  I'll try it this way.
11  BY MR. WILLIAMS:
12      **Q.  Okay.**
13      A.  We were unsure of the shape of XR demand.
14  Meaning, we expected it to grow over time.  We were
15  unsure how low it should be at the start and how
16  much it should grow.
17          What I would say, at the time of that
18  e-mail, which is why I was recommending a change to
19  the guidance range is, was the initial orders were
20  below what we had hoped the initial orders would be.
21      **Q.  Okay.  Thank you.  Are there -- now, in**
22  **that first meeting with Mr. Kramer and others that**
23  **we were referring to, were there any other documents**
24  **that helped you recall facts about what was**
25  **occurring in calendar 2018?**

Page 20

1      A.  Yes.  There were other documents that the
2  team showed me.
3      **Q.  Okay.  And did any of them help you recall**
4  **any facts that you didn't previously recall?**
5      A.  Yes.
6      **Q.  Okay.  Give me another example.**
7      A.  An example, Mr. Kramer showed me an
8  exchange where I was asking our product Ops team to
9  see if they could chase more than 7 million more
10  supply of the XS and XS Max.
11          XS and XS Max were the products also
12  announced that year in September and came to the
13  market earlier.
14          And so the document that the team showed me
15  reminded me of, again, tying to the confusion, we
16  were unsure of the demand shape of iPhone XR.
17          We were also very unsure of what the mix of
18  our product demand was going to be.  And he reminded
19  me of requests where we were pushing our operations
20  team to see if we could get more of the XS and XS
21  Max supplied.
22      **Q.  So you said that Mr. Kramer reminded you.**
23  **Are you saying, really, that the document reminded**
24  **you of that or did Mr. Kramer remind you of that?**
25      A.  No, the document reminded me.  I apologize

**Page 17..20**

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 21

1  if I said that.  What I meant was Mr. Kramer
2  presented the document that reminded me.
3      **Q.  What do you mean when you say "chase," when**
4  **you use the term "chase" in this context?**
5      A.  Yeah.  What I mean by "chase", is it's a
6  colloquialism we use.  When we increase the request
7  in our supply chain for more supply, we call that a
8  chase because we need to get it in excess of what we
9  had previously asked them to get.
10     **Q.  If -- sorry.  And this -- when chase is**
11  **used in that context, is it also used to denote**
12  **chasing orders?**
13         MR. KRAMER:  Objection to form.
14         THE WITNESS:  In the context I was
15  referring to, no.  This was not about chasing orders
16  from our customers or chasing demand on Apple.  This
17  was about us saying, hey, we've decided we would
18  like to get more supply, and it's more a
19  conversation between Apple and our supply chain
20  partners.
21  BY MR. WILLIAMS:
22     **Q.  Have you ever as part of your role at Apple**
23  **heard people suggest that it needed to chase orders?**
24         MR. KRAMER:  Objection to form.
25         THE WITNESS:  I'm not sure if that's the

Page 22

1  colloquialism we would use in that case.
2         There are times where we have a view of
3  demand that is different than the view of demand of
4  our partners, and then we would have a discussion
5  about what the appropriate orders are.
6  BY MR. WILLIAMS:
7      **Q.  So are you saying that you do not know of**
8  **or recall an instance in which you or your team used**
9  **"chase" in the context of chasing orders?**
10         MR. KRAMER:  Objection to form.
11         THE WITNESS:  I don't recall.
12  BY MR. WILLIAMS:
13     **Q.  Okay.  Any other documents that you**
14  **reviewed that helped you recall facts in that first**
15  **meeting with Mr. Kramer and others?**
16     A.  There was one more the team showed me which
17  referred to adjustments we made to our MPS in early
18  November 2018.
19     **Q.  Okay.  And what did it help you recall?**
20     A.  It reminded me of the situation we were in
21  where we were confused about demand and expected the
22  iPhone XR to be a product that grew over time.
23         But our view was that even though our MPS
24  is a high case scenario, where we're buffering for
25  demand and buffering for mix, we felt it appropriate

Page 23

1  to reduce the MPS signal to our supply chain for the
2  iPhone XR.
3      **Q.  And what was that, an e-mail?**
4      A.  It was a document that looked like a PDF
5  summary.  I didn't recall which form we reviewed in
6  the PDF summary, but the PDF summary reminded me of
7  the discussion at the time.
8      **Q.  And did you -- were you the person that**
9  **created that summary, if you recall?**
10     A.  No.
11     **Q.  Do you know who did?**
12     A.  I'm not certain.  When I looked at the PDF
13  summary, it certainly came from somebody in my team.
14     **Q.  And you said that document helped you**
15  **recall what you described, I think, as an adjustment**
16  **to MPS in early November 2018; is that right?**
17     A.  Yes.
18     **Q.  And did the document help you recall that**
19  **you or Apple were discussing that adjustment in late**
20  **October of 2018?**
21         MR. KRAMER:  Objection to form.
22         THE WITNESS:  I don't recall that in the
23  document, actually, as we speak now.  I can't
24  remember what date that was on the document.
25         I know it was in very early November.  And

Page 24

1  so I'm unsure whether that -- we could have been
2  discussing that, you know, on, say, the 31st of
3  October, for example, or the 2nd of November.  I'm
4  not sure.
5  BY MR. WILLIAMS:
6      **Q.  That's probable, isn't it?**
7         MR. KRAMER:  Objection to form.
8         THE WITNESS:  It's -- is it probable --
9  your question is, is it probable that we were
10  discussing in late October that we were -- that we
11  could look at adjusting the MPS for the iPhone XR?
12  BY MR. WILLIAMS:
13     **Q.  Correct.**
14     A.  Yes, it's probable.
15     **Q.  A few moments ago I think I heard you say**
16  **that your expectation or hope -- withdrawn.**
17         **I think I understood your testimony to be**
18  **that in or around October 2018 the expectation was**
19  **that the iPhone XR demand would grow over time.**
20         **Is that fair?**
21         MR. KRAMER:  Objection to form.
22         THE WITNESS:  I would say our expectation
23  was that demand would grow over time.  We were
24  unsure exactly to what degree the delta between the
25  early orders and the late growth would be.

**Page 21..24**

Page 25

1 BY MR. WILLIAMS:
2    Q.  Okay.  And part of your role at Apple
3 during 2019 -- I'm sorry, 2018, was forecasting
4 demand, right?
5       MR. KRAMER:  Objection to form.
6       THE WITNESS:  My team and other teams
7 forecast demand for different purposes.  My team has
8 a major charter in forecasting our supply
9 requirements to our partners.  And that is a high
10 case buffered, adjusted for mix number we send to
11 our partners to make sure we can capture the high
12 case demand.
13 BY MR. WILLIAMS:
14    Q.  So is it true or is it not true that your
15 team in 2018 was responsible in part for forecasting
16 product demand?
17       MR. KRAMER:  Objection to form.
18       THE WITNESS:  Again, let me talk about the
19 definition of product demand.  It might help, Shawn,
20 so we clarify.
21       My team has, you know, sole -- you know,
22 main responsibility for forecasting supplier
23 requirements for our supply chain.  I referred to
24 that as the MPS earlier in the conversation.
25       We also are one of the teams that's

Page 26

1 involved in the forecasting of internal units that's
2 used for the internal guidance process, which it is
3 a different set of volumes not connected to the
4 volumes we're using to forecast for our supply chain
5 for upside requirements.
6 BY MR. WILLIAMS:
7    Q.  Do you recall being asked the following
8 question in your prior testimony and giving the
9 following answer:
10       "Question:  And then can you
11       describe what you do in terms of revenue
12       forecasting for the iPhone.
13       "Answer:  Yeah.  The process I'm
14       involved in really is unit forecasting of
15       revenue units, and that process is
16       generally of a much shorter horizon, you
17       know, current quarter or current quarter
18       plus one.  And my team is involved at
19       looking at trends of demand and therefore
20       trying to forecast what will happen in
21       the coming weeks."
22       Do you recall being asked that question and
23 giving that answer?
24       MR. KRAMER:  Objection to form.
25       THE WITNESS:  I don't recall the exchange,

Page 27

1 but I have no reason to doubt that's what I said.
2 BY MR. WILLIAMS:
3    Q.  Okay.  And that process of forecasting
4 demand as it relates to your team is for the short
5 term, right?  The upcoming weeks or maybe one
6 quarter in the future, correct?
7       MR. KRAMER:  Objection to form.
8       THE WITNESS:  Yeah, again, Shawn just so
9 we're clear.
10       The piece that you're referring to is the
11 piece that my team is involved in terms of the
12 short-term forecasting that I said are used for
13 input volumes for the financial forecast for the
14 company.  That piece is, generally speaking, current
15 quarter and next quarter focused.
16 BY MR. WILLIAMS:
17    Q.  Thank you.  Understood.  Okay.
18       That first meeting, going back to the first
19 meeting of last week with Jim and a couple other
20 members of his team, you talked about a couple
21 documents that helped you recall facts.
22       We talked about an e-mail with -- exchanged
23 between Tim Cook and you and others.  And you talked
24 a little bit about a PDF document that reminded you
25 of the possibility of an MPS adjustment.

Page 28

1       Any other documents that helped you recall
2 any facts?
3    A.  I think I referred to the e-mail exchange
4 about the fact that we wanted the supply chain to
5 see if they could get more XS, XS Max --
6    Q.  Right.
7    A.  -- at the time.
8    Q.  Right.  And the reason they -- you wanted
9 to -- the supply chain to get more XS and XS Max is
10 because the iPhone XR demand was much softer than
11 hoped for at the time, right?
12       MR. KRAMER:  Objection to form.
13       THE WITNESS:  As we discussed earlier, the
14 iPhone XR demand, we were confused about the shape,
15 but the early orders were lower than expected.  And
16 that added to our confusion as to what the mix of
17 our demand was going to be.
18 BY MR. WILLIAMS:
19    Q.  I understand.
20       MR. KRAMER:  Hold on.  I'm sorry.  Did you
21 finish, Mr. Conroy?
22       THE WITNESS:  Because of that -- certainly.
23 Okay --
24 BY MR. WILLIAMS:
25    Q.  Go ahead.  Go ahead.

**Donal Conroy**                                        **In re Apple Inc. Securities Litigation**

Page 29

1    A. Yeah. Because of that confusion, we were
2  wondering if the mix was wrong and therefore the XS
3  and XS Max demand was even going to be stronger than
4  we had previously predicted. And as a result, we
5  were trying to get more supply.
6    Q. I think that's -- I appreciate that. And I
7  guess my question is a little simpler, which is, the
8  reason why you were asking if you could get more XS
9  and XS Max supply was because the XR was lower than
10  you had hoped for or expected?
11    MR. KRAMER: Objection to form.
12    THE WITNESS: My recollection is there were
13  multiple reasons why we did that. One of the
14  reasons, we were wondering if XR was lower than
15  we had previously planned.
16    And one of the reasons, as part of the same
17  looking at early trends, we were wondering if the
18  early demands on XS and XS Max were stronger than we
19  predicted. They were both factors in us saying,
20  hey, let's go try and get more supply on XS and XS
21  Max.
22  BY MR. WILLIAMS:
23    Q. Got it. Any other documents during that
24  first meeting that helped you recall any of these
25  facts?

Page 30

1    A. Not that I recall at the moment.
2    MR. WILLIAMS: Jim, I'm going to ask you if
3  you can identify those documents that he's testified
4  to at your earliest convenience by Bates number.
5    MR. KRAMER: They've all been produced in
6  litigation.
7    MR. WILLIAMS: I understand. But he
8  testified that the specific documents helped him
9  recall certain facts, so I'm going to ask you to
10  identify them for us. I appreciate it.
11  BY MR. WILLIAMS:
12    Q. So Mr. Conroy, can you -- we are going to
13  go to the next meeting that you had with Mr. Kramer
14  and his team.
15    When was that in preparation for this --
16  today's deposition, when was that?
17    A. I believe that was Thursday of last week.
18    Q. Okay. And who was at that meeting?
19    A. I believe it was the same individuals from
20  the first meeting.
21    Q. Okay. And did you review any documents at
22  that meeting?
23    A. My recollection is we reviewed the same set
24  of documents.
25    Q. Got it. And how long did you meet?

Page 31

1    A. I recall it was less than scheduled, so I
2  believe maybe less than two hours.
3    Q. Now, when you reviewed those documents, did
4  you recall any more facts that you had not recalled
5  during the earlier meeting?
6    A. No.
7    Q. Okay. Do you know if any other Apple
8  employee has testified in this case up to this
9  point?
10    A. I am aware that other Apple employees have
11  testified.
12    Q. Okay. Which employees are you aware of
13  that have testified?
14    A. Can I check with counsel? Is this
15  privileged, Counsel?
16    MR. KRAMER: You can identify -- you can
17  identify the people -- well, let me back up.
18  BY MR. WILLIAMS:
19    Q. It's not privileged. I promise that I will
20  do everything I can not to ask you to provide
21  privileged information. So, but what I've asked you
22  is not privileged.
23    MR. KRAMER: And Mr. Conroy, obviously
24  you're going to take key from me on what's
25  privileged and what's not.

Page 32

1    MR. WILLIAMS: Of course.
2    MR. KRAMER: Not Mr. Williams. But I think
3  it's fine to identify people by name that you know
4  who have been deposed. But let's stop there.
5    THE WITNESS: Okay. I'm aware of three
6  people that I believe that have been deposed in this
7  case. That's Mr. Kevan Parekh, Mr. Anish Patel and
8  Ms. Priya Balasubramaniam.
9  BY MR. WILLIAMS:
10    Q. Apart from your lawyers, who -- who knows
11  that you were testifying today?
12    A. The only person I have told apart from my
13  lawyers is my boss, only to the extent to let him
14  know that I'll be unavailable should need be for
15  today.
16    Q. And your boss is who?
17    A. Mr. Sabih Khan, K-h-a-n.
18    Q. Okay. Thank you.
19    MR. WILLIAMS: Lorenzo, can you pull up
20  what is, I guess, your document number 51, please.
21    APTUS VIDEO TECHNICIAN: Yeah, just one
22  moment. We'll mark this as 6?
23    MR. WILLIAMS: Right. 51 should be Bates
24  numbered 00140698. Is that what you have in the
25  chat?

Highly Confidential

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 33

1    APTUS VIDEO TECHNICIAN:  Yeah, I just
2  shared the link in the chat.
3       And just want to make sure, you want to
4  mark this as Exhibit 6?
5       MR. WILLIAMS:  Correct.  It will be Conroy
6  Number 6.
7       APTUS VIDEO TECHNICIAN:  All right.
8       (Whereupon, Exhibit 6 was marked for
9       identification)
10 BY MR. WILLIAMS:
11    **Q.  Mr. Conroy, just take a moment to look at**
12 **the document and let me know when you've had a**
13 **chance to do so.**
14    A.  Yes, I see it.  Thanks.  I've read it.
15    **Q.  And it's an e-mail dated November 2nd,**
16 **2018, from you to Steve Dowling, Kristin Quayle, and**
17 **Trudy Muller, right?**
18    A.  Yes.
19    **Q.  And can you just read the text of the**
20 **e-mail for me, please?**
21    A.  Do you want me to read it out loud?
22    **Q.  Yes, please.**
23    A.  Okay.  "FYI, We are executing a large XR
24 MPS cut this weekend.  Will be 11 million cut this
25 quarter and a cum 17 million cut through Q2.  This

Page 34

1  is getting partially offset by an MPS increase on
2  sustaining phones to get to approximately 6 million
3  increase through Q2.  Thanks, D."
4     **Q.  Okay.  And the subject line of this e-mail**
5  **is XR -- or "XR cuts," right?**
6     A.  Yes.
7     **Q.  And is this one of the documents that you**
8  **reviewed in your preparation for the deposition?**
9     A.  No.
10    **Q.  When was the last time you saw this**
11 **document?**
12    A.  I can't recall whether we reviewed this in
13 our last deposition.  I don't remember the document.
14 As I see the e-mail, I may have not seen it since I
15 wrote the e-mail.  I might have seen it in our last
16 deposition.  I don't recall.
17    **Q.  Okay.  Is it fair to say that the XR cuts**
18 **that you are referring to in this e-mail is related**
19 **to the -- whatever document that you testified**
20 **helped you recall some facts about what was**
21 **occurring in 2018 earlier today?**
22    A.  Yes, I agree.  That's fair to say.
23    **Q.  Same topic?**
24    A.  Yes.  Same topic, yeah.
25    **Q.  And it's true, isn't it, that you and your**

Page 35

1  **team have Ops review meetings typically on**
2  **Thursdays?**
3     A.  That is correct.
4     **Q.  And this is a Friday, November 2nd e-mail.**
5  **So would it be fair to assume that you and your team**
6  **had an Ops review meeting on Thursday, November 1st?**
7        MR. KRAMER:  Objection to form.
8        THE WITNESS:  We would normally have a
9  meeting every Thursday.  I don't recall specifically
10 if we had an Ops review on Thursday, November 1st.
11 BY MR. WILLIAMS:
12    **Q.  Okay.  Would it be common for you to**
13 **communicate this type of MPS cut without having your**
14 **typical Ops review meeting?**
15        MR. KRAMER:  Objection to form.
16        THE WITNESS:  It would be -- I would
17 normally -- sorry.  Let me repeat.
18        Before we would make this cut, we would
19 have discussions with my executive chain to align on
20 this level of cut.  And I'm sure we did that prior
21 to me sending this e-mail.  I don't recall whether
22 it happened in an Ops review on Thursday,
23 November 1st.
24 BY MR. WILLIAMS:
25    **Q.  When you say your executive chain, you're**

Page 36

1  **referring to Jeff Williams as one of those people,**
2  **right?**
3     A.  Correct.  At the time I reported directly
4  to Jeff Williams, the COO of the company.  And so we
5  would have discussed this cut with him prior to
6  confirming we were going to do it.
7     **Q.  Right.  And Tim Cook is part of that**
8  **executive chain?**
9     A.  Tim Cook is part of the executive chain.  I
10 don't know if we talked about this cut directly with
11 him.  He's not in the details of MPS cuts.  We may
12 refer to it if we're in a meeting with him as an
13 FYI.  So I don't know if we talked this one through
14 with him prior to doing the cut.
15    **Q.  It's possible, though, right?**
16        MR. KRAMER:  Objection to form.
17        THE WITNESS:  It is possible we did talk
18 about the specific cut with Mr. Cook.
19 BY MR. WILLIAMS:
20    **Q.  Right.  Because sometimes big MPS cuts end**
21 **up in the news, right?**
22        MR. KRAMER:  Objection to form.
23        THE WITNESS:  We talk to Mr. Cook about MPS
24 cuts for multiple reasons.  One of the reasons is,
25 as you referred to, we don't like leaks from our

Page 33..36

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 37

1 supply chain.  They do happen.  And sometimes we
2 give them a heads up for that reason.  But it's not
3 the only reason we would talk to him about an MPS
4 cut.
5 BY MR. WILLIAMS:
6     **Q.  Understood.  Again, the e-mail says "We are**
7 **executing a large XR MPS cut this weekend.  Will be**
8 **$11 million cut" -- I'm sorry -- "11 million cut**
9 **this quarter and a cum 17 million cut through Q2,"**
10 **right?**
11     A.  Yes, that's correct.
12     **Q.  And that was, as you described, a large**
13 **cut?  It wasn't a small cut, right?**
14     A.  That's correct.
15     **Q.  And when you do make large cuts, you do**
16 **communicate that through the -- your executive chain**
17 **before doing so, right?**
18         MR. KRAMER:  Objection to form.
19         THE WITNESS:  As I previously answered, I
20 would have discussed this with Mr. Williams.
21 BY MR. WILLIAMS:
22     **Q.  Right.  And this was not what you would**
23 **describe as a push, right, it was rather a cut?**
24         MR. KRAMER:  Objection to form.
25         THE WITNESS:  The e-mail refers to it as a

Page 38

1 cut.  I don't recall if it was all 100 percent a cut
2 or partially a cut and a push.  The e-mail certainly
3 is referring to it as a cut.
4 BY MR. WILLIAMS:
5     **Q.  And again, this cut to the XR production**
6 **was because the demand for the XR was lower than you**
7 **had either expected or prepared for, right?**
8         MR. KRAMER:  Objection to form.
9         THE WITNESS:  Yes.  Shawn, I think it's a
10 bit more nuanced than that.  Our MPS that we had set
11 pre-launch was the high case buffered MPS, which had
12 the high case on every product and a mix buffer.
13         This cut was us saying, hey, after, as we
14 get more data with launch, we generally shrink the
15 size of that buffer.  And in this case, we were
16 shrinking the size of the buffer on XR.
17 BY MR. WILLIAMS:
18     **Q.  By a lot?**
19     A.  Yeah, by a large cut.  It was a large cut.
20     **Q.  Right.  And that --**
21         MR. KRAMER:  Wait.  Wait.  Hold on, I'm
22 sorry, Mr. Williams.  Mr. Conroy, it looked like you
23 were still talking.  Go ahead.
24         THE WITNESS:  Yeah.  The last point I would
25 make on it, Shawn, is after this cut, we were still

Page 39

1 protecting a very high number on the XR.
2 BY MR. WILLIAMS:
3     **Q.  Okay.**
4     A.  And that number was significantly higher
5 than the number that I was communicating to Mr. Cook
6 for the financial range per the e-mail of
7 October 28th we discussed.
8     **Q.  Okay.**
9     A.  So the point I'm making is, again, the MPS
10 is a high case buffered number.  We were still
11 unsure about XR.  We expected it to grow over time.
12 So even after this cut, we were still protecting a
13 very high case number.
14         (Reporter clarification)
15         MR. KRAMER:  How are you doing?  We've been
16 going almost an hour?  Are you okay?  Need a break?
17         THE WITNESS:  Maybe go ten more minutes and
18 take a break then.
19         MR. WILLIAMS:  That's what I was going to
20 say.  Let's just go another ten minutes before we
21 take our first break.
22         Lorenzo, can you bring up your number 52,
23 please.
24         THE WITNESS:  Just to make sure I have the
25 right document.  It's an e-mail from me dated the

Page 40

1 2nd of November, subject MPS?
2         MR. WILLIAMS:  Correct.  And the Bates
3 number for that document is 00643543 and 44.
4         (Whereupon, Exhibit 7 was marked for
5         identification)
6 BY MR. WILLIAMS:
7     **Q.  Do you have both pages there?**
8     A.  Are you talking to me?
9     **Q.  Yes.  Yeah.**
10     A.  I'm sorry.  I was reading the document.
11 I have -- one is an e-mail.  I'm sorry, you
12 quoted some numbers, Shawn, and I missed what you
13 said to me.
14         Do you mind repeating that for me?
15     **Q.  You don't need to worry about the numbers.**
16 **That's really for the record.**
17     A.  All right.
18     **Q.  But you have two pages there?**
19     A.  Yes, I do.
20     **Q.  Okay.  And the first page is an e-mail from**
21 **you dated November 2nd, 2018, right?**
22     A.  Yes.
23     **Q.  And the subject is "MPS"?**
24     A.  Yes.
25     **Q.  And it's sent to a number of people,**

Donal Conroy                                              In re Apple Inc. Securities Litigation

1  including Sabih Khan, Daniel Rosckes, Tony Blevins,
2  Rob York and Priya Balasubramaniam, right?
3      A.  Yes.
4      Q.  Can you read the text of that e-mail,
5  please?  You can read it out loud.
6      A.  Yes.  It says, "Hi team, We are moving
7  forward with the MPS adjustments we discussed
8  yesterday.  In fact we are cutting Xr further than
9  discussed.  Our plan now is to hold a 30 million MPS
10  this quarter and a cum 53 million thru Q2.  No other
11  changes from discussion yesterday.
12         "I believe the plan is to re do the Intel
13  one pager to confirm strategy before passing thru to
14  Intel.  Donal."
15      Q.  Okay.  Does this help refresh your
16  recollection as to whether you had an Ops meeting
17  during which the MPS cuts were discussed on
18  November 1st, 2018?
19         MR. KRAMER:  Objection to form.
20         THE WITNESS:  I think it confirms that it's
21  probable we had an Ops meeting on the 1st of
22  November, but it's clear we had a discussion about
23  this topic in some forum on the 1st of November.
24  BY MR. WILLIAMS:
25      Q.  Okay.  And as indicated when we were

1  talking about the prior e-mail of the same day, this
2  was a big cut, right?
3         MR. KRAMER:  Objection to form.
4         THE WITNESS:  Yes.  It's a large number of
5  units.
6  BY MR. WILLIAMS:
7      Q.  Okay.  And it's fair to say then that this
8  is not the type of cut that would have been
9  determined just over maybe a 24-hour period, right?
10         MR. KRAMER:  Objection to form.
11         THE WITNESS:  I believe we would have been
12  assessing this for a few days.
13  BY MR. WILLIAMS:
14      Q.  Excuse me, at least a few days.  Is it fair
15  to say that you would have been assessing it for at
16  least a few days?
17         MR. KRAMER:  Objection to form.
18         THE WITNESS:  I don't know if I'd use the
19  term "at least."  It's tough to know.  It's a number
20  of days, two, three, four.  I'm unsure for how many.
21  BY MR. WILLIAMS:
22      Q.  Okay.  But clearly not one day?
23         MR. KRAMER:  Objection to form.
24         THE WITNESS:  Yeah, generally we wouldn't
25  make this kind of adjustment in 24 hours, that I'm

1  thinking.
2  BY MR. WILLIAMS:
3      Q.  Okay.  Just looking at the next page -- I'm
4  sorry.  It appears that it's an attachment to the
5  e-mail you sent, right?
6      A.  Yes, it appears to be.
7      Q.  And it looks like a picture, correct?
8      A.  Yeah.  I think I agree.  That is what it
9  does look like.
10      Q.  Well, in the attachment line on Bates
11  ending 543, it says "IMG," refers to an image, I
12  believe, right?
13      A.  I believe so.
14      Q.  So that would be a photo?
15      A.  It could be.
16      Q.  Yeah.  And what else could it be?
17         MR. KRAMER:  Objection to form.
18         THE WITNESS:  I'm not an expert in
19  attachments.  I don't know.  It could be a PDF.  It
20  could be an image.
21  BY MR. WILLIAMS:
22      Q.  Okay.  But you attached it, though, right?
23      A.  I did in 2018.
24      Q.  Right.  I understand.
25      A.  I attached a lot of things in 2018.  So,

1  and I don't recall each individual attachment,
2  whether it was an image or a PDF or a picture.
3      Q.  Well, take a look at this image.  Did
4  you -- have you seen this image as part of your
5  preparation for the deposition?
6      A.  I have.
7      Q.  Okay.  Is this the, quote/unquote, PDF that
8  you were referring to when I asked you if -- about
9  documents that helped you recall facts that you used
10  in your preparation?
11      A.  Yes.  I called it a PDF, possibly
12  incorrectly a PDF.
13      Q.  Okay.  And it was this document?
14      A.  Yes.
15      Q.  Okay.  Describe for me what this document
16  depicts.
17         MR. KRAMER:  Objection to form.
18         THE WITNESS:  When I looked at the document
19  it reminded me of the basis for us discussing what
20  is the high case we should still protect with our
21  MPS for the iPhone XR.
22  BY MR. WILLIAMS:
23      Q.  So is it fair to say, then, you recalled
24  independently that you were, "you" being Apple, were
25  going to make a big cut to the iPhone XR production,

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 45

1 but this document helped you to recall how much you
2 wanted to protect?
3        MR. KRAMER:  Objection to form.
4        THE WITNESS:  Sorry, Shawn.  Would you mind
5 repeating your question.
6 BY MR. WILLIAMS:
7     **Q.  My question is, is it fair, then, to say**
8 **that you independently recalled that Apple was in**
9 **discussions or prepared to make a big MPS reduction**
10 **for the iPhone XR, but that this document helped you**
11 **recall the, quote/unquote, high case that you wanted**
12 **to protect?**
13        MR. KRAMER:  Objection to form.
14        THE WITNESS:  Yeah.  My recollection was we
15 adjusted the iPhone XR MPS some time in -- during
16 the quarter of that period, you know, October to
17 December 2018.
18        I didn't recall that we did it on the
19 weekend of the 2nd of November.  So I didn't recall
20 the timing of it, nor did I recall the absolute
21 units until I saw this document.
22 BY MR. WILLIAMS:
23     **Q.  Okay.  Did you prepare this document?**
24     A.  No.
25     **Q.  And you don't know who did?**

Page 46

1     A.  I'm confident it came from within my team,
2 so someone in my iPhone planning team.
3     **Q.  And it was something that your team would**
4 **have prepared consistent with the work that it**
5 **regularly does as you look at, you know,**
6 **manufacturing and production?**
7     A.  Yes.  My team, as I mentioned earlier, is
8 responsible for the supply request, the MPS we give
9 to our partners.  So we regularly review that and
10 think about that.
11     **Q.  And prepare documents like this to help**
12 **that thinking?**
13        MR. KRAMER:  Objection to form.
14        THE WITNESS:  Yeah.  I think there are many
15 documents we prepare and different formats.  I
16 wouldn't call this a standard format that we use all
17 the time.  I don't recall seeing it a lot.  But, you
18 know, there are formats we use depending on the
19 situation to help us think through it.
20 BY MR. WILLIAMS:
21     **Q.  So why was this done in this format?**
22        MR. KRAMER:  Objection to form.
23        THE WITNESS:  I don't recall.
24 BY MR. WILLIAMS:
25     **Q.  Is it likely that you had someone on your**

Page 47

1 team prepare it for you?
2     A.  It's likely to --
3        MR. KRAMER:  Objection to form.
4        THE WITNESS:  Yeah.  It is likely that
5 somebody on my team, his job is to tee up the
6 conversation about MPS.  And they chose what they
7 thought was the logical format for us to have a
8 quality conversation.
9 BY MR. WILLIAMS:
10     **Q.  Understood.  Understood.**
11        **So looking at the top of this document,**
12 **it's the "FY2019 iPhone MPS Summary," right?**
13     A.  Yes.
14     **Q.  And in Section 3 at the top there, it says,**
15 **"Overall, results in MPS reduction and remix from**
16 **NPI to Sustaining," parenthetical, "(-21M NPI +13M**
17 **sustaining through FQ3)," right?**
18     A.  Yes.
19     **Q.  And the "-21M NPI" refers to a production**
20 **cut of new product introduction?**
21     A.  Yes.
22     **Q.  And this is about the XR, right?**
23     A.  No.  That phrase, as you told, is strictly
24 for the XS, XS Max and the XR combined.
25     **Q.  Right.  So is it fair to say that you were**

Page 48

1 cutting XS, XS Max and XR at this time?
2        MR. KRAMER:  Objection to form.
3        THE WITNESS:  I think it's slightly more
4 nuanced, Shawn.
5        If you look at the document, you see the
6 top section is entitled -- sorry.  There's four
7 tables.
8 BY MR. WILLIAMS:
9     **Q.  Yeah.**
10     A.  On the left at the top there's "D3X."
11     **Q.  Yes.**
12     A.  Which is the internal code for XS, XS Max.
13 And then on the bottom section there's "N84," which
14 is the internal code for the iPhone XR.  And then on
15 the bottom right, there's the "iPhone 8/8+ High Case
16 Sell Through."
17        And if you look at the details of the XS,
18 XS Max, and if you look at row 10, you can see row
19 10 in the document.
20     **Q.  I do.**
21     A.  Yeah.  Row 10 in the document is what is
22 the adjustment to the current MPS, what is the
23 change, it's the delta, what we're recommending in
24 this document.  And you can see that it's negative
25 in FQ4 and FQ1 for XS Max.  It's negative in FQ2.

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 49

1 But it's positive for FQ3 and FQ4.
2    Q.  Okay.  So does that mean, then, that the
3 nuance that you're describing is that the XS and XS
4 Max was being cut, production was being cut for Q4,
5 Q1 and Q2, right?
6    A.  Correct.  The nuance is that we were
7 reducing the buffer chain to the supply chain for up
8 to FQ2, but increasing the second half of the year,
9 and it was a net increase.
10    Q.  Understood.  And for the N84, which is the
11 XR, it was being cut for Q1, Q2, and Q3 and Q4; is
12 that right?
13    A.  Yes, that's the way I read -- if I read the
14 XR document, you're looking at row 18?
15    Q.  That's right.
16    A.  Exactly.  That's the way I read the deltas.
17    Also, worth note, if you look at row 20, it
18 compares the new MPS to what we thought the likely
19 plan was for the financials.
20    Q.  Thanks.  But I just wanted to stay on 18
21 for a moment.
22    So the XR was being cut for the remainder
23 of the fiscal year?
24    MR. KRAMER:  Objection to form.
25    THE WITNESS:  It was being cut through

Page 50

1 FQ4 -- yes, it was being cut through FQ4.  And
2 again, the MPS buffered demand for the supply chain.
3    MR. WILLIAMS:  Got it.  Why don't we go
4 ahead and take our ten-minute break.
5    MR. KRAMER:  Okay.
6    APTUS VIDEO TECHNICIAN:  The time is 10:03.
7 We're going off the record.
8    (Recess taken)
9    APTUS VIDEO TECHNICIAN:  The time is 10:17.
10 We're back on the record.
11 BY MR. WILLIAMS:
12    Q.  Welcome back, Mr. Conroy.
13    A quick question, are you in front of a
14 laptop right now?
15    A.  Yes.  I'm in two screens, one screen to see
16 you and one screen to see the documents.
17    Q.  Got it.  Got it.  And do either -- are
18 either of those screens set up where e-mail is
19 coming through, popping up for you?
20    A.  I've turned notifications off.
21    Q.  Okay.  You testified earlier that the
22 company typically doesn't like leaks, right?
23    A.  Yes.
24    Q.  And why is that?
25    A.  We consider a lot of information about our

Page 51

1 company to be confidential.  And we have contracts
2 with our suppliers, for example, about keeping that
3 information confidential.
4    Q.  Right.
5    A.  And we are very tough with them if they
6 breach that.
7    Q.  Okay.  So is it fair to say, then, the MPS
8 cuts that we were talking about, you and the company
9 consider that information to be confidential?
10    A.  Yes, very much so.
11    Q.  Very much so because of what, the reasons
12 you just described?
13    A.  We believe the information we are giving
14 our supply chain about volumes is highly sensitive.
15 And moreover, subject to misinterpretation of people
16 misunderstanding what we're doing to protect high
17 case buffers and mixes versus what's going on with
18 our products.
19    Q.  Right.  And sometimes that information, if
20 it's leaked, it affects what the public thinks about
21 what's happening with the company, right?
22    MR. KRAMER:  Objection to form.
23    THE WITNESS:  Yeah.  The main reason we
24 worry about it is we consider it Apple confidential
25 information.  It's not for public consumption.  And

Page 52

1 therefore, that's what we're worried about.
2    When we declare something's not for public
3 consumption and we declared it confidential, that's
4 the reason we care about them.
5 BY MR. WILLIAMS:
6    Q.  So you only care about it just because it's
7 confidential, not because it shouldn't be public?
8    MR. KRAMER:  Objection to form.
9    THE WITNESS:  My view is simple about it.
10 We have declared it and agreed contractually with
11 our supply base that it's confidential.
12 BY MR. WILLIAMS:
13    Q.  Got it.
14    A.  And therefore, if they breach it, we hold
15 them to account.
16    Q.  In what ways do you hold them to account?
17    A.  We have many ways, depending on the
18 severity of the breach.  It could result in
19 financial penalties or award of business penalties,
20 ultimately.
21    Q.  And has Apple executed on those kind of
22 penalties in the past for leakers?
23    A.  Yes, I believe so.  I don't personally
24 manage the supply chain partners.  There are peers
25 of mine in the operations group who do that.  But I

**Page 49..52**

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 53

1 believe we have taken the steps that you referred
2 to.
3      Q. Okay. What about people that are Apple
4 employees? Are they held to the same standard with
5 respect to the confidentiality of the type of, sort
6 of, X MPS adjustments that you've testified are
7 confidential to Apple?
8      MR. KRAMER: Objection to form.
9      THE WITNESS: All the people in my team
10 that manage the MPS are very clear on how
11 confidential the information is and the impact on
12 them of breaching that confidentiality.
13 BY MR. WILLIAMS:
14      Q. And what is the impact on them?
15      A. It would be a --
16      MR. KRAMER: Objection.
17      THE WITNESS: The impact on them, if it was
18 confirmed that they were leaking information,
19 confidential Apple information, could be up to and
20 including firing.
21 BY MR. WILLIAMS:
22      Q. Okay. And you testified that sometimes
23 information, if it's leaked, has the potential of
24 being misinterpreted, correct?
25      A. Yes.

Page 54

1      Q. And what do you mean by that?
2      A. What I mean by that is we review the MPS
3 very regularly and make many adjustments, upward,
4 downward, push out, pull in. And it's driven by
5 many drivers, of which demand is one factor. There
6 are many other factors.
7      Unfortunately, people misinterpret when we
8 make those adjustments that might be in comparison
9 to things we've said, like our external financial
10 guidance, and they could be completely unrelated.
11 And so that's a concern we have.
12      Q. Right. So when you talk about the
13 potential for misinterpretation, you're referring
14 then to people outside of the company, like, you
15 know, analysts or investors that might not
16 understand what the adjustments mean?
17      A. It's certainly people outside the company.
18 It could be investors. It could be the consumers
19 who get a misunderstanding of how popular the
20 product is.
21      Q. And when that -- if it's misinterpreted, it
22 may be misinterpreted in a way that misperceives the
23 public's -- I mean, the company's public financial
24 guidance, right?
25      MR. KRAMER: Objection to form.

Page 55

1      Do you understand the question, Mr. Conroy?
2      THE WITNESS: Would you mind repeat the
3 question?
4 BY MR. WILLIAMS:
5      Q. So if a leak of an MPS adjustment is
6 misinterpreted, it could be misinterpreted to have
7 some meaning that is related to the company's
8 financial guidance?
9      MR. KRAMER: Objection to form.
10 BY MR. WILLIAMS:
11      Q. Right?
12      A. Yes. I think that is one of the items we
13 would have concern of that people would
14 misunderstand that, and probably connect two
15 forecasts that are very different.
16      Q. Right. And so this MPS cut that we've been
17 talking about that occurred, you know, on or around
18 late October and early November was leaked, right?
19      MR. KRAMER: Objection to form.
20      THE WITNESS: Yeah. As we discussed, the
21 MPS cut was early November. The MPS was not late
22 October.
23      Secondly, you're asking was it leaked. I
24 do recall there being press around about this time,
25 some time in Q1, regarding our MPS cuts.

Page 56

1 BY MR. WILLIAMS:
2      Q. When you say the MPS cut was early
3 November, are you referring to the actual
4 communication to suppliers of the cut when you say
5 early November?
6      MR. KRAMER: Objection to form as phrased.
7      THE WITNESS: I'm referring to -- as you
8 can see in the e-mail we reviewed was dated the 2nd
9 of November that said as per our discussion
10 yesterday. So that's early November.
11      And it was saying that we are going ahead
12 with the MPS cut, which means we did it some time
13 after my e-mail on the 2nd of November.
14 BY MR. WILLIAMS:
15      Q. Okay. I just want to make sure -- you were
16 being specific and so I'll be specific, too.
17      So it was discussed and determined on
18 November 1st, right?
19      MR. KRAMER: Objection to form. Go ahead.
20      THE WITNESS: Is it okay if we go back to
21 the e-mail?
22 BY MR. WILLIAMS:
23      Q. Of course. Sure. Of course. Which one do
24 you want to go back to?
25      A. Go back to -- sorry, the e-mail. I think

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 57

1 it was the last document we were reviewing.  And
2 that e-mail -- sorry, I don't know the number.  It's
3 the last document, the one entitled, subject MPS,
4 from me to Sabih Khan.
5     **Q. Yeah.**
6     A. That e-mail says, "We are moving forward
7 with the MPS adjustments we discussed yesterday."
8     **Q. Okay.**
9     A. Which when I read that e-mail says we
10 didn't quite decide yesterday, we discussed them.
11    **Q. Okay.**
12    A. And we are going ahead and, in fact, we're
13 going ahead with a larger adjustment than we had in
14 yesterday's discussion.  That's the way I read the
15 e-mail on the 2nd of November.
16    **Q. Okay.  Thank you for that.**
17       **And it's fair to say, then, that the amount**
18 **of the adjustment discussed on November 1st actually**
19 **increased overnight?**
20    A. Correct.  That's the way I interpret the
21 e-mail.
22    **Q. Right.  So it's also fair to say, then, on**
23 **November 1st you weren't discussing not doing an MPS**
24 **adjustment or an MPS cut?**
25    A. Yes.

Page 58

1       MR. KRAMER:  Objection to form.
2       THE WITNESS:  Yeah.  Let me try and answer
3 it in the positive versus the double negative.
4       My interpretation of the e-mail is that we
5 had a conversation on November 1st where we reviewed
6 the data that's attached to the photo or data, or
7 whatever it is, that's attached here.
8       And it appears from the document that we
9 didn't decide on that day or confirm that we would
10 execute the MPS cut.  But clearly, we discussed a
11 cut on that date.
12 BY MR. WILLIAMS:
13    **Q. Okay.  I asked whether you knew that the**
14 **MPS cut that we've been referring to was in fact**
15 **leaked.  I think your testimony was that you**
16 **recalled seeing some press.**
17       **Is that fair?**
18    A. Yes.
19    **Q. Okay.  Was that a leak, then?**
20       MR. KRAMER:  Objection to form.
21       THE WITNESS:  Yes.  I believe -- my memory
22 is there was information that appeared publicly that
23 appeared to come from our supply chain.  We would
24 colloquially call that a leak.
25 ///

Page 59

1 BY MR. WILLIAMS:
2     **Q. Okay.  And how did you feel about that?**
3       MR. KRAMER:  Objection to form.
4       THE WITNESS:  I felt about that the same
5 way I feel about any leak of any confidential Apple
6 information.  I dislike it intently.  And it feels
7 it cheats all the work we all do every day.
8 BY MR. WILLIAMS:
9     **Q. And did you -- withdrawn.**
10       **Were there any consequences applied in**
11 **connection with that leak?**
12    A. I do not know.
13    **Q. But you would agree with me that the**
14 **information regarding the MPS cut was at least**
15 **important information to Apple, right?**
16       MR. KRAMER:  Objection to form.
17       THE WITNESS:  As I mentioned, we considered
18 the MPS to be Apple confidential, as we do many,
19 many pieces of data we share with our supply chain.
20 BY MR. WILLIAMS:
21    **Q. All right.  But I'm asking you whether it**
22 **was important information.  There's some information**
23 **that's confidential but it's not important.**
24       **Did you believe the information regarding**
25 **the MPS cuts to be important?**

Page 60

1       MR. KRAMER:  Objection to form.
2       THE WITNESS:  Yeah, I'm not sure if I agree
3 that any information that we consider Apple
4 confidential that's not important.
5 BY MR. WILLIAMS:
6     **Q. Right.  And this was a --**
7     A. If your question is do we consider that
8 important from in terms of when we declare it
9 confidential, should it stay confidential?  It is
10 important that it stays confidential.
11    **Q. Right.  And in this particular instance,**
12 **this was a significant cut, not a small cut, right?**
13       MR. KRAMER:  Objection to form.
14       THE WITNESS:  To be clear, we take
15 exception to any leak of any information about Apple
16 information.  And MPS is included in that,
17 irrespective of the absent size of the MPS
18 adjustment.
19 BY MR. WILLIAMS:
20    **Q. Okay.  And did you discuss the MPS cut with**
21 **anyone outside of Apple over the timeframe between**
22 **November 1st and November 5th?**
23       MR. KRAMER:  Objection to form.
24       THE WITNESS:  I did not discuss the MPS
25 adjustment with anybody outside of Apple over that

**Page 57..60**

Donal Conroy                                                In re Apple Inc. Securities Litigation

Page 61

1 period.
2 BY MR. WILLIAMS:
3    Q. Did you plan to sell any of your Apple
4 stock during the period between November 1st and
5 November 5th?
6    A. I don't recall.  Personally, I have been on
7 10b5-1 plans on and off.  I can't recall what my
8 situation was at that time, whether I was planning
9 to transact stock or not.
10   Q. Did you sell any Apple stock on or around
11 November 2nd or 5th?
12   A. I do not know.
13   Q. Do you think that in light of the
14 significant cut that you may have been in possession
15 of material nonpublic information concerning unit
16 volumes between November 1st and November 5th?
17      MR. KRAMER:  Objection to form.
18      THE WITNESS:  I was in possession of the
19 same information that was given as part of our
20 external guidance, which is what was driving our
21 thinking on the MPS.  It wasn't the difference of
22 information.
23 BY MR. WILLIAMS:
24   Q. I'm asking you very specifically, in light
25 of what you knew about the MPS cuts being decided

Page 62

1 upon and communicated to suppliers between
2 November 1st and November 5th, do you believe that
3 you were in possession of material nonpublic
4 information?
5      MR. KRAMER:  Objection as to form.
6      THE WITNESS:  I'm not an expert as to what
7 material nonpublic information is, and so I'm not
8 sure I can answer that question.
9 BY MR. WILLIAMS:
10   Q. Well, you -- you're subject to certain
11 restrictions on buying and selling Apple stock,
12 aren't you?
13   A. Yes.
14   Q. And you have an insider trading policy that
15 you are expected to comply with at Apple, aren't
16 you?
17   A. Yes.
18   Q. And you're familiar with that policy,
19 right?
20   A. Yes.
21   Q. Okay.  And how do you comply with it if you
22 don't understand what material nonpublic information
23 might be?
24      MR. KRAMER:  Objection to form.
25      THE WITNESS:  How I comply with it is I

Page 63

1 ensure with our legal department before I transact
2 and talking through what I'm aware of and get their
3 advice whether they agree that I'm within policy.
4 BY MR. WILLIAMS:
5    Q. Okay.  So did you read the policy ever?
6    A. I have read the policy.  I don't recall it.
7    Q. Who manages or oversees the insider trading
8 policy at Apple?
9      MR. KRAMER:  Objection to form.
10      THE WITNESS:  I don't know who individually
11 manages it.  I believe it's part of our legal
12 department.
13 BY MR. WILLIAMS:
14   Q. So you indicated that you ask whether you
15 are in compliance with that policy, right?
16      MR. KRAMER:  Objection to form.
17      THE WITNESS:  Yes.
18 BY MR. WILLIAMS:
19   Q. Who do you ask?
20   A. I check in with our Apple legal department.
21   Q. Who in the legal department?
22   A. Generally, there's a gentleman by the name
23 of Sam Whittington, I believe is the name,
24 Whittington.
25   Q. Okay.  And so you communicate with him

Page 64

1 whenever you are about to transact in Apple shares,
2 Apple stock?
3      MR. KRAMER:  Objection to form.
4      THE WITNESS:  Again, as I said, sometimes
5 I've been under a 10b5-1.  And if it's not under a
6 10b5-1, I communicate with Sam or his team.
7 BY MR. WILLIAMS:
8    Q. Okay.  Would you say -- would you agree
9 with me that the information concerning the MPS cut
10 on or around November 1st was not public
11 information?
12      MR. KRAMER:  Objection to form.
13      THE WITNESS:  Do you mind repeating the
14 question?
15 BY MR. WILLIAMS:
16   Q. You'd agree with me, wouldn't you, that the
17 MPS cut that was being discussed and executed on or
18 around November 1st was not public information?
19      MR. KRAMER:  Objection to form.
20      THE WITNESS:  I would agree that it was
21 intended not to be information we shared with the
22 public and thought it was Apple confidential.
23      MR. WILLIAMS:  Okay.  Lorenzo, can you
24 bring up 58, please.  And document -- and mark it as
25 Conroy, I think we're at Number 8, right?

Donal Conroy                                          In re Apple Inc. Securities Litigation

Page 65

1     (Whereupon, Exhibit 8 was marked for
2     identification)
3  BY MR. WILLIAMS:
4     Q.  And Conroy number 8 is Bates numbered
5  00140736 through 743.
6     I'm just going to ask you to take a look at
7  the document and let me know when you've had a
8  chance to do so.
9     A.  Okay.
10     Q.  Okay.  Have you seen what's been marked as
11  Conroy 8 before?
12     A.  I think this is one of the documents that I
13  reviewed with internal counsel.
14     Q.  Okay.  And it is -- withdrawn.
15     Is it fair to say that it's an e-mail
16  exchange, you know, on or around November 5th, 2018?
17     A.  Yes.
18     Q.  And the exchange is between and among you
19  and several other Apple employees, including Priya
20  Balasubramaniam, Steve Dowling, Tim Cook, Jeff
21  Williams, Luca Maestri, and Phil Schiller?
22     A.  Maybe just to be clear, there's two sets of
23  e-mails.  There's an original e-mail from Steve
24  Dowling that includes many of the people you're
25  referring to.

Page 66

1     Q.  Including you?
2     A.  Including me, yes.  And then there's
3  another e-mail exchange on top of that, which is a
4  narrower audience.
5     Q.  Right.  And that was an e-mail that you
6  forwarded to Dan Rosckes, right?  Well, withdrawn.
7  Withdrawn.  You don't need to answer that.
8     The narrower audience that you refer to
9  appears to be an e-mail from Priya Balasubramaniam
10  to Jeff Williams, Sabih Khan and you, Donal Conroy,
11  correct?
12     A.  Yes.
13     Q.  And then you forwarded that e-mail to Dan
14  Rosckes, right?
15     A.  Yes.
16     Q.  Okay.  So the e-mail also attaches or
17  forwards an article from the Asia -- from
18  Asia.nikkei.com, right?
19     A.  Yes.
20     Q.  Are you familiar with that news outlet?
21     A.  No, not specifically.
22     Q.  You'd never heard of it before this day on
23  November 5th, 2018?
24     A.  I'd not.
25     Q.  Did you read the article at the time?

Page 67

1     A.  I don't know if I read the entire article.
2  I certainly read the headlines and some of the
3  article.
4     Q.  And how did you feel when you read the
5  headline and some of the article?
6     A.  My immediate reaction was to understand if
7  it was consistent with the facts.
8     Q.  Okay.  And why did you send it to Dan
9  Rosckes?
10     A.  Dan Rosckes is a peer of mine who holds the
11  commercial relationship with our supply base.
12     Q.  And Steve Dowling is in public relations;
13  is that fair?
14     A.  At the time he was.  I believe he's left
15  Apple since.
16     Q.  Do you know why he sent this article to Tim
17  Cook, Jeff Williams, Luca Maestri, Phil Schiller,
18  you and Greg Joswiak and Kaiann Drance in the "To"
19  line?
20     MR. KRAMER:  Objection to form.
21     THE WITNESS:  I'm don't know for sure, but
22  it's not unusual for PR to forward us when they see
23  things written about us and our supply chain.
24  BY MR. WILLIAMS:
25     Q.  Is it also because the people that I just

Page 68

1  read to you were the people who were the key people
2  at Apple who were responsible at least for the
3  forecasting demand for the XR and new product
4  introductions at the time?
5     MR. KRAMER:  Objection to form.
6     THE WITNESS:  I don't know Steve's thinking
7  of who he sends in an e-mail, but there are people
8  in this e-mail who are not responsible for
9  forecasting, as you referred to.
10  BY MR. WILLIAMS:
11     Q.  You were one of the people that was
12  responsible for forecasting, right, in the way that
13  you've described earlier?
14     MR. KRAMER:  Objection to form.
15     THE WITNESS:  Again, the difference between
16  the supply chain forecasting versus financial
17  forecasting, yes, my team is responsible for
18  portions of that.
19  BY MR. WILLIAMS:
20     Q.  And the one person who does not appear to
21  be on this chain is Kevan Parekh, who's also got
22  some responsibility associated with forecasting,
23  right?
24     MR. KRAMER:  Objection to form.
25     THE WITNESS:  Again, I don't know that

Page 65..68

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 69

1 Kevan is the one person not on this e-mail.  But
2 Kevan is not on this e-mail.
3 BY MR. WILLIAMS:
4      Q.  Right.  I was -- I didn't say that he was
5 the one person.  He is one person who is not on the
6 e-mail that is -- that also has forecasting
7 responsibilities as you've described.
8      A.  That's correct.
9      Q.  Okay.  Is Priya Balasubramaniam or was she
10 among your peers at the time?
11      A.  I'm not sure -- you know, she had
12 responsibility for iPhone product operations.  She
13 may have been more junior in title, but that might
14 be a matter of form.  I would have considered her
15 operationally a peer.
16      Q.  And did you at some point have an opinion
17 about whether the reporting in this article was
18 accurate?
19      MR. KRAMER:  Objection to form.
20      THE WITNESS:  As you can see from the
21 e-mail, Priya took the action to go and compare what
22 was in the document to what the facts were and come
23 back with a point of view as to whether it was
24 accurate.
25 ///

Page 70

1 BY MR. WILLIAMS:
2      Q.  Right.  But I'm asking you if you at some
3 point formed an opinion as to whether or not what
4 was reported in the article was accurate?
5      A.  I recall Priya coming back with the facts
6 and I think a general conclusion that it was
7 materially -- that maybe the way it was framed was
8 incorrect, but some of the base facts were correct.
9      Q.  And so this particular instance of a leak
10 is not one where you would have described as the
11 leak being misinterpreted, is it?
12      MR. KRAMER:  Objection to form.
13      THE WITNESS:  I'm not quite sure I
14 understand that question, Shawn.  Do you mind
15 explaining?
16 BY MR. WILLIAMS:
17      Q.  Sure.  Did you at any point view the -- the
18 information that was reported in this article as
19 information that was misinterpreted?
20      MR. KRAMER:  Objection to form.
21      THE WITNESS:  Yeah, I think my feeling at
22 the time about this article, even if it confirmed
23 that the MPS facts were correct, that it was open to
24 the same misinterpretation we referred to earlier.
25 No different.

Page 71

1 BY MR. WILLIAMS:
2      Q.  Sure.  It may have been open to
3 misinterpretation, but my question to you is whether
4 or not you believed at the time the information
5 reported in the article was misinterpreted?
6      MR. KRAMER:  Objection to form.
7      THE WITNESS:  I don't know.  It's many
8 other people that make that interpretation.  I don't
9 know what the interpret is -- that's fine.
10 BY MR. WILLIAMS:
11      Q.  So turning your attention to Bates ending
12 737, so it would be the second page of the exhibit.
13      A.  Is it the one that starts in -- where it's
14 "For the Foxconn side," is that the correct page?
15      Q.  Well, here.  So on the bottom right-hand
16 corner, you see a little number there on the bottom
17 right-hand corner and it ends in 737?
18      A.  Okay.  I've got the one now.  Yep.
19      Q.  Okay.  And just to be clear, the subject
20 line of this e-mail is "Apple cancels production
21 boost for budget iPhone XR."
22      Is that fair?
23      MR. KRAMER:  Objection to form.  Could we
24 have that read back, please.
25      (Record read by the reporter as follows:

Page 72

1      "Q.  And just to be clear, the subject line
2      of this e-mail is 'Apple cancels production
3      boost for budget iPhone XR'?")
4      THE WITNESS:  Yeah, the e-mail -- you're
5 referring to the e-mail from Steve Dowling?
6 BY MR. WILLIAMS:
7      Q.  Correct.
8      A.  Right.  Okay.  Yes.  Yes.  Obviously
9 culling sources, but yes.
10      Q.  Sure.  It's fair to say that the iPhone XR
11 was the cheaper of the new products that had been
12 released in the fall of 2018, right -- in comparison
13 to the XS and XS Max?
14      A.  Yes, that's correct.
15      Q.  Right.  Okay.  I'll ask you to turn to
16 Bates ending 739, just two more pages in.
17      A.  Okay.  Let me read that one.  Okay.
18      Q.  And you see where it says, "Apple, the
19 world's most profitable smartphone company, had
20 great expectations that the iPhone XR would
21 jump-start shipments this year."
22      Do you see that?
23      A.  I do.
24      Q.  You'd agree with that, wouldn't you?
25      MR. KRAMER:  Objection to form.

**Donal Conroy**                                    Highly Confidential                    **In re Apple Inc. Securities Litigation**

Page 73

1        THE WITNESS:  No.  My view is we had a
2   forecast for XS Max.  We had a forecast for X -- we
3   had a forecast for our iPhone range in which XR was
4   one of it.
5        I don't recall ever framing it or
6   discussing it in the way that sentence indicates.
7   BY MR. WILLIAMS:
8        **Q.  Okay.  So if you were asked if Apple had**
9   **great expectations that the iPhone XR would**
10  **jump-start shipments in 2018, what would you say?**
11       MR. KRAMER:  Objection to form.
12       THE WITNESS:  Are you saying if I was asked
13  at the time?  If I was asked now?  Can you clarify?
14  BY MR. WILLIAMS:
15       **Q.  Let's do both.  If you were asked at the**
16  **time, what would you say?**
17       A.  I'd say I don't understand the expression
18  "jump-start shipments."  I don't know what that
19  means.
20           Apple had a forecast and we had an
21  expectation that our forecast was good.  We weren't
22  sure about that, so therefore we had a very high
23  range of what we were planning for our supply chain.
24       **Q.  And how would you answer that question now?**
25       A.  I would answer the same way.

Page 74

1        **Q.  Okay.  Can you tell me who Rob McDowell is?**
2        A.  Rob McDowell at the time worked for me as
3   part of the planning organization.
4        **Q.  Planning what?**
5        A.  He would be part of the team that is
6   responsible for the planning to the supply chain of
7   our, you know, supply requirements.
8        **Q.  Got it.  And how about Janice Lin?**
9        A.  Janice Lin at the time in 2018, she
10  certainly was part of my team.  She's had a couple
11  of roles.  I believe at the time she was a director
12  in the iPhone planning team.
13       **Q.  All right.  And how about Neha Mohan?**
14       A.  I don't recognize the way you're saying it.
15  Is it one of the names here on this e-mail?
16       **Q.  No.  I had a list of people I wanted to ask**
17  **you about.**
18       A.  Do you mind spelling that name again?
19       **Q.  N-e-h-a, last name Mohan, M-o-h-a-n.**
20       A.  Yes.  I recognize that name.  Neha had a
21  role in our iPhone planning team in 2018.
22       **Q.  Do you remember what the role was?**
23       A.  I do not.
24       MR. WILLIAMS:  Okay.  Lorenzo, can you
25  bring up 59, please, and mark it as Conroy Number 9.

Page 75

1        (Whereupon, Exhibit 9 was marked for
2        identification)
3   BY MR. WILLIAMS:
4        **Q.  Conroy number 9 is Bates numbered 00499631**
5   **through 640.**
6        **And let me know when you've had a chance to**
7   **review the document, please.**
8        A.  Okay.  Thanks.  Okay.
9        **Q.  Okay.  Thanks.  Do you recognize the**
10  **document?**
11       A.  You're referring to the attachment at the
12  bottom?
13       **Q.  I'm referring to the entire -- the entire**
14  **exhibit.  So the e-mail with the attachment.**
15       A.  Do I recognize it?  Do I recall it?  The
16  e-mail, it triggers a memory there was an e-mail
17  exchange at the time.
18       As I mentioned earlier, I believe we
19  concluded that the data was mostly accurate, and so
20  I think this is the e-mail that sort of is
21  confirming that.
22       **Q.  All right.  So okay.  Let's just walk**
23  **through it a little bit.**
24       **Is it fair to say that the Conroy Exhibit 8**
25  **is an e-mail exchange, an Apple e-mail exchange with**

Page 76

1   an attachment?
2        A.  Yes.
3        **Q.  And the e-mail exchange is dated on or**
4   **around November 5th, 2018, right?**
5        A.  Yes.
6        **Q.  And you are among the people on the**
7   **exchange, correct?**
8        A.  Yes.
9        **Q.  In fact, the last e-mail of the e-mail**
10  **exchange is you forwarding the chain to Anish Patel,**
11  **Anuj Saigal, Robert McDowell, Janice Lin and Neha**
12  **Mohan, right?**
13       A.  Yes.
14       **Q.  And is it fair to say that the e-mail, the**
15  **subject matter of the e-mail, again, is related to**
16  **the November 5th Nikkei article titled "Apple**
17  **cancels production boost for budget iPhone XR:**
18  **Sources."**
19       A.  Yes.
20       **Q.  And looking at Bates ending 631, so that's**
21  **the first page of the exhibit.**
22       A.  Yes.
23       **Q.  There's an e-mail from Priya**
24  **Balasubramaniam to Jeff Williams and copying a**
25  **number of Apple employees, including you, right?**

**Page 73..76**

**Donal Conroy**                                              **In re Apple Inc. Securities Litigation**

Page 77

1    A.  Yes.

2        Q.  And she writes, "Jeff, Attached the team

3    has put together a comparison of all the figures in

4    the article versus actuals and the last column

5    indicates the accuracy of comments."

6        Right?

7    A.  Yes.

8        Q.  And so is this -- so let's go to the

9    attachment, which I think is Bates ending 640, the

10   last page of the exhibit.

11       Does this appear to be the comparison that

12   Priya is referring to?

13   A.  Yes.

14       Q.  And is this -- withdrawn.

15       And you received this comparison on or

16   around November 15th, right?  I'm sorry,

17   November 5th, I apologize.

18   A.  Yes.

19       Q.  And is this the document which you

20   described as generally concluding that the

21   information, the factual information in the

22   November 5th Nikkei article was accurate or close to

23   accurate?

24   A.  Yeah, I didn't recall until you showed me

25   now that there was a table Priya and team had

Page 78

1    created.

2        Q.  Uh-huh.

3    A.  What I was referring to is I recall the

4    e-mail exchange confirming, hey, it looks like the

5    mechanical data is accurate.

6        Q.  But now that you see the exhibit that you

7    recall this?

8    A.  Yes, I do.  I recall the table here, yeah.

9        Q.  All right.  And you didn't disagree with

10   her and her team's conclusion at the time, right?

11       MR. KRAMER:  Objection to form.

12       THE WITNESS:  I don't recall disagreeing

13   with that.

14   BY MR. WILLIAMS:

15       Q.  And if you did disagree, you would have

16   told someone, right?

17   A.  I think in all probability if I had a

18   different point of view I would have raised it.

19       Q.  Got it.  Do you know whether Apple stock

20   price fell on November 5th?

21   A.  I do not.

22       Q.  Do you recall testifying on or around

23   March 15th of 2021 that you met with Tim Cook

24   regularly in or around 2018 in connection with your

25   duties at Apple?

Page 79

1        MR. KRAMER:  Objection to form.

2    Mr. Conroy, he's moved off the document, so I'm not

3    sure you're paying attention as to what his question

4    is.  I see you looking down.

5        THE WITNESS:  Yeah.  Thank you.

6        Do you mind repeating the question.

7    BY MR. WILLIAMS:

8        Q.  I was just asking you if you recall

9    testifying that you met with Mr. Cook regularly

10   during 2018 as part of your duties at Apple?

11   A.  I don't recall testifying that.

12       Q.  Okay.  Would you disagree with that?

13   A.  No.

14       Q.  And in 2018, when you interacted or met

15   with Mr. Cook, was it typically in person or by

16   e-mail?

17   A.  I believe it would have been both.

18       Q.  How about text message?

19   A.  No, I don't text message with Mr. Cook.

20       Q.  I'm sorry.  You faded out that last part.

21   A.  I do not text message with Mr. Cook.

22       Q.  I got it.  Thank you.

23       Would you agree that Apple in 2018 sold the

24   vast majority of iPhones through resellers?

25       MR. KRAMER:  Objection to form.

Page 80

1        THE WITNESS:  It is true in 2018 that the

2    majority of our iPhone sales went through resellers

3    on their way to consumers.

4    BY MR. WILLIAMS:

5        Q.  Would you say vast majority?

6        MR. KRAMER:  Objection to form.

7        THE WITNESS:  Yeah, I have a hard time with

8    the word "vast."  The simple rule I would use

9    internally is kind of a 80/20, a 80 percent through

10   the reseller channel and 20 percent through our

11   direct channels.

12   BY MR. WILLIAMS:

13       Q.  Do you recall being asked this question and

14   providing the following answer:

15       "Question:  Can you explain what

16       you mean by channel partners?

17       "Answer:  Yes.  Apple sells to our

18       end-users or our customers through a

19       number of vehicles.  The obvious ones

20       being through our direct channel to our

21       retail source through Apple's own online

22       store, but the vast majority of Apple's

23       phone sales are by third parties who buy

24       product from Apple and then sell them to

25       our customers.  We sort of generally

**Page 77..80**

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 81

1     refer to those people as channel
2     partners."
3         Do you recall being asked that question and
4   providing that answer?
5     MR. KRAMER:  Objection to form.
6     THE WITNESS:  I do not.
7   BY MR. WILLIAMS:
8     Q.  Okay.  But you don't dispute that you were
9   asked that question and that you gave that answer,
10  do you?
11    MR. KRAMER:  Objection to form.
12    THE WITNESS:  Yeah, I have no reason to
13  think differently.
14  BY MR. WILLIAMS:
15    Q.  Okay.  And channel partners would include,
16  you know, companies like Verizon, right?
17    A.  Yes.
18    Q.  And in China, they would include, say,
19  China Mobile?
20    A.  Yes, correct.
21    Q.  How about China Unicom, is that -- is that
22  correct?
23    A.  Yes, I believe so.
24    Q.  And then China Telecom?
25    A.  Yes, I believe so.

Page 82

1     Q.  And there's one more I'm not recalling.  Do
2   you recall another one?
3     A.  I do not.
4     Q.  Okay.  And would you -- withdrawn.
5     MR. WILLIAMS:  Lorenzo, can you bring up
6   your number 1, please.
7     (Whereupon, Exhibit 10 was marked for
8       identification.)
9   BY MR. WILLIAMS:
10    Q.  And mark it as, I guess, Conroy 10.  And
11  Conroy 10 is Bates numbered 00628660 through 8661.
12    Just have a look at the document,
13  Mr. Conroy, and then I'll ask you a few questions
14  about it.
15    A.  Okay.  Thank you.
16    Q.  And Conroy 10 is an e-mail exchange dated
17  on or around October 9th, 2018.
18    Is that fair?
19    A.  Yes, appears to be.
20    Q.  And the first e-mail is from someone by the
21  name of Ahmed Iftikhar; is that fair?
22    A.  Yeah, he goes by Iftikhar Khan.
23    Q.  Iftikhar Khan, okay.  And that e-mail is to
24  you, right?
25    A.  Yes.

Page 83

1     Q.  And then you respond to Iftikhar, and you
2   copy Anish Patel, Rob McDowell, Sumit Budhraja, and
3   who is that last person?
4     A.  Sarim Bukhari.
5     Q.  Okay.  Those were all people on your team
6   or were on your team at the time?
7     A.  Yes.
8     Q.  And describe for me what Iftikhar Khan's
9   role was at the time.
10    A.  So Iftikhar was in my team and he was
11  responsible for a group we call reseller operations.
12  Actually, I should rephrase that.  The worldwide
13  reseller operations team.
14    And what that team does is manage the
15  operational back and forth between us and our
16  channel partners -- between Apple and our channel
17  partners.
18    Q.  Only China partners?
19    A.  Sorry, I said channel partners.
20    Q.  Oh, I'm sorry, channel partners.  Okay.
21    The subject line of the e-mail is "China
22  Mobile TC Exec Brief," right?
23    A.  Yes.
24    Q.  What's "TC Exec Brief" mean?
25    A.  Yeah, what that would mean is that there

Page 84

1   was a briefing relating to China Mobile that was
2   being sent to Tim Cook in prep for him meeting with
3   China Mobile.
4     Q.  Okay.  Got it.  So is it -- withdrawn.
5     Is that how Tim Cook was referred to
6   internally, just TC sometimes?
7     A.  I think some people do that.  I don't
8   recall if I've done that.  I generally refer to him
9   as Tim.
10    Q.  All right.
11    A.  But I'm sure some people call him TC.
12    Q.  But you understood immediately what that TC
13  in the subject line meant?
14    A.  I'm not sure if it was because of that or
15  because it says in the first line, "We heard
16  yesterday that Tim is visiting China Mobile this
17  week."
18    Q.  Okay.  That's fair.
19    A.  Between those two factors, it was clear to
20  me that Tim Cook is meeting with China Mobile.
21    Q.  Got it.  So Mr. Khan writes to you
22  referring to China Mobile and he writes, "CM is PO
23  complaint through October and this is in process --
24  and is in process of placing more orders for
25  November and December.  CM's Q1 mBS is 1556k down

**Donal Conroy**                                   **In re Apple Inc. Securities Litigation**

Page 85

1  50 percent year over year."

2      Do you see that?

3  A. I do.

4      Q. And he adds "and they are planning to order

5  another 900,000 which would result in mBS of 2566k,

6  21 percent year over year."

7      Do you see that?

8  A. Yes.

9      Q. And that was lower than hoped for, wasn't

10 it?

11     MR. KRAMER: Objection to form.

12     THE WITNESS: I can't recall if this

13 document refers to it as being lower than what was

14 hoped for.

15     I'm also unclear, is this referring to

16 total phone or -- I think it is a total phone view.

17     So yeah, I -- I don't know specifically

18 what the expectation was for China Mobile's unique

19 order profile.

20 BY MR. WILLIAMS:

21     Q. Hm-hmm. Well, you wrote to him in

22 response. The second dash of your e-mail, it says,

23 "on the first bullet, the 21 percent year over year

24 is a glaring issue."

25     Do you see that?

Page 86

1  A. I do.

2      Q. "I assume this is a combo low end drop off

3  and not enough N84 orders...we might want to add

4  some color and ensure it is consistent with whatever

5  Sales are providing," right?

6  A. Yes.

7      Q. So what did you mean when you said it was a

8  glaring issue?

9  A. I think generally we would like to consider

10 the iPhone to be a continuing growing business, so

11 when a partner's orders are showing decline we would

12 say that, you know, this is an issue, a big issue

13 for us to understand.

14     Q. Okay. And at the time, you assumed, at

15 least at the time, that it was a combo low end

16 drop-off and not enough N84 orders, and N84 being

17 XR, right?

18 A. Yes.

19     Q. Going down to the, I guess 80 percent of

20 the way down, under the heading "iPhone," I guess

21 it's the third dash, Iftikhar writes to you, "Xr:

22 China Mobile has placed 520,000 Q1 mBS, which is

23 lower than we expected."

24     Do you see that?

25 A. I do.

Page 87

1      Q. Do you have any reason to believe that his

2  description of the China Mobile order being lower

3  than expected to be incorrect at the time?

4  A. I do not.

5      Q. Okay. Just tell me what mBS is, please.

6  A. Yeah. We use it to mean the term the

7  minimum of BOB and SIF.

8      Q. What does that mean?

9  A. Effectively, we have this process with our

10 resellers where we align on what are their purchase

11 orders that we're -- that they agree us to ship to

12 for a particular period.

13     And it's just a mechanical -- they give us

14 two things. They give us orders, which we call BOB,

15 I think it stands for business on books, business on

16 the books, I think. And they give us what they call

17 SIF, Sell In forecast, SIF.

18     And we have agreed that we will -- you

19 know, we consider it that they are agreeing to buy

20 from us the minimum of those two numbers.

21     Q. Okay. Sorry. Go ahead.

22 A. That's what this is referring to.

23     Q. All right. And the resellers or channel

24 partners, they do their own demand forecasting that

25 they share with Apple, right?

Page 88

1      MR. KRAMER: Objection to form.

2      THE WITNESS: I don't know if they all do.

3  I know many of them do.

4  BY MR. WILLIAMS:

5      Q. Right. Okay. Just continuing in the same

6  section there, the last sentence, "China Mobile is

7  holding placing additional orders until they see

8  initial demand on the colors."

9      Do you see that?

10 A. I do.

11     Q. And that's relating to the XR?

12 A. Yes. It seems to be a subset of the

13 paragraph relating to XR.

14     Q. Right. And so you respond to Iftikhar's

15 e-mail by saying, "Tim is aware overall that we are

16 disappointed with the N84 Reseller orders, so not a

17 complete surprise."

18     Do you see that?

19 A. I do.

20     Q. And so clearly you had spoken to Tim Cook

21 and made him aware of the disappointing XR reseller

22 orders, or did he get that information from

23 somewhere else?

24     MR. KRAMER: Objection to form.

25     THE WITNESS: I don't know or recall

**Page 85..88**

**Donal Conroy**                                                    **In re Apple Inc. Securities Litigation**

Page 89

1 whether it was some information I gave Mr. Cook or I
2 was in a meeting and that information was shared.
3         Clearly, I was aware that he was aware of
4 the status of our XR reseller orders.
5 BY MR. WILLIAMS:
6     **Q. Right. To China Mobile?**
7     A. No. My comment was more broad on XR
8 reseller orders, not specific to China Mobile.
9     **Q. Okay. Although the e-mail generally was --**
10 **withdrawn.**
11         **Although the e-mail from Iftikhar was about**
12 **China Mobile?**
13         MR. KRAMER: Objection to form. Go ahead,
14 Mr. Conroy. Go ahead.
15         THE WITNESS: The e-mail is around this
16 exec brief for Tim around China Mobile.
17 BY MR. WILLIAMS:
18     **Q. Got it.**
19     A. You can see it's also -- my response was
20 saying, hey, we broadly would have expected more
21 reseller orders globally on XR, and Tim's aware of
22 that.
23         I don't -- I read my comment to not be
24 specific to China Mobile because I certainly don't
25 recall ever having a conversation with Mr. Cook

Page 90

1 about China Mobile reseller orders, or being in a
2 room about that.
3     **Q. But on the second bullet point or the**
4 **second dash where you say, "on the first bullet, the**
5 **21 percent year over year is a glaring issue,"**
6 **that's related directly to China Mobile, right?**
7     A. Correct. The context of that response is
8 we thought that the XR, as I mentioned earlier, was
9 going to grow over time. We also thought that it
10 was going to be a very strong holiday product in
11 China. We thought 11/11 is a big holiday promotion
12 time because of Singles' Day, or 11/11.
13         We thought in our forecasting that it was
14 going to be very strong. And so therefore, we
15 expected the resellers in China to order enough
16 supply to make sure there's enough supply there in
17 the case of that upside demand.
18         So hence, that was my comment at the time
19 saying, well, negative 21 percent, if that's
20 including the XR, that's disappointing.
21     **Q. Yeah.**
22         MR. KRAMER: Mr. Conroy, we've been going
23 over an hour. Ready for another break?
24         THE WITNESS: Yeah.
25         MR. WILLIAMS: Okay. Do you want to say

Page 91

1 ten minutes?
2         MR. KRAMER: Fifteen so I get the dog
3 around the block. The dog walker doesn't work on
4 President's Day for some reason.
5         MR. WILLIAMS: Let's get back at 11:35?
6         MR. KRAMER: Perfect.
7         APTUS VIDEO TECHNICIAN: The time is 11:19.
8 We're going off the record.
9         (Recess taken)
10         APTUS VIDEO TECHNICIAN: The time is 11:38.
11 We're back on the record.
12 BY MR. WILLIAMS:
13     **Q. Okay. Welcome back, Mr. Conroy.**
14         **We were talking about an exchange that you**
15 **were having with Iftikhar Khan on around**
16 **October 9th, 2018, with his comments directed at**
17 **orders from China Mobile.**
18         **Is it fair to say that this exchange was**
19 **part of the analysis of information concerning**
20 **demand for the XR?**
21         MR. KRAMER: Objection to form.
22         THE WITNESS: I would say that it's -- if
23 you look at the date here, it's very early. It's
24 before we went to the market, before we had the
25 pre-orders.

Page 92

1         So I think it's a little early that we
2 would have been making too many conclusions about
3 forecast demand on that date, which obviously we did
4 later on. We made conclusions as we got, you know,
5 closer to late October.
6 BY MR. WILLIAMS:
7     **Q. Okay. Well, I want to just make sure that**
8 **we're clear. I was not asking you about the**
9 **forecast. I was just asking whether or not it's**
10 **fair to say this is -- this communication was part**
11 **of your process of analyzing data regarding demand**
12 **for XR?**
13         MR. KRAMER: Objection to form.
14         THE WITNESS: Yeah, I would frame it
15 slightly differently.
16         This -- generally speaking, Tim meets with
17 our reseller partners sort of year round and the
18 sales team is in charge of the brief. And during
19 that brief, there are comments that relate to
20 operations. And Iftikhar and my team is on point on
21 making sure I agree with those comments.
22         So this document is about that process less
23 about any analysis we're doing on XR.
24 BY MR. WILLIAMS:
25     **Q. So you would have disregarded this**

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 93

1  communication as part of your overall analysis of
2  demand for XR, notwithstanding that you said Tim is
3  aware overall that we're disappointed with XR or N84
4  reseller orders?
5      MR. KRAMER:  Objection to form.
6      THE WITNESS:  Yeah, I think you said I
7  would have disregarded?  I would frame it
8  differently.
9      We would have done a more complete analysis
10  on reseller orders globally as part of our input in
11  thinking about the XR.
12      This document about the brief for Tim would
13  be a minor subset of that and --
14  BY MR. WILLIAMS:
15     Q.  Even -- sorry.  Go ahead.
16     A.  And again, we wouldn't look at it -- when
17  we look at that, we look at the macro picture, not
18  the micro picture on one partner.
19      Is it okay to add slightly to the answer,
20  Shawn, if that's okay?
21     Q.  Yeah.  Yeah.
22     A.  Yeah, I think the important point is how
23  early in the process, this document is the 9th of
24  October.  And so we would have continued to do more
25  macro analysis as time went down as we got more

Page 94

1  information.
2      And I don't know if ultimately this piece
3  of information from the 9th of October was still the
4  same by the time we got to later in October.
5      Q.  But is it fair to say that your process is
6  iterative, it's some -- you know, the analysis of
7  demand, particularly for new products, is something
8  that's ongoing; is that fair?
9      A.  Yes, that is fair.  That is fair.
10     Q.  Okay.
11     A.  And we're careful not to overreact to very
12  early data, because we've known in the history of
13  iPhone launches, that the relationship between the
14  early data and the final demand of the product is
15  not correlated.
16     Q.  At all?
17     A.  No.  In other -- what I mean -- at all.  In
18  other words, we have many phones where the early
19  data is poor and the subsequent achievement is
20  fantastic.  And we have other devices where the
21  early data is an indicator of how it ends up.
22      And the answer is, we're very careful not
23  to overreact as a result because we're unsure what
24  that might mean.
25     Q.  Sure.  I understand that.  But you're not

Page 95

1  saying that high demand for a new iPhone is not
2  correlated to a continuation of high demand for a
3  particular iPhone, are you?
4      A.  Yeah.  Let me frame it, to be precise.
5  Different products have different early adopter
6  curves.
7      Q.  Sure.
8      A.  So there are products that have very, very
9  accelerated early demand and you can't extrapolate
10  that to mean therefore the lifetime demand is "x."
11     Q.  Okay.
12     A.  And there are products that are flatter and
13  there are products that have a lower start and grow
14  over time.
15     Q.  Sure.  And that would depend on the product
16  sometimes, right?
17     A.  Correct.  It could depend on the product.
18  It could depend on the timing.  It could depend on
19  the number, macro economics.  There are many factors
20  that can impact that curve.
21      The one thing we're sure about is we're
22  never quite sure when we look at a product which one
23  of those it is.
24     Q.  Fair enough.  And like I said, I was only
25  asking whether this exchange between you and

Page 96

1  Mr. Khan would be part of the mix of information
2  that you or your team used to assess demand?
3      MR. KRAMER:  Objection to form.
4      THE WITNESS:  What I'm saying, Shawn, this
5  type of information is what I would say is
6  information we would use.  What's unclear to me
7  because this was so early on the 9th of October, we
8  would use the macro version of this information
9  later.
10  BY MR. WILLIAMS:
11     Q.  Okay.
12     A.  As --
13     Q.  And so when is it that you would believe
14  that individualized information like what was
15  depicted in Conroy number 10 would be part of the
16  mix that you're using to assess demand?
17      MR. KRAMER:  Objection to form.
18      THE WITNESS:  Yeah, I think there's not a
19  fixed time.  There's a point in time when we have to
20  make a forecast, and at that point in time we'll use
21  the best information we have.
22      You know, regarding reseller orders, we
23  would have looked at what's our latest view of
24  reseller orders at a macro level.
25      Again, you know, I don't recall when we're

**Donal Conroy**                                                      **In re Apple Inc. Securities Litigation**

Page 97

1 trying to do that prediction and having a discussion
2 how to resell our orders and look where we're
3 saying, well, what's the latest with CM and how does
4 that make a difference.  It's not --
5     Q.  Well, you --
6         MR. KRAMER:  Oh, I'm sorry.  You've got to
7 let him finish, Mr. Williams.  I know you didn't
8 mean to cut him off.
9         Go ahead, Mr. Conroy.  Go ahead and finish.
10        THE WITNESS:  Yeah, I hope that answered
11 the question.
12           Meaning, we -- there's no fixed time.  It's
13 more times there are certain points that we have to
14 make a forecast, and at that point we'll use the
15 best information we have.
16 BY MR. WILLIAMS:
17    Q.  Well, but you're looking at trends as well.
18 You're not just looking at the latest information,
19 right?
20        MR. KRAMER:  Objection to form.
21        THE WITNESS:  Sorry.  Go ahead, Jim.
22        MR. KRAMER:  Yeah.  Objection to form.
23        THE WITNESS:  Yeah, when I say latest
24 information, I mean the cum information we have up
25 to date.

Page 98

1 BY MR. WILLIAMS:
2    Q.  Correct.  And something like this would be
3 part of the cumulative volume of information?
4    A.  Yes.
5        MR. KRAMER:  Objection to form.
6        THE WITNESS:  It would.  But again, I don't
7 know whether it changed before we got the next time
8 when we looked at the macro.
9        MR. WILLIAMS:  Okay.  That's fair.
10 Lorenzo, can you bring up what you have as Number 2
11 and mark it as Conroy 11, please.
12        (Whereupon, Exhibit 11 was marked for
13        identification)
14 BY MR. WILLIAMS:
15    Q.  Conroy 11 is Bates number 00182917 through
16 918.
17        Let me know when you've had a chance to
18 review the document, Mr. Conroy.
19    A.  Yep.  Just looking through it.  Okay.
20    Q.  Do you recognize what's been marked as
21 Conroy number 12 -- is it 12 or 11?  I'm sorry.
22 Conroy 11.
23        Do you recognize it?
24    A.  I do.  I recall it as I read it, yes.
25    Q.  Is it one of the documents that you used to

Page 99

1 prepare for the deposition?
2    A.  I think we did review this document.
3    Q.  And it's is it fair to say that it's an
4 e-mail exchange occurring over a couple of days
5 beginning October 16, 2018, and October 17, 2018?
6    A.  Yes.
7    Q.  And the initial e-mail is one that you
8 wrote to Jeff Williams on October 16, 2018, right?
9    A.  Yes.
10    Q.  And he responded on the same day?
11    A.  Yes.
12    Q.  And you responded again on October 17, and
13 I think that you added as cc's Sabih Khan, Priya
14 Balasubramaniam and Dan Rosckes, right?
15    A.  Yeah.  I can't tell from the e-mail if they
16 were on the original exchange I had with Jeff or I
17 just added them to that response.
18    Q.  Right.  No one can tell on the face of this
19 document, could they?
20        MR. KRAMER:  Objection to form.
21        THE WITNESS:  I don't know if somebody else
22 could tell.  I can't.
23 BY MR. WILLIAMS:
24    Q.  Yeah.  All right.  And what's the subject
25 line?

Page 100

1    A.  It says "Re: P/L guidance."
2    Q.  So it's fair to say, then, that on or
3 around the 16th that you were engaged in the process
4 of developing the P&L guidance for Q1 2019?
5        MR. KRAMER:  Objection to form.
6        THE WITNESS:  Yes.  The e-mail seems to
7 refer to a discussion that I was part of with Tim
8 and Luca as we were working through that process.
9 BY MR. WILLIAMS:
10    Q.  Okay.  And October 16th is only about seven
11 days after October 9th, 2018, when you had the
12 exchange with -- with Iftikhar Khan regarding China
13 Mobile, right?
14    A.  Yes.
15    Q.  So it's fair to say that sometime in
16 between those two dates, October 9th and
17 October 16th, you began working on the P&L guidance
18 or forecast for Q1 2019, right?
19    A.  I actually don't know if it started
20 between.  We may have already been working in
21 parallel.
22    Q.  Right.  So you may have been working it
23 even as early as October 9th, right?
24        MR. KRAMER:  Objection to form.
25        THE WITNESS:  As I said, we may have.

**Page 97..100**

Donal Conroy                                          In re Apple Inc. Securities Litigation

Page 101

1 BY MR. WILLIAMS:
2     Q.  Okay.  And I'm going to direct your
3 attention to the bottom half of the Exhibit
4 Number 11.  You begin with congratulating -- I'm
5 sorry.
6          Yeah, you begin with congratulating Jeff
7 Williams on his granddaughter.
8          Do you see that?
9     A.  I do.
10    Q.  And then in the next paragraph you say,
11 "Just wanted to let you know that we did take Tim
12 and Luca thru our latest thinking on Q1 units below.
13 Discussion went well.  The bulk of the conversation
14 surrounded D3X," which is XS and XS Max, right?
15    A.  Yes.
16    Q.  "...and N84," which is the XR, correct?
17    A.  Yes.
18    Q.  So who are you referring to that took Tim
19 and Luca through our latest thinking on Q1 units?
20        MR. KRAMER:  Objection to form.
21        THE WITNESS:  Are you asking me who is the
22 "we"?
23 BY MR. WILLIAMS:
24    Q.  Yes.
25    A.  Okay.  I don't recall exactly who was in

Page 102

1 that meeting, but generally those meetings would
2 include Kevan Parekh and some of his team and some
3 of my team.
4     Q.  Okay.  And on -- going down, you write, "On
5 DX3 (sic)," you refer to the likely and the low,
6 right?
7     A.  Bear with me.  Yes.
8     Q.  And when you referred to the low, you
9 write, "While there are scenarios where DX3 (sic)
10 could be impacted by N84, we have a modest
11 alternative curve reduction in the low."
12        What did you mean by DX3 being impacted by
13 N84?
14    A.  Yes.  This just talks to the confused state
15 we were having given the fact this was the first
16 time we had a staggered launch where the latter
17 product was the lower priced NPI product.
18        And so what we did not know was when that
19 product came to the market, the XR, would it impact
20 the sales we were seeing on the XS, XS Max.
21    Q.  Right.  But what did you mean by "impact"?
22 You mean cannibalize sales for the XS and XS Max?
23    A.  No.  We actually meant could have an
24 increase or a decrease.
25    Q.  Okay.

Page 103

1     A.  And the logical -- the increase was, one of
2 the things we thought that some people were waiting
3 to see all three devices side-by-side.  And by
4 waiting those people could come to the stores and
5 actually the D3X demand could increase as the result
6 of XR coming to market.  We were not sure.
7     Q.  Understood.  And say on XR, you write, "On
8 N84.  Likely we reduced Sell In by 2 million to
9 32.2 million, driven by 7 million orders risk."
10        Do you see that?
11    A.  I do.
12    Q.  Just quickly tell me, what does "likely"
13 mean when you all use it in your demand --
14 withdrawn.
15        What does "likely" mean in your guidance
16 related documents?
17        MR. KRAMER:  Objection to form.
18        THE WITNESS:  I'll speak specifically to
19 what I was referring to in the e-mail.
20        So when we give ranges of demand, we
21 generally have a low, a likely and a high.  And in
22 this case, you know, I was just quoting what we were
23 doing to the likely and what we were doing to the
24 low in that forecast we were giving to Tim and Luca.
25 ///

Page 104

1 BY MR. WILLIAMS:
2     Q.  When you do that what does "likely" mean?
3     A.  Generally speaking, we assert it as being
4 we think there's a range, low and high, and
5 therefore likely is sort of a mid-point we generally
6 pick in that range.
7         It's not quite -- we don't use the term,
8 hey, we're, you know, we're confident this is the
9 most likely answer.  It's not that.  It's more we
10 think there's a range and therefore we're picking
11 this point in the range and here's the three
12 answers.
13        That's how we would discuss it internally.
14    Q.  So likely doesn't really mean likely, it
15 just means a number that you pick in the range?
16        MR. KRAMER:  Objection to form.
17        THE WITNESS:  Yeah.  In this case,
18 obviously, we were so confused about the mix of the
19 products and the staggered launch, I think our
20 degree of confidence to say this is the most likely
21 answer, it really was a point in the range.
22 BY MR. WILLIAMS:
23    Q.  So how do you select it?
24    A.  My recollection of the process at the time
25 would be, you know, we're looking at the data, we're

Highly Confidential

**Donal Conroy**                                                      **In re Apple Inc. Securities Litigation**

Page 105

1  trying to assess what the high and the low is, and
2  picking a point that we think is reasonable.
3      **Q. And how do you assess the reasonableness**
4  **when you -- when you pick that point if it's not**
5  **what we think is likely?**
6          MR. KRAMER:  Objection to the form.
7          THE WITNESS:  Yeah.  My assessment would
8  be, you know, we're really focused on the range, and
9  do we have the low to high.  And so our main focus
10  is not picking the most likely because we know
11  that's an impossible answer to predict exactly what
12  the absolute number is going to be.
13          And so, you know, we -- I think our view is
14  we review the likely if -- you know, is it a
15  reasonable point in that range based on our
16  judgments -- based on data, based on judgment.
17  BY MR. WILLIAMS:
18      **Q. Okay.  And so when we see that likely**
19  **figure, should we put any weight on it?**
20      A.  If you're referring to this likely figure
21  for the internal process that we're referring to
22  right now?
23      **Q. Yeah.  Yeah.**
24      A.  I think the weight I would put on it is,
25  it's fair to say we thought, based on our judgment,

Page 106

1  it was a reasonable point in the range that we
2  thought was applicable at that time.  That's the
3  weight I would give it.
4      **Q. So at this point, obviously on**
5  **October 16th, you believe that it was necessary to**
6  **reduce the Sell In by at least 7 million orders or 7**
7  **million due to order risk, right?**
8      A.  I can't see if this document is saying what
9  I did to total Sell In.  Specific to the iPhone XR
10  based on the early returns of the reseller orders,
11  we were proposing these adjustments to both the
12  likely and the low.
13      **Q. Right.  And so reseller orders were**
14  **certainly a part of your assessment of demand as of**
15  **October 16?**
16      A.  Yes.  As we discussed earlier more than the
17  macro view than the micro view we discussed earlier.
18      **Q. Okay.**
19      A.  Yeah.  You can see it was part of our
20  thinking.  And in fact, we were referencing what
21  happened on a previous iPhone as part of the
22  thinking.
23      **Q. And going to the next page, you write to**
24  **Jeff, "Tim understood the risk and asked us to focus**
25  **on the effective N84 Ub's," I guess that's**

Page 107

1  unbrickings, right?
2      A.  Yes.
3      **Q. "...that creates in the low 20.8 million."**
4      **Do you see that?**
5      A.  I do.
6      **Q. All right.  And you go on to write, "He**
7  **asked that we do an alternative view by geo as to**
8  how sure we are that this is the low (He mentioned
9  he's concerned about demand risk in China and
10  Japan)."
11      Do you see that?
12      A.  I do.
13      **Q. And you wouldn't have written that unless**
14  **Tim had actually said that to you, right?**
15          MR. KRAMER:  Objection to form.
16          THE WITNESS:  I don't recall why I wrote
17  it.
18  BY MR. WILLIAMS:
19      **Q. All right.  My question was, you would not**
20  **have written that had it not occurred?**
21          MR. KRAMER:  Objection to form.
22  BY MR. WILLIAMS:
23      **Q. Right?**
24      A.  Again, I don't recall it.  I don't recall
25  Tim saying that and I don't recall what drove me to

Page 108

1  write that sentence.
2      **Q. Would you have written it -- withdrawn.**
3      **Would you have written, quote, "He**
4  **mentioned he is concerned about demand risk in China**
5  **and Japan" had he not mentioned that to you?**
6          MR. KRAMER:  Objection to form.
7          THE WITNESS:  Again, you know, I don't
8  recall what drove me to write it.  When I wrote it,
9  I thought it was accurate.
10  BY MR. WILLIAMS:
11      **Q. Well, you wouldn't tell your boss at the**
12  **time that Tim Cook expressed a concern to you if Tim**
13  **Cook had not expressed a concern to you, would you?**
14          MR. KRAMER:  Objection to form.
15          THE WITNESS:  Yeah.  Again, as I said, I
16  don't recall, but, you know, if I wrote it, it's
17  what I understood at the time.
18  BY MR. WILLIAMS:
19      **Q. Okay.  So Mr. Williams responded to your**
20  **e-mail and he said that N84 call sounds right, do**
21  **you see that?**
22      A.  I do.
23      **Q. And he was referring to the reduction in**
24  **Sell In, right?**
25      A.  Yes.

Donal Conroy                                           In re Apple Inc. Securities Litigation

Page 109

1     Q.  And he then asks you, "What are the
2  thoughts on N84 MPS for January with this?"
3        Do you see that?
4     A.  I do.
5     Q.  So is it fair to say, then, at least as of
6  October 16, there is a discussion beginning about
7  whether the current MPS for the XR makes sense?
8        MR. KRAMER:  Objection to form.
9        THE WITNESS:  Yeah.  I think it's clear
10  that on October 16th, I was sending an e-mail to
11  Jeff about the financial guidance, and we're looking
12  at trends and trying to figure out the financial
13  guidance.  And he's asking the question of me don't
14  you think, therefore, that the upside buffer we've
15  protected in the MPS is worth rethinking.
16  BY MR. WILLIAMS:
17     Q.  Meaning -- well, withdrawn.
18        He didn't write everything you just said,
19  did he?
20        MR. KRAMER:  Objection to form.
21        THE WITNESS:  No, he did not write
22  everything I just said.  I'm giving you the context
23  of these conversations we had together.
24  BY MR. WILLIAMS:
25     Q.  Right.  But when I asked you about your

Page 110

1  comment that you wrote concerning what Tim Cook said
2  about demand risk in China, you seem to have a hard
3  time recalling the context of that.  But you now
4  recall the context of this conversation concerning
5  the MPS for January in more broader terms.
6        MR. KRAMER:  Objection to form.
7        THE WITNESS:  Yes, because they are very
8  different.  I don't recall having a conversation
9  with Tim about China or him mentioning China.  I
10  don't recall that.  You asked me did I write it.  I
11  did write it.
12  BY MR. WILLIAMS:
13     Q.  Okay.  Got it.
14     A.  However --
15        MR. KRAMER:  Let him answer.  Go ahead,
16  Mr. Conroy.  Finish your answer.
17        THE WITNESS:  You also asked me how do I
18  know what Jeff meant by this sentence and, you know,
19  I know what Jeff meant by this sentence.
20  BY MR. WILLIAMS:
21     Q.  I don't think my question was what Jeff
22  meant by the sentence.  But it's okay that you
23  described what you think he meant.
24        My question was, is it fair to say that as
25  of October 16th, you were considering whether the

Page 111

1  current MPS made sense?
2     A.  No.  In fact, I think that's incorrect.  If
3  you look at my response, "Honestly, we have not
4  thought through" what this means.  So this is why I
5  responded to your question by saying Jeff is asking
6  me whether I should rethink it.
7        I'm saying we have not, but I think we
8  should wait to see real results given the time this
9  was.
10     Q.  Got it.  Fair enough.  Thank you.
11        And October 17th was prior to pre-orders
12  launching for the XR, right?
13     A.  Correct.
14     Q.  I just want to direct your attention down
15  to the bottom of the page again where you talk about
16  "On N84," where you write that, "Likely we reduced
17  Sell In by 2 million to 32.2 million driven by on
18  or -- by around 7 million order risk."
19        You go on to say, "Based on D22, we got an
20  additional 3 million orders from this point
21  forward...which leaves us 4 million short."
22        Do you see that?
23     A.  I do.
24     Q.  What did you mean by "leaving us 4 million
25  short"?

Page 112

1     A.  Yes.  What's clear to me is clearly going
2  into this, prior to this change, our iPhone XR Sell
3  In must have been 34.2, meaning the 32.2 plus the 2.
4        And what I'm referring to is, hey, at this
5  point in time, we've only received -- I call it
6  orders risk, which would be the min BOB SIF we
7  talked about earlier.  I received min BOB SIF, which
8  is 7 million under that number, 7 million lower.
9        However, I'm calling out that on our
10  previous iPhone, which is the only other experience
11  we have of a staggered launch, between that point
12  and the end of the quarter, we received an
13  additional 3 million orders.
14     Q.  Okay.  Got it.  Thank you.
15        Was it typical for you to help prepare the
16  comments for earnings calls?
17        MR. KRAMER:  Objection to form.
18        THE WITNESS:  There are certain comments
19  relating to the supply chain or demand forecasts
20  which on occasion I'm part of the team that comments
21  on.  I don't know if we approve those, but I might
22  give feedback on those.
23  BY MR. WILLIAMS:
24     Q.  Right.  So both supply chain and demand?
25     A.  Yes.

Donal Conroy                                           In re Apple Inc. Securities Litigation

1   Q.  Okay.  And who else on your team can help
2  you with that?
3    A.  Again, depending on maybe if it's a supply
4  chain, it could be people on my team or it could be
5  people in other parts of operations that own the
6  supply chain.
7   Q.  Hm-hmm.
8    A.  If on the demand side, it would generally
9  be somebody on my planning team.  And obviously then
10  there's other, you know, cross-functional
11  collaborators as part of that, you know, Kevan
12  Parekh's team, et cetera.
13   Q.  Do you know what the phrase "supply demand
14  balance" means?
15    A.  Yes.
16   Q.  Can you tell me?
17    A.  Generally, internally in Apple we would use
18  that to mean that we have enough supply in the
19  channel that we're not constraining demand.
20   Q.  And tell me what "constraining demand"
21  means.
22    A.  Constraining demand is the expression we
23  would use to say -- it's the adverse.  We don't have
24  enough supply in the channel, and therefore when our
25  end-user customers are coming to try and get a

1  device, we're {chk} stumping their ability to get
2  their device and therefore not -- you know, stumping
3  our end-user sales.
4   Q.  So typically when "supply demand balance"
5  is used, it refers to whether we have enough supply
6  to meet demand; is that fair?
7    A.  Correct.
8   Q.  Okay.  Not the other way around?  Not
9  whether there's enough demand to meet supply?
10    A.  No, generally we wouldn't use that term in
11  that situation.
12   Q.  Okay.  All right.
13      What does it mean if you were to say the
14  ramp for iPhone XR is going well?
15    MR. KRAMER:  Objection to form.
16    THE WITNESS:  Tricky one to answer based on
17  the context.
18      Generically that expression would be used
19  to refer to the manufacturing ramp.  Meaning, you
20  know, we have a plan, we have a plan to build so
21  many units, and it grows over time as more and more
22  lines in the factory, you know, get brought up.  And
23  it would mean that that's going well.  Generally it
24  would be an expression to say that's going on plan.
25  ///

1  BY MR. WILLIAMS:
2   Q.  Right.
3    A.  Yeah.
4   Q.  And the key to that is, the word "ramp"
5  relates to the manufacturing or production process.
6      Is that fair?
7    MR. KRAMER:  Objection to form.
8    THE WITNESS:  Again, in the most common
9  context we use it in the supply chain, yes.
10    MR. WILLIAMS:  Lorenzo, can you bring up
11  number -- what you have as Number 6, please, and
12  mark it as Conroy 12.
13    (Whereupon, Exhibit 12 was marked for
14    identification.)
15  BY MR. WILLIAMS:
16   Q.  Conroy 12 is Bates number 00434999 through
17  00435001.
18      I'd just ask you to take a look at that
19  document and let me know when you've had a chance to
20  do so.
21    A.  Okay.
22   Q.  Do you recognize the document?
23    A.  I didn't recall this document.  It's -- you
24  know, it's originating from an RO report that comes
25  from my team, reseller operations, RO, report that

1  comes from my team.  And it's -- obviously, it's an
2  e-mail exchange that was created based on that.
3   Q.  And an RO report, what is that?
4    A.  The "RO" is reseller operations.  It's the
5  team that I mentioned earlier that Mr. Iftikhar Khan
6  leads at the time on my team.
7   Q.  Got it.  And so it appears that, at least
8  if you look at the first page of the document, the
9  lower third is a WWRO report.  It looks like it's
10  generating an e-mail to you and a number of other
11  people at Apple on October 18th -- October 19th,
12  2018, right?
13    A.  Yes, it appears to be.
14   Q.  And is it a report that is regularly
15  provided to members of your team during the, I
16  guess, the earnings preparation or guidance
17  preparation?
18    MR. KRAMER:  Objection to form.
19    THE WITNESS:  This report does not review
20  relative to the guidance process.  This report is
21  just us monitoring demand on launch day.
22  BY MR. WILLIAMS:
23   Q.  Okay.  And that is demand for whatever
24  product is being launched?
25    A.  Correct.

**Donal Conroy**                                                    **In re Apple Inc. Securities Litigation**

Page 117

1    Q.   And on October 19th, that was the launch
2  day for the iPhone XR pre-orders, right?
3    A.   Exactly.
4    Q.   Who writes the content of this update?  I
5  mean, it's generated by WWRO Reports, but someone
6  writes the text, right?
7    A.   Yes.
8    Q.   And who is responsible for that?
9    A.   This would have been Iftikhar Khan.
10    Q.   Okay.
11    A.   And his team -- obviously, his team would
12  have worked on it for him.  But he would have owned
13  the final document.
14    Q.   Okay.  So, just -- so beginning on the next
15  page ending 500, Iftikhar writes, "Hi All, Please
16  see below our update on N84 Pre-Orders (as of
17  10:00am PST)."
18     Do you see that?
19    A.   I do.
20    Q.   And then he goes on to write, "Note that
21  timestamps of partner reported pre-orders can vary
22  across launches."
23     Do you see that?
24    A.   I do.
25    Q.   Is it common for partners to do -- to make

Page 118

1  pre-orders just like an individual might make a
2  pre-order?
3     MR. KRAMER:  Objection to form.
4     THE WITNESS:  Yeah, I think maybe to make
5  sure we're clear on the term of what we mean here.
6  This is our, a partner, let's say Verizon, for
7  example.
8  BY MR. WILLIAMS:
9    Q.   Yeah.
10    A.   Reporting on what consumer orders did they
11  get from their customers.
12    Q.   Okay.  I'm sorry.  I misinterpreted this.
13  Because the subject line is "N84 Reseller Pre-Orders
14  Update - 10/19," right?
15    A.   Yes.
16    Q.   So it's only referring to partners?
17    A.   Correct.
18    Q.   Okay.  Got it.  And it's worldwide
19  partners?
20     MR. KRAMER:  Objection to form.
21     THE WITNESS:  It is a worldwide report.
22  However, we don't get this reporting from every
23  partner.  And I can't remember in 2018 what
24  percentage of the partners would have reported, but
25  it's -- you know, it's indicative based on the

Page 119

1  partners that we're able to get this kind of
2  reporting from.
3  BY MR. WILLIAMS:
4    Q.   I understand.  So in the Exec Summary, he
5  writes, "Total pre-orders received for N84 are
6  34,000," right?
7    A.   Yes.
8    Q.   And then he goes on to say, "This is
9  negative 79 percent year over year versus the 8 and
10  8+."
11    A.   Correct.
12    Q.   And that's not really good news, is it?
13     MR. KRAMER:  Objection to form.
14     THE WITNESS:  Yeah, I don't know if it's
15  good news or bad news.  I don't know what the
16  expectation was year over year, you know, XR,
17  different staggered launch, 8 and 8+.  And so I
18  don't recall knowing what we were expecting the year
19  over year pre-orders to be.
20  BY MR. WILLIAMS:
21    Q.   Okay.  You see where the next section says,
22  "Detailed Insights"?
23    A.   I do.
24    Q.   And he writes, "Pre-orders are coming in
25  softer than expectations across all reporting

Page 120

1  partners."
2     Do you see that?
3    A.   I do.
4    Q.   So that's not good news, is it?
5     MR. KRAMER:  Objection to form.
6     THE WITNESS:  It confirms that whatever we
7  expected the reseller pre-orders to be, that this
8  reporting says they are coming in lower.
9  BY MR. WILLIAMS:
10    Q.   Right.  And you'd agree with me, wouldn't
11  you, that it's consistent with what Iftikhar wrote
12  you about China Mobile on October 9th where he
13  wrote, "China Mobile has placed 520,000 Q1 mBS,
14  which is lower than we expected," right?
15    A.   Consistent, but I think you need to be
16  careful.  They are two very different sets of --
17  types of numbers.
18    Q.   Understood.
19     MR. KRAMER:  Go ahead and finish,
20  Mr. Conroy.
21     THE WITNESS:  Let me explain, just to be
22  clear.
23     The numbers that we were debating, sorry,
24  in that e-mail exchange from I believe it was the
25  9th of October, the brief prep for Tim, that was

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 121

1  referring to orders that the partners had put on us.
2       This is referring now to orders that the
3  partners have received from their consumers on their
4  online stores.
5  BY MR. WILLIAMS:
6       **Q.  Understood.  And when partners see orders**
7  **on their online stores, doesn't that typically**
8  **generate orders to Apple?**
9       A.  No.  It works slightly differently.  I
10  think the partners make their own forecast -- many
11  of them make their own forecasts, and based on their
12  forecast they put orders on us.
13       As you can see giving the timing, they did
14  that before they saw these pre-orders from their
15  consumers.
16       And so in this case it was not that the
17  pre-orders from consumers drove their orders on
18  Apple because the orders on Apple happen before they
19  see pre-orders from consumers.
20       **Q.  Got it.  Understood.  Thank you.**
21       **So this report is referring to the**
22  **pre-orders that the actual resellers were seeing**
23  **from their customers?**
24       A.  That's correct.
25       **Q.  Got it.  Thank you.**

Page 122

1       Who is Ai Ling Loo, do you know that name?
2       A.  I do.  Ai Ling Loo was a member of the
3  corporate finance team.
4       **Q.  So not part of your team?**
5       A.  Correct.
6       **Q.  Did you correspond with Ai Ling Loo as part**
7  **of your general duties as you kind of thought**
8  **through the P&L guidance that you might be preparing**
9  **for incorporation to the guidance that was given in**
10  **the market?**
11       MR. KRAMER:  Objection to form.
12       THE WITNESS:  Yes.  Ai Ling was part of the
13  corporate finance, and they partner with my team, me
14  Kevan, and Kevan's team, as part of the units
15  forecast process that relates to the internal
16  guidance process.
17  BY MR. WILLIAMS:
18       **Q.  Okay.  What is the significance of the**
19  **units forecast?**
20       A.  And depending on which forecast we're
21  talking about, obviously there's a huge significance
22  to it for the supply chain signal we give our
23  partners, which my team is responsible for.  So
24  that's a units only process.  And, you know, it's
25  very important that we protect an upside.  We

Page 123

1  protect the mix.
2       And so we are very, very keen, given the
3  Apple, you know, phone margins, that we protect an
4  upside case.
5       **Q.  Right.**
6       A.  As mentioned as part of the internal
7  financial process, obviously the range of units that
8  we align on for that are then dollarized by the
9  corporate finance team, to dollarize as part of the,
10  you know, guidance process.
11       MR. WILLIAMS:  Got it.
12       You know, Jim, I'm going to be shifting
13  gears a little bit, so maybe since we only have five
14  minutes left, maybe it's best we take our 30 now.
15       MR. KRAMER:  Mr. Conroy, does that work for
16  you?
17       THE WITNESS:  Sure.
18       MR. KRAMER:  Why don't we just come back at
19  1:00, the top of the hour.
20       MR. WILLIAMS:  All right.
21       APTUS VIDEO TECHNICIAN:  The time is 12:26.
22  We're going off the record.
23       (Lunch recess taken)
24       APTUS VIDEO TECHNICIAN:  The time is 1:04.
25  We're back on the record.

Page 124

1  BY MR. WILLIAMS:
2       **Q.  Welcome back, Mr. Conroy.**
3       **We were looking at what was marked as**
4  **Conroy 13 (sic), which is Bates number 000434999**
5  **through 5000, and it was an e-mail from WWRO Reports**
6  **to you among a number of other people on October 19,**
7  **2018.**
8       **Do you have that document in front of you?**
9       MR. KRAMER:  Shawn, I have that as 12.
10  Maybe I missed one.
11       MR. WILLIAMS:  All right.  12.
12       MR. KRAMER:  I wanted to make sure I didn't
13  miss anything.  Fair enough.
14       THE WITNESS:  Yes, I have that document.
15  BY MR. WILLIAMS:
16       **Q.  Okay.  Got it.  That's what I did.**
17       **And we talked a little bit about, you know,**
18  **the bottom of the first page and the second page,**
19  **but I want to go back to the first page.  And it**
20  **looks like on or around 12/19, Kevan Parekh wrote to**
21  **someone, although we can't tell who he wrote to.  Is**
22  **that fair?**
23       MR. KRAMER:  Objection to form.
24       THE WITNESS:  Yeah, we can see the Kevan
25  and we can see from who responded who he included,

Donal Conroy                                                    In re Apple Inc. Securities Litigation

Page 125

1 at least some of the people who he included.
2 BY MR. WILLIAMS:
3     Q. So do you think he forwarded it to them?
4     A. Yes, what it appears is he took the RO
5 report that came out and he forwarded some people
6 with the comments.
7     Q. Okay. I see. So "Begin forwarded
8 message."
9         Anyway, he wrote, "FYI, We knew pre-orders
10 would be lighter but this feels lighter than I would
11 have expected."
12        Were you among the people who knew
13 pre-orders would be lighter for the XR?
14        MR. KRAMER: Objection to form.
15        THE WITNESS: Yeah, I would say there was a
16 theory going around Apple that that would be the
17 case, that, you know, this is not an early adopter
18 product. And I thought that was a reasonable
19 theory, however experience tells me we don't really
20 know.
21 BY MR. WILLIAMS:
22     Q. My question was, were you among those
23 people who knew pre-orders would be lighter?
24        MR. KRAMER: Objection to form.
25        THE WITNESS: Maybe my answer was unclear.

Page 126

1        What I'm saying is, I was aware of this
2 thesis that the early demand was going to be lower
3 on a relative basis than the long-term demand. And
4 I understood that to be reasonable.
5        I wouldn't say I knew it would be lighter.
6 Because when he said, he knew it would be lighter, I
7 mean, he had a theory it would be lighter.
8 BY MR. WILLIAMS:
9     Q. And then how do you know that that's what
10 he meant?
11     A. Because nobody knows the future. What he's
12 referring to is prior to this report we knew
13 pre-orders would be lighter, is what his statement
14 is saying.
15        And, you know, from all the conversations I
16 had with Kevan every day about forecasts, we have
17 theories and we use the best data and judgment we
18 have. But nobody knows for certain.
19     Q. So in your view, you believe that he just
20 used a word that meant something else?
21        MR. KRAMER: Objection to form.
22        THE WITNESS: In my view, he is saying that
23 we had a thesis that pre-orders would be lighter.
24 BY MR. WILLIAMS:
25     Q. Okay. And he goes on to write, a "partner

Page 127

1 order outlook" i.e. -- I shouldn't have said "i.e."
2 Withdrawn.
3        He continues a "partner order outlook (sell
4 in forecast) is going to be driven by customer
5 demand signals...may lead to nearer term adjustments
6 down until we see" run-rated demand.
7        Do you see that?
8        MR. KRAMER: I think you -- Shawn, I think
9 you misread the document. But Mr. Conroy can read
10 it.
11 BY MR. WILLIAMS:
12     Q. Do you want to just read that section for
13 me, Mr. Conroy?
14     A. Sure. You want me to read it out loud?
15     Q. Sure.
16     A. Starting at "Also"?
17     Q. Yeah.
18     A. "Also, the partner order outlook,"
19 parentheses, "(sell in forecast) is going to be
20 driven by customer demand signals which may lead to
21 nearer term adjustments down until we see run-rate
22 demand."
23     Q. Okay. And so it's fair to say that he was
24 suggesting that the company may need to adjust
25 downward either its forecast or build plan based on

Page 128

1 customer demand, right?
2     A. No. I don't think that's the correct
3 interpretation. I interpret him saying he believes
4 our reseller partners are going to want to adjust
5 down their orders on us. He's not commenting what
6 we should do with our forecast.
7     Q. Okay.
8     A. In parentheses where it says "sell in
9 forecast."
10     Q. Yeah.
11     A. As we talked earlier, min BOB SIF, that's
12 the SIF. He's talking about the partner SIF.
13     Q. Got it.
14        MR. WILLIAMS: Lorenzo, can you bring up
15 what I have as 10 and mark it as Conroy 13, please.
16        (Whereupon, Exhibit 13 was marked for
17        identification.)
18 BY MR. WILLIAMS:
19     Q. And Conroy 13 is Bates numbered 003689870
20 through 00368975.
21     A. The attachment on mine is a little blurry.
22 I'm not sure if you guys have the same experience.
23 Depending on what questions you want to ask about
24 the attachments or the table at the very bottom, I
25 might need help. I can't actually read some of the

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 129

1 numbers on it, but maybe we will get there if we
2 need to ask questions about that.
3     Q.  Are you referring to the very last page or
4 the two pages from the end?
5     A.  I was referring -- sorry, the third and
6 second to last page.
7     Q.  Yeah.
8     A.  But --
9     Q.  Yes, they are a little blurry.  But I think
10 you can expand them and maybe make out some of it.
11     A.  Okay.
12     Q.  Do you recognize what's been marked as
13 Conroy 13?
14     A.  Again, I don't recall this e-mail.  Counsel
15 didn't share this one with me in prep, but I
16 remember -- as I look at it now with you.
17     Q.  Okay.  Is it fair to say that it's an
18 e-mail exchange on or around October 23rd and 24th,
19 2018?
20     A.  Yes.
21     Q.  And the first e-mail appears to be a
22 document from Ai Ling Loo to you and Kevan Parekh,
23 copying Saori Casey.
24     A.  Yes.
25     Q.  And then there's a response on October 24th

Page 130

1 from you to -- actually, it looks like you forwarded
2 it to Anish Patel, Karen Starkweather, Janice Lin,
3 Anuj Saigal, and you have the attachments, right?
4     A.  Yes.  Yeah, it looks like I took the
5 e-mail, I forwarded it with some follow-up questions
6 to my team.
7     Q.  Okay.  Good.  So you described to me
8 earlier who Ai Ling Loo is.  And is she -- I'm
9 assuming that's a woman.  Is she on Saori Casey's
10 team?
11     A.  That's correct.
12     Q.  Yeah.  And she's providing you with an
13 updated Q1 '19 revenue year over year summary by
14 geo?
15     A.  That is correct.
16     Q.  And that -- and that is attached -- I guess
17 it's the second and third page from the last of the
18 exhibit?
19     A.  Make sure I can see which is marked what.
20 I guess it's the last three pages of the exhibit,
21 yeah.
22     Q.  Right.  And she writes to you, "Please see
23 below for a summary of the updated Q1 '19 year over
24 year growth rates by Geo (see column C) based on the
25 revised Geo plans for Mac and iPhone that we

Page 131

1 received.  In columns D and E, I have added a
2 compare of the Revenue growth rates against the
3 prior view of Revenue year over year and the ST,"
4 which I'm assuming is sell through; is that right?
5     A.  Yes.
6     Q.  "...Sell Through Proxy year over year from
7 the October 19 P&L deck."
8     Do you see that?
9     A.  I do.
10     Q.  So is it your general understanding that
11 between October 19th and the date of this e-mail,
12 October 23rd, the revenue plans for Q1 had changed?
13     A.  Let me just rephrase that slightly.
14     What it's saying is there was a revenue
15 plan that was in the P&L deck from the 19th of
16 October and it's changing on the 23rd.
17     Q.  Yeah.
18     A.  What's unclear is sometimes we could be --
19 you know, that deck doesn't get created on the 19th.
20 There's a whole lot of work to get that created.  So
21 we might have been changing it but didn't get it in
22 on time for the 19th.
23     And so it's unclear on whether the 19th is
24 what we thought and we changed our mind four days
25 later, or the 19th was our date based on more

Page 132

1 current data that the --
2     Q.  Okay.  And she continues, "In summary, US
3 Revenue went up significantly followed by slight
4 increases in Europe.  This is offset by significant
5 reductions in Japan and Greater China,"
6 parenthetical, "(turned negative at one percent
7 revenue year over year.)"
8     Do you see that?
9     A.  I do.
10     Q.  All right.  She goes on to write, "These
11 revenue changes reflect the following unit changes:
12 1) iPhone units were moved out from Japan and
13 Greater China and into US primarily with a smaller
14 amount into Europe."
15     Do you see that?
16     A.  I do.
17     Q.  Is that an indication that at least for
18 this purpose the outlook for Q1 iPhone sales in
19 Japan and China went down?
20     MR. KRAMER:  Objection to form.
21     THE WITNESS:  It appears to me from this
22 document that, again, between the 19th and the 23rd
23 our review of what the phone Sell In units would be
24 for Japan and Greater China went down.
25 ///

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 133

1  BY MR. WILLIAMS:
2      Q.  Okay.  So I'm going to direct your
3  attention to what is Bates number 00368973 and just
4  give me a -- just tell me what you recognize that to
5  be.  Obviously, it's an attachment to the e-mail
6  that Ms. Loo sent to you.
7      A.  Yes.  This looks like the details that
8  she's referring to in the e-mail above.  And it
9  looks like a table by country of what we think in
10  this new updated version of units the year over year
11  revenue and growth are, and then there's some
12  details by line of business.
13      Q.  And the second to last page, is that just a
14  continuation of the same Revenue by Market document
15  that just adds more countries at the end?
16      A.  Yeah.  I think that's right.  I think it's
17  just that the summary is two pages and some
18  countries are on the first page and others are on
19  the second.  I don't think there's any other
20  delineation that I can tell.
21      Q.  Okay.  So directing your attention to Bates
22  ending 974, which is the second page of the Revenue
23  by Market summary.
24      Do you see that?
25      A.  Yes.

Page 134

1      Q.  And then there's -- can you read the
2  section on the bottom left where it says "Greater
3  China Highlights"?
4      A.  I can.
5      Q.  You can or cannot?  I'm sorry.
6      A.  Sorry.  I can see them.  Do you want me to
7  read them?  Do you want to ask me a question about
8  them?
9      Q.  Yeah, I just wanted to first check to see
10  if you could read them.  And then indicate to me --
11      A.  Yeah, I can read them.  I can read them,
12  yeah.  I can see them.
13      Q.  Okay.  So read for me that first section
14  under "Greater China Highlights."
15      A.  It says, "China - iPhone UB negative
16  13 percent year over year driven primarily by Entry
17  tier comp versus LY; Mac sell through minus 7
18  percent year over year comping 11-inch MBA DG LY;
19  iPad sell through minus 13 percent Y/Y due to an
20  unfavorable compare on Mini."
21      Q.  Okay.  Now, the -- in that first line where
22  it says, "China - iPhone UB negative 13 percent year
23  over year," that's unbrickings, right?  The "UB"
24  refers to unbrickings?
25      A.  Yes.

Page 135

1      Q.  Okay.  And can you read for me the next
2  section that -- related to Taiwan?
3      A.  Yes.  It says, "Taiwan - SI minus 6 percent
4  Y/Y versus unbrick plus 9 percent Y/Y driven by
5  lower inventory build of plus 12K TY versus plus
6  131K LY."
7      Q.  Okay.  And so this chart and the section
8  you just read is really just providing the
9  highlights to the reader as how this -- the Revenue
10  by Market charts had changed between October 19th
11  and October 23rd, right?
12      MR. KRAMER:  Objection to form.
13      THE WITNESS:  Sorry, Jim.  I didn't catch
14  that.
15      MR. KRAMER:  I just objected to form.  Go
16  ahead.  You can answer.
17      THE WITNESS:  Yeah, actually, this
18  particular commentary, and I haven't read all the
19  rest of the pack and stuff, but it's not commenting
20  about how it's changed.  It's just commenting to the
21  data in the table.
22  BY MR. WILLIAMS:
23      Q.  All right.  Let's go to the next page of
24  the document, Bates number 0036975.
25      A.  Yes.

Page 136

1      Q.  This document is comparing the difference
2  between the October 19th version of the revenue
3  outlook and the October 23rd version, right?
4      A.  Yeah, appears to be.
5      Q.  And it appears that between October 19th
6  and November -- and October 23rd, the revenue
7  outlook for Greater China fell from positive four
8  percent to negative one percent, right?
9      A.  Yes, that appears to be what it's saying.
10      Q.  That's not a small change, is it?
11      MR. KRAMER:  Objection to form.
12      THE WITNESS:  Is your question going from
13  plus four to minus one a small change?
14  BY MR. WILLIAMS:
15      Q.  Correct.  That's my question.
16      A.  I don't -- let me comment that we would
17  frequently have changes in our geo mix and geo, you
18  know, Sell In -- you know, revenue units as we go
19  through this process.  So you know, I don't have a
20  good feel of the history of all those changes, if
21  this is a big one or small one.  It's not an
22  abnormally large one.
23      Q.  Is it a small one?
24      MR. KRAMER:  Objection to form.
25      THE WITNESS:  Again, I really don't have a

**Page 133..136**

**Donal Conroy**

In re Apple Inc. Securities Litigation

Page 137

1 feeling whether it's a big or a small one or a large
2 or a tiny one. It's sort of a fact, it's mechanics.
3 It's plus four, minus one and --
4 BY MR. WILLIAMS:
5    **Q. Is it abnormally small?**
6       MR. KRAMER: Objection to form.
7       THE WITNESS: I would describe it as a
8 common adjustment.
9 BY MR. WILLIAMS:
10    **Q. I'm sorry. I didn't hear that. A what**
11 **adjustment?**
12    A. I would describe it as a common adjustment.
13    **Q. Okay. Ai Ling Loo described it as a**
14 **significant reduction in Japan and Greater China,**
15 **right?**
16       MR. KRAMER: Objection to form.
17       THE WITNESS: In her e-mail here she refers
18 to it as a significant reduction.
19 BY MR. WILLIAMS:
20    **Q. Right. So not common?**
21    A. Yes. I mean, I don't know how Ai Ling --
22 what scale she used for these things.
23       In my experience, this is the type of
24 adjustment we see frequently in our geo mix as we go
25 through this process.

Page 138

1    **Q. Was it typical for you to work on both a**
2 **top-down forecast and a bottoms-up forecast as you**
3 **kind of worked through your demand forecasting**
4 **process?**
5       MR. KRAMER: Objection to form.
6       THE WITNESS: Yeah. Maybe, again, it
7 depends on which forecast process. For the one I
8 use for the -- we use for the supply chain, that is
9 mainly a tops-down process because it's focused on
10 what's the most it can be. Because once we set that
11 MPS, we know it's very difficult to get more in a
12 short time.
13       And so we're biased to protecting the
14 upside in the MPS always in the way we think about
15 it. So it's very much a top-down type exercise.
16       The process that flows into the discussion
17 we're reviewing in this document here are more on
18 the, you know, internal ranges for guidance. And
19 that is a combination of tops-down and, you know, a
20 more granular -- and I don't think bottoms-up is the
21 right way to frame it. I'd call it a more granular
22 analysis using more data points.
23 BY MR. WILLIAMS:
24    **Q. How would you describe a tops-down process**
25 **for revenue guidance?**

Page 139

1    A. Tops down might be some macro market
2 analysis that says, hey, there's one point of you
3 that says the smartphone market is going to grow by
4 "x" percent and it's reasonable we should get this
5 share. That's sort of a very tops-down process.
6       And as compared to, here's the daily
7 unbrick demand we're seeing every day and based on
8 our history, you know, what does that trend to,
9 which I would consider is more a granular analysis.
10    **Q. So who determines what the top-down revenue**
11 **forecast is going to look like for any given**
12 **quarter?**
13       MR. KRAMER: Objection to form.
14       THE WITNESS: It's not that somebody terms
15 the top-down revenue forecast, it's that it is an
16 input that's part of the conversation. But nobody
17 is saying this is the tops-down forecast and let's
18 reconcile this. It's not that. It's an input --
19 BY MR. WILLIAMS:
20    **Q. Sorry. Go ahead.**
21    A. -- as we go through the process, yes.
22    **Q. How is that numbered determined, a top-down**
23 **revenue outlook for any given quarter?**
24    A. Yeah. Again, let me frame it. We're
25 talking about we're trying to get the units here.

Page 140

1 This is a units forecast and we're talking the
2 process to come up with the units.
3       And prior to the launch of the product,
4 that is based on sort of I would call it more macro
5 analysis. What do we believe about the product,
6 what does history tell us, what does the market say.
7 And that work is mainly entertained by a marketing
8 finance team.
9       And so as we're going through the guidance
10 process, we would sort of have -- that generally is
11 a set of numbers that's created long before we've
12 launched the product, before we've seen anything
13 from partners, partners even know about the product.
14    **Q. So is that typically what ends up in sort**
15 **of the guidance documents as not the likely, but the**
16 **high?**
17       MR. KRAMER: Objection to form.
18       THE WITNESS: Yeah, no, I wouldn't agree
19 with that. It's an input into the process that
20 makes us think about the ranges.
21 BY MR. WILLIAMS:
22    **Q. Okay.**
23    A. It doesn't necessarily mean that the top --
24 you know, the macro -- I'm using the phrase
25 tops-down. It's probably better to call it a macro

**Page 137..140**

Donal Conroy                                                    In re Apple Inc. Securities Litigation

Page 141

1 analysis, is what I describe -- it's probably a
2 better way I should frame it.
3        That macro analysis is an input.  It might
4 influence our thinking of the range, but it doesn't
5 necessarily become a point in the range, be it a
6 high case likely or low.
7        MR. KRAMER:  Angela, can you
8 hear Mr. Conroy okay?  Because it seems it's coming
9 in and out.  It may be just my audio.
10       (Discussion off the record)
11       MR. KRAMER:  Donal, maybe if you could just
12 slow down a little bit, I want to make sure that
13 Angela can get your words correctly.
14       THE WITNESS:  Okay.
15       THE REPORTER:  Thank you.  I appreciate it.
16 BY MR. WILLIAMS:
17   **Q.  Okay.  So when we look at some of the sort**
18 **of guidance related documents, what is the high as**
19 **opposed to the likely revenue based on?**
20       MR. KRAMER:  Objection to form.
21       THE WITNESS:  Yeah, I can talk to, you
22 know, the units that we're inputting into the
23 process.
24       As I mentioned earlier, we work a lot on
25 the range and -- low to high.  And so you're asking

Page 142

1 what are the units in the high based on?
2        You know, when we look at the various
3 pieces of data and we see that there are multiple
4 outcomes, obviously the higher case is where we
5 assume a better result in some of the variables.
6 And that yields us the high case.
7        In the low case we might look at different
8 variables and say -- look at the same variables and
9 say, well, what if those come in in a different
10 level and therefore that might yield the low case
11 thinking.
12 BY MR. WILLIAMS:
13   **Q.  And the variables include, obviously**
14 **include, units?**
15   A.  Yes.  Specifically I've been talking about
16 variables that impact units.
17       MR. WILLIAMS:  Okay.  Let's see.  Why don't
18 we -- Lorenzo, can you bring up I think what you
19 have as my 13, and mark it as Conroy 14.
20       (Whereupon, Exhibit 14 was marked for
21       identification)
22 BY MR. WILLIAMS:
23   **Q.  And it's Bates numbered 00496519 through**
24 **522.  Just take a look at the document and let me**
25 **know when you've had a chance to do so.**

Page 143

1   A.  Okay.
2   **Q.  Do you recognize Conroy 14?**
3   A.  I don't -- as I read it, I don't recall
4 seeing it since October 24th, 2018.
5   **Q.  Okay.  Is it fair to say that Conroy 14 is**
6 **an e-mail exchange that occurred on or around**
7 **October 23rd and 24th of 2018?**
8   A.  Yes.
9   **Q.  All right.  And the e-mail on the 24th is**
10 **from Saori Casey to you and Kevan Parekh.  It cc's**
11 **Ai Ling Loo and Jessie Zhang, right?**
12   A.  Yes.
13   **Q.  Are Ai Ling Loo and Jessie Zhang in the**
14 **United States or are they in China?**
15   A.  They are in -- at the time in October 2018,
16 as far as I know, all of them are in the US.  They
17 are part of Saori's corporate FP&A team based in
18 Cupertino -- corporate FP&A team, FP&A, financial
19 planning and analysis team.
20   **Q.  And Saori writes to you and Kevan in the**
21 **second paragraph, "Column J is the new likely based**
22 **on re-running the bottoms up with the reallocation**
23 **of iPhone and Mac units by market."**
24       **Do you see that?**
25   A.  I do.

Page 144

1   **Q.  And did you understand how she was using**
2 **"bottoms up"?**
3   A.  I do.
4   **Q.  Tell me, please.**
5   A.  Yeah, so let me explain.  Let's say if we
6 have a forecast that's under a certain date of units
7 and we have by product and by geo all of the details
8 that tie to that total forecast.
9        If I called Saori or Kevan, I'm thinking to
10 the forecast, say, hey, we want to take down the
11 forecast by a million units in -- and it's mainly US
12 and Europe.  Saori may do that at a macro level,
13 just sort of a -- she would call it a tops up.  But
14 we have not yet submitted to her all the new details
15 of all the geos that tie to that.  And that's what
16 Saori means by the bottoms up.
17       Donal, when will your team give me the next
18 version that ties to what we're talking about.  And
19 she calls that the bottoms up.
20   **Q.  And then you go on -- I'm sorry, she goes**
21 **on to write, "We gained around $50 million and 2bps**
22 **GM," gross margin, "from the run.  Are you generally**
23 **Ok with the revised geo roll-up we sent over last**
24 **night?"**
25       **Do you see that?**

**Donal Conroy**                                                    **In re Apple Inc. Securities Litigation**

Page 145

1    A. I do.

2    Q. And do you know whether or not you were

3  okay with it at the time?

4    A. I do not.

5    Q. Because you'd asked your team whether the

6  US revenue increases from the prior version made

7  sense, right?

8    A. Correct. In the last e-mail, the exhibit

9  we looked at.

10    Q. Yeah. Yeah. And at the time you believed

11  that you had moved units for both N84 and J140 out

12  from the United States, correct?

13    A. That's correct.

14    MR. KRAMER: Objection to form.

15    THE WITNESS: Yeah, I was asking my team to

16  explain to me the US revenue increases that Ai Ling

17  was telling me my team had submitted.

18  BY MR. WILLIAMS:

19    Q. Hm-hmm. Okay.

20    A. So I was asking the team can you explain

21  that to me, given other things I thought were

22  changing.

23    Q. Okay. Back on Conroy 14, she writes, "We

24  can send over the revenue update to Tim/Luca

25  accordingly. Our plan is not to re-run the bottoms

Page 146

1  up until the final topside Likely next week that

2  we'll use for the rest of the quarter to compare as

3  the M1 forecast."

4    Do you see that?

5    A. I do.

6    Q. What's the M1 forecast?

7    A. That she means the month one forecast.

8    Q. The month one of the next quarter?

9    A. Month one of the quarter that we were

10  working on the internal guidance on.

11    Q. Right. So month one of Q1 '19?

12    A. What she's saying here is, Donal, I know

13  you're, and Kevan, I know you're going to change

14  this every day, so I'm not going to waste my team's

15  time re-spinning the bottoms up until we get as

16  close as we can to guidance, and then we'll finally

17  lock that and call it the month one forecast.

18    Q. What's the "topside Likely"?

19    A. What she means by that is, when we finally

20  decide next week that now we've done all this

21  process and this is the best information we have and

22  this is the final forecast we will use, when we make

23  that decision, then we will do a full set of books

24  that ties with by product and by geo, and she means

25  I will make the final topside, the final decision we

Page 147

1  use on units, let's all agree we can create a

2  version that ties to that, that's based on a bottoms

3  up roll-up.

4    Q. Do you see also the bottom half of Conroy

5  14, it looks like Parag Shah was writing to Ai Ling

6  Loo and Saori?

7    A. Yes.

8    Q. What is he or she referring to when they

9  reference the N84 Sell In down or negative

10  4.7 million over unbrickings of negative

11  3.4 million?

12    MR. KRAMER: Objection to form.

13    THE WITNESS: Yeah, it -- looking at the

14  e-mail, Parag is saying here's a scenario that we'd

15  like you to dollarize. He's not saying this is the

16  new forecasting. This is the scenario.

17    And he's clarifying in the scenario the

18  changes -- some of the changes that are built into

19  the scenario. Including, you know, he's taking up

20  some sustaining, and he's taking down in the

21  scenario the iPhone XR, the Sell In and unbrick for

22  the quarter.

23  BY MR. WILLIAMS:

24    Q. Right. And that is based on some input,

25  some demand related to inputs?

Page 148

1    MR. KRAMER: Objection to form.

2    THE WITNESS: Yeah, I don't know what this

3  scenario was based on. Was it based on we thought

4  this could be a forecast or it was some sensitivity

5  scenario we created. It's unclear from the

6  document. I don't recall.

7    MR. WILLIAMS: Lorenzo, can you give me

8  what's my 14 and mark it as Conroy 15, please.

9    (Whereupon, Exhibit 15 was marked for

10    identification)

11  BY MR. WILLIAMS:

12    Q. Conroy 15 is Bates number 00099204 to 209.

13  Just let me know when you've had a chance to review

14  the document.

15    A. Okay.

16    Q. Do you recognize the document?

17    A. I recognize we sent out a Thursday update

18  pretty much every Thursday.

19    Q. Okay.

20    A. And so this looks like one of the ones we

21  sent.

22    Q. So it's fair to say, though, that this is

23  an e-mail dated October 25th, 2018, and it's from

24  SDM Exec Updates to a number of people, including

25  Tim Cook, Jeff Williams, and you and Luca Maestri,

Donal Conroy                                          In re Apple Inc. Securities Litigation

1  among a number of other people, right?
2      A.  Yes.
3      Q.  And what is the SDM Exec Update?
4      A.  It's just an e-mail alias we use to send
5  some Exec Updates from.  When I say "we," my
6  planning team.
7      Q.  Okay.  Well, and "SDM" stands for?
8      A.  Supply demand management.
9      Q.  Got it.  And who writes the content for
10 this?
11     A.  It's written by members of the planning
12 team, and it generally comes to Anish and I for
13 approval prior to getting released.
14     Q.  So you would have approved this e-mail
15 before it got sent out?
16     A.  Yeah, I don't remember specifically
17 approving it, but that's the process.
18     Q.  Got it.  And who is Thomas?
19     A.  Thomas Paine is in the planning team at --
20 he's part of planning, you know, non-iPhone
21 products.
22     Q.  Okay.  And it seems like he's directing the
23 e-mail to Tim and Jeff.  So Tim Cook and Jeff
24 Williams, right?
25     A.  Let me see that -- oh, because it's coming

1  from him?  Is that what you mean?
2      Q.  It says, "Tim, Jeff."
3      A.  Yeah.  You know, we rotate the ownership of
4  quarterbacking and coordinating all the comments
5  among different leadership members in the team.  In
6  the week in question, obviously he was in charge of
7  coordinating across all the teams to getting this
8  update together.
9      Q.  Right.  And he says, he writes, "Tim and
10 Jeff, Please see Thursday update below including Q1
11 projections and product updates."
12     So he was directing it specifically to Tim
13 and Jeff Williams -- or Jeff Maestri -- I'm sorry,
14 Jeff Williams.  I'm sorry.  Is that fair?
15     MR. KRAMER:  Objection to form.
16     THE WITNESS:  Yeah, I'm not sure if I
17 answered the question correctly in the right
18 context.
19     This e-mail is an exec update we send to
20 Tim and Luca every week.
21 BY MR. WILLIAMS:
22     Q.  Okay.
23     A.  And other relevant parties, but Tim and
24 Luca are part of the distribution.
25     And Thomas was the person who was

1  quarterbacking, gathering the data, and making sure
2  it was all correct, and making sure Anish and I
3  approved it.
4      Q.  Okay.  So looking at the Bates ending 205,
5  which is the second page, there's a section there
6  regarding projections for the iPhone XR, right?
7      A.  Yes.
8      Q.  And the section, at least part of it, is
9  about demand for XR.  Is that fair?
10     A.  Yes, part of it is the demand for XR.
11     Q.  Right?
12     A.  Yes.  That's fair.  For example, there's a
13 paragraph talking about direct demand.
14     Q.  In that paragraph you cited to it says,
15 "Total Direct demand is 217,000.  AOS bookings of
16 181,000 are 76 percent -- negative 76 percent launch
17 over launch versus the iPhone 8 and 8+."
18     Do you see that?
19     A.  I do.
20     Q.  And it's -- parenthetically it says it's
21 negative 60 percent launch over launch, excluding
22 China.  Right?
23     A.  Yes.
24     Q.  That's not good news, is it?
25     MR. KRAMER:  Objection to form.

1      THE WITNESS:  Yeah, I don't know -- you
2  can't comment from that whether it's good news or
3  bad news because I don't know what the forecast was
4  for XR for pre-orders.
5      It's more a statement of fact.  We knew
6  staggered launch, we knew compared to 8/8+.  So I
7  don't know you can confirm it as good news or bad
8  news.  It's just a statement of fact.
9  BY MR. WILLIAMS:
10     Q.  Right.  So negative 76 percent launch over
11 launch could be good news?
12     A.  It could be if you thought it was going to
13 be negative 100 percent.
14     Q.  Did you think it was going to be negative
15 100 percent?
16     A.  I don't recall.
17     Q.  He goes on to write, "Retail bookings of
18 36,000 are negative 76 percent launch over launch
19 versus iPhone 8 and 8+," and in a parenthetical he
20 adds it's negative 37 launch over launch excluding
21 Greater China.
22     Do you see that?
23     A.  Yes.
24     Q.  Why did Thomas provide a parenthetical that
25 was specific to China?

Page 149..152

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 153

1        MR. KRAMER:  Objection to form.
2        THE WITNESS:  I don't know why he did that.
3  BY MR. WILLIAMS:
4        **Q.  Is it because China was a very large**
5  **market?**
6        MR. KRAMER:  Objection to form.
7        THE WITNESS:  I don't know.
8  BY MR. WILLIAMS:
9        **Q.  You don't know.  Is there anything that**
10 **could help you figure that out?**
11       A.  I'd have to ask Thomas.
12       **Q.  You think it's because the iPhone XR was --**
13 **withdrawn.**
14       **Do you think it was because the company**
15 **hoped that the iPhone XR would sell well in Greater**
16 **China?**
17       MR. KRAMER:  Objection to form.
18       THE WITNESS:  Yeah, I don't know.
19 BY MR. WILLIAMS:
20       **Q.  He didn't provide a reference for excluding**
21 **Europe, for example, did he?**
22       A.  No.
23       **Q.  Or the US, right?**
24       A.  No.
25       **Q.  Is it fair to say that the US and Europe**

Page 154

1  were large markets for Apple?
2        A.  Yes.
3        **Q.  Okay.  So going down in that same section**
4  **where he references "Resellers," do you see that?**
5        A.  Yes, "Resellers' end consumer pre-orders,"
6  yes.
7        **Q.  He says, "Resellers' end consumer**
8  **pre-orders across 32 partners are 343,000, down**
9  **74 percent versus 8 and 8+ launch over launch."**
10       **Do you see that?**
11       A.  I do.
12       **Q.  That wasn't good news, was it?**
13       MR. KRAMER:  Objection to form.
14       THE WITNESS:  Again, it's the exact same
15 comment as when you asked me about the AOS.  It's a
16 statement of fact.
17 BY MR. WILLIAMS:
18       **Q.  Okay.**
19       A.  You should be comparing it to one device,
20 two devices, staggered launch, who knows.
21       (Reporter clarification)
22       It is comparing it to two devices, the
23 iPhone 8 and the 8 -- iPhone 8+.
24       So it's comparing one device's performance
25 to two devices.  And so I don't think you can judge

Page 155

1  from the statement whether it's good news or bad
2  news.
3        **Q.  Okay.  He goes on to write, "These partners**
4  **represent around 54 percent of D2X Q1 '18**
5  **unbrickings."**
6        **Do you see that?**
7        MR. KRAMER:  Objection to form.
8        THE WITNESS:  Yes.
9  BY MR. WILLIAMS:
10       **Q.  What does that mean?**
11       A.  What he's saying is the partners who
12 reported the pre-orders that are in the data point
13 above, those partners in terms of what portion of
14 our volume are they, they are 54 percent of -- based
15 on -- they are 54 percent of our reseller business
16 based on the unbrick profile we had on the previous
17 year's iPhone a year ago across three iPhones,
18 iPhone X, iPhone 8 and iPhone 8+.
19       In other words, he's just giving context to
20 say the data point above is not wholistic, it's
21 partial.
22       **Q.  54 percent?**
23       A.  Yes.
24       **Q.  In the section we were just talking about**
25 **with the -- referencing the exclusions for Greater**

Page 156

1  **China, what was the purpose of providing those**
2  **exclusions?  What did your team use that data to**
3  **better understand?**
4        MR. KRAMER:  Objection to form.
5        THE WITNESS:  Are you asking me the same
6  question, why do we put the "ex. China"?
7  BY MR. WILLIAMS:
8        **Q.  Yeah, what is the use of it?**
9        A.  It's the same answer I gave you last time.
10 I do not know.
11       **Q.  All right.**
12       MR. KRAMER:  We've been going about an
13 hour.  Donal, are you ready for another break?
14       THE WITNESS:  Yeah.
15       MR. KRAMER:  Okay.  Take five?
16       MR. WILLIAMS:  Okay.
17       MR. KRAMER:  Shawn, let's go off the
18 record.  And Shawn, hang for a second.
19       APTUS VIDEO TECHNICIAN:  The time is 1:58.
20 We're going off the record.
21       (Recess taken)
22       APTUS VIDEO TECHNICIAN:  The time is 2:10.
23 We're back on the record.
24 BY MR. WILLIAMS:
25       **Q.  So it was October 26th that the iPhone XR**

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 157

1 was released for sale, right?

2    A.  Yes.

3       Q.  And that was all over the world?

4       MR. KRAMER:  Objection.  Nevermind.  Go
5 ahead.

6       THE WITNESS:  Sorry, you know, we generally
7 have a wave strategy based on compliance and certain
8 countries come later, so I can't remember which set
9 of countries were included on the date of the 26th.
10 But it would be a significant portion of the world.

11       MR. WILLIAMS:  Okay.  Okay.  Lorenzo, can
12 you give me my 18, please, and mark it as Conroy 15.

13       MR. KRAMER:  I think you mean 16, Shawn.

14       (Whereupon, Exhibit 16 was marked for

15          identification)

16       MR. WILLIAMS:  16.  And Conroy 16 is Bates
17 numbered 00631297 through 1302.

18    Q.  Let me know when you're done reviewing the
19 document.

20    A.  Okay.  Still reviewing it.  Okay.

21    Q.  And Conroy 16 is an e-mail exchange --
22 withdrawn.

23       Conroy 16 is an e-mail from you on
24 October 26th, 2018.  Is that fair?

25    A.  Yes.

Page 158

1    Q.  It's an e-mail from you to Tim Cook, Luca
2 Maestri, Jeff Williams, Kevan Parekh, Sabih Khan,
3 Anish Patel, Greg Joswiak, Mike Fenger and Doug
4 Beck, right?

5    A.  Yes.

6    Q.  And it includes a screenshot as an
7 attachment, right?

8    A.  Yes.

9    Q.  And the title or the subject line is a
10 forward, "iPhone XR Pacific day 1 Executive Summary
11 (as of 5:00 p.m. SGT)."

12       Do you see that?

13    A.  I do.

14    Q.  What is SGT?

15    A.  I'm not sure what it stands for, but I read
16 it to be Singapore time, 5:00 p.m. in the evening
17 Singapore time.

18    Q.  Okay.  Got it.  And what exactly is that
19 screenshot?

20    A.  Let me go down to the screenshot.  So the
21 screenshot is a table.  Let me make sure I'm on --
22 you're on the very last page, 1302, correct?

23    Q.  That's correct.

24    A.  Okay.  The screenshot is a table prepared
25 by someone in my team in Asia PAC, and it's got

Page 159

1 various metrics around the launch day numbers they
2 are seeing.

3    Q.  Are you able to read that?

4    A.  Let me just pinch and zoom here.  Just
5 about.  It's a little blurry, but I can -- I think I
6 can make it out.

7    Q.  So is it fair to say that you're providing
8 Tim Cook, Luca Maestri and others what the results
9 are for the XR release in PAC, which includes China?

10    A.  Yeah.  I would say we're providing the
11 early numbers and some early anecdotal insight we've
12 heard, you know, from the launch day in PAC.

13    Q.  Hm-hmm.  And so if you go down to the
14 middle of the page it says "Reseller," do you see
15 that?

16    A.  The first page, yes.

17    Q.  Yeah.  And it says, what, "Seven percent
18 revenue velocity and 53,000 unbrick versus 750,000
19 launch over launch supply.  Unbrick is negative
20 75 percent launch over launch versus the X," and is
21 that negative 75 percent versus the 8+?

22    A.  I believe so.

23    Q.  You go on to say the "Total XS/XS Max/XR is
24 negative 36 percent launch over launch versus the X,
25 8 and 8+," right?

Page 160

1    A.  Yes.

2    Q.  And you add "Across the region, demand came
3 in lower compared to the XS and XS Max," right?

4    A.  Yes.

5    Q.  So that was not good news for the first day
6 launch, was it?

7       MR. KRAMER:  Objection to form.

8       THE WITNESS:  Again, it doesn't comment
9 whether it's good or bad or different.  It's a more
10 statement of fact.

11 BY MR. WILLIAMS:

12    Q.  Okay.  In the next bullet point, you
13 write -- is it fair to say that you wrote this?

14    A.  No.  I -- this is a forward of a document I
15 would have gotten from my PAC team.

16    Q.  Okay.  In the second bullet point, the
17 message you sent, it says, "There were no high
18 profile launch events, and less interest and
19 awareness compared to the previous XS/XS Max launch.
20 JD.com page views through seven days of pre-order
21 was 1.1 million for the XR versus one hour to reach
22 1.1 million page views for the XS/XS Max."

23       Do you see that?

24    A.  Yes.

25    Q.  So many fewer people viewed pages for the

**Page 157..160**

Donal Conroy                                              In re Apple Inc. Securities Litigation

Page 161

1 XR than they did for the XS Max in comparable time
2 frames, right?
3        MR. KRAMER:  Objection to form.
4        THE WITNESS:  Yes.  It's clear that less
5 views, according to the data here, on the XR for
6 JD.com for this one product, for one partner,
7 compared to XS Max.
8 BY MR. WILLIAMS:
9     Q.  And that is not good news for the first day
10 for the XR launch in PAC, was it?
11        MR. KRAMER:  Objection to form.
12        THE WITNESS:  Yeah, again, I can't comment
13 on whether it's good or bad news.  It's a statement
14 of fact.
15        As we've talked about many, many times,
16 there was a lot of thinking in Apple that the XR was
17 not going to be an early adopter product.  So that
18 data point is entirely consistent with that
19 thinking.
20 BY MR. WILLIAMS:
21     Q.  Okay.  Going to the next page, Bates ending
22 1298, the fourth bullet point down, your team and
23 you forward writes, "Feedback from partners in China
24 and Malaysia is that consumers are waiting on
25 competitor flagship launches from Huawei and Xiaomi

Page 162

1 to make final purchase decision."
2        Do you see that?
3     A.  I do.
4     Q.  Is that intended to be at least some part
5 of an explanation for why the XR launch on the first
6 day in PAC was so low in terms of volume?
7     A.  I would say you have to take it in context
8 with the paragraph two up from it, which says,
9 "There is some consumer feedback that XR and the 8
10 and 8+ specs have only minor differences, once
11 viewed the XR looks better."
12        And so you can sort of view that as sort of
13 a positive comment.  View number four is saying,
14 hey, some of the partners are saying there's some
15 competition.
16        It's more an anecdotal comment versus good
17 news or bad news.
18     Q.  Hm-hmm.  Was it good news?
19        MR. KRAMER:  Objection to form.
20        THE WITNESS:  I don't think it has a good
21 or bad.  It's a statement of fact.
22 BY MR. WILLIAMS:
23     Q.  Okay.  So the next section, "Greater
24 China."  Your team writes and you forward, "7
25 percent velocity, 34,000 unbrick versus 462,000

Page 163

1 launch over launch supply."
2        It goes on to say, "Negative 73 percent
3 unbrick launch over launch versus X and negative
4 71 percent versus 8/8+."  The "Total XS/XS Max/XR
5 is" 27 percent launch over launch versus -- I'm
6 sorry, "negative 27 percent launch over launch
7 versus the X/8/8+."
8        Do you see that?
9     A.  I do.
10     Q.  So that was not good news, was it, for the
11 XR launch in Greater China for the first day, was
12 it?
13        MR. KRAMER:  Objection to form.
14        THE WITNESS:  Shawn, are we just going to
15 ask the same question on each section?  I'm just
16 going to give you the same answer.
17 BY MR. WILLIAMS:
18     Q.  Okay.  That's okay.  We can do that.
19     A.  If that's the problem, we can do it.  But
20 it's a statement of fact.  It's not commenting it's
21 good or bad or indifferent.
22     Q.  Okay.  Going further, you see where it
23 says, "China partners initial assessment is that XR
24 will be 30 percent to 50 percent of the Hero mix.
25 Hong Kong partners are projecting XR at 30 percent

Page 164

1 while Taiwan partners are higher at 60 percent to
2 75 percent although the unbrick is negative
3 73 percent to the 8 and 8+."
4        Do you see that?
5     A.  I do.
6     Q.  Is the point there that the -- the
7 commentary from the China partners is inconsistent
8 with the unbrick figures?
9        MR. KRAMER:  Objection to form.
10        THE WITNESS:  No, that's not the way I read
11 it.  I read it as just there's commentary from the
12 partners that is kind of all over the place as to
13 what the mix is going to be of the XR as a portion
14 of call it the hero mix, which is XR, XS, XS Max.
15 That's really what the comment is saying.
16 BY MR. WILLIAMS:
17     Q.  Okay.  And going to Bates ending 300, two
18 pages over.
19     A.  Yes.
20     Q.  You see in the section that describes
21 "Retail"?
22     A.  Yes.
23     Q.  With respect to Greater China, it says,
24 "14.3k Billings," parenthetical -- I'm sorry.  Did
25 you say something?  I'm sorry.

**Donal Conroy**                                              **In re Apple Inc. Securities Litigation**

Page 165

1    It says, "Greater China: 14.3k Billings,
2  (1k APU plus 5.3k PRS plus 8.1k Walk-in)."
3         Can you tell me what that means?
4    A.  Yes.  Yeah, this is talking about billings
5  for the device, for the device in our stores, our
6  physical stores.
7         And the first two types, APU and PRS, are
8  situations where the customer orders online and we
9  have an option to pick it up in store, if that's
10  what you'd prefer.
11        And there's probably -- I think it's useful
12  to go into the details.  There's a different just
13  systematic way between Apple pickup and PRS.  But
14  effectively, they are both, I'm ordering online, I'm
15  reserving my iPhone, and I'm coming in to pick it
16  up.
17    Q.  Okay.
18    A.  And the walk-in -- distinct from a walk-in,
19  which is a customer who came in from the street on
20  the day of launch and said, "I'd like to buy an
21  iPhone XR."
22    Q.  And so it goes on to say at close of
23  business -- well, withdrawn.
24        And "COB," is that close of business?
25    A.  Yes.

Page 166

1    Q.  Okay.  And so it says and close of business
2  projected at 23k, which is negative 40 percent to
3  plan, right?
4    A.  Yes.
5    Q.  That's not good news either, is it?
6        MR. KRAMER:  Objection to form.
7        THE WITNESS:  I interpret this as being to
8  the plan that the GC -- my team had aligned with
9  with the retail team in China.
10  BY MR. WILLIAMS:
11    Q.  Hm-hmm.
12    A.  It may or may not tie to our global plan,
13  but it comes from the regional team saying, hey,
14  these numbers are lower than we had been planned for
15  for the day of launch.
16    Q.  Okay.  And do you know, was there any other
17  information that you are aware of that you learned
18  on October 26th about demand for iPhones and
19  specifically the iPhone XR?
20        MR. KRAMER:  Objection to form.
21        THE WITNESS:  Yes.  This report here is
22  just obviously PAC.  Obviously we would have looked
23  at similar types of information globally.
24  BY MR. WILLIAMS:
25    Q.  Hm-hmm.  What else did you -- what else, if

Page 167

1  anything, did you learn on or around October 26th
2  concerning iPhone demand, particularly for the
3  iPhone XR?
4    A.  I think my recollection is, in total, both
5  the pre-orders by our partners and our pre-orders,
6  you know, on our online store and our day one
7  billings in our retail store, so all the same data
8  elements we just looked at, were lower for the XR
9  than we had planned.
10    Q.  And you learned that on the 26th?
11    A.  Yes.  I would say by the end of day 26th --
12    Q.  Hm-hmm.  Go ahead.
13    A.  -- we would have had most of that data.
14  Obviously, the confusing piece about that what
15  was -- so long of that, because, as I said, many
16  people had a thesis in Apple that this was not going
17  to be an early product and therefore maybe did not
18  align with the plan that we had for pre-orders on
19  that day.
20    Q.  And what -- is there anything about the
21  26th that you learned about demand for iPhone, and
22  specifically the iPhone XR, that has triggered your
23  recollection apart from documents that I've shown
24  you today?
25        MR. KRAMER:  Objection to form.

Page 168

1        THE WITNESS:  Shawn, do you mind be asking
2  that again?  I didn't quite follow it.
3  BY MR. WILLIAMS:
4    Q.  Sure.  You testified that in addition to
5  what you learned about PAC on the initial day launch
6  demand for iPhone XR, that there were other facts
7  that you learned about demand for iPhones and
8  specifically XR on the 26th.
9        I'm asking you, what, outside of the
10  documents that I have presented to you today,
11  triggered your recollection of other facts outside
12  of PAC on demand for iPhones and XR that you learned
13  on the 26th of October?
14        MR. KRAMER:  Objection to form.
15        THE WITNESS:  I'm not sure if it's a
16  document related.  I just remember at the time on
17  the 26th saying, hey, the day one numbers, let's
18  call it that, which is, you know, the store
19  billings, the online -- you know, the velocity
20  performance were lower than we had planned.
21        And then I remember that started us --
22  another data point to the debate, do we have demand
23  right?  Do we have numbers we have in our forecast,
24  are they right?  Is this a question of late
25  adoption?  Is it going to do well in the promos?

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 169

1 All of that.
2      That sort of what I remember being -- I
3 don't recall what documents I looked at to confirm
4 that at the time, but that certainly that's my sense
5 exiting the 26th.
6 BY MR. WILLIAMS:
7      **Q. Got it. And obviously, what you learned**
8 **about demand in China was an important part of that,**
9 **right?**
10     A. Yes. I don't remember leaving the 26th
11 saying -- having a special feeling about China. It
12 was more the broad feeling.
13     The iPhone XR is not performing day one
14 what we thought and is this in fact the dynamic of
15 it's going to be a late bloomer or not.
16     **Q. My question was that the information that**
17 **you learned about the day one launch in China was an**
18 **important part of your overall feeling for the day;**
19 **isn't that true?**
20     MR. KRAMER: Objection to form.
21     THE WITNESS: It had no more importance
22 than my view of the US and Western Europe and EMEA
23 other parts of the globe.
24     MR. WILLIAMS: Okay. Lorenzo, can you give
25 me what is my 23, please.

Page 170

1      You can mark it as Conroy 17.
2      (Whereupon, Exhibit 17 was marked for
3      identification.)
4 BY MR. WILLIAMS:
5      **Q. Conroy 17 is Bates numbered 00284426 to**
6 **4427 (sic).**
7      **Let me know when you've had a chance to**
8 **review the document.**
9      A. Okay.
10     **Q. Do you recognize what's been marked as**
11 **Conroy 17?**
12     A. You know, again, just reading it, I hadn't
13 recalled seeing it since. But yeah, it looks like a
14 launch update we sent out later in the day for the
15 global view.
16     **Q. You sent it to Tim Cook and a number of**
17 **other people on the team, right?**
18     A. Yes.
19     **Q. It was created by your team?**
20     A. Yes.
21     **Q. Were you the primary person or your team**
22 **the primary team providing data to Tim Cook on the**
23 **status of product launches in this period and impact**
24 **on the overall outlook?**
25     MR. KRAMER: Objection to form.

Page 171

1      THE WITNESS: Yeah. Let me say there were
2 other teams that give Tim other data and other
3 insights outside of my team. That could come from
4 the retail team. That can come from the sales
5 finance team.
6      I've never thought about we're the primary.
7 Certainly an important one. I don't know if Tim
8 would view us as the primary and them a secondary.
9 I don't know we have a point of view on that.
10 BY MR. WILLIAMS:
11     **Q. Okay. So looking at 425, Bates ending 425,**
12 **this entire e-mail is about the XR, correct?**
13     A. Not exactly.
14     **Q. No?**
15     A. I believe it does have some comments on XS
16 and XS Max. Yeah, there's a section there on
17 page 4427 about XS, XS Max.
18     **Q. Okay. But is it fair to say that the**
19 **launch update is based on the 10/26 launch of the**
20 **XR?**
21     MR. KRAMER: Objection to form.
22     THE WITNESS: Yeah, I would say it quite
23 differently. If you look at the way that the e-mail
24 is structured, it's saying, here's an iPhone update
25 as of 2:00. And then in the first section is

Page 172

1 underlined "iPhone XR." For -- then there is an
2 underlining "iPhone XS and XS Max."
3 BY MR. WILLIAMS:
4      **Q. Okay.**
5      A. So it's -- obviously, most of the
6 information is focused on XR, but it is also
7 referring to a XS and XS Max update.
8      **Q. Got it. And so on that first page, the**
9 **second dash, "LTD Performance," that's launch to**
10 **date?**
11     A. Yes.
12     **Q. And direct bookings and reseller unbricking**
13 **was negative 64 percent compared to 8+ and 8, right?**
14     A. Yes.
15     **Q. And okay. Online was negative 73 percent**
16 **compared to the 8 and 8+?**
17     A. Yes.
18     **Q. And the retail was negative 60 percent**
19 **compared to 8 and 8+?**
20     A. Yes.
21     **Q. And I guess reseller alone was negative**
22 **56 percent compared to the 8 and 8+, right?**
23     A. Yes.
24     **Q. How would you describe how you felt getting**
25 **this news concerning day one of the iPhone XR**

**Page 169..172**

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

1 launch?

2    A.  This document doesn't -- it doesn't have

3 much comparing to plan.  It's sort of a statement of

4 fact.

5       But as I mentioned earlier, my feeling was

6 that our day one numbers were below what we had

7 planned.  And hence, we were in this debate around

8 does this grow over time, it's got different

9 adoption curve than we were planning.

10    Q.  Hm-hmm.  Would you describe the first day

11 launch results as sort of the wheels coming off?

12    A.  I may have used that term.

13    Q.  Hm-hmm.  Well, you did use that term,

14 right?

15    A.  Apparently.  I didn't recall it.  I just

16 saw it an hour ago.

17    Q.  Right.  You saw the document where you told

18 Tony Blevins at the time that on the 26th the wheels

19 came off, right?

20    A.  I did tell Tony Blevins that.

21    Q.  Right.  And October 26th was the launch

22 date for the XR, right?

23    A.  Yes.

24    Q.  And it was -- the document that you saw

25 today was an exchange between you and Tony Blevins

1 about the MPS reductions, correct?

2       MR. KRAMER:  Objection as to form.

3       THE WITNESS:  The documents that you're

4 referring to -- we should look at the document.

5 Should we make sure we're talking about the same

6 document?

7 BY MR. WILLIAMS:

8    Q.  Well, are we -- the document you said that

9 you saw today was an e-mail exchange between you and

10 Tony Blevins, right?

11    A.  Yes.

12    Q.  And the subject matter of that document was

13 generally he felt that he had exposed himself, or

14 Jeff, to Intel when you and other people knew that

15 you were going to be making substantial production

16 line cuts, right?

17       MR. KRAMER:  Objection to form.

18       THE WITNESS:  That e-mail is feedback from

19 Tony to me saying while I've just seen the MPS cut

20 puts me in an embarrassing situation because up

21 until last week I was still chasing supply.

22 BY MR. WILLIAMS:

23    Q.  Right.

24    A.  He's asking, gee, are you sure you couldn't

25 have known this earlier.

1    Q.  Right.

2    A.  That's the e-mail exchange we're having.

3 And I'm responding to him saying, gee, what -- I

4 didn't know when you talked to Intel.  When did you

5 talk to Intel?  I wish I would have known that, if

6 you look at that exchange.

7       And he's saying it was on the 25th of

8 October, if I remember correctly.  Again, we could

9 look at the document just to make sure I'm not

10 misremembering.  I'm just looking at from what I

11 looked at an hour ago.

12       And then I'm saying, well, it's certainly

13 on the 26th when I look at the numbers, they were

14 less than what we planned.

15       Now, as we discussed, we changed the MPS a

16 week later, the weekend of the 1st, 2nd, 3rd of

17 November.  And so Tony's feedback is, gee, why

18 didn't you tell me on the 26th.

19       And I'm responding saying, okay, I'll take

20 that on the chin.  Maybe we could have done better.

21 But we weren't sure.

22    Q.  Well, the e-mail doesn't say all of that,

23 does it?

24    A.  No.  But I recall, after I saw the e-mail,

25 what happened.

1    Q.  Got it.  Hm-hmm.  And so when you told him

2 or you wrote to him that obviously the wheels fell

3 off on the 26th, you were referring to the poor XR

4 launch, weren't you?

5       MR. KRAMER:  Objection to form.

6       THE WITNESS:  I was referring to the

7 numbers that came in the day of launch.

8 BY MR. WILLIAMS:

9    Q.  Yeah.  Okay.

10    A.  And to be clear, we had an MPS -- if you

11 look at the numbers we looked at earlier, we had an

12 MPS north of 40,000 million, 4-0.  You remember, we

13 discussed the 11 million cut, and that got us to the

14 30 million.  So it must have been 41, just from the

15 document we reviewed a few hours ago.

16       And so Tony is saying, gee, you cut it by

17 11 million.  As we went through the process, and we

18 took the ranges down for XR, we realized we did need

19 a high case, but not as high as we had previously

20 planned.  And we adjusted it down.  And that is what

21 Tony took exception to.

22    Q.  Yeah.  And you said that, obviously we got

23 XR way wrong, right?

24       MR. KRAMER:  Objection to form.

25       THE WITNESS:  I believe the e-mail states

**Page 173..176**

**Donal Conroy**                                          **In re Apple Inc. Securities Litigation**

Page 177

1 that in my e-mail.  It might be -- just so we're all
2 not remembering it -- I'm remembering it --
3 BY MR. WILLIAMS:
4   **Q.  We'll get there.**
5   A.  -- it'll take about two minutes.  So I
6 think that's correct, but I'd like to see it to
7 confirm.
8   **Q.  Right.  I asked you how you felt when you**
9 **got the XR launch date updates.  Would you now agree**
10 **that the launch date updates generally were**
11 **depicting bad news?**
12      MR. KRAMER:  Objection to form.
13      THE WITNESS:  I would say that the launch
14 day updates were depicting that we were below plan
15 for day one.
16 BY MR. WILLIAMS:
17   **Q.  Well, how do you reconcile that with**
18 **simply -- withdrawn.**
19      **How do you reconcile simply being below**
20 **plan and the wheels falling off?**
21      MR. KRAMER:  Objection to form.
22      THE WITNESS:  I haven't reconciled them,
23 but I think the e-mail exchange between Tony and I
24 is me falling on the sword after I realize he's in a
25 bad place.

Page 178

1      So my choices there are Tony -- be
2 argumentative about this.  Tony, we did the best we
3 can.  We didn't know.  You should have told me about
4 your Intel meeting, or me falling on the sword.  I
5 chose to fall on the sword versus having an
6 antagonistic relationship with him.
7 BY MR. WILLIAMS:
8   **Q.  Sure.  I understand.  But falling on the**
9 **sword is basically saying, hey, it's, you know, I'll**
10 **take it on the chin, which is what you testified to**
11 **a couple minutes ago, right?**
12   A.  Yes.
13      MR. KRAMER:  Objection to form.
14 BY MR. WILLIAMS:
15   **Q.  Right.  And that's different than the fact**
16 **you were expressing or your feeling about the fact,**
17 **which was the wheels fell off, on the 26th, isn't**
18 **it?**
19   A.  Is it different?  Effectively, what I
20 intended by that is that it's clear we don't need to
21 protect a high case as high as that anymore.
22   **Q.  Okay.**
23   A.  And, you know, as we've been monitoring
24 data and we've been going through the guidance
25 ranges, we're realizing that there's a lower

Page 179

1 guidance range for this product.  And therefore, we
2 need time to adjust the buffered demand signal to
3 our supply chain.
4      As I mentioned before, we never had a
5 product that had a staggered launch with the lower
6 price.  So we didn't know, you know, as we're going
7 through this process, do we have enough data to make
8 a decision.
9      And eventually, up to a certain point we
10 made a decision.  And sort of all of that was the
11 cumulative effect of all the analysis we did that
12 drove us to take down the ranges for the guidance
13 process, which therefore told us, well, we don't
14 need to protect the high case as high as 41.  But
15 because we are not sure, let's protect the
16 significantly high case, which is what we did.
17      MR. WILLIAMS:  Okay.  Can you give me 25,
18 please, Lorenzo.  And 25, and mark it as -- I'm
19 sorry, as Conroy 18.
20      (Whereupon, Exhibit 18 was marked for
21 identification)
22 BY MR. WILLIAMS:
23   **Q.  Conroy 18 is Bates numbered 00284436**
24 **through 42.**
25      **Just take a look at the document and let me**

Page 180

1 know when you've had a chance to do so, please.
2   A.  Okay.
3   **Q.  Do you recognize the document?**
4   A.  Yes.  Counsel shared this with me in prep.
5   **Q.  Hm-hmm.  And is it fair to say that it's an**
6 **e-mail from you to Tim Cook, Luca Maestri and Jeff**
7 **Williams on or around September (sic) 27th?**
8   A.  Yes.
9   **Q.  And you copy Kevan Parekh, Rob McDowell,**
10 **Anuj Saigal, Saori Casey and Karen Starkweather?**
11   A.  Yes.
12   **Q.  And it is, I guess, your summary of what**
13 **you believe to be the likely and low guidance ranges**
14 **at least as of Friday night, October 26th.**
15      **Is that fair?**
16   A.  I don't -- looks like it's the Saturday
17 morning.
18   **Q.  Okay.  Sorry?**
19   A.  It's our proposal as to what we should
20 change the internal unit ranges to be.
21   **Q.  So you -- you wrote to him, it says, "Below**
22 **is a summary of our latest Likely and Low guidance**
23 **ranges we reviewed with Luca yesterday evening.**
24 **Deltas are compared to the P&L units reviewed with**
25 **you on Tuesday 10/16."**

**Page 177..180**

Donal Conroy                                           In re Apple Inc. Securities Litigation

Page 181

1        Do you see that?
2    A.  Yeah.  So what that says to me is we did
3 analysis that we reviewed with Luca on the evening
4 of Friday the 26th.
5    Q.  Right.
6    A.  And I'm sending Tim an e-mail looks like
7 Saturday morning summarizing that discussion.
8    Q.  Right.  And Friday the 26th was the XR
9 launch date, right?
10   A.  Yes.
11   Q.  Which did not go as well as hoped, correct?
12       MR. KRAMER:  Objection to form.
13       THE WITNESS:  Yes, which was lower than our
14 plan.
15 BY MR. WILLIAMS:
16   Q.  Yeah.  And you write with respect to
17 iPhone, you say the likely projection Sell In is
18 72.2 million, that's down five percent year over
19 year; unbrickings 68.7 million, down four percent
20 year over year; and Sell Through 70.3 million, down
21 four percent year over year.
22       Right?
23       MR. KRAMER:  Objection to form.  Shawn, you
24 misread the first number.
25       MR. WILLIAMS:  Did I?  I'm sorry, which

Page 182

1 numbers?
2        MR. KRAMER:  You said 72.2, and it's 73.2.
3 You can check your realtime.
4        MR. WILLIAMS:  Sorry.
5        MR. KRAMER:  No problem.
6        MR. WILLIAMS:  73.2.
7        THE WITNESS:  Yes, that's correct.
8 BY MR. WILLIAMS:
9    Q.  Right.  And you write "Sell In decreased by
10 3.1 million."  Why is that in bold?
11   A.  Because that's a relatively large change,
12 you know, a week from finalizing the forecasts, or
13 so.
14   Q.  And that decrease was driven by demand for
15 XR, right?
16   A.  Yes.
17   Q.  That was not just based on the day before's
18 data, was it?
19   A.  I think it -- no, I don't think it was only
20 solely based on the day before's data.  I think it
21 was now based on all the cum data we had, including
22 the day before.  Because we did it on the Friday,
23 including that day, I guess.
24   Q.  Got it.  So you go on to say the low Sell
25 In is 67.5 million, that's down 13 percent year over

Page 183

1 year; unbrickings are 63.5 million, down 11 percent
2 year over year; and Sell Through 65.2 million, down
3 11 percent year over year.
4        You add, "Sell In decreased by
5 7.1 million."
6        Do you see that?
7    A.  I do.
8    Q.  And did you bold that "Sell In decreased by
9 7.1 million" also because that was a large decrease?
10   A.  Yes.
11   Q.  And you continue "driven by N84, down
12 7.9 million," right?
13   A.  Yes.
14   Q.  And again, that was not based only on the
15 prior day's launch data, was it?
16   A.  Correct.  It was cum data.
17   Q.  Hm-hmm.  So you go on to write, "Obviously
18 these numbers are an extreme problem and mainly
19 hinge on XR performance."
20       Do you see that?
21   A.  Yes.
22   Q.  And what did you mean when you wrote that
23 it was an extreme problem?
24       MR. KRAMER:  Objection to form.
25       THE WITNESS:  Yeah.  My recollection, what

Page 184

1 I meant was this is a large adjustment to our
2 ranges, and it's a negative large adjustment.
3 BY MR. WILLIAMS:
4    Q.  Hm-hmm.  And then obviously it was, you
5 know, due to the XR demand, right?
6    A.  Yes.
7    Q.  Throughout the day when I've identified
8 areas where XR data seemed negative or bad news, you
9 testified that you didn't view the data as bad news
10 at all but rather just statements of fact, correct?
11       MR. KRAMER:  Objection to form.
12       THE WITNESS:  Yeah.  I believe you asked me
13 is -- you know, when we look at a data point, is it
14 good news or bad news.  And I responded that it was
15 a statement of fact, because what the real question
16 is, how we compare it to our plan.
17       And many of the data points you asked me
18 were, is this year over year performance good news
19 or bad news.  Which, you know, because of the
20 complexity of the year over year compare, I don't
21 think you can conclude from.
22 BY MR. WILLIAMS:
23   Q.  Hm-hmm.  So when did it become --
24 withdrawn.
25       When did the factors that we discussed

**Donal Conroy**                                                    **In re Apple Inc. Securities Litigation**

Page 185

1  earlier become an extreme problem?

2       MR. KRAMER:  Objection to form.

3       THE WITNESS:  I don't know the exact

4  moment, but there's a period in the process as we're

5  working through the process that we're analyzing the

6  data, and we get together and debate what it means

7  to the forecasts.

8       And so some time up to the 26th, and

9  including the data for the 26th, we got together and

10  looked at all the pieces of data that we had seen

11  and we concluded it made sense to reduce the

12  internal ranges.

13  BY MR. WILLIAMS:

14     Q.  Right.  But I understand that you concluded

15  that it made sense to reduce the ranges, but my

16  question was when did they become an extreme

17  problem?

18     A.  I guess when we -- when we decided to

19  reduce the range and say to Tim we thought this is

20  what the range of our iPhone business is.

21     Q.  All right.  Looking at the same page, you

22  see that first -- the first dash, it says, "Our

23  current range for the Xr based on early unbrickings

24  and historical trends is 10.7 million to

25  14.6 million.  We are currently assuming

Page 186

1  14.6 million in the low case (details in the first

2  chart below)."

3       Do you see that?

4     A.  I do.

5     Q.  You add "Reseller projection for

6  Friday/Saturday unbrickings is around 600,000 to

7  900,000," right?

8     A.  Yes.

9     Q.  You add, "This implies a range of

10  9.2 million to 13.2 million for Q1."

11       Do you see that?

12     A.  Yes.

13     Q.  Why were you assuming 14.6 million in the

14  low case when resellers were providing you

15  information that implied a range of 9.2 million to

16  13.2 million with their low being 9.2?

17     A.  Yeah.  To be clear, resellers weren't

18  providing us with a range.  We were looking at the

19  day's activity for resellers and extrapolating based

20  on that.  It wasn't a number we got from resellers.

21     Q.  Right.  I think I said, and I think you

22  wrote, it implies a range of 9.2 as the low.

23     A.  Correct.

24     Q.  Why were you using 14.6 as the low?

25     A.  Because of the discussion that we didn't

Page 187

1  believe that extrap'ing from the day one, day two

2  numbers for the whole quarter for this device will

3  give the right answer.  Because we believed it would

4  have a different curve to history and would grow

5  over time.

6       And we expected it to be very strong on

7  promotions, 11/11 in China, other things.

8       But the net of it is, what I was

9  highlighting is, we've picked 14.6, but if you

10  mechanically extrapolated and blindly extrapolated

11  it would give you the following numbers.  And in our

12  judgment we think 14.6 is the right thing to use for

13  our further discussion.

14     Q.  That turned out to be wrong in the end,

15  right?

16       MR. KRAMER:  Objection to form.

17       THE WITNESS:  I can't recall what the final

18  number was --

19  BY MR. WILLIAMS:

20     Q.  Okay.

21     A.  -- for iPhone XR unbricks in compared to

22  that 14.6 number.  But I do believe it was lower

23  than the 14.6.

24     Q.  Going to the Bates ending 00284439.

25     A.  Yep.

Page 188

1     Q.  Can you tell me what this document is?

2     A.  Yes.  Let me absorb it for one second.  Let

3  me look at it more detailed to answer your

4  questions.

5       Okay.  What it's doing is attempting to put

6  some of the data we had at the time for XR and some

7  of the methods we were using to calculate what

8  demand would be for the quarter on a piece of paper.

9     Q.  Hm-hmm.  In the "Current Range Projection,"

10  in that shaded area, you have 5.8 million to

11  22.7 million range.  What is that referring to?

12     A.  The way I read the document is you're

13  looking at row 14?

14     Q.  Correct.

15     A.  Yeah.  Row 14 is saying, if you blindly

16  take the Apple online store pre-orders and apply --

17  extrapolate the demand based on the demand curve for

18  the iPhone 5c, you -- it gives you a range of 5.8 to

19  22.7.

20     Q.  With 5.8 being the low?

21     A.  Yes.

22     Q.  What was the thinking behind providing that

23  particular range?

24       What was the Apple online store's metrics?

25       What was the value of providing a range

**extrapolating from the Apple online store?**
MR. KRAMER: Shawn, I'm sorry. There were three questions, Shawn.
MR. WILLIAMS: Withdrawn. I'm sorry.
MR. KRAMER: Thank you. I just want to make sure it's clear what he's answering.
THE WITNESS: Do you mind repeating the final question?
MR. KRAMER: He might want to ask you a different question.
BY MR. WILLIAMS:
**Q. What was the value of providing a range extrapolated from the Apple online store?**
A. Obviously we have partial pieces of data and we were trying to use the data we had to do various versions of what that might mean to demand.
This was one input saying, okay, we know -- by the end of the day on the 26th, we know the cum Apple online store orders we've gotten since the 19th. That's a matter of fact at that point in time.
And so one version of demand, you could take that and say what's the traditional relationship of the first week of online orders for the total all channel demand to the end of quarter.

It's just a fact to gather an input, a method.
**Q. And the pre-orders from the Apple online store were pretty low for the XR, weren't they?**
MR. KRAMER: Objection to form.
THE WITNESS: Yes. They were lower than planned.
BY MR. WILLIAMS:
**Q. Yeah. And so these ranges of 5.8 or 5.2 million to 20 or 22 million extrapolating from the Apple online store were very wide.**
**Is that fair to say?**
A. Correct.
**Q. Were they useful for your analysis?**
A. They were items that the team worked on for us to debate and conclude -- we obviously concluded that the 5.8 did not make sense.
**Q. Okay. So going down to the 14.6 million, line 19, referring to "All Channel Projection (high)."**
**Do you see that?**
A. Row 19, yes.
**Q. What is "All Channel Projection (high)"?**
A. I'm not certain when I read this document, but it's obviously a forecast. It's got two asterisks on it.

I'm trying to connect where the two asterisks are. It's got two asterisks beside it. I'm trying to see if there's a note on the bottom to explain it, but I actually don't see it.
But obviously, it's in the e-mail, in the body that I sent Tim, if we could go back to that. I think I refer to this 10.7 to 14.6 million range.
**Q. Hm-hmm.**
A. And we're using 14.6 in the low. And so maybe if we go back to it, maybe it explains the logic of the 14.6. I can't quite see here what the logic of the 14.6 is on this page.
**Q. So you're using -- withdrawn.**
**If you go back to Bates ending 4436, you're using 14.6 million as the high end of the range there, right?**
A. Yeah. I believe it's the same point we talked about earlier. The dash that says, "Our current range for Xr based on the early unbricks and historical trends is 10.7 to 14.6."
And so that was based on some mechanical extrap. I can't quite see in the document below what the, you know, mechanical method was. Was it using a curve? Was it using some prior product? How was it extrap'ing? But it was extrap'ing that

range of 10.7 to 14.6.
We, obviously, what we were proposing to Tim is based on the fact that we think this is a late adopting product, 14.6 was the low end. And that's the judgment we were proposing.
**Q. But that was the all channel projection high?**
A. In the extrap it was the all channel projection of the high mathematically.
**Q. Right. And you were treating it as the low?**
A. Yes. Because we didn't believe that mechanically extrap'ing the day one results, the very early results, was the way to predict the performance of this product.
**Q. But isn't it true that you weren't doing this analysis just based on the day one results?**
A. The cum results up to the day one of the launch on the 26th.
**Q. So not just the day one results you were referring to or using to come up with your sort of analysis?**
A. Let me say it again. We had this early data indicators. We had the online orders started on the 19th and we had the one on-shelf day on the

**Donal Conroy**                                         **In re Apple Inc. Securities Litigation**

Page 193

1  26th. We had feedback from resellers on the orders,
2  which gave a bigger number, their min BOB SIF was
3  over 22 million or something.
4        And so it was basically extrap'd from very
5  early results.
6        **Q.  You had data from resellers for their**
7  **orders too on the 19th, right?**
8        A.  Correct. The point I'm making is we had
9  very pre-order -- early pre-order data and one day
10 of on-shelf data. That's what we had.
11       And we were using various mechanisms to try
12 to extrap -- extrapolate that to what that means to
13 demand for the whole quarter.
14       **Q.  And you also had some anecdotal data coming**
15 **from resellers and partners, too, right?**
16       A.  Yes. Absolutely. We had -- we have the
17 reseller orders, we have anecdotal commentary we
18 have from partners and we have this early, early
19 data.
20       **Q.  And you had some of the orders that were**
21 **placed by resellers that you were internally**
22 **discussing as early as October 9th?**
23       A.  Yes.
24       MR. KRAMER:  Objection to form.
25       THE WITNESS:  Maybe to clarify so we don't

Page 194

1  go around on this.
2        The sentence above, "We have looked at AOS
3  Pre-Orders, ReSeller Pre Orders, Min Bob Sif, and
4  early all channel Unbricks on velocity -- and
5  velocity. In addition we have looked at N, N-1 as a
6  combination."
7        And so the data we were looking at was AOS
8  pre-orders, reseller pre-orders, min BOB SIF and
9  early all channel unbricks and velocity.
10       That's the data we had.
11 BY MR. WILLIAMS:
12       **Q.  Well, that's the data that you're referring**
13 **to, but we just talked about the anecdotal data as**
14 **well that you had?**
15       A.  Yes, we had anecdotal data.
16       **Q.  So -- go ahead.**
17       A.  The point, what I'm saying is, the team
18 mathematically takes that data -- some of the
19 mathematical data, not the anecdotal data -- and
20 created an extrapolation.
21       **Q.  I got it.**
22       A.  We didn't believe that that extrapolation,
23 even given the low end range, the numbers you're
24 quoting here, we didn't believe that that was
25 correct.

Page 195

1        We believed the product would do really
2  well in promotion moments, and would do really well
3  when more people saw it, and it would be a slower
4  burn rather than early burn.
5        That's what we thought.
6        **Q.  Okay. On line 20 then, Bates ending 4439,**
7  **that 10.7 million was "All Channel Projection**
8  **(Low)."**
9        **Do you see that?**
10       A.  I do.
11       **Q.  And what did that mean?**
12       A.  Again, it ties to the comments above in the
13 body of the e-mail that we had done some
14 extrapolation, I can't quite see here what the math
15 was based on, but we had done some extrapolation to
16 say that there was a case that said the total
17 unbricks all channels would be 10.7 for the quarter.
18       **Q.  Hm-hmm.**
19       A.  Again, just to follow last point, we didn't
20 believe that was correct at that date.
21       **Q.  So how does that -- well, going down**
22 **further to lines 92 and 93.**
23       A.  Yeah. Let me see if I can figure out what
24 that is. I'm not certain -- I certainly don't
25 recollect, but I'm trying to study it to see if I

Page 196

1  can figure it out.
2        But -- yeah, I'm not sure, but -- yeah, I'm
3  not certain. I don't recall how the numbers in 92,
4  93 tie to ranges, obviously.
5        **Q.  If you go -- sorry.**
6        A.  Sorry. There's a 14,567 number under seven
7  percent, I'm unclear if that is the same number that
8  equates from the 14.6 rounded in row 19.
9        And obviously, there's a 10,658, which
10 seems to round to the 10.7.
11       **Q.  Okay.**
12       A.  Sorry. I'm a bit foggy, but it looks like
13 it's explaining the mathematics of the extrap that
14 gets you to 10.7 and the 14.6 as best I can tell.
15       **Q.  And the "NPI" is new product introduction,**
16 **right?**
17       A.  Yes.
18       **Q.  What is the "BAU"?**
19       A.  BAU is business as usual, so it would
20 really stand for all other products, non-NPI.
21       MR. WILLIAMS:  Okay. This might be a good
22 time for a ten-minute break. Is that okay?
23       MR. KRAMER:  Yep, that's great. Donal,
24 take a little break.
25       MR. WILLIAMS:  And Lorenzo, when we come

Donal Conroy                                    In re Apple Inc. Securities Litigation

Page 197

1 back, can you give us the record time, please.
2      APTUS VIDEO TECHNICIAN:  Yeah.  The time is
3 2:14.  We're off the record.
4      (Recess taken)
5      APTUS VIDEO TECHNICIAN:  The time is 3:26.
6 We're back on the record.
7      MR. WILLIAMS:  Welcome back, Mr. Conroy.
8      Lorenzo, can you bring up my 32, please,
9 and mark it as Conroy 19.
10      (Whereupon, Exhibit 19 was marked for
11          identification)
12 BY MR. WILLIAMS:
13      Q.  Conroy 19 is Bates numbered 00369490
14 through 69495.
15      Mr. Conroy, just take a look at the
16 document and let me know when you've had a chance to
17 do so.
18      A.  Okay.
19      Q.  Do you recognize the document?
20      A.  I don't think it's one we looked at in
21 prep, so just refamiliarizing myself as I read it.
22      Q.  Okay.  Is it fair to say that it's an
23 e-mail from Rachel Yong to you, Anish Patel, and a
24 number of other people on your team?
25      A.  Yes, it is.

Page 198

1      Q.  It's dated October 28, 2018, right?
2      A.  Yes.
3      Q.  That's two days after the N84 launch,
4 correct?
5      A.  Yes.
6      Q.  And the subject of the e-mail is "N84
7 PAC/GC," which is Greater China, I assume, "weekend
8 update," right?
9      A.  Yes.
10      Q.  And so it's fair to say that this entire
11 e-mail is about how the N84 is doing in Greater
12 China and PAC, right?
13      A.  I think that's correct, yes.
14      Q.  Did you and your team generate an N84
15 weekend update for any other worldwide region on the
16 weekend of, you know, September 27th and 28th?
17      MR. KRAMER:  Objection to form.
18      THE WITNESS:  I don't know.
19 BY MR. WILLIAMS:
20      Q.  You haven't seen one for the United States,
21 have you?
22      MR. KRAMER:  Objection to form.
23      THE WITNESS:  I don't know if I saw one at
24 the time.
25 ///

Page 199

1 BY MR. WILLIAMS:
2      Q.  You haven't seen one in your preparation,
3 right?
4      MR. KRAMER:  Let me object.  Instruct you
5 not to answer in terms of materials you may or may
6 not be shown by counsel.
7 BY MR. WILLIAMS:
8      Q.  Withdrawn.
9      You haven't seen one in the last, you know,
10 several months, have you?
11      A.  I don't believe so.
12      Q.  Have you seen one for the Middle East and
13 Africa in the last few months?
14      A.  I don't believe so.
15      Q.  And I'm referring to a weekend update for
16 the N84 launch in 2018.
17      A.  Yes, I understand.  I don't believe I've
18 seen that in the last few months.
19      Q.  Yeah.  Do you know why Rachel Yong prepared
20 this update that's reflected in Conroy 19?
21      A.  I don't know --
22      MR. KRAMER:  Objection to form.
23      THE WITNESS:  Yeah, I don't know why
24 specifically, other than it's not unusual to give
25 further updates as we proceed through the launch

Page 200

1 from my teams.
2 BY MR. WILLIAMS:
3      Q.  Is it fair to say that PAC and Greater
4 China was a very important region for the N84
5 launch?
6      MR. KRAMER:  Objection to form.
7      THE WITNESS:  I think that PAC and China
8 were as important as the other regions, as we
9 discussed previously.
10 BY MR. WILLIAMS:
11      Q.  Hm-hmm.  Would you say that it was more
12 important than any other region?
13      MR. KRAMER:  Objection as to form.
14      THE WITNESS:  No, I don't have that point
15 of view.
16 BY MR. WILLIAMS:
17      Q.  So would you say that the launch of N84 in
18 China was no more important than any other region in
19 the world?
20      MR. KRAMER:  Objection to form.
21      THE WITNESS:  Yeah, I suppose we should
22 talk about what you mean by important.
23      You know, China is a region that's got a
24 portion of Apple's demand, and it's not the majority
25 of Apple's demand.  There are other regions that are

Donal Conroy                                                    In re Apple Inc. Securities Litigation

Page 201

1  bigger.  But it is a region that has a portion of
2  demand that we care about.
3  BY MR. WILLIAMS:
4      **Q.  So I guess, you know, I think my question**
5  **was a yes or no question, which was, is it your view**
6  **that the launch of N84 impact in Greater China was**
7  **no more important than any other region in the**
8  **world?**
9      MR. KRAMER:  Objection to form.
10      THE WITNESS:  Again, you're asking
11  important from a customer point of view, a financial
12  point of view?
13  BY MR. WILLIAMS:
14      **Q.  Well, let's start there.  So from a revenue**
15  **point of view, number one.**
16      A.  Yeah, I don't think it was -- for a revenue
17  contribution point of view, there are other regions
18  that contribute more.  There are regions that
19  contribute less.
20      And so that's how I think about N84 in, you
21  know, PAC/GC from a launch perspective.
22      **Q.  So you're not saying that the launch in**
23  **Greater China was not any more important than any**
24  **other region?**
25      MR. KRAMER:  Objection to form.

Page 202

1      THE WITNESS:  I'll try to repeat what I am
2  saying versus what I'm not saying because I didn't
3  quite follow the double negative.
4      But what I am saying is, it's a region
5  that's a portion of our mix that we care about.
6  There are regions that are bigger.  There are
7  regions that are smaller.
8      And so it -- you know, from a revenue point
9  of view, that's where it ranks in importance.
10  BY MR. WILLIAMS:
11      **Q.  Okay.  What about from a market share**
12  **growth level of importance?**
13      MR. KRAMER:  Same objection.  Object to
14  form.
15      THE WITNESS:  From a market -- the question
16  is from a market share growth perspective, do I --
17  do we -- do I think -- in my opinion, is GC impact
18  more importance than other regions.  Is that the
19  question, just to confirm?
20  BY MR. WILLIAMS:
21      **Q.  Yeah.  Do you believe that, from a market**
22  **share perspective, that there are no regions that**
23  **were more important than Greater China?**
24      MR. KRAMER:  Objection to the form.
25      THE WITNESS:  Yeah.  I think it's a similar

Page 203

1  answer as the way I think about -- you know, the way
2  I think about things is, it is one of our, you know,
3  emerging markets from a growth perspective.  It's
4  one of the bigger ones, but it's not the biggest or
5  the biggest from a market share.
6      And so from my lens, it sort of gets the
7  relative importance of its size to us.
8  BY MR. WILLIAMS:
9      **Q.  Isn't it true that Greater China is -- it**
10  **generates, you know, around 20 percent of Apple's**
11  **revenue on an annual basis?**
12      A.  Greater China, I think that range is right.
13  I'm not exactly certain.  It sounds in the ballpark
14  to me, but I don't know the absolute number.
15      **Q.  And would you say that Greater China is the**
16  **second or third most revenue generating region for**
17  **Apple?**
18      A.  That does sound correct to me.
19      **Q.  Hm-hmm.**
20      A.  I have to look at the more recent data, but
21  yes, I think that sounds about right.
22      **Q.  And is it still your view that the N84**
23  **launch in China was as important as it was in any**
24  **other region in the world?**
25      MR. KRAMER:  Objection to form.

Page 204

1      THE WITNESS:  Again, I'm clearly not
2  answering your question because you keep asking it,
3  so I think about in terms of that's one of our top
4  markets, it's not the top market, and it should get,
5  you know, the relative importance of being one of
6  our top markets.  The number one, no.
7  BY MR. WILLIAMS:
8      **Q.  It's number three.**
9      A.  Yes.
10      **Q.  Right?**
11      A.  I think that's right.  Again, I haven't
12  looked at the data more recently, but it sounds
13  about right.
14      **Q.  Okay.  So Ms. Yong writes to you and the**
15  **worldwide team, "Please see below update on N84**
16  **weekend launch.  We are focusing on GC," Greater**
17  **China, "today and will follow up with other**
18  **countries tomorrow."**
19      **Do you see that?**
20      A.  Yes.
21      **Q.  And she adds some "Key Callouts."  With the**
22  **second bullet point she writes, "We have adjusted**
23  **our JST assumption using iPhone 8/8+ curve,**
24  **unadjusted for launch timing i.e. curve starting FY**
25  **18 October Week 5 as we believe N84 may not exhibit**

Donal Conroy

In re Apple Inc. Securities Litigation

Page 205

1 a typical launch curve decay due to soft velocity
2 over the weekend."
3     Do you see that?
4     A. I do.
5     Q. What is "JST" assumption?
6     A. Judged Sell Through.
7     Q. What does that mean?
8     A. It's another term used to refer to a demand
9 prediction.
10     Q. Okay.
11     A. And what Rachel is saying is, hey, we've
12 been thinking about what we're seeing and here's our
13 vote as to what we think might be happening and what
14 it may mean to the forecasts.
15     Q. So for China, in the next bullet point, she
16 writes, "China Q1 JST is adjusted down from
17 4.9 million to 2.7 million."
18     Do you see that?
19     A. I do.
20     Q. That's, what, about 45 percent, a
21 45 percent reduction?
22     A. Sounds about right.  2.7, 4.9, yeah, sounds
23 about right.  That's 45 percent, yes.
24     Q. And what is "WOS," do you know?
25     A. I do.  It's weeks of supply, yeah.

Page 206

1     Q. And if you go to Bates ending 491, which is
2 the next page, at the top she writes, "Current
3 Sunday unbricking is trending closer towards
4 negative 20 percent scenario which will end the
5 channel at 8 weeks of supply but need to monitor 256
6 gigabyte demand."
7     Do you see that?
8     A. I do.
9     Q. Is eight weeks of supply considered more
10 than ideal?
11     MR. KRAMER:  Objection to form.
12     THE WITNESS:  Yeah, I think in China -- you
13 know, you can see the expression she's using is
14 "TWS," which is target weeks of supply.
15     And I think what she's saying is the eight
16 weeks would mean we're plus two to target weeks of
17 supply for the 64 gig and the 128 gig SKUs, but five
18 weeks above the target weeks of supply for the 256
19 gig SKU.
20 BY MR. WILLIAMS:
21     Q. Right.  And --
22     A. What's unclear is, does she mean it will
23 end the weekend -- it will end this weekend?  It
24 will end the quarter?  I think it's a little foggy
25 what period she's referring to in that.

Page 207

1     She's obviously saying the current Sunday
2 unbrick is trending close to negative 20, which will
3 end the channel.
4     It's unclear, does she mean it will end the
5 channel at the end of Sunday?  It's a little foggy
6 I'm unclear.
7     Q. Okay.  Plus five weeks of supply is not
8 good, is it?
9     MR. KRAMER:  Objection to form.
10     THE WITNESS:  That would be longer than we
11 normally manage the channel to.
12 BY MR. WILLIAMS:
13     Q. Got it.  Going to the next or the, I guess,
14 the second bullet point on the page, she writes,
15 "Our supply plan for week 5 is 397,000 above MBS at
16 the MPN level mainly in Greater China.  395,000
17 China," in a parenthetical, "(China 336k/HK," which
18 I'm assuming is Hong Kong, "at 53k and TW," which is
19 Taiwan, "at 5K) which may present ship clean
20 challenges."
21     Do you see that?
22     A. I do.
23     Q. And so what she's saying there is that
24 there's a chance that you or Apple may be shipping
25 product that may not sell through, correct?

Page 208

1     A. No.
2     MR. KRAMER:  Objection to form.
3 BY MR. WILLIAMS:
4     Q. What does that mean?
5     A. No, that's not correct.  What she's saying
6 is our plan to supply that we had created is now in
7 excess of the min BOB SIF, effectively the orders
8 that we have shipped.  And therefore, we will not be
9 able to ship it unless we get more orders.
10     Q. Correct.  Okay.  Thank you.
11     A. It's not saying we're going to ship -- you
12 know, what you described is the opposite.  And
13 that's what she's saying.
14     Q. Okay.
15     A. Yeah.
16     Q. So do you see the next section which she
17 bolds?
18     A. Yes, I do.
19     Q. She writes, "We are unable to remix into
20 places where we have mBS due to hard indicative
21 constraints on MLB, NAND and color."
22     Do you see that?
23     A. I do.
24     Q. What does that mean?
25     A. What she's saying is, there are places

**Donal Conroy**                                        In re Apple Inc. Securities Litigation

Page 209

1  where we do have orders, min BOB SIF, but we
2  actually don't have the right configuration of that
3  supply at this moment in time.
4  **Q.  Okay.**
5      A.  And the configurations could be the MLB is
6  the board, the NAND is the 64 gig, 124, and color is
7  obviously the color of the product.
8  **Q.  Thanks.  So she adds, "We will work with**
9  **sales/partners to pull in mBS from future weeks but**
10 **may need to assess risk given the latest partner**
11 **feedback on soft demand/escalation to stop shipment**
12 **and partners will consider not accepting shipment**
13 **and hold payment to future shipment if we continue**
14 **to ship."**
15     **Do you see that?**
16     A.  I do.
17 **Q.  And you knew at the time that there were**
18 **some partners in Greater China which were**
19 **experiencing soft demand, right?**
20     A.  When you say --
21     MR. KRAMER:  Objection to form.
22     THE WITNESS:  Let me make sure I understand
23 the question.  I knew at the time, the day I got
24 this e-mail from Rachel?
25 ///

Page 210

1  BY MR. WILLIAMS:
2  **Q.  Yeah.**
3      A.  Yes.  At that point in time, I would have
4  been armed with the report we had on the day of
5  launch that the numbers were disappointing relative
6  to our plan.
7  **Q.  And some of those partners had asked Apple**
8  **to stop shipments, right?**
9      A.  Yeah, I don't recall if I knew that as the
10 result of this e-mail from Rachel on the 28th or I
11 had known that before I got this e-mail.
12 **Q.  But as of this day, as of the time you got**
13 **this e-mail, you would have known it, correct?**
14     MR. KRAMER:  Objection to form.
15     THE WITNESS:  Yes.  I think so.  I assume I
16 read it the same day.  You know, I don't recall
17 exactly.  But certainly in this e-mail she's calling
18 that out.
19 BY MR. WILLIAMS:
20 **Q.  Right.  And some partners were indicating**
21 **that they may withhold payment if Apple continued to**
22 **ship these iPhones, correct, particularly the N84?**
23     A.  Yeah, I think the context is, at the time
24 we were nervous about the partners looking at the
25 very early numbers and not assuming that this thing

Page 211

1  could have an increased demand over time.
2      We were also very keen that they bought
3  enough so that we had enough supply to test the
4  11/11 promotion, which is a big buying period in
5  China.
6      And so we were trying to have a discussion
7  with the partners and say, hey, we understand your
8  feedback of the early numbers, but we're not sure
9  what this means.  We think we should continue to
10 ship to test demand.  And they are responding here,
11 Rachel is communicating they are not accepting that.
12 **Q.  Right.  So if you go two more pages in**
13 **Bates ending 493.**
14     A.  Yes.
15 **Q.  You see the fourth bullet point down?**
16     A.  I do.  Sorry, the fourth.  I do see it,
17 yes.
18 **Q.  If you look at the previous page, this**
19 **section that she's writing about is with regard to**
20 **China, right?**
21     A.  It is.  Let me make sure I get the full of
22 the document.  One second.
23 **Q.  Okay.**
24     A.  Okay.  Yes.
25 **Q.  Right.  And she writes, "Since we are**

Page 212

1  **currently holding shipments for China pending**
2  **further discussion with Sales, we expect**
3  **approximately 200,000 to 250,000 supply at OEM not**
4  **shipping clean on Monday."**
5      **Do you see that?**
6      A.  I do.
7  **Q.  All right.  So at that point, the company**
8  **was already withholding shipment for -- scheduled to**
9  **go to Chinese resellers, right?**
10     A.  That seems to be what Rachel is referring
11 to.  I assume she's correct.  I don't know.
12 **Q.  What is the significance of the street**
13 **price in China?**
14     A.  You know, I'm not the expert in that, but I
15 can give you the level that I understand it at,
16 which is -- you know, I don't think I would declare
17 myself to be expert.  But the China market has a
18 series of various steps of resellers, resellers, you
19 know, sell to resellers who sell to resellers.
20     And at times, based on their supply and
21 demand situation, if supply is low and demand is
22 high, they increase the street price to the
23 consumers.
24     And so it's a very elastic market.  It
25 moves in supply and demand very fast.

**Page 209..212**

Donal Conroy                                    In re Apple Inc. Securities Litigation

Page 213

1    Q.  So based on your understanding, when
2  there's a decline in street price, it probably
3  indicates a decline or weaker demand?
4      A.  It indicates -- no, it's more the
5  relationship of supply to demand versus whether it's
6  weak or not.
7       You know, demand can be really strong, but
8  if you 50 times it in supply, you could have a
9  street price reduction.
10     Q.  Right.  So it means -- it's more likely to
11  mean that there's more supply at that time than
12  demand?
13     A.  Correct.  That's a fine interpretation of
14  it.
15       MR. WILLIAMS:  Lorenzo, can you bring up my
16  33, please, and mark it as Conroy 20.
17       (Whereupon, Exhibit 20 was marked for
18       identification.)
19  BY MR. WILLIAMS:
20     Q.  Conroy 20 is Bates number 00499582 through
21  584.
22       Let me know when you've had a chance to
23  look at the document.
24     A.  Okay.
25     Q.  Is it fair to say that Conroy 20 is an

Page 214

1  e-mail from Anna Matthiasson to you, Deepak Govil --
2  and Deepak Govil?
3     A.  Yes.
4     Q.  And it's dated Sunday, October 28, 2018?
5     A.  Yes.
6     Q.  And the subject line is "High Level N84
7  Ship Clean Input," correct?
8     A.  Yeah.  It looks like there's a typo, but
9  N84 ship clean.
10     Q.  Who is Anna Matthiasson?
11     A.  Anna Matthiasson at the time worked for me
12  and was the leader of the Ops team for PAC,
13  including GC.
14     Q.  And is it fair to say this e-mail is sort
15  of an additional description of what was currently
16  happening with the negotiations or demand from China
17  partners on or around this time?
18     A.  Yes.
19     Q.  And she writes you, it says, "Donal, Please
20  see below update.  We will regroup in the afternoon
21  with new JST assumption.  Brian's team is working
22  under the same assumptions as Friday.  If we take
23  the worst case scenario for week 5, with China and
24  Hong Kong not taking any of their discrete supply,
25  using our current understanding of supply,

Page 215

1  718,000 units would not ship clean."
2       Do you see that?
3     A.  I do.
4     Q.  And that would be a significant concern,
5  wouldn't it?
6       MR. KRAMER:  Objection to form.
7       THE WITNESS:  I remember being disappointed
8  about that for one major reason, that I had asked
9  the factory folks to work overtime to build China
10  units prior to getting this feedback from the
11  partners.
12  BY MR. WILLIAMS:
13     Q.  Hm-hmm.
14     A.  And when I got this feedback, I realized
15  this is going to be a challenge.  I'm going to have
16  to tell them, hey, I've asked you to work overtime
17  and now our reseller partners do not want the
18  supply.  That's the reaction I remember at the time.
19     Q.  And these were just the Chinese partners,
20  right?
21     A.  This e-mail is referring to Chinese -- to
22  China and Hong Kong partners.
23     Q.  Right.  And were other partners in other
24  parts of the world not taking shipments or asking
25  not to sell -- I'm sorry, asking not to ship the

Page 216

1  N84?
2       MR. KRAMER:  Objection to form.
3       THE WITNESS:  I am not sure if we got
4  similar requests for the other regions -- from the
5  other regions.
6  BY MR. WILLIAMS:
7     Q.  Just can you turn to the next page, Bates
8  ending 583.
9     A.  583, yes.
10     Q.  You see where it says "Current execution
11  status"?
12     A.  Yes.
13     Q.  It looks like Ms. Matthiasson writes, "We
14  continue to ship to all non-GC countries, week 5
15  plan."
16     A.  I do.  I see that.
17     Q.  So does that suggest that, you know, other
18  non-GC countries were not asking to stop shipments?
19     A.  This is a PAC document only, so Anna would
20  have no idea what's going on in the rest of the
21  world.
22     Q.  Okay.
23     A.  So she confirmed what was happening PAC
24  non-GC.
25     Q.  Okay.  Got it.  Thank you.

Page 213..216

Donal Conroy                                    In re Apple Inc. Securities Litigation

Page 217

1        So going back to the prior page, in the
2   middle of the page she provides you with the "China
3   Partner feedback."
4        Do you see that?
5        A.  I do.
6        Q.  Can you read that first dash for me,
7   please?
8        A.  Yep.  "- China Mobile:  CM sent second
9   installation this morning to request stop shipment
10  as we shipped 254k versus week 5 241k ship plan.
11  Partner told us due to software demand and decline
12  in market price, they are not able to further
13  replenish to T2 partners.  Partner explicitly said
14  if Apple cannot keep our practice to maintain
15  healthy channel inventory, CM will consider hold
16  payment to future shipment."
17       Q.  And China Mobile, they -- they have about
18  900 million subscribers.  Does that sound right to
19  you?
20       A.  I don't know.
21       Q.  Okay.  Can you read the next dash for me,
22  please.
23       A.  Yes.  "- China Unicom:  CU sent escalation
24  on Friday stating that we have shipped 171k versus
25  week 4 127k ship plan and they already had challenge

Page 218

1   to replenish 55k XR DC inventory into T2.  CU also
2   mentioned if we continue to ship, they will consider
3   not accepting shipment and hold future payment."
4        Q.  And why don't you just read the next dash
5   with respect to China Telecom, please.
6        A.  Yep.  "- China Telecom:  Currently partner
7   only has 79k min BOB SIF.  After launch weekend, CT
8   told us they need to observe demand trend for
9   another two weeks before increasing min BOB SIF."
10       Q.  Right.  You received this e-mail and the
11  correspondence from Li Ann -- Li Yeong Ann and --
12  well, just Li Yeong Ann that was below, right, on
13  583 to 584?
14       A.  I'm not certain.  But I think that's a
15  forward in the e-mail to me from Anna.
16       Q.  Hm-hmm.
17       A.  I think I only received the e-mail from
18  Anna, but in the body of her e-mail, I think she's
19  forwarding communication with her team.
20       Q.  Right.
21       A.  I think that's how I read this flow here.
22           Actually, to be clear, I'm not sure if
23  Li -- Yeong Ann Li, is that who you are referring to
24  from --
25       Q.  Yes.  Yes.

Page 219

1        A.  I'm not sure if at the time she was in
2   Anna's team or was on the sales team at Apple in
3   China.
4        Q.  Right.
5        A.  She's forwarding some communication about
6   this discussion.
7        Q.  Right.  Well, Anna Matthiasson, she writes,
8   "Please see update below."  That's the first line of
9   her e-mail.
10           And then if you go to the next page, she's
11  forwarding what's referred to as the latest update
12  from Li Yeong -- Ann Yeong Li, right?
13       MR. KRAMER:  Objection to form.
14       THE WITNESS:  You're correct.  She's saying
15  please see update -- please see below update.  I
16  don't know if she meant the details of the e-mail
17  she's forwarding or the bullet points 1 and 2 that
18  we just discussed, and 3, that she has in the body
19  of the e-mail that she has summarized.
20  BY MR. WILLIAMS:
21       Q.  Okay.  Is this information concerning your,
22  the partners in China, information that you would
23  have reported to Jeff Williams and Tim Cook?
24       MR. KRAMER:  Objection to form.
25       THE WITNESS:  I don't know if we discussed

Page 220

1   this particular topic with Jeff and Tim.
2   BY MR. WILLIAMS:
3        Q.  Would you have withheld this information
4   from either of them?
5        MR. KRAMER:  Objection to form.
6        THE WITNESS:  Again, I wouldn't have
7   specifically withheld it, but we would have talked
8   to them about the Sell In forecast that we were
9   assuming for GC when we closed guidance.
10           And I don't know if we in particular talked
11  about this issue of them not wanting to ship the
12  week five ship plan or we talked about here's what
13  we think the new forecast for the Sell In for China
14  is for the rest of the quarter.  That's what I don't
15  recall.
16           The people I was more likely to talk to
17  this about were the people who ran the factory,
18  because I would have had to -- you know, I don't
19  know what we finally concluded about what we agreed
20  to ship and what the partners agreed to accept, but
21  assuming it was less than our ship plan, I would
22  have updated them to give them a heads up that we
23  would not be shipping all the units they built.
24       MR. WILLIAMS:  Lorenzo, can you give me my
25  34, please.  34 is Bates number 00429832 through

**Donal Conroy**                                                  **In re Apple Inc. Securities Litigation**

Page 221

1  9835.

2        (Whereupon, Exhibit 21 was marked for

3        identification)

4        THE WITNESS:  Okay.

5  BY MR. WILLIAMS:

6        Q.  Do you recognize what's been marked as --

7        MR. WILLIAMS:  We're on 21, Lorenzo?

8        APTUS VIDEO TECHNICIAN:  Yeah, 21.

9  BY MR. WILLIAMS:

10       Q.  Do you recognize what's been marked as

11  Conroy 21?

12       A.  I don't recall it.  After reading it, it

13  looks like a further launch update that my team sent

14  out to some of the executives on the 28th of

15  October.

16       Q.  Right.  And it's related to primarily the

17  iPhone XR?

18       A.  It looks like most of the data is XR, but

19  it's actually covering XR, and XS and XS Max as

20  well.

21       Q.  And this is if you -- would you go to Bates

22  ending 834 and 835, please.

23       A.  Yes.

24       Q.  Are those just attachments to the e-mail?

25       A.  Yes.  They are probably pasted in the body

Page 222

1  of the e-mail, but -- you know, the image is pasted

2  to the body of the e-mail, I think.

3        Q.  Oh, okay.  This was just data that was

4  regularly provided by your team to provide input to

5  this -- the group to whom it's sent?

6        MR. KRAMER:  Objection to form.

7        THE WITNESS:  Yes.  I think this is the

8  same table formats we reviewed for an earlier launch

9  update.  So it's just the same format updated to --

10  I guess it's the data as of end of day Sunday, the

11  28th, I think.

12  BY MR. WILLIAMS:

13       Q.  Right.  And it was information that was

14  collected by your team for the purpose of providing

15  it in consolidated form to the recipients?

16       MR. KRAMER:  Objection to form.

17  BY MR. WILLIAMS:

18       Q.  Is that fair?

19       A.  Yeah.  It's consolidated launch data sent

20  by my team to give updates to the execs on the cum

21  launch data thus far on iPhone.

22       MR. WILLIAMS:  Lorenzo, can you give me

23  what is my 35.

24       (Whereupon, Exhibit 22 was marked for

25        identification)

Page 223

1  BY MR. WILLIAMS:

2        Q.  Please mark it as Conroy number 22.  And

3  it's Bates numbered 00610432 through 10473.

4        Take a look at the document and let me know

5  when you've had a chance to do so.

6        A.  Okay.

7        Q.  Do you recognize what's been marked as --

8  actually, you know, hold on.  Let me back up.

9        Do you have -- I did not accurately state

10  the Bates number on this document.

11       The first page is actually Bates numbered

12  00610431, not 10432.  It's an e-mail cover to the

13  China Sales Flash Report.  Is that what you're

14  seeing?

15       A.  That's what I'm looking at.

16       Q.  Okay.  Do you recognize the document?

17       A.  I do not.

18       Q.  Okay.  What is -- you know what

19  gscheduling@apple.com is?

20       A.  I do not.

21       Q.  You see where it says,

22  "GC-Exec-Fundamental@group.apple.com?"

23       A.  I do see that.

24       Q.  Are you on that group?

25       A.  Not to my knowledge.  This is certainly not

Page 224

1  a report that I remember looking at or actually

2  saying if I was.  But I don't recollect this and I

3  don't know if I'm on that group or not.

4        Q.  Do you know if anybody on your team is on

5  that group?

6        A.  I do not.

7        Q.  Do you know what

8  WWSF_GBI_GC_Exec_Reports_Core@group is?

9        A.  I do not.  The only piece I know there

10  "WWSF" is generally the acronym we use for Worldwide

11  Sales Finance.

12       Q.  Hm-hmm.

13       A.  That's the only thing that I can

14  intelligently add to that set of words there.

15       Q.  Do you recognize the attached documents to

16  be a Greater China Flash Report?

17       A.  I'm reading it.  I don't recognize it.  I

18  haven't seen it before.  But obviously that's what

19  the document says.

20       Q.  Hm-hmm.  And do you -- would you understand

21  that this document is a document that is created by

22  people at Apple to provide data regarding, you know,

23  China sales?

24       MR. KRAMER:  Objection to form.

25       THE WITNESS:  Again, I'm not sure.  I've

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 225

1 not seen the document. So I'm not sure. It almost
2 looks like an automated report that's coming from
3 somewhere to some group. That's how it reads to me.
4 BY MR. WILLIAMS:
5    **Q. What about it makes it appear like an**
6 **automated report?**
7    A. Just the whole wording in the e-mail, the
8 "To," the "From," "Regards, Worldwide Grid
9 Scheduling," it just looks like an automated --
10   **Q. Sorry. Does Apple have these systems where**
11 **it does generate certain types of automated reports?**
12   A. Yes.
13   **Q. So you just have to call it up, for**
14 **example, and the system will, like, put certain data**
15 **together?**
16      MR. KRAMER: Objection to form.
17      THE WITNESS: Again, I'm not sure about
18 this. Let me give you ones I'm familiar with
19 because I'm not sure about this report.
20 BY MR. WILLIAMS:
21   **Q. Okay.**
22   A. I think we talked in the last deposition
23 about the Daily Unbrick Report.
24   **Q. Right.**
25   A. And so the Daily Unbrick Report comes out

Page 226

1 automated to people's e-mails every day. It's a
2 customized designed report that systematically comes
3 out every day.
4      I don't know for a fact, but this looks to
5 me like some -- some other group, not my group has
6 done.
7    **Q. Hm-hmm.**
8    A. I think.
9    **Q. Okay. Do you know Brian Lu?**
10   A. I do know Brian.
11   **Q. And who is Brian Lu?**
12   A. Brian is the sales leader for Apple for GC.
13   **Q. Hm-hmm. And do you regularly correspond**
14 **with him as part of your responsibilities?**
15   A. It's irregular. I would have multiple
16 correspondence with him, but I think it's more
17 irregular, is how I would describe it.
18      MR. WILLIAMS: Lorenzo, can you pull up my
19 39, please, and mark it as Conroy 23.
20      (Whereupon, Exhibit 23 was marked for
21      identification)
22 BY MR. WILLIAMS:
23   **Q. Conroy 23 is Bates number 00610497 through**
24 **499.**
25      **Take a look at the document and let me know**

Page 227

1 **when you've had a chance to do so, please.**
2    A. Okay. Thank you.
3    **Q. Sure. And is it fair to say that Conroy 23**
4 **is an e-mail exchange between a number of Apple**
5 **employees, including you, between -- or on or around**
6 **October 30th, 2018?**
7    A. Yes. It looks -- I'm trying to follow the
8 flow here. It looks like Stella Ye, who is part of
9 Brian's team, sent a note to me on October 30th.
10 And it looks like Brian forwarded that message to
11 his boss Mike Fenger.
12   **Q. Right.**
13   A. And copied more people on the same day.
14   **Q. Right. And so focusing -- sorry.**
15   A. Go ahead, sorry.
16   **Q. Focusing your attention on the bottom of --**
17 **or the bottom half of the first page of the e-mail.**
18 **There's an e-mail from Stella Ye to you copying a**
19 **number of other Apple employees, correct?**
20   A. Yeah. Bottom of the page 497, 0497?
21   **Q. Yeah.**
22   A. Yes.
23   **Q. It's dated October 30th, 2018, right?**
24   A. Yes.
25   **Q. And the subject line is "Updated GC Q1 SI &**

Page 228

1 **UB projection," right?**
2    A. Yes.
3    **Q. So is that Greater China Q1 Sell In and**
4 **unbricking projection?**
5    A. Yes.
6    **Q. And she writes, "Donal/Anna," who is Anna**
7 **Matthiasson it appears, "Here is the GC SI forecast**
8 **we talked about this morning: 13.6 million, down or**
9 **negative three percent year over year."**
10      **Do you see that?**
11   A. I do.
12   **Q. And then she specifically writes on**
13 **Section 1, "iPhone XR: We will target to sell in 4**
14 **to 4.5 million depending on unbricking trend. For**
15 **the SI management, we will work with resellers on**
16 **weekly replenishment plan to ensure no unbrick**
17 **loss."**
18      **Do you see that?**
19   A. I do.
20   **Q. What is she referring to there, do you**
21 **know?**
22   A. Yeah, I think I can interpret it.
23      The first sentence, she's saying we will
24 target to Sell In 4 to 4 and a half million
25 depending on unbrick trend.

**Donal Conroy**                                      **In re Apple Inc. Securities Litigation**

Page 229

1    Meaning, based on what the sales team in
2 China believes the unbrick of the demand is going to
3 be for XR, We think the Sell In of four to four and
4 a half million makes sense.
5    And we will make sure that we do that --
6 you know, have a logical replenishment plan that
7 ensures that we don't make the mistake of
8 underselling in and therefore missing demand.
9    Q. Okay. And she adds, "Admittedly, week 5 GC
10 reseller Sell In demand is much lower than the
11 available supply."
12    Do you see that?
13    A. I do. That's the consistent with the
14 e-mail exchange we reviewed lastly with Anna.
15    Q. Right.
16    A. At the time we had more supply than the
17 partners were asking for for week five.
18    And obviously, the document is referring to
19 other products. She was asking for more iPhone X,
20 she was asking for upside demand on 8/8+. There's a
21 lot else in the document apart from XR.
22    And I guess their overall point is they
23 think the Sell In is 13.6 million for GC, netting
24 all of those items.
25    MR. WILLIAMS: Right.

Page 230

1    Lorenzo, can you give me my 42, please.
2    THE WITNESS: Looks like I got the same
3 exhibit number, is that okay?
4    MR. WILLIAMS: Hold on.
5    APTUS VIDEO TECHNICIAN: Yeah, my mistake.
6 Sorry, that should be 24.
7    THE WITNESS: Make sure I have the right
8 document. It's 93550 on the bottom right corner on
9 the first page?
10    MR. WILLIAMS: Correct. It's Bates ending
11 00093550 through 554.
12    THE WITNESS: Yes.
13    MR. WILLIAMS: It should be Conroy 24.
14    (Whereupon, Exhibit 24 was marked for
15    identification)
16    THE WITNESS: Okay.
17 BY MR. WILLIAMS:
18    Q. Take a look at the document and let me know
19 when you've had a chance to do so.
20    A. Okay. I think I understand.
21    Q. Right. Do you recognize what's been marked
22 as Conroy 24?
23    A. Just as I read it. I don't recall it until
24 I read it, but yeah. I didn't see it -- I don't
25 think I've seen it since this date.

Page 231

1    Q. Okay. Is it fair to say that it's an
2 e-mail from James Venter to you, copying a number of
3 other Apple employees, on October 31st, 2018?
4    A. Yes.
5    Q. And it attaches a spreadsheet titled
6 "Intel," was it baseboard supply demand -- I mean,
7 summary?
8    A. "Baseband Supply Summary."
9    Q. Baseband, sorry. Mine is a little blurry
10 there.
11    Who is James Venter?
12    A. James Venter is a member of the planning
13 team, my planning team.
14    Q. Okay. And what is -- what was the general
15 supply plan with Intel as it relates to the N84 in
16 and around late October 2018?
17    MR. KRAMER: Objection to form.
18    THE WITNESS: Yeah, let me -- let me give
19 you what I think is going on here for the context.
20    The Intel baseband was a component that was
21 in all of the NPI, both the D3X and the N84.
22 BY MR. WILLIAMS:
23    Q. Okay.
24    A. And prior to our -- you know, prior to our
25 launch, against our high case buffered MPS supply,

Page 232

1 Intel was committing short of that number. They
2 were not committing to us that they could make that
3 number.
4    And so our procurement team is working with
5 Intel to try to get them to pull in supply,
6 et cetera, supply -- do things to improve supply.
7    And I believe what this document is saying
8 now, against the decisions that we're looking at
9 right now of adjusting the MPS down, here's a view
10 of how that Intel supply -- the latest view of Intel
11 supply compares to the MPS numbers if we make those
12 MPS adjustments.
13    Q. Right.
14    A. That's what I read from this document. And
15 so it's a combined D3X/N84 combination, I believe,
16 is what's relevant.
17    Q. So if you look at Bates ending 554. That's
18 the Intel Baseband Supply Summary. If you go down
19 to line 13, it says "Supply delta after 10.5 million
20 MPS reduction (N84: Minus 9.5 million, DX3: Minus
21 1 million)."
22    Do you see that?
23    A. I do see that.
24    Q. So that's just a -- this contemplates the
25 impact on demand once those MPS reductions are made?

Donal Conroy

In re Apple Inc. Securities Litigation

Page 233

1    A.  Correct.  The way I read that is to say,
2  he's saying, if we make a 10.5 million adjustment in
3  the MPS, I don't believe we had made that, and he's
4  saying the breakdown is as follows, then this is the
5  delta between the supply we put in for Intel versus
6  what the new MPS would say we need.
7    Q.  And so this discussion was occurring on
8  October 31st, right?
9    A.  Yes.  Wednesday the 31st, the date of the
10  e-mail, yes.
11      MR. WILLIAMS:  Lorenzo, can you give me my
12  38, please.  It will be marked as Conroy 25.
13      (Whereupon, Exhibit 25 was marked for
14      identification)
15  BY MR. WILLIAMS:
16    Q.  And it is Bates numbered 00140649.
17    A.  Yes, I have this one.
18    Q.  Through 0656.  Just take a look at the
19  document and let me know when you've had a chance to
20  do so.
21    A.  Okay.
22    Q.  Is it fair to say that Conroy 25 is an
23  e-mail from Rachel Yong to you and a number of other
24  Apple employees?
25    A.  Yes.

Page 234

1    Q.  And it's dated October 30th, 2018, right?
2    A.  Yes.
3    Q.  And the subject line is "N84 China update,"
4  correct?
5    A.  Yes.
6    Q.  And she writes to all, "Please find below
7  N84 update after working through the day with
8  Sales/partners."
9      Do you see that?
10    A.  I do.
11    Q.  She writes as a key call out, the first
12  bullet point, "Sales and RO were able to influence
13  partners to increase week 5 Sell In plan from 40k to
14  168k."
15      Do you see that?
16    A.  I do.
17    Q.  And is it fair to say that they -- the
18  partners were initially not requiring or not wanting
19  certain shipping volumes of N84 but your team had
20  convinced them to take more than they wanted?
21      MR. KRAMER:  Objection to form.
22      THE WITNESS:  No.  I'd frame it
23  differently.
24      So we had gotten -- the way I read the
25  e-mail from Rachel is that the partners had

Page 235

1  requested a reduction in Sell In plan for week five.
2  And we had talked to them about their thinking and
3  agreed with them that based on protecting upside of
4  demand we should increase it from 40k to 168k.
5      And that discussion with the partners would
6  be in combination with the sales team and the RO
7  team, the reseller operations team, and my team in
8  region.
9      There were other partners that we aligned
10  on to not ship more, is how I'm reading this
11  paragraph.
12  BY MR. WILLIAMS:
13    Q.  Do you know of any deal or arrangement that
14  Tim Cook made with China Mobile to take more N84
15  than they initially -- than they indicated they
16  wanted in -- for 1Q 2019?
17      MR. KRAMER:  Objection to form.
18      THE WITNESS:  An arrangement made by Tim
19  Cook?
20  BY MR. WILLIAMS:
21    Q.  Hm-hmm.
22    A.  No, I don't recall hearing anything about
23  an arrangement with Tim Cook with any partner about
24  XR Sell In.
25    Q.  Do you see the first bullet point on that

Page 236

1  Bates ending 649, where it starts with
2  "Feedback..."?
3    A.  Yes.
4    Q.  Can you read that for me, please?
5    A.  "Feedback from partners are their current
6  view of demand for this product is low and are
7  having challenges to replenish supply into T2
8  partners due to the soft demand and decline in
9  street price.  Partners are also holding higher
10  inventory in their DC than normal BAU week of supply
11  which could be a sign of soft demand."
12    Q.  What, if anything, did you do when you got
13  this e-mail from Rachel?
14    A.  I'm not certain, but the timing is, it
15  looks that it's the same day from the exhibit we
16  looked at a couple of exhibits ago.
17    Q.  Hm-hmm.
18    A.  The 30th.  So I assume that this update
19  from Rachel, because they've been working through
20  the day with sales, is the same as the update from
21  the e-mail forward from Brian Lu on the 30th.  I
22  think it's one of the same set of numbers.
23    Q.  So looking at the second bullet point on
24  that page, can you read that for me, beginning with
25  "Sales requested..."

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

Page 237

1    A.  "Sales requested to slow down shipments to
2  help restore channel confidence and manage partners
3  expectation.  They are working with partners to help
4  them understand this product and guide partners in
5  terms of how to sell this product to the consumers."
6        Q.  Hm-hmm.
7    A.  The obvious action -- well, the obvious
8  action would be, I'm certain that I would have
9  talked to the factory folks, again going back to
10  Brian's e-mail that we won't be shipping clean
11  fully.
12        Q.  Hm-hmm.
13    A.  And asking my team the Sell In forecast
14  that we received from Brian that includes all of
15  these updates and feedback from partners at the
16  global level, is it now consistent with what we're
17  hearing from this China team from this update.
18        Q.  Got it.
19        MR. WILLIAMS:  Is this a good time for a
20  short break and see how much I have left, Jim?
21        MR. KRAMER:  Sure.  How much time -- let's
22  go off the record.
23        MR. WILLIAMS:  Ten is fine.
24        MR. KRAMER:  Okay.
25        APTUS VIDEO TECHNICIAN:  The time is 4:29.

Page 238

1  We're going off the record.
2        (Recess taken)
3        APTUS VIDEO TECHNICIAN:  The time is 4:42.
4  We're back on the record.
5        MR. WILLIAMS:  Lorenzo, I'm going to
6  have -- there's one document that you don't have
7  that Kenny has.  And he's going to put it into the
8  chat.  And I'd like to mark it as Conroy 26.  I
9  think we're at 26.
10        (Whereupon, Exhibit 26 was marked for
11          identification.)
12  BY MR. WILLIAMS:
13    Q.  And the Bates number for the document is
14  000643905 to 3906.
15        Just take a look at the document,
16  Mr. Conroy, and let me know when you've had a chance
17  to do so.
18    A.  Okay.
19    Q.  Do you recognize -- do you recognize the
20  document?
21    A.  Yes.  I saw it earlier today.
22    Q.  Okay.  And it's an e-mail exchange between
23  you and Tony Blevins and Daniel Rosckes on or around
24  November 6th and November 7th of 2018?
25    A.  Yes.

Page 239

1    Q.  And it's related to the iPhone cuts, right?
2    A.  Yes.
3    Q.  And these iPhone cuts are the MPS
4  reductions that were contemplated at the end of
5  October 8, 2018, and executed on or around
6  November 1st, November 2nd?
7        MR. KRAMER:  Objection to form.
8        THE WITNESS:  Yeah, I believe this is
9  talking about the MPS adjustments, you know, we were
10  discussing in late October and early November.
11  BY MR. WILLIAMS:
12    Q.  Yeah.  And it appears that Tony Blevins was
13  concerned about the iPhone cuts and the timing of
14  them in light of his work to get TSMC and IMC to
15  commit to certain production schedules or volumes.
16        Is that fair?
17    A.  Yes.  As I frequently -- every time -- we
18  adjust the MPS many times up or down.  And almost
19  every time if it's more than two or three million, I
20  get this feedback from procurement, if you needed
21  more, why didn't you do it earlier; if you needed
22  less, why didn't you do it earlier.
23        Many types of these conversations I've had
24  with Mr. Blevins.
25    Q.  What -- who is the -- well, withdrawn.

Page 240

1        He writes to you, "Hi Donal, prior to the
2  recent iPhone cuts we made quite a spectacle of
3  ourselves attempting to expedite supply with TSMC,
4  IMC, and others despite them telling us their
5  commits should cover Apple's needs based on their
6  own internal analysis."
7        Do you see that?
8    A.  I do.
9    Q.  So who is TSMC and IMC?
10    A.  With IMC, I think Tony is referring to
11  Intel.
12    Q.  Okay.
13    A.  TSMC is another fab supplier of Apple's.
14    Q.  And they apparently were saying that their
15  current commitments would be sufficient to cover
16  Apple's needs based on their own internal analysis.
17        What did he mean by that?
18        MR. KRAMER:  Objection -- finish Shawn, my
19  apologies.  Objection to form.
20        THE WITNESS:  I read it to believe Tony
21  saying, hey, we're trying to convince him to make
22  more and they didn't believe we needed it.  And I
23  wrote I don't care about that.  They don't do our
24  plans of our demand and I'm not interested in their
25  internal analysis.

**Page 237..240**

**Donal Conroy**                    Highly Confidential                    **In re Apple Inc. Securities Litigation**

Page 241

1  BY MR. WILLIAMS:

2      Q.  Right.  Who is the "Jeff" that he was
3  referring to in this e-mail?

4      A.  It's Jeff Williams.

5      Q.  Hm-hmm.  So you wrote to him on
6  November 6th in response, "happy to...For background
7  we took the forecast to marketing - got" their
8  incorporated -- "got and incorporated their view
9  then had a meeting with Jeff, Phil and Tim to align
10  on planning volumes."

11      Do you see that?

12      A.  I do.

13      Q.  And so are you saying to him that you met
14  with Jeff Williams, Phil Schiller and Tim Cook to
15  align on the volumes, i.e., the MPS schedule?

16      A.  Yeah.  Maybe just clarify the statement.

17      It's saying that when we set the forecasts
18  for the MPS, it was based on a high case demand
19  forecast that we had agreed many, many months before
20  launch.  Because that's what we make decisions on
21  capacity and that's when we make decisions as to
22  what parts are we going to drive the supply chain
23  to.

24      I'm saying back then, we met with them to
25  agree on the high case range of demand.

Page 242

1      We may or may not have covered the MPS.  My
2  team then takes that high case demand that we've
3  agreed and we go decide what to make the MPS based
4  on that.

5      Q.  Are you saying when you wrote here, "For
6  background we took the forecast to marketing - got
7  and incorporated their view - then had a meeting
8  with Jeff, Phil & Tim to align on the planning
9  volumes," that that is not relating to the recent
10  MPS cut?

11      A.  Correct.  What I'm saying is, he's saying,
12  you know, you cut it therefore your previous
13  forecast was incorrect.

14      I'm explaining how we had come up with the
15  previous forecasts that we use for the supply chain.
16  We're not talking in that sentence -- for
17  background, I'm not talking about the most recent
18  numbers, I'm talking how do we come up with the
19  original numbers.

20      Q.  Okay.  Well, so then he responded to you,
21  right?

22      A.  Yes.

23      Q.  And said, Yes, you confirmed what I
24  thought.  My guess is that we knew within Apple that
25  major cuts were coming but there were not yet --

Page 243

1  they were not yet reviewed/approved by the right
2  folks."

3      Do you see that?

4      A.  I do see that.

5      Q.  Then you respond and you say,
6  "Yeah...that's fair...I need to look at the timing
7  of the feedback I gave Jeff and when we saw demand
8  on launch day."

9      Do you see that?

10      A.  I do.

11      Q.  So you were saying that it was fair that we
12  knew within Apple that major cuts were coming but
13  they were not yet reviewed/approved by the right
14  folks?

15      MR. KRAMER:  Objection to form.

16      THE WITNESS:  Yeah, I'm a little foggy what
17  I meant by "fair" in that case.

18      Clearly, we were looking at data and going
19  through the process of adjusting our demand
20  expectation and then going through the process of
21  what level should we set the MPS at.

22  BY MR. WILLIAMS:

23      Q.  Hm-hmm.

24      A.  That was all occurring -- you saw that all
25  occurring in all the e-mails we went through, you

Page 244

1  know, late October -- I e-mailed to Tim on the 27th
2  of October, et cetera, on that week forward.

3      So my read of what my comment to that
4  "fair" is we were thinking about do we need to
5  adjust the MPS.  We weren't clear on what level we
6  need to adjust it to.

7      And I think what's fair is I could have
8  told Tony, if I would have known he was in hot
9  negotiation it was a problem, I could have told
10  Tony, hey, Tony, we're not sure, but we may have to
11  adjust the MPS.  I think that's fair.

12      Q.  And so, then he provided with you a
13  timeframe, right, that Jeff met with Intel, which
14  was 5:30 on the 25th of October, right?

15      A.  Correct.

16      Q.  And so you respond saying "ahh.. I will go
17  back through the timeline.  We definitely had some
18  concerns based on pre orders."

19      Do you see that?

20      A.  I do.

21      Q.  And those concerns that you had were in
22  some of the documents that we went through prior to
23  the launch on the 26th, right?

24      A.  The data that gave me concerns, yes.

25      Q.  Yeah, the data we talked about earlier?

**Page 241..244**

**Donal Conroy**  Highly Confidential  **In re Apple Inc. Securities Litigation**

Page 245

1    A.  Yes.

2    Q.  Okay.  But the wheels fell off on Friday,

3  the 26th, which was launch day, right?

4    A.  Yes.

5    Q.  And we went through that earlier?

6       MR. KRAMER:  Objection to form.

7  BY MR. WILLIAMS:

8    Q.  We went through that earlier, right?

9       MR. KRAMER:  Objection to form.

10      THE WITNESS:  You asked me this question

11  earlier, what I meant by wheels fell off.  We had

12  that discussion earlier.

13      MR. WILLIAMS:  Right.  Right.  I don't have

14  anything further.

15      MR. KRAMER:  Okay.  Thank you.  Before we

16  go off, I need to designate the transcript as highly

17  confidential.  And otherwise the deposition is

18  concluded.

19      MR. WILLIAMS:  Thanks, Mr. Conroy.  I

20  appreciate your time.  Oh, I have one more one more

21  question.

22  BY MR. WILLIAMS:

23   Q.  Do you know if there was any further

24  correspondence between you, Tony Blevins and Dan

25  Rosckes on this subject matter that's referred to in

Page 246

1 Conroy 26?

2    A.  I do not.

3       MR. WILLIAMS:  Okay.  All right.  Thank

4  you.

5       MR. KRAMER:  Take care everybody.

6       APTUS VIDEO TECHNICIAN:  That concludes the

7  deposition for today.  The time is 4:54.  We're

8  going off the record.

9

10      (Whereupon, the deposition was

11      adjourned at 4:54 p.m.)

12

13

14      --oOo--

15

16

17

18

19

20

21

22

23

24

25

Page 247

1          CERTIFICATE OF REPORTER

2      I, ANGELA T. KOTT, Certified Shorthand

3  Reporter, hereby certify that the witness in the

4  forgoing deposition was duly sworn to tell the

5  truth, the whole truth and nothing but the truth in

6  the within-entitled cause;

7      That said deposition was taken down in

8  shorthand by me, a disinterested person, at the time

9  and place therein stated, and that the testimony of

10  the said witness was thereafter reduced to

11  typewriting, by computer, under my direction and

12  supervision;

13      That before completion of the deposition,

14  review of the transcript [] was [X] was not

15  requested.  If requested, any changes made by the

16  deponent (and provided to the reporter) during the

17  period allowed are appended hereto.

18      I further certify that I am not of counsel

19  or attorney for either or any of the parties to the

20  said deposition, nor in any way interested in the

21  event of this cause, and that I am not related to

22  any of the parties thereto.

23           Dated: March 2, 2022.

24           _____

25      ANGELA T. KOTT, CSR 7811

Page 248

1      DECLARATION UNDER PENALTY OF PERJURY

2  Case Name: In re Apple Inc. Securities Litigation

3  Date of Deposition: 02/21/2022

4  Job No.: 10094757

5

6       I, DONAL CONROY, hereby certify

7  under penalty of perjury under the laws of the State of

8  _____ that the foregoing is true and correct.

9       Executed this _____ day of

10  _____, 2022, at _____.

11

12

13           _____

14           DONAL CONROY

15

16  NOTARIZATION (If Required)

17  State of _____

18  County of _____

19  Subscribed and sworn to (or affirmed) before me on

20  this _____ day of _____, 20__,

21  by_____,    proved to me on the

22  basis of satisfactory evidence to be the person

23  who appeared before me.

24  Signature: _____ (Seal)

25

**Page 245..248**

**Page 249**

```
1    DEPOSITION ERRATA SHEET
2    Case Name: In re Apple Inc. Securities Litigation
     Name of Witness: Donal Conroy
3    Date of Deposition: 02/21/2022
     Job No.: 10094757
4    Reason Codes:  1. To clarify the record.
                    2. To conform to the facts.
5                   3. To correct transcription errors.
6    Page _____ Line _____ Reason _____
7    From _____ to _____
8    Page _____ Line _____ Reason _____
9    From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24   Page _____ Line _____ Reason _____
25   From _____ to _____
```

**Page 250**

```
1    DEPOSITION ERRATA SHEET
2    Page _____ Line _____ Reason _____
3    From _____ to _____
4    Page _____ Line _____ Reason _____
5    From _____ to _____
6    Page _____ Line _____ Reason _____
7    From _____ to _____
8    Page _____ Line _____ Reason _____
9    From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   _____ Subject to the above changes, I certify that the
             transcript is true and correct
23   _____ No changes have been made. I certify that the
             transcript  is true and correct.
24
             _____
25                   DONAL CONROY
```

**Highly Confidential**

Donal Conroy                                                              In re Apple Inc. Securities Litigation

## $

**$11** 37:8

**$50** 144:21

## +

**+13M** 47:16

## -

**--ooo--** 246:14

**-21M** 47:16,19

## 0

**000434999** 124:4

**000643905** 238:14

**00093550** 230:11

**00099204** 148:12

**00140649** 233:16

**00140698** 32:24

**00140736** 65:5

**00182917** 98:15

**00284426** 170:5

**00284436** 179:23

**00284439** 187:24

**00368973** 133:3

**00368975** 128:20

**003689870** 128:19

**00369490** 197:13

**0036975** 135:24

**00429832** 220:25

**00434999** 115:16

**00435001** 115:17

**00496519** 142:23

**00499582** 213:20

**00499631** 75:4

**00610431** 223:12

**00610432** 223:3

**00610497** 226:23

**00628660** 82:11

**00631297** 157:17

**00643543** 40:3

**0497** 227:20

**0656** 233:18

## 1

**1** 11:13 82:6 132:12
158:10 219:17
228:13 232:21

**1.1** 160:21,22

**10** 48:18,19,21 82:7,
10,11,16 96:15
128:15

**10,658** 196:9

**10.5** 232:19 233:2

**10.7** 185:24 191:7,20
192:1 195:7,17
196:10,14

**10/16** 180:25

**10/19** 118:14

**10/26** 171:19

**100** 38:1 152:13,15

**10432** 223:12

**10473** 223:3

**10:00am** 117:17

**10:03** 50:6

**10:17** 50:9

**10b5-1** 61:7 64:5,6

**11** 33:24 37:8 98:11,
12,15,21,22 101:4
176:13,17 183:1,3

**11-inch** 134:18

**11/11** 90:11,12 187:7
211:4

**119** 9:11

**11:19** 91:7

**11:35** 91:5

**11:38** 91:10

**12** 98:21 115:12,13,
16 124:9,11

**12/19** 124:20

**124** 209:6

**127k** 217:25

**128** 206:17

**1298** 161:22

**12:26** 123:21

**12K** 135:5

**13** 124:4 128:15,16,
19 129:13 134:16,
19,22 142:19 182:25
232:19

**13.2** 186:10,16

**13.6** 228:8 229:23

**1302** 157:17 158:22

**131K** 135:6

**14** 142:19,20 143:2,5
145:23 147:5 148:8
188:13,15

**14,567** 196:6

**14.3k** 164:24 165:1

**14.6** 185:25 186:1,13,

**24** 187:9,12,22,23
190:17 191:7,9,11,
12,15,20 192:1,4
196:8,14

**15** 148:8,9,12 157:12

**1556k** 84:25

**15th** 11:21 77:16
78:23

**16** 99:5,8 106:15
109:6 157:13,14,16,
21,23

**168k** 234:14 235:4

**16th** 100:3,10,17
106:5 109:10 110:25

**17** 33:25 37:9 99:5,12
170:1,2,5,11

**171k** 217:24

**17th** 111:11

**18** 49:14,20 155:4
157:12 179:19,20,23
204:25

**181,000** 151:16

**18th** 116:11

**19** 124:6 130:13,23
131:7 146:11
190:18,21 196:8
197:9,10,13 199:20

**19th** 17:10 116:11
117:1 131:11,15,19,
22,23,25 132:22
135:10 136:2,5
189:20 192:25 193:7

**1:00** 123:19

**1:04** 123:24

**1:58** 156:19

**1k** 165:2

**1Q** 235:16

**Highly Confidential**

Donal Conroy

In re Apple Inc. Securities Litigation

**1st** 14:10 35:6,10,23
41:18,21,23 56:18
57:18,23 58:5 60:22
61:4,16 62:2 64:10,
18 175:16 239:6

**2**

**2** 98:10 103:8 111:17
112:3 219:17

**2.7** 205:17,22

**20** 49:17 80:10 190:9
195:6 203:10 206:4
207:2 213:16,17,20,
25

**20.8** 107:3

**200,000** 212:3

**201** 7:15

**2018** 13:24 14:11
19:25 22:18 23:16,
20 24:18 25:3,15
33:16 34:21 40:21
41:18 43:23,25
45:17 65:16 66:23
72:12 73:10 74:9,21
76:4 78:24 79:10,14,
23 80:1 82:17 91:16
99:5,8 100:11
116:12 118:23 124:7
129:19 143:4,7,15
148:23 157:24 198:1
199:16 214:4 227:6,
23 231:3,16 234:1
238:24 239:5

**2019** 25:3 100:4,18
235:16

**2021** 11:22 78:23

**2022** 7:11

**205** 151:4

**209** 148:12

**21** 85:6,23 90:5,19
221:2,7,8,11

**217,000** 151:15

**21st** 7:11

**22** 190:9 193:3
222:24 223:2

**22.7** 188:11,19

**23** 169:25 226:19,20,
23 227:3

**23k** 166:2

**23rd** 129:18 131:12,
16 132:22 135:11
136:3,6 143:7

**24** 42:25 230:6,13,14,
22

**24-hour** 42:9

**241k** 217:10

**24th** 129:18,25 143:4,
7,9

**25** 179:17,18 233:12,
13,22

**250,000** 212:3

**254k** 217:10

**256** 206:5,18

**2566k** 85:5

**25th** 148:23 175:7
244:14

**26** 238:8,9,10 246:1

**26th** 17:12 156:25
157:9,24 166:18
167:1,10,11,21
168:8,13,17 169:5,
10 173:18,21
175:13,18 176:3
178:17 180:14
181:4,8 185:8,9
189:18 192:19 193:1
244:23 245:3

**27** 163:5,6

**27th** 180:7 198:16
244:1

**28** 198:1 214:4

**28th** 15:5 39:7 198:16
210:10 221:14
222:11

**2:00** 171:25

**2:10** 156:22

**2:14** 197:3

**2bps** 144:21

**2nd** 24:3 33:15 35:4
40:1,21 45:19 56:8,
13 57:15 61:11
175:16 239:6

**3**

**3** 47:14 111:20
112:13 219:18

**3.1** 182:10

**3.4** 147:11

**30** 41:9 123:14
163:24,25 176:14

**300** 164:17

**30th** 227:6,9,23 234:1
236:18,21

**31st** 24:2 231:3
233:8,9

**32** 154:8 197:8

**32.2** 103:9 111:17
112:3

**33** 213:16

**336k/hk** 207:17

**34** 220:25

**34,000** 119:6 162:25

**34.2** 112:3

**343,000** 154:8

**35** 222:23

**36** 159:24

**36,000** 152:18

**37** 152:20

**38** 233:12

**39** 226:19

**3906** 238:14

**395,000** 207:16

**397,000** 207:15

**3:26** 197:5

**3rd** 175:16

**4**

**4** 111:21,24 217:25
228:13,24

**4-0** 176:12

**4.5** 228:14

**4.7** 147:10

**4.9** 205:17,22

**40** 166:2

**40,000** 176:12

**40k** 234:13 235:4

**41** 176:14 179:14

**42** 179:24 230:1

**425** 171:11

**44** 40:3

**4427** 170:6 171:17

**4436** 191:14

**4439** 195:6

**45** 205:20,21,23

**Donal Conroy**                                                    In re Apple Inc. Securities Litigation

**462,000** 162:25

**491** 206:1

**493** 211:13

**497** 227:20

**499** 226:24

**4:19-CV-02033-YGR**
 7:8

**4:29** 237:25

**4:42** 238:3

**4:54** 246:7,11

---

**5**

**5** 11:14 204:25
 207:15 214:23
 216:14 217:10 229:9
 234:13

**5.2** 190:9

**5.3k** 165:2

**5.8** 188:10,18,20
 190:8,16

**50** 85:1 163:24 213:8

**500** 117:15

**5000** 124:5

**51** 32:20,23

**52** 39:22

**520,000** 86:22 120:13

**522** 142:24

**53** 41:10

**53,000** 159:18

**53k** 207:18

**54** 155:4,14,15,22

**543** 43:11

**554** 230:11 232:17

**55k** 218:1

**56** 172:22

**58** 64:24

**583** 216:8,9 218:13

**584** 213:21 218:13

**59** 74:25

**5:00** 158:11,16

**5:30** 244:14

**5c** 188:18

**5K** 207:19

**5th** 60:22 61:5,11,16
 62:2 65:16 66:23
 76:4,16 77:17,22
 78:20

---

**6**

**6** 11:12 32:22 33:4,6,
 8 34:2 115:11 135:3

**60** 151:21 164:1
 172:18

**600** 7:15

**600,000** 186:6

**63.5** 183:1

**631** 76:20

**64** 172:13 206:17
 209:6

**640** 75:5 77:9

**649** 236:1

**65.2** 183:2

**67.5** 182:25

**68.7** 181:19

**69495** 197:14

**6th** 238:24 241:6

---

**7**

**7** 20:9 40:4 103:9
 106:6 111:18 112:8
 134:17 162:24

**7.1** 183:5,9

**7.9** 183:12

**70.3** 181:20

**71** 163:4

**718,000** 215:1

**72.2** 181:18 182:2

**73** 163:2 164:3
 172:15

**73.2** 182:2,6

**737** 71:12,17

**739** 72:16

**74** 154:9

**743** 65:5

**75** 159:20,21 164:2

**750,000** 159:18

**76** 151:16 152:10,18

**79** 119:9

**79k** 218:7

**7th** 238:24

---

**8**

**8** 64:25 65:1,4,11
 75:24 119:9,17
 151:17 152:19
 154:9,23 155:18
 159:25 162:9 164:3
 172:13,16,19,22
 206:5 239:5

**8+** 119:10,17 151:17
 152:19 154:9,23

155:18 159:21,25
 162:10 164:3
 172:13,16,19,22

**8.1k** 165:2

**8/8+** 48:15 152:6
 163:4 204:23 229:20

**80** 80:9 86:19

**80/20** 80:9

**834** 221:22

**835** 221:22

**8661** 82:11

---

**9**

**9** 74:25 75:1,4 135:4

**9.2** 186:10,15,16,22

**9.5** 232:20

**900** 217:18

**900,000** 85:5 186:7

**918** 98:16

**92** 195:22 196:3

**93** 195:22 196:4

**93550** 230:8

**95032** 9:12

**974** 133:22

**9835** 221:1

**9:05** 7:19

**9th** 82:17 91:16 93:23
 94:3 96:7 100:11,16,
 23 120:12,25 193:22

---

**A**

**ability** 9:23 114:1

**able** 10:14,22 119:1
 159:3 208:9 217:12

234:12

**abnormally** 136:22 137:5

**absent** 60:17

**absolute** 45:20 105:12 203:14

**Absolutely** 193:16

**absorb** 188:2

**accelerated** 95:9

**accept** 220:20

**accepting** 209:12 211:11 218:3

**account** 52:15,16

**accuracy** 77:5

**accurate** 69:18,24 70:4 75:19 77:22,23 78:5 108:9

**accurately** 10:15 223:9

**achievement** 94:19

**acronym** 224:10

**action** 69:21 237:7,8

**activity** 186:19

**actual** 56:3 121:22

**actuals** 77:4

**add** 86:3 93:19 160:2 183:4 186:5,9 224:14

**added** 28:16 99:13,17 131:1

**addition** 10:20 168:4 194:5

**additional** 88:7 111:20 112:13 214:15

**address** 9:10

**adds** 85:4 133:15 152:20 204:21 209:8 229:9

**adjourned** 246:11

**adjust** 127:24 128:4 179:2 239:18 244:5, 6,11

**adjusted** 25:10 45:15 176:20 204:22 205:16

**adjusting** 24:11 232:9 243:19

**adjustment** 15:8 23:15,19 27:25 42:25 48:22 55:5 57:13,18,24 60:18, 25 137:8,11,12,24 184:1,2 233:2

**adjustments** 22:17 41:7 53:6 54:3,8,16 57:7 106:11 127:5, 21 232:12 239:9

**Admittedly** 229:9

**adopter** 17:17 95:5 125:17 161:17

**adopting** 192:4

**adoption** 168:25 173:9

**adverse** 113:23

**advice** 63:3

**affect** 9:23

**affiliation** 7:22

**Africa** 199:13

**afternoon** 214:20

**ago** 9:7 11:24 24:15 155:17 173:16 175:11 176:15 178:11 236:16

**agree** 34:22 43:8 59:13 60:2 63:3 64:8,16,20 72:24 79:23 87:11 92:21 120:10 140:18 147:1 177:9 241:25

**agreed** 7:18 52:10 87:18 220:19,20 235:3 241:19 242:3

**agreeing** 87:19

**ahead** 28:25 38:23 50:4 56:11,19 57:12, 13 87:21 89:13,14 93:15 97:9,21 110:15 120:19 135:16 139:20 157:5 167:12 194:16 227:15

**ahh** 244:16

**Ahmed** 82:21

**Ai** 122:1,2,6,12 129:22 130:8 137:13,21 143:11,13 145:16 147:5

**alias** 149:4

**align** 35:19 87:10 123:8 167:18 241:9, 15 242:8

**aligned** 166:8 235:9

**alternative** 102:11 107:7

**amount** 57:17 132:14

**analysis** 91:19 92:23 93:1,9,25 94:6 138:22 139:2,9 140:5 141:1,3 143:19 179:11 181:3 190:13 192:17,22 240:6,16,25

**analysts** 54:15

**analyzing** 92:11 185:5

**anecdotal** 159:11 162:16 193:14,17 194:13,15,19

**Angela** 7:13 141:7,13

**Anish** 32:7 76:10 83:2 130:2 149:12 151:2 158:3 197:23

**Ann** 218:11,12,23 219:12

**Anna** 214:1,10,11 216:19 218:15,18 219:7 228:6 229:14

**Anna's** 219:2

**announced** 16:20 20:12

**annual** 203:11

**answer** 10:9,20,23 18:10,19 19:1,2 26:9,13,23 58:2 62:8 66:7 73:24,25 80:14, 17 81:4,9 93:19 94:22 104:9,21 105:11 110:15,16 114:16 125:25 135:16 156:9 163:16 187:3 188:3 199:5 203:1

**answered** 37:19 97:10 150:17

**answering** 19:9 189:6 204:2

**answers** 104:12

**antagonistic** 178:6

**Anuj** 76:11 130:3 180:10

**anybody** 60:25 224:4

**anymore** 178:21

Donal Conroy

In re Apple Inc. Securities Litigation

**Anyway** 125:9

**AOS** 151:15 154:15 194:2,7

**apart** 13:15 32:10,12 167:23 229:21

**apologies** 240:19

**apologize** 20:25 77:17

**apparently** 173:15 240:14

**appear** 68:20 77:11 225:5

**appearance** 7:22 8:3

**appeared** 58:22,23

**appears** 43:4,6 58:8 66:9 82:19 116:7,13 125:4 129:21 132:21 136:4,5,9 228:7 239:12

**Apple** 7:5 8:16 12:2, 21 13:7,10,24 21:16, 19,22 23:19 25:2 31:7,10 44:24 45:8 51:24 52:21 53:3,7, 19 59:5,15,18 60:3, 15,21,25 61:3,10 62:11,15 63:8,20 64:1,2,22 65:19 67:15 68:2 71:20 72:2,18 73:8,20 75:25 76:16,25 78:19,25 79:10,23 80:17,24 83:16 87:25 113:17 116:11 121:8,18 123:3 125:16 154:1 161:16 165:13 167:16 188:16,24 189:1,13, 19 190:2,10 203:17 207:24 210:7,21 217:14 219:2 224:22

225:10 226:12 227:4,19 231:3 233:24 242:24 243:12

**Apple's** 80:21,22 200:24,25 203:10 240:5,13,16

**applicable** 106:2

**applied** 59:10

**apply** 188:16

**appreciate** 10:18 17:24 29:6 30:10 141:15 245:20

**appropriate** 22:5,25

**approval** 149:13

**approve** 112:21

**approved** 149:14 151:3

**approving** 149:17

**approximate** 15:1

**approximately** 34:2 212:3

**Aptus** 7:3,14,25 8:19 11:17 32:21 33:1,7 50:6,9 91:7,10 123:21,24 156:19,22 197:2,5 221:8 230:5 237:25 238:3 246:6

**APU** 165:2,7

**area** 188:10

**areas** 184:8

**argumentative** 178:2

**Ariel** 8:15 13:10,11

**armed** 210:4

**arrangement** 235:13, 18,23

**article** 66:17,25 67:1,

3,5,16 69:17 70:4, 18,22 71:5 76:16 77:4,22

**Asia** 66:17 158:25

**Asia.nikkei.com** 66:18

**asked** 21:9 26:7,22 31:21 44:8 58:13 73:8,12,13,15 80:13 81:3,9 106:24 107:7 109:25 110:10,17 145:5 154:15 177:8 184:12,17 210:7 215:8,16 245:10

**asking** 18:18 19:5 20:8 29:8 55:23 59:21 61:24 70:2 79:8 92:8,9 95:25 101:21 109:13 111:5 141:25 145:15,20 156:5 168:1,9 174:24 201:10 204:2 215:24,25 216:18 229:17,19,20 237:13

**asks** 109:1

**assert** 104:3

**assess** 96:2,16 105:1,3 209:10

**assessing** 42:12,15

**assessment** 105:7 106:14 163:23

**associated** 68:22

**assume** 19:2 35:5 86:2 142:5 198:7 210:15 212:11 236:18

**assumed** 86:14

**assuming** 130:9 131:4 185:25 186:13 207:18 210:25

220:9,21

**assumption** 204:23 205:5 214:21

**assumptions** 214:22

**asterisks** 190:25 191:2

**attached** 43:22,25 58:6,7 77:2 130:16 224:15

**attaches** 66:16 231:5

**attachment** 43:4,10 44:1 75:11,14 76:1 77:9 128:21 133:5 158:7

**attachments** 43:19 128:24 130:3 221:24

**attempting** 188:5 240:3

**attended** 13:5

**attention** 71:11 79:3 101:3 111:14 133:3, 21 227:16

**audibly** 10:21,24

**audience** 66:4,8

**audio** 7:17 141:9

**automated** 225:2,6,9, 11 226:1

**available** 17:13 229:11

**award** 52:19

**aware** 31:10,12 32:5 63:2 88:15,21 89:3, 21 93:3 126:1 166:17

**awareness** 160:19

**Highly Confidential**

Donal Conroy                                                                    In re Apple Inc. Securities Litigation

---

**B**

**back** 27:18 31:17
50:10,12 56:20,24,
25 69:23 70:5 71:24
83:15 91:5,11,13
123:18,25 124:2,19
145:23 156:23
191:6,10,14 197:1,6,
7 217:1 223:8 237:9
238:4 241:24 244:17

**background** 241:6
242:6,17

**bad** 119:15 152:3,7
155:1 160:9 161:13
162:17,21 163:21
177:11,25 184:8,9,
14,19

**balance** 113:14 114:4

**Balasubramaniam**
32:8 41:2 65:20 66:9
69:9 76:24 99:14

**ballpark** 203:13

**base** 52:11 67:11
70:8

**baseband** 231:8,9,20
232:18

**baseboard** 231:6

**based** 105:15,16,25
106:10 111:19
114:16 116:2 118:25
121:11 127:25
130:24 131:25 139:7
140:4 141:19 142:1
143:17,21 147:2,24
148:3 155:14,16
157:7 171:19
182:17,20,21 183:14
185:23 186:19
188:17 191:19,21
192:3,17 195:15

212:20 213:1 229:1
235:3 240:5,16
241:18 242:3 244:18

**basically** 178:9 193:4

**basis** 44:19 126:3
203:11

**Bates** 30:4 32:23 40:2
43:10 65:4 71:11
72:16 75:4 76:20
77:9 82:11 98:15
115:16 124:4 128:19
133:3,21 135:24
142:23 148:12 151:4
157:16 161:21
164:17 170:5 171:11
179:23 187:24
191:14 195:6 197:13
206:1 211:13 213:20
216:7 220:25 221:21
223:3,10,11 226:23
230:10 232:17
233:16 236:1 238:13

**BAU** 196:18,19
236:10

**Bear** 102:7

**Beck** 158:4

**before's** 182:17,20

**began** 100:17

**beginning** 99:5 109:6
117:14 236:24

**begins** 7:4

**behalf** 7:24 8:10,13,
17 12:2

**believe** 15:4 16:20
17:10,12 30:17,19
31:2 32:6 41:12
42:11 43:12,13
51:13 52:23 53:1
58:21 59:24 62:2
63:11,23 67:14
74:11 75:18 79:17

81:23,25 87:1 96:13
106:5 120:24 126:19
140:5 159:22 171:15
176:25 180:13
184:12 187:1,22
191:17 192:12
194:22,24 195:20
199:11,14,17 202:21
204:25 232:7,15
233:3 239:8 240:20,
22

**believed** 71:4 145:10
187:3 195:1

**believes** 128:3 229:2

**best** 96:21 97:15
123:14 126:17
146:21 178:2 196:14

**better** 140:25 141:2
142:5 156:3 162:11
175:20

**biased** 138:13

**big** 36:20 42:2 44:25
45:9 86:12 90:11
136:21 137:1 211:4

**bigger** 193:2 201:1
202:6 203:4

**biggest** 203:4,5

**billings** 164:24 165:1,
4 167:7 168:19

**bit** 27:24 38:10 75:23
123:13 124:17
141:12 196:12

**Black** 8:8

**Blevins** 41:1 173:18,
20,25 174:10 238:23
239:12,24 245:24

**blindly** 187:10 188:15

**block** 91:3

**bloomer** 169:15

**blurry** 128:21 129:9
159:5 231:9

**board** 209:6

**Bob** 87:7,14 112:6,7
128:11 193:2 194:3,
8 208:7 209:1 218:7,
9

**body** 191:6 195:13
218:18 219:18
221:25 222:2

**bold** 182:10 183:8

**bolds** 208:17

**bookings** 151:15
152:17 172:12

**books** 87:15,16
146:23

**boost** 71:21 72:3
76:17

**boss** 16:11 32:13,16
108:11 227:11

**bottom** 48:13,15
71:15,16 75:12
101:3 111:15 124:18
128:24 134:2 147:4
191:3 227:16,17,20
230:8

**bottoms** 143:22
144:2,16,19 145:25
146:15 147:2

**bottoms-up** 138:2,20

**bought** 211:2

**breach** 51:6 52:14,18

**breaching** 53:12

**break** 11:2,3,9 39:16,
18,21 50:4 90:23
156:13 196:22,24
237:20

**breakdown** 233:4

Index: back–breakdown

Donal Conroy                                                                  In re Apple Inc. Securities Litigation

**breaks** 11:1

**Brian** 226:9,10,11,12
227:10 236:21
237:14

**Brian's** 214:21 227:9
237:10

**brief** 83:22,24 89:16
92:18,19 93:12
120:25

**briefing** 84:1

**bring** 39:22 64:24
74:25 82:5 98:10
115:10 128:14
142:18 197:8 213:15

**broad** 89:7 169:12

**broader** 14:20 110:5

**broadly** 89:20

**brought** 114:22

**budget** 71:21 72:3
76:17

**Budhraja** 83:2

**buffer** 38:12,15,16
49:7 109:14

**buffered** 25:10 38:11
39:10 50:2 179:2
231:25

**buffering** 22:24,25

**buffers** 51:17

**build** 114:20 127:25
135:5 215:9

**built** 147:18 220:23

**Bukhari** 83:4

**bulk** 101:13

**bullet** 85:23 90:3,4
160:12,16 161:22
204:22 205:15
207:14 211:15

219:17 234:12
235:25 236:23

**burn** 195:4

**business** 52:19 86:10
87:15 133:12 155:15
165:23,24 166:1
185:20 196:19

**buy** 17:13 80:23
87:19 165:20

**buying** 62:11 211:4

———————————

**C**

**calculate** 188:7

**calendar** 11:25 13:2,
24 19:25

**California** 7:7,10,16
9:12

**call** 15:16 21:7 46:16
58:24 83:11 84:11
87:14,16 108:20
112:5 138:21 140:4,
25 144:13 146:17
164:14 168:18
225:13 234:11

**called** 44:11 144:9

**calling** 112:9 210:17

**Callouts** 204:21

**calls** 112:16 144:19

**cancels** 71:20 72:2
76:17

**cannibalize** 102:22

**capacity** 12:3,7
241:21

**capture** 25:11

**care** 52:4,6 201:2
202:5 240:23 246:5

**careful** 94:11,22

120:16

**case** 7:7 9:7 11:21
13:17 16:2 22:1,24
25:10,12 31:8 32:7
38:11,12,15 39:10,
13 44:20 45:11
48:15 51:17 90:17
103:22 104:17
121:16 123:4 125:17
141:6 142:4,6,7,10
176:19 178:21
179:14,16 186:1,14
195:16 214:23
231:25 241:18,25
242:2 243:17

**Casey** 129:23 143:10
180:10

**Casey's** 130:9

**catch** 135:13

**cc** 16:7

**cc's** 99:13 143:10

**certain** 13:4 23:12
30:9 62:10 97:13
112:18 126:18 144:6
157:7 179:9 190:23
195:24 196:3 203:13
218:14 225:11,14
234:19 236:14 237:8
239:15

**certainly** 18:25 23:13
28:22 38:2 54:17
67:2 74:10 89:24
106:14 169:4 171:7
175:12 195:24
210:17 223:25

**cetera** 12:13 113:12
232:6 244:2

**CFO** 16:11

**chain** 21:7,19 23:1
25:23 26:4 28:4,9
35:19,25 36:8,9

37:1,16 49:7 50:2
51:14 52:24 58:23
59:19 67:23 68:16,
21 73:23 74:6 76:10
112:19,24 113:4,6
115:9 122:22 138:8
179:3 241:22 242:15

**challenge** 215:15
217:25

**challenges** 207:20
236:7

**chance** 33:13 65:8
75:6 98:17 115:19
142:25 148:13 170:7
180:1 197:16 207:24
213:22 223:5 227:1
230:19 233:19
238:16

**change** 14:22 19:18
48:23 112:2 136:10,
13 146:13 180:20
182:11

**changed** 98:7 131:12,
24 135:10,20 175:15

**changes** 41:11
132:11 136:17,20
147:18

**changing** 131:16,21
145:22

**channel** 80:10,16,20
81:1,15 83:16,19,20
87:23 113:19,24
189:25 190:18,22
192:6,8 194:4,9
195:7 206:5 207:3,5,
11 217:15 237:2

**channels** 80:11
195:17

**charge** 92:18 150:6

**chart** 135:7 186:2

Highly Confidential

**Donal Conroy**

**In re Apple Inc. Securities Litigation**

charter 25:8

charts 135:10

chase 20:9 21:3,4,5, 8,10,23 22:9

chasing 21:12,15,16 22:9 174:21

chat 32:25 33:2 238:8

cheaper 72:11

cheats 59:7

check 13:2 31:14 63:20 134:9 182:3

chin 175:20 178:10

china 81:18,19,21,24 83:18,21 84:1,3,16, 20,22 85:18 86:22 87:2 88:6 89:6,8,12, 16,24 90:1,6,11,15 91:17 100:12 107:9 108:4 110:2,9 120:12,13 132:5,13, 19,24 134:3,14,15, 22 136:7 137:14 143:14 151:22 152:21,25 153:4,16 156:1,6 159:9 161:23 162:24 163:11,23 164:7,23 165:1 166:9 169:8, 11,17 187:7 198:7, 12 200:4,7,18,23 201:6,23 202:23 203:9,12,15,23 204:17 205:15,16 206:12 207:16,17 209:18 211:5,20 212:1,13,17 214:16, 23 215:9,22 217:2,8, 17,23 218:5,6 219:3, 22 220:13 223:13 224:16,23 228:3 229:2 234:3 235:14 237:17

Chinese 212:9 215:19,21

chk 114:1

choices 178:1

chose 47:6 178:5

Chris 8:12

cited 151:14

clarification 16:3 39:14 154:21

clarify 10:3 25:20 73:13 193:25 241:16

clarifying 11:15 147:17

clean 207:19 212:4 214:7,9 215:1 237:10

clear 12:18 27:9 41:22 53:10 60:14 65:22 71:19 72:1 84:19 92:8 109:9 112:1 118:5 120:22 161:4 176:10 178:20 186:17 189:6 218:22 244:5

clearly 42:22 58:10 88:20 89:3 112:1 204:1 243:18

close 77:22 146:16 165:22,24 166:1 207:2

closed 220:9

closer 92:5 206:3

CM 84:22 97:3 217:8, 15

CM's 84:25

COB 165:24

code 48:12,14

collaborators 113:11

collected 222:14

colloquialism 21:6 22:1

colloquially 58:24

color 86:4 208:21 209:6,7

colors 88:8

column 77:4 130:24 143:21

columns 131:1

combination 138:19 194:6 232:15 235:6

combined 47:24 232:15

combo 86:2,15

come 15:14 58:23 69:22 103:4 123:18 140:2 142:9 157:8 171:3,4 192:21 196:25 242:14,18

comes 115:24 116:1 149:12 166:13 225:25 226:2

coming 16:23 26:21 50:19 70:5 103:6 113:25 119:24 120:8 141:8 149:25 165:15 173:11 193:14 225:2 242:25 243:12

comment 89:7,23 90:18 110:1 136:16 152:2 154:15 160:8 161:12 162:13,16 164:15 244:3

commentary 135:18 164:7,11 193:17

commenting 128:5 135:19,20 163:20

comments 77:5 91:16 92:19,21 112:16,18,20 125:6 150:4 171:15 195:12

commercial 67:11

commit 239:15

commitments 240:15

commits 240:5

committing 232:1,2

common 35:12 115:8 117:25 137:8,12,20

communicate 35:13 37:16 63:25 64:6

communicated 62:1

communicating 39:5 211:11

communication 56:4 92:10 93:1 218:19 219:5

comp 134:17

companies 81:16

company 18:2,13,22 27:14 36:4 50:22 51:1,8,21 54:14,17 72:19 127:24 153:14 212:7

company's 54:23 55:7

comparable 161:1

compare 69:21 131:2 134:20 146:2 184:16,20

compared 139:6 152:6 160:3,19 161:7 172:13,16,19, 22 180:24 187:21

compares 49:18 232:11

**comparing** 136:1 154:19,22,24 173:3

**comparison** 54:8 72:12 77:3,11,15

**competition** 162:15

**competitor** 161:25

**comping** 134:18

**complaint** 84:23

**complete** 9:22 11:8 88:17 93:9

**completely** 54:10

**complexity** 184:20

**compliance** 63:15 157:7

**comply** 62:15,21,25

**component** 231:20

**concern** 54:11 55:13 108:12,13 215:4

**concerned** 107:9 108:4 239:13

**concerning** 61:15 64:9 91:19 110:1,4 167:2 172:25 219:21

**concerns** 244:18,21, 24

**conclude** 184:21 190:15

**concluded** 75:19 185:11,14 190:15 220:19 245:18

**concludes** 246:6

**concluding** 77:20

**conclusion** 70:6 78:10

**conclusions** 92:2,4

**confidence** 104:20 237:2

**confident** 46:1 104:8

**confidential** 51:1,3,9, 24 52:3,7,11 53:7, 11,19 59:5,18,23 60:4,9,10 64:22 245:17

**confidentiality** 53:5, 12

**configuration** 209:2

**configurations** 209:5

**confirm** 41:13 58:9 152:7 169:3 177:7 202:19

**confirmed** 53:18 70:22 216:23 242:23

**confirming** 36:6 75:21 78:4

**confirms** 41:20 120:6

**confused** 18:6 22:21 28:14 102:14 104:18

**confusing** 167:14

**confusion** 16:18 20:15 28:16 29:1

**congratulating** 101:4,6

**connect** 55:14 191:1

**connected** 26:3

**connection** 59:11 78:24

**Conroy** 7:5 8:18,22 9:3,11 11:12,13,20 28:21 30:12 31:23 33:5,11 38:22 50:12 55:1 64:25 65:4,11 66:10 74:25 75:4,24 79:2 82:10,11,13,16 89:14 90:22 91:13 96:15 97:9 98:11,15, 18,21,22 110:16

115:12,16 120:20 123:15 124:2,4 127:9,13 128:15,19 129:13 141:8 142:19 143:2,5 145:23 147:4 148:8,12 157:12,16,21,23 170:1,5,11 179:19, 23 197:7,9,13,15 199:20 213:16,20,25 221:11 223:2 226:19,23 227:3 230:13,22 233:12,22 238:8,16 245:19 246:1

**consequences** 59:10

**consider** 50:25 51:9, 24 60:3,7 86:9 87:19 139:9 209:12 217:15 218:2

**considered** 59:17 69:14 206:9

**considering** 110:25

**consistent** 46:4 67:7 86:4 120:11,15 161:18 229:13 237:16

**consolidated** 222:15, 19

**constraining** 113:19, 20,22

**constraints** 208:21

**consumer** 17:11 118:10 154:5,7 162:9

**consumers** 54:18 80:3 121:3,15,17,19 161:24 212:23 237:5

**consumption** 51:25 52:3

**contemplated** 239:4

**contemplates** 232:24

**content** 14:13,14,16, 18 117:4 149:9

**context** 21:4,11,14 22:9 90:7 109:22 110:3,4 114:17 115:9 150:18 155:19 162:7 210:23 231:19

**continuation** 95:2 133:14

**continue** 183:11 209:13 211:9 216:14 218:2

**continued** 93:24 210:21

**continues** 127:3 132:2

**continuing** 86:10 88:5

**contracts** 51:1

**contractually** 52:10

**contribute** 201:18,19

**contribution** 201:17

**convenience** 30:4

**conversation** 21:19 25:24 47:6,8 58:5 89:25 101:13 110:4, 8 139:16

**conversations** 109:23 126:15 239:23

**convince** 240:21

**convinced** 234:20

**COO** 36:4

**Cook** 14:9,19 15:19 16:10 27:23 36:7,9, 18,23 39:5 65:20

Highly Confidential

**Donal Conroy**

In re Apple Inc. Securities Litigation

67:17 78:23 79:9,15,
19,21 84:2,5,20
88:20 89:1,25
108:12,13 110:1
148:25 149:23 158:1
159:8 170:16,22
180:6 219:23
235:14,19,23 241:14

**coordinating** 150:4,7

**copied** 16:11 227:13

**copy** 83:2 180:9

**copying** 76:24 129:23
227:18 231:2

**corner** 71:16,17
230:8

**corporate** 122:3,13
123:9 143:17,18

**correct** 12:7,22 14:4
18:5,11,20 19:6
24:13 27:6 33:5 35:3
36:3 37:11,14 40:2
43:7 49:6 53:24
57:20 66:11 69:8
70:8,23 71:14 72:7,
14 76:7 81:20,22
90:7 95:17 98:2
101:16 111:13 114:7
116:25 118:17
119:11 121:24 122:5
128:2 130:11,15
136:15 145:8,12,13
151:2 158:22,23
171:12 174:1 177:6
181:11 182:7 183:16
184:10 186:23
188:14 190:12 193:8
194:25 195:20
198:4,13 203:18
207:25 208:5,10
210:13,22 212:11
213:13 214:7 219:14
227:19 230:10 233:1
234:4 242:11 244:15

**correctly** 141:13
150:17 175:8

**correlated** 94:15 95:2

**correspond** 122:6
226:13

**correspondence**
218:11 226:16
245:24

**counsel** 7:21 12:11
13:9,11,13,18 14:14
31:14,15 65:13
129:14 180:4 199:6

**countries** 133:15,18
157:8,9 204:18
216:14,18

**country** 133:9

**couple** 14:6 27:19,20
74:10 99:4 178:11
236:16

**course** 32:1 56:23

**court** 7:7,13,14 8:20
9:12,19

**cover** 223:12 240:5,
15

**covered** 242:1

**covering** 221:19

**create** 147:1

**created** 23:9 78:1
116:2 131:19,20
140:11 148:5 170:19
194:20 208:6 224:21

**creates** 107:3

**cross-functional**
113:10

**CT** 218:7

**CU** 217:23 218:1

**culling** 72:9

**cum** 33:25 37:9 41:10
97:24 182:21 183:16
189:18 192:18
222:20

**cumulative** 98:3
179:11

**Cupertino** 143:18

**current** 26:17 27:14
48:22 109:7 111:1
132:1 185:23 188:9
191:19 206:2 207:1
214:25 216:10 236:5
240:15

**currently** 185:25
212:1 214:15 218:6

**curve** 95:20 102:11
173:9 187:4 188:17
191:24 204:23,24
205:1

**curves** 95:6

**customer** 127:4,20
128:1 165:8,19
201:11

**customers** 17:11,13
21:16 80:18,25
113:25 118:11
121:23

**customized** 226:2

**cut** 33:24,25 35:13,
18,20 36:5,10,14,18
37:4,7,8,9,13,23
38:1,2,3,5,13,19,25
39:12 42:2,8 44:25
47:20 49:4,11,22,25
50:1 55:16,21 56:2,
4,12 57:24 58:10,11,
14 59:14 60:12,20
61:14 64:9,17 97:8
174:19 176:13,16
242:10,12

**cuts** 34:5,17 36:11,

20,24 37:15 41:17
51:8 55:25 59:25
61:25 174:16 239:1,
3,13 240:2 242:25
243:12

**cutting** 41:8 48:1

---

**D**

**D22** 111:19

**D2x** 155:4

**D3x** 48:10 101:14
103:5 231:21

**D3x/n84** 232:15

**daily** 139:6 225:23,25

**Dan** 7:25 8:2,3,4,5,6
66:6,13 67:8,10
99:14 245:24

**Daniel** 41:1 238:23

**dash** 85:22 86:21
90:4 172:9 185:22
191:18 217:6,21
218:4

**data** 16:25 17:4,9,20
38:14 58:6 59:19
75:19 78:5 92:11
94:12,14,19,21
104:25 105:16
126:17 132:1 135:21
138:22 142:3 151:1
155:12,20 156:2
161:5,18 167:7,13
168:22 170:22 171:2
178:24 179:7
182:18,20,21
183:15,16 184:8,9,
13,17 185:6,9,10
188:6 189:14,15
192:24 193:6,9,10,
14,19 194:7,10,12,
13,15,18,19 203:20

Donal Conroy

204:12 221:18 222:3,10,19,21 224:22 225:14 243:18 244:24,25

**date** 15:1,4 17:12 18:21 23:24 58:11 91:23 92:3 97:25 131:11,25 144:6 157:9 172:10 173:22 177:9,10 181:9 195:20 230:25 233:9

**dated** 33:15 39:25 40:21 56:8 76:3 82:16 148:23 198:1 214:4 227:23 234:1

**dates** 100:16

**day** 42:1,22 58:9 59:7 66:22 90:12 91:4 99:10 116:21 117:2 126:16 139:7 146:14 158:10 159:1,12 160:5 161:9 162:6 163:11 165:20 166:15 167:6,11,19 168:5,17 169:13,17, 18 170:14 172:25 173:6,10 176:7 177:14,15 182:17, 20,22,23 184:7 187:1 189:18 192:13,17,18,20,25 193:9 209:23 210:4, 12,16 222:10 226:1, 3 227:13 234:7 236:15,20 243:8 245:3

**day's** 183:15 186:19

**days** 13:1 42:12,14, 16,20 99:4 100:11 131:24 160:20 198:3

**DC** 218:1 236:10

**deal** 235:13

**debate** 168:22 173:7 185:6 190:15

**debating** 120:23

**decay** 205:1

**December** 45:17 84:25

**decide** 57:10 58:9 146:20 242:3

**decided** 21:17 61:25 185:18

**decision** 15:18 146:23,25 162:1 179:8,10

**decisions** 232:8 241:20,21

**deck** 131:7,15,19

**declare** 52:2 60:8 212:16

**declared** 52:3,10

**decline** 86:11 213:2,3 217:11 236:8

**decrease** 15:21,23 102:24 182:14 183:9

**decreased** 182:9 183:4,8

**Deepak** 214:1,2

**Defendants** 8:17

**definitely** 244:17

**definition** 25:19

**degree** 16:18 24:24 104:20

**delineation** 133:20

**deliveries** 17:14

**delta** 24:24 48:23 232:19 233:5

**deltas** 49:16 180:24

**demand** 17:5,21 18:1, 7,12,20 19:13 20:16, 18 21:16 22:3,21,25 24:19,23 25:4,7,12, 16,19 26:19 27:4 28:10,14,17 29:3 38:6 50:2 54:5 68:3 87:24 88:8 90:17 91:20 92:3,11 93:2 94:7,14 95:1,2,9,10 96:2,16 103:5,13,20 106:14 107:9 108:4 110:2 112:19,24 113:8,13,19,20,22 114:4,6,9 116:21,23 126:2,3 127:5,6,20, 22 128:1 138:3 139:7 147:25 149:8 151:9,10,13,15 160:2 166:18 167:2, 21 168:6,7,12,22 169:8 179:2 182:14 184:5 188:8,17 189:16,22,25 193:13 200:24,25 201:2 205:8 206:6 209:19 211:1,10 212:21,25 213:3,5,7,12 214:16 217:11 218:8 229:2, 8,10,20 231:6 232:25 235:4 236:6, 8,11 240:24 241:18, 25 242:2 243:7,19

**demand/escalation** 209:11

**demands** 29:18

**denote** 21:11

**department** 63:1,12, 20,21

**depend** 95:15,17,18

**depending** 46:18 52:17 113:3 122:20 128:23 228:14,25

**depends** 138:7

**depicted** 96:15

**depicting** 177:11,14

**depicts** 44:16

**deposed** 9:6 32:4,6

**deposition** 7:4,9 9:5 11:13 12:1,10,15,19 13:16 30:16 34:8,13, 16 44:5 99:1 225:22 245:17 246:7,10

**describe** 26:11 37:23 44:15 83:8 137:7,12 138:24 141:1 172:24 173:10 226:17

**described** 23:15 37:12 51:12 68:13 69:7 70:10 77:20 110:23 130:7 137:13 208:12

**describes** 164:20

**describing** 49:3

**description** 87:2 214:15

**designate** 245:16

**designed** 226:2

**despite** 240:4

**detailed** 119:22 188:3

**details** 14:1,6,7 36:11 48:17 133:7,12 144:7,14 165:12 186:1 219:16

**determined** 42:9 56:17 139:22

**determines** 139:10

**developing** 100:4

**device** 16:23 17:1 114:1,2 154:19 165:5 187:2

Highly Confidential

**Donal Conroy**

In re Apple Inc. Securities Litigation

**device's** 154:24

**devices** 16:24 94:20
103:3 154:20,22,25

**DG** 134:18

**difference** 61:21
68:15 97:4 136:1

**differences** 162:10

**different** 11:4 22:3
25:7 26:3 46:15
55:15 70:25 78:18
95:5 110:8 119:17
120:16 142:7,9
150:5 160:9 165:12
173:8 178:15,19
187:4 189:10

**differently** 81:13
92:15 93:8 121:9
171:23 234:23

**difficult** 138:11

**direct** 80:11,20 101:2
111:14 133:2
151:13,15 172:12

**directed** 91:16

**directing** 133:21
149:22 150:12

**directly** 36:3,10 90:6

**director** 74:11

**disagree** 78:9,15
79:12

**disagreeing** 78:12

**disappointed** 88:16
93:3 215:7

**disappointing** 88:21
90:20 210:5

**discrete** 214:24

**discuss** 60:20,24
104:13

**discussed** 28:13 36:5
37:20 39:7 41:7,9,17
55:20 56:17 57:7,10,
18 58:10 64:17
106:16,17 175:15
176:13 184:25 200:9
219:18,25

**discussing** 23:19
24:2,10 44:19 57:23
73:6 193:22 239:10

**discussion** 22:4 23:7
41:11,22 56:9 57:14
97:1 100:7 101:13
109:6 138:16 141:10
181:7 186:25 187:13
211:6 212:2 219:6
233:7 235:5 245:12

**discussions** 14:1
35:19 45:9

**dislike** 59:6

**dispute** 81:8

**disregarded** 92:25
93:7

**distinct** 165:18

**distribution** 150:24

**District** 7:6,7

**document** 20:14,23,
25 21:2 23:4,14,18,
23,24 27:24 32:20
33:12 34:11,13,19
39:25 40:3,10 44:13,
15,18 45:1,10,21,23
47:11 48:5,19,21,24
49:14 57:1,3 58:8
64:24 65:7 69:22
75:7,10 77:19 79:2
82:12 85:13 92:22
93:12,23 98:18 99:2,
19 106:8 115:19,22,
23 116:8 117:13
124:8,14 127:9

129:22 132:22
133:14 135:24 136:1
138:17 142:24
148:6,14,16 157:19
160:14 168:16 170:8
173:2,17,24 174:4,6,
8,12 175:9 176:15
179:25 180:3 188:1,
12 190:23 191:22
197:16,19 211:22
213:23 216:19
223:4,10,16 224:19,
21 225:1 226:25
229:18,21 230:8,18
232:7,14 233:19
238:6,13,15,20

**documents** 13:17,18,
22,25 14:7 19:23
20:1 22:13 27:21
28:1 29:23 30:3,8,
21,24 31:3 34:7 44:9
46:11,15 50:16
65:12 98:25 103:16
140:15 141:18
167:23 168:10 169:3
174:3 224:15 244:22

**dog** 91:2,3

**doing** 14:3 36:14
37:17 39:15 51:16
57:23 92:23 103:23
188:5 192:16 198:11

**dollar** 15:15

**dollarize** 123:9
147:15

**dollarized** 123:8

**dollarizes** 15:14

**Donal** 7:4 8:22 9:11
41:14 66:10 141:11
144:17 146:12
156:13 196:23
214:19 240:1

**Donal/anna** 228:6

**double** 58:3 202:3

**doubt** 27:1

**Doug** 158:3

**Dowd** 7:24 8:7,8,9

**Dowling** 33:16 65:20,
24 67:12 72:5

**downward** 54:4
127:25

**Drance** 67:18

**drive** 241:22

**driven** 54:4 103:9
111:17 127:4,20
134:16 135:4 182:14
183:11

**drivers** 54:5

**driving** 61:20

**drop** 86:2

**drop-off** 86:16

**drove** 107:25 108:8
121:17 179:12

**due** 106:7 134:19
184:5 205:1 208:20
217:11 236:8

**duly** 8:23

**duties** 78:25 79:10
122:7

**DX3** 102:5,9,12
232:20

**dynamic** 169:14

---

**E**

**e-mail** 14:8,13,14
15:2,4,25 16:5,7,10,
12,14,17 18:21
19:18 23:3 27:22
28:3 33:15,20 34:4,
14,15,18 35:4,21

**Highly Confidential**

Donal Conroy

In re Apple Inc. Securities Litigation

37:6,25 38:2 39:6,25 40:11,20 41:4 42:1 43:5 50:18 56:8,13, 21,25 57:2,6,9,15,21 58:4 65:15,23 66:3, 5,9,13,16 68:7,8 69:1,2,6,21 71:20 72:2,4,5 74:15 75:14,16,20,25 76:3, 9,14,15,23 78:4 79:16 82:16,20,23 83:21 85:22 88:15 89:9,11,15 99:4,7,15 100:6 103:19 108:20 109:10 116:2,10 120:24 124:5 129:14,18,21 130:5 131:11 133:5,8 137:17 143:6,9 145:8 147:14 148:23 149:4,14,23 150:19 157:21,23 158:1 171:12,23 174:9,18 175:2,22,24 176:25 177:1,23 180:6 181:6 191:5 195:13 197:23 198:6,11 209:24 210:10,11, 13,17 214:1,14 215:21 218:10,15, 17,18 219:9,16,19 221:24 222:1,2 223:12 225:7 227:4, 17,18 229:14 231:2 233:10,23 234:25 236:13,21 237:10 238:22 241:3

**e-mailed** 244:1

**e-mails** 65:23 226:1 243:25

**earlier** 9:4 20:13 25:24 28:13 31:5 34:21 46:7 50:21 68:13 70:24 75:18

90:8 106:16,17 112:7 116:5 128:11 130:8 141:24 173:5 174:25 176:11 185:1 191:18 222:8 238:21 239:21,22 244:25 245:5,8,11,12

**earliest** 30:4

**early** 16:25 17:17 18:8 22:17 23:16,25 24:25 28:15 29:17, 18 55:18,21 56:2,5, 10 91:23 92:1 93:23 94:12,14,18,21 95:5, 9 96:7 100:23 106:10 125:17 126:2 159:11 161:17 167:17 185:23 191:19 192:14,23 193:5,9,18,22 194:4, 9 195:4 210:25 211:8 239:10

**earnings** 14:10 15:3 112:16 116:16

**East** 199:12

**economics** 95:19

**effect** 179:11

**effective** 106:25

**effectively** 87:9 165:14 178:19 208:7

**eight** 206:9,15

**either** 38:7 50:17,18 127:25 166:5 220:4

**elastic** 212:24

**elements** 167:8

**embarrassing** 174:20

**EMEA** 169:22

**emerging** 203:3

**employee** 31:8

**employees** 31:10,12 53:4 65:19 76:25 227:5,19 231:3 233:24

**end-user** 113:25 114:3

**end-users** 80:18

**ends** 71:17 94:21 140:14

**engaged** 100:3

**ensure** 63:1 86:4 228:16

**ensures** 229:7

**entertained** 140:7

**entire** 67:1 75:13 171:12 198:10

**entirely** 161:18

**entitled** 10:7 48:6 57:3

**Entry** 134:16

**equates** 196:8

**escalation** 217:23

**et** 12:13 113:12 232:6 244:2

**Europe** 132:4,14 144:12 153:21,25 169:22

**evening** 158:16 180:23 181:3

**event** 12:22

**events** 160:18

**eventually** 179:9

**everybody** 246:5

**ex** 156:6

**exact** 154:14 185:3

**exactly** 24:24 49:16

101:25 105:11 117:3 158:18 171:13 203:13 210:17

**EXAMINATION** 9:1

**examined** 8:24

**example** 14:6,8 20:6, 7 24:3 51:2 118:7 151:12 153:21 225:14

**exception** 60:15 176:21

**excess** 21:8 208:7

**exchange** 14:9,13,19 20:8 26:25 28:3 65:16,18 66:3 75:17, 25 76:3,7,10 78:4 82:16 91:14,18 95:25 99:4,16 100:12 116:2 120:24 129:18 143:6 157:21 173:25 174:9 175:2, 6 177:23 227:4 229:14 238:22

**exchanged** 27:22

**excluding** 151:21 152:20 153:20

**exclusions** 155:25 156:2

**Excuse** 42:14

**exec** 83:22,24 89:16 119:4 148:24 149:3, 5 150:19

**execs** 222:20

**execute** 58:10

**executed** 52:21 64:17 239:5

**executing** 33:23 37:7

**execution** 216:10

**Donal Conroy**

**Highly Confidential**

In re Apple Inc. Securities Litigation

**executive** 35:19,25
36:8,9 37:16 158:10

**executives** 221:14

**exercise** 138:15

**exhibit** 11:12 33:4,8
40:4 65:1 71:12
75:1,14,24 76:21
77:10 78:6 82:7
98:12 101:3 115:13
128:16 130:18,20
142:20 145:8 148:9
157:14 170:2 179:20
197:10 204:25
213:17 221:2 222:24
226:20 230:3,14
233:13 236:15
238:10

**exhibits** 236:16

**exiting** 169:5

**expand** 129:10

**expect** 11:1 212:2

**expectation** 18:9
24:16,18,22 73:21
85:18 119:16 237:3
243:20

**expectations** 72:20
73:9 119:25

**expected** 17:6,16,17
18:2,13,23 19:14
22:21 28:15 29:10
38:7 39:11 62:15
86:23 87:3 89:20
90:15 120:7,14
125:11 187:6

**expecting** 119:18

**expedite** 240:3

**experience** 112:10
125:19 128:22
137:23

**experiencing** 209:19

**expert** 43:18 62:6
212:14,17

**explain** 80:15 120:21
144:5 145:16,20
191:4

**explaining** 70:15
196:13 242:14

**explains** 191:10

**explanation** 162:5

**explicitly** 217:13

**exposed** 174:13

**expressed** 108:12,13

**expressing** 178:16

**expression** 73:17
113:22 114:18,24
206:13

**extent** 32:13

**external** 13:9,10,14
15:18 54:9 61:20

**extrap** 191:22 192:8
193:12 196:13

**extrap'd** 193:4

**extrap'ing** 187:1
191:25 192:13

**extrapolate** 95:9
188:17 193:12

**extrapolated** 187:10
189:13

**extrapolating** 186:19
189:1 190:9

**extrapolation** 194:20,
22 195:14,15

**extreme** 183:18,23
185:1,16

**F**

**fab** 240:13

**face** 99:18

**fact** 17:4 28:4 41:8
57:12 58:14 76:9
102:15 106:20 111:2
137:2 152:5,8
154:16 160:10
161:14 162:21
163:20 169:14 173:4
178:15,16 184:10,15
189:20 190:1 192:3
226:4

**factor** 54:5

**factors** 29:19 54:6
84:19 95:19 184:25

**factory** 114:22 215:9
220:17 237:9

**facts** 9:24 13:23
19:24 20:4 22:14
27:21 28:2 29:25
30:9 31:4 34:20 44:9
67:7 69:22 70:5,8,23
168:6,11

**factual** 77:21

**faded** 79:20

**fair** 24:20 34:17,22
35:5 42:7,14 44:23
45:7 47:25 51:7
57:17,22 58:17
65:15 67:13 71:22
72:10 75:24 76:14
82:18,21 84:18
91:18 92:10 94:5,8,9
95:24 98:9 99:3
100:2,15 105:25
109:5 110:24 111:10
114:6 115:6 124:13,
22 127:23 129:17
143:5 148:22 150:14

151:9,12 153:25
157:24 159:7 160:13
171:18 180:5,15
190:11 197:22
198:10 200:3 213:25
214:14 222:18 227:3
231:1 233:22 234:17
239:16 243:11,17
244:4,7,11

**fair...i** 243:6

**fall** 72:12 178:5

**falling** 177:20,24
178:4,8

**familiar** 62:18 66:20
225:18

**fantastic** 94:20

**far** 143:16 222:21

**fast** 212:25

**February** 7:11

**feedback** 112:22
161:23 162:9 174:18
175:17 193:1 209:11
211:8 215:10,14
217:3 236:2,5
237:15 239:20 243:7

**feel** 19:3,9 59:2,5
67:4 136:20

**feeling** 70:21 137:1
169:11,12,18 173:5
178:16

**feels** 59:6 125:10

**fell** 78:20 136:7 176:2
178:17 245:2,11

**felt** 22:25 59:4 172:24
174:13 177:8

**Fenger** 158:3 227:11

**Fernandez-kopec**
7:12

**Donal Conroy**                                                    **In re Apple Inc. Securities Litigation**

fewer 160:25

Fifteen 91:2

figure 105:19,20
 109:12 153:10
 195:23 196:1

figures 77:3 164:8

filed 7:6

final 15:18 94:14
 117:13 146:1,22,25
 162:1 187:17 189:8

finalizing 182:12

finally 146:16,19
 220:19

finance 16:13 122:3,
 13 123:9 140:8
 171:5 224:11

financial 27:13 39:6
 52:19 54:9,23 55:8
 68:16 109:11,12
 123:7 143:18 201:11

financials 49:19

find 234:6

fine 8:16 32:3 71:9
 213:13 237:23

finish 28:21 97:7,9
 110:16 120:19
 240:18

firing 53:20

firm 8:11

first 8:23 13:6,15
 16:22 17:13 19:22
 22:14 27:18 29:24
 30:20 39:21 40:20
 76:21 82:20 84:15
 85:23 90:4 102:15
 116:8 124:18,19
 129:21 133:18
 134:9,13,21 159:16
 160:5 161:9 162:5

163:11 165:7 171:25
 172:8 173:10 181:24
 185:22 186:1 189:24
 217:6 219:8 223:11
 227:17 228:23 230:9
 234:11 235:25

fiscal 49:23

five 123:13 156:15
 181:18 206:17 207:7
 220:12 229:17 235:1

fixed 96:19 97:12

flagship 161:25

Flash 223:13 224:16

flatter 95:12

flow 218:21 227:8

flows 138:16

focus 105:9 106:24

focused 12:12 27:15
 105:8 138:9 172:6

focusing 204:16
 227:14,16

foggy 196:12 206:24
 207:5 243:16

folks 215:9 237:9
 243:2,14

follow 168:2 195:19
 202:3 204:17 227:7

follow-up 130:5

followed 132:3

following 26:7,9
 80:14 132:11 187:11

follows 8:24 71:25
 233:4

forecast 17:2 25:7
 26:4,20 27:13 73:2,
 3,20,21 87:17 92:3,9
 96:20 97:14 100:18
 103:24 121:10,12

122:15,19,20 127:4,
 19,25 128:6,9 138:2,
 7 139:11,15,17
 140:1 144:6,8,10,11
 146:3,6,7,17,22
 148:4 152:3 168:23
 190:24 220:8,13
 228:7 237:13 241:7,
 19 242:6,13

forecasting 25:3,8,
 15,22 26:1,12,14
 27:3,12 68:3,9,12,
 16,17,22 69:6 87:24
 90:13 138:3 147:16

forecasts 55:15
 112:19 121:11
 126:16 182:12 185:7
 205:14 241:17
 242:15

form 17:7 18:3,14,24
 19:7 21:13,24 22:10
 23:5,21 24:7,21
 25:5,17 26:24 27:7
 28:12 29:11 35:7,15
 36:16,22 37:18,24
 38:8 41:19 42:3,10,
 17,23 43:17 44:17
 45:3,13 46:13,22
 47:3 48:2 49:24
 51:22 52:8 53:8
 54:25 55:9,19 56:6,
 19 58:1,20 59:3,16
 60:1,13,23 61:17
 62:5,24 63:9,16
 64:3,12,19 67:20
 68:5,14,24 69:14,19
 70:12,20 71:6,23
 72:25 73:11 78:11
 79:1,25 80:6 81:5,11
 85:11 88:1,24 89:13
 91:21 92:13 93:5
 96:3,17 97:20,22
 98:5 99:20 100:5,24
 101:20 103:17

104:16 105:6
 107:15,21 108:6,14
 109:8,20 110:6
 112:17 114:15 115:7
 116:18 118:3,20
 119:13 120:5 122:11
 124:23 125:14,24
 126:21 132:20
 135:12,15 136:11,24
 137:6,16 138:5
 139:13 140:17
 141:20 145:14
 147:12 148:1 150:15
 151:25 153:1,6,17
 154:13 155:7 156:4
 160:7 161:3,11
 162:19 163:13 164:9
 166:6,20 167:25
 168:14 169:20
 170:25 171:21
 174:2,17 176:5,24
 177:12,21 178:13
 181:12,23 183:24
 184:11 185:2 187:16
 190:4 193:24
 198:17,22 199:22
 200:6,13,20 201:9,
 25 202:14,24 203:25
 206:11 207:9 208:2
 209:21 210:14 215:6
 216:2 219:13,24
 220:5 222:6,15,16
 224:24 225:16
 231:17 234:21
 235:17 239:7 240:19
 243:15 245:6,9

format 46:16,21 47:7
 222:9

formats 46:15,18
 222:8

formed 70:3

forth 83:15

forum 41:23

Highly Confidential

**Donal Conroy**

In re Apple Inc. Securities Litigation

forward 41:7 57:6 67:22 158:10 160:14 161:23 162:24 218:15 236:21 244:2

forward...which 111:21

forwarded 66:6,13 125:3,5,7 130:1,5 227:10

forwarding 76:10 218:19 219:5,11,17

forwards 66:17

four 42:20 48:6 131:24 136:7,13 137:3 162:13 181:19,21 229:3

fourth 161:22 211:15, 16

Fox 8:12

Foxconn 71:14

FP&A 143:17,18

FQ1 48:25

FQ2 48:25 49:8

FQ3 47:17 49:1

FQ4 48:25 49:1 50:1

frame 92:14 93:7 95:4 138:21 139:24 141:2 234:22

framed 70:7

frames 161:2

framing 73:5

Francisco 7:16

frequently 136:17 137:24 239:17

Friday 35:4 180:14 181:4,8 182:22 214:22 217:24 245:2

Friday/saturday 186:6

Friedman 8:9

front 16:1 50:13 124:8

full 9:10,21 146:23 211:21

fully 237:11

further 41:8 163:22 187:13 195:22 199:25 212:2 217:12 221:13 245:14,23

future 27:6 126:11 209:9,13 217:16 218:3

FY 204:24

FY2019 47:12

FYI 33:23 36:13 125:9

**G**

gained 144:21

gather 190:1

gathering 151:1

Gatos 7:10 9:12

GC 166:8 202:17 204:16 214:13 220:9 226:12 227:25 228:7 229:9,23

GC-EXEC-FUNDAMENTAL@GROUP.APPLE.COM 223:22

gears 123:13

gee 174:24 175:3,17 176:16

Geller 7:24 8:7,8,9

general 70:6 122:7 131:10 231:14

generally 26:16 27:14 38:14 42:24 63:22 77:20 80:25 84:8 86:9 89:9 92:16 102:1 103:21 104:3, 5 113:8,17 114:10, 23 140:10 144:22 149:12 157:6 174:13 177:10 224:10

generate 121:8 198:14 225:11

generated 117:5

generates 203:10

generating 116:10 203:16

Generically 114:18

gentleman 13:12 63:22

geo 107:7 130:14,24, 25 136:17 137:24 144:7,23 146:24

geos 144:15

gestures 10:22

getting 34:1 149:13 150:7 172:24 215:10

gig 206:17,19 209:6

gigabyte 206:6

give 9:21 14:5 20:6 37:2 46:8 87:13,14, 16 103:20 106:3 112:22 122:22 133:4 144:17 148:7 157:12 163:16 169:24 171:2 179:17 187:3,11 197:1 199:24 212:15 220:22,24 222:20,22 225:18 230:1 231:18 233:11

given 61:19 102:15 111:8 122:9 123:2 139:11,23 145:21 194:23 209:10

gives 188:18

giving 11:23 26:8,23 51:13 103:24 109:22 121:13 155:19

glaring 85:24 86:8 90:5

global 166:12 170:15 237:16

globally 89:21 93:10 166:23

globe 169:23

GM 144:22

go 7:19 9:14 28:25 29:20 30:13 38:23 39:17,20 50:3 56:19, 20,24,25 69:21 77:8 87:21 89:13,14 93:15 97:9,21 107:6 110:15 111:19 120:19 124:19 135:15,23 136:18 137:24 139:20,21 144:20 156:17 157:4 158:20 159:13,23 165:12 167:12 181:11 182:24 183:17 191:6,10,14 194:1,16 196:5 206:1 211:12 212:9 219:10 221:21 227:15 232:18 237:22 242:3 244:16 245:16

goes 82:22 117:20 119:8 126:25 132:10 144:20 152:17 155:3 163:2 165:22

Highly Confidential

Donal Conroy

In re Apple Inc. Securities Litigation

**going** 10:1,12 11:12 13:16 18:8 20:18 27:18 28:17 29:3 30:2,9,12 31:24 36:6 39:16,19 44:25 50:7 51:17 56:11 57:12, 13 65:6 86:19 90:9, 10,14,22 91:8 101:2 102:4 105:12 106:23 112:1 114:14,23,24 123:12,22 125:16 126:2 127:4,19 128:4 133:2 136:12 139:3,11 140:9 146:13,14 152:12,14 154:3 156:12,20 161:17,21 163:14, 16,22 164:13,17 167:16 168:25 169:15 174:15 178:24 179:6 187:24 190:17 195:21 207:13 208:11 215:15 216:20 217:1 229:2 231:19 237:9 238:1,5,7 241:22 243:18,20 246:8

**good** 7:3 9:3 11:10,18 73:21 119:12,15 120:4 130:7 136:20 151:24 152:2,7,11 154:12 155:1 160:5, 9 161:9,13 162:16, 18,20 163:10,21 166:5 184:14,18 196:21 207:8 237:19

**gotten** 160:15 189:19 234:24

**Govil** 214:1,2

**granddaughter** 101:7

**granular** 138:20,21 139:9

**great** 72:20 73:9

196:23

**Greater** 132:5,13,24 134:2,14 136:7 137:14 152:21 153:15 155:25 162:23 163:11 164:23 165:1 198:7, 11 200:3 201:6,23 202:23 203:9,12,15 204:16 207:16 209:18 224:16 228:3

**Greg** 67:18 158:3

**grew** 17:18 22:22

**Grid** 225:8

**gross** 144:22

**ground** 9:14

**group** 52:25 83:11 222:5 223:24 224:3, 5 225:3 226:5

**grow** 19:14,16 24:19, 23 39:11 90:9 95:13 139:3 173:8 187:4

**growing** 86:10

**grows** 114:21

**growth** 24:25 130:24 131:2 133:11 202:12,16 203:3

**gscheduling@apple. com** 223:19

**guess** 12:17 29:7 32:20 82:10 86:19, 20 106:25 116:16 130:16,20 172:21 180:12 182:23 185:18 201:4 207:13 222:10 229:22 242:24

**guidance** 14:10,21,23 15:18 19:19 26:2 54:10,24 55:8 61:20

100:1,4,17 103:15 109:11,13 116:16,20 122:8,9,16 123:10 138:18,25 140:9,15 141:18 146:10,16 178:24 179:1,12 180:13,22 220:9

**guide** 237:4

**guys** 128:22

## H

**half** 49:8 101:3 147:4 227:17 228:24 229:4

**hand** 10:22

**hang** 156:18

**happen** 26:20 37:1 121:18

**happened** 35:22 106:21 175:25

**happening** 51:21 205:13 214:16 216:23

**happy** 241:6

**hard** 80:7 110:2 208:20

**Harwood** 9:11

**head** 10:22 16:13

**heading** 86:20

**headline** 67:5

**headlines** 67:2

**heads** 37:2 220:22

**healthy** 217:15

**hear** 8:1 11:16 137:10 141:8

**heard** 21:23 24:15 66:22 84:15 159:12

**hearing** 235:22 237:17

**held** 7:9 53:4

**help** 13:22 16:4,14 20:3 22:19 23:18 25:19 41:15 46:11, 19 112:15 113:1 128:25 153:10 237:2,3

**helped** 14:7,15 19:24 22:14 23:14 27:21 28:1 29:24 30:8 34:20 44:9 45:1,10

**hero** 163:24 164:14

**Herrington** 8:15

**hey** 21:17 29:20 38:13 78:4 89:20 104:8 112:4 139:2 144:10 162:14 166:13 168:17 178:9 205:11 211:7 215:16 240:21 244:10

**Hi** 41:6 117:15 240:1

**high** 22:24 25:9,11 38:11,12 39:1,10,13 44:20 45:11 48:15 51:16 73:22 95:1,2 103:21 104:4 105:1, 9 140:16 141:6,18, 25 142:1,6 160:17 176:19 178:21 179:14,16 190:19,22 191:15 192:7,9 212:22 214:6 231:25 241:18,25 242:2

**higher** 16:24 39:4 142:4 164:1 236:9

**highlighting** 187:9

**highlights** 134:3,14 135:9

Index: going–highlights

Highly Confidential

**Donal Conroy**                                    **In re Apple Inc. Securities Litigation**

**highly** 51:14 245:16

**hinge** 183:19

**historical** 185:24
191:20

**history** 94:12 136:20
139:8 140:6 187:4

**Hm-hmm** 85:21 113:7
145:19 159:13
162:18 166:11,25
167:12 173:10,13
176:1 180:5 183:17
184:4,23 188:9
191:8 195:18 200:11
203:19 215:13
218:16 224:12,20
226:7,13 235:21
236:17 237:6,12
241:5 243:23

**hold** 28:20 38:21 41:9
52:14,16 209:13
217:15 218:3 223:8
230:4

**holding** 88:7 212:1
236:9

**holds** 67:10

**holiday** 90:10,11

**Honestly** 111:3

**Hong** 163:25 207:18
214:24 215:22

**hope** 24:16 97:10

**hoped** 18:2,13,22
19:20 28:11 29:10
85:9,14 153:15
181:11

**horizon** 26:16

**hot** 244:8

**hour** 11:2 39:16
90:23 123:19 156:13
160:21 173:16

**175:11**

**hours** 13:21 31:2
42:25 176:15

**Huawei** 161:25

**huge** 122:21

**I**

**i.e.** 17:13 127:1
204:24 241:15

**idea** 216:20

**ideal** 206:10

**identification** 33:9
40:5 65:2 75:2 82:8
98:13 115:14 128:17
142:21 148:10
157:15 170:3 179:21
197:11 213:18 221:3
222:25 226:21
230:15 233:14
238:11

**identified** 184:7

**identify** 30:3,10
31:16,17 32:3

**Iftikhar** 82:21,22,23
83:1,8,10 86:21
89:11 91:15 92:20
100:12 116:5 117:9,
15 120:11

**Iftikhar's** 88:14

**image** 43:11,20 44:2,
3,4 222:1

**IMC** 239:14 240:4,9,
10

**IMG** 43:11

**immediate** 67:6

**immediately** 84:12

**impact** 53:11,14,17

**95:20 102:19,21
142:16 170:23 201:6
202:17 232:25

**impacted** 102:10,12

**implied** 186:15

**implies** 186:9,22

**importance** 169:21
202:9,12,18 203:7
204:5

**important** 59:15,22,
23,25 60:4,8,10
93:22 122:25 169:8,
18 171:7 200:4,8,12,
18,22 201:7,11,23
202:23 203:23

**impossible** 105:11

**improve** 232:6

**include** 81:15,18
102:2 142:13,14

**included** 60:16
124:25 125:1 157:9

**includes** 65:24 158:6
159:9 237:14

**including** 41:1 53:20
65:19 66:1,2 76:25
90:20 147:19 148:24
150:10 182:21,23
185:9 214:13 227:5

**inconsistent** 164:7

**incorporated** 241:8
242:7

**incorporation** 122:9

**incorrect** 18:5,11,20
19:5 70:8 87:3 111:2
242:13

**incorrectly** 44:12

**increase** 15:21 21:6
34:1,3 49:9 102:24
103:1,5 212:22

**234:13 235:4**

**increased** 57:19
211:1

**increases** 132:4
145:6,16

**increasing** 49:8
218:9

**independently** 44:24
45:8

**indicate** 134:10

**indicated** 41:25 63:14
235:15

**indicates** 73:6 77:5
213:3,4

**indicating** 210:20

**indication** 132:17

**indicative** 118:25
208:20

**indicator** 94:21

**indicators** 192:24

**indifferent** 163:21

**individual** 44:1 118:1

**individualized** 96:14

**individually** 63:10

**individuals** 30:19

**influence** 141:4
234:12

**information** 31:21
50:25 51:3,9,13,19,
25 53:11,18,19,23
58:22 59:6,14,15,22,
24 60:3,15,16 61:15,
19,22 62:4,7,22
64:9,11,18,21 70:18,
19 71:4 77:21 88:22
89:1,2 91:19 94:1,3
96:1,5,6,8,14,21
97:15,18,24 98:3

Highly Confidential

**Donal Conroy**                                                            **In re Apple Inc. Securities Litigation**

146:21 166:17,23
169:16 172:6 186:15
219:21,22 220:3
222:13

**initial** 19:19,20 88:8
99:7 163:23 168:5

**initially** 17:6 234:18
235:15

**input** 14:23 15:13
27:13 93:10 139:16,
18 140:19 141:3
147:24 189:17 190:1
214:7 222:4

**inputs** 147:25

**inputting** 141:22

**insider** 62:14 63:7

**insight** 159:11

**insights** 119:22 171:3

**installation** 217:9

**instance** 22:8 60:11
70:9

**Instruct** 199:4

**instructs** 10:8

**Intel** 41:12,14 174:14
175:4,5 178:4 231:6,
15,20 232:1,5,10,18
233:5 240:11 244:13

**intelligently** 224:14

**intended** 64:21 162:4
178:20

**intently** 59:6

**interacted** 79:14

**interest** 160:18

**interested** 240:24

**interesting** 16:19

**internal** 13:13 14:20
15:9,10,16 26:1,2

48:12,14 65:13
105:21 122:15 123:6
138:18 146:10
180:20 185:12
240:6,16,25

**internally** 80:9 84:6
104:13 113:17
193:21

**interpret** 57:20 71:9
128:3 166:7 228:22

**interpretation** 58:4
71:8 128:3 213:13

**interval** 11:4

**introduction** 47:20
196:15

**introductions** 68:4

**inventory** 135:5
217:15 218:1 236:10

**investors** 54:15,18

**involved** 26:1,14,18
27:11

**ipad** 134:19

**iphone** 16:22 17:1,2
18:1,7,20 20:16
22:22 23:2 24:11,19
26:12 28:10,14
44:21,25 45:10,15
46:2 47:12 48:14,15
69:12 71:21 72:3,10,
20 73:3,9 74:12,21
76:17 80:2 86:10,20
94:13 95:1,3 106:9,
21 112:2,10 114:14
117:2 130:25
132:12,18 134:15,22
143:23 147:21
151:6,17 152:19
153:12,15 154:23
155:17,18 156:25
158:10 165:15,21
166:19 167:2,3,21,

22 168:6 169:13
171:24 172:1,2,25
181:17 185:20
187:21 188:18
204:23 221:17
222:21 228:13
229:19 239:1,3,13
240:2

**iphones** 79:24 155:17
166:18 168:7,12
210:22

**irregular** 226:15,17

**irrespective** 60:17

**issue** 85:24 86:8,12
90:5 220:11

**it'll** 177:5

**items** 55:12 190:14
229:24

**iterative** 94:6

---

**J**

**J140** 145:11

**James** 231:2,11,12

**Janice** 74:8,9 76:11
130:2

**January** 109:2 110:5

**Japan** 107:10 108:5
132:5,12,19,24
137:14

**JD.COM** 160:20
161:6

**Jeff** 16:11 36:1,4
65:20 66:10 67:17
76:24 77:2 99:8,16
101:6 106:24 109:11
110:18,19,21 111:5
148:25 149:23
150:2,10,13,14
158:2 174:14 180:6

219:23 220:1 241:2,
4,9,14 242:8 243:7
244:13

**Jessie** 143:11,13

**Jim** 8:14 27:19 30:2
97:21 123:12 135:13
237:20

**job** 47:5

**Joswiak** 67:18 158:3

**JST** 204:23 205:5,16
214:21

**judge** 154:25

**Judged** 205:6

**judgment** 105:16,25
126:17 187:12 192:5

**judgments** 105:16

**jump-start** 72:21
73:10,18

**junior** 69:13

---

**K**

**K-H-A-N** 32:17

**Kaiann** 67:18

**Karen** 130:2 180:10

**keen** 123:2 211:2

**keep** 204:2 217:14

**keeping** 51:2

**Kenny** 8:8 238:7

**Kevan** 32:7 68:21
69:1,2 102:2 113:11
122:14 124:20,24
126:16 129:22
143:10,20 144:9
146:13 158:2 180:9

**Kevan's** 122:14

---

Donal Conroy

In re Apple Inc. Securities Litigation

**Kevin** 13:12

**key** 31:24 68:1 115:4
204:21 234:11

**Khan** 32:17 41:1 57:4
66:10 82:22,23
84:21 91:15 96:1
99:13 100:12 116:5
117:9 158:2

**Khan's** 83:8

**kind** 42:25 52:21 80:9
119:1 122:7 138:3
164:12

**knew** 18:7 58:13
61:25 125:9,12,23
126:5,6,12 152:5,6
174:14 209:17,23
210:9 242:24 243:12

**know** 9:13 10:3,23
11:5 13:2,23 14:5
15:17 22:7 23:11,25
24:2 25:21 26:17
31:7 32:3,14 33:12
36:10,13 42:18,19
43:19 45:16,25 46:5,
18 54:15 55:17 57:2
59:12 61:12 63:10
65:7,16 67:1,16,21
68:6,25 69:11 71:7,9
73:18 74:7 75:6
78:19 81:16 85:17
86:12 87:19 88:2,3,
25 92:4 94:2,6
96:22,25 97:7 98:7,
17 99:21 100:19
101:11 102:18
103:22 104:8,25
105:8,10,13,14
108:7,16 110:18,19
112:21 113:10,11,13
114:2,20,22 115:19,
24 118:25 119:14,
15,16 122:1,24
123:3,10,12 124:17

125:17,20 126:9,15
131:19 136:18,19
137:21 138:11,18,19
139:8 140:13,24
141:22 142:2,25
143:16 145:2
146:12,13 147:19
148:2,13 149:20
150:3 152:1,3 153:2,
7,9,18 156:10 157:6,
18 159:12 166:16
167:6 168:18,19
170:7,12 171:7,9
175:4 178:3,9,23
179:6 180:1 182:12
184:5,13,19 185:3
189:17,18 191:23
197:16 198:16,18,23
199:9,19,21,23
200:23 201:4,21
202:8 203:1,2,10,14
204:5 205:24 206:13
208:12 210:16
212:11,14,16,19
213:7,22 216:17
217:20 219:16,25
220:10,18,19 222:1
223:4,8,18 224:3,4,
7,9,22 226:4,9,10,25
228:21 229:6 230:18
231:24 233:19
235:13 238:16 239:9
242:12 244:1 245:23

**knowing** 119:18

**knowledge** 223:25

**known** 94:12 174:25
175:5 210:11,13
244:8

**knows** 32:10 126:11,
18 154:20

**Kong** 163:25 207:18
214:24 215:22

**Kott** 7:14

**Kramer** 8:2,5,14 10:6
13:9 17:7 18:3,14,24
19:7,22 20:7,22,24
21:1,13,24 22:10,15
23:21 24:7,21 25:5,
17 26:24 27:7 28:12,
20 29:11 30:5,13
31:16,23 32:2 35:7,
15 36:16,22 37:18,
24 38:8,21 39:15
41:19 42:3,10,17,23
43:17 44:17 45:3,13
46:13,22 47:3 48:2
49:24 50:5 51:22
52:8 53:8,16 54:25
55:9,19 56:6,19
58:1,20 59:3,16
60:1,13,23 61:17
62:5,24 63:9,16
64:3,12,19 67:20
68:5,14,24 69:19
70:12,20 71:6,23
72:25 73:11 78:11
79:1,25 80:6 81:5,11
85:11 88:1,24 89:13
90:22 91:2,6,21
92:13 93:5 96:3,17
97:6,20,22 98:5
99:20 100:5,24
101:20 103:17
104:16 105:6
107:15,21 108:6,14
109:8,20 110:6,15
112:17 114:15 115:7
116:18 118:3,20
119:13 120:5,19
122:11 123:15,18
124:9,12,23 125:14,
24 126:21 127:8
132:20 135:12,15
136:11,24 137:6,16
138:5 139:13 140:17
141:7,11,20 145:14
147:12 148:1 150:15
151:25 153:1,6,17
154:13 155:7 156:4,

12,15,17 157:4,13
160:7 161:3,11
162:19 163:13 164:9
166:6,20 167:25
168:14 169:20
170:25 171:21
174:2,17 176:5,24
177:12,21 178:13
181:12,23 182:2,5
183:24 184:11 185:2
187:16 189:2,5,9
190:4 193:24 196:23
198:17,22 199:4,22
200:6,13,20 201:9,
25 202:13,24 203:25
206:11 207:9 208:2
209:21 210:14 215:6
216:2 219:13,24
220:5 222:6,16
224:24 225:16
231:17 234:21
235:17 237:21,24
239:7 240:18 243:15
245:6,9,15 246:5

**Kristin** 33:16

---

## L

**Labaton** 8:12

**laptop** 50:14

**large** 33:23 37:7,12,
15 38:19 42:4
136:22 137:1 153:4
154:1 182:11 183:9
184:1,2

**larger** 57:13

**lastly** 229:14

**late** 23:19 24:10,25
55:18,21 92:5
168:24 169:15 192:4
231:16 239:10 244:1

**latest** 96:23 97:3,18,

Highly Confidential

**Donal Conroy**

In re Apple Inc. Securities Litigation

23 101:12,19 180:22
209:10 219:11
232:10

launch 16:22 38:14
102:16 104:19
112:11 116:21 117:1
119:17 140:3
151:16,17,21 152:6,
10,11,18,20 154:9,
20 159:1,12,19,20,
24 160:6,18,19
161:10 162:5 163:1,
3,5,6,11 165:20
166:15 168:5 169:17
170:14 171:19 172:9
173:1,11,21 176:4,7
177:9,10,13 179:5
181:9 183:15 192:19
198:3 199:16,25
200:5,17 201:6,21,
22 203:23 204:16,24
205:1 210:5 218:7
221:13 222:8,19,21
231:25 241:20 243:8
244:23 245:3

launched 116:24
140:12

launches 94:13
117:22 161:25
170:23

launching 111:12

law 9:19

lawyers 10:14 32:10,
13

lead 127:5,20

leader 214:12 226:12

leadership 150:5

leads 116:6

leak 55:5 58:19,24
59:5,11 60:15 70:9,
11

leaked 51:20 53:23
55:18,23 58:15

leakers 52:22

leaking 53:18

leaks 36:25 50:22

learn 167:1

learned 166:17
167:10,21 168:5,7,
12 169:7,17

leaves 111:21

leaving 111:24
169:10

left 48:10 67:14
123:14 134:2 237:20

legal 13:7,10 63:1,11,
20,21

lens 203:6

let's 13:6 29:20 32:4
39:20 73:15 75:22
77:8 91:5 118:6
135:23 139:17
142:17 144:5 147:1
156:17 168:17
179:15 201:14
237:21

level 35:20 96:24
142:10 144:12
202:12 207:16
212:15 214:6 237:16
243:21 244:5

Li 218:11,12,23
219:12

lifetime 95:10

light 61:13,24 239:14

lighter 125:10,13,23
126:5,6,7,13,23

Lin 74:8,9 76:11
130:2

line 8:5 11:7 34:4
43:10 67:19 71:20
72:1 83:21 84:13,15
99:25 118:13 133:12
134:21 158:9 174:16
190:18 195:6 214:6
219:8 227:25 232:19
234:3

lines 114:22 195:22

Ling 122:1,2,6,12
129:22 130:8
137:13,21 143:11,13
145:16 147:5

link 33:2

list 74:16

litigation 7:6 30:6

little 27:24 29:7 71:16
75:23 92:1 123:13
124:17 128:21 129:9
141:12 159:5 196:24
206:24 207:5 231:9
243:16

located 7:15

lock 146:17

logic 191:11,12

logical 47:7 103:1
229:6

logistics 12:17,19,20,
22 13:16

long 11:24 13:20
30:25 140:11 167:15

long-term 126:3

longer 207:10

Loo 122:1,2,6 129:22
130:8 133:6 137:13
143:11,13 147:6

look 24:11 33:11 43:9
44:3 46:5 48:5,17,18
49:17 65:6 82:12

91:23 93:16,17
95:22 97:2 111:3
115:18 116:8 129:16
139:11 141:17
142:2,7,8,24 171:23
174:4 175:6,9,13
176:11 179:25
184:13 188:3 197:15
203:20 211:18
213:23 223:4 226:25
230:18 232:17
233:18 238:15 243:6

looked 15:4 23:4,12
38:22 44:18 96:23
98:8 145:9 166:22
167:8 169:3 175:11
176:11 185:10
194:2,5 197:20
204:12 236:16

looking 17:8,15 26:19
29:17 43:3 47:11
49:14 76:20 79:4
97:17,18 98:19
104:25 109:11 124:3
147:13 151:4 171:11
175:10 185:21
186:18 188:13 194:7
210:24 223:15 224:1
232:8 236:23 243:18

looks 7:25 43:7 78:4
116:9 124:20 130:1,
4 133:7,9 147:5
148:20 162:11
170:13 180:16 181:6
196:12 214:8 216:13
221:13,18 225:2,9
226:4 227:7,8,10
230:2 236:15

Lorenzo 7:12 11:14,
15 32:19 39:22
64:23 74:24 82:5
98:10 115:10 128:14
142:18 148:7 157:11
169:24 179:18

Donal Conroy

**Highly Confidential**

In re Apple Inc. Securities Litigation

196:25 197:8 213:15 220:24 221:7 222:22 226:18 230:1 233:11 238:5

**Los** 7:10 9:12

**loss** 228:17

**lot** 38:18 43:25 46:17 50:25 131:20 141:24 161:16 229:21

**loud** 33:21 41:5 127:14

**low** 16:2 19:15 86:2, 15 102:5,8,11 103:21,24 104:4 105:1,9 106:12 107:3,8 141:6,25 142:7,10 162:6 180:13,22 182:24 186:1,14,16,22,24 188:20 190:3 191:9 192:4,11 194:23 195:8 212:21 236:6

**lower** 16:23 28:15 29:9,14 38:6 85:9,13 86:23 87:2 95:13 102:17 112:8 116:9 120:8,14 126:2 135:5 160:3 166:14 167:8 168:20 178:25 179:5 181:13 187:22 190:5 229:10

**Lu** 226:9,11 236:21

**Luca** 65:21 67:17 100:8 101:12,19 103:24 148:25 150:20,24 158:1 159:8 180:6,23 181:3

**lunch** 123:23

**LY** 134:17,18 135:6

## M

**M-O-H-A-N** 74:19

**M1** 146:3,6

**Mac** 130:25 134:17 143:23

**macro** 93:17,25 95:19 96:8,24 98:8 106:17 139:1 140:4,24,25 141:3 144:12

**Maestri** 15:19 16:10 65:21 67:17 148:25 150:13 158:2 159:8 180:6

**main** 25:22 51:23 105:9

**maintain** 217:14

**major** 25:8 215:8 242:25 243:12

**majority** 79:24 80:2, 5,22 200:24

**making** 15:7 39:9 92:2,21 151:1,2 174:15 193:8

**Malaysia** 161:24

**manage** 52:24 53:10 83:14 207:11 237:2

**management** 149:8 228:15

**manages** 63:7,11

**manufacturing** 46:6 114:19 115:5

**March** 11:21 78:23

**margin** 144:22

**margins** 123:3

**mark** 32:22 33:4 64:24 74:25 82:10

98:11 115:12 128:15 142:19 148:8 157:12 170:1 179:18 197:9 213:16 223:2 226:19 238:8

**marked** 33:8 40:4 65:1,10 75:1 82:7 98:12,20 115:13 124:3 128:16 129:12 130:19 142:20 148:9 157:14 170:2,10 179:20 197:10 213:17 221:2,6,10 222:24 223:7 226:20 230:14,21 233:12,13 238:10

**market** 16:24 20:13 91:24 102:19 103:6 122:10 133:14,23 135:10 139:1,3 140:6 143:23 153:5 202:11,15,16,21 203:5 204:4 212:17, 24 217:12

**marketing** 140:7 241:7 242:6

**markets** 154:1 203:3 204:4,6

**material** 61:15 62:3,7, 22

**materially** 70:7

**materials** 199:5

**math** 195:14

**mathematical** 194:19

**mathematically** 192:9 194:18

**mathematics** 196:13

**matter** 7:5 69:14 76:15 174:12 189:20 245:25

**Matthiasson** 214:1, 10,11 216:13 219:7 228:7

**Max** 20:10,11,21 28:5,9 29:3,9,18,21 47:24 48:1,12,18,25 49:4 72:13 73:2 101:14 102:20,22 160:3,19,22 161:1,7 164:14 171:16,17 172:2,7 221:19

**Max/xr** 159:23 163:4

**MBA** 134:18

**mbs** 84:25 85:5 86:22 87:5 120:13 207:15 208:20 209:9

**Mcdowell** 74:1,2 76:11 83:2 180:9

**mean** 15:11 21:3,5 49:2 54:1,2,16,23 80:16 83:24,25 86:7 87:6,8 94:17,24 95:10 97:8,24 102:12,21,22 103:13,15 104:2,14 111:24 113:18 114:13,23 117:5 118:5 126:7 137:21 140:23 150:1 155:10 157:13 183:22 189:16 195:11 200:22 205:7,14 206:16,22 207:4 208:4,24 213:11 231:6 240:17

**meaning** 9:22 19:14 55:7 97:12 109:17 112:3 114:19 229:1

**means** 56:12 73:19 104:15 111:4 113:14,21 144:16 146:7,19,24 165:3

**Highly Confidential**

Donal Conroy

In re Apple Inc. Securities Litigation

185:6 193:12 211:9 213:10

**meant** 21:1 84:13 102:23 110:18,19, 22,23 126:10,20 184:1 219:16 243:17 245:11

**mechanical** 78:5 87:13 191:21,23

**mechanically** 187:10 192:13

**mechanics** 137:2

**mechanisms** 193:11

**medication** 9:23

**meet** 30:25 114:6,9

**meeting** 13:15,20 19:22 22:15 27:18, 19 29:24 30:13,18, 20,22 31:5 35:6,9,14 36:12 41:16,21 84:2, 20 89:2 102:1 178:4 241:9 242:7

**meetings** 12:11,23 13:5 35:1 102:1

**meets** 92:16

**member** 122:2 231:12

**members** 27:20 116:15 149:11 150:5

**memory** 58:21 75:16

**mentioned** 46:7 59:17 75:18 90:8 107:8 108:4,5 116:5 123:6 141:24 173:5 179:4 218:2

**mentioning** 110:9

**message** 79:18,19,21 125:8 160:17 227:10

**met** 9:4 78:23 79:9,14 241:13,24 244:13

**method** 190:1 191:23

**methods** 188:7

**metrics** 159:1 188:24

**micro** 93:18 106:17

**mid-point** 104:5

**middle** 11:7 159:14 199:12 217:2

**Mike** 158:3 227:11

**million** 16:1 20:9 33:24,25 34:2 37:8,9 41:9,10 103:8,9 106:6,7 107:3 111:17,18,20,21,24 112:8,13 144:11,21 147:10,11 160:21,22 176:12,13,14,17 181:18,19,20 182:10,25 183:1,2,5, 9,12 185:24,25 186:1,10,13,15,16 188:10,11 190:9,17 191:7,15 193:3 195:7 205:17 217:18 228:8,14,24 229:4, 23 232:19,20,21 233:2 239:19

**min** 112:6,7 128:11 193:2 194:3,8 208:7 209:1 218:7,9

**mind** 40:14 45:4 55:2 64:13 70:14 74:18 79:6 131:24 168:1 189:7

**mine** 52:25 67:10 128:21 231:9

**Mini** 134:20

**minimum** 87:7,20

**minor** 93:13 162:10

**minus** 134:17,19 135:3 136:13 137:3 232:20

**minutes** 39:17,20 91:1 123:14 177:5 178:11

**misinterpret** 54:7

**misinterpretation** 51:15 54:13 70:24 71:3

**misinterpreted** 53:24 54:21,22 55:6 70:11, 19 71:5 118:12

**misperceives** 54:22

**misread** 127:9 181:24

**misremembering** 175:10

**missed** 40:12 124:10

**missing** 229:8

**Mission** 7:15

**mistake** 229:7 230:5

**misunderstand** 55:14

**misunderstanding** 51:16 54:19

**mix** 20:17 22:25 25:10 28:16 29:2 38:12 96:1,16 104:18 123:1 136:17 137:24 163:24 164:13,14 202:5

**mixes** 51:17

**MLB** 208:21 209:5

**Mobile** 81:19 83:22 84:1,3,16,20,22 86:22 87:2 88:6 89:6,8,12,16,24 90:1,6 91:17 100:13

120:12,13 217:8,17 235:14

**Mobile's** 85:18

**modest** 102:10

**Mohan** 74:13,19 76:12

**moment** 30:1 32:22 33:11 49:21 185:4 209:3

**moments** 24:15 195:2

**Monday** 13:4 212:4

**monitor** 206:5

**monitoring** 116:21 178:23

**month** 146:7,8,9,11, 17

**months** 9:7 199:10, 13,18 241:19

**morning** 7:3 9:3 180:17 181:7 217:9 228:8

**moved** 79:2 132:12 145:11

**moves** 212:25

**moving** 41:6 57:6

**MPN** 207:16

**MPS** 22:17,23 23:1,16 24:11 25:24 27:25 33:24 34:1 35:13 36:11,20,23 37:3,7 38:10,11 39:9 40:1, 23 41:7,9,17 44:21 45:9,15 46:8 47:6, 12,15 48:22 49:18 50:2 51:7 53:6,10 54:2 55:5,16,21,25 56:2,12 57:3,7,23,24 58:10,14 59:14,18,

25 60:16,17,20,24
61:21,25 64:9,17
70:23 109:2,7,15
110:5 111:1 138:11,
14 174:1,19 175:15
176:10,12 231:25
232:9,11,12,20,25
233:3,6 239:3,9,18
241:15,18 242:1,3,
10 243:21 244:5,11

**Muller** 33:17

**multiple** 16:1 17:9
29:13 36:24 142:3
226:15

**mute** 8:5

---

**N**

---

**N-1** 194:5

**N-E-H-A** 74:19

**n84** 48:13 49:10 86:3,
16 88:16 93:3
101:16 102:10,13
103:8 106:25 108:20
109:2 111:16 117:16
118:13 119:5 145:11
147:9 183:11 198:3,
6,11,14 199:16
200:4,17 201:6,20
203:22 204:15,25
210:22 214:6,9
216:1 231:15,21
232:20 234:3,7,19
235:14

**name** 7:12 9:3,10
13:12 32:3 63:22,23
74:18,19,20 82:21
122:1

**names** 74:15

**NAND** 208:21 209:6

**narrower** 66:4,8

**nearer** 127:5,21

**necessarily** 15:17
140:23 141:5

**necessary** 106:5

**need** 10:20 21:8
32:14 39:16 40:15
66:7 120:15 127:24
128:25 129:2 176:18
178:20 179:2,14
206:5 209:10 218:8
233:6 243:6 244:4,6
245:16

**needed** 17:18 21:23
239:20,21 240:22

**needs** 240:5,16

**negative** 48:24,25
58:3 90:19 119:9
132:6 134:15,22
136:8 147:9,10
151:16,21 152:10,
13,14,18,20 159:19,
21,24 163:2,3,6
164:2 166:2 172:13,
15,18,21 184:2,8
202:3 206:4 207:2
228:9

**negotiation** 244:9

**negotiations** 214:16

**Neha** 74:13,20 76:11

**nervous** 210:24

**net** 49:9 187:8

**netting** 229:23

**never** 66:22 95:22
171:6 179:4

**Nevermind** 157:4

**new** 16:21 47:20
49:18 68:3 72:11
94:7 95:1 133:10
143:21 144:14

147:16 196:15
214:21 220:13 233:6

**news** 36:21 66:20
119:12,15 120:4
151:24 152:2,3,7,8,
11 154:12 155:1,2
160:5 161:9,13
162:17,18 163:10
166:5 172:25 177:11
184:8,9,14,18,19

**night** 144:24 180:14

**Nikkei** 76:16 77:22

**nods** 10:22

**non-gc** 216:14,18,24

**non-iphone** 149:20

**non-npi** 196:20

**nonpublic** 61:15
62:3,7,22

**normal** 236:10

**normally** 35:8,17
207:11

**north** 176:12

**Northern** 7:7

**note** 7:17 49:17
117:20 191:3 227:9

**notifications** 50:20

**notwithstanding** 93:2

**November** 14:11
22:18 23:16,25 24:3
33:15 35:4,6,10,23
40:1,21 41:18,22,23
45:19 55:18,21 56:3,
5,9,10,13,18 57:15,
18,23 58:5 60:22
61:4,5,11,16 62:2
64:10,18 65:16
66:23 76:4,16 77:16,
17,22 78:20 84:25
136:6 175:17 238:24

239:6,10 241:6

**NPI** 47:16,19 102:17
196:15 231:21

**nuance** 49:3,6

**nuanced** 38:10 48:4

**number** 7:7 10:1
25:10 30:4 32:20
33:6 39:1,4,5,10,13,
22 40:3,25 42:4,19
57:2 64:25 65:4
71:16 74:25 75:4
76:25 80:19 82:6
95:19 96:15 98:10,
15,21 101:4 104:15
105:12 112:8
115:11,16 116:10
124:4,6 133:3
135:24 148:12,24
149:1 162:13 170:16
181:24 186:20
187:18,22 193:2
196:6,7 197:24
201:15 203:14
204:6,8 213:20
220:25 223:2,10
226:23 227:4,19
230:3 231:2 232:1,3
233:23 238:13

**numbered** 32:24 65:4
75:4 82:11 128:19
139:22 142:23
157:17 170:5 179:23
197:13 223:3,11
233:16

**numbers** 14:21 17:16
40:12,15 87:20
120:17,23 129:1
140:11 159:1,11
166:14 168:17,23
173:6 175:13 176:7,
11 182:1 183:18
187:2,11 194:23
196:3 210:5,25

**Donal Conroy**                                        In re Apple Inc. Securities Litigation

211:8 232:11 236:22
242:18,19

———————

**O**

**oath**  9:17,18 12:16

**object**  199:4 202:13

**objected**  135:15

**objection**  17:7 18:3,
14,24 19:7 21:13,24
22:10 23:21 24:7,21
25:5,17 26:24 27:7
28:12 29:11 35:7,15
36:16,22 37:18,24
38:8 41:19 42:3,10,
17,23 43:17 44:17
45:3,13 46:13,22
47:3 48:2 49:24
51:22 52:8 53:8,16
54:25 55:9,19 56:6,
19 58:1,20 59:3,16
60:1,13,23 61:17
62:5,24 63:9,16
64:3,12,19 67:20
68:5,14,24 69:19
70:12,20 71:6,23
72:25 73:11 78:11
79:1,25 80:6 81:5,11
85:11 88:1,24 89:13
91:21 92:13 93:5
96:3,17 97:20,22
98:5 99:20 100:5,24
101:20 103:17
104:16 105:6
107:15,21 108:6,14
109:8,20 110:6
112:17 114:15 115:7
116:18 118:3,20
119:13 120:5 122:11
124:23 125:14,24
126:21 132:20
135:12 136:11,24
137:6,16 138:5
139:13 140:17

141:20 145:14
147:12 148:1 150:15
151:25 153:1,6,17
154:13 155:7 156:4
157:4 160:7 161:3,
11 162:19 163:13
164:9 166:6,20
167:25 168:14
169:20 170:25
171:21 174:2,17
176:5,24 177:12,21
178:13 181:12,23
183:24 184:11 185:2
187:16 190:4 193:24
198:17,22 199:22
200:6,13,20 201:9,
25 202:13,24 203:25
206:11 207:9 208:2
209:21 210:14 215:6
216:2 219:13,24
220:5 222:6,16
224:24 225:16
231:17 234:21
235:17 239:7
240:18,19 243:15
245:6,9

**objections**  10:7

**observe**  218:8

**obvious**  80:19 237:7

**obviously**  10:21
31:23 72:8 92:3
104:18 106:4 113:9
116:1 117:11 122:21
123:7 133:5 142:4,
13 150:6 166:22
167:14 169:7 172:5
176:2,22 183:17
184:4 189:14
190:15,24 191:5
192:2 196:4,9 207:1
209:7 224:18 229:18

**occasion**  112:20

**occur**  12:23

**occurred**  55:17
107:20 143:6

**occurring**  13:23
19:25 34:21 99:4
233:7 243:24,25

**October**  15:5 17:10,
12 23:20 24:3,10,18
39:7 45:16 55:18,22
82:17 84:23 91:16
92:5 93:24 94:3,4
96:7 99:5,8,12
100:10,11,16,17,23
106:5,15 109:6,10
110:25 111:11
116:11 117:1
120:12,25 124:6
129:18,25 131:7,11,
12,16 135:10,11
136:2,3,5,6 143:4,7,
15 148:23 156:25
157:24 166:18 167:1
168:13 173:21 175:8
180:14 193:22 198:1
204:25 214:4 221:15
227:6,9,23 231:3,16
233:8 234:1 239:5,
10 244:1,2,14

**OEM**  212:3

**offset**  34:1 132:4

**oh**  83:20 97:6 149:25
222:3 245:20

**Ok**  144:23

**okay**  9:9,15 10:1,4,
18,24 11:4,9,11,14,
18 12:1,6,9,25 13:5,
8,15,20 14:2,15
17:24 18:10 19:12,
21 20:3,6 22:13,19
25:2 27:3,17 28:23
30:18,21 31:7,12
32:5,18 33:23 34:4,
17 35:12 39:3,8,16
40:20 41:15,25 42:7,

22 43:3,22 44:7,13,
15 45:23 49:2 50:5,
21 51:7 53:3,22
56:15,20 57:8,11,16
58:13,19 59:2 60:20
62:21 63:5,25 64:8,
23 65:9,10,14 66:16
67:8 69:9 71:18,19
72:8,15,17 73:8
74:1,24 75:8,9,22
79:12 81:8,15 82:4,
15,23 83:5,20 84:4,
18 86:14 87:5,21
88:5 89:9 90:25
91:13 92:7 93:19,20
94:10 95:11 96:11
98:9,19 100:10
101:2,25 102:4,25
105:18 106:18
108:19 110:13,22
112:14 113:1 114:8,
12 115:21 116:23
117:10,14 118:12,18
119:21 122:18
124:16 125:7 126:25
127:23 128:7
129:11,17 130:7
132:2 133:2,21
134:13,21 135:1,7
137:13 140:22
141:8,14,17 142:17
143:1,5 145:3,19,23
148:15,19 149:7,22
150:22 151:4 154:3,
18 155:3 156:15,16
157:11,20 158:18,24
160:12,16 161:21
162:23 163:18,22
164:17 165:17
166:1,16 169:24
170:9 171:11,18
172:4,15 175:19
176:9 178:22 179:17
180:2,18 187:20
188:5 189:17 190:17
195:6 196:11,21,22

Donal Conroy                                                In re Apple Inc. Securities Litigation

197:18,22 202:11
204:14 205:10 207:7
208:10,14 209:4
211:23,24 213:24
216:22,25 217:21
219:21 221:4 222:3
223:6,16,18 225:21
226:9 227:2 229:9
230:3,16,20 231:1,
14,23 233:21 237:24
238:18,22 240:12
242:20 245:2,15
246:3

**on-shelf** 17:13
192:25 193:10

**once** 9:4,6 11:2
138:10 162:10
232:25

**ones** 80:19 148:20
203:4 225:18

**ongoing** 94:8

**online** 17:14 80:21
121:4,7 165:8,14
167:6 168:19 172:15
188:16,24 189:1,13,
19,24 190:2,10
192:24

**open** 70:23 71:2

**opened** 17:10

**operational** 83:15

**operationally** 69:15

**operations** 20:19
52:25 69:12 83:11,
13 92:20 113:5
115:25 116:4 235:7

**opinion** 69:16 70:3
202:17

**opposed** 141:19

**opposite** 208:12

**Ops** 20:8 35:1,6,10,
14,22 41:16,21
214:12

**option** 165:9

**order** 85:4,19 87:2
90:15 106:7 111:18
127:1,3,18

**ordering** 165:14

**orders** 19:19,20
21:12,15,23 22:5,9
24:25 28:15 84:24
86:11,16 87:11,14
88:7,16,22 89:4,8,21
90:1 91:17 93:4,10
96:22,24 97:2 103:9
106:6,10,13 111:20
112:6,13 118:10
121:1,2,6,8,12,17,18
128:5 165:8 189:19,
24 192:24 193:1,7,
17,20 194:3 208:7,9
209:1 244:18

**orders...we** 86:3

**organization** 74:3

**original** 65:23 99:16
242:19

**originating** 115:24

**Orrick** 8:14,16

**outcomes** 142:4

**outlet** 66:20

**outlook** 127:1,3,18
132:18 136:3,7
139:23 170:24

**outside** 54:14,17
60:21,25 168:9,11
171:3

**overall** 47:15 88:15
93:1,3 169:18
170:24 229:22

**overnight** 57:19

**overreact** 94:11,23

**oversees** 63:7

**overtime** 215:9,16

**owned** 117:12

**ownership** 150:3

_____

**P**

**P&I** 100:4,17 122:8
131:7,15 180:24

**p.m.** 158:11,16
246:11

**P/I** 100:1

**PAC** 158:25 159:9,12
160:15 161:10 162:6
166:22 168:5,12
198:12 200:3,7
214:12 216:19,23

**PAC/GC** 198:7
201:21

**Pacific** 7:19 158:10

**pack** 135:19

**page** 40:20 43:3
71:12,14 76:21
77:10 106:23 111:15
116:8 117:15
124:18,19 129:3,6
130:17 133:13,18,22
135:23 151:5 158:22
159:14,16 160:20,22
161:21 171:17 172:8
185:21 191:12 206:2
207:14 211:18 216:7
217:1,2 219:10
223:11 227:17,20
230:9 236:24

**pager** 41:13

**pages** 40:7,18 72:16

129:4 130:20 133:17
160:25 164:18
211:12

**Paine** 149:19

**paper** 188:8

**Parag** 147:5,14

**paragraph** 88:13
101:10 143:21
151:13,14 162:8
235:11

**parallel** 100:21

**Parekh** 16:12 32:7
68:21 102:2 124:20
129:22 143:10 158:2
180:9

**Parekh's** 113:12

**parentheses** 127:19
128:8

**parenthetical** 47:16
132:6 152:19,24
164:24 207:17

**parenthetically**
151:20

**part** 13:19 14:20
21:22 25:2,15 29:16
36:7,9 44:4 61:19
63:11 74:3,5,10
79:10,20 91:19
92:10 93:1,10 96:1,
15 98:3 100:7
106:14,19,21 112:20
113:11 122:4,6,12,
14 123:6,9 139:16
143:17 149:20
150:24 151:8,10
162:4 169:8,18
226:14 227:8

**partial** 155:21 189:14

**partially** 34:1 38:2

Donal Conroy

**particular** 60:11 70:9 87:12 95:3 135:18 188:23 220:1,10

**particularly** 94:7 167:2 210:22

**parties** 7:18 80:23 150:23

**partner** 93:18 117:21 118:6,23 122:13 126:25 127:3,18 128:12 161:6 209:10 217:3,11,13 218:6 235:23

**partner's** 86:11

**partners** 21:20 22:4 25:9,11 46:9 52:24 80:16 81:2,15 83:16, 17,18,19,20 87:24 92:17 117:25 118:16,19,24 119:1 120:1 121:1,3,6,10 122:23 128:4 140:13 154:8 155:3,11,13 161:23 162:14 163:23,25 164:1,7, 12 167:5 193:15,18 209:12,18 210:7,20, 24 211:7 214:17 215:11,17,19,22,23 217:13 219:22 220:20 229:17 234:13,18,25 235:5, 9 236:5,8,9 237:2,3, 4,15

**parts** 113:5 169:23 215:24 241:22

**passing** 41:13

**pasted** 221:25 222:1

**Patel** 32:7 76:10 83:2 130:2 158:3 197:23

**pattern** 18:7

**paying** 79:3

**payment** 209:13 210:21 217:16 218:3

**PDF** 23:4,6,12 27:24 43:19 44:2,7,11,12

**peer** 67:10 69:15

**peers** 52:24 69:10

**penalties** 52:19,22

**pending** 212:1

**people** 16:6 17:18 21:23 31:17 32:3,6 36:1 40:25 51:15 53:3,9 54:7,14,17 55:13 65:24 67:25 68:1,7,11 71:8 74:16 76:6 81:1 83:5 84:7, 11 103:2,4 113:4,5 116:11 124:6 125:1, 5,12,23 148:24 149:1 160:25 167:16 170:17 174:14 195:3 197:24 220:16,17 224:22 227:13

**people's** 226:1

**percent** 38:1 80:9,10 85:1,6,23 86:19 90:5,19 119:9 132:6 134:16,18,19,22 135:3,4 136:8 139:4 151:16,21 152:10, 13,15,18 154:9 155:4,14,15,22 159:17,20,21,24 162:25 163:2,4,5,6, 24,25 164:1,2,3 166:2 172:13,15,18, 22 181:18,19,21 182:25 183:1,3 196:7 203:10 205:20,21,23 206:4 228:9

**percentage** 118:24

**Perfect** 91:6

**performance** 154:24 168:20 172:9 183:19 184:18 192:15

**performing** 169:13

**period** 42:9 45:16 61:1,4 87:12 170:23 185:4 206:25 211:4

**person** 23:8 32:12 68:20 69:1,5 79:15 83:3 150:25 170:21

**personal** 12:2,7

**personally** 52:23 61:6

**perspective** 201:21 202:16,22 203:3

**Pfefferbaum** 8:7

**Phil** 65:21 67:17 241:9,14 242:8

**phone** 80:23 85:16 123:3 132:23

**phones** 34:2 94:18

**photo** 43:14 58:6

**phrase** 47:23 113:13 140:24

**phrased** 56:6

**physical** 165:6

**pick** 104:6,15 105:4 165:9,15

**picked** 187:9

**picking** 104:10 105:2, 10

**pickup** 165:13

**picture** 43:7 44:2 93:17,18

**percentage** 118:24

**piece** 27:10,11,14 94:2 167:14 188:8 224:9

**pieces** 17:9 59:19 142:3 185:10 189:14

**pinch** 159:4

**place** 7:18 164:12 177:25

**placed** 86:22 120:13 193:21

**places** 208:20,25

**placing** 84:24 88:7

**Plaintiffs** 7:24 8:10, 13

**plan** 41:9,12 49:19 61:3 114:20,24 127:25 131:15 145:25 166:3,8,12 167:18 173:3 177:14,20 181:14 184:16 207:15 208:6 210:6 216:15 217:10,25 220:12,21 228:16 229:6 231:15 234:13 235:1

**planned** 29:15 166:14 167:9 168:20 173:7 175:14 176:20 190:6

**planning** 46:2 61:8 73:23 74:3,4,6,12,21 85:4 113:9 143:19 149:6,11,19,20 173:9 231:12,13 241:10 242:8

**plans** 61:7 130:25 131:12 240:24

**please** 7:17,21 8:20, 25 9:10 32:20 33:20, 22 39:23 41:5 64:24 71:24 74:25 75:7 82:6 87:5 98:11

**Donal Conroy**                                    In re Apple Inc. Securities Litigation

115:11 117:15
128:15 130:22 144:4
148:15 150:10 157:12
169:25 179:18 180:1
197:1,8 204:15
213:16 214:19
217:7,22 218:5
219:8,15 220:25
221:22 223:2 226:19
227:1 230:1 233:12
234:6 236:4

**plus** 26:18 112:3
135:4,5 136:13
137:3 165:2 206:16
207:7

**PO** 84:22

**point** 17:9 31:9 38:24
39:9 69:16,23 70:3,
17 78:18 90:3 92:20
93:22 96:19,20
97:14 104:11,21
105:2,4,15 106:1,4
111:20 112:5,11
139:2 141:5 155:12,
20 160:12,16
161:18,22 164:6
168:22 171:9 179:9
184:13 189:20
191:17 193:8 194:17
195:19 200:14
201:11,12,15,17
202:8 204:22 205:15
207:14 210:3 211:15
212:7 229:22 234:12
235:25 236:23

**points** 97:13 138:22
184:17 219:17

**policy** 62:14,18 63:3,
5,6,8,15

**poor** 94:19 176:3

**popping** 50:19

**popular** 54:19

**portion** 155:13
157:10 164:13
200:24 201:1 202:5

**portions** 68:18

**positive** 49:1 58:3
136:7 162:13

**possession** 61:14,18
62:3

**possibility** 27:25

**possible** 36:15,17

**possibly** 44:11

**potential** 53:23 54:13

**PR** 67:22

**practice** 217:14

**pre** 194:3 244:18

**pre-launch** 38:11

**pre-order** 118:2
160:20 193:9

**pre-orders** 17:11
91:25 111:11 117:2,
16,21 118:1,13
119:5,19,24 120:7
121:14,17,19,22
125:9,13,23 126:13,
23 152:4 154:5,8
155:12 167:5,18
188:16 190:2 194:3,
8

**precise** 95:4

**predict** 105:11
192:14

**predicted** 29:4,19

**prediction** 97:1 205:9

**prefer** 165:10

**prep** 14:21 84:2
120:25 129:15 180:4
197:21

**preparation** 30:15
34:8 44:5,10 116:16,
17 199:2

**prepare** 12:10 45:23
46:11,15 47:1 99:1
112:15

**prepared** 38:7 45:9
46:4 158:24 199:19

**preparing** 122:8

**present** 13:18 207:19

**presented** 21:2
168:10

**President's** 91:4

**press** 55:24 58:16

**pretty** 148:18 190:3

**previous** 13:3 17:2
106:21 112:10
155:16 160:19
211:18 242:12,15

**previously** 20:4 21:9
29:4,15 37:19
176:19 200:9

**price** 78:20 179:6
212:13,22 213:2,9
217:12 236:9

**priced** 16:23,24
102:17

**primarily** 132:13
134:16 221:16

**primary** 170:21,22
171:6,8

**prior** 11:13,23 15:2
26:8 35:20 36:5,14
42:1 111:11 112:2
126:12 131:3 140:3
145:6 149:13 183:15
191:24 215:10 217:1
231:24 240:1 244:22

**privileged** 31:15,19,

21,22,25

**Priya** 32:8 41:2 65:19
66:9 69:9,21 70:5
76:23 77:12,25
99:13

**probability** 78:17

**probable** 24:6,8,9,14
41:21

**probably** 55:14
140:25 141:1 165:11
213:2 221:25

**problem** 163:19
182:5 183:18,23
185:1,17 244:9

**proceed** 199:25

**process** 12:12,13,14,
15,16,17,19 14:24
26:2,13,15 27:3
84:23,24 87:9 92:11,
22 93:23 94:5 100:3,
8 104:24 105:21
115:5 116:20
122:15,16,24 123:7,
10 136:19 137:25
138:4,7,9,16,24
139:5,21 140:2,10,
19 141:23 146:21
149:17 176:17
179:7,13 185:4,5
243:19,20

**processes** 12:20

**procurement** 232:4
239:20

**produced** 30:5

**product** 17:5,17,18
18:8 20:8,18 22:22
25:16,19 38:12
47:20 54:20 68:3
69:12 80:24 90:10
94:14 95:15,17,22
102:17,19 116:24

Index: plus–product

**Donal Conroy**                                    In re Apple Inc. Securities Litigation

125:18 140:3,5,12,
13 144:7 146:24
150:11 161:6,17
167:17 170:23
179:1,5 191:24
192:4,15 195:1
196:15 207:25 209:7
236:6 237:4,5

**production** 38:5
44:25 46:6 47:19
49:4 71:20 72:2
76:17 115:5 174:15
239:15

**products** 16:20,21
17:19 20:11 51:18
72:11 94:7 95:5,8,
12,13 104:19 149:21
196:20 229:19

**profile** 85:19 155:16
160:18

**profitable** 72:19

**projected** 166:2

**projecting** 163:25

**projection** 181:17
186:5 188:9 190:18,
22 192:6,9 195:7
228:1,4

**projections** 150:11
151:6

**promise** 31:19

**promos** 168:25

**promotion** 90:11
195:2 211:4

**promotions** 187:7

**proposal** 180:19

**proposing** 106:11
192:2,5

**protect** 44:20 45:2,12
51:16 122:25 123:1,

3 178:21 179:14,15

**protected** 109:15

**protecting** 39:1,12
138:13 235:3

**protocols** 12:13

**provide** 31:20 152:24
153:20 222:4 224:22

**provided** 9:13 116:15
222:4 244:12

**provides** 217:2

**providing** 11:20
80:14 81:4 86:5
130:12 135:8 156:1
159:7,10 170:22
186:14,18 188:22,25
189:12 222:14

**Proxy** 131:6

**PRS** 165:2,7,13

**PST** 117:17

**public** 51:20,25 52:2,
7 54:23 64:10,18,22
67:12

**public's** 54:23

**publicly** 58:22

**pull** 32:19 54:4 209:9
226:18 232:5

**purchase** 87:10
162:1

**purpose** 132:18
156:1 222:14

**purposes** 25:7

**push** 37:23 38:2 54:4

**pushing** 20:19

**put** 77:3 105:19,24
121:1,12 156:6
188:5 225:14 233:5
238:7

**puts** 174:20

---

**Q**

**Q1** 49:5,11 55:25
84:25 86:22 100:4,
18 101:12,19 120:13
130:13,23 131:12
132:18 146:11
150:10 155:4 186:10
205:16 227:25 228:3

**Q2** 33:25 34:3 37:9
41:10 49:5,11

**Q3** 49:11

**Q4** 49:4,11

**quality** 47:8

**quarter** 26:17 27:6,15
33:25 37:9 41:10
45:16 112:12
139:12,23 146:2,8,9
147:22 187:2 188:8
189:25 193:13
195:17 206:24
220:14

**quarterbacking**
150:4 151:1

**Quayle** 33:16

**question** 10:9 11:7
17:24 18:11,15,19
19:1,2,3,9 24:9 26:8,
10,22 29:7 45:5,7
50:13 55:1,3 60:7
62:8 64:14 70:14
71:3 73:24 79:3,6
80:13,15 81:3,9
97:11 107:19 109:13
110:21,24 111:5
125:22 134:7
136:12,15 150:6,17
156:6 163:15 168:24
169:16 184:15
185:16 189:8,10

201:4,5 202:15,19
204:2 209:23
245:10,21

**questioning** 11:8

**questions** 10:2,7,21,
23 82:13 128:23
129:2 130:5 188:4
189:3

**quick** 50:13

**quickly** 9:15 103:12

**quite** 57:10 70:13
95:22 104:7 168:2
171:22 191:11,22
195:14 202:3 240:2

**quote** 108:3

**quote/unquote** 44:7
45:11

**quoted** 40:12

**quoting** 103:22
194:24

---

**R**

**Rachel** 197:23 199:19
205:11 209:24
210:10 211:11
212:10 233:23
234:25 236:13,19

**raised** 78:18

**ramp** 114:14,19 115:4

**ran** 220:17

**range** 14:22 15:9,10,
15 17:21 19:19 39:6
73:3,23 104:4,6,10,
11,15,21 105:8,15
106:1 123:7 141:4,5,
25 179:1 185:19,20,
23 186:9,15,18,22
188:9,11,18,23,25
189:12 191:7,15,19

**Index: production–range**

Donal Conroy                                                    In re Apple Inc. Securities Litigation

192:1 194:23 203:12
241:25

**ranges** 103:20 138:18
140:20 176:18
178:25 179:12
180:13,20,23 184:2
185:12,15 190:8
196:4

**ranks** 202:9

**Raphaella** 8:9

**rates** 130:24 131:2

**re-run** 145:25

**re-running** 143:22

**re-spinning** 146:15

**reach** 160:21

**reaction** 67:6 215:18

**read** 33:14,19,21
41:4,5 49:13,16
57:9,14 63:5,6 66:25
67:1,2,4 68:1 71:24,
25 72:17 89:23
98:24 127:9,12,14
128:25 134:1,7,10,
11,13 135:1,8,18
143:3 158:15 159:3
164:10,11 188:12
190:23 197:21
210:16 217:6,21
218:4,21 230:23,24
232:14 233:1 234:24
236:4,24 240:20
244:3

**reader** 135:9

**reading** 40:10 170:12
221:12 224:17
235:10

**reads** 225:3

**ready** 90:23 156:13

**real** 111:8 184:15

**realize** 11:24 177:24

**realized** 176:18
215:14

**realizing** 178:25

**reallocation** 143:22

**really** 9:15 20:23
26:14 40:16 104:14,
21 105:8 119:12
125:19 135:8 136:25
164:15 195:1,2
196:20 213:7

**realtime** 182:3

**reason** 9:21 16:14
27:1 28:8 29:8 37:2,
3 51:23 52:4 81:12
87:1 91:4 215:8

**reasonable** 105:2,15
106:1 125:18 126:4
139:4

**reasonableness**
105:3

**reasons** 29:13,14,16
36:24 51:11

**recall** 9:6,24 11:20,
23,24 13:23 14:7,12,
13,15,18,25 15:24
16:4,14 19:24 20:3,4
22:8,11,14,19 23:5,
9,15,18,22 26:7,22,
25 27:21 28:1 29:24
30:1,9 31:1,4 34:12,
16,20 35:9,21 38:1
44:1,9 45:1,11,18,
19,20 46:17,23
55:24 61:6,7 63:6
70:5 73:5 75:15
77:24 78:3,7,8,12,22
79:8,11 80:13 81:3
82:2 84:8 85:12
88:25 89:25 96:25
98:24 101:25

107:16,24,25 108:8,
16 110:4,8,10
115:23 119:18
129:14 143:3 148:6
152:16 169:3 173:15
175:24 187:17 196:3
210:9,16 220:15
221:12 230:23
235:22

**recalled** 15:2 31:4
44:23 45:8 58:16
170:13

**recalling** 82:1 110:3

**received** 77:15 112:5,
7,12 119:5 121:3
131:1 218:10,17
237:14

**recess** 50:8 91:9
123:23 156:21 197:4
238:2

**recipients** 222:15

**recognize** 74:14,20
75:9,15 98:20,23
115:22 129:12 133:4
143:2 148:16,17
170:10 180:3 197:19
221:6,10 223:7,16
224:15,17 230:21
238:19

**recollect** 195:25
224:2

**recollection** 14:12
17:15 29:12 30:23
41:16 45:14 104:24
167:4,23 168:11
183:25

**recommendation**
15:6,20,23

**recommending** 14:21
15:8 16:15 19:18
48:23

**reconcile** 139:18
177:17,19

**reconciled** 177:22

**record** 7:19,20 9:9
10:12,15 40:16 50:7,
10 71:25 91:8,11
123:22,25 141:10
156:18,20,23 197:1,
3,6 237:22 238:1,4
246:8

**recording** 7:17

**reduce** 23:1 106:6
185:11,15,19

**reduced** 16:16 103:8
111:16

**reducing** 49:7

**reduction** 45:9 47:15
102:11 108:23
137:14,18 205:21
213:9 232:20 235:1

**reductions** 132:5
174:1 232:25 239:4

**refamiliarizing**
197:21

**refer** 36:12 66:8 81:1
84:8 100:7 102:5
114:19 191:7 205:8

**reference** 147:9
153:20

**references** 154:4

**referencing** 106:20
155:25

**referred** 22:17 25:23
28:3 36:25 53:1 68:9
70:24 84:5 102:8
219:11 245:25

**referring** 12:14 15:12
18:21 19:23 21:15
27:10 34:18 36:1

38:3 44:8 54:13
56:3,7 58:14 65:25
72:5 75:11,13 77:12
78:3 84:22 85:15
87:22 101:18 103:19
105:20,21 108:23
112:4 118:16 121:1,
2,21 126:12 129:3,5
133:8 147:8 172:7
174:4 176:3,6
188:11 190:18
192:21 194:12
199:15 206:25
212:10 215:21
218:23 228:20
229:18 240:10 241:3

**refers** 37:25 43:11
47:19 85:13 114:5
134:24 137:17

**reflect** 132:11

**reflected** 199:20

**refresh** 41:15

**regard** 211:19

**regarding** 55:25
59:14,24 92:11
96:22 100:12 151:6
224:22

**Regards** 225:8

**region** 160:2 198:15
200:4,12,18,23
201:1,7,24 202:4
203:16,24 235:8

**regional** 166:13

**regions** 200:8,25
201:17,18 202:6,7,
18,22 216:4,5

**regroup** 214:20

**regularly** 46:5,9 54:3
78:24 79:9 116:14
222:4 226:13

**relate** 92:19

**related** 12:20 13:17
34:18 55:7 76:15
90:6 103:16 135:2
141:18 147:25
168:16 221:16 239:1

**relates** 27:4 115:5
122:15 231:15

**relating** 84:1 88:11,
13 112:19 242:9

**relations** 67:12

**relationship** 67:11
94:13 178:6 189:24
213:5

**relative** 116:20 126:3
203:7 204:5 210:5

**relatively** 182:11

**release** 159:9

**released** 72:12
149:13 157:1

**relevant** 150:23
232:16

**remainder** 49:22

**remember** 12:25
23:24 34:13 74:22
118:23 129:16
149:16 157:8
168:16,21 169:2,10
175:8 176:12 215:7,
18 224:1

**remembered** 14:8

**remembering** 177:2

**remind** 16:9 20:24

**reminded** 13:25 16:7,
17 20:15,18,22,23,
25 21:2 22:20 23:6
27:24 44:19

**reminding** 12:12

**remix** 47:15 208:19

**repeat** 10:3 18:15
35:17 55:2 202:1

**repeating** 40:14 45:5
64:13 79:6 189:7

**rephrase** 83:12
131:13

**replenish** 217:13
218:1 236:7

**replenishment**
228:16 229:6

**report** 115:24,25
116:3,9,14,19,20
118:21 121:21 125:5
126:12 166:21 210:4
223:13 224:1,16
225:2,6,19,23,25
226:2

**reported** 36:3 70:4,18
71:5 117:21 118:24
155:12 219:23

**reporter** 7:13 8:20,25
10:12 11:11 16:3
39:14 71:25 141:15
154:21

**reporting** 7:15 69:17
118:10,22 119:2,25
120:8

**reports** 117:5 124:5
225:11

**represent** 155:4

**representing** 7:14

**request** 21:6 46:8
217:9

**requested** 235:1
236:25 237:1

**requests** 20:19 216:4

**requirements** 25:9,23
26:5 74:7

**requiring** 234:18

**resell** 97:2

**reseller** 80:10 83:11,
13 88:16,21 89:4,8,
21 90:1 92:17 93:4,
10 96:22,24 106:10,
13 115:25 116:4
118:13 120:7 128:4
155:15 159:14
172:12,21 186:5
193:17 194:3,8
215:17 229:10 235:7

**resellers** 79:24 80:2
87:10,23 90:15
121:22 154:4
186:14,17,19,20
193:1,6,15,21 212:9,
18,19 228:15

**Resellers'** 154:5,7

**reserving** 165:15

**respect** 53:5 164:23
181:16 218:5

**respond** 83:1 88:14
243:5 244:16

**responded** 99:10,12
108:19 111:5 124:25
184:14 242:20

**responding** 19:3
175:3,19 211:10

**response** 19:2 85:22
89:19 90:7 99:17
111:3 129:25 241:6

**responsibilities** 69:7
226:14

**responsibility** 25:22
68:22 69:12

**responsible** 25:15
46:8 68:2,8,12,17
74:6 83:11 117:8
122:23

**Highly Confidential**

Donal Conroy

In re Apple Inc. Securities Litigation

**rest** 135:19 146:2 216:20 220:14

**restore** 237:2

**restrictions** 62:11

**result** 29:4 52:18 85:5 94:23 103:5 142:5 210:10

**results** 47:15 111:8 159:8 173:11 192:13,14,17,18,20 193:5

**retail** 80:21 152:17 164:21 166:9 167:7 171:4 172:18

**rethink** 111:6

**rethinking** 109:15

**returns** 18:9 106:10

**revenue** 15:14 26:11, 15 130:13 131:2,3, 12,14 132:3,7,11 133:11,14,22 135:9 136:2,6,18 138:25 139:10,15,23 141:19 145:6,16,24 159:18 201:14,16 202:8 203:11,16

**review** 13:17 15:25 30:21 35:1,6,10,14, 22 46:9 54:2 75:7 98:18 99:2 105:14 116:19 132:23 148:13 170:8

**reviewed** 22:14 23:5 30:23 31:3 34:8,12 56:8 58:5 65:13 176:15 180:23,24 181:3 222:8 229:14

**reviewed/approved** 243:1,13

**reviewing** 57:1

138:17 157:18,20

**revised** 130:25 144:23

**right** 8:19 14:5 17:6 23:16 25:4 27:5 28:6,8,11 32:23 33:7,17 34:5 36:2,7, 15,20,21 37:10,13, 17,22,23 38:7,20 39:25 40:17,21 41:2 42:2,9 43:5,12,22,24 47:12,17,22,25 48:15 49:5,12,15 50:14,22 51:4,19,21 54:12,24 55:11,16, 18 56:18 57:22 59:15,21 60:6,11,12 62:19 63:15 64:25 66:5,6,14,18 68:12, 23 69:4 70:2 72:8, 12,15 74:13 75:22 76:4,12,25 77:6,16 78:9,10,16 81:16 82:24 83:22 84:10 86:5,17 87:23,25 88:5,14 89:6 90:6 95:16 97:19 99:8,14, 18,24 100:13,18,22, 23 101:14 102:6,21 105:22 106:7,13 107:1,6,14,19,23 108:20,24 109:25 111:12 112:24 114:12 115:2 116:12 117:2,6 118:14 119:6 120:10,14 123:5,20 124:11 128:1 130:3,22 131:4 132:10 133:16 134:23 135:11,23 136:3,8 137:15,20 138:21 143:9,11 145:7 146:11 147:24 149:1,24 150:9,17 151:6,11,22 152:10

153:23 156:11 157:1 158:4,7 159:25 160:3 161:2 166:3 168:23,24 169:9 170:17 172:13,22 173:14,17,19,21,22 174:10,16,23 175:1 176:23 177:8 178:11,15 181:5,8,9, 22 182:9,15 183:12 184:5 185:14,21 186:7,21 187:3,12, 15 191:16 192:10 193:7,15 196:16 198:1,8,12 199:3 203:12,21 204:10, 11,13 205:22,23 206:21 209:2,19 210:8,20 211:12,20, 25 212:7,9 213:10 215:20,23 217:18 218:10,12,20 219:4, 7,12 221:16 222:13 225:24 227:12,14,23 228:1 229:15,25 230:7,8,21 232:9,13 233:8 234:1 239:1 241:2 242:21 243:1, 13 244:13,14,23 245:3,8,13 246:3

**right-hand** 71:15,17

**risk** 17:3,22 103:9 106:7,24 107:9 108:4 110:2 111:18 112:6 209:10

**RO** 115:24,25 116:3,4 125:4 234:12 235:6

**Rob** 41:2 74:1,2 83:2 180:9

**Robbins** 7:23 8:7,8,9

**Robert** 76:11

**role** 21:22 25:2 74:21, 22 83:9

**roles** 74:11

**roll-up** 144:23 147:3

**room** 90:2

**Rosckes** 41:1 66:6,14 67:9,10 99:14 238:23 245:25

**rotate** 150:3

**round** 92:17 196:10

**rounded** 196:8

**row** 48:18,21 49:14, 17 188:13,15 190:21 196:8

**Rudman** 7:24 8:7,8,9

**rule** 80:8

**rules** 9:15

**run** 144:22

**run-rate** 127:21

**run-rated** 127:6

---

**S**

**Sabih** 32:17 41:1 57:4 66:10 99:13 158:2

**Saigal** 76:11 130:3 180:10

**sale** 157:1

**sales** 15:12,13 16:13 80:2,23 86:5 92:18 102:20,22 114:3 132:18 171:4 212:2 219:2 223:13 224:11,23 226:12 229:1 234:12 235:6 236:20,25 237:1

**sales/partners** 209:9 234:8

**Sam** 63:23 64:6

Donal Conroy

**San** 7:16

**Saori** 129:23 130:9 143:10,20 144:9,12, 16 147:6 180:10

**Saori's** 143:17

**Sarim** 83:4

**Saturday** 180:16 181:7

**saw** 34:10 45:21 121:14 173:16,17,24 174:9 175:24 195:3 198:23 238:21 243:7,24

**saying** 20:23 21:17 22:7 29:19 38:13 56:11 73:12 74:14 88:15 89:20 90:19 95:1 96:4 97:3 106:8 107:25 111:5,7 126:1,14,22 128:3 131:14 136:9 139:17 146:12 147:14,15 155:11 162:13,14 164:15 166:13 168:17 169:11 171:24 174:19 175:3,7,12,19 176:16 178:9 188:15 189:17 194:17 201:22 202:2,4 205:11 206:15 207:1,23 208:5,11, 13,25 219:14 224:2 228:23 232:7 233:2, 4 240:14,21 241:13, 17,24 242:5,11 243:11 244:16

**says** 37:6 41:6 43:11 47:14 57:6,9 72:18 84:15 85:22 100:1 119:21 120:8 128:8 134:2,15,22 135:3 139:2,3 150:2,9

151:14,20 154:7 159:14,17 160:17 162:8 163:23 164:23 165:1 166:1 180:21 181:2 185:22 191:18 214:19 216:10 223:21 224:19 232:19

**scale** 137:22

**scenario** 22:24 147:14,16,17,19,21 148:3,5 206:4 214:23

**scenarios** 102:9

**schedule** 241:15

**scheduled** 31:1 212:8

**schedules** 239:15

**Scheduling** 225:9

**Schiller** 65:21 67:17 241:14

**screen** 50:15,16

**screens** 50:15,18

**screenshot** 158:6,19, 20,21,24

**SDM** 148:24 149:3,7

**second** 49:8 71:12 85:22 90:3,4 124:18 129:6 130:17 133:13,19,22 143:21 151:5 156:18 160:16 172:9 188:2 203:16 204:22 207:14 211:22 217:8 236:23

**secondary** 171:8

**Secondly** 55:23

**section** 47:14 48:6,13 88:6 119:21 127:12 134:2,13 135:2,7 151:5,8 154:3

155:24 162:23 163:15 164:20 171:16,25 208:16 211:19 228:13

**Securities** 7:5

**see** 8:11 17:19 20:9, 20 28:5 33:14 34:14 48:5,18,24 50:15,16 56:8 67:22 69:20 71:16 72:18,22 78:6 79:4 85:2,7,25 86:24 88:7,9,18 89:19 101:8 103:3,10 105:18 106:8,19 107:4,11 108:21 109:3 111:8,22 117:16,18,23 119:21 120:2 121:6,13,19 124:24,25 125:7 127:6,7,21 130:19, 22,24 131:8 132:8, 15 133:24 134:6,9, 12 137:24 142:3,17 143:24 144:25 146:4 147:4 149:25 150:10 151:18 152:22 154:4,10 155:6 158:12 159:14 160:23 162:2 163:8, 22 164:4,20 177:6 181:1 183:6,20 185:22 186:3,11 190:20 191:3,4,11, 22 195:9,14,23,25 204:15,19 205:3,18 206:7,13 207:21 208:16,22 209:15 211:15,16 212:5 214:20 215:2 216:10,16 217:4 219:8,15 223:21,23 228:10,18 229:12 230:24 232:22,23 234:9,15 235:25 237:20 240:7 241:11

243:3,4,9 244:19

**seeing** 46:17 58:16 102:20 121:22 139:7 143:4 159:2 170:13 205:12 223:14

**seen** 34:14,15 44:4 65:10 140:12 174:19 185:10 198:20 199:2,9,12,18 224:18 225:1 230:25

**select** 104:23

**sell** 48:16 61:3,10 80:24 87:17 103:8 106:6,9 108:24 111:17 112:2 127:3, 19 128:8 131:4,6 132:23 134:17,19 136:18 147:9,21 153:15 181:17,20 182:9,24 183:2,4,8 205:6 207:25 212:19 215:25 220:8,13 228:3,13,24 229:3, 10,23 234:13 235:1, 24 237:5,13

**selling** 62:11

**sells** 80:17

**send** 25:10 67:8 145:24 149:4 150:19

**sending** 35:21 109:10 181:6

**sends** 68:7

**sense** 109:7 111:1 145:7 169:4 185:11, 15 190:16 229:4

**sensitive** 51:14

**sensitivity** 148:4

**sent** 16:5 40:25 43:5 67:16 84:2 133:6 144:23 148:17,21

149:15 160:17 170:14,16 191:6 217:8,23 221:13 222:5,19 227:9

**sentence** 73:6 88:6 108:1 110:18,19,22 194:2 228:23 242:16

**September** 16:21 20:12 180:7 198:16

**series** 212:18

**session** 13:12

**set** 26:3 30:23 38:10 50:18 138:10 140:11 146:23 157:8 224:14 236:22 241:17 243:21

**sets** 65:22 120:16

**seven** 100:10 159:17 160:20 196:6

**severity** 52:18

**SGT** 158:11,14

**shaded** 188:10

**Shah** 147:5

**shape** 19:13 20:16 28:14

**share** 59:19 87:25 129:15 139:5 202:11,16,22 203:5

**shared** 33:2 64:21 89:2 180:4

**shares** 64:1

**Shawn** 7:23 8:2 9:3 18:16 19:9 25:19 27:8 38:9,25 40:12 45:4 48:4 70:14 93:20 96:4 124:9 127:8 156:17,18 157:13 163:14 168:1 181:23 189:2,3

240:18

**shifting** 123:12

**ship** 87:11 207:19 208:9,11 209:14 210:22 211:10 214:7,9 215:1,25 216:14 217:10,25 218:2 220:11,12,20, 21 235:10

**shipment** 209:11,12, 13 212:8 217:9,16 218:3

**shipments** 72:21 73:10,18 210:8 212:1 215:24 216:18 237:1

**shipped** 208:8 217:10,24

**shipping** 207:24 212:4 220:23 234:19 237:10

**short** 27:4 111:21,25 138:12 232:1 237:20

**short-term** 27:12

**shorter** 26:16

**showed** 14:14 20:2,7, 14 22:16 77:24

**showing** 86:11

**shown** 167:23 199:6

**shrink** 38:14

**shrinking** 38:16

**SI** 135:3 227:25 228:7,15

**sic** 102:5,9 124:4 170:6 180:7

**side** 71:14 113:8

**side-by-side** 103:3

**Sif** 87:7,17 112:6,7 128:11,12 193:2 194:3,8 208:7 209:1 218:7,9

**sign** 236:11

**signal** 23:1 122:22 179:2

**signals** 127:20

**signals...may** 127:5

**significance** 122:18, 21 212:12

**significant** 60:12 61:14 132:4 137:14, 18 157:10 215:4

**significantly** 39:4 132:3 179:16

**similar** 17:19 166:23 202:25 216:4

**simple** 52:9 80:8

**simpler** 29:7

**simply** 177:18,19

**Singapore** 158:16,17

**Singles'** 90:12

**sit** 12:10

**situation** 22:20 46:19 61:8 114:11 174:20 212:21

**situations** 165:8

**size** 38:15,16 60:17 203:7

**SKU** 206:19

**SKUS** 206:17

**slight** 132:3

**slightly** 48:3 92:15 93:19 121:9 131:13

**slow** 18:8 141:12 237:1

**slower** 195:3

**small** 37:13 60:12 136:10,13,21,23 137:1,5

**smaller** 132:13 202:7

**smartphone** 72:19 139:3

**soft** 205:1 209:11,19 236:8,11

**softer** 17:5 18:1,12, 22 28:10 119:25

**software** 217:11

**sold** 79:23

**sole** 25:21

**solely** 182:20

**somebody** 23:13 47:5 99:21 113:9 139:14

**something's** 52:2

**sorry** 13:11 21:10 25:3 28:20 35:17 37:8 38:22 40:10,11 43:4 45:4 48:6 56:25 57:2 77:16 79:20 83:19,20 87:21 93:15 97:6,21 98:21 101:5 118:12 120:23 129:5 134:5,6 135:13 137:10 139:20 144:20 150:13,14 157:6 163:6 164:24,25 179:19 180:18 181:25 182:4 189:2, 4 196:5,6,12 211:16 215:25 225:10 227:14,15 230:6 231:9

**sort** 53:5 75:20 80:25 92:17 104:5 137:2

**Highly Confidential**

Donal Conroy

In re Apple Inc. Securities Litigation

139:5 140:4,10,14
141:17 144:13
162:12 169:2 173:3,
11 179:10 192:21
203:6 214:14

**sound** 203:18 217:18

**sounds** 11:10 108:20
203:13,21 204:12
205:22

**source** 80:21

**sources** 72:9 76:18

**speak** 23:23 103:18

**speaking** 8:1 27:14
92:16 104:3

**special** 169:11

**specific** 30:8 36:18
56:16 89:8,24 106:9
152:25

**specifically** 17:1,8
35:9 61:24 66:21
85:17 103:18 142:15
149:16 150:12
166:19 167:22 168:8
199:24 220:7 228:12

**specs** 162:10

**spectacle** 240:2

**spelling** 74:18

**spoken** 88:20

**spreadsheet** 231:5

**ST** 131:3

**staggered** 16:22
102:16 104:19
112:11 119:17 152:6
154:20 179:5

**stand** 196:20

**standard** 46:16 53:4

**stands** 87:15 149:7
158:15

**Starkweather** 130:2
180:10

**start** 11:12 13:6 19:15
95:13 201:14

**started** 100:19
168:21 192:24

**starting** 127:16
204:24

**starts** 71:13 236:1

**state** 7:21 9:10
102:14 223:9

**statement** 126:13
152:5,8 154:16
155:1 160:10 161:13
162:21 163:20 173:3
184:15 241:16

**statements** 184:10

**states** 7:6 143:14
145:12 176:25
198:20

**stating** 217:24

**status** 89:4 170:23
216:11

**stay** 49:20 60:9

**stays** 60:10

**Stella** 227:8,18

**Stephanie** 8:16 13:7

**steps** 53:1 212:18

**Steve** 33:16 65:20,23
67:12 72:5

**Steve's** 68:6

**stock** 61:4,9,10 62:11
64:2 78:19

**stop** 32:4 209:11
210:8 216:18 217:9

**store** 80:22 165:9
167:6,7 168:18

188:16 189:1,13,19
190:3,10

**store's** 188:24

**stores** 17:14 103:4
121:4,7 165:5,6

**strategy** 41:13 157:7

**street** 7:15 165:19
212:12,22 213:2,9
236:9

**strictly** 47:23

**strong** 90:10,14
187:6 213:7

**stronger** 29:3,18

**structured** 171:24

**studied** 16:6

**study** 195:25

**stuff** 135:19

**stumping** 114:1,2

**subject** 34:4 40:1,23
51:15 57:3 62:10
71:19 72:1 76:15
83:21 84:13 99:24
118:13 158:9 174:12
198:6 214:6 227:25
234:3 245:25

**submitted** 144:14
145:17

**subscribers** 217:18

**subsequent** 94:19

**subset** 88:12 93:13

**substantial** 174:15

**Sucharow** 8:12

**sufficient** 240:15

**suggest** 21:23 216:17

**suggested** 17:1,20

**suggesting** 127:24

**Suite** 7:15

**Sumit** 83:2

**summarized** 219:19

**summarizing** 181:7

**summary** 23:5,6,9,13
47:12 119:4 130:13,
23 132:2 133:17,23
158:10 180:12,22
231:7,8 232:18

**Sunday** 206:3 207:1,
5 214:4 222:10

**supplied** 20:21

**supplier** 25:22
240:13

**suppliers** 51:2 56:4
62:1

**supply** 20:10 21:7,18,
19 23:1 25:8,23 26:4
28:4,9 29:5,9,20
37:1 46:8 49:7 50:2
51:14 52:11,24
58:23 59:19 67:11,
23 68:16 73:23 74:6,
7 90:16 112:19,24
113:3,6,13,18,24
114:4,5,9 115:9
122:22 138:8 149:8
159:19 163:1 174:21
179:3 205:25 206:5,
9,14,17,18 207:7,15
208:6 209:3 211:3
212:3,20,21,25
213:5,8,11 214:24,
25 215:18 229:11,16
231:6,8,15,25 232:5,
6,10,11,18,19 233:5
236:7,10 240:3
241:22 242:15

**suppose** 200:21

**sure** 9:17 13:3,10,13
16:6,12 18:18 21:25

**Index: sound–sure**

24:4 25:11 33:3
35:20 39:24 56:15,
23 60:2 62:8 67:21
69:11 70:13,17 71:2
72:10 73:22 79:3
84:11,14 90:16 92:7,
21 94:25 95:7,15,21,
22 103:6 107:8
118:5 123:17 124:12
127:14,15 128:22
130:19 141:12
150:16 151:1,2
158:15,21 168:4,15
174:5,24 175:9,21
178:8 179:15 189:6
196:2 209:22 211:8,
21 216:3 218:22
219:1 224:25 225:1,
17,19 227:3 229:5
230:7 237:21 244:10

**surprise** 88:17

**surrounded** 101:14

**sustaining** 34:2
47:16,17 147:20

**Sutcliffe** 8:15

**swear** 8:20

**sword** 177:24 178:4,
5,9

**sworn** 8:23

**system** 225:14

**systematic** 165:13

**systematically** 226:2

**systems** 225:10

---

**T**

**T2** 217:13 218:1
236:7

**table** 77:25 78:8
128:24 133:9 135:21

158:21,24 222:8

**tables** 48:7

**Taiwan** 135:2,3 164:1
207:19

**take** 9:19 11:1,2,3,9
31:24 33:11 39:18,
21 44:3 50:4 60:14
65:6 101:11 115:18
123:14 142:24
144:10 156:15 162:7
175:19 177:5 178:10
179:12,25 188:16
189:23 196:24
197:15 214:22 223:4
226:25 230:18
233:18 234:20
235:14 238:15 246:5

**taken** 9:18 50:8 53:1
91:9 123:23 156:21
197:4 238:2

**takes** 194:18 242:2

**talk** 10:17,18 25:18
36:17,23 37:3 54:12
111:15 141:21 175:5
200:22 220:16

**talked** 27:20,22,23
36:10,13 112:7
124:17 128:11
161:15 175:4 191:18
194:13 220:7,10,12
225:22 228:8 235:2
237:9 244:25

**talking** 10:15 38:23
40:8 42:1 51:8 55:17
63:2 91:14 122:21
128:12 139:25 140:1
142:15 144:18
151:13 155:24 165:4
174:5 239:9 242:16,
17,18

**talks** 102:14

**target** 206:14,16,18
228:13,24

**TC** 83:22,24 84:6,11,
12

**team** 14:3,20 15:14
20:2,8,14,20 22:8,16
23:13 25:6,7,15,21
26:18 27:4,11,20
30:14 35:1,5 41:6
46:1,2,3,7 47:1,5
53:9 64:6 68:17
74:5,10,12,21 77:2,
25 83:5,6,10,13,14
92:18,20 96:2 102:2,
3 112:20 113:1,4,9,
12 115:25 116:1,5,6,
15 117:11 122:3,4,
13,14,23 123:9
130:6,10 140:8
143:17,18,19 144:17
145:5,15,17,20
149:6,12,19 150:5
156:2 158:25 160:15
161:22 162:24
166:8,9,13 170:17,
19,21,22 171:3,4,5
190:14 194:17
197:24 198:14
204:15 214:12,21
218:19 219:2 221:13
222:4,14,20 224:4
227:9 229:1 231:13
232:4 234:19 235:6,
7 237:13,17 242:2

**team's** 78:10 146:14

**teams** 25:6,25 150:7
171:2 200:1

**TECHNICIAN** 7:3,25
8:19 11:17 32:21
33:1,7 50:6,9 91:7,
10 123:21,24
156:19,22 197:2,5
221:8 230:5 237:25

238:3 246:6

**tee** 47:5

**Telecom** 81:24 218:5,
6

**tell** 11:6 74:1 87:5
99:15,18,22 103:12
108:11 113:16,20
124:21 133:4,20
140:6 144:4 165:3
173:20 175:18 188:1
196:14 215:16

**telling** 145:17 240:4

**tells** 125:19

**ten** 39:17,20 91:1
237:23

**ten-minute** 50:4
196:22

**term** 21:4 27:5 42:19
87:6 104:7 114:10
118:5 127:5,21
173:12,13 205:8

**terms** 26:11 27:11
60:8 110:5 139:14
155:13 162:6 199:5
204:3 237:5

**test** 211:3,10

**testified** 8:24 30:3,8
31:8,11,13 34:19
50:21 53:6,22 168:4
178:10 184:9

**testifying** 12:2 32:11
78:22 79:9,11

**testimony** 9:13,22
10:15 11:21,23
24:17 26:8 58:15

**text** 33:19 41:4 79:18,
19,21 117:6

**Thank** 8:25 19:21
27:17 32:18 57:16

Highly Confidential

Donal Conroy                                    In re Apple Inc. Securities Litigation

79:5,22 82:15
111:10 112:14
121:20,25 141:15
189:5 208:10 216:25
227:2 245:15 246:3

**Thanks** 11:10 33:14
34:3 49:20 75:8,9
209:8 245:19

**theories** 126:17

**theory** 125:16,19
126:7

**thesis** 126:2,23
167:16

**thing** 95:21 187:12
210:25 224:13

**things** 43:25 54:9
67:23 87:14 103:2
137:22 145:21 187:7
203:2 232:6

**think** 8:11 11:13
13:21 23:15 24:15,
17 28:3 29:6 32:2
38:9 41:20 43:8
46:10,14,19 48:3
55:12 56:25 58:15
61:13 64:25 65:12
70:6,21 75:20 77:9
78:17 81:13 84:7
85:16 86:9 87:15,16
92:1 93:6,22 96:18
99:2,13 104:4,10,19
105:2,5,13,24 109:9,
14 110:21,23 111:2,
7 118:4 120:15
121:10 125:3 127:8
128:2 129:9 133:9,
16,19 138:14,20
140:20 142:18
152:7,14 153:12,14
154:25 157:13 159:5
162:20 165:11 167:4
177:6,23 182:19,20
184:21 186:21

187:12 191:7 192:3
197:20 198:13 200:7
201:4,16,20 202:17,
25 203:1,2,12,21
204:3,11 205:13
206:12,15,24
210:15,23 211:9
212:16 218:14,17,
18,21 220:13 222:2,
7,11 225:22 226:8,
16 228:22 229:3,23
230:20,25 231:19
236:22 238:9 240:10
244:7,11

**thinking** 43:1 46:12
61:21 68:6 93:11
101:12,19 106:20,22
141:4 142:11 144:9
161:16,19 188:22
205:12 235:2 244:4

**thinks** 51:20

**third** 80:23 86:21
116:9 129:5 130:17
203:16

**Thomas** 149:18,19
150:25 152:24
153:11

**thought** 47:7 49:18
64:22 90:8,9,11,13
103:2 105:25 106:2
108:9 111:4 122:7
125:18 131:24
145:21 148:3 152:12
169:14 171:6 185:19
195:5 242:24

**thoughts** 109:2

**three** 13:21 32:5
42:20 103:3 104:11
130:20 155:17 189:3
204:8 228:9 239:19

**Thursday** 13:3 30:17
35:6,9,10,22 148:17,

18 150:10

**Thursdays** 35:2

**tie** 144:8,15 166:12
196:4

**tier** 134:17

**ties** 144:18 146:24
147:2 195:12

**Tim** 14:9 27:23 36:7,9
65:20 67:16 78:23
84:2,5,9,16,20
88:15,20 89:16
92:16 93:2,12 100:7
101:11,18 103:24
106:24 107:14,25
108:12 110:1,9
120:25 148:25
149:23 150:2,9,12,
20,23 158:1 159:8
170:16,22 171:2,7
180:6 181:6 185:19
191:6 192:3 219:23
220:1 235:14,18,23
241:9,14 242:8
244:1

**Tim's** 89:21

**Tim/luca** 145:24

**time** 7:19 11:3 14:1
16:11,13,18,22
17:18,25 18:12
19:14,17 22:22 23:7
24:19,23 28:7,11
34:10 36:3 39:11
45:15 46:17 48:1
50:6,9 55:24,25
56:12 61:8 66:25
67:14 68:4 69:10
70:22 71:4 73:13,16
74:2,9,11 75:17
78:10 80:7 83:6,9
86:14,15 87:3 90:9,
12,18 91:7,10 93:25
94:4 95:14 96:19,20

97:12 98:7 102:16
104:24 106:2
108:12,17 110:3
111:8 112:5 114:21
116:6 123:21,24
131:22 138:12
143:15 145:3,10
146:15 156:9,19,22
158:16,17 161:1
168:16 169:4 173:8,
18 179:2 185:8
187:5 188:6 189:21
196:22 197:1,2,5
198:24 209:3,17,23
210:3,12,23 211:1
213:11 214:11,17
215:18 219:1 229:16
237:19,21,25 238:3
239:17,19 245:20
246:7

**timeframe** 60:21
244:13

**timeline** 244:17

**times** 22:2 97:13
161:15 212:20 213:8
239:18

**timestamps** 117:21

**timing** 16:19 45:20
95:18 121:13 204:24
236:14 239:13 243:6

**tiny** 137:2

**title** 69:13 158:9

**titled** 76:16 231:5

**to...for** 241:6

**today** 9:18,22 10:2,14
11:1 12:6,10 32:11,
15 34:21 167:24
168:10 173:25 174:9
204:17 238:21 246:7

**today's** 12:22 30:16

Index: Thanks–today's

**told** 32:12 47:23
78:16 173:17 176:1
178:3 179:13 217:11
218:8 244:8,9

**tomorrow** 204:18

**Tony** 41:1 173:18,20,
25 174:10,19
176:16,21 177:23
178:1,2 238:23
239:12 240:10,20
244:8,10 245:24

**Tony's** 175:17

**top** 47:11,14 48:6,10
66:3 123:19 140:23
204:3,4,6 206:2

**top-down** 138:2,15
139:10,15,22

**topic** 34:23,24 41:23
220:1

**tops** 139:1 144:13

**tops-down** 138:9,19,
24 139:5,17 140:25

**topside** 146:1,18,25

**total** 85:16 106:9
119:5 144:8 151:15
159:23 163:4 167:4
189:25 195:16

**tough** 42:19 51:5

**trading** 62:14 63:7

**traditional** 189:23

**transact** 61:9 63:1
64:1

**transcribe** 10:22

**transcript** 245:16

**treating** 192:10

**trend** 139:8 218:8
228:14,25

**trending** 206:3 207:2

**trends** 26:19 29:17
97:17 109:12 185:24
191:20

**Tricky** 114:16

**triggered** 167:22
168:11

**triggers** 75:16

**Trudy** 33:17

**true** 17:25 25:14
34:25 80:1 169:19
192:16 203:9

**try** 10:17,18 19:8,10
29:20 58:2 113:25
193:11 202:1 232:5

**trying** 19:1 26:20
29:5 97:1 105:1
109:12 139:25
189:15 191:1,3
195:25 211:6 227:7
240:21

**TSMC** 239:14 240:3,
9,13

**Tuesday** 13:4 180:25

**turn** 72:15 216:7

**turned** 50:20 132:6
187:14

**turning** 71:11

**TW** 207:18

**two** 12:11 13:21 31:2
40:18 42:20 50:15
55:14 65:22 72:16
84:19 87:14,20
100:16 120:16 129:4
133:17 154:20,22,25
162:8 164:17 165:7
177:5 187:1 190:24
191:1,2 198:3
206:16 211:12 218:9

239:19

**TWS** 206:14

**TY** 135:5

**tying** 20:15

**type** 35:13 42:8 53:5
96:5 137:23 138:15

**types** 120:17 165:7
166:23 225:11
239:23

**typical** 35:14 112:15
138:1 205:1

**typically** 35:1 50:22
79:15 114:4 121:7
140:14

**typo** 214:8

---

**U**

**UB** 134:15,22,23
228:1

**Ub's** 106:25

**Uh-huh** 78:2

**ultimately** 52:20 94:2

**unable** 208:19

**unadjusted** 204:24

**unavailable** 32:14

**unbrick** 135:4 139:7
147:21 155:16
159:18,19 162:25
163:3 164:2,8 207:2
225:23,25 228:16,25
229:2

**unbricking** 172:12
206:3 228:4,14

**unbrickings** 107:1
134:23,24 147:10
155:5 181:19 183:1
185:23 186:6

**unbricks** 187:21
191:19 194:4,9
195:17

**unclear** 10:2 85:15
96:6 125:25 131:18,
23 148:5 196:7
206:22 207:4,6

**underlined** 172:1

**underlining** 172:2

**underselling** 229:8

**understand** 9:17
10:10 12:4 28:19
30:7 43:24 54:16
55:1 62:22 67:6
70:14 73:17 86:13
94:25 119:4 144:1
156:3 178:8 185:14
199:17 209:22 211:7
212:15 224:20
230:20 237:4

**understanding**
131:10 213:1 214:25

**understood** 24:17
27:17 37:6 47:10
49:10 84:12 103:7
106:24 108:17
120:18 121:6,20
126:4

**unfavorable** 134:20

**Unfortunately** 54:7

**Unicom** 81:21 217:23

**unique** 85:18

**unit** 15:12,13,21
16:15 26:14 61:15
132:11 180:20

**United** 7:6 143:14
145:12 198:20

**units** 16:2 26:1,15
42:5 45:21 101:12,
19 114:21 122:14,

Donal Conroy

19,24 123:7 132:12, 23 133:10 136:18 139:25 140:1,2 141:22 142:1,14,16 143:23 144:6,11 145:11 147:1 180:24 215:1,10 220:23

**unrelated** 54:10

**unsure** 19:13,15 20:16,17 24:1,24 39:11 42:20 94:23

**unusual** 67:22 199:24

**unwilling** 18:10,19 19:1

**upcoming** 27:5

**update** 117:4,16 118:14 145:24 148:17 149:3 150:8, 10,19 170:14 171:19,24 172:7 198:8,15 199:15,20 204:15 214:20 219:8,11,15 221:13 222:9 234:3,7 236:18,20 237:17

**updated** 130:13,23 133:10 220:22 222:9 227:25

**updates** 148:24 149:5 150:11 177:9,10,14 199:25 222:20 237:15

**upside** 26:5 90:17 109:14 122:25 123:4 138:14 229:20 235:3

**upward** 54:3

**use** 14:23 21:4,6 22:1 42:18 46:16,18 80:8 87:6 96:6,8,20 97:14 103:13 104:7 113:17,23 114:10

115:9 126:17 138:8 146:2,22 147:1 149:4 156:2,8 173:13 187:12 189:15 224:10 242:15

**useful** 165:11 190:13

**usual** 196:19

---

**V**

---

**value** 188:25 189:12

**variables** 142:5,8,13, 16

**various** 142:2 159:1 189:16 193:11 212:18

**vary** 117:21

**vast** 79:24 80:5,8,22

**vehicles** 80:19

**velocity** 159:18 162:25 168:19 194:4,5,9 205:1

**Venter** 231:2,11,12

**Verizon** 81:16 118:6

**version** 96:8 133:10 136:2,3 144:18 145:6 147:2 189:22

**versions** 15:17 189:16

**versus** 51:17 58:3 68:16 77:4 119:9 134:17 135:4,5 151:17 152:19 154:9 159:18,20,21,24 160:21 162:16,25 163:3,4,5,7 178:5 202:2 213:5 217:10, 24 233:5

**video** 7:3,17,25 8:19 11:17 12:16 32:21 33:1,7 50:6,9 91:7, 10 123:21,24 156:19,22 197:2,5 221:8 230:5 237:25 238:3 246:6

**videographer** 7:13

**videotaped** 7:4

**view** 22:2,3,23 52:9 69:23 70:17 73:1 78:18 85:16 96:23 105:13 106:17 107:7 126:19,22 131:3 162:12,13 169:22 170:15 171:8,9 184:9 200:15 201:5, 11,12,15,17 202:9 203:22 232:9,10 236:6 241:8 242:7

**viewed** 160:25 162:11

**views** 160:20,22 161:5

**virtually** 7:9

**visiting** 84:16

**volume** 98:3 155:14 162:6

**volumes** 14:23 15:9, 10,13,21,22 16:2,15 26:3,4 27:13 51:14 61:16 234:19 239:15 241:10,15 242:9

**vote** 205:13

---

**W**

---

**wait** 38:21 111:8

**waiting** 103:2,4 161:24

**walk** 75:22

**walk-in** 165:2,18

**walker** 91:3

**want** 11:3,8 33:3,21 56:15,24 86:3 90:25 92:7 111:14 124:19 127:12,14 128:4,23 134:6,7 141:12 144:10 189:5,9 215:17

**wanted** 9:14 28:4,8 45:2,11 49:20 74:16 101:11 124:12 134:9 234:20 235:16

**wanting** 220:11 234:18

**wasn't** 37:13 61:21 85:9 154:12 186:20

**waste** 146:14

**wave** 157:7

**way** 19:10 49:13,16 54:22 57:14,20 59:5 68:12 70:7 73:6,25 74:14 80:3 86:20 114:8 138:14,21 141:2 164:10 165:13 171:23 176:23 188:12 192:14 203:1 233:1 234:24

**ways** 52:16,17

**we'll** 11:1,2 32:22 96:20 97:14 146:2, 16 177:4

**we're** 7:14,20 10:15 22:24 26:4 27:9 36:12 48:23 50:7,10 51:16 52:1 57:12 64:25 87:11 91:8,11 92:8,23 93:3 94:11, 22,23 95:21 96:25 97:2 104:8,10,25

Donal Conroy

In re Apple Inc. Securities Litigation

105:8,21 109:11 113:19 114:1 118:5 119:1 122:20 123:22,25 138:13,17 139:7,24,25 140:1,9 141:22 144:18 156:20,23 159:10 171:6 174:5 175:2 177:1 178:25 179:6 185:4,5 191:9 197:3, 6 205:12 206:16 208:11 211:8 221:7 232:8 237:16 238:1, 4,9 240:21 242:16 244:10 246:7

**we've** 21:17 39:15 54:9 55:16 58:14 90:22 94:12 109:14 112:5 140:11,12 146:20 156:12 159:11 161:15 178:23,24 187:9 189:19 205:11 242:2

**weak** 213:6

**weaker** 213:3

**Wednesday** 233:9

**week** 12:24 27:19 30:17 84:17 146:1, 20 150:6,20 174:21 175:16 182:12 189:24 204:25 216:14 217:10,25 220:12 229:9,17 234:13 235:1 236:10 244:2

**weekend** 14:10 15:3 33:24 37:7 45:19 175:16 198:7,15,16 199:15 204:16 205:2 206:23 218:7

**weekly** 228:16

**weeks** 26:21 27:5 205:25 206:5,9,14, 16,18 207:7 209:9 218:9

**weight** 105:19,24 106:3

**Welcome** 50:12 91:13 124:2 197:7

**went** 11:13 80:2 91:24 93:25 101:13 132:3,19,24 176:17 243:25 244:22 245:5,8

**weren't** 57:23 73:21 175:21 176:4 186:17 190:3 192:16 244:5

**Western** 169:22

**wheels** 173:11,18 176:2 177:20 178:17 245:2,11

**Whittington** 63:23,24

**wholistic** 155:20

**wide** 190:10

**Williams** 7:23 8:4,6 9:2,4 11:11,18,19 16:11 17:23 18:4,17 19:4,11 21:21 22:6, 12 24:5,12 25:1,13 26:6 27:2,16 28:18, 24 29:22 30:2,7,11 31:18 32:1,2,9,19,23 33:5,10 35:11,24 36:1,4,19 37:5,20,21 38:4,17,22 39:2,19 40:2,6 41:24 42:6, 13,21 43:2,21 44:22 45:6,22 46:20,24 47:9 48:8 50:3,11 52:5,12 53:13,21 55:4,10 56:1,14,22 58:12 59:1,8,20

60:5,19 61:2,23 62:9 63:4,13,18 64:7,15, 23 65:3,21 66:10 67:17,24 68:10,19 69:3 70:1,16 71:1,10 72:6 73:7,14 74:24 75:3 76:24 78:14 79:7 80:4,12 81:7,14 82:5,9 85:20 88:4 89:5,17 90:25 91:5, 12 92:6,24 93:14 96:10 97:7,16 98:1, 9,14 99:8,23 100:9 101:1,7,23 104:1,22 105:17 107:18,22 108:10,18,19 109:16,24 110:12,20 112:23 115:1,10,15 116:22 118:8 119:3, 20 120:9 121:5 122:17 123:11,20 124:1,11,15 125:2, 21 126:8,24 127:11 128:14,18 133:1 135:22 136:14 137:4,9,19 138:23 139:19 140:21 141:16 142:12,17,22 145:18 147:23 148:7,11,25 149:24 150:13,14,21 152:9 153:3,8,19 154:17 155:9 156:7,16,24 157:11,16 158:2 160:11 161:8,20 162:22 163:17 164:16 166:10,24 168:3 169:6,24 170:4 171:10 172:3 174:7,22 176:8 177:3,16 178:7,14 179:17,22 180:7 181:15,25 182:4,6,8 184:3,22 185:13 187:19 189:4,11 190:7 194:11

196:21,25 197:7,12 198:19 199:1,7 200:2,10,16 201:3, 13 202:10,20 203:8 204:7 206:20 207:12 208:3 210:1,19 213:15,19 215:12 216:6 219:20,23 220:2,24 221:5,7,9 222:12,17,22 223:1 225:4,20 226:18,22 229:25 230:4,10,13, 17 231:22 233:11,15 235:12,20 237:19,23 238:5,12 239:11 241:1,4,14 243:22 245:7,13,19,22 246:3

**Winawer** 8:15

**wish** 175:5

**withdrawn** 24:16 59:9 65:14 66:6,7 77:14 82:4 84:4 89:10 103:14 108:2 109:17 127:2 153:13 157:22 165:23 177:18 184:24 189:4 191:13 199:8 239:25

**withheld** 220:3,7

**withhold** 210:21

**withholding** 212:8

**witness** 7:10 8:17,20 17:8 18:15,25 19:8 21:14,25 22:11 23:22 24:8,22 25:6, 18 26:25 27:8 28:13, 22 29:12 32:5 35:8, 16 36:17,23 37:19, 25 38:9,24 39:17,24 41:20 42:4,11,18,24 43:18 44:18 45:4,14 46:14,23 47:4 48:3 49:25 51:23 52:9

**Highly Confidential**

Donal Conroy                                          In re Apple Inc. Securities Litigation

53:9,17 55:2,20
56:7,20 58:2,21
59:4,17 60:2,14,24
61:18 62:6,25 63:10,
17 64:4,13,20 67:21
68:6,15,25 69:20
70:13,21 71:7 72:4
73:1,12 78:12 79:5
80:1,7 81:6,12 85:12
88:2,25 89:15 90:24
91:22 92:14 93:6
96:4,18 97:10,21,23
98:6 99:21 100:6,25
101:21 103:18
104:17 105:7 107:16
108:7,15 109:9,21
110:7,17 112:18
114:16 115:8 116:19
118:4,21 119:14
120:6,21 122:12
123:17 124:14,24
125:15,25 126:22
132:21 135:13,17
136:12,25 137:7,17
138:6 139:14 140:18
141:14,21 145:15
147:13 148:2 150:16
152:1 153:2,7,18
154:14 155:8 156:5,
14 157:6 160:8
161:4,12 162:20
163:14 164:10
166:7,21 168:1,15
169:21 171:1,22
174:3,18 176:6,25
177:13,22 181:13
182:7 183:25 184:12
185:3 187:17 189:7
190:5 193:25
198:18,23 199:23
200:7,14,21 201:10
202:1,15,25 204:1
206:12 207:10
209:22 210:15 215:7
216:3 219:14,25
220:6 221:4 222:7

224:25 225:17
230:2,7,12,16
231:18 234:22
235:18 239:8 240:20
243:16 245:10

**woman** 130:9

**wondering** 29:2,14,
17

**word** 80:8 115:4
126:20

**wording** 225:7

**words** 94:18 141:13
155:19 224:14

**work** 12:20 14:2 46:4
59:7 91:3 123:15
131:20 138:1 140:7
141:24 209:8 215:9,
16 228:15 239:14

**worked** 12:13 74:2
117:12 138:3 190:14
214:11

**working** 14:20 100:8,
17,20,22 146:10
185:5 214:21 232:4
234:7 236:19 237:3

**works** 121:9

**world** 157:3,10
200:19 201:8 203:24
215:24 216:21

**world's** 72:19

**worldwide** 83:12
118:18,21 198:15
204:15 224:10 225:8

**worried** 52:1

**worry** 40:15 51:24

**worst** 214:23

**worth** 49:17 109:15

**WOS** 205:24

**wouldn't** 42:24 46:16
64:16 72:24 93:16
107:13 108:11
114:10 120:10 126:5
140:18 215:5 220:6

**write** 102:4,9 103:7
106:23 107:6 108:1,
8 109:18,21 110:10,
11 111:16 117:20
126:25 132:10
144:21 152:17 155:3
160:13 181:16 182:9
183:17

**writes** 77:2 84:21,22
86:21 117:4,6,15
119:5,24 130:22
143:20 145:23 149:9
150:9 161:23 162:24
204:14,22 205:16
206:2 207:14 208:19
211:25 214:19
216:13 219:7 228:6,
12 234:6,11 240:1

**writing** 147:5 211:19

**written** 67:23 107:13,
20 108:2,3 149:11

**wrong** 29:2 176:23
187:14

**wrote** 34:15 85:21
99:8 107:16 108:8,
16 110:1 120:11,13
124:20,21 125:9
160:13 176:2 180:21
183:22 186:22
240:23 241:5 242:5

**WWRO** 116:9 117:5
124:5

**WWSF** 224:10

**WWSF_GBI_GC_
EXEC_REPORTS_
CORE@GROUP**
224:8

**X**

---

**X/8/8+** 163:7

**Xiaomi** 161:25

**Xr** 17:1,2,16,21 18:1,
7,12,21 19:13 20:16
22:22 23:2 24:11,19
28:10,14 29:9,14
33:23 34:5,17 37:7
38:5,6,16 39:1,11
41:8 44:21,25 45:10,
15 47:22,24 48:1,14
49:11,14,22 68:3
71:21 72:10,20 73:3,
9 76:17 86:17,21
88:11,13,21 89:4,7,
21 90:8,20 91:20
92:12,23 93:2,3,11
101:16 102:19
103:6,7 106:9 109:7
111:12 112:2 114:14
117:2 119:16 125:13
147:21 151:6,9,10
152:4 153:12,15
156:25 158:10 159:9
160:21 161:1,5,10,
16 162:5,9,11
163:11,23,25
164:13,14 165:21
166:19 167:3,8,22
168:6,8,12 169:13
171:12,20 172:1,6,
25 173:22 176:3,18,
23 177:9 181:8
182:15 183:19
184:5,8 185:23
187:21 188:6 190:3
191:19 218:1
221:17,18,19 228:13
229:3,21 235:24

**XR'** 72:3

**XS** 20:10,11,20 28:5,9
29:2,3,8,9,18,20

**Highly Confidential**

47:24 48:1,12,17,18,
25 49:3 72:13 73:2
101:14 102:20,22
160:3 161:1,7
164:14 171:15,16,17
172:2,7 221:19

**XS/XS** 159:23 160:19,
22 163:4

---

**Y**

---

**Y/y** 134:19 135:4

**Ye** 227:8,18

**yeah** 9:11 15:2 16:1,
17 18:25 19:8 21:5
26:13 27:8 29:1
32:21 33:1 34:24
38:19,24 40:9 42:24
43:8,16 45:14 46:14
47:4 48:9,21 51:23
55:20 57:5 58:2 60:2
70:21 72:4 77:24
78:8 79:5 80:7 81:12
82:22 83:25 85:17
87:6 90:21,24 92:14
93:6,21,22 95:4
96:18 97:10,22,23
99:15,24 101:6
104:17 105:7,23
106:19 108:15 109:9
115:3 118:4,9
119:14 124:24
125:15 127:17
128:10 129:7 130:4,
12,21 131:17 133:16
134:9,11,12 135:17
136:4 138:6 139:24
140:18 141:21 144:5
145:10,15 147:13
148:2 149:16 150:3,
16 152:1 153:18
156:8,14 159:10,17
161:12 165:4 170:13
171:1,16,22 176:9,

22 181:2,16 183:25
184:12 186:17
188:15 190:8 191:17
195:23 196:2 197:2
199:19,23 200:21
201:16 202:21,25
205:22,25 206:12
208:15 210:2,9,23
214:8 221:8 222:19
227:20,21 228:22
230:5,24 231:18
239:8,12 241:16
243:16 244:25

**Yeah...that's** 243:6

**year** 11:25 20:12
49:8,23 72:21 85:1,
6,23 90:5 92:17
119:9,16,18,19
130:13,23,24 131:3,
6 132:7 133:10
134:16,18,22,23
155:17 181:18,19,
20,21 182:25 183:1,
2,3 184:18,20 228:9

**year's** 155:17

**Yeong** 218:11,12,23
219:12

**Yep** 71:18 98:19
187:25 196:23 217:8
218:6

**yesterday** 41:8,11
56:10 57:7,10 84:16
180:23

**yesterday's** 57:14

**yield** 142:10

**yields** 142:6

**Yong** 197:23 199:19
204:14 233:23

**York** 41:2

---

**Z**

---

**Zhang** 143:11,13

**zoom** 159:4

EXHIBIT 88

Videotaped Deposition of

# Luca Maestri

February 25, 2022

In re Apple Inc. Securities Litigation

**Highly Confidential**



www.aptusCR.com | 866.999.8310

**Page 1**

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4 In re APPLE INC.            )
   SECURITIES LITIGATION,      )
 5                             )
                               ) Case No.
 6 _____    ) 4:19-cv-02033-YGR
                               )
 7 This Document Relates To:   )
   ALL ACTIONS                 )
 8                             )
                               )
 9                             )
10
11
              HIGHLY CONFIDENTIAL
12
13      REMOTE VIDEOTAPED DEPOSITION OF
14                 LUCA MAESTRI
15      _____
16            Friday, February 25, 2022
17
18
19
20
21
22
23
24 REPORTED BY:
   ANGELA KOTT, CSR 7811
25 JOB NO: 10094758
```

**Page 2**

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4 In re APPLE INC.            )
   SECURITIES LITIGATION,      )
 5                             )
                               ) Case No.
 6 _____    ) 4:19-cv-02033-YGR
                               )
 7 This Document Relates To:   )
   ALL ACTIONS                 )
 8                             )
 9
10      BE IT REMEMBERED THAT, pursuant to Notice
11 of Taking Deposition, and on Friday,
12 February 25, 2022, commencing at the hour of
13 9:05 a.m., thereof, before me, ANGELA KOTT, a
14 Certified Shorthand Reporter, there remotely
15 appeared
16              LUCA MAESTRI,
17 called as a witness by the Plaintiffs, who, being by
18 me first duly sworn, was thereupon examined and
19 interrogated as is hereinafter set forth.
20
21              ---oOo---
22
23
24
25
```

**Page 3**

```
 1        R E M O T E   A P P E A R A N C E S
 2 FOR THE LEAD PLAINTIFF:
 3      ROBBINS GELLER RUDMAN & DOWD LLP
        BY:  DANIEL J. PFEFFERBAUM, Attorney at Law
 4           KENNETH J. BLACK, Attorney at Law
             RAPHAELLA FRIEDMAN, Attorney at Law
 5
        One Montgomery Street, Suite 1800
 6      San Francisco, California 94104
        415.288.4545
 7      dpfefferbaum@rgrdlaw.com
        Kennyb@rgrdlaw.com
 8      Rfriedman@rgrdlaw.com
 9 FOR EMPLOYEES' RETIREMENT SYSTEM OF THE STATE OF
   RHODE ISLAND:
10
        LABATON SUCHAROW
11      BY:  CHRISTINE FOX, Attorney at Law
        140 Broadway
12      New York, New York 10005
        212.907.0700
13      Cfox@labaton.com
14 FOR APPLE INC.:
15      ORRICK, HERRINGTON & SUTCLIFFE LLP
        BY:  JAMES N. KRAMER, Attorney at Law
16           TRISTAN ALLEN, Attorney at Law
             KEVIN ASKEW, Attorney at Law
17      405 Howard Street
        San Francisco, California 94105
18      415.773.5700
        jkramer@orrick.com
19      Tallen@orrick.com
        Kaskew@orrick.com
20
   ALSO PRESENT:
21
22      HEATHER GRENIER, Apple Counsel
23      ANDREW FARTHING, Apple Counsel
24      KATE ADAMS, Apple Counsel
        LORENZO FERNANDEZ-KOPEC, Aptus Video
25      Technician
                ---oOo---
```

**Page 4**

```
 1              I N D E X
 2          INDEX OF EXAMINATIONS
 3 EXAMINATION BY MR. PFEFFERBAUM................. 10
 4
 5       EXHIBITS MARKED FOR IDENTIFICATION
 6  Exhibit No.      Description           Page
 7 Exhibit 1    Defendant Luca Maestri's      58
               Objections and Responses to
 8             Lead Plaintiff's First Set of
               Interrogatories, 14 pages
 9
10 Exhibit 2    E-mail Chain dated October    90
               15, 2018, from Matt Blake to
11             Luca Maestri, et al., Bates
               APL-SECLIT_00280722 through
12             APL-SECLIT_00280723
13 Exhibit 3    E-mail Chain dated October    95
               17, 2018, from Kevan Parekh
14             to Andy Allen, at al., Bates
               APL-SECLIT_00198985 through
15             APL-SECLIT_00198988
16 Exhibit 4    E-mail Chain dated October   109
               20, 2018, from SDM Exec
17             Updates to Tim Cook, et al.,
               Bates APL-SECLIT_00161836
18             through APL-SECLIT_00161837
19 Exhibit 5    E-mail Chain dated October   117
               25, 2018, from Saori Casey to
20             Tim Cook, et al., Bates
               APL-SECLIT_00162372 through
21             APL-SECLIT_00162378
22 Exhibit 6    E-mail Chain dated October   124
               26, 2018, from Parag Shah to
23             Donal Conroy, et al., Bates
               APL-SECLIT_00482889 through
24             APL-SECLIT_00482908
25 //
```

**Page 5**

```
 1  EXHIBITS CONTINUED:
 2    Exhibit 7      E-mail Chain dated October    137
                     26, 2018, from Rob McDowell
 3                   to Tim Cook, et al., Bates
                     APL-SECLIT_00284425 through
 4                   APL-SECLIT_00284427
 5    Exhibit 8      E-mail Chain dated October    156
                     26, 2018, from Saori Casey to
 6                   Tim Cook, et al., Bates
                     APL-SECLIT_00099223 through
 7                   APL-SECLIT_00099225
 8    Exhibit 9      E-mail dated October          160
                     27, 2018, from Tim Cook to
 9                   Saori Casey, et al., Bates
                     APL-SECLIT_00151138
10
      Exhibit 10     E-mail Chain dated October    164
11                   27, 2018, from Donal Conroy
                     to Tim Cook, et al., Bates
12                   APL-SECLIT_00284436 through
                     APL-SECLIT_00284439
13
      Exhibit 11     E-mail Chain dated October    175
14                   27, 2018, from Kevan Parekh
                     to Tim Cook, et al., Bates
15                   APL-SECLIT_00284431 through
                     APL-SECLIT_00284433
16
      Exhibit 12     E-Mail Chain dated October    181
17                   27, 2018, from Luca Maestri
                     to Tim Cook, et al., Bates
18                   APL-SECLIT_00429314
19    Exhibit 13     E-mail Chain dated October    188
                     29, 2018, from Saori Casey to
20                   Luca Maestri, Bates
                     APL-SECLIT_00496647 through
21                   APL-SECLIT_00496649
22    Exhibit 14     E-mail Chain dated October    195
                     31, 2018, from Larry McDevitt
23                   to Luca Maestri, Bates
                     APL-SECLIT_00468727 through
24                   APL-SECLIT_00468729
25  //
```

**Page 6**

```
 1  EXHIBITS CONTINUED:
 2    Exhibit 15     E-mail Chain dated October    202
                     30, 2018, from Elaine Gable
 3                   to Leslie Headington, et al.,
                     Bates APL-SECLIT_00599497
 4
 5    Exhibit 16     E-mail Chain dated October    202
                     31, 2018, Christopher Collins
 6                   to Kevan Parekh, et al.,
                     Bates APL-SECLIT_00284901
 7                   through APL-SECLIT_00284905
 8    Exhibit 17     E-mail dated October          206
                     31, 2018, from Larry McDevitt
 9                   to Saori Casey, Bates
                     APL-SECLIT_00284939
10    Exhibit 18     E-mail dated October          209
                     31, 2018, from Luca Maestri
11                   to Sam Whittington, et al.,
                     Bates APL-SECLIT_00503996
12                   through APL-SECLIT_00503997
13    Exhibit 19     E-mail Chain dated November   216
                     1, 2018, from Isabel Mahe to
14                   Tim Cook, et al., Bates
                     APL-SECLIT_00515053 through
15                   APL-SECLIT_00515059
16    Exhibit 20     E-mail dated November         224
                     1, 2018, from Saori Casey to
17                   Tim Cook, et al., Bates
                     APL-SECLIT_0099279 through
18                   APL-SECLIT_0099283
19    Exhibit 21     Q1 '19 P&L Dashboard, Bates   227
                     APL-SECLIT_00099283
20
      Exhibit 22     E-mail dated November 1,      231
21                   2018, from Tim Cook to Board
                     of Directors, et al., Bates
22                   APL-SECLIT_00504044 through
                     APL-SECLIT_00504045
23
24  //
25  //
```

**Page 7**

```
 1  EXHIBITS CONTINUED:
 2    Exhibit 23     E-mail dated November 2, 2018   243
                     from Pauline O'Dwyer to Tim
 3                   Cook, et al., with attachment
                     Q4 AAPL Earnings Call
 4                   Transcript, Bates
                     APL-SECLIT_00151431 -
 5                   APL-SECLIT_00151431
 6    Exhibit 24     E-mail dated November 2, 2018   249
                     from Luca Maestri to Tim
 7                   Cook, Bates
                     APL-SECLIT_00390358 through
 8                   APL-SECLIT_00390362
 9    Exhibit 25     E-mail Chain dated December     261
                     16, 2018, from Saori Casey to
10                   Luca Maestri, Bates
                     APL-SECLIT_00287814 through
11                   APL-SECLIT_00287815
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 8**

```
 1            P R O C E E D I N G S
 2
 3        APTUS VIDEO TECHNICIAN:  Good morning.
 4   This begins the videotaped deposition of Luca
 5   Maestri in the matter In Re: Apple Inc. Securities
 6   Litigation filed in the United States District
 7   Court, Northern District of California.  Case number
 8   4:19-cv-02033-YGR.
 9        This deposition is being held virtually and
10   the witness is in Cupertino, California, on
11   February 25th, 2022.
12        My name is Lorenzo Fernandez-Kopec, the
13   videographer.  The court reporter is Angela Kott.
14   We're both here representing Aptus Court Reporting
15   located at One Market Plaza, Steuart Tower,
16   Suite 208, in San Francisco, California.
17        Please note that audio and video recording
18   will be taking place unless all parties have agreed
19   to go off the record.  The time is 9:05 Pacific.
20   We're on the record now.
21        Counsel, will you please state your
22   appearance and affiliation.
23        MR. PFEFFERBAUM:  Dan Pfefferbaum of
24   Robbins Geller Rudman & Dowd here on behalf of the
25   Plaintiffs and the Class.
```

Page 5..8

Luca Maestri                                                                    In re Apple Inc. Securities Litigation

Page 9

1       MR. BLACK:  Kenneth Black, Robbins Geller
2  Rudman & Dowd, also on behalf of Plaintiff and the
3  Class.
4       MS. FRIEDMAN:  Raphaella Friedman, Robbins
5  Geller Rudman & Dowd, here on behalf of the
6  Plaintiffs and the Class.
7       MS. FOX:  Christine Fox, Labaton Sucharow,
8  also on behalf of Plaintiffs.
9       MR. KRAMER:  James Kramer and Tristan Allen
10  from Orrick, Herrington & Sutcliffe on behalf of the
11  witness, Mr. Maestri.
12       MR. FARTHING:  And I'm here with counsel
13  for Apple, Andrew Farthing, Heather Grenier and Kate
14  Adams.
15       APTUS VIDEO TECHNICIAN:  All right.  Is
16  that everyone?  All right.  Seems like it.
17       Will the court reporter please swear in the
18  witness.
19
20            LUCA MAESTRI,
21       having been first duly sworn,
22       was examined and testified as follows:
23
24       THE REPORTER:  Thank you.  Please begin.
25  //

Page 10

1            EXAMINATION
2  BY MR. PFEFFERBAUM:
3       Q.  Good morning, Mr. Maestri.
4       As you just heard, I am Dan Pfefferbaum of
5  the law firm of Robbins Geller Rudman & Dowd.  I'm
6  here on behalf of the Plaintiffs in this lawsuit
7  today.
8       Just for the record, can you please state
9  your full name and home address?
10       A.  My name is Luca Maestri.  ████████
████████████████████████████████████████
████████████████
14       MR. KRAMER:  Mr. Pfefferbaum, for privacy
15  reasons, we're not going to put that on the record.
16  I'm happy to visit with you offline with the
17  specific street address, if that's relevant.
18       MR. PFEFFERBAUM:  If you'd like to provide
19  it offline, that's fine, Jim.  We've provided you
20  case law, but it does have to be provided.
21  BY MR. PFEFFERBAUM:
22       Q.  Mr. Maestri, have you been deposed before?
23       A.  No.
24       Q.  Okay.  Well, I'm going to go over the
25  ground rules then for how this proceeding is going

Page 11

1  to work today.
2       You understand that the oath you just took
3  is the same oath you would take if you were
4  testifying in court?
5       A.  I do.
6       Q.  Okay.  One of the most important things is
7  that the court reporter is going to be taking down
8  everything that we say today to prepare a written
9  record.
10       And so it's really important that we do our
11  best to try not to speak over each other today, and
12  that goes for myself and you and other counsel.  And
13  I will tell you that it gets even more difficult
14  when we do it over Zoom.
15       So I'm going to do my best to allow you to
16  always finish speaking, and I would ask that you do
17  your best to allow me to finish my question.  And
18  that will give us the best chance of getting a clear
19  transcript of today's proceedings.
20       Can you do that?
21       A.  Sure.
22       Q.  Similarly, because the court reporter is
23  preparing a written transcript, it's important if I
24  ask you a yes or no question, that you use the words
25  "yes" or "no" as opposed to nodding or shaking your

Page 12

1  head, simply because those types of gestures
2  can't -- aren't recorded on the transcript.
3       Is that understood?
4       A.  Understood.
5       Q.  Okay.  I'm going to try and make my
6  questions as clear as possible today.  If you find
7  it -- any of my questions confusing, you can ask me
8  to rephrase them, and I will do the best that I can.
9       If you answer a question, I will assume
10  that you have understood it.
11       A.  Okay.
12       Q.  If you'd like to take a break today --
13  we'll typically break about every hour.  If you'd
14  like to take a break more frequently than that,
15  please let me know.  If there's a question pending,
16  we won't break while there's a question pending.
17       Also, if I'm in the middle of a line of
18  questioning, I may -- I may want to finish that line
19  of questioning, but generally, I'll accommodate any
20  requests to take a break.
21       Do you have any questions before we get
22  started?
23       A.  No questions.
24       Q.  Okay.  Are you under the influence of any
25  drugs that could affect your ability to -- or drugs

Page 9..12

Luca Maestri

In re Apple Inc. Securities Litigation

Page 13

1 or medication that could affect your ability to
2 testify truthfully and completely today?
3     A.  I'm not.
4     Q.  Because we're doing this over Zoom, it's a
5 little bit different.  I'm just going to ask you a
6 little bit about where you are.  Normally we'd be
7 sitting in the room together when we do this.
8         Are you in your office or an office at
9 Apple Park; is that correct?
10    A.  I'm in a conference room in Apple Park.
11    Q.  Okay.  Excellent.  And are you using a --
12 what sort of device are you running Zoom on right
13 now?
14    A.  It's a Mac.
15    Q.  Laptop?
16    A.  It's a desktop.
17    Q.  Okay.  Is it your personal computer?
18    A.  No, it's the company's.
19    Q.  Okay.  Do you have open on your computer
20 any applications that would -- that you could
21 communicate with anyone that I can't see?  For
22 example, do you have e-mail or text messaging open?
23    A.  No.
24    Q.  Okay.  Are you receiving any alerts from
25 any applications?

Page 14

1     A.  No.
2     Q.  All right.  Can you see your cell phone as
3 you're testifying now?
4     A.  No.
5     Q.  Okay.  Is there anyone else in the room
6 with you that I cannot see?
7     A.  There's nobody.
8     Q.  Okay.  Thank you.  That was just sort of a
9 background that we have to do because it's a little
10 bit of an unusual setup.
11    A.  Sure.
12    Q.  Can you tell me where you -- I'd like to
13 ask you a few questions about your education.
14    A.  Sure.
15    Q.  Where did you go to college?
16    A.  In Rome, Italy.
17    Q.  Okay.  And what was the name of the
18 institution you went to in Rome, Italy?
19    A.  It's called Luiss University, L-u-i-s-s.
20    Q.  And what type of degree did you get from
21 Luiss University?
22    A.  I got a degree in economics.
23    Q.  Okay.  And after receiving your degree in
24 economics from Luiss University, do you have any
25 further education?

Page 15

1     A.  I have a Master's of Science in Management
2 from Boston University.
3     Q.  Okay.  And when did you receive your
4 Master's from Boston University?
5     A.  In 1991.
6     Q.  And do you have any education after the
7 Master's from Boston University?
8     A.  No.
9     Q.  Okay.  You joined Apple in 2013; is that
10 correct?
11    A.  March 4th, 2013, to be precise.
12    Q.  Okay.  Why don't you tell me, what was your
13 employment previous to joining Apple?
14    A.  Yeah, happy to tell you.  When I finished
15 university, I was hired almost immediately by
16 General Motors, General Motors Corporation in Italy.
17 They had a manufacturing subsidiary in Rome.  And I
18 worked for General Motors for 20 years.
19        And I worked in many different countries
20 around the world.  I worked in Switzerland.  I
21 worked in Poland.  I worked in Ireland.  Then I went
22 to Asia for five years, Singapore and Thailand.
23        I worked in Detroit for about a year.  Went
24 back to Switzerland for several years, and then went
25 to Brazil, back to Switzerland.

Page 16

1         And then in 2008, so 20 years after working
2 for General Motors, I moved.  And my role there at
3 the end, you know, in 2007, 2008, I was the chief
4 financial officer for General Motors Europe, which
5 is the entity that controlled the European
6 subsidiaries of General Motors.
7         In September of 2008, I joined -- actually,
8 in October of 2008, I joined a company, a joint
9 venture at the time, between Nokia and Siemens,
10 which was called Nokia Siemens Networks in -- it was
11 based in Finland and Germany.  And this is a company
12 that does telecom infrastructure.
13        These are the guys that roll out the new
14 networks, you know, when there's a transition from a
15 3G network to a 4G network, and now to a 5G network.
16 All around the world -- they have clients all around
17 the world.
18        I was the chief financial officer for that
19 joint venture from October of 2008 to February of
20 2011.
21        At that point, I joined the Xerox
22 Corporation in Connecticut in the United States as
23 the chief financial officer.  I was the chief
24 financial officer for Xerox from March 2011 to the
25 end of February of 2013, which is when then I moved

**Page 13..16**

Page 17

1 from the East Coast to the West Coast to work for
2 Apple.
3      I joined Apple in 2013 as the corporate
4 controller, and I became the chief financial officer
5 for the company in May of 2014. And I've had that
6 role since.
7      Q. Can you describe to me -- has your role as
8 CFO changed between say 2014 and today?
9      Do you have different duties and
10 responsibilities?
11     A. I would say that the scope of the role is
12 the same as I had -- you know, I've had. The
13 functions that report to me are essentially the
14 same. Obviously, the scope of the company has
15 changed.
16      We're involved in businesses that did not
17 exist back in 2014. For example, we are now in, you
18 know, involved in the payments industry, which is
19 something that we didn't have in 2014. We are now
20 involved in the wearables industry. We do, for
21 example, Apple Watch or Beats headphones or AirPods.
22 Those were products that did not exist at the time.
23      So, but the function itself, I mean, you
24 know, my responsibilities have not changed. The
25 scope of the job has gotten larger over time.

Page 18

1      Q. Can you describe to me your key areas of
2 responsibility as CFO in 2018?
3      A. Yeah.
4      MR. KRAMER: Dan, just so we're clear on
5 the record, when you give a date, are you talking
6 calendar 2018 or fiscal? Just so we are all on the
7 same page.
8 BY MR. PFEFFERBAUM:
9      Q. We are going to -- yeah.
10      Mr. Maestri, I will do my best to be clear.
11 Right now I was just referring to calendar 2018.
12 And we will generally be talking today about
13 calendar 2018, maybe a little of calendar 2019.
14      And when I use quarters today, I will
15 generally be referring to 1Q '19, which I understand
16 to be your -- to be Apple's
17 October/November/December quarter of calendar 2018.
18      So for this question right now, I was just
19 asking about your primary duties and
20 responsibilities as CFO in 2018.
21      A. Yeah, I managed, you know, back then, like
22 today, the -- all the finance functions at Apple.
23 So the accounting and reporting function, the
24 planning and consolidation function, treasury, tax,
25 all the business support activities that we do as a

Page 19

1 finance organization to support our business from
2 design, to research and development, to
3 manufacturing, procurement, supply chain, sales and
4 marketing, and for sales. And, of course, investor
5 relations.
6      Q. Who were your -- do you have -- did you
7 have direct reports in 2018?
8      A. Yeah.
9      Q. Can you list who those individuals were?
10      A. I have Kevan Parekh. He's the executive,
11 the finance executive that supports the sales and
12 marketing activities from a finance standpoint.
13      Saori Casey, who is the person that does
14 our financial planning, forecasting and
15 consolidation activities.
16      Chris Kondo, who's a chief accounting
17 officer. Gary Wipfler, who was at the time our
18 treasurer.
19      Chris Gomez, who is the executive that
20 manages all our share services activities. These
21 are centers that make payments, the supplies,
22 collect money from customers and that manage our
23 payroll and general ledger activities.
24      Phil Bullock, who is our chief tax officer.
25 And a few others.

Page 20

1      You want me to list them all?
2      Q. As many as you can remember from the 2018
3 time period that reported directly to you, yeah.
4      A. Yeah, there's only one that I do not
5 remember exactly because we had a management change
6 at that point.
7      Donal Conroy, he was my finance executive
8 responsible for operations and supply chain for many
9 years. And at some point he moved to run our supply
10 and demand organization within the operations group.
11 I don't remember exactly when he moved to that
12 position.
13      And he was replaced by Larry McDevitt, who
14 still today is the executive that reports directly
15 to me in that function. So he's the finance person
16 that supports our operations, manufacturing and
17 procurement groups.
18      Q. Thank you. Does Sabih Khan -- did Sabih
19 Khan report to you?
20      A. Sabih Khan, at the time he was responsible
21 for our manufacturing operations. And at the time
22 he reported to Jeff Williams, who was our chief
23 operating officer.
24      Q. Got it. And what about, are you familiar
25 with Priya Balasubramaniam?

Luca Maestri                                    In re Apple Inc. Securities Litigation

Page 21

1  A.  Yes, that's a difficult last name.  We just
2  call her Priya.  And Priya reported at the time -- I
3  think she still does -- she reported to Sabih Khan
4  in the manufacturing organization.
5      Q.  And in 2018, did you report directly to
6  Mr. Cook?
7      A.  Yeah.  I reported to Tim directly since May
8  of 2014 when I became the CFO of the company.
9      Q.  Can you describe in a little more detail
10 the -- Mr. Parekh's department, the -- is that sales
11 finance?
12     A.  Yes.  Yes.  Kevan manages all the financial
13 activities that are related to our product marketing
14 and sales activities.
15         So for example, he's the executive that
16 makes the pricing proposals for our new products.
17 He develops the proposal for new prices, brings them
18 forward to what we call the pricing committee that
19 is composed by myself, Tim Cook, Jeff Williams, and
20 at the time another executive, his name is Phil
21 Schiller, that, you know, decide on pricing.
22         He supports the sales organization when
23 they want to do promotional activities for our
24 products around the world.  He supports them from a
25 cost management standpoint.  And he supports very

Page 22

1  much the forecasting, the sales forecasting process,
2  working closely with other functions, including,
3  obviously, the manufacturing and operations group.
4      Q.  When you say the sales forecasting process,
5  would that mean that -- would that include, for
6  example, estimating demand for a product?
7      A.  Correct.
8      Q.  Okay.  Tell me what your duties are with
9  respect to investor relations.
10     A.  Yeah.  I manage the relationship with --
11 with both the sell side and the buy side.  So with
12 the analysts, the analyst community that follows our
13 stock, there's more than 50 analysts that follow
14 Apple because of our size.
15         And so I am in contact either directly or
16 through the investor relations group with the sell
17 side.
18         And I have contacts on a fairly regular
19 basis with the buy side, so with the investors,
20 normally investors that have a large position in our
21 stock, but also with smaller -- smaller investors.
22         I go, for example, once a year typically to
23 London in December when the NASDAQ has an investor
24 conference that is pretty much tailored to European
25 investors.  So I go there and stay there for two or

Page 23

1  three days and I meet with all the investors.
2         Most of the touch points with the investor
3  groups happen around our earnings call.  We do a
4  call on a quarterly basis.  The sell side asks
5  questions during that call, and then after that call
6  I have individual calls with a number of analysts
7  and with a number of investors just to follow up on
8  that, on the remarks that we make during the call.
9      Q.  Do you keep a list or a calendar of the
10 analysts and investors that you have follow-up calls
11 with after an earnings conference call?
12     A.  We have a list on the day -- obviously,
13 because we need to reach out to them -- we have a
14 list of the analysts and the investors that
15 requested a callback.  And so I'm sure that we have
16 those lists on a regular basis now.
17     Q.  And do you keep a log of all communications
18 with analysts and investors -- and not you
19 personally -- does Apple keep a log of all those
20 communications?
21     A.  No.  If you're asking -- if you're
22 asking -- if we are keeping transcripts of those
23 conversations, no, we don't.
24     Q.  Okay.  But you do believe there's at least
25 a schedule or a list that would apply to the

Page 24

1  specific follow-up calls after the investor
2  conference?
3      A.  I believe so.
4      Q.  And, in fact, you've -- you're present and
5  you present on those quarterly conference calls, for
6  example, during 2018?
7      A.  Since I have become the CFO, and
8  this was past practice as well, the call -- the
9  earnings call is managed this way.
10         There's an introduction by our investor
11 relations director, and then there are prepared
12 remarks by Tim Cook as the CEO of the company and by
13 myself as the CFO of the company.
14         We then take questions that are answered
15 either by Tim or by myself, depending on the nature
16 of the question.
17     Q.  And you develop a script beforehand for
18 your prepared remarks on those calls, correct?
19     A.  Yeah, that is correct.  That's a process
20 that takes, you know, a number of weeks.
21     Q.  And you provide input on that script as it
22 evolves in the lead-up to the call, correct?
23     A.  I do.
24     Q.  Who does the first draft of those remarks?
25 Do you sit down and you write a first draft, or does

Page 21..24

Luca Maestri                                                    In re Apple Inc. Securities Litigation

Page 25

1 somebody provide that and then you provide input
2 over time?
3        MR. KRAMER:  Objection to form.  When?
4 BY MR. PFEFFERBAUM:
5    Q.  Say in calendar 2018.
6    A.  Yeah.  The prepared remarks, the first
7 draft of the prepared remarks are -- is developed by
8 our investor relations group and our public
9 relations group.
10        That first draft is then reviewed by me and
11 Tim in a number of meetings that take place prior to
12 the earnings call.  And we, you know, decide whether
13 to make changes or not and, you know, what kind of
14 issues we think are most relevant and important for
15 our investors.
16    Q.  Do those pre-investor call meetings -- let
17 me revise that question.
18        Is there a regular schedule for those type
19 of meetings with investor relation and PR to discuss
20 the script before each call in 2018?
21    A.  Yeah.  Again, this is a fairly standard
22 process.  It's not that the schedule is set at the
23 beginning of the year, because it really depends on
24 the schedule, you know, my schedule and Tim's
25 schedule.

Page 26

1        So those dates may shift from one quarter
2 to the other.  But we tend to have a number of
3 meetings just for this purpose.  That's very much
4 our standard process.
5    Q.  In 2018, can you give me an estimate of
6 how -- when you say "a number of meetings" --
7    A.  Yeah.
8    Q.  -- can you give me an estimate of how many
9 a number would be, for example, prior to your 1Q '19
10 call?
11    A.  Yes.  Again, depending on our individual
12 schedules, we tend to have between three and five
13 meetings prior to the call.
14    Q.  And who attends those meetings typically
15 during, say, calendar year 2018?
16    A.  Typically, it is Tim Cook, myself, the
17 investor relations director, possibly another
18 investor relations person, and the person, Saori
19 Casey, who runs our forecasting and consolidation
20 group.
21        Normally, she has an analyst with her that
22 belongs to her group.  And then one or two PR
23 people.  There's not really a set, you know, number
24 of participants.
25    Q.  I'm just going to ask you if you can put

Page 27

1 any names to some of the people you've mentioned.
2    A.  Yeah.
3    Q.  So during 2018, who would have the IR
4 director have been?
5    A.  I think the -- probably the -- I don't
6 remember exactly, but I would guess that the people
7 that were participating in those meetings were Josh
8 Rosenstock, who is the senior director in public
9 relations.
10        Kristin Huguet, who is now -- she wasn't at
11 the time, but is now the vice president for public
12 relations.
13        It's possible that at the time, I don't
14 remember when he left, we had a person that used to
15 run the organization.  His name was Steve Dowling.
16 I don't remember if he was still with Apple at that
17 time or not.
18    Q.  Would -- now, those were people in PR; is
19 that correct?
20    A.  Correct.
21    Q.  What about from the IR side, would Nancy
22 Paxton be present?
23    A.  Nancy Paxton -- definitely.  Nancy Paxton
24 was the head of investor relations for Apple for a
25 number of years.  So she would always participate in

Page 28

1 those meetings.
2    Q.  And you said there would often be another
3 IR person with her.  Who would that be in the 2018
4 time period?
5    A.  I don't remember if Joan Hoover was still
6 there.  And if it wasn't Joan Hoover, it would have
7 been Matt Blake.
8    Q.  Okay.  Would a gentleman named -- is it
9 Tejas Gala, would he be part of those?
10    A.  Tejas.
11    Q.  Tejas.  Thank you.
12    A.  Tejas Gala is now our head of investor
13 relations.  I don't believe that in 2018 -- I don't
14 believe he belonged to that group yet.  I may be
15 wrong.
16    Q.  Okay.  You mentioned Saori Casey would
17 often have an analyst with her.  Do you recall --
18    A.  Sometimes.
19    Q.  I'm sorry?
20    A.  Sometimes, yes.
21    Q.  Is there any particular person you can
22 think of in the 2018 time period that that -- that
23 would have accompanied her from -- she was the FP&A
24 group, right?
25    A.  Correct.  I think the people that typically

Luca Maestri                                          In re Apple Inc. Securities Litigation

Page 29

1  would join that meeting would be either Jessie Zhang
2  or Ai Ling Loo, both ladies that were directors in
3  FP&A, one of them responsible more on the financial
4  side, and the other one more on the unit sales side.
5      Q.  Would anyone from -- would Mr. Parekh join
6  those meetings in 2018?
7      A.  Rarely, and for very specific topics only.
8  Not to discuss, you know, guidance ranges or -- but
9  he would be coming in to talk about specific topics,
10  like, for example, how our install base of active
11  devices had changed over a given quarter, but he
12  would come in briefly.
13      Q.  And what about Mr. Conroy?
14      A.  Yeah.  Donal would come in also for very
15  specific topics, but, you know, again, he
16  wouldn't -- neither Kevan nor Donal would be part of
17  the overall process of preparing for the earnings
18  call.  They would come in on a needs basis, let me
19  say.
20      Q.  So you would invite them, those gentlemen
21  in, if you wanted to ask them about a specific
22  issue.
23          Is that fair?
24      A.  Yeah, no, that's exactly the case.
25      Q.  Can you describe to me sort of the process

Page 30

1  of these meetings in the sense of, for example, did
2  you create a redline of the script that you would
3  use collaboratively in the meetings?
4      A.  Yeah.  The -- if you don't mind, I'm going
5  to explain a bit what happens during these meetings
6  so you have the whole context.  Because in these
7  meetings, we not only discuss the script, so the
8  prepared remarks, we also discuss, you know, fairly
9  quickly the press release that is issued before the
10  earnings call.  And we discuss and we prepare, every
11  quarter we prepare a Q&A document.
12          It's a document that typically is about 70,
13  80 pages and that, you know, where we prepare what
14  we expect to be the most obvious or logical
15  questions that we're going to be getting from the
16  analyst community.
17          And so those meetings are used to prepare
18  these three documents:  Press release, the prepared
19  remarks and the Q&A document.
20      Q.  I was just -- my one question is, from
21  those meetings, would there be a -- someone who
22  would hand mark up, you know, write in on a script
23  or somebody at a computer that was creating a
24  redline?
25          I'm just curious if there was a product

Page 31

1  created from those meetings.
2      A.  Yes.  Yes, and --
3          MR. KRAMER:  Let me object to form,
4  Mr. Maestri.  Go ahead.  You can answer.
5          THE WITNESS:  Yes.  Yes, the answer to that
6  is yes.  Typically Nancy Paxton would, you know,
7  make those changes on her computer as we would go
8  through the meeting.
9  BY MR. PFEFFERBAUM:
10      Q.  And then would she send the attendees -- or
11  at least would she send you -- a redline that
12  reflected the changes you made at the meeting?
13      A.  Not for every version, because we would
14  have multiple versions as we go through the process.
15  But at certain points, yes, to me and to others as
16  well.
17      Q.  All right.
18      A.  We had some points -- let me explain also,
19  at some point also we have what we call a disclosure
20  committee meeting.  It's a group of people that
21  actually reviews the product that Nancy Paxton
22  prepares -- both the press release, the prepared
23  remarks and the Q&A -- to make sure that all the
24  information that is included in those documents is
25  correct and verifiable.  The quality control process

Page 32

1  for our documents.
2      Q.  Who was on the disclosure committee in
3  calendar 2018?
4      A.  The vast majority of my direct reports
5  that -- those are the people that I mentioned to you
6  earlier -- and a number of people from the legal
7  organization.
8      Q.  And what sort of work-product did they --
9  what did the disclosure committee return to you?
10      A.  Just comments on these documents that we
11  prepared so that if there are discrepancies between
12  what we say in these documents and our financial
13  statements, we obviously need to fix those
14  discrepancies and make sure that everything we put
15  in the documents is correct, it's verifiable and
16  documented.
17      Q.  Okay.  You said that you report directly to
18  Mr. Cook, correct?
19      A.  Yes.
20      Q.  In the calendar 2018 time period, how much
21  time would you say on a weekly basis would you spend
22  working with Mr. Cook?
23          MR. KRAMER:  Objection to form.
24          You may answer.
25          THE WITNESS:  We have certain meetings that

Luca Maestri                                                    In re Apple Inc. Securities Litigation

Page 33

1  are very -- have a very regular cadence.  So I can
2  tell you, yeah, I spend this -- a good amount of
3  time, and I'll go through those.
4         And then, you know, it could be that there
5  may be weeks where, you know, outside of those
6  regular meetings, I don't meet with Tim because
7  maybe he's traveling, because maybe I'm traveling or
8  because our schedules are very different.
9         And there may be weeks where we spend a lot
10 of time together because we're dealing with the same
11 issues together.
12        But we have a meeting that we have at Apple
13 every Monday morning from 9:00 to 12:00 that
14 includes -- it's called the executive team meeting.
15 It's, you know, depending on the state of the
16 organization, between 10 and 12 people that are the
17 most senior people in the company, all of them
18 report to Tim.
19        And there is a meeting that -- those three
20 hours, we always spend together.  It's a bit of a
21 state-of-the-business meeting.
22        But there are other meetings that are
23 fairly regular in cadence.  For example, we have a
24 sales review meeting typically on Fridays.
25 ///

Page 34

1  BY MR. PFEFFERBAUM:
2      Q.  I'm sorry.  I just didn't hear.  A what
3  review?
4      A.  Sales review.
5      Q.  Oh, thank you.
6      A.  And, you know, at times -- and, you know,
7  we attend that together.  At times it's only Tim.
8  At times it's only me.  But that's kind of the
9  cadence.  But, you know, I see Tim every week for
10 sure, yeah.
11     Q.  Are your offices -- were your offices in
12 2018 near each other?
13     A.  No.  2018, this was September 2018, we
14 moved into Apple Park, I think, beginning
15 January 2018.  So we were here in Apple Park and our
16 offices are separated by a conference room.  So we
17 are really close.
18     Q.  How did you communicate with Mr. Cook?
19 What was your primary form of communication with
20 Mr. Cook?  Was it e-mail?
21     A.  Around what issues?
22     Q.  Well, I'm just asking generally.  What was
23 the most prevalent way in which you communicated
24 with Mr. Cook?
25        Did you speak to him in person?  Did you

Page 35

1  send him texts?  Did you write him e-mails?  And I'm
2  talking about the 2018 time period.
3      A.  Mainly, I think it's mainly conversations,
4  but also, of course, e-mails.  Very rarely through
5  text.
6      Q.  Okay.  Occasionally through text?
7      A.  Very occasionally.
8      Q.  Okay.  About work matters or about personal
9  matters?
10     A.  About work matters.
11     Q.  Okay.  Do you and Mr. Cook spend much time
12 together outside the office as personal friends?
13     A.  No.
14     Q.  I'd like to ask you a bit about your
15 understanding of this litigation.
16        Do you -- can you tell me what your
17 understanding of this case is?
18     A.  My understanding of the case is that your
19 client claims that we misled the investor community
20 at the time of the earnings call because we had
21 information about our business in China that we did
22 not want to disclose to the market.
23        Is that a fair representation?
24     Q.  What I think about the presentation doesn't
25 actually -- it's not -- I'm not being deposed.

Page 36

1        MR. KRAMER:  Mr. Pfefferbaum, you should
2  answer his question.  He's answered so many
3  questions for you.  I think it's only fair.
4  BY MR. PFEFFERBAUM:
5      Q.  It's the most comprehensive presentation
6  I've heard thus far of any deponent.  How about
7  that?
8      A.  Okay.  Good.
9      Q.  Are you familiar with a document called the
10 complaint?  You know, we're lawyers.  We look at
11 these documents all the time.  And so I don't want
12 to use jargon that you're not familiar with.
13        But the complaint typically has like
14 numbered paragraphs and sets out a lot of facts and
15 what plaintiffs said -- what plaintiffs allege.
16        Is that a document that you're familiar
17 with?
18     A.  I'm not familiar with it.
19     Q.  Okay.  Have you read any orders of the
20 Court that were written by Judge Gonzalez Rogers?
21     A.  No.
22     Q.  Okay.  Do you have an opinion of the claims
23 in this case?
24     A.  I do.
25     Q.  And what is your opinion?

Luca Maestri                                                    In re Apple Inc. Securities Litigation

Page 37

1    A. I know that we did not want to mislead our
2 investors in any way possible and that we were very
3 clear in our communication with our investors.
4    **Q. So is that an opinion that you -- well,**
5 **scratch that.**
6        **Do you understand that you are a defendant**
7 **in this case under what is called a 20(a) or a**
8 **control liability claim?**
9    A. In --
10       MR. KRAMER: Objection to form. Maybe you
11 can break that into two questions, Dan.
12 BY MR. PFEFFERBAUM:
13   **Q. Sure. Do you understand that you are a**
14 **defendant in this action under what is sometimes**
15 **referred to as a control liability claim?**
16   A. I understand I'm a defendant. I don't
17 understand what the rest of the sentence that you
18 just said means.
19   **Q. Okay. Before we get to talking about your**
20 **preparation for today's deposition, how much time**
21 **have you spent on this litigation?**
22       MR. KRAMER: Objection to form.
23       THE WITNESS: Is the question how much time
24 I've spent in preparing for this?
25 ///

Page 38

1 BY MR. PFEFFERBAUM:
2    **Q. I apologize. Other -- I'm going to ask you**
3 **about your preparation for today.**
4    A. Okay.
5    **Q. What I was asking you about, though, right**
6 **now is, how much time you've spent engaged with this**
7 **litigation.**
8        **For example, reading documents in the case.**
9 **You mentioned that you hadn't seen the complaint. I**
10 **don't know if there were other things that you did**
11 **related to this litigation prior to getting ready to**
12 **today's deposition.**
13       **So I was just asking --**
14       MR. KRAMER: So you're asking outside the
15 prep?
16 BY MR. PFEFFERBAUM:
17   **Q. I'm sorry. Yes.**
18       **I was asking outside your preparation for**
19 **today, how much time have you spent working on or**
20 **learning about or engaging with this litigation?**
21   A. Almost nothing.
22   **Q. Are you concerned about this litigation?**
23   A. I'm not.
24   **Q. Why are you not concerned about this**
25 **litigation?**

Page 39

1    A. As I told you earlier, we -- I've worked in
2 different companies over the years. There's no
3 company that I worked with that spends more time
4 than Apple to prepare for an earnings call.
5        And our preparation is very, very thorough.
6 We have a very strong quality control process in
7 place. And we pride ourselves, ourselves, in giving
8 investors the most accurate, reliable and
9 transparent information that is out there.
10       I think if you spoke to our investors, they
11 would confirm that.
12       So I feel there's nothing to be worried
13 about.
14   **Q. But you have not read either of the Court's**
15 **decisions on the motion to dismiss in this case,**
16 **have you?**
17   A. No, I don't remember reading that.
18   **Q. Okay. So you're not -- sitting here right**
19 **now, you're not familiar with her order rejecting**
20 **arguments made by you and Mr. Cook and Apple seeking**
21 **to dismiss this case?**
22   A. I'm not --
23       MR. KRAMER: Objection to form.
24       THE WITNESS: I haven't been part of that
25 process.

Page 40

1 BY MR. PFEFFERBAUM:
2    **Q. Let me ask -- I'm going to turn to asking**
3 **you about your preparation for today's deposition.**
4        **How much time did you spend preparing for**
5 **today's deposition?**
6    A. I would say maybe five or six hours.
7    **Q. And was that in a single session or**
8 **multiple sessions?**
9    A. Broken down in two sessions.
10   **Q. And without getting into what specifically**
11 **you discussed, can you just tell me who was present**
12 **for those sessions?**
13   A. Nobody other than lawyers, our internal
14 legal team and our outside counsel for this matter.
15   **Q. That would be Mr. Kramer.**
16   A. That would be Mr. Kramer.
17   **Q. Mr. Askew, was he there?**
18   A. Mr.?
19   **Q. Mr. Askew, Kevin Askew?**
20   A. Not that I'm aware of.
21   **Q. All right. Do you remember any -- do you**
22 **remember specifically who from outside counsel was**
23 **there, what their names were, other than Jim?**
24   A. I think one of Jim's associates is Tristan,
25 but I don't know their last name.

Luca Maestri                                              In re Apple Inc. Securities Litigation

Page 41

1    Q.  Okay.  And how about -- who was present
2 from Apple's in-house counsel?
3    A.  Heather Grenier, Andrew Farthing and Kate
4 Adams.  But Kate was not present for the entire prep
5 work.
6    Q.  All right.  And did you review documents
7 during these preparation sessions?
8    A.  Yes, I reviewed some documents related to
9 the Q4 '18 --
10      MR. KRAMER:  Wait.  Wait.  Mr. Maestri,
11 it's -- just answer the question yes or no at this
12 point.  We don't want you disclosing the identity of
13 documents.
14      We'll let Mr. Pfefferbaum ask a follow-up
15 question.
16      THE WITNESS:  So, yes, I reviewed
17 documents.
18 BY MR. PFEFFERBAUM:
19      Q.  And were they -- were some of the documents
20 you reviewed e-mails?
21      A.  Yes.
22      Q.  Press releases?
23      A.  Press releases, it depends on what you
24 define as a press release.  I've seen a letter to
25 investors by Tim.  If you call that a press release,

Page 42

1 yes.
2    Q.  What about, did you look at conference call
3 transcripts?
4    A.  Yes.
5    Q.  Did you look at any Excel spreadsheets?
6    A.  Yes.
7    Q.  Did you collect any of these documents or
8 were they all provided to you by counsel?
9    A.  Provided to me.
10      Q.  And were they all documents that you had
11 previously seen?
12      A.  No.
13      MR. KRAMER:  Objection to form.
14      Go ahead, Mr. Maestri.
15      THE WITNESS:  No, there were some
16 particular e-mails where I was not on the
17 distribution list at the time and I was never, you
18 know, involved with up until the, you know, the
19 preparation work.
20      There were a number of e-mails that I
21 didn't -- I'd never reviewed before.
22 BY MR. PFEFFERBAUM:
23      Q.  Okay.  Who were the authors of the e-mails
24 that you had never seen prior to your preparation?
25      MR. KRAMER:  Mr. Maestri, I would -- Dan, I

Page 43

1 think you need to lay a foundation for him to
2 identify the documents, that it refreshed his
3 recollection.
4      Until you do that, I'm going to instruct
5 him not to answer as to the identity of any specific
6 documents.
7      MR. PFEFFERBAUM:  All right.
8      MR. KRAMER:  But you can try and lay a
9 foundation if you want, Dan.
10 BY MR. PFEFFERBAUM:
11      Q.  All right.  Did any of the documents that
12 you reviewed help you remember events that you had
13 previously forgotten in that late 2018 time period?
14      A.  Can you repeat the question?  Can you
15 rephrase it?
16      Q.  Did any of the documents refresh your
17 recollection of events that occurred in that late
18 2018, early 2019 time period?
19      A.  Yeah, I mean, we're talking about, you
20 know, more than three years ago.  So, yeah,
21 definitely that helped me refresh my memory.
22      Q.  And what's one of those details that you
23 had forgotten from that time period that you were
24 refreshed by reading a document?
25      A.  There was a document that described the

Page 44

1 situation that we had with the iPhone XR launch that
2 reminded me of some of the issues that we were
3 dealing with at the time.
4      Q.  And do you -- was that a document that you
5 had previously received?  Or was this a document
6 that you were seeing for the first time in your
7 preparation?
8      A.  I didn't remember that document.
9      Q.  Who was the author of that document?
10      A.  The author was Kevan Parekh.
11      Q.  And you said it reminded you of "some of
12 the issues that we were dealing with at the time."
13      What were those issues that it reminded you
14 of?
15      A.  Yeah.  The iPhone XR, that is the product
16 that we launched on October 26 of 2018, was a very
17 unique product for us on many different fronts.
18      We were doing something that is not typical
19 of Apple.  We were launching the new phones that we
20 typically launched all at the same time, typically
21 at the end of September.
22      Because of the, some of the challenges with
23 the engineering cycle, we had to have what we called
24 a staggered launch.  Meaning that we had to break
25 the launch into two parts.

**Page 41..44**

Luca Maestri                                          In re Apple Inc. Securities Litigation

Page 45

1       We had launched what we called the top of
2  the line products during that year.  It was the XS
3  and XS Max at the end of September, but we were not
4  able to launch the XR at the same time.  So we
5  launched it on October 26th.  That was very
6  different from a typical launch that we do at Apple.
7       And this XR product did not have a similar
8  predecessor product.  So it was very difficult for
9  us, especially at the very beginning of that launch,
10 to draw very reliable conclusions about how that
11 launch was going because it was difficult for us to
12 compare it against the predecessor product.
13      There's also a product -- because of the
14 staggered launch, it became clear to us at that
15 point that our customers really wanted to go to the
16 stores and actually see all the new products, you
17 know, next to each other, in order to make a
18 purchasing decision.
19      And so there were all these things that
20 were creating a level of uncertainty that, you know,
21 we were aware of.  And that moment from Kevan was
22 laying out nicely what, you know, what some of the
23 issues were and some of the debates that we were
24 having because -- because we didn't have enough data
25 points at the point in time.

Page 46

1       So it was looking at market research data.
2  It was looking at product reviews of the phone.  All
3  these things in order to try to draw some
4  conclusions for the earnings call.
5       MR. PFEFFERBAUM:  Jim, we'd request the
6  identification of the document that Mr. Maestri just
7  discussed.
8  BY MR. PFEFFERBAUM:
9     Q.  Would you be able to identify that document
10 if it was shown to you today?
11    A.  If it was shown to me, yes.
12    Q.  Do you recall what date that document was
13 written?
14    A.  No.
15    Q.  Are there any other documents that you
16 reviewed in your preparation for today that
17 refreshed your recollection of what was occurring,
18 again, in that late 2018, early 2019 time period?
19    A.  Well, I reviewed the different financial
20 forecasts and how those forecasts evolved over time.
21    Q.  And is it fair, just so that we're talking
22 about the same document, those are the documents
23 that typically have a low, and a likely, and a high?
24    A.  Correct.
25    Q.  All right.  And who -- and what did those

Page 47

1  documents refresh your recollection -- to what facts
2  did -- were refreshed by reviewing those documents?
3     A.  That -- as we were preparing those
4  documents during the month of October, we had a --
5  what we call a revenue guidance range that was very
6  stable throughout the month of October.
7       Because the launch of the first two phones
8  that we had done in September, the XS and XS Max,
9  was going well.  And so we had a certain guidance
10 range, which then was reduced towards the end of
11 October when, you know, we -- you know, we saw that,
12 you know, that initial -- the very initial demand
13 for the iPhone XR was lower than what we had
14 expected.
15    Q.  And who prepared these documents, these
16 forecasts that refreshed your recollection?
17    A.  Saori Casey.
18    Q.  Okay.
19      MR. PFEFFERBAUM:  Jim, we'd request
20 production of the forecast documents that Saori
21 Casey prepared that refreshed Mr. Maestri's
22 recollection.
23      MR. KRAMER:  Mr. Maestri, how are you
24 doing?  We've been going about an hour.  Are you
25 ready for a break?

Page 48

1       THE WITNESS:  Sure.
2       MR. PFEFFERBAUM:  Hold on.  I'm in the
3  middle of this question, and then we can take a
4  break.
5  BY MR. PFEFFERBAUM:
6     Q.  Were there any other documents during
7  your -- that you reviewed during your preparation
8  that refreshed your recollection of events from late
9  2018, early 2019?
10    A.  No, I think those are the main documents.
11    Q.  Okay.  Did you consult with anyone else
12 besides the attorneys that you referenced earlier in
13 preparation for today's deposition?
14    A.  No.
15    Q.  Did you review any documents or e-mails or
16 communications on your own outside of those
17 preparation sessions?
18    A.  No.
19    Q.  Did you have any conversations -- let me
20 scratch that.
21      Are you familiar that some other Apple
22 employees have testified in this case?
23    A.  I've been told.
24    Q.  And have you spoken with any of those
25 employees about their testimony?

Highly Confidential

Luca Maestri                                    In re Apple Inc. Securities Litigation

Page 49

1      A.  No.

2      Q.  Are you familiar with their testimony in
3  any way?

4      A.  No.

5      Q.  Other than it happened?

6      A.  Yeah.  And I don't know -- I don't know --
7  yeah, I don't know if I know of all of them either.

8         MR. PFEFFERBAUM:  All right.  Why don't we
9  take a ten-minute break.

10        THE WITNESS:  Okay.

11        APTUS VIDEO TECHNICIAN:  All right.  The
12  time is 10:02.  We're going off the record.

13      (Recess taken)

14        APTUS VIDEO TECHNICIAN:  The time is 10:13.
15  We're back on the record.

16  BY MR. PFEFFERBAUM:

17      Q.  Welcome back, Mr. Maestri.

18         Can you tell me what electronic devices you
19  used for conducting your work at Apple during late
20  2018 and early 2019?

21      A.  I would like to guess this one because I do
22  not remember exactly.  But certainly I've always had
23  an iPhone, an iPad and a Mac, but I do not remember
24  which versions in 2018.

25      Q.  Okay.  Was the Mac a laptop or a desktop?

Page 50

1      A.  A laptop.

2      Q.  And do you just have the one -- do you have
3  a work laptop and a personal laptop?

4      A.  No, it's the same.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7      A.  Correct.

8      Q.  Do you ever use any other e-mail addresses
9  for work functions?

10      A.  No.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13      A.  It may be possible by mistake, but I -- you
14  know, if it has happened, I'm not aware of it.  But
15  if it's happened, it was a mistake.  Sometimes --

16      Q.  You're not -- I'm sorry.  I didn't let you
17  finish.

18      A.  Yeah.

19      Q.  You're not in the habit of communicating
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

21      A.  No.

22      Q.  Okay.  Did you use text message or iMessage
23  to communicate with any of your colleagues?

24      A.  I use iMessage, but infrequently.  And
25  normally it's short communications.

Page 51

1      Q.  Are there particular individuals that you
2  can think of that you're more likely in the 2018
3  time period to use iMessage with than other
4  individuals?

5      A.  No.

6      Q.  Okay.  Do you put substantive work
7  communication in iMessages?

8      A.  No.

9      Q.  What -- can you give me an example of the
10  type of work-related iMessage you'd send to a
11  colleague?

12      A.  "Can you please call me."  "Good job."

13         IMessage is not a means of communication
14  that allows you to share data very well, right?  So
15  if you think about a spreadsheet, you think about a
16  presentation, that doesn't work in iMessage.

17      Q.  So it would be -- would it be fair to
18  characterize it as like a quick reaction type
19  communication?

20      A.  Yes.

21      Q.  Are there any -- let me rephrase that.

22         Do you leave voicemails for your
23  colleagues?

24      A.  No.  Incredibly rarely.  I would say no.
25  No.

Page 52

1      Q.  Okay.  Do you receive voice messages at
2  work?

3      A.  Not on my landline that I'm aware of.  And
4  I receive voicemails, but primarily it's for -- it's
5  from outside of work, not for work.  We use e-mail
6  primarily.

7      Q.  Do you ever get calls from, say,
8  reporters -- I'm sorry, do you ever get voice
9  messages from media requests?

10      A.  No.

11         MR. KRAMER:  Objection to form.

12  BY MR. PFEFFERBAUM:

13      Q.  Do you ever get voicemails from investors?

14      A.  No.

15      Q.  Okay.  Are you familiar with the term
16  "litigation hold"?

17      A.  Yes.

18      Q.  Okay.  And did you receive a litigation
19  hold in connection to this case?

20      A.  I don't remember.

21      Q.  What steps have you taken to preserve
22  documents in this case?

23      A.  Whatever my legal department told me to do.

24      Q.  All right.  Can you describe any of the
25  steps that you have taken to preserve documents?

**Page 49..52**

Highly Confidential

Page 53

1        MR. KRAMER:  Other than what he's just
2  described?  I'm not going to let him testify as to
3  privileged communications.
4        And Mr. Maestri, I would instruct you not
5  to disclose the substance of any communications
6  you've had with counsel on this topic.
7        MR. PFEFFERBAUM:  I'm asking him what
8  actions he took to preserve any documents or
9  communications in relation to this litigation.
10       MR. KRAMER:  Yeah.  Objection to form.  My
11  objection stands on the instruction not to answer as
12  to specific communications he's had with counsel.
13       THE WITNESS:  I don't remember.
14  BY MR. PFEFFERBAUM:
15    **Q.  Well, okay.  Did you preserve any e-mails**
16  **related to this litigation as a result of the**
17  **litigation hold?**
18       MR. KRAMER:  And Mr. Maestri, I'll instruct
19  you not to disclose the substance of any
20  communications you've had with counsel.  You're free
21  to describe things you may have done that don't
22  involve communications with counsel, but I want you
23  to try to draw that line if you can.
24       Does that make sense?
25       THE WITNESS:  Yeah, but I don't remember.

Page 54

1        MR. KRAMER:  Okay.  Then there you go.
2  BY MR. PFEFFERBAUM:
3    **Q.  Do you take handwritten notes -- let me**
4  **rephrase the question.**
5    **Do you keep handwritten notes in your**
6  **ordinary duties as CFO?**
7        A.  In relation to meetings or -- no.
8    **Q.  How do you take notes in a meeting?**
9        MR. KRAMER:  Objection to form.  Go ahead.
10       THE WITNESS:  Typically I don't take notes.
11  BY MR. PFEFFERBAUM:
12    **Q.  Okay.  Do you maintain any sort of logbook**
13  **or journal at work where you would write things down**
14  **by hand?**
15       A.  No.
16    **Q.  Do you maintain some sort of logbook on**
17  **your computer to remember things?**
18       A.  Related to work?  Is the question related
19  to work?
20    **Q.  Yes.**
21       A.  No.
22    **Q.  Are you in the habit of taking notes of any**
23  **form in connection with your job?**
24       A.  No.
25    **Q.  Are you familiar with a set of document**

Page 55

1  **requests that plaintiff has issued in this case?**
2        A.  No.
3    **Q.  Okay.  I'll just -- and just because it's a**
4  **term of art, the document request would be a list of**
5  **certain types of documents that plaintiffs are**
6  **seeking in this case.**
7        **For example, one might be about SEC filings**
8  **and their drafts.**
9        **Have you seen or are you familiar with any**
10  **such list?**
11       A.  I do not remember any of that.
12    **Q.  Okay.  Have you spent any time looking for**
13  **documents that plaintiff may be seeking in this**
14  **case?**
15       A.  No.
16    **Q.  Have you identified any documents that have**
17  **been produced to the plaintiffs in this case?**
18       MR. KRAMER:  Objection to form.
19       THE WITNESS:  Can you please rephrase the
20  question, because I'm not sure I understand it.
21  BY MR. PFEFFERBAUM:
22    **Q.  Other than the documents that your counsel**
23  **presented to you yesterday, are you familiar with**
24  **any other documents that have been produced to**
25  **plaintiffs in this case?**

Page 56

1        A.  No.
2        MR. KRAMER:  Objection to form.
3        Mr. Maestri, I'd ask you to pause before
4  you answer to give me a chance to object.
5        THE WITNESS:  I will.
6        MR. KRAMER:  Thank you.
7        Go ahead, Mr. Pfefferbaum.
8  BY MR. PFEFFERBAUM:
9    **Q.  You have no familiarity with the**
10  **documents -- other than what you saw in preparation**
11  **for today, you don't have any familiarity with the**
12  **documents that have been produced by Apple on your**
13  **behalf in this case, correct?**
14       MR. KRAMER:  Objection to form.
15       THE WITNESS:  No.
16  BY MR. PFEFFERBAUM:
17    **Q.  Okay.  Did you search your office, your**
18  **physical office, for any documents that may be**
19  **relevant to this case?**
20       A.  No.
21    **Q.  Do you have hard copy documents in your**
22  **office?**
23       A.  Very few.  I keep maybe a few files related
24  to the most recent quarter, and then those files get
25  moved to an archive that is off-site.

Luca Maestri                    Highly Confidential                    In re Apple Inc. Securities Litigation

Page 57

1     Q.  And is there a file related to calendar --
2  to calendar year -- are there files related to
3  calendar year 2018?
4     A.  Are you asking about my office or are you
5  asking about the archive?
6     Q.  Well, either.
7       MR. KRAMER:  Objection to form.
8       THE WITNESS:  In my office there is nothing
9  at this point related to 2018.  And I don't know
10  what happens to the files once they are removed from
11  my office.
12  BY MR. PFEFFERBAUM:
13     Q.  Who would you contact if you wanted to
14  obtain your files that pertained to 2018?
15     A.  If I have a question related to the past, I
16  don't go back to the files that I used to have, but
17  I ask one of my direct reports if they have that
18  information.
19     Q.  Do you know where those archives are kept
20  of hard copy documents?
21     A.  No.
22     Q.  Do you keep digital copies of the same
23  documents on your laptop?
24       MR. KRAMER:  Objection to form.
25       THE WITNESS:  There are some documents that

Page 58

1  I -- that are in the physical binders, for which I
2  do not have at any point in time an electronic copy.
3  There are others that are stored on my computer.
4  BY MR. PFEFFERBAUM:
5     Q.  Do you know if the documents that you
6  archived from 2018 were searched and/or produced in
7  this case?
8     A.  I do not know personally.
9       MR. PFEFFERBAUM:  Jim, obviously to the
10  extent those documents weren't reviewed, we would
11  request that they be searched and produced.
12       All right.  I'm going to introduce the
13  first document, the first exhibit today,
14  Mr. Maestri.
15       It's going to pop up in the chat here.  And
16  I'm going to ask that this be marked Maestri
17  Exhibit 1.
18       (Whereupon, Exhibit 1 was marked for
19       identification.)
20       THE WITNESS:  Do you mind if I print it
21  out?
22  BY MR. PFEFFERBAUM:
23     Q.  No.  Go ahead.  You can print it out.
24       And actually, while it's printing, I want
25  to come back and ask you, I'm sorry, a couple other

Page 59

1  questions here about your efforts to preserve or
2  search for documents.
3     Q.  Do you have documents or did you use your
4  iPad for work-related functions in 2018?
5     A.  I use primarily my Mac and my iPhone for
6  work-related issues.
7     Q.  On your -- did you search your Mac for
8  documents related to this case from 2018?
9     A.  When?
10     Q.  At -- well, at any point in time in
11  connection with this litigation, did you search your
12  Mac for documents?
13     A.  I haven't.
14     Q.  Did you -- same question as to your iPhone.
15  At any point in time did you search in connection
16  with this litigation your iPhone for documents to
17  produce to the plaintiffs?
18     A.  No.
19     Q.  Same for the iPad?
20     A.  Yes.
21     Q.  But you did search the iPad?
22     A.  No.  I didn't.
23     Q.  Okay.
24       MR. KRAMER:  I'm sorry.  Dan, you said same
25  for the iPad, and "yes" meant "no."

Page 60

1       MR. PFEFFERBAUM:  Oh.
2       MR. KRAMER:  Ask a good question, my
3  friend.
4  BY MR. PFEFFERBAUM:
5     Q.  And did -- do you know if anyone searched
6  those devices on your behalf to produce documents to
7  plaintiff?
8     A.  I do not know.
9     Q.  Did you do anything to preserve your -- the
10  documents on your Mac after receiving the litigation
11  hold?
12       MR. KRAMER:  Objection to form.
13       THE WITNESS:  I did not remove or destroy
14  anything.
15  BY MR. PFEFFERBAUM:
16     Q.  So in other words, you believe that to the
17  extent there were documents related to this
18  litigation from 2018, they would still be there?
19     A.  Yes.
20     Q.  And the same for your phone?
21     A.  Yes.
22     Q.  And the same for your iPad?
23     A.  Yes.
24     Q.  What about with respect to e-mail, did
25  you -- do you ever delete e-mail?

Luca Maestri                                                                              In re Apple Inc. Securities Litigation

Page 61

1    A.  Yes, I do delete e-mails.
2    Q.  Are -- do you -- well, let me ask it
3  differently.
4        Do you delete work-related e-mails?
5    A.  Yes, I do.
6    Q.  And did you stop deleting e-mails after you
7  received the litigation hold?
8        MR. KRAMER:  Objection to form.
9        THE WITNESS:  I'm sure that -- I do not --
10  let me rephrase it.
11       I did not delete anything that was part of
12  the litigation hold.
13  BY MR. PFEFFERBAUM:
14   Q.  How do you -- how did you determine whether
15  or not a document -- an e-mail was part of the
16  litigation hold?
17   A.  I guess I followed instructions by my
18  counsel.
19   Q.  I believe earlier I asked you if you
20  recalled receiving a litigation hold for this case,
21  and you said you didn't remember; is that correct?
22   A.  Yes, that's correct.
23   Q.  So how is it that you know then that you
24  followed the litigation hold and didn't delete
25  e-mail related to this case?

Page 62

1    A.  If I received a litigation hold, I'm
2  certain that I didn't -- I followed those
3  instructions.
4    Q.  But you're not sure if you received a
5  litigation hold for this case?
6        MR. KRAMER:  Objection to form.
7        THE WITNESS:  I do not remember.
8  BY MR. PFEFFERBAUM:
9    Q.  All right.  Let's move to the document that
10  was marked Maestri 1.
11   A.  Is this the one that is showing up on the
12  chat?
13   Q.  It is.
14   A.  Yeah, let me pick it up.
15   Q.  For the record, Maestri 1 is Defendant Luca
16  Maestri's Objections and Responses to Lead
17  Plaintiff's First Set of Interrogatories.
18       Mr. Maestri, I'd ask that you take a look
19  at this document.  And my first question after
20  you've taken a look at it is if you recognize this
21  document.
22       And then I'm going to ask you some
23  questions about some specific passages in it that I
24  will direct you to.
25       MR. KRAMER:  Yeah, and Dan, just for the

Page 63

1  record, this doesn't -- this isn't the most recent
2  set as it pertained to supplemental responses.  I
3  just want to make that clear.
4        You've got a set of these that has
5  supplemental responses.  And that's -- I don't see
6  that in here.  So it's not the most recent set.  I
7  just want to make that clear for the record.
8        You obviously can ask him about it, but
9  there's a more recent set that --
10       MR. PFEFFERBAUM:  What was the date of your
11  most recent set, Jim?
12       MR. KRAMER:  I will try to get it on the
13  break.  But we did provide supplemental responses to
14  this, and if you want to move -- it's up to you.
15  You can still ask him, or we can give you the date
16  and I can pull it up on the break.  I can have
17  someone find it for us.
18       MR. PFEFFERBAUM:  Are you confident that
19  you served supplemental responses to the first set
20  of interrogatories, Jim?  Not the first set of RFAs?
21       MR. KRAMER:  I believe that's the case.  I
22  will confirm it.  But I believe that's the case.
23  And if you want, I can try to confirm it and let you
24  know on the next break.
25       MR. PFEFFERBAUM:  I'm going to proceed with

Page 64

1  my questioning.
2        MR. KRAMER:  Yeah, go ahead.
3        MR. PFEFFERBAUM:  You can -- yeah, if you
4  can direct me to a supplemental set, that's --
5  please, do so.
6        MR. KRAMER:  Okay.  Sounds good.
7        MR. PFEFFERBAUM:  Jim, why don't we go off
8  the record for a moment.  I don't want to waste
9  Mr. Maestri's time and/or my own if in fact --
10       MR. KRAMER:  Yeah, I actually think -- hold
11  on.  I have a note.
12       No, you're right.  We supplemented the --
13  apparently we supplemented the RFAs, not the
14  interrogatories.  So you were correct.  I was
15  mistaken.  My apologies.
16  BY MR. PFEFFERBAUM:
17   Q.  All right.  Whenever you're ready,
18  Mr. Maestri.
19   A.  I'm almost there.
20   Q.  Okay.  All right.
21       Are you ready, Mr. Maestri?
22   A.  Yes.
23   Q.  Yeah.  And you're familiar with what has
24  been marked Maestri Exhibit 1, correct?
25   A.  The document that I have in front of me?

**Page 61..64**

Luca Maestri                                      In re Apple Inc. Securities Litigation

Page 65

1    Q.  Yes.
2    A.  Yeah, I've read it.
3    Q.  And you've read it before today, correct?
4    A.  I did.
5    Q.  And you signed a verification as to
6  these -- as to your responses to these
7  interrogatories, correct?
8    A.  Yeah, that's on page 12.
9    Q.  I'd like you to turn to page 7 of the -- of
10 Exhibit 1.
11        Do you see Interrogatory No. 6?
12   A.  Yes.
13   Q.  It says, "Identify all 'reasonable
14 investigation, due diligence and/or consultation
15 with expert(s)' that Defendants contend provided
16 them with 'reasonable grounds to believe' that the
17 alleged false and misleading statements 'contained
18 all material facts necessary to make those
19 statements not misleading,' as set forth in the
20 Fifth Affirmative Defense in Defendants' Answer to
21 the Complaint."
22        Do you see that?
23   A.  Yeah.
24   Q.  And are you familiar with what defendants'
25 fifth affirmative defense in the answer to the

Page 66

1  complaint is?
2    A.  No.
3    Q.  Did you review that, the defendants' answer
4  in responding to these interrogatories?
5    A.  Sorry, say that again.
6    Q.  So you did not review defendants' answer in
7  responding to these interrogatories?
8    A.  What is defendants' answer?
9    Q.  It's a document responding to the
10 allegations in the complaint.
11   A.  I do not remember.
12       MR. KRAMER:  Mr. Maestri, I'll just caution
13 you not to disclose the substance of any
14 communications you may have had with counsel in
15 preparing your responses to this document.  Outside
16 discussions with counsel, you can testify.
17       THE WITNESS:  Okay.
18 BY MR. PFEFFERBAUM:
19   Q.  Do you see -- well, so Mr. Maestri, is it
20 fair then to say that you are not familiar with what
21 defendants' fifth affirmative defense in this case
22 is?
23       MR. KRAMER:  Objection to form.
24       THE WITNESS:  I do not remember what this
25 is.

Page 67

1  BY MR. PFEFFERBAUM:
2    Q.  All right.  Do you see line 11 as part of
3  your responses and objections, it says, "Discovery
4  is ongoing, and Mr. Maestri has not completed his
5  investigation of the facts related to this case."
6        Do you see that?
7    A.  Yes.
8    Q.  And you agree that this -- well, this
9  document is dated around June 28th, 2021.
10        What investigation had you undertaken of
11 the facts related to this case prior to June 28th,
12 2021?
13        MR. KRAMER:  And Mr. Maestri, again, would
14 caution you not to disclose the substance of any
15 communications you may have had with your lawyers as
16 part of preparing the response.  Outside of your
17 lawyers, you're free to testify.
18        THE WITNESS:  Outside of my communications
19 with my lawyers, I didn't do any additional
20 investigation.
21 BY MR. PFEFFERBAUM:
22   Q.  All right.  And what about -- you've
23 indicated here in your response that you had not
24 completed your investigation.
25        What investigation have you undertaken

Page 68

1  since you signed these responses?
2        MR. KRAMER:  And same instruction,
3  Mr. Maestri.  Outside of that, you may answer.
4        THE WITNESS:  Outside of my communication
5  with my counsel, I haven't carried out any
6  additional investigation.
7  BY MR. PFEFFERBAUM:
8    Q.  So line 12 it says that, "Mr. Maestri will
9  supplement his response to this Interrogatory at the
10 appropriate time in accordance with Federal Rule of
11 Civil Procedure 26(e)."
12        Do you see that?
13   A.  Yeah.
14   Q.  When do you intend to supplement your
15 response?
16        MR. KRAMER:  Same instruction, Mr. Maestri.
17        THE WITNESS:  I will follow my counsel's
18 advice.
19 BY MR. PFEFFERBAUM:
20   Q.  Okay.  Do you -- have you personally
21 undertaken any steps to further your investigation
22 of the facts since you signed this interrogatory in
23 June 2021?
24        MR. KRAMER:  Again, Mr. Maestri, same
25 instruction.  Don't disclose any communications

Luca Maestri                                    In re Apple Inc. Securities Litigation

Page 69

1  you've had with your lawyers, whether they be
2  outside counsel or in-house counsel at Apple.  Other
3  than that, you may answer.
4       THE WITNESS:  Nothing outside of my
5  communication with internal and outside counsel.
6  BY MR. PFEFFERBAUM:
7       Q.  Okay.  Moving down to line 20, do you see
8  it says, "Subject to and without waiving the
9  foregoing objections, Mr. Maestri responds to this
10 Interrogatory as follows:"
11      Do you see that?
12      A.  Yes.
13      Q.  And can you read into the record your
14 response there after "as follows"?
15      A.  "Based on the information available to them
16 at the time, including information regarding Apple's
17 historical performance in Greater China for the
18 fourth quarter of Apple's 2018 fiscal year,
19 Defendants had reasonable grounds to believe that
20 the statement alleged by Plaintiff to be false was
21 true and contained all material facts necessary to
22 make that statements not misleading."
23      Q.  What information was available to you --
24 what information are you referring to in line 22
25 when it says, "Based on the information available

Page 70

1  then -- to them at the time," what information are
2  you referring to besides the reference to Apple's
3  historical performance in Greater China?
4       A.  It's in addition to the fourth quarter
5  information.  It was the information that we had
6  about our sales in China during the month of October
7  and our financial projections for the December
8  quarter.
9       Q.  And what -- can you be more specific about
10 what information did you have about your sales in
11 China during the month of October that made you
12 believe your statement was true?
13      MR. KRAMER:  Objection to form.
14      And again, would caution Mr. Maestri not to
15 disclose contents of any privileged discussions.
16      THE WITNESS:  We know that our sales in
17 China during the month of October were actually
18 growing on a year over year basis.
19 BY MR. PFEFFERBAUM:
20      Q.  And what document would support that?
21      MR. KRAMER:  Objection to form.
22      THE WITNESS:  We have a number of internal
23 reports that I'm sure can be made available that
24 show our results in the different geographies where
25 we sell our products.  And those are reports that

Page 71

1  are produced on a daily basis.
2  BY MR. PFEFFERBAUM:
3       Q.  What are those reports called -- do those
4  reports have a name?
5       A.  I'm sure they do.  I'm sure they have a
6  name.  They are essentially sales reports, but I
7  don't know their specific name.
8       Q.  Who prepares those reports?
9       A.  There's a number of groups at Apple that
10 prepare these reports.  One of them is the sales
11 organization and the other group that prepares these
12 reports is a group called SDM, supply demand
13 management organization.
14      Q.  Can you describe to me what you believe the
15 statement alleged by plaintiffs -- what you
16 understand the statement that plaintiffs allege is
17 false to be?
18      A.  That we knew, Apple knew at the time of our
19 earnings call that our performance in China was bad
20 and that that level of bad performance was not
21 reflected in our guidance to the market.
22      Q.  Are you aware that -- you're not aware of
23 any of the -- I'm sorry.  Let me rephrase.
24      You haven't read either the Court's orders
25 on the motions to dismiss, correct?

Page 72

1       MR. KRAMER:  Objection to form.
2       THE WITNESS:  I don't believe so.
3  BY MR. PFEFFERBAUM:
4       Q.  And you haven't read the Court's recent
5  opinion on class certification, have you?
6       A.  I don't believe so.
7       Q.  And so, do you have any understanding that
8  the Court may have -- has interpreted the alleged
9  false statement differently than you have just
10 stated to me?
11      A.  It is -- it is possible.
12      MR. KRAMER:  He's asking -- Mr. Maestri,
13 he's asking you if you have knowledge, so can you
14 answer the question one way or the other.
15      THE WITNESS:  Sorry, say that again.
16      MR. KRAMER:  He's asking whether you know
17 one way or the other.
18      THE WITNESS:  I don't know.
19      MR. KRAMER:  Okay.
20 BY MR. PFEFFERBAUM:
21      Q.  You referenced that -- I asked you what
22 information besides the historical performance in
23 Greater China that was referenced in this response.
24 And you -- I believe you referenced your
25 performance -- I'm sorry, I'm trying to get it here.

Luca Maestri                                                    In re Apple Inc. Securities Litigation

Page 73

1  You said the your forecasts supported your position;
2  is that correct?
3      MR. KRAMER:  Objection to form.
4      THE WITNESS:  Yes.  We -- what we presented
5  as our revenue guidance range on November 1 when we
6  had our earnings call was a range that at that point
7  in time we believed we would fall within during the
8  quarter.
9  BY MR. PFEFFERBAUM:
10     Q.  And so what analysis did you do in reaching
11  the conclusion that is stated here in your response
12  to Interrogatory No. 6?
13     MR. KRAMER:  Mr. Maestri, same instruction
14  regarding disclosure of information you may have
15  discussed with your lawyers.  Subject to that, you
16  may answer.
17     THE WITNESS:  I'm sorry, Jim, I'm not sure
18  what you're saying there.
19     MR. KRAMER:  Yeah.  So you are entitled
20  to -- Mr. Pfefferbaum is entitled to have you answer
21  his question, but I don't want you to disclose any
22  discussions you had with your lawyers in drafting
23  your responses to this discovery.
24     But anything outside of those discussions,
25  you can disclose.

Page 74

1      THE WITNESS:  Then there's nothing that I
2  can add to that because everything has been
3  discussed with counsel.
4  BY MR. PFEFFERBAUM:
5      Q.  Did you review specific documents, for
6  example, forecasts, prior to verifying this
7  response?
8      MR. KRAMER:  And again, Mr. Maestri,
9  outside of the scope of things you talked about with
10  your lawyers, you may answer.
11     THE WITNESS:  There's nothing outside the
12  scope of what we had discussed with my lawyers.
13  BY MR. PFEFFERBAUM:
14     Q.  Is there any reason that you didn't include
15  the additional information -- the additional
16  information -- I withdraw that question.
17     What particular historical performance are
18  you referring to in line 23 of your response?
19     A.  In -- during the fourth quarter of our
20  fiscal year 2018, so the period goes from July to
21  September 2018, our revenue grew in Greater China by
22  16 percent.
23     Q.  It's true that you weren't anticipating
24  16 percent revenue growth in 1Q '19 in China,
25  correct?

Page 75

1      MR. KRAMER:  Objection to form.
2      THE WITNESS:  When we -- when we provide,
3  and this has been consistent over the years, when we
4  provide revenue guidance for the upcoming quarter,
5  we never provide guidance or information related to
6  a specific geography.  We only talk about a revenue
7  range for the entire company.
8  BY MR. PFEFFERBAUM:
9      Q.  I'm going to ask my question again, because
10  it's true that as of November 1, 2018, you were not
11  projecting 16 percent revenue growth for 1Q '19,
12  correct, in China?
13     MR. KRAMER:  Objection to form.
14     THE WITNESS:  I do not remember.
15  BY MR. PFEFFERBAUM:
16     Q.  Do you remember that you were actually
17  projecting a revenue decline in Greater China in 1Q
18  '19 as of November 1, 2018?
19     MR. KRAMER:  Objection to form.
20     THE WITNESS:  I do not remember.
21  BY MR. PFEFFERBAUM:
22     Q.  Did you review any documents in responding
23  to this interrogatory request that showed that
24  you -- that Apple was expecting a revenue decline in
25  Greater China in 1Q '19?

Page 76

1      MR. KRAMER:  Same instruction, Mr. Maestri.
2  You may answer as to anything you did outside of
3  discussions with your lawyers.
4      THE WITNESS:  Nothing outside of what I
5  discussed with counsel.
6  BY MR. PFEFFERBAUM:
7      Q.  Had you seen a document that showed that
8  Apple was projecting a revenue decline in 1Q '19 in
9  Greater China, would you have provided a different
10  response to Interrogatory No. 6?
11     MR. KRAMER:  Objection to form.
12     THE WITNESS:  The response that was
13  provided in Interrogatory No. 6 states that the
14  information relates to fourth quarter of 2018.
15  BY MR. PFEFFERBAUM:
16     Q.  Do you understand that the statement
17  alleged to be false is alleged to address the
18  company's current performance as of November 1,
19  2018, in China?  Do you understand that?
20     MR. KRAMER:  Objection to form.
21     THE WITNESS:  My understanding is that
22  we -- let me see how can I say this.
23     My understanding is that we -- we are -- we
24  allegedly misrepresented our situation in China when
25  we -- when we had our earnings call on November 1.

Luca Maestri                                                    In re Apple Inc. Securities Litigation

Page 77

1 BY MR. PFEFFERBAUM:

2    Q.  And do you understand that the alleged
3 misrepresentation pertains to how the company was
4 performing as of November 1st in China, not how the
5 company had performed historically in China?

6        MR. KRAMER:  Objection to form.

7        THE WITNESS:  That the alleged
8 misrepresentation is related to how we were
9 performing in China in -- during the December
10 quarter?

11 BY MR. PFEFFERBAUM:

12    Q.  Correct.

13    A.  I understand that that's the alleged
14 misrepresentation.

15    Q.  Did you understand that that was
16 the alleged -- well, with that understanding, is
17 there anything that you would change in your
18 response to Interrogatory No. 6?

19        MR. KRAMER:  Objection to form.

20        THE WITNESS:  No.

21 BY MR. PFEFFERBAUM:

22    Q.  Turning to Interrogatory No. 7.  Do you see
23 the interrogatory asks, "Identify all 'other events
24 or disclosures unrelated to Defendants' alleged
25 material misrepresentations or omissions' that you

Page 78

1 contend 'are responsible for any decline in Apple's
2 share value alleged to form the basis of Plaintiff's
3 claims,' as set forth in the Twelfth Affirmative
4 Defense in Defendants' Answer to the Complaint."

5        Do you see that?

6    A.  Yeah.

7    Q.  And earlier you testified that you're not
8 familiar with the affirmative defenses that
9 defendants have asserted in this case, correct?

10        MR. KRAMER:  Objection to form.

11        Mr. Pfefferbaum, can I have a running
12 objection to this line of questioning?  I do think
13 it calls for a legal opinion.

14        So I would -- I'm happy to object to form
15 to every question, but if you give me a running
16 objection, I won't do that.

17        MR. PFEFFERBAUM:  Well, I -- Jim, I simply
18 asked Mr. Maestri to confirm that he wasn't familiar
19 with Defendants' affirmative defenses.

20        MR. KRAMER:  Okay.  Then I'll just object.
21 Objection to form.

22        THE WITNESS:  I'm sorry.  What is the
23 question here again?

24 BY MR. PFEFFERBAUM:

25    Q.  Are you familiar with what's referred to as

Page 79

1 the twelfth affirmative defense in defendants'
2 answer to the complaint?

3        MR. KRAMER:  Objection to form.

4        THE WITNESS:  Not specifically.

5 BY MR. PFEFFERBAUM:

6    Q.  In line 7 of your response there to
7 Interrogatory No. 7, line 7 on the page, you see it
8 says, "Discovery is ongoing, and Mr. Maestri has not
9 completed his investigation of the facts related to
10 this case."

11        Do you see that?

12    A.  Yes.

13    Q.  Have you undertaken any further
14 investigation in connection with your response to
15 Interrogatory No. 7 since you signed these
16 interrogatory responses?

17        MR. KRAMER:  Mr. Maestri, again, I'll
18 caution you not to disclose anything that happened
19 outside -- that happened during discussions with
20 lawyers.  You can disclose anything that happened
21 outside those discussions.

22        THE WITNESS:  Nothing outside of my
23 discussions with counsel.

24 BY MR. PFEFFERBAUM:

25    Q.  Okay.  And you see in lines 9 through 11

Page 80

1 you indicate that at the appropriate time you'll
2 supplement your response.

3        Do you see that?

4    A.  Yes.

5    Q.  Do you have a date by which you intend to
6 supplement these responses?

7        MR. KRAMER:  And Mr. Maestri, I'll instruct
8 you not to disclose any discussions you had with
9 counsel, otherwise you may answer.

10        THE WITNESS:  Nothing outside of my
11 discussions with counsel.

12        MR. KRAMER:  So Dan, I mean, it's your
13 deposition, but do you really want to be asking the
14 CFO of Apple about this stuff?  I mean --

15        MR. PFEFFERBAUM:  Jim, please just let me
16 ask my questions.

17 BY MR. PFEFFERBAUM:

18    Q.  Mr. Maestri, turning to your response in
19 line 20 of the interrogatories, do you see that it
20 says, "Other events or disclosures unrelated to
21 Defendants' alleged misleading statement (which
22 related to Apple's historical performance in Greater
23 China in the fourth quarter of Apple's fiscal year
24 2018) that may be responsible for any decline in
25 Apple's share value alleged to form the basis of

Luca Maestri                                                In re Apple Inc. Securities Litigation

Page 81

1 Plaintiff's claims include," and you see there's a
2 list there?
3     A. Yes.
4     Q. Are you -- are you aware that the Court has
5 rejected the contention that the alleged misleading
6 statement was a statement about historical
7 performance?
8         MR. KRAMER: So now you're lying to the
9 witness. Objection to form.
10        MR. PFEFFERBAUM: Jim, Jim. No.
11        MR. KRAMER: Dan, you can't lie. You
12 can't -- it's a motion to dismiss. You're lying to
13 him. You're lying to him.
14        MR. PFEFFERBAUM: Jim. Jim. Jim. Okay.
15 We're -- Jim, Jim, stop.
16        You don't -- you can object to the form.
17 You can instruct your -- the witness not to answer
18 on the basis of privilege. But you can't testify.
19        MR. KRAMER: You're an officer of the
20 court. You cannot misrepresent where we are in this
21 case.
22        Objection to form. Go ahead. Go ahead.
23        MR. PFEFFERBAUM: Jim, if what you wrote in
24 here was accurate -- if what you wrote in here was
25 accurate, we wouldn't be here, Jim.

Page 82

1         MR. KRAMER: Objection to form. Go ahead.
2         Could we have -- Angela, could you read the
3 last question back, please.
4         MR. PFEFFERBAUM: I'll rephrase. Angela,
5 I'll rephrase the question.
6 BY MR. PFEFFERBAUM:
7     Q. Mr. Maestri, are you aware that the Court
8 has interpreted the alleged false statement -- I'm
9 sorry. Let me rephrase the question.
10        Are you aware that the Court has rejected
11 defendants' argument that the alleged misleading
12 statement is solely a historical statement?
13        MR. KRAMER: Objection to form.
14 Mr. Maestri, you may not disclose anything you
15 discussed with your lawyers. You can disclose
16 anything you know outside of those discussions.
17        THE WITNESS: Nothing outside of my
18 discussions with lawyers.
19 BY MR. PFEFFERBAUM:
20     Q. All right. You understand here that you've
21 provided a list of information or events which you
22 contend are responsible for the decline of Apple's
23 share value here in lines 23 to 28. Are you
24 familiar with that?
25     A. Yes.

Page 83

1     Q. Okay. So first, Apple's January 2nd, 2019,
2 disclosures regarding Apple's performance in Greater
3 China.
4         Specifically, what performance in Greater
5 China are you referring to was responsible for the
6 decline in Apple's share price that was unrelated to
7 the misleading statements alleged?
8         MR. KRAMER: Objection to form.
9         And same instruction, Mr. Maestri, don't
10 disclose anything you discussed with your lawyers.
11        THE WITNESS: I have nothing to add beyond
12 what I discussed with counsel.
13 BY MR. PFEFFERBAUM:
14     Q. Okay. So you cannot provide any more
15 specificity as to the particular disclosures in the
16 January 2nd, 2019, investor letter?
17        MR. KRAMER: Objection to form.
18        Same instruction as to Mr. Maestri.
19        THE WITNESS: Nothing that I've --
20 BY MR. PFEFFERBAUM:
21     Q. Mr. Maestri, are you aware of any
22 disclosures in the 2019 Apple investor letter
23 regarding the performance, the company's performance
24 in Greater China other than those that plaintiff
25 allege are related to the false and misleading

Page 84

1 statement?
2         MR. KRAMER: Objection to form.
3         Same instruction, Mr. Maestri. Don't
4 disclose anything you discussed with your lawyers.
5         THE WITNESS: Not beyond what I discussed
6 with counsel.
7         MR. KRAMER: Mr. Maestri, how are you
8 doing? It's been about an hour. Do you need a
9 break?
10        THE WITNESS: Sure, why not?
11        MR. PFEFFERBAUM: Jim, let me finish with
12 this interrogatory, and then we'll take a break.
13 BY MR. PFEFFERBAUM:
14     Q. Number (2) you said -- you state, "Apple's
15 January 2nd, 2019, disclosures regarding
16 weaker-than-expected iPhone upgrades in the first
17 quarter of Apple's fiscal year 2019."
18        Do you see that?
19     A. Yes.
20        MR. KRAMER: Same objection. I'm sorry.
21 Go ahead, Dan.
22        MR. PFEFFERBAUM: Do you want to be the
23 deponent, Jim?
24        MR. KRAMER: No. No. I thought you were
25 going to ask the question -- I didn't ask -- I

Luca Maestri                                                          In re Apple Inc. Securities Litigation

Page 85

1  didn't ask -- I misunderstood you asked him does he
2  see it.
3          I thought you asked a substantive question.
4  I apologize.
5  BY MR. PFEFFERBAUM:
6      **Q.  Can you describe to me the**
7  **weaker-than-expected iPhone upgrades that occurred**
8  **in that quarter?**
9          MR. KRAMER:  Objection to form.
10         THE WITNESS:  Yes.  The January 2, 2019,
11  document that is referred here, I believe relates to
12  the letter that we sent to investors on that day.
13         On that day we explained that our
14  performance during the quarter was going to be lower
15  than we had anticipated.  And one of the reasons why
16  our revenue performance would be lower is the fact
17  that with the new iPhones that we launched during
18  the -- you know, we launched some of them, we
19  launched them at the end of September.  We launched
20  the XR at the end of October.
21         We were expecting that a number of people
22  that were already -- oh, we lost the lights here in
23  the room -- that the number of people that already
24  own an iPhone that would have purchased a new
25  iPhone -- we call them upgraders -- that number of

Page 86

1  upgraders was lower than we had anticipated at the
2  beginning of the quarter and at the time of our
3  earnings call.
4          MR. KRAMER:  So, Dan, I think now we do
5  have to take a break because I don't want him on
6  video with no lights in the room.
7          MR. PFEFFERBAUM:  Okay.  Why don't we take
8  ten minutes.
9          MR. KRAMER:  Okay.  Sounds good.
10         MR. PFEFFERBAUM:  And we can go off the
11  record and we can get the lights back on.
12         APTUS VIDEO TECHNICIAN:  The time is 11:11.
13  We are going off the record.
14         (Recess taken)
15         APTUS VIDEO TECHNICIAN:  The time is 11:23.
16  We're back on the record.
17  BY MR. PFEFFERBAUM:
18     **Q.  Welcome back, Mr. Maestri.**
19     **Mr. Maestri, during 2018, did you review or**
20  **read any media coverage that expressed a viewpoint**
21  **that Apple's market share in the smartphone industry**
22  **was likely to decline during calendar year 2018?**
23         MR. KRAMER:  Objection to form.
24         THE WITNESS:  I do not recall.
25  ///

Page 87

1  BY MR. PFEFFERBAUM:
2      **Q.  Were you familiar with any analyst reports**
3  **or media coverage concerning pressure that Apple**
4  **faced in Greater China during -- in the smartphone**
5  **market during 2018?**
6      A.  I do not recall.  I recall that our
7  performance in China was actually very strong during
8  the September quarter.  We grew 16 percent.
9      **Q.  Do you recall that smartphone makers like**
10  **Xiaomi and Huawei were launching increasingly better**
11  **functioned phones and competing with Apple on price**
12  **during 2018?**
13         MR. KRAMER:  Objection to form.
14         THE WITNESS:  I don't remember the
15  specifics, but this is completely normal in our
16  industry.  It always happens.
17         We launch new phones.  Our competitors
18  launch new phones.  Every time we try to make them
19  better, both us and our competitors.  It's part of
20  the industry.
21  BY MR. PFEFFERBAUM:
22     **Q.  Did you read any coverage about the**
23  **smartphone market in China contracting during 2018?**
24     A.  I don't recall.  We focus very much on our
25  performance, and our performance was very good

Page 88

1  during the fourth quarter.
2      **Q.  Okay.  But I'm asking you, say in the first**
3  **half of 2018, did you read any news articles or**
4  **analyst reports discussing a contraction in the**
5  **Chinese smartphone market?**
6      A.  I don't recall.
7      **Q.  Okay.  Did you read any articles or analyst**
8  **reports concerning declining trends in Chinese**
9  **consumer spending?**
10     A.  I don't recall.
11     **Q.  Do you keep updated on trends in consumer**
12  **spending in China as your -- in your role as CEO?**
13  **I'm sorry, as CFO?**
14         MR. KRAMER:  Objection to form.
15         THE WITNESS:  I try to stay up to date on,
16  you know, macroeconomic news, but the development of
17  the smartphone market in China is not at the top of
18  my list.
19  BY MR. PFEFFERBAUM:
20     **Q.  When you say you try to keep up to date on**
21  **macroeconomic news, what would be at the top of your**
22  **list?**
23     A.  Financial markets, interest rate
24  environment, currency developments, GDP growth.  At
25  that level of macro.

Luca Maestri                                              In re Apple Inc. Securities Litigation

Page 89

1   Q.  Who would be most likely in your -- let me
2  rephrase the question.
3       Is it anyone's job at Apple to stay updated
4  on trends in consumer spending in Greater China in
5  the 2018 time period?
6       MR. KRAMER:  Objection to form.
7       THE WITNESS:  There is a part of marketing
8  organization that tries to follow what happens in
9  our industries where we participate in, so they have
10  a good sense for what kind of competitive products
11  are being launched and what kind of features
12  customers are interested in purchasing because that
13  drives our engineering development cycles for future
14  products.
15       So for example, if at some point a certain
16  type of display is becoming something that customers
17  are very interested in, we can make sure that we
18  develop that type of technology in time for us to be
19  successful in any given market.
20       So it's product marketing organization,
21  primarily.
22  BY MR. PFEFFERBAUM:
23   Q.  Would dual SIM functionality be an example
24  of a feature that was targeted to a particular
25  geography, in this case China, Greater China,

Page 90

1  correct?
2   A.  Yeah, it's a technology that has been
3  become more, you know, wider -- more widely used
4  than in China, but yeah, China was an important
5  market for dual SIM.
6   Q.  And the XR, I'm sorry, the XR was the first
7  more budget conscious phone to feature the dual SIM
8  functionality that Apple had put out, correct?
9       MR. KRAMER:  Objection to form.
10       THE WITNESS:  Yeah, I do not recall if it
11  was the first one, but certainly for that year, we
12  launched three iPhones, three new iPhones, the XS,
13  XS Max and XR.  And of those three iPhones, the XR
14  was the one that was priced at a lower level
15  compared to the other two.
16  BY MR. PFEFFERBAUM:
17   Q.  And you don't recall that that was the
18  first time that a lower priced phone had featured
19  the dual SIM capability?
20   A.  Honestly, I don't remember.
21       MR. PFEFFERBAUM:  I'm going to introduce
22  what can be marked Maestri 2.
23       (Whereupon, Exhibit 2 was marked for
24        identification)
25  ///

Page 91

1  BY MR. PFEFFERBAUM:
2   Q.  Mr. Maestri, if you could take a look at
3  that e-mail when it comes through.
4   A.  Yeah.
5   Q.  For the record, Maestri 2 is an e-mail from
6  October 15th, 2018, from Matt Blake to Luca Maestri,
7  Nancy Paxton, Tim Cook, Kate Adams and a number of
8  other individuals, and the subject line is "Analyst
9  Notes 10/15/18."  And it bears the Bates numbers
10  APL-SECLIT_000280722 to 723.
11   A.  It's a two-page document?
12   Q.  It is.  It's an e-mail which summarizes
13  some analyst reports.
14       And I'll just tell you that the e-mail
15  prints the content twice, so one is in sort of a
16  plain text format and another one more --
17   A.  Yeah, got it.  So it's really one page.
18   Q.  It's really one page, yeah.
19   A.  Okay.
20   Q.  Mr. Maestri, do you recall receiving this
21  e-mail from Mr. Blake on or around October 15th,
22  2018?
23   A.  I do not recall the specific one, but we --
24  I receive, and you see also Tim Cook is also on the
25  distribution list, every now and then we receive a

Page 92

1  summary of analyst reports that affect our company.
2   Q.  No reason to believe that you didn't
3  receive this, correct?
4   A.  Yeah, I would say that I definitely
5  received it because I'm on the distribution list.
6   Q.  And did you read this e-mail at the time
7  you received it?
8       MR. KRAMER:  Objection to form.
9       THE WITNESS:  I do not recall.
10  BY MR. PFEFFERBAUM:
11   Q.  And you see the first line it says,
12  "Goldman Sachs says there are multiple signs of
13  rapidly slowing consumer demand in China, which they
14  believe could easily affect Apple's demand there
15  this fall."
16       Do you see that?
17   A.  Yeah.
18   Q.  Do you recall -- do you recall Goldman
19  Sachs' opinion that there were signs of rapidly
20  slowing consumer demand in China in or around
21  October of 2018?
22   A.  I do not recall it now, no.
23   Q.  Do you believe you were aware of that
24  opinion of Goldman Sachs around the time of this
25  e-mail?

Luca Maestri                                    In re Apple Inc. Securities Litigation

Page 93

1         MR. KRAMER:  Objection to form.
2         THE WITNESS:  I do not recall.
3  BY MR. PFEFFERBAUM:
4     **Q.  Did you -- if you don't recall receiving**
5  **this e-mail, is it fair, then, that you don't recall**
6  **taking any action as a result of this e-mail?**
7     A.  We follow our business very closely.  We
8  know that analysts report about our company.  We do
9  not run our business based on what analysts think or
10  don't think because we believe that we know better
11  than our analysts what is going on with our company.
12     **Q.  What about when an analyst comments on a**
13  **market such as China?**
14     A.  In China we have --
15         MR. KRAMER:  Objection to form.  Sorry,
16  Mr. Maestri, I'm sorry.  Objection to form.
17     What's the question?
18  BY MR. PFEFFERBAUM:
19     **Q.  I said what about when an analyst comments**
20  **on a market such as China as opposed to specifically**
21  **on your company?**
22     A.  It's -- can I go ahead, Jim?
23         It's a data point.  We use a lot of
24  different data points.  But most importantly, we
25  have -- in all the major markets where we

Page 94

1  participate, we have our people on the ground.  And
2  so we rely on their point of view, the information
3  that they collect, the fact that they work with
4  local partners in the market, much more than an
5  analyst that writes a report from New York.
6     **Q.  You weren't receiving any contrary**
7  **information from your employees in China at this**
8  **time, were you?**
9         MR. KRAMER:  Objection to form.
10         THE WITNESS:  I do not recall what was
11  reported from our people in China, but I can assure
12  you that whatever was reported to us was reflected
13  in our financial projections for the quarter.
14  BY MR. PFEFFERBAUM:
15     **Q.  Okay.  So did you agree at the time that**
16  **you read this that the -- there were multiple signs**
17  **of a slowing consumer -- of slowing consumer demand**
18  **in China?**
19         MR. KRAMER:  Objection to form.
20         THE WITNESS:  I do not recall.
21  BY MR. PFEFFERBAUM:
22     **Q.  Did you have discussions with any of your**
23  **colleagues about slowing consumer demand in China in**
24  **or around October of 2018?**
25     A.  I do not recall, but we certainly had

Page 95

1  discussions about every market around the world at
2  that point in time, like we do regularly.
3     **Q.  And that included discussions about China,**
4  **correct?**
5     A.  We always discuss our markets.
6     **Q.  Would you say that you dedicate more or**
7  **less time in your discussions to China versus other**
8  **markets?**
9         MR. KRAMER:  Objection to form.
10         THE WITNESS:  China is an important market
11  for us, so we normally put good attention on it.
12  BY MR. PFEFFERBAUM:
13     **Q.  It would have been in 2018, I believe, your**
14  **third largest revenue market; is that correct?**
15     A.  I do not recall, but I -- it's either the
16  second or the third.
17     **Q.  So it's a very important market then for**
18  **your company?**
19     A.  Yes.
20         MR. PFEFFERBAUM:  I'm going to introduce
21  what's been marked as Maestri 3.
22         (Whereupon, Exhibit 3 was marked for
23         identification)
24  BY MR. PFEFFERBAUM:
25     **Q.  For the record, Maestri 3 is an e-mail from**

Page 96

1  **Kevan Parekh to Andy Allen, cc'ing Mark Anderson and**
2  **Ed Tharp, dated Wednesday, October 17, 2018, and it**
3  **has Bates number APL-SECLIT_00198985 to 988.**
4     A.  I have it.
5     **Q.  Do you -- Mr. Maestri, do you -- you're not**
6  **on this e-mail?**
7     A.  Right.
8     **Q.  At the top, it says the subject is "Q1 '19**
9  **Guidance Units Meeting Notes (10/16)," presumably**
10  **October 16.**
11         **And if you note in the first line written**
12  **by Kevan Parekh it says, "Yes he was okay with it.**
13  **Luca was there also and agreed."**
14         **Do you typically attend the guidance units**
15  **meeting?**
16     A.  Yes.
17     **Q.  Okay.**
18     A.  Most times.  Most times.  I would say not
19  all the time, but most times, yeah.
20     **Q.  And is that a weekly meeting?**
21     A.  No.  This is something that happens as we
22  start preparing for our earnings call.
23     **Q.  Okay.  So you're preparing now for the**
24  **November 1, 2018, earnings call?**
25     A.  Yes.

Luca Maestri                                      In re Apple Inc. Securities Litigation

Page 97

1    Q. Got it. And does Mr. Cook typically attend
2 the guidance units meeting as well?
3    A. Normally it's Tim or I, or both of us.
4    Q. Do you have any -- well, do you remember if
5 on October 16th, 2018, you were both present?
6    A. I don't remember. I would imply from what
7 I read in the first couple of sentences, yes, that
8 we were both present.
9    Q. If you see under "Key Actions" on the first
10 page, do you see the second bullet point says,
11 "Build a low case by Geo for XR primarily but also
12 XS and XS Max."
13       Do you see that?
14    A. Yes.
15    Q. What does it mean to build a low case by
16 geo for XR?
17    A. We -- I'll try to explain the process that
18 we use to get to a guidance range for revenue, this
19 is what it relates to.
20       We have a forecasting process that develops
21 a -- what we call a bottoms up from the company on,
22 you know, what level of revenue we're going to be
23 generating over the next three months.
24       That is obviously a specific data point.
25 And in order to come up with a range and given the

Page 98

1 uncertainty that exists in our business, like any
2 business, we come up with a low case and a high case
3 that -- and those two numbers become the bookends of
4 our guidance range.
5       So in this case, one of the actions was,
6 okay, now that we have a likely case, a bottoms up
7 case, the request was to develop with a low case
8 for these new phones that we just launched -- and
9 actually for the XR we haven't launched yet --
10 building a low case by geography. We have five
11 geographies. One of them is Greater China.
12       And so it's the regular process of how do
13 you determine what the low end of the range is going
14 to be. Obviously, you need to build a low case for
15 the phones, for the Mac, for the iPads, and for all
16 the other products and services.
17    Q. And why was there particular emphasis on
18 building the low case for the XR here on
19 October 16th, 2018?
20       MR. KRAMER: Objection to form.
21       THE WITNESS: I don't know if there was a
22 specific focus, but it was the product that we
23 haven't launched yet.
24       And so, for example, for the XS and XS Max,
25 we already had three -- at that point, three weeks

Page 99

1 of sales that were informing our projections for the
2 rest of the quarter, right, because then you start
3 basing your projections on some actual data.
4       And the XR was launched only on the 26th of
5 October. And as I mentioned earlier, it was a bit
6 of a unique product because it -- you know, it was a
7 staggered launch, because it didn't have a
8 predecessor product.
9       So we were trying to come up with a range
10 of outcomes for the XR that would encompass all the
11 possible circumstances due to the fact that we
12 didn't have any sales data to go with.
13 BY MR. PFEFFERBAUM:
14    Q. Do you see on the first page it says,
15 "iPhone," a bold underline, and the third bullet
16 down starts "NPI"?
17    A. Yep.
18    Q. It says -- "NPI," that's new product
19 introduction, right?
20    A. Correct.
21    Q. So, "NPI has come up on SI/UB on D3X offset
22 by a reduction for N84," and then it's in parens,
23 "(minus 2 million SI, minus 1 million UB.)"
24    A. Yes.
25    Q. Now, does that -- does the second half of

Page 100

1 that sentence mean that there was a reduction in the
2 XS Sell In by 2 million units?
3    A. XR.
4       MR. KRAMER: Objection to form.
5 BY MR. PFEFFERBAUM:
6    Q. I apologize. A reduction -- N84 refers to
7 XR, correct?
8    A. Correct.
9    Q. Yes. So there was a reduction in Sell In
10 of 2 million units for the XR, correct?
11    A. Yes.
12    Q. And there was a reduction in 1 million XR
13 unbrickings, correct?
14    A. Yep.
15       MR. KRAMER: Objection to form.
16 BY MR. PFEFFERBAUM:
17    Q. And what was driving the reduction in
18 anticipated N84 Sell In as of the middle of
19 October 2018?
20    A. I do not recall.
21    Q. Okay. And what was driving the reduction
22 in anticipated unbrickings by 1 million in or around
23 October 16, 2018?
24       MR. KRAMER: Objection to form.
25       THE WITNESS: I do not recall. The

Luca Maestri                    **Highly Confidential**                    In re Apple Inc. Securities Litigation

Page 101

1  difference between Sell In and unbricks, the reason
2  why the numbers are not the same, is because as we
3  ship our products to our partners, that is called
4  Sell In, unbricks is when the device gets activated.
5  In between there is an amount of inventory that
6  remains in the channel so the numbers can be
7  different.
8  BY MR. PFEFFERBAUM:
9      **Q.  The reduction of both -- well, the**
10  **reduction in Sell In would indicate a decrease in**
11  **demand the from Apple's resellers for the XR,**
12  **correct?**
13      MR. KRAMER:  Objection to form.
14      THE WITNESS:  It's a decrease in the
15  forecast that we had at that point in time of what
16  we would sell not only to our resellers but also
17  through our own retail stores and online store.
18  BY MR. PFEFFERBAUM:
19      **Q.  And the reduction in the forecasted**
20  **unbricking would -- represents an anticipated**
21  **decrease in demand from the end consumer, correct?**
22      MR. KRAMER:  Objection to form.
23      THE WITNESS:  That is correct.  Which, as
24  you can see from this sentence, was more than offset
25  by the increase in Sell In in unbricks on the two

Page 102

1  other models that were already in the market, XS and
2  XS Max.
3  BY MR. PFEFFERBAUM:
4      **Q.  If you turn the page, you see at the top it**
5  **says, "N84SI approach"?**
6      A.  Yeah.
7      **Q.  So these bullet points are addressing the**
8  **XR Sell In approach, correct?**
9      A.  Yeah.
10      **Q.  And so the third bullet point down says,**
11  **"Citing (2 million) order risk to get to**
12  **32.2 million likely Sell In," correct?**
13      A.  Yes.
14      **Q.  How would you define "order risk"?**
15      A.  Well, order risk there isn't a specific
16  definition.  In this case, it seems to mean that
17  we -- we were expecting orders of 32.2 million while
18  we had supply of 34.2 million.  So we could have
19  sold more if we had more orders.
20      **Q.  So is it fair to say you were anticipating**
21  **at this point in time that you would have more**
22  **supply than demand?**
23      A.  Demand is not necessarily reflective of
24  Sell In.  Sell In is what we sell to our partners.
25  Customer demand can be different.

Page 103

1      **Q.  Okay.  So you had -- you were anticipating**
2  **more supply than sell --**
3      A.  Than what we would sell into the channel,
4  yeah.
5      **Q.  Fair enough.  Do you see the next bullet**
6  **point says, "Current order book is 27.3 million.**
7  **When we use iPX order linearity, we think we can get**
8  **this to 30.3 million"?**
9      A.  Yes.
10      **Q.  Can you explain what using iPX order**
11  **linearity means?**
12      A.  Yes.  So at that point in time, the order
13  book was 27.3 million.  The year before we had
14  launched -- we had had another one of these
15  staggered launches, which only had happened in, you
16  know, in the cycle that we're discussing and the
17  cycle before.  So the year before we had launched
18  an -- the iPhone X also at the end of October.
19      Because these have been very unique events
20  in our history, the linearity of the orders, so how
21  quickly we get the orders in from our reseller
22  partners around the world, was different because,
23  again, they were staggered launches, right?
24      And the iPhone X, which was the single
25  product that was launched at the end of October the

Page 104

1  previous year, so the previous year we did two
2  low-end models at the end of September and the
3  high-end model, the iPhone X, at the end of October.
4      The following year we did the reverse.  We
5  launched the two high-end products at the end of
6  September and then we launched the XR, which was the
7  lower end product at the end of October.
8      In order for us to estimate, you know, how
9  quickly orders would come in, the best data point
10  that we had at that point was to use the linearity
11  of the orders that we had the year before on iPhone
12  X.
13      **Q.  The next bullet point says, "Likely assumes**
14  **an additional 2 million beyond this that we don't**
15  **have line of sight to yet."**
16      A.  Yes.
17      **Q.  "Assuming partners will place more orders**
18  **as consumer demand comes in, but since October 5th**
19  **orders have not come up even after having supply**
20  **chain discussions."**
21      Do you see that?
22      A.  Yes.
23      **Q.  So, you were aware that -- well, let me**
24  **rephrase the question.**
25      **What does it mean by having supply chain**

Luca Maestri  **Highly Confidential**  In re Apple Inc. Securities Litigation

Page 105

1 discussions?

2     A.  We talk to, particularly during launch
3 periods, we talk to our resellers around the world
4 to gauge their interest in the level of products
5 that they want to purchase from us.

6     Q.  And you understood that they -- interest in
7 the XR was not as high as expected, according to
8 this bullet point, correct?

9         MR. KRAMER:  Objection to form.

10        THE WITNESS:  This point means that at that
11 point in time on October 16th, we -- we had, you
12 know, some work to do to get to the level that we
13 wanted.

14 BY MR. PFEFFERBAUM:

15     Q.  When you say "work to do," you mean
16 addressing a shortfall in demand for the XR?

17     A.  Well, we didn't know at the time because we
18 didn't -- customers didn't know what the product
19 was.  It was not in the stores, right?

20        So this was an order signal from resellers.
21 So we knew that we needed -- you know, there was a
22 number of things that -- we had multiple levers of,
23 you know, business.  This is normal course of
24 business.

25        We deal with these things all the time.  We

Page 106

1 can do marketing campaigns.  We can do promotional
2 activities.  We can do multiple things, right?

3        And so we know that, you know, that we
4 needed to do some work given the uncertainty that
5 existed around the fact that the product had not
6 been launched.

7     Q.  And one of those levers or some of that
8 work, right, would have been supply chain
9 discussions, correct?

10     A.  Yes.

11     Q.  Right.  And those supply chain discussions
12 didn't appear to have had any effect since
13 October 5th, correct?

14        MR. KRAMER:  Objection to form.

15        THE WITNESS:  I'm reading the sentence
16 here.  Yeah, I'm interpreting here that we still
17 need -- we still had work to do in order to get to a
18 level that we wanted at that point in time for XR
19 sales.

20 BY MR. PFEFFERBAUM:

21     Q.  This bullet point would indicate that
22 your -- that Apple's discussions with its supply
23 chain had not resulted in increased orders since
24 October 5th, correct?

25        MR. KRAMER:  Objection to form.

Page 107

1        THE WITNESS:  I'm not sure.  I'm not sure.

2 BY MR. PFEFFERBAUM:

3     Q.  All right.  If you'd look at the next page,
4 the first bullet says, "The high case on XR," do you
5 see that?

6     A.  Yes.

7     Q.  It says, "The high case on XR is supply
8 gated.  'That makes sense that we assume we sell
9 everyone we can make, but we should look at the
10 supply linearity to make sure we don't end with too
11 much EOH.'"

12        What is EOH?

13     A.  Ending on hand.  It means how much
14 inventory is left available for sale at the end of
15 the quarter.

16     Q.  Okay.  Thank you.  So it says, "'The low
17 case is demand and do we not see the demand we need
18 in China (doesn't attract enough switch -- doesn't
19 attract switchers enough) and Japan (size is too
20 big).'"

21     A.  Yeah.

22     Q.  So did you understand at this point in time
23 that the low case was in part a product of lower
24 demand in China for the XR?

25        MR. KRAMER:  Objection to form.

Page 108

1        THE WITNESS:  This is -- let me go back to
2 explaining how we define the -- the guidance range,
3 right, by product.

4        We come up with a likely case, and then we
5 try to define what a high case and a low case could
6 be.  And on the high end, here we're saying that if
7 things go well with this product -- again, keep in
8 mind that these are not launched yet.

9        If things go well, there's a chance that we
10 are not going to be able to sell everything that we
11 want because we're going to be gated by supply.
12 There's not going to be enough production available
13 to us between now and the end of the quarter.

14        On the low end, if things go poorly, we
15 know that we have a couple of markets where this
16 product may be -- it may be adding some limitations.
17 In Japan, for example, the size is too big.  And in
18 China, it doesn't attract enough switchers.

19        These are, again, hypothetical cases in
20 order for us to establish a range.  Keep in mind,
21 again, at this point the XR has not launched, so our
22 customers have not seen it.

23 BY MR. PFEFFERBAUM:

24     Q.  Right.  When you say they are hypothetical
25 cases, you're not saying -- well, whether or not the

**Page 105..108**

Luca Maestri                                                    In re Apple Inc. Securities Litigation

Page 109

1  XR attracted enough switchers in China was an
2  important consideration in determining your low
3  case, correct?
4      A. Yes.
5      Q. And just so we're clear, when it says --
6  the start of that bullet point says, "The high case
7  on XR is supply gated," that would mean that you
8  couldn't make enough phones for the demand, right?
9      A. The high case would be higher if we could
10  make more phones.
11      Q. Right. And so there was no concern that
12  the low case was supply gated. You believed that
13  you could make enough phones for the low case,
14  correct?
15      A. Correct. Again, this is -- just to be
16  clear, we could make enough iPhone XRs?
17      Q. Correct. That's what I was referring to.
18  I'm sorry if I was unclear.
19      A. Yes.
20      MR. PFEFFERBAUM: All right. I'm going to
21  introduce what's going to be Maestri 3.
22      MR. KRAMER: Actually, I think it's 4,
23  Counsel.
24      MR. PFEFFERBAUM: Thank you. Maestri 4.
25      (Whereupon, Exhibit 4 was marked for

Page 110

1      identification)
2      MR. KRAMER: Again, maybe after this
3  document we can check in to see where we are as it
4  relates to timing of the lunch break.
5      MR. PFEFFERBAUM: Yeah, that's no problem.
6      THE WITNESS: Two pages?
7  BY MR. PFEFFERBAUM:
8      Q. Yeah, two pages.
9      For the record, Maestri 4 is an e-mail from
10  on or around the 20th of October, 2018, subject
11  "iPhone XR Launch Update," sent to Tim Cook, Jeff
12  Williams, Angela Ahrendts, Phil Schiller, Luca
13  Maestri, and many others. Has the Bates stamp
14  APL-SECLIT_00161836 to 837.
15      MR. KRAMER: And actually, Dan, I think
16  it's "10" R not "X" R.
17      MR. PFEFFERBAUM: Okay. And I promise it
18  won't be the first time I say "X" R.
19      MR. KRAMER: I know. I know. I've let a
20  couple go by. I just want to make sure we're all on
21  the same page.
22  BY MR. PFEFFERBAUM:
23      Q. Mr. Maestri, I'm sure someone has informed
24  you at some point in time that people call it the
25  "X" R outside of Apple?

Page 111

1      A. Yes, we have --
2      MR. KRAMER: Only those who are
3  unsophisticated, Mr. Pfefferbaum.
4  BY MR. PFEFFERBAUM:
5      Q. I'll do my best.
6      A. We have trouble even internally at times.
7      Q. I will do my best simply so that we have a
8  clean transcript, calling it the "10" R.
9      A. Yeah. Okay.
10      Q. Mr. Maestri, are you familiar with
11  Exhibit 4?
12      A. I don't recall it, but if you don't mind
13  I'm going to read it and I'll try to refresh my
14  memory.
15      Q. I apologize. I thought you had indicated
16  you were ready.
17      A. That's okay. Yes.
18      Q. Have you had a chance to review Exhibit 4?
19      A. Yes.
20      Q. Do you recognize this e-mail which was sent
21  from the SDM Exec Updates account?
22      A. Do I recognize it. I do not recall
23  receiving it, but, you know, I'm sure I did receive
24  it and I'm sure I read it.
25      Q. And this is an e-mail providing statistics

Page 112

1  on the pre-orders for the XR which had just gone
2  live the day before, correct?
3      A. Yeah.
4      Q. And you see on the first page it says,
5  "iPhone," and the second bullet point there says,
6  "Online bookings are negative 82 percent year over
7  year versus iPhone 8/8+ (negative 75 percent year
8  over year excluding GC)."
9      Do you see that?
10      A. Yes.
11      Q. Right. So that year over year comparison
12  was not -- was not good news, was it?
13      MR. KRAMER: Objection to form.
14      THE WITNESS: Well, I think I need to
15  explain what this means.
16      First of all, our iPhone online business,
17  especially at the time, was a very small percentage
18  of our total business, probably less than ten
19  percent. And so it's a data point.
20      It's not -- you know, it's not an
21  all-inclusive view of what is happening.
22      Also, keep in mind that here you're talking
23  about a XR that compares against -- so one model
24  that compares against two models the previous year,
25  8 and 8+. So obviously, that has an impact because

Luca Maestri                                    In re Apple Inc. Securities Litigation

Page 113

1  you're comparing one model against two.
2       So that was the data point on the 20th of
3  October.  Again, this is six days before the product
4  reaches shelves around the world.  So this is no --
5  you know, it's a very, very early and partial
6  signal.
7  BY MR. PFEFFERBAUM:
8      Q.  So did you just disregard this data point
9  because it was an early signal?
10     A.  No.  We take all this into account.  And as
11  we are preparing for the earnings call, all these
12  numbers were reflected in our financial forecast and
13  ultimately our guidance range that we provided to
14  the market.
15     Q.  Because typically you get the most orders
16  on the first day of pre-orders, right?
17         MR. KRAMER:  Objection to form.
18         THE WITNESS:  No.  The most orders happen
19  when customers go to the different stores around the
20  world.
21  BY MR. PFEFFERBAUM:
22     Q.  I apologize.  I didn't ask a clear
23  question.
24         For the pre-order period, you expect to get
25  the most pre-orders on the first day of the

Page 114

1  pre-order period, correct?
2      A.  I don't know that.
3      Q.  Okay.  So it says "Online bookings are down
4  82 percent year over year versus the iPhone 8/8+,"
5  and then it says, "minus 75 percent year over year
6  excluding GC."
7      A.  Yes.
8      Q.  "GC" refers to Greater China, correct?
9      A.  Yes.
10     Q.  Right.  So Greater China was performing
11  worse than the rest of the world, correct?
12         MR. KRAMER:  Objection to form.
13         THE WITNESS:  I mean, it was slightly
14  worse, again, on a very small percentage of our
15  total business.
16  BY MR. PFEFFERBAUM:
17     Q.  Okay.  So let's turn to the next page you
18  see where it discusses the reseller pre-orders.
19     A.  Yes.
20     Q.  So "Total Pre-orders received for the N84
21  are 34,000"?
22     A.  Yes.
23     Q.  "Reported by US T4 and 9 EMEIA T3
24  accounts"?
25     A.  Yes.

Page 115

1      Q.  "This is 79" -- sorry.  "This is negative
2  79 percent year over year versus the 8/8+" right?
3      A.  Yep.
4      Q.  And then it says in parentheses,
5  "(comparing same partners reported pre-orders at
6  similar times.)"
7         This was not -- this was not good news
8  about the demand for the XR, was it?
9         MR. KRAMER:  Objection to form.
10        THE WITNESS:  This, again, reflects only a
11  portion of partners.  It just compares the same
12  partners that reported pre-orders at similar times a
13  year ago.
14        This also, again, compares one product
15  against two.  And again, this -- all this
16  information was then taken and reflected into our
17  financial forecast.
18  BY MR. PFEFFERBAUM:
19     Q.  You see the next bullet point says,
20  "Pre-Orders are softer than expectations across all
21  reporting partners"?
22     A.  Yes.

███████████████████████████████████████

████████████████████████████████

█████████████████

Page 116

1      A.  Yes.
2      Q.  "EMEIA partners consistently reported that
3  early adopters opted for the D3x, and that consumers
4  are waiting to see the colors in stores."
5      A.  Yes.  This means two things.  One, that our
6  mix of products was better than anticipated in the
7  sense that there were more people buying the higher
8  priced models than the XR, which is the lower priced
9  model.
10        And that consumers wanted to see the
11  product in the stores.  Again, here we are on
12  October 20th, a week before the product gets into
13  the stores, and customers can actually look at the
14  XR and compare it to the two other products that
15  have been in the market already for about a month.
16     Q.  Mr. Maestri, the day one pre-order results
17  for the XR were not a positive indicator of demand,
18  were they?
19         MR. KRAMER:  Objection to form.
20         THE WITNESS:  They were softer than what we
21  had expected.
22         MR. PFEFFERBAUM:  Do you want to go about
23  another seven or eight minutes with another
24  document, or do you want to take a break for lunch?
25         MR. KRAMER:  Let's break for lunch.

Luca Maestri                    Highly Confidential          In re Apple Inc. Securities Litigation

Page 117

1      MR. PFEFFERBAUM:  All right.  That's fine.
2      MR. KRAMER:  Let's go off the record.
3      APTUS VIDEO TECHNICIAN:  The time is 12:10.
4  We're going off the record.
5      (Lunch recess taken)
6      APTUS VIDEO TECHNICIAN:  The time is 12:45.
7  We're back on the record.
8      MR. PFEFFERBAUM:  Welcome back,
9  Mr. Maestri.
10      I'm going to put in the chat the next
11  exhibit which is going to be Maestri Exhibit
12  Number 5.
13      (Whereupon, Exhibit 5 was marked for
14      identification)
15  BY MR. PFEFFERBAUM:
16      Q.  For the record, Maestri 5 is an e-mail and
17  attachment.  The subject line is "Q1 Revenue by Geo
18  - Revised."  And it's an e-mail from Saori,
19  S-a-o-r-i, Casey, C-a-s-e-y, to Tim Cook, Luca
20  Maestri, and cc'ing a number of other individuals.
21      And it has Bates stamp APL-SECLIT_00162372
22  to 378.
23      Mr. Maestri, have a look at that document
24  and please let me know when you are ready.
25      A.  I'm ready.

Page 118

1      Q.  All right.  Mr. Maestri, do you recognize
2  what's been marked Maestri Exhibit 5?
3      A.  I see in front of me an e-mail that was
4  sent to me and Tim Cook.  I'm sure I read it.  I
5  don't remember it now, but I'm sure I read it at the
6  time.
7      Q.  And this is an e-mail that concerns the
8  company's Q1 2019 revenue expectations broken down
9  by region and country, correct?
10      A.  As of October 25th.
11      Q.  Thank you.  So if you look -- you see that
12  it's got the summary points there, there are four
13  summary points?
14      A.  Yeah.
15      Q.  Do you see in the second point it indicates
16  that there was -- there's growth, right, in America
17  and Europe, and then it says "revenue growth
18  improvement offset by reduction in GC (minus six
19  percentage points) and Japan (minus 16 percentage
20  points)," correct?
21      A.  These are improvements versus the previous
22  forecast that we had.
23      Q.  So the -- America and Europe were
24  improvements against the previous forecast, correct?
25      A.  Yeah.

Page 119

1      Q.  Right.
2      A.  And they were offset by reductions in
3  Greater China and Japan for a net positive of
4  $40 million, which is the first bullet in the
5  summary.
6      Q.  Right.  And then in the next bullet it
7  says, "Greater China is now negative one percent
8  year over year driven by iPhone and iPad."
9      Do you see that?
10      A.  Yeah.  So essentially, same performance as
11  a year ago.
12      Q.  But six percentage points worse than you
13  were expecting in just the prior revenue by geo
14  breakdown, correct?
15      MR. KRAMER:  Objection to form.
16      THE WITNESS:  That's correct.
17  BY MR. PFEFFERBAUM:
18      Q.  And within Greater China particularly, the
19  iPhone that was driving the growth decline was the
20  XR, correct -- the XR, correct?
21      A.  I don't remember.
22      Q.  Well, earlier you testified that the XS and
23  the XS Max launches were successful.
24      A.  I said earlier that in the -- during the
25  month of October, the XS and the XS Max were growing

Page 120

1  versus the previous year.  These are numbers related
2  to the quarter, so I don't remember how the
3  projections for XS and XS Max would have affected
4  the rest of the quarter.
5      Keep in mind, again, that we have different
6  launch timings for all these products versus a year
7  ago.  So the XS and the XS Max were going into
8  November and December with a difficult compare
9  because then they would be comparing against the
10  launch of the iPhone X the previous year.
11      Q.  Well, we're not talking about the -- well,
12  let's just go to the exhibit -- the attachment
13  that's see on the bottom right corner.  It says 376.
14      A.  Yes.
15      Q.  You see this has prior revenue version,
16  October '19?
17      A.  Yes.
18      Q.  New, October 23, right?
19      A.  Yes.
20      Q.  So if you look at Greater China, revenue,
21  right?  Revenue went from revenue growth of four
22  percent on 10/19.
23      A.  Yes.
24      Q.  To revenue decline of one percent on 10/23,
25  correct?

Page 121

1     MR. KRAMER:  Objection to form.
2     THE WITNESS:  Yes.
3 BY MR. PFEFFERBAUM:
4     Q.  And there's a delta column over to the
5 right of that that says negative 6 percent, correct?
6     A.  Revenue, yes.
7     Q.  So between 10/19 and 10/23, you received
8 data on XR pre-orders, correct?
9     A.  I don't remember.
10     Q.  Well, didn't we look at some of the data
11 that you received on the first day of XR pre-orders?
12     A.  What day was that?
13     Q.  We looked at data for the first day of XR,
14 which was like a 10/20 e-mail about the 10/19
15 pre-orders.
16     A.  Yeah.  So as I told you earlier, that's a
17 very small slice of the total picture.  So I think
18 we would have to look into what changed into that
19 forecast.  I do not think that you can come to the
20 conclusion that all the change was related to XR or
21 other models.
22     Q.  Are you aware of any other information that
23 came to light between 10/19 and 10/23 that would
24 have been responsible for the revenue forecast for
25 Greater China declining from four percent to

Page 122

1 negative one percent?
2     MR. KRAMER:  Objection to form.
3     THE WITNESS:  I do not know specifically
4 what brought that, but every time we do a new
5 forecast round, we take into account input not only
6 related to the iPhone, but also all the other lines
7 of business.
8     So it is possible that the iPad or the Mac
9 or the services business went up or down.  And I
10 think as you can see from this chart, the changes
11 can be significant because there are so many
12 different variables at play.
13     And so for example here, you can see that
14 the change that happened just in a few days in Japan
15 was actually larger than the change that we had in
16 China.
17 BY MR. PFEFFERBAUM:
18     Q.  Right.  But on a gross basis, the change in
19 China is much more impactful on revenue, correct?
20     MR. KRAMER:  Objection to form.
21     THE WITNESS:  I don't know.  I would have
22 to look at the numbers.
23 BY MR. PFEFFERBAUM:
24     Q.  How -- how --
25     A.  Japan has a big market as well.

Page 123

1     Q.  Okay.  So you think that the impact of the
2 decline in Japan could have been as significant on a
3 revenue dollars basis as the impact in Greater China
4 that we're looking at here?
5     A.  It's possible.  This is -- you know, the
6 decline in Japan was almost three times in
7 percentage terms bigger than the decline in China.
8     But my point is -- my point is that these
9 changes in forecast are quite normal.  There's
10 nothing here that is unusual.  You see that there
11 are some geos that go up, some geos that go down.
12     At times some of these changes,
13 particularly during a launch quarter, also are
14 driven by how we allocate products that at the
15 beginning of the quarter or the beginning of the
16 launch are limited in supply to different markets.
17     So some of it is not necessarily driven by
18 a demand signal.
19     Q.  But you didn't have limited supply of the
20 XR, correct?  It hasn't even gone on sale yet as of
21 10/23.
22     MR. KRAMER:  Objection to form.
23     THE WITNESS:  But again, this is a view for
24 the quarter.  If you remember, we said if things go
25 well on the XR, we are going to be supply gated at

Page 124

1 the end of the quarter.
2 BY MR. PFEFFERBAUM:
3     Q.  Right.  And if things -- the low case was
4 not a supply issue, correct?
5     A.  That's correct.
6     Q.  Right.  And you were -- we looked at
7 e-mails that expressed concern for about demand for
8 the XR in both Greater China and Japan, correct?
9     A.  Yes.
10     Q.  Yeah.  The concern in Japan was that the
11 size was too large, right?
12     A.  Yep.
13     Q.  Yeah.  And the concern in Greater China was
14 whether people wanted to switch, right, to the -- to
15 Apple's products?
16     A.  Correct.
17     MR. PFEFFERBAUM:  I'm going to drop the
18 next exhibit into the chat here.
19     (Whereupon, Exhibit 6 was marked for
20 identification.)
21 BY MR. PFEFFERBAUM:
22     Q.  Mr. Maestri, this is a long exhibit.  I've
23 put it all in here for completeness.  You can print
24 it out and take a look.  I'm going to direct you to
25 just a few specific spots in the document.

Luca Maestri                                                    In re Apple Inc. Securities Litigation

Page 125

1      For the record, this will be Maestri
2  Exhibit 6.
3      For the record, Maestri 6 is an e-mail from
4  Parag Shah, P-a-r-a-g, S-h-a-h, to Donal Conroy,
5  Kevan Parekh, Karen Starkweather, Anuj Saigal, Anish
6  Patel and others, "Subject:  Slides for Today's Luca
7  meeting."  And it's Bates stamped
8  APL-SECLIT_00482889 to 908.
9      A.  I didn't look at all the numbers, but I
10  tried to get familiar with the document.
11      Q.  Thank you.  I appreciate that.  Do you --
12  you were not listed as a recipient of this e-mail,
13  but it does indicate that the subject was "Slides
14  for Today's Luca meeting."
15      Do you recognize the slides that are
16  attached here?
17      A.  No, I don't remember the meeting.  I don't
18  remember seeing this chart.  They are familiar
19  formats.
20      Q.  Thank you.  Do you have a Friday meeting, a
21  regular Friday meeting with the individuals listed
22  on here?
23      A.  No.
24      Q.  Do you recall having an ad hoc meeting with
25  these individuals on or around Friday, October 26th,

Page 126

1  2018?
2      A.  No.
3      Q.  In looking at the slides, does this
4  collection of slides appear unusual or out of the
5  ordinary?
6      A.  No.
7      MR. KRAMER:  Objection.  Objection to form.
8      THE WITNESS:  No, they are -- as I said,
9  they are familiar formats in the sense that this is
10  what we normally look at as we get close to the
11  earnings calls.
12      For example, on the second page, it shows
13  Q1 '19 and it shows all the breakdown of the
14  different versions of the phone, and it's got a
15  likely, it's got a low, and it's got a bridge, the
16  difference between low and likely.
17  BY MR. PFEFFERBAUM:
18      Q.  You didn't -- it doesn't appear from these
19  slides -- it appears from these slides that this was
20  a meeting specifically about iPhone and not about
21  other products, correct?
22      MR. KRAMER:  Objection to form.
23      THE WITNESS:  I don't know, honestly.
24  BY MR. PFEFFERBAUM:
25      Q.  Okay.  Well, let's take a look at that

Page 127

1  first chart that you just mentioned.
2      A.  Yes.
3      Q.  Ending 890.
4      A.  Yeah.
5      Q.  So on the "iPhone XR" line, do you see
6  that, that's line 12?
7      A.  Oh, you mean "iPhone XR"?
8      Q.  I'm sorry, iPhone XR, yeah, row 12.
9      A.  Yes.
10      Q.  So am I correct reading this across, do you
11  have the likely Sell In as 28.9 million, almost 29
12  million?
13      A.  Yes.
14      Q.  And that was -- that was no different,
15  right, that was no change versus the 8 and 8+ from
16  the year before, correct?  That's in the line 13 --
17  row 13 compares to the 8/8+?
18      MR. KRAMER:  Objection to form.
19      THE WITNESS:  This is year over year.  So
20  you need to keep in mind, again, that it shows zero
21  percent.  It shows that we would be selling the same
22  amount of XR versus 8 and 8+.
23      But the 8 and 8+ the prior year would have
24  been in the market for 90 days.  And in the case of
25  the XR, it will -- it would have been in the market

Page 128

1  for, like, 65 days only.  Because it was launched in
2  the -- at the end of October as opposed to the end
3  of September.
4      So the year over year percentages, you need
5  to keep in mind that we are comparing products that
6  were launched at different times.
7  BY MR. PFEFFERBAUM:
8      Q.  Okay.  And in this case, you're saying the
9  8/8+ launched earlier in the year?
10      A.  They launched at the end of September.
11      Q.  Yeah.  And so you are projecting in the
12  likely case, unbrickings of 20 million, correct?
13      MR. KRAMER:  Objection to form.
14  BY MR. PFEFFERBAUM:
15      Q.  You're projecting XR unbrickings of 20
16  million in the likely case; is that correct?
17      A.  Yes.
18      Q.  Right.  And that would be 25 percent below
19  8/8+ on a year over year comparison, correct?
20      A.  Again, you're comparing 90 days for the 8
21  and 8+ and 65 days for the XR.
22      Q.  Okay.  And then moving across row 12 to the
23  low case.
24      A.  Hm-hmm.
25      Q.  You're projecting a low Sell In of

**Page 125..128**

Highly Confidential

Page 129

1 22.3 million, correct?

2     A. Yes.

3     Q. And a low unbricking of 14.6 million?

4     A. Yes.

5     Q. And then if you move over to the right of

6 this spreadsheet where it says, "Likely to Low

7 Bridge."

8     A. Yeah.

9     Q. All the way to the right, not the -- coming

10 out of the spreadsheet --

11     A. Yeah.

12     Q. You see there's some explanations over here

13 that say, "SI Range," "UB Range" and "Driver"?

14     A. Yep.

15     Q. Right. Do you see the line that has "N84"

16 in it?

17     A. Yep.

18     Q. So it indicates that the likely to low

19 bridge for Sell In and unbricking is driven by

20 demand, not supply, correct?

21     A. Yes.

22     Q. And that's consistent with what we talked

23 about earlier that the low case for the N84 was a

24 demand driven case and not a supply gated case,

25 correct?

Page 130

1     A. Yes.

2     Q. If you could turn a couple of pages, I'm

3 looking at document that says, "N84UB Range

4 Summary," and in the bottom right corner it's 895.

5     A. Yeah.

6     Q. Have you seen this document before?

7     A. No, I don't remember this document.

8     Q. This is sort of an unusual looking

9 document, isn't it?

10     MR. KRAMER: Objection to form.

11     THE WITNESS: This is a fairly typical

12 format for the SDM organization. This is not like a

13 finance document. This is a supply demand

14 management document.

15 BY MR. PFEFFERBAUM:

16     Q. So you think --

17     MR. KRAMER: Hold on.

18     THE WITNESS: Quite typical of that

19 organization.

20 BY MR. PFEFFERBAUM:

21     Q. So you believe that someone in Mr. Conroy's

22 department probably made this document?

23     A. Yes, that would be -- if I were to guess,

24 that would be my guess.

25     Q. My initial question to you was, did you

Page 131

1 make this document? But it sounds like you did not

2 make this document.

3     A. No, I didn't make this document. And I

4 don't believe that my organization made this

5 document because these are -- you see here, all the

6 numbers that you see on this chart are unit numbers.

7 There's no dollar numbers on this chart.

8     Q. So, do you see the "Current Range

9 Projection" in row 13?

10     A. Yeah.

11     Q. So row 14 says, "5.8 million to

12 22.7 million."

13     And it says next to that, "AOS Preorders

14 (5c curve) as of 10/25."

15     What's your understanding of what that

16 range projection represents?

17     MR. KRAMER: Objection to form.

18     THE WITNESS: I have no idea. I have no

19 idea. This is a good question for somebody like

20 Donal.

21 BY MR. PFEFFERBAUM:

22     Q. Right. Would you have -- do you believe

23 you would have asked at the time you reviewed these

24 slides in a meeting on or around October 26 what

25 that represented?

Page 132

1     MR. KRAMER: Objection to form.

2     THE WITNESS: I would have to go back to

3 that day. I don't -- I wouldn't be able to tell you

4 one way or the other.

5 BY MR. PFEFFERBAUM:

6     Q. Okay. Well, looking at that line in row

7 15, which has another range, "5.2 million to

8 20.3 million."

9     A. Yeah.

10     Q. And it says, "AOS Preorders (5c curve) as

11 of 10/26."

12     Do you have any reason to believe that

13 that's not an unbricking range based on the AOS

14 pre-orders as specified by those two days?

15     A. I think --

16     MR. KRAMER: Hold on. I'm sorry.

17 Mr. Maestri, you have to let me object. Please.

18 Objection to form.

19     Go ahead, sir.

20     THE WITNESS: I would have -- if I had

21 asked that question about this line, I would have

22 asked what is the meaning of "5c curve," because I

23 don't know what that means.

24 BY MR. PFEFFERBAUM:

25     Q. You -- earlier you talked about -- well,

Luca Maestri                                    Highly Confidential                       In re Apple Inc. Securities Litigation

Page 133

1 the 5c is a phone Apple sold at one point in time,
2 correct?
3      A.  5c.  I don't believe so.
4      Q.  No?  It wasn't a budget phone that Apple
5 sold?
6      A.  Could be.  You probably know better than I
7 do.  I thought we had an iPhone 5.  Oh, a 5c.
8 That's true.  There was a 5c and a 5s.
9          So I don't know.  They were taking a 5c
10 curve from many years ago, I don't know why.
11     Q.  So the 5c was also a lower tier phone that
12 came in multiple colors.
13     A.  I see.  Okay.
14          MR. KRAMER:  Sorry.  Are you representing
15 that, Mr. Pfefferbaum?  Or are you asking him?
16 BY MR. PFEFFERBAUM:
17     Q.  I'm representing that support.apple.com
18 shows the 5c as a lower tier phone in five colors.
19     A.  Okay.
20     Q.  Okay.  Do you see that the -- you would
21 agree that the middle point of both of those ranges
22 in line 14 and line 15 would be below 20 million,
23 correct?
24     A.  Here it's an extrapolation based on AOS
25 pre-orders.  As I mentioned to you, AOS pre-orders,

Page 134

1 our entire -- forget about the pre-orders -- but our
2 entire AOS business is less than ten percent of the
3 total.
4      Q.  But this isn't projecting just AOS
5 unbrickings, right, this is projecting N84
6 unbrickings globally, correct?
7          MR. KRAMER:  Objection to form.
8          THE WITNESS:  Based on AOS pre-orders.  So
9 based on a very weak signal of demand.
10 BY MR. PFEFFERBAUM:
11     Q.  All right.  So what about the line 17, the
12 16.6 million unbrickings implied by 22.1 million
13 mBS?  Would that be a stronger signal, the
14 unbrickings implied by 22.1 million mBS?
15         MR. KRAMER:  Objection to form.
16         THE WITNESS:  UB implied by 22.1 million
17 mBS.  I'm not sure what mBS means.  So I wouldn't be
18 able to answer.
19 BY MR. PFEFFERBAUM:
20     Q.  You're not familiar with min BOB SIF?
21     A.  It's a term that is used in the supply
22 demand management organization.
23     Q.  Have you heard mBS defined as the minimum
24 business on the books for Sell In forecast?
25     A.  Hm-hmm.

Page 135

1      Q.  So do you have an opinion as to whether the
2 UB implied by the mBS is a stronger signal than the
3 range that was implied by or based upon the AOS
4 pre-orders?
5      A.  Certainly, but -- but still not a complete
6 signal because it's the -- this is the number of
7 orders, the 22.1 million is the number of orders
8 that we have on the books at some point in the
9 quarter.
10         So I don't know -- I don't remember what
11 this thing was, October 26th.  So again, it wasn't
12 reflective of all the orders that we're going to be
13 getting during the course of the quarter.
14     Q.  Okay.  What about the 15.4 million that was
15 based upon the partner Sell Through forecast?
16         MR. KRAMER:  Objection to form.
17 BY MR. PFEFFERBAUM:
18     Q.  Was that a stronger or weaker signal that
19 the 22.1 million mBS projection?
20         MR. KRAMER:  Objection to form.
21         THE WITNESS:  I wouldn't know.  I wouldn't
22 know if it's stronger or weaker.
23 BY MR. PFEFFERBAUM:
24     Q.  Do you understand what the next row means,
25 row 19, that says, "14.6 million, All Channel

Page 136

1 Projection (high)"?
2      A.  No, I don't know what that -- what that
3 "All Channel Projection" means.
4      Q.  What about -- okay.
5      A.  And how it was calculated and what was
6 driving those numbers.
7      Q.  And same for "All Channel Projection
8 (low)"?
9      A.  Yeah.
10     Q.  It's listed here in row 16, and we just
11 looked at it on that spreadsheet earlier, your --
12 the likely unbrickings for the N84 was 20 million,
13 right?
14         MR. KRAMER:  Objection to form.
15         THE WITNESS:  Row 16, current likely, 20
16 million.
17 BY MR. PFEFFERBAUM:
18     Q.  Yeah.
19     A.  N84 unbricks.
20     Q.  Did you -- did you have any conversations
21 in connection with this slide that the projections
22 in row 17, 18, 19 and 20 were all lower than the
23 current likely?
24     A.  I don't remember.
25         MR. KRAMER:  Objection to form.

Page 133..136

Luca Maestri                                          In re Apple Inc. Securities Litigation

Page 137

1  BY MR. PFEFFERBAUM:
2      Q.  You don't disagree that the projections in
3  lines 17, 18, 19 and 20 are all lower than the
4  likely?
5          MR. KRAMER:  Objection to form.
6          THE WITNESS:  The numbers on this chart
7  show that -- you know, you had some potential ranges
8  that would have been higher, say for example the 5c
9  curve as of 10/25 or 10/26 at the higher end of the
10  range, and some of them are lower.
11  BY MR. PFEFFERBAUM:
12      Q.  Sure.  The ones based on the 5c curve could
13  have also gotten you to 5.2 and 5.8 million, right?
14      A.  That's what the chart says.
15      Q.  Okay.  Do you believe that you would have
16  reviewed this chart in a meeting on October 26th
17  based on its inclusion in these slides?
18      A.  I don't remember.  And I do not know if
19  this was included in the charts that were discussed
20  during the meeting.
21          MR. PFEFFERBAUM:  All right.  I'm going to
22  introduce what's going to be Maestri 7.
23          (Whereupon, Exhibit 7 was marked for
24          identification)
25  ///

Page 138

1  BY MR. PFEFFERBAUM:
2      Q.  For the record, Maestri 7 is an e-mail from
3  Rob McDowell, subject line, "iPhone launch Update -
4  10/26," received Friday, October 26th, 2018.
5          Bears Bates stamp APL-SECLIT_00284425 to
6  427.
7          And it was sent to Tim Cook, Jeff Williams,
8  Angela Ahrendts, Luca Maestri, and a number of other
9  individuals at Apple.
10      A.  Yes.
11      Q.  Mr. Maestri, do you recognize what's been
12  marked Maestri Exhibit 7?
13      A.  I do not remember this specific document,
14  but I was on the distribution list.
15      Q.  And you recognize this format in which it
16  provides an update on various metrics for the new
17  product introduction?
18      A.  Typically when we launch new products we
19  do -- in the very beginning we do frequent updates
20  for those products, and so this is a fairly standard
21  format.
22      Q.  Yeah.  And no reason to believe that you
23  didn't receive this at your Apple.com e-mail
24  address, correct?
25      A.  Correct.

Page 139

1      Q.  Okay.  This is the launch day for the XR,
2  correct, Friday, October 26th?
3      A.  Yes.
4      Q.  And if you look at the bottom of the first
5  page under "All Channels," "Launch to date
6  unbricking is 570K."
7      A.  Yep.
8      Q.  Right?  And then it goes through some
9  metrics here.  "Launch to date Performance (Direct
10  Bookings + Reseller Unbrickings) is 620k."  And it
11  says that's "Negative 64 percent versus 8/8+"?
12      A.  Yes.
13      Q.  Right?  That was not positive news for
14  demand for the XR, was it?
15          MR. KRAMER:  Objection to form.
16          THE WITNESS:  Let me explain this.
17          The minus 64 percent that you see here,
18  again, is one product against two.  So here you're
19  comparing the XR versus two products, the 8 and the
20  8+, so two different form factors.
21          So on that comparison basis, it is down
22  64 percent.
23          But again, when you look at the 64 percent
24  down, if you go to the next page and you go down to
25  the section that says, "Reseller," it states,

Page 140

1  "Launch to date Reseller Unbricks is 228 (324
2  including demos), minus 64 percent versus 8/8+," and
3  then in brackets there is an important element.
4          "L@L," that means, "(Landed at launch minus
5  45 percent)."  That means that they were -- that we
6  have 45 percent fewer units that had landed around
7  the world at that point in time.
8          So you were also -- you also have to take
9  into account that there were fewer units in the
10  channel at that point.
11          And so the velocity that is referred to
12  here, 11 percent, is not terribly dissimilar to the
13  velocity of the 8 and 8+, the 11 percent one year
14  and 17 percent the previous year for those two
15  products.
16  BY MR. PFEFFERBAUM:
17      Q.  You're aware that resellers, certain
18  resellers in China told Apple to stop shipping the
19  XR prior to launch.
20          Are you aware of that?
21          MR. KRAMER:  Objection to form.
22          THE WITNESS:  I do not recall that.
23  BY MR. PFEFFERBAUM:
24      Q.  There was no supply constrain on the XR,
25  was there?

Page 137..140

Luca Maestri                                                    In re Apple Inc. Securities Litigation

Page 141

1        MR. KRAMER:  Objection to form.
2        THE WITNESS:  I do not recall that.
3  BY MR. PFEFFERBAUM:
4     Q.  Okay.  Well, let's look at the body -- you
5  just directed me to the "Reseller" section.
6     A.  Yes.
7     Q.  The bottom of that page, you see the last
8  bullet point says, "Global partners reported lower
9  excitement and awareness versus previous launches.
10  Expecting demand to be generally unconstrained at
11  POS through the weekend."
12        Does that refresh your recollection that
13  demand was unconstrained at resellers for the XR
14  upon launch?
15     A.  Well, it says here that we were expecting
16  the demand to be generally unconstrained.  So it's
17  possible that there were some constraints at
18  different channels around the world.  And this is
19  still an expectation, not an actual.
20        But certainly, that lower part, the lower
21  excitement, but also lower awareness, which was one
22  of the issues that we knew that we needed to work on
23  because it was a new product.
24     Q.  Do you -- was the iPhone XR supply ever
25  constrained, to your knowledge?

Page 142

1     A.  I do not recall.
2     Q.  Coming back to the first page where we were
3  looking, the last bullet point on the first page of
4  that document.
5     A.  Yeah.
6     Q.  It indicates that online sales were down
7  73 percent versus the 8 and 8+, right?
8     A.  Yes.
9     Q.  Retail was down 60 percent versus the 8/8+?
10     A.  Hm-hmm.
11     Q.  Resellers were down 56 percent versus the 8
12  and 8+?
13     A.  Yep.
14     Q.  None of these were positive demand signals,
15  were they?
16        MR. KRAMER:  Objection to form.
17        THE WITNESS:  Again, these percent --
18  you're putting percentages.  These are percentages
19  for one product against two on the first day of
20  sale.
21        So they are -- you cannot draw many
22  conclusions at this point.
23  BY MR. PFEFFERBAUM:
24     Q.  Did you draw any conclusions at this point
25  about demand for the XR?

Page 143

1     A.  I don't think on October 26th.  At some
2  point we did, and we actually -- we took down our
3  forecast for the quarter prior to our earnings call
4  to reflect what we were seeing in the market for all
5  the different products and for all the different
6  geographies.
7        So that as we went through the month of
8  October and we were preparing for the earnings call,
9  we were looking at a low to high range, a wide
10  range.  And then at some point after a few more days
11  of sales for the iPhone XR, we took down the revenue
12  forecast that was then embedded in the guidance
13  range that we presented to investors.
14     Q.  And the primary driver of the reduction in
15  the forecast range was the iPhone XR, correct?
16        MR. KRAMER:  Objection to form.
17        THE WITNESS:  I do not recall specifically.
18  BY MR. PFEFFERBAUM:
19     Q.  Do you recall any other product -- let me
20  rephrase the question.
21        Did any other product have a larger impact
22  on your decision to reduce the forecast than the XR?
23        MR. KRAMER:  Same objection.
24        THE WITNESS:  I think it's unlikely because
25  the iPhone is such a big part of the business and,

Page 144

1  you know, the forecast that we ended up presenting
2  to our investors reflected all the changes that
3  we -- that were known to us at that point.
4  BY MR. PFEFFERBAUM:
5     Q.  You didn't tell investors that your
6  forecast had been reduced internally due to early XR
7  sales, did you?
8     A.  So that I can explain to you what we do
9  when we talk about investors during our investor
10  earnings call.  We spend most of the call to talk
11  about our performance for the month or for the
12  quarter that has ended, so the actual quarter.
13        And when we provide guidance to our
14  investors for the upcoming quarter, we never provide
15  a mid-quarter update about the state of the business
16  during the existing current quarter, and we do not
17  provide information about specific lines of
18  business.
19        Our revenue range that we disclose to the
20  street is the aggregate amount of revenue that we
21  expect to generate during the quarter.  We don't say
22  we expect to grow our phone by "x" or provide
23  ranges.  We provide only the total amount of revenue
24  for the quarter.
25        So there was -- it couldn't have happened

Page 141..144

Luca Maestri                                                    In re Apple Inc. Securities Litigation

Page 145

1  under any circumstances because it never happened
2  before, and it didn't happen afterwards either.
3       **Q.  So --**
4       A.  And again, let me repeat because this is a
5  very important point.
6            We do not disclose during the earnings call
7  what has happened during that quarter.  We only talk
8  about what we expect to accomplish for the entirety
9  of the quarter.  So there was no need and no reason
10 and no precedent for us to tell investors what was
11 happening to our internal forecast during the month
12 of October.
13      **Q.  You didn't tell investors -- so my question**
14 **to you was, you didn't tell investors that your**
15 **forecast had been reduced internally due to early XR**
16 **sales, did you?**
17 **And I think that your response -- you gave**
18 **me a long response, and I appreciate that, but I**
19 **think the response to that is no, you did not tell**
20 **that to investors; is that correct?**
21      MR. KRAMER:  Objection to form.
22      Go ahead, Mr. Maestri you can repeat your
23 answer.
24      THE WITNESS:  What we tell investors during
25 our earnings call is what we expect our revenue to

Page 146

1  be for the current quarter.  We provide a guidance
2  range because our business is not cast in stone.
3            And when we provide that guidance range,
4  which in that quarter was a number between 89 and 93
5  billion, that is a number that, at that point in
6  time when we have the earnings call, we believe
7  we're going to fall within.
8  BY MR. PFEFFERBAUM:
9       **Q.  Do you recall that an investor -- I'm**
10 **sorry, an analyst on that call -- and I'm referring**
11 **to the November 1, 2018, call -- asked you**
12 **specifically about early demand for the iPhone XR?**
13      MR. KRAMER:  You mean the XR?
14 BY MR. PFEFFERBAUM:
15      **Q.  iPhone XR.**
16      A.  I do not recall specifically, but if I had
17 the transcript in front of me, probably that would
18 refresh my memory.
19      **Q.  There's a question from Mike Olson.  "With**
20 **the staggered iPhone launch, were you able to**
21 **discern any impact on the XS and XS Max from buyers**
22 **potentially waiting for the XR, and what if anything**
23 **can we take away from the December quarter guidance**
24 **related to what you're seeing for early demand for**
25 **the XR?"**

Page 147

1       A.  What did I say?
2            MR. KRAMER:  Well, objection to form.  Why
3  don't you put the document in front of him.  It's
4  not a memory test.
5            MR. PFEFFERBAUM:  It's okay.  He --
6            THE WITNESS:  It's a matter of public
7  record.  Can I see it?
8  BY MR. PFEFFERBAUM:
9       **Q.  It's not a memory test.  You didn't**
10 **respond.  Mr. Cook responded.**
11      A.  Okay.
12      **Q.  You --**
13      A.  What did -- then what did Mr. Cook respond?
14      **Q.  At that time, you knew that your forecast**
15 **range had been internally reduced due to early XR**
16 **sales that were below your expectations, correct?**
17      MR. KRAMER:  Objection to form.
18      THE WITNESS:  Am I allowed -- sorry.  Go
19 ahead, Jim.
20      MR. KRAMER:  No, you go ahead.  I objected.
21 Now you get to go, Mr. Maestri.
22      THE WITNESS:  Am I allowed to see what
23 Mr. Cook said?
24 BY MR. PFEFFERBAUM:
25      **Q.  We'll get to this document.  I'll tell you,**

Page 148

1  though.  I'll read it to you.
2       A.  Okay.
3       **Q.  He said, Tim Cook says:**
4            **"Mike, it's Tim.  The XS" -- I'm**
5       **sorry.  "The XS and the XS Max got off to**
6       **a really great start and we've only been**
7       **selling for a few weeks.  The XR, we've**
8       **only had out there for I guess five days**
9       **or so at this point, and so we have very**
10      **little data there.  Usually there is some**
11      **amount of wait until another product**
12      **shows up and look, but in looking at the**
13      **data, on the sales data for the XS and XS**
14      **Max, there's not obvious evidence of that**
15      **in the data as I see it."**
16      **I read that as the transcript reflects it.**
17      MR. KRAMER:  I'm just going to object to
18 the form.  The witness has asked for the transcript.
19 You don't want to share it.
20      Go ahead, Mr. Maestri.
21      MR. PFEFFERBAUM:  Jim, you don't need to
22 editorialize.  You can object to the form.
23      MR. KRAMER:  I'm just being factual.
24      THE WITNESS:  Yeah, I agree with that
25 statement.

**Page 145..148**

Luca Maestri

In re Apple Inc. Securities Litigation

Page 149

1 BY MR. PFEFFERBAUM:

2      Q.  So you had enough data on the XR to reduce
3 your forecast internally by multiple billions of
4 dollars, correct?

5          MR. KRAMER:  Objection to form.

6          THE WITNESS:  The data that we had at that
7 point in time supported a guidance range that went
8 from 89 to 93 billion.  That is the number that we
9 disclosed to our investors because that is the
10 number that at that point in time on November 1 we
11 believed that we would fall within for that quarter.

12 BY MR. PFEFFERBAUM:

13      Q.  And that range was based on the XR
14 pre-order and sales data that you had seen to date,
15 correct?

16      A.  That number was based on all the
17 information that was available to us up to that
18 point, plus our best projections for the rest of the
19 quarter that had different scenarios depending on
20 different potential outcomes.

21          And so we have a low, a likely and a high.
22 So it was the combination of what we had seen so far
23 for different products.  For some of them, we had
24 better visibility than others, because the XS and
25 the XS Max had been in the market for more than a

Page 150

1 month at that point.

2          We had less visibility for the XR because
3 the product had been in the market for just a few
4 days, and so we had to extrapolate what would
5 happen.  Not only to the iPhone, but also to all the
6 other lines of business what would happen between
7 November 1 and the end of the quarter.

8      Q.  Weren't you extrapolating what would happen
9 between -- well, withdrawn.  Withdrawn.

10          I'm going to show you -- let me ask you
11 this.

12          Did you have any conversation with
13 Mr. Conroy about the launch of the XR on or around
14 October 26th, the day it went on sale?

15      A.  I don't remember.

16      Q.  Mr. Conroy wrote that "We definitely had
17 some concerns based on pre-orders."

18      A.  Hm-hmm.

19      Q.  "But the wheels fell off on Friday the
20 26th," which was launch day.

21      A.  Hm-hmm.

22          MR. KRAMER:  Objection.  I'm sorry, go
23 ahead, finish Dan.

24 BY MR. PFEFFERBAUM:

25      Q.  Did you -- did you discuss the launch

Page 151

1 performance of the XR with Mr. Conroy on or around
2 the 26th?

3      A.  I don't remember.

4      Q.  Mr. Conroy is the head of the -- of supply
5 demand planning, correct?

6      A.  Yes.

7      Q.  And so it would be his group that's
8 responsible for measuring unit sales, correct?

9      A.  Yes.  For -- not for measuring unit sales.
10 Measuring unit sales is with the sales organization.

11          His responsibility is to collect the supply
12 data from the manufacturing plants, the demand
13 signals from the sales organization, and put
14 together a unit forecast for that specific period.

15      Q.  Mr. Maestri, is it your testimony that the
16 sales of the XS on launch day were not
17 disappointing?

18          MR. KRAMER:  Objection to form.

19          THE WITNESS:  The XS?

20 BY MR. PFEFFERBAUM:

21      Q.  I'm sorry.  The X -- I apologize.

22          Is it your testimony that the sales of the
23 XR on launch day were not disappointing?

24          MR. KRAMER:  Same objection.

25          THE WITNESS:  For us, it's very difficult

Page 152

1 to conclude something at the end of the first day of
2 any product launch.  So we don't draw conclusions
3 that quickly.

4          At the end of this product cycle, the XR
5 was the top selling phone that we had during --
6 during that fiscal year by a large amount.

7          So, I don't know what you mean by
8 disappointing.  It's -- we don't think about our
9 business based on one day of sales.  We have -- we
10 launched -- just to give you an example, we launched
11 these products into 160 markets around the world.
12 The first day of sale covers maybe 30 or 40 markets,
13 no more than that.

14          So in order for us to have a really good
15 sense for how any product is going to perform, we do
16 not drive conclusions too quickly.  We just want to
17 see over a longer period of time how the product
18 does.

19          We also know from experience, and from the
20 fact that fortunately we've done well over the
21 years, that we have a lot of levers in our business,
22 that if a product starts selling slowly, there's a
23 lot of things that we can do to change that
24 trajectory.

25          And so, again, reaching conclusions after

Luca Maestri

In re Apple Inc. Securities Litigation

Page 153

1 24 hours of orders is not the right thing to do.

2 BY MR. PFEFFERBAUM:

3    Q. So is it your testimony, then, that you
4 were not disappointed by sales of the XR on launch
5 day?

6    A. I could not reach a conclusion one way or
7 another after the 24 hours of sales.

8    Q. Did you reach -- did you have any reaction
9 to the sales results from the first day of the XR?

10    A. I need to go back -- if you give me a
11 second I'm trying to go back in time. And I don't
12 remember exactly, but I am sure that, as we always
13 do in our business, we -- you know, we went -- you
14 know, tried to look for additional information
15 beyond what we were getting from that initial
16 report.

17    Q. What type of additional information would
18 you be looking toward or would you be looking to?

19    A. For the specific XR launch in general
20 you're saying, or more in general? For the specific
21 XR launch?

22    Q. Correct.

23    A. For example, we would want to know, you
24 know, we would want to get additional information at
25 the market level, in the markets where the product

Page 154

1 was launched, trying to get some sense for customer
2 response.

3    We were trying to make -- I remember now at
4 that time we were trying to understand what was
5 happening with product reviews. And the product
6 reviews on the XR, and you can easily find those,
7 were all incredibly positive about the product,
8 about the value of the product, about the features
9 that were included in the phone.

10    And so we were also thinking that through
11 additional marketing and advertising of the phone,
12 the fact that the product reviews were strong would
13 help us for the rest of the -- for the rest of the
14 cycle.

15    Q. You didn't tell investors that you were
16 considering the strength of product reviews in
17 setting your forecast, did you?

18    MR. KRAMER: Objection to form.

19    THE WITNESS: We do not provide specific
20 information around what makes our forecast what it
21 is. We tell our investors what we think our
22 forecast is going to be. We then report actual
23 results and we explain the results once the results
24 are in.

25    What we do when we talk about revenue

Page 155

1 guidance, and we talk about the output for the
2 quarter, we provide a range for revenue and a range
3 for gross margins.

4    And, but it's possible that we may have
5 provided qualitative color around some of the
6 products, I don't remember that. But it's possible
7 that we may have said something about -- about the
8 initial -- we do talk about initial customer
9 response at times, and so it's possible we may have
10 said that, or something along those lines.

11    MR. KRAMER: Mr. Maestri, I'm sorry. We've
12 been going a little over an hour. Are you ready for
13 a break?

14    THE WITNESS: Yeah, let's take a break.

15    MR. PFEFFERBAUM: This is a fine place to
16 take a break. We can go off.

17    MR. KRAMER: Take ten minutes.

18    APTUS VIDEO TECHNICIAN: The time is 1:45.
19 We're going off the record.

20    (Recess taken)

21    APTUS VIDEO TECHNICIAN: The time is 1:59.
22 We're back on the record.

23    MR. PFEFFERBAUM: Welcome back,
24 Mr. Maestri.

25    I'm going to put what's been -- going to be

Page 156

1 marked Maestri Exhibit 8 in the chat for you to take
2 a look at.

3    (Whereupon, Exhibit 8 was marked for
4     identification)

5 BY MR. PFEFFERBAUM:

6    Q. For the record, Maestri 8 is an e-mail from
7 Saori Casey to Tim Cook, cc'ing Luca Maestri and
8 others from Friday, October 26th, 2018, subject line
9 "Re: Unit Ranges."

10    It has Bates number APL-SECLIT_00099223 to
11 225.

12    A. Okay.

13    Q. Did you review what's been marked Maestri
14 Exhibit 8 in your prep for today?

15    A. I believe so.

16    Q. And you recognize this as an e-mail to
17 you -- I'm sorry, from Saori Casey to Mr. Cook,
18 cc'ing you and Mr. Parekh and Mr. Conroy?

19    A. As we go through our earnings prep, this is
20 a document that gets prepared fairly frequently, not
21 daily, but maybe a couple times a week. This is
22 part of our regular process.

23    Q. So no reason to believe you didn't receive
24 this particular one on Friday, October 26, 2018,
25 correct?

Luca Maestri

In re Apple Inc. Securities Litigation

Page 157

1    A.   That is correct.
2       Q.   And you see that this is -- Ms. Casey sends
3   this at nearly midnight, right about 11:30 p.m., on
4   Friday October 26th, which was XR launch day,
5   correct?
6       A.   Yes.
7       Q.   And looking at the attached "Q1 '19 P&L
8   Dashboard."
9       A.   Hm-hmm.
10      Q.   Is it correct that this dashboard has
11   comparisons between the P&L dashboard from
12   October 23rd to the one on the 26th; is that
13   correct?
14      A.   That's column I and column J.
15      Q.   Right.  And column L and column N also,
16   correct?
17      A.   Correct.  No, sorry.  See, they are
18   different -- they are on those dates, but I think
19   that the assumptions that went into that -- into
20   column L and column N may be different.
21      One says, "Low Case."  The other one says,
22   "Low iPhone" and "Likely Rest."
23      Q.   Got you.  Focusing on columns I and J, that
24   would be the change in the "Current Likely" between
25   October 23rd and October 26th, correct?

Page 158

1    A.   That's correct.
2       Q.   And the key -- well, the difference between
3   the expected revenue for 1Q '19 came down from 96
4   and a half billion on October 23rd to 93.3 billion
5   on October 26th, correct?
6       A.   Yeah.
7       Q.   And that was on account of the XR launch
8   data, correct?
9       MR. KRAMER:  Objection to form.
10      THE WITNESS:  I cannot conclude that.  I
11   can see from this spreadsheet here that the vast
12   majority of the reduction comes from iPhone, and
13   it's a combination of iPhone unit reductions and
14   iPhone ASP reduction.
15      From this document I am not -- I cannot
16   conclude that.
17   BY MR. PFEFFERBAUM:
18      Q.   Can you just point to me, Mr. Maestri,
19   where you see the ASP -- oh, are you referring to
20   line -- row 4?
21      A.   Yeah, row 4.  It goes from 835 to 827, from
22   10/23 to 10/26.  So a portion of the revenue decline
23   is a reduction in ASP.  And then there's a reduction
24   of 3.4 million units on the iPhone.
25      The other lines that I see here, the Mac is

Page 159

1   fairly unchanged.  The iPad is fairly unchanged.
2   The Watch is a slight reduction, but fairly
3   unchanged.  But then here, it doesn't add up because
4   we don't see the services revenue.  So I don't know
5   what happened to services revenue there.
6      But the vast majority was on the iPhone.
7       Q.   And are you aware of any event that would
8   have brought the 1Q '19 forecast down $3 billion
9   between October 23rd and October 26th, besides the
10   launch of the XR?
11      MR. KRAMER:  Objection to form.
12      THE WITNESS:  We -- we call it -- we would
13   have to go back and look at how the forecast
14   changed.
15      I would have to go back and look at
16   documents that show what -- you know, where the
17   changes came from.  Because, you know, on the
18   iPhone, for example, in our -- for the lineup, we
19   have -- at any point in time, we have six or seven
20   or more models of iPhone.  And so a number of lines
21   might have changed.
22      It's verifiable, I'm sure.
23      I'm sorry.  Now that I've looked at the
24   chart, I'd mentioned something about services.  But
25   services is listed on line 53, and it really didn't

Page 160

1   change.
2      So the services didn't have an impact on
3   the reduction in revenue.
4   BY MR. PFEFFERBAUM:
5       Q.   Mr. Maestri, I'm going to ask that you take
6   a look at what I've just marked as Maestri
7   Exhibit 9.
8       A.   Is it a new document that's going to come
9   down?
10      Q.   Yes.  I just put it in the chat.
11      (Whereupon, Exhibit 9 was marked for
12   identification.)
13   BY MR. PFEFFERBAUM:
14      Q.   Is there somebody printing these documents
15   for you, Mr. Maestri?
16      MR. KRAMER:  Yeah, Counsel -- I'll just
17   tell you, Mr. Pfefferbaum.  Counsel is hitting print
18   for Mr. Maestri.  So, just as an efficiency matter,
19   we're just hitting print for him.
20   BY MR. PFEFFERBAUM:
21      Q.   Okay.  And just to confirm, there's no one
22   in the room with you, right?
23      A.   Oh, no.  It just comes out.
24      MR. KRAMER:  Yeah, and he testified to that
25   before.

Luca Maestri                                                    In re Apple Inc. Securities Litigation

Page 161

1  BY MR. PFEFFERBAUM:
2     Q.  No problem.  No problem.  In the old days,
3  I'd be sitting in your conference room right now, or
4  you could be -- I could be hosting you here at fine
5  Robbins Geller Rudman & Dowd.
6        MR. KRAMER:  I'm sure Mr. Maestri is
7  disappointed that he's not with you in person.
8        THE WITNESS:  Okay.
9  BY MR. PFEFFERBAUM:
10    Q.  Mr. Maestri, let me just put it on the
11  record.  Maestri 9 is an e-mail from Tim Cook to
12  Saori Casey, cc'ing Luca Maestri and others.
13  Subject line "Unit Ranges," from October 27th, 2018,
14  with Bates number APL-SECLIT_00151138.
15        Mr. Maestri, do you recall receiving this
16  e-mail from Mr. Cook at the top which says, "I
17  mistakenly looked at the old guidance range
18  previously.  This is obviously a disaster"?
19    A.  I am sure I received it and I read it.  I
20  don't remember doing that, but I'm sure I did.
21    Q.  What was your reaction when you read it?
22        MR. KRAMER:  Objection to form given his
23  testimony.
24        THE WITNESS:  He -- you know, I cannot
25  comment for Tim.  He was disappointed by the fact --

Page 162

1        MR. KRAMER:  Wait.  Mr. Maestri.  Read back
2  the question, Angela, please.
3  BY MR. PFEFFERBAUM:
4     Q.  I asked what your reaction was,
5  Mr. Maestri, when you got it.
6     A.  To this e-mail?
7     Q.  Yes.  Did you have a reaction when you
8  received this e-mail in October 2018?
9     A.  Well, the reaction is that my
10  responsibility was to work through actions to
11  improve the results.  And so, you know, that was my
12  reaction.
13    Q.  Did you understand Mr. Cook to be referring
14  to the reduced revenue as a disaster?
15        MR. KRAMER:  Objection to form.
16        THE WITNESS:  He had looked at the previous
17  guidance range, which was 93 to 97.  So I believe,
18  although I'm not sure, you would have to ask Tim, he
19  was referring to the fact that the reduction of
20  $4 billion was not a positive thing.
21  BY MR. PFEFFERBAUM:
22    Q.  Right.  He described it as a disaster,
23  correct?
24    A.  Those are his words.
25    Q.  Did you have a similar reaction when you

Page 163

1  saw the reduction in 1Q '19 guidance of $4 billion,
2  approximately?
3     A.  I don't remember.  But again, when you look
4  at column J, our likely after that reduction,
5  significant reduction in our forecast, we were still
6  looking at a $93.3 billion revenue, which was a six
7  percent growth for the company.  And the
8  $93.3 billion at that point would have been an
9  all-time record for the company.
10        So I wish those were the disasters in life.
11    Q.  Did you tell Mr. Cook that you didn't view
12  it as a disaster?
13    A.  My job is to work on improving our
14  financial performance.  And so that's -- that is
15  what I was focused on.
16    Q.  How often does Mr. Cook describe situations
17  that you work on with him as disasters?
18    A.  I don't -- I don't know how to answer that
19  question.  It happens at times.
20    Q.  Can you think of another time in which
21  Mr. Cook has written you an e-mail about your
22  financial guidance and stated this is obviously a
23  disaster?
24        MR. KRAMER:  Objection to form.
25        THE WITNESS:  I can't recall a specific

Page 164

1  document, but we've had situations while I was here
2  when our revenue, for example, declined on a year
3  over year basis.
4        I can go back into 2016, for example, was a
5  period when our revenue declined.  In this case it
6  wasn't declined.
7  BY MR. PFEFFERBAUM:
8     Q.  2016 was the last time you can recall that
9  Mr. Cook referred to a forecast update as a
10  disaster?
11        MR. KRAMER:  Objection to form.
12        THE WITNESS:  I didn't say it was the last
13  time.  You know, I cannot go back years and years
14  and tell you exactly when he used a specific word.
15  It's beyond my memory.
16        MR. PFEFFERBAUM:  I'm going to put in the
17  chat what will be marked Maestri 10.
18        (Whereupon, Exhibit 10 was marked for
19        identification)
20        THE WITNESS:  Yes.
21  BY MR. PFEFFERBAUM:
22    Q.  If you can take a look at that document,
23  Mr. Maestri.  And I'll just put on for the record,
24  Maestri 10 is an e-mail from Donal Conroy to Tim
25  Cook, Luca Maestri, Jeff Williams, cc'ing other

Luca Maestri                                    In re Apple Inc. Securities Litigation

Page 165

1 Apple employees.  Subject line "Unit ranges," dated
2 October 27, 2018.
3        And it's got Bates number
4 APL-SECLIT_00284436 to 439.
5        MR. KRAMER:  Dan, until just then, I
6 thought that was a fake background behind you.  And
7 now you grabbed a pencil from it.  It just freaked
8 me out.
9        MR. PFEFFERBAUM:  That is my messy office
10 behind me.
11       MR. KRAMER:  I literally thought that was a
12 fake background until you reached back and grabbed a
13 pencil.
14       MR. PFEFFERBAUM:  I have got my stack of
15 old lawyer shirts up there.
16       MR. KRAMER:  That's so funny.  Wow.  That's
17 cool.
18       THE WITNESS:  Okay.
19 BY MR. PFEFFERBAUM:
20    Q.  Mr. Maestri, do you recognize the e-mail
21 that's been marked Exhibit 10 as one sent to you by
22 Mr. Conroy?
23    A.  Yes.  I don't remember reading it at the
24 time, but I'm sure I did.
25    Q.  And no reason to believe that you didn't

Page 166

1 get this as part of your forecast review process
2 that we've been talking about, correct?
3    A.  I'm sure I received it because I'm in the
4 distribution list.
5    Q.  Yep.  Do you see that Mr. Conroy starts by
6 saying, "Tim, Below is a summary of our latest
7 Likely and Low guidance ranges we reviewed with Luca
8 yesterday evening"?
9        Does that jog your memory at all?
10       Does that refresh your recollection at all
11 as to a meeting that you had with Mr. Conroy on the
12 evening of Friday, October 26th?
13    A.  I don't remember the meeting.  But I have
14 no doubt that it happened.
15    Q.  Okay.  And then it says, "Deltas are
16 compared to the P&L units reviewed with you on
17 10/16."
18    A.  Yes.
19    Q.  So that would indicate these are the
20 changes that have occurred since the last 10 --
21 October 16th review; is that correct?
22    A.  Yeah.
23    Q.  Yeah.  And so for on the iPhone for the
24 Likely scenario, right, the bolded entry says, "Sell
25 In decreased by 3.1 million driven by N84 demand,"

Page 167

1 which says, "(minus 3.2 million), partially offset
2 by stronger sustaining demand (plus .5 million)."
3    A.  Yeah.
4    Q.  Right.  So the reduction in Sell In was a
5 product of lower than expected demand for the XR,
6 correct?
7    A.  Lower than the previous forecast for XR.
8    Q.  Right.  By -- and it was a reduction by
9 3.2 million, correct?
10    A.  Yeah, which was partially offset by half a
11 million from other products.
12    Q.  Right.  And that in the next paragraph
13 right below, it indicates that, in the bold there,
14 "Sell In decreased by 7.1 million driven by N84,"
15 and then in open parens, "(minus 7.9 million),
16 partially offset by increases in sustaining."
17       Do you see that?
18    A.  Yeah.
19    Q.  And so again, you're reducing the XR Sell
20 In by 7.1 million on account of weak demand for the
21 product, correct?
22    A.  At the low end of the range.
23    Q.  Yes.  And then Mr. Conroy writes,
24 "Obviously these numbers are an extreme problem and
25 mainly hinge on the XR performance."

Page 168

1        Do you see that?
2    A.  Yeah.
3    Q.  Are you aware of a decrease in the forecast
4 for the Sell In of an iPhone model of greater than
5 7.1 million units at the low end?
6        MR. KRAMER:  Objection to form.
7        THE WITNESS:  What, in the past?
8 BY MR. PFEFFERBAUM:
9    Q.  Correct.
10    A.  It's quite possible.  I -- but I don't
11 remember specifics.
12    Q.  You can't -- you don't remember -- you
13 can't identify a time in which you ever decreased
14 the Sell In on a new iPhone model by more than
15 7.1 million units at the low end, can you?
16    A.  I cannot exclude it.
17    Q.  Okay.  Can you identify another model in
18 which you've reduced the Sell In by more than
19 7.1 million units at the low end?
20    A.  Not right now.  I would have to go back and
21 look at the files.
22    Q.  You see the next bullet point down says,
23 "Our current range for XR based on the early
24 unbrickings and historical trends is 10.7 million to
25 14.6 million."

Page 165..168

Luca Maestri                                                  In re Apple Inc. Securities Litigation

Page 169

1    A.  Hm-hmm.

2    Q.  "We are currently assuming 4.6 million
3  (sic) in the Low case (details in the first chart
4  below)."

5       I'll just reference you to that.  That's
6  the last page of the document.  We -- you recall we
7  looked at this document earlier, and we discussed,
8  for example, the 5c curves?

9    A.  Yeah.

10    Q.  Yeah.  And it appears, again it -- looking
11  at the first page of the document when he says --
12  refers to the 10.7 million to 14.6 million, that
13  appears to line up on the last page with those two
14  All Channel Projections.

15       And I'm looking at rows 19 and 20.

16    A.  Yeah.

17       MR. KRAMER:  I'm sorry.  Which exhibit are
18  you looking at?

19       MR. PFEFFERBAUM:  We're all in Exhibit 10,
20  Jim.  I was just looking at the first and last page.

21       MR. KRAMER:  Got it.  Got it.  Got it.
22  Thank you.

23       MR. PFEFFERBAUM:  And I was just pointing
24  out to Mr. Maestri that the last page is one we
25  already spent some time on in another exhibit.

Page 170

1  BY MR. PFEFFERBAUM:

2    Q.  Are you aware of any other time in which --
3  well, let me change that.

4       Is it accurate, then, that the current
5  range for XR unbrickings, the high was actually
6  14.6 million?

7       MR. KRAMER:  Objection to form.

8       THE WITNESS:  So I'm reading these
9  documents.  At this point, Donal says that we were
10  assuming 14.6 million unbricks in the low case, and
11  he's saying that there is a lot of uncertainty
12  around the product.  Obviously it's only the second
13  day of sale.  And he says we expect it was going to
14  be a slow starter, and we are struggling with the
15  fact that the reviews are -- the product reviews are
16  very good, but the results are low.

17       So there's this uncertainty because we are
18  not understanding after two days of data what is the
19  right trajectory for this product.

20  BY MR. PFEFFERBAUM:

21    Q.  Right.  And Mr. Conroy is saying that based
22  on the early unbrickings and your historical trends,
23  what you're projecting for XR unbrickings was
24  10.7 million to 14.6 million, correct?

25    A.  What he's saying is that, you know, this

Page 171

1  would be historical trends.  And as I've explained
2  earlier, this is a different product than in the
3  past.

4       And so we are trying to figure out what is
5  the right level for this product because historical
6  curves don't help us very much.

7    Q.  Right.  So you have -- in your P&L you had
8  14.6 million as the low case, right?

9    A.  That's what it says here.

10    Q.  Right.

11    A.  Well, sorry.  Let me rephrase it.

12       The P&L doesn't include -- doesn't take
13  into account unbricks.  So it would have to be the
14  number, the Sell In number that is associated to
15  this 14.6 million because the unbricks are not part
16  of the P&L.  We report revenue on a Sell In basis,
17  not on a demand basis.

18    Q.  Okay.  Did you have discussions with
19  Mr. Cook or Mr. Conroy or Mr. Parekh about the
20  decision to use the 14.6 million figure for the XR
21  unbrick?

22       MR. KRAMER:  Objection to form.

23       THE WITNESS:  I do not recall that, but
24  when I look at this, at the chart that you showed me
25  earlier, my conclusion from this chart is that we

Page 172

1  had a partner Sell Through forecast that would have
2  come through at 15.4.  So higher than 14.6.

3       And then the unbricks implied by the
4  bookings at that point of the quarter was an
5  unbricks of 16.6.  So 14.6 doesn't seem an
6  unreasonable outcome.

7  BY MR. PFEFFERBAUM:

8    Q.  But that was your low case?

9    A.  Yeah.  And I had orders that would imply
10  16.6 million unbricks on October 27th.

11    Q.  But your --

12       MR. KRAMER:  Let's let him finish.

13       THE WITNESS:  Well before the end of the
14  quarter --

15       MR. KRAMER:  I'm sorry, Mr. Maestri.  Let's
16  let Mr. Maestri finish.

17       MR. PFEFFERBAUM:  I'm sorry.  Go ahead.

18       MR. KRAMER:  Go ahead, Mr. Maestri.

19       THE WITNESS:  Well before the end of the
20  quarter I had orders of 22.1 million, which implied
21  unbricks of 16.6.  This was on October 26 -- 27.

22       I had a partner forecast of Sell Through
23  that's at 15.4.  So 14.6 doesn't seem unreasonable.

24  BY MR. PFEFFERBAUM:

25    Q.  What about the -- what about 20 million,

Luca Maestri

In re Apple Inc. Securities Litigation

Page 173

1  your current likely, how do you get there?
2      A.  I think that you get there with a number of
3  things.  One, that we have only two days of data,
4  two, that we know that this is not a product for
5  early adopters, so we were expecting that people
6  would go to the stores, see the different colors,
7  compare the XR versus the two other phones.  The XR,
8  by the way, was priced between $250 and $350 less
9  than the two other versions.  The product reviews
10  were very good.  And we know that we always have
11  levers to improve our sales.
12      So we were going to work on a number of
13  actions to improve that low number.
14      Q.  Why aren't any of those actions reflected
15  here in an estimate that's higher than 16.6 million?
16      A.  Because the 16.6 million are the orders
17  that we have on our books at the end of October.  So
18  we are missing two months of orders from this
19  number.
20      Q.  Well, Mr. Maestri, these are implied
21  quarterly figures, correct?  You're not -- they are
22  not suggesting that there was going to be two more
23  months of orders on top of this, are you?
24      A.  I don't know.  Are you saying that?
25      Q.  I thought I just heard you say that.

Page 174

1      A.  I think that this, the 22.1 million was the
2  number of bookings that we had at that point in
3  time.
4      Q.  Do you know that or are you interpreting
5  that based on reading the document today?
6      A.  I'm interpreting from reading the document
7  today.
8      Q.  You didn't dispute -- I'm looking at the
9  first page of that document.  You didn't dispute
10  Mr. Conroy's characterization of the numbers being
11  an extreme problem hinging on the XR -- the XR
12  performance, did you?
13      MR. KRAMER:  Is it Exhibit 10 you're
14  referring to?
15      MR. PFEFFERBAUM:  Yes.
16      MR. KRAMER:  Okay.
17      THE WITNESS:  I -- no, I do not dispute
18  other people's views of something.
19  BY MR. PFEFFERBAUM:
20      Q.  Did you tell Mr. Conroy at the time that
21  you disagreed with his characterization of this as
22  an extreme problem?
23      A.  I do not recall.
24      Q.  Did you tell Mr. Cook that you disagreed
25  with Mr. Conroy's characterization of these numbers

Page 175

1  as an extreme problem?
2      A.  I do not recall that.  I'm sure that I told
3  both Mr. Cook and Mr. Conroy that we were going to
4  work on improving these numbers.
5      MR. PFEFFERBAUM:  I'm going to put another
6  exhibit -- this will be Maestri Exhibit 11.
7      (Whereupon, Exhibit 11 was marked for
8      identification)
9  BY MR. PFEFFERBAUM:
10      Q.  For the record, Maestri Exhibit 11 is a
11  series of further e-mails, subject line "Unit
12  ranges," ending with an e-mail from Kevan Parekh to
13  Donal Conroy, Luca Maestri, Tim Cook and others from
14  Saturday, October 27, 2018.  Bates number
15  APL-SECLIT_00284431 to 433.
16      Mr. Maestri, if you just take a look at
17  this document and let me know when you're ready.
18  I'm anticipating this is a document that you
19  described earlier today in your preparation.
20      A.  I'm ready.
21      Q.  Do you recognize Exhibit 11 that's in front
22  of you?
23      A.  I am certain I received it and I'm certain
24  I read it at the time.
25      Q.  Okay.  And this is a further exchange

Page 176

1  written by Mr. Parekh in continuation of some of the
2  e-mails we looked at before, correct?
3      A.  We looked at the Donal Conroy e-mail to Tim
4  that explained the reduction in iPhone units.  And
5  so then Tim made a number of comments here where he
6  said we cannot drive a conclusion for the quarter
7  using the first day of demand.  And the reality is
8  that it's difficult to use historical curves because
9  the XR didn't have historical launch.  So that the
10  launch was later and it didn't have a predecessor
11  product.  So he was asking for some comparisons.
12      And then he goes on to say at this point on
13  a year over year basis we are at zero.  What are the
14  things that we need to do to improve?  And he's
15  making the point that the lineup that we have this
16  year versus the past year is stronger.  And that
17  there are moments later in the quarter that are very
18  important to determine our performance.
19      And he mentions two periods, 11/11, which
20  is the Singles' Day in China, and that's a very
21  important shopping event in the Chinese market.  And
22  then he says that -- as always, with our holiday
23  seasonality, the period between Black Friday, BF, to
24  the end of the year is also very critical for our
25  performance for the entire quarter.

Page 173..176

Luca Maestri                                                    In re Apple Inc. Securities Litigation

Page 177

1    So this -- he's making the point, a lot is
2  still going to happen between now and the end of the
3  quarter, between the 27th of October and the end of
4  the quarter, that we don't have good visibility over
5  because the XR is a brand-new product.  It doesn't
6  have -- we cannot apply historical curves.  And a
7  lot of the big selling days in the quarter are still
8  ahead of us.
9    And what Kevan is saying is that he would
10  send some considerations around what is going on.
11  And I think that is the document that I was
12  referring to this morning where he gives a very good
13  analysis around what is happening, particularly
14  around the XR.
15    And here he's saying, what is underlined
16  here, he says that the low case -- you know, one of
17  the things that we've got to keep in mind for the
18  low case is that because the product is being sold
19  in the market only at the end of October -- there's
20  only two months left to the end of the quarter.
21  There is some risk around that because, you know,
22  we're going to pump a lot of products into the
23  channel.  And there isn't enough time for customers
24  to go to the stores and look at the product and make
25  decisions, and so on.

Page 178

1    And so he's saying, the low case is more
2  driven by this fact rather than a statement around
3  how popular the product is going to be over the long
4  arc of time.
5    **Q.  One of the things that Kevan points out,**
6  **right, is that he says -- and I'm looking in the**
7  **middle paragraph of his e-mail -- "If one of the big**
8  **drivers early on is people needing to see the**
9  **product given the colors, new ID, et cetera..."**
10   A.  Yes.
11   **Q.  "...this product doesn't lend itself to**
12  **online sales and with store traffic being down at**
13  **some partners, this creates further ramp risk."**
14   A.  Hm-hmm.
15   **Q.  Right?**
16    **So he's saying that you need to hold it,**
17  **right?  You need to see the XR in person, right?**
18   A.  Yes.
19   **Q.  And -- but that's -- that's being hampered**
20  **because store traffic is down at some partners,**
21  **right?  So there are fewer people coming into the**
22  **stores?**
23   A.  Yes.
24   **Q.  Do you know what partner store traffic --**
25  **what partners is he referring to where store traffic**

Page 179

1  is down?
2    MR. KRAMER:  Objection to form.
3    THE WITNESS:  I don't know.  It may be in
4  the other document I was referring to, but I don't
5  know.
6  BY MR. PFEFFERBAUM:
7   **Q.  And so you knew that the -- there was --**
8  **that store traffic was down at some partners at this**
9  **time that the XR was launching, correct?**
10   MR. KRAMER:  Objection to form.
11    THE WITNESS:  Yeah.  And -- and the other
12  thing that he's saying here is that, what is really
13  difficult for us to know at this point -- again, is
14  because only two days have passed -- is what is
15  going to be the ultimate mix of iPhone sales.
16    Because it is quite possible that people
17  that are not buying the XR, may be buying up in our
18  range and buying an iPhone X, XS or XS Max, or it
19  could mix down to 8 and 8+.
20    And he says we don't have enough data
21  points yet to discern those trade-offs.  So our
22  wider range reflects some of that uncertainty.
23  BY MR. PFEFFERBAUM:
24   **Q.  You didn't disclose any of that uncertainty**
25  **that you just described to investors on**

Page 180

1  **November 1st, did you?**
2    MR. KRAMER:  Objection to form.
3    THE WITNESS:  I'm going to repeat what I
4  said before.
5    What we disclose to investors during our
6  earnings calls before the earnings call on
7  November 1, 2018, and that earnings call is a
8  guidance range for our aggregate revenue.
9    And we provide a range of potential revenue
10  outcomes that are based on a number of assumptions,
11  so that at the moment we provide that range, we
12  believe that we're going to fall within that range
13  at that point in time.
14  BY MR. PFEFFERBAUM:
15   **Q.  Well, I'll just ask you again.  You didn't**
16  **disclose any of the uncertainties that you described**
17  **reading Mr. Parekh's e-mail to investors on**
18  **November 1st, did you?**
19   MR. KRAMER:  Objection to form.
20    THE WITNESS:  Let me repeat.  All we
21  disclose to investors related to the outlook for the
22  quarter is a revenue guidance range for the total of
23  our business.  We do not provide any mid-quarter
24  updates during our earnings call.
25  ///

Luca Maestri                                                In re Apple Inc. Securities Litigation

Page 181

1 BY MR. PFEFFERBAUM:
2      Q.  When you were asked, though, by an analyst
3 if you -- about demand for the XR, you didn't tell
4 him that you do not provide mid-quarter updates,
5 right?
6      A.  Can I see that document?
7      Q.  Do you recall telling him that you don't
8 recall -- that you didn't provide a mid-quarter
9 update?
10     MR. KRAMER:  Objection to form.
11     THE WITNESS:  If it was a question from an
12 analyst, there must be a document.  I'd like to see
13 it.
14     MR. PFEFFERBAUM:  Okay.  We'll get to that
15 document.  I'm going to mark what's going to be
16 Maestri Exhibit 12.
17     (Whereupon, Exhibit 12 was marked for
18     identification)
19     THE WITNESS:  I have it.
20 BY MR. PFEFFERBAUM:
21     Q.  Okay.  For the record, Maestri 12 is an
22 e-mail from Luca Maestri dated October 27, 2018, to
23 Tim Cook, cc'ing Jeff Williams.  And it has Bates
24 stamp APL-SECLIT_00429314.
25     Mr. Maestri, are you familiar with this

Page 182

1 e-mail which has the subject line "Q1 '19"?
2      A.  I do not remember writing it, but, of
3 course, I wrote it.  And it's here in front of me.
4      Q.  Starting -- you see at the bottom there, it
5 starts with an e-mail from Tim Cook, and it appears
6 to be to you and Mr. Williams.
7      He says, "I need the two of you to play the
8 role I usually play as I will not have the luxury of
9 a number of cycles this quarter."
10     Do you have an understanding of what
11 Mr. Cook was communicating to you when he said, "the
12 luxury of a number of cycles this quarter"?
13     A.  Yeah, I think I -- I don't remember the
14 exact circumstances.  It's possible that he was
15 traveling or that he was otherwise occupied, and so
16 he didn't have the same amount of time that he
17 normally has close to the earnings call to get
18 information from different parts of the
19 organization.  And so he was asking me and Jeff to
20 take that role.
21     Q.  And so how did your role change as a result
22 of Mr. Cook not having the luxury of the number of
23 cycles he usually has?
24     MR. KRAMER:  Objection to form.
25     THE WITNESS:  I worked with -- yes, I

Page 183

1 worked with the team, and I see Kevan and Donal in
2 what I wrote down.
3      So I worked with the sales finance
4 organization, the sales organization, the SDM
5 organization, and with the FP&A group to understand
6 the different assumptions that went into the
7 forecast for us not only on the phone, but you see
8 here also on the other lines of business.
9 BY MR. PFEFFERBAUM:
10     Q.  Were those tasks something you didn't
11 normally do when working on finalizing quarterly
12 guidance?
13     A.  No.  I work on these issues regularly with
14 Tim.  In this case, evidently he was not available,
15 so maybe I took more of a lead this time together
16 with Jeff.
17     Q.  All right.  So looking at your e-mail to
18 Tim from Saturday, the 27th.
19     A.  Yes.
20     Q.  You say, "Tim, The team went through the
21 iPhone numbers with me by sku and geo."
22     "SKU" refers to each individual model; is
23 that correct?
24     A.  Yeah.
25     Q.  And so which team would you have gone

Page 184

1 through those numbers with?
2      A.  This is typically a collective effort
3 between sales, sales finance, SDM and FP&A.
4      Q.  "Their original view was a low of $87
5 billion."  You're referring to Q1 revenue there,
6 correct?
7      A.  Yes.
8      Q.  "Now at $89 billion with a few assumptions,
9 including likely on other LOBs..."
10     A.  Yeah.
11     Q.  So you're -- is it correct, then, after
12 your meeting, the low was raised from 87 to 89
13 billion; is that right?
14     A.  The assumptions that were made to get to
15 the low were different because we concluded that on
16 the other lines of business there was not a lot of
17 uncertainty, and therefore the ranges got
18 compressed.  And essentially, we felt that for iPad,
19 Mac, Watch, we could rely on the likely forecast
20 also for the low case.
21     Q.  Got it.  So were there any other
22 assumptions other than using likely on the
23 non-iPhone lines of business?
24     A.  I don't recall that.
25     Q.  You wrote, "The whole issue is of course

Page 181..184

Luca Maestri                                          In re Apple Inc. Securities Litigation

1 XR, and the potential substitute (sic) by other
2 products."
3      A.  Yeah.
4      Q.  What did you mean there when you said the
5 whole issue?
6      A.  Yeah, it's the uncertainty -- you know, we
7 felt quite certain around the other products and
8 so we -- you know, we really compressed the range
9 for the other products.
10        And on the iPhone, we had the XS and the XS
11 Max in the market already for almost six weeks at
12 that point, so we had a good sense for the
13 trajectory of those two products.
14        And the point of uncertainty was the XR,
15 because the XR had just launched the day before, and
16 again it was a staggered launch, it was a new
17 product, it was not on the shelf yet.  There wasn't
18 a great level of marketing awareness around the
19 product.
20        And so we didn't know not only what the,
21 you know, path of sales for the XR would be, but
22 also we didn't know if there would be a mix shift
23 out of the XR, either on the XS and XS Max, or down
24 to the 8 and 8+, the potential substitution by other
25 products.

1      So that was the area of uncertainty that
2 was there for us at that point in October 27.
3      Q.  What about the uncertainty that came from
4 poor or below expectation pre-orders, was that part
5 of the issue with the XR?
6      MR. KRAMER:  Objection to form.
7      THE WITNESS:  We knew -- that was the part
8 that we knew.  And so that was reflected in numbers
9 already.
10 BY MR. PFEFFERBAUM:
11      Q.  Okay.  So you already accounted for the
12 below expectation pre-orders.  Did you also account
13 for the below expectation first day launch?
14      MR. KRAMER:  Objection to form.
15      THE WITNESS:  We took into account every
16 data point that was available to us at that point.
17 So we also took into account the first day of sale.
18 BY MR. PFEFFERBAUM:
19      Q.  Right.  Did you take into account that the
20 Chinese resellers were threatening to refuse
21 additional XR shipments or not pay for XR shipments
22 if they were made?
23      MR. KRAMER:  Objection to form.
24      THE WITNESS:  I don't remember that.  I
25 don't remember that specific issue.  But, again,

1 we -- in order for us to develop our ranges, we need
2 to do a couple of things.
3      We need to take into account all the
4 information that is available to us at that point.
5 And we need to make projections from that point
6 onwards for the rest of the quarter in order to come
7 up with a likely case for our revenue, and then
8 develop some low and high, high end cases.
9 BY MR. PFEFFERBAUM:
10      Q.  You're aware that the MPS -- you're aware
11 of what the MPS is?
12      A.  Master production schedule.
13      Q.  Yes.  And you're aware that the master
14 production schedule for the XR was reduced on or
15 around November 1st, correct?
16      A.  I don't remember.
17      Q.  Do you have any role in adjustments to the
18 MPS?
19      A.  No.  That is a responsibility that resides
20 with the operations group.
21      Q.  Would Mr. Conroy have informed you in
22 connection with reviewing the iPhone numbers as you
23 described here about conversations or analysis
24 relating to reducing the MPS for the XR?
25      MR. KRAMER:  Objection to form.

1      THE WITNESS:  I do not remember.  But keep
2 in mind that the MPS schedule is a supply schedule,
3 so it -- and it's longer than just existing quarter.
4 So again, it's a supply signal more than a demand
5 signal.
6      MR. PFEFFERBAUM:  Mr. Maestri, the next
7 document I'm going to show you is -- I'm sorry.
8 Hold on a second.
9      I'm putting in the chat the next exhibit
10 which will be Maestri 12.
11      (Whereupon, Exhibit 13 was marked for
12 identification.)
13      MR. KRAMER:  I actually think it's number
14 13, Dan.
15      MR. PFEFFERBAUM:  Thank you, Jim.  Maestri
16 13.
17      MR. KRAMER:  Since you have a 15 exhibit
18 limit, I keep track.
19      MR. PFEFFERBAUM:  After 15 they get gold
20 stars.
21      MR. KRAMER:  Oh, good.
22 BY MR. PFEFFERBAUM:
23      Q.  For the record, Maestri 13 is an e-mail
24 from Saori Casey to Luca Maestri, dated
25 October 29th, 2018, subject, "Re: Materials for

Luca Maestri                                        In re Apple Inc. Securities Litigation

Page 189

1  1:00pm PST Call."  And it has Bates stamp
2  APL-SECLIT_00496647 to 49.
3      Mr. Maestri, let me know when you've had an
4  opportunity to look at that.
5      A.  Yeah.
6      Q.  Can you describe what Exhibit 13 is,
7  please?
8      A.  Exhibit 13 is our P&L dashboard that I see
9  here dated 10/28.  And it's a request that I made to
10  Saori to see a scenario where we are increasing
11  iPhone inventory by 1.5 million units.
12      Q.  Can you explain -- okay.
13      So first off, this is an e-mail that you
14  sent, right, to Saori Casey on October 29th?
15      A.  Yeah.
16      Q.  And --
17      MR. KRAMER:  Hold on.  Hold on.  Hold on.
18  Hold on.
19      MR. PFEFFERBAUM:  I apologize.  I
20  apologize.  I'm sorry.
21      MR. KRAMER:  Go ahead, Dan.
22  BY MR. PFEFFERBAUM:
23      Q.  This is an e-mail from Ms. Casey to you on
24  October 29th.  And it comes after you wrote to her
25  the same day.  You said, "Please send me a scenario

Page 190

1  where iPhone is low +1.5m inventory increase and all
2  the rest is at likely thanks?"
3      A.  Yes.
4      Q.  Okay.  And can you explain what you're
5  requesting from Ms. Casey there?
6      A.  Yeah.  We had a kind of a likely at that
7  point of $93.2 million -- $93.2 billion of revenue,
8  and we were looking at how to define the low end of
9  our range.  And so we looked at a number of
10  scenarios.
11      And what happens typically during the
12  launch quarter, during the first quarter of our
13  fiscal year, the December quarter, to go back years
14  and years, we tend to grow our iPhone inventory from
15  September to December.  This is the inventory that
16  is in the channel with our partners, because we want
17  to have enough product on shelf for the holiday
18  season.
19      And then there is the Japanese New Year,
20  which is a big day for Japan.  And then the Chinese
21  New Year that normally happens at the end of
22  January, beginning of February, which is another big
23  event.  And so historically we always increase
24  iPhone channel inventory as we go from September to
25  December.

Page 191

1      And so here I was asking, show me if there
2  was an inventory increase by 1.5 million units.  And
3  that is the outcome that you then see in column P.
4      Q.  Were you increasing specifically XR units?
5      A.  I don't believe so, but I don't have the
6  data from this document.  My request was to increase
7  it from -- normally we increase inventory where we
8  need it.
9      So we target a certain level of channel
10  inventory in the channel at the end of the quarter.
11  So I'm sure that the team went in there and tried to
12  understand where this additional inventory would
13  have been needed at the end of the quarter for the
14  requirement -- for the requirements for the March
15  quarter.  So I don't think it was a specific XR
16  request.
17      Q.  Do you see at the top of the page in line
18  with Q1 '19 P&L dashboard, do you see there's some
19  small faint text that says, "XR (Mu)="?
20      A.  Yes.
21      Q.  Then it has 32.2, 29.0, 22.3 and 22.3, and
22  then in the last new column that you had Saori Casey
23  make, has 23.8.
24      Do you see that?
25      A.  Hm-hmm.

Page 192

1      Q.  Is that consistent with an increase in XR
2  unit Sell In of 1.5 million units?
3      MR. KRAMER:  Objection to form.
4      THE WITNESS:  Yeah, that would seem to be
5  the case.  I don't know if she changed other models
6  there.  But from this document, it would appear that
7  she increased XR by 1.5 million units.
8  BY MR. PFEFFERBAUM:
9      Q.  And when you say increased inventory, is
10  that the same as increasing Sell In?
11      A.  Correct.
12      Q.  So those would be units that were sold
13  to -- here it would be to resellers but not --
14      A.  Yeah.
15      Q.  Right.  Okay.  So you're increasing the
16  supply at the reseller level here?
17      A.  Correct.
18      Q.  So that wasn't necessarily an increase
19  based on a demand signal that you were seeing on
20  October 29th, was it?
21      MR. KRAMER:  Objection to form.
22      THE WITNESS:  If you go back to one of the
23  attachments that you showed me earlier, it's a note
24  from Donal to me and Tim, dated Saturday,
25  October 27, where he explains that -- that's when we

Page 193

1 talk about the decrease of 3.1 million units on the
2 iPhone and 7.1 million units that you were
3 mentioning earlier, the low case?
4        If you see what Donal says on the likely,
5 at that -- at some point we reduced Sell In by
6 3.1 million units, but the unbricks related to that
7 reduction of 3.1 million units -- the unbricks
8 related to that reduction was only half a million.
9        So at that point, on September 28th, we
10 felt that the unbricks demand, the ultimate
11 customer demand, would only come down by 0.5 million
12 units.
13        But we also -- but we decided to decrease
14 Sell In by 3.1 million, so by a much larger amount.
15 Which that means that we were taking inventory out
16 of the channel.  So 2.6 million units more than the
17 reduction of demand.
18        And I -- I suspect that we concluded that
19 the reduction in inventory that we had done at that
20 point on September -- on October 27 was too extreme.
21 And so we were putting some inventory back into the
22 channel.
23        Also to take into account that this was a
24 slow ramp for the product, and that, you know, we
25 needed to have enough inventory on the shelf in

Page 194

1 order to continue to support the product sales.
2 BY MR. PFEFFERBAUM:
3    **Q.  Who did you consult in making the decision**
4 **to add 1.5 million units of inventory to the --**
5        MR. KRAMER:  Objection to form.
6 BY MR. PFEFFERBAUM:
7    **Q. -- October 29th e-mail?**
8    A.  I do not remember specifically, but
9 normally those are decisions that are made in
10 conjunction between sales, sales finance, and SDM.
11        MR. KRAMER:  Mr. Maestri, we've been going
12 over an hour.  Are you ready to take a break?
13        THE WITNESS:  Sure.
14        MR. KRAMER:  Take ten?
15        MR. PFEFFERBAUM:  Yeah, that's -- now is
16 fine.
17        MR. KRAMER:  Okay.
18        APTUS VIDEO TECHNICIAN:  All right.  The
19 time is 3:02.  We're going off the record.
20        (Recess taken)
21        APTUS VIDEO TECHNICIAN:  The time is 3:15.
22 We're back on the record.
23        MR. PFEFFERBAUM:  Welcome back,
24 Mr. Maestri.
25        I'm going to put what is marked Maestri 14

Page 195

1 into the chat.
2        (Whereupon, Exhibit 14 was marked for
3        identification)
4 BY MR. PFEFFERBAUM:
5    **Q.  For the record, Exhibit Maestri 14, it's an**
6 **e-mail exchange between -- ending with Luca -- Larry**
7 **McDevitt to Luca Maestri.  Subject "Re: FQ1 '19**
8 **Oppty," O-p-p-t-y.**
9    A.  Opportunity.
10    **Q.  Opportunity.  Thank you.  And it bears --**
11 **it's from October 31, 2018, and it bears Bates stamp**
12 **APL-SECLIT_00468727 to 729.**
13    A.  Yeah.
14    **Q.  Mr. Maestri, do you recognize this e-mail**
15 **exchange that I've marked Exhibit 14?**
16    A.  I'm reading it now and I have no doubt that
17 I had this conversation with Larry.
18        MR. KRAMER:  Mr. Maestri, take a peak at
19 it.  Let us know when you're done reviewing it,
20 okay?
21        THE WITNESS:  Yeah, yeah.
22 BY MR. PFEFFERBAUM:
23    **Q.  Mr. Maestri, can you describe generally**
24 **what this exchange is concerned between you and**
25 **Mr. McDevitt?**

Page 196

1    A.  Larry McDevitt is the finance person that
2 reports directly to me, and he's the primary finance
3 person responsible for cost.
4        He manages all the financial issues related
5 to our procurement activities, our quality issues,
6 our material cost, our capital investments and our
7 engineering expenses.
8        This is a dialogue that I was having with
9 Larry around cost reductions.  So this entire
10 exchange is around what level of gross margin are we
11 going to be able to accomplish during the course of
12 the quarter.
13    **Q.  So I'm looking at the exchange you have on**
14 **October 29th at 8:40 in the morning on the page**
15 **ending 728.**
16        **Do you see that?**
17    A.  Yes.
18    **Q.  You say, "Thanks Larry hopefully we can**
19 **find other opportunities that are not Balance**
20 **Sheet..."**
21    A.  Yes.
22    **Q.  "Tony mentioned to me that Samsung may be**
23 **willing to trade economics for a Q1 payment...do you**
24 **know details?"**
25    A.  Yes.

Luca Maestri | In re Apple Inc. Securities Litigation

Page 197

1    Q.  Is this a -- does this exchange address
2  gross margin?
3    A.  Yes.  And gross margin through cost, not
4  through revenue.
5    Q.  Can you explain to me briefly what you
6  mean, the difference?
7    A.  What that means.  Well, you can obviously
8  improve gross margin either by increasing revenue or
9  by reducing cost.
10      The Samsung point that I was making here,
11  we have -- over the years we've always purchased
12  components from Samsung.  And specifically, we were
13  having a discussion around Samsung displays for our
14  phones.  And we have a long-term agreement with
15  Samsung about how much we pay -- we pay them for the
16  displays.
17      And in this case, I was referring to Tony
18  Blevins, who is the person that is responsible,
19  co-responsible for our procurement activities with
20  another person, but Tony keeps the relationship with
21  Samsung.
22      And Tony had mentioned to me that Samsung
23  was willing to reduce prices for certain components
24  if we had made a payment during the course of Q1.
25    Q.  How would that help your gross margins if

Page 198

1  you made a payment but that reduced component
2  prices?
3    A.  Say that, for example, we -- I'm giving you
4  a hypothetical so that you understand the issue.
5      Say that, for example, the displays cost
6  $100 per unit, right, and that was our agreement
7  with Samsung.
8      Samsung, apparently from my discussion with
9  Tony, was willing to reduce the cost of the
10  component to say $99 instead of $100 if we had paid
11  them during the December quarter rather than the
12  March quarter.  So if we had accelerated the cash
13  payment to them.
14      And so it was trading an accelerated
15  payment for a reduction in piece cost.
16    Q.  And would that have helped your gross
17  margin for 1Q '19?
18    A.  Yes.
19    Q.  I'm sorry, if that had -- you're saying
20  it's an opportunity.
21    A.  Yes.
22    Q.  That plan would have helped your gross
23  margin?
24    A.  Yes.  And it would have helped the company
25  in general because on my cash balances I do not make

Page 199

1  a lot of money.
2    Q.  And would it have helped your revenue for
3  1Q '19?
4    A.  Not in any way.
5    Q.  Okay.  Thank you.  You see moving up the
6  page 728, on October 31, 2018, at 8:59 a.m., you
7  wrote, "Larry, we will need 800 to 1,000 given all
8  actions we are taking."
9    A.  Yeah.
10    Q.  Do you mean million there?
11    A.  No, I'm saying 800 to 1,000 basis points,
12  meaning -- oh, sorry.  Let me -- I'm not sure.  Hold
13  on a second.
14      No.  It may be -- sorry.  I do not
15  remember -- no, it has to be million.  Yes.
16      It's million, given all the actions that we
17  are taking.  And then I say, see when -- when -- if
18  you go to the bottom of this document, Larry, in the
19  note that he sends me on October 29, at 8:36 a.m.,
20  he mentions a very small opportunity in revenue
21  through -- and this is through AppleCare.  This is,
22  you know, one of the services, businesses, that we
23  have.
24      But the most important part of this
25  correspondence is around cost, cost of goods sold.

Page 200

1  And he identifies an upside of 286 to 718 million,
2  and he gives me all the detail of where he thinks
3  he's going to get these opportunities.
4      And I'm telling him, Larry, we will need --
5  instead of 286 to 718, we would need 800 to a
6  billion, 800 million to a billion.
7      And I'm telling him, looking at your list
8  below, I believe that there are at least
9  opportunities in material cost reductions and TWR.
10  "TWR" means our warranty costs from -- you know, for
11  product quality.
12    Q.  I'm sorry.  Did you say you -- that was
13  AppleCare that was the 286 to 718?
14    A.  No, they're --
15      MR. KRAMER:  Objection to form.
16      THE WITNESS:  No.  No.  AppleCare is the --
17      MR. KRAMER:  Hold on.  Hold on.
18  Mr. Maestri, we've got -- the problem is, we're
19  having a conversation.
20      This is a formal proceeding, so we have to
21  make sure we're not talking over each other.
22      Why don't you go ahead and explain the
23  answer, Mr. Maestri, then Mr. Pfefferbaum can ask
24  you questions about it.
25      THE WITNESS:  Yeah.  And I will cover also

Highly Confidential

Luca Maestri                                                    In re Apple Inc. Securities Litigation

Page 201

1  your question because I understand your question.
2       The 800 to a billion that I'm referring to
3  are all cost reduction initiatives that refer to the
4  COGS section that is mentioned in Larry's note on
5  October 29 at 8:36 in the morning where he says that
6  he has opportunities of 286 to 718.  He lists all
7  those opportunities.
8       And I'm telling him, I actually think we
9  can do better because I believe we can get more from
10 material cost reductions and from quality costs.
11      AppleCare, I was referring to, there's a
12 paragraph here that Larry talks about revenue
13 opportunity of 20 to $30 million, so a small amount,
14 that relates to our ability to sell AppleCare
15 contracts to our customers.
16 BY MR. PFEFFERBAUM:
17 **Q. Got it.  Okay.  Thank you for that**
18 **explanation.**
19 **So you're telling Larry, then, that you're**
20 **going to need more revenue, 800 million to a**
21 **billion, than he's estimating in his 8:36 e-mail,**
22 **right?**
23      A. No.  Let me repeat.
24      I'm telling him that we need 800 million to
25 a billion cost reductions.  Nothing to do with the

Page 202

1  revenue.
2       And he had already identified the day
3  before 286 to 716, or whatever.  And I'm telling
4  him, no, we need to go and scrub our cost structures
5  more and identify more cost reductions.
6       All this correspondence with that very
7  limited 20 to $30 million of AppleCare revenue, this
8  is entirely a discussion around cost and not around
9  revenue.
10      MR. PFEFFERBAUM:  Thank you.  I got it.
11 I'm going to put in what's going to be marked
12 Maestri 15.
13      (Whereupon, Exhibit 15 was marked for
14      identification)
15      MR. PFEFFERBAUM:  And I'm going to put in
16 what's going to be marked Maestri 16 as well.
17      (Whereupon, Exhibit 16 was marked for
18      identification)
19 BY MR. PFEFFERBAUM:
20 **Q. Maestri 15 is an e-mail from Elaine Gable**
21 **to Leslie Headington, cc'ing Donal Conroy and a**
22 **number of other individuals on October 30th, 2018.**
23 **Bates stamped APL-SECLIT_00599497.**
24      A. Yeah.
25 **Q. Mr. Maestri, have you seen this document**

Page 203

1  before?
2       A. I printed two documents.  The one that
3  you're referring to that is sent from Elaine Gable
4  to Leslie, I don't believe I've seen it before.  But
5  this is simply a document where they are trying to
6  arrange a meeting.
7  **Q. Yeah.  And does this document refresh --**
8  **well, let me ask you.**
9       **Do you recall attending a meeting with**
10 **Mr. Cook on Wednesday, October 31 regarding guidance**
11 **units?  And it appears that the meeting was extended**
12 **from a typical one hour to three hours.**
13      A. I do not remember, but I am pretty sure
14 that I attended it.
15 **Q. How often do you have a meeting to go over**
16 **guidance units with Mr. Cook that lasts for three**
17 **hours?**
18      A. Often.
19 **Q. When was the most recent one that went for**
20 **three hours?**
21      A. Last quarter.
22 **Q. So turning to Exhibit 16, this is an e-mail**
23 **from Christopher Collins to Mark Anderson, and cc's**
24 **a number of individuals.  And it bears -- it's got**
25 **the subject line "Slides from Units Review this AM."**

Page 204

1  **And it's Bates stamped APL-SECLIT_00284901 to 905.**
2       **Did you attend -- have you had an**
3  **opportunity to look at the document?**
4       A. Yeah.
5  **Q. Did you attend the units review at**
6  **8:30 a.m. on October 31, 2018?**
7       A. I don't recall.
8  **Q. Do you -- are you familiar with this slide**
9  **that appears at Bates ending 905?**
10      A. Sorry.  That appears -- on 905.  Yeah.
11      What Chris Collins says, here he said,
12 "Here are the slides from the meeting this morning
13 including some of the backup that we did not show."
14      So I do not know if this is a chart that
15 was shown or not.  But I can -- as I read it, I can
16 make sense of it.
17 **Q. So is this comparing the October 28th Sell**
18 **In plan to the October 31 Sell In plan?**
19      A. And it adds column 9 through 11 that shows
20 that what supply is available to be built during the
21 quarter.
22 **Q. And do you see that between -- in the 10/31**
23 **plan --**
24      A. Yeah.
25 **Q. So between columns 5 and column 6, in row**

Luca Maestri

In re Apple Inc. Securities Litigation

Page 205

1  10, right, that is iPhone XR, and the likely Sell In
2  is 26.4, correct?
3      A. Yes.
4      Q. And you see that that's reduced 2.6 million
5  from the 10/28 plan?
6      A. Yes.
7      Q. And the low is Sell In is 22.3, and you see
8  that that's not reduced at all, correct?
9      A. Correct.
10     Q. What drove Apple to reduce the likely Sell
11  In of the XR by 2.6 million but not the low case of
12  the XR by any amount on 10/31?
13         MR. KRAMER: Sorry. Objection to form. I
14  think he means the XR.
15  BY MR. PFEFFERBAUM:
16     Q. Yeah. What caused Apple to reduce the XR
17  likely Sell In by 2.6 million? I'll just ask that
18  question.
19         MR. KRAMER: Objection to form.
20         THE WITNESS: So I do not recall the
21  specific reasons, but this is not unusual. There
22  are situations when we feel very strongly that the
23  low case is very solid and we are still tweaking up
24  or down the assumptions around the likely case. And
25  so -- and the same with the high case.

Page 206

1      So this is really something that happens I
2  would say every single quarter that we -- when we
3  come up with the likely, you know, that sets the --
4  you know, the -- kind of the baseline for the
5  quarter.
6      And then the two extremes may or may not
7  move accordingly, because we feel very strongly one
8  way or the other that, you know, at the high end or
9  at the low end that -- we cannot do better than that
10  on the high end; we cannot do less than that on the
11  low end. It's essentially different sets of
12  assumptions.
13  BY MR. PFEFFERBAUM:
14     Q. So you don't know what assumption drove
15  Apple to reduce the Sell In by -- for the XR by
16  2.6 million on 10/31 compared to 10/28, do you?
17     A. I do not recall.
18     Q. Okay. And you don't know what assumptions
19  were used when maintaining the low Sell In at
20  22.3 million on 10/31, do you?
21     A. I don't recall.
22         MR. PFEFFERBAUM: I'm marking what's going
23  to be Maestri 17, I believe.
24         (Whereupon, Exhibit 17 was marked for
25         identification)

Page 207

1         THE WITNESS: Yes.
2  BY MR. PFEFFERBAUM:
3      Q. Exhibit 17 is an e-mail from Larry McDevitt
4  to Saori Casey on October 31, 2018. Bates stamped
5  APL-SECLIT_00284939.
6      Have you ever seen this exchange between
7  Mr. McDevitt and Ms. Casey before?
8      A. I don't recall this. I was not on this
9  exchange, so --
10     Q. Earlier we discussed, I think, the 800
11  million to a billion that you were looking to
12  generate through gross margin improvements; is that
13  correct?
14     A. Yeah, through cost reductions in
15  particular.
16     Q. And would one of the drivers of cost
17  reductions be an increase in -- can you explain the
18  connection between cost reductions and increased
19  sales?
20         MR. KRAMER: Objection to form.
21         THE WITNESS: Can you repeat the question.
22  I'm not sure I understand the question.
23  BY MR. PFEFFERBAUM:
24     Q. Well, I'll ask a different question.
25     Do you see Mr. McDevitt writes, "Let's just

Page 208

1  hope N84 is on a curve we have never seen before and
2  it surprises us all with week on week strength
3  through quarter end -- through end of quarter."
4      Do you see that?
5      A. Yes.
6      Q. Did you ever speak to Ms. Casey or
7  Mr. McDevitt about what curve the N84 was on?
8      A. No.
9      Q. Do you have an understanding of what
10  Mr. McDevitt meant when he wrote, "Good to see the
11  full range so I can plan accordingly"?
12         MR. KRAMER: Objection to form.
13         THE WITNESS: Yes. In order for him to
14  work on cost reductions and plan for those, it is
15  helpful for him to see the range, the ranges that
16  we're working on, the likely, the low and the high,
17  because those drive different volumes and therefore
18  they also drive potentially different cost
19  reductions depending on the volumes that are
20  associated with those ranges.
21         MR. PFEFFERBAUM: I placed in the chat
22  what's going to be Maestri 17.
23         MR. KRAMER: It's 18.
24         MR. PFEFFERBAUM: Thank you, 18.
25         MR. KRAMER: No problem.

Luca Maestri                                        In re Apple Inc. Securities Litigation

Page 209

1   (Whereupon, Exhibit 18 was marked for
2   identification)
3   THE WITNESS:  Yeah.
4  BY MR. PFEFFERBAUM:
5   **Q.  Exhibit 18 has Bates stamp**
6  **APL-SECLIT_00503996.**
7   **Mr. Maestri, have you seen this e-mail**
8  **exchange before between -- from you to Kate Adams,**
9  **Tim Cook and Sam Whittington?**
10   A. I don't recall it, but obviously I have it
11  in front of me and obviously I wrote this.
12   **Q.  What -- you say, "As discussed, can you**
13  **please forward this note to the AFC."**
14   **Who is the AFC?**
15   A. Audit and finance committee of Apple.  This
16  is one of the committees of our board of directors.
17   **Q.  Got it.  And who is Sam Whittington?**
18   A. Sam Whittington is an executive in our
19  legal organization that manages the relationship
20  between management and the board.
21   **Q.  On the second page of this document there's**
22  **an e-mail exchange between yourself and Arthur**
23  **Levinson, Ron Sugar, Sue Wagner, James Bell and Kate**
24  **Adams.**
25   **Do you see that?**

Page 210

1   A. Yes.
2   **Q.  Mr. Levinson is the chairman of the board,**
3  **correct?**
4   A. Yes.
5   **Q.  And are the other individuals, Ron Sugar,**
6  **Sue Wagner, James Bell board members as well?**
7   A. And members of the audit and finance
8  committee.
9   **Q.  Mr. Levinson wrote to you, "Hello Luca, Any**
10  **further thoughts on the guidance question that**
11  **surfaced last Friday?"**
12   A. Yeah.
13   **Q.  What was the guidance question that**
14  **surfaced?**
15   A. We were explaining -- I was explaining to
16  the audit and finance committee on that Friday that
17  we were working on a guidance range that we would
18  have disclosed during the earnings call because we
19  were still debating what the right level of a
20  guidance range would be.
21   **Q.  So what exactly -- I'm sorry.  Maybe I**
22  **don't understand your response.**
23   **So what was the question that surfaced at**
24  **the meeting that Mr. Levinson is referring to?**
25   A. I do not recall.  But we had a discussion

Page 211

1  around the fact that the XR had just launched and
2  that we were looking into what level of revenue
3  guidance we would provide during the earnings call
4  on November 1.
5   And so on Wednesday the 31st, I sent this
6  note to the audit and finance committee saying,
7  based on all the information and trends that we've
8  gathered in the last few days, we have concluded on
9  the following Q1 guidance.
10   And you see the numbers there, starting
11  with revenue of 89 to 93 billion, which is what we
12  then disclosed to investors during the earnings call
13  the following day.
14   And I go on to say that while this guidance
15  represents a new all-time record for the company for
16  both revenue and earnings, it's below current
17  consensus, except for the high end of the range, and
18  we will be ready to address questions during the
19  call.
20   **Q.  So you provided -- the guidance metrics**
21  **here and the commentary you just read, was that in**
22  **response to the guidance question that surfaced last**
23  **Friday?**
24   MR. KRAMER:  Objection to form.
25   THE WITNESS:  Yes.

Page 212

1  BY MR. PFEFFERBAUM:
2   **Q.  Do you recall what the question was that**
3  **Mr. Levinson proposed?**
4   A. I don't remember the specific question.  I
5  remember that we were still, as you've seen from all
6  the other correspondence around our forecast, we
7  were still debating what the right level of revenue
8  guidance would be.
9   And this correspondence from me to the
10  audit committee says that we've now concluded on
11  that deliberation, and we believe that the right
12  guidance range for revenue that we're going to be
13  providing to the market is 89 to 93.
14   You remember that, and you showed me some
15  of the dashboards from previous days that were
16  showing a range of 93 to 97.  And then we concluded
17  after looking at all the information that was
18  available to us, and all the assumptions that we
19  made for the rest of the quarter, we concluded that
20  it was the right thing to show a revenue range that
21  was lower than what we had previously during the
22  month of October in our assumptions.
23   **Q.  What information did you provide the audit**
24  **and finance committee regarding the factors that**
25  **were influencing that revenue range?**

Page 213

1      MR. KRAMER:  Objection to form.

2      THE WITNESS:  I don't recall, but

3   typically, when I talk to them -- we have a call

4   with the audit and finance committee about the --

5   what we're going to be saying during the earnings

6   call.  And it typically matches with what we say

7   during in our prepared remarks.

8      And when you look at our prepared remarks,

9   the vast majority of the call is around explaining

10  our actual results for the quarter that we just

11  completed.  And our comments around the future

12  quarter are limited to the -- to the guidance that

13  we provided.  And those are the numbers that I'm

14  providing there to the audit and finance committee.

15  BY MR. PFEFFERBAUM:

16     **Q.  Did you explain to the audit and finance**

17  **committee any of the events that would cause you to**

18  **lower your Q1 '19 guidance from the 93 to**

19  **$97 billion range?**

20     A.  I do not recall.

21     MR. KRAMER:  Yeah.  And objection to form.

22  BY MR. PFEFFERBAUM:

23     **Q.  Did you tell the audit and finance**

24  **committee anything about the performance of the XR**

25  **to date?**

Page 214

1      A.  I don't recall.

2      **Q.  Would you typically inform the audit**

3   **committee about the performance of a newly launched**

4   **iPhone model?**

5      A.  In -- I would say not in numeric terms, but

6   qualitatively.

7      **Q.  Are you finished with your answer?**

8      A.  Yeah.  Qualitatively.

9      **Q.  What qualitative terms did you use to**

10  **describe the iPhone XR launch to the audit and**

11  **finance committee?**

12     A.  I do not recall.

13     MR. KRAMER:  Objection to form.

14  BY MR. PFEFFERBAUM:

15     **Q.  Did the audit and finance committee have**

16  **any follow-up questions about the guidance range**

17  **that you transmitted to them on October 31, 2018?**

18     A.  I do not believe so, but I'm not

19  100 percent sure.  I do not believe so, though.

20     **Q.  Do you typically communicate with the audit**

21  **and finance committee by e-mail?**

22     A.  Yes.

23     **Q.  So were your -- was the question, the**

24  **guidance question that Mr. Levinson referenced a**

25  **question posed to you over e-mail?**

Page 215

1      MR. KRAMER:  Objection to form.

2      THE WITNESS:  Well, if you want -- I do not

3   recall.  If it was, you know, posed to me by e-mail,

4   probably there would be a record of it somewhere.

5      On that Friday, that I think Art refers to,

6   I had a call with the audit and finance committee.

7   So it's possible that the question was asked

8   verbally during that call.

9   BY MR. PFEFFERBAUM:

10     **Q.  Does anyone take any notes on that call?**

11     MR. KRAMER:  Objection to form.

12     THE WITNESS:  I do not take notes and I do

13  not know if the legal department takes notes.

14  BY MR. PFEFFERBAUM:

15     **Q.  Do you receive a digest of any form, like**

16  **meeting minutes, after a call like that?**

17     A.  I do not receive meeting minutes after that

18  call.  What happens as part of the regular process,

19  the chair of the audit committee then reports to the

20  entire board the content of those calls.  And I

21  believe that the remarks from the chair of the audit

22  committee are captured by the board minutes.

23     MR. PFEFFERBAUM:  I'm going to mark what is

24  going to be Maestri 18.

25     MR. KRAMER:  19.

Page 216

1      MR. PFEFFERBAUM:  19.

2      (Whereupon, Exhibit 19 was marked for

3      identification)

4      THE WITNESS:  I'm going to read the

5   document.

6   BY MR. PFEFFERBAUM:

7      **Q.  Sure.**

8      A.  Okay.

9      **Q.  And Exhibit 19 for the record is Bates**

10  **stamped APL-SECLIT_00515053 to 59.  This is an**

11  **e-mail from Isabel Mahe to Tim Cook, Angela**

12  **Ahrendts, Luca Maestri, a number of others.  Subject**

13  **line "Greater China Update - October 2018."  It was**

14  **sent on November 1, 2018.**

15     **Do you recognize Exhibit 19, Mr. Maestri?**

16     A.  I don't recall the specific edition, but

17  Isabel sends out this kind of updates on a regular

18  basis.  I think it's once a month, if I remember

19  correctly.

20     **Q.  And would you have read this when you**

21  **received it?**

22     A.  I do not recall reading it, but normally I

23  do.  At least I glance through it.

24     **Q.  Uh-huh.  You see that on the -- in the**

25  **Executive Summary section?**

Page 217

1   A.  Yeah.
2   Q.  First paragraph, right, "iPhone XR -
3   Customers Taking 'Wait and See' Approach."
4        Do you see that?
5   A.  Yes.
6   Q.  And it says, "Customers in Greater China
7   are price sensitive while purchasing iPhone XR,
8   bearing in mind upcoming 11/11 (Single's Day)
9   discounts in just under two weeks.  iPhone XR
10  launch, from what we're seeing so far, has been
11  somewhat overshadowed by that of Huawei's Mate 20."
12  A.  Yeah.
13  Q.  You don't have any reason to dispute that
14  the XR launch in China had been overshadowed by
15  Huawei's Mate 20's launch, have you?
16      MR. KRAMER:  Objection.  Objection as to
17  form.
18      Go ahead, Mr. Maestri.
19      THE WITNESS:  Yeah, I think that this
20  document provides a good context of the challenges
21  and the uncertainty that we had around this product.
22  And I'll highlight a couple of the things that
23  created that level of uncertainty.
24      At one point that Isabel mentions up
25  front --

Page 218

1   BY MR. PFEFFERBAUM:
2   Q.  Hold on.  Hold on.  Hold on.
3        Mr. Maestri, I just -- I asked you a
4   question about that particular sentence.  I've given
5   you plenty of room today to talk.  But you have to
6   at least answer my question and if you want to
7   expound on that, you can.
8        And my question was specifically about the
9   first paragraph, Ms. Mahe's comments that the
10  "iPhone XR launch from what we're seeing so far, has
11  been somewhat overshadowed by that of Huawei's Mate
12  20."
13       And I said, did you have any reason to
14  dispute her report that the XR launch was being
15  overshadowed by the Mate 20 launch?
16      MR. KRAMER:  Mr. Pfefferbaum, I think he
17  was answering the question, providing context to his
18  answer.
19      But go ahead, Mr. Maestri.  You may answer.
20      THE WITNESS:  I had no reason to dispute or
21  to agree with what -- did I answer your question?
22  BY MR. PFEFFERBAUM:
23  Q.  Yes.
24  A.  May I expand on it?
25  Q.  I'll let you expand on it briefly.

Page 219

1   A.  Okay.  Even though it's a very important
2   document here.
3        The first point that Isabel is making is
4   that customers are taking a wait and see approach,
5   and she's making the point that we know very well
6   that customers in Greater China tend to be price
7   sensitive, especially when you purchase a model that
8   is not at the top end of the range.  So these are
9   customers that have less disposable income than more
10  affluent customers.
11       And she's making the point, a very
12  important point, that Singles' Day on 11/11, so
13  coming up in ten days, typically resellers discount
14  the product during Singles' Day, and therefore,
15  customers, particularly in that price bracket, tend
16  to wait for a period of time when the product gets
17  discounted.
18       That's an important point.
19       She also, when she elaborates on customers
20  taking a wait and see approach, she also talks about
21  the fact that iPhone XR seems to be effective in
22  capturing older upgraders and switchers, you know,
23  based on anecdotes, and that the product reviews by
24  influencers, video bloggers, reviewers in general,
25  the feedback from those influencers and bloggers was

Page 220

1   great, with those people commenting on the premium
2   quality, colors, photography, all at a reasonable
3   price point.
4        So that was -- that was the situation that
5   we were in on November 1, a brand-new product that
6   didn't have a predecessor product.  And as always,
7   there are multiple factors going in there, and so it
8   was very difficult for us after five days of sale to
9   conclude one way or the other how the trajectory of
10  the sale of the iPhone XR would be, specifically in
11  China in this case.
12  Q.  Well, you could conclude after one week
13  that it was not an early adopter product with huge
14  sales on launch day, correct?
15      MR. KRAMER:  Objection to form.
16      THE WITNESS:  Yeah.  Yeah.  And we took
17  that into account.  And we took into account the
18  fact that there were days of significant promotional
19  activities coming up in China with Singles' Day, in
20  the United States with Black Friday, and all around
21  the world with countries that celebrate Christmas.
22  BY MR. PFEFFERBAUM:
23  Q.  Looking at the bottom of, toward the bottom
24  of the first page, I believe you stopped reading
25  right before it, you see where it says, "Initial

Page 221

1  iPhone XR sales have been softer than anticipated"?

2    A.  Yeah.

3      Q.  And that was consistent with what we were
4  just discussing, right?

5      MR. KRAMER:  Objection to form.

6  BY MR. PFEFFERBAUM:

7      Q.  You agreed with that, right, initial iPhone
8  XR sales had been softer than anticipated in Greater
9  China?

10      MR. KRAMER:  Objection to form.

11      THE WITNESS:  I would have to go and look
12  at what our original forecast was for China.

13  BY MR. PFEFFERBAUM:

14      Q.  Well, we've looked at -- as of November 1,
15  2018, you were informed that the initial iPhone XR
16  sales in Greater China were softer than anticipated,
17  correct?

18      A.  I do not recall specifically that, but we
19  did reduce our forecast for the XR.

20      Q.  You don't dispute that you received this
21  e-mail on or around November 1st, 2018, do you?

22      A.  I do not dispute that.

23      Q.  All right.  And you don't have any basis
24  sitting here now to dispute Ms. Mahe's statement
25  that initial iPhone XR sales had been softer than

Page 222

1  anticipated in Greater China, do you?

2      MR. KRAMER:  Objection to form.

3      THE WITNESS:  I do not have any reason to
4  dispute.  And I would add that we reduced our
5  forecast for iPhone XR during that period of time
6  between October 26th and November 1.

7  BY MR. PFEFFERBAUM:

8      Q.  But you didn't tell investors that one of
9  the reasons you reduced the forecast was due to
10  softer than anticipated iPhone XR sales in China,
11  did you?

12      MR. KRAMER:  Objection to form.

13      THE WITNESS:  When we provide our revenue
14  guidance, we do not provide information at the line
15  of business level.  We do not provide information at
16  the geographic level.

17      We provide an aggregate revenue guidance
18  range, which in this case was 89 to 93, that
19  reflected all the available information that we had
20  at that point in time.  And that was the range at
21  that point in time we believed we would fall within.
22  We do not provide a mid-quarter update during our
23  earnings call.

24  BY MR. PFEFFERBAUM:

25      Q.  You see that Ms. Mahe continues, "Some

Page 223

1  channel partners have already discounted the price
2  by RMB 500."

3      Do you see that?

4      A.  Yes.

5      Q.  So you don't have any reason to dispute the
6  accuracy of her report that some channel partners
7  had already discounted the XR, do you?

8      MR. KRAMER:  Objection to form.

9      THE WITNESS:  No.  I don't have any reason
10  to dispute it.

11      It is something that -- the Chinese market
12  is the most competitive market.  Resellers discount
13  products on an ongoing basis.

14  BY MR. PFEFFERBAUM:

15      Q.  Well, you indicated that you thought it was
16  going to be the discounts on Singles' Day that was
17  going to drive demand for the XR, right?

18      MR. KRAMER:  Objection to form.

19  BY MR. PFEFFERBAUM:

20      Q.  But Ms. Mahe is reporting here that the
21  price has already been discounted as of
22  November 1st, 2018.

23      MR. KRAMER:  Objection to form.

24      THE WITNESS:  Ms. Mahe at the beginning of
25  the page indicates that the upcoming 11/11 Singles'

Page 224

1  Day discount in just under two weeks are causing
2  this wait and see approach.

3      She's implying that the discounts on 11/11,
4  as always happens in China, are going to be
5  significantly higher than 500 RMB.

6      MR. PFEFFERBAUM:  All right.  I think we've
7  been going about an hour.  Is this a good time to
8  take a break?

9      MR. KRAMER:  Yep, sure.

10      APTUS VIDEO TECHNICIAN:  All right.  The
11  time is 4:09.  We're going off the record.

12      (Recess taken)

13      APTUS VIDEO TECHNICIAN:  The time is 4:20.
14  We're back on the record.

15      MR. PFEFFERBAUM:  Welcome back,
16  Mr. Maestri.

17      I'm going to put in the chat what is going
18  to be marked Maestri 20.

19      (Whereupon, Exhibit 20 was marked for
20      identification.)

21  BY MR. PFEFFERBAUM:

22      Q.  For the record, Maestri 20 is an e-mail
23  from Saori Casey, subject "Q1 Internal Range," dated
24  Thursday, November 1, 2018.  And sent to Ai Ling
25  Loo, Jessie Zhang, Jason Malat, Tim Cook, Luca

**Highly Confidential**

Page 225

1  Maestri and others.  And it has Bates stamp
2  APL-SECLIT_0099279 to 283.
3       Mr. Maestri, have you had a chance to look
4  over this document that's marked Exhibit 20?
5       A.  Yeah.
6       Q.  Okay.  Do you recognize this as an e-mail
7  from Ms. Casey to you and others from Thursday,
8  November 1, 2018?
9       A.  Yep, I have it in front of me.
10      Q.  And do you recall receiving and reviewing
11 this document at the time?
12      A.  I do not recall, but I am pretty sure that
13 I did.
14      Q.  Okay.  And this is the day of the
15 conference call when you announced the new guidance
16 range, correct?
17      A.  Yeah.
18      Q.  Okay.  And first, it says, "Some
19 adjustments made:  New internal low is the previous
20 low less 2 million XR."
21      Do you see that?
22      A.  Yes.
23      Q.  And that's referring to XR units, not
24 dollars, correct?
25      A.  Yes.

Page 226

1       Q.  And is it correct that if you turn to the
2  last page of that document, which is the Q1 '19 P&L
3  dashboard, right?
4       A.  Yes.
5       Q.  Right?  And did you notice that this
6  dashboard adds unit figures in rows 56, 57, and 57
7  again, I'm not sure why there are two 57s, for the
8  iPhone XR?
9       A.  At the bottom of the page on my document
10 below 55 is total revenue, then it says -- it looks
11 like dollars to me -- and it says, "Non-iPhone
12 Product only," and "Non-IPhone - all."
13      Do you have a different document?
14      MR. KRAMER:  Yeah.  Mine is the same as
15 Mr. Maestri.  You can open it from the chat, if you
16 want.
17 BY MR. PFEFFERBAUM:
18      Q.  Let me see.  Oh, this document appears to
19 have printed strangely.  Let me --
20      A.  Yeah.
21      Q.  Just give me one moment.  I'm going to try
22 this again here and see if this works correctly.
23 All right.
24      I'm going to put this in the chat here.
25 That is the -- should be the last page 99283.

Page 227

1       Do you want to just print that one page,
2  Mr. Maestri, it will be more clear.
3       MR. KRAMER:  And Dan, can we mark this as
4  21 since --
5       MR. PFEFFERBAUM:  Yeah, that's no problem.
6       MR. KRAMER:  Okay.  Great.  Thank you.
7  Make sure we all know what we're looking at.
8       (Whereupon, Exhibit 21 was marked for
9       identification)
10 BY MR. PFEFFERBAUM:
11      Q.  So Mr. Maestri, do you see now two lines
12 57 -- two rows 57 on the document?
13      A.  What was -- oh, sorry.  Si, si, si, si.
14 Sorry, I see.  I was looking -- I was looking below
15 number 55 at the very bottom, total revenue.  And so
16 I see now 56, 57, 57.  I see them, yes.
17      They were there also in the initial
18 document.
19      Q.  Oh, okay.  I don't know how these rows got
20 misnumbered.
21      A.  Yeah.
22      Q.  All right.  So we were just looking at --
23 we were just discussing earlier that the -- this
24 is -- looks like there's some Sell In, Sell Through
25 and unbricking figures for the XR added to this

Page 228

1  spreadsheet, correct?
2       A.  Yes.
3       Q.  Yeah.  And we were looking at the 2 million
4  unit XR reduction that Ms. Casey referenced.
5       A.  Yeah.
6       Q.  And is that -- that is the Sell In
7  reduction in row 56 from 22.3 million to
8  20.3 million, correct?
9       A.  Yes, looks like.
10      Q.  And what drove -- was that a decrease --
11 that was not a decrease in available supply of the
12 XR, was it?
13      MR. KRAMER:  Objection to form.
14      THE WITNESS:  I don't believe so.
15 BY MR. PFEFFERBAUM:
16      Q.  Okay.  Was the decrease in Sell In a result
17 of a reduction in expected demand for the XR?
18      A.  For the low case.
19      Q.  Correct.
20      A.  Yes.
21      Q.  Okay.  And that was based on additional
22 days of sales of the XR, correct?
23      A.  Based on additional sales, of the XR sales,
24 and obviously our projections for the remainder of
25 the quarter in a scenario where the XR wouldn't

Luca Maestri                                              In re Apple Inc. Securities Litigation

Page 229

1 have, you know, the sales lift that we were
2 expecting from 11/11 in China, we didn't have a
3 sales uplift from Black Friday in the United States
4 or from Christmas around the world.
5        So it was a downside case scenario so that
6 we could protect the low end of the range.
7    Q. Was one of the relevant considerations in
8 bringing down the low end the fact that the XR was
9 already being discounted in Greater China as
10 Ms. Mahe wrote to you and others?
11    A. I do not recall that, but that wouldn't be
12 a primary consideration. Because as I told you
13 earlier, products in China get discounted very
14 quickly by the channel in most circumstances.
15    Q. So what would have the primary
16 considerations in reducing the low end XR forecast
17 be on November 1, 2018?
18    A. We took the likely, and there was the 22.3.
19 And then you see we have -- and so from there, we
20 then tried to establish some ranges for the
21 different products. And obviously, in this case the
22 XR was the one that had the most uncertainty because
23 it had just been launched five days earlier, because
24 it was a unique staggered launch, because the
25 product had not reached the shelves in all points of

Page 230

1 sale around the world.
2        And so we took -- and we said, okay, if the
3 product does worse than our likely scenario, how low
4 can it go? And our assumption at that time, our
5 best estimate at the time was 20.3.
6        And then, as you can see from column J, we
7 also had a high case that said, well, if in fact,
8 because of this wait and see approach and because of
9 this strong product reduce, the product does very
10 well in the marketplace beyond what the initial, you
11 know, days of sale are telling us, it's possible
12 that we can do 26.4 million of Sell In. And that
13 was incorporated in our high end of the guidance,
14 which was then rounded to 93. You see that 93.4
15 there and it was rounded at 93 for the purpose of
16 the call.
17    Q. Isn't column L, the "Likely iPhone, Low
18 Rest," or even looking at column P, just the
19 "Likely"?
20    A. Yeah.
21    Q. The 14.6 million XR unbricking is the
22 previous low, right, that we looked at? Previously
23 the likely was 20, right, and now you've switched to
24 14.6?
25    A. Correct.

Page 231

1    Q. Yeah.
2    A. Correct. You recall that before the launch
3 of the XR, our guidance range that we were looking
4 at was 93 to 97. So as we brought it down,
5 obviously that was driven by -- by these reductions.
6    Q. And the performance of the XR was the
7 largest driver of the reduction in the revenue
8 forecast, correct?
9    A. Yes.
10       MR. KRAMER: Objection to form.
11       THE WITNESS: I would say -- I would say
12 that probably was not the entirety of it, but most
13 likely was the primary driver.
14       MR. PFEFFERBAUM: I'm going to put the next
15 exhibit in the chat.
16       (Whereupon, Exhibit 22 was marked for
17 identification)
18       MR. PFEFFERBAUM: For the record, Maestri
19 21 is --
20       MR. KRAMER: 22.
21       MR. PFEFFERBAUM: 22.
22       MR. KRAMER: Yeah.
23 BY MR. PFEFFERBAUM:
24    Q. Maestri 22 is an e-mail from Tim Cook to a
25 group address ████████

Page 232

1 cc'ing Luca Maestri and Kate Adams. And it has
2 Bates number APL-SECLIT_00504044 to 45.
3    A. Yep.
4    Q. Mr. Maestri, are you familiar with what's
5 been marked Exhibit 22?
6    A. I'm sure I received this document and I
7 read it at the time.
8    Q. And this is an update from Tim Cook to the
9 board of directors. It appears to be shortly before
10 your earnings announcement, correct?
11    A. Yeah, correct.
12    Q. And do you participate in the drafting of
13 this document?
14    A. No. This is Tim. Tim prepared this
15 document by himself.
16    Q. You don't read or comment on it?
17    A. No.
18    Q. Okay. So is it fair, then, that the first
19 time you saw this was when he sent you this e-mail?
20    A. Yes.
21    Q. Okay. I'd like to just take you down to
22 the last paragraph on the first page, "Sales of the
23 iPhone XR began last Friday..."
24       Do you see that?
25    A. Yes.

Luca Maestri                                In re Apple Inc. Securities Litigation

1    Q. It says, "Sales of the iPhone XR began last
2  Friday and were muted despite the most positive
3  product reviews we've had in years."
4       You don't recall informing investors that
5  the sales of the XR were muted since the launch day,
6  do you?
7    A. I recall not doing that because, again, we
8  never during our earnings calls provide a
9  mid-quarter update on any of our business.  The only
10  forward-looking statement that we provide that are
11  subject to all the risk factors that are mentioned
12  in our disclosures to the SEC refer to a guidance
13  for revenue for gross margins and for operating
14  expenses for the totality of our business and for
15  the totality of the quarter.
16    Q. I'm just -- I understand that there are
17  forward-looking statements.  I was just asking if
18  you informed investors about the current state of XR
19  sales between the launch day and November 1, which
20  were described in the letter to the board as muted?
21       MR. KRAMER:  Objection to form.
22       THE WITNESS:  And I repeat what I told you.
23       We never provide interim quarterly updates
24  during our earnings call.  And we incorporated the
25  muted launch of the XR, as you can see from the

1  dashboard that we just reviewed together, in our
2  revenue guidance range of 89 to 93.
3  BY MR. KRAMER:
4    Q. The next sentence says, "This isn't an
5  early adopter product like the high end of the line
6  so we didn't expect the normal launch curve but it
7  is clear we should have done more in the lead up to
8  last weekend and are now working to bring much more
9  awareness to the product."
10       You didn't inform investors that the iPhone
11  XR was an -- was not an early adopter product, did
12  you?
13       MR. KRAMER:  Objection to form.
14       THE WITNESS:  I do not recall.  We would
15  have to go to the transcript of the earnings call to
16  see if there were questions that happened during the
17  call that may have caused a qualitative response
18  from either Tim or me about that specific issue that
19  you raised.
20  BY MR. KRAMER:
21    Q. Well, why -- why would it be different be
22  if you -- I asked you if you disclosed that sales
23  were muted, and you said that you would not have
24  disclosed that.
25       Why would it be different with respect to

1  whether it was not an early adopter product?
2       MR. KRAMER:  Objection to form.
3       THE WITNESS:  Because what we disclose in
4  our prepared remarks never provides any information
5  about -- any information about a mid-quarter update.
6       It's possible that during a specific
7  question during the earnings call there may be a
8  question that we may decide to answer or not at that
9  point in time.
10  BY MR. KRAMER:
11    Q. Did you read the conference call in
12  preparation for today's deposition?
13    A. I glanced through it.  I'm sure that if you
14  provide me with that document I'm going to go
15  through it and see what was said.
16    Q. You didn't inform -- I'm looking at the
17  next page of the document.  It says, "we didn't
18  expect the normal launch curve but it is clear we
19  should have done more in the lead up to last weekend
20  and are now working to bring more awareness to the
21  product."
22       Again, you didn't inform investors that
23  Apple should have done more in the lead up to last
24  weekend and are now working to bring much more
25  awareness to the product, did you?

1       MR. KRAMER:  Objection to form.
2       THE WITNESS:  I'm going to repeat again.
3  Our prepared remarks that we give during our
4  earnings call relate almost exclusively to the
5  performance of our business during the quarter that
6  just concluded.  That's why it's called an earnings
7  call.
8       Then we go on and provide some quick
9  remarks at the end of my section to indicate at a
10  high level where we believe that the business is
11  going to go during the existing quarter.
12       We don't get into, during our prepared
13  remarks, into any specific issues at the product
14  line level or at the geographic level.  This is not
15  unique to the XR.  It's not unique to China.  It's
16  not unique to Q1 '19.  It's not unique to any
17  specific quarters in the history of the company.
18  BY MR. KRAMER:
19    Q. The next sentence says, "We have no
20  historical experience to project the demand curve
21  for this type of product..."
22    A. Yeah.
23    Q. When you -- when you provided the forecast
24  to investors, you didn't tell them that you had no
25  historical experience to project the demand curve

Luca Maestri                                            In re Apple Inc. Securities Litigation

Page 237

1  for the XR, did you?
2        MR. KRAMER:  Objection to form.
3        THE WITNESS:  We have no obligations to do
4  that.  And at the same time, if you read the full
5  sentence from Tim to the board, we "therefore have a
6  higher range of potential sales outcomes."
7        So the $4 billion range, 89 to 93, is a
8  range that is wider than the vast majority of the
9  quarters prior to Q1 of '19, when typically we were
10  giving a range between 2 or $3 billion.
11  BY MR. KRAMER:
12      Q.  What is your basis for saying that you have
13  no obligation to inform investors that you had no
14  historical experience to project the demand curve
15  for a product like the iPhone XR?
16      A.  I believe we have no obligation to provide
17  guidance at all.  Most companies do not provide
18  guidance.
19      Q.  Do you have any understanding of what your
20  obligation is once you decide to provide guidance to
21  investors?
22      A.  Can you repeat the question?
23      Q.  Having decided to give guidance to
24  investors.
25      A.  Yeah.

Page 238

1      Q.  Do you have an understanding of the -- your
2  obligations to be fulsome in your disclosures?
3        MR. KRAMER:  Objection to form.
4        THE WITNESS:  My obligation is to provide
5  the most accurate information that I provide to
6  investors based on all the information that I have
7  available to me at that point in time.  And subject
8  to all the risk factors that are mentioned by our
9  investor relations director at the beginning of the
10  call.
11  BY MR. KRAMER:
12      Q.  Did you believe that Apple's lack of
13  historical experience to project the demand curve
14  for a product like the XR was not accurate
15  information as reflected in this letter to the
16  board?
17        MR. KRAMER:  Objection to form.
18        THE WITNESS:  I believe that we took into
19  account all the information available to us, all the
20  uncertainties that were present at that point in
21  time to come up with a revenue guidance range of 89
22  to 93 billion, which we firmly believed at that
23  point in time on November 1, 2018, we believed at
24  that point in time that that was the range of
25  revenue that we would fall within at the end of the

Page 239

1  quarter.
2  BY MR. KRAMER:
3      Q.  It's also true, though, internally, you
4  also believed -- or you also knew that you had no
5  historical experience to project the demand curve
6  for a product like the XR, correct?
7        MR. KRAMER:  Objection to form.
8        THE WITNESS:  For that reason we expanded
9  the revenue range to protect the low end of the
10  range.
11  BY MR. KRAMER:
12      Q.  On the day of the conference call you hold
13  a number of pre-briefs with members of the media and
14  analyst community, correct?
15      A.  Yes.
16      Q.  How do you select who to pre-brief as a
17  company?
18      A.  I think it's -- you would have to ask our
19  PR team, but I believe there are publications that
20  request to talk to us.  And you would have to ask
21  our PR organization how they decide which ones we're
22  going to give access to.
23      Q.  Do you have any role in deciding who you
24  are going to give access to with respect to
25  pre-briefs?

Page 240

1      A.  No.
2      Q.  So you're just informed by, say, Nancy
3  Paxton or Steve Dowling, these are the individuals
4  you'll do a pre-brief with?
5      A.  Well, it would be -- in this case it would
6  be Steve Dowling who was the head of PR.  Nancy
7  Paxton wouldn't have had a role either as investor
8  relations.  The pre-briefs that we do are with media
9  outlets, like the CNBC or the Wall Street Journal,
10  New York Times, those type of publications.  And
11  that is a decision made by our PR team.
12      Q.  What type of information do you convey in
13  the pre-briefs to these members of the financial
14  press or media?
15      A.  It's essentially a very short summarized
16  version of what we're going to be saying in our
17  prepared remarks during the call.  And they are
18  embargoed until we start our call.
19      Q.  Have you ever looked at the trading
20  activity during the time of your pre-briefs?
21      A.  No.
22      Q.  How about during the investor call, do you
23  know who -- which individuals attending the call --
24  you know what, let me step back a second.
25        In November 2018, where did you hold the

Page 241

1 investor call?  You personally, you and Tim.
2     A.  I don't remember exactly, but I have to
3 believe we were in the boardroom in Apple Park.
4     Q.  And you and Tim speak on the call as does
5 Nancy Paxton, correct?
6     A.  At the time, Nancy.
7     Q.  And is Nancy in the room with you as well?
8     A.  Yes.
9     Q.  Okay.  Who else is physically present for
10 those calls?
11     A.  The number of people that participate in
12 those calls may change slightly, but typically it's
13 Kate Adams for our legal organization, I believe
14 Saori Casey was our FP&A vice president, Steve
15 Dowling at the time would have participated as PR,
16 and probably Gary Wipfler, who at the time was our
17 treasurer.
18     Q.  You said that you reviewed the conference
19 call briefly yesterday, correct?
20     A.  Yes.
21     Q.  All right.  Look, for purposes of time, you
22 know, it's a lengthy document.
23     A.  Yeah.
24     Q.  So if you'd like to -- I'd like to ask you
25 some questions about it.

Page 242

1     A.  Sure.
2     Q.  If you're willing to be directed to some
3 certain sections, I'm happy to allow you to read,
4 you know, the surrounding areas.
5     A.  Yes.
6     Q.  If you feel like you need to read the whole
7 thing, I'm going to move on and maybe we can come
8 back to it at the end.  Maybe we'll finish in time,
9 maybe we won't.
10     So I'm going to just ask you and your
11 counsel if you're prepared to just look at some
12 sections.  I'll provide you the full document.
13     MR. KRAMER:  I don't think -- I'm not
14 prepared to.  If you want to ask him a question, he
15 can tell you whether he can answer it without
16 reading it.  But I don't think it's fair to ask
17 him -- to try to get our agreement to a question
18 ahead of time and whether or not he'll review a
19 document which is clearly important to the case.
20     MR. PFEFFERBAUM:  Okay.  Well, I mean, you
21 read it yesterday, so I'm going to --
22     MR. KRAMER:  He didn't say that.  You're
23 now putting words in his mouth.  He didn't say that.
24 You can ask him again what he did to prepare.
25 ///

Page 243

1 BY MR. KRAMER:
2     Q.  All right.  You said --
3     A.  I glanced to it, I think is what I said.
4     MR. PFEFFERBAUM:  All right.  So let's put
5 Exhibit 23 in the record.
6     (Whereupon, Exhibit 23 was marked for
7     identification)
8 BY MR. PFEFFERBAUM:
9     Q.  For the record, Exhibit 23 is an e-mail and
10 an attachment sent by Pauline O'Dwyer, subject, "Q4
11 AAPL earnings call transcript," dated Friday,
12 November 2nd, 2018, sent to Tim Cook and Luca
13 Maestri.
14     It has Bates stamp APL-SECLIT_00151431 to
15 444.
16     Mr. Maestri, I'd like to ask you about some
17 of your remarks --
18     A.  Yep.
19     Q.  -- that you made on the call.
20     MR. KRAMER:  Dan, I'm happy to have you ask
21 the question before he's reviewed it.
22     But Mr. Maestri, just make sure you can
23 answer the question.
24     THE WITNESS:  Yeah.
25     MR. KRAMER:  But Dan, if you want to ask

Page 244

1 before he reviews it, that's fine.  Just take your
2 time, Mr. Maestri.
3 BY MR. PFEFFERBAUM:
4     Q.  I'm looking for -- I think maybe this will
5 satisfy all of us.  You start addressing the
6 guidance.
7     A.  Yeah.
8     Q.  On -- I'm looking at the page ending 437,
9 and the bottom one, two, three paragraphs, you see
10 it says, "As we move ahead into the December quarter
11 I'd like to review our outlook"?
12     A.  Yes.
13     Q.  So if you'd like to read -- I propose you
14 read from there to the end of your prepared remarks.
15 And my questions are solely about your discussion of
16 the outlook.
17     And after you read that, we can discuss
18 whether you feel like you need to read -- and I'll
19 ask my question, and you can discuss if you need to
20 read more.
21     A.  Yep.  Okay.
22     Q.  Do you see this range, the number of
23 factors to be considered?
24     A.  Yes.
25     Q.  First you reference the timing of the

Luca Maestri                                    In re Apple Inc. Securities Litigation

1 launch, right?

2     A. Yes.

3     Q. Second, you reference foreign exchange
4 headwinds.  "Third," you say "we have an
5 unprecedented number of products ramping, and while
6 our ramps are going fairly well, we have uncertainty
7 around supply and demand balance."

8     Do you see that?

9     A. Yeah.

10     Q. Ramping refers to the manufacture of
11 products, correct?

12     A. Yes.

13     Q. You indicated there's uncertainty around
14 supply and demand balance.

15     A. Yes.

16     Q. With respect to the XR, there was no
17 limitation with respect to supply on the XR, was
18 there?

19     A. At that point we felt that based on the
20 ranges that we were using, we felt that there was
21 sufficient supply for the XR.

22     But as you can see also from the letter
23 that Tim sent to the board just the before the
24 earnings call, he refers to a launch event that we
25 held in Brooklyn, Tuesday of the same week, where we

1 launched a number of products, the MacBook Air, the
2 Mac Mini, the iPad Pro.  And these are the products
3 that we were just -- literally, we hadn't started
4 selling in the market.  We had just had the
5 announcement of those products.  And so those were
6 the products where we had uncertainty around supply
7 and demand balance.

8     Q. All right.  But there was no uncertainty
9 about the supply and demand balance for the XR as of
10 November 1, 2018, was there?

11     MR. KRAMER:  Objection to form.

12     THE WITNESS:  We would have had to look at
13 the high end of the range.  I would have to be back
14 to that.  Maybe it could have been.  But not at the
15 low end of the range.

16 BY MR. PFEFFERBAUM:

17     Q. I mean, in fact, on or around this day,
18 you -- Apple cut the MPS by 15 million units for the
19 XR, so that would --

20     A. Again, MPS goes out of the quarter, so --
21 but yeah.

22     Q. I mean --

23     MR. KRAMER:  Hold on.  Hold on.

24     Mr. Maestri, you get to finish your answer.

25 Go ahead.

1     THE WITNESS:  The comment here is around
2 the products that Tim mentions to the board.

3     But these are important products.  These
4 are, you know, products that cost, you know, $500 to
5 $1,500 per unit.  And so being short supply on these
6 products can add to revenue fairly quickly.

7 BY MR. PFEFFERBAUM:

8     Q. Did any of those products cause you to
9 bring down the revenue guidance in the week before
10 this call?

11     A. I do not recall.

12     Q. Did you see anything today that would
13 suggest to you that a supply shortage of those
14 products caused a decrease in revenue guidance?

15     MR. KRAMER:  Objection to form.

16     THE WITNESS:  Can you repeat the question?

17 BY MR. PFEFFERBAUM:

18     Q. Have you seen anything in our review of the
19 process by which you reached the ultimate guidance
20 which would suggest that these new products other
21 than the XR caused the reduction in guidance to 89
22 to 93 billion?

23     A. I understand the question.

24     I didn't see the relevant documents that
25 would lead me to conclude that these products caused

1 a reduction, especially at the likely and high end
2 of our range.

3     Q. Well, we just looked at Saori Casey's
4 e-mail to you which indicated you brought down the
5 low on the XR by 2 million units --

6     A. Yeah.

7     Q. -- on the day of the call, right?

8     A. Yeah.  She doesn't mention any constraints
9 around MacBook Air or Mac Mini and iPad Pro.  So I'd
10 have to go look at those specific products to see if
11 the supply shortage could have influenced our
12 estimates for revenue for those products during the
13 quarter.

14     Q. Relative to the impact of demand for the
15 XR, those constraint supply impacts would have been
16 relatively minimal in their effect on 1Q '19
17 guidance, correct?

18     A. Relative to XR?

19     Q. Yes.

20     A. Sorry, Jim?

21     MR. KRAMER:  I was going to say, objection
22 to form.

23     Go ahead, sir.

24     THE WITNESS:  Okay.  Yes, I would agree to
25 that.  I would like to -- I'm not allowed to expand.

Luca Maestri                                   In re Apple Inc. Securities Litigation

Page 249

1 I'm not allowed to expand.

2      MR. PFEFFERBAUM:  Your counsel might ask
3 you some questions when I'm done.

4      I'm going to put a new exhibit in the chat.
5 I get every exhibit number wrong, so -- 24, I
6 believe.

7      (Whereupon, Exhibit 24 was marked for
8      identification)

9 BY MR. PFEFFERBAUM:

10     **Q.  For the record, Exhibit 24 is an e-mail**
11 **from Luca Maestri to Tim Cook, Friday, November 2nd,**
12 **2018.  Subject line is "AAPL 208.22 minus 14.0 minus**
13 **6.30 percent, Apple Inc. Yahoo Finance," bearing**
14 **APL-SECLIT_00390358 --**

15     MR. KRAMER:  Man, I wish I'd bought the
16 stock on this day.

17 BY MR. PFEFFERBAUM:

18     **Q.  -- to 362.**

19     A.  Yeah.

20     **Q.  Do you recognize this e-mail that's been**
21 **marked Exhibit 24?**

22     A.  No, I don't recall this e-mail.

23     **Q.  Do you -- well, all right.**

24     **So you see that this was sent from**

25 ████████████████████████████

Page 250

1     A.  Yeah.

2     **Q.  I take it that's your personal e-mail**
3 **address?**

4     A.  Yeah.

5     **Q.  Earlier I think you testified that you**
6 **rarely used that for work purposes.**

7     A.  What happens there is when -- and this is a
8 Yahoo page, what happens that if I'm looking at
9 Yahoo! Finance and I want to send a document, I
10 don't know, the system sends the e-mail because I'm
11 sharing this document, it sends it from my Yahoo!
12 mail.

13     **Q.  I understand what you're saying.  You're**
14 **saying this was automatically sent from that**
15 **account?**

16     A.  Yeah.

17     **Q.  Okay.  You don't have any reason to believe**
18 **you've conducted any other work related to your job**
19 **in the 2018 time period from your Yahoo! account, do**
20 **you?**

21     A.  Only if I send something from an external
22 website that the system automatically picks up my
23 private e-mail.

24     **Q.  Are there other websites besides Yahoo!**
25 **Finance that you send to Mr. Cook or other**

Page 251

1 **colleagues regularly?**

2     A.  Sometimes I send Wall Street Journal
3 articles, Bloomberg articles.  Those are typically
4 the financial publications that I follow.  I am a
5 subscriber to both Bloomberg and Wall Street
6 Journal.  And because I have a Yahoo! account, I
7 also look at Yahoo! Finance.

8     **Q.  Do you recall that the Wall Street Journal**
9 **published multiple articles about the pressure that**
10 **Apple was facing in the Chinese smartphone market**
11 **prior to November 1, 2018?**

12     MR. KRAMER:  Objection to form.

13     THE WITNESS:  I don't recall specific
14 articles, but it's something that we discuss because
15 the analysts asked during the call and -- during the
16 earnings call.

17     And we made the point that while there may
18 have been some macroeconomic pressure in China, and
19 that the smartphone market may be, you know, in
20 decline, our business did very, very well due to the
21 September quarter.  And we actually bucked the trend
22 and we grew revenue in China during the September
23 quarter by 16 percent.  I believe, it's something
24 that Tim discussed when he received questions from
25 the analysts after the prepared remarks.

Page 252

1 BY MR. PFEFFERBAUM:

2     **Q.  Right.  You didn't disclose, though, that**
3 **your same analysis showed that your 1Q '19 outlook**
4 **in Greater China was negative, not growth but**
5 **contraction, negative one percent revenue growth for**
6 **1Q '19, did you?**

7     MR. KRAMER:  Objection to form.

8     THE WITNESS:  I do not remember what the
9 implied revenue range was for China in the 89 to 93
10 billion.  But again, this is not something that we
11 ever disclose to the markets as part of our outlook.
12 We do not get into, as I said before, into product
13 line guidance or geographic guidance.

14 BY MR. PFEFFERBAUM:

15     **Q.  But you did reference geographic historical**
16 **performance, correct?**

17     A.  Absolutely.  We spent the vast majority of
18 our earnings call about our actual results, which
19 anyways get disclosed as part of our SEC
20 disclosures, our 10-Qs and 10-Ks.  We issue those
21 documents within 24, 48 hours.

22     And so investors can see by product line,
23 by geography, how our performance has been in all,
24 you know, all these different segments of product
25 categories.

Luca Maestri                                                    In re Apple Inc. Securities Litigation

Page 253

1        MR. KRAMER:  Mr. Maestri, we've been going
2  almost an hour.  Would you like to take another
3  short break?
4        MR. PFEFFERBAUM:  Hold on.  I'm in the
5  middle of a line of questioning.
6        MR. KRAMER:  Oh, okay.
7  BY MR. PFEFFERBAUM:
8     Q.  Do you understand that under the securities
9  laws, the company's performance up to November 1,
10 2018, for example, for the month of October, would
11 be considered actual performance and not future
12 performance?
13       MR. KRAMER:  Objection to form.
14       THE WITNESS:  I'm glad you're asking this
15 question because that's what I wanted to point out
16 when you were asking me about my comments.
17       When Nancy Paxton makes the introductory
18 remarks at the beginning of our call, she explains,
19 and these are two paragraphs on page 1 of 13, which
20 I read out to you, that we have used consistently in
21 all the nine years that I've been with the company,
22 and I'm sure that all these paragraphs precede me,
23 where she clearly explains to the analyst community
24 and the investor community that "some of the
25 information that you will hear during the discussion

Page 254

1  today is consistent of forward-looking statements,
2  including without limitation," and "Actual results
3  or trends could differ materially from our
4  forecast."  And "For more information refer to the
5  Risk Factors," na, na, na.  And "Apple assumes no
6  obligation to update any forward-looking statements
7  or information, which speak as of their respective
8  dates."
9     Q.  Do you understand --
10       MR. KRAMER:  Hold on.  Let him finish.
11       THE WITNESS:  Our investors fully
12 understand that when we provide forward-looking
13 statements, which is our revenue guidance, our gross
14 margin guidance, they are provided under this
15 umbrella.
16 BY MR. PFEFFERBAUM:
17    Q.  Mr. Maestri, do you understand that the
18 events occurring from October 1 to November 1 could
19 be considered historical events when speaking to
20 investors?
21       MR. KRAMER:  Objection to form.
22       THE WITNESS:  I understand that we are
23 speaking of our results for the quarter that we've
24 closed and those are -- and those are the results
25 that affected our performance from July to

Page 255

1  September.
2        And I understand that we take into account
3  all the information that is available to us that has
4  occurred during the existing quarter to provide
5  investors and analysts with our best estimate for
6  what we are going to accomplish during the current
7  quarter.
8        MR. KRAMER:  Mr. Maestri, are you ready for
9  a break?
10       THE WITNESS:  I am.
11       MR. KRAMER:  Okay.  Let's go off the
12 record.  Lorenzo, can you let us know how much time
13 we have left when we're off the record, please.
14       APTUS VIDEO TECHNICIAN:  Yeah.  The time is
15 5:14.  We're going off the record.
16       (Recess taken)
17       APTUS VIDEO TECHNICIAN:  The time is 5:30.
18 We're back on the record.
19 BY MR. PFEFFERBAUM:
20    Q.  Welcome back, Mr. Maestri.
21       Before we went to the break, I believe I
22 handed you Exhibit 24, which we started discussing
23 and then I think we went off on a tangent.  It has
24 the subject line, "AAPL 208.22."
25    A.  Yeah.

Page 256

1     Q.  Yeah.  So is it correct here that you've
2  attached the Apple stock, the Apple common stock
3  price quote from Yahoo! Finance?
4        It looks like this is on Friday,
5  November 2nd at 10:25 Eastern time.  I'm looking at
6  page ending 359.
7     A.  It looks like it.  I do not recall -- I
8  have to tell you, I do not recall this document at
9  all.  Obviously I was the one who sent it.
10    Q.  It shows the stock was down $13.97, or
11 6.3 percent, correct?
12    A.  Yeah.
13    Q.  What did you mean when you forwarded that
14 to Mr. Cook and you wrote "Fun to watch"?
15    A.  I repeat.  I do not recall this.  I can
16 only assume that this was a sarcastic comment.
17    Q.  Do you typically keep an eye on Apple stock
18 price following earnings calls?
19    A.  I think you see here that this is at the
20 end -- if this time is correct, this is on Friday at
21 2:27 p.m., this would seem to be Pacific time.  So
22 when the market closed --
23    Q.  I'm sorry.  I'm going to just stop you
24 because I have spent more time with these documents
25 than you.

Highly Confidential

Luca Maestri                                                    In re Apple Inc. Securities Litigation

Page 257

1    So I'll just let you know that that +0000
2 is Greenwich Mean Time.  So I've spent a lot of time
3 with these documents, so I can tell you that the way
4 you get Pacific time is you have to subtract seven
5 hours from what you see there.  And --
6    A.  Seven hours, so it would be 7:27.
7    Q.  A.m., Pacific.
8    A.  And so why -- 7:27, so 10:27, 10:25
9 Eastern, right?
10   Q.  Correct.
11   A.  So this would be at the -- more or less at
12 the open, a few -- the reason why I'm saying that,
13 normally I do not look at the stock price during the
14 day after earnings because I spend the majority of
15 the day after an earnings call with the largest
16 institutional investors where we have a schedule of
17 calls with large institutional investors.  And these
18 are investors that request a call back from us after
19 the earnings call.  In the afternoon after the
20 earnings call, we talk to sell side analysts and the
21 next day, in this case the Friday, we talk to the
22 buy side.
23       And so typically, I have a very busy
24 schedule of calls, one after the other, and so I
25 don't follow the stock price because I'm talking to

Page 258

1 investors.
2       But this was, then in this case 7:30 in the
3 morning, it was before I would start these calls.
4    Q.  Did Tim Cook respond to this e-mail?
5    A.  I don't believe so.  I don't know.  I don't
6 know.
7    Q.  The price was down about six percent from
8 the day before?
9    A.  Yes.
10   Q.  What do you think would have happened to
11 the price had you disclosed what you wrote to the
12 board that demand for the XR had been muted?
13      MR. KRAMER:  Objection to form.
14      THE WITNESS:  Well, that's -- you know,
15 that's very speculative.  The market reacts in ways
16 that are very difficult to predict, otherwise we
17 would all be billionaires.
18      But we've had situations where we beat --
19 we beat our -- the market consensus by billions of
20 dollars for the actual quarter, provided very strong
21 guidance for the following quarter, and the stock
22 price goes down.
23      This has happened several quarters in very
24 recent -- in very recent quarters, and vice versa.
25 So I wouldn't be able to answer that question.

Page 259

1 That's highly speculative.
2 BY MR. PFEFFERBAUM:
3    Q.  Well, you don't think the stock would have
4 declined less than 6.3 percent if you had included
5 negative information about the launch of the XR, do
6 you -- XR?
7      MR. KRAMER:  Objection to form.
8      THE WITNESS:  I repeat.  I cannot provide a
9 conclusion because it's highly speculative.
10      As I said, I just said, there have been
11 cases where after providing very strong guidance and
12 after beating by a very large amount the
13 expectations for the quarter, the stock went down.
14 And vice versa.  And we've had situations where we,
15 you know, didn't provide strong guidance and the
16 stock went up.
17      So it's very difficult to predict what the
18 market is going to do.
19 BY MR. PFEFFERBAUM:
20   Q.  What do you think would have happened if
21 you had disclosed that there had been an MPS cut of
22 16 and a half million units in the iPhone XR, XS and
23 XS Max on November 1?
24      MR. KRAMER:  Objection to form.
25      THE WITNESS:  I really -- I really do not

Page 260

1 know how the market would react.
2 BY MR. PFEFFERBAUM:
3    Q.  Do you think the market could have or would
4 have interpreted that as positive news?
5      MR. KRAMER:  Objection to form.
6      THE WITNESS:  I do not know.  I do not know
7 how the market would have interpreted it.
8 BY MR. PFEFFERBAUM:
9    Q.  How do you think the market would have
10 interpreted if you -- I'm sorry.  Let me rephrase
11 the question.
12      Do you think the stock would have declined
13 more than 6.3 percent on November 2nd, 2018, if you
14 had told investors that the XR was not an early
15 adopter product?
16      MR. KRAMER:  Objection to form.
17      THE WITNESS:  I have no idea what would
18 have happened in that case.
19 BY MR. PFEFFERBAUM:
20   Q.  You're aware that shortly after the
21 earnings call there was a report published in
22 something called the Nikkei Asian Review concerning
23 production cuts at Foxconn and Pegatron, do you
24 recall that?
25   A.  No.

Page 261

1      MR. PFEFFERBAUM:  Okay.  I'm going to put
2  what's going to be marked Maestri 25 in the chat.
3      (Whereupon, Exhibit 25 was marked for
4      identification)
5      MR. PFEFFERBAUM:  For the record, Maestri
6  25 is an e-mail from Saori Casey to Luca Maestri
7  dated December 16, 2018.  Has Bates stamped
8  APL-SECLIT_00287814 to 815.
9      THE WITNESS:  Okay.  I'm going to read the
10  document.  Okay.
11  BY MR. PFEFFERBAUM:
12      Q.  Do you recognize this e-mail exchange
13  that's been marked Exhibit 25?
14      A.  Yes.  I do not recall it, but obviously I
15  have it in front of me and this is something I
16  exchanged with Saori Casey on December 16.
17      Q.  Turning to the second page, you see you
18  start this thread right with a request to Saori?
19      A.  Yes.
20      Q.  It says "Tim is having a BOD," that would
21  be board of director, right?
22      A.  Yes.
23      Q.  "Tim is having a board of directors call
24  tomorrow and we need to verify a few data points,"
25  right?

Page 262

1      A.  Yes.
2      Q.  And you're trying to at this point assess,
3  would it be fair to say, performance to date versus
4  the guidance given on November 1?
5      A.  Yes.
6      Q.  Okay.  And so you ask her these four
7  questions, including you're asking about the year
8  over year currency FX headwind, right?
9      A.  Yes.
10      Q.  The iPhone unit miss bridge between the low
11  end of guidance and the current forecast by geo and
12  SKU.
13      What does number 2) mean?
14      A.  Number 2), I think to provide some context
15  to answer this question here.
16      At this point, it's December 16, and I
17  think at this point our forecast indicates that we
18  are below the 89 billion, and so we are below the
19  low end of the guidance range.
20      And so I am asking, when you compare the
21  low end of the guidance that we provided to the
22  market on November 1 and where we are with our
23  forecast for iPhone units, both at the geographic
24  level and at the model level, what is it that we are
25  missing.

Page 263

1      Do you follow me?
2      Q.  Right.  So you think you're now below --
3  and you're asking about what -- what is driving
4  the --
5      A.  The miss.
6      Q.  -- the miss below 89.
7      A.  Yes.
8      Q.  Gotcha.  Okay.  And so and then you follow
9  up quickly, right, and it says -- well, I'm sorry.
10  You had number 3), "what percent of the miss to low
11  end of revenue guidance is due to China."
12      A.  Yes.
13      Q.  Including FX.  And "how many customers are
14  estimated to use the battery replacement program,"
15  right?
16      A.  Yeah.  Is that a question?
17      Q.  I was just summarizing your questions.
18      A.  Yeah.  That's fine.  So you don't want me
19  to expand on it?
20      Q.  No, that's okay.
21      A.  Okay.
22      Q.  It looks like you quickly add after that
23  request, "Also, what percentage of the revenue miss
24  against guidance was due to XR alone," right?
25      A.  Yes.

Page 264

1      Q.  Okay.  So turning to Ms. Casey's response
2  at 2:51 p.m.
3      A.  Yeah.
4      Q.  Is it correct, then, that she says "FX as
5  it turns out is slightly better 165 million on
6  revenue."
7      So was FX, currency FX during the quarter
8  actually a better, a positive impact compared to
9  guidance?
10      A.  That is the question that I asked like five
11  minutes later after receiving the response from
12  Saori.  And I say on the first point "at guidance we
13  said that FX was worth two points of growth.  Now it
14  seems to be three points.  So how can it be
15  favorable?"
16      And then she goes to respond two minutes
17  later, "Apologies for the confusion.  On the slide
18  deck we had 1.5 percent (rounds to 2) and in the
19  tabloid by market hand-out we had three percent
20  which was not correct (was subtracting the hedge
21  gains)."
22      So I don't know.  It's a bit confusing
23  here.
24      But essentially, it seems if FX was a
25  variable in our miss, at the most it would have been

Luca Maestri                                                    In re Apple Inc. Securities Litigation

Page 265

1 a point of growth. We would have to go and
2 investigate exactly what this means in practice.
3       But my conclusion here is that FX was not a
4 major factor to explain -- it was a major factor in
5 terms of reduced growth on a year over year basis,
6 but it was not a major factor to explain our miss.
7       **Q. Okay. Looking at point number 3).**
8       A. Yeah.
9       **Q. That she writes, she says, "Geo miss was**
10 **led by China (two-thirds) and US (one-third)."**
11      A. Yeah.
12      **Q. Right. And she says, "If I prorate down**
13 **the 85 million forecast from Friday to 84.5 million**
14 **proportionately, it would be 60 percent China, but**
15 **I'm speculating that the 500 million reduction may**
16 **be a bit more rotated to China."**
17      A. Yeah.
18      **Q. Go ahead. Is it correct, then, that the --**
19 **Ms. Casey is saying that the miss to date below 89**
20 **billion is attributable two-thirds to sales in**
21 **China?**
22      MR. KRAMER: Objection to form.
23      You may answer, Mr. Maestri.
24      THE WITNESS: Not -- so she's saying that
25 the miss not today but the miss for the quarter

Page 266

1 based on the forecast that we have today is
2 two-thirds China, one-third US.
3       She's also saying the forecast is still
4 moving around and I'm going to be getting detailed
5 information by geography on Monday.
6       And so I'm doing an extrapolation with the
7 change in the forecast. I don't know how much to
8 allocate to China, but she's saying it's between
9 60 percent and two-thirds China.
10 BY MR. PFEFFERBAUM:
11      **Q. And that's -- that's roughly consistent**
12 **with the January 2nd --**
13      A. Letter.
14      **Q. -- letter, right?**
15      MR. KRAMER: Okay. Mr. Maestri, you need
16 to let him finish before you answer.
17      THE WITNESS: Sorry.
18      MR. KRAMER: This is a formal proceeding.
19 And Mr. Pfefferbaum, by my count you have just under
20 ten minutes left. I just want to make sure you know
21 that.
22      MR. PFEFFERBAUM: That's -- I had ten,
23 yeah. Yes.
24      MR. KRAMER: Okay.
25 ///

Page 267

1       MR. PFEFFERBAUM: I have us going to 58.
2 Is that what you have?
3       MR. KRAMER: That's what I have as well.
4 BY MR. PFEFFERBAUM:
5       **Q. Okay. And then if you turn the page,**
6 **Mr. Maestri, to the last page again point 5), XR --**
7 **I'm sorry, "XR would have roughly contributed almost**
8 **all of the miss and adding Mac would make it more**
9 **than 100 percent of the miss."**
10      **Is that consistent with your understanding**
11 **of what caused the revenue miss in 1Q '19?**
12      MR. KRAMER: Objection to form.
13      You may answer.
14      THE WITNESS: What Saori is saying here
15 that based on the forecast that we have on Sunday,
16 the 16th of December, so it's not the final actuals
17 for the quarter, that at that point, she's saying
18 that the miss to the low end of the guidance, she's
19 saying roughly XR, half of it Mac -- you know, the
20 other half or a bit more than the other half.
21      But again, she says, look, I mean, I need
22 to run it through our BPC system, which is really
23 the system that consolidates billions of data points
24 to come up with the forecast.
25      So she doesn't have a precise number at

Page 268

1 this point. And she's saying this is coming
2 together by end of day on Monday, and this is
3 Sunday.
4 BY MR. PFEFFERBAUM:
5       **Q. I want to make sure that I got your**
6 **testimony clear. She's not saying it's -- I think**
7 **you said it was half XR -- XR?**
8       A. Sorry. Almost, almost all -- sorry, almost
9 all of the miss. Sorry.
10      **Q. Okay. And you don't have any reason to**
11 **disagree with her assessment as of this date, which**
12 **was Sunday, December -- Sunday, December 16, do you?**
13      A. Yes.
14      MR. KRAMER: Again, Mr. Maestri, you need
15 to let Mr. Pfefferbaum finish. I want to make sure
16 the record is clear.
17 BY MR. PFEFFERBAUM:
18      **Q. Okay. I asked you, you don't have any**
19 **reason to disagree with her assessment as of this**
20 **day, do you?**
21      A. I do not.
22      MR. PFEFFERBAUM: Okay. I'm going to go
23 off the record. I want to just make sure I've got
24 everything buttoned up and we'll come back in five
25 minutes.

**Highly Confidential**

Luca Maestri                                                          In re Apple Inc. Securities Litigation

Page 269

1        MR. KRAMER:  Okay.
2        APTUS VIDEO TECHNICIAN:  The time is 5:50.
3   We're going off the record.
4        (Recess taken)
5        APTUS VIDEO TECHNICIAN:  The time is 5:52.
6   We're back on the record.
7        MR. PFEFFERBAUM:  Mr. Maestri, thank you
8   for your time today.  I don't have any further
9   questions.  I'm going to turn it over to your
10   counsel.
11        MR. KRAMER:  The deposition is completed.
12   Thank you, Mr. Pfefferbaum.
13        MR. PFEFFERBAUM:  All right.  Thank you
14   both for your time.  We can go off the record.
15        APTUS VIDEO TECHNICIAN:  All right.  That
16   concludes the deposition for today.  The time is
17   5:53.  We're going off the record.
18
19        (Whereupon, the deposition was
20        adjourned at 5:53 p.m.)
21             --oOo--
22
23
24
25

Page 271

1   DECLARATION UNDER PENALTY OF PERJURY
2   Case Name: In re Apple Inc. Securities Litigation
3   Date of Deposition: 02/25/2022
4   Job No.: 10094758
5
6        I, LUCA MAESTRI, hereby certify
7   under penalty of perjury under the laws of the State of
8   _____ that the foregoing is true and correct.
9        Executed this _____ day of
10   _____, 2022, at _____.
11
12
13        _____
14             LUCA MAESTRI
15
16   NOTARIZATION (If Required)
17   State of _____
18   County of _____
19   Subscribed and sworn to (or affirmed) before me on
20   this _____ day of _____, 20__,
21   by_____,      proved to me on the
22   basis of satisfactory evidence to be the person
23   who appeared before me.
24   Signature: _____ (Seal)
25

Page 270

1        CERTIFICATE OF REPORTER
2        I, ANGELA T. KOTT, Certified Shorthand
3   Reporter, hereby certify that the witness in the
4   forgoing deposition was duly sworn to tell the
5   truth, the whole truth and nothing but the truth in
6   the within-entitled cause;
7        That said deposition was taken down in
8   shorthand by me, a disinterested person, at the time
9   and place therein stated, and that the testimony of
10   the said witness was thereafter reduced to
11   typewriting, by computer, under my direction and
12   supervision;
13        That before completion of the deposition,
14   review of the transcript [ ] was [X] was not
15   requested.  If requested, any changes made by the
16   deponent (and provided to the reporter) during the
17   period allowed are appended hereto.
18        I further certify that I am not of counsel
19   or attorney for either or any of the parties to the
20   said deposition, nor in any way interested in the
21   event of this cause, and that I am not related to
22   any of the parties thereto.
23             Dated: February 28, 2022.
24        _____
25        ANGELA T. KOTT, CSR 7811

Page 272

1   DEPOSITION ERRATA SHEET
2   Case Name: In re Apple Inc. Securities Litigation
    Name of Witness: Luca Maestri
3   Date of Deposition: 02/25/2022
    Job No.: 10094758
4   Reason Codes:  1. To clarify the record.
                   2. To conform to the facts.
5                  3. To correct transcription errors.
6   Page _____ Line _____ Reason _____
7   From _____ to _____
8   Page _____ Line _____ Reason _____
9   From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24   Page _____ Line _____ Reason _____
25   From _____ to _____

**Luca Maestri**

**Highly Confidential**

**In re Apple Inc. Securities Litigation**

```
                                                    Page 273
1     DEPOSITION ERRATA SHEET
2     Page _____ Line _____ Reason _____
3     From _____ to _____
4     Page _____ Line _____ Reason _____
5     From _____ to _____
6     Page _____ Line _____ Reason _____
7     From _____ to _____
8     Page _____ Line _____ Reason _____
9     From _____ to _____
10    Page _____ Line _____ Reason _____
11    From _____ to _____
12    Page _____ Line _____ Reason _____
13    From _____ to _____
14    Page _____ Line _____ Reason _____
15    From _____ to _____
16    Page _____ Line _____ Reason _____
17    From _____ to _____
18    Page _____ Line _____ Reason _____
19    From _____ to _____
20    Page _____ Line _____ Reason _____
21    From _____ to _____
22    _____ Subject to the above changes, I certify that the
              transcript is true and correct
23    _____ No changes have been made. I certify that the
              transcript  is true and correct.
24
              _____
25                    LUCA MAESTRI
```

Luca Maestri

**$**

**$1,500** 247:5

**$100** 198:6,10

**$13.97** 256:10

**$250** 173:8

**$3** 159:8 237:10

**$30** 201:13 202:7

**$350** 173:8

**$4** 162:20 163:1
237:7

**$40** 119:4

**$500** 247:4

**$87** 184:4

**$89** 184:8

**$93.2** 190:7

**$93.3** 163:6,8

**$97** 213:19

**$99** 198:10

**(**

**(2)** 84:14

**+**

**+0000** 257:1

**+1.5m** 190:1

**-**

**--ooo--** 269:21

**0**

**0.5** 193:11

**1**

**1** 58:17,18 62:10,15
64:24 65:10 73:5
75:10,18 76:18,25
96:24 99:23 100:12,
22 115:23 146:11
149:10 150:7 180:7
211:4 216:14 220:5
221:14 222:6 224:24
225:8 229:17 233:19
238:23 246:10
251:11 253:9,19
254:18 259:23
262:4,22

**1,000** 199:7,11

**1.5** 189:11 191:2
192:2,7 194:4
264:18

**10** 33:16 110:16
111:8 164:17,18,24
165:21 166:20
169:19 174:13 205:1

**10-ks** 252:20

**10-qs** 252:20

**10.7** 168:24 169:12
170:24

**10/15/18** 91:9

**10/16** 96:9 166:17

**10/19** 120:22 121:7,
14,23

**10/20** 121:14

**10/23** 120:24 121:7,
23 123:21 158:22

**10/25** 131:14 137:9

**10/26** 132:11 137:9
138:4 158:22

**10/28** 189:9 205:5
206:16

**10/31** 204:22 205:12
206:16,20

**100** 214:19 267:9

**10:02** 49:12

**10:13** 49:14

**10:25** 256:5 257:8

**10:27** 257:8

**11** 67:2 79:25 140:12,
13 175:6,7,10,21
204:19

**11/11** 176:19 217:8
219:12 223:25 224:3
229:2

**11:11** 86:12

**11:23** 86:15

**11:30** 157:3

**12** 33:16 65:8 68:8
127:6,8 128:22
181:16,17,21 188:10

**12:00** 33:13

**12:10** 117:3

**12:45** 117:6

**13** 127:16,17 131:9
188:11,14,16,23
189:6,8 253:19

**14** 131:11 133:22
194:25 195:2,5,15

**14.0** 249:12

**14.6** 129:3 135:25
168:25 169:12
170:6,10,24 171:8,
15,20 172:2,5,23
230:21,24

**15** 132:7 133:22
188:17,19 202:12,
13,20 246:18

**15.4** 135:14 172:2,23

**15th** 91:6,21

**16** 74:22,24 75:11
87:8 96:10 100:23
118:19 136:10,15
202:16,17 203:22
251:23 259:22
261:7,16 262:16
268:12

**16.6** 134:12 172:5,10,
21 173:15,16

**160** 152:11

**165** 264:5

**16th** 97:5 98:19
105:11 166:21
267:16

**17** 96:2 134:11
136:22 137:3 140:14
206:23,24 207:3
208:22

**18** 41:9 136:22 137:3
208:23,24 209:1,5
215:24

**19** 18:15 26:9 74:24
75:11,18,25 76:8
96:8 120:16 126:13
135:25 136:22 137:3
157:7 158:3 159:8
163:1 169:15 182:1
191:18 195:7 198:17
199:3 213:18 215:25
216:1,2,9,15 226:2
236:16 237:9 248:16
252:3,6 267:11

**1991** 15:5

**1:00pm** 189:1

**1:45** 155:18

**1:59** 155:21

**1Q** 18:15 26:9 74:24
75:11,17,25 76:8
158:3 159:8 163:1

**Highly Confidential**

Luca Maestri

In re Apple Inc. Securities Litigation

198:17 199:3 248:16
252:3,6 267:11

**1st** 77:4 180:1,18
187:15 221:21
223:22

---

**2**

**2** 85:10 90:22,23 91:5
99:23 100:2,10
102:11 104:14
225:20 228:3 237:10
248:5 262:13,14
264:18

**2.6** 193:16 205:4,11,
17 206:16

**20** 15:18 16:1 69:7
80:19 128:12,15
133:22 136:12,15,22
137:3 169:15 172:25
201:13 202:7 217:11
218:12,15 224:18,
19,22 225:4 230:23

**20's** 217:15

**20(a)** 37:7

**20.3** 132:8 228:8
230:5

**2007** 16:3

**2008** 16:1,3,7,8,19

**2011** 16:20,24

**2013** 15:9,11 16:25
17:3

**2014** 17:5,8,17,19
21:8

**2016** 164:4,8

**2018** 18:2,6,11,13,17,
20 19:7 20:2 21:5
24:6 25:5,20 26:5,15
27:3 28:3,13,22 29:6
32:3,20 34:12,13,15

35:2 43:13,18 44:16
46:18 48:9 49:20,24
51:2 57:3,9,14 58:6
59:4,8 60:18 69:18
74:20,21 75:10,18
76:14,19 80:24
86:19,22 87:5,12,23
88:3 89:5 91:6,22
92:21 94:24 95:13
96:2,24 97:5 98:19
100:19,23 110:10
126:1 138:4 146:11
156:8,24 161:13
162:8 165:2 175:14
180:7 181:22 188:25
195:11 199:6 202:22
204:6 207:4 214:17
216:13,14 221:15,21
223:22 224:24 225:8
229:17 238:23
240:25 243:12
246:10 249:12
250:19 251:11
253:10 260:13 261:7

**2019** 18:13 43:18
46:18 48:9 49:20
83:1,16,22 84:15,17
85:10 118:8

**2021** 67:9,12 68:23

**2022** 8:11

**208** 8:16

**208.22** 249:12 255:24

**20th** 110:10 113:2
116:12

**21** 227:4,8 231:19

**22** 69:24 231:16,20,
21,24 232:5

**22.1** 134:12,14,16
135:7,19 172:20
174:1

**22.3** 129:1 191:21

205:7 206:20 228:7
229:18

**22.7** 131:12

**225** 156:11

**228** 140:1

**23** 74:18 82:23
120:18 243:5,6,9

**23.8** 191:23

**23rd** 157:12,25 158:4
159:9

**24** 153:1,7 249:5,7,
10,21 252:21 255:22

**25** 128:18 261:2,3,6,
13

**25th** 8:11 118:10

**26** 44:16 131:24
156:24 172:21

**26(e)** 68:11

**26.4** 205:2 230:12

**26th** 45:5 99:4 125:25
135:11 137:16 138:4
139:2 143:1 150:14,
20 151:2 156:8
157:4,12,25 158:5
159:9 166:12 222:6

**27** 165:2 172:21
175:14 181:22 186:2
192:25 193:20

**27.3** 103:6,13

**27th** 161:13 172:10
177:3 183:18

**28** 82:23

**28.9** 127:11

**283** 225:2

**286** 200:1,5,13 201:6
202:3

**28th** 67:9,11 193:9

204:17

**29** 127:11 199:19
201:5

**29.0** 191:21

**29th** 188:25 189:14,
24 192:20 194:7
196:14

**2:27** 256:21

**2:51** 264:2

**2nd** 83:1,16 84:15
243:12 249:11 256:5
260:13 266:12

---

**3**

**3** 95:21,22,25 109:21
263:10 265:7

**3.1** 166:25 193:1,6,7,
14

**3.2** 167:1,9

**3.4** 158:24

**30** 152:12

**30.3** 103:8

**30th** 202:22

**31** 195:11 199:6
203:10 204:6,18
207:4 214:17

**31st** 211:5

**32.2** 102:12,17
191:21

**324** 140:1

**34,000** 114:21

**34.2** 102:18

**359** 256:6

**362** 249:18

**376** 120:13

**Highly Confidential**

Luca Maestri                                                    In re Apple Inc. Securities Litigation

**378** 117:22

**3:02** 194:19

**3:15** 194:21

**3G** 16:15

---

**4**

**4** 109:22,24,25 110:9
  111:11,18 158:20,21

**4.6** 169:2

**40** 152:12

**40,000/12,000** 115:25

**427** 138:6

**433** 175:15

**437** 244:8

**439** 165:4

**444** 243:15

**45** 140:5,6 232:2

**48** 252:21

**49** 189:2

**4:09** 224:11

**4:19-cv-02033-ygr**
  8:8

**4:20** 224:13

**4G** 16:15

**4th** 15:11

---

**5**

**5** 117:12,13,16 118:2
  133:7 167:2 204:25
  267:6

**5.2** 132:7 137:13

**5.8** 131:11 137:13

**50** 22:13

**500** 223:2 224:5
  265:15

**53** 159:25

**55** 226:10 227:15

**56** 142:11 226:6
  227:16 228:7

**57** 226:6 227:12,16

**570K** 139:6

**57s** 226:7

**58** 267:1

**59** 216:10

**5:14** 255:15

**5:30** 255:17

**5:50** 269:2

**5:52** 269:5

**5:53** 269:17,20

**5c** 131:14 132:10,22
  133:1,3,7,8,9,11,18
  137:8,12 169:8

**5G** 16:15

**5s** 133:8

**5th** 104:18 106:13,24

---

**6**

**6** 65:11 73:12 76:10,
  13 77:18 121:5
  124:19 125:2,3
  204:25

**6.3** 256:11 259:4
  260:13

**6.30** 249:13

**60** 142:9 265:14
  266:9

**620k** 139:10

**64** 139:11,17,22,23

**140:2**

**65** 128:1,21

---

**7**

**7** 65:9 77:22 79:6,7,
  15 137:22,23 138:2,
  12

**7.1** 167:14,20 168:5,
  15,19 193:2

**7.9** 167:15

**70** 30:12

**716** 202:3

**718** 200:1,5,13 201:6

**723** 91:10

**728** 196:15 199:6

**729** 195:12

**73** 142:7

**75** 112:7 114:5

**79** 115:1,2

**7:27** 257:6,8

**7:30** 258:2

---

**8**

**8** 112:25 127:15,22,
  23 128:20 139:19
  140:13 142:7,11
  156:1,3,6,14 179:19
  185:24

**8+** 112:25 127:15,22,
  23 128:21 139:20
  140:13 142:7,12
  179:19 185:24

**8/8+** 112:7 114:4
  115:2 127:17 128:9,
  19 139:11 140:2
  142:9

**80** 30:13

**800** 199:7,11 200:5,6
  201:2,20,24 207:10

**815** 261:8

**82** 112:6 114:4

**827** 158:21

**835** 158:21

**837** 110:14

**84.5** 265:13

**85** 265:13

**87** 184:12

**89** 146:4 149:8
  184:12 211:11
  212:13 222:18 234:2
  237:7 238:21 247:21
  252:9 262:18 263:6
  265:19

**890** 127:3

**895** 130:4

**8:30** 204:6

**8:36** 199:19 201:5,21

**8:40** 196:14

**8:59** 199:6

---

**9**

**9** 79:25 114:23 160:7,
  11 161:11 204:19

**90** 127:24 128:20

**905** 204:1,9,10

**908** 125:8

**93** 146:4 149:8
  162:17 211:11
  212:13,16 213:18
  222:18 230:14,15
  231:4 234:2 237:7
  238:22 247:22 252:9

**Highly Confidential**

Luca Maestri                                    In re Apple Inc. Securities Litigation

**93.3** 158:4

**93.4** 230:14

**96** 158:3

**97** 162:17 212:16 231:4

**988** 96:3

**99283** 226:25

**9:00** 33:13

**9:05** 8:19

---

**A**

**a.m.** 199:6,19 204:6 257:7

**AAPL** 243:11 249:12 255:24

**ability** 12:25 13:1 201:14

**able** 45:4 46:9 108:10 132:3 134:18 146:20 196:11 258:25

**Absolutely** 252:17

**accelerated** 198:12, 14

**access** 239:22,24

**accommodate** 12:19

**accompanied** 28:23

**accomplish** 145:8 196:11 255:6

**account** 111:21 113:10 122:5 140:9 158:7 167:20 171:13 186:12,15,17,19 187:3 193:23 220:17 238:19 250:15,19 251:6 255:2

**accounted** 186:11

**accounting** 18:23 19:16

**accounts** 114:24

**accuracy** 223:6

**accurate** 39:8 81:24, 25 170:4 238:5,14

**action** 37:14 93:6

**actions** 53:8 97:9 98:5 162:10 173:13, 14 199:8,16

**activated** 101:4

**active** 29:10

**activities** 18:25 19:12,15,20,23 21:13,14,23 106:2 196:5 197:19 220:19

**activity** 240:20

**actual** 99:3 141:19 144:12 154:22 213:10 252:18 253:11 254:2 258:20

**actuals** 267:16

**ad** 125:24

**Adams** 9:14 41:4 91:7 209:8,24 232:1 241:13

**add** 74:2 83:11 159:3 194:4 222:4 247:6 263:22

**added** 227:25

**adding** 108:16 267:8

**addition** 70:4

**additional** 67:19 68:6 74:15 104:14 153:14,17,24 154:11 186:21 191:12 228:21,23

**address** 10:9,12,17 50:5,20 76:17 138:24 197:1 211:18 231:25 250:3

**addresses** 50:8

**addressing** 102:7 105:16 244:5

**adds** 204:19 226:6

**adjourned** 269:20

**adjustments** 187:17 225:19

**adopter** 220:13 234:5,11 235:1 260:15

**adopters** 116:3 173:5

**advertising** 154:11

**advice** 68:18

**AFC** 209:13,14

**affect** 12:25 13:1 92:1,14

**affiliation** 8:22

**affirmative** 65:20,25 66:21 78:3,8,19 79:1

**affluent** 219:10

**afternoon** 257:19

**aggregate** 144:20 180:8 222:17

**ago** 43:20 115:13 119:11 120:7 133:10

**agree** 67:8 94:15 133:21 148:24 218:21 248:24

**agreed** 8:18 96:13 221:7

**agreement** 197:14 198:6 242:17

**ahead** 31:4 42:14

**54:9 56:7 58:23 64:2 81:22 82:1 84:21 93:22 132:19 145:22 147:19,20 148:20 150:23 172:17,18 177:8 189:21 200:22 217:18 218:19 242:18 244:10 246:25 248:23 265:18

**Ahrendts** 110:12 138:8 216:12

**Ai** 29:2 224:24

**Air** 246:1 248:9

**Airpods** 17:21

**alerts** 13:24

**all-inclusive** 112:21

**all-time** 163:9 211:15

**allegations** 66:10

**allege** 36:15 71:16 83:25

**alleged** 65:17 69:20 71:15 72:8 76:17 77:2,7,13,16,24 78:2 80:21,25 81:5 82:8, 11 83:7

**allegedly** 76:24

**Allen** 9:9 96:1

**allocate** 123:14 266:8

**allow** 11:15,17 242:3

**allowed** 147:18,22 248:25 249:1

**allows** 51:14

**America** 118:16,23

**amount** 33:2 101:5 127:22 144:20,23 148:11 152:6 182:16 193:14 201:13

205:12 259:12

**analysis** 73:10
177:13 187:23 252:3

**analyst** 22:12 26:21
28:17 30:16 87:2
88:4,7 91:8,13 92:1
93:12,19 94:5
146:10 181:2,12
239:14 253:23

**analysts** 22:12,13
23:6,10,14,18 93:8,
9,11 251:15,25
255:5 257:20

**and/or** 58:6 64:9
65:14

**Anderson** 96:1
203:23

**Andrew** 9:13 41:3

**Andy** 96:1

**anecdotes** 219:23

**Angela** 8:13 82:2,4
110:12 138:8 162:2
216:11

**Anish** 125:5

**announced** 225:15

**announcement**
232:10 246:5

**answer** 12:9 31:4,5
32:24 36:2 41:11
43:5 53:11 56:4
65:20,25 66:3,6,8
68:3 69:3 72:14
73:16,20 74:10 76:2
78:4 79:2 80:9 81:17
134:18 145:23
163:18 200:23 214:7
218:6,18,19,21
235:8 242:15 243:23
246:24 258:25
262:15 265:23

266:16 267:13

**answered** 24:14 36:2

**answering** 218:17

**anticipated** 85:15
86:1 100:18,22
101:20 116:6 221:1,
8,16 222:1,10

**anticipating** 74:23
102:20 103:1 175:18

**Anuj** 125:5

**anyone's** 89:3

**anyways** 252:19

**AOS** 131:13 132:10,
13 133:24,25 134:2,
4,8 135:3

**APL-SECLIT_
000280722** 91:10

**APL-SECLIT_
00099223** 156:10

**APL-SECLIT_
00151138** 161:14

**APL-SECLIT_
00151431** 243:14

**APL-SECLIT_
00161836** 110:14

**APL-SECLIT_
00162372** 117:21

**APL-SECLIT_
00198985** 96:3

**APL-SECLIT_
00284425** 138:5

**APL-SECLIT_
00284431** 175:15

**APL-SECLIT_
00284436** 165:4

**APL-SECLIT_
00284901** 204:1

**APL-SECLIT_
00284939** 207:5

**APL-SECLIT_
00287814** 261:8

**APL-SECLIT_
00390358** 249:14

**APL-SECLIT_
00429314** 181:24

**APL-SECLIT_
00468727** 195:12

**APL-SECLIT_
00482889** 125:8

**APL-SECLIT_
00496647** 189:2

**APL-SECLIT_
00503996** 209:6

**APL-SECLIT_
00504044** 232:2

**APL-SECLIT_
00515053** 216:10

**APL-SECLIT_
00599497** 202:23

**APL-SECLIT_
0099279** 225:2

**apologies** 64:15
264:17

**apologize** 38:2 85:4
100:6 111:15 113:22
151:21 189:19,20

**apparently** 64:13
198:8

**appear** 106:12 126:4,
18 192:6

**appearance** 8:22

**appears** 126:19
169:10,13 182:5
203:11 204:9,10
226:18 232:9

**Apple** 8:5 9:13 13:9,
10 15:9,13 17:2,3,21
18:22 22:14 23:19
27:16,24 33:12
34:14,15 39:4,20
44:19 45:6 48:21
49:19 56:12 69:2
71:9,18 75:24 76:8
80:14 83:22 87:3,11
89:3 90:8 110:25
133:1,4 138:9
140:18 165:1
205:10,16 206:15
209:15 235:23 241:3
246:18 249:13
251:10 254:5 256:2,
17

**Apple's** 18:16 41:2
69:16,18 70:2 78:1
80:22,23,25 82:22
83:1,2,6 84:14,17
86:21 92:14 101:11
106:22 124:15
238:12

**Apple.com** 138:23

**Applecare** 199:21
200:13,16 201:11,14
202:7

**applications** 13:20,
25

**apply** 23:25 177:6

**appreciate** 125:11
145:18

**approach** 102:5,8
217:3 219:4,20
224:2 230:8

**appropriate** 68:10
80:1

**approximately** 163:2

**Aptus** 8:3,14 9:15
49:11,14 86:12,15

Luca Maestri                                                    In re Apple Inc. Securities Litigation

117:3,6 155:18,21
194:18,21 224:10,13
255:14,17 269:2,5,
15

**arc** 178:4

**archive** 56:25 57:5

**archived** 58:6

**archives** 57:19

**area** 186:1

**areas** 18:1 242:4

**argument** 82:11

**arguments** 39:20

**arrange** 203:6

**art** 55:4 215:5

**Arthur** 209:22

**articles** 88:3,7 251:3,
9,14

**Asia** 15:22

**Asian** 260:22

**asked** 61:19 72:21
78:18 85:1,3 131:23
132:21,22 146:11
148:18 162:4 181:2
215:7 218:3 234:22
251:15 264:10
268:18

**Askew** 40:17,19

**asking** 18:19 23:21,
22 34:22 38:5,13,14,
18 40:2 53:7 57:4,5
72:12,13,16 80:13
88:2 133:15 176:11
182:19 191:1 233:17
253:14,16 262:7,20
263:3

**asks** 23:4 77:23

**ASP** 158:14,19,23

**asserted** 78:9

**assess** 262:2

**assessment** 268:11,
19

**associated** 171:14
208:20

**associates** 40:24

**assume** 12:9 107:8
256:16

**assumes** 104:13
254:5

**assuming** 104:17
169:2 170:10

**assumption** 206:14
230:4

**assumptions** 157:19
180:10 183:6 184:8,
14,22 205:24
206:12,18 212:18,22

**assure** 94:11

**AT&T** 115:23

**attached** 125:16
157:7 256:2

**attachment** 117:17
120:12 243:10

**attachments** 192:23

**attend** 34:7 96:14
97:1 204:2,5

**attended** 203:14

**attendees** 31:10

**attending** 203:9
240:23

**attends** 26:14

**attention** 95:11

**attorneys** 48:12

**attract** 107:18,19
108:18

**attracted** 109:1

**attributable** 265:20

**audio** 8:17

**audit** 209:15 210:7,16
211:6 212:10,23
213:4,14,16,23
214:2,10,15,20
215:6,19,21

**author** 44:9,10

**authors** 42:23

**automatically**
250:14,22

**available** 69:15,23,25
70:23 107:14 108:12
149:17 183:14
186:16 187:4 204:20
212:18 222:19
228:11 238:7,19
255:3

**aware** 40:20 45:21
50:14 52:3 71:22
81:4 82:7,10 83:21
92:23 104:23 121:22
140:17,20 159:7
168:3 170:2 187:10,
13 260:20

**awareness** 141:9,21
185:18 234:9
235:20,25

---

**B**

**back** 15:24,25 17:17
18:21 49:15,17
57:16 58:25 82:3
86:11,16,18 108:1
117:7,8 132:2 142:2
153:10,11 155:22,23
159:13,15 162:1
164:4,13 165:12
168:20 190:13

192:22 193:21
194:22,23 224:14,15
240:24 242:8 246:13
255:18,20 257:18
268:24 269:6

**background** 14:9
165:6,12

**backup** 204:13

**bad** 71:19,20

**balance** 196:19
245:7,14 246:7,9

**balances** 198:25

**Balasubramaniam**
20:25

**base** 29:10

**based** 16:11 69:15,25
93:9 132:13 133:24
134:8,9 135:3,15
137:12,17 149:13,16
150:17 152:9 168:23
170:21 174:5 180:10
192:19 211:7 219:23
228:21,23 238:6
245:19 266:1 267:15

**baseline** 206:4

**basing** 99:3

**basis** 22:19 23:4,16
29:18 32:21 70:18
71:1 78:2 80:25
81:18 122:18 123:3
139:21 164:3
171:16,17 176:13
199:11 216:18
221:23 223:13
237:12 265:5

**Bates** 91:9 96:3
110:13 117:21 125:7
138:5 156:10 161:14
165:3 175:14 181:23
189:1 195:11 202:23
204:1,9 207:4 209:5

216:9 225:1 232:2 243:14 261:7

**battery** 263:14

**Beach** 10:11,13

**bearing** 217:8 249:13

**bears** 91:9 138:5 195:10,11 203:24

**beat** 258:18,19

**beating** 259:12

**Beats** 17:21

**becoming** 89:16

**began** 232:23 233:1

**beginning** 25:23 34:14 45:9 86:2 123:15 138:19 190:22 223:24 238:9 253:18

**begins** 8:4

**behalf** 8:24 9:2,5,8,10 10:6 56:13 60:6

**believe** 23:24 24:3 28:13,14 60:16 61:19 63:21,22 65:16 69:19 70:12 71:14 72:6,24 85:11 92:2,14,23 93:10 95:13 130:21 131:4,22 132:12 133:3 137:15 138:22 146:6 156:15,23 162:17 165:25 180:12 191:5 200:8 201:9 203:4 206:23 212:11 214:18,19 215:21 220:24 228:14 236:10 237:16 238:12,18 239:19 241:3,13 249:6 250:17 251:23 255:21 258:5

**believed** 73:7 109:12 149:11 222:21 238:22,23 239:4

**Bell** 209:23 210:6

**belonged** 28:14

**belongs** 26:22

**best** 11:11,15,17,18 12:8 18:10 104:9 111:5,7 149:18 230:5 255:5

**better** 87:10,19 93:10 116:6 133:6 149:24 201:9 206:9 264:5,8

**beyond** 83:11 84:5 104:14 153:15 164:15 230:10

**BF** 176:23

**big** 108:17 122:25 143:25 177:7 178:7 190:20,22

**bigger** 123:7

**billion** 146:5 149:8 158:4 159:8 162:20 163:1,6,8 184:5,8,13 190:7 200:6 201:2, 21,25 207:11 211:11 213:19 237:7,10 238:22 247:22 252:10 262:18 265:20

**billionaires** 258:17

**billions** 149:3 258:19 267:23

**binders** 58:1

**bit** 13:5,6 14:10 30:5 33:20 35:14 99:5 264:22 265:16 267:20

**Black** 9:1 176:23

220:20 229:3

**Blake** 28:7 91:6,21

**Blevins** 197:18

**bloggers** 219:24,25

**Bloomberg** 251:3,5

**board** 209:16,20 210:2,6 215:20,22 232:9 233:20 237:5 238:16 245:23 247:2 258:12 261:21,23

**board_of_directors@ group.apple.com** 231:25

**boardroom** 241:3

**BOB** 134:20

**BOD** 261:20

**body** 141:4

**bold** 99:15 167:13

**bolded** 166:24

**book** 103:6,13

**bookends** 98:3

**bookings** 112:6 114:3 139:10 172:4 174:2

**books** 134:24 135:8 173:17

**Boston** 15:2,4,7

**bottom** 120:13 130:4 139:4 141:7 182:4 199:18 220:23 226:9 227:15 244:9

**bottoms** 97:21 98:6

**bought** 249:15

**BPC** 267:22

**bracket** 219:15

**brackets** 140:3

**brand-new** 177:5 220:5

**Brazil** 15:25

**break** 12:12,13,14,16, 20 37:11 44:24 47:25 48:4 49:9 63:13,16,24 84:9,12 86:5 110:4 116:24, 25 155:13,14,16 194:12 224:8 253:3 255:9,21

**breakdown** 119:14 126:13

**bridge** 126:15 129:7, 19 262:10

**briefly** 29:12 197:5 218:25 241:19

**bring** 234:8 235:20, 24 247:9

**bringing** 229:8

**brings** 21:17

**broken** 40:9 118:8

**Brooklyn** 245:25

**brought** 122:4 159:8 231:4 248:4

**bucked** 251:21

**budget** 90:7 133:4

**build** 97:11,15 98:14

**building** 98:10,18

**built** 204:20

**bullet** 97:10 99:15 102:7,10 103:5 104:13 105:8 106:21 107:4 109:6 112:5 115:19 119:4,6 141:8 142:3 168:22

**Bullock** 19:24

**business** 18:25 19:1 35:21 93:7,9 98:1,2 105:23,24 112:16,18 114:15 122:7,9 134:2,24 143:25 144:15,18 146:2 150:6 152:9,21 153:13 180:23 183:8 184:16,23 222:15 233:9,14 236:5,10 251:20

**businesses** 17:16 199:22

**busy** 257:23

**buttoned** 268:24

**buy** 22:11,19 257:22

**buyers** 146:21

**buying** 116:7 179:17, 18

**C**

**C-A-S-E-Y** 117:19

**cadence** 33:1,23 34:9

**calculated** 136:5

**calendar** 18:6,11,13, 17 23:9 25:5 26:15 32:3,20 57:1,2,3 86:22

**California** 8:7,10,16 10:11,13

**call** 21:2,18 23:3,4,5, 8,11 24:8,9,22 25:12,16,20 26:10, 13 29:18 30:10 31:19 35:20 39:4 41:25 42:2 46:4 47:5 51:12 71:19 73:6 76:25 85:25 86:3 96:22,24 97:21

110:24 113:11 143:3,8 144:10 145:6,25 146:6,10, 11 159:12 180:6,7, 24 182:17 189:1 210:18 211:3,12,19 213:3,6,9 215:6,8, 10,16,18 222:23 225:15 230:16 233:24 234:15,17 235:7,11 236:4,7 238:10 239:12 240:17,18,22,23 241:1,4,19 243:11, 19 245:24 247:10 248:7 251:15,16 252:18 253:18 257:15,18,19,20 260:21 261:23

**callback** 23:15

**called** 14:19 16:10 33:14 36:9 37:7 44:23 45:1 71:3,12 101:3 236:6 260:22

**calling** 111:8

**calls** 23:6,10 24:1,5, 18 52:7 78:13 126:11 180:6 215:20 233:8 241:10,12 256:18 257:17,24 258:3

**campaigns** 106:1

**capability** 90:19

**capital** 196:6

**captured** 215:22

**capturing** 219:22

**carried** 68:5

**case** 8:7 10:20 29:24 35:17,18 36:23 37:7 38:8 39:15,21 48:22 52:19,22 55:1,6,14,

17,25 56:13,19 58:7 59:8 61:20,25 62:5 63:21,22 66:21 67:5, 11 78:9 79:10 81:21 89:25 97:11,15 98:2, 5,6,7,10,14,18 102:16 107:4,7,17, 23 108:4,5 109:3,6, 9,12,13 124:3 127:24 128:8,12,16, 23 129:23,24 157:21 164:5 169:3 170:10 171:8 172:8 177:16, 18 178:1 183:14 184:20 187:7 192:5 193:3 197:17 205:11,23,24,25 220:11 222:18 228:18 229:5,21 230:7 240:5 242:19 257:21 258:2 260:18

**cases** 108:19,25 187:8 259:11

**Casey** 19:13 26:19 28:16 47:17,21 117:19 156:7,17 157:2 161:12 188:24 189:14,23 190:5 191:22 207:4,7 208:6 224:23 225:7 228:4 241:14 261:6, 16 265:19

**Casey's** 248:3 264:1

**cash** 198:12,25

**cast** 146:2

**categories** 252:25

**cause** 213:17 247:8

**caused** 205:16 234:17 247:14,21,25 267:11

**causing** 224:1

**caution** 66:12 67:14 70:14 79:18

**cc'ing** 96:1 117:20 156:7,18 161:12 164:25 181:23 202:21 232:1

**cc's** 203:23

**celebrate** 220:21

**cell** 14:2

**centers** 19:21

**CEO** 24:12 88:12

**certain** 31:15 32:25 47:9 55:5 62:2 89:15 140:17 143:9 175:23 185:7 191:9 197:23 242:3

**certainly** 49:22 90:11 94:25 135:5 141:20

**certification** 72:5

**cetera** 178:9

**CFO** 17:8 18:2,20 21:8 24:7,13 54:6 80:14 88:13

**chain** 19:3 20:8 104:20,25 106:8,11, 23

**chair** 215:19,21

**chairman** 210:2

**challenges** 44:22 217:20

**chance** 11:18 56:4 108:9 111:18 225:3

**change** 20:5 77:17 121:20 122:14,15,18 127:15 152:23 157:24 160:1 170:3 182:21 241:12 266:7

**changed** 17:8,15,24

**Highly Confidential**

Luca Maestri                                         In re Apple Inc. Securities Litigation

29:11 121:18 159:14,21 192:5

**changes** 25:13 31:7, 12 122:10 123:9,12 144:2 159:17 166:20

**channel** 101:6 103:3 135:25 136:3,7 140:10 169:14 177:23 190:16,24 191:9,10 193:16,22 223:1,6 229:14

**channels** 139:5 141:18

**characterization** 174:10,21,25

**characterize** 51:18

**chart** 122:10 125:18 127:11 136:7 137:6, 14,16 159:24 169:3 171:24,25 204:14

**charts** 137:19

**chat** 58:15 62:12 117:10 124:18 156:1 160:10 164:17 188:9 195:1 208:21 224:17 226:15,24 231:15 249:4 261:2

**check** 110:3

**chief** 16:3,18,23 17:4 19:16,24 20:22

**China** 35:21 69:17 70:3,6,11,17 71:19 72:23 74:21,24 75:12,17,25 76:9,19, 24 77:4,5,9 80:23 83:3,5,24 87:4,7,23 88:12,17 89:4,25 90:4 92:13,20 93:13, 14,20 94:7,11,18,23 95:3,7,10 98:11 107:18,24 108:18

109:1 114:8,10 119:3,7,18 120:20 121:25 122:16,19 123:3,7 124:8,13 140:18 176:20 216:13 217:6,14 219:6 220:11,19 221:9,12,16 222:1, 10 224:4 229:2,9,13 236:15 251:18,22 252:4,9 263:11 265:10,14,16,21 266:2,8,9

**Chinese** 88:5,8 176:21 186:20 190:20 223:11 251:10

**Chris** 19:16,19 204:11

**Christine** 9:7

**Christmas** 220:21 229:4

**Christopher** 203:23

**circumstances** 99:11 145:1 182:14 229:14

**Citing** 102:11

**Civil** 68:11

**claim** 37:8,15

**claims** 35:19 36:22 81:1

**claims,'** 78:3

**class** 8:25 9:3,6 72:5

**clean** 111:8

**clear** 11:18 12:6 18:4, 10 37:3 45:14 63:3,7 109:5,16 113:22 227:2 234:7 235:18 268:6,16

**clearly** 242:19 253:23

**client** 35:19

**clients** 16:16

**close** 34:17 126:10 182:17

**closed** 254:24 256:22

**closely** 22:2 93:7

**CNBC** 240:9

**co-responsible** 197:19

**Coast** 17:1

**COGS** 201:4

**collaboratively** 30:3

**colleague** 51:11

**colleagues** 50:23 51:23 94:23 251:1

**collect** 19:22 42:7 94:3 151:11

**collection** 126:4

**collective** 184:2

**college** 14:15

**Collins** 203:23 204:11

**color** 155:5

**colors** 116:4 133:12, 18 173:6 178:9 220:2

**column** 121:4 157:14, 15,20 163:4 191:3, 22 204:19,25 230:6, 17,18

**columns** 157:23 204:25

**combination** 149:22 158:13

**come** 29:12,14,18 58:25 97:25 98:2 99:9,21 104:9,19

108:4 121:19 160:8 172:2 187:6 193:11 206:3 238:21 242:7 267:24 268:24

**comes** 91:3 104:18 158:12 160:23 189:24

**coming** 29:9 129:9 142:2 178:21 219:13 220:19 268:1

**comment** 161:25 232:16 247:1 256:16

**commentary** 211:21

**commenting** 220:1

**comments** 32:10 93:12,19 176:5 213:11 218:9 253:16

**committee** 21:18 31:20 32:2,9 209:15 210:8,16 211:6 212:10,24 213:4,14, 17,24 214:3,11,15, 21 215:6,19,22

**committees** 209:16

**common** 256:2

**communicate** 13:21 34:18 50:23 214:20

**communicated** 34:23

**communicating** 50:19 182:11

**communication** 34:19 37:3 51:7,13, 19 68:4 69:5

**communications** 23:17,20 48:16 50:25 53:3,5,9,12, 20,22 66:14 67:15, 18 68:25

**community** 22:12

**Index: changes–community**

**Highly Confidential**

30:16 35:19 239:14
253:23,24

**companies** 39:2
237:17

**company** 16:8,11
17:5,14 21:8 24:12,
13 33:17 39:3 75:7
77:3,5 92:1 93:8,11,
21 95:18 97:21
163:7,9 198:24
211:15 236:17
239:17 253:21

**company's** 13:18
76:18 83:23 118:8
253:9

**compare** 45:12
116:14 120:8 173:7
262:20

**compared** 90:15
166:16 206:16 264:8

**compares** 112:23,24
115:11,14 127:17

**comparing** 113:1
115:5 120:9 128:5,
20 139:19 204:17

**comparison** 112:11
128:19 139:21

**comparisons** 157:11
176:11

**competing** 87:11

**competitive** 89:10
223:12

**competitors** 87:17,19

**complaint** 36:10,13
38:9 65:21 66:1,10
78:4 79:2

**complete** 135:5

**completed** 67:4,24
79:9 213:11 269:11

**completely** 13:2
87:15

**completeness**
124:23

**component** 198:1,10

**components** 197:12,
23

**composed** 21:19

**comprehensive** 36:5

**compressed** 184:18
185:8

**computer** 13:17,19
30:23 31:7 54:17
58:3

**concern** 109:11
124:7,10,13

**concerned** 38:22,24
195:24

**concerning** 87:3 88:8
260:22

**concerns** 118:7
150:17

**conclude** 152:1
158:10,16 220:9,12
247:25

**concluded** 184:15
193:18 211:8
212:10,16,19 236:6

**concludes** 269:16

**conclusion** 73:11
121:20 153:6 171:25
176:6 259:9 265:3

**conclusions** 45:10
46:4 142:22,24
152:2,16,25

**conducted** 250:18

**conducting** 49:19

**conference** 13:10
22:24 23:11 24:2,5
34:16 42:2 161:3
225:15 235:11
239:12 241:18

**confident** 63:18

**confirm** 39:11 63:22,
23 78:18 160:21

**confusing** 12:7
264:22

**confusion** 264:17

**conjunction** 194:10

**Connecticut** 16:22

**connection** 52:19
54:23 59:11,15
79:14 136:21 187:22
207:18

**Conroy** 20:7 29:13
125:4 150:13,16
151:1,4 156:18
164:24 165:22
166:5,11 167:23
170:21 171:19
174:20 175:3,13
176:3 187:21 202:21

**Conroy's** 130:21
174:10,25

**conscious** 90:7

**consensus** 211:17
258:19

**consideration** 109:2
229:12

**considerations**
177:10 229:7,16

**considered** 244:23
253:11 254:19

**considering** 154:16

**consistent** 75:3
129:22 192:1 221:3

254:1 266:11 267:10

**consistently** 116:2
253:20

**consolidates** 267:23

**consolidation** 18:24
19:15 26:19

**constrain** 140:24

**constrained** 141:25

**constraint** 248:15

**constraints** 141:17
248:8

**consult** 48:11 194:3

**consultation** 65:14

**consumer** 88:9,11
89:4 92:13,20 94:17,
23 101:21 104:18

**consumers** 116:3,10

**contact** 22:15 57:13

**contacts** 22:18

**contained** 65:17
69:21

**contend** 65:15 78:1
82:22

**content** 91:15 215:20

**contention** 81:5

**contents** 70:15

**context** 30:6 217:20
218:17 262:14

**continuation** 176:1

**continue** 194:1

**continues** 222:25

**contracting** 87:23

**contraction** 88:4
252:5

**contracts** 201:15

**Index: companies–contracts**

Highly Confidential

Luca Maestri                                                           In re Apple Inc. Securities Litigation

contrary 94:6

contributed 267:7

control 31:25 37:8,15 39:6

controlled 16:5

controller 17:4

conversation 150:12 195:17 200:19

conversations 23:23 35:3 48:19 136:20 187:23

convey 240:12

Cook 21:6,19 24:12 26:16 32:18,22 34:18,20,24 35:11 39:20 91:7,24 97:1 110:11 117:19 118:4 138:7 147:10,13,23 148:3 156:7,17 161:11,16 162:13 163:11,16,21 164:9, 25 171:19 174:24 175:3,13 181:23 182:5,11,22 203:10, 16 209:9 216:11 224:25 231:24 232:8 243:12 249:11 250:25 256:14 258:4

cool 165:17

copies 57:22

copy 56:21 57:20 58:2

corner 120:13 130:4

corporate 17:3

Corporation 15:16 16:22

correct 13:9 15:10 22:7 24:18,19,22 27:19,20 28:25

31:25 32:15,18 46:24 50:5,7 56:13 61:21,22 64:14,24 65:3,7 71:25 73:2 74:25 75:12 77:12 78:9 90:1,8 92:3 95:4,14 99:20 100:7, 8,10,13 101:12,21, 23 102:8,12 105:8 106:9,13,24 109:3, 14,15,17 112:2 114:1,8,11 118:9,20, 24 119:14,16,20 120:25 121:5,8 122:19 123:20 124:4,5,8,16 126:21 127:10,16 128:12, 16,19 129:1,20,25 133:2,23 134:6 138:24,25 139:2 143:15 145:20 147:16 149:4,15 151:5,8 153:22 156:25 157:1,5,10, 13,16,17,25 158:1,5, 8 162:23 166:2,21 167:6,9,21 168:9 170:24 173:21 176:2 179:9 183:23 184:6, 11 187:15 192:11,17 205:2,8,9 207:13 210:3 220:14 221:17 225:16,24 226:1 228:1,8,19,22 230:25 231:2,8 232:10,11 239:6,14 241:5,19 245:11 248:17 252:16 256:1,11,20 257:10 264:4,20 265:18

correctly 216:19 226:22

correspondence 199:25 202:6 212:6, 9

cost 21:25 196:3,6,9 197:3,9 198:5,9,15 199:25 200:9 201:3, 10,25 202:4,5,8 207:14,16,18 208:14,18 247:4

costs 200:10 201:10

counsel 8:21 9:12 11:12 40:14,22 41:2 42:8 53:6,12,20,22 55:22 61:18 66:14, 16 68:5 69:2,5 74:3 76:5 79:23 80:9,11 83:12 84:6 109:23 160:16,17 242:11 249:2 269:10

counsel's 68:17

count 266:19

countries 15:19 220:21

country 118:9

couple 58:25 97:7 108:15 110:20 130:2 156:21 187:2 217:22

course 19:4 35:4 105:23 135:13 182:3 184:25 196:11 197:24

court 8:7,13,14 9:17 11:4,7,22 36:20 72:8 81:4,20 82:7,10

Court's 39:14 71:24 72:4

cover 200:25

coverage 86:20 87:3, 22

covers 152:12

create 30:2

created 31:1 217:23

creates 178:13

creating 30:23 45:20

critical 176:24

Cupertino 8:10

curious 30:25

currency 88:24 262:8 264:7

current 76:18 103:6 131:8 136:15,23 144:16 146:1 157:24 168:23 170:4 173:1 211:16 233:18 255:6 262:11

currently 169:2

curve 131:14 132:10, 22 133:10 137:9,12 208:1,7 234:6 235:18 236:20,25 237:14 238:13 239:5

curves 169:8 171:6 176:8 177:6

customer 102:25 154:1 155:8 193:11

customers 19:22 45:15 89:12,16 105:18 108:22 113:19 116:13 177:23 201:15 217:3,6 219:4,6,9, 10,15,19 263:13

cut 246:18 259:21

cuts 260:23

cycle 44:23 103:16, 17 152:4 154:14

cycles 89:13 182:9, 12,23

**D**

**D3x** 99:21 116:3

**daily** 71:1 156:21

**Dan** 8:23 10:4 18:4
37:11 42:25 43:9
59:24 62:25 80:12
81:11 84:21 86:4
110:15 150:23 165:5
188:14 189:21 227:3
243:20,25

**dashboard** 157:8,10,
11 189:8 191:18
226:3,6 234:1

**dashboards** 212:15

**data** 45:24 46:1 51:14
93:23,24 97:24 99:3,
12 104:9 112:19
113:2,8 121:8,10,13
148:10,13,15 149:2,
6,14 151:12 158:8
170:18 173:3 179:20
186:16 191:6 261:24
267:23

**date** 18:5 46:12
63:10,15 80:5 88:15,
20 139:5,9 140:1
149:14 213:25 262:3
265:19 268:11

**dated** 67:9 96:2 165:1
181:22 188:24 189:9
192:24 224:23
243:11 261:7

**dates** 26:1 157:18
254:8

**day** 23:12 85:12,13
112:2 113:16,25
115:23 116:16
121:11,12,13 132:3
139:1 142:19
150:14,20 151:16,23

152:1,9,12 153:5,9
157:4 170:13 176:7,
20 185:15 186:13,17
189:25 190:20 202:2
211:13 217:8
219:12,14 220:14,19
223:16 224:1 225:14
233:5,19 239:12
246:17 248:7 249:16
257:14,15,21 258:8
268:2,20

**days** 23:1 113:3
122:14 127:24
128:1,20,21 132:14
143:10 148:8 150:4
161:2 170:18 173:3
177:7 179:14 211:8
212:15 219:13
220:8,18 228:22
229:23 230:11

**deal** 105:25

**dealing** 33:10 44:3,12

**debates** 45:23

**debating** 210:19
212:7

**December** 22:23 70:7
77:9 120:8 146:23
190:13,15,25 198:11
244:10 261:7,16
262:16 267:16
268:12

**decide** 21:21 25:12
235:8 237:20 239:21

**decided** 193:13
237:23

**deciding** 239:23

**decision** 45:18
143:22 171:20 194:3
240:11

**decisions** 39:15
177:25 194:9

**deck** 264:18

**decline** 75:17,24 76:8
78:1 80:24 82:22
83:6 86:22 119:19
120:24 123:2,6,7
158:22 251:20

**declined** 164:2,5,6
259:4 260:12

**declining** 88:8 121:25

**decrease** 101:10,14,
21 168:3 193:1,13
228:10,11,16 247:14

**decreased** 166:25
167:14 168:13

**dedicate** 95:6

**defendant** 37:6,14,16
62:15

**defendants** 65:15
69:19 78:9

**defendants'** 65:20,24
66:3,6,8,21 77:24
78:4,19 79:1 80:21
82:11

**defense** 65:20,25
66:21 78:4 79:1

**defenses** 78:8,19

**define** 41:24 102:14
108:2,5 190:8

**defined** 134:23

**definitely** 27:23 43:21
92:4 150:16

**definition** 102:16

**degree** 14:20,22,23

**delete** 60:25 61:1,4,
11,24

**deleting** 61:6

**deliberation** 212:11

**delta** 121:4

**Deltas** 166:15

**demand** 20:10 22:6
47:12 71:12 92:13,
14,20 94:17,23
101:11,21 102:22,
23,25 104:18 105:16
107:17,24 109:8
115:8 116:17 123:18
124:7 129:20,24
130:13 134:9,22
139:14 141:10,13,16
142:14,25 146:12,24
151:5,12 166:25
167:2,5,20 171:17
176:7 181:3 188:4
192:19 193:10,11,17
223:17 228:17
236:20,25 237:14
238:13 239:5 245:7,
14 246:7,9 248:14
258:12

**demos** 140:2

**department** 21:10
52:23 130:22 215:13

**depending** 24:15
26:11 33:15 149:19
208:19

**depends** 25:23 41:23

**deponent** 36:6 84:23

**deposed** 10:22 35:25

**deposition** 8:4,9
37:20 38:12 40:3,5
48:13 80:13 235:12
269:11,16,19

**describe** 17:7 18:1
21:9 29:25 52:24
53:21 71:14 85:6
163:16 189:6 195:23
214:10

**described** 43:25 53:2

Luca Maestri                                                In re Apple Inc. Securities Litigation

162:22 175:19
179:25 180:16
187:23 233:20

**design** 19:2

**desktop** 13:16 49:25

**despite** 233:2

**destroy** 60:13

**detail** 21:9 200:2

**detailed** 266:4

**details** 43:22 169:3
196:24

**determine** 61:14
98:13 176:18

**determining** 109:2

**Detroit** 15:23

**develop** 24:17 89:18
98:7 187:1,8

**developed** 25:7

**development** 19:2
88:16 89:13

**developments** 88:24

**develops** 21:17 97:20

**device** 13:12 101:4

**devices** 29:11 49:18
60:6

**dialogue** 196:8

**differ** 254:3

**difference** 101:1
126:16 158:2 197:6

**different** 13:5 15:19
17:9 33:8 39:2 44:17
45:6 46:19 70:24
76:9 93:24 101:7
102:25 103:22
113:19 120:5 122:12
123:16 126:14
127:14 128:6 139:20

141:18 143:5
149:19,20,23
157:18,20 171:2
173:6 182:18 183:6
184:15 206:11
207:24 208:17,18
226:13 229:21
234:21,25 252:24

**differently** 61:3 72:9

**difficult** 11:13 21:1
45:8,11 120:8
151:25 176:8 179:13
220:8 258:16 259:17

**digest** 215:15

**digital** 57:22

**diligence** 65:14

**direct** 19:7 32:4 57:17
62:24 64:4 124:24
139:9

**directed** 141:5 242:2

**directly** 20:3,14 21:5,
7 22:15 32:17 196:2

**director** 24:11 26:17
27:4,8 238:9 261:21

**directors** 29:2 209:16
232:9 261:23

**disagree** 137:2
268:11,19

**disagreed** 174:21,24

**disappointed** 153:4
161:7,25

**disappointing**
151:17,23 152:8

**disaster** 161:18
162:14,22 163:12,23
164:10

**disasters** 163:10,17

**discern** 146:21
179:21

**disclose** 35:22 53:5,
19 66:13 67:14
68:25 70:15 73:21,
25 79:18,20 80:8
82:14,15 83:10 84:4
144:19 145:6 179:24
180:5,16,21 235:3
252:2,11

**disclosed** 149:9
210:18 211:12
234:22,24 252:19
258:11 259:21

**disclosing** 41:12

**disclosure** 31:19
32:2,9 73:14

**disclosures** 77:24
80:20 83:2,15,22
84:15 233:12 238:2
252:20

**discount** 219:13
223:12 224:1

**discounted** 219:17
223:1,7,21 229:9,13

**discounts** 217:9
223:16 224:3

**discovery** 67:3 73:23
79:8

**discrepancies** 32:11,
14

**discuss** 25:19 29:8
30:7,8,10 95:5
150:25 244:17,19
251:14

**discussed** 40:11 46:7
73:15 74:3,12 76:5
82:15 83:10,12 84:4,
5 137:19 169:7
207:10 209:12
251:24

**discusses** 114:18

**discussing** 88:4
103:16 221:4 227:23
255:22

**discussion** 197:13
198:8 202:8 210:25
244:15 253:25

**discussions** 66:16
70:15 73:22,24 76:3
79:19,21,23 80:8,11
82:16,18 94:22 95:1,
3,7 104:20 105:1
106:9,11,22 171:18

**dismiss** 39:15,21
71:25 81:12

**display** 89:16

**displays** 197:13,16
198:5

**disposable** 219:9

**dispute** 174:8,9,17
217:13 218:14,20
221:20,22,24 222:4
223:5,10

**disregard** 113:8

**dissimilar** 140:12

**distribution** 42:17
91:25 92:5 138:14
166:4

**District** 8:6,7

**document** 30:11,12,
19 36:9,16 43:24,25
44:4,5,8,9 45:21
46:6,9,12,22 54:25
55:4 58:13 61:15
62:9,19,21 64:25
66:9,15 67:9 70:20
76:7 85:11 91:11
110:3 116:24 117:23
124:25 125:10
130:3,6,7,9,13,14,22
131:1,2,3,5 138:13
142:4 147:3,25

Index: design–document

Luca Maestri                                                    In re Apple Inc. Securities Litigation

156:20 158:15 160:8
164:1,22 169:6,7,11
174:5,6,9 175:17,18
177:11 179:4 181:6,
12,15 188:7 191:6
192:6 199:18 202:25
203:5,7 204:3
209:21 216:5 217:20
219:2 225:4,11
226:2,9,13,18
227:12,18 232:6,13,
15 235:14,17 241:22
242:12,19 250:9,11
256:8 261:10

**documented** 32:16

**documents** 30:18
31:24 32:1,10,12,15
36:11 38:8 41:6,8,
13,17,19 42:7,10
43:2,6,11,16 46:15,
22 47:1,2,4,15,20
48:6,10,15 52:22,25
53:8 55:5,13,16,22,
24 56:10,12,18,21
57:20,23,25 58:5,10
59:2,3,8,12,16 60:6,
10,17 74:5 75:22
159:16 160:14 170:9
203:2 247:24 252:21
256:24 257:3

**doing** 13:4 44:18
47:24 84:8 161:20
233:7 266:6

**dollar** 131:7

**dollars** 123:3 149:4
225:24 226:11
258:20

**Donal** 20:7 29:14,16
125:4 131:20 164:24
170:9 175:13 176:3
183:1 192:24 193:4
202:21

**doubt** 166:14 195:16

**Dowd** 8:24 9:2,5 10:5
161:5

**Dowling** 27:15 240:3,
6 241:15

**downside** 229:5

**draft** 24:24,25 25:7,
10

**drafting** 73:22 232:12

**drafts** 55:8

**draw** 45:10 46:3
53:23 142:21,24
152:2

**drive** 152:16 176:6
208:17,18 223:17

**driven** 119:8 123:14,
17 129:19,24 166:25
167:14 178:2 231:5

**driver** 129:13 143:14
231:7,13

**drivers** 178:8 207:16

**drives** 89:13

**driving** 100:17,21
119:19 136:6 263:3

**drop** 124:17

**drove** 205:10 206:14
228:10

**drugs** 12:25

**dual** 89:23 90:5,7,19

**due** 65:14 99:11
144:6 145:15 147:15
222:9 251:20
263:11,24

**duly** 9:21

**duties** 17:9 18:19
22:8 54:6

**E**

**e-mail** 13:22 34:20
50:5,8,20 52:5
60:24,25 61:15,25
91:3,5,12,14,21
92:6,25 93:5,6 95:25
96:6 110:9 111:20,
25 117:16,18 118:3,
7 121:14 125:3,12
138:2,23 156:6,16
161:11,16 162:6,8
163:21 164:24
165:20 175:12 176:3
178:7 180:17 181:22
182:1,5 183:17
188:23 189:13,23
194:7 195:6,14
201:21 202:20
203:22 207:3 209:7,
22 214:21,25 215:3
216:11 221:21
224:22 225:6 231:24
232:19 243:9 248:4
249:10,20,22 250:2,
10,23 258:4 261:6,
12

**e-mails** 35:1,4 41:20
42:16,20,23 48:15
50:12 53:15 61:1,4,6
124:7 175:11 176:2

**earlier** 32:6 39:1
48:12 61:19 78:7
99:5 119:22,24
121:16 128:9 129:23
132:25 136:11 169:7
171:2,25 175:19
192:23 193:3 207:10
227:23 229:13,23
250:5

**early** 43:18 46:18
48:9 49:20 113:5,9
116:3 144:6 145:15

146:12,24 147:15
168:23 170:22 173:5
178:8 220:13 234:5,
11 235:1 260:14

**earnings** 23:3,11
24:9 25:12 29:17
30:10 35:20 39:4
46:4 71:19 73:6
76:25 86:3 96:22,24
113:11 126:11
143:3,8 144:10
145:6,25 146:6
156:19 180:6,7,24
182:17 210:18
211:3,12,16 213:5
222:23 232:10
233:8,24 234:15
235:7 236:4,6
243:11 245:24
251:16 252:18
256:18 257:14,15,
19,20 260:21

**easily** 92:14 154:6

**East** 17:1

**Eastern** 256:5 257:9

**economics** 14:22,24
196:23

**Ed** 96:2

**edition** 216:16

**editorialize** 148:22

**education** 14:13,25
15:6

**effect** 106:12 248:16

**effective** 219:21

**efficiency** 160:18

**effort** 184:2

**efforts** 59:1

**eight** 116:23

**either** 22:15 24:15

Luca Maestri                                                    In re Apple Inc. Securities Litigation

29:1 39:14 49:7 57:6
71:24 95:15 145:2
185:23 197:8 234:18
240:7

**elaborates** 219:19

**Elaine** 202:20 203:3

**electronic** 49:18 58:2

**element** 140:3

**embargoed** 240:18

**embedded** 143:12

**EMEIA** 114:23 116:2

**emphasis** 98:17

**employees** 48:22,25
94:7 165:1

**employment** 15:13

**encompass** 99:10

**ended** 144:1,12

**engaged** 38:6

**engaging** 38:20

**engineering** 44:23
89:13 196:7

**entire** 41:4 75:7
134:1,2 176:25
196:9 215:20

**entirely** 202:8

**entirety** 145:8 231:12

**entitled** 73:19,20

**entity** 16:5

**entry** 166:24

**environment** 88:24

**EOH** 107:12

**EOH.'** 107:11

**especially** 45:9
112:17 219:7 248:1

**essentially** 17:13

71:6 119:10 184:18
206:11 240:15
264:24

**establish** 108:20
229:20

**estimate** 26:5,8 104:8
173:15 230:5 255:5

**estimated** 263:14

**estimates** 248:12

**estimating** 22:6
201:21

**et** 178:9

**Europe** 16:4 118:17,
23

**European** 16:5 22:24

**evening** 166:8,12

**event** 159:7 176:21
190:23 245:24

**events** 43:12,17 48:8
77:23 80:20 82:21
103:19 213:17
254:18,19

**evidence** 148:14

**evidently** 183:14

**evolved** 46:20

**evolves** 24:22

**exact** 182:14

**exactly** 20:5,11 27:6
29:24 49:22 153:12
164:14 210:21 241:2
265:2

**EXAMINATION** 10:1

**examined** 9:22

**example** 13:22 17:17,
21 21:15 22:6,22
24:6 26:9 29:10 30:1
33:23 38:8 51:9 55:7

74:6 89:15,23 98:24
108:17 122:13
126:12 137:8 152:10
153:23 159:18
164:2,4 169:8 198:3,
5 253:10

**Excel** 42:5

**Excellent** 13:11

**exchange** 175:25
195:6,15,24 196:10,
13 197:1 207:6,9
209:8,22 245:3
261:12

**exchanged** 261:16

**excitement** 141:9,21

**exclude** 168:16

**excluding** 112:8
114:6

**exclusively** 236:4

**Exec** 111:21

**executive** 19:10,11,
19 20:7,14 21:15,20
33:14 209:18 216:25

**exhibit** 58:13,17,18
64:24 65:10 90:23
95:22 109:25
111:11,18 117:11,13
118:2 120:12
124:18,19,22 125:2
137:23 138:12
156:1,3,14 160:7,11
164:18 165:21
169:17,19,25 174:13
175:6,7,10,21
181:16,17 188:9,11,
17 189:6,8 195:2,5,
15 202:13,17 203:22
206:24 207:3 209:1,
5 216:2,9,15 224:19
225:4 227:8 231:15,
16 232:5 243:5,6,9

249:4,5,7,10,21
255:22 261:3,13

**exist** 17:17,22

**existed** 106:5

**existing** 144:16 188:3
236:11 255:4

**exists** 98:1

**expand** 218:24,25
248:25 249:1 263:19

**expanded** 239:8

**expect** 30:14 113:24
144:21,22 145:8,25
170:13 234:6 235:18

**expectation** 141:19
186:4,12,13

**expectations** 115:20
118:8 147:16 259:13

**expected** 47:14 105:7
116:21 158:3 167:5
228:17

**expecting** 75:24
85:21 102:17 119:13
141:10,15 173:5
229:2

**expenses** 196:7
233:14

**experience** 152:19
236:20,25 237:14
238:13 239:5

**expert(s)'** 65:15

**explain** 30:5 31:18
97:17 103:10 112:15
139:16 144:8 154:23
189:12 190:4 197:5
200:22 207:17
213:16 265:4,6

**explained** 85:13
171:1 176:4

**Highly Confidential**

**explaining** 108:2
210:15 213:9

**explains** 192:25
253:18,23

**explanation** 201:18

**explanations** 129:12

**expound** 218:7

**expressed** 86:20
124:7

**extended** 203:11

**extent** 58:10 60:17

**external** 250:21

**extrapolate** 150:4

**extrapolating** 150:8

**extrapolation** 133:24
266:6

**extreme** 167:24
174:11,22 175:1
193:20

**extremes** 206:6

**eye** 256:17

--------

**F**

--------

**faced** 87:4

**facing** 251:10

**fact** 24:4 64:9 85:16
94:3 99:11 106:5
152:20 154:12
161:25 162:19
170:15 178:2 211:1
219:21 220:18 229:8
230:7 246:17

**factor** 265:4,6

**factors** 139:20
212:24 220:7 233:11
238:8 244:23 254:5

**facts** 36:14 47:1
65:18 67:5,11 68:22
69:21 79:9

**factual** 148:23

**faint** 191:19

**fair** 29:23 35:23 36:3
46:21 51:17 66:20
93:5 102:20 103:5
232:18 242:16 262:3

**fairly** 22:18 25:21
30:8 33:23 130:11
138:20 156:20
159:1,2 245:6 247:6

**fake** 165:6,12

**fall** 73:7 92:15 146:7
149:11 180:12
222:21 238:25

**false** 65:17 69:20
71:17 72:9 76:17
82:8 83:25

**familiar** 20:24 36:9,
12,16,18 39:19
48:21 49:2 52:15
54:25 55:9,23 64:23
65:24 66:20 78:8,18,
25 82:24 87:2
111:10 125:10,18
126:9 134:20 181:25
204:8 232:4

**familiarity** 56:9,11

**far** 36:6 149:22
217:10 218:10

**Farthing** 9:12,13 41:3

**favorable** 264:15

**feature** 89:24 90:7

**featured** 90:18

**features** 89:11 154:8

**February** 8:11 16:19,
25 190:22

**Federal** 68:10

**feedback** 219:25

**feel** 39:12 205:22
206:7 242:6 244:18

**fell** 150:19

**felt** 184:18 185:7
193:10 245:19,20

**Fernandez-kopec**
8:12

**fewer** 140:6,9 178:21

**fifth** 65:20,25 66:21

**figure** 171:4,20

**figures** 173:21 226:6
227:25

**file** 57:1

**filed** 8:6

**files** 56:23,24 57:2,
10,14,16 168:21

**filings** 55:7

**final** 267:16

**finalizing** 183:11

**finance** 18:22 19:1,
11,12 20:7,15 21:11
130:13 183:3 184:3
194:10 196:1,2
209:15 210:7,16
211:6 212:24 213:4,
14,16,23 214:11,15,
21 215:6 249:13
250:9,25 251:7
256:3

**financial** 16:4,18,23,
24 17:4 19:14 21:12
29:3 32:12 46:19
70:7 88:23 94:13
113:12 115:17
163:14,22 196:4
240:13 251:4

**find** 12:6 63:17 154:6
196:19

**fine** 10:19 117:1
155:15 161:4 194:16
244:1 263:18

**finish** 11:16,17 12:18
50:17 84:11 150:23
172:12,16 242:8
246:24 254:10
266:16 268:15

**finished** 15:14 214:7

**Finland** 16:11

**firm** 10:5

**firmly** 238:22

**first** 9:21 24:24,25
25:6,10 44:6 47:7
58:13 62:17,19
63:19,20 83:1 84:16
88:2 90:6,11,18
92:11 96:11 97:7,9
99:14 107:4 110:18
112:4,16 113:16,25
119:4 121:11,13
127:1 139:4 142:2,3,
19 152:1,12 153:9
169:3,11,20 174:9
176:7 186:13,17
189:13 190:12 217:2
218:9 219:3 220:24
225:18 232:18,22
244:25 264:12

**fiscal** 18:6 69:18
74:20 80:23 84:17
152:6 190:13

**five** 15:22 26:12 40:6
98:10 133:18 148:8
220:8 229:23 264:10
268:24

**fix** 32:13

**focus** 87:24 98:22

**Index: explaining–focus**

Luca Maestri

**Highly Confidential**

In re Apple Inc. Securities Litigation

focused 163:15

Focusing 157:23

follow 22:13 23:7
68:17 89:8 93:7
251:4 257:25 263:1,
8

follow-up 23:10 24:1
41:14 214:16

followed 61:17,24
62:2

following 104:4
211:9,13 256:18
258:21

follows 9:22 22:12
69:10,14

forecast 47:20
101:15 113:12
115:17 118:22,24
121:19,24 122:5
123:9 134:24 135:15
143:3,12,15,22
144:1,6 145:11,15
147:14 149:3 151:14
154:17,20,22 159:8,
13 163:5 164:9
166:1 167:7 168:3
172:1,22 183:7
184:19 212:6
221:12,19 222:5,9
229:16 231:8 236:23
254:4 262:11,17,23
265:13 266:1,3,7
267:15,24

forecasted 101:19

forecasting 19:14
22:1,4 26:19 97:20

forecasts 46:20
47:16 73:1 74:6

foregoing 69:9

foreign 245:3

forget 134:1

forgotten 43:13,23

form 25:3 31:3 32:23
34:19 37:10,22
39:23 42:13 52:11
53:10 54:9,23 55:18
56:2,14 57:7,24
60:12 61:8 62:6
66:23 70:13,21 72:1
73:3 75:1,13,19
76:11,20 77:6,19
78:2,10,14,21 79:3
80:25 81:9,16,22
82:1,13 83:8,17 84:2
85:9 86:23 87:13
88:14 89:6 90:9 92:8
93:1,15,16 94:9,19
95:9 98:20 100:4,15,
24 101:13,22 105:9
106:14,25 107:25
112:13 113:17
114:12 115:9 116:19
119:15 121:1 122:2,
20 123:22 126:7,22
127:18 128:13
130:10 131:17
132:1,18 134:7,15
135:16,20 136:14,25
137:5 139:15,20
140:21 141:1 142:16
143:16 145:21
147:2,17 148:18,22
149:5 151:18 154:18
158:9 159:11 161:22
162:15 163:24
164:11 168:6 170:7
171:22 179:2,10
180:2,19 181:10
182:24 186:6,14,23
187:25 192:3,21
194:5 200:15
205:13,19 207:20
208:12 211:24
213:1,21 214:13
215:1,11,15 217:17

220:15 221:5,10
222:2,12 223:8,18,
23 228:13 231:10
233:21 234:13 235:2
236:1 237:2 238:3,
17 239:7 246:11
247:15 248:22
251:12 252:7 253:13
254:21 258:13
259:7,24 260:5,16
265:22 267:12

formal 200:20 266:18

format 91:16 130:12
138:15,21

formats 125:19 126:9

forth 65:19 78:3

fortunately 152:20

forward 21:18 209:13

forward-looking
233:10,17 254:1,6,
12

forwarded 256:13

foundation 43:1,9

four 118:12 120:21
121:25 262:6

fourth 69:18 70:4
74:19 76:14 80:23
88:1

Fox 9:7

Foxconn 260:23

FP&A 28:23 29:3
183:5 184:3 241:14

FQ1 195:7

Francisco 8:16

freaked 165:7

free 53:20 67:17

frequent 138:19

frequently 12:14
156:20

Friday 125:20,21,25
138:4 139:2 150:19
156:8,24 157:4
166:12 176:23
210:11,16 211:23
215:5 220:20 229:3
232:23 233:2 243:11
249:11 256:4,20
257:21 265:13

Fridays 33:24

Friedman 9:4

friend 60:3

friends 35:12

front 64:25 118:3
146:17 147:3 175:21
182:3 209:11 217:25
225:9 261:15

fronts 44:17

full 10:9 208:11 237:4
242:12

fully 254:11

fulsome 238:2

Fun 256:14

function 17:23 18:23,
24 20:15

functionality 89:23
90:8

functioned 87:11

functions 17:13
18:22 22:2 50:9 59:4

funny 165:16

further 14:25 68:21
79:13 175:11,25
178:13 210:10 269:8

future 89:13 213:11
253:11

Luca Maestri                                                    In re Apple Inc. Securities Litigation

**FX** 262:8 263:13
264:4,7,13,24 265:3

---

**G**

**Gable** 202:20 203:3

**gains** 264:21

**Gala** 28:9,12

**Gary** 19:17 241:16

**gated** 107:8 108:11
109:7,12 123:25
129:24

**gathered** 211:8

**gauge** 105:4

**GC** 112:8 114:6,8
118:18

**GDP** 88:24

**Geller** 8:24 9:1,5 10:5
161:5

**general** 15:16,18
16:2,4,6 19:23
153:19,20 198:25
219:24

**generally** 12:19
18:12,15 34:22
141:10,16 195:23

**generate** 144:21
207:12

**generating** 97:23

**gentleman** 28:8

**gentlemen** 29:20

**geo** 97:11,16 117:17
119:13 183:21
262:11 265:9

**geographic** 222:16
236:14 252:13,15
262:23

**geographies** 70:24
98:11 143:6

**geography** 75:6
89:25 98:10 252:23
266:5

**geos** 123:11

**Germany** 16:11

**gestures** 12:1

**getting** 11:18 30:15
38:11 40:10 135:13
153:15 266:4

**give** 11:18 18:5 26:5,
8 51:9 56:4 63:15
78:15 152:10 153:10
226:21 236:3 237:23
239:22,24

**given** 29:11 89:19
97:25 106:4 161:22
178:9 199:7,16
218:4 262:4

**gives** 177:12 200:2

**giving** 39:7 198:3
237:10

**glad** 253:14

**glance** 216:23

**glanced** 235:13 243:3

**Global** 141:8

**globally** 134:6

**go** 8:19 10:24 14:15
22:22,25 31:4,7,14
33:3 42:14 45:15
54:1,9 56:7 57:16
58:23 64:2,7 81:22
82:1 84:21 86:10
93:22 99:12 108:1,7,
9,14 110:20 113:19
116:22 117:2 120:12
123:11,24 132:2,19
139:24 145:22

147:18,20,21 148:20
150:22 153:10,11
155:16 156:19
159:13,15 164:4,13
168:20 172:17,18
173:6 177:24 189:21
190:13,24 192:22
199:18 200:22 202:4
203:15 211:14
217:18 218:19
221:11 230:4 234:15
235:14 236:8,11
246:25 248:10,23
255:11 265:1,18
268:22 269:14

**goes** 11:12 74:20
139:8 158:21 176:12
246:20 258:22
264:16

**going** 10:15,24,25
11:7,15 12:5 13:5
18:9 26:25 30:4,15
38:2 40:2 43:4 45:11
47:9,24 49:12 53:2
58:12,15,16 62:22
63:25 75:9 84:25
85:14 86:13 90:21
93:11 95:20 97:22
98:13 108:10,11,12
109:20,21 111:13
117:4,10,11 120:7
123:25 124:17,24
135:12 137:21,22
146:7 148:17 150:10
152:15 154:22
155:12,19,25 160:5,
8 164:16 170:13
173:12,22 175:3,5
177:2,10,22 178:3
179:15 180:3,12
181:15 188:7
194:11,19,25 196:11
200:3 201:20
202:11,15,16 206:22
208:22 212:12 213:5

215:23,24 216:4
220:7 223:16,17
224:4,7,11,17
226:21,24 231:14
235:14 236:2,11
239:22,24 240:16
242:7,10,21 245:6
248:21 249:4 253:1
255:6,15 256:23
259:18 261:1,2,9
266:4 267:1 268:22
269:3,9,17

**gold** 188:19

**Goldman** 92:12,18,24

**Gomez** 19:19

**Gonzalez** 36:20

**good** 8:3 10:3 33:2
36:8 51:12 60:2 64:6
86:9 87:25 89:10
95:11 112:12 115:7
131:19 152:14
170:16 173:10
177:4,12 185:12
188:21 208:10
217:20 224:7

**goods** 199:25

**Gotcha** 263:8

**gotten** 17:25 137:13

**grabbed** 165:7,12

**great** 148:6 185:18
220:1 227:6

**greater** 69:17 70:3
72:23 74:21 75:17,
25 76:9 80:22 83:2,
4,24 87:4 89:4,25
98:11 114:8,10
119:3,7,18 120:20
121:25 123:3 124:8,
13 168:4 216:13
217:6 219:6 221:8,
16 222:1 229:9

Luca Maestri

**Highly Confidential**

In re Apple Inc. Securities Litigation

252:4

**Greenwich** 257:2

**Grenier** 9:13 41:3

**grew** 74:21 87:8
251:22

**gross** 122:18 155:3
196:10 197:2,3,8,25
198:16,22 207:12
233:13 254:13

**ground** 10:25 94:1

**grounds** 65:16 69:19

**group** 20:10 22:3,16
25:8,9 26:20,22
28:14,24 31:20
71:11,12 151:7
183:5 187:20 231:25

**groups** 20:17 23:3
71:9

**grow** 144:22 190:14

**growing** 70:18
119:25

**growth** 74:24 75:11
88:24 118:16,17
119:19 120:21 163:7
252:4,5 264:13
265:1,5

**guess** 27:6 49:21
61:17 130:23,24
148:8

**guidance** 29:8 47:5,9
71:21 73:5 75:4,5
96:9,14 97:2,18 98:4
108:2 113:13 143:12
144:13 146:1,3,23
149:7 155:1 161:17
162:17 163:1,22
166:7 180:8,22
183:12 203:10,16
210:10,13,17,20
211:3,9,14,20,22

212:8,12 213:12,18
214:16,24 222:14,17
225:15 230:13 231:3
233:12 234:2
237:17,18,20,23
238:21 244:6 247:9,
14,19,21 248:17
252:13 254:13,14
258:21 259:11,15
262:4,11,19,21
263:11,24 264:9,12
267:18

**guys** 16:13

---

## H

**habit** 50:19 54:22

**half** 88:3 99:25 158:4
167:10 193:8 259:22
267:19,20 268:7

**hampered** 178:19

**hand** 30:22 54:14
107:13

**hand-out** 264:19

**handed** 255:22

**handwritten** 54:3,5

**happen** 23:3 113:18
145:2 150:5,6,8
177:2

**happened** 49:5
50:14,15 79:18,19,
20 103:15 122:14
144:25 145:1,7
159:5 166:14 234:16
258:10,23 259:20
260:18

**happening** 112:21
145:11 154:5 177:13

**happens** 30:5 57:10
87:16 89:8 96:21

163:19 190:11,21
206:1 215:18 224:4
250:7,8

**happy** 10:16 15:14
78:14 242:3 243:20

**hard** 56:21 57:20

**he'll** 242:18

**head** 12:1 27:24
28:12 151:4 240:6

**Headington** 202:21

**headphones** 17:21

**headwind** 262:8

**headwinds** 245:4

**hear** 34:2 253:25

**heard** 10:4 36:6
134:23 173:25

**Heather** 9:13 41:3

**hedge** 264:20

**held** 8:9 245:25

**Hello** 210:9

**help** 43:12 154:13
171:6 197:25

**helped** 43:21 198:16,
22,24 199:2

**helpful** 208:15

**Herrington** 9:10

**high** 46:23 98:2 105:7
107:4,7 108:5,6
109:6,9 136:1 143:9
149:21 170:5 187:8
205:25 206:8,10
208:16 211:17
230:7,13 234:5
236:10 246:13 248:1

**high-end** 104:3,5

**higher** 109:9 116:7
137:8,9 172:2

173:15 224:5 237:6

**highlight** 217:22

**highly** 259:1,9

**hinge** 167:25

**hinging** 174:11

**hired** 15:15

**historical** 69:17 70:3
72:22 74:17 80:22
81:6 82:12 168:24
170:22 171:1,5
176:8,9 177:6
236:20,25 237:14
238:13 239:5 252:15
254:19

**historically** 77:5
190:23

**history** 103:20
236:17

**hitting** 160:17,19

**Hm-hmm** 128:24
134:25 142:10
150:18,21 157:9
169:1 178:14 191:25

**hoc** 125:24

**hold** 48:2 52:16,19
53:17 60:11 61:7,12,
16,20,24 62:1,5
64:10 130:17 132:16
178:16 188:8
189:17,18 199:12
200:17 218:2 239:12
240:25 246:23 253:4
254:10

**holiday** 176:22
190:17

**home** 10:9

**honestly** 90:20
126:23

**Hoover** 28:5,6

**Highly Confidential**

Luca Maestri                                                    In re Apple Inc. Securities Litigation

| | | | |
|---|---|---|---|
| hope 208:1 | imessage 50:22,24 51:3,10,13,16 | inclusion 137:17 | influencers 219:24, 25 |
| hopefully 196:18 | imessages 51:7 | income 219:9 | influencing 212:25 |
| hosting 161:4 | immediately 15:15 | incorporated 230:13 233:24 | inform 214:2 234:10 235:16,22 237:13 |
| hour 12:13 47:24 84:8 155:12 194:12 203:12 224:7 253:2 | impact 112:25 123:1, 3 143:21 146:21 160:2 248:14 264:8 | increase 101:25 190:1,23 191:2,6,7 192:1,18 207:17 | information 31:24 35:21 39:9 57:18 69:15,16,23,24,25 70:1,5,10 72:22 73:14 74:15,16 75:5 76:14 82:21 94:2,7 115:16 121:22 144:17 149:17 153:14,17,24 154:20 182:18 187:4 211:7 212:17,23 222:14, 15,19 235:4,5 238:5, 6,15,19 240:12 253:25 254:4,7 255:3 259:5 266:5 |
| hours 33:20 40:6 153:1,7 203:12,17, 20 252:21 257:5,6 | impactful 122:19 | increased 106:23 192:7,9 207:18 |
| Huawei 87:10 | impacts 248:15 | increases 167:16 |
| Huawei's 217:11,15 218:11 | implied 134:12,14,16 135:2,3 172:3,20 173:20 252:9 | increasing 189:10 191:4 192:10,15 197:8 |
| huge 220:13 | imply 97:6 172:9 | increasingly 87:10 |
| Huguet 27:10 | implying 224:3 | incredibly 51:24 154:7 |
| hypothetical 108:19, 24 198:4 | important 11:6,10,23 25:14 90:4 95:10,17 109:2 140:3 145:5 176:18,21 199:24 219:1,12,18 242:19 247:3 | indicate 80:1 101:10 106:21 125:13 166:19 236:9 | informed 110:23 187:21 221:15 233:18 240:2 |
| I | | indicated 67:23 111:15 223:15 245:13 248:4 | informing 99:1 233:4 |
| ID 178:9 | importantly 93:24 | indicates 118:15 129:18 142:6 167:13 223:25 262:17 | infrastructure 16:12 |
| idea 131:18,19 260:17 | improve 162:11 173:11,13 176:14 197:8 | | infrequently 50:24 |
| identification 46:6 58:19 90:24 95:23 110:1 117:14 124:20 137:24 156:4 160:12 164:19 175:8 181:18 188:12 195:3 202:14,18 206:25 209:2 216:3 224:20 227:9 231:17 243:7 249:8 261:4 | improvement 118:18 | indicator 116:17 | initial 47:12 130:25 153:15 155:8 220:25 221:7,15,25 227:17 230:10 |
| | improvements 118:21,24 207:12 | individual 23:6 26:11 183:22 | initiatives 201:3 |
| | improving 163:13 175:4 | individuals 19:9 51:1, 4 91:8 117:20 125:21,25 138:9 202:22 203:24 210:5 240:3,23 | input 24:21 25:1 122:5 |
| | in-house 41:2 69:2 | | install 29:10 |
| identified 55:16 202:2 | include 22:5 74:14 81:1 171:12 | industries 89:9 | institution 14:18 |
| identifies 200:1 | included 31:24 95:3 137:19 154:9 259:4 | industry 17:18,20 86:21 87:16,20 | institutional 257:16, 17 |
| identify 43:2 46:9 65:13 77:23 168:13, 17 202:5 | includes 33:14 | influence 12:24 | instruct 43:4 53:4,18 80:7 81:17 |
| identity 41:12 43:5 | including 22:2 69:16 140:2 184:9 204:13 254:2 262:7 263:13 | influenced 248:11 | |

**instruction** 53:11
68:2,16,25 73:13
76:1 83:9,18 84:3

**instructions** 61:17
62:3

**intend** 68:14 80:5

**interest** 88:23 105:4,
6

**interested** 89:12,17

**interim** 233:23

**internal** 40:13 69:5
70:22 145:11 224:23
225:19

**internally** 111:6
144:6 145:15 147:15
149:3 239:3

**interpreted** 72:8 82:8
260:4,7,10

**interpreting** 106:16
174:4,6

**interrogatories** 62:17
63:20 64:14 65:7
66:4,7 80:19

**interrogatory** 65:11
68:9,22 69:10 73:12
75:23 76:10,13
77:18,22,23 79:7,15,
16 84:12

**introduce** 58:12
90:21 95:20 109:21
137:22

**introduction** 24:10
99:19 138:17

**introductory** 253:17

**inventory** 101:5
107:14 189:11
190:1,14,15,24
191:2,7,10,12 192:9
193:15,19,21,25

194:4

**investigate** 265:2

**investigation** 65:14
67:5,10,20,24,25
68:6,21 79:9,14

**investments** 196:6

**investor** 19:4 22:9,
16,23 23:2 24:1,10
25:8,19 26:17,18
27:24 28:12 35:19
83:16,22 144:9
146:9 238:9 240:7,
22 241:1 253:24

**investors** 22:19,20,
21,25 23:1,7,10,14,
18 25:15 37:2,3
39:8,10 41:25 52:13
85:12 143:13 144:2,
5,9,14 145:10,13,14,
20,24 149:9 154:15,
21 179:25 180:5,17,
21 211:12 222:8
233:4,18 234:10
235:22 236:24
237:13,21,24 238:6
252:22 254:11,20
255:5 257:16,17,18
258:1 260:14

**invite** 29:20

**involve** 53:22

**involved** 17:16,18,20
42:18

**ipad** 49:23 59:4,19,
21,25 60:22 119:8
122:8 159:1 184:18
246:2 248:9

**ipads** 98:15

**iphone** 44:1,15 47:13
49:23 59:5,14,16
84:16 85:7,24,25
99:15 103:18,24

104:3,11 109:16
110:11 112:5,7,16
114:4 119:8,19
120:10 122:6 126:20
127:5,7,8 133:7
138:3 141:24
143:11,15,25
146:12,15,20 150:5
157:22 158:12,13,
14,24 159:6,18,20
166:23 168:4,14
176:4 179:15,18
183:21 185:10
187:22 189:11
190:1,14,24 193:2
205:1 214:4,10
217:2,7,9 218:10
219:21 220:10
221:1,7,15,25 222:5,
10 226:8 230:17
232:23 233:1 234:10
237:15 259:22
262:10,23

**iphones** 85:17 90:12,
13

**ipx** 103:7,10

**IR** 27:3,21 28:3

**Ireland** 15:21

**Isabel** 216:11,17
217:24 219:3

**issue** 29:22 124:4
184:25 185:5 186:5,
25 198:4 234:18
252:20

**issued** 30:9 55:1

**issues** 25:14 33:11
34:21 44:2,12,13
45:23 59:6 141:22
183:13 196:4,5
236:13

**Italy** 14:16,18 15:16

**J**

**James** 9:9 209:23
210:6

**January** 34:15 83:1,
16 84:15 85:10
190:22 266:12

**Japan** 107:19 108:17
118:19 119:3
122:14,25 123:2,6
124:8,10 190:20

**Japanese** 190:19

**jargon** 36:12

**Jason** 224:25

**Jeff** 20:22 21:19
110:11 138:7 164:25
181:23 182:19
183:16

**Jessie** 29:1 224:25

**Jim** 10:19 40:23 46:5
47:19 58:9 63:11,20
64:7 73:17 78:17
80:15 81:10,14,15,
23,25 84:11,23
93:22 147:19 148:21
169:20 188:15
248:20

**Jim's** 40:24

**Joan** 28:5,6

**job** 17:25 51:12 54:23
89:3 163:13 250:18

**jog** 166:9

**join** 29:1,5

**joined** 15:9 16:7,8,21
17:3

**joining** 15:13

**joint** 16:8,19

Highly Confidential

Luca Maestri

In re Apple Inc. Securities Litigation

**Josh** 27:7

**journal** 54:13 240:9
251:2,6,8

**Judge** 36:20

**July** 74:20 254:25

**June** 67:9,11 68:23

---

**K**

---

**Karen** 125:5

**Kate** 9:13 41:3,4 91:7
209:8,23 232:1
241:13

**keep** 23:9,17,19 54:5
56:23 57:22 88:11,
20 108:7,20 112:22
120:5 127:20 128:5
177:17 188:1,18
256:17

**keeping** 23:22

**keeps** 197:20

**Kenneth** 9:1

**kept** 57:19

**Kevan** 19:10 21:12
29:16 44:10 45:21
96:1,12 125:5
175:12 177:9 178:5
183:1

**Kevin** 40:19

**key** 18:1 97:9 158:2

**Khan** 20:18,19,20
21:3

**kind** 25:13 34:8
89:10,11 190:6
206:4 216:17

**knew** 71:18 105:21
141:22 147:14 179:7
186:7,8 239:4

**know** 12:15 16:3,14
17:12,18,24 18:21
21:21 24:20 25:12,
13,24 26:23 29:8,15
30:8,13,22 31:6
33:4,5,15 34:6,9
36:10 37:1 38:10
40:25 42:18 43:20
45:17,20,22 47:11,
12 49:6,7 50:14
57:9,19 58:5,8 60:5,
8 61:23 63:24 70:16
71:7 72:16,18 82:16
85:18 88:16 90:3
93:8,10 97:22 98:21
99:6 103:16 104:8
105:12,17,18,21,23
106:3 108:15 110:19
111:23 112:20 113:5
114:2 117:24 122:3,
21 123:5 126:23
132:23 133:6,9,10
135:10,21,22 136:2
137:7,18 144:1
152:7,19 153:13,14,
23,24 159:4,16,17
161:24 162:11
163:18 164:13
170:25 173:4,10,24
174:4 175:17
177:16,21 178:24
179:3,5,13 185:6,8,
20,21,22 189:3
192:5 193:24 195:19
196:24 199:22
200:10 204:14
206:3,4,8,14,18
215:3,13 219:5,22
227:7,19 229:1
230:11 240:23,24
241:22 242:4 247:4
250:10 251:19
252:24 255:12 257:1
258:5,6,14 259:15
260:1,6 264:22
266:7,20 267:19

**knowledge** 72:13
141:25

**known** 144:3

**Kondo** 19:16

**Kott** 8:13

**Kramer** 9:9 10:14
18:4 25:3 31:3 32:23
36:1 37:10,22 38:14
39:23 40:15,16
41:10 42:13,25 43:8
47:23 52:11 53:1,10,
18 54:1,9 55:18
56:2,6,14 57:7,24
59:24 60:2,12 61:8
62:6,25 63:12,21
64:2,6,10 66:12,23
67:13 68:2,16,24
70:13,21 72:1,12,16,
19 73:3,13,19 74:8
75:1,13,19 76:1,11,
20 77:6,19 78:10,20
79:3,17 80:7,12
81:8,11,19 82:1,13
83:8,17 84:2,7,20,24
85:9 86:4,9,23 87:13
88:14 89:6 90:9 92:8
93:1,15 94:9,19 95:9
98:20 100:4,15,24
101:13,22 105:9
106:14,25 107:25
109:22 110:2,15,19
111:2 112:13 113:17
114:12 115:9
116:19,25 117:2
119:15 121:1 122:2,
20 123:22 126:7,22
127:18 128:13
130:10,17 131:17
132:1,16 133:14
134:7,15 135:16,20
136:14,25 137:5
139:15 140:21 141:1
142:16 143:16,23
145:21 146:13

147:2,17,20 148:17,
23 149:5 150:22
151:18,24 154:18
155:11,17 158:9
159:11 160:16,24
161:6,22 162:1,15
163:24 164:11
165:5,11,16 168:6
169:17,21 170:7
171:22 172:12,15,18
174:13,16 179:2,10
180:2,19 181:10
182:24 186:6,14,23
187:25 188:13,17,21
189:17,21 192:3,21
194:5,11,14,17
195:18 200:15,17
205:13,19 207:20
208:12,23,25 211:24
213:1,21 214:13
215:1,11,25 217:16
218:16 220:15
221:5,10 222:2,12
223:8,18,23 224:9
226:14 227:3,6
228:13 231:10,20,22
233:21 234:3,13,20
235:2,10 236:1,18
237:2,11 238:3,11,
17 239:2,7,11
242:13,22 243:1,20,
25 246:11,23 247:15
248:21 249:15
251:12 252:7 253:1,
6,13 254:10,21
255:8,11 258:13
259:7,24 260:5,16
265:22 266:15,18,24
267:3,12 268:14
269:1,11

**Kristin** 27:10

---

**L**

---

**L-U-I-S-S** 14:19

Luca Maestri

**Highly Confidential**

In re Apple Inc. Securities Litigation

**L@I** 140:4

**l_maestri@yahoo. com** 50:12 249:25

**Labaton** 9:7

**lack** 238:12

**ladies** 29:2

**landed** 140:4,6

**landline** 52:3

**laptop** 13:15 49:25 50:1,3 57:23

**large** 22:20 124:11 152:6 257:17 259:12

**larger** 17:25 122:15 143:21 193:14

**largest** 95:14 231:7 257:15

**Larry** 20:13 195:6,17 196:1,9,18 199:7,18 200:4 201:12,19 207:3

**Larry's** 201:4

**lasts** 203:16

**late** 43:13,17 46:18 48:8 49:19

**latest** 166:6

**launch** 44:1,24,25 45:4,6,9,11,14 47:7 87:17,18 99:7 105:2 110:11 120:6,10 123:13,16 138:3,18 139:1,5,9 140:1,4,19 141:14 146:20 150:13,20,25 151:16,23 152:2 153:4,19,21 157:4 158:7 159:10 176:9, 10 185:16 186:13 190:12 214:10 217:10,14,15

218:10,14,15 220:14 229:24 231:2 233:5, 19,25 234:6 235:18 245:1,24 259:5

**launched** 44:16,20 45:1,5 85:17,18,19 89:11 90:12 98:8,9, 23 99:4 103:14,17, 25 104:5,6 106:6 108:8,21 128:1,6,9, 10 152:10 154:1 185:15 211:1 214:3 229:23 246:1

**launches** 103:15,23 119:23 141:9

**launching** 44:19 87:10 179:9

**law** 10:5,20

**laws** 253:9

**lawsuit** 10:6

**lawyer** 165:15

**lawyers** 36:10 40:13 67:15,17,19 69:1 73:15,22 74:10,12 76:3 79:20 82:15,18 83:10 84:4

**lay** 43:1,8

**laying** 45:22

**lead** 62:16 183:15 234:7 235:19,23 247:25

**lead-up** 24:22

**learning** 38:20

**leave** 51:22

**led** 265:10

**ledger** 19:23

**left** 27:14 107:14 177:20 255:13 266:20

**legal** 32:6 40:14 52:23 78:13 209:19 215:13 241:13

**lend** 178:11

**lengthy** 241:22

**Leslie** 202:21 203:4

**let's** 62:9 114:17 116:25 117:2 120:12 126:25 141:4 155:14 172:12,15 207:25 243:4 255:11

**letter** 41:24 83:16,22 85:12 233:20 238:15 245:22 266:13,14

**level** 45:20 71:20 88:25 90:14 97:22 105:4,12 106:18 153:25 171:5 185:18 191:9 192:16 196:10 210:19 211:2 212:7 217:23 222:15,16 236:10,14 262:24

**levers** 105:22 106:7 152:21 173:11

**Levinson** 209:23 210:2,9,24 212:3 214:24

**liability** 37:8,15

**lie** 81:11

**life** 163:10

**lift** 229:1

**light** 121:23

**lights** 85:22 86:6,11

**limit** 188:18

**limitation** 245:17 254:2

**limitations** 108:16

**limited** 123:16,19

202:7 213:12

**line** 12:17,18 45:2 53:23 67:2 68:8 69:7,24 74:18 78:12 79:6,7 80:19 91:8 92:11 96:11 104:15 117:17 127:5,6,16 129:15 132:6,21 133:22 134:11 138:3 156:8 158:20 159:25 161:13 165:1 169:13 175:11 182:1 191:17 203:25 216:13 222:14 234:5 236:14 249:12 252:13,22 253:5 255:24

**linearity** 103:7,11,20 104:10 107:10

**lines** 79:25 82:23 122:6 137:3 144:17 150:6 155:10 158:25 159:20 183:8 184:16,23 227:11

**lineup** 159:18 176:15

**Ling** 29:2 224:24

**list** 19:9 20:1 23:9,12, 14,25 42:17 55:4,10 81:2 82:21 88:18,22 91:25 92:5 138:14 166:4 200:7

**listed** 125:12,21 136:10 159:25

**lists** 23:16 201:6

**literally** 165:11 246:3

**litigation** 8:6 35:15 37:21 38:7,11,20,22, 25 52:16,18 53:9,16, 17 59:11,16 60:10, 18 61:7,12,16,20,24 62:1,5

**little** 13:5,6 14:9

**Highly Confidential**

18:13 21:9 148:10 155:12

**live** 10:10 112:2

**LOBS** 184:9

**local** 94:4

**located** 8:15

**log** 23:17,19

**logbook** 54:12,16

**logical** 30:14

**London** 22:23

**long** 124:22 145:18 178:3

**long-term** 197:14

**longer** 152:17 188:3

**Loo** 29:2 224:25

**look** 36:10 42:2,5 62:18,20 91:2 107:3, 9 116:13 117:23 118:11 120:20 121:10,18 122:22 124:24 125:9 126:10,25 139:4,23 141:4 148:12 153:14 156:2 159:13,15 160:6 163:3 164:22 168:21 171:24 175:16 177:24 189:4 204:3 213:8 221:11 225:3 241:21 242:11 246:12 248:10 251:7 257:13 267:21

**looked** 121:13 124:6 136:11 159:23 161:17 162:16 169:7 176:2,3 190:9 221:14 230:22 240:19 248:3

**looking** 46:1,2 55:12 123:4 126:3 130:3,8

132:6 142:3 143:9 148:12 153:18 157:7 163:6 169:10,15,18, 20 174:8 178:6 183:17 190:8 196:13 200:7 207:11 211:2 212:17 220:23 227:7,14,22 228:3 230:18 231:3 235:16 244:4,8 250:8 256:5 265:7

**looks** 226:10 227:24 228:9 256:4,7 263:22

**Lorenzo** 8:12 255:12

**lost** 85:22

**lot** 33:9 36:14 93:23 152:21,23 170:11 177:1,7,22 184:16 199:1 257:2

**low** 46:23 97:11,15 98:2,7,10,13,14,18 107:16,23 108:5,14 109:2,12,13 124:3 126:15,16 128:23,25 129:3,6,18,23 136:8 143:9 149:21 157:21,22 166:7 167:22 168:5,15,19 169:3 170:10,16 171:8 172:8 173:13 177:16,18 178:1 184:4,12,15,20 187:8 190:1,8 193:3 205:7,11,23 206:9, 11,19 208:16 225:19,20 228:18 229:6,8,16 230:3,17, 22 239:9 246:15 248:5 262:10,19,21 263:10 267:18

**low-end** 104:2

**lower** 47:13 85:14,16 86:1 90:14,18 104:7 107:23 116:8 133:11,18 136:22 137:3,10 141:8,20, 21 167:5,7 212:21 213:18

**lowered** 115:23

**Luca** 8:4 9:20 10:10 62:15 91:6 96:13 110:12 117:19 125:6,14 138:8 156:7 161:12 164:25 166:7 175:13 181:22 188:24 195:6,7 210:9 216:12 224:25 232:1 243:12 249:11 261:6

**Luiss** 14:19,21,24

**lunch** 110:4 116:24, 25 117:5

**luxury** 182:8,12,22

**lying** 81:8,12,13

**M**

**Mac** 13:14 49:23,25 59:5,7,12 60:10 98:15 122:8 158:25 184:19 246:2 248:9 267:8,19

**Macbook** 246:1 248:9

**macro** 88:25

**macroeconomic** 88:16,21 251:18

**Maestri** 8:5 9:11,20 10:3,10,22 18:10 31:4 41:10 42:14,25 46:6 47:23 49:17 53:4,18 56:3 58:14, 16 62:10,15,18

64:18,21,24 66:12, 19 67:4,13 68:3,8, 16,24 69:9 70:14 72:12 73:13 74:8 76:1 78:18 79:8,17 80:7,18 82:7,14 83:9,18,21 84:3,7 86:18,19 90:22 91:2, 5,6,20 93:16 95:21, 25 96:5 109:21,24 110:9,13,23 111:10 116:16 117:9,11,16, 20,23 118:1,2 124:22 125:1,3 132:17 137:22 138:2,8,11,12 145:22 147:21 148:20 151:15 155:11,24 156:1,6,7, 13 158:18 160:5,6, 15,18 161:6,10,11, 12,15 162:1,5 164:17,23,24,25 165:20 169:24 172:15,16,18 173:20 175:6,10,13,16 181:16,21,22,25 188:6,10,15,23,24 189:3 194:11,24,25 195:5,7,14,18,23 200:18,23 202:12, 16,20,25 206:23 208:22 209:7 215:24 216:12,15 217:18 218:3,19 224:16,18, 22 225:1,3 226:15 227:2,11 231:18,24 232:1,4 243:13,16, 22 244:2 246:24 249:11 253:1 254:17 255:8,20 261:2,5,6 265:23 266:15 267:6 268:14 269:7

**Maestri's** 47:21 62:16 64:9

Luca Maestri                                                    In re Apple Inc. Securities Litigation

Maestri@apple.com
50:6

Mahe 216:11 222:25
223:20,24 229:10

Mahe's 218:9 221:24

mail 250:12

main 48:10

maintain 54:12,16

maintaining 206:19

major 93:25 265:4,6

majority 32:4 158:12
159:6 213:9 237:8
252:17 257:14

makers 87:9

making 176:15 177:1
194:3 197:10 219:3,
5,11

Malat 224:25

Man 249:15

manage 19:22 22:10

managed 18:21 24:9

management 15:1
20:5 21:25 71:13
130:14 134:22
209:20

manages 19:20 21:12
196:4 209:19

manufacture 245:10

manufacturing 15:17
19:3 20:16,21 21:4
22:3 151:12

March 15:11 16:24
191:14 198:12

margin 196:10 197:2,
3,8 198:17,23
207:12 254:14

margins 155:3

197:25 233:13

mark 30:22 96:1
181:15 203:23
215:23 227:3

marked 58:16,18
62:10 64:24 90:22,
23 95:21,22 109:25
117:13 118:2 124:19
137:23 138:12
156:1,3,13 160:6,11
164:17,18 165:21
175:7 181:17 188:11
194:25 195:2,15
202:11,13,16,17
206:24 209:1 216:2
224:18,19 225:4
227:8 231:16 232:5
243:6 249:7,21
261:2,3,13

market 8:15 35:22
46:1 71:21 86:21
87:5,23 88:5,17
89:19 90:5 93:13,20
94:4 95:1,10,14,17
102:1 113:14 122:25
127:24,25 143:4
149:25 150:3 153:25
176:21 177:19
212:13 223:11,12
246:4 251:10,19
256:22 258:15,19
259:18 260:1,3,7,9
262:22 264:19

market already
116:15 185:11

marketing 19:4,12
21:13 89:7,20 106:1
154:11 185:18

marketplace 230:10

markets 88:23 93:25
95:5,8 108:15
123:16 152:11,12
153:25 252:11

marking 206:22

master 187:12,13

Master's 15:1,4,7

matches 213:6

Mate 217:11,15
218:11,15

material 65:18 69:21
77:25 196:6 200:9
201:10

materially 254:3

Materials 188:25

Matt 28:7 91:6

matter 8:5 40:14
147:6 160:18

matters 35:8,9,10

Max 45:3 47:8 90:13
97:12 98:24 102:2
119:23,25 120:3,7
146:21 148:5,14
149:25 179:18
185:11,23 259:23

mbs 134:13,14,17,23
135:2,19

Mcdevitt 20:13 195:7,
25 196:1 207:3,7,25
208:7,10

Mcdowell 138:3

mean 17:23 22:5
43:19 80:12,14
97:15 100:1 102:16
104:25 105:15 109:7
114:13 127:7 146:13
152:7 185:4 197:6
199:10 242:20
246:17,22 256:13
257:2 262:13 267:21

meaning 44:24
132:22 199:12

means 37:18 51:13
103:11 105:10
107:13 112:15 116:5
132:23 134:17
135:24 136:3 140:4,
5 193:15 197:7
200:10 205:14 265:2

meant 59:25 208:10

measuring 151:8,9,
10

media 52:9 86:20
87:3 239:13 240:8,
14

medication 13:1

meet 23:1 33:6

meeting 29:1 31:8,12,
20 33:12,14,19,21,
24 54:8 96:9,15,20
97:2 125:7,14,17,20,
21,24 126:20 131:24
137:16,20 166:11,13
184:12 203:6,9,11,
15 204:12 210:24
215:16,17

meetings 25:11,16,19
26:3,6,13,14 27:7
28:1 29:6 30:1,3,5,7,
17,21 31:1 32:25
33:6,22 54:7

members 210:6,7
239:13 240:13

memory 43:21
111:14 146:18
147:4,9 164:15
166:9

mention 248:8

mentioned 27:1
28:16 32:5 38:9 99:5
127:1 133:25 159:24
196:22 197:22 201:4
233:11 238:8

mentioning 193:3

mentions 176:19
199:20 217:24 247:2

message 50:22

messages 52:1,9

messaging 13:22

messy 165:9

metrics 138:16 139:9
211:20

mid-quarter 144:15
180:23 181:4,8
222:22 233:9 235:5

middle 12:17 48:3
100:18 133:21 178:7
253:5

midnight 157:3

Mike 146:19 148:4

million 99:23 100:2,
10,12,22 102:11,12,
17,18 103:6,8,13
104:14 119:4
127:11,12 128:12,16
129:1,3 131:11,12
132:7,8 133:22
134:12,14,16 135:7,
14,19,25 136:12,16
137:13 158:24
166:25 167:1,2,9,11,
14,15,20 168:5,15,
19,24,25 169:2,12
170:6,10,24 171:8,
15,20 172:10,20,25
173:15,16 174:1
189:11 190:7 191:2
192:2,7 193:1,2,6,7,
8,11,14,16 194:4
199:10,15,16 200:1,
6 201:13,20,24
202:7 205:4,11,17
206:16,20 207:11
225:20 228:3,7,8

230:12,21 246:18
248:5 259:22 264:5
265:13,15

min 134:20

mind 30:4 58:20
108:8,20 111:12
112:22 120:5 127:20
128:5 177:17 188:2
217:8

Mine 226:14

Mini 246:2 248:9

minimal 248:16

minimum 134:23

minus 99:23 114:5
118:18,19 139:17
140:2,4 167:1,15
249:12

minutes 86:8 116:23
155:17 215:16,17,22
264:11,16 266:20
268:25

mislead 37:1

misleading 65:17
69:22 80:21 81:5
82:11 83:7,25

misleading,' 65:19

misled 35:19

misnumbered 227:20

misrepresent 81:20

misrepresentation
77:3,8,14

misrepresentations
77:25

misrepresented
76:24

missing 173:18
262:25

mistake 50:13,15

mistaken 64:15

mistakenly 161:17

misunderstood 85:1

mix 116:6 179:15,19
185:22

model 104:3 112:23
113:1 116:9 168:4,
14,17 183:22 214:4
219:7 262:24

models 102:1 104:2
112:24 116:8 121:21
159:20 192:5

moment 64:8 180:11
226:21

moments 176:17

Monday 33:13 266:5
268:2

money 19:22 199:1

month 47:4,6 70:6,
11,17 116:15 119:25
143:7 144:11 145:11
150:1 212:22 216:18
253:10

months 97:23
173:18,23 177:20

morning 8:3 10:3
33:13 177:12 196:14
201:5 204:12 258:3

motion 39:15 81:12

motions 71:25

Motors 15:16,18
16:2,4,6

mouth 242:23

move 62:9 63:14
129:5 206:7 242:7
244:10

moved 16:2,25 20:9,
11 34:14 56:25

moving 69:7 128:22
199:5 266:4

MPS 187:10,11,18,24
188:2 246:18,20
259:21

Mu 191:19

multiple 31:14 40:8
92:12 94:16 105:22
106:2 133:12 149:3
220:7 251:9

muted 233:2,5,20,25
234:23 258:12

## N

N84 99:22 100:6,18
114:20 129:15,23
134:5 136:12,19
166:25 167:14
208:1,7

N84si 102:5

N84ub 130:3

name 8:12 10:9,10
14:17 21:1,20 27:15
40:25 71:4,6,7

named 28:8

names 27:1 40:23

Nancy 27:21,23 31:6,
21 91:7 240:2,6
241:5,6,7 253:17

NASDAQ 22:23

nature 24:15

near 34:12

nearly 157:3

necessarily 102:23
123:17 192:18

Luca Maestri

In re Apple Inc. Securities Litigation

**necessary** 65:18
69:21

**need** 23:13 32:13
43:1 84:8 98:14
106:17 107:17
112:14 127:20 128:4
145:9 148:21 153:10
176:14 178:16,17
182:7 187:1,3,5
191:8 199:7 200:4,5
201:20,24 202:4
242:6 244:18,19
261:24 266:15
267:21 268:14

**needed** 105:21 106:4
141:22 191:13
193:25

**needing** 178:8

**needs** 29:18

**negative** 112:6,7
115:1 119:7 121:5
122:1 139:11 252:4,
5 259:5

**neither** 29:16

**net** 119:3

**network** 16:15

**networks** 16:10,14

**never** 42:17,21,24
75:5 144:14 145:1
208:1 233:8,23
235:4

**new** 16:13 21:16,17
44:19 45:16 85:17,
24 87:17,18 90:12
94:5 98:8 99:18
120:18 122:4
138:16,18 141:23
160:8 168:14 178:9
185:16 190:19,21
191:22 211:15
225:15,19 240:10

247:20 249:4

**newly** 214:3

**news** 88:3,16,21
112:12 115:7 139:13
260:4

**nicely** 45:22

**Nikkei** 260:22

**nine** 253:21

**nodding** 11:25

**Nokia** 16:9,10

**non-iphone** 184:23
226:11,12

**normal** 87:15 105:23
123:9 234:6 235:18

**normally** 13:6 22:20
26:21 50:25 95:11
97:3 126:10 182:17
183:11 190:21 191:7
194:9 216:22 257:13

**Northern** 8:7

**note** 8:17 64:11 96:11
192:23 199:19 201:4
209:13 211:6

**notes** 54:3,5,8,10,22
91:9 96:9 215:10,12,
13

**notice** 226:5

**November** 73:5
75:10,18 76:18,25
77:4 96:24 120:8
146:11 149:10 150:7
180:1,7,18 187:15
211:4 216:14 220:5
221:14,21 222:6
223:22 224:24 225:8
229:17 233:19
238:23 240:25
243:12 246:10
249:11 251:11 253:9

254:18 256:5 259:23
260:13 262:4,22

**NPI** 99:16,18,21

**number** 8:7 23:6,7
24:20 25:11 26:2,6,
9,23 27:25 32:6
42:20 70:22 71:9
84:14 85:21,23,25
91:7 96:3 105:22
117:12,20 135:6,7
138:8 146:4,5 149:8,
10,16 156:10 159:20
161:14 165:3 171:14
173:2,12,13,19
174:2 175:14 176:5
180:10 182:9,12,22
188:13 190:9 202:22
203:24 216:12
227:15 232:2 239:13
241:11 244:22 245:5
246:1 249:5 262:13,
14 263:10 265:7
267:25

**numbered** 36:14

**numbers** 91:9 98:3
101:2,6 113:12
120:1 122:22 125:9
131:6,7 136:6 137:6
167:24 174:10,25
175:4 183:21 184:1
186:8 187:22 211:10
213:13

**numeric** 214:5

___

# O

**O'DWYER** 243:10

**O-P-P-T-Y** 195:8

**oath** 11:2,3

**object** 31:3 56:4
78:14,20 81:16
132:17 148:17,22

**objected** 147:20

**objection** 25:3 32:23
37:10,22 39:23
42:13 52:11 53:10,
11 54:9 55:18 56:2,
14 57:7,24 60:12
61:8 62:6 66:23
70:13,21 72:1 73:3
75:1,13,19 76:11,20
77:6,19 78:10,12,16,
21 79:3 81:9,22
82:1,13 83:8,17
84:2,20 85:9 86:23
87:13 88:14 89:6
90:9 92:8 93:1,15,16
94:9,19 95:9 98:20
100:4,15,24 101:13,
22 105:9 106:14,25
107:25 112:13
113:17 114:12 115:9
116:19 119:15 121:1
122:2,20 123:22
126:7,22 127:18
128:13 130:10
131:17 132:1,18
134:7,15 135:16,20
136:14,25 137:5
139:15 140:21 141:1
142:16 143:16,23
145:21 147:2,17
149:5 150:22
151:18,24 154:18
158:9 159:11 161:22
162:15 163:24
164:11 168:6 170:7
171:22 179:2,10
180:2,19 181:10
182:24 186:6,14,23
187:25 192:3,21
194:5 200:15
205:13,19 207:20
208:12 211:24
213:1,21 214:13
215:1,11 217:16
220:15 221:5,10

222:2,12 223:8,18,
23 228:13 231:10
233:21 234:13 235:2
236:1 237:2 238:3,
17 239:7 246:11
247:15 248:21
251:12 252:7 253:13
254:21 258:13
259:7,24 260:5,16
265:22 267:12

**objections** 62:16
67:3 69:9

**obligation** 237:13,16,
20 238:4 254:6

**obligations** 237:3
238:2

**obtain** 57:14

**obvious** 30:14 148:14

**obviously** 17:14 22:3
23:12 32:13 58:9
63:8 97:24 98:14
112:25 161:18
163:22 167:24
170:12 197:7
209:10,11 228:24
229:21 231:5 256:9
261:14

**occasionally** 35:6,7
50:11

**occupied** 182:15

**occurred** 43:17 85:7
166:20 255:4

**occurring** 46:17
254:18

**October** 16:8,19
44:16 45:5 47:4,6,11
70:6,11,17 85:20
91:6,21 92:21 94:24
96:2,10 97:5 98:19
99:5 100:19,23
103:18,25 104:3,7,

18 105:11 106:13,24
110:10 113:3 116:12
118:10 119:25
120:16,18 125:25
128:2 131:24 135:11
137:16 138:4 139:2
143:1,8 145:12
150:14 156:8,24
157:4,12,25 158:4,5
159:9 161:13 162:8
165:2 166:12,21
172:10,21 173:17
175:14 177:3,19
181:22 186:2 188:25
189:14,24 192:20,25
193:20 194:7 195:11
196:14 199:6,19
201:5 202:22 203:10
204:6,17,18 207:4
212:22 214:17
216:13 222:6 253:10
254:18

**October/november/
december** 18:17

**off-site** 56:25

**office** 13:8 35:12
56:17,18,22 57:4,8,
11 165:9

**officer** 16:4,18,23,24
17:4 19:17,24 20:23
81:19

**offices** 34:11,16

**offline** 10:16,19

**offset** 99:21 101:24
118:18 119:2 167:1,
10,16

**oh** 34:5 60:1 85:22
127:7 133:7 158:19
160:23 188:21
199:12 226:18
227:13,19 253:6

**okay** 10:24 11:6 12:5,

11,24 13:11,17,19,
24 14:5,8,17,23
15:3,9,12 22:8 23:24
28:8,16 32:17 35:6,
8,11 36:8,19,22
37:19 38:4 39:18
41:1 42:23 47:18
48:11 49:10,25
50:22 51:6 52:1,15,
18 53:15 54:1,12
55:3,12 56:17 59:23
64:6,20 66:17 68:20
69:7 72:19 78:20
79:25 81:14 83:1,14
86:7,9 88:2,7 91:19
94:15 96:12,17,23
98:6 100:21 103:1
107:16 110:17
111:9,17 114:3,17
123:1 126:25 128:8,
22 132:6 133:13,19,
20 135:14 136:4
137:15 139:1 141:4
147:5,11 148:2
156:12 160:21 161:8
165:18 166:15
168:17 171:18
174:16 175:25
181:14,21 186:11
189:12 190:4 192:15
194:17 195:20 199:5
201:17 206:18 216:8
219:1 225:6,14,18
227:6,19 228:16,21
230:2 232:18,21
241:9 242:20 244:21
248:24 250:17 253:6
255:11 261:1,9,10
262:6 263:8,20,21
264:1 265:7 266:15,
24 267:5 268:10,18,
22 269:1

**old** 161:2,17 165:15

**older** 219:22

**Olson** 146:19

**omissions'** 77:25

**once** 22:22 57:10
154:23 216:18
237:20

**one-third** 265:10
266:2

**ones** 137:12 239:21

**ongoing** 67:4 79:8
223:13

**online** 101:17 112:6,
16 114:3 142:6
178:12

**onwards** 187:6

**open** 13:19,22 167:15
226:15 257:12

**operating** 20:23
233:13

**operations** 20:8,10,
16,21 22:3 187:20

**opinion** 36:22,25
37:4 72:5 78:13
92:19,24 135:1

**opportunities** 196:19
200:3,9 201:6,7

**opportunity** 189:4
195:9,10 198:20
199:20 201:13 204:3

**opposed** 11:25 93:20
128:2

**Oppty** 195:8

**opted** 116:3

**order** 39:19 45:17
46:3 97:25 102:11,
14,15 103:6,7,10,12
104:8 105:20 106:17
108:20 152:14
187:1,6 194:1
208:13

Luca Maestri

**Highly Confidential**

In re Apple Inc. Securities Litigation

**orders** 36:19 71:24 102:17,19 103:20,21 104:9,11,17,19 106:23 113:15,18 135:7,12 153:1 172:9,20 173:16,18, 23

**ordinary** 54:6 126:5

**organization** 19:1 20:10 21:4,22 27:15 32:7 33:16 71:11,13 89:8,20 130:12,19 131:4 134:22 151:10,13 182:19 183:4,5 209:19 239:21 241:13

**original** 184:4 221:12

**Orrick** 9:10

**outcome** 172:6 191:3

**outcomes** 99:10 149:20 180:10 237:6

**outlets** 240:9

**outlook** 180:21 244:11,16 252:3,11

**output** 155:1

**outside** 33:5 35:12 38:14,18 40:14,22 48:16 52:5 66:15 67:16,18 68:3,4 69:2,4,5 73:24 74:9, 11 76:2,4 79:19,21, 22 80:10 82:16,17 110:25

**overall** 29:17

**overshadowed** 217:11,14 218:11,15

---

**P**

---

**P&I** 157:7,11 166:16

171:7,12,16 189:8 191:18 226:2

**P-A-R-A-G** 125:4

**p.m.** 157:3 256:21 264:2 269:20

**Pacific** 8:19 256:21 257:4,7

**page** 18:7 65:8,9 79:7 91:17,18 97:10 99:14 102:4 107:3 110:21 112:4 114:17 126:12 139:5,24 141:7 142:2,3 169:6, 11,13,20,24 174:9 191:17 196:14 199:6 209:21 220:24 223:25 226:2,9,25 227:1 232:22 235:17 244:8 250:8 253:19 256:6 261:17 267:5, 6

**pages** 30:13 110:6,8 130:2

**paid** 198:10

**Parag** 125:4

**paragraph** 167:12 178:7 201:12 217:2 218:9 232:22

**paragraphs** 36:14 244:9 253:19,22

**Parekh** 19:10 29:5 44:10 96:1,12 125:5 156:18 171:19 175:12 176:1

**Parekh's** 21:10 180:17

**parens** 99:22 167:15

**parentheses** 115:4

**Park** 13:9,10 34:14,15 241:3

**part** 28:9 29:16 39:24 61:11,15 67:2,16 87:19 89:7 107:23 141:20 143:25 156:22 166:1 171:15 186:4,7 199:24 215:18 252:11,19

**partial** 113:5

**partially** 167:1,10,16

**participants** 26:24

**participate** 27:25 89:9 94:1 232:12 241:11

**participated** 241:15

**participating** 27:7

**particular** 28:21 42:16 51:1 74:17 83:15 89:24 98:17 156:24 207:15 218:4

**particularly** 105:2 119:18 123:13 177:13 219:15

**parties** 8:18

**partner** 135:15 172:1, 22 178:24

**partners** 94:4 101:3 102:24 103:22 104:17 115:5,11,12, 21 116:2 141:8 178:13,20,25 179:8 190:16 223:1,6

**parts** 44:25 182:18

**passages** 62:23

**passed** 179:14

**Patel** 125:6

**path** 185:21

**Pauline** 243:10

**pause** 56:3

**Paxton** 27:22,23 31:6,21 91:7 240:3,7 241:5 253:17

**pay** 186:21 197:15

**payment** 197:24 198:1,13,15

**payment...do** 196:23

**payments** 17:18 19:21

**payroll** 19:23

**peak** 195:18

**Pebble** 10:11,12

**Pegatron** 260:23

**pencil** 165:7,13

**pending** 12:15,16

**people** 26:23 27:1,6, 18 28:25 31:20 32:5, 6 33:16,17 85:21,23 94:1,11 110:24 116:7 124:14 173:5 178:8,21 179:16 220:1 241:11

**people's** 174:18

**percent** 74:22,24 75:11 87:8 112:6,7, 19 114:4,5 115:2 119:7 120:22,24 121:5,25 122:1 127:21 128:18 134:2 139:11,17,22,23 140:2,5,6,12,13,14 142:7,9,11,17 163:7 214:19 249:13 251:23 252:5 256:11 258:7 259:4 260:13 263:10 264:18,19 265:14 266:9 267:9

**percentage** 112:17 114:14 118:19 119:12 123:7 263:23

**Index: orders–percentage**

**Highly Confidential**

Luca Maestri

In re Apple Inc. Securities Litigation

percentages 128:4
142:18

perform 152:15

performance 69:17
70:3 71:19,20 72:22,
25 74:17 76:18
80:22 81:7 83:2,4,23
85:14,16 87:7,25
119:10 139:9 144:11
151:1 163:14 167:25
174:12 176:18,25
213:24 214:3 231:6
236:5 252:16,23
253:9,11,12 254:25
262:3

performed 77:5

performing 77:4,9
114:10

period 20:3 28:4,22
32:20 35:2 43:13,18,
23 46:18 51:3 74:20
89:5 113:24 114:1
151:14 152:17 164:5
176:23 219:16 222:5
250:19

periods 105:3 176:19

person 19:13 20:15
26:18 27:14 28:3,21
34:25 161:7 178:17
196:1,3 197:18,20

personal 13:17 35:8,
12 50:3 250:2

personally 23:19
58:8 68:20 241:1

pertained 57:14 63:2

pertains 77:3

Pfefferbaum 8:23
10:2,4,14,18,21 18:8
25:4 31:9 34:1 36:1,
4 37:12 38:1,16 40:1
41:14,18 42:22 43:7,

10 46:5,8 47:19
48:2,5 49:8,16 52:12
53:7,14 54:2,11
55:21 56:7,8,16
57:12 58:4,9,22
60:1,4,15 61:13 62:8
63:10,18,25 64:3,7,
16 66:18 67:1,21
68:7,19 69:6 70:19
71:2 72:3,20 73:9,20
74:4,13 75:8,15,21
76:6,15 77:1,11,21
78:11,17,24 79:5,24
80:15,17 81:10,14,
23 82:4,6,19 83:13,
20 84:11,13,22 85:5
86:7,10,17 87:1,21
88:19 89:22 90:16,
21 91:1 92:10 93:3,
18 94:14,21 95:12,
20,24 99:13 100:5,
16 101:8,18 102:3
105:14 106:20 107:2
108:23 109:20,24
110:5,7,17,22 111:3,
4 113:7,21 114:16
115:18 116:22
117:1,8,15 119:17
121:3 122:17,23
124:2,17,21 126:17,
24 128:7,14 130:15,
20 131:21 132:5,24
133:15,16 134:10,19
135:17,23 136:17
137:1,11,21 138:1
140:16,23 141:3
142:23 143:18 144:4
146:8,14 147:5,8,24
148:21 149:1,12
150:24 151:20 153:2
155:15,23 156:5
158:17 160:4,13,17,
20 161:1,9 162:3,21
164:7,16,21 165:9,
14,19 168:8 169:19,
23 170:1,20 172:7,

17,24 174:15,19
175:5,9 179:6,23
180:14 181:1,14,20
183:9 186:10,18
187:9 188:6,15,19,
22 189:19,22 192:8
194:2,6,15,23 195:4,
22 200:23 201:16
202:10,15,19 205:15
206:13,22 207:2,23
208:21,24 209:4
212:1 213:15,22
214:14 215:9,14,23
216:1,6 218:1,16,22
220:22 221:6,13
222:7,24 223:14,19
224:6,15,21 226:17
227:5,10 228:15
231:14,18,21,23
242:20 243:4,8
244:3 246:16 247:7,
17 249:2,9,17 252:1,
14 253:4,7 254:16
255:19 259:2,19
260:2,8,19 261:1,5,
11 266:10,19,22
267:1,4 268:4,15,17,
22 269:7,12,13

Phil 19:24 21:20
110:12

phone 14:2 46:2
60:20 90:7,18
126:14 133:1,4,11,
18 144:22 152:5
154:9,11 183:7

phones 44:19 47:7
87:11,17,18 98:8,15
109:8,10,13 173:7
197:14

photography 220:2

physical 56:18 58:1

physically 241:9

pick 62:14

picks 250:22

picture 121:17

piece 198:15

place 8:18 25:11 39:7
104:17 155:15

placed 208:21

plain 91:16

plaintiff 9:2 55:1,13
60:7 69:20 83:24

Plaintiff's 62:17 78:2
81:1

plaintiffs 8:25 9:6,8
10:6 36:15 55:5,17,
25 59:17 71:15,16

plan 198:22 204:18,
23 205:5 208:11,14

planning 18:24 19:14
151:5

plants 151:12

play 122:12 182:7,8

Plaza 8:15

please 8:17,21 9:17,
24 10:8 12:15 51:12
55:19 64:5 80:15
82:3 117:24 132:17
162:2 189:7,25
209:13 255:13

plenty 218:5

plus 149:18 167:2

point 16:21 20:6,9
31:19 41:12 45:15,
25 57:9 58:2 59:10,
15 73:6 89:15 93:23
94:2 95:2 97:10,24
98:25 101:15
102:10,21 103:6,12
104:9,10,13 105:8,

Luca Maestri                                                    In re Apple Inc. Securities Litigation

10,11 106:18,21
107:22 108:21 109:6
110:24 112:5,19
113:2,8 115:19
118:15 123:8 133:1,
21 135:8 140:7,10
141:8 142:3,22,24
143:2,10 144:3
145:5 146:5 148:9
149:7,10,18 150:1
158:18 159:19 163:8
168:22 170:9 172:4
174:2 176:12,15
177:1 179:13 180:13
185:12,14 186:2,16
187:4,5 190:7 193:5,
9,20 197:10 217:24
219:3,5,11,12,18
220:3 222:20,21
235:9 238:7,20,23,
24 245:19 251:17
253:15 262:2,16,17
264:12 265:1,7
267:6,17 268:1

**pointing** 169:23

**points** 23:2 31:15,18
45:25 93:24 102:7
118:12,13,19,20
119:12 178:5 179:21
199:11 229:25
261:24 264:13,14
267:23

**Poland** 15:21

**poor** 186:4

**poorly** 108:14

**pop** 58:15

**popular** 178:3

**portion** 115:11
158:22

**POS** 141:11

**posed** 214:25 215:3

**position** 20:12 22:20
73:1

**positive** 116:17 119:3
139:13 142:14 154:7
162:20 233:2 260:4
264:8

**possible** 12:6 27:13
37:2 50:11,13 72:11
99:11 122:8 123:5
141:17 155:4,6,9
168:10 179:16
182:14 215:7 230:11
235:6

**possibly** 26:17

**potential** 137:7
149:20 180:9 185:1,
24 237:6

**potentially** 146:22
208:18

**PR** 25:19 26:22 27:18
239:19,21 240:6,11
241:15

**practice** 24:8 265:2

**pre-brief** 239:16
240:4

**pre-briefs** 239:13,25
240:8,13,20

**pre-investor** 25:16

**pre-order** 113:24
114:1 116:16 149:14

**pre-orders** 112:1
113:16,25 114:18,20
115:5,12,20,24
121:8,11,15 132:14
133:25 134:1,8
135:4 150:17 186:4,
12

**precede** 253:22

**precedent** 145:10

**precise** 15:11 267:25

**predecessor** 45:8,12
99:8 176:10 220:6

**predict** 258:16
259:17

**premium** 220:1

**Preorders** 131:13
132:10

**prep** 38:15 41:4
156:14,19

**preparation** 37:20
38:3,18 39:5 40:3
41:7 42:19,24 44:7
46:16 48:7,13,17
56:10 175:19 235:12

**prepare** 11:8 30:10,
11,13,17 39:4 71:10
242:24

**prepared** 24:11,18
25:6,7 30:8,18 31:22
32:11 47:15,21
156:20 213:7,8
232:14 235:4 236:3,
12 240:17 242:11,14
244:14 251:25

**prepares** 31:22 71:8,
11

**preparing** 11:23
29:17 37:24 40:4
47:3 66:15 67:16
96:22,23 113:11
143:8

**present** 24:4,5 27:22
40:11 41:1,4 97:5,8
238:20 241:9

**presentation** 35:24
36:5 51:16

**presented** 55:23 73:4
143:13

**presenting** 144:1

**preserve** 52:21,25
53:8,15 59:1 60:9

**president** 27:11
241:14

**press** 30:9,18 31:22
41:22,23,24,25
240:14

**pressure** 87:3 251:9,
18

**presumably** 96:9

**pretty** 22:24 203:13
225:12

**prevalent** 34:23

**previous** 15:13 104:1
112:24 118:21,24
120:1,10 140:14
141:9 162:16 167:7
212:15 225:19
230:22

**previously** 42:11
43:13 44:5 161:18
212:21 230:22

**price** 83:6 87:11
217:7 219:6,15
220:3 223:1,21
256:3,18 257:13,25
258:7,11,22

**priced** 90:14,18 116:8
173:8

**prices** 21:17 197:23
198:2

**pricing** 21:16,18,21

**pride** 39:7

**primarily** 52:4,6 59:5
89:21 97:11

**primary** 18:19 34:19
143:14 196:2
229:12,15 231:13

Luca Maestri                                                    In re Apple Inc. Securities Litigation

**print** 58:20,23 124:23
160:17,19 227:1

**printed** 203:2 226:19

**printing** 58:24 160:14

**prints** 91:15

**prior** 25:11 26:9,13
38:11 42:24 67:11
74:6 119:13 120:15
127:23 140:19 143:3
237:9 251:11

**privacy** 10:14

**private** 250:23

**privilege** 81:18

**privileged** 53:3 70:15

**Priya** 20:25 21:2

**Pro** 246:2 248:9

**probably** 27:5 112:18
130:22 133:6 146:17
215:4 231:12 241:16

**problem** 110:5 161:2
167:24 174:11,22
175:1 200:18 208:25
227:5

**Procedure** 68:11

**proceed** 63:25

**proceeding** 10:25
200:20 266:18

**proceedings** 11:19

**process** 22:1,4 24:19
25:22 26:4 29:17,25
31:14,25 39:6,25
97:17,20 98:12
156:22 166:1 215:18
247:19

**procurement** 19:3
20:17 196:5 197:19

**produce** 59:17 60:6

**produced** 55:17,24
56:12 58:6,11 71:1

**product** 21:13 22:6
30:25 31:21 44:15,
17 45:7,8,12,13 46:2
89:20 98:22 99:6,8,
18 103:25 104:7
105:18 106:5 107:23
108:3,7,16 113:3
115:14 116:11,12
138:17 139:18
141:23 142:19
143:19,21 148:11
150:3 152:2,4,15,17,
22 153:25 154:5,7,8,
12,16 167:5,21
170:12,15,19 171:2,
5 173:4,9 176:11
177:5,18,24 178:3,9,
11 185:17,19 190:17
193:24 194:1 200:11
217:21 219:14,16,23
220:5,6,13 226:12
229:25 230:3,9
233:3 234:5,9,11
235:1,21,25 236:13,
21 237:15 238:14
239:6 252:12,22,24
260:15

**production** 47:20
108:12 187:12,14
260:23

**products** 17:22
21:16,24 45:2,16
70:25 89:10,14
98:16 101:3 104:5
105:4 116:6,14
120:6 123:14 124:15
126:21 128:5
138:18,20 139:19
140:15 143:5 149:23
152:11 155:6 167:11
177:22 185:2,7,9,13,
25 223:13 229:13,21

245:5,11 246:1,2,5,6
247:2,3,4,6,8,14,20,
25 248:10,12

**program** 263:14

**project** 236:20,25
237:14 238:13 239:5

**projecting** 75:11,17
76:8 128:11,15,25
134:4,5 170:23

**projection** 131:9,16
135:19 136:1,3,7

**projections** 70:7
94:13 99:1,3 115:24
120:3 136:21 137:2
149:18 169:14 187:5
228:24

**promise** 110:17

**promotional** 21:23
106:1 220:18

**proportionately**
265:14

**proposal** 21:17

**proposals** 21:16

**propose** 244:13

**proposed** 212:3

**prorate** 265:12

**protect** 229:6 239:9

**provide** 10:18 24:21
25:1 63:13 75:2,4,5
83:14 144:13,14,17,
22,23 146:1,3
154:19 155:2 180:9,
11,23 181:4,8 211:3
212:23 222:13,14,
15,17,22 233:8,10,
23 235:14 236:8
237:16,17,20 238:4,
5 242:12 254:12
255:4 259:8,15

262:14

**provided** 10:19,20
42:8,9 65:15 76:9,13
82:21 113:13 155:5
211:20 213:13
236:23 254:14
258:20 262:21

**provides** 138:16
217:20 235:4

**providing** 111:25
212:13 213:14
218:17 259:11

**PST** 189:1

**public** 25:8 27:8,11
147:6

**publications** 239:19
240:10 251:4

**published** 251:9
260:21

**pull** 63:16

**pump** 177:22

**purchase** 105:5
219:7

**purchased** 85:24
197:11

**purchasing** 45:18
89:12 217:7

**purpose** 26:3 230:15

**purposes** 241:21
250:6

**put** 10:15 26:25 32:14
51:6 90:8 95:11
117:10 124:23 147:3
151:13 155:25
160:10 161:10
164:16,23 175:5
194:25 202:11,15
224:17 226:24
231:14 243:4 249:4

Luca Maestri                                                    In re Apple Inc. Securities Litigation

261:1

**putting** 142:18 188:9
193:21 242:23

---

## Q

**Q&a** 30:11,19 31:23

**Q1** 96:8 117:17 118:8
126:13 157:7 182:1
184:5 191:18 196:23
197:24 211:9 213:18
224:23 226:2 236:16
237:9

**Q4** 41:9 243:10

**qualitative** 155:5
214:9 234:17

**qualitatively** 214:6,8

**quality** 31:25 39:6
196:5 200:11 201:10
220:2

**quarter** 18:17 26:1
29:11 30:11 56:24
69:18 70:4,8 73:8
74:19 75:4 76:14
77:10 80:23 84:17
85:8,14 86:2 87:8
88:1 94:13 99:2
107:15 108:13
120:2,4 123:13,15,
24 124:1 135:9,13
143:3 144:12,14,16,
21,24 145:7,9 146:1,
4,23 149:11,19
150:7 155:2 172:4,
14,20 176:6,17,25
177:3,4,7,20 180:22
182:9,12 187:6
188:3 190:12,13
191:10,13,15 196:12
198:11,12 203:21
204:21 206:2,5
208:3 212:19

213:10,12 228:25
233:15 236:5,11
239:1 244:10 246:20
248:13 251:21,23
254:23 255:4,7
258:20,21 259:13
264:7 265:25 267:17

**quarterly** 23:4 24:5
173:21 183:11
233:23

**quarters** 18:14
236:17 237:9
258:23,24

**question** 11:17,24
12:9,15,16 18:18
24:16 25:17 30:20
36:2 37:23 41:11,15
43:14 48:3 54:4,18
55:20 57:15 59:14
60:2 62:19 72:14
73:21 74:16 75:9
78:15,23 82:3,5,9
84:25 85:3 89:2
93:17 104:24 113:23
130:25 131:19
132:21 143:20
145:13 146:19 162:2
163:19 181:11 201:1
205:18 207:21,22,24
210:10,13,23 211:22
212:2,4 214:23,24,
25 215:7 218:4,6,8,
17,21 235:7,8
237:22 242:14,17
243:21,23 244:19
247:16,23 253:15
258:25 260:11
262:15 263:16
264:10

**questioning** 12:18,19
64:1 78:12 253:5

**questions** 12:6,7,21,
23 14:13 23:5 24:14

30:15 36:3 37:11
59:1 62:23 80:16
200:24 211:18
214:16 234:16
241:25 244:15 249:3
251:24 262:7 263:17
269:9

**quick** 51:18 236:8

**quickly** 30:9 103:21
104:9 152:3,16
229:14 247:6 263:9,
22

**quite** 123:9 130:18
168:10 179:16 185:7

**quote** 256:3

---

## R

**raised** 184:12 234:19

**ramp** 178:13 193:24

**ramping** 245:5,10

**ramps** 245:6

**range** 47:5,10 73:5,6
75:7 97:18,25 98:4,
13 99:9 108:2,20
113:13 129:13 130:3
131:8,16 132:7,13
135:3 137:10 143:9,
10,13,15 144:19
146:2,3 147:15
149:7,13 155:2
161:17 162:17
167:22 168:23 170:5
179:18,22 180:8,9,
11,12,22 185:8
190:9 208:11,15
210:17,20 211:17
212:12,16,20,25
213:19 214:16 219:8
222:18,20 224:23
225:16 229:6 231:3
234:2 237:6,7,8,10

238:21,24 239:9,10
244:22 246:13,15
248:2 252:9 262:19

**ranges** 29:8 133:21
137:7 144:23 156:9
161:13 165:1 166:7
175:12 184:17 187:1
208:15,20 229:20
245:20

**Raphaella** 9:4

**rapidly** 92:13,19

**rarely** 29:7 35:4 51:24
250:6

**rate** 88:23

**reach** 23:13 153:6,8

**reached** 165:12
229:25 247:19

**reaches** 113:4

**reaching** 73:10
152:25

**react** 260:1

**reaction** 51:18 153:8
161:21 162:4,7,9,12,
25

**reacts** 258:15

**read** 36:19 39:14
65:2,3 69:13 71:24
72:4 82:2 86:20
87:22 88:3,7 92:6
94:16 97:7 111:13,
24 118:4,5 148:1,16
161:19,21 162:1
175:24 204:15
211:21 216:4,20
232:7,16 235:11
237:4 242:3,6,21
244:13,14,17,18,20
253:20 261:9

**reading** 38:8 39:17
43:24 106:15 127:10

Luca Maestri                                                    In re Apple Inc. Securities Litigation

165:23 170:8 174:5,
6 180:17 195:16
216:22 220:24
242:16

**ready** 38:11 47:25
64:17,21 111:16
117:24,25 155:12
175:17,20 194:12
211:18 255:8

**reality** 176:7

**really** 11:10 25:23
26:23 34:17 45:15
80:13 91:17,18
148:6 152:14 159:25
179:12 185:8 206:1
259:25 267:22

**reason** 74:14 92:2
101:1 132:12 138:22
145:9 156:23 165:25
217:13 218:13,20
222:3 223:5,9 239:8
250:17 257:12
268:10,19

**reasonable** 65:13,16
69:19 220:2

**reasons** 10:15 85:15
205:21 222:9

**recall** 28:17 46:12
86:24 87:6,9,24
88:6,10 90:10,17
91:20,23 92:9,18,22
93:2,4,5 94:10,20,25
95:15 100:20,25
111:12,22 125:24
140:22 141:2 142:1
143:17,19 146:9,16
161:15 163:25 164:8
169:6 171:23 174:23
175:2 181:7,8
184:24 203:9 204:7
205:20 206:17,21
207:8 209:10 210:25
212:2 213:2,20

214:1,12 215:3
216:16,22 221:18
225:10,12 229:11
231:2 233:4,7
234:14 247:11
249:22 251:8,13
256:7,8,15 260:24
261:14

**recalled** 61:20

**receive** 15:3 52:1,4,
18 91:24,25 92:3
111:23 138:23
156:23 215:15,17

**received** 44:5 61:7
62:1,4 92:5,7 114:20
121:7,11 138:4
161:19 162:8 166:3
175:23 216:21
221:20 232:6 251:24

**receiving** 13:24 14:23
60:10 61:20 91:20
93:4 94:6 111:23
161:15 225:10
264:11

**recess** 49:13 86:14
117:5 155:20 194:20
224:12 255:16 269:4

**recipient** 125:12

**recognize** 62:20
111:20,22 118:1
125:15 138:11,15
156:16 165:20
175:21 195:14
216:15 225:6 249:20
261:12

**recollection** 43:3,17
46:17 47:1,16,22
48:8 141:12 166:10

**record** 8:19,20 10:8,
15 11:9 18:5 49:12,
15 62:15 63:1,7 64:8
69:13 86:11,13,16

91:5 95:25 110:9
117:2,4,7,16 125:1,3
138:2 147:7 155:19,
22 156:6 161:11
163:9 164:23 175:10
181:21 188:23
194:19,22 195:5
211:15 215:4 216:9
224:11,14,22 231:18
243:5,9 249:10
255:12,13,15,18
261:5 268:16,23
269:3,6,14,17

**recorded** 12:2

**recording** 8:17

**redline** 30:2,24 31:11

**reduce** 143:22 149:2
197:23 198:9
205:10,16 206:15
221:19 230:9

**reduced** 47:10 144:6
145:15 147:15
162:14 168:18
187:14 193:5 198:1
205:4,8 222:4,9
265:5

**reducing** 167:19
187:24 197:9 229:16

**reduction** 99:22
100:1,6,9,12,17,21
101:9,10,19 118:18
143:14 158:12,14,23
159:2 160:3 162:19
163:1,4,5 167:4,8
176:4 193:7,8,17,19
198:15 201:3 228:4,
7,17 231:7 247:21
248:1 265:15

**reductions** 119:2
158:13 196:9 200:9
201:10,25 202:5
207:14,17,18

208:14,19 231:5

**refer** 201:3 233:12
254:4

**reference** 70:2 169:5
244:25 245:3 252:15

**referenced** 48:12
72:21,23,24 214:24
228:4

**referred** 37:15 78:25
85:11 140:11 164:9

**referring** 18:11,15
69:24 70:2 74:18
83:5 109:17 146:10
158:19 162:13,19
174:14 177:12
178:25 179:4 184:5
197:17 201:2,11
203:3 210:24 225:23

**refers** 100:6 114:8
169:12 183:22 215:5
245:10,24

**reflect** 143:4

**reflected** 31:12 71:21
94:12 113:12 115:16
144:2 173:14 186:8
222:19 238:15

**reflective** 102:23
135:12

**reflects** 115:10
148:16 179:22

**refresh** 43:16,21 47:1
111:13 141:12
146:18 166:10 203:7

**refreshed** 43:2,24
46:17 47:2,16,21
48:8

**refuse** 186:20

**regarding** 69:16
73:14 83:2,23 84:15
203:10 212:24

**Highly Confidential**

Luca Maestri

In re Apple Inc. Securities Litigation

region 118:9

regular 22:18 23:16
25:18 33:1,6,23
98:12 125:21 156:22
215:18 216:17

regularly 95:2 183:13
251:1

rejected 81:5 82:10

rejecting 39:19

relate 236:4

related 21:13 38:11
41:8 53:16 54:18
56:23 57:1,2,9,15
59:8 60:17 61:25
67:5,11 75:5 77:8
79:9 80:22 83:25
120:1 121:20 122:6
146:24 180:21
193:6,8 196:4
250:18

relates 76:14 85:11
97:19 110:4 201:14

relating 187:24

relation 25:19 53:9
54:7

relations 19:5 22:9,
16 24:11 25:8,9
26:17,18 27:9,12,24
28:13 238:9 240:8

relationship 22:10
197:20 209:19

Relative 248:14,18

relatively 248:16

release 30:9,18 31:22
41:24,25

releases 41:22,23

relevant 10:17 25:14
56:19 229:7 247:24

reliable 39:8 45:10

rely 94:2 184:19

remainder 228:24

remains 101:6

remarks 23:8 24:12,
18,24 25:6,7 30:8,19
31:23 213:7,8
215:21 235:4 236:3,
9,13 240:17 243:17
244:14 251:25
253:18

remember 20:2,5,11
27:6,14,16 28:5
39:17 40:21,22
43:12 44:8 49:22,23
52:20 53:13,25
54:17 55:11 61:21
62:7 66:11,24 75:14,
16,20 87:14 90:20
97:4,6 118:5 119:21
120:2 121:9 123:24
125:17,18 130:7
135:10 136:24
137:18 138:13
150:15 151:3 153:12
154:3 155:6 161:20
163:3 165:23 166:13
168:11,12 182:2,13
186:24,25 187:16
188:1 194:8 199:15
203:13 212:4,5,14
216:18 241:2 252:8

reminded 44:2,11,13

remove 60:13

removed 57:10

repeat 43:14 145:4,22
180:3,20 201:23
207:21 233:22 236:2
237:22 247:16
256:15 259:8

rephrase 12:8 43:15

51:21 54:4 55:19
61:10 71:23 82:4,5,9
89:2 104:24 143:20
171:11 260:10

replaced 20:13

replacement 263:14

report 17:13 20:19
21:5 32:17 33:18
93:8 94:5 153:16
154:22 171:16
218:14 223:6 260:21

reported 20:3,22
21:2,3,7 94:11,12
114:23 115:5,12
116:2 141:8

reporter 8:13 9:17,24
11:7,22

reporters 52:8

reporting 8:14 18:23
115:21 223:20

reports 19:7 20:14
32:4 57:17 70:23,25
71:3,4,6,8,10,12
87:2 88:4,8 91:13
92:1 196:2 215:19

representation 35:23

represented 131:25

representing 8:14
133:14,17

represents 101:20
131:16 211:15

request 46:5 47:19
55:4 58:11 75:23
98:7 189:9 191:6,16
239:20 257:18
261:18 263:23

requested 23:15

requesting 190:5

requests 12:20 52:9

55:1

requirement 191:14

requirements 191:14

research 19:2 46:1

reseller 103:21
114:18 139:10,25
140:1 141:5 192:16

resellers 101:11,16
105:3,20 140:17,18
141:13 142:11
186:20 192:13
219:13 223:12

resides 187:19

respect 22:9 60:24
234:25 239:24
245:16,17

respective 254:7

respond 147:10,13
258:4 264:16

responded 147:10

responding 66:4,7,9
75:22

responds 69:9

response 67:16,23
68:9,15 69:14 72:23
73:11 74:7,18 76:10,
12 77:18 79:6,14
80:2,18 145:17,18,
19 154:2 155:9
210:22 211:22
234:17 264:1,11

responses 62:16
63:2,5,13,19 65:6
66:15 67:3 68:1
73:23 79:16 80:6

responsibilities
17:10,24 18:20

responsibility 18:2
151:11 162:10

**Highly Confidential**

Luca Maestri

In re Apple Inc. Securities Litigation

187:19

**responsible** 20:8,20
29:3 78:1 80:24
82:22 83:5 121:24
151:8 196:3 197:18

**rest** 37:17 99:2
114:11 120:4 149:18
154:13 157:22 187:6
190:2 212:19 230:18

**result** 53:16 93:6
182:21 228:16

**resulted** 106:23

**results** 70:24 116:16
153:9 154:23 162:11
170:16 213:10
252:18 254:2,23,24

**retail** 101:17 142:9

**return** 32:9

**revenue** 47:5 73:5
74:21,24 75:4,6,11,
17,24 76:8 85:16
95:14 97:18,22
117:17 118:8,17
119:13 120:15,20,
21,24 121:6,24
122:19 123:3 143:11
144:19,20,23 145:25
154:25 155:2 158:3,
22 159:4,5 160:3
162:14 163:6 164:2,
5 171:16 180:8,9,22
184:5 187:7 190:7
197:4,8 199:2,20
201:12,20 202:1,7,9
211:2,11,16 212:7,
12,20,25 222:13,17
226:10 227:15 231:7
233:13 234:2
238:21,25 239:9
247:6,9,14 248:12
251:22 252:5,9
254:13 263:11,23

**reverse** 104:4

**review** 33:24 34:3,4
41:6 48:15 66:3,6
74:5 75:22 86:19
111:18 156:13
166:1,21 203:25
204:5 242:18 244:11
247:18 260:22

**reviewed** 25:10 41:8,
16,20 42:21 43:12
46:16,19 48:7 58:10
131:23 137:16
166:7,16 234:1
241:18 243:21

**reviewers** 219:24

**reviewing** 47:2
187:22 195:19
225:10

**reviews** 31:21 46:2
154:5,6,12,16
170:15 173:9 219:23
233:3 244:1

**revise** 25:17

**Revised** 117:18

**RFAS** 63:20 64:13

**right** 9:15,16 13:12
14:2 18:11,18 28:24
31:17 38:5 39:18
40:21 41:6 43:7,11
46:25 49:8,11 51:14
52:24 58:12 62:9
64:12,17,20 67:2,22
82:20 96:7 99:2,19
103:23 105:19
106:2,8,11 107:3
108:3,24 109:8,11,
20 112:11 113:16
114:10 115:2 117:1
118:1,16 119:1,6
120:13,18,21 121:5

122:18 124:3,6,11,
14 127:15 128:18
129:5,9,15 130:4
131:22 134:5,11
136:13 137:13,21
139:8,13 142:7
153:1 157:3,15
160:22 161:3 162:22
166:24 167:4,8,12,
13 168:20 170:19,21
171:5,7,8,10 178:6,
15,17,21 181:5
183:17 184:13
186:19 189:14
192:15 194:18 198:6
201:22 205:1 210:19
212:7,11,20 217:2
220:25 221:4,7,23
223:17 224:6,10
226:3,5,23 227:22
230:22,23 241:21
243:2,4 245:1 246:8
248:7 249:23 252:2
257:9 261:18,21,25
262:8 263:2,9,15,24
265:12 266:14
269:13,15

**risk** 102:11,14,15
177:21 178:13
233:11 238:8 254:5

**RMB** 223:2 224:5

**Rob** 138:3

**Robbins** 8:24 9:1,4
10:5 161:5

**Rogers** 36:20

**role** 16:2 17:6,7,11
88:12 182:8,20,21
187:17 239:23 240:7

**roll** 16:13

**Rome** 14:16,18 15:17

**Ron** 209:23 210:5

**room** 13:7,10 14:5
34:16 85:23 86:6
160:22 161:3 218:5
241:7

**Rosenstock** 27:8

**rotated** 265:16

**roughly** 266:11
267:7,19

**round** 122:5

**rounded** 230:14,15

**rounds** 264:18

**row** 127:8,17 128:22
131:9,11 132:6
135:24,25 136:10,
15,22 158:20,21
204:25 228:7

**rows** 169:15 226:6
227:12,19

**Rudman** 8:24 9:2,5
10:5 161:5

**Rule** 68:10

**rules** 10:25

**run** 20:9 27:15 93:9
267:22

**running** 13:12 78:11,
15

**runs** 26:19

---

**S**

---

**S-A-O-R-I** 117:19

**S-H-A-H** 125:4

**Sabih** 20:18,20 21:3

**Sachs** 92:12,24

**Sachs'** 92:19

**Saigal** 125:5

Luca Maestri

**sale** 107:14 123:20 142:20 150:14 152:12 170:13 186:17 220:8,10 230:1,11

**sales** 19:3,4,11 21:10,14,22 22:1,4 29:4 33:24 34:4 70:6,10,16 71:6,10 99:1,12 106:19 142:6 143:11 144:7 145:16 147:16 148:13 149:14 151:8,9,10,13,16,22 152:9 153:4,7,9 173:11 178:12 179:15 183:3,4 184:3 185:21 194:1, 10 207:19 220:14 221:1,8,16,25 222:10 228:22,23 229:1,3 232:22 233:1,5,19 234:22 237:6 265:20

**Sam** 209:9,17,18

**Samsung** 196:22 197:10,12,13,15,21, 22 198:7,8

**San** 8:16

**Saori** 19:13 26:18 28:16 47:17,20 117:18 156:7,17 161:12 188:24 189:10,14 191:22 207:4 224:23 241:14 248:3 261:6,16,18 264:12 267:14

**sarcastic** 256:16

**satisfy** 244:5

**Saturday** 175:14 183:18 192:24

**saw** 47:11 56:10

163:1 232:19

**saying** 73:18 108:6, 25 128:8 153:20 166:6 170:11,21,25 173:24 177:9,15 178:1,16 179:12 198:19 199:11 211:6 213:5 237:12 240:16 250:13,14 257:12 265:19,24 266:3,8 267:14,17,19 268:1, 6

**says** 65:13 67:3 68:8 69:8,25 79:8 80:20 92:11,12 96:8,12 97:10 99:14,18 102:5,10 103:6 104:13 107:4,7,16 109:5,6 112:4,5 114:3,5 115:4,19 118:17 119:7 120:13 121:5 129:6 130:3 131:11,13 132:10 135:25 137:14 139:11,25 141:8,15 148:3 157:21 161:16 166:15,24 167:1 168:22 169:11 170:9,13 171:9 176:22 177:16 178:6 179:20 182:7 191:19 193:4 201:5 204:11 212:10 217:6 220:25 225:18 226:10,11 233:1 234:4 235:17 236:19 244:10 261:20 263:9 264:4 265:9,12 267:21

**scenario** 166:24 189:10,25 228:25 229:5 230:3

**scenarios** 149:19 190:10

**schedule** 23:25 25:18,22,24,25 187:12,14 188:2 257:16,24

**schedules** 26:12 33:8

**Schiller** 21:21 110:12

**Science** 15:1

**scope** 17:11,14,25 74:9,12

**scratch** 37:5 48:20

**script** 24:17,21 25:20 30:2,7,22

**scrub** 202:4

**SDM** 71:12 111:21 130:12 183:4 184:3 194:10

**search** 56:17 59:2,7, 11,15,21

**searched** 58:6,11 60:5

**season** 190:18

**seasonality** 176:23

**SEC** 55:7 233:12 252:19

**second** 95:16 97:10 99:25 112:5 118:15 126:12 153:11 170:12 188:8 199:13 209:21 240:24 245:3 261:17

**section** 139:25 141:5 201:4 216:25 236:9

**sections** 242:3,12

**securities** 8:5 253:8

**see** 13:21 14:2,6 34:9 45:16 63:5 65:11,22 66:19 67:2,6 68:12 69:7,11 76:22 77:22

78:5 79:7,11,25 80:3,19 81:1 84:18 85:2 91:24 92:11,16 97:9,10,13 99:14 101:24 102:4 103:5 104:21 107:5,17 110:3 112:4,9 114:18 115:19 116:4,10 118:3,11, 15 119:9 120:13,15 122:10,13 123:10 127:5 129:12,15 131:5,6,8 133:13,20 139:17 141:7 147:7, 22 148:15 152:17 157:2,17 158:11,19, 25 159:4 166:5 167:17 168:1,22 173:6 178:8,17 181:6,12 182:4 183:1,7 189:8,10 191:3,17,18,24 193:4 196:16 199:5, 17 204:22 205:4,7 207:25 208:4,10,15 209:25 211:10 216:24 217:3,4 219:4,20 220:25 222:25 223:3 224:2 225:21 226:18,22 227:11,14,16 229:19 230:6,8,14 232:24 233:25 234:16 235:15 244:9,22 245:8,22 247:12,24 248:10 249:24 252:22 256:19 257:5 261:17

**seeing** 44:6 125:18 143:4 146:24 192:19 217:10 218:10

**seeking** 39:20 55:6, 13

**seen** 38:9 41:24

Index: sale–seen

42:11,24 55:9 76:7
108:22 130:6
149:14,22 202:25
203:4 207:6 208:1
209:7 212:5 247:18

**segments** 252:24

**select** 239:16

**sell** 22:11,16 23:4
70:25 100:2,9,18
101:1,4,10,16,25
102:8,12,24 103:2,3
107:8 108:10 127:11
128:25 129:19
134:24 135:15
166:24 167:4,14,19
168:4,14,18 171:14,
16 172:1,22 192:2,
10 193:5,14 201:14
204:17,18 205:1,7,
10,17 206:15,19
227:24 228:6,16
230:12 257:20

**selling** 127:21 148:7
152:5,22 177:7
246:4

**send** 31:10,11 35:1
50:12 51:10 177:10
189:25 250:9,21,25
251:2

**sends** 157:2 199:19
216:17 250:10,11

**senior** 27:8 33:17

**sense** 30:1 53:24
89:10 107:8 116:7
126:9 152:15 154:1
185:12 204:16

**sensitive** 217:7 219:7

**sent** 85:12 110:11
111:20 118:4 138:7
165:21 189:14 203:3
211:5 216:14 224:24

232:19 243:10,12
245:23 249:24
250:14 256:9

**sentence** 37:17 100:1
101:24 106:15 218:4
234:4 236:19 237:5

**sentences** 97:7

**separated** 34:16

**September** 16:7
34:13 44:21 45:3
47:8 74:21 85:19
87:8 104:2,6 128:3,
10 190:15,24 193:9,
20 251:21,22 255:1

**series** 175:11

**served** 63:19

**services** 19:20 98:16
122:9 159:4,5,24,25
160:2 199:22

**session** 40:7

**sessions** 40:8,9,12
41:7 48:17

**set** 25:22 26:23 54:25
62:17 63:2,4,6,9,11,
19,20 64:4 65:19
78:3

**sets** 36:14 206:3,11

**setting** 154:17

**setup** 14:10

**seven** 116:23 159:19
257:4,6

**Shah** 125:4

**shaking** 11:25

**share** 19:20 51:14
78:2 80:25 82:23
83:6 86:21 148:19

**sharing** 250:11

**Sheet** 196:20

**shelf** 185:17 190:17
193:25

**shelves** 113:4 229:25

**shift** 26:1 185:22

**ship** 101:3

**shipments** 186:21

**shipping** 140:18

**shirts** 165:15

**shopping** 176:21

**short** 50:25 240:15
247:5 253:3

**shortage** 247:13
248:11

**shortfall** 105:16

**shortly** 232:9 260:20

**show** 70:24 137:7
150:10 159:16 188:7
191:1 204:13 212:20

**showed** 75:23 76:7
171:24 192:23
212:14 252:3

**showing** 62:11
212:16

**shown** 46:10,11
204:15

**shows** 126:12,13
127:20,21 133:18
148:12 204:19
256:10

**si** 99:23 129:13
227:13

**SI/UB** 99:21

**sic** 169:3 185:1

**side** 22:11,17,19 23:4
27:21 29:4 257:20,
22

**Siemens** 16:9,10

**SIF** 134:20

**sight** 104:15

**signal** 105:20 113:6,9
123:18 134:9,13
135:2,6,18 188:4,5
192:19

**signals** 142:14
151:13

**signed** 65:5 68:1,22
79:15

**significant** 122:11
123:2 163:5 220:18

**significantly** 115:24
224:5

**signs** 92:12,19 94:16

**SIM** 89:23 90:5,7,19

**similar** 45:7 115:6,12
162:25

**Similarly** 11:22

**simply** 12:1 78:17
111:7 203:5

**Singapore** 15:22

**single** 40:7 103:24
206:2

**single's** 217:8

**Singles'** 176:20
219:12,14 220:19
223:16,25

**sir** 132:19 248:23

**sit** 24:25

**sitting** 13:7 39:18
161:3 221:24

**situation** 44:1 76:24
220:4

**situations** 163:16
164:1 205:22 258:18

Index: segments–situations

Highly Confidential

Luca Maestri                                              In re Apple Inc. Securities Litigation

259:14

**six** 40:6 113:3 118:18
119:12 159:19 163:6
185:11 258:7

**size** 22:14 107:19
108:17 124:11

**sku** 183:21,22 262:12

**slice** 121:17

**slide** 136:21 204:8
264:17

**slides** 125:6,13,15
126:3,4,19 131:24
137:17 203:25
204:12

**slight** 159:2

**slightly** 114:13
241:12 264:5

**slow** 170:14 193:24

**slowing** 92:13,20
94:17,23

**slowly** 152:22

**small** 112:17 114:14
121:17 191:19
199:20 201:13

**smaller** 22:21

**smartphone** 86:21
87:4,9,23 88:5,17
251:10,19

**softer** 115:20 116:20
221:1,8,16,25
222:10

**sold** 102:19 133:1,5
177:18 192:12
199:25

**solely** 82:12 244:15

**solid** 205:23

**somebody** 25:1
30:23 131:19 160:14

**somewhat** 217:11
218:11

**sorry** 28:19 34:2
38:17 50:16 52:8
58:25 59:24 66:5
71:23 72:15,25
73:17 78:22 82:9
84:20 88:13 90:6
93:15,16 109:18
115:1 127:8 132:16
133:14 146:10
147:18 148:5 150:22
151:21 155:11
156:17 157:17
159:23 169:17
171:11 172:15,17
188:7 189:20 198:19
199:12,14 200:12
204:10 205:13
210:21 227:13,14
248:20 256:23
260:10 263:9 266:17
267:7 268:8,9

**sort** 13:12 14:8 29:25
32:8 54:12,16 91:15
130:8

**sounds** 64:6 86:9
131:1

**speak** 11:11 34:25
208:6 241:4 254:7

**speaking** 11:16
254:19,23

**specific** 10:17 24:1
29:7,9,15,21 43:5
53:12 62:23 70:9
71:7 74:5 75:6 91:23
97:24 98:22 102:15
124:25 138:13
144:17 151:14
153:19,20 154:19
163:25 164:14
186:25 191:15
205:21 212:4 216:16

234:18 235:6
236:13,17 248:10
251:13

**specifically** 40:10,22
79:4 83:4 93:20
122:3 126:20 143:17
146:12,16 191:4
194:8 197:12 218:8
220:10 221:18

**specificity** 83:15

**specifics** 87:15
168:11

**specified** 132:14

**speculating** 265:15

**speculative** 258:15
259:1,9

**spend** 32:21 33:2,9,
20 35:11 40:4
144:10 257:14

**spending** 88:9,12
89:4

**spends** 39:3

**spent** 37:21,24 38:6,
19 55:12 169:25
252:17 256:24 257:2

**spoke** 39:10

**spoken** 48:24

**spots** 124:25

**spreadsheet** 51:15
129:6,10 136:11
158:11 228:1

**spreadsheets** 42:5

**stable** 47:6

**stack** 165:14

**staggered** 44:24
45:14 99:7 103:15,
23 146:20 185:16
229:24

**stamp** 110:13 117:21
138:5 181:24 189:1
195:11 209:5 225:1
243:14

**stamped** 125:7
202:23 204:1 207:4
216:10 261:7

**standard** 25:21 26:4
138:20

**standpoint** 19:12
21:25

**stands** 53:11

**Starkweather** 125:5

**stars** 188:20

**start** 96:22 99:2 109:6
148:6 240:18 244:5
258:3 261:18

**started** 12:22 246:3
255:22

**starter** 170:14

**starting** 182:4 211:10

**starts** 99:16 152:22
166:5 182:5

**state** 8:21 10:8 33:15
84:14 144:15 233:18

**state-of-the-business**
33:21

**stated** 72:10 73:11
163:22

**statement** 69:20
70:12 71:15,16 72:9
76:16 80:21 81:6
82:8,12 84:1 148:25
178:2 221:24 233:10

**statements** 32:13
65:17,19 69:22 83:7
233:17 254:1,6,13

**states** 8:6 16:22
76:13 139:25 220:20

Luca Maestri

229:3

**statistics** 111:25

**stay** 22:25 88:15 89:3

**step** 240:24

**steps** 52:21,25 68:21

**Steuart** 8:15

**Steve** 27:15 240:3,6 241:14

**stock** 22:13,21 249:16 256:2,10,17 257:13,25 258:21 259:3,13,16 260:12

**stone** 146:2

**stop** 61:6 81:15 140:18 256:23

**stopped** 220:24

**store** 101:17 178:12, 20,24,25 179:8

**stored** 58:3

**stores** 45:16 101:17 105:19 113:19 116:4,11,13 173:6 177:24 178:22

**strangely** 226:19

**street** 10:12,17 144:20 240:9 251:2, 5,8

**strength** 154:16 208:2

**strong** 39:6 87:7 154:12 230:9 258:20 259:11,15

**stronger** 134:13 135:2,18,22 167:2 176:16

**strongly** 205:22 206:7

**structures** 202:4

**struggling** 170:14

**stuff** 80:14

**subject** 69:8 73:15 91:8 96:8 110:10 117:17 125:6,13 138:3 156:8 161:13 165:1 175:11 182:1 188:25 195:7 203:25 216:12 224:23 233:11 238:7 243:10 249:12 255:24

**subscriber** 251:5

**subsidiaries** 16:6

**subsidiary** 15:17

**substance** 53:5,19 66:13 67:14

**substantive** 51:6 85:3

**substitute** 185:1

**substitution** 185:24

**subtract** 257:4

**subtracting** 264:20

**successful** 89:19 119:23

**Sucharow** 9:7

**Sue** 209:23 210:6

**sufficient** 245:21

**Sugar** 209:23 210:5

**suggest** 247:13,20

**suggesting** 173:22

**Suite** 8:16

**summarized** 240:15

**summarizes** 91:12

**summarizing** 263:17

**summary** 92:1 118:12,13 119:5 130:4 166:6 216:25

**Sunday** 267:15 268:3,12

**supplement** 68:9,14 80:2,6

**supplemental** 63:2,5, 13,19 64:4

**supplemented** 64:12, 13

**supplies** 19:21

**supply** 19:3 20:8,9 71:12 102:18,22 103:2 104:19,25 106:8,11,22 107:7, 10 108:11 109:7,12 123:16,19,25 124:4 129:20,24 130:13 134:21 140:24 141:24 151:4,11 188:2,4 192:16 204:20 228:11 245:7,14,17,21 246:6,9 247:5,13 248:11,15

**support** 18:25 19:1 70:20 194:1

**support.apple.com** 133:17

**supported** 73:1 149:7

**supports** 19:11 20:16 21:22,24,25

**sure** 11:21 14:11,14 23:15 31:23 32:14 34:10 37:13 48:1 55:20 61:9 62:4 70:23 71:5 73:17 84:10 89:17 107:1, 10 110:20,23 111:23,24 118:4,5

134:17 137:12 153:12 159:22 161:6,19,20 162:18 165:24 166:3 175:2 191:11 194:13 199:12 200:21 203:13 207:22 214:19 216:7 224:9 225:12 226:7 227:7 232:6 235:13 242:1 243:22 253:22 266:20 268:5,15,23

**surfaced** 210:11,14, 23 211:22

**surprises** 208:2

**surrounding** 242:4

**suspect** 193:18

**sustaining** 167:2,16

**Sutcliffe** 9:10

**swear** 9:17

**switch** 107:18 124:14

**switched** 230:23

**switchers** 107:19 108:18 109:1 219:22

**Switzerland** 15:20, 24,25

**sworn** 9:21

**system** 250:10,22 267:22,23

---

**T**

**T3** 114:23

**T4** 114:23

**tabloid** 264:19

**tailored** 22:24

**take** 11:3 12:12,14,20 24:14 25:11 48:3

Luca Maestri                                                    In re Apple Inc. Securities Litigation

49:9 54:3,8,10 62:18
84:12 86:5,7 91:2
113:10 116:24 122:5
124:24 126:25 140:8
146:23 155:14,16,17
156:1 160:5 164:22
171:12 175:16
182:20 186:19 187:3
193:23 194:12,14
195:18 215:10,12
224:8 232:21 244:1
250:2 253:2 255:2

**taken** 49:13 52:21,25
62:20 86:14 115:16
117:5 155:20 194:20
224:12 255:16 269:4

**takes** 24:20 215:13

**talk** 29:9 75:6 105:2,3
144:9,10 145:7
154:25 155:1,8
193:1 213:3 218:5
239:20 257:20,21

**talked** 74:9 129:22
132:25

**talking** 18:5,12 35:2
37:19 43:19 46:21
112:22 120:11 166:2
200:21 257:25

**talks** 201:12 219:20

**tangent** 255:23

**target** 191:9

**targeted** 89:24

**tasks** 183:10

**tax** 18:24 19:24

**team** 33:14 40:14
183:1,20,25 191:11
239:19 240:11

**TECHNICIAN** 8:3
9:15 49:11,14 86:12,
15 117:3,6 155:18,

21 194:18,21
224:10,13 255:14,17
269:2,5,15

**technology** 89:18
90:2

**Tejas** 28:9,10,11,12

**telecom** 16:12

**tell** 11:13 14:12
15:12,14 22:8 33:2
35:16 40:11 49:18
91:14 132:3 144:5
145:10,13,14,19,24
147:25 154:15,21
160:17 163:11
164:14 174:20,24
181:3 213:23 222:8
236:24 242:15 256:8
257:3

**telling** 181:7 200:4,7
201:8,19,24 202:3
230:11

**ten** 86:8 112:18 134:2
155:17 194:14
219:13 266:20,22

**ten-minute** 49:9

**tend** 26:2,12 190:14
219:6,15

**term** 52:15 55:4
134:21

**terms** 123:7 214:5,9
265:5

**terribly** 140:12

**test** 147:4,9

**testified** 9:22 48:22
78:7 119:22 160:24
250:5

**testify** 13:2 53:2
66:16 67:17 81:18

**testifying** 11:4 14:3

**testimony** 48:25 49:2
151:15,22 153:3
161:23 268:6

**text** 13:22 35:5,6
50:22 91:16 191:19

**texts** 35:1

**Thailand** 15:22

**thank** 9:24 14:8 20:18
28:11 34:5 56:6
107:16 109:24
118:11 125:11,20
169:22 188:15
195:10 199:5 201:17
202:10 208:24 227:6
269:7,12,13

**thanks** 190:2 196:18

**Tharp** 96:2

**thing** 135:11 153:1
162:20 179:12
212:20 242:7

**things** 11:6 38:10
45:19 46:3 53:21
54:13,17 74:9
105:22,25 106:2
108:7,9,14 116:5
123:24 124:3 152:23
173:3 176:14 177:17
178:5 187:2 217:22

**think** 21:3 25:14 27:5
28:22,25 34:14 35:3,
24 36:3 39:10 40:24
43:1 48:10 51:2,15
64:10 78:12 86:4
93:9,10 103:7
109:22 110:15
112:14 121:17,19
122:10 123:1 130:16
132:15 143:1,24
145:17,19 152:8
154:21 157:18
163:20 173:2 174:1
177:11 182:13

**testimony** 188:13 191:15 201:8
205:14 207:10 215:5
216:18 217:19
218:16 224:6 239:18
242:13,16 243:3
244:4 250:5 255:23
256:19 258:10
259:3,20 260:3,9,12
262:14,17 263:2
268:6

**thinking** 154:10

**thinks** 200:2

**third** 95:14,16 99:15
102:10 245:4

**thorough** 39:5

**thought** 84:24 85:3
111:15 133:7 165:6,
11 173:25 223:15

**thoughts** 210:10

**thread** 261:18

**threatening** 186:20

**three** 23:1 26:12
30:18 33:19 43:20
90:12,13 97:23
98:25 123:6 203:12,
16,20 244:9 264:14,
19

**Thursday** 224:24
225:7

**tier** 133:11,18

**Tim** 21:7,19 24:12,15
25:11 26:16 33:6,18
34:7,9 41:25 91:7,24
97:3 110:11 117:19
118:4 138:7 148:3,4
156:7 161:11,25
162:18 164:24 166:6
175:13 176:3,5
181:23 182:5
183:14,18,20 192:24
209:9 216:11 224:25

Luca Maestri                                                    In re Apple Inc. Securities Litigation

231:24 232:8,14
234:18 237:5 241:1,
4 243:12 245:23
247:2 249:11 251:24
258:4 261:20,23

**Tim's** 25:24

**time** 8:19 16:9 17:22,
25 19:17 20:3,20,21
21:2,20 25:2 27:11,
13,17 28:4,22 32:20,
21 33:3,10 35:2,11,
20 36:11 37:20,23
38:6,19 39:3 40:4
42:17 43:13,18,23
44:3,6,12,20 45:4,25
46:18,20 49:12,14
51:3 55:12 58:2
59:10,15 64:9 68:10
69:16 70:1 71:18
73:7 80:1 86:2,12,15
87:18 89:5,18 90:18
92:6,24 94:8,15
95:2,7 96:19 101:15
102:21 103:12
105:11,17,25 106:18
107:22 110:18,24
112:17 117:3,6
118:6 122:4 131:23
133:1 140:7 146:6
147:14 149:7,10
152:17 153:11 154:4
155:18,21 159:19
163:20 164:8,13
165:24 168:13
169:25 170:2 174:3,
20 175:24 177:23
178:4 179:9 180:13
182:16 183:15
194:19,21 219:16
222:5,20,21 224:7,
11,13 225:11 230:4,
5 232:7,19 235:9
237:4 238:7,21,23,
24 240:20 241:6,15,
16,21 242:8,18

244:2 250:19
255:12,14,17 256:5,
20,21,24 257:2,4
269:2,5,8,14,16

**times** 34:6,7,8 96:18,
19 111:6 115:6,12
123:6,12 128:6
155:9 156:21 163:19
240:10

**timing** 110:4 244:25

**timings** 120:6

**today** 10:7 11:1,8,11
12:6,12 13:2 17:8
18:12,14,22 20:14
38:3,19 46:10,16
56:11 58:13 65:3
156:14 174:5,7
175:19 218:5 247:12
254:1 265:25 266:1
269:8,16

**today's** 11:19 37:20
38:12 40:3,5 48:13
125:6,14 235:12

**told** 39:1 48:23 52:23
121:16 140:18 175:2
229:12 233:22
260:14

**tomorrow** 261:24

**Tony** 196:22 197:17,
20,22 198:9

**top** 45:1 88:17,21
96:8 102:4 152:5
161:16 173:23
191:17 219:8

**topic** 53:6

**topics** 29:7,9,15

**total** 112:18 114:15,
20 121:17 134:3
144:23 180:22
226:10 227:15

**totality** 233:14,15

**touch** 23:2

**Tower** 8:15

**track** 188:18

**trade** 196:23

**trade-offs** 179:21

**trading** 198:14
240:19

**traffic** 178:12,20,24,
25 179:8

**trajectory** 152:24
170:19 185:13 220:9

**transcript** 11:19,23
12:2 111:8 146:17
148:16,18 234:15
243:11

**transcripts** 23:22
42:3

**transition** 16:14

**transmitted** 214:17

**transparent** 39:9

**traveling** 33:7 182:15

**treasurer** 19:18
241:17

**treasury** 18:24

**trend** 251:21

**trends** 88:8,11 89:4
168:24 170:22 171:1
211:7 254:3

**tried** 125:10 153:14
191:11 229:20

**tries** 89:8

**Tristan** 9:9 40:24

**trouble** 111:6

**true** 69:21 70:12
74:23 75:10 133:8

239:3

**truthfully** 13:2

**try** 11:11 12:5 43:8
46:3 53:23 63:12,23
87:18 88:15,20
97:17 108:5 111:13
226:21 242:17

**trying** 72:25 99:9
153:11 154:1,3,4
171:4 203:5 262:2

**Tuesday** 245:25

**turn** 40:2 65:9 102:4
114:17 130:2 226:1
267:5 269:9

**turning** 77:22 80:18
203:22 261:17 264:1

**turns** 264:5

**tweaking** 205:23

**twelfth** 78:3 79:1

**twice** 91:15

**two** 22:25 26:22
37:11 40:9 44:25
47:7 90:15 98:3
101:25 104:1,5
110:6,8 112:24
113:1 115:15 116:5,
14 132:14 139:18,
19,20 140:14 142:19
169:13 170:18
173:3,4,7,9,18,22
176:19 177:20
179:14 182:7 185:13
203:2 206:6 217:9
224:1 226:7 227:11,
12 244:9 253:19
264:13,16

**two-page** 91:11

**two-thirds** 265:10,20
266:2,9

**TWR** 200:9,10

**type** 14:20 25:18 51:10,18 89:16,18 153:17 236:21 240:10,12

**types** 12:1 55:5

**typical** 44:18 45:6 130:11,18 203:12

**typically** 12:13 22:22 26:14,16 28:25 30:12 31:6 33:24 36:13 44:20 46:23 54:10 96:14 97:1 113:15 138:18 184:2 190:11 213:3,6 214:2,20 219:13 237:9 241:12 251:3 256:17 257:23

---

**U**

**UB** 99:23 129:13 134:16 135:2

**Uh-huh** 216:24

**ultimate** 179:15 193:10 247:19

**ultimately** 113:13

**umbrella** 254:15

**unbrick** 171:21

**unbricking** 101:20 129:3,19 132:13 139:6 227:25 230:21

**unbrickings** 100:13, 22 128:12,15 134:5, 6,12,14 136:12 139:10 168:24 170:5,22,23

**unbricks** 101:1,4,25 136:19 140:1 170:10 171:13,15 172:3,5,

10,21 193:6,7,10

**uncertainties** 180:16 238:20

**uncertainty** 45:20 98:1 106:4 170:11, 17 179:22,24 184:17 185:6,14 186:1,3 217:21,23 229:22 245:6,13 246:6,8

**unchanged** 159:1,3

**unclear** 109:18

**unconstrained** 141:10,13,16

**underline** 99:15

**underlined** 177:15

**understand** 11:2 18:15 37:6,13,16,17 55:20 71:16 76:16, 19 77:2,13,15 82:20 107:22 135:24 154:4 162:13 183:5 191:12 198:4 201:1 207:22 210:22 233:16 247:23 250:13 253:8 254:9,12,17,22 255:2

**understanding** 35:15,17,18 72:7 76:21,23 77:16 131:15 170:18 182:10 208:9 237:19 238:1 267:10

**understood** 12:3,4,10 105:6

**undertaken** 67:10,25 68:21 79:13

**unique** 44:17 99:6 103:19 229:24 236:15,16

**unit** 29:4 131:6 151:8,

9,10,14 156:9 158:13 161:13 165:1 175:11 192:2 198:6 226:6 228:4 247:5 262:10

**United** 8:6 16:22 220:20 229:3

**units** 96:9,14 97:2 100:2,10 140:6,9 158:24 166:16 168:5,15,19 176:4 189:11 191:2,4 192:2,7,12 193:1,2, 6,7,12,16 194:4 203:11,16,25 204:5 225:23 246:18 248:5 259:22 262:23

**university** 14:19,21, 24 15:2,4,7,15

**unprecedented** 245:5

**unreasonable** 172:6, 23

**unrelated** 77:24 80:20 83:6

**unsophisticated** 111:3

**unusual** 14:10 123:10 126:4 130:8 205:21

**upcoming** 75:4 144:14 217:8 223:25

**update** 110:11 138:3, 16 144:15 164:9 181:9 216:13 222:22 232:8 233:9 235:5 254:6

**updated** 88:11 89:3

**updates** 111:21 138:19 180:24 181:4 216:17 233:23

**upgraders** 85:25 86:1

219:22

**upgrades** 84:16 85:7

**uplift** 229:3

**upside** 200:1

**use** 11:24 18:14 30:3 36:12 50:8,22,24 51:3 52:5 59:3,5 93:23 97:18 103:7 104:10 171:20 176:8 214:9 263:14

**usually** 148:10 182:8, 23

---

**V**

**value** 78:2 80:25 82:23 154:8

**variable** 264:25

**variables** 122:12

**various** 138:16

**vast** 32:4 158:11 159:6 213:9 237:8 252:17

**velocity** 140:11,13

**venture** 16:9,19

**verbally** 215:8

**verifiable** 31:25 32:15 159:22

**verification** 65:5

**verify** 261:24

**verifying** 74:6

**Verizon** 115:23

**versa** 258:24 259:14

**version** 31:13 120:15 240:16

**versions** 31:14 49:24 126:14 173:9

---

**Highly Confidential**

Luca Maestri

In re Apple Inc. Securities Litigation

**versus** 95:7 112:7 114:4 115:2 118:21 120:1,6 127:15,22 139:11,19 140:2 141:9 142:7,9,11 173:7 176:16 262:3

**vice** 27:11 241:14 258:24 259:14

**video** 8:3,17 9:15 49:11,14 86:6,12,15 117:3,6 155:18,21 194:18,21 219:24 224:10,13 255:14,17 269:2,5,15

**videographer** 8:13

**videotaped** 8:4

**view** 94:2 112:21 123:23 163:11 184:4

**viewpoint** 86:20

**views** 174:18

**virtually** 8:9

**visibility** 149:24 150:2 177:4

**visit** 10:16

**voice** 52:1,8

**voicemails** 51:22 52:4,13

**volumes** 208:17,19

―――――――
**W**
―――――――

**Wagner** 209:23 210:6

**wait** 41:10 148:11 162:1 217:3 219:4, 16,20 224:2 230:8

**waiting** 116:4 146:22

**waiving** 69:8

**Wall** 240:9 251:2,5,8

**want** 12:18 20:1 21:23 35:22 36:11 37:1 41:12 43:9 53:22 58:24 63:3,7, 14,23 64:8 73:21 80:13 84:22 86:5 105:5 108:11 110:20 116:22,24 148:19 152:16 153:23,24 190:16 215:2 218:6 226:16 227:1 242:14 243:25 250:9 263:18 266:20 268:5,15,23

**wanted** 29:21 45:15 57:13 105:13 106:18 116:10 124:14 253:15

**warranty** 200:10

**wasn't** 27:10 28:6 78:18 133:4 135:11 164:6 185:17 192:18

**waste** 64:8

**watch** 17:21 159:2 184:19 256:14

**way** 24:9 34:23 37:2 49:3 72:14,17 129:9 132:4 153:6 173:8 199:4 206:8 220:9 257:3

**ways** 258:15

**we'll** 12:13 41:14 84:12 147:25 181:14 242:8 268:24

**we're** 8:14,20 10:15 13:4 17:16 18:4 30:15 33:10 36:10 43:19 46:21 49:12, 15 81:15 86:16 97:22 103:16 108:6, 11 109:5 110:20 117:4,7 120:11 123:4 135:12 146:7

155:19,22 160:19 169:19 177:22 180:12 194:19,22 200:18,21 208:16 212:12 213:5 217:10 218:10 224:11,14 227:7 239:21 240:16 255:13,15,18 269:3, 6,17

**we've** 10:19 47:24 148:6,7 152:20 155:11 164:1 166:2 177:17 194:11 197:11 200:18 211:7 212:10 221:14 224:6 233:3 253:1 254:23 258:18 259:14

**weak** 134:9 167:20

**weaker** 135:18,22

**weaker-than-expected** 84:16 85:7

**wearables** 17:20

**website** 250:22

**websites** 250:24

**Wednesday** 96:2 203:10 211:5

**week** 34:9 116:12 156:21 208:2 220:12 245:25 247:9

**weekend** 141:11 234:8 235:19,24

**weekly** 32:21 96:20

**weeks** 24:20 33:5,9 98:25 148:7 185:11 217:9 224:1

**Welcome** 49:17 86:18 117:8 155:23 194:23 224:15 255:20

**went** 14:18 15:21,23, 24 120:21 122:9

143:7 149:7 150:14 153:13 157:19 183:6,20 191:11 203:19 255:21,23 259:13,16

**weren't** 58:10 74:23 94:6 150:8

**West** 17:1

**wheels** 150:19

**Whittington** 209:9, 17,18

**widely** 90:3

**wider** 90:3 179:22 237:8

**Williams** 20:22 21:19 110:12 138:7 164:25 181:23 182:6

**willing** 196:23 197:23 198:9 242:2

**Wipfler** 19:17 241:16

**wish** 163:10 249:15

**withdraw** 74:16

**withdrawn** 150:9

**witness** 8:10 9:11,18 31:5 32:25 37:23 39:24 41:16 42:15 48:1 49:10 53:13,25 54:10 55:19 56:5,15 57:8,25 58:20 60:13 61:9 62:7 66:17,24 67:18 68:4,17 69:4 70:16,22 72:2,15,18 73:4,17 74:1,11 75:2,14,20 76:4,12, 21 77:7,20 78:22 79:4,22 80:10 81:9, 17 82:17 83:11,19 84:5,10 85:10 86:24 87:14 88:15 89:7 90:10 92:9 93:2

**Index: versus–witness**

Luca Maestri

In re Apple Inc. Securities Litigation

94:10,20 95:10 98:21 100:25 101:14,23 105:10 106:15 107:1 108:1 110:6 112:14 113:18 114:13 115:10 116:20 119:16 121:2 122:3,21 123:23 126:8,23 127:19 130:11,18 131:18 132:2,20 134:8,16 135:21 136:15 137:6 139:16 140:22 141:2 142:17 143:17,24 145:24 147:6,18,22 148:18,24 149:6 151:19,25 154:19 155:14 158:10 159:12 161:8,24 162:16 163:25 164:12,20 165:18 168:7 170:8 171:23 172:13,19 174:17 179:3,11 180:3,20 181:11,19 182:25 186:7,15,24 188:1 192:4,22 194:13 195:21 200:16,25 205:20 207:1,21 208:13 209:3 211:25 213:2 215:2,12 216:4 217:19 218:20 220:16 221:11 222:3,13 223:9,24 228:14 231:11 233:22 234:14 235:3 236:2 237:3 238:4, 18 239:8 243:24 246:12 247:1,16 248:24 251:13 252:8 253:14 254:11,22 255:10 258:14 259:8,25 260:6,17 261:9 265:24 266:17 267:14

**word** 164:14

**words** 11:24 60:16 162:24 242:23

**work** 11:1 17:1 35:8, 10 41:5 42:19 49:19 50:3,9,12,20 51:6,16 52:2,5 54:13,18,19 94:3 105:12,15 106:4,8,17 141:22 162:10 163:13,17 173:12 175:4 183:13 208:14 250:6,18

**work-product** 32:8

**work-related** 51:10 59:4,6 61:4

**worked** 15:18,19,20, 21,23 39:1,3 182:25 183:1,3

**working** 16:1 22:2 32:22 38:19 183:11 208:16 210:17 234:8 235:20,24

**works** 226:22

**world** 15:20 16:16,17 21:24 95:1 103:22 105:3 113:4,20 114:11 140:7 141:18 152:11 220:21 229:4 230:1

**worried** 39:12

**worse** 114:11,14 119:12 230:3

**worth** 264:13

**wouldn't** 29:16 81:25 132:3 134:17 135:21 228:25 229:11 240:7 258:25

**Wow** 165:16

**write** 24:25 30:22 35:1 54:13

**writes** 94:5 167:23 207:25 265:9

**writing** 182:2

**written** 11:8,23 36:20 46:13 96:11 163:21 176:1

**wrong** 28:15 249:5

**wrote** 81:23,24 150:16 182:3 183:2 184:25 189:24 199:7 208:10 209:11 210:9 229:10 256:14 258:11

---

### X

**Xerox** 16:21,24

**Xiaomi** 87:10

**XR** 44:1,15 45:4,7 47:13 85:20 90:6,13 97:11,16 98:9,18 99:4,10 100:3,7,10, 12 101:11 102:8 104:6 105:7,16 106:18 107:4,7,24 108:21 109:1,7 110:11 112:1,23 115:8 116:8,14,17 119:20 121:8,11,13, 20 123:20,25 124:8 127:5,7,8,22,25 128:15,21 139:1,14, 19 140:19,24 141:13,24 142:25 143:11,15,22 144:6 145:15 146:12,13, 15,22,25 147:15 148:7 149:2,13 150:2,13 151:1,23 152:4 153:4,9,19,21 154:6 157:4 158:7 159:10 167:5,7,19, 25 168:23 170:5,23

171:20 173:7 174:11 176:9 177:5,14 178:17 179:9,17 181:3 185:1,14,15, 21,23 186:5,21 187:14,24 191:4,15, 19 192:1,7 205:1,11, 12,14,16 206:15 211:1 213:24 214:10 217:2,7,9,14 218:10, 14 219:21 220:10 221:1,8,15,19,25 222:5,10 223:7,17 225:20,23 226:8 227:25 228:4,12,17, 22,23,25 229:8,16, 22 230:21 231:3,6 232:23 233:1,5,18, 25 234:11 236:15 237:1,15 238:14 239:6 245:16,17,21 246:9,19 247:21 248:5,15,18 258:12 259:5,6,22 260:14 263:24 267:6,7,19 268:7

**XRS** 109:16

**XS** 45:2,3 47:8 90:12, 13 97:12 98:24 100:2 102:1,2 119:22,23,25 120:3, 7 146:21 148:4,5,13 149:24,25 151:16,19 179:18 185:10,23 259:22,23

---

### Y

**Yahoo** 50:20 249:13 250:8,9,11,19,24 251:6,7 256:3

**yeah** 15:14 18:3,9,21 19:8 20:3,4 21:7 22:10 24:7,19 25:6,

21 26:7 27:2 29:14,
24 30:4 33:2 34:10
43:19,20 44:15 49:6,
7 50:18 53:10,25
62:14,25 64:2,3,10,
23 65:2,8,23 68:13
73:19 78:6 90:2,4,10
91:4,17,18 92:4,17
96:19 102:6,9 103:4
106:16 107:21
110:5,8 111:9 112:3
118:14,25 119:10
121:16 124:10,13
127:4,8 128:11
129:8,11 130:5
131:10 132:9 136:9,
18 138:22 142:5
148:24 155:14
158:6,21 160:16,24
166:23 167:3,10,18
168:2 169:9,10,16
172:9 179:11 182:13
183:24 184:10
185:3,6 189:5,15
190:6 192:4,14
194:15 195:13,21
199:9 200:25 202:24
203:7 204:4,10,24
205:16 207:14 209:3
210:12 213:21 214:8
217:1,12,19 220:16
221:2 225:5,17
226:14,20 227:5,21
228:3,5 230:20
231:1,22 232:11
236:22 237:25
241:23 243:24 244:7
245:9 246:21 248:6,
8 249:19 250:1,4,16
255:14,25 256:1,12
263:16,18 264:3
265:8,11,17 266:23

**year** 15:23 22:22
25:23 26:15 45:2
57:2,3 69:18 70:18

74:20 80:23 84:17
86:22 90:11 103:13,
17 104:1,4,11 112:6,
7,8,11,24 114:4,5
115:2,13 119:8,11
120:1,6,10 127:16,
19,23 128:4,9,19
140:13,14 152:6
164:2,3 176:13,16,
24 190:13,19,21
262:7,8 265:5

**years** 15:18,22,24
16:1 20:9 27:25 39:2
43:20 75:3 133:10
152:21 164:13
190:13,14 197:11
233:3 253:21

**Yep** 99:17 100:14
115:3 124:12
129:14,17 139:7
142:13 166:5 224:9
225:9 232:3 243:18
244:21

**yesterday** 55:23
166:8 241:19 242:21

**York** 94:5 240:10

---

## Z

**zero** 127:20 176:13

**Zhang** 29:1 224:25

**Zoom** 11:14 13:4,12

# EXHIBIT 89

Videotaped Deposition of

# Matthew Blake

March 04, 2022

In re Apple Inc. Securities Litigation

**Highly Confidential**



www.aptusCR.com | 866.999.8310

**Page 1**

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4   In re APPLE INC.            )
     SECURITIES LITIGATION,      )
 5                               )
                                 )
 6   _____    ) Case No.
                                 ) 4:19-cv-02033-YGR
 7   This Document Relates To:   )
     ALL ACTIONS,                )
 8                               )
                                 )
 9
10
11              HIGHLY CONFIDENTIAL
12
13      REMOTE VIDEOTAPED DEPOSITION OF
14                 MATTHEW BLAKE
15
        _____
16
             Friday, March 4, 2022
17
18
19
20
21
22
23
24   REPORTED BY:
     ANGELA KOTT, CSR 7811
25   JOB NO: 10094759
```

**Page 2**

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4   In re APPLE INC.            )
     SECURITIES LITIGATION,      )
 5                               )
                                 )
 6   _____    ) Case No.
                                 ) 4:19-cv-02033-YGR
 7   This Document Relates To:   )
     ALL ACTIONS,                )
 8                               )
                                 )
 9
10
11        BE IT REMEMBERED THAT, pursuant to Notice
12   of Taking Deposition, and on Friday, March 4, 2022,
13   commencing at the hour of 9:02 a.m., thereof, before
14   me, ANGELA KOTT, a Certified Shorthand Reporter,
15   there remotely appeared
16                 MATTHEW BLAKE,
17   called as a witness by the Plaintiffs, who, being by
18   me first duly sworn, was thereupon examined and
19   interrogated as is hereinafter set forth.
20
21                   ---oOo---
22
23
24
25
```

**Page 3**

```
 1        R E M O T E   A P P E A R A N C E S
 2   FOR THE LEAD PLAINTIFF:
 3      ROBBINS GELLER RUDMAN & DOWD LLP
        BY:  DANIEL J. PFEFFERBAUM, Attorney at Law
 4           KENNETH J. BLACK, Attorney at Law
             SHAWN WILLIAMS, Attorney at Law
 5           JACOB GELMAN, Attorney at Law
        One Montgomery Street, Suite 1800
 6      San Francisco, California 94104
        415.288.4545
 7      dpfefferbaum@rgrdlaw.com
        Kennyb@rgrdlaw.com
 8      Jgelman@rgrdlaw.com
 9
     FOR APPLE INC.:
10
        ORRICK, HERRINGTON & SUTCLIFFE LLP
11      BY:  KEVIN ASKEW, Attorney at Law
        405 Howard Street
12      San Francisco, California 94105
        415.773.5700
13      Kaskew@orrick.com
14   ALSO PRESENT:
15      MARQUES TRACY, Apple Counsel
16      LORENZO FERNANDEZ-KOPEC, Aptus Video
        Technician
17                   ---oOo---
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1                 I N D E X
 2            INDEX OF EXAMINATIONS
 3   EXAMINATION BY MR. BLACK...................... 10
 4
 5       EXHIBITS MARKED FOR IDENTIFICATION
 6    Exhibit No.    Description          Page
 7   Exhibit 1    E-mail Chain dated October    36
                  15, 2018, from Matt Blake to
 8                Luca Maestri, et al., Bates
                  APL-SECLIT_00280722 through
 9                APL-SECLIT_00280723
10   Exhibit 2    Goldman Sachs Report, dated   45
                  October 13, 2018, Bates
11                APL-SECLIT_00280738 through
                  APL-SECLIT_00280747
12
     Exhibit 3    E-mail Chain dated October    49
13                19, 2018, from Blake Miller
                  to Matt Blake, et al., Bates
14                APL-SECLIT_00024441 through
                  APL-SECLIT_00024443
15
     Exhibit 4    E-mail Chain dated October    60
16                24, 2018, from Kevan Parekh
                  to Matt Blake, et al., Bates
17                APL-SECLIT_00024407 through
                  APL-SECLIT_00024439
18
     Exhibit 5    E-mail Chain dated October    68
19                25, 2018, from Luca Maestri,
                  to Saori Casey, et al., Bates
20                APL-SECLIT_00586899
21   Exhibit 6    E-mail Chain dated October    72
                  25, 2018, from Matt Blake to
22                Sabih Khan, Bates
                  APL-SECLIT_00586234 through
23                APL-SECLIT_00586236
24
25   //
```

Page 1..4

Page 5

| | | | |
|---|---|---|---|
| 1 | EXHIBITS CONTINUED: | | |
| 2 | Exhibit 7 | E-mail Chain dated October | 75 |
| 3 | | 27, 2018, from Nancy Paxton | |
| | | to Luca Maestri, et al., | |
| 4 | | Bates APL-SECLIT_00160101 | |
| 5 | Exhibit 8 | through APL-SECLIT_00160173 | |
| | | E-mail Chain dated October | 88 |
| 6 | | 31, 2018, from Nancy Paxton | |
| | | to Adam Talbot, et al., Bates | |
| 7 | | APL-SECLIT_00356536 through | |
| 8 | Exhibit 9 | APL-SECLIT_00356545 | |
| | | E-mail Chain dated October | 91 |
| 9 | | 31, 2018, from Josh | |
| | | Rosenstock to Tim Cook, et | |
| 10 | | al., Bates | |
| | | APL-SECLIT_00504029 through | |
| 11 | | APL-SECLIT_00504033 | |
| 12 | Exhibit 10 | E-mail Chain dated November | 94 |
| | | 1, 2018, from Luca Maestri to | |
| 13 | | Tim Cook, Bates | |
| | | APL-SECLIT_00308488 through | |
| 14 | | APL-SECLIT_00308491 | |
| 15 | Exhibit 11 | E-mail Chain dated November | 102 |
| | | 1, 2018, from Thomas Wigg to | |
| 16 | | Matt Blake, Bates | |
| | | APL-SECLIT_00587555 through | |
| 17 | | APL-SECLIT_00587578 | |
| 18 | Exhibit 12 | E-mail Chain dated November | 106 |
| | | 1, 2018, from Matt Blake to | |
| 19 | | Wamsi Mohan, et al., Bates | |
| | | APL-SECLIT_00546852 through | |
| 20 | | APL-SECLIT_00546853 | |
| 21 | Exhibit 13 | Bernstein Analyst Report | 107 |
| | | dated November 2, 2018, Bates | |
| 22 | | APL-SECLIT_00001993 through | |
| | | APL-SECLIT_00002016 | |
| 23 | Exhibit 14 | E-mail Chain dated November | 111 |
| 24 | | 13, 2018, from Matt Blake to | |
| | | Luca Maestri, et al., Bates | |
| 25 | | APL-SECLIT_00309288 through | |
| | | APL-SECLIT_00309290 | |

Page 6

| | | | |
|---|---|---|---|
| 1 | EXHIBITS CONTINUED: | | |
| 2 | Exhibit 15 | Goldman Sachs Analyst Note | 113 |
| | | dated November 12, 2018, | |
| 3 | | Bates APL-SECLIT_00309291 | |
| | | through APL-SECLIT_00309298 | |
| 4 | | | |
| 5 | Exhibit 16 | Meeting Invite for December | 115 |
| | | 18, 2018, Organizer Luca | |
| 6 | | Maestri, Bates | |
| | | APL-SECLIT_00642330 | |
| 7 | Exhibit 17 | Meeting Invite for January 1, | 132 |
| | | 2019, Organizer Luca Maestri, | |
| 8 | | Bates APL-SECLIT_00642331 | |
| 9 | Exhibit 18 | E-mail Chain dated January 2, | 136 |
| | | 2019, from Thomas Wigg to | |
| 10 | | Matt Blake, Bates | |
| | | APL-SECLIT_00591402 through | |
| 11 | | APL-SECLIT_00591424 | |
| 12 | Exhibit 19 | E-mail Chain dated January 7, | 137 |
| | | 2019, from Matt Blake to Luca | |
| 13 | | Maestri, et al., Bates | |
| | | APL-SECLIT_00156978 through | |
| 14 | | APL-SECLIT_00156980 | |
| 15 | Exhibit 20 | E-mail Chain dated January | 143 |
| | | 24, 2019, from Greg Joswiak | |
| 16 | | to Matt Blake, et al., Bates | |
| | | APL-SECLIT_00024703 through | |
| 17 | | APL-SECLIT_00024705 | |
| 18 | Exhibit 21 | E-mail Chain dated January 8, | 139 |
| | | 2019, from Saori Casey to Tim | |
| 19 | | Cook, et al., Bates | |
| | | APL-SECLIT_00601331 through | |
| 20 | | APL-SECLIT_00601334 | |
| 21 | Exhibit 22 | E-mail Chain dated March 26, | 145 |
| | | 2019, from Matt Blake to | |
| 22 | | Nancy Paxton, Bates | |
| | | APL-SECLIT_00598533 through | |
| 23 | | APL-SECLIT_00598577 | |
| 24 | // | | |
| 25 | // | | |

Page 7

| | | | |
|---|---|---|---|
| 1 | EXHIBITS CONTINUED: | | |
| 2 | Exhibit 23 | E-mail Chain dated November | 155 |
| | | 13, 2018, from Tejas Gala to | |
| 3 | | Gary Wipfler, et al., Bates | |
| | | APL-SECLIT_00588867 through | |
| 4 | | APL-SECLIT_00588868 | |
| 5 | Exhibit 24 | E-mail Chain dated April 1, | 160 |
| | | 2019, from Michael Shapiro to | |
| 6 | | Matt Blake, et al., Bates | |
| | | APL-SECLIT_00248250 | |
| 7 | | | |
| 8 | Exhibit 25 | E-mail Chain dated January 3, | 160 |
| | | 2019, from Michael Shapiro to | |
| 9 | | Eric Petersen, et al., Bates | |
| | | APL-SECLIT_00028738 | |
| 10 | Exhibit 26 | E-mail Chain dated April 1, | 161 |
| | | 2019, from Michael Shapiro to | |
| 11 | | Matt Blake, et al., Bates | |
| | | APL-SECLIT_00248250 | |
| 12 | | | |
| 13 | Exhibit 27 | Summary Tab, AAPL Share | 162 |
| | | Repurchase Summary by | |
| | | Quarter, Bates | |
| 14 | | APL-SECLIT_00248251 | |
| 15 | Exhibit 28 | AAPL Share Repurchase | 164 |
| | | Summary, Q1'19, FY'19 Q1 Tab | |
| 16 | | (excerpted 1-71, A-N), Bates | |
| | | APL-SECLIT_00248251 | |
| 17 | | | |
| 18 | Exhibit 29 | E-mail Chain dated November | 173 |
| | | 15, 2018, from Matt Blake to | |
| 19 | | Luca Maestri, et al., Bates | |
| | | APL-SECLIT_00293935 through | |
| 20 | | APL-SECLIT_00293938 | |
| 21 | Exhibit 30 | E-mail Chain dated August 20, | 174 |
| | | 2018, from Matt Blake to Luca | |
| 22 | | Maestri, et al., Bates | |
| | | APL-SECLIT_00222229 through | |
| 23 | | APL-SECLIT_00222263 | |
| 24 | // | | |
| 25 | // | | |

Page 8

| | | | |
|---|---|---|---|
| 1 | EXHIBITS CONTINUED: | | |
| 2 | Exhibit 31 | E-mail Chain dated August 21, | 175 |
| | | 2018, from Matt Blake to | |
| 3 | | Nancy Paxton, Bates | |
| | | APL-SECLIT_00641905 through | |
| 4 | | APL-SECLIT_00641906 | |
| 5 | Exhibit 32 | E-mail Chain dated November | 176 |
| | | 6, 2018, from Jeffrey Kvaal | |
| 6 | | to Undisclosed Recipients, | |
| | | Bates APL-SECLIT_00588561 | |
| 7 | | through APL-SECLIT_00588565 | |
| 8 | | | |
| 9 | | QUESTIONS INSTRUCTED NOT TO ANSWER | |
| 10 | | | |
| 11 | Page 16, Line 22: | | |
| | | | |
| | Q.  Are you at all -- are you otherwise familiar | | |
| 12 | with those depositions? | | |
| 13 | Page 20, Line 24: | | |
| 14 | Q.  What documents were you asked to preserve or | | |
| | collect pursuant to this litigation? | | |
| 15 | Page 131, Line 1: | | |
| 16 | | | |
| | Q.  Did you discuss in some of those meetings data | | |
| 17 | gathering, precision and accuracy, all the things | | |
| | you just mentioned? | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 24 | | | |
| 25 | | | |

Page 9

1       P R O C E E D I N G S

2

3       APTUS VIDEO TECHNICIAN:  Good morning.
4  This begins the videotaped deposition of Matthew
5  Blake in the matter in re: Apple Inc. Securities
6  Litigation filed in the United States District
7  Court, Northern District of California.  Case number
8  4:19-cv-02033-YGR.
9       This deposition is being held virtually,
10  and the witness is in La Jolla, California, on
11  March 4th, 2022.
12      My name is Lorenzo Fernandez-Kopec.  I'm
13  the videographer.  The court reporter is Angela
14  Kott.  We're both here representing Aptus Court
15  Reporting located at One Market Plaza, Steuart
16  Tower, Suite 1208, in San Francisco, California.
17      Please note that audio and video recording
18  will be taking place unless all parties have agreed
19  to go off the record.  The time is 9:03 Pacific.
20  We're on the record now.
21      Counsel, will you please state your
22  appearance and affiliation.
23      MR. BLACK:  Good morning.  This is Kenneth
24  Black from Robbins Geller Rudman & Dowd on behalf of
25  Lead Plaintiff and the Class.  I'm here with Dan

Page 10

1  Pfefferbaum, Shawn Williams, and Jacob Gelman, all
2  from the same firm.
3       MR. ASKEW:  I'm Kevin Askew from Orrick,
4  Herrington & Sutcliffe on behalf of Defendants and
5  the witness.
6       And with me is Marques Tracy, who is
7  in-house counsel at Apple.
8       THE REPORTER:  Should I swear in the
9  witness?
10
11           MATTHEW BLAKE,
12      having been first duly sworn,
13      was examined and testified as follows:
14
15      THE REPORTER:  Thank you.  Please begin.
16           EXAMINATION
17  BY MR. BLACK:
18   Q.  Good morning, Mr. Blake.  Thank you for
19  being here today.
20      My name is Kenny Black.  I'm from the law
21  firm of Robbins Geller Rudman & Dowd, as you just
22  heard.  I represent the Plaintiff in this matter.
23      Can you please state and spell your full
24  name for the record?
25   A.  Sure.  It's Matthew Blake, M-a-t-t-h-e-w,

Page 11

1  B-l-a-k-e.
2   Q.  Do you have a middle name or middle names,
3  Mr. Blake?
4   A.  Alan, A-l-a-n.
5   Q.  Have you been deposed before?
6   A.  I have not.
7   Q.  Can you please state your home address and
8  phone number for the record?

11   Q.  Thank you.  I'm going to go over --
12   A.  My phone number?
13   Q.  I'm sorry.  Yes.  Your phone number,
14  please.

17   Q.  Thank you.  I'm going to go over the
18  procedures for this deposition so they are clear.
19      You understand that even though we're not
20  in court, the oath you took has the same consequence
21  as if we were in court?
22   A.  I do.
23   Q.  You understand that the court reporter is
24  creating a transcript and is going to record every
25  word that we say today?

Page 12

1   A.  Yes.
2   Q.  To make her job manageable, let's not talk
3  over each other, as I just did a moment ago.
4      Can you please answer my questions verbally
5  instead of nodding or saying "uh-huh" or the like?
6      Can you do that?
7   A.  Yes.
8   Q.  Let me know if a question is unclear.  It's
9  my job to ask clear questions.  So if you don't
10  understand, please say so.
11      You should also feel free to pause and
12  think about your answer to a question before giving
13  it.
14   A.  Okay.
15   Q.  Okay.  Your attorney may make objections to
16  preserve them for the record, but unless your
17  attorney instructs you not to answer a question and
18  you decide to follow that instruction, you are to
19  answer each of my questions today.
20      Do you understand?
21   A.  Yes.
22   Q.  I'm interested in the whole truth today and
23  finding out everything you know about the events
24  related to this lawsuit.  I'm looking for full and
25  complete answers.

Matthew Blake                                                     In re Apple Inc. Securities Litigation

Page 13

1       Do you understand that?
2    A.  Yes.
3       Q.  Will you provide full and complete answers
4    to my questions to the best of your ability today?
5    A.  Yes.
6       Q.  Is there any reason why you cannot give
7    complete or accurate testimony today?
8    A.  No.
9       Q.  Are you on any medication that might
10   prevent you from giving full or complete testimony
11   today?
12      A.  No.
13      Q.  If you would like to take a break at any
14   time, just let me know and I'll do my best to
15   accommodate you.  I'll try to take -- or we'll try
16   to go off the record for breaks about once every
17   hour and also for lunch.
18      I just ask that if there's a question
19   pending or if we're in the middle of an answer or
20   question, that we finish it before taking a break.
21      Can you do that?
22   A.  Yes.
23      Q.  Is there anyone there with you where you
24   are today?
25   A.  My wife is at home, but I am in a separate

Page 14

1    room and the doors are closed.
2       Q.  And no one else in the house?
3    A.  Not currently, I don't believe.  Actually,
4    I may have one kid who has a doctor's appointment.
5    But I -- they may both be at school right now.  I'm
6    not exactly sure.
7       But for most of the day it will either be
8    my wife and either zero or one or two kids.
9       Q.  Okay.  And where you're sitting and set up,
10   can you see or read e-mails, text messages or other
11   communications?
12   A.  So I have my Mac here on do not disturb.
13   And my phone is on the desk.  It's face down on do
14   not disturb.
15      So, and I do have an iPad.  The case is
16   closed, on do not disturb.  So the short answer is
17   no, I shouldn't be able to.
18      Q.  Okay.  Did you bring anything with you to
19   the deposition where you are?
20   A.  No.
21      Q.  Okay.  What did you do to prepare for
22   today's deposition?
23   A.  So I had two sessions with Orrick and with
24   Marques from Apple.  And those two sessions were in
25   the two weeks leading up to this on, let's see,

Page 15

1    February 18th and then this past Monday, February
2    28th.
3       Q.  About how long did those sessions last?
4    A.  I think the first one was approximately two
5    hours.  And the second one was approximately an hour
6    and a half.
7       Q.  Did you meet with anyone from Apple other
8    than attorneys?
9    A.  I did not.
10      Q.  Did you discuss your testimony today with
11   anyone from Apple?
12   A.  Not other than attorneys.
13      Q.  Did you discuss your testimony today with
14   anyone other than Apple attorneys?
15   A.  Not other than Apple attorneys or Orrick.
16      Q.  Okay.  Did you review any materials or
17   documents in preparation for your testimony today?
18   A.  There were certain materials and documents
19   that were shared with me by Orrick.
20      Q.  Without telling me the nature of your
21   discussions or the contents of materials,
22   approximately how many documents did you look at in
23   preparation?
24   A.  I don't know exactly.  I would say it was a
25   handful, probably less than 15, but I'm not exactly

Page 16

1    sure how many there were.
2       Q.  Were those documents documents that were
3    created on or around the time of the events of this
4    litigation?
5    A.  Yes, I believe they all would have been.
6    Of course, you know, a transcript, for example, may
7    have been produced later, but it would have been
8    based on -- based on events that occurred at the
9    time.
10      Q.  Are you aware of -- let me back up.
11      When you say "transcript," do you mean a
12   transcript of a deposition or another type of
13   transcript?
14   A.  To be clear, a transcript of an earnings
15   call.
16      Q.  Are you aware that other Apple employees
17   have been deposed related to this matter?
18   A.  I am aware.
19      Q.  Have you reviewed any of those deposition
20   transcripts?
21   A.  I have not.
22      Q.  Are you at all -- are you otherwise
23   familiar with those depositions?
24      MR. ASKEW:  I'm just going to object to the
25   extent the question calls for a privileged

Page 13..16

Page 17

1 communication.
2        Mr. Blake, if you have any awareness of
3 deposition testimony of other Apple witnesses apart
4 from your discussions with counsel, you can share
5 that.
6        But to the extent your knowledge comes only
7 from counsel, I'll instruct you not to answer.
8 BY MR. BLACK:
9    **Q. Mr. Blake, do you feel that you can answer?**
10   A. I do not.
11   **Q. Okay. And just to be clear, you're**
12 **choosing not to answer the question I asked?**
13   A. That's correct.
14   **Q. Okay. Thinking about the types of**
15 **documents, just the types of documents you looked**
16 **at, were any of them e-mails?**
17   A. Yes, there were e-mails.
18   **Q. Okay. Were any of them PowerPoints?**
19   A. No, I don't believe I saw any PowerPoints.
20   **Q. Okay. Any spreadsheets?**
21   A. No, I don't believe there were any
22 spreadsheets either.
23   **Q. Okay. Any Word documents?**
24   A. It may have been -- there may have -- I'm
25 not sure if it was either Word or PDF.

Page 18

1    **Q. Did the documents you looked at help you**
2 **remember details about the subjects they covered?**
3    A. Yes.
4    **Q. And would you say you are better prepared**
5 **to testify as the result of reviewing these**
6 **documents?**
7    A. Yes.
8    **Q. The documents you looked at in preparation,**
9 **when was the last time you had reviewed those**
10 **documents?**
11   A. For the most part, it would have been
12 either in calendar Q4 of 2018 or in the first half
13 of 2019 while I was still employed at Apple.
14   **Q. Okay. Were any of the documents you looked**
15 **at, without telling me the contents, were any of**
16 **them written or prepared by attorneys?**
17   A. No, I don't believe so.
18   **Q. Can you tell me just in your own words what**
19 **your understanding of this case is?**
20   A. My understanding is that it relates to the
21 Q4 2018 earnings call and certain comments that were
22 made during that call.
23   **Q. Okay. You understand that the comments**
24 **were made by the executives of Apple during that**
25 **call?**

Page 19

1        MR. ASKEW: Objection to form.
2 BY MR. BLACK:
3    **Q. Sorry. Is that correct?**
4    A. Yes.
5    **Q. What is your understanding of when this --**
6 **when the present action started or commenced?**
7        MR. ASKEW: And Mr. Blake, again, I'm just
8 going to caution you to the extent you are able to
9 answer Mr. Black's questions without relying on the
10 contents of your communications with counsel, you're
11 free to do so. But to the extent you are only able
12 to answer the question because of information that
13 you learn from counsel, then I'll instruct you not
14 to answer on the grounds of privilege.
15        Does that make sense?
16        THE WITNESS: It does.
17 BY MR. BLACK:
18   **Q. Okay. Do you have an understanding of when**
19 **this litigation commenced?**
20   A. I believe it was in the second quarter of
21 2019.
22   **Q. Okay. Were you asked to preserve any**
23 **documents around that time?**
24   A. I was.
25   **Q. Okay. Who asked you or what was the format**

Page 20

1 in which you were asked to preserve documents?
2    A. So I would have left all Apple related
3 documents or, you know, Apple related items on my
4 work Mac and left them with Apple when I was no
5 longer with the company.
6    **Q. Okay. So you left Apple; is that correct?**
7    A. That is correct.
8    **Q. What time did that happen?**
9    A. May of 2019.
10   **Q. Prior to leaving, were you asked to collect**
11 **or preserve documents pursuant to this litigation?**
12   A. I was asked to preserve documents.
13   **Q. Was it specifically pursuant to this**
14 **litigation?**
15   A. I believe so, yes.
16   **Q. Okay. Were you separately asked to**
17 **collect, turn over, preserve documents unrelated to**
18 **this litigation as part of leaving Apple?**
19   A. I was asked to leave all Apple related
20 matters on my Mac.
21   **Q. Pursuant to your leaving the company; is**
22 **that correct?**
23   A. That's correct.
24   **Q. What documents were you asked to preserve**
25 **or collect pursuant to this litigation?**

Matthew Blake                                    In re Apple Inc. Securities Litigation

Page 21

1        MR. ASKEW:  Mr. Blake, I'm going to
2 instruct you not to answer on the grounds that the
3 question calls for privileged communications.
4 BY MR. BLACK:
5        **Q.  Mr. Blake, are you going to take your**
6 **counsel's advice?**
7        A.  Yes.
8        **Q.  What is the format in which you were asked**
9 **to preserve documents pursuant to this litigation?**
10        **For example, did you receive a letter, an**
11 **e-mail, did someone come to your office and tell**
12 **you?**
13        A.  Best of my recollection, it was all
14 in-person communication.
15        **Q.  And who did you speak with?**
16        A.  It would have -- again, best of my
17 recollection, it would have been both my direct
18 manager, as well as a member of the Apple legal
19 team.
20        **Q.  Who was your direct manager?**
21        A.  Gary Wipfler, who at the time was treasurer
22 for Apple.
23        **Q.  Did you preserve -- let me back up.**
24        **Did you use a handheld device, like an**
25 **iPhone, for work purposes at that time?**

Page 22

1        A.  I did.
2        **Q.  Did you preserve documents or**
3 **communications from your iPhone which related to**
4 **this matter?**
5        A.  All of -- anything along those lines would
6 have been preserved on my Mac.
7        **Q.  Okay.  Did you have a desktop phone at that**
8 **time?**
9        A.  I believe we had switched at that point in
10 time to a virtual desktop phone through our
11 computers.
12        **Q.  Would voicemail have been preserved from**
13 **that desktop phone?**
14        MR. ASKEW:  Objection to form.
15        THE WITNESS:  I am not sure how it would
16 work.
17 BY MR. BLACK:
18        **Q.  Okay.  You said you left Apple around May**
19 **2019; is that correct?**
20        A.  That is correct.
21        **Q.  Were you terminated?**
22        A.  It was voluntary.
23        **Q.  Why did you leave?**
24        A.  I went -- I had an opportunity to join my
25 current employer, Illumina.  And there were both, I

Page 23

1 would say, personal and professional reasons.
2        And from a professional perspective, I had
3 a very good career broadening opportunity, which
4 also happened to be working for a former boss of
5 mine.
6        **Q.  How did the opportunity at Illumina arise?**
7        A.  So I had kept in touch with my former boss.
8 And from time to time he would either call -- we
9 actually met in person at one point in time.  And,
10 you know, ultimately I was on a family vacation down
11 to San Diego and agreed to come meet with certain
12 members of the Illumina team.  And ultimately
13 decided it was an exciting opportunity and worth
14 pursuing.
15        **Q.  What time was that San Diego trip?**
16        A.  February of 2019.
17        **Q.  And you -- you were aware of the**
18 **opportunity before February of 2019?**
19        A.  There were conversations before
20 February 2019, yes.
21        **Q.  Approximately when did those conversations**
22 **start?**
23        A.  So the first conversations about
24 opportunities, you know, specific opportunities at
25 Illumina, I believe started in -- I don't know the

Page 24

1 exact month.  I'm going to say approximately summer
2 of 2018 is when I received a phone call about
3 specific opportunities at Illumina.
4        And I couldn't tell you exactly when I
5 would have agreed to meet with the team at Illumina,
6 but it would have been in the weeks leading up to
7 February.
8        **Q.  What is the title or role that you accepted**
9 **at Illumina?**
10        A.  VP of finance.  And I'm currently the VP of
11 finance and treasurer.
12        **Q.  You mentioned you also had personal reasons**
13 **for taking the Illumina job; is that correct?**
14        A.  That's correct.
15        **Q.  Do those personal reasons involve Apple or**
16 **anyone at Apple in any way?**
17        A.  When I mentioned personal reasons, I was
18 talking about, I guess you could call it, quality of
19 life for my family, including things like we were
20 interested in buying a home after renting for many
21 years and found that much more attractive in the San
22 Diego area.
23        **Q.  Did Apple not pay you enough to afford a**
24 **home in the Bay Area?**
25        MR. ASKEW:  Objection to form.

Page 21..24

Matthew Blake                                                In re Apple Inc. Securities Litigation

Page 25

1        THE WITNESS:  I could have afforded a home
2  in the Bay Area.
3  BY MR. BLACK:
4        **Q.  But the answer to my question is -- sorry.**
5  **Let me ask the question again.**
6        **You didn't have a personal reason for --**
7  **that had any reason to do with someone at Apple or**
8  **Apple, the company, did you?**
9        A.  No.
10       **Q.  Okay.  Can you describe your educational**
11 **background?**
12       A.  So I received a bachelor's degree from
13 Miami University in Oxford, Ohio.  I graduated in
14 May of 2003.  My major was in finance with a minor
15 in economics.
16       **Q.  Okay.  And can you describe your employment**
17 **history from leaving school to before arriving at**
18 **Apple?**
19       A.  So I started working in August of 2003.  I
20 have worked for three companies, all in finance.
21 The first company I worked for was Cardinal Health.
22 I was at Cardinal Health until, I believe, July of
23 2014.
24       I was then with Apple until May of 2019.
25 And I've been with Illumina from June of 2019

Page 26

1  through present.
2        At Cardinal Health, I had -- I started out
3  in a financial development program.  I then had
4  roles within treasury and investor relations.  When
5  I left Cardinal Health, I was the assistant
6  treasurer and reporting to the boss that I
7  previously mentioned who was treasurer at the time.
8        When I joined Apple, I was responsible for
9  corporate finance, and I remained responsible for
10 corporate finance for my entire time there.  For
11 approximately my last two years at Apple, I also
12 picked up investor relations, certain investor
13 relations responsibilities as well.
14       And then with Illumina, my role has
15 broadened since I joined.  My title has been VP of
16 finance the entire time.  I added the treasurer
17 title, I believe it was in early 2020, from memory.
18 And I have also increased the number of teams that
19 are reporting in to me.
20       So currently I have treasury, strategic
21 finance, enterprise FP&A and our global programs
22 office.
23       **Q.  Okay.  You started at Apple in 2014; is**
24 **that right?**
25       A.  That's correct.

Page 27

1        **Q.  How did you come to be employed at Apple?**
2        A.  I was not looking.  And I was actually very
3  happy, but I received a call from an internal
4  recruiter at Apple and thought it was a very
5  attractive opportunity, ultimately.
6        **Q.  Out of the blue you had a call from a**
7  **recruiter?**
8        A.  That's correct.
9        **Q.  And then you flew out and interviewed?  How**
10 **did the process work?**
11       A.  I flew out, I believe, twice, as part of
12 that process.
13       **Q.  Who hired you?**
14       A.  Gary Wipfler.
15       **Q.  And you were hired as director of corporate**
16 **finance; is that right?**
17       A.  I was hired as senior manager, corporate
18 finance.
19       **Q.  And what were your responsibilities as**
20 **senior manager?**
21       A.  So they included, and this isn't
22 exhaustive, but they included the capital return
23 strategy for the company.  And by that I mean, for
24 example, the annual capital return program updates
25 that were presented to the board and ultimately

Page 28

1  announced publicly.
2        I didn't present, but I worked on the
3  analytics and the presentation that would support
4  that.
5        I was responsible for an indirect cash
6  flow -- an indirect method cash flow forecasting,
7  which was in partnership with our enterprise FP&A
8  team.
9        The main focus of that activity was for
10 domestic funding, in particular, and also for
11 supporting those capital return recommendations and
12 capital structure planning that I mentioned
13 previously.
14       THE REPORTER:  One moment, please.  I need
15 to go off the record.
16       APTUS VIDEO TECHNICIAN:  The time is 9:29.
17 We're going off the record.
18       (Discussion off the record)
19       APTUS VIDEO TECHNICIAN:  The time is 9:30.
20 We're back on the record.
21       THE WITNESS:  I was also responsible for
22 leading our global debt issuance activities, which
23 included the recommendations and execution and, you
24 know, in partnership with various teams internally
25 and external partners as well.

Matthew Blake                                              In re Apple Inc. Securities Litigation

Page 29

1        And then I was also responsible for other
2  corporate finance activities, which could include,
3  for example, rating agency relationships and other
4  matters.
5  BY MR. BLACK:
6        Q.  Okay.  And that is all as a senior manager
7  of corporate finance; is that correct?
8        A.  So I was promoted to director of corporate
9  finance.  I forget exactly when, but I believe it
10 was approximately a year after joining Apple.  Maybe
11 it was that fall.  Maybe it was a little bit over a
12 year.  But somewhere in that timeframe.
13       Q.  What was the process by which you were
14 promoted to director of corporate finance?
15       A.  I believe it was during an annual
16 performance review process.
17       Q.  Okay.  Is it something you applied to?
18       A.  No.
19       Q.  It was a promotion based on performance, is
20 that accurate?
21       A.  I believe so.
22       Q.  And did your duties or responsibilities
23 remain largely the same after the promotion?
24       A.  I would say they were largely consistent.
25       Q.  Are there specific or important ways in

Page 30

1  which they were not consistent?
2        A.  No, I don't believe so.
3        Q.  And you said in the last year or two, I
4  believe, of your time at Apple you were also
5  assigned investor relation responsibilities; is that
6  correct?
7        A.  So what happened was, there was a member of
8  the investor relations team at the time, Joan
9  Hoover, who retired.  I believe she retired at the
10 very beginning of 2018.  And I agreed in early 2017
11 to begin transitioning with her to assume her
12 responsibilities also upon her retirement.
13       Q.  Did that come with a change in title when
14 you assumed her responsibilities?
15       A.  No, I was still director.
16       Q.  Did it come with a change in compensation?
17       A.  It -- not apart from the annual performance
18 review cycle.
19       Q.  Was your performance review evaluated
20 differently after you assumed those new
21 responsibilities?
22       A.  Can you clarify exactly what you mean by
23 "differently"?
24       Q.  Is it accurate that you have annual
25 performance reviews?

Page 31

1        A.  That is correct.
2        Q.  And did your annual performance reviews
3  change once you took on the responsibilities of
4  investor relations?
5        MR. ASKEW:  Objection to form.
6        THE WITNESS:  I think the method upon which
7  Apple conducted performance reviews would be
8  consistent.
9  BY MR. BLACK:
10       Q.  Who conducted your performance review in
11 2018, calendar 2018?
12       A.  I would have received the result of the
13 performance review from Gary Wipfler.
14       Q.  Who would have conducted or performed the
15 evaluation?
16       A.  So Apple has a method with performance
17 reviews where there is feedback solicited as part of
18 the process.  And so there would be feedback from
19 partners who I worked with on a routine basis, and
20 that -- ultimately that performance assessment would
21 have been provided by my direct manager, who was
22 Gary Wipfler.
23       Q.  Who would the partners that you
24 specifically worked with and that feedback was
25 solicited from have been in 2018?

Page 32

1        A.  So I would not have received the list of
2  who all provided that feedback.
3        Q.  Okay.  Would it -- would that have included
4  financial institutions?
5        A.  It may have.
6        Q.  Would that have included financial
7  analysts?
8        A.  Can you --
9        MR. ASKEW:  Objection to form.
10 BY MR. BLACK:
11       Q.  Sure.  So I'm thinking of -- financial
12 analysts follow Apple as a public company, correct?
13       A.  Are you referring to sell side analysts?
14       Q.  I guess I don't know if sell side analysts
15 is too narrow or not, but I'm thinking, you know,
16 Goldman Sachs, JP Morgan, Bernstein, lots of other
17 firms have, you know, an analyst department that
18 comes to Apple's earnings calls, asks questions,
19 writes reports, that type of thing.
20       A.  To be clear, I would have worked with banks
21 in my capacity on the corporate finance side.
22 Again, I'm not sure who provided feedback.
23       I believe Gary may have asked for feedback
24 from banking partners, but those are separate from
25 research analysts or sell side analysts or, you

Matthew Blake                                    In re Apple Inc. Securities Litigation

Page 33

1 know, those who are interacting from an investor
2 relations perspective.
3      I am not sure if any feedback would have
4 been gathered from anyone on that side.
5      **Q. And do you know whether feedback would have**
6 **been gathered from specific investors?**
7      MR. ASKEW: Objection to form.
8      THE WITNESS: Again, I'm not sure who would
9 have provided feedback.
10 BY MR. BLACK:
11     **Q. Did you have any other titles or roles in**
12 **your time at Apple that we've not covered?**
13     A. No, I do not believe so.
14     **Q. Once you took on the investor relations**
15 **responsibilities, did you have responsibility for**
16 **responding to events or reports in the press?**
17     A. Are you referring to --
18     MR. ASKEW: Objection to form. Sorry. Go
19 ahead, Mr. Blake.
20     THE WITNESS: Are you referring to PR
21 responsibilities?
22 BY MR. BLACK:
23     **Q. Yes.**
24     A. I was not responsible for PR.
25     **Q. Okay. What about responsibility for**

Page 34

1 **preparing executives for earnings reports and calls?**
2     A. So I would have been -- my primary
3 responsibility in preparation for the earnings calls
4 would have been what we referred to as the Q&A
5 document, which supported their preparation for the
6 question and answer sessions.
7     **Q. Did you have any responsibility for filings**
8 **with the Securities and Exchange Commission?**
9     A. No, I did not.
10     **Q. Did you have any responsibility in any of**
11 **your roles for forecasting earnings or revenue?**
12     A. I did not forecast the P&L.
13     **Q. Are you on the disclosure committee -- or**
14 **were you on the disclosure committee, excuse me?**
15     A. I wasn't an attendee in those meetings.
16     **Q. Okay. Would you not have been an official**
17 **member?**
18     A. I do not recall if I was an official
19 member.
20     **Q. Okay. Were you a member of any other**
21 **committees?**
22     A. Not that I recall.
23     **Q. Okay. And you mentioned as part of your**
24 **responsibilities on the corporate finance side you**
25 **were responsible for, I believe you said, the**

Page 35

1 **analysis and support for the return of capital and**
2 **debt and other related issues; is that right?**
3     A. So it would have been the -- I would
4 characterize it as, you know, the annual updates to
5 the capital return program and the longer term
6 strategy, including, you know, capital structure
7 analysis that went into those updates.
8      And then the -- both short term planning
9 for funding and longer term analysis of funding
10 needs and execution, as I mentioned, of any global
11 debt issuance, which does not, to be clear, include
12 short term liquidity, like commercial paper. I'm
13 talking about term debt issuance.
14     **Q. Okay. When you started at Apple in 2014,**
15 **who did you report to?**
16     A. Gary Wipfler.
17     **Q. And did you report to Mr. Wipfler the**
18 **entire time you were at Apple?**
19     A. I did.
20     **Q. Who were your direct reports during your**
21 **time at Apple?**
22     A. So upon -- or I guess in the process of
23 transitioning and assuming investor relations
24 responsibilities, I had an internal hire on my team
25 named Tejas Gala, and he was my sole direct report.

Page 36

1     **Q. And would that cover roughly 2014 to 2019?**
2     A. So I'm speaking about the whole period, but
3 that I'm -- I specifically hired Tejas, and I don't
4 recall the exact month, but some point in 2017.
5     **Q. And then from 2017 on, Mr. Gala would have**
6 **been your primary direct report?**
7     A. Correct. And that last name is Gala,
8 G-a-l-a.
9     **Q. Thank you. Between 2014 and 2019, did you**
10 **physically work in the same place?**
11     A. No, I did not. I moved from 1 Infinite
12 Loop to Apple Park.
13     **Q. Okay. And about when did you move?**
14     A. Beginning of 2018, I believe.
15     MR. BLACK: Okay. Lorenzo, can you
16 introduce Document 1 as Blake Exhibit 1, please.
17     (Whereupon, Exhibit 1 was marked for
18     identification)
19 BY MR. BLACK:
20     **Q. Mr. Blake, let me know -- this should**
21 **appear in the chat. Let me know when you have this**
22 **document up.**
23     A. I do not see anything yet.
24     APTUS VIDEO TECHNICIAN: Yeah, just one
25 moment. All right. So I just sent the link in the

Matthew Blake                                                    In re Apple Inc. Securities Litigation

Page 37

1 chat.  Let me know if anybody has any questions.
2        THE WITNESS:  I have it open.
3 BY MR. BLACK:
4    Q.  Okay.  Thank you.  And for the record, this
5 is document APL-SECLIT_00280722.
6        Mr. Blake, looking at this document, does
7 this appear to be a true and correct copy of an
8 e-mail that you sent on October 15, 2018?
9    A.  It does.
10    Q.  And this is a description of analyst notes
11 that came out that same day; is that correct?
12    A.  So I would have sent this sort of e-mail --
13 I refer to this as the IR Daily, although it didn't
14 come out necessarily every day.
15        This is an e-mail, whenever there were any
16 analyst notes of substance, I would send it to a
17 distribution list summarizing and including those
18 analyst notes.
19        I'm not certain whether this analyst note
20 came out that day or in between the time when I
21 would have published the prior daily e-mail.
22    Q.  Okay.
23    A.  And again, that may not have been daily.  I
24 don't -- I guess this was a Monday.  I don't know if
25 it, for example, came out on a Friday.

Page 38

1    Q.  And this would have been pursuant to your
2 responsibilities with investor relations -- or is
3 this part of your corporate finance
4 responsibilities?
5    A.  Investor relations.
6    Q.  Okay.  And you said analyst notes, research
7 of substance; is that right?
8    A.  Yes.
9    Q.  Can you describe what you mean by that?
10    A.  I mean, any note that is remarking, I would
11 say, typically specific to Apple.  So not something
12 that's more of a general industry update.  It's, you
13 know, a specific note on Apple.
14        And I guess when I say "of substance," I
15 mean that there's something of content in there,
16 something new or there -- you know, or there -- in
17 other words, it's not just a repeat of something
18 that was said previously or a very short and
19 meaningless comment.  It's more of an actual note.
20    Q.  Okay.  And you yourself would read or
21 review the analyst notes and then summarize or
22 highlight what you felt was most important from
23 them; is that correct?
24    A.  That's correct.  And I would have included
25 attachments as well of the actual notes.

Page 39

1    Q.  Okay.  And I'll note for the record, this
2 exhibit itself doesn't have the attachments to it,
3 but you can see from the e-mail that there were --
4 looks like a Goldman Sachs and a Baird note
5 attached.
6        Do you see that?
7    A.  Yes, I do.
8    Q.  Okay.  And you said there was a
9 distribution list for your analyst notes; is that
10 right?
11    A.  That's correct.  I mean, technically, maybe
12 it wasn't a, you know, a distribution list of mine.
13 It was the same set of recipients.
14    Q.  Okay.  And looking at Exhibit 1, Blake
15 Exhibit 1 here, do these appear to be the regular
16 recipients of your analyst note summaries?
17    A.  Yes, they do.
18    Q.  Would it be fair to say this is -- you
19 would try to highlight new or substantive
20 information for the individuals on this because you
21 thought it would be relevant to their jobs?
22        MR. ASKEW:  Objection to form.
23        THE WITNESS:  I would publish this, again,
24 on a regular basis, highlighting really anything
25 that was specific to Apple that was published by the

Page 40

1 sell side analyst community.
2 BY MR. BLACK:
3    Q.  Okay.  Is this one of the ways in which
4 these individuals stayed up on what was happening as
5 relevant to Apple in the market?
6        MR. ASKEW:  Objection to form.
7        THE WITNESS:  I'm not certain all of the
8 ways these individuals may have stayed up-to-speed
9 on those matters, but as it relates to sell side
10 analysts' notes specific to Apple, this was what we
11 did as an investor relations team to update the
12 executives.
13 BY MR. BLACK:
14    Q.  Is this also one of the ways in which you
15 would have updated the executives about what
16 investors cared about?
17        MR. ASKEW:  Objection to form.
18        THE WITNESS:  My goal in -- or I guess our
19 goal in publishing these notes was to summarize what
20 was being published by the sell side analysts
21 specific to Apple.
22 BY MR. BLACK:
23    Q.  Nancy Paxton was the head of IR at the
24 time; is that correct?
25    A.  That is correct.

Matthew Blake                                                    In re Apple Inc. Securities Litigation

Page 41

1   Q.  When you say "us," did you mean investor
2  relations?
3   A.  Yes.
4   Q.  Okay.  And did you report to Ms. Paxton at
5  all?
6   A.  I would say I had a very strong dotted line
7  to Nancy.
8   Q.  I see that the first couple individuals on
9  the "To" line of this e-mail are Luca Maestri, Nancy
10  Paxton, Tim Cook and Kate Adams.
11      Do you see that?
12   A.  I do.
13   Q.  Who is Kate Adams?
14   A.  Kate Adams was Apple's chief legal officer.
15   Q.  And for the purposes of these, would she
16  also be considered an Apple executive?
17      MR. ASKEW:  Objection to form.
18      THE WITNESS:  I'm not sure I gave -- I'm
19  not sure I actually understand that distinction.
20  BY MR. BLACK:
21   Q.  Did you choose this recipient list?
22   A.  I believe this recipient list was -- well,
23  I know the recipient list was passed along to me by
24  Joan Hoover as part of the transition process.  And
25  then as individuals changed roles, there may be

Page 42

1  changes in who was included based on those new
2  roles.
3      And I may also have received requests over
4  time to add certain individuals to the list.
5   Q.  Do you know who determined the original
6  list as given to you by Ms. Hoover?
7   A.  I do not.
8   Q.  Do you see the first line of your e-mail
9  reads, "Goldman Sachs says there are multiple signs
10  of rapidly slowing consumer demand in China, which
11  they believe could easily affect Apple's demand
12  there this fall"?
13   A.  I do see that.
14   Q.  Would it be fair to say that the market was
15  generally aware there were signs of slowing consumer
16  demand in China around this time?
17      MR. ASKEW:  Objection to form.
18      THE WITNESS:  I'm going to spend a minute
19  reading this document.
20  BY MR. BLACK:
21   Q.  Please.
22   A.  Okay.  Can you repeat your question?
23   Q.  Yes.  So I asked if it would be fair to say
24  that the market was generally aware that there were
25  signs of slowing consumer demand in China around

Page 43

1  this time period?
2      MR. ASKEW:  Objection to form.
3      THE WITNESS:  I don't recall, and it's
4  difficult for me to say broadly what the market was
5  thinking at this point in time.  I don't recall the
6  exact sentiment at this time.
7  BY MR. BLACK:
8   Q.  Okay.  What you've done here, right, is
9  summarize at least a portion of the Goldman Sachs
10  analyst's note or report; is that correct?
11   A.  Yeah.  So this would be a summary based off
12  of what Goldman Sachs had in their note.
13   Q.  So would it be fair to say, then, that
14  Goldman Sachs thought that slowing consumer demand
15  in China was potentially relevant to Apple's
16  business?
17      MR. ASKEW:  Objection to form.
18      THE WITNESS:  So the way I read this
19  summary is that Goldman Sachs is talking about
20  macroeconomic conditions in China, and then speaking
21  about those macroeconomic conditions and how they
22  could potentially affect Apple.
23  BY MR. BLACK:
24   Q.  Okay.  And that's what's in your second
25  paragraph, right, in here?  It says, "On the flip

Page 44

1  side of this, they also flag the offsetting positive
2  trend of 6"+ phone conversions in both China and
3  elsewhere."
4      Do you see that?
5   A.  I do see that.
6   Q.  The paragraph ends, "they believe there is
7  some upside potential this year as both the XS Max
8  and XR are in the 6"+ screen size category."
9      Is that right?
10   A.  I do see that.
11   Q.  Okay.  And this is an example of you
12  highlighting for the executives on this distribution
13  list or this group of individuals what you
14  considered some of the more important takeaways from
15  the Goldman Sachs analyst's report; is that correct?
16   A.  This e-mail would have been my summary of
17  what was included within that report.
18   Q.  Okay.  And so you see in the third
19  paragraph one of the things you summarized is
20  Goldman Sachs's estimate for iPhone shipments?
21   A.  I do see that.
22   Q.  And do you see as part of the first
23  sentence, the end of the first sentence in that
24  third paragraph, "but they note that much of Apple's
25  upside potential in their thinking was centered on

Page 41..44

Matthew Blake                                          In re Apple Inc. Securities Litigation

Page 45

1  Chinese demand for larger screen sizes"?
2      A.  I do see that.
3      Q.  And are those larger screen sizes, is that
4  referring to the XS Max and the XR that are in the
5  six-inch plus screen size category as mentioned in
6  the preceding paragraphs?
7      A.  I don't have the actual report up in front
8  of me, which would have been an attachment to this,
9  but I believe so.
10     MR. BLACK:  Okay.  Lorenzo, can we
11 introduce Document 1B as Blake Exhibit 2, please.
12     (Whereupon, Exhibit 2 was marked for
13     identification)
14 BY MR. BLACK:
15     Q.  And Mr. Blake, I'll represent to you this
16 document is the attached Goldman Sachs report.  But
17 you can confirm that for yourself.
18     And for the record, I'll note that this is
19 a document with a Bates number beginning with
20 APL-SECLIT_00280738.
21     A.  I have the report up.
22     Q.  Okay.  And if you want to take a minute
23 just to look at it and then just confirm this
24 appears to be a true and correct copy of the Goldman
25 Sachs analyst's report that is described in your

Page 46

1  e-mail attachment.
2      A.  Okay.  I'll take a minute.
3      Okay.  I've read the report.
4      Q.  Okay.  Thank you.
5      Does this appear to be a true and correct
6  copy of the Goldman Sachs analyst's report that is
7  described in your e-mail that we just looked at as
8  Exhibit 1?
9      A.  It does.
10     Q.  Okay.  You see at the bottom of the first
11 page there's a bullet that reads, "6" Category
12 growth an offsetting tailwind"?
13     A.  I do.
14     Q.  Can you turn the page -- actually, can you
15 go two pages to the third page, which is ending in
16 APL-SECLIT_00280740 -- 280740.
17     A.  Okay.
18     Q.  You see that that bullet continues at the
19 top of that third page?
20     A.  Yeah.
21     Q.  And do you see that bullet ends with the
22 sentence, "Note that Apple did not have any 6"
23 iPhones last year but now has two solid flagship
24 offerings in the category at differing pricepoints"?
25     A.  I do see that.

Page 47

1      Q.  And are those two solid flagship offerings
2  that are mentioned the iPhone XS Max and the iPhone
3  XR that are described in paragraph 2 of the e-mail
4  you sent?
5      MR. ASKEW:  Objection to form.
6  BY MR. BLACK:
7      Q.  And feel free to reopen the e-mail, which
8  is Exhibit 1.
9      A.  So my -- it appears my comment in the note
10 is being pulled directly from -- you're referring to
11 the, in the second paragraph where I say "as both
12 the XS Max and XR are in the 6+ screen size
13 category"; is that correct?
14     Q.  Yes.
15     A.  So I believe I pulled that from the first
16 paragraph of the note.
17     Q.  Okay.  Do you see in the Goldman Sachs
18 note, do you see in this first paragraph that you
19 say you pulled it from, any reference to the XS?
20     A.  In the first paragraph?
21     Q.  Right.
22     A.  They refer to the XS Max and XR.
23     Q.  Okay.  And Apple also released the XS,
24 right?
25     A.  Correct.

Page 48

1      Q.  Okay.  And then going back to page 3, are
2  the two six-inch phones referred to that are
3  described as "two solid flagship offerings," is that
4  the XS Max and the XR that are being referred to?
5      A.  Sorry.  That's in the very beginning of
6  page 3, correct?
7      Q.  Right.  The last sentence above the bullet
8  reading "China's Contributions."
9      A.  So I believe that would be a reference to
10 those two phones.
11     Q.  Okay.  And it looks like we've gone an hour
12 or just an hour and five minutes now.  Do you want
13 to take a short break?
14     A.  Can I make one note about this analyst note
15 upon reading it separate from the report?
16     Q.  I'm going to let you make this note and
17 then before I do, I'm going to say today is going to
18 go a lot quicker if we just do question and answer.
19 But please make your note about this analyst report.
20     A.  I just noted that the macro data that they
21 are referring to is -- it appears to be Q3 data,
22 which I thought was interesting as upon reading this
23 now.
24     MR. BLACK:  Okay.  Why don't we go off the
25 record and we can discuss how long a break to take.

Matthew Blake                                                    In re Apple Inc. Securities Litigation

Page 49

1        APTUS VIDEO TECHNICIAN:  The time is 10:06.
2   We're going off the record.
3        (Recess taken)
4        APTUS VIDEO TECHNICIAN:  The time is 10:21.
5   We're back on the record.
6   BY MR. BLACK:
7        Q.  Welcome back, Mr. Blake.
8        A.  Thank you.
9        MR. BLACK:  Lorenzo, if you can add
10  document Number 2 as Blake Exhibit 3.
11       (Whereupon, Exhibit 3 was marked for
12       identification)
13  BY MR. BLACK:
14       Q.  It's in the chat, if you can open that.
15  I'll represent for the record that Blake Exhibit 3
16  is APL-SECLIT_0024441.
17       A.  I have it open.
18       Q.  Mr. Blake, does this appear to be a true
19  and correct copy of an e-mail thread ending in an
20  e-mail to you on Friday, October 19th?
21       A.  It does.
22       Q.  And I believe you said earlier that one of
23  your responsibilities on the investor relations side
24  was helping to prep the Q&A; is that correct?
25       A.  Yes, that's correct.

Page 50

1        Q.  Okay.  And this is an e-mail about earnings
2   preparation; is that right?
3        A.  It appears so.
4        Q.  Does it appear to be an e-mail concerning
5   the earnings as reported on November 1st concerning
6   Apple's fourth fiscal quarter of 2018?
7        A.  It does appear so.
8        Q.  Okay.  And this e-mail is from October 19?
9        A.  I see that.
10       Q.  Okay.  When did Apple start preparing to
11  issue its fourth quarter guidance -- fourth quarter
12  earnings and guidance -- let me rephrase.
13       When did Apple start beginning the
14  preparation described here?
15       A.  When your say "preparation described here,"
16  do you mean earnings preparation broadly?
17       Q.  Yes.
18       A.  So at least for my involvement, I would say
19  earnings preparation started with a -- what was
20  referred to as a quarterly closed review meeting or
21  a QCR meeting.
22       I don't recall exactly when that meeting
23  took place each quarter, but it would have been
24  towards -- towards the beginning of the month after
25  the quarter end.

Page 51

1        Q.  Can you turn to page 3 of this document
2   that will be ending in 444 -- excuse me, 443.
3        A.  Okay.  I see that.
4        Q.  Do you see about halfway down the page
5   there's an e-mail from you to a number of
6   individuals sent on October 17 at 5:50 p.m.?
7        A.  I do see that.
8        Q.  And the e-mail reads, "Hi Donal, During our
9   earnings prep meeting earlier this afternoon, Tim
10  asked us to prepare responses."
11       Do you see that?
12       A.  I do see that.
13       Q.  What does the earnings prep meeting refer
14  to here?
15       A.  So I -- to be -- to be clear, I don't
16  recall this specific e-mail, but I believe it is
17  referring to a series of meetings that we had with
18  several individuals, including Tim, that were used
19  to prepare both the -- both the script as well as
20  for potential Q&A ahead of the call.
21       Q.  Okay.  "Tim" means Tim Cook; is that
22  correct?
23       A.  That is correct.
24       Q.  Okay.  And the meetings you just described,
25  those would have occurred after the initial QCR?

Page 52

1        A.  Yes, they would have.
2        Q.  Approximately how many meetings would Apple
3   have between the QCR and the final earnings call to
4   prepare for the earnings call?
5        A.  So I am -- my involvement would have
6   been -- let me restate.
7        There very well may have been meetings that
8   were also used in some way to help the executives,
9   or that may have helped the executives.  But
10  official earnings prep meetings, there would have
11  been most likely four or five meetings, I believe.
12       I don't recall exactly how many there would
13  have been this quarter.  But, you know, generally
14  speaking, four or five meetings, I believe, that
15  were officially labeled as earnings prep meetings.
16       Q.  Would those meetings be regularly spaced
17  out?
18       A.  They would.  Of course there would be some
19  amount of, you know, flux or flexibility based on
20  executives' schedules.
21       Q.  And you would have attended all of those
22  meetings?
23       A.  All of those meetings that I'm referring to
24  specifically as earnings prep meetings.
25       Q.  And your responsibilities would have

Matthew Blake                                                                    In re Apple Inc. Securities Litigation

Page 53

1 primarily focused on developing the script or the
2 prepared or executive remarks and the Q&A portions
3 of the earnings call; is that correct?
4     A. I was not responsible for prepared remarks.
5 Of course I was there as prepared remarks were
6 reviewed and discussed, but I was not involved in
7 either Tim's script or Luca's script in terms of
8 drafting them.
9     I did, however, draft the Q&A document.
10     Q. Did you draft the Q&A document in
11 partnership with other people or did you have
12 primary responsibility for --
13     Mr. Blake, did you have primary
14 responsibility for drafting the Q&A document?
15     A. I was -- I would say I was the primary
16 responsible person.  I did have help from Tejas, who
17 I mentioned earlier, who was on my team.  He would
18 assist in compiling a lot of the regular sections of
19 the Q&A.
20     And of course, this was a document that
21 was -- went through a lot of review internally.
22     Q. Okay.  You mentioned "Tim asked us to
23 prepare response" in this October 17th e-mail.  Who
24 is "us"?
25     A. The "us" that I would be referring to here

Page 54

1 would be, I believe, Nancy and myself.
2     Q. And who would be responsible for reviewing
3 the Q&A document that you just described?
4     A. So the Q&A document was reviewed during our
5 prep sessions by the group who were in those prep
6 sessions.  It was also reviewed by our accounting
7 team, by our FP&A team and -- I mean, corporate FP&A
8 team, and our legal team.
9     Q. Okay.  Who is the group that was in the
10 meetings with you?
11     A. In the earnings prep meetings, generally
12 speaking, not necessarily referring to a specific
13 meeting, but generally speaking, the group would
14 have been Tim, Luca, Nancy, myself, Saori Casey,
15 Steve Dowling -- I apologize.  I'm forgetting
16 someone's name.  There was someone who was -- their
17 role was effectively as a speech writer for Tim, but
18 I'm forgetting the name.
19     I believe that would have been the group
20 for those meetings.
21     Q. Okay.  It says, "Tim asked us to prepare
22 responses if asked about supply/demand balance on
23 the following products."
24     Does that mean that Tim asked you and
25 Ms. Paxton to do so?

Page 55

1     A. I believe I'm referring to us, investor
2 relations.
3     Q. Okay.  Who else was in investor relations
4 other than you and Ms. Paxton at this time?
5     A. Well, I mentioned that Tejas assisted as
6 well, but when I'm speaking about investor relations
7 here I'm more referring to myself and Nancy.
8     Q. How large, approximately, is the investor
9 relations team?
10     A. At the time?
11     Q. Yes.  At this time.
12     A. The investor relations team would have been
13 myself and Nancy Paxton.  And as I mentioned, I had
14 one direct report who also assisted with investor
15 relations related activities.
16     And then we had the broader support as
17 well, of course, of Illumina finance and others --
18 sorry, Apple finance, I apologize, and others.
19     Q. Okay.  But at this time, at the time of
20 Exhibit 3, you and Ms. Paxton were the only two, I
21 guess, official members of the investor relations
22 team?
23     MR. ASKEW:  Objection to form.
24     THE WITNESS:  That's correct.
25 ///

Page 56

1 BY MR. BLACK:
2     Q. Okay.  And who would have been the head of
3 accounting for the purpose of reviewing the Q&A?
4     A. Chris Kondo, who was the chief accounting
5 officer.
6     Q. And you mentioned that -- is it FP&A that
7 also reviews the Q&A?
8     A. That's correct.
9     Q. Who in FP&A would have been responsible for
10 reviewing, primarily responsible for reviewing the
11 Q&A?
12     A. I'm not certain how many members of the
13 FP&A team reviewed the Q&A, but ultimately, Saori
14 Casey.
15     Q. Okay.  And was there someone in legal who
16 was primarily responsible for reviewing the Q&A?
17     A. Yes, there was.
18     Q. And who is that individual?
19     A. Sorry, I don't know why I'm struggling with
20 names.  Give me a minute.  Sam Whittington.
21     Q. You mentioned the team, including Mr. Cook,
22 Mr. Maestri, Ms. Paxton, yourself, Saori Casey,
23 Steve Dowling and the individual's name you couldn't
24 remember who you described as a speech writer type,
25 when you met to discuss earnings preparation, where

Matthew Blake                                                    In re Apple Inc. Securities Litigation

Page 57

1 did you meet?

2     A.  So typically we would meet in Apple's board
3 room, at least while we were at Apple Park.

4     **Q.  Okay.  And turning back to this e-mail on**
5 **the third page of Exhibit 3, this is a case of you**
6 **asking Mr. Conroy for information to help prepare a**
7 **prepared response to a possible question; is that**
8 **right, or questions?**

9     A.  Yes, it appears so.

10     **Q.  And did you frequently ask Mr. Conroy for**
11 **help drafting or putting together responses for the**
12 **Q&A?**

13     A.  He would have been someone I would have
14 spoken to on occasion as it relates to earnings
15 preparation.  I don't recall how frequent.

16     **Q.  Can you turn to the first page of this**
17 **document with the last e-mail in time in this e-mail**
18 **thread.**

19     A.  I see it.

20     **Q.  And the -- let's see.  Who is Blake Miller?**

21     A.  I don't recall.

22     **Q.  Okay.  And below the last e-mail in time is**
23 **an e-mail from Donal Conroy; is that correct?**

24     A.  I see that.

25     **Q.  It says, "Our draft," and then it has a**

Page 58

1 series of Apple products in bold.

2     A.  I see that.

3     **Q.  Is this draft that Conroy refers to draft**
4 **responses to potential questions?**

5     A.  I think it -- it is their draft which I
6 believe would have been then used by us for
7 discussion with the group during the earnings prep
8 meetings.

9     **Q.  Would you also use this, potentially use**
10 **this as information to put into the larger draft Q&A**
11 **document that you've described?**

12     A.  It may have -- I don't recall specifically
13 on this e-mail, but it may have appeared in drafts
14 of the Q&A.

15     **Q.  Speaking generally, would it be a common**
16 **activity of yours to reach out to Apple teams and**
17 **ask for information that might go into the Q&A**
18 **document?**

19     A.  Generally speaking, there were certain
20 regular reports or, you know, reporting packages
21 that would populate much of the Q&A, but then it was
22 a common practice to supplement the Q&A with
23 additional communication with Apple team members.

24     **Q.  And is this e-mail thread an example of**
25 **that?**

Page 59

1     A.  I don't recall, again, whether this
2 appeared in the Q&A or not or whether it was
3 discussed during earnings prep meetings, but it
4 appears as though it was, you know, specifically to
5 address Tim's question at the bottom of the e-mail
6 chain.

7     **Q.  And what is the source of Mr. Cook's**
8 **question?  Let me ask it like this.**

9     **You had an earnings prep meeting with**
10 **Mr. Cook and the other individuals or likely the**
11 **other individuals described; is that correct?**

12     A.  Yes, I would think so.

13     **Q.  And Mr. Cook during that meeting asked you**
14 **to collect information for a possible response**
15 **concerning certain Apple products; is that right?**

16     A.  Yes, it appears so.

17     **Q.  And those products included the iPhone**
18 **XS/XS Max and the iPhone XR; is that right?**

19     MR. ASKEW:  Objection to form.

20     THE WITNESS:  What I see here in my e-mail
21 is four products:  XS, XS Max, AirPods and Apple
22 Watch Series 4.

23 BY MR. BLACK:

24     **Q.  Okay.  Is it correct, then, that Mr. Conroy**
25 **added, it looks like two sentences, as related to**

Page 60

1 the iPhone XR?  I'm looking at page 1 of this
2 document under the bold "iPhone XR" heading.

3     A.  It does appear that he added that.

4     **Q.  Do you know why he added it?**

5     A.  I don't know -- well, I don't know why he
6 added it.  I'm trying to recall when the, exactly,
7 the XR launched.  That may be why I didn't initially
8 ask about it.

9     MR. BLACK:  Okay.  Why don't we move to the
10 next document.

11     Lorenzo, can you please introduce document
12 number 5 as Blake Exhibit 4.

13     (Whereupon, Exhibit 4 was marked for

14     identification)

15 BY MR. BLACK:

16     **Q.  I'll represent for the record that Blake**
17 **Exhibit 4 starts with APL-SECLIT_00024407.  And it**
18 **is an e-mail and the attachment to the e-mail.**

19     **Please let me know when you have Exhibit 4**
20 **open, Mr. Blake.**

21     A.  I have it open.

22     **Q.  Okay.  Does this appears to be a true and**
23 **correct copy of an e-mail you received on**
24 **October 24th, 2018?**

25     A.  It does.

Page 61

1    Q.   Okay.  And do you see that it -- the header
2  to the e-mail says, "Attachment:  Dual SIM Usage in
3  China & NPI feedback"?
4    A.   Yes.
5    Q.   Okay.  And if you turn a few pages in, do
6  you see what appears to be a slide deck titled
7  "China Dual SIM & Q1 '19 Forecast"?
8    A.   Sorry.  Which page is that on?
9    Q.   Yeah.  So it's -- I think it's the 7th page
10  in.  It will be -- it will have, you know, in the
11  bottom right corner it will have
12  APL-SECLIT_00024413.
13    A.   Okay.  I do see that.
14    Q.   Okay.  And take a moment just to flip
15  through this if you need to, but does this appear to
16  be a true and correct copy of the attachment to the
17  e-mail?
18    A.   I don't recall this, but as far as I can
19  tell, it does.
20    Q.   I'll represent that this is the e-mail and
21  the attachment as produced to us by defendants.
22       Okay.  And just turning back to the e-mail
23  that appears on the front of this exhibit.
24       Does this appear to be another example of
25  earnings prep question that you're seeking

Page 62

1  information from an Apple team to help prepare an
2  answer to?
3    A.   This does appear to be a question that
4  was -- would have been for a draft of the Q&A.
5    Q.   You see it starts, "Hi Matt, Here is a
6  proposed response with some additional details from
7  the local China team for your reference."
8       Who does the "local China team" refer to?
9    A.   I'm not certain.
10    Q.   Okay.  Do you know why Mr. -- this e-mail
11  is from Kevan Parekh.
12       Do you see that?
13    A.   I do see that.
14    Q.   And why is Mr. Parekh the one sending
15  e-mail or information from a local China team?
16    A.   So he was a VP of finance who was a
17  business partner, I believe, to sales and marketing.
18    Q.   And as such he would have access to the
19  type of information you need to answer this
20  particular earnings prep question; is that correct?
21       MR. ASKEW:  Objection to form.
22       THE WITNESS:  I believe Kevan would have
23  been -- I think Kevan would have been an appropriate
24  person for us to receive potential responses here.
25  ///

Page 63

1  BY MR. BLACK:
2    Q.   Okay.  If you turn to the third page, which
3  is ends in or has the Bates number
4  APL-SECLIT_00024409.
5       Do you see that page?
6    A.   I do.
7    Q.   Okay.  And do you see the e-mail on the top
8  starts, "Hi Mike, Kevan, During our earnings prep
9  meeting yesterday, Tim asked that we reach out to
10  you to get some data and anecdotal feedback on dual
11  SIM performance in China"?
12    A.   I see that.
13    Q.   And then do you see the next paragraph
14  provides a specific question about "Dual SIM
15  capability, larger screen size on the XS Max, new
16  gold color, and addition of the XR in this year's
17  lineup, are you expecting strong iPhone results in
18  China?  What does initial demand tell you?"
19       Do you see that?
20    A.   I see that.
21    Q.   Where did that question come from?
22    A.   I don't recall.
23    Q.   Speaking generally, where did questions
24  that you discussed in earnings prep meetings come
25  from?

Page 64

1    A.   So they could have multiple sources.
2  Generally speaking, as I was thinking about earnings
3  prep, I think I would start first with all of our
4  internal data, which I would have reviewed, you
5  know, through, you know, items obtained, for
6  example, from the QCR meeting that I referred to
7  earlier.
8       I would have also received some suggested
9  questions potentially from those individuals I
10  mentioned who were involved in the earnings prep
11  process, and it could be any of those individuals, I
12  think.  Well, most likely -- let me rephrase.
13       Most likely I think it would be Nancy or
14  Luca or Tim, in terms of, you know, potential
15  questions that we should have a response for, or
16  myself.
17       And then, you know, there also could be
18  questions based on, you know, either analyst notes
19  or, you know, other things out on the market or
20  press -- I should say media, kind of media more
21  generally.  Those are probably the broad categories.
22    Q.   You -- we looked earlier at a set of -- an
23  e-mail you sent summarizing some analyst notes,
24  right?
25    A.   That's correct.

Matthew Blake                                    In re Apple Inc. Securities Litigation

Page 65

1    Q.  Did you do a similar process for other
2 media?
3    A.  No, I did not.
4    Q.  Okay.  Are those analyst notes the type of
5 notes you were just describing that might serve as
6 the basis or source of some of the questions that
7 the team might use to come up with this type of
8 question?
9    A.  Yeah, they might serve as a source.  Yeah.
10    Q.  Okay.  You don't know where specifically
11 Mr. Cook got this individual question; is that
12 correct?
13    A.  I don't know that this -- to be clear, I
14 don't know that this question came from Tim.  This
15 could have been a question that I included, for
16 example, or someone else had suggested in the Q&A
17 document that in discussing potential responses to
18 that question Tim may have asked for us to reach out
19 to these individuals to get a response.
20       I don't know that the question would have
21 necessarily come from Tim.
22    Q.  I think I understand.  So it may not have
23 originated with him, but he suggested a way to find
24 information to help potentially answer it.
25       Is that a fair way to describe the

Page 66

1 situation?
2    A.  I think, as we were going through the Q&A,
3 as we came to this question, it may have been that
4 Tim said, you know, look, if we're going to get a
5 response for this question, let's reach out to these
6 individuals, yes.
7    Q.  Okay.  Did Mr. Cook frequently help figure
8 out how to answer questions?
9    A.  He was very involved, very in the details
10 in terms of suggesting responses, and it wasn't
11 uncommon for him to suggest individuals who may have
12 the best information.
13    Q.  Looking at the proposed response starting
14 on the first page of this exhibit, it looks like
15 Mr. Parekh has written out a Q&A.  Do you see that,
16 where there's a paragraph that begins with a "Q" and
17 then a paragraph that begins with an "A"?
18    A.  I do see that.
19    Q.  When you ask for information from the
20 teams, do they typically give you a proposed answer
21 as Mr. Parekh appears to have done here?
22    A.  Not necessarily.  But it wasn't necessarily
23 uncommon either.
24    Q.  Okay.  And when suggesting a proposed
25 response, does the team member often provide

Page 67

1 additional detail, as Mr. Parekh appears to have
2 done in providing additional detail from the China
3 team here?
4    A.  It's probably hard to speak about this in
5 terms of generalities, but I don't -- let me say
6 that that wouldn't strike me as unusual to provide
7 some additional supporting information.
8    Q.  Have you worked with Mr. Joswiak?
9    A.  I had very limited interaction with him.
10    Q.  Okay.  Do you see maybe two-thirds of the
11 way down Mr. Parekh's paragraph starting with "A,"
12 there's a sentence that reads, "Nancy/Matt - the
13 last sentence above was suggested by Joz - based on
14 our initial read from the engineering team on dual
15 SIM usage post launch"?
16    A.  I do see that.
17    Q.  And Nancy Paxton and yourself are the
18 "Nancy/Matt" referred to here?
19    A.  Yes.
20    Q.  And "Joz" refers to Mr. Joswiak?
21    A.  Yes.
22    Q.  Okay.  Would it be common for Mr. Parekh to
23 have Mr. Joz weigh in on a proposed response?
24    A.  Let me say it this way, it would -- I would
25 guess there were at least several occasions where

Page 68

1 Joz would provide potential responses or provide
2 some details for us.
3    Q.  Okay.  And then following from that same
4 sentence, it says, "It is higher than our
5 expectations; As of October 10," and then "[NOT TO
6 BE QUOTED EXTERNALLY] we are estimating Dual SIM
7 usage of approximately 37 percent on the Max so far
8 in China."
9       Do you see that sentence?
10    A.  I do see that.
11    Q.  Why is that sentence or portion of the
12 sentence being referred to described as not to be
13 quoted externally?
14       MR. ASKEW:  Objection to form.
15       THE WITNESS:  I can't be certain, you know,
16 why they are calling that out specifically.  I think
17 it was not unusual for, you know, certain data to
18 not be necessary to share in the context of
19 earnings.
20       MR. BLACK:  Okay.  You can close that
21 document.
22       Lorenzo, can you please introduce Number 6
23 as -- this is going to be Blake Exhibit 5, please.
24       (Whereupon, Exhibit 5 was marked for
25       identification)

Page 69

1 BY MR. BLACK:
2     Q.  Mr. Blake, please let me know when you have
3 Exhibit 5 open.
4     A.  I have it open.
5     Q.  I'll represent for the record this is
6 APL-SECLIT_00586899.
7         Mr. Blake, does this appear to be a true
8 and correct copy of an e-mail you received on
9 October 25, 2018?
10    A.  It does.
11    Q.  And this is an e-mail you received from
12 Mr. Maestri; is that correct?
13    A.  Yes, it appears so.
14    Q.  Okay.  And the subject of the e-mail is
15 just "Chart."  And then the e-mail reads, "Can you
16 please put together a chart for me that shows
17 quarterly iPhone unit sales," and a symbol that
18 looks like it's referencing year over year growth
19 "for Fy16, 17 and 18 together with the stock price
20 movement during the same period thanks.  Luca."
21        Is that correct?
22    A.  I see that.
23    Q.  Okay.  This is Mr. Maestri asking you or
24 and/or Saori Casey for this chart; is that right?
25    A.  Yes.

Page 70

1     Q.  Is this request related to preparing for
2 the earnings call?
3     A.  I don't recall.
4     Q.  It's possible that it was?
5     A.  It is possible.
6     Q.  It's possible that he was asking for
7 another reason?
8     A.  It may have been for an internal
9 presentation.  I don't recall.
10    Q.  Did Mr. Maestri typically ask you for
11 materials unrelated to preparing for earnings calls?
12    A.  Yes.
13    Q.  What types of materials did he typically
14 ask you for unrelated to earnings calls?
15    A.  There would be a wide variety.  It could be
16 information from Bloomberg.  It could be an analysis
17 that was done in my corporate finance capacity.  I
18 worked with Luca on several different occasions
19 supporting internal presentations that he was
20 giving.
21        There was a pretty wide variety of things
22 that Luca would have asked me for.
23    Q.  Are unit sales a subject that are typically
24 related to earnings presentations?
25        MR. ASKEW:  Objection to form.

Page 71

1 BY MR. BLACK:
2     Q.  And let me rephrase because I combined two
3 words I didn't mean to.
4         Are unit sales typically the type of
5 information that would be related to your role as a
6 director of corporate finance?
7         MR. ASKEW:  Objection to form.
8         THE WITNESS:  I don't understand the
9 question.
10 BY MR. BLACK:
11    Q.  You wore two hats at this time, is that
12 correct?  One in investor relations and one as
13 director of corporate finance?
14    A.  That's correct.
15    Q.  As director of corporate finance, did you
16 frequently look at stock price movement for Apple?
17    A.  I would have looked at things like
18 valuation for Apple.  I would have looked at things
19 like total shareholder return rankings for Apple,
20 which would include stock price movement.
21        So you know, broadly speaking in a
22 corporate finance capacity I could look at stock
23 price movement.
24    Q.  Okay.  And as director of corporate finance
25 at this time, did you typically look at unit sales

Page 72

1 results for Apple?
2     A.  It -- so unit sale results for Apple would
3 not have been a primary focus of mine.  You know,
4 not a responsibility of mine for, you know,
5 forecasting, for example.  But I would have looked
6 at unit sales in a variety of different ways.
7         It was -- I mentioned, for example, earlier
8 the indirect method cash flow forecast that I
9 produced.  That was -- one of the inputs I received
10 for that was a P&L, which was required to produce a
11 cash flow forecast.  And that would have had unit
12 sales forecasts or results as part of that.
13        I don't -- to be clear, I do not recall
14 what this e-mail was for.  It may have been for
15 investor relations and for earnings.  It may have
16 been for something else.  I don't recall.
17        MR. BLACK:  Okay.  You can close that
18 document.
19        Lorenzo, can you please introduce Number 7
20 as Blake Exhibit 6.
21        (Whereupon, Exhibit 6 was marked for
22        identification)
23 BY MR. BLACK:
24    Q.  For the record, Exhibit 7 has -- begin with
25 Bates number APL-SECLIT_00586234.

Matthew Blake                                                    In re Apple Inc. Securities Litigation

Page 73

1      Mr. Blake, please let me know when you have
2  Exhibit 5 open.
3      A. I have it open.
4      Q. And I'll represent that the attachment to
5  this, which is not included, is a zip of more than
6  500 pages of analyst reports.
7      Mr. Blake, does this appear to be a true
8  and correct copy of an e-mail that you sent to Sabih
9  Khan on October 25th, 2018?
10     A. It does.
11     Q. Do you see about halfway down the page
12 there's an e-mail from Mr. Khan to you?
13     A. I do see that.
14     Q. And he writes, "We are doing some work on
15 competitive analysis and smartphone market trends.
16 Can you please help in finding any analyst
17 research/papers/articles on the following topics:"
18     Do you see that?
19     A. I see that.
20     Q. And the topics include, "China smartphone
21 market outlook and trends, Company analysis on
22 Huawei, Xiaomi and Oppo/Vivo, Global smartphone
23 market outlook and trends, and China smartphone
24 manufacturing."
25     A. I see that.

Page 74

1      Q. Why did Mr. Khan ask you to help with this
2  research?
3      A. I believe because -- well, I was in
4  investor relations and I am the one who, as we were
5  looking at earlier, was sending out those summaries
6  frequently on analyst notes.
7      Q. Okay. And who is the "we" referred to in
8  the sentence, "We are doing some work on competitive
9  analysis"?
10     A. I am not certain.
11     Q. Do you have a good sense of who it likely
12 was?
13     A. I inferred that it's -- it would be that
14 team.
15     Q. Sorry. Who -- what is the team that
16 Mr. Khan is working with or heading?
17     A. I forget -- I actually forget his exact
18 role. I don't recall if it was -- I believe it was
19 on the operations side, but I don't -- that's my
20 recollection, but I don't recall exactly.
21     Q. And was it common for someone in Mr. Khan's
22 position to ask you for help with research?
23     A. I believe at some point in time he obtained
24 a separate access so he could do this type of work
25 independently.

Page 75

1      Q. Okay. But was this an unusual request?
2      A. Let me put it this way, it wasn't -- this
3  wouldn't have been a frequent request, but I don't
4  think this would be the only time I was asked for
5  analyst research.
6      Q. Okay. And when you were asked for analyst
7  research, was it typically concerning important
8  issues to Apple?
9      MR. ASKEW: Objection to form.
10     THE WITNESS: I'm not -- I'm not certain.
11     MR. BLACK: Okay. You can close this.
12     Lorenzo, can you introduce Number 8 as
13 Blake Exhibit 7.
14     (Whereupon, Exhibit 7 was marked for
15     identification)
16 BY MR. BLACK:
17     Q. For the record, Exhibit 7 starts with the
18 Bates number APL-SECLIT_00160102, and it includes
19 the attachment to the parent e-mail.
20     And then Mr. Blake, does this appear to be
21 a true and correct copy of an e-mail you received
22 from Nancy Paxton on October 27, 2018, attaching a
23 draft Q&A document?
24     A. It does.
25     Q. Okay. Is this the Q&A document that you've

Page 76

1  described earlier that you had primary
2  responsibility for drafting?
3      A. It is.
4      Q. Why is Ms. Paxton the one sending it?
5      A. I don't recall exactly. It may have been
6  that I sent it to her for her review and then she
7  sent it out after her review. I don't recall.
8      Q. You would have had primary responsibility
9  for drafting this document; is that right?
10     A. For drafting, correct.
11     Q. Yeah. What was your process for starting
12 the draft of the document?
13     A. As I mentioned earlier, I started first
14 with all of the financial information and discussion
15 that was -- and documents that were part of that
16 quarterly close review meeting.
17     On top of that, there would have been
18 regular reports that were produced by different
19 teams, primarily within, maybe entirely, but I'm
20 going to say -- well, from memory, I think it was --
21 I'm going to say primarily within finance.
22     And then there would also be additional
23 questions that we would field out to members of the
24 team on specific topics.
25     Q. When would you start drafting this

Matthew Blake                                                                    In re Apple Inc. Securities Litigation

Page 77

1 document?

2    A.  I would have started shortly after that QCR
3 meeting.

4    Q.  Did you do anything to verify the accuracy
5 of any of the information you obtained from other
6 teams that went into this document?

7    A.  I would have had multiple teams, like I
8 mentioned before, reviewing the document and ahead
9 of earnings and signing off.  So there was a review
10 process.

11    Q.  Did you personally review any of the
12 information?

13    A.  I would have, of course, reviewed the
14 information and -- but, you know, where the
15 information is not my primary area of
16 responsibility.  I would have relied on the experts
17 we were reaching out to for the accuracy of the
18 information.

19    Q.  Was this document used for anything other
20 than preparing for the end of quarter earnings call?

21    A.  It would have served as a reference
22 document for us in investor relations during the
23 quarter.  But in the context of what -- you know, it
24 was used for Q&A prep for earnings.

25    Q.  Do you see, not on the e-mail but in the

Page 78

1 Q&A document itself, in the bottom right corner
2 there are page numbers and they are all out of 72?

3    A.  I do.

4    Q.  Can you turn to page 9 of 72, please.

5    A.  Okay.

6    Q.  You see at the top of the page there's a
7 heading that says, "What was share repurchase
8 activity in the September quarter?"

9    A.  I see that.

10    Q.  And it looks like the total Q4'18 activity
11 was 19.4 billion.

12       Do you see that?

13    A.  I see that.

14    Q.  And do you see the next heading says, "You
15 repurchased 23.5 billion, 20.0 billion and
16 19.4 billion of shares over the last 3 quarters"?

17    A.  I see that.

18    Q.  As director of corporate finance, you also
19 worked on return of capital issues; is that right?

20    A.  I worked on the broader strategy.  I did
21 not execute share repurchases.

22    Q.  And share repurchases are what are
23 described in the bolded heading I just referenced;
24 is that correct?

25    A.  That's correct.

Page 79

1    Q.  Would you have put these numbers in
2 yourself or would these have come from some other
3 team within Apple?

4    A.  These would have been either entered myself
5 or potentially by Tejas on my team.

6    Q.  Any reason to doubt the accuracy of these
7 numbers?

8    A.  They should be correct.

9    Q.  Okay.  You see the headline we were just
10 reading ends, "Should we assume approximately 20
11 billion is the buyback pace going forward?"

12    A.  I see that.

13    Q.  That's an anticipated question for the Q&A
14 session of the earnings call; is that correct?

15    A.  It is a question about -- yeah, going
16 forward, so that means is that the pace we should
17 expect in future quarters.

18    Q.  Okay.  And it's in this document because
19 it's a question that Apple executives might get at
20 an earnings call they should be prepared to answer.

21       Is that fair?

22    A.  That's fair.

23    Q.  Who would have generated this question?

24    A.  It may have been myself.  It may have
25 been -- it may have come from somebody else on

Page 80

1 that -- on that team that I mentioned as part of
2 the -- part of the earnings prep team.

3    Q.  Thank you.  Okay.  And who drafted the
4 draft response to the bolded question?

5    A.  I would have drafted it.

6    Q.  What did you use to -- as the basis for the
7 draft response?

8       Let me ask it in a different way.

9       Is this based purely on your judgment?

10       Is this something you would have discussed
11 with the team during the meetings you just
12 described?

13       Is there other support for this statement
14 somewhere else?

15       You know, what is -- what went into the
16 drafting of this?

17    A.  So this is something that I would have
18 drafted, and there would have been comments and
19 edits, generally speaking, along the way.  So this
20 response may have been edited after my initial
21 draft.

22    Q.  Okay.  And this is a draft of the Q&A from
23 October 27th, 2018; is that right?

24    A.  It appears so.

25    Q.  Who determines the pace of share

Page 77..80

Matthew Blake                                                    In re Apple Inc. Securities Litigation

Page 81

1 repurchases?
2     A. That would have been a conversation
3 primarily or a determination primarily -- I believe
4 Mike Shapiro and Gary Wipfler would have made the
5 recommendation.
6     Q. And who would they have made the
7 recommendation to?
8     A. I believe they would make a recommendation
9 to Luca.
10     Q. And the decision would ultimately be
11 Mr. Maestri's; is that right?
12         MR. ASKEW: Objection to form.
13         THE WITNESS: I think it would have been --
14 I would characterize it as a joint decision.
15 BY MR. BLACK:
16     Q. Between Mr. Maestri, Mr. Wipfler and
17 Mr. Shapiro?
18     A. I believe so.
19     Q. Can you turn to page 20 of 72, please.
20     A. Okay.
21     Q. And actually, why don't we look at page 19
22 of 72, first. The top of page 19 of 72 says,
23 "RESULTS - GEO - Greater China."
24         Do you see that?
25     A. I see that.

Page 82

1     Q. Are these results that you would have
2 mechanically extracted from a database?
3     A. No, these would have been pulled from
4 reports that I would have received from -- at the
5 corporate FP&A team.
6     Q. And then the next page also starts with
7 China results.
8         Do you see that?
9     A. I see that.
10     Q. Do you see that there are two headings in
11 bold? First, "What drove GC revenue growth of
12 16 percent" and then "Positive Greater China
13 highlights"?
14         Sorry. Do you see that?
15     A. I do see that.
16     Q. And those are two sessions that are
17 reporting results, right?
18     A. Correct.
19     Q. Okay. And then the next heading under that
20 starts with, "Dual SIM capability..."
21         Do you see that?
22     A. I do see that.
23     Q. This is now a question that Apple's
24 executives might receive during the earnings call;
25 is that right?

Page 83

1     A. This is -- it could potentially be a
2 question during the earnings call. I think the way
3 that -- you know, the intent here was to make sure
4 that there were -- this effectively served as their
5 study guide, I guess you could say, for the earnings
6 call, for the Q&A portion of the earnings call.
7     Q. Okay. And the study guide here starting
8 with this bolded headline is in the form of a
9 question, right?
10     A. It is.
11     Q. And then below it, is that the draft or
12 proposed response if a question along these lines is
13 asked?
14     A. Yes, it is.
15     Q. Okay. And the questions in this document
16 generally are questions that you and your team
17 thought that Apple might get during the earnings
18 call; is that right?
19     A. Yes.
20     Q. Okay. And so one of the questions that you
21 wanted to be -- you wanted Apple's executives to be
22 prepared to answer was this one in bold starting
23 with "The Dual SIM capability, larger screen size on
24 the XS Max, new gold color, and addition of the XR
25 in this year's lineup, are you expecting strong

Page 84

1 iPhone results in China? What does initial demand
2 tell you?"
3     A. The -- I think the way I would describe it
4 is not necessarily that we expected that exact
5 question to come out in that exact way, but, you
6 know, we're trying to give a general sense of
7 questions along those lines that may be asked. And
8 then had responses that they could give to questions
9 along those lines.
10         It's not that we were anticipating that
11 exact question in that exact way would be asked.
12     Q. Okay. But you wanted to be prepared to
13 answer questions along those lines.
14         Is that fair?
15     A. That is fair.
16     Q. Okay. Can you turn to page 24 of 72,
17 please.
18     A. Okay.
19     Q. Do you see about two-thirds of the way down
20 in underlined gray bold it says -- at the top of the
21 page, you see it says "iPhone Key Messages"?
22     A. I see that.
23     Q. And then about two-thirds of the way down
24 in gray underlined bold it says, "Very Successful
25 iPhone XS/XS Max/XR Launch," with an exclamation

Matthew Blake                                                    In re Apple Inc. Securities Litigation

Page 85

1 point.
2      A. I see that.
3      **Q. Who is responsible for contributing this**
4 **section?**
5      A. So this section would have been, I think,
6 heavily edited and changed throughout the course of
7 our earnings prep process.
8         And so this would have had -- I'm not
9 certain what the initial draft may have said, but
10 this would have had a lot of different iterations, I
11 think, along the way and input from a number of
12 people, primarily those involved in the earnings
13 prep meetings that I mentioned.
14     **Q. Lots of people would edit it, then; is that**
15 **right?**
16     A. So the primary source of edits that I would
17 receive to the Q&A document, our primary sources,
18 would be, you know, potentially direct comments
19 from -- or direct edits from Nancy.  There could be
20 direct edits that I received from Luca, which, you
21 know, could include markups of Q&A, and often did.
22        And then we would actually edit the Q&A
23 document live during the earnings prep meetings as
24 well on the screen for all to see.
25     **Q. Would those edits be purely clerical?**

Page 86

1      A. Can you define what you mean by "clerical"?
2      **Q. Yeah.  What would be the purposes, purpose**
3 **or purposes, of editing this document?**
4        **Like, would it be just to clear up typos or**
5 **to have better flow to sentences, or would there be**
6 **other types of edits?**
7      A. No.  I think the edits could be more
8 substantial in terms of how the -- you know,
9 potentially how Tim or Luca would perceive or
10 explain the results, for example.
11        So I would not characterize them as just
12 typos or minor things.
13     **Q. I think you mentioned earlier that**
14 **different teams also review this document, including**
15 **legal and accounting; is that correct?**
16     A. That is correct.
17     **Q. Did anyone review the document for**
18 **accuracy?**
19     A. That was intended to be part of the purpose
20 of that review.
21     **Q. And so edits might include changes to**
22 **correct or update or otherwise change the**
23 **information to make it more accurate?**
24     A. That's correct.
25        MR. BLACK:  Okay.  I think we are just over

Page 87

1 an hour again, so why don't we go off the record.
2        APTUS VIDEO TECHNICIAN:  All right.  The
3 time is 11:23.  We're going off the record.
4        (Recess taken)
5        APTUS VIDEO TECHNICIAN:  The time is 11:36.
6 We're back on the record.
7 BY MR. BLACK:
8      **Q. Welcome back, Mr. Blake.**
9      A. Thanks.
10        MR. BLACK:  Lorenzo, can you please add
11 Document 19 as Blake Exhibit 8.
12        I'll represent for the record that
13 Exhibit 8 is -- has Bates number APL-SECLIT_00356536
14 and it includes the e-mail and attachment thereto.
15 BY MR. BLACK:
16     **Q. Mr. Blake, do you have this exhibit open?**
17     A. Yes, I do.
18     **Q. Does the first page appear to be an e-mail**
19 **that you received on October 31, 2018, from**
20 **Ms. Paxton?**
21     A. Sorry, no.  I'm looking -- maybe I'm
22 looking at the wrong document.  I'm looking at
23 something from Thomas Wigg.
24        MR. BLACK:  There's something wrong with
25 that exhibit.  Okay.  Please ignore Exhibit 8.  Or

Page 88

1 sorry?  Yes.  Please ignore Exhibit 8.
2        THE REPORTER:  Sorry.  Do you want to
3 withdraw it?
4        MR. BLACK:  Yes.  Lorenzo, that was Number
5 9 you entered?
6        APTUS VIDEO TECHNICIAN:  No.  Sorry.  That
7 was 19.  I thought you said 19.
8        MR. BLACK:  Okay.  That's already been
9 withdrawn?
10        APTUS VIDEO TECHNICIAN:  Yes, I removed the
11 marking from it, yeah.
12        MR. BLACK:  Okay.  Can we introduce Number
13 9 as Exhibit 8, please.
14        APTUS VIDEO TECHNICIAN:  Okay.  Yeah.
15 Sorry about that.
16        MR. BLACK:  No problem.
17        (Whereupon, Exhibit 8 was marked for
18        identification)
19 BY MR. BLACK:
20     **Q. The corrected 8, are you able to open that,**
21 **Mr. Blake?**
22     A. Yes.
23     **Q. And does this appear to be a true and**
24 **correct copy of an e-mail you received from Nancy**
25 **Paxton on October 31, 2018?**

Page 89

1    A.  Yes, it does.

2    Q.  And do you see that the subject of the

3  e-mail is "Script," and the attachment is described

4  as "Q418 Executive Script"?

5    A.  I see that.

6    Q.  Is the document that is attached as part of

7  this exhibit a draft executive script for the -- for

8  Apple's fourth quarter 2018 earnings call?

9    A.  Yes, it appears so.

10    Q.  Okay.  And again, for the record, this is

11  APL-SECLIT_00356536.

12    Mr. Blake, is the Adam Talbot that this

13  e-mail -- that appears on the "To" line here, the

14  speech writer for Mr. Cook that you described?

15    A.  Yes.

16    Q.  What role, if any -- what was your role, if

17  any, in preparing this script?

18    A.  I did not prepare the script.  I would have

19  been in meetings when it was discussed.  Of course,

20  I would have read it, but I didn't prepare it.

21    Q.  Do you know -- did you have any role in

22  reviewing it for accuracy?

23    A.  I would have reviewed it, yes.  If I

24  noticed any mistakes, I would have called them out.

25    Q.  And would this draft script have been

Page 90

1  reviewed in the same way that the Q&A we just

2  discussed would have been?

3    A.  There -- there was, I would say, a separate

4  process for this script review versus we had -- we

5  would have a specific meeting with the teams I

6  mentioned to gather feedback and comments on the

7  Q&A.  The script went through a separate process.

8    Q.  Would it have been a -- the same but

9  parallel process?

10    A.  I would describe it as a similar parallel

11  process.

12    Q.  Okay.  Would accounting have reviewed the

13  script?

14    A.  So the script, for example, from memory,

15  would have been reviewed during our disclosure

16  committee meetings, which of course included

17  accounting.

18    Q.  And same with FP&A?

19    A.  FP&A, I believe, was in the disclosure

20  committee meetings.  And Saori was in our earnings

21  prep meetings as well and had copies of the script.

22    MR. BLACK:  Okay.  You can close that.

23    Lorenzo, can you please introduce Number 10

24  as Blake Exhibit 9.

25  //

Page 91

1    (Whereupon, Exhibit 9 was marked for

2    identification)

3  BY MR. BLACK:

4    Q.  For the record, Blake Exhibit 9 is

5  APL-SECLIT_00504029.

6    Mr. Blake, does this appear to be a true

7  and correct copy of an e-mail you received from Josh

8  Rosenstock on October 31, 2018?

9    A.  It does appear so.

10    Q.  And Mr. Rosenstock is sending what appears

11  to be a Wall Street Journal article with commentary

12  on it; is that right?

13    A.  Give me a minute to review this.

14    Okay.  Sorry, can you rephrase your -- or

15  restate your question.

16    Q.  Does this appear to be Mr. Rosenstock

17  forwarding the Wall Street Journal and adding his

18  own comments on what the article says?

19    A.  He seems to -- it appears as though he's

20  summarizing that.

21    Q.  Okay.  Who is Mr. Rosenstock?

22    A.  He was a member of the -- of Steve

23  Dowling's team.  So focused on, I guess you could

24  say, media relations.

25    Q.  Okay.  And the recipients of this e-mail

Page 92

1  are similar to the same recipients of the analyst

2  notes that you sent out.

3    Is that fair to say?

4    A.  There does appear to be overlap.

5    Q.  Okay.  And that would include Mr. Cook,

6  Mr. Maestri, Mr. Williams, and Ms. Adams?

7    A.  Yes.

8    Q.  Okay.  And you and Ms. Paxton also received

9  this?

10    A.  Yes.

11    Q.  Okay.  Do you see at the end of the second

12  paragraph on this first page of the e-mail, it ends,

13  "Apple will need to increase sales of handsets and

14  other devices overseas"?

15    A.  I see that.

16    Q.  And that's taken from the Wall Street

17  Journal article; is that right?

18    A.  I do see that, yeah.  I see the paragraph

19  where it's taken from.

20    Q.  And then do you see the last paragraph of

21  this e-mail on the first page, it says, "In other

22  preview coverage CNBC and Bloomberg point out themes

23  to look for tomorrow include initial demand for

24  iPhone XS and XS Max, holiday guidance, China and

25  Services"?

Matthew Blake                                    In re Apple Inc. Securities Litigation

Page 93

1     A.  I see that.
2        Q.  Any reason to dispute that the market
3  thought that themes to look out for during the
4  earnings call included initial demand for the iPhone
5  XS and XS Max?
6     A.  I think the market would have been
7  interested in anything we said about the new iPhone
8  cycle.
9        Q.  And also, is it fair to say that the market
10  would be interested in anything Apple said about
11  demand in China?
12        MR. ASKEW:  Objection to form.
13        THE WITNESS:  I think that -- I think
14  China -- sorry.  I'm just reading this note a little
15  bit more.
16        I think anything -- I think comments that
17  were made about China performance would be something
18  that sale side analysts and investors would be
19  interested in.
20  BY MR. BLACK:
21        Q.  Did Mr. Rosenstock or did Mr. Rosenstock at
22  least at this time typically send e-mails with
23  descriptions of what the market was interested in?
24        MR. ASKEW:  Objection to form.
25        THE WITNESS:  Let me state it this way.  I

Page 94

1  think receiving -- I think in his role, and I wasn't
2  as close to exactly what Josh did on a day-to-day
3  basis, but I did interact with him on some cases.
4        I think as part of his role, he would have
5  summarized kind of reports coming out of the media
6  that were relevant, I would imagine, for various
7  teams and send those out.
8        MR. BLACK:  Okay.  You can close this
9  document.
10        And Lorenzo, can you please introduce
11  Number 11 as Blake Exhibit 10.
12        (Whereupon, Exhibit 10 was marked for
13        identification)
14  BY MR. BLACK:
15        Q.  For the record, Blake Exhibit 10 is
16  APL-SECLIT_00208488 as a starting of the Bates
17  number.
18        Mr. Blake, do you have this exhibit open?
19     A.  I do.
20        Q.  Does this appear to be a true and correct
21  copy of an e-mail you received from Nancy Paxton on
22  November 1, 2018, that was then forwarded from
23  Mr. Cook to Mr. Maestri?
24     A.  It does.
25        Q.  Do you recognize this document?

Page 95

1     A.  I don't specifically recall this.
2        Q.  Okay.  Nancy Paxton drafted this; is that
3  right?
4     A.  It appears so.
5        Q.  And she writes, "Luca, here is the list of
6  analysts we are likely to hear from on the call in
7  the order we discussed with some predictions of
8  questions based on their recent reports."
9        Do you see that?
10     A.  I do.
11        Q.  And actually, let me correct something.  I
12  think I said that Mr. Cook forwarded this to
13  Mr. Maestri, and it's the reverse; is that right?
14     A.  Yes, it was forwarded from Luca to Tim.
15        Q.  Okay.  Thank you.
16        Okay.  So Nancy writes this -- excuse me,
17  Ms. Paxton writes this e-mail to Mr. Maestri; is
18  that right?
19     A.  Yes.
20        Q.  Okay.  She says, "...in the order we
21  discussed."  Were you part of the discussion of the
22  order of analysts?
23     A.  I don't recall.
24        Q.  Does Apple typically set the order for
25  discussions with analysts?

Page 96

1     A.  We would try to have some sort of rotation
2  so that there were different analysts asking
3  questions on our calls.  Apple had a lot of coverage
4  from the sell side, a lot of analysts, and so there
5  would be discussions around that rotation.
6        And of course, you can't necessarily
7  control who queues up for a question on the call,
8  but this would be -- she would be referring to the
9  desired rotation for this quarter's call.
10        Q.  Okay.  This quarter's earnings call; is
11  that right?
12     A.  That's what I am referring to, yes.
13        Q.  The e-mail has the subject line "Potential
14  questions by analyst."
15        Is that right?
16     A.  Yes.
17        Q.  And from your review of the e-mail, does it
18  appear to include potential questions from analysts?
19     A.  It does.
20        Q.  Okay.  And do you see the second sentence
21  of Ms. Paxton's e-mail says, "Tony S. and Rod H. are
22  added at the bottom as you will have callbacks with
23  them"?
24     A.  I do see that.
25        Q.  What is a callback?

Matthew Blake                                                    In re Apple Inc. Securities Litigation

Page 97

1    A.  Yeah, so after our earnings call, there was
2  a group that would participate in a series of short
3  calls with the analysts who covered us to discuss
4  the release.
5    **Q.  Who is that group?**
6    A.  I don't recall who was specifically in the
7  room for this quarter, but it would have generally
8  included -- or let me say -- let me say who I
9  believe was in the room, but not certain.
10       I think it would have been Luca, Nancy,
11  myself, Gary Wipfler, Saori Casey, and I believe
12  Tejas Gala.
13    **Q.  And is that a single callback with all of**
14  **those individuals and analysts or are these**
15  **individual calls or callbacks with --**
16    A.  It is a series of calls.
17    **Q.  Okay.  A series of individual calls?**
18    A.  Correct.
19    **Q.  Okay.  The -- under Ms. Paxton's sign-off**
20  **to her e-mail it looks like there's a list of**
21  **analysts.  Do you see that?  Number 1, "Wamsi Mohan**
22  **- B of A" is the first?**
23    A.  Yes, I do see that.
24    **Q.  Okay.  And Wamsi Mohan is an analyst at**
25  **Bank of America; is that correct?**

Page 98

1    A.  That's correct.
2    **Q.  And the -- what does the "Buy" refer to**
3  **here?**
4    A.  That is -- analysts will have typically
5  a -- within they have different names, but the
6  equivalent of buy, neutral or hold or sell ratings
7  on a stock.  And so that refers to Wamsi's rating.
8    **Q.  And that is Wamsi's current rating?**
9    A.  I believe it would have been, yes.
10    **Q.  Okay.  And the $235 there, is that the**
11  **price target for -- is it Mr. Mohan?**
12    A.  It -- yeah, I think it would have referred
13  to the price target, yes.
14    **Q.  Okay.  And then Q1 90.9 billion, is that**
15  **his revenue target for the first quarter?**
16    A.  I'm guessing that would be his revenue
17  estimate for the quarter.
18    **Q.  Okay.  Do you see under number one, Wamsi**
19  **Mohan, there's a sentence in parentheses and then**
20  **three sentences not in parentheses?**
21    A.  I do see that.
22    **Q.  Does the sentence in parentheses provide a**
23  **summary of Mr. Mohan's recent comments on Apple**
24  **stock?**
25    A.  I believe Nancy is trying to provide some

Page 99

1  context of Wamsi's recent actions.
2    **Q.  And then the three sentences not in**
3  **parentheses, are those potential questions that**
4  **Mr. Mohan might ask during the earnings call?**
5    A.  I believe what Nancy has done is looked at
6  recent analyst reports by these analysts, and based
7  off of themes or topics that they've raised in their
8  notes, she's trying to summarize what they could
9  potentially ask.
10    **Q.  Okay.  And these questions didn't come**
11  **directly from the analyst?**
12    A.  No, I don't believe -- I'm pretty certain
13  these are just from -- from what I just mentioned.
14    **Q.  Okay.  Do you know Mr. Mohan personally?**
15    A.  I have been on calls with Mr. Mohan.  I
16  don't know if we ever -- I don't -- we may have met
17  in person, but I don't recall.  I wouldn't say I
18  know him personally.
19    **Q.  Okay.**
20    A.  We have spoken, I guess, and we have been
21  on calls together before.
22    **Q.  The purpose of this e-mail is similar to**
23  **the Q&A document in that it is anticipating**
24  **questions that Apple executives might receive.  Is**
25  **that accurate?**

Page 100

1    A.  So the way I think of the Q&A document
2  is -- I mean, yes, there is some anticipation of
3  questions, potential questions within the Q&A
4  document.  But I think I may have mentioned this
5  earlier, I think of it largely as a study guide with
6  vetted responses.
7       So, it -- you know, perhaps you could think
8  of the questions a little more thematic in nature.
9  So the question that you referenced earlier where I
10  mentioned that I didn't think that we would
11  necessarily get that exact question worded that
12  exact way, that's what I'm referring to when I say
13  it's more to provide thematic-type questions and,
14  you know, vetted responses.
15       Not intended to be a script for the
16  executives.  These are, of course, vetted responses,
17  but the Q&A, like I said, I think of largely as a
18  study guide for that.
19       These are, I would say, more specific as
20  opposed to kind of thematic questions.  And again,
21  you know, I'm speaking in generalities.
22       The Q&A could have some very specific
23  questions in it, but this is going analyst by
24  analyst and looking specific to those analysts what
25  are specific questions they may ask.

Matthew Blake                                        In re Apple Inc. Securities Litigation

Page 101

1      Q.  Okay.  And so Ms. Paxton thought, for
2  example, that Mr. Mohan might ask if "There is
3  broader concern about the economic situation in
4  China, how is your business performing there?"
5      That's the last sentence under Mr. Mohan's
6  section.
7      A.  I think she would have summarized this or
8  pulled this question based off of commentary from
9  his -- from a recent report.  I don't know if he
10  would have had this exact question in that report or
11  those reports.
12      Q.  Did Ms. Paxton send a potential questions
13  by analyst e-mail like this every quarter?
14      A.  I do not believe so.
15      Q.  Was this the only quarter she did so?
16      A.  I'm not certain.
17      Q.  Did someone ask Ms. Paxton, to your
18  knowledge, to put this together?
19      A.  I do not recall.
20      Q.  Did anyone help, to your knowledge,
21  Ms. Paxton put this e-mail together?
22      A.  I do not recall.
23      MR. BLACK:  Let's close that document.
24      Lorenzo, can you please insert number 13 as
25  Blake Exhibit 11.

Page 102

1      (Whereupon, Exhibit 11 was marked for
2      identification)
3  BY MR. BLACK:
4      Q.  For the record, Exhibit 13 (sic) starts
5  with APL-SECLIT_00587555.
6      Mr. Blake, do you have Exhibit 11 open?
7      A.  I do.
8      Q.  Does this appear to be a true and correct
9  copy of an e-mail you received on November 1, 2018,
10  with the subject starting at least "MS Tech: AAPL
11  falls on downbeat EM macro commentary"?
12      A.  It does.
13      Q.  Who is Thomas Wigg?
14      A.  I don't recall his exact role, but I
15  believe I was introduced to him more on the
16  corporate finance side of my responsibilities at
17  Apple through -- I believe it was through -- yes, it
18  was -- it was through the investment or, you know,
19  corporate banking relationship that we had with
20  Morgan Stanley.
21      Q.  Okay.  And he sent you Morgan Stanley
22  analyst notes directly; is that right?
23      A.  So I believe this is a broad e-mail
24  distribution.  I don't know if it's done in a way
25  where I just appear on the "To" line or if it's all

Page 103

1  bcc, but this is -- you can see at the top "SALES
2  COMMENTARY -- Not a product of MS Research," "FOR
3  INSTITUTIONAL DISTRIBUTION ONLY."
4      I think this is an example of what I would
5  call a blast e-mail out to a broad distribution
6  list.
7      Q.  Okay.  And what is "Institutional
8  Distribution"?
9      A.  So that's saying -- I believe that is --
10  I'm not certain.  This isn't my expertise, but I
11  believe that is saying for institutional clients,
12  i.e., not retail.  Or not what would be considered,
13  I guess, not sophisticated investors.
14      Q.  Is the idea that anyone could sign up or
15  pay for Morgan Stanley analyst notes, but you have
16  to be an institutional client to receive this type
17  of e-mail?
18      MR. ASKEW:  Objection to form.
19      THE WITNESS:  I think you'd have to ask
20  them.
21  BY MR. BLACK:
22      Q.  Can you turn to the second page, please.
23      So this was issued after Apple reported its
24  earnings -- its earnings results for the fourth
25  quarter of 2018 and guidance for the first quarter

Page 104

1  of 2019; is that right?
2      A.  It appears so, yeah.
3      Q.  Okay.  And I'll point you on the second
4  page, at the bottom of the page there's a headline
5  that says "Nine key points."
6      Do you see that?
7      A.  Sorry.  Beginning of the second page, you
8  said?
9      Q.  Yes.  I'm sorry.  The bottom of the second
10  page.
11      A.  Oh, yes.  Sorry.  I see it.
12      Q.  It's in a smaller font.
13      A.  Yes.
14      Q.  And the first key point is "Weaker
15  Guidance."
16      A.  I see that.
17      Q.  Okay.  And then turning to the next page,
18  page 3, you see the next point is "Emerging Market
19  Weakness"?
20      A.  I see that.
21      Q.  And the third point on page -- which
22  appears on page 3 is "China + App Store"?
23      A.  I see that.
24      Q.  Do you see that the second point says,
25  "Surprisingly, AAPL blamed Turkey, India, Brazil and

Matthew Blake                                                      In re Apple Inc. Securities Litigation

Page 105

1 Russia, but not China"?

2     A. I do see that.

3     Q. And then in the second paragraph on this

4 page, "China and App Store," the sentence starts,

5 "AAPL would not put China in the weaker EM bucket

6 above"?

7     A. I see that.

8     Q. "EM" refers to emerging markets; is that

9 right?

10     A. Yes, I believe so.

11     Q. Any reason to think that Morgan Stanley in

12 this e-mail was only responding to Apple's lowered

13 guidance?

14         MR. ASKEW: Objection to form.

15         THE WITNESS: I'm not sure I understand the

16 question.

17 BY MR. BLACK:

18     Q. So the first point they mention is weaker

19 guidance, right?

20     A. I see that.

21     Q. And the next two bullets involve China or

22 concern China?

23         MR. ASKEW: Objection to form.

24         THE WITNESS: So the next bullet is

25 speaking about emerging market weakness. And then

Page 106

1 the third bullet refers to, appears to refer to,

2 yeah, to China and the app store.

3 BY MR. BLACK:

4     Q. And the bullets are some of the nine key

5 points that Morgan Stanley has written about here?

6     A. Yes, it appears so.

7         MR. BLACK: Okay. Why don't we close that

8 document.

9         Lorenzo, can you introduce number 14 as

10 Blake Exhibit 12, please.

11         (Whereupon, Exhibit 12 was marked for

12         identification)

13 BY MR. BLACK:

14     Q. Exhibit 12, I will represent for the

15 record, starts with APL-SECLIT_00546852.

16         Do you have that exhibit open, Mr. Blake?

17     A. Yes, I do.

18     Q. Does this appear to be an e-mail from you

19 to Wamsi Mohan and Nancy Paxton?

20     A. Yes, it does.

21     Q. And is this concerning a callback following

22 Apple's earnings call?

23     A. Yes. This is referring to those callbacks

24 that I mentioned previously.

25     Q. And would the same people that you mention

Page 107

1 have attended this callback?

2     A. I'm not sure about the specific callback,

3 but, you know, generally speaking, that was the

4 group.

5     Q. Do you remember what you discussed during

6 this callback?

7     A. I do not.

8         MR. BLACK: Okay. Why don't we close that

9 document.

10         Lorenzo, can you please introduce number 15

11 as exhibit -- Blake Exhibit Number 13.

12         (Whereupon, Exhibit 13 was marked for

13         identification)

14 BY MR. BLACK:

15     Q. I will represent that this Exhibit

16 Number 13 is APL-SECLIT_00001993. And that it came

17 from Mr. Blake's custodial file and was not attached

18 to an e-mail.

19         Mr. Blake, do you have this e-mail open?

20     A. I do.

21     Q. Or sorry, do you have this exhibit? It's

22 not an e-mail.

23     A. The PDF, yes.

24     Q. Does this appear to be a true and correct

25 copy of a Bernstein analyst report that was issued

Page 108

1 on November 2nd, 2018?

2     A. It does.

3     Q. Do you see the third paragraph down in this

4 analyst report?

5     A. I do.

6     Q. It says, "Surprisingly, Apple executives

7 did not appear uniquely concerned about China."

8         Do you see that?

9     A. Sorry. That's the fourth paragraph, right?

10     Q. Oh, you're right. That is the fourth

11 paragraph.

12         Do you see that?

13     A. Yes, I see that.

14     Q. Okay. Do you have any reason to doubt that

15 Bernstein was surprised that Apple executives did

16 not appear to be uniquely concerned about China?

17         MR. ASKEW: Objection to form.

18         THE WITNESS: I think it's probably hard

19 for me to comment on their temperament.

20 BY MR. BLACK:

21     Q. Can you turn to the third page of this

22 document, please.

23         You see there are three paragraphs starting

24 with all the pluses next to them rather than bullets

25 towards the top of the page?

Matthew Blake                                                    In re Apple Inc. Securities Litigation

Page 109

1      A.  Sorry.  At the bottom of the page, second
2  half of the page?
3      Q.  So the third page, actually, should have
4  six pluses on it.
5      A.  Yeah, I see that.
6      Q.  Each with a paragraph next to it.  I'm
7  sorry, let's skip that, actually.
8         Can you turn to the fourth page, the next
9  page.
10     A.  Okay.
11     Q.  And you see there are -- there's another
12  seven paragraphs with pluses in front of it.  And
13  I'm looking at the first plus that starts, "Strong
14  Q4 in China, good reception on new phones."
15        So if you're looking at that paragraph
16  and --
17     A.  I do see it, yeah.
18     Q.  The second sentence starts, "Nonetheless,
19  management was adamant about differentiating between
20  these weaker markets and China, which still grew 16
21  percent year over year."
22        You see that?
23     A.  I see it.
24     Q.  Are these comments on the earnings call
25  from the previous day?

Page 110

1         MR. ASKEW:  Objection to form.
2         THE WITNESS:  I believe it's a reference to
3  comments from the earnings call including the
4  16 percent year over year growth in China for Q4.
5  BY MR. BLACK:
6      Q.  And then if you go down towards the bottom
7  of the page, the third plus from the bottom is about
8  "Share Repurchases."
9         Do you see that?
10     A.  I do.
11     Q.  Do you see that it says, "Apple repurchased
12  19.4 billion in stock in the quarter, following 20
13  billion last quarter and appears poised to continue
14  to purchase at a similar to higher rate --"
15     A.  I see that.
16     Q.  "-- going forward."
17        Are those numbers accurate?
18     A.  I don't recall.
19     Q.  And it's Bernstein's conclusion that Apple
20  appears poised to continue to purchase at a similar
21  to higher rate?
22     A.  That is what they are stating there.
23  "Poised" could mean different things.
24     Q.  Could you turn to the 12th page of the
25  document.  It's the one that has "Exhibit 12:

Page 111

1  Earnings Call Commentary on iPhone 8/X versus XS,"
2  sorry, "XS/XR."
3      A.  I see it.
4      Q.  Okay.  You see it.
5         Do these appear to be quotes from the
6  prepared remarks and the Q&A section of Apple's
7  earnings calls?
8      A.  I'm not sure if these are exact quotes or
9  summaries.  I would want to actually look at the
10  transcript.
11        MR. BLACK:  Okay.  Why don't we close that
12  document.
13        Lorenzo, can you introduce number 16 as
14  Blake Exhibit 14, please.
15        (Whereupon, Exhibit 14 was marked for
16        identification)
17  BY MR. BLACK:
18     Q.  And Exhibit 14 starts with
19  APL-SECLIT_00309288.
20        Mr. Blake, let me know when you have
21  Exhibit 14 open, please.
22     A.  I have it open.
23     Q.  Okay.  Does this appear to be a true and
24  correct copy of an e-mail you sent on November 13,
25  2018?

Page 112

1      A.  I'm looking at a research note from
2  Macquarie.
3         MR. ASKEW:  Same here.
4         MR. BLACK:  Let me see if I have the wrong
5  thing.
6         Lorenzo, can you put in number 16 rather
7  than 16C.
8  BY MR. BLACK:
9      Q.  Mr. Blake, if you could open the corrected
10  Exhibit 14.
11     A.  I see it.
12     Q.  Does this appear to be a true and correct
13  copy of a November 13, 2018, e-mail that you sent?
14     A.  It does.
15     Q.  And is this the same type of e-mail we
16  looked at earlier I think from October 15, 2018,
17  earlier summarizing recent analyst notes?
18     A.  This is an example of that e-mail that I
19  referred to as the IR Daily, which doesn't
20  necessarily go out daily.
21     Q.  Okay.  And this one concerns a Goldman
22  Sachs report or note, a Macquarie note; is that
23  right?
24     A.  Yes.
25     Q.  Did you typically review analyst notes for

Page 109..112

Page 113

1  companies other than Apple pursuant to your
2  responsibilities in investor relations?
3      A. I wouldn't say I would -- I would
4  typically, when I was producing these e-mails,
5  filter down through the system that we used for
6  notes that were referencing Apple.
7      Q. Okay. And what is the system that you
8  used?
9      A. It was -- I believe it was through Thomson
10 Reuters First Call.
11       MR. BLACK: You can close -- well, you
12 might want to leave this up just in case.
13       Lorenzo, can you introduce 16B, B as in
14 boy, as Blake Exhibit 15, please.
15       And I say you may want to leave it up.
16 I'll represent that Exhibit 15 is the Goldman Sachs
17 note that was attached to the last exhibit.
18       So this one is going to begin with
19 APL-SECLIT_00309291.
20       (Whereupon, Exhibit 15 was marked for
21       identification)
22 BY MR. BLACK:
23     Q. Mr. Blake, let me know when you have
24 Exhibit 15 open, please.
25     A. I have it open.

Page 114

1      Q. Okay. Does this appear to be a true and
2  correct copy of the Goldman Sachs note that was
3  attached to Exhibit 14?
4      A. It does.
5      Q. Okay. Okay. You can close that as well.
6        Mr. Blake, are you aware that Apple
7  preannounced a revenue miss to its first quarter
8  2019 earnings?
9      A. Yes, I'm aware.
10     Q. Thank you. I talked over you. I
11 apologize.
12       Are you aware that it came in the form of
13 an investor letter that Tim Cook issued?
14     A. Yes, I'm aware.
15     Q. Did you have any role in drafting that
16 letter?
17     A. I was in certain meetings, not all
18 meetings. I was included in some e-mails and had
19 some visibility to the letter, but I was not
20 actively drafting the letter.
21     Q. Were the meetings you described similar to
22 the meetings that you have previously described for
23 prepping the Q&A document we looked at?
24     A. It's hard to say they were similar. This
25 was a unique circumstance.

Page 115

1      Q. Who participated in those meetings?
2      A. I didn't attend all of those meetings. So
3  I can't say -- I can't recall all the participants,
4  so, you know, I'm speaking generally.
5        I think it would have included Tim, Luca,
6  Nancy, Saori. I think likely somebody from the
7  legal team. And I'm not sure if -- I think Steve
8  Dowling was in some of the meetings, but probably
9  not all of the meetings. And Adam Talbot, if I'm
10 remembering his name correctly this time, I think
11 may have been included in those meetings, but I'm
12 not certain.
13     Q. Okay. When did the first of those meetings
14 take place?
15       MR. ASKEW: Objection to form.
16       THE WITNESS: I don't recall exactly.
17 BY MR. BLACK:
18     Q. Okay. Who initiated having those
19 individuals meet?
20       MR. ASKEW: Objection to form.
21       THE WITNESS: I'm not certain.
22       MR. BLACK: Lorenzo, could you introduce
23 number 17 as Blake Exhibit 16, please.
24       (Whereupon, Exhibit 16 was marked for
25       identification)

Page 116

1  BY MR. BLACK:
2      Q. And Exhibit 16 has Bates number
3  APL-SECLIT_00642330.
4        Mr. Blake, let me know when you have that
5  document open, please.
6      A. I have it open.
7      Q. Does this appear to be a true and correct
8  copy of a meeting invite that you received?
9      A. It does.
10     Q. And you received this document on
11 December 18, 2018; is that right?
12     A. Yes.
13     Q. And it was sent by Mr. Maestri?
14     A. That's correct.
15     Q. Okay. What does the "Earnings Q&A Prep"
16 refer to here?
17     A. I am not -- I think at that point in time,
18 there may not have been certainty around the form of
19 the preannouncement. Ultimately, there was a letter
20 to shareholders that went out, but I think at this
21 point in time there may have been thought around a
22 different form which could have included the Q&A.
23     Q. Okay. And this was a meeting to discuss a
24 possible preannouncement; is that right?
25     A. It appears so, yes.

Matthew Blake                                                    In re Apple Inc. Securities Litigation

Page 117

1    Q.  Do you know when the decision was made to
2  issue a letter, letter to shareholders, rather than
3  to issue a preannouncement in another form?
4        MR. ASKEW:  And Mr. Blake, if you'll hold
5  on.
6        I'm just going to caution you to the extent
7  that in order to respond to Mr. Black's question you
8  need to rely on information that you learned in
9  communications or meetings with members of the Apple
10  legal department, I'm going to instruct you not to
11  answer on the grounds of privilege.
12  BY MR. BLACK:
13    Q.  Mr. Blake, are you able to answer my
14  question?
15    A.  Can you repeat the question, please?
16    Q.  When was the decision made to issue a
17  letter to shareholders rather than to issue the
18  preannouncement in another form?
19        MR. ASKEW:  Same caution.
20        THE WITNESS:  I am not certain.  And I do
21  know these -- these conversations did involve our
22  legal team, so it would have been privileged.
23  BY MR. BLACK:
24    Q.  Your testimony is that it would have been
25  privileged?

Page 118

1    A.  My testimony is, from my recollection,
2  these meetings all included members of the Apple
3  legal team.  And I'm not certain on the timeline.
4    Q.  Is it your understanding that an Apple
5  in-house counsel/attorney participating in a meeting
6  makes that meeting confidential?
7        MR. ASKEW:  Objection to form.
8        THE WITNESS:  I'm not an expert in this
9  area.
10  BY MR. BLACK:
11    Q.  So I'm going to read from the transcript.
12  You stated, "I'm not certain.  And I do know these
13  conversations did involve our legal team, so it
14  would have been privileged."
15        So my question is, is it your understanding
16  that conversations involving the legal team are
17  necessarily privileged?
18        MR. ASKEW:  Objection to form.  If you have
19  a basis for answering that question, Mr. Blake,
20  other than what you've learned from counsel, you can
21  answer it.  If not --
22        THE WITNESS:  I have no basis.  I'm not an
23  expert in that area.
24  BY MR. BLACK:
25    Q.  Okay.  Looking at Exhibit 16 again, is it

Page 119

1  your understanding that the meeting that this invite
2  is to was privileged based on the participation of
3  Mr. Whittington?
4        MR. ASKEW:  Objection to form.  Same
5  instruction.
6        THE WITNESS:  I don't think I'm the right
7  person to comment on whether a meeting is
8  privileged.  I'm not an expert in that area.
9  BY MR. BLACK:
10    Q.  I'm just asking for your understanding.
11        MR. ASKEW:  Objection to form.  Same
12  instruction.
13  BY MR. BLACK:
14    Q.  Did you hold any meetings prior to
15  December 18, 2018, to discuss a possible
16  preannouncement?
17    A.  I do not recall.
18    Q.  Why did Mr. Maestri send this invite?
19        MR. ASKEW:  Objection to form.
20        THE WITNESS:  I'm -- I don't recall.  I'm
21  not certain.
22  BY MR. BLACK:
23    Q.  Is this the same type of meeting invite
24  that you would have received for a Q&A prep session
25  at the end of a quarter for the normal course of

Page 120

1  preparing a Q&A?
2    A.  I'm not sure I understand the question.  In
3  the normal course of preparing -- we didn't have,
4  again, Q&A-specific prep meetings.  We had earnings
5  prep meetings.  And as I mentioned earlier, there
6  were typically four or five of those.  They were
7  multi-hour.
8        And through the course of an earnings prep
9  process they would focus early on, more so I would
10  say, on the script and the earnings release, and
11  then increasingly on the Q&A document as we
12  progressed through the meetings.
13    Q.  Okay.  And when you met as a team to review
14  those materials, would you also receive a meeting
15  invite from Mr. Maestri as you have in Exhibit 16?
16    A.  I don't recall if it came from Luca.  I
17  think it may have.
18        MR. BLACK:  Okay.  We've been going I think
19  55 minutes.  Do you want to take lunch now?
20        THE WITNESS:  Yeah, that works for me.
21        MR. BLACK:  Why don't we go off the record.
22        APTUS VIDEO TECHNICIAN:  All right.  The
23  time is 12:30.  We're going off the record.
24        (Lunch recess taken)
25        APTUS VIDEO TECHNICIAN:  The time is 1:01.

Page 121

1  We're back on the record.
2  BY MR. BLACK:
3       Q.  Okay.  Welcome back, Mr. Blake.
4       A.  Thank you.
5       Q.  Did you discuss your testimony here with
6  your counsel during the break?
7           MR. ASKEW:  Objection.  You can answer that
8  question yes or no, but beyond that, I'll instruct
9  you not to answer.
10          THE WITNESS:  Yes.
11 BY MR. BLACK:
12      Q.  Okay.  Can you pull Exhibit 16 back up.  It
13 should still be in the chat feature.
14      A.  Okay.  I have it up.
15      Q.  So you had a meeting on December 18th,
16 2018, concerning Apple's earnings; is that right?
17          MR. ASKEW:  Objection to form.
18          THE WITNESS:  So there -- yeah, there was a
19 meeting on December 18 related to earnings.
20 BY MR. BLACK:
21      Q.  Did you -- related to Apple's Q1 '19
22 earnings, did you prepare anything related to those
23 earnings, such as a Q&A?
24      A.  So through the normal quarterly process
25 beginning in -- with that QCR meeting, I guess

Page 122

1  effectively the next quarter, I would have prepared
2  a Q&A document.
3       Q.  Did the QCR meeting take place prior to
4  this December 18, 2018, meeting?
5       A.  The QCR meeting did not.  There was -- when
6  there was -- I guess before it was decided that
7  there was going to be the letter to shareholders,
8  there was some very, very rough work done around a
9  Q&A, but it was still very rough and only in, I
10 would say, early review form.
11      Q.  Who worked on that rough Q&A work you just
12 described?
13      A.  So I would have -- I think I put the
14 skeleton of that document together, and I don't
15 recall how far it got.  Yeah, I don't recall how far
16 it got and whether there were comments or edits to
17 that document.
18      Q.  What did you use to put that skeleton
19 together?
20      A.  I don't recall.
21      Q.  Did you extract any data from any
22 databases?
23      A.  No.
24      Q.  Did you approach any Apple teams, maybe in
25 the way we looked at earlier talking to Mr. Conroy

Page 123

1  and Mr. Parekh?
2       A.  I don't recall.
3       Q.  Did you collect any documents pursuant to
4  putting together that rough skeleton?
5       A.  I don't recall specifics.  I think there
6  may have been some summaries.  I really don't recall
7  specifics, but I think there may be some summaries
8  that were created by Saori as part of that process.
9           But it does -- it does kind of bleed
10 together into the investor letter preparation, so
11 I'll say my memory is very hazy on that.
12      Q.  The summaries would have been concerning
13 what type of information?
14      A.  I don't recall exactly, but I think there
15 would have been financial information.
16      Q.  Any --
17      A.  I don't -- I really don't recall specifics.
18      Q.  Okay.  Did Ms. Casey put together
19 historical financial information into summaries?  Is
20 that consistent --
21      A.  Are you speaking generally?  Are you
22 speaking about specifically for the investor letter
23 process?
24      Q.  For the investor letter process.
25          MR. ASKEW:  Objection to form.

Page 124

1           THE WITNESS:  I don't recall exactly what
2  information was put together.  And again, I wasn't
3  in all of those meetings.
4  BY MR. BLACK:
5       Q.  Okay.  And that was -- you don't recall
6  what was put together for the skeleton Q&A; is that
7  right?
8       A.  I don't recall what was -- what went into
9  that.  It was -- again, I'll emphasize, it was very
10 early.  I don't know how, you know, flushed out it
11 would have become.  I don't recall.
12      Q.  When you say very early, you mean very
13 early in the process of preparing a skeleton Q&A?
14      A.  I mean it was a very rough draft.
15      Q.  Did the group or the team you described
16 working on the potential preannouncements also draft
17 any rough draft of a script or executive remarks?
18      A.  Not that I recall or am aware of.
19      Q.  Did that group that met on December 18th,
20 2018, start a rough draft of the investor letter?
21          MR. ASKEW:  Objection to form.
22          THE WITNESS:  As I mentioned earlier, I
23 don't recall the specific timeline or dates.
24 BY MR. BLACK:
25      Q.  Did someone instruct you to prepare a draft

Matthew Blake                                                    In re Apple Inc. Securities Litigation

Page 125

1  of the Q&A at any point?

2        MR. ASKEW:  So Mr. Blake, I'll caution you

3  you can answer that question yes or no, but if

4  answering the question would require you to go

5  beyond that and disclose communications that you had

6  with a member of Apple's legal department, then I

7  would instruct you not to testify as to those

8  communications.

9        THE WITNESS:  Yes.

10 BY MR. BLACK:

11       **Q.  Who instructed you to prepare a draft Q&A?**

12       A.  I don't recall the specifics.

13       So I just want to be clear, I may be a

14 little bit off here, but I think it may have been a

15 conversation with Luca and Nancy.

16       **Q.  Would that conversation have been as part**

17 **of one of these earnings meetings or was it a**

18 **separate conversation with just those two**

19 **individuals?**

20       A.  I don't recall.

21       MR. ASKEW:  Objection to form.

22 BY MR. BLACK:

23       **Q.  Why did Apple not preannounce on or around**

24 **December 18, the time of the meeting in Exhibit 16?**

25       MR. ASKEW:  Objection to form.

Page 126

1        THE WITNESS:  I'm not -- I don't think I

2  was in all of the conversations that would be

3  relevant there, so I probably have a high level of

4  information asymmetry here.  I believe the goal was

5  to have certainty and enough information before

6  releasing anything.

7  BY MR. BLACK:

8        **Q.  When you say enough information, do you**

9  **mean enough information to justify a**

10 **preannouncement?**

11       A.  Again, I wasn't --

12       MR. ASKEW:  Mr. Blake, I'm going to caution

13 you again not to reveal any privileged

14 communications in responding to the question.  If

15 you can answer the question without revealing

16 privileged communications, then please do so.

17       THE WITNESS:  Can you repeat the question?

18 Sorry.

19 BY MR. BLACK:

20       **Q.  Yeah.  So I'm going to repeat what you**

21 **said, and then I'll repeat my question.  You said,**

22 **"I probably have a high level of information**

23 **asymmetry here.  I believe the goal was to have**

24 **certainty and enough information before releasing**

25 **anything."**

Page 127

1        And then I said -- I asked, "When you say

2  enough information, do you mean information to

3  justify a preannouncement?"

4        A.  I think I'm probably not the right person

5  to answer that question, frankly.

6        **Q.  What is your understanding, as you sit here**

7  **today, as to why the preannouncement was necessary,**

8  **if it was?**

9        A.  I am not certain that a preannouncement is

10 ever necessary.  My understanding is that once

11 information became clear enough to discuss, it was,

12 I guess you could say, a best practice in terms of

13 investor communications to be forthcoming with that

14 information and not wait until the typical earnings

15 announcement cadence.

16       **Q.  Okay.  And is it accurate to say Apple**

17 **wanted to have enough information to be comfortable**

18 **with the fact that it was going to go outside of its**

19 **normal cadence for disclosure?**

20       MR. ASKEW:  Objection to form.  And same

21 caution about privileged communications.

22       THE WITNESS:  I think, again, and -- I'm

23 probably not the best person to answer that.

24 BY MR. BLACK:

25       **Q.  Okay.  But you're the person here**

Page 128

1  **testifying.  So I'm going to ask you what you know**

2  **and what you're able to testify as to, you know, and**

3  **then you can respond.**

4        **If you think there's someone that you**

5  **know, guided the process and you want to say that's**

6  **the person that knows, you can tell me that.  But I**

7  **would like to know what you know on this subject as**

8  **you sit here today.**

9        **Does that make sense?**

10       A.  I understand.

11       **Q.  Okay.  And so you used the phrase "enough**

12 **information," and I'm wondering, what type of**

13 **information Apple felt the need to collect so that**

14 **it had enough, as you used the term?**

15       A.  Yeah, I'm speaking -- when I use that term

16 I'm trying to speak in generalities because I wasn't

17 in all of these meetings.  I'm not -- also not an

18 expert from a disclosure perspective.

19       I think in part, when I think about it from

20 an investor relations communication perspective,

21 there is a benefit to being able to discuss actual

22 results or, you know, precision around actual

23 results when a preannouncement is made.

24       **Q.  As a very general statement you would**

25 **agree -- would you agree that there are different**

Matthew Blake                                              In re Apple Inc. Securities Litigation

Page 129

1 reasons you might want information?
2      MR. ASKEW:  Objection to form.
3      THE WITNESS:  Can you clarify?
4 BY MR. BLACK:
5      Q.  Yeah.  So for example, Apple may have
6 needed enough information to decide whether in the
7 first instance it was going to preannounce.
8      Would you agree with that statement?
9      MR. ASKEW:  Objection to form.  Go ahead.
10 Sorry.
11      THE WITNESS:  I think when deciding whether
12 to preannounce you would want to know that it was
13 necessary.
14 BY MR. BLACK:
15      Q.  Okay.  Once you decided it was necessary or
16 once Apple decided it was necessary, it might also
17 want enough information to be able to properly or
18 fully describe why it was preannouncing.
19      Is that a fair statement?
20      MR. ASKEW:  Objection to form.
21      THE WITNESS:  I think when making a
22 preannouncement, it's beneficial to fully explain
23 what changed, and drivers, and to be able to speak
24 clearly about the results.
25 ///

Page 130

1 BY MR. BLACK:
2      Q.  Okay.  Would you agree that at around the
3 time of this meeting in Exhibit 16, Apple was
4 working to collect information related to the
5 decision about whether or not to preannounce?
6      A.  So the exact timelines are pretty hazy to
7 me, like I've already said.  But I can say that
8 generally around that timeframe we would have been
9 working on, or the team would have been working on
10 the business drivers.
11      And I should add, you know, most likely
12 also the forecast and, you know, precision around
13 financial results.
14      Q.  Would it be accurate to say that the timing
15 of the disclosure, the shareholder letter to
16 investors was in part dependent on gathering data?
17      MR. ASKEW:  Objection to form.
18      THE WITNESS:  So, you know, again, I wasn't
19 in all of these meetings.  I think that there would
20 have been those factors I just described, which
21 include data gathering, it would include precision,
22 include completeness and accuracy.
23 BY MR. BLACK:
24      Q.  You were in some of those meetings, right?
25      A.  I was.

Page 131

1      Q.  Did you discuss in some of those meetings
2 data gathering, precision and accuracy, all the
3 things you just mentioned?
4      MR. ASKEW:  I'll caution you not to reveal
5 privileged communications, Mr. Blake.
6      THE WITNESS:  I think this would be under
7 privilege.
8 BY MR. BLACK:
9      Q.  Okay.  So your testimony is that you cannot
10 answer the question with a yes or no whether or not
11 you discussed in meetings the precision and accuracy
12 of a possible disclosure?
13      A.  I believe these meetings would have all
14 fallen under privilege.
15      Q.  What is the basis of your belief that all
16 of those meetings would have fallen under privilege?
17      MR. ASKEW:  The basis of his belief is his
18 instruction from his counsel not to answer the
19 question on the ground that it calls for
20 attorney-client privileged communications.
21      MR. BLACK:  So you did not instruct him not
22 to answer the question.  Two questions ago you said
23 "I'll caution you not to reveal privileged
24 communications."
25      MR. ASKEW:  Okay.  Well, I'm instructing

Page 132

1 him now.
2      So, Mr. Blake, you're instructed not to
3 answer Mr. Black's question about what was discussed
4 during that meeting.
5      MR. BLACK:  I'll clarify that I was asking
6 about more than one meeting.
7 BY MR. BLACK:
8      Q.  Mr. Blake, are you taking your counsel's
9 advice not to answer that question?
10      A.  Yes, I will.
11      Q.  You understand that it's possible that a
12 Court instructs you to come and sit for another
13 deposition if your counsel's advice does not
14 accurately describe the attorney-client privilege as
15 it applies to these meetings or communications?
16      MR. ASKEW:  Objection to form.
17      MR. BLACK:  That's just a statement anyway.
18      So, why don't we introduce the next
19 exhibit, number 18, which will be Blake Exhibit 17.
20      (Whereupon, Exhibit 17 was marked for
21      identification)
22 BY MR. BLACK:
23      Q.  Please, Lorenzo.  For the record, this is
24 APL-SECLIT_00642331.
25      Mr. Blake, do you have Exhibit 17 open?

Matthew Blake                                                In re Apple Inc. Securities Litigation

Page 133

1    A. I do.

2        Q. Does this appear to be a true and correct
3    copy of a meeting invite that you received?

4    A. It does.

5        Q. For a meeting on January 1, 2019; is that
6    right?

7    A. That's correct.

8        Q. So the subject of this meeting is
9    apparently "Earnings Q&A Prep Conference Call."

10       Do you see that?

11   A. I do see that.

12       Q. So I believe when we looked at the last
13   meeting invite from earlier in December, you had
14   said that it was described as an earnings Q&A prep
15   because Apple had not yet decided the form that a
16   disclosure or preannouncement might take; is that
17   right?

18   A. Yes, that's right.

19       Q. Okay. Does the title of this subject,
20   "Earnings Q&A Prep Conference Call," suggest that
21   Apple had still not decided what form the disclosure
22   should take?

23   A. Do we know when this was sent?

24       Q. I only have the information I see here on
25   the face of the exhibit.

Page 134

1    A. And this is on January 1st?

2        Q. I'm reading the "From" and "To" that I
3    think you see.

4    A. Yeah. So I think I can confidently say
5    that by January 1st the form was decided.

6        Q. Okay. Does this indicate, then, that
7    either someone just hadn't bothered changing the
8    name of the type of meeting or that this was sent
9    much earlier in the process?

10   A. I'm not sure. Possibly.

11       Q. Okay. Do you notice that the attendees
12   appear to be the same individuals as in the last
13   meeting invite but with the addition of Mr. Conroy
14   and Mr. Parekh?

15   A. I do see that.

16       Q. Why were Mr. Conroy and Mr. Parekh added to
17   this meeting?

18       MR. ASKEW: Objection to form.

19       THE WITNESS: So this meeting did not
20   originate from me. I imagine that -- so Donal would
21   have been in an operations role and I believe
22   involved in demand planning. Kevan, as I mentioned
23   earlier, was in a sales and marketing finance
24   business partner role.

25   ///

Page 135

1    BY MR. BLACK:

2        Q. Okay. And the shareholder letter was
3    issued the next day on January 2nd, 2019; is that
4    right?

5    A. That's my recollection, yes.

6        Q. And why was a meeting scheduled for
7    January 1st, 2019?

8        MR. ASKEW: Objection to form.

9        THE WITNESS: I want to be really clear
10   about this. I haven't -- you know, I haven't
11   thought about this in probably over three years.

12       I don't recall this meeting. This
13   meeting -- it says Q&A. This meeting may -- I
14   recall that Tim Cook -- sorry, this is helping me
15   recollect some things.

16       I do recall that Tim Cook had some, I
17   believe, interviews with the media after releasing
18   the letter, and this may have to do with those
19   interviews.

20   BY MR. BLACK:

21       Q. Okay. Separate from the letter itself, did
22   you prepare anything such as a Q&A related to
23   possible interviews?

24   A. I don't actually recall. I don't think I
25   was -- I would recommend that you speak with Nancy

Page 136

1    about -- about that.

2        Q. Okay. But you don't remember?

3    A. I don't remember, no.

4        Q. Would it generally fall to Mr. Talbot to
5    prepare that type of information for Mr. Cook?

6    A. No, I don't -- for a -- I'm not aware,
7    actually. I'm not aware of who would prep Tim for a
8    media interview.

9        MR. BLACK: Okay. Let's --

10       Lorenzo, can you please introduce number 19
11   as Blake Exhibit 18.

12       (Whereupon, Exhibit 18 was marked for
13       identification)

14   BY MR. BLACK:

15       Q. For the record, I will state this is
16   APL-SECLIT_00591402, or at least the one from
17   Mr. Wigg is.

18       Mr. Blake, let me know when -- looks like
19   it's not in the chat yet. Okay. There it is.

20   A. Okay. I have it up.

21       Q. Does this appear to be a true and correct
22   copy of an e-mail you received from Thomas Wigg at
23   Morgan Stanley on January 2nd, 2019?

24   A. It does.

25       Q. Okay. And this concerns the letter from

Page 137

1  Tim Cook to Apple investors that was issued on
2  January 2nd, 2019; is that right?
3      A.  I'm just looking through it real quick.
4      Q.  Yeah.
5      A.  Yes, it appears to.
6      Q.  Okay.  And this is the same type of e-mail
7  that Morgan Stanley sends to institutional investors
8  that we looked at earlier?
9      A.  Yes.
10     Q.  Okay.  And I think -- you can close that.
11     A.  Okay.
12         MR. BLACK:  Lorenzo, can you please
13  introduce number 20 as Blake Exhibit 19.
14         (Whereupon, Exhibit 19 was marked for
15         identification)
16  BY MR. BLACK:
17     Q.  Okay.  Exhibit 19 is APL-SECLIT_00156978.
18         Mr. Blake, do you have that document open?
19     A.  I do.
20     Q.  Exhibit 19 open.  Is this -- does this
21  appear to be a true and correct copy of an e-mail
22  you sent on January 7th, 2019?
23     A.  Yes, it does.
24     Q.  Okay.  And you see the first line, it says,
25  "UBS says that nearly all of their investor

Page 138

1  discussions following Tim's letter have centered on
2  the question of whether China weakness is
3  Apple-specific or general market weakness"?
4      A.  I see that.
5      Q.  As part of the process that resulted in the
6  issuance of the shareholder letter on January 2nd,
7  2019, did Apple look into the question of whether
8  China weakness was Apple-specific or general market
9  weakness?
10         MR. ASKEW:  Objection to form.
11         THE WITNESS:  I wasn't in all of those
12  discussions, as I've stated.  So it's hard for me to
13  comment on the extent of what all was discussed.
14         I do think as part of a general process it
15  would be normal when talking about business trends
16  to look at macroeconomic data as well as, you know,
17  company-specific data in certain circumstances.
18  BY MR. BLACK:
19     Q.  Okay.  And as you sit here today, can you
20  remember whether or not, you know, as part of the
21  process of issuing the shareholder letter Apple
22  looked at whether or not Apple's issues in China
23  were Apple-specific or general market?
24     A.  I do recall that there was some review of
25  macroeconomic data in addition to Apple data.

Page 139

1      Q.  Okay.  And do you remember whether or not
2  Apple ever concluded that weakness in its China
3  business was specific to Apple?
4          MR. ASKEW:  Objection to form.
5          THE WITNESS:  I believe that, you know, to
6  the best of my understanding, what was included in
7  the investor letter reflected our understanding of
8  what had occurred.
9  BY MR. BLACK:
10     Q.  Does the investor letter refer to or
11  describe any business lost to Apple competitors,
12  such as Huawei or Xiaomi?
13         MR. ASKEW:  Objection to form.
14         THE WITNESS:  I don't believe so.
15  BY MR. BLACK:
16     Q.  Do you remember whether or not Apple looked
17  at whether or not it had lost market share to
18  competitors in China as part of the process of
19  issuing the January 2nd, 2019, letter?
20     A.  I don't recall.
21         MR. BLACK:  Okay.  Why don't we close that.
22  Lorenzo, can you please introduce number 21
23  as Blake Exhibit 20 (sic).
24         (Whereupon, Exhibit 21 was marked for
25         identification)

Page 140

1  BY MR. BLACK:
2      Q.  For the record, this is
3  APL-SECLIT_00601331.  And Lorenzo is this marked
4  Exhibit 21?
5          APTUS VIDEO TECHNICIAN:  Yep, sorry.
6          MR. BLACK:  We can leave it, that's fine.
7          APTUS VIDEO TECHNICIAN:  Okay.
8  BY MR. BLACK:
9      Q.  Mr. Blake, do you have Exhibit 21 open?
10     A.  I do.
11     Q.  Does this appear to be a true and correct
12  copy of an e-mail that you received on January 8th,
13  2019?
14     A.  It appears so.
15     Q.  Do you see that the subject of this e-mail
16  is "Interview prep"?
17     A.  I do see that.
18     Q.  What is the interview being referred to
19  here?
20     A.  I am not certain at this point, but I
21  believe that it would have been a media interview.
22  I couldn't tell you which one, though.  And again,
23  I'm not certain.
24     Q.  Okay.  If you turn to the third page, and
25  this is ending in 1333.

Page 141

1    A.  Okay.

2       Q.  Do you see that there's an e-mail from
3  Saori Casey sent on January 7th, 2019, at 12:45 p.m.
4  that starts, "Tim, Here are the answers to your
5  questions"?

6    A.  I see that.

7       Q.  And is this Ms. Casey providing answers to
8  Mr. Cook's questions that he needs for an interview?

9    A.  It appears so.

10      Q.  And does it appear that the questions
11  concern Apple's business along with one question
12  number 5) about Netflix stats?

13    A.  Sorry, the Netflix stats question relates
14  to, I believe, to Apple's business as well because
15  it's referencing, I believe, how much of their
16  revenue or what percent of our total services
17  revenue is comprised of Netflix.

18      Q.  Okay.  But otherwise, in answer to my
19  question, it is correct that these questions concern
20  Apple's business?

21    A.  Yes, they do concern Apple's business.

22      Q.  Okay.  Are any of these legal questions, to
23  your knowledge?

24      MR. ASKEW:  Objection to form.

25      THE WITNESS:  Not to my knowledge.

Page 142

1  BY MR. BLACK:

2       Q.  You were on this entire e-mail thread; is
3  that right?

4    A.  Yes, it appears so.

5       Q.  Without revealing any --

6    A.  Sorry, no.  I'm not on the original e-mail
7  from Tim.

8       Q.  Okay.  Every e-mail after that original
9  e-mail from Tim, Mr. Cook?

10    A.  Yes.  Yes, it looks like Saori copied me.

11      Q.  Turning to page 1, and without revealing or
12  even discussing any attorney-client communications
13  are you able to tell me just whether or not, you
14  know, what the privileged and confidential
15  communications are that have been redacted from this
16  first e-mail?

17    A.  I don't even remember the e-mail.  I can
18  see that it is redacted.  So no, sorry.

19      Q.  And as you sit here today, do you have any
20  understanding of why these message might have been
21  privileged and confidential?

22      MR. ASKEW:  Objection to form.

23      THE WITNESS:  Again, I don't -- I don't
24  recall this.

25      MR. BLACK:  Okay.  We can close this

Page 143

1  document.

2       Lorenzo, can you introduce number 23.  Why
3  don't we call that Exhibit 20, please.

4       (Whereupon, Exhibit 20 was marked for
5  identification)

6  BY MR. BLACK:

7       Q.  This is APL-SECLIT_0024703, for the record.

8       Mr. Blake, do you have Exhibit 20 open?

9    A.  I do.

10      Q.  Okay.  Does this appear to be a true and
11  correct copy of an e-mail you received on
12  January 24, 2019?

13    A.  It does.

14      Q.  And the subject of this e-mail is "Earnings
15  prep questions"; is that right?

16    A.  That's correct.

17      Q.  And this is for Apple's regularly scheduled
18  or regular cadence issuance of earnings results; is
19  that correct?

20    A.  Yes, I believe so.

21      Q.  Do you see the first question in bold on
22  the first page of this document, it says, "Is the
23  slowdown in China only caused by macro factors or
24  also local competition in your markets?  Have you
25  priced yourself out of the market?"

Page 144

1       Do you see that?

2    A.  I do.

3       Q.  Does this refresh your recollection as to
4  whether or not Apple looked into, prior to the
5  January 2nd, 2019 investor letter, whether or not
6  Apple's results in China were Apple-specific or
7  general to the market?

8    A.  I think I stated that there was some review
9  of the macroeconomic data that was available -- I
10  didn't say that, but there was some review of the
11  macroeconomic data.

12      You know, obviously, it would have been the
13  data that was available at that time.  But I wasn't
14  involved, as I stated, in all of those
15  conversations, so -- and I don't recall to the
16  extent in those discussions how much was reviewed
17  around macroeconomic data or whether there were
18  conversations I wasn't a part of.

19      Q.  And do you remember whether there were
20  conversations about local competition as described
21  here in this question and answer -- and proposed
22  response?

23    A.  I don't recall.  Again, my memory is hazy
24  and, you know, there are some pieces that are coming
25  back a little bit, but not much.

Page 145

1     MR. BLACK: Okay. Why don't we close this
2  document as well.
3     Lorenzo, can you please introduce number 24
4  as Blake Exhibit 1 (sic). And for the record --
5     APTUS VIDEO TECHNICIAN: Sorry. Was that
6  exhibit -- did you say Exhibit 1?
7     MR. BLACK: Sorry. Number 24 as Blake
8  Exhibit 21 -- oh, sorry. That's already in there.
9  Blake Exhibit 22.
10     (Whereupon, Exhibit 22 was marked for
11        identification)
12  BY MR. BLACK:
13     **Q. Again, for the record, Blake Exhibit 22**
14  **begins with APL-SECLIT_00598533, and it includes the**
15  **attachment to that document.**
16        **Mr. Blake, do you have Exhibit 22 up?**
17     A. I do.
18     **Q. Okay. Does this appear to be a true and**
19  **correct copy of an e-mail that you sent to**
20  **Ms. Paxton on March 26th, 2019?**
21     A. It does.
22     **Q. And the subject is "Return of capital."**
23        **Do you see that?**
24     A. I do.
25     **Q. And the title of the attachment is "BOD**

Page 146

1  **Luca Capital Return."**
2        **Do you see that?**
3     A. I do.
4     **Q. And "BOD" refers to the board of directors;**
5  **is that correct?**
6     A. That's correct.
7     **Q. Okay. Do you see that Ms. Paxton has**
8  **written, "When you have a chance, could you send me**
9  **the ROC presentation for the BOD? Trying to get a**
10  **head start on earnings script prep"?**
11     A. I see that.
12     **Q. Why did Ms. Paxton want the ROC**
13  **presentation to start the earnings script prep?**
14     MR. ASKEW: Objection to form.
15     THE WITNESS: So we provided an annual
16  capital return update to the market. I mentioned
17  earlier that as part of my corporate finance
18  responsibilities I would lead preparation of that
19  presentation. That was a presentation that I
20  believed Luca gave to the audit committee and board
21  of directors. I believe Gary Wipfler also joined,
22  although I'm not certain, those presentations.
23     I'm not certain why Nancy wanted that at
24  this point, but it is -- it would have been
25  something unique for that time of year.

Page 147

1  BY MR. BLACK:
2     **Q. Okay. So that's just a one-page or maybe**
3  **even just one-sentence e-mail.**
4        **Turning to the next page, do you see the**
5  **start of the "Return of Capital Update," apparently**
6  **a slide deck?**
7     A. I do.
8     **Q. Who prepared this Return of Capital Update?**
9     A. I did.
10     **Q. When did you prepare this? And let me**
11  **rephrase the question.**
12        **I see under the title on the first page of**
13  **the attachment, it says February 28, 2019. Would**
14  **that have been the day you finished preparing this**
15  **slide deck?**
16     A. I can't say for certain when it was
17  finalized, but if -- and I don't recall when the
18  meeting was. It appears it was on February 28. It
19  would have been done in advance of that.
20     **Q. It would have been prepared for a specific**
21  **meeting on February 28th; is that correct?**
22     A. Yes, it appears so.
23     **Q. Okay. And then Nancy Paxton wanted it**
24  **later as related to earnings prep; is that correct?**
25     A. Yes.

Page 148

1     **Q. Okay. I'm going to ask you to turn a**
2  **number of pages to the document ending -- in the**
3  **bottom right corner you'll see APL-SECLIT_00598553.**
4  **So that will take -- it's about 12 pages, but I'm**
5  **not exactly sure.**
6        **And then there's a title at the top, it**
7  **says, "AAPL Price During Buyback Program."**
8     A. Yes, I see that.
9     **Q. Would you have prepared this chart that**
10  **we're looking at?**
11     A. Yes, I would have.
12     **Q. Okay. Where did you obtain this data from**
13  **to prepare this chart?**
14     A. The price data would have been pulled, I
15  believe, from Bloomberg. The share repurchase
16  amounts I would have pulled I think most likely from
17  my cash forecast file that I mentioned previously.
18     **Q. And do you see that -- the writing is a**
19  **little bit small. But you can blow it up if you**
20  **need to.**
21        **In the second quarter of 2018 Apple**
22  **repurchased $23.5 billion of shares.**
23        **Is that accurate?**
24     A. I see that.
25     **Q. Okay. And then 20, 19.4 and 8.2 in the**

Matthew Blake                                          In re Apple Inc. Securities Litigation

Page 149

1  third quarter and fourth quarter of 2018 and the
2  first quarter of 2019, respectively?
3      A. I see that.
4      Q. Okay.  Let's turn to, two pages now, so
5  ending in 598555 in the bottom right corner.
6         So I'm looking at the page -- sorry.  At
7  the top it says, "Retrospective Share Buyback
8  Assessment."
9         Do you see that?
10     A. I see that.
11     Q. Okay.  The second bullet says, "Given we no
12  longer have a timeframe, in the hypothetical
13  scenario, we have assumed a 20 billion a quarter
14  pace."
15         Do you see that?
16     A. I see that.
17     Q. What does it mean that "we no longer have a
18  timeframe"?
19     A. I'm trying to refresh my memory.  So I
20  can't recall exactly what we had said prior to this,
21  but I believe it's referring to following the
22  enactment of tax reform, we set out some new capital
23  structure goals for the first time ever, which was
24  to reach net cash neutral over time.
25         I'm trying to recall what we said with our

Page 150

1  share buyback announcements, our capital return
2  announcements prior to tax reform.
3         But with tax reform, having passed them
4  with that target -- again, I can't recall exactly
5  what we said, but there wasn't specificity around
6  the buyback cadence, or at least less specificity
7  given that the target was around reaching net cash
8  neutral over time, which is defined as total cash
9  investments on the balance sheet less debt.
10         So in other words, roughly equal.
11     Q. Okay.  And the $20 billion a quarter pace
12  that is being assumed here, that's 20 billion in
13  share buybacks a quarter is the assumed pace for
14  planning to get to cash neutral; is that correct?
15     A. I would describe that as our planning
16  assumption.
17     Q. Okay.  Who came up with that planning
18  assumption?
19     A. I believe that would have been a discussion
20  between myself, Gary Wipfler, Luca, and most likely
21  Mike Shapiro.
22     Q. Okay.  Can we move 12 pages forward to the
23  page ending in 598567.  And I think this is a single
24  page -- or a page saying simply, "Base Case with 20
25  billion quarter pacing."

Page 151

1         Do you see that?
2      A. I see that.
3      Q. And that's the same assumed or hypothetical
4  pace we were just looking at as part of the plan to
5  get to cash neutral?
6      A. Yes.
7      Q. Okay.  Looking at the page immediately
8  before that, so this is 598566, it says, "Current
9  Return of Capital Program."
10     A. Yes.
11     Q. Do you see that it has -- there's a chart.
12  And the chart starts with 2Q18 and goes to 2Q19.
13     A. Yes.
14     Q. Okay.  And then it looks like, like the
15  chart we looked at earlier -- or this is a table, I
16  guess, and we looked at a chart earlier, 2Q18 Apple
17  bought back 23.5 billion shares.
18         Is that right?
19     A. Appears correct.
20     Q. And then in the next two quarters, 3Q18,
21  4Q18, it's 20 billion and 19.4 billion?
22     A. That's correct.
23     Q. Okay.  And then for 1Q19, it's 8.2 billion;
24  is that right?
25     A. That's correct.

Page 152

1      Q. So it looks like 2Q, 3Q and 4Q were all
2  roughly on that 20 billion a quarter pace.
3         Is that fair?
4      A. In rough terms.
5      Q. Okay.  And then 1Q19 at 8.2 billion is
6  significantly below 20 billion; is that fair?
7      A. Yes.
8      Q. Okay.  And then 2Q19 is marked as 30
9  billion -- or indicates 30 billion; is that correct?
10     A. I see that.
11     Q. Why was 2Q19 so much higher than 1Q19?
12         Let me ask the specific question, and I'll
13  come back to that.
14     A. Yeah.
15     Q. 30 billion is ten more than 20 billion,
16  right?
17     A. Correct.
18     Q. And some of the pages we just looked at
19  indicated that Apple was assuming or planning for
20  about a $20 billion share repurchase quarter pace;
21  is that correct?
22     A. That is correct.
23     Q. Was 2Q19 higher to make up for a 1Q19 that
24  was below 20 billion?
25     A. I don't recall if it was making up for

Page 149..152

Page 153

1 pacing versus where -- I don't, you know, recall
2 exactly where Apple's share price would have been at
3 that point.  And you know, there may have been an
4 opportunity based on that.  I don't know if it was a
5 combination of those factors.
6     Q.  Apple's share price fell after the
7 January 2nd, 2019, announcement; is that correct?
8     A.  I'm aware of that, yes.
9     Q.  If there was an opportunity based on share
10 price wouldn't it have occurred at the -- in the
11 last month or so of 1Q19?
12        MR. ASKEW:  Objection to form.
13 BY MR. BLACK:
14     Q.  If you want we can go back to page --
15     A.  1Q19 is referring to fiscal quarter.
16     Q.  Yeah, Apple's fiscal quarter as reflected
17 in the table we're looking at right now.
18     A.  Right.
19     Q.  Oh, so that ended on December 29th; is that
20 correct?
21     A.  I believe that's what I was indicating
22 here, yeah.
23     Q.  One second.  Can you look back at page, the
24 page ending in the bottom right corner with 598553.
25     A.  553, you said?

Page 154

1     Q.  The top, it says, "AAPL Price During
2 Buyback Program."
3     A.  I'm struggling with this file a little bit.
4 I'm there.
5     Q.  Yeah.  Okay.  Understandably.  It's a
6 pretty big document.
7        This has Apple share repurchases as
8 compared to Apple's share price; is that correct?
9     A.  That's correct.
10     Q.  Okay.  And Apple's share price generally
11 went up from approximately Q3 '16 through about
12 either Q4 '18 or Q1 '19?
13        MR. ASKEW:  Objection to form.
14        THE WITNESS:  The trend is during that
15 timeframe Apple's share price was rising, yeah.
16 BY MR. BLACK:
17     Q.  And the largest quarters of share price
18 purchases or -- sorry.
19        The largest share repurchases during that
20 time period occurred in Q218 then and then also Q3 and Q4
21 of 2018?
22     A.  Yes.  And those were the quarters
23 immediately following tax reform as well.
24     Q.  Okay.  And those would be the quarters that
25 are closest to that 20 billion pace that we

Page 155

1 discussed; is that right?
2     A.  Yes.
3     Q.  Okay.  Why don't we --
4     A.  And again, I believe that pace was, you
5 know, from memory, in reference to post tax reform.
6 And looking at this chart, to your prior question,
7 it does appear that I was referencing fiscal
8 quarters, not calendar quarters.
9        MR. BLACK:  Okay.  I appreciate the
10 clarification.  I think we're right on an hour.  Do
11 you want to go off the record for a short break?
12        MR. ASKEW:  Yeah, let's do that.
13        THE WITNESS:  Okay.
14        APTUS VIDEO TECHNICIAN:  The time is 2:00.
15 We're going off the record.
16        (Recess taken)
17        APTUS VIDEO TECHNICIAN:  The time is 2:14.
18 We're back on the record.
19        MR. BLACK:  Okay.  Welcome back, Mr. Blake.
20        Lorenzo, can you please introduce number 25
21 as Blake Exhibit 23.
22        (Whereupon, Exhibit 23 was marked for
23        identification)
24 BY MR. BLACK:
25     Q.  For the record, Exhibit 23 is

Page 156

1 APL-SECLIT_00588867.
2        Mr. Blake, does this appear to be a true
3 and correct copy of an e-mail you received on
4 November 13th, 2018?
5     A.  Yes, it does.
6     Q.  Okay.  Can you turn to the second page,
7 please.
8        Do you see at the top of the page there's
9 an e-mail from Mr. Wipfler that reads, "This is
10 probably moving us back toward 'undervalued' from
11 'attractive,' yes?  If agree, I'll forward to Luca
12 if you haven't done already so he has it in his hip
13 pocket for tomorrow.  We should consider it in our
14 Q1 buy back challenge questions."
15        Do you see that?
16     A.  I do see that.
17     Q.  What's the difference between undervalued
18 and attractive?
19     A.  I'm trying to remember the context on this.
20     Q.  Yeah, feel free to peruse the rest of the
21 e-mail thread and see if that helps.
22     A.  Okay.  Sorry, I've read it.
23     Q.  Okay.  So my question was what is the
24 difference between undervalued and attractive as
25 used here?

Matthew Blake                                    In re Apple Inc. Securities Litigation

Page 157

1     A.  I don't recall.  I'm not sure if it was --
2  it's in quotation marks, which may allude to a
3  conversation.  I'm not certain.
4     Q.  Okay.  You see Mr. Wipfler says he'll
5  "forward to Luca if you haven't done so already so
6  he has it in his hip pocket for tomorrow."
7        What does "tomorrow" refer to?
8     A.  It appears to refer to a meeting, but I'm
9  not -- looking at the context here, I'm not sure
10  what the meeting is.
11     Q.  Can you tell whether it's a board meeting
12  or another type of meeting?
13     A.  At the top of the e-mail chain, excuse me,
14  he mentions AFC, which is the audit and finance
15  committee of the board.
16     Q.  Okay.  And "discussing early before AFC"
17  likely refers to a meeting with the audit and
18  finance committee?
19     A.  Yes, it appears to.
20     Q.  Going back to page 2, Mr. Wipfler's e-mail
21  at the top of the page, it ends, "We should consider
22  it in our Q1 buy back challenge questions."
23        Do you see that?
24     A.  I see that.
25     Q.  What is a challenge question?

Page 158

1     A.  I don't know.  I was wondering the same
2  thing.
3     Q.  Okay.  And I take it you don't know, then,
4  what a Q1 buy back challenge question is?
5     A.  Well, Q1, I think, refers to fiscal Q1.
6  But I don't know what question -- I don't recall
7  what question Gary is referring to here.
8     Q.  Okay.  Do you know whether the challenge
9  question is coming from the audit and finance
10  committee?
11     A.  I don't recall where that question might
12  have been coming from.
13     Q.  And "buy back" would refer to share
14  repurchase; is that correct?
15     A.  That's correct.
16     Q.  Do you see on the first page Mr. Wipfler
17  has another e-mail, starts, "I wasn't clear," and
18  then there's a second paragraph below that that
19  says, "I wasn't suggesting we include that with Luca
20  now.  I just want to let him know you did valuation
21  analysis again in case he wants to see comparisons
22  to Friday close."
23     A.  I see that.
24     Q.  Does Friday's close refer to the close of
25  trading the Friday before this Tuesday,

Page 159

1  November 12th?
2     A.  I believe so.
3     Q.  Okay.  And why did -- is it Mr. Gala or
4  Gala?
5     A.  Gala.
6     Q.  Gala, sorry.  Why did Mr. Gala do a
7  comparison between Friday's close and this valuation
8  being described here?
9     A.  I don't recall if this was something that
10  was being presented to the audit and finance
11  committee or was for Luca's reference in case any
12  questions came up during that meeting.
13        It may have been a presentation -- again, I
14  don't exactly recall.
15        I think what it's referring to is that
16  there would have been -- if it was a presentation to
17  the audit and finance committee, there would have
18  had to have been probably a time when we went
19  pencils down so that that -- you know, a cut-off
20  time, basically for finalizing that presentation.
21        And otherwise, it may have just been that
22  this was shared with Luca as of then.  But at any
23  rate, it appears as though the analysis was updated
24  so that Luca would have the latest.
25        MR. BLACK:  Okay.  Why don't we close this.

Page 160

1        Lorenzo, can you please introduce number
2  26 -- not 26B or anything like that -- just 26 as
3  Blake Exhibit 24.
4        (Whereupon, Exhibit 24 was marked for
5        identification)
6  BY MR. BLACK:
7     Q.  This is going to be APL-SECLIT_00359305.
8        Mr. Blake, please let me know when you have
9  Exhibit 24 open.
10     A.  I have it open.
11     Q.  Does this appear to be a true and correct
12  copy of an e-mail you received from Michael Shapiro
13  on November 13th, 2018?
14     A.  It does.
15        MR. BLACK:  Okay.
16        Lorenzo, can you please introduce number
17  27 -- and not 27B or anything else -- as Exhibit
18  Number 25, Blake Exhibit Number 25.
19        (Whereupon, Exhibit 25 was marked for
20        identification)
21  BY MR. BLACK:
22     Q.  For the record, Exhibit 25 is
23  APL-SECLIT_00028738.
24        Mr. Blake, does this appear to be a true
25  and correct copy of an e-mail you received from

Page 157..160

Highly Confidential

Matthew Blake                                                    In re Apple Inc. Securities Litigation

Page 161

1  Mr. Shapiro on January 3rd, 2019?
2      A.  It does.
3          MR. BLACK:  Okay.
4          And once again, Lorenzo, can you please
5  introduce number 28 -- and not 28B or anything like
6  that -- as Blake Exhibit Number 26.
7          (Whereupon, Exhibit 26 was marked for
8          identification)
9  BY MR. BLACK:
10     Q.  Exhibit 26 is APL-SECLIT_00359305 -- I'm
11 sorry, it's 00248250.  I read the wrong number.
12         And Mr. Blake, does this appear to be a
13 true and correct copy of an e-mail you received from
14 Mr. Shapiro on April 1st, 2019?
15     A.  It does.
16     Q.  Okay.  Looking at Exhibits 24, 25 and 26,
17 is it correct that Mr. Shapiro sends you and others
18 a share repurchase summary once a quarter?
19     A.  This -- the frequency of this, from my
20 recollection, was that it was sent every day that we
21 were active in the market.
22     Q.  Okay.  And Mr. Shapiro would have sent out
23 a share repurchase summary every day that you were
24 active in the market, is that --
25     A.  That is my recollection, yes.

Page 162

1      Q.  Okay.  What was the purpose of Mr. Shapiro
2  sending out these share repurchase summaries?
3      A.  Mike was responsible for the
4  recommendations in terms of our, you know, current
5  quarter execution and then execution of the actual
6  repurchase activities themselves.
7          And so, you know, this e-mail went out to a
8  group of individuals who -- I'm not sure exactly how
9  he set up this distribution list, but he would
10 have -- I assume he would have wanted to inform of
11 the activities as they were executed.
12         MR. BLACK:  Lorenzo, can you please
13 introduce number 28C, C as in cat, as Blake Exhibit
14 Number 27.
15         (Whereupon, Exhibit 27 was marked for
16         identification)
17 BY MR. BLACK:
18     Q.  28C also has the same Bates number
19 APL-SECLIT_00248251 as Exhibit 25.  I will represent
20 this is a summary -- it is the summary tab from the
21 attachment to Exhibit 26 that we just looked at.
22         So there are -- Exhibit 26 has a
23 spreadsheet attached and lots of tabs and too much
24 information to print or view in a collective way.
25         So I will represent that the only change I

Page 163

1  have made to this is that in the bottom right corner
2  I added, "Summary Tab," the Bates number and the
3  confidentiality designation and then printed to PDF.
4          And then I will ask you, Mr. Blake, does
5  this appear to be a true and correct copy of the
6  summary tab to the extent -- or as I've described it
7  as a PDF document with the title and tab name in the
8  bottom right corner?
9      A.  I'm not going to go through and validate
10 these numbers, but yes, it does appear to be
11 correct.
12     Q.  And this is information you would have been
13 generally familiar with at the time of working at
14 Apple?
15     A.  This is information that I would have been
16 knowledgeable of in part due to this e-mail.
17     Q.  So this -- the title of this tab is, "AAPL
18 Share Repurchase Summary By Quarter."
19         Do you see that?
20     A.  I see that.
21     Q.  Do you see this reports, apparently, the
22 same numbers that we have looked at previously but
23 now down to the penny for total repurchases by
24 quarter?
25     A.  I see that.

Page 164

1      Q.  For example -- okay.  Thank you.  Sorry.  I
2  talked over you.
3          So the second quarter of 2018 reports
4  $23,499,995,459.59 of share repurchases; is that
5  right?
6      A.  I see that.
7      Q.  Okay.  And as we saw before, Apple went
8  from about 23 and a half billion in the second
9  quarter of 2018 to about 20 billion in the third
10 quarter, about 19 and a half billion in the fourth
11 quarter, and then about 8.2 billion in the first
12 quarter of 2019; is that right?
13     A.  I see that.
14         MR. BLACK:  Okay.
15         Lorenzo, can you please introduce
16 Exhibit 28D now as Blake Exhibit 28.
17         (Whereupon, Exhibit 28 was marked for
18         identification)
19 BY MR. BLACK:
20     Q.  I'll represent for the record that this is
21 the next tab in the same spreadsheet we were just
22 looking at.  But this time it's excerpted.
23         The tab is titled "FY19."
24         If you look at the second page of this
25 document, I've done the same by putting in the

Matthew Blake                                                    In re Apple Inc. Securities Litigation

Page 165

1 bottom right corner what I've done.
2        So this is the FY19 Q1 tab.  It's
3 excerpted, cells A1 to N71 -- or rows 1 to 71, and
4 columns A to N.  It has the same Bates number and
5 confidentiality designation.
6        Do you see that, Mr. Blake?
7    A.  I see it.
8    Q.  Okay.  Does this appear to be a true and
9 correct copy of an excerpt of the tab from the
10 attachment to the e-mail we were looking at as
11 Exhibit 26?
12   A.  Yes, as far as I can tell.
13   Q.  Okay.  Do you see -- looking at the first
14 page of this document, do you see that the first two
15 columns are the trade date and the settle date?
16   A.  I do.
17   Q.  Okay.  You see the third column is "Bank
18 Cparty"?
19   A.  Yes.
20   Q.  Does the "GS" under "Bank Cparty" for a
21 number of these rows indicate Goldman Sachs?
22   A.  It does.
23   Q.  Do you see that the heading over the next
24 five or so columns is "Open Market Purchases"?
25   A.  I see that.

Page 166

1    Q.  And then the heading over the next five or
2 so columns after that is "10b5-1 Purchases"?
3    A.  Yes.
4    Q.  What are 10b5-1 purchases?
5    A.  So those would be trades that were executed
6 pursuant to a 10b5-1 plan.
7    Q.  And what are open market purchases?
8    A.  Those are trades that would have been
9 executed by Mike in the open market.
10   Q.  Okay.  And these are both types of share
11 repurchases; is that correct?
12   A.  That's correct.
13   Q.  Okay.  Do you see that from October 1st to
14 October 2nd -- or sorry, from October 1st to
15 November 2nd, 2018, Apple made no open market
16 purchases?
17   A.  I see that.
18   Q.  And during the same time period it made a
19 number of 10b5-1 purchases?
20   A.  Yes, I see that.
21   Q.  Okay.  And do you see that from
22 November 5th to November 13th Apple made a number of
23 open market purchases?
24   A.  I see that.
25   Q.  And then for the same time period,

Page 167

1 November 5th to November 13th, Apple made no 10b5-1
2 purchases?
3    A.  Yes, I see that.
4    Q.  Why did Apple not make any open market
5 purchases between October 1st and November 2nd?
6        MR. ASKEW:  Objection to form.
7        THE WITNESS:  So when determining whether
8 or not to make share repurchases -- or the form, I
9 guess, in which to make share repurchases, there
10 were a number of factors that Mike took into
11 account.
12       We -- and I don't remember the exact dates,
13 but we would not have conducted open market
14 purchases based -- at certain times during the
15 quarter, based on blackout windows, I believe.
16 BY MR. BLACK:
17   Q.  Okay.  And that would be blackout windows
18 related to the reporting of Apple's financial
19 earnings; is that correct?
20   A.  That is what I'm referring to.
21   Q.  Okay.  So if Apple reported its 4Q '18
22 results on November 1st, 2018, the reason for the
23 10b5-1 purchases before and just after that date
24 would be because of reporting those financial
25 results?

Page 168

1    A.  I think Mike or Gary might be better to
2 speak to, you know, when transition dates between or
3 cut-off dates for 10b5-1 plans occurred.
4        But I believe that open market purchases
5 wouldn't have occurred -- well, let me put it this
6 way.  I think the only method for share repurchase
7 during that blackout window would have been either a
8 10b5-1 plan or an ASR plan -- or a ASR program, I
9 should say, that was put in place prior to the
10 blackout.
11   Q.  Okay.  And then it looks like Apple made no
12 share repurchases after November 13th.
13       Do you see that?
14   A.  What was the date on this file?
15   Q.  So the e-mail it was attached to is
16 April 1st, 2019.
17   A.  Okay.  I don't recall exactly when share
18 repurchases stopped, but that appears to be correct.
19   Q.  Okay.  You can go to the second page and
20 see that the totals are still given.
21       So there were a number of share repurchases
22 made, but there were no repurchases made through
23 December 28, 2018, according to the FY19 Q1 tab.
24       Do you see that?
25   A.  I see that.

Page 165..168

Matthew Blake                                                          In re Apple Inc. Securities Litigation

Page 169

1    Q.  Why were no share repurchases made between
2  November 13 -- or following November 13th through
3  the end of the quarter?
4       MR. ASKEW:  Objection to form.
5       THE WITNESS:  So I think as I previously
6  mentioned, the recommendations around the amount to
7  execute and the form of execution in any given
8  quarter were responsibilities that Mike performed
9  and, you know, Gary in his role would have overseen.
10       To be clear, at, you know, certain points
11  in time, I was involved in some conversations around
12  those recommendations, but I don't recall the
13  specifics that went into, you know, that -- whether
14  that was a recommendation or otherwise to stop share
15  repurchase then.
16  BY MR. BLACK:
17    Q.  And when you say recommendation, you mean
18  Michael Shapiro or Gary Wipfler or both would have
19  recommended to Mr. Maestri to halt share
20  repurchases?
21       MR. ASKEW:  Objection to form.  Go ahead.
22       THE WITNESS:  So in conversations,
23  generally speaking, when I was privy to them, it
24  would have been a conversation around the plan
25  between Mike and Gary and Luca.

Page 170

1       I don't recall if there was any sort of
2  formal approval by Luca, but there may have been.
3  BY MR. BLACK:
4    Q.  Okay.  But, so it would have been
5  Mr. Shapiro or Mr. Wipfler's recommendation or even
6  decision that Mr. Maestri would have either formally
7  or informally agreed with?  Is that a fair way to
8  describe it?
9       MR. ASKEW:  Objection to form.
10       THE WITNESS:  So he would have been part of
11  those conversations, and, you know, they may have
12  debated what to do.
13       Let's just say I think, you know, that all
14  three would have aligned.  That's probably the way I
15  would characterize it based off of what I observed.
16  BY MR. BLACK:
17    Q.  Okay.  And you, yourself, were not part of
18  that decision; is that right?
19    A.  Again, I don't recall for that -- for this
20  specific quarter.  I may have been -- I may have
21  been included in those discussions.  I don't recall.
22    Q.  Was there a blackout period at this time?
23    A.  I don't recall.
24    Q.  Was there an instruction that came from
25  anywhere else in Apple, such as the legal

Page 171

1  department, instructing these individuals to stop
2  share repurchases?
3    A.  I don't recall.
4    Q.  Okay.  Comparing Exhibit 27 to Exhibit 28,
5  is the reason that share repurchases fell below that
6  $20 billion pace we looked at in 1Q19 for Apple
7  because share repurchases stopped on or after
8  November 13th, 2018?
9    A.  What I don't recall is whether there was an
10  ASR, accelerated share repurchase, program
11  outstanding at that time and whether it was buying
12  back any shares.
13       But I think it's fair to say that not being
14  in the open market after that date would have been
15  a large driver in the reduction of the amount of
16  buybacks.
17    Q.  Okay.  And looking at Exhibit 28, would it
18  be fair to say that Apple was roughly on pace to
19  repurchase about $20 billion in shares up until
20  November 13th?
21    A.  So the way -- the way I'm reading this is
22  that -- I'm going to do rough math here.  Obviously
23  I don't have this in Excel, but the way I'm looking
24  at this is through half of the quarter, this tab in
25  Exhibit 28 shows about 6.9 billion in share

Page 172

1  repurchase.  So I -- technically that appears like
2  it would have -- you know, if that average pace
3  would have continued, it would have come in a bit
4  short, but --
5    Q.  And how are you getting the 6.9 billion?
6    A.  Oh, sorry.  Maybe I'm reading that wrong.
7    Q.  Let me ask a different question before you
8  answer, actually.
9       So looking at the second page of
10  Exhibit 28, there is a -- you know, the bottom row
11  is "Q1'19 Total."
12       Do you see that?
13    A.  Yeah.  That's the row I'm looking at, yeah.
14    Q.  Okay.  And then it looks like at the end of
15  the open market section, the total would be about
16  1.35 billion, and the end of the 10b5-1 section
17  would be 6.89 about, and the addition of those two
18  numbers would give you the total.
19    A.  Yeah.  So again, I think if you add those
20  two numbers together, you'd get to a little over 8
21  billion.  I'm not counting the exact number of
22  trading days here, but I think you'd come a little
23  bit -- a little bit short of 20 billion, I believe.
24    Q.  Right.  And that would be consistent,
25  wouldn't it, with what the number, the total number

Page 169..172

Matthew Blake                                          In re Apple Inc. Securities Litigation

Page 173

1 in Exhibit 26 for a quarter, eight something
2 billion -- I'm sorry.  I said Exhibit 26.  I meant
3 Exhibit 27.
4      A. 27.  Sorry.
5      Q. Yeah.  So I think Exhibit 27 gives 8.2?
6      A. 8.2.  Yeah.
7      Q. Yeah.  Is that right?
8      A. I see that.
9      Q. The math is about equivalent to what
10 Exhibit 27 shows?
11      A. I assume it's correct.
12      MR. BLACK:  Okay.
13      Lorenzo, can you introduce number 29 as
14 Blake Exhibit 29.
15      (Whereupon, Exhibit 29 was marked for
16      identification)
17 BY MR. BLACK:
18      Q. And this is APL-SECLIT_00293935.
19      Mr. Blake, does this appear to be a true
20 and correct copy of an e-mail you sent on
21 November 15th, 2018?
22      A. Yes.
23      Q. And this is the same type of analyst notes
24 summary that we've discussed previously?
25      A. Yes, it is.

Page 174

1      Q. Okay.  Can you turn to the second page.
2 And do you see the second paragraph from the top
3 starts, "Morgan Stanley comments that 'weaker
4 supplier guidance reflects Apple's already more
5 cautious November 1 guidance'"?
6      A. I see that.
7      Q. Do you see the last sentence of that
8 paragraph, it says, "They say they are 'buyers' on
9 unit-driven pullback 'given Services and share
10 repurchases drive future earnings'"?
11      A. I see that.
12      Q. To your knowledge, did Morgan Stanley know
13 that Apple had stopped repurchasing shares on
14 November 13, 2018?
15      A. No, they shouldn't have known that.
16      MR. BLACK:  Lorenzo, can you introduce
17 number 30 as Blake Exhibit 30.
18      (Whereupon, Exhibit 30 was marked for
19      identification)
20 BY MR. BLACK:
21      Q. That starts with Bates number
22 APL-SECLIT_00222229.
23      A. Okay.
24      Q. Mr. Blake, does this appear to be a true
25 and correct copy of an e-mail you sent on

Page 175

1 August 20th, 2018?
2      A. August 20th?
3      Q. Yes.
4      A. Yes.
5      MR. BLACK:  Okay.  Let's close that.
6      Lorenzo, can you introduce number 31 as
7 Exhibit 31.
8      (Whereupon, Exhibit 31 was marked for
9      identification)
10      MR. BLACK:  As Blake 31, please.  This is
11 going to be APL-SECLIT_00641905.
12      Lorenzo, did I -- I thought I had said the
13 wrong date, and it appears I did not.
14 BY MR. BLACK:
15      Q. Okay.  This one has or starts with
16 APL-SECLIT_00641905.
17      A. I see that.
18      Q. Mr. Blake, does this appear to be a true
19 and correct copy of an e-mail you sent on
20 August 21st, 2018?
21      A. It does.
22      MR. BLACK:  Okay.  Then let's close this,
23 then.
24      Lorenzo, can you please introduce number 32
25 as Blake Exhibit 32.

Page 176

1      (Whereupon, Exhibit 32 was marked for
2      identification)
3 BY MR. BLACK:
4      Q. Okay.  For the record, this starts with
5 APL-SECLIT_00588561.
6      Mr. Blake, I'll represent that this
7 document was produced from your custodial file.  And
8 I'll ask, does this appear to be a true and correct
9 copy of an e-mail sending an analyst report about
10 Pegatron Corp?
11      A. It does.
12      MR. BLACK:  Okay.  Why don't we go off the
13 record for a short break.
14      APTUS VIDEO TECHNICIAN:  The time is 2:51.
15 We're going off the record.
16      (Recess taken)
17      APTUS VIDEO TECHNICIAN:  The time is 3:00.
18 We're back on the record.
19      MR. BLACK:  Welcome back, Mr. Blake.  Thank
20 you for your time today.  I have no further
21 questions.  And we'll turn it over to your counsel.
22      MR. ASKEW:  So I don't have any questions
23 for you, Mr. Blake.  So I think we're done.
24      Although, I did want to note for the record
25 that defendants will be designating the transcript

Page 177

1  of this deposition as highly confidential, and
2  Mr. Blake will be reserving the right to review and
3  make any corrections to the transcript within the
4  30 days after we receive it.
5          And with that, I think we're done.
6          APTUS VIDEO TECHNICIAN:  All right.  That
7  concludes the deposition for today.  The time is
8  3:01.  We're going off the record.
9
10          (Whereupon, the deposition was
11          adjourned at 3:01 p.m.)
12
13
14          --oOo--
15
16
17
18
19
20
21
22
23
24
25

Page 178

1                CERTIFICATE OF REPORTER
2          I, ANGELA T. KOTT, Certified Shorthand
3  Reporter, hereby certify that the witness in the
4  forgoing deposition was duly sworn to tell the
5  truth, the whole truth and nothing but the truth in
6  the within-entitled cause;
7          That said deposition was taken down in
8  shorthand by me, a disinterested person, at the time
9  and place therein stated, and that the testimony of
10  the said witness was thereafter reduced to
11  typewriting, by computer, under my direction and
12  supervision;
13          That before completion of the deposition,
14  review of the transcript [ X ] was [  ] was not
15  requested.  If requested, any changes made by the
16  deponent (and provided to the reporter) during the
17  period allowed are appended hereto.
18          I further certify that I am not of counsel
19  or attorney for either or any of the parties to the
20  said deposition, nor in any way interested in the
21  event of this cause, and that I am not related to
22  any of the parties thereto.
23          Dated: March 14, 2022.
24
25          ANGELA T. KOTT, CSR 7811

Page 179

1          DECLARATION UNDER PENALTY OF PERJURY
2  Case Name: In re Apple Inc. Securities Litigation
3  Date of Deposition: 03/04/2022
4  Job No.: 10094759
5
6          I, MATTHEW BLAKE, hereby certify
7  under penalty of perjury under the laws of the State of
8  _____ that the foregoing is true and correct.
9          Executed this _____ day of
10  _____, 2022, at _____.
11
12
13          _____
14                  MATTHEW BLAKE
15
16  NOTARIZATION (If Required)
17  State of _____
18  County of _____
19  Subscribed and sworn to (or affirmed) before me on
20  this _____ day of _____, 20__,
21  by_____,    proved to me on the
22  basis of satisfactory evidence to be the person
23  who appeared before me.
24  Signature: _____ (Seal)
25

Page 180

1  DEPOSITION ERRATA SHEET
2  Case Name: In re Apple Inc. Securities Litigation
   Name of Witness: Matthew Blake
3  Date of Deposition: 03/04/2022
   Job No.: 10094759
4  Reason Codes:  1. To clarify the record.
                  2. To conform to the facts.
5                 3. To correct transcription errors.
6  Page _____ Line _____ Reason _____
7  From _____ to _____
8  Page _____ Line _____ Reason _____
9  From _____ to _____
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
23  From _____ to _____
24  Page _____ Line _____ Reason _____
25  From _____ to _____

```
                                                          Page 181
1    DEPOSITION ERRATA SHEET
2    Page _____ Line _____ Reason _____
3    From _____ to _____
4    Page _____ Line _____ Reason _____
5    From _____ to _____
6    Page _____ Line _____ Reason _____
7    From _____ to _____
8    Page _____ Line _____ Reason _____
9    From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   _____ Subject to the above changes, I certify that the
              transcript is true and correct
23   _____ No changes have been made. I certify that the
              transcript  is true and correct.
24
              _____
25                    MATTHEW BLAKE
```

Highly Confidential

Matthew Blake

In re Apple Inc. Securities Litigation

---

**$**

**$20**  150:11 152:20
171:6,19

**$23,499,995,459.59**
164:4

**$23.5**  148:22

**$235**  98:10

---

**-**

**--ooo--**  177:14

---

**0**

**00248250**  161:11

---

**1**

**1**  36:11,16,17 39:14,
15 46:8 47:8 60:1
94:22 97:21 102:9
133:5 142:11 145:4,
6 165:3 174:5

**1.35**  172:16

**10**  68:5 90:23 94:11,
12,15

**10:06**  49:1

**10:21**  49:4

**10b5-1**  166:2,4,6,19
167:1,23 168:3,8
172:16

**11**  94:11 101:25
102:1,6

**11:23**  87:3

**11:36**  87:5

**12**  106:10,11,14
110:25 148:4 150:22

**1208**  9:16

**12:30**  120:23

**12:45**  141:3

**12th**  110:24 159:1

**13**  101:24 102:4
107:11,12,16 111:24
112:13 169:2 174:14

**1333**  140:25

**13th**  156:4 160:13
166:22 167:1 168:12
169:2 171:8,20

**14**  106:9 111:14,15,
18,21 112:10 114:3

**15**  15:25 37:8 107:10
112:16 113:14,16,
20,24

**15th**  173:21

**16**  82:12 109:20
110:4 111:13 112:6
115:23,24 116:2
118:25 120:15
121:12 125:24 130:3
154:11

**16B**  113:13

**16C**  112:7

**17**  51:6 69:19 115:23
132:19,20,25

**17th**  53:23

**18**  69:19 116:11
119:15 121:19 122:4
125:24 132:19
136:11,12 154:12
167:21

**18th**  15:1 121:15
124:19

**19**  50:8 61:7 81:21,22
87:11 88:7 121:21
136:10 137:13,14,
17,20 154:12 164:10

**19.4**  78:11,16 110:12
148:25 151:21

**19th**  49:20

**1:01**  120:25

**1B**  45:11

**1Q19**  151:23 152:5,
11,23 153:11,15
171:6

**1st**  50:5 134:1,5
135:7 161:14
166:13,14 167:5,22
168:16

---

**2**

**2**  45:11,12 47:3 49:10
157:20

**20**  79:10 81:19
110:12 137:13
139:23 143:3,4,8
148:25 149:13
150:12,24 151:21
152:2,6,15,24
154:25 164:9 172:23

**20.0**  78:15

**2003**  25:14,19

**2014**  25:23 26:23
35:14 36:1,9

**2017**  30:10 36:4,5

**2018**  18:12,21 24:2
30:10 31:11,25
36:14 37:8 50:6
60:24 69:9 73:9
75:22 80:23 87:19
88:25 89:8 91:8
94:22 102:9 103:25
108:1 111:25
112:13,16 116:11
119:15 121:16 122:4
124:20 148:21 149:1

**154:21 156:4 160:13
164:3,9 166:15
167:22 168:23 171:8
173:21 174:14
175:1,20

**2019**  18:13 19:21
20:9 22:19 23:16,18,
20 25:24,25 36:1,9
104:1 114:8 133:5
135:3,7 136:23
137:2,22 138:7
139:19 140:13 141:3
143:12 144:5 145:20
147:13 149:2 153:7
161:1,14 164:12
168:16

**2020**  26:17

**2022**  9:11

**20th**  175:1,2

**21**  139:22,24 140:4,9
145:8

**21st**  175:20

**22**  145:9,10,13,16

**23**  143:2 155:21,22,
25 164:8

**23.5**  78:15 151:17

**24**  84:16 143:12
145:3,7 160:3,4,9
161:16

**24th**  60:24

**25**  69:9 155:20
160:18,19,22 161:16
162:19

**25th**  73:9

**26**  160:2 161:6,7,10,
16 162:21,22 165:11
173:1,2

**26B**  160:2

**26th**  145:20

---

**27** 75:22 160:17 162:14,15 171:4 173:3,4,5,10

**27B** 160:17

**27th** 80:23

**28** 147:13,18 161:5 164:16,17 168:23 171:4,17,25 172:10

**280740** 46:16

**28B** 161:5

**28C** 162:13,18

**28D** 164:16

**28th** 15:2 147:21

**29** 173:13,14,15

**29th** 153:19

**2:00** 155:14

**2:14** 155:17

**2:51** 176:14

**2nd** 108:1 135:3 136:23 137:2 138:6 139:19 144:5 153:7 166:14,15 167:5

**2Q** 152:1

**2Q18** 151:12,16

**2Q19** 151:12 152:8, 11,23

**3**

**3** 48:1,6 49:10,11,15 51:1 55:20 57:5 78:16 104:18,22

**30** 152:8,9,15 174:17, 18 177:4

**31** 87:19 88:25 91:8 175:6,7,8,10

**32** 175:24,25 176:1

**37** 68:7

**3:00** 176:17

**3:01** 177:8,11

**3Q** 152:1

**3Q18** 151:20

**3rd** 161:1

**4**

**4** 59:22 60:12,13,17, 19

**443** 51:2

**444** 51:2

**4:19-cv-02033-ygr** 9:8

**4Q** 152:1 167:21

**4Q18** 151:21

**4th** 9:11

**5**

**5** 60:12 68:23,24 69:3 73:2 141:12

**500** 73:6

**55** 120:19

**553** 153:25

**598553** 153:24

**598555** 149:5

**598566** 151:8

**598567** 150:23

**5:50** 51:6

**5th** 166:22 167:1

**6**

**6** 46:11,22 68:22 72:20,21

**6"+** 44:2,8

**6+** 47:12

**6.89** 172:17

**6.9** 171:25 172:5

**614 849-8459** 11:16

**6978** 11:9

**7**

**7** 72:19,24 75:13,14, 17

**71** 165:3

**72** 78:2,4 81:19,22 84:16

**7th** 61:9 137:22 141:3

**8**

**8** 75:12 87:11,13,25 88:1,13,17,20 172:20

**8.2** 148:25 151:23 152:5 164:11 173:5, 6

**8/X** 111:1

**8th** 140:12

**9**

**9** 78:4 88:5,13 90:24 91:1,4

**90.9** 98:14

**92037** 11:10

**9:03** 9:19

**9:29** 28:16

**9:30** 28:19

**A**

**A-L-A-N** 11:4

**A1** 165:3

**AAPL** 102:10 104:25 105:5 148:7 154:1 163:17

**ability** 13:4

**able** 14:17 19:8,11 88:20 117:13 128:2, 21 129:17,23 142:13

**accelerated** 171:10

**accepted** 24:8

**access** 62:18 74:24

**accommodate** 13:15

**account** 167:11

**accounting** 54:6 56:3,4 86:15 90:12, 17

**accuracy** 77:4,17 79:6 86:18 89:22 130:22 131:2,11

**accurate** 13:7 29:20 30:24 86:23 99:25 110:17 127:16 130:14 148:23

**accurately** 132:14

**action** 19:6

**actions** 99:1

**active** 161:21,24

**actively** 114:20

**activities** 28:22 29:2 55:15 162:6,11

Highly Confidential

Matthew Blake                                                    In re Apple Inc. Securities Litigation

activity 28:9 58:16
78:8,10

actual 38:19,25 45:7
128:21,22 162:5

Adam 89:12 115:9

adamant 109:19

Adams 41:10,13,14
92:6

add 42:4 49:9 87:10
130:11 172:19

added 26:16 59:25
60:3,4,6 96:22
134:16 163:2

adding 91:17

addition 63:16 83:24
134:13 138:25
172:17

additional 58:23 62:6
67:1,2,7 76:22

address 11:7 59:5

adjourned 177:11

advance 147:19

advice 21:6 132:9,13

AFC 157:14,16

affect 42:11 43:22

affiliation 9:22

afford 24:23

afforded 25:1

afternoon 51:9

agency 29:3

ago 12:3 131:22

agree 128:25 129:8
130:2 156:11

agreed 9:18 23:11
24:5 30:10 170:7

ahead 33:19 51:20
77:8 129:9 169:21

Airpods 59:21

Alan 11:4

aligned 170:14

allude 157:2

America 97:25

amount 52:19 169:6
171:15

amounts 148:16

analysis 35:1,7,9
70:16 73:15,21 74:9
158:21 159:23

analyst 32:17 37:10,
16,18,19 38:6,21
39:9,16 40:1 48:14,
19 64:18,23 65:4
73:6,16 74:6 75:5,6
92:1 96:14 97:24
99:6,11 100:23,24
101:13 102:22
103:15 107:25 108:4
112:17,25 173:23
176:9

analyst's 43:10 44:15
45:25 46:6

analysts 32:7,12,13,
14,25 40:20 93:18
95:6,22,25 96:2,4,18
97:3,14,21 98:4 99:6
100:24

analysts' 40:10

analytics 28:3

and/or 69:24

anecdotal 63:10

Angela 9:13

announced 28:1

announcement

127:15 153:7

announcements
150:1,2

annual 27:24 29:15
30:17,24 31:2 35:4
146:15

answer 12:4,12,17,19
13:19 14:16 17:7,9,
12 19:9,12,14 21:2
25:4 34:6 48:18
62:2,19 65:24 66:8,
20 79:20 83:22
84:13 117:11,13
118:21 121:7,9
125:3 126:15 127:5,
23 131:10,18,22
132:3,9 141:18
144:21 172:8

answering 118:19
125:4

answers 12:25 13:3
141:4,7

anticipated 79:13

anticipating 84:10
99:23

anticipation 100:2

anybody 37:1

anyway 132:17

apart 17:3 30:17

APL-SECLIT_
00001993 107:16

APL-SECLIT_
00024407 60:17

APL-SECLIT_
00024409 63:4

APL-SECLIT_
00024413 61:12

APL-SECLIT_
00028738 160:23

APL-SECLIT_
00156978 137:17

APL-SECLIT_
00160102 75:18

APL-SECLIT_
00208488 94:16

APL-SECLIT_
00222229 174:22

APL-SECLIT_
0024441 49:16

APL-SECLIT_
0024703 143:7

APL-SECLIT_
00248251 162:19

APL-SECLIT_
00280722 37:5

APL-SECLIT_
00280738 45:20

APL-SECLIT_
00280740 46:16

APL-SECLIT_
00293935 173:18

APL-SECLIT_
00309288 111:19

APL-SECLIT_
00309291 113:19

APL-SECLIT_
00356536 87:13
89:11

APL-SECLIT_
00359305 160:7
161:10

APL-SECLIT_
00504029 91:5

APL-SECLIT_
00546852 106:15

APL-SECLIT_
00586234 72:25

**Highly Confidential**

Matthew Blake                                    In re Apple Inc. Securities Litigation

APL-SECLIT_
00586899 69:6

APL-SECLIT_
00587555 102:5

APL-SECLIT_
00588561 176:5

APL-SECLIT_
00588867 156:1

APL-SECLIT_
00591402 136:16

APL-SECLIT_
00598533 145:14

APL-SECLIT_
00598553 148:3

APL-SECLIT_
00601331 140:3

APL-SECLIT_
00641905 175:11,16

APL-SECLIT_
00642330 116:3

APL-SECLIT_
00642331 132:24

apologize 54:15
55:18 114:11

app 104:22 105:4
106:2

apparently 133:9
147:5 163:21

appear 36:21 37:7
39:15 46:5 49:18
50:4,7 60:3 61:15,24
62:3 69:7 73:7 75:20
87:18 88:23 91:6,9,
16 92:4 94:20 96:18
102:8,25 106:18
107:24 108:7,16
111:5,23 112:12
114:1 116:7 133:2
134:12 136:21
137:21 140:11

141:10 143:10
145:18 155:7 156:2
160:11,24 161:12
163:5,10 165:8
173:19 174:24
175:18 176:8

appearance 9:22

appeared 58:13 59:2

appears 45:24 47:9
48:21 50:3 57:9
59:4,16 60:22 61:6,
23 66:21 67:1 69:13
80:24 89:9,13 91:10,
19 95:4 104:2,22
106:1,6 110:13,20
116:25 137:5 140:14
141:9 142:4 147:18,
22 151:19 157:8,19
159:23 168:18 172:1
175:13

Apple 9:5 10:7 14:24
15:7,11,14,15 16:16
17:3 18:13,24 20:2,
3,4,6,18,19 21:18,22
22:18 24:15,16,23
25:7,8,18,24 26:8,
11,23 27:1,4 29:10
30:4 31:7,16 32:12
33:12 35:14,18,21
36:12 38:11,13
39:25 40:5,10,21
41:16 43:22 46:22
47:23 50:10,13 52:2
55:18 57:3 58:1,16,
23 59:15,21 62:1
71:16,18,19 72:1,2
75:8 79:3,19 83:17
92:13 93:10 95:24
96:3 98:23 99:24
102:17 103:23
108:6,15 110:11,19
113:1,6 114:6 117:9
118:2,4 122:24
125:23 127:16

128:13 129:5,16
130:3 133:15,21
137:1 138:7,21,25
139:2,3,11,16 144:4
148:21 151:16
152:19 154:7 163:14
164:7 166:15,22
167:1,4,21 168:11
170:25 171:6,18
174:13

Apple's 32:18 41:14
42:11 43:15 44:24
50:6 57:2 82:23
83:21 89:8 105:12
106:22 111:6
121:16,21 125:6
138:22 141:11,14,
20,21 143:17 144:6
153:2,6,16 154:8,10,
15 167:18 174:4

Apple-specific 138:3,
8,23 144:6

applied 29:17

applies 132:15

appointment 14:4

appreciate 155:9

approach 122:24

appropriate 62:23

approval 170:2

approximately 15:4,
5,22 23:21 24:1
26:11 29:10 52:2
55:8 68:7 79:10
154:11

April 161:14 168:16

Aptus 9:3,14 28:16,
19 36:24 49:1,4
87:2,5 88:6,10,14
120:22,25 140:5,7
145:5 155:14,17
176:14,17 177:6

area 11:15 24:22,24
25:2 77:15 118:9,23
119:8

arriving 25:17

article 91:11,18 92:17

asked 17:12 19:22,25
20:1,10,12,16,19,24
21:8 32:23 42:23
51:10 53:22 54:21,
22,24 59:13 63:9
65:18 70:22 75:4,6
83:13 84:7,11 127:1

Askew 10:3 16:24
19:1,7 21:1 22:14
24:25 31:5 32:9
33:7,18 39:22 40:6,
17 41:17 42:17 43:2,
17 47:5 55:23 59:19
62:21 68:14 70:25
71:7 75:9 81:12
93:12,24 103:18
105:14,23 108:17
110:1 112:3 115:15,
20 117:4,19 118:7,
18 119:4,11,19
121:7,17 123:25
124:21 125:2,21,25
126:12 127:20
129:2,9,20 130:17
131:4,17,25 132:16
134:18 135:8 138:10
139:4,13 141:24
142:22 146:14
153:12 154:13
155:12 167:6 169:4,
21 170:9 176:22

asking 57:6 69:23
70:6 96:2 119:10
132:5

asks 32:18

ASR 168:8 171:10

assessment 31:20

**Highly Confidential**

Matthew Blake

In re Apple Inc. Securities Litigation

149:8

**assigned** 30:5

**assist** 53:18

**assistant** 26:5

**assisted** 55:5,14

**assume** 30:11 79:10
162:10 173:11

**assumed** 30:14,20
149:13 150:12,13
151:3

**assuming** 35:23
152:19

**assumption** 150:16,
18

**asymmetry** 126:4,23

**attached** 39:5 45:16
89:6 107:17 113:17
114:3 162:23 168:15

**attaching** 75:22

**attachment** 45:8 46:1
60:18 61:2,16,21
73:4 75:19 87:14
89:3 145:15,25
147:13 162:21
165:10

**attachments** 38:25
39:2

**attend** 115:2

**attended** 52:21 107:1

**attendee** 34:15

**attendees** 134:11

**attorney** 12:15,17

**attorney-client**
131:20 132:14
142:12

**attorneys** 15:8,12,14,
15 18:16

**attractive** 24:21 27:5
156:11,18,24

**audio** 9:17

**audit** 146:20 157:14,
17 158:9 159:10,17

**August** 25:19 175:1,
2,20

**available** 144:9,13

**average** 172:2

**aware** 16:10,16,18
23:17 42:15,24
114:6,9,12,14
124:18 136:6,7
153:8

**awareness** 17:2

---

**B**

**B-L-A-K-E** 11:1

**bachelor's** 25:12

**back** 16:10 21:23
28:20 48:1 49:5,7
57:4 61:22 87:6,8
121:1,3,12 144:25
151:17 152:13
153:14,23 155:18,19
156:10,14 157:20,22
158:4,13 171:12
176:18,19

**background** 25:11

**Baird** 39:4

**balance** 54:22 150:9

**Bank** 97:25 165:17,20

**banking** 32:24 102:19

**banks** 32:20

**Base** 150:24

**based** 16:8 29:19
42:1 43:11 52:19

64:18 67:13 80:9
95:8 99:6 101:8
119:2 153:4,9
167:14,15 170:15

**basically** 159:20

**basis** 31:19 39:24
65:6 80:6 94:3
118:19,22 131:15,17

**Bates** 45:19 63:3
72:25 75:18 87:13
94:16 116:2 162:18
163:2 165:4 174:21

**Bay** 24:24 25:2

**bcc** 103:1

**beginning** 30:10
36:14 45:19 48:5
50:13,24 104:7
121:25

**begins** 9:4 66:16,17
145:14

**behalf** 9:24 10:4

**belief** 131:15,17

**believe** 14:3 16:5
17:19,21 18:17
19:20 20:15 22:9
23:25 25:22 26:17
27:11 29:9,15,21
30:2,4,9 32:23 33:13
34:25 36:14 41:22
42:11 44:6 45:9
47:15 48:9 49:22
51:16 52:11,14 54:1,
19 55:1 58:6 62:17,
22 74:3,18,23 81:3,
8,18 90:19 97:9,11
98:9,25 99:5,12
101:14 102:15,17,23
103:9,11 105:10
110:2 113:9 126:4,
23 131:13 133:12
134:21 135:17

139:5,14 140:21
141:14,15 143:20
146:21 148:15
149:21 150:19
153:21 155:4 159:2
167:15 168:4 172:23

**believed** 146:20

**beneficial** 129:22

**benefit** 128:21

**Bernstein** 32:16
107:25 108:15

**Bernstein's** 110:19

**best** 13:4,14 21:13,16
66:12 127:12,23
139:6

**better** 18:4 86:5
168:1

**beyond** 121:8 125:5

**big** 154:6

**billion** 78:11,15,16
79:11 98:14 110:12,
13 148:22 149:13
150:11,12,25
151:17,21,23 152:2,
5,6,9,15,20,24
154:25 164:8,9,10,
11 171:6,19,25
172:5,16,21,23
173:2

**bit** 29:11 93:15
125:14 144:25
148:19 154:3 172:3,
23

**Black** 9:23,24 10:17,
20 17:8 19:2,17 21:4
22:17 25:3 29:5 31:9
32:10 33:10,22
36:15,19 37:3 40:2,
13,22 41:20 42:20
43:7,23 45:10,14
47:6 48:24 49:6,9,13

56:1 59:23 60:9,15 63:1 68:20 69:1 71:1,10 72:17,23 75:11,16 81:15 86:25 87:7,10,15,24 88:4,8,12,16,19 90:22 91:3 93:20 94:8,14 101:23 102:3 103:21 105:17 106:3,7,13 107:8,14 108:20 110:5 111:11,17 112:4,8 113:11,22 115:17,22 116:1 117:12,23 118:10,24 119:9,13, 22 120:18,21 121:2, 11,20 124:4,24 125:10,22 126:7,19 127:24 129:4,14 130:1,23 131:8,21 132:5,7,17,22 135:1, 20 136:9,14 137:12, 16 138:18 139:9,15, 21 140:1,6,8 142:1, 25 143:6 145:1,7,12 147:1 153:13 154:16 155:9,19,24 159:25 160:6,15,21 161:3,9 162:12,17 164:14,19 167:16 169:16 170:3,16 173:12,17 174:16,20 175:5,10, 14,22 176:3,12,19

**Black's** 19:9 117:7 132:3

**blackout** 167:15,17 168:7,10 170:22

**Blake** 9:5 10:11,18,25 11:3 17:2,9 19:7 21:1,5 33:19 36:16, 20 37:6 39:14 45:11, 15 49:7,10,15,18 53:13 57:20 60:12, 16,20 68:23 69:2,7

72:20 73:1,7 75:13, 20 87:8,11,16 88:21 89:12 90:24 91:4,6 94:11,15,18 101:25 102:6 106:10,16 107:11,19 111:14,20 112:9 113:14,23 114:6 115:23 116:4 117:4,13 118:19 121:3 125:2 126:12 131:5 132:2,8,19,25 136:11,18 137:13,18 139:23 140:9 143:8 145:4,7,9,13,16 155:19,21 156:2 160:3,8,18,24 161:6, 12 162:13 163:4 164:16 165:6 173:14,19 174:17,24 175:10,18,25 176:6, 19,23 177:2

**Blake's** 107:17

**blamed** 104:25

**blast** 103:5

**bleed** 123:9

**Bloomberg** 70:16 92:22 148:15

**blow** 148:19

**blue** 27:6

**board** 27:25 57:2 146:4,20 157:11,15

**BOD** 145:25 146:4,9

**bold** 58:1 60:2 82:11 83:22 84:20,24 143:21

**bolded** 78:23 80:4 83:8

**boss** 23:4,7 26:6

**bothered** 134:7

**bottom** 46:10 59:5 61:11 78:1 96:22 104:4,9 109:1 110:6, 7 148:3 149:5 153:24 163:1,8 165:1 172:10

**bought** 151:17

**boy** 113:14

**Brazil** 104:25

**break** 13:13,20 48:13, 25 121:6 155:11 176:13

**breaks** 13:16

**bring** 14:18

**broad** 64:21 102:23 103:5

**broadened** 26:15

**broadening** 23:3

**broader** 55:16 78:20 101:3

**broadly** 43:4 50:16 71:21

**bucket** 105:5

**bullet** 46:11,18,21 48:7 105:24 106:1 149:11

**bullets** 105:21 106:4 108:24

**business** 43:16 62:17 101:4 130:10 134:24 138:15 139:3,11 141:11,14,20,21

**buy** 98:2,6 156:14 157:22 158:4,13

**buyback** 79:11 148:7 149:7 150:1,6 154:2

**buybacks** 150:13 171:16

**buyers** 174:8

**buying** 24:20 171:11

---

**C**

**cadence** 127:15,19 143:18 150:6

**calendar** 18:12 31:11 155:8

**California** 9:7,10,16 11:10

**call** 16:15 18:21,22, 25 23:8 24:2,18 27:3,6 51:20 52:3,4 53:3 70:2 77:20 79:14,20 82:24 83:2, 6,18 89:8 93:4 95:6 96:7,9,10 97:1 99:4 103:5 106:22 109:24 110:3 111:1 113:10 133:9,20 143:3

**callback** 96:25 97:13 106:21 107:1,2,6

**callbacks** 96:22 97:15 106:23

**called** 89:24

**calling** 68:16

**calls** 16:25 21:3 32:18 34:1,3 70:11, 14 96:3 97:3,15,16, 17 99:15,21 111:7 131:19

**capability** 63:15 82:20 83:23

**capacity** 32:21 70:17 71:22

**capital** 27:22,24 28:11,12 35:1,5,6 78:19 145:22 146:1, 16 147:5,8 149:22

**Highly Confidential**

Matthew Blake

In re Apple Inc. Securities Litigation

150:1 151:9

**Cardinal** 25:21,22 26:2,5

**cared** 40:16

**career** 23:3

**case** 9:7 14:15 18:19 57:5 113:12 150:24 158:21 159:11

**cases** 94:3

**Casey** 54:14 56:14,22 69:24 97:11 123:18 141:3,7

**cash** 28:5,6 72:8,11 148:17 149:24 150:7,8,14 151:5

**cat** 162:13

**categories** 64:21

**category** 44:8 45:5 46:11,24 47:13

**caused** 143:23

**caution** 19:8 117:6,19 125:2 126:12 127:21 131:4,23

**cautious** 174:5

**cells** 165:3

**centered** 44:25 138:1

**certain** 15:18 18:21 23:11 26:12 37:19 40:7 42:4 56:12 58:19 59:15 62:9 68:15,17 74:10 75:10 85:9 97:9 99:12 101:16 103:10 114:17 115:12,21 117:20 118:3,12 119:21 127:9 138:17 140:20,23 146:22,23 147:16 157:3 167:14 169:10

**certainty** 116:18 126:5,24

**chain** 59:6 157:13

**challenge** 156:14 157:22,25 158:4,8

**chance** 146:8

**change** 30:13,16 31:3 86:22 162:25

**changed** 41:25 85:6 129:23

**changes** 42:1 86:21

**changing** 134:7

**characterize** 35:4 81:14 86:11 170:15

**chart** 69:15,16,24 148:9,13 151:11,12, 15,16 155:6

**chat** 36:21 37:1 49:14 121:13 136:19

**chief** 41:14 56:4

**China** 42:10,16,25 43:15,20 44:2 61:3,7 62:7,8,15 63:11,18 67:2 68:8 73:20,23 81:23 82:7,12 84:1 92:24 93:11,14,17 101:4 104:22 105:1, 4,5,21,22 106:2 108:7,16 109:14,20 110:4 138:2,8,22 139:2,18 143:23 144:6

**China's** 48:8

**Chinese** 45:1

**choose** 41:21

**choosing** 17:12

**Chris** 56:4

**circumstance** 114:25

**circumstances** 138:17

**clarification** 155:10

**clarify** 30:22 129:3 132:5

**Class** 9:25

**clear** 11:18 12:9 16:14 17:11 32:20 35:11 51:15 65:13 72:13 86:4 125:13 127:11 135:9 158:17 169:10

**clearly** 129:24

**clerical** 85:25 86:1

**client** 103:16

**clients** 103:11

**close** 68:20 72:17 75:11 76:16 90:22 94:2,8 101:23 106:7 107:8 111:11 113:11 114:5 137:10 139:21 142:25 145:1 158:22,24 159:7,25 175:5,22

**closed** 14:1,16 50:20

**closest** 154:25

**CNBC** 92:22

**code** 11:15

**collect** 20:10,17,25 59:14 123:3 128:13 130:4

**collective** 162:24

**color** 63:16 83:24

**column** 165:17

**columns** 165:4,15,24 166:2

**combination** 153:5

**combined** 71:2

**come** 21:11 23:11 27:1 30:13,16 37:14 63:21,24 65:7,21 79:2,25 84:5 99:10 132:12 152:13 172:3,22

**comes** 17:6 32:18

**comfortable** 127:17

**coming** 94:5 144:24 158:9,12

**commenced** 19:6,19

**comment** 38:19 47:9 108:19 119:7 138:13

**commentary** 91:11 101:8 102:11 103:2 111:1

**comments** 18:21,23 80:18 85:18 90:6 91:18 93:16 98:23 109:24 110:3 122:16 174:3

**commercial** 35:12

**Commission** 34:8

**committee** 34:13,14 90:16,20 146:20 157:15,18 158:10 159:11,17

**committees** 34:21

**common** 58:15,22 67:22 74:21

**communication** 17:1 21:14 58:23 128:20

**communications** 14:11 19:10 21:3 22:3 117:9 125:5,8 126:14,16 127:13,21 131:5,20,24 132:15 142:12,15

Matthew Blake

**Highly Confidential**

In re Apple Inc. Securities Litigation

community 40:1

companies 25:20
113:1

company 20:5,21
25:8,21 27:23 32:12
73:21

company-specific
138:17

compared 154:8

Comparing 171:4

comparison 159:7

comparisons 158:21

compensation 30:16

competition 143:24
144:20

competitive 73:15
74:8

competitors 139:11,
18

compiling 53:18

complete 12:25 13:3,
7,10

completeness
130:22

comprised 141:17

computers 22:11

concern 101:3
105:22 141:11,19,21

concerned 108:7,16

concerning 50:4,5
59:15 75:7 106:21
121:16 123:12

concerns 112:21
136:25

concluded 139:2

concludes 177:7

conclusion 110:19

conditions 43:20,21

conducted 31:7,10,
14 167:13

Conference 133:9,20

confidential 118:6
142:14,21 177:1

confidentiality 163:3
165:5

confidently 134:4

confirm 45:17,23

Conroy 57:6,10,23
58:3 59:24 122:25
134:13,16

consequence 11:20

consider 156:13
157:21

considered 41:16
44:14 103:12

consistent 29:24
30:1 31:8 123:20
172:24

consumer 42:10,15,
25 43:14

content 38:15

contents 15:21 18:15
19:10

context 68:18 77:23
99:1 156:19 157:9

continue 110:13,20

continued 172:3

continues 46:18

contributing 85:3

Contributions 48:8

control 96:7

conversation 81:2

125:15,16,18 157:3
169:24

conversations 23:19,
21,23 117:21
118:13,16 126:2
144:15,18,20
169:11,22 170:11

conversions 44:2

Cook 41:10 51:21
56:21 59:10,13
65:11 66:7 89:14
92:5 94:23 95:12
114:13 135:14,16
136:5 137:1 142:9

Cook's 59:7 141:8

copied 142:10

copies 90:21

copy 37:7 45:24 46:6
49:19 60:23 61:16
69:8 73:8 75:21
88:24 91:7 94:21
102:9 107:25 111:24
112:13 114:2 116:8
133:3 136:22 137:21
140:12 143:11
145:19 156:3
160:12,25 161:13
163:5 165:9 173:20
174:25 175:19 176:9

corner 61:11 78:1
148:3 149:5 153:24
163:1,8 165:1

Corp 176:10

corporate 26:9,10
27:15,17 29:2,7,8,14
32:21 34:24 38:3
54:7 70:17 71:6,13,
15,22,24 78:18 82:5
102:16,19 146:17

correct 17:13 19:3
20:6,7,22,23 22:19,

20 24:13,14 26:25
27:8 29:7 30:6 31:1
32:12 36:7 37:7,11
38:23,24 39:11
40:24,25 43:10
44:15 45:24 46:5
47:13,25 48:6 49:19,
24,25 51:22,23 53:3
55:24 56:8 57:23
59:11,24 60:23
61:16 62:20 64:25
65:12 69:8,12,21
71:12,14 73:8 75:21
76:10 78:24,25 79:8,
14 82:18 86:15,16,
22,24 88:24 91:7
94:20 95:11 97:18,
25 98:1 102:8
107:24 111:24
112:12 114:2 116:7,
14 133:2,7 136:21
137:21 140:11
141:19 143:11,16,19
145:19 146:5,6
147:21,24 150:14
151:19,22,25 152:9,
17,21,22 153:7,20
154:8,9 156:3
158:14,15 160:11,25
161:13,17 163:5,11
165:9 166:11,12
167:19 168:18
173:11,20 174:25
175:19 176:8

corrected 88:20
112:9

corrections 177:3

correctly 115:10

counsel 9:21 10:7
17:4,7 19:10,13
118:20 121:6 131:18
176:21

counsel's 21:6 132:8,

Index: community–counsel's

Matthew Blake                                                    In re Apple Inc. Securities Litigation

13

**counsel/attorney**
118:5

**counting** 172:21

**couple** 41:8

**course** 16:6 52:18
53:5,20 55:17 77:13
85:6 89:19 90:16
96:6 100:16 119:25
120:3,8

**court** 9:7,13,14
11:20,21,23 132:12

**cover** 36:1

**coverage** 92:22 96:3

**covered** 18:2 33:12
97:3

**Cparty** 165:18,20

**created** 16:3 123:8

**creating** 11:24

**current** 22:25 98:8
151:8 162:4

**currently** 14:3 24:10
26:20

**custodial** 107:17
176:7

**cut-off** 159:19 168:3

**cycle** 30:18 93:8

————————

**D**

————————

**daily** 37:13,21,23
112:19,20

**Dan** 9:25

**data** 48:20,21 63:10
64:4 68:17 122:21
130:16,21 131:2
138:16,17,25 144:9,
11,13,17 148:12,14

**database** 82:2

**databases** 122:22

**date** 165:15 167:23
168:14 171:14
175:13

**dates** 124:23 167:12
168:2,3

**day** 14:7 37:11,14,20
109:25 135:3 147:14
161:20,23

**day-to-day** 94:2

**days** 172:22 177:4

**debated** 170:12

**debt** 28:22 35:2,11,13
150:9

**December** 116:11
119:15 121:15,19
122:4 124:19 125:24
133:13 153:19
168:23

**decide** 12:18 129:6

**decided** 23:13 122:6
129:15,16 133:15,21
134:5

**deciding** 129:11

**decision** 81:10,14
117:1,16 130:5
170:6,18

**deck** 61:6 147:6,15

**defendants** 10:4
61:21 176:25

**define** 86:1

**defined** 150:8

**degree** 25:12

**demand** 42:10,11,16,
25 43:14 45:1 63:18
84:1 92:23 93:4,11
134:22

**department** 32:17
117:10 125:6 171:1

**dependent** 130:16

**deposed** 11:5 16:17

**deposition** 9:4,9
11:18 14:19,22
16:12,19 17:3
132:13 177:1,7,10

**depositions** 16:23

**describe** 25:10,16
38:9 65:25 84:3
90:10 129:18 132:14
139:11 150:15 170:8

**described** 45:25 46:7
47:3 48:3 50:14,15
51:24 54:3 56:24
58:11 59:11 68:12
76:1 78:23 80:12
89:3,14 114:21,22
122:12 124:15
130:20 133:14
144:20 159:8 163:6

**describing** 65:5

**description** 37:10

**descriptions** 93:23

**designating** 176:25

**designation** 163:3
165:5

**desired** 96:9

**desk** 14:13

**desktop** 22:7,10,13

**detail** 67:1,2

**details** 18:2 62:6 66:9
68:2

**determination** 81:3

**determined** 42:5

**determines** 80:25

**determining** 167:7

**developing** 53:1

**development** 26:3

**device** 21:24

**devices** 92:14

**Diego** 23:11,15 24:22

**difference** 156:17,24

**different** 70:18 72:6
76:18 80:8 85:10
86:14 96:2 98:5
110:23 116:22
128:25 172:7

**differentiating**
109:19

**differently** 30:20,23

**differing** 46:24

**difficult** 43:4

**direct** 21:17,20 31:21
35:20,25 36:6 55:14
85:18,19,20

**directly** 47:10 99:11
102:22

**director** 27:15 29:8,
14 30:15 71:6,13,15,
24 78:18

**directors** 146:4,21

**disclose** 125:5

**disclosure** 34:13,14
90:15,19 127:19
128:18 130:15
131:12 133:16,21

**discuss** 15:10,13
48:25 56:25 97:3
116:23 119:15 121:5
127:11 128:21 131:1

**discussed** 53:6 59:3
63:24 80:10 89:19
90:2 95:7,21 107:5

131:11 132:3 138:13 155:1 173:24

**discussing** 65:17 142:12 157:16

**discussion** 28:18 58:7 76:14 95:21 150:19

**discussions** 15:21 17:4 95:25 96:5 138:1,12 144:16 170:21

**dispute** 93:2

**distinction** 41:19

**distribution** 37:17 39:9,12 44:12 102:24 103:3,5,8 162:9

**District** 9:6,7

**disturb** 14:12,14,16

**doctor's** 14:4

**document** 34:5 36:16,22 37:5,6 42:19 45:11,16,19 49:10 51:1 53:9,10, 14,20 54:3,4 57:17 58:11,18 60:2,10,11 65:17 68:21 72:18 75:23,25 76:9,12 77:1,6,8,19,22 78:1 79:18 83:15 85:17, 23 86:3,14,17 87:11, 22 89:6 94:9,25 99:23 100:1,4 101:23 106:8 107:9 108:22 110:25 111:12 114:23 116:5,10 120:11 122:2,14,17 137:18 143:1,22 145:2,15 148:2 154:6 163:7 164:25 165:14 176:7

**documents** 15:17,18, 22 16:2 17:15,23 18:1,6,8,10,14 19:23 20:1,3,11,12,17,24 21:9 22:2 76:15 123:3

**doing** 73:14 74:8

**domestic** 28:10

**Donal** 51:8 57:23 134:20

**doors** 14:1

**dotted** 41:6

**doubt** 79:6 108:14

**Dowd** 9:24 10:21

**Dowling** 54:15 56:23 115:8

**Dowling's** 91:23

**downbeat** 102:11

**draft** 53:9,10 57:25 58:3,5,10 62:4 75:23 76:12 80:4,7,21,22 83:11 85:9 89:7,25 124:14,16,17,20,25 125:11

**drafted** 80:3,5,18 95:2

**drafting** 53:8,14 57:11 76:2,9,10,25 80:16 114:15,20

**drafts** 58:13

**drive** 174:10

**driver** 171:15

**drivers** 129:23 130:10

**drove** 82:11

**dual** 61:2,7 63:10,14 67:14 68:6 82:20 83:23

**due** 163:16

**duly** 10:12

**duties** 29:22

_____

**E**

**e-mail** 21:11 37:8,12, 15,21 39:3 41:9 42:8 44:16 46:1,7 47:3,7 48:15 49:19,20 50:1, 4,8 51:5,8,16 53:23 57:4,17,22,23 58:13, 24 59:5,20 60:18,23 61:2,17,20,22 62:10, 15 63:7 64:23 69:8, 11,14,15 72:14 73:8, 12 75:19,21 77:25 87:14,18 88:24 89:3, 13 91:7,25 92:12,21 94:21 95:17 96:13, 17,21 97:20 99:22 101:13,21 102:9,23 103:5,17 105:12 106:18 107:18,19,22 111:24 112:13,15,18 136:22 137:6,21 140:12,15 141:2 142:2,6,8,9,16,17 143:11,14 145:19 147:3 156:3,9,21 157:13,20 158:17 160:12,25 161:13 162:7 163:16 165:10 168:15 173:20 174:25 175:19 176:9

**e-mails** 14:10 17:16, 17 93:22 113:4 114:18

**earlier** 49:22 51:9 53:17 64:7,22 72:7 74:5 76:1,13 86:13 100:5,9 112:16,17 120:5 122:25 124:22

133:13 134:9,23 137:8 146:17 151:15,16

**early** 26:17 30:10 120:9 122:10 124:10,12,13 157:16

**earnings** 16:14 18:21 32:18 34:1,3,11 50:1,5,12,16,19 51:9,13 52:3,4,10, 15,24 53:3 54:11 56:25 57:14 58:7 59:3,9 61:25 62:20 63:8,24 64:2,10 68:19 70:2,11,14,24 72:15 77:9,20,24 79:14,20 80:2 82:24 83:2,5,6,17 85:7,12, 23 89:8 90:20 93:4 96:10 97:1 99:4 103:24 106:22 109:24 110:3 111:1, 7 114:8 116:15 120:4,8,10 121:16, 19,22,23 125:17 127:14 133:9,14,20 143:14,18 146:10,13 147:24 167:19

**earnings'** 174:10

**easily** 42:11

**economic** 101:3

**economics** 25:15

**edit** 85:14,22

**edited** 80:20 85:6

**editing** 86:3

**edits** 80:19 85:16,19, 20,25 86:6,7,21 122:16

**educational** 25:10

**effectively** 54:17 83:4 122:1

Matthew Blake                                                          In re Apple Inc. Securities Litigation

**eight** 173:1

**either** 14:7,8 17:22,25
18:12 23:8 53:7
64:18 66:23 79:4
134:7 154:12 168:7
170:6

**EM** 102:11 105:5,8

**emerging** 104:18
105:8,25

**emphasize** 124:9

**employed** 18:13 27:1

**employees** 16:16

**employer** 22:25

**employment** 25:16

**enactment** 149:22

**ended** 153:19

**ends** 44:6 46:21 63:3
79:10 92:12 157:21

**engineering** 67:14

**entered** 79:4 88:5

**enterprise** 26:21 28:7

**entire** 26:10,16 35:18
142:2

**entirely** 76:19

**equal** 150:10

**equivalent** 98:6 173:9

**estimate** 44:20 98:17

**estimating** 68:6

**evaluated** 30:19

**evaluation** 31:15

**events** 12:23 16:3,8
33:16

**exact** 24:1 36:4 43:6
74:17 84:4,5,11
100:11,12 101:10
102:14 111:8 130:6

167:12 172:21

**exactly** 14:6 15:24,25
24:4 29:9 30:22
50:22 52:12 60:6
74:20 76:5 94:2
115:16 123:14 124:1
148:5 149:20 150:4
153:2 159:14 162:8
168:17

**EXAMINATION** 10:16

**examined** 10:13

**example** 16:6 21:10
27:24 29:3 37:25
44:11 58:24 61:24
64:6 65:16 72:5,7
86:10 90:14 101:2
103:4 112:18 129:5
164:1

**Excel** 171:23

**excerpt** 165:9

**excerpted** 164:22
165:3

**Exchange** 34:8

**exciting** 23:13

**exclamation** 84:25

**excuse** 34:14 51:2
95:16 157:13

**execute** 78:21 169:7

**executed** 162:11
166:5,9

**execution** 28:23
35:10 162:5 169:7

**executive** 41:16 53:2
89:4,7 124:17

**executives** 18:24
34:1 40:12,15 44:12
52:8,9 79:19 82:24
83:21 99:24 100:16
108:6,15

**executives'** 52:20

**exhaustive** 27:22

**exhibit** 36:16,17 39:2,
14,15 45:11,12 46:8
47:8 49:10,11,15
55:20 57:5 60:12,13,
17,19 61:23 66:14
68:23,24 69:3 72:20,
21,24 73:2 75:13,14,
17 87:11,13,16,25
88:1,13,17 89:7
90:24 91:1,4 94:11,
12,15,18 101:25
102:1,4,6 106:10,11,
14,16 107:11,12,15,
21 110:25 111:14,
15,18,21 112:10
113:14,16,17,20,24
114:3 115:23,24
116:2 118:25 120:15
121:12 125:24 130:3
132:19,20,25 133:25
136:11,12 137:13,
14,17,20 139:23,24
140:4,9 143:3,4,8
145:4,6,8,9,10,13,16
155:21,22,25 160:3,
4,9,17,18,19,22
161:6,7,10 162:13,
15,19,21,22 164:16,
17 165:11 171:4,17,
25 172:10 173:1,2,3,
5,10,14,15 174:17,
18 175:7,8,25 176:1

**Exhibits** 161:16

**expect** 79:17

**expectations** 68:5

**expected** 84:4

**expecting** 63:17
83:25

**expert** 118:8,23 119:8
128:18

**expertise** 103:10

**experts** 77:16

**explain** 86:10 129:22

**extent** 16:25 17:6
19:8,11 117:6
138:13 144:16 163:6

**external** 28:25

**externally** 68:6,13

**extract** 122:21

**extracted** 82:2


**F**

**face** 14:13 133:25

**fact** 127:18

**factors** 130:20
143:23 153:5 167:10

**fair** 39:18 42:14,23
43:13 65:25 79:21,
22 84:14,15 92:3
93:9 129:19 152:3,6
170:7 171:13,18

**fall** 29:11 42:12 136:4

**fallen** 131:14,16

**falls** 102:11

**familiar** 16:23 163:13

**family** 23:10 24:19

**far** 61:18 68:7 122:15
165:12

**feature** 121:13

**February** 15:1 23:16,
18,20 24:7 147:13,
18,21

**feedback** 31:17,18,24
32:2,22,23 33:3,5,9
61:3 63:10 90:6

Matthew Blake                                            In re Apple Inc. Securities Litigation

**feel** 12:11 17:9 47:7
  156:20

**fell** 153:6 171:5

**felt** 38:22 128:13

**Fernandez-kopec**
  9:12

**field** 76:23

**figure** 66:7

**file** 107:17 148:17
  154:3 168:14 176:7

**filed** 9:6

**filings** 34:7

**filter** 113:5

**final** 52:3

**finalized** 147:17

**finalizing** 159:20

**finance** 24:10,11
  25:14,20 26:9,10,16,
  21 27:16,18 29:2,7,
  9,14 32:21 34:24
  38:3 55:17,18 62:16
  70:17 71:6,13,15,22,
  24 76:21 78:18
  102:16 134:23
  146:17 157:14,18
  158:9 159:10,17

**financial** 26:3 32:4,6,
  11 76:14 123:15,19
  130:13 167:18,24

**find** 65:23

**finding** 12:23 73:16

**fine** 140:6

**finish** 13:20

**finished** 147:14

**firm** 10:2,21

**firms** 32:17

**first** 10:12 15:4 18:12
  23:23 25:21 41:8
  42:8 44:22,23 46:10
  47:15,18,20 57:16
  64:3 66:14 76:13
  81:22 82:11 87:18
  92:12,21 97:22
  98:15 103:25 104:14
  105:18 109:13
  113:10 114:7 115:13
  129:7 137:24 142:16
  143:21,22 147:12
  149:2,23 158:16
  164:11 165:13,14

**fiscal** 50:6 153:15,16
  155:7 158:5

**five** 48:12 52:11,14
  120:6 165:24 166:1

**flag** 44:1

**flagship** 46:23 47:1
  48:3

**flew** 27:9,11

**flexibility** 52:19

**flip** 43:25 61:14

**flow** 28:6 72:8,11
  86:5

**flushed** 124:10

**flux** 52:19

**focus** 28:9 72:3 120:9

**focused** 53:1 91:23

**follow** 12:18 32:12

**following** 54:23 68:3
  73:17 106:21 110:12
  138:1 149:21 154:23
  169:2

**follows** 10:13

**font** 104:12

**forecast** 34:12 61:7
  72:8,11 130:12

148:17

**forecasting** 28:6
  34:11 72:5

**forecasts** 72:12

**forget** 29:9 74:17

**forgetting** 54:15,18

**form** 19:1 22:14
  24:25 31:5 32:9
  33:7,18 39:22 40:6,
  17 41:17 42:17 43:2,
  17 47:5 55:23 59:19
  62:21 68:14 70:25
  71:7 75:9 81:12 83:8
  93:12,24 103:18
  105:14,23 108:17
  110:1 114:12
  115:15,20 116:18,22
  117:3,18 118:7,18
  119:4,11,19 121:17
  122:10 123:25
  124:21 125:21,25
  127:20 129:2,9,20
  130:17 132:16
  133:15,21 134:5,18
  135:8 138:10 139:4,
  13 141:24 142:22
  146:14 153:12
  154:13 167:6,8
  169:4,7,21 170:9

**formal** 170:2

**formally** 170:6

**format** 19:25 21:8

**former** 23:4,7

**forthcoming** 127:13

**forward** 79:11,16
  110:16 150:22
  156:11 157:5

**forwarded** 94:22
  95:12,14

**forwarding** 91:17

**found** 24:21

**four** 52:11,14 59:21
  120:6

**fourth** 50:6,11 89:8
  103:24 108:9,10
  109:8 149:1 164:10

**FP&A** 26:21 28:7 54:7
  56:6,9,13 82:5
  90:18,19

**Francisco** 9:16

**frankly** 127:5

**free** 12:11 19:11 47:7
  156:20

**frequency** 161:19

**frequent** 57:15 75:3

**frequently** 57:10 66:7
  71:16 74:6

**Friday** 37:25 49:20
  158:22,25

**Friday's** 158:24 159:7

**front** 45:7 61:23
  109:12

**full** 10:23 12:24 13:3,
  10

**fully** 129:18,22

**funding** 28:10 35:9

**further** 176:20

**future** 79:17 174:10

**Fy16** 69:19

**FY19** 164:23 165:2
  168:23

**G**

**G-A-L-A** 36:8

**Gala** 35:25 36:5,7
  97:12 159:3,4,5,6

**Gary** 21:21 27:14 31:13,22 32:23 35:16 81:4 97:11 146:21 150:20 158:7 168:1 169:9,18,25

**gather** 90:6

**gathered** 33:4,6

**gathering** 130:16,21 131:2

**GC** 82:11

**Geller** 9:24 10:21

**Gelman** 10:1

**general** 38:12 84:6 128:24 138:3,8,14, 23 144:7

**generalities** 67:5 100:21 128:16

**generally** 42:15,24 52:13 54:11,13 58:15,19 63:23 64:2, 21 80:19 83:16 97:7 107:3 115:4 123:21 130:8 136:4 154:10 163:13 169:23

**generated** 79:23

**GEO** 81:23

**getting** 172:5

**give** 13:6 56:20 66:20 84:6,8 91:13 172:18

**given** 42:6 149:11 150:7 168:20 169:7 174:9

**gives** 173:5

**giving** 12:12 13:10 70:20

**global** 26:21 28:22 35:10 73:22

**go** 9:19 11:11,17

13:16 28:15 33:18 46:15 48:18,24 58:17 87:1 110:6 112:20 120:21 125:4 127:18 129:9 153:14 155:11 163:9 168:19 169:21 176:12

**goal** 40:18,19 126:4, 23

**goals** 149:23

**goes** 151:12

**going** 11:11,17,24 16:24 19:8 21:1,5 24:1 28:17 42:18 48:1,16,17 49:2 66:2,4 68:23 76:20, 21 79:11,15 87:3 100:23 110:16 113:18 117:6,10 118:11 120:18,23 122:7 126:12,20 127:18 128:1 129:7 148:1 155:15 157:20 160:7 163:9 171:22 175:11 176:15 177:8

**gold** 63:16 83:24

**Goldman** 32:16 39:4 42:9 43:9,12,14,19 44:15,20 45:16,24 46:6 47:17 112:21 113:16 114:2 165:21

**good** 9:3,23 10:18 23:3 74:11 109:14

**graduated** 25:13

**gray** 84:20,24

**Greater** 81:23 82:12

**grew** 109:20

**ground** 131:19

**grounds** 19:14 21:2 117:11

**group** 44:13 54:5,9, 13,19 58:7 97:2,5 107:4 124:15,19 162:8

**growth** 46:12 69:18 82:11 110:4

**GS** 165:20

**guess** 24:18 32:14 35:22 37:24 38:14 40:18 55:21 67:25 83:5 91:23 99:20 103:13 121:25 122:6 127:12 151:16 167:9

**guessing** 98:16

**guidance** 50:11,12 92:24 103:25 104:15 105:13,19 174:4

**guidance'** 174:5

**guide** 83:5,7 100:5,18

**guided** 128:5

---

**H**

**half** 15:6 18:12 109:2 164:8,10 171:24

**halfway** 51:4 73:11

**halt** 169:19

**handful** 15:25

**handheld** 21:24

**handsets** 92:13

**happen** 20:8

**happened** 23:4 30:7

**happening** 40:4

**happy** 27:3

**hard** 67:4 108:18 114:24 138:12

**hats** 71:11

**hazy** 123:11 130:6 144:23

**he'll** 157:4

**head** 40:23 56:2 146:10

**header** 61:1

**heading** 60:2 74:16 78:7,14,23 82:19 165:23 166:1

**headings** 82:10

**headline** 79:9 83:8 104:4

**Health** 25:21,22 26:2, 5

**hear** 95:6

**heard** 10:22

**heavily** 85:6

**held** 9:9

**help** 18:1 52:8 53:16 57:6,11 62:1 65:24 66:7 73:16 74:1,22 101:20

**helped** 52:9

**helping** 49:24 135:14

**helps** 156:21

**Herrington** 10:4

**Hi** 51:8 62:5 63:8

**high** 126:3,22

**higher** 68:4 110:14, 21 152:11,23

**highlight** 38:22 39:19

**highlighting** 39:24 44:12

**highlights** 82:13

**highly** 177:1

Highly Confidential

Matthew Blake                                                In re Apple Inc. Securities Litigation

**hip** 156:12 157:6

**hire** 35:24

**hired** 27:13,15,17
36:3

**historical** 123:19

**history** 25:17

**hold** 98:6 117:4
119:14

**holiday** 92:24

**home** 11:7 13:25
24:20,24 25:1

**Hoover** 30:9 41:24
42:6

**hour** 13:17 15:5
48:11,12 87:1
155:10

**hours** 15:5

**house** 14:2

**Huawei** 73:22 139:12

**hypothetical** 149:12
151:3

——————

**I**

**i.e.** 103:12

**idea** 103:14

**identification** 36:18
45:13 49:12 60:14
68:25 72:22 75:15
88:18 91:2 94:13
102:2 106:12 107:13
111:16 113:21
115:25 132:21
136:13 137:15
139:25 143:5 145:11
155:23 160:5,20
161:8 162:16 164:18
173:16 174:19 175:9
176:2

**ignore** 87:25 88:1

**Illumina** 22:25 23:6,
12,25 24:3,5,9,13
25:25 26:14 55:17

**imagine** 94:6 134:20

**immediately** 151:7
154:23

**important** 29:25
38:22 44:14 75:7

**in-house** 10:7 118:5

**in-person** 21:14

**include** 29:2 35:11
71:20 73:20 85:21
86:21 92:5,23 96:18
130:21,22 158:19

**included** 27:21,22
28:23 32:3,6 38:24
42:1 44:17 59:17
65:15 73:5 90:16
93:4 97:8 114:18
115:5,11 116:22
118:2 139:6 170:21

**includes** 75:18 87:14
145:14

**including** 24:19 35:6
37:17 51:18 56:21
86:14 110:3

**increase** 92:13

**increased** 26:18

**increasingly** 120:11

**independently** 74:25

**India** 104:25

**indicate** 134:6 165:21

**indicated** 152:19

**indicates** 152:9

**indicating** 153:21

**indirect** 28:5,6 72:8

**individual** 56:18
65:11 97:15,17

**individual's** 56:23

**individuals** 39:20
40:4,8 41:8,25 42:4
44:13 51:6,18 59:10,
11 64:9,11 65:19
66:6,11 97:14
115:19 125:19
134:12 162:8 171:1

**industry** 38:12

**inferred** 74:13

**Infinite** 36:11

**inform** 162:10

**informally** 170:7

**information** 19:12
39:20 57:6 58:10,17
59:14 62:1,15,19
65:24 66:12,19 67:7
70:16 71:5 76:14
77:5,12,14,15,18
86:23 117:8 123:13,
15,19 124:2 126:4,5,
8,9,22,24 127:2,11,
14,17 128:12,13
129:1,6,17 130:4
133:24 136:5 162:24
163:12,15

**initial** 51:25 63:18
67:14 80:20 84:1
85:9 92:23 93:4

**initially** 60:7

**initiated** 115:18

**input** 85:11

**inputs** 72:9

**insert** 101:24

**instance** 129:7

**institutional** 103:3,7,
11,16 137:7

**institutions** 32:4

**instruct** 17:7 19:13
21:2 117:10 121:8
124:25 125:7 131:21

**instructed** 125:11
132:2

**instructing** 131:25
171:1

**instruction** 12:18
119:5,12 131:18
170:24

**instructs** 12:17
132:12

**intended** 86:19
100:15

**intent** 83:3

**interact** 94:3

**interacting** 33:1

**interaction** 67:9

**interested** 12:22
24:20 93:7,10,19,23

**interesting** 48:22

**internal** 27:3 35:24
64:4 70:8,19

**internally** 28:24
53:21

**interview** 136:8
140:16,18,21 141:8

**interviewed** 27:9

**interviews** 135:17,19,
23

**introduce** 36:16
45:11 60:11 68:22
72:19 75:12 88:12
90:23 94:10 106:9
107:10 111:13
113:13 115:22
132:18 136:10

**Highly Confidential**

Matthew Blake                                                    In re Apple Inc. Securities Litigation

137:13 139:22 143:2
145:3 155:20 160:1,
16 161:5 162:13
164:15 173:13
174:16 175:6,24

**introduced** 102:15

**investment** 102:18

**investments** 150:9

**investor** 26:4,12
30:5,8 31:4 33:1,14
35:23 38:2,5 40:11
41:1 49:23 55:1,3,6,
8,12,14,21 71:12
72:15 74:4 77:22
113:2 114:13
123:10,22,24 124:20
127:13 128:20
137:25 139:7,10
144:5

**investors** 33:6 40:16
93:18 103:13 130:16
137:1,7

**invite** 116:8 119:1,18,
23 120:15 133:3,13
134:13

**involve** 24:15 105:21
117:21 118:13

**involved** 53:6 64:10
66:9 85:12 134:22
144:14 169:11

**involvement** 50:18
52:5

**involving** 118:16

**ipad** 14:15

**iphone** 21:25 22:3
44:20 47:2 59:17,18
60:1,2 63:17 69:17
84:1,21,25 92:24
93:4,7 111:1

**iphones** 46:23

**IR** 37:13 40:23 112:19

**issuance** 28:22
35:11,13 138:6
143:18

**issue** 50:11 117:2,3,
16,17

**issued** 103:23 107:25
114:13 135:3 137:1

**issues** 35:2 75:8
78:19 138:22

**issuing** 138:21
139:19

**items** 20:3 64:5

**iterations** 85:10

---

**J**

**Jacob** 10:1

**January** 133:5 134:1,
5 135:3,7 136:23
137:2,22 138:6
139:19 140:12 141:3
143:12 144:5 153:7
161:1

**Joan** 30:8 41:24

**job** 12:2,9 24:13

**jobs** 39:21

**join** 22:24

**joined** 26:8,15 146:21

**joining** 29:10

**joint** 81:14

**Jolla** 9:10 11:10

**Josh** 91:7 94:2

**Joswiak** 67:8,20

**Journal** 91:11,17
92:17

**Joz** 67:13,20,23 68:1

**JP** 32:16

**judgment** 80:9

**July** 25:22

**June** 25:25

**justify** 126:9 127:3

---

**K**

**Kate** 41:10,13,14

**Kenneth** 9:23

**Kenny** 10:20

**kept** 23:7

**Kevan** 62:11,22,23
63:8 134:22

**Kevin** 10:3

**key** 84:21 104:5,14
106:4

**Khan** 73:9,12 74:1,16

**Khan's** 74:21

**kid** 14:4

**kids** 14:8

**kind** 64:20 94:5
100:20 123:9

**know** 12:8,23 13:14
15:24 16:6 20:3
23:10,24,25 28:24
32:14,15,17 33:1,5
35:4,6 36:20,21
37:1,24 38:13,16
39:12 41:23 42:5
52:13,19 56:19
58:20 59:4 60:4,5,19
61:10 62:10 64:5,14,
17,18,19 65:10,13,
14,20 66:4 68:15,17
69:2 71:21 72:3,4
73:1 77:14,23 80:15

83:3 84:6 85:18,21
86:8 89:21 99:14,16,
18 100:7,14,21
101:9 102:18,24
107:3 111:20 113:23
115:4 116:4 117:1,
21 118:12 124:10
128:1,2,5,7,22
129:12 130:11,12,18
133:23 135:10
136:18 138:16,20
139:5 142:14
144:12,24 153:1,3,4
155:5 158:1,3,6,8,20
159:19 160:8 162:4,
7 168:2 169:9,10,13
170:11,13 172:2,10
174:12

**knowledge** 17:6
101:18,20 141:23,25
174:12

**knowledgeable**
163:16

**known** 174:15

**knows** 128:6

**Kondo** 56:4

**Kott** 9:14

---

**L**

**La** 9:10 11:10

**labeled** 52:15

**large** 55:8 171:15

**largely** 29:23,24
100:5,17

**larger** 45:1,3 58:10
63:15 83:23

**largest** 154:17,19

**latest** 159:24

Highly Confidential

Matthew Blake

In re Apple Inc. Securities Litigation

**launch** 67:15 84:25

**launched** 60:7

**law** 10:20

**lawsuit** 12:24

**lead** 9:25 146:18

**leading** 14:25 24:6 28:22

**learn** 19:13

**learned** 117:8 118:20

**leave** 20:19 22:23 113:12,15 140:6

**leaving** 20:10,18,21 25:17

**left** 20:2,4,6 22:18 26:5

**legal** 21:18 41:14 54:8 56:15 86:15 115:7 117:10,22 118:3,13,16 125:6 141:22 170:25

**let's** 12:2 14:25 57:20 66:5 101:23 109:7 136:9 149:4 155:12 170:13 175:5,22

**letter** 21:10 114:13, 16,19,20 116:19 117:2,17 122:7 123:10,22,24 124:20 130:15 135:2,18,21 136:25 138:1,6,21 139:7,10,19 144:5

**level** 126:3,22

**life** 24:19

**limited** 67:9

**line** 41:6,9 42:8 89:13 96:13 102:25 137:24

**lines** 22:5 83:12 84:7, 9,13

**lineup** 63:17 83:25

**link** 36:25

**liquidity** 35:12

**list** 32:1 37:17 39:9, 12 41:21,22,23 42:4, 6 44:13 95:5 97:20 103:6 162:9

**litigation** 9:6 16:4 19:19 20:11,14,18, 25 21:9

**little** 29:11 93:14 100:8 125:14 144:25 148:19 154:3 172:20,22,23

**live** 85:23

**local** 62:7,8,15 143:24 144:20

**located** 9:15

**long** 15:3 48:25

**longer** 20:5 35:5,9 149:12,17

**look** 15:22 45:23 66:4 71:16,22,25 81:21 92:23 93:3 111:9 138:7,16 153:23 164:24

**looked** 17:15 18:1,8, 14 46:7 64:22 71:17, 18 72:5 99:5 112:16 114:23 122:25 133:12 137:8 138:22 139:16 144:4 151:15,16 152:18 162:21 163:22 171:6

**looking** 12:24 27:2 37:6 39:14 60:1 66:13 74:5 87:21,22 100:24 109:13,15 112:1 118:25 137:3 148:10 149:6 151:4,

7 153:17 155:6 157:9 161:16 164:22 165:10,13 171:17,23 172:9,13

**looks** 39:4 48:11 59:25 66:14 69:18 78:10 97:20 136:18 142:10 151:14 152:1 168:11 172:14

**Loop** 36:12

**Lorenzo** 9:12 36:15 45:10 49:9 60:11 68:22 72:19 75:12 87:10 88:4 90:23 94:10 101:24 106:9 107:10 111:13 112:6 113:13 115:22 132:23 136:10 137:12 139:22 140:3 143:2 145:3 155:20 160:1,16 161:4 162:12 164:15 173:13 174:16 175:6,12,24

**lost** 139:11,17

**lot** 48:18 53:18,21 85:10 96:3,4

**lots** 32:16 85:14 162:23

**lowered** 105:12

**Luca** 41:9 54:14 64:14 69:20 70:18, 22 81:9 85:20 86:9 95:5,14 97:10 115:5 120:16 125:15 146:1,20 150:20 156:11 157:5 158:19 159:22,24 169:25 170:2

**Luca's** 53:7 159:11

**lunch** 13:17 120:19,

24

**M**

**M-A-T-T-H-E-W** 10:25

**Mac** 14:12 20:4,20 22:6

**Macquarie** 112:2,22

**macro** 48:20 102:11 143:23

**macroeconomic** 43:20,21 138:16,25 144:9,11,17

**Maestri** 41:9 56:22 69:12,23 70:10 81:16 92:6 94:23 95:13,17 116:13 119:18 120:15 169:19 170:6

**Maestri's** 81:11

**main** 28:9

**major** 25:14

**making** 129:21 152:25

**manageable** 12:2

**management** 109:19

**manager** 21:18,20 27:17,20 29:6 31:21

**manufacturing** 73:24

**March** 9:11 145:20

**marked** 36:17 45:12 49:11 60:13 68:24 72:21 75:14 88:17 91:1 94:12 102:1 106:11 107:12 111:15 113:20 115:24 132:20 136:12 137:14 139:24 140:3 143:4

145:10 152:8 155:22
160:4,19 161:7
162:15 164:17
173:15 174:18 175:8
176:1

**market** 9:15 40:5
42:14,24 43:4 64:19
73:15,21,23 93:2,6,
9,23 104:18 105:25
138:3,8,23 139:17
143:25 144:7 146:16
161:21,24 165:24
166:7,9,15,23 167:4,
13 168:4 171:14
172:15

**marketing** 62:17
134:23

**markets** 105:8 109:20
143:24

**marking** 88:11

**marks** 157:2

**markups** 85:21

**Marques** 10:6 14:24

**materials** 15:16,18,21
70:11,13 120:14

**math** 171:22 173:9

**Matt** 62:5

**matter** 9:5 10:22
16:17 22:4

**matters** 20:20 29:4
40:9

**Matthew** 9:4 10:11,25

**Max** 44:7 45:4 47:2,
12,22 48:4 59:18,21
63:15 68:7 83:24
92:24 93:5

**Max/xr** 84:25

**mean** 16:11 27:23
30:22 38:9,10,15

39:11 41:1 50:16
54:7,24 71:3 86:1
100:2 110:23
124:12,14 126:9
127:2 149:17 169:17

**meaningless** 38:19

**means** 51:21 79:16

**meant** 173:2

**mechanically** 82:2

**media** 64:20 65:2
91:24 94:5 135:17
136:8 140:21

**medication** 13:9

**meet** 15:7 23:11 24:5
57:1,2 115:19

**meeting** 50:20,21,22
51:9,13 54:13 59:9,
13 63:9 64:6 76:16
77:3 90:5 116:8,23
118:5,6 119:1,7,23
120:14 121:15,19,25
122:3,4,5 125:24
130:3 132:4,6 133:3,
5,8,13 134:8,13,17,
19 135:6,12,13
147:18,21 157:8,10,
11,12,17 159:12

**meetings** 34:15
51:17,24 52:2,7,10,
11,14,15,16,22,23,
24 54:10,11,20 58:8
59:3 63:24 80:11
85:13,23 89:19
90:16,20,21 114:17,
18,21,22 115:1,2,8,
9,11,13 117:9 118:2
119:14 120:4,5,12
124:3 125:17 128:17
130:19,24 131:1,11,
13,16 132:15

**member** 21:18 30:7

34:17,19,20 66:25
91:22 125:6

**members** 23:12
55:21 56:12 58:23
76:23 117:9 118:2

**memory** 26:17 76:20
90:14 123:11 144:23
149:19 155:5

**mention** 105:18
106:25

**mentioned** 24:12,17
26:7 28:12 34:23
35:10 45:5 47:2
53:17,22 55:5,13
56:6,21 64:10 72:7
76:13 77:8 80:1
85:13 86:13 90:6
99:13 100:4,10
106:24 120:5 124:22
131:3 134:22 146:16
148:17 169:6

**mentions** 157:14

**message** 142:20

**messages** 14:10
84:21

**met** 23:9 56:25 99:16
120:13 124:19

**method** 28:6 31:6,16
72:8 168:6

**Miami** 25:13

**Michael** 160:12
169:18

**middle** 11:2 13:19

**Mike** 63:8 81:4
150:21 162:3 166:9
167:10 168:1 169:8,
25

**Miller** 57:20

**mine** 23:5 39:12 72:3,

4

**minor** 25:14 86:12

**minute** 42:18 45:22
46:2 56:20 91:13

**minutes** 48:12 120:19

**mistakes** 89:24

**Mohan** 97:21,24
98:11,19 99:4,14,15
101:2 106:19

**Mohan's** 98:23 101:5

**moment** 12:3 28:14
36:25 61:14

**Monday** 15:1 37:24

**month** 24:1 36:4
50:24 153:11

**Morgan** 32:16
102:20,21 103:15
105:11 106:5 136:23
137:7 174:3,12

**morning** 9:3,23 10:18

**move** 36:13 60:9
150:22

**moved** 36:11

**movement** 69:20
71:16,20,23

**moving** 156:10

**multi-hour** 120:7

**multiple** 42:9 64:1
77:7

---

**N**

**N71** 165:3

**name** 9:12 10:20,24
11:2 36:7 54:16,18
56:23 115:10 134:8
163:7

Matthew Blake

named 35:25

names 11:2 56:20 98:5

Nancy 40:23 41:7,9 54:1,14 55:7,13 64:13 67:17 75:22 85:19 88:24 94:21 95:2,16 97:10 98:25 99:5 106:19 115:6 125:15 135:25 146:23 147:23

Nancy/matt 67:12,18

narrow 32:15

nature 15:20 100:8

nearly 137:25

necessarily 37:14 54:12 65:21 66:22 84:4 96:6 100:11 112:20 118:17

necessary 68:18 127:7,10 129:13,15, 16

need 28:14 61:15 62:19 92:13 117:8 128:13 148:20

needed 129:6

needs 35:10 141:8

net 149:24 150:7

Netflix 141:12,13,17

neutral 98:6 149:24 150:8,14 151:5

new 30:20 38:16 39:19 42:1 63:15 83:24 93:7 109:14 149:22

nine 104:5 106:4

nodding 12:5

normal 119:25 120:3

121:24 127:19 138:15

Northern 9:7

note 9:17 37:19 38:10,13,19 39:1,4, 16 43:10,12 44:24 45:18 46:22 47:9,16, 18 48:14,16,19 93:14 112:1,22 113:17 114:2 176:24

noted 48:20

notes 37:10,16,18 38:6,21,25 39:9 40:10,19 64:18,23 65:4,5 74:6 92:2 99:8 102:22 103:15 112:17,25 113:6 173:23

notice 134:11

noticed 89:24

November 50:5 94:22 102:9 108:1 111:24 112:13 156:4 159:1 160:13 166:15,22 167:1,5,22 168:12 169:2 171:8,20 173:21 174:5,14

NPI 61:3

number 9:7 11:8,12, 13,15 26:18 45:19 49:10 51:5 60:12 63:3 68:22 72:19,25 75:12,18 85:11 87:13 88:4,12 90:23 94:11,17 97:21 98:18 101:24 106:9 107:10,11,16 111:13 112:6 115:23 116:2 132:19 136:10 137:13 139:22 141:12 143:2 145:3, 7 148:2 155:20

160:1,16,18 161:5,6, 11 162:13,14,18 163:2 165:4,21 166:19,22 167:10 168:21 172:21,25 173:13 174:17,21 175:6,24

numbers 78:2 79:1,7 110:17 163:10,22 172:18,20

―――――――

O

oath 11:20

object 16:24

Objection 19:1 22:14 24:25 31:5 32:9 33:7,18 39:22 40:6, 17 41:17 42:17 43:2, 17 47:5 55:23 59:19 62:21 68:14 70:25 71:7 75:9 81:12 93:12,24 103:18 105:14,23 108:17 110:1 115:15,20 118:7,18 119:4,11, 19 121:7,17 123:25 124:21 125:21,25 127:20 129:2,9,20 130:17 132:16 134:18 135:8 138:10 139:4,13 141:24 142:22 146:14 153:12 154:13 167:6 169:4,21 170:9

objections 12:15

observed 170:15

obtain 148:12

obtained 64:5 74:23 77:5

obviously 144:12 171:22

occasion 57:14

occasions 67:25 70:18

occurred 16:8 51:25 139:8 153:10 154:20 168:3,5

October 37:8 49:20 50:8 51:6 53:23 60:24 68:5 69:9 73:9 75:22 80:23 87:19 88:25 91:8 112:16 166:13,14 167:5

offerings 46:24 47:1 48:3

office 21:11 26:22

officer 41:14 56:5

official 34:16,18 52:10 55:21

officially 52:15

offsetting 44:1 46:12

oh 104:11 108:10 145:8 153:19 172:6

Ohio 25:13

okay 12:14,15 14:9, 18,21 15:16 17:11, 14,18,20,23 18:14, 23 19:18,22,25 20:6, 16 22:7,18 25:10,16 26:23 29:6,17 32:3 33:25 34:16,20,23 35:14 36:13,15 37:4, 22 38:6,20 39:1,8,14 40:3 41:4 42:22 43:8,24 44:11,18 45:10,22 46:2,3,4, 10,17 47:17,23 48:1, 11,24 50:1,8,10 51:3,21,24 53:22 54:9,21 55:3,19 56:2,15 57:4,22 59:24 60:9,22 61:1,

Matthew Blake                                                    In re Apple Inc. Securities Litigation

5,13,14,22 62:10
63:2,7 65:4,10 66:7,
24 67:10,22 68:3,20
69:14,23 71:24
72:17 74:7 75:1,6,
11,25 78:5 79:9,18
80:3,22 81:20 82:19
83:7,15,20 84:12,16,
18 86:25 87:25 88:8,
12,14 89:10 90:12,
22 91:14,21,25 92:5,
8,11 94:8 95:2,15,
16,20 96:10,20
97:17,19,24 98:10,
14,18 99:10,14,19
101:1 102:21 103:7
104:3,17 106:7
107:8 108:14 109:10
111:4,11,23 112:21
113:7 114:1,5
115:13,18 116:15,23
118:25 120:13,18
121:3,12,14 123:18
124:5 127:16,25
128:11 129:15 130:2
131:9,25 133:19
134:6,11 135:2,21
136:2,9,19,20,25
137:6,10,11,17,24
138:19 139:1,21
140:7,24 141:1,18,
22 142:8,25 143:10
145:1,18 146:7
147:2,23 148:1,12,
25 149:4,11 150:11,
17,22 151:7,14,23
152:5,8 154:5,10,24
155:3,9,13,19 156:6,
22,23 157:4,16
158:3,8 159:3,25
160:15 161:3,16,22
162:1 164:1,7,14
165:8,13,17 166:10,
13,21 167:17,21
168:11,17,19 170:4,
17 171:4,17 172:14

173:12 174:1,23
175:5,15,22 176:4,
12

**once** 13:16 31:3
33:14 127:10
129:15,16 161:4,18

**one-page** 147:2

**one-sentence** 147:3

**open** 37:2 49:14,17
60:20,21 69:3,4
73:2,3 87:16 88:20
94:18 102:6 106:16
107:19 111:21,22
112:9 113:24,25
116:5,6 132:25
137:18,20 140:9
143:8 160:9,10
165:24 166:7,9,15,
23 167:4,13 168:4
171:14 172:15

**operations** 74:19
134:21

**Oppo/vivo** 73:22

**opportunities** 23:24
24:3

**opportunity** 22:24
23:3,6,13,18 27:5
153:4,9

**opposed** 100:20

**order** 95:7,20,22,24
117:7

**original** 42:5 142:6,8

**originate** 134:20

**originated** 65:23

**Orrick** 10:3 14:23
15:15,19

**outlook** 73:21,23

**outside** 127:18

**outstanding** 171:11

**overlap** 92:4

**overseas** 92:14

**overseen** 169:9

**Oxford** 25:13

---

**P**

**P&l** 34:12 72:10

**p.m.** 51:6 141:3
177:11

**pace** 79:11,16 80:25
149:14 150:11,13
151:4 152:2,20
154:25 155:4 171:6,
18 172:2

**Pacific** 9:19

**pacing** 150:25 153:1

**packages** 58:20

**page** 46:11,14,15,19
48:1,6 51:1,4 57:5,
16 60:1 61:8,9 63:2,
5 66:14 73:11 78:2,
4,6 81:19,21,22 82:6
84:16,21 87:18
92:12,21 103:22
104:4,7,10,17,18,21,
22 105:4 108:21,25
109:1,2,3,8,9 110:7,
24 140:24 142:11
143:22 147:4,12
149:6 150:23,24
151:7 153:14,23,24
156:6,8 157:20,21
158:16 164:24
165:14 168:19 172:9
174:1

**pages** 46:15 61:5
73:6 148:2,4 149:4
150:22 152:18

**paper** 35:12

**paragraph** 43:25
44:6,19,24 47:3,11,
16,18,20 63:13
66:16,17 67:11
92:12,18,20 105:3
108:3,9,11 109:6,15
158:18 174:2,8

**paragraphs** 45:6
108:23 109:12

**parallel** 90:9,10

**Parekh** 62:11,14
66:15,21 67:1,22
123:1 134:14,16

**Parekh's** 67:11

**parent** 75:19

**parentheses** 98:19,
20,22 99:3

**Park** 36:12 57:3

**part** 18:11 20:18
27:11 31:17 34:23
38:3 41:24 44:22
72:12 76:15 80:1,2
86:19 89:6 94:4
95:21 123:8 125:16
128:19 130:16
138:5,14,20 139:18
144:18 146:17 151:4
163:16 170:10,17

**participants** 115:3

**participate** 97:2

**participated** 115:1

**participating** 118:5

**participation** 119:2

**particular** 28:10
62:20

**parties** 9:18

**partner** 62:17 134:24

Matthew Blake                                                      In re Apple Inc. Securities Litigation

**partners** 28:25 31:19, 23 32:24

**partnership** 28:7,24 53:11

**passed** 41:23 150:3

**pause** 12:11

**Paxton** 40:23 41:4,10 54:25 55:4,13,20 56:22 67:17 75:22 76:4 87:20 88:25 92:8 94:21 95:2,17 101:1,12,17,21 106:19 145:20 146:7,12 147:23

**Paxton's** 96:21 97:19

**pay** 24:23 103:15

**PDF** 17:25 107:23 163:3,7

**Pegatron** 176:10

**pencils** 159:19

**pending** 13:19

**penny** 163:23

**people** 53:11 85:12, 14 106:25

**perceive** 86:9

**percent** 68:7 82:12 109:21 110:4 141:16

**performance** 29:16, 19 30:17,19,25 31:2, 7,10,13,16,20 63:11 93:17

**performed** 31:14 169:8

**performing** 101:4

**period** 36:2 43:1 69:20 154:20 166:18,25 170:22

**person** 23:9 53:16 62:24 99:17 119:7 127:4,23,25 128:6

**personal** 23:1 24:12, 15,17 25:6

**personally** 77:11 99:14,18

**perspective** 23:2 33:2 128:18,20

**peruse** 156:20

**Pfefferbaum** 10:1

**phone** 11:8,12,13,15 14:13 22:7,10,13 24:2 44:2

**phones** 48:2,10 109:14

**phrase** 128:11

**physically** 36:10

**picked** 26:12

**pieces** 144:24

**place** 9:18 36:10 50:23 115:14 122:3 168:9

**Plaintiff** 9:25 10:22

**plan** 151:4 166:6 168:8 169:24

**planning** 28:12 35:8 134:22 150:14,15,17 152:19

**plans** 168:3

**Plaza** 9:15

**please** 9:17,21 10:15, 23 11:7,14 12:4,10 28:14 36:16 42:21 45:11 48:19 60:11, 19 68:22,23 69:2,16 72:19 73:1,16 78:4 81:19 84:17 87:10,

25 88:1,13 90:23 94:10 101:24 103:22 106:10 107:10 108:22 111:14,21 113:14,24 115:23 116:5 117:15 126:16 132:23 136:10 137:12 139:22 143:3 145:3 155:20 156:7 160:1,8,16 161:4 162:12 164:15 175:10,24

**plus** 45:5 109:13 110:7

**pluses** 108:24 109:4, 12

**pocket** 156:13 157:6

**point** 22:9 23:9 36:4 43:5 74:23 85:1 92:22 104:3,14,18, 21,24 105:18 116:17,21 125:1 140:20 146:24 153:3

**points** 104:5 106:5 169:10

**poised** 110:13,20,23

**populate** 58:21

**portion** 43:9 68:11 83:6

**portions** 53:2

**position** 74:22

**positive** 44:1 82:12

**possible** 57:7 59:14 70:4,5,6 116:24 119:15 131:12 132:11 135:23

**Possibly** 134:10

**post** 67:15 155:5

**potential** 44:7,25

51:20 58:4 62:24 64:14 65:17 68:1 96:13,18 99:3 100:3 101:12 124:16

**potentially** 43:15,22 58:9 64:9 65:24 79:5 83:1 85:18 86:9 99:9

**Powerpoints** 17:18, 19

**PR** 33:20,24

**practice** 58:22 127:12

**preannounce** 125:23 129:7,12 130:5

**preannounced** 114:7

**preannouncement** 116:19,24 117:3,18 119:16 126:10 127:3,7,9 128:23 129:22 133:16

**preannouncements** 124:16

**preannouncing** 129:18

**preceding** 45:6

**precision** 128:22 130:12,21 131:2,11

**predictions** 95:7

**prep** 49:24 51:9,13 52:10,15,24 54:5,11 58:7 59:3,9 61:25 62:20 63:8,24 64:3, 10 77:24 80:2 85:7, 13,23 90:21 116:15 119:24 120:4,5,8 133:9,14,20 136:7 140:16 143:15 146:10,13 147:24

**preparation** 15:17,23 18:8 34:3,5 50:2,14, 15,16,19 56:25

57:15 123:10 146:18

**prepare** 14:21 51:10,
19 52:4 53:23 54:21
57:6 62:1 89:18,20
121:22 124:25
125:11 135:22 136:5
147:10 148:13

**prepared** 18:4,16
53:2,4,5 57:7 79:20
83:22 84:12 111:6
122:1 147:8,20
148:9

**preparing** 34:1 50:10
70:1,11 77:20 89:17
120:1,3 124:13
147:14

**prepping** 114:23

**present** 19:6 26:1
28:2

**presentation** 28:3
70:9 146:9,13,19
159:13,16,20

**presentations** 70:19,
24 146:22

**presented** 27:25
159:10

**preserve** 12:16 19:22
20:1,11,12,17,24
21:9,23 22:2

**preserved** 22:6,12

**press** 33:16 64:20

**pretty** 70:21 99:12
130:6 154:6

**prevent** 13:10

**preview** 92:22

**previous** 109:25

**previously** 26:7
28:13 38:18 106:24
114:22 148:17

163:22 169:5 173:24

**price** 69:19 71:16,20,
23 98:11,13 148:7,
14 153:2,6,10 154:1,
8,10,15,17

**priced** 143:25

**pricepoints** 46:24

**primarily** 53:1 56:10,
16 76:19,21 81:3
85:12

**primary** 34:2 36:6
53:12,13,15 72:3
76:1,8 77:15 85:16,
17

**print** 162:24

**printed** 163:3

**prior** 20:10 37:21
119:14 122:3 144:4
149:20 150:2 155:6
168:9

**privilege** 19:14
117:11 131:7,14,16
132:14

**privileged** 16:25 21:3
117:22,25 118:14,17
119:2,8 126:13,16
127:21 131:5,20,23
142:14,21

**privy** 169:23

**probably** 15:25 64:21
67:4 108:18 115:8
126:3,22 127:4,23
135:11 156:10
159:18 170:14

**problem** 88:16

**procedures** 11:18

**process** 27:10,12
29:13,16 31:18
35:22 41:24 64:11

65:1 76:11 77:10
85:7 90:4,7,9,11
120:9 121:24 123:8,
23,24 124:13 128:5
134:9 138:5,14,21
139:18

**produce** 72:10

**produced** 16:7 61:21
72:9 76:18 176:7

**producing** 113:4

**product** 103:2

**products** 54:23 58:1
59:15,17,21

**professional** 23:1,2

**program** 26:3 27:24
35:5 148:7 151:9
154:2 168:8 171:10

**programs** 26:21

**progressed** 120:12

**promoted** 29:8,14

**promotion** 29:19,23

**properly** 129:17

**proposed** 62:6 66:13,
20,24 67:23 83:12
144:21

**provide** 13:3 66:25
67:6 68:1 98:22,25
100:13

**provided** 31:21 32:2,
22 33:9 146:15

**provides** 63:14

**providing** 67:2 141:7

**public** 32:12

**publicly** 28:1

**publish** 39:23

**published** 37:21
39:25 40:20

**publishing** 40:19

**pull** 121:12

**pullback** 174:9

**pulled** 47:10,15,19
82:3 101:8 148:14,
16

**purchase** 110:14,20

**purchases** 154:18
165:24 166:2,4,7,16,
19,23 167:2,5,14,23
168:4

**purely** 80:9 85:25

**purpose** 56:3 86:2,19
99:22 162:1

**purposes** 21:25
41:15 86:2,3

**pursuant** 20:11,13,
21,25 21:9 38:1
113:1 123:3 166:6

**pursuing** 23:14

**put** 58:10 69:16 75:2
79:1 101:18,21
105:5 112:6 122:13,
18 123:18 124:2,6
168:5,9

**putting** 57:11 123:4
164:25

**Q**

**Q&a** 34:4 49:24 51:20
53:2,9,10,14,19
54:3,4 56:3,7,11,13,
16 57:12 58:10,14,
17,21,22 59:2 62:4
65:16 66:2,15 75:23,
25 77:24 78:1 79:13
80:22 83:6 85:17,21,
22 90:1,7 99:23
100:1,3,17,22 111:6

**Highly Confidential**

114:23 116:15,22
119:24 120:1,11
121:23 122:2,9,11
124:6,13 125:1,11
133:9,14,20 135:13,
22

**Q&a-specific** 120:4

**Q1** 61:7 98:14 121:21
154:12 156:14
157:22 158:4,5
165:2 168:23

**Q1'19** 172:11

**Q218** 154:20

**Q3** 48:21 154:11,20

**Q4** 18:12,21 109:14
110:4 154:12,20

**Q4'18** 78:10

**Q418** 89:4

**QCR** 50:21 51:25
52:3 64:6 77:2
121:25 122:3,5

**quality** 24:18

**quarter** 19:20 50:6,
11,23,25 52:13
77:20,23 78:8 89:8
97:7 98:15,17
101:13,15 103:25
110:12,13 114:7
119:25 122:1 148:21
149:1,2,13 150:11,
13,25 152:2,20
153:15,16 161:18
162:5 163:18,24
164:3,9,10,11,12
167:15 169:3,8
170:20 171:24 173:1

**quarter's** 96:9,10

**quarterly** 50:20 69:17
76:16 121:24

**quarters** 78:16 79:17
151:20 154:17,22,24
155:8

**question** 12:8,12,17
13:18,20 16:25
17:12 19:12 21:3
25:4,5 34:6 42:22
48:18 57:7 59:5,8
61:25 62:3,20 63:14,
21 65:8,11,14,15,18,
20 66:3,5 71:9
79:13,15,19,23 80:4
82:23 83:2,9,12
84:5,11 91:15 96:7
100:9,11 101:8,10
105:16 117:7,14,15
118:15,19 120:2
121:8 125:3,4
126:14,15,17,21
127:5 131:10,19,22
132:3,9 138:2,7
141:11,13,19 143:21
144:21 147:11
152:12 155:6 156:23
157:25 158:4,6,7,9,
11 172:7

**questions** 12:4,9,19
13:4 19:9 32:18 37:1
57:8 58:4 63:23
64:9,15,18 65:6 66:8
76:23 83:15,16,20
84:7,8,13 95:8 96:3,
14,18 99:3,10,24
100:3,8,13,20,23,25
101:12 131:22
141:5,8,10,19,22
143:15 156:14
157:22 159:12
176:21,22

**queues** 96:7

**quick** 137:3

**quicker** 48:18

**quotation** 157:2

**quoted** 68:6,13

**quotes** 111:5,8

---

**R**

---

**raised** 99:7

**rankings** 71:19

**rapidly** 42:10

**rate** 110:14,21 159:23

**rating** 29:3 98:7,8

**ratings** 98:6

**reach** 58:16 63:9
65:18 66:5 149:24

**reaching** 77:17 150:7

**read** 14:10 38:20
43:18 46:3 67:14
89:20 118:11 156:22
161:11

**reading** 42:19 48:8,
15,22 79:10 93:14
134:2 171:21 172:6

**reads** 42:9 46:11 51:8
67:12 69:15 156:9

**real** 137:3

**really** 39:24 123:6,17
135:9

**reason** 13:6 25:6,7
70:7 79:6 93:2
105:11 108:14
167:22 171:5

**reasons** 23:1 24:12,
15,17 129:1

**recall** 34:18,22 36:4
43:3,5 50:22 51:16
52:12 57:15,21
58:12 59:1 60:6
61:18 63:22 70:3,9
72:13,16 74:18,20

76:5,7 95:1,23 97:6
99:17 101:19,22
102:14 110:18
115:3,16 119:17,20
120:16 122:15,20
123:2,5,6,14,17
124:1,5,8,11,18,23
125:12,20 135:12,
14,16,24 138:24
139:20 142:24
144:15,23 147:17
149:20,25 150:4
152:25 153:1 157:1
158:6,11 159:9,14
168:17 169:12
170:1,19,21,23
171:3,9

**receive** 21:10 62:24
82:24 85:17 99:24
103:16 120:14 177:4

**received** 24:2 25:12
27:3 31:12 32:1 42:3
60:23 64:8 69:8,11
72:9 75:21 82:4
85:20 87:19 88:24
91:7 92:8 94:21
102:9 116:8,10
119:24 133:3 136:22
140:12 143:11 156:3
160:12,25 161:13

**receiving** 94:1

**reception** 109:14

**recess** 49:3 87:4
120:24 155:16
176:16

**recipient** 41:21,22,23

**recipients** 39:13,16
91:25 92:1

**recognize** 94:25

**recollect** 135:15

**recollection** 21:13,17

74:20 118:1 135:5
144:3 161:20,25

**recommend** 135:25

**recommendation**
81:5,7,8 169:14,17
170:5

**recommendations**
28:11,23 162:4
169:6,12

**recommended**
169:19

**record** 9:19,20 10:24
11:8,24 12:16 13:16
28:15,17,18,20 37:4
39:1 45:18 48:25
49:2,5,15 60:16 69:5
72:24 75:17 87:1,3,
6,12 89:10 91:4
94:15 102:4 106:15
120:21,23 121:1
132:23 136:15 140:2
143:7 145:4,13
155:11,15,18,25
160:22 164:20
176:4,13,15,18,24
177:8

**recording** 9:17

**recruiter** 27:4,7

**redacted** 142:15,18

**reduction** 171:15

**refer** 37:13 47:22
51:13 62:8 98:2
106:1 116:16 139:10
157:7,8 158:13,24

**reference** 47:19 48:9
62:7 77:21 110:2
155:5 159:11

**referenced** 78:23
100:9

**referencing** 69:18

113:6 141:15 155:7

**referred** 34:4 48:2,4
50:20 64:6 67:18
68:12 74:7 98:12
112:19 140:18

**referring** 32:13 33:17,
20 45:4 47:10 48:21
51:17 52:23 53:25
54:12 55:1,7 96:8,12
100:12 106:23
149:21 153:15 158:7
159:15 167:20

**refers** 58:3 67:20
98:7 105:8 106:1
146:4 157:17 158:5

**reflected** 139:7
153:16

**reflects** 174:4

**reform** 149:22 150:2,
3 154:23 155:5

**refresh** 144:3 149:19

**regular** 39:15,24
53:18 58:20 76:18
143:18

**regularly** 52:16
143:17

**related** 12:24 16:17
20:2,3,19 22:3 35:2
55:15 59:25 70:1,24
71:5 121:19,21,22
130:4 135:22 147:24
167:18

**relates** 18:20 40:9
57:14 141:13

**relation** 30:5

**relations** 26:4,12,13
30:8 31:4 33:2,14
35:23 38:2,5 40:11
41:2 49:23 55:2,3,6,
9,12,15,21 71:12

72:15 74:4 77:22
91:24 113:2 128:20

**relationship** 102:19

**relationships** 29:3

**release** 97:4 120:10

**released** 47:23

**releasing** 126:6,24
135:17

**relevant** 39:21 40:5
43:15 94:6 126:3

**relied** 77:16

**rely** 117:8

**relying** 19:9

**remain** 29:23

**remained** 26:9

**remarking** 38:10

**remarks** 53:2,4,5
111:6 124:17

**remember** 18:2 56:24
107:5 136:2,3
138:20 139:1,16
142:17 144:19
156:19 167:12

**remembering** 115:10

**removed** 88:10

**renting** 24:20

**reopen** 47:7

**repeat** 38:17 42:22
117:15 126:17,20,21

**rephrase** 50:12 64:12
71:2 91:14 147:11

**report** 35:15,17,25
36:6 41:4 43:10
44:15,17 45:7,16,21,
25 46:3,6 48:19
55:14 101:9,10
107:25 108:4 112:22

176:9

**reported** 50:5 103:23
167:21

**reporter** 9:13 10:8,15
11:23 28:14 88:2

**reporting** 9:15 26:6,
19 58:20 82:17
167:18,24

**reports** 32:19 33:16
34:1 35:20 58:20
73:6 76:18 82:4 94:5
95:8 99:6 101:11
163:21 164:3

**represent** 10:22
45:15 49:15 60:16
61:20 69:5 73:4
87:12 106:14 107:15
113:16 162:19,25
164:20 176:6

**representing** 9:14

**repurchase** 78:7
148:15 152:20
158:14 161:18,23
162:2,6 163:18
168:6 169:15
171:10,19 172:1

**repurchased** 78:15
110:11 148:22

**repurchases** 78:21,
22 81:1 110:8 154:7,
19 163:23 164:4
166:11 167:8,9
168:12,18,21,22
169:1,20 171:2,5,7
174:10

**repurchasing** 174:13

**request** 70:1 75:1,3

**requests** 42:3

**require** 125:4

**Highly Confidential**

Matthew Blake                                                    In re Apple Inc. Securities Litigation

required 72:10

research 32:25 38:6
74:2,22 75:5,7 103:2
112:1

research/papers/
articles 73:17

reserving 177:2

respectively 149:2

respond 117:7 128:3

responding 33:16
105:12 126:14

response 53:23 57:7
59:14 62:6 64:15
65:19 66:5,13,25
67:23 80:4,7,20
83:12 144:22

responses 51:10
54:22 57:11 58:4
62:24 65:17 66:10
68:1 84:8 100:6,14,
16

responsibilities
26:13 27:19 29:22
30:5,12,14,21 31:3
33:15,21 34:24
35:24 38:2,4 49:23
52:25 102:16 113:2
146:18 169:8

responsibility 33:15,
25 34:3,7,10 53:12,
14 72:4 76:2,8 77:16

responsible 26:8,9
28:5,21 29:1 33:24
34:25 53:4,16 54:2
56:9,10,16 85:3
162:3

rest 156:20

restate 52:6 91:15

result 18:5 31:12

resulted 138:5

results 63:17 72:1,2,
12 81:23 82:1,7,17
84:1 86:10 103:24
128:22,23 129:24
130:13 143:18 144:6
167:22,25

retail 103:12

retired 30:9

retirement 30:12

Retrospective 149:7

return 27:22,24 28:11
35:1,5 71:19 78:19
145:22 146:1,16
147:5,8 150:1 151:9

Reuters 113:10

reveal 126:13 131:4,
23

revealing 126:15
142:5,11

revenue 34:11 82:11
98:15,16 114:7
141:16,17

reverse 95:13

review 15:16 29:16
30:18,19 31:10,13
38:21 50:20 53:21
76:6,7,16 77:9,11
86:14,17,20 90:4
91:13 96:17 112:25
120:13 122:10
138:24 144:8,10
177:2

reviewed 16:19 18:9
53:6 54:4,6 56:13
64:4 77:13 89:23
90:1,12,15 144:16

reviewing 18:5 54:2
56:3,10,16 77:8
89:22

reviews 30:25 31:2,7,
17 56:7

right 14:5 26:24
27:16 35:2 36:25
38:7 39:10 43:8,25
44:9 47:21,24 48:7
50:2 57:8 59:15,18
61:11 64:24 69:24
76:9 78:1,19 80:23
81:11 82:17,25 83:9,
18 85:15 87:2 91:12
92:17 95:3,13,18
96:11,15 102:22
104:1 105:9,19
108:9,10 112:23
116:11,24 119:6
120:22 121:16 124:7
127:4 130:24 133:6,
17,18 135:4 137:2
142:3 143:15 148:3
149:5 151:18,24
152:16 153:17,18,24
155:1,10 163:1,8
164:5,12 165:1
170:18 172:24 173:7
177:2,6

rising 154:15

Robbins 9:24 10:21

ROC 146:9,12

Rod 96:21

role 24:8 26:14 54:17
71:5 74:18 89:16,21
94:1,4 102:14
114:15 134:21,24
169:9

roles 26:4 33:11
34:11 41:25 42:2

room 14:1 57:3 97:7,
9

Rosenstock 91:8,10,
16,21 93:21

rotation 96:1,5,9

rough 122:8,9,11
123:4 124:14,17,20
152:4 171:22

roughly 36:1 150:10
152:2 171:18

routine 31:19

row 172:10,13

rows 165:3,21

Rudman 9:24 10:21

Russia 105:1

**S**

Sabih 73:8

Sachs 32:16 39:4
42:9 43:9,12,14,19
44:15 45:16,25 46:6
47:17 112:22 113:16
114:2 165:21

Sachs's 44:20

sale 72:2 93:18

sales 62:17 69:17
70:23 71:4,25 72:6,
12 92:13 103:1
134:23

Sam 56:20

San 9:16 23:11,15
24:21

Saori 54:14 56:13,22
69:24 90:20 97:11
115:6 123:8 141:3
142:10

saw 17:19 164:7

saying 12:5 103:9,11
150:24

says 42:9 43:25
54:21 57:25 61:2

68:4 78:7,14 81:22
84:20,21,24 91:18
92:21 95:20 96:21
104:5,24 108:6
110:11 135:13
137:24,25 143:22
147:13 148:7 149:7,
11 151:8 154:1
157:4 158:19 174:8

**scenario** 149:13

**scheduled** 135:6
143:17

**schedules** 52:20

**school** 14:5 25:17

**screen** 44:8 45:1,3,5
47:12 63:15 83:23
85:24

**script** 51:19 53:1,7
89:3,4,7,17,18,25
90:4,7,13,14,21
100:15 120:10
124:17 146:10,13

**second** 15:5 19:20
43:24 47:11 92:11
96:20 103:22 104:3,
7,9,24 105:3 109:1,
18 148:21 149:11
153:23 156:6 158:18
164:3,8,24 168:19
172:9 174:1,2

**section** 85:4,5 101:6
111:6 172:15,16

**sections** 53:18

**Securities** 9:5 34:8

**see** 14:10,25 36:23
39:3,6 41:8,11 42:8,
13 44:4,5,10,18,21,
22 45:2 46:10,18,21,
25 47:17,18 50:9
51:3,4,7,11,12
57:19,20,24 58:2

59:20 61:1,6,13
62:5,12,13 63:5,7,
12,13,19,20 66:15,
18 67:10,16 68:9,10
69:22 73:11,13,18,
19,25 77:25 78:6,9,
12,13,14,17 79:9,12
81:24,25 82:8,9,10,
14,15,21,22 84:19,
21,22 85:2,24 89:2,5
92:11,15,18,20 93:1
95:9 96:20,24 97:21,
23 98:18,21 103:1
104:6,11,16,18,20,
23,24 105:2,7,20
108:3,8,12,13,23
109:5,11,17,22,23
110:9,11,15 111:3,4
112:4,11 133:10,11,
24 134:3,15 137:24
138:4 140:15,17
141:2,6 142:18
143:21 144:1 145:23
146:2,7,11 147:4,12
148:3,8,18,24 149:3,
9,10,15,16 151:1,2,
11 152:10 156:8,15,
16,21 157:4,23,24
158:16,21,23
163:19,20,21,25
164:6,13 165:6,7,13,
14,17,23,25 166:13,
17,20,21,24 167:3
168:13,20,24,25
172:12 173:8 174:2,
6,7,11 175:17

**seeking** 61:25

**sell** 32:13,14,25 40:1,
9,20 96:4 98:6

**send** 37:16 93:22
94:7 101:12 119:18
146:8

**sending** 62:14 74:5
76:4 91:10 162:2

176:9

**sends** 137:7 161:17

**senior** 27:17,20 29:6

**sense** 19:15 74:11
84:6 128:9

**sent** 36:25 37:8,12
47:4 51:6 64:23 73:8
76:6,7 92:2 102:21
111:24 112:13
116:13 133:23 134:8
137:22 141:3 145:19
161:20,22 173:20
174:25 175:19

**sentence** 44:23 46:22
48:7 67:12,13 68:4,
9,11,12 74:8 96:20
98:19,22 101:5
105:4 109:18 174:7

**sentences** 59:25 86:5
98:20 99:2

**sentiment** 43:6

**separate** 13:25 32:24
48:15 74:24 90:3,7
125:18 135:21

**separately** 20:16

**September** 78:8

**series** 51:17 58:1
59:22 97:2,16,17

**serve** 65:5,9

**served** 77:21 83:4

**services** 92:25
141:16 174:9

**session** 79:14 119:24

**sessions** 14:23,24
15:3 34:6 54:5,6
82:16

**set** 14:9 39:13 64:22
95:24 149:22 162:9

**settle** 165:15

**seven** 109:12

**Shapiro** 81:4,17
150:21 160:12
161:1,14,17,22
162:1 169:18 170:5

**share** 17:4 68:18
78:7,21,22 80:25
110:8 139:17 148:15
149:7 150:1,13
152:20 153:2,6,9
154:7,8,10,15,17,19
158:13 161:18,23
162:2 163:18 164:4
166:10 167:8,9
168:6,12,17,21
169:1,14,19 171:2,5,
7,10,25 174:9

**shared** 15:19 159:22

**shareholder** 71:19
130:15 135:2 138:6,
21

**shareholders** 116:20
117:2,17 122:7

**shares** 78:16 148:22
151:17 171:12,19
174:13

**Shawn** 10:1

**sheet** 150:9

**shipments** 44:20

**short** 14:16 35:8,12
38:18 48:13 97:2
155:11 172:4,23
176:13

**shortly** 77:2

**shows** 69:16 171:25
173:10

**sic** 102:4 139:23
145:4

**side** 32:13,14,21,25 33:4 34:24 40:1,9,20 44:1 49:23 74:19 93:18 96:4 102:16

**sign** 103:14

**sign-off** 97:19

**significantly** 152:6

**signing** 77:9

**signs** 42:9,15,25

**SIM** 61:2,7 63:11,14 67:15 68:6 82:20 83:23

**similar** 65:1 90:10 92:1 99:22 110:14, 20 114:21,24

**simply** 150:24

**single** 97:13 150:23

**sit** 127:6 128:8 132:12 138:19 142:19

**sitting** 14:9

**situation** 66:1 101:3

**six** 109:4

**six-inch** 45:5 48:2

**size** 44:8 45:5 47:12 63:15 83:23

**sizes** 45:1,3

**skeleton** 122:14,18 123:4 124:6,13

**skip** 109:7

**slide** 61:6 147:6,15

**slowdown** 143:23

**slowing** 42:10,15,25 43:14

**small** 148:19

**smaller** 104:12

**smartphone** 73:15, 20,22,23

**sole** 35:25

**solicited** 31:17,25

**solid** 46:23 47:1 48:3

**somebody** 79:25 115:6

**someone's** 54:16

**sophisticated** 103:13

**sorry** 11:13 19:3 25:4 33:18 48:5 55:18 56:19 61:8 74:15 82:14 87:21 88:1,2, 6,15 91:14 93:14 104:7,9,11 107:21 108:9 109:1,7 111:2 126:18 129:10 135:14 140:5 141:13 142:6,18 145:5,7,8 149:6 154:18 156:22 159:6 161:11 164:1 166:14 172:6 173:2, 4

**sort** 37:12 96:1 170:1

**source** 59:7 65:6,9 85:16

**sources** 64:1 85:17

**spaced** 52:16

**speak** 21:15 67:4 128:16 129:23 135:25 168:2

**speaking** 36:2 43:20 52:14 54:12,13 55:6 58:15,19 63:23 64:2 71:21 80:19 100:21 105:25 107:3 115:4 123:21,22 128:15 169:23

**specific** 23:24 24:3 29:25 33:6 38:11,13

39:25 40:10,21 51:16 54:12 63:14 76:24 90:5 100:19, 22,24,25 107:2 124:23 139:3 147:20 152:12 170:20

**specifically** 20:13 31:24 36:3 52:24 58:12 59:4 65:10 68:16 95:1 97:6 123:22

**specificity** 150:5,6

**specifics** 123:5,7,17 125:12 169:13

**speech** 54:17 56:24 89:14

**spell** 10:23

**spend** 42:18

**spoken** 57:14 99:20

**spreadsheet** 162:23 164:21

**spreadsheets** 17:20, 22

**Stanley** 102:20,21 103:15 105:11 106:5 136:23 137:7 174:3, 12

**start** 23:22 50:10,13 64:3 76:25 124:20 146:10,13 147:5

**started** 19:6 23:25 25:19 26:2,23 35:14 50:19 76:13 77:2

**starting** 66:13 67:11 76:11 83:7,22 94:16 102:10 108:23

**starts** 60:17 62:5 63:8 75:17 82:6,20 102:4 105:4 106:15 109:13,18 111:18

141:4 151:12 158:17 174:3,21 175:15 176:4

**state** 9:21 10:23 11:7 93:25 136:15

**stated** 118:12 138:12 144:8,14

**statement** 80:13 128:24 129:8,19 132:17

**States** 9:6

**stating** 110:22

**stats** 141:12,13

**stayed** 40:4,8

**Steuart** 9:15

**Steve** 54:15 56:23 91:22 115:7

**stock** 69:19 71:16,20, 22 98:7,24 110:12

**stop** 169:14 171:1

**stopped** 168:18 171:7 174:13

**store** 104:22 105:4 106:2

**strategic** 26:20

**strategy** 27:23 35:6 78:20

**Street** 91:11,17 92:16

**strike** 67:6

**strong** 41:6 63:17 83:25 109:13

**structure** 28:12 35:6 149:23

**struggling** 56:19 154:3

**study** 83:5,7 100:5,18

**Highly Confidential**

Matthew Blake                                                    In re Apple Inc. Securities Litigation

**subject** 69:14 70:23
89:2 96:13 102:10
128:7 133:8,19
140:15 143:14
145:22

**subjects** 18:2

**substance** 37:16
38:7,14

**substantial** 86:8

**substantive** 39:19

**Successful** 84:24

**suggest** 66:11 133:20

**suggested** 64:8
65:16,23 67:13

**suggesting** 66:10,24
158:19

**Suite** 9:16

**summaries** 39:16
74:5 111:9 123:6,7,
12,19 162:2

**summarize** 38:21
40:19 43:9 99:8

**summarized** 44:19
94:5 101:7

**summarizing** 37:17
64:23 91:20 112:17

**summary** 43:11,19
44:16 98:23 161:18,
23 162:20 163:2,6,
18 173:24

**summer** 24:1

**supplement** 58:22

**supplier** 174:4

**supply/demand**
54:22

**support** 28:3 35:1
55:16 80:13

**supported** 34:5

**supporting** 28:11
67:7 70:19

**sure** 10:25 14:6 16:1
17:25 22:15 32:11,
22 33:3,8 41:18,19
83:3 105:15 107:2
111:8 115:7 120:2
134:10 148:5 157:1,
9 162:8

**surprised** 108:15

**Surprisingly** 104:25
108:6

**Sutcliffe** 10:4

**swear** 10:8

**switched** 22:9

**sworn** 10:12

**symbol** 69:17

**system** 113:5,7

———————————

**T**

———————————

**tab** 162:20 163:2,6,7,
17 164:21,23 165:2,
9 168:23 171:24

**table** 151:15 153:17

**tabs** 162:23

**tailwind** 46:12

**take** 13:13,15 21:5
45:22 46:2 48:13,25
61:14 115:14 120:19
122:3 133:16,22
148:4 158:3

**takeaways** 44:14

**taken** 49:3 87:4
92:16,19 120:24
155:16 176:16

**Talbot** 89:12 115:9

136:4

**talk** 12:2

**talked** 114:10 164:2

**talking** 24:18 35:13
43:19 122:25 138:15

**target** 98:11,13,15
150:4,7

**tax** 149:22 150:2,3
154:23 155:5

**team** 21:19 23:12
24:5 28:8 30:8 35:24
40:11 53:17 54:7,8
55:9,12,22 56:13,21
58:23 62:1,7,8,15
65:7 66:25 67:3,14
74:14,15 76:24 79:3,
5 80:1,2,11 82:5
83:16 91:23 115:7
117:22 118:3,13,16
120:13 124:15 130:9

**teams** 26:18 28:24
58:16 66:20 76:19
77:6,7 86:14 90:5
94:7 122:24

**Tech** 102:10

**technically** 39:11
172:1

**TECHNICIAN** 9:3
28:16,19 36:24 49:1,
4 87:2,5 88:6,10,14
120:22,25 140:5,7
145:5 155:14,17
176:14,17 177:6

**Tejas** 35:25 36:3
53:16 55:5 79:5
97:12

**tell** 18:18 21:11 24:4
61:19 63:18 84:2
128:6 140:22 142:13
157:11 165:12

**telling** 15:20 18:15

**temperament** 108:19

**ten** 152:15

**term** 35:5,8,9,12,13
128:14,15

**terminated** 22:21

**terms** 53:7 64:14
66:10 67:5 86:8
127:12 152:4 162:4

**testified** 10:13

**testify** 18:5 125:7
128:2

**testifying** 128:1

**testimony** 13:7,10
15:10,13,17 17:3
117:24 118:1 121:5
131:9

**text** 14:10

**Thank** 10:15,18
11:11,17 36:9 37:4
46:4 49:8 80:3 95:15
114:10 121:4 164:1
176:19

**thanks** 69:20 87:9

**thematic** 100:8,20

**thematic-type** 100:13

**themes** 92:22 93:3
99:7

**thereto** 87:14

**thing** 32:19 112:5
158:2

**things** 24:19 44:19
64:19 70:21 71:17,
18 86:12 110:23
131:3 135:15

**think** 12:12 15:4 31:6
58:5 59:12 61:9
62:23 64:3,12,13

Matthew Blake                                               In re Apple Inc. Securities Litigation

65:22 66:2 68:16
75:4 76:20 81:13
83:2 84:3 85:5,11
86:7,13,25 93:6,13,
16 94:1,4 95:12
97:10 98:12 100:1,4,
5,7,10,17 101:7
103:4,19 105:11
108:18 112:16
115:5,6,7,10 116:17,
20 119:6 120:17,18
122:13 123:5,7,14
125:14 126:1 127:4,
22 128:4,19 129:11,
21 130:19 131:6
134:3,4 135:24
137:10 138:14 144:8
148:16 150:23
155:10 158:5 159:15
168:1,6 169:5
170:13 171:13
172:19,22 173:5
176:23 177:5

**thinking** 17:14 32:11,
15 43:5 44:25 64:2

**third** 44:18,24 46:15,
19 57:5 63:2 104:21
106:1 108:3,21
109:3 110:7 140:24
149:1 164:9 165:17

**Thomas** 87:23 102:13
136:22

**Thomson** 113:9

**thought** 27:4 39:21
43:14 48:22 83:17
88:7 93:3 101:1
116:21 135:11
175:12

**thread** 49:19 57:18
58:24 142:2 156:21

**three** 25:20 98:20
99:2 108:23 135:11
170:14

**Tim** 41:10 51:9,18,21
53:22 54:14,17,21,
24 63:9 64:14 65:14,
18,21 66:4 86:9
95:14 114:13 115:5
135:14,16 136:7
137:1 141:4 142:7,9

**Tim's** 53:7 59:5 138:1

**time** 9:19 13:14 16:3,
9 18:9 19:23 20:8
21:21,25 22:8,10
23:8,9,15 26:7,10,16
28:16,19 30:4,8
33:12 35:18,21
37:20 40:24 42:4,16
43:1,5,6 49:1,4 55:4,
10,11,19 57:17,22
71:11,25 74:23 75:4
87:3,5 93:22 115:10
116:17,21 120:23,25
125:24 130:3 144:13
146:25 149:23,24
150:8 154:20
155:14,17 159:18,20
163:13 164:22
166:18,25 169:11
170:22 171:11
176:14,17,20 177:7

**timeframe** 29:12
130:8 149:12,18
154:15

**timeline** 118:3 124:23

**timelines** 130:6

**times** 167:14

**timing** 130:14

**title** 24:8 26:15,17
30:13 133:19 145:25
147:12 148:6 163:7,
17

**titled** 61:6 164:23

**titles** 33:11

**today** 10:19 11:25
12:19,22 13:4,7,11,
24 15:10,13,17
48:17 127:7 128:8
138:19 142:19
176:20 177:7

**today's** 14:22

**tomorrow** 92:23
156:13 157:6,7

**Tony** 96:21

**top** 46:19 63:7 76:17
78:6 81:22 84:20
103:1 108:25 148:6
149:7 154:1 156:8
157:13,21 174:2

**topics** 73:17,20 76:24
99:7

**total** 71:19 78:10
141:16 150:8 163:23
172:11,15,18,25

**totals** 168:20

**touch** 23:7

**Tower** 9:16

**Tracy** 10:6

**trade** 165:15

**trades** 166:5,8

**trading** 158:25
172:22

**transcript** 11:24 16:6,
11,12,13,14 111:10
118:11 176:25 177:3

**transcripts** 16:20

**transition** 41:24
168:2

**transitioning** 30:11
35:23

**treasurer** 21:21 24:11
26:6,7,16

**treasury** 26:4,20

**trend** 44:2 154:14

**trends** 73:15,21,23
138:15

**trip** 23:15

**true** 37:7 45:24 46:5
49:18 60:22 61:16
69:7 73:7 75:21
88:23 91:6 94:20
102:8 107:24 111:23
112:12 114:1 116:7
133:2 136:21 137:21
140:11 143:10
145:18 156:2
160:11,24 161:13
163:5 165:8 173:19
174:24 175:18 176:8

**truth** 12:22

**try** 13:15 39:19 96:1

**trying** 60:6 84:6
98:25 99:8 128:16
146:9 149:19,25
156:19

**Tuesday** 158:25

**Turkey** 104:25

**turn** 20:17 46:14 51:1
57:16 61:5 63:2 78:4
81:19 84:16 103:22
108:21 109:8 110:24
140:24 148:1 149:4
156:6 174:1 176:21

**turning** 57:4 61:22
104:17 142:11 147:4

**twice** 27:11

**two** 14:8,23,24,25
15:4 26:11 30:3
46:15,23 47:1 48:2,
3,10 55:20 59:25
71:2,11 82:10,16
105:21 125:18

Highly Confidential

Matthew Blake                                                          In re Apple Inc. Securities Litigation

131:22 149:4 151:20
165:14 172:17,20

**two-thirds** 67:10
84:19,23

**type** 16:12 32:19
56:24 62:19 65:4,7
71:4 74:24 103:16
112:15 119:23
123:13 128:12 134:8
136:5 137:6 157:12
173:23

**types** 17:14,15 70:13
86:6 166:10

**typical** 127:14

**typically** 38:11 57:2
66:20 70:10,13,23
71:4,25 75:7 93:22
95:24 98:4 112:25
113:4 120:6

**typos** 86:4,12

―――――――――

**U**

**UBS** 137:25

**uh-huh** 12:5

**ultimately** 23:10,12
27:5,25 31:20 56:13
81:10 116:19

**unclear** 12:8

**uncommon** 66:11,23

**underlined** 84:20,24

**understand** 11:19,23
12:10,20 13:1 18:23
41:19 65:22 71:8
105:15 120:2 128:10
132:11

**Understandably**
154:5

**understanding**

18:19,20 19:5,18
118:4,15 119:1,10
127:6,10 139:6,7
142:20

**undervalued** 156:10,
17,24

**unique** 114:25 146:25

**uniquely** 108:7,16

**unit** 69:17 70:23 71:4,
25 72:2,6,11

**unit-driven** 174:9

**United** 9:6

**University** 25:13

**unrelated** 20:17
70:11,14

**unusual** 67:6 68:17
75:1

**up-to-speed** 40:8

**update** 38:12 40:11
86:22 146:16 147:5,
8

**updated** 40:15
159:23

**updates** 27:24 35:4,7

**upside** 44:7,25

**usage** 61:2 67:15
68:7

**use** 21:24 58:9 65:7
80:6 122:18 128:15

―――――――――

**V**

**V-A-L-V-E-R-D-E**
11:10

**V-I-A** 11:9

**vacation** 23:10

**validate** 163:9

**valuation** 71:18
158:20 159:7

**Valverde** 11:9

**variety** 70:15,21 72:6

**various** 28:24 94:6

**verbally** 12:4

**verify** 77:4

**versus** 90:4 111:1
153:1

**vetted** 100:6,14,16

**video** 9:3,17 28:16,19
36:24 49:1,4 87:2,5
88:6,10,14 120:22,
25 140:5,7 145:5
155:14,17 176:14,17
177:6

**videographer** 9:13

**videotaped** 9:4

**view** 162:24

**virtual** 22:10

**virtually** 9:9

**visibility** 114:19

**voicemail** 22:12

**voluntary** 22:22

**VP** 24:10 26:15 62:16

―――――――――

**W**

**wait** 127:14

**Wall** 91:11,17 92:16

**Wamsi** 97:21,24
98:18 106:19

**Wamsi's** 98:7,8 99:1

**want** 45:22 48:12
88:2 111:9 113:12,
15 120:19 125:13

128:5 129:1,12,17
135:9 146:12 153:14
155:11 158:20
176:24

**wanted** 83:21 84:12
127:17 146:23
147:23 162:10

**wants** 158:21

**wasn't** 34:15 39:12
66:10,22 75:2 94:1
124:2 126:11 128:16
130:18 138:11
144:13,18 150:5
158:17,19

**Watch** 59:22

**way** 24:16 43:18 52:8
65:23,25 67:11,24
75:2 80:8,19 83:2
84:3,5,11,19,23
85:11 90:1 93:25
100:1,12 102:24
122:25 162:24 168:6
170:7,14 171:21,23

**ways** 29:25 40:3,8,14
72:6

**we'll** 13:15 176:21

**we're** 9:14,20 11:19
13:19 28:17,20 49:2,
5 66:4 84:6 87:3,6
120:23 121:1 148:10
153:17 155:10,15,18
176:15,18,23 177:5,
8

**we've** 33:12 48:11
120:18 173:24

**weaker** 104:14 105:5,
18 109:20 174:3

**weakness** 104:19
105:25 138:2,3,8,9
139:2

Index: two-thirds–weakness

weeks 14:25 24:6

weigh 67:23

Welcome 49:7 87:8
121:3 155:19 176:19

went 22:24 35:7
53:21 77:6 80:15
90:7 116:20 124:8
154:11 159:18 162:7
164:7 169:13

Whittington 56:20
119:3

wide 70:15,21

wife 13:25 14:8

Wigg 87:23 102:13
136:17,22

Williams 10:1 92:6

window 168:7

windows 167:15,17

Wipfler 21:21 27:14
31:13,22 35:16,17
81:4,16 97:11
146:21 150:20 156:9
157:4 158:16 169:18

Wipfler's 157:20
170:5

withdraw 88:3

withdrawn 88:9

witness 9:10 10:5,9
19:16 22:15 25:1
28:21 31:6 33:8,20
37:2 39:23 40:7,18
41:18 42:18 43:3,18
55:24 59:20 62:22
68:15 71:8 75:10
81:13 93:13,25
103:19 105:15,24
108:18 110:2
115:16,21 117:20
118:8,22 119:6,20

120:20 121:10,18
124:1,22 125:9
126:1,17 127:22
129:3,11,21 130:18
131:6 134:19 135:9
138:11 139:5,14
141:25 142:23
146:15 154:14
155:13 167:7 169:5,
22 170:10

witnesses 17:3

wondering 128:12
158:1

word 11:25 17:23,25

worded 100:11

words 18:18 38:17
71:3 150:10

wore 71:11

work 20:4 21:25
22:16 27:10 36:10
73:14 74:8,24 122:8,
11

worked 25:20,21 28:2
31:19,24 32:20 67:8
70:18 78:19,20
122:11

working 23:4 25:19
74:16 124:16 130:4,
9 163:13

works 120:20

worth 23:13

wouldn't 67:6 75:3
99:17 113:3 153:10
168:5 172:25

writer 54:17 56:24
89:14

writes 32:19 73:14
95:5,16,17

writing 148:18

written 18:16 66:15
106:5 146:8

wrong 87:22,24 112:4
161:11 172:6 175:13

_____

X

Xiaomi 73:22 139:12

XR 44:8 45:4 47:3,12,
22 48:4 59:18 60:1,
2,7 63:16 83:24

XS 44:7 45:4 47:2,12,
19,22,23 48:4 59:21
63:15 83:24 92:24
93:5 111:1

XS/XR 111:2

XS/XS 59:18 84:25

_____

Y

yeah 36:24 43:11
46:20 61:9 65:9
76:11 79:15 86:2
88:11,14 92:18 97:1
98:12 104:2 106:2
109:5,17 120:20
121:18 122:15
126:20 128:15 129:5
134:4 137:4 152:14
153:16,22 154:5,15
155:12 156:20
172:13,19 173:5,6,7

year 29:10,12 30:3
44:7 46:23 69:18
109:21 110:4 146:25

year's 63:16 83:25

years 24:21 26:11
135:11

Yep 140:5

yesterday 63:9

Z

zero 14:8

zip 73:5

EXHIBIT 90

Videotaped Deposition of

# Kevan Parekh

March 08, 2022

In re Apple Inc. Securities Litigation

**Highly Confidential**



**Page 1**

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                   OAKLAND DIVISION
4   In re APPLE INC.         )
    SECURITIES LITIGATION,    )
5                            )
                             )
6   _____ ) Case No.
                             ) 4:19-cv-02033-YGR
7   This Document Relates To: )
    ALL ACTIONS               )
8                            )
                             )
9   _____ )
10
11
12             HIGHLY CONFIDENTIAL
13
          REMOTE VIDEOTAPED DEPOSITION OF
14
15               KEVAN PAREKH
16   _____
17          Tuesday, March 8, 2022
18
19
20
21
22
23
24  REPORTED BY:
    ANGELA KOTT, CSR 7811
25  JOB NO: 10094760
```

**Page 2**

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                   OAKLAND DIVISION
4   In re APPLE INC.         )
    SECURITIES LITIGATION,    )
5                            )
                             )
6   _____ ) Case No.
                             ) 4:19-cv-02033-YGR
7   This Document Relates To: )
    ALL ACTIONS               )
8                            )
                             )
9   _____ )
10
11
12        BE IT REMEMBERED THAT, pursuant to Notice
13  of Taking Deposition, and on Tuesday, March 8, 2022,
14  commencing at the hour of 9:04 a.m., thereof, before
15  me, ANGELA KOTT, a Certified Shorthand Reporter,
16  there remotely appeared
17                KEVAN PAREKH,
18  called as a witness by the Plaintiffs, who, being by
19  me first duly sworn, was thereupon examined and
20  interrogated as is hereinafter set forth.
21
22              ---oOo---
23
24
25
```

**Page 3**

```
1        R E M O T E   A P P E A R A N C E S
2   FOR THE LEAD PLAINTIFF:
3       ROBBINS GELLER RUDMAN & DOWD LLP
         BY:  SHAWN A. WILLIAMS, Attorney at Law
4             DANIEL J. PFEFFERBAUM, Attorney at Law
              KENNETH J. BLACK, Attorney at Law
5             JACOB GELMAN, Attorney at Law
              HADIYA DESHMUKH, Attorney at Law
6        One Montgomery Street, Suite 1800
         San Francisco, California 94104
7        415.288.4545
         dpfefferbaum@rgrdlaw.com
8        Kennyb@rgrdlaw.com
         Shawnw@rgrdlaw.com
9        Hdeshmukh@rgrdlaw.com
         Jgelman@rgrdlaw.com
10
11
    FOR APPLE INC.:
12
         ORRICK, HERRINGTON & SUTCLIFFE LLP
13       BY:  JAMES N. KRAMER, Attorney at Law
              TRISTAN ALLEN, Attorney at Law
14       405 Howard Street
         San Francisco, California 94105
15       415.773.5700
         jkramer@orrick.com
16       Tallen@orrick.com
17  ALSO PRESENT:
18       STEPHANIE FINE, Apple Counsel
         LORENZO FERNANDEZ-KOPEC, Aptus Video
19       Technician
20              ---oOo---
21
22
23
24
25
```

**Page 4**

```
1               I N D E X
2          INDEX OF EXAMINATIONS
3   EXAMINATION BY MR. WILLIAMS.................    8
4
5      EXHIBITS MARKED FOR IDENTIFICATION
6   Exhibit No.      Description           Page
7   Exhibit 15   E-mail Chain dated October    43
8                12, 2018, from YeeWee to
                 Kevan Parekh, Bates
9                APL-SECLIT_00603262
10  Exhibit 16   E-mail Chain dated October    52
                 13, 2018, from Thor Kendall
11               to D Beck, Bates
                 APL-SECLIT_00198901 through
12               APL-SECLIT_00198908
13  Exhibit 17   E-mail Chain dated October    70
                 15, 2018, from Matt Blake to
14               Luca Maestri, et al.,
                 APL-SECLIT_00280722 through
15               APL-SECLIT_00280723
16  Exhibit 18   E-mail dated October 17, 2018  86
                 from Kevan Parekh to Andy
17               Allen, et al., Bates
                 APL-SECLIT_00198985 through
18               APL-SECLIT_00198988
19  Exhibit 19   E-mail Chain dated October   108
                 19, 2018, from Greg Joswiak
20               to Kevan Parekh, et al.,
                 Bates APL-SECLIT_00516988
21               through APL-SECLIT_00516990
22  Exhibit 20   E-mail Chain dated October   133
                 20, 2018, from Tim Cook to
23               Donal Conroy, et al., Bates
                 APL-SECLIT_00150951
24  //
25  //
```

| | | | | Page 5 |
|---|---|---|---|---|
| 1 | EXHIBITS CONTINUED: | | | |
| 2 | Exhibit 21 | E-mail Chain dated October 23, 2018, from Ai Ling Loo to Donal Conroy, et al., Bates APL-SECLIT_00284146 through APL-SECLIT_00284149 | 141 | |
| 5 | Exhibit 22 | E-mail Chain dated October 25, 2018, from Saori Casey to Tim Cook, et al., Bates APL-SECLIT_00162372 through APL-SECLIT_00162378 | 150 | |
| 8 | Exhibit 23 | E-mail Chain dated October 26, 2018, from Donal Conroy to Tim Cook, et al., Bates APL-SECLIT_00631297 through APL-SECLIT_00631301 | 161 | |
| 11 | Exhibit 24 | E-mail Chain dated October 26, 2018 from Saori Casey to Tim Cook, et al., Bates APL-SECLIT_00099223 through APL-SECLIT_00099225 | 175 | |
| 14 | Exhibit 25 | GC iPhone XR Launch Day Report, Dated October 26, 2018, Bates APL-SECLIT_00098612 through APL-SECLIT_00098638 | 188 | |
| 17 | Exhibit 26 | E-mail Chain dated October 26, 2018, from Kevan Parekh to Ed Tharp, Bates APL-SECLIT_00199321 through APL-SECLIT_00199325 | 193 | |
| 20 | Exhibit 27 | E-mail Chain dated October 27, 2018, from Kaiann Drance to Greg Joswiak, Bates APL-SECLIT_00163618 through APL-SECLIT_00163619 | 200 | |
| 23 | Exhibit 28 | E-mail Chain dated October 27, 2018, from Donal Conroy to Tim Cook, et al., Bates APL-SECLIT_00503836 through APL-SECLIT_00503838 | 207 | |

| | | | | Page 6 |
|---|---|---|---|---|
| 1 | EXHIBITS CONTINUED: | | | |
| 2 | Exhibit 29 | E-mail Chain dated October 27, 2018, from Mike Fenger to Brian Lu, et al., Bates APL-SECLIT_00118071 through APL-SECLIT_00118073 | 217 | |
| 5 | Exhibit 30 | E-mail Chain dated October 27, 2018, from Kevan Parekh to Dennis Burke, et al., Bates APL-SECLIT_00474637 | 221 | |
| 8 | Exhibit 31 | GC XR Launch Day 3 Update, dated October 28, 2018, Bates APL-SECLIT_00474476 through APL-SECLIT_00474482 | 226 | |
| 10 | Exhibit 32 | E-mail Chain dated October 27, 2018, from WWRO Reports to Donal Conroy, et al., Bates APL-SECLIT_00125757 through APL-SECLIT_00125761 | 228 | |
| 13 | Exhibit 33 | E-mail Chain, dated October 29, 2018 from Maggie Du to Stella Ye, et al., Bates APL-SECLIT_00199045 through APL-SECLET_00199051 | 232 | |
| 16 | Exhibit 34 | E-mail Chain dated October 31, 2018 from YeeWee Koh to Kevan Parekh, Bates APL-SECLIT_00347168 through APL-SECLIT_00347186 | 239 | |
| 19 | Exhibit 35 | Slide deck titled, "Sales QMI Launch Reporting," dated October 29th, 2018, Bates APL-SECLIT_ooo199787 through APL-SECLIT_00199817 | 250 | |
| 22 | Exhibit 36 | E-mail dated October 29, 2018 from Kevan Parekh to Gregory Joswiak, Bates APL-SECLIT_00163789 through APL-SECLIT_00163856 | 253 | |

| | Page 7 |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | |
| 3 | APTUS VIDEO TECHNICIAN:  Good morning. |
| 4 | This begins the videotaped deposition of Kevan |
| 5 | Parekh in the matter In Re: Apple Inc. Securities |
| 6 | litigation filed in the United States District |
| 7 | Court, Northern District of California.  Case number |
| 8 | 4:19-cv-02033-YGR. |
| 9 | This deposition is being held virtually and |
| 10 | the witness is in Cupertino, California, on |
| 11 | March 8th, 2022. |
| 12 | My name the Lorenzo Fernandez-Kopec.  I'm |
| 13 | the videographer.  The court reporter is Angela |
| 14 | Kott.  And we're both here representing Aptus Court |
| 15 | Reporting located at One Market Plaza, Steuart |
| 16 | Tower, Suite 1208, in San Francisco, California. |
| 17 | Please note that audio and video recording |
| 18 | will be taking place unless all parties have agreed |
| 19 | to go off the record.  The time is 9:05 Pacific.  On |
| 20 | the record now. |
| 21 | Counsel, will you please state your |
| 22 | appearance and affiliation. |
| 23 | MR. WILLIAMS:  Shawn Williams, Robbins |
| 24 | Geller Rudman & Dowd on behalf of the Plaintiffs. |
| 25 | MR. PFEFFERBAUM:  Dan Pfefferbaum, Robbins |

| | Page 8 |
|---|---|
| 1 | Geller Rudman & Dowd on behalf of Plaintiffs. |
| 2 | MR. BLACK:  Kenneth Black, Robbins Geller |
| 3 | Rudman & Dowd on behalf of Plaintiffs. |
| 4 | MS. DESHMUKH:  Hadiya Deshmukh, Robbins |
| 5 | Geller Rudman & Dowd on behalf of Plaintiffs. |
| 6 | MR. GELMAN:  Jacob Gelman, Robbins Geller |
| 7 | Rudman & Dowd also on behalf of Plaintiffs. |
| 8 | MR. KRAMER:  Jim Kramer, and I'm here with |
| 9 | my colleague, Tristan Allen, and we're on behalf of |
| 10 | the Defendants and the witness, Mr. Parekh.  Also |
| 11 | with us is Stephanie Fine from Apple legal. |
| 12 | |
| 13 | KEVAN PAREKH, |
| 14 | having been first duly sworn, |
| 15 | was examined and testified as follows: |
| 16 | |
| 17 | THE REPORTER:  Thank you, please begin. |
| 18 | EXAMINATION |
| 19 | BY MR. WILLIAMS: |
| 20 | **Q.  Good morning, Mr. Parekh.  Good to see you** |
| 21 | **again.** |
| 22 | **Can you just state your full name and** |
| 23 | **address for the record, please?** |
| 24 | A.  Yes.  It's Kevan Parekh.  And are you |
| 25 | looking for my home address or my work address? |

Kevan Parekh                                         In re Apple Inc. Securities Litigation

Page 9

1    Q. Home address, please.

2    A. Sorry?

3    Q. I'm sorry.  Your home address, please.

███████████████████████████████████
███████████████████████

6    Q. And you've testified under oath before,
7 right?

8    A. Yes, I have.

9    Q. And have you testified under oath between
10 the last time you were deposed in this case and
11 today?

12   A. No, I have not.

13   Q. I'm just going to go over just a quick
14 background of how the proceeding is going to go
15 today.  I know that you're familiar with it, but I
16 just need to kind of work through it, okay?

17      So you understand that the oath that you've
18 taken today is the same oath you'd be taking in a
19 court of law?

20   A. Yes.

21   Q. And Mr. Kramer -- well, withdrawn.

22      I'm going to ask you a lot of questions
23 today.  I'll do the best that I can to be clear.  To
24 the extent that I'm not, just ask me to either
25 clarify the question or repeat it and I'll do so.

Page 10

1 Okay?

2    A. Okay.

3    Q. Mr. Kramer is likely to object to a lot of
4 my questions today.  He's entitled to do that, but
5 unless he instructs you not to answer the question,
6 you'll need to answer the question.

7      Do you understand?

8    A. I understand.

9    Q. Now, the reporter is going to take down all
10 of my questions and all of your answers, including
11 any comments by the lawyers.  She's not able to
12 record hand gestures and head nods, however.

13      So I'm just going to ask you to respond to
14 my questions audibly, okay?

15   A. Okay.

16   Q. And we'll take several breaks today.  I
17 expect to take one break, you know, probably every
18 hour or so, but if there's any time that you would
19 like to take a break that is a little bit off
20 schedule, just let me know and we can do that.

21      The only thing that I'll say is that if I'm
22 in the middle of a question or in the middle of a
23 line of questioning, I'll likely want to just
24 continue that until it's done.  Okay?

25   A. All right.

Page 11

1    Q. Any reason that you can't give your full
2 and complete testimony today?

3    A. No.  There's no reason.

4    Q. You're not on any medication that might,
5 like, affect your ability to recall facts?

6    A. No.

7    Q. Okay.  Good.

8      Have you done anything to prepare for the
9 deposition today?

10   A. I did prepare with my counsel, yes.

11   Q. Sure.  And what did you do, just have a
12 couple meetings?

13   A. Yes.  We just had a couple of meetings.

14   Q. And when did those occur?

15   A. Over the last week.

16   Q. Okay.  Can you give me a little bit more
17 specifics about when they occurred?

18   A. Yes, I can.  We had one meeting yesterday
19 and one meeting last week as well on Tuesday.

20   Q. Okay.  And yesterday, how long did you
21 meet?

22   A. Probably a couple hours.

23   Q. Okay.  And did you review some documents
24 related to the case?

25   A. Yes, I did.

Page 12

1    Q. All right.  Have you had a chance to review
2 your prior deposition testimony?

3    A. Not recently.

4    Q. Okay.  But you did read it maybe a few
5 months ago?

6    A. Yeah.  After the original deposition, yes.

7    Q. Got it.  And yesterday, when you met for a
8 couple hours, did you review some documents then,
9 too?

10   A. Yes.

11   Q. Any of those documents help you recall any
12 of the facts that might be relevant to the issues
13 that we're discussing?

14   A. Yeah, some of them were helpful in
15 recalling what happened.

16   Q. Okay.  Give me an example of what you were
17 able to recall after reviewing some of the
18 documents.

19   A. Yeah, it was really primarily the -- just
20 the chain of events that happened in that timeframe
21 and leading up to our earnings announcement.

22   Q. Okay.  Anything specific that the documents
23 helped you recall?

24   A. Not necessarily.  Just a general, just
25 reframing of our timeline.

Kevan Parekh                                                    In re Apple Inc. Securities Litigation

Page 13

1      Q.  How many documents did you review?
2      A.  I can't recall a specific number, but just
3  a couple.
4      Q.  Well, I understand you may not recall a
5  specific number, but a couple is two.
6          Would you say it was more than two?
7      A.  It was more than two, yes.
8      Q.  All right.  Was it more than ten?
9      A.  Right around ten.
10     Q.  Okay.  And who was at the meeting with you
11 yesterday?
12     A.  Just our counsel.  So Mr. Kramer, who is
13 here today, and Stephanie from Apple.
14     Q.  That's it?
15     A.  We had two more colleagues of Mr. Kramer's.
16 That was all that was in the meeting.
17     Q.  Do you remember the -- what their names
18 were?
19     A.  Yeah, we had Ariel Winawer, and I can't
20 recall -- Alex, I can't recall his last name.  Those
21 are the four people.
22     Q.  Okay.  And last week when you met on
23 Tuesday, were the same people in the meeting?
24     A.  Yeah, the exact same people.
25     Q.  All right.  Did you review the same

Page 14

1  documents again or the same documents that you
2  reviewed yesterday?
3      A.  We reviewed some different documents.
4      Q.  All different?
5      A.  No, no.  Some different.
6      Q.  Okay.  Did you take some documents home
7  with you to kind of, you know, help you be sharp on
8  the facts when you testified?
9      A.  I did not take them home with me, no.
10     Q.  Did you talk to anyone other than the
11 people that we've discussed, you know, your lawyers
12 about the fact that you were going to be testifying
13 today?
14     A.  I have not, no.
15     Q.  No family members, no colleagues?
16     A.  No, no family members, no colleagues.
17     Q.  Nobody wondering where you are today when
18 they are sending you e-mails?
19     A.  Generally, my admin knows I'm busy, so --
20     Q.  Got it.  Who is your admin?
21     A.  Gavy Garcia.
22     Q.  Is that a male or female?
23     A.  She's a female.
24     Q.  Okay.  And she's been your admin for how
25 long?

Page 15

1      A.  About almost nine years now since I started
2  at Apple.
3      Q.  Oh, that's great.  Do you have -- does she
4  have access to your e-mail?
5      A.  She has access to my calendar, not my
6  e-mail.
7      Q.  Got it.  Okay.  Now, do you still -- are
8  you still holding the same title that you held back
9  in March of 2021 when you testified before?
10     A.  Yes, I am.
11     Q.  Is that vice president of finance?
12     A.  Yeah, vice president of sales, marketing
13 and retail finance, yes.
14     Q.  Sales marketing and retail finance, okay.
15         Have you -- withdrawn.
16         Do you have an understanding of what the
17 allegations in the case are?
18     A.  I believe so.
19     Q.  Okay.  Can you just tell me what your
20 understanding is?
21     A.  Yeah, I believe the allegations are that --
22 that Apple knew that we weren't going to meet the
23 guidance range that we had outlined during our
24 earnings release in early November.
25     Q.  Of 2018?

Page 16

1      A.  Of 2018.
2      Q.  And is that understanding based on the
3  reading, your reading of the complaint in the
4  action?
5      A.  Yes.  From earlier on in the first
6  deposition, that's right.  That was my
7  understanding.
8      Q.  I'm sorry.  So my question was, is that --
9  is your understanding based on your reading of the
10 complaint in the action or something else?
11     A.  No, it was based on my -- it was based on
12 the reading of the complaint and also how our
13 counsel explained it to me.
14     Q.  Okay.  And when was the last time you read
15 the complaint?
16     A.  It would have been in, you know, when I had
17 my original, the first deposition.
18     Q.  Prior to that in preparation for that?
19     A.  Prior to that, yeah.
20     Q.  And have you read any other court documents
21 related to this case since then?
22     A.  I have not, no.
23     Q.  Okay.  And what is your view, if you have
24 one, about the merits of the allegations as you've
25 described them?

Kevan Parekh                                                    In re Apple Inc. Securities Litigation

Page 17

1    A.  I don't believe they have merit, the
2  allegations.
3    **Q.  Okay.  And why don't you believe that they**
4  **have merit?**
5    A.  Because I think we used all the information
6  that we had available to us when we did the earnings
7  announcement, and no reason to believe at that time
8  that we wouldn't meet the guidance ranges that we
9  had outlined.
10    **Q.  Okay.  And so the information that goes**
11  **into or went into the preparation of the guidance**
12  **included, you know, good facts and not so good**
13  **facts; is that right?**
14    A.  I'm not sure what you mean by "not so good
15  facts."
16    **Q.  Well, factors including, you know, maybe**
17  **sales performance that wasn't as strong as expected**
18  **in some regions and sales performance that may have**
19  **been better than expected in some regions?**
20    MR. KRAMER:  Objection to form.  You may
21  answer.
22    THE WITNESS:  Yeah, I believe -- I believe
23  that our guidance range factored in all of the
24  different regions we had and belief we had of our,
25  you know, projections in the market performance up

Page 18

1  until then.
2  BY MR. WILLIAMS:
3    **Q.  Right.  So for example, you wouldn't ignore**
4  **negative information and only include positive**
5  **information in your preparation of, you know, of the**
6  **guidance, right?**
7    A.  Yeah, we include -- we take into
8  consideration all information, both negative and
9  positive.  In fact, we actually had made adjustments
10  to some of our ranges up until the earnings
11  announcement.
12    **Q.  And you made those adjustments because**
13  **there was some -- some negative information that was**
14  **in the mix at the time, right?**
15    A.  What I would say is, yes, there were some,
16  you know, adjustments we made that reflected what we
17  thought were the most, you know, up to date facts as
18  far as what was happening in the marketplace.
19    **Q.  Right.  And those were downward adjustments**
20  **for the most part, weren't they?**
21    A.  We did make some downward adjustments
22  heading into the earnings call, that's right.
23    **Q.  Right.  And those downward adjustments were**
24  **in part due to what you knew or had heard about the**
25  **iPhone XR performance in certain regions of the**

Page 19

1  world, right?
2    MR. KRAMER:  Objection to form.
3    THE WITNESS:  Yeah, I think we had made
4  adjustments to reflect some of what we were seeing
5  in the marketplace.  And also, again, we typically
6  try to come up with a guidance range that we believe
7  we can -- we can meet.
8    And so what we try to do is de-risk a
9  little bit of the guidance range.  And also, we
10  widened the range reflecting the fact that we had a
11  later launch of one product that we only had a
12  limited number of weeks to sell, so we felt we had
13  already made adjustments to reflect that.
14  BY MR. WILLIAMS:
15    **Q.  Right.  And those were, in part, downward**
16  **adjustments, right?**
17    A.  They were downward adjustments overall, but
18  there were some positive adjustments in certain
19  markets.
20    **Q.  Sure.  And the product that you were just**
21  **referring to in terms of the timing of the launch,**
22  **was that the iPhone XR?**
23    A.  Yes.  We had a split launch in that year.
24  So we had some products, the pro products, the XS,
25  XS Max launching earlier, and then we had the XR,

Page 20

1  which is more of the mainstream product, launching
2  later just before the guidance was provided.
3    **Q.  Sure.  And when you say "mainstream**
4  **product," what do you mean?**
5    A.  So the XS, XS Max, I think, appeals to
6  what, you know, what we call early adopter pro
7  customers, and the XR would typically appeal to
8  people who were not as much of the early adopter
9  customers.
10    **Q.  And you would refer to those people as**
11  **mainstream?**
12    A.  Yes.  Non-early adopter customers, let me
13  clarify that.
14    **Q.  Non-early adopter, okay.**
15    **So would you consider a product described**
16  **as mainstream as one that would probably sell in**
17  **more volume than sort of an early adopter product?**
18    MR. KRAMER:  Objection to form.
19    THE WITNESS:  Not necessarily.  I guess
20  what I was referring to is some products behave
21  differently early in their launch than others.
22    So for example, pro products might have
23  much more preorder volume and early traffic versus
24  non-early adopter.  I guess that's the distinction I
25  guess we should have made.

**Page 17..20**

Kevan Parekh

In re Apple Inc. Securities Litigation

Page 21

1 BY MR. WILLIAMS:
2    Q.  Okay.  Do you have performance reviews at
3 Apple?
4    A.  Can you clarify what you mean by
5 performance reviews?
6    Q.  Sure.  So individualized year-end
7 performance reviews where your superiors evaluate
8 your annual performance.
9    A.  You mean from an HR standpoint around
10 individual performance, is that what you're
11 referring to?
12    Q.  Sure.  Yeah.
13    A.  Yeah, we have annual performance ratings.
14    Q.  Can you describe that process for me?
15    MR. KRAMER:  Objection to form.
16    THE WITNESS:  I mean, it's pretty
17 consistent with how other companies do performance
18 evaluations.  We are rated on different dimensions,
19 teamwork, results, attributes like that.
20 BY MR. WILLIAMS:
21    Q.  And so is there a -- does part of that
22 process include sort of a self-evaluation?
23    A.  Yeah, at times it can.
24    Q.  Is that part of the annual review process?
25    A.  Yeah.  There is an area if you wanted to

Page 22

1 provide a self-evaluation as part of that process.
2    Q.  And you -- so is it fair to say that you
3 provide reviews for people who work under you?
4    A.  Yes.  I do provide reviews of people who
5 work on my team.
6    Q.  Okay.  And do -- who provides or who does
7 the review of your performance?
8    MR. KRAMER:  Objection to form.
9    THE WITNESS:  Yeah, so it would be
10 typically my boss would provide that.
11 BY MR. WILLIAMS:
12    Q.  Okay.  And your boss during the calendar
13 2018 was who?
14    A.  So I had a dual reporting structure at
15 Apple.  Luca Maestri, the CFO, and at the time would
16 have been Phil Schiller, the head of marketing.
17    Q.  Did you do a self-evaluation in calendar
18 '18?
19    A.  I can't recall if I did it in that year or
20 not.
21    Q.  But is it fair to say that you were
22 evaluated by your boss in calendar 2018?
23    MR. KRAMER:  Objection to form.
24    THE WITNESS:  Yes.  I think they provided a
25 review for me, yes.

Page 23

1 BY MR. WILLIAMS:
2    Q.  Did you -- did that review include your
3 performance -- withdrawn.
4    Did that review include an evaluation of
5 your performance around the Q1 '19 revenue and
6 demand forecast?
7    A.  You're referring to our fiscal Q1 or
8 calendar Q1?
9    Q.  I meant to say fiscal Q1 '19.
10    A.  I don't believe there was something
11 specifically around that particular issue that I can
12 recall in the review.
13    Q.  Okay.  So are you saying that you don't
14 recall whether there was a critique of your
15 performance around the demand and forecasting
16 outlook for fiscal Q1 '19?
17    MR. KRAMER:  Objection to form.
18    THE WITNESS:  Yeah.  Again, I think our
19 reviews are more holistic in we do lots of different
20 things as part of our roles.  And so my only job
21 wasn't just to do the Q1 '19 forecast.
22    We have lots of areas of responsibilities
23 that are taken into consideration in our
24 evaluations.
25 ///

Page 24

1 BY MR. WILLIAMS:
2    Q.  So I'm asking you, are you saying that
3 there was no critique of your performance around
4 Q -- the Q1 fiscal '19 demand and forecasting
5 process or that you just don't recall whether or not
6 there was a critique around your performance on that
7 issue?
8    MR. KRAMER:  Objection to form.
9    THE WITNESS:  Yeah, I guess I'm not really
10 understanding what you mean when you say my
11 performance.
12    Are you asking whether or not we measure
13 ourselves versus our forecast or -- I don't
14 understand what you mean by performance.  Overall,
15 you know, there was an evaluation of my performance
16 and my job activity.
17 BY MR. WILLIAMS:
18    Q.  Are you done?
19    A.  Yes.
20    Q.  Okay.  I'm sorry if I'm not being clear.
21    I'm really just asking whether or not you
22 were critiqued on your specific performance as it
23 relates to the Q1 2019, fiscal Q1 2019 demand and
24 forecasting process?
25    A.  I don't recall a specific critique on that

Kevan Parekh                                                In re Apple Inc. Securities Litigation

Page 25

1 issue.

2    Q.  Okay.  Very good.  Thank you.

3       And I have a few sort of concepts that I've
4 seen in the documents that I'm hoping you can help
5 me understand.  Okay.

6       What does it mean as part of the demand or
7 forecasting process to build a low case?

8       MR. KRAMER:  Objection to form.

9       THE WITNESS:  Typically when we have a
10 forecast we normally have a range.  Because it's
11 hard to exactly know what will happen, and so we
12 typically have a range, a low range and a high
13 range.

14 BY MR. WILLIAMS:

15    Q.  But what does it mean to build a low case?

16    A.  When you say "build a low case," I mean, as
17 I mentioned, the forecast has a range of what we
18 think is a low projection and a high projection,
19 which is we think the projection will land within
20 that range somewhere.

21    Q.  And the low is the lowest part of the
22 range?

23       MR. KRAMER:  Objection to form.

24       THE WITNESS:  Yes.  Maybe I can give a
25 simple example.

Page 26

1       I'm going to sell a widget.  I might sell
2 between 10 and 20 -- I might sell between 10 and 20.
3 10 in this case would be the low end of the range of
4 how many widgets I think I'm going to sell.

5 BY MR. WILLIAMS:

6    Q.  Okay.  Have you heard the phrase or concept
7 being used as part of your job as protecting the low
8 case?

9    A.  Well, I typically -- again, when we give
10 our guidance ranges, we try to definitely meet our
11 stated range.  And so, you know, we generally try to
12 make sure that we take all the actions and levers
13 that we have possible to stay within our range.

14    Q.  Right.  I understand, but does it mean to
15 protect the low case?

16       MR. KRAMER:  Objection to form.

17       THE WITNESS:  I guess I'm not sure in what
18 context you're pulling that out of.

19       But generally, again, I think we try to
20 meet our ranges.  And so we try to make sure we try
21 to sell -- you know, the example I gave you of 10 to
22 20 widgets.  I think we'd hope to sell 10 at least.
23 And we typically can take actions to do that.

24 BY MR. WILLIAMS:

25    Q.  To make sure that you sell at least 10 in

Page 27

1 your example?

2    A.  Yes.

3    Q.  And that would be an example of protecting
4 the low case; is that fair?

5       MR. KRAMER:  Objection to form.

6       THE WITNESS:  Yeah, what I would say is we
7 generally are trying to land within our range.  And
8 if you park the low case as we normally want to hit,
9 then we typically try to land within that range with
10 that 10 in the example I gave you being the minimum.

11 BY MR. WILLIAMS:

12    Q.  Okay.  And so what is typically referred to
13 as the likely case?

14    A.  The likely case is typically somewhere in
15 the middle of that range.  It doesn't always have to
16 be the mid-point.  It's, you know, our best estimate
17 of what we think we can do within that range.

18       I believe we have to create our financials
19 based on a point estimate just for planning
20 purposes, but we always have a range we provide.
21 Because, again, we don't have a certain, one
22 specific number.

23       But we use a likely as our best estimate
24 where we think we'll land within that range.  And
25 again, that doesn't have to be midpoint.

Page 28

1    Q.  And how is that, quote/unquote, likely case
2 typically built?

3    A.  Yeah, it's built through judgment and
4 discussion amongst the team who is responsible for
5 the forecast.

6    Q.  And that judgment is typically based on
7 what?

8       MR. KRAMER:  Objection to form.

9       THE WITNESS:  Based on a number of factors.

10 BY MR. WILLIAMS:

11    Q.  And those factors change in any given
12 quarter in any given week.  Is that fair?

13    A.  I mean, the factors -- some factors can
14 change.  There can be new factors.  But yes, there
15 are a number of considerations that go into coming
16 up with the judgment of what we think the likely
17 amount is within the range.

18    Q.  And so what -- what's the high?

19    A.  Yeah, so the high in the example, if we
20 want to stick with the example of 10 to 20, would be
21 what we think is a high side of what we think we
22 could -- what the demand forecast could be.

23    Q.  And what is that typically based on?

24    A.  Well, that's typically based on, again,
25 some judgment around, you know, some things that

**Kevan Parekh**                                    **In re Apple Inc. Securities Litigation**

Page 29

1  could make demand stronger and high.  And we
2  typically use the high end of the range to make sure
3  we try to have supply in case we see more demand
4  than we -- than the amount of the top end of the
5  range.
6      **Q.  What is the difference between a forecast**
7  **and guidance, if there's a difference?**
8          MR. KRAMER:  Objection to form.
9          THE WITNESS:  Yeah, so in this case I guess
10  I'm not sure how to think about guidance.  Our
11  guidance range was our best forecast of what we
12  thought we would deliver from a revenue standpoint
13  for the quarter.
14  BY MR. WILLIAMS:
15      **Q.  Is -- do you in your job duties use**
16  **guidance and forecast interchangeably?**
17      A.  So it depends on when in the period we are,
18  but we normally develop a set of forecasts that we
19  refine up until we provide guidance.  And that's the
20  kind of forecast that we use to measure ourselves on
21  subsequent to that, having provided that guidance to
22  the marketplace.
23      **Q.  So are you saying that guidance is**
24  **typically what's provided to the marketplace but**
25  **forecasts are what are -- what are the internal**

Page 30

1  expectations?
2          MR. KRAMER:  Objection to form.
3          THE WITNESS:  Yeah, let me try to explain
4  that again.
5          Our forecast is our best guess of where we
6  think demand ranges can be.  We do refine those
7  assumptions up until we provide guidance to the
8  marketplace.  And then we do kind of track how
9  demand is doing versus that range.
10  BY MR. WILLIAMS:
11      **Q.  Versus the guidance range or the forecast**
12  **range?**
13      A.  Versus the guidance range.
14      **Q.  Okay.  And I'm really just trying to**
15  **understand how the usage of the term "guidance and**
16  **forecast" play out when I'm reading some materials.**
17  **Thank you for that.**
18          **What does the phrase "supply gated" mean?**
19      A.  The phrase "supply gated," that means we
20  have a constraint on supply that's available to
21  sell.
22      **Q.  And what does "constraint" mean in that**
23  **context?**
24      A.  Constraint could be a number of factors
25  that doesn't allow us to get the amount of supply we

Page 31

1  were hoping to get to satisfy the demand.
2      **Q.  Got it.  Are you familiar with, you know,**
3  **the phrases like "order decay" or "sales decay" or**
4  **"weekly decay," are you familiar with any of those**
5  **phrases?**
6          MR. KRAMER:  Objection to form.
7          THE WITNESS:  Yeah.  I've seen them being
8  used depending on what context they are being used
9  in.
10  BY MR. WILLIAMS:
11      **Q.  Have you used those phrases in your work?**
12      A.  I might have.  I can't recall exactly.  But
13  again, it depends on the context I would have used
14  that in.
15      **Q.  Can you give me a general sort of**
16  **description of what, like, sales decay might mean?**
17      A.  Yeah.  So sometimes -- I'll give you an
18  example.  That you might see a spike of demand in a
19  product launch.  And then over time that, you know,
20  a level of sales activity could come down.
21          So we see a, you know, a surge of sales in
22  the beginning of a period, and that can vary by
23  product and can vary by geography.  But that's an
24  example of a -- maybe what someone might have
25  referred to as sales decay.

Page 32

1      **Q.  Right.  So the -- when the, you know, sales**
2  **may be coming down, that's the decay part, right?**
3      A.  Yes.  It's characterized as a decay, but
4  it's not necessarily decay in a bad sense.  It's
5  just showing that sales are coming off of a high or
6  peak.
7      **Q.  I understand.  Thank you.  Okay.**
8          **Are you familiar with customer activation**
9  **reports or updates?**
10          MR. KRAMER:  Objection to form.
11          THE WITNESS:  Yeah, I am aware of customer
12  activations.
13  BY MR. WILLIAMS:
14      **Q.  Yeah.  The types of reports or updates?**
15      A.  Yes.  I am aware of updates that we provide
16  around customer activations.
17      **Q.  Okay.  And do you as part of your job use**
18  **those to help you, you know, evaluate demand or**
19  **build a forecast?**
20      A.  We take into consideration information, but
21  there are several factors that we take into
22  consideration in our forecast.  But that is one
23  input we tend to look at.  But it's one of several.
24      **Q.  Sure.  What type -- what information do**
25  **those updates or reports provide, generally?**

**Kevan Parekh**                                    **In re Apple Inc. Securities Litigation**

Page 33

1    A.  Well, they can provide a variety of views.
2  But generally, we would look at things like
3  upgraders versus new to.
4    **Q.  Oh, so the activation reports can tell you**
5  **whether new phone activation is from an upgrade or**
6  **somebody that's new to the Apple ecosystem?**
7    A.  That's right.
8    **Q.  How do you use that information as part of**
9  **your job?**
10    A.  Yeah, I think we try to understand if
11  there's any trends around new customers versus
12  upgrading customers.  And again, that's just one set
13  of inputs we look at.
14    **Q.  Does it help you evaluate potential market**
15  **share growth?**
16    MR. KRAMER:  Objection to form.
17    THE WITNESS:  Yeah, it's hard to gauge that
18  fully, but we do like to understand how many new
19  customers we are bringing to the ecosystem, for
20  example.  We think it's a good factor when we're
21  tracking our new customers.
22  BY MR. WILLIAMS:
23    **Q.  Okay.  Would you agree that in or around**
24  **calendar 2018 that around 90 percent of Apple iPhone**
25  **sales in China were made through partners or**

Page 34

1  **resellers?**
2    MR. KRAMER:  Objection to form.
3    THE WITNESS:  Yeah.  Sorry.  Could you
4  repeat the first part of that question again?
5  BY MR. WILLIAMS:
6    **Q.  Would you agree that in or around calendar**
7  **year 2018, that 90 percent of Apple iPhone sales in**
8  **China or Greater China was -- were made through**
9  **partners or resellers?**
10    MR. KRAMER:  Objection to form.
11    THE WITNESS:  Yeah, what I would say is it
12  depended on the period in which you're measuring
13  that.  And when you say on or around 2018, it
14  depends on when in 2018.
15    But resellers do count for a majority of
16  our sales, phone sales in China.  But from time to
17  time our retail business can sell a number of
18  products as well, so it depends on what time period
19  you're looking at.
20    THE REPORTER:  Sorry.
21    (Discussion off the record)
22  BY MR. WILLIAMS:
23    **Q.  We were talking about percentage of partner**
24  **sales in China.**
25    **Would you say that at any point in 2018**

Page 35

1  **that partners -- that less than 75 percent of iPhone**
2  **sales in China were made through resellers or**
3  **partners?**
4    MR. KRAMER:  Objection to form.
5    THE WITNESS:  Yeah.  What I would say is
6  there might be some instances.  I can't recall
7  exactly quarter by quarter or month by month if
8  there were differences in mixes.  But --
9  BY MR. WILLIAMS:
10    **Q.  But?  Did you say "but"?**
11    A.  Oh, but the resellers do constitute a
12  majority of the sales.  Again, I don't recall
13  specifically in any given month what that mix
14  exactly was.
15    **Q.  Okay.  What are -- withdrawn.**
16    **Have you heard of or used the phrase demand**
17  **signals as part of your work at Apple?**
18    MR. KRAMER:  Objection to form.
19    THE WITNESS:  I've heard the phrase.
20  Again, it depends in what context it was used in,
21  but I've heard the phrase "demand signal."
22  BY MR. WILLIAMS:
23    **Q.  Do you have a general understanding of what**
24  **that means?**
25    A.  To me, I'm going to get -- if I were to use

Page 36

1  it, it would be -- it might be different how other
2  people use it, but for me I would look at that as
3  potentially some gauge of trying to understand
4  demand strength.
5    **Q.  Okay.  Would you consider pre-orders as a**
6  **demand signal?**
7    MR. KRAMER:  Objection to form.
8    THE WITNESS:  Yeah, I guess it depends -- I
9  even mentioned there are several demand signals.
10  Pre-orders could be one, and it could be more or
11  less relevant depending on the product that we're
12  measuring.
13  BY MR. WILLIAMS:
14    **Q.  So if, for example, during a product launch**
15  **there were strong initial pre-orders, would you**
16  **consider that a demand signal?**
17    MR. KRAMER:  Objection to form.
18    THE WITNESS:  I guess it depends on how you
19  define strong pre-orders, whether it's relative to a
20  forecast, relative to what?
21  BY MR. WILLIAMS:
22    **Q.  So are you unable to answer that question**
23  **without more context as to whether or not you would**
24  **consider strong pre-orders as a demand signal?**
25    MR. KRAMER:  Objection to form.

**Page 33..36**

Kevan Parekh                                                    In re Apple Inc. Securities Litigation

Page 37

1      THE WITNESS:  Yeah, I think I would need a
2  bit more information on what product -- what type of
3  product, what was being -- you know, how it was
4  being measured.  I'd need a bit more context.
5  BY MR. WILLIAMS:
6      Q.  Hm-hmm.  What are -- withdrawn.
7          Have you heard of the phrase "frozen mBS"?
8      MR. KRAMER:  Objection to form.
9      THE WITNESS:  Yeah, I believe I've heard
10  the phrase before.
11  BY MR. WILLIAMS:
12     Q.  Do you know what it means?
13     A.  Yeah.  The mBS is a term that we use that
14  refers to the minimum of the book of business for
15  Sell in forecast.  It is a way we communicate with
16  partners on getting orders.
17     Q.  And so what's frozen mBS?
18     MR. KRAMER:  Objection to form.
19     THE WITNESS:  Yeah, I believe it depends on
20  what context that was used.  But I would have to
21  defer to the supply/demand management team exactly
22  on that one.
23  BY MR. WILLIAMS:
24     Q.  So if someone wrote to you concerning
25  partner or reseller orders and included the phrase

Page 38

1  "frozen mBS," you would not know what that meant?
2      A.  Again, I guess it would depend on what
3  context it was provided to me in.
4      Q.  So give me a context in which you might
5  know what that meant?
6      A.  Well, what I can tell you is typically at
7  some point we ask partners to provide firm orders.
8  You know, we have to gear up the factory to provide
9  supply, and we can't have partners that constantly
10  cancel orders.
11         At some point orders are kind of
12  non-cancellable so we know how many to produce.  And
13  so, again, I'd have to go back and look at the
14  context.  You'd have to provide me some context on
15  how that frozen mBS was used.
16         But, you know, generally I would say at
17  some point we ask partners to provide firm orders
18  that aren't cancellable because we have to think
19  about how much supply we need and how much
20  allocation to provide the partners.
21     Q.  Understood.  So in some context, it might
22  be the point at which partners cannot cancel?
23     A.  Yeah, I don't want to speculate on how that
24  was being used, you know, in whatever document we're
25  looking at.  I'd have to see it to kind of confirm

Page 39

1  that.
2      Q.  I understand.  I'm not referring to a
3  document.  I'm just trying to figure out what it
4  means.
5          And I think what I hear from you is that at
6  some -- in some context it could mean the point at
7  which reseller or partner orders are frozen, meaning
8  they shouldn't or can't cancel?
9      A.  Yeah, I guess what I was saying is
10  generally our practice is to make sure we get firm
11  orders because we need some certainty how many
12  orders we're going to have.
13         And again, I'm not sure how -- where you
14  pulled that phrase from, so I'd have to see the
15  context of it to evaluate if that's consistent -- if
16  that's a consistent explanation for what I just
17  mentioned.
18     Q.  Okay.  Is it fair to say that one of the
19  people that you corresponded with during calendar
20  2018 as part of your job was a colleague in greater
21  China whose name was YeeWee?
22     A.  Yes.  YeeWee Koh is the marketing lead in
23  Greater China.
24     Q.  Yeah.  And is he still the marketing lead
25  in Greater China?

Page 40

1      A.  Is he today?  Yes, he is.
2      Q.  Do you still correspond with him as part of
3  the work that you do?
4      A.  Well, I correspond with him on several
5  different elements.
6      Q.  Right.
7      A.  Depending on what context you're asking
8  about that, but, yes, I do correspond with him.
9      Q.  As part of your work.  That's it.
10     A.  Yes.
11     Q.  Yeah.  And is it common for him to
12  communicate with you about what he's hearing or
13  experiencing with respect to sales demand in China?
14     MR. KRAMER:  Objection to form.
15     THE WITNESS:  We do try to ask him what
16  things he's hearing and kind of seeing since he's
17  there locally, but -- as one kind of point.  But we
18  do try to get his input.
19  BY MR. WILLIAMS:
20     Q.  And that input is just part of the mix you
21  use to create your demand and revenue forecasts?
22     MR. KRAMER:  Objection to form.
23     THE WITNESS:  Yeah, I think I mentioned we
24  have several things we take into consideration.  So
25  we do try to get some color from various people as

Kevan Parekh | In re Apple Inc. Securities Litigation

Page 41

1 well.
2 BY MR. WILLIAMS:
3    Q. YeeWee being one of them?
4    A. Yes, YeeWee being one of them.
5    Q. And who else in China is it normal for you
6 to have gotten input from in calendar 2018?
7    MR. KRAMER: Objection to form.
8    THE WITNESS: I have a team in China. So
9 Edwin Tan. He's my controller in China and is
10 someone that I would correspond with.
11 BY MR. WILLIAMS:
12    Q. Is Edwin Tan someone that you would
13 correspond with about product demand in China?
14    A. Yes.
15    Q. What's -- can you describe his
16 responsibilities?
17    MR. KRAMER: Objection to form.
18    THE WITNESS: He's a sales controller for
19 Greater China.
20 BY MR. WILLIAMS:
21    Q. Tell me what a controller does.
22    A. So he looks after -- part of his
23 responsibility is to help look at the demand
24 forecasts locally. He also is responsible for
25 financial controls -- on our -- commercial financial

Page 42

1 controls on our commercial activities in the Greater
2 China region.
3    Q. Anybody else in China that you got input
4 from --
5    MR. KRAMER: Objection to form.
6    THE WITNESS: I'm trying to recall. I
7 guess Brian Lu is, a sales leader, was someone else
8 we would also get input from.
9    MR. WILLIAMS: Okay.
10    Lorenzo, can you pull up my document number
11 1, please.
12    APTUS VIDEO TECHNICIAN: Yeah. And this
13 will be Exhibit 1, also?
14    MR. WILLIAMS: Yes. Actually, I think --
15 don't mark it as 1 because we had a number -- I
16 don't recall where we left off with Mr. Parekh in
17 his first deposition.
18    MR. KRAMER: Mr. Williams, I think he was
19 deposed as a corporate designee, so I think it's
20 fine to start at 1 here.
21    MR. WILLIAMS: But we started at Parekh 1
22 before, so I don't want them to look the same.
23    MR. KRAMER: Oh, I see.
24    MR. WILLIAMS: Okay.
25    APTUS VIDEO TECHNICIAN: Sometimes --

Page 43

1    MR. PFEFFERBAUM: I'm getting that
2 information where we left off.
3    MR. KRAMER: And Shawn, we've been going
4 about an hour. Why don't we take a short break.
5    MR. WILLIAMS: Sure. Want to take ten?
6    MR. KRAMER: Yes, let's take ten. And then
7 after we're off, Lorenzo we'll do the whole --
8    MR. WILLIAMS: Perfect.
9    APTUS VIDEO TECHNICIAN: The time is 9:53.
10 We're going off the record.
11    (Recess taken)
12    APTUS VIDEO TECHNICIAN: The time is 10:05.
13 We're back on the record.
14    MR. WILLIAMS: Okay. Exhibit Number 1
15 is -- or the document that I want to show to the
16 witness to admit is Bates numbered 00603262, and
17 that will be Exhibit Number 15.
18    (Whereupon, Exhibit 15 was marked for
19    identification)
20    MR. WILLIAMS: That's where we're going to
21 start, Lorenzo, at 15.
22    APTUS VIDEO TECHNICIAN: All right. Sounds
23 good.
24    MR. KRAMER: Lorenzo, you'll put them in
25 the chat?

Page 44

1    APTUS VIDEO TECHNICIAN: Yep. All right.
2 So that link is in the chat. You can click on it
3 there.
4    Let me know if anybody has any issues.
5    THE WITNESS: Trying to click on it now.
6 It doesn't look like a clickable link for me.
7    APTUS VIDEO TECHNICIAN: Okay. This has
8 happened before. Let me just try putting the link
9 in again. Sometimes -- yeah, sometimes when I put
10 the Exhibit 15, for some people it changes it to a
11 non-clickable link.
12    So, yeah, for future reference, I'll just
13 have to do it that way so that we know what exhibit
14 and what link.
15    THE WITNESS: Okay. Thank you. Yes, I'm
16 able to open it now.
17 BY MR. WILLIAMS:
18    Q. Okay. You can just take a moment to look
19 at Exhibit 15 and let me know when you've had a
20 chance to do so.
21    A. Okay. I was going to read the document
22 here. I just opened it up okay. I've read it.
23    Q. Okay. And before we get to that document,
24 you recall being deposed in this case back in March
25 of 2021; is that fair?

Kevan Parekh                                          In re Apple Inc. Securities Litigation

Page 45

1    A.  Yes, I do recall being deposed previously
2  in this case.
3       Q.  And do you recall being asked at that time
4  whether you had read the operative complaint?
5    A.  I can't recall exactly if you asked that
6  question.
7       Q.  Okay.  So do you recall being asked the
8  following question and giving the following answer:
9       "Question:  Have you read the operative
10  complaint in this action?
11       "Answer:  I have not read it, no."
12       Do you recall that?
13    A.  I don't recall it exactly, but --
14       MR. KRAMER:  Objection to form.
15  BY MR. WILLIAMS:
16       Q.  I'm sorry.  I think Jim was -- just spoke
17  over you.  What was that?
18       MR. KRAMER:  Sorry about that.  Objection
19  to form.
20       Go ahead, Mr. Parekh.
21       THE WITNESS:  I don't recall exactly that
22  question and response.
23  BY MR. WILLIAMS:
24       Q.  Okay.  And, but today you're saying that
25  you did read the operative complaint at some point

Page 46

1  prior to being deposed in March of 2021?
2       MR. KRAMER:  Objection to form.
3       THE WITNESS:  Okay.  I believe I said that
4  I recall reading the complaint before.
5  BY MR. WILLIAMS:
6       Q.  Before you were deposed in March of 2021?
7       MR. KRAMER:  Objection to form.
8       THE WITNESS:  I don't recall exactly the
9  exact timeframe I read it, but I did read it in
10  connection with that deposition.
11  BY MR. WILLIAMS:
12       Q.  Well --
13    A.  It might have been afterwards.
14       Q.  I'm sorry.  Say that again.
15    A.  It might have been afterwards.
16       Q.  Looking at Exhibit Number 15, that's an
17  e-mail from YeeWee Koh to you on or around
18  October 12, 2018, correct?
19    A.  That's what it looks like.
20       Q.  Right.  Well, is there any reason to
21  believe it's not an e-mail from YeeWee to you?
22    A.  No.
23       Q.  Okay.  And can you just read the e-mail for
24  me, please?
25    A.  Yes.

Page 47

1       "Hi Kevan, I'm trying to make sense of all
2  the numbers versus reality and what I'm hearing from
3  sales and channel.
4       "How are you seeing the current XS/Max
5  sales in China?
6       "I'm also wondering what the supply
7  situation for XR looks like in Q1?"
8       Q.  Okay.  And would you say that in or on
9  October 12, 2018, you were in the process of helping
10  to build the demand and revenue forecast for the
11  company?
12    A.  What I would say is, we had a forecast that
13  we constantly refine and adjust heading up to
14  guidance, and so I imagine this would have been
15  something we used in order to kind of refine some of
16  our assumptions.
17       Q.  Well, did you respond to YeeWee?
18    A.  I can't recall if I did, but I assume I
19  would have sent some response back to him.
20       Q.  Right.  Because that would have been common
21  for you to respond to a question like this, right?
22       MR. KRAMER:  Objection to form.
23       THE WITNESS:  He was a colleague I worked
24  with, so typically I would have responded if he had
25  some questions.  I can't recall the exact response I

Page 48

1  provided for that e-mail.
2  BY MR. WILLIAMS:
3       Q.  Okay.  Do you know what YeeWee was hearing
4  from sales and the channel in or around
5  mid-October 2018?
6       MR. KRAMER:  Objection to form.
7       THE WITNESS:  This was before the XR
8  launch, so he's asking about the XS/XS Max.  And we
9  had a pretty strong start in China, but I think we
10  were also supply constrained in the beginning.  And
11  so I think he was trying to gauge how we thought
12  about that.
13  BY MR. WILLIAMS:
14       Q.  My question was, do you know what he was
15  hearing from sales and the channel?
16       MR. KRAMER:  Objection to form.
17       THE WITNESS:  I don't recall exactly,
18  unless it was in the correspondence we had back and
19  forth.
20  BY MR. WILLIAMS:
21       Q.  Okay.  And what was the supply situation
22  looking like for XR in Q1 as of November -- I'm
23  sorry, October 12th?
24    A.  I don't recall exactly the supply situation
25  as of that date.  I'd have to go back and see if --

**Kevan Parekh**                                    **In re Apple Inc. Securities Litigation**

Page 49

1 I don't know if you have my response, but I don't
2 recall exactly on that date.
3     **Q.  Okay.  Is it fair to say that demand or**
4 **sales for XS Max, sales in China were decaying as of**
5 **October 12, 2018?**
6         MR. KRAMER:  Objection as to form.
7         THE WITNESS:  I wouldn't -- I guess I would
8 have to actually go back and look at that specific
9 timeframe, but that was early in the launch and we
10 were constrained at some point.  I can't recall
11 whether or not there was any difference by the 12th
12 of October 2018.
13 BY MR. WILLIAMS:
14     **Q.  You were supply constrained for the XS Max**
15 **in China?**
16     A.  What I would say, we were supply
17 constrained overall for XS and XS Max.
18     **Q.  Right.  But he's asking --**
19     A.  We were supply constrained for XS Max in
20 China.
21     **Q.  But he's asking about XS Max in China,**
22 **right?**
23     A.  He was asking how we were seeing the
24 current XS/XS Max sales in China.
25     **Q.  And you don't recall whether or not you**

Page 50

1 **were supply constrained for the XS Max in China on**
2 **October 12, do you?**
3     A.  Well, what I would say is we were generally
4 supply constrained because we had a very strong
5 launch of XS Max in China.  It was the first time we
6 had a big screen and dual SIM.  I can't recall
7 exactly on October 12th how -- the extent of that
8 supply constrain.
9     **Q.  Okay.  Was the XR considered a large**
10 **screen?**
11     A.  It depends on relative to what you're
12 referring to.
13     **Q.  In -- was XR considered to be among large**
14 **screen offerings, Apple offerings in China?**
15         MR. KRAMER:  Objection to form.
16         THE WITNESS:  I'm trying to understand the
17 question.  To make it clear, if you could just maybe
18 give me more context in your question.
19 BY MR. WILLIAMS:
20     **Q.  That's the best that I can do.  I'm asking**
21 **if the XR was considered to be one of Apple's large**
22 **screen offerings in China?**
23         MR. KRAMER:  Objection to form.
24         THE WITNESS:  It depends on how you
25 characterize "large."  In reference to the

Page 51

1 marketplace?  In reference to Apple?
2         It was our first 6.1-inch screen, full
3 screen phone, that we launched in China.
4 BY MR. WILLIAMS:
5     **Q.  So does that mean, yes, it was considered a**
6 **large screen Apple offering in China?**
7         MR. KRAMER:  Objection to form.
8         THE WITNESS:  Yeah, what I would tell you
9 is, the screen on the XR was larger than the XS and
10 smaller than the XS Max.
11         And again, it depends what your reference
12 point to large is.  If you're comparing it to larger
13 screens in China or within the lineup, the XR was a
14 larger screen than the predecessor iPhone 8 and 8+,
15 but it was a 6.1-inch screen.
16 BY MR. WILLIAMS:
17     **Q.  That's fair.  Thank you very much.**
18         **What is SIF -- what's that acronym?  What**
19 **does that stand for, do you know?**
20     A.  XIF?
21     **Q.  SIF, as in Sam, I-F.**
22     A.  Oh, S-I-F or X, I'm sorry.
23     **Q.  "S" as in Sam.**
24         MR. KRAMER:  Objection to form.
25         Go ahead, Mr. Parekh.

Page 52

1         THE WITNESS:  So I just want to clarify.
2 So are you saying "S" as in Sam, "I" as in India,
3 "F" as in Frank?
4 BY MR. WILLIAMS:
5     **Q.  Correct.**
6     A.  My understanding is that's referring to a
7 Sell In forecast.
8     **Q.  And the Sell In forecast from partners is**
9 **provided by partners themselves.  It's not provided**
10 **by Apple, right?**
11     A.  So just to be clear, there's different Sell
12 In forecasts.  We have a view of a Sell In forecast,
13 but it depends on what you're referring to.
14         If it's referring to a Sell In forecast
15 from a partner, then that's what it would be.  It
16 just depends on where you're pulling that phrase
17 from, or acronym from.
18         MR. WILLIAMS:  Got it.  Okay.
19         Lorenzo, can you pull up my 2, please, and
20 mark it Parekh 16.
21         (Whereupon, Exhibit 16 was marked for
22         identification)
23 BY MR. WILLIAMS:
24     **Q.  And Parekh 16 is Bates numbered 00198901**
25 **through 8908.**

Kevan Parekh                                      In re Apple Inc. Securities Litigation

Page 53

1    A.  Okay.  I just got the link.  Let me click
2 on it.
3       Is this the right document, Exhibit 16,
4 it's got an e-mail?
5    Q.  Yeah.  Do you see the numbers on the bottom
6 right?  It should -- the first page should end in
7 8901.
8    A.  8901, yeah.
9    Q.  Just take a look at the document and let me
10 know when you've had a chance to do so.
11    A.  Okay.  Yeah, let me just read through it.
12 I'm still reading it.
13    Q.  No problem.
14    A.  Okay.  I've had a chance to read through
15 the document.
16    Q.  Okay.  So do you recognize Parekh 16?
17    A.  Yes.
18    Q.  Okay.  And is it an internal Apple e-mail
19 exchange on or around October 12th and 13th of 2018;
20 is that fair?
21    A.  It looks like it was, yes, generated around
22 October 12th and 13th.  That's right.
23    Q.  And you are a recipient and a drafter of
24 certain of the e-mails in this exchange, right?
25    A.  Yes.

Page 54

1    Q.  All right.  And the subject line is "Draft
2 Note -- Q1'19 W2 Reseller Update," right?
3    A.  Yes.  That's what the subject says, yes.
4    Q.  Yeah.  And "W2" is week two?
5    A.  Yeah, fiscal week two.
6    Q.  So is it fair to say that you were, on or
7 around October 12 or 13, building the company's
8 outlook for Q1 2019?
9       MR. KRAMER:  Objection to form.
10       THE WITNESS:  This was an update of how we
11 were thinking about our forecast at the time.  I
12 think I mentioned to you before that we were
13 adjusting our forecast based on, you know, the
14 latest inputs.  And this is one week in that
15 process.
16 BY MR. WILLIAMS:
17    Q.  Right.  And this would be one of the
18 inputs, right?
19    A.  This is just a summary of what our
20 forecast -- forecast was at the time, as of that
21 time.
22    Q.  Okay.  And I'm going to ask you -- direct
23 your attention to Bates ending 902, which is -- I'm
24 sorry.
25       What did you say, Jim?

Page 55

1       MR. KRAMER:  I'm sorry.  My daughter poked
2 her head in.  I'm sorry.  Keep going.  Sorry, Shawn.
3 BY MR. WILLIAMS:
4    Q.  I'm going to ask you to direct your
5 attention to the second page of the document, Bates
6 number ending 902.
7    A.  Okay.  I'm on that page.
8    Q.  Is this a draft e-mail to Tim Cook?
9       MR. KRAMER:  Objection to form.
10       THE WITNESS:  This is a draft e-mail to Tim
11 Cook.
12 BY MR. WILLIAMS:
13    Q.  Okay.  And it's a draft forecast update,
14 right?
15    A.  It's a draft update of our forecast in the
16 reseller channel.
17    Q.  Okay.  And --
18    A.  Is the subject.
19       MR. KRAMER:  I'm sorry.  Mr. Parekh, did
20 you finish your answer?  I just want to make sure
21 it's clear on the record.
22       THE WITNESS:  Yeah, I just want to make
23 sure -- I wanted to clarify that this is our -- this
24 is an e-mail of an update to Tim of our forecast in
25 the reseller channel.

Page 56

1 BY MR. WILLIAMS:
2    Q.  Right.  And the reseller channel are, you
3 know -- you know -- you know, companies or entities
4 that sell iPhones for Apple, right?
5    A.  That's correct.
6    Q.  What is Pan Geo?
7    A.  So Pan Geo is our cross -- it includes our
8 overall forecast.  We typically provide the overall
9 forecast in context and then talk about the color
10 that we're seeing in the reseller channel.
11    Q.  Okay.  And was it typical to provide Tim
12 Cook with these types of updates?
13    A.  We have regular sales updates with Tim.
14    Q.  Okay.  And there's a reference on the top
15 of 903 with regard to -- it looks like the X and --
16 or the X, 8+ and 8.
17       Do you see that?
18    A.  Yeah.  I'm sorry, Shawn.  I'm not sure if
19 anyone else is having issues.  Your audio is cutting
20 in and out a little bit on my end.
21       I don't know if anyone else is experiencing
22 that.
23    Q.  Yeah.  Just let me know if that happens.
24       Can you hear me now?
25    A.  I can hear you now.  The prior question was

Page 57

1  cutting in and out on my end.  And that was the only
2  time that happened, but --
3      Q.  Okay.  No problem.  Just let me know if
4  that ever happens.
5      I'm just going to direct your attention to
6  the bottom of 902.
7      A.  The bottom of 902, okay.
8      Q.  You see that bullet point where it says,
9  "iPhone X/8/8+ are up 25,000," is that
10  week-over-week?
11     A.  The "W over W" means week-over-week, yes.
12     Q.  Right.  "Driven by stronger demand for
13  iPhone 8 in the US and Japan partially offset by
14  softness in China and Direct on iPhone 8 and 8+."
15         Do you see that?
16     A.  I see that.
17     Q.  Right.  And it's true that there was, you
18  know -- that the company was experiencing some
19  softness in demand from China for these phones,
20  right?
21         MR. KRAMER:  Objection as to form.
22         THE WITNESS:  I think you have to take into
23  consideration the whole sentence or the whole
24  paragraph.  If you look right below that, it says
25  that we had a very strong Golden Week in Japan in

Page 58

1  the 6s+.
2      So some models we were seeing stronger
3  demand and some models we made some adjustments
4  based on week-over-week performance.  We'd be able
5  to look at the totality as well.
6      This is also ahead of the launch of the XR
7  where some customers who are considering the 8 might
8  be waiting for the XR to launch.
9  BY MR. WILLIAMS:
10     Q.  That's fair.  My question was narrower than
11  that, which is, the document indicates that the
12  company was seeing at least some softness for these
13  phones in China.
14         MR. KRAMER:  Objection as to form.
15  BY MR. WILLIAMS:
16     Q.  Isn't that true?
17     A.  Well, what I would say is we typically
18  provide the update by model.  And the sentence you
19  referenced did show softness in China on the iPhone
20  8 and 8+, but there were other products where
21  China's demands were stronger.
22     Q.  Got it.  So directing your attention to a
23  couple paragraphs down on Bates 903, beginning with
24  "However..."
25         Do you see that?

Page 59

1      A.  Yes.
2      Q.  Can you read that for me, please?
3      A.  "However, as we approach the XR launch it
4  is becoming more difficult to hold the current
5  orders as some partners are reducing SIF or pushing
6  into Q2.  USA, Western Europe and South Asia have
7  submitted more aggressive business cases to offset
8  this risk which we are still evaluating."
9      Q.  Okay.  And what does it mean that some
10  partners were reducing SIF or pushing into Q2?
11     A.  It's saying that some partners were
12  reducing their Sell In forecasts while others were
13  submitting more aggressive forecasts.  So it's just
14  explaining that we had some different dynamics
15  playing out across partners.
16         Some were reducing their Sell In forecast.
17  Some were increasing them.
18     Q.  Okay.  And that was the Sell In forecast
19  for the XR, right?
20     A.  I believe that's what that's referring to,
21  yes.
22     Q.  Okay.  I'm going to ask you to go back to
23  Bates 902.
24         In the middle of the page, do you see the
25  e-mail, it appears to be on October 12, 2018, at

Page 60

1  3:52 p.m. from Thor Kendall?
2      A.  Yes, I see that.
3      Q.  And does it appear that he's revising the
4  draft to Tim Cook?
5      A.  It looks like he made some edits.
6      Q.  Okay.  Can you read what he wrote there,
7  please?
8      A.  Do you want me to read his entire e-mail?
9      Q.  Just read the first part that begins with
10  "All."
11     A.  "All - Revised draft below.  Removed XS/XS
12  Max line, 'We are holding the forecast this week but
13  we are seeing steeper decays than prior years which
14  we will monitor closely as we come into balance.'
15  Based on feedback from SDM."
16     Q.  Okay.  So this was a note that he was
17  removing from the draft to Tim.  Is that fair?
18     A.  Yes.  It says here he removed the line that
19  we just read.
20     Q.  Okay.  And so does this refresh -- refresh
21  your recollection as to whether the company was
22  seeing decays in demand or sales for the XS and XS
23  Max?
24         MR. KRAMER:  Objection to form.
25  ///

Kevan Parekh                                In re Apple Inc. Securities Litigation

Page 61

1 BY MR. WILLIAMS:
2    **Q.  As of October 12, 2018?**
3    A.  No.  I believe the reason why it was
4 removed was because we couldn't say that we were
5 seeing steeper decays.
6        SDM helps us understand the supply
7 dynamics.  And I believe from reading through the
8 e-mail earlier, we do believe that we're still not
9 in supply/demand balance.  So we can't characterize
10 decays that are driven by demand if we're short on
11 supply.
12       That's why that sentence was removed.
13   **Q.  Do you remember that?  Or is that your**
14 **interpretation of it today?**
15   A.  As I was reading through the e-mail, it
16 triggered my recollection of this.
17   **Q.  Hm-hmm.  Okay.  So you see below that where**
18 **he writes, "Clarified iPad text on Kevan's comment"?**
19       MR. KRAMER:  Objection to form.
20       THE WITNESS:  I see that, yes.
21       MR. KRAMER:  Shawn, you left a word out.
22 Just so the record is clear.
23 BY MR. WILLIAMS:
24   **Q.  Do you see where it says, "Clarified iPad**
25 **text based on Kevan's comment"?**

Page 62

1    A.  I see that.
2    **Q.  Why don't you read that next sentence for**
3 **me?**
4    A.  "Added in some text on iPhone X mBS
5 highlighting we are getting negative signals from
6 the channel as we get closer to XR launch based on
7 Mike's comment."
8    **Q.  And those negative signals from the channel**
9 **were consistent with channels, partners, reducing**
10 **SIF, right?**
11       MR. KRAMER:  Objection to form.
12       THE WITNESS:  No.  This was referring to
13 the iPhone X, which was last year's product.  And
14 what it is referring to is as we get closer to
15 launching the XR, people might not be interested in
16 buying last year's product, but selling after the
17 introduction of the new products.
18 BY MR. WILLIAMS:
19   **Q.  Are you saying that the company was not**
20 **getting negative signals concerning the XR as of**
21 **October 12, 2018 from channel partners?**
22   A.  That's not what this sentence says.  This
23 sentence says we added in some text and then iPhone
24 X, iPhone X was launched the prior year.  And after
25 the introduction of iPhone XS/XS Max and XR, the

Page 63

1 iPhone X was considered a year ago product.
2       And we were seeing negative signals from
3 the channel as we get closer to the XR launch
4 because people may be waiting to buy the XR.  That's
5 how I interpret that sentence.
6    **Q.  Sorry.  What I'm asking you is, are you**
7 **saying -- separate from this sentence, are you**
8 **saying that as of October 12, 2018, that you, Apple,**
9 **were not receiving negative demand signals about the**
10 **iPhone XR as you got closer to its launch?**
11       MR. KRAMER:  Objection to form.
12       Angela, could you read that one back,
13 please.
14       (Record read by the reporter as follows:
15       "Q.  Sorry.  What I'm asking you is, are
16       you saying -- separate from this sentence,
17       are you saying that as of October 12, 2018,
18       that you, Apple, were not receiving
19       negative demand signals about the iPhone XR
20       as you got closer to its launch?")
21       MR. KRAMER:  Objection to form.
22       THE WITNESS:  This update does not -- does
23 not have anything around the XR demand signals.  It
24 was very early.  The product hadn't launched for
25 pre-order yet.

Page 64

1       And the sentence that we read, that you had
2 me read, was referring to the iPhone X demand that
3 might have been impacted by the iPhone XR launch
4 coming up.
5 BY MR. WILLIAMS:
6    **Q.  I'll ask the question again.  My question**
7 **is not related to the document that, and the**
8 **sentence, that we were reading.**
9       **I'm asking you independently, that are you**
10 **saying that as of October 12, 2018, that the company**
11 **was not receiving negative demand signals from its**
12 **channel partners concerning the XR as it got closer**
13 **to the launch date?**
14       MR. KRAMER:  Objection to form.
15       THE WITNESS:  We were receiving some
16 feedback from partners.  Some were positive.  Some
17 were a mix of the outlines in the update that we
18 just looked at.
19       And so it was early, it was very, very
20 early after the announcement of the product and
21 before the product was even available to know what
22 the true demand for the product would have been.
23 BY MR. WILLIAMS:
24   **Q.  So were some of those signals also**
25 **negative?**

Page 61..64

**Kevan Parekh**                                           **In re Apple Inc. Securities Litigation**

Page 65

1    A.  Were some of which signals?  I'm sorry.

2        MR. WILLIAMS:  Can we read back his last

3  answer, please.

4        (Record read by the reporter as follows:

5        "Q.  We were receiving some feedback from

6        partners.  Some were positive.  Some were a

7        mix of the outlines in the update that we

8        just looked at.

9        "And so it was early, it was very,

10       very early after the announcement of the

11       product and before the product was even

12       available to know what the true demand for

13       the product would have been.")

14  BY MR. WILLIAMS:

15   **Q.  My question is, were some of those signals**

16  **that you were getting from channel partners**

17  **negative?**

18       MR. KRAMER:  Objection to form.

19       THE WITNESS:  I'm trying to understand what

20  signals you're referring to.  Partners are making

21  their own guess.  They also don't know what demand

22  is going to be until customers start, you know,

23  going and seeing the product.

24       So I'm trying to understand what you mean

25  by "signals."

Page 66

1  BY MR. WILLIAMS:

2    **Q.  Last time.  Were some of the demand signals**

3  **that you were receiving from channel partners**

4  **concerning the XR negative as it got closer to the**

5  **launch date?**

6        MR. KRAMER:  Objection to form.

7        THE WITNESS:  I'm not clear on how you're

8  defining demand signals.  In the update we just read

9  we talked about partner order behavior.  I wouldn't

10  characterize that necessarily as one demand signal,

11  as partners may adjust orders for various reasons,

12  inventory and other things.

13       And some partners increase them and some

14  partners decrease them.  So I'm not sure how you're

15  defining demand signals with partners.

16  BY MR. WILLIAMS:

17   **Q.  So you're unable -- well, withdrawn.**

18   **You indicated in your answer that some of**

19  **the signals were positive, correct?**

20   A.  Yes.  We referred to some signals that --

21  some orders that were increased.

22   **Q.  Right.  So I'm asking you if any of the**

23  **demand signals that you were receiving concerning**

24  **the XR at -- on or around October 12th were**

25  **negative?**

Page 67

1        MR. KRAMER:  Objection to form.

2        THE WITNESS:  Those aren't demand signals.

3  Those are just orders.

4  BY MR. WILLIAMS:

5    **Q.  Okay.**

6        (Simultaneous discussion.

7        Reporter clarification)

8        MR. KRAMER:  Mr. Parekh, go ahead and

9  finish.

10       THE WITNESS:  Sorry.  Let me start that

11  again.

12       Those aren't demand signals.  Those are

13  partner orders.  And those don't reflect end

14  consumer demand.  The product wasn't for sale yet.

15  BY MR. WILLIAMS:

16   **Q.  Are you saying orders are not demand**

17  **signals?**

18   A.  They are not end consumer demand signals,

19  no.

20   **Q.  Are they demand signals at all?**

21       MR. KRAMER:  Objection to form.

22       THE WITNESS:  They don't reflect end

23  consumer demand.  That's what we care about, is end

24  consumer demand.  End consumer demand is what drives

25  the sale of a product.

Page 68

1  BY MR. WILLIAMS:

2    **Q.  Okay.  Did you use analyst reports at all**

3  **to help you consider product demand as you built**

4  **demand or sales forecasts?**

5        MR. KRAMER:  Objection to form.

6        THE WITNESS:  So when you refer to analyst

7  reports, can you clarify what you mean by that?  You

8  mean equity analyst reports that cover --

9  BY MR. WILLIAMS:

10   **Q.  Sure.  Equity -- sure.  Equity analyst**

11  **reports, consumer analyst reports, any analyst**

12  **reports that you can think of.**

13   A.  We don't typically look at equity analyst

14  reports as helping us understand demand for our

15  products.  They wouldn't really know how to think

16  about that.  So we don't really look at equity

17  analyst reports.

18   **Q.  Why wouldn't they -- why wouldn't they know**

19  **how to look at it?**

20   A.  That's our view.  We don't really look at

21  how they -- they don't really do demand forecasts

22  for individual products.

23   **Q.  So you would ignore those types of reports**

24  **if you got them?**

25       MR. KRAMER:  Objection to form.

**Kevan Parekh**                                    **In re Apple Inc. Securities Litigation**

Page 69

1      THE WITNESS:  If -- I mean, we would
2  probably try to, you know, understand what they are
3  saying.  But we typically don't rely on them.
4  BY MR. WILLIAMS:
5      Q.  Well, you know, you said you don't use
6  them, but you would try to understand what they are
7  saying.
8          Explain what that means.
9      A.  Yes, let me clarify.
10         Separately, we always read different things
11  that are published.  We don't necessarily take those
12  into consideration and rely on them when we come up
13  with our internal demand projections.  We have a lot
14  of experience on how our product sales work and how
15  our products sell.
16         And so we typically rely on our own
17  experience around how we think our products are
18  going to do.
19     Q.  So you would review analyst reports, but
20  you'd ultimately ignore them?
21         MR. KRAMER:  Objection to form.
22         THE WITNESS:  What you're -- we wouldn't
23  use them in the context of our demand forecast
24  process.
25  ///

Page 70

1  BY MR. WILLIAMS:
2      Q.  So it wouldn't be an input that would --
3  that you would consider?
4      A.  We take into consideration lots of factors.
5  It depends on what report.  You're talking about a
6  hypothetical report.
7          If you show me an example report, I can
8  tell you whether or not that was something we would
9  have considered.  We normally don't -- most equity
10  analysts don't put in demand forecast assumptions
11  for specific products from what we've seen.
12     Q.  Okay.  So the answer is sometimes you
13  consider them and sometimes you don't?
14     A.  The answer is we typically don't see equity
15  analysts providing detailed forecasts for individual
16  products.  So normally we don't -- there's nothing
17  really to take into consideration.
18         MR. WILLIAMS:  Got it.
19         Lorenzo, can you give me my number 3 and
20  mark it as 17, Parekh 17, please.
21         (Whereupon, Exhibit 17 was marked for
22         identification)
23         THE WITNESS:  Okay.  I have it up.
24  BY MR. WILLIAMS:
25     Q.  Parekh 17 is Bates numbered 00280722

Page 71

1  through 723.
2      Just take a look at the document and let me
3  know when you've had a chance to do so, please.
4      A.  Okay.  Okay.  I've read the document.
5      Q.  I'm sorry.  Did you say something?
6      A.  I've read the document.
7      Q.  Okay.  Is Parekh Number 16 (sic) an e-mail
8  from Matt Blake to Luca Maestri, Nancy Paxton, Tim
9  Cook and a number of other people, including a copy
10  to you?
11         MR. KRAMER:  Shawn, I think you referred to
12  16.  This is 17.
13         MR. WILLIAMS:  Sorry.
14         MR. KRAMER:  It's okay.  Just want to make
15  sure the record is clear.
16         THE WITNESS:  Yeah, it is.  It is from Matt
17  Blake and I'm copied.
18  BY MR. WILLIAMS:
19     Q.  Right.  And is it a general summary of a
20  couple of analysts' reports?
21         MR. KRAMER:  Objection to form.
22         THE WITNESS:  It's a summary of analyst
23  notes, yes.
24  BY MR. WILLIAMS:
25     Q.  And the e-mail is dated October 15th, 2018,

Page 72

1  right?
2      A.  It is, yes.
3      Q.  And do you know why you were copied on this
4  e-mail?
5      A.  Yeah, I'm typically copied on e-mails from
6  IR on various analyst notes.
7      Q.  And do you ignore them or do you
8  incorporate what's being reported in your thinking
9  around customer demand for Apple products?
10         MR. KRAMER:  Objection to form.
11         THE WITNESS:  As I think I explained
12  earlier, while we are aware of what some analysts
13  write, and the IR team -- because they look at
14  analysts who cover our stock.  That's why they look
15  at these reports more than we do.  We don't
16  typically rely on them for our internal demand
17  forecasts.
18  BY MR. WILLIAMS:
19     Q.  Okay.  I'm just going to direct your
20  attention to the first paragraph of the note.  See
21  where it says, "Goldman Sachs says there are
22  multiple signs of rapidly slowing consumer demand in
23  China, which they believe could easily affect
24  Apple's demand there this fall."
25         Do you see that?

Kevan Parekh                                                    In re Apple Inc. Securities Litigation

Page 73

1    A.  I see that, yes.
2       Q.  Did you disagree with that?
3       MR. KRAMER:  Objection to form.
4       THE WITNESS:  Did I disagree with that?
5    Well, we're generally aware of what's happening in
6    consumer demand in China since we have a large
7    business there and we have a team there.
8    BY MR. WILLIAMS:
9       Q.  I'm just asking you if you agreed or you
10   disagreed with that?
11      A.  It's a general statement around overall
12   market.  Apple's demand of its products are not
13   necessarily always tied to how the market performs
14   in China.
15      Q.  Does that mean you agreed or disagreed or
16   had no opinion about it?
17      MR. KRAMER:  Objection to form.
18      THE WITNESS:  I don't overly read into it
19   because I'm not sure if they are referring to
20   consumer demand of all sorts of types of products.
21      And they say "could affect Apple's demand,"
22   so I don't really have a point of view on it, as far
23   as how we thought about our demand at the time.
24   BY MR. WILLIAMS:
25      Q.  So when you received this e-mail, you

Page 74

1    rejected it?
2       MR. KRAMER:  Objection to form.
3       THE WITNESS:  I didn't reject it.  I -- as
4    I mentioned, I don't want to overly read into it
5    because it's not clear what type of consumer demand
6    they are referring to.  They use a projection of
7    "could."  And so, again, I don't overly read into
8    these.
9    BY MR. WILLIAMS:
10      Q.  So you viewed it as not relevant?
11      MR. KRAMER:  Objection to form.
12      THE WITNESS:  It depends on what context
13   it's relevant for.
14   BY MR. WILLIAMS:
15      Q.  I'm asking you -- I'm sorry.  Go ahead.  I
16   didn't mean to cut you off.  Go ahead.
17      A.  As I mentioned, we have lots of different
18   factors we take into consideration in our demand
19   forecasts.  And we don't necessarily need to rely on
20   one report from Goldman that talks about generic
21   consumer demand in China.
22      Q.  Okay.  Do you see the next sentence where
23   it says, "They provide some sensitivity analysis
24   around various outcomes of smartphone market growth
25   and Apple's market share in China to give investors

Page 75

1    a feel for potential earnings impacts of a weak
2    Chinese economy in late 2018."
3       Do you see that?
4       A.  I see that.
5       Q.  So it's a summary of a Goldman Sachs report
6    on the smartphone market, right?
7       MR. KRAMER:  Objection to form.
8       THE WITNESS:  They are talking about the
9    smartphone market in China later in the summary.
10   BY MR. WILLIAMS:
11      Q.  Right.  So it's not -- it's not just, you
12   know, random consumer demand.  It's specifically
13   about the smartphone market and Apple's market share
14   growth in China, right?
15      MR. KRAMER:  Objection to form.
16      THE WITNESS:  Well, I think the first
17   sentence still says slowing consumer demand.  That
18   can mean a variety of things.
19      Then they talk about their view on
20   sensitivities around smartphone market growth, which
21   they're hypothesizing could impact the smartphone
22   market.  So they've run some scenarios which --
23   BY MR. WILLIAMS:
24      Q.  So it's fair to say -- sorry.  Go ahead and
25   finish your answer.  I'm sorry.

Page 76

1       A.  Just sounds like it's a summary of
2    scenarios they ran of different growth outcomes that
3    could be a function of the consumer demand overall
4    in China.
5       That's the way I read that paragraph.
6       Q.  So it's fair to say, then, you didn't place
7    much importance on this at all in October 2018?
8       MR. KRAMER:  Objection to form.
9       THE WITNESS:  Well, what I would say is we
10   read the report.  We have our own view as well of
11   smartphone demand, and iPhone specifically demand in
12   China, which is different than sometimes what the
13   smartphone market does.  We play into a certain
14   portion of that smartphone market.
15      For example, in the quarter, in our fiscal
16   Q4, we actually had growth where the smartphone
17   market was declining in China.  So, again, the
18   smartphone market in aggregate doesn't necessarily
19   tell us how our products will do.
20   BY MR. WILLIAMS:
21      Q.  Okay.
22      A.  And our guidance ranges reflect scenarios
23   that we run as well.
24      Q.  Okay.  Matt Blake also attached the Goldman
25   Sachs report.  Is that fair to say?

Page 73..76

Kevan Parekh                                                In re Apple Inc. Securities Litigation

Page 77

1     A.  I'm sorry.  Can you repeat that?
2     Q.  That this e-mail actually attached the
3  Goldman Sachs report.
4         MR. KRAMER:  Objection to form.  Did you
5  mark the wrong document, Shawn?
6         MR. WILLIAMS:  No, I didn't.
7         MR. KRAMER:  Okay.  Never mind.  Objection
8  to form.
9  BY MR. WILLIAMS:
10     Q.  Okay.  So I'm just going to direct your
11  attention to the top half of Bates ending 722.
12     A.  722, okay.
13     Q.  Right.  And you see, you know, it's the
14  header to the e-mail, and you see where it says,
15  "Attachment"?
16     A.  Yes.
17     Q.  And what does that say there?
18     A.  There's two lines of attachment.  Do you
19  want me to read the first one?
20     Q.  Yes.
21     A.  "GS 10:15:18.pdf."
22     Q.  Okay.  Does that indicate that Mr. Blake
23  attached the Goldman Sachs report that he's
24  referring to?
25         MR. KRAMER:  Objection to form.

Page 78

1         THE WITNESS:  Yes.
2  BY MR. WILLIAMS:
3     Q.  Okay.  Did you read the report at the time?
4     A.  I can't recall if I read that specific
5  report.
6     Q.  Okay.  Would you have ignored it at the
7  time?
8         MR. KRAMER:  Objection to form.
9         THE WITNESS:  Well, the executive summary
10  is in the note.  So I would have read his note.
11  BY MR. WILLIAMS:
12     Q.  Right.  You read the note, but you're not
13  sure whether you read the report?
14     A.  Yeah, I can't recall if I specifically read
15  that report.
16     Q.  Okay.  Is Mark Anderson part of your team?
17     A.  Yes, he was at the time in 2018.
18     Q.  Okay.  And what was his title or role?
19     A.  He was one of the demand forecasters for
20  iPhone.
21     Q.  But within your team, he reported to you?
22     A.  He didn't report directly to me, but he was
23  within my group.
24     Q.  Can you just explain that for me?  He
25  didn't report to you, but he was in your group?

Page 79

1     A.  Yeah, so he worked for somebody who
2  reported to me.  So Ed Tharp, who ran sales and
3  finance at the time, yeah, Mark was on his team.
4     Q.  Okay.  And then Ed reported to you?
5     A.  That's right.
6     Q.  And was it common for Mark to be in
7  forecasting meetings with you and Ed and maybe Tim
8  Cook?
9         MR. KRAMER:  Objection to form.
10  BY MR. WILLIAMS:
11     Q.  In 2018.
12     A.  Yes.  Mark would have been part of
13  forecasting discussions we had with various people.
14     Q.  And was one of his jobs to take notes?
15         MR. KRAMER:  Objection to form.
16  BY MR. WILLIAMS:
17     Q.  I'm sorry.  Did you say something?
18     A.  When you say "one of his jobs," I mean,
19  generally his job is to kind of work on the forecast
20  process, but it's possible he could have taken notes
21  at certain meetings as well.
22     Q.  Right.  And so that wouldn't have been
23  unusual, right?
24     A.  That's right.  We would want to make sure
25  we capture actions and things from meetings, so that

Page 80

1  isn't unusual.
2     Q.  Where was he located?  Was he in Cupertino
3  as well?
4     A.  Yes.  He was in Cupertino, too.
5     Q.  Is he still -- or withdrawn.
6         Is he still in your group?
7     A.  He's not on my team.  He rotated out of my
8  team earlier this year.
9     Q.  Okay.  Where is he now, do you know?
10     A.  Yeah, he's still at Apple.  He's on Saori
11  Casey's team, corporate FP&A.
12     Q.  Got it.  Is it fair to say that even as of
13  October 18, that your team considered demand for the
14  iPhone XR in China not to be sufficient to meet the
15  internal forecasts?
16         MR. KRAMER:  Objection to form.
17         THE WITNESS:  I'm sorry.  Can you repeat
18  that question?
19  BY MR. WILLIAMS:
20     Q.  Is it fair to say that as early as
21  October 17th, 2018, that your team did not view
22  demand for the XR in China to be sufficient to meet
23  your internal forecast?
24         MR. KRAMER:  Objection to form.
25         THE WITNESS:  October 17th would have been

Page 77..80

Kevan Parekh                                                    In re Apple Inc. Securities Litigation

Page 81

1  before the product was for sale.  So I feel that it
2  would have been early to make that kind of
3  determination.
4  BY MR. WILLIAMS:
5      Q.  Are you -- withdrawn.
6         Is it your view that your team and Apple
7  did not estimate demand for products before they
8  went on sale?
9      A.  We do come up with demand ranges for
10  products before they come on sale.
11     Q.  And that demand range is in part based on
12  input from resellers, right?
13        MR. KRAMER:  Objection to form.
14        THE WITNESS:  I mentioned that we have
15  several factors that we take into consideration and
16  how we think about our demand forecast and ranges
17  pre-launch.
18  BY MR. WILLIAMS:
19     Q.  And part of that is input from resellers,
20  correct?
21        MR. KRAMER:  Objection to form.
22        THE WITNESS:  That's one potential input.
23  And the weighting of that input could vary.
24  BY MR. WILLIAMS:
25     Q.  Are you saying that's only a potential

Page 82

1  input or is an input?
2      A.  It depends on the situation.  In many cases
3  sometimes reseller partners may put in high orders
4  if they think there is a supply scarcity to try to
5  get more allocation.
6         So we don't normally read into orders, and
7  depending on the product and depending on the
8  timeframe it's launched.  So as I mentioned,
9  there's -- that's one potential input, but there's
10  several others.
11     Q.  So you don't read into the analyst reports
12  very much and you don't read very much to reseller
13  input, is that --
14        MR. KRAMER:  Objection.
15        THE WITNESS:  That's not what I said.
16        MR. KRAMER:  Misstates testimony.
17        THE WITNESS:  I'm sorry.  That's not what I
18  said.  I said it depends on the situation for us to
19  take into consideration the orders.
20        Sometimes if we're -- sometimes our supply
21  partners may put in high orders to get more
22  allocation.  So it depends on the circumstances.
23  BY MR. WILLIAMS:
24     Q.  Well, you take into account whether orders
25  look high or whether they look low from resellers,

Page 83

1  don't you?
2      MR. KRAMER:  Objection to form.
3      THE WITNESS:  We're aware of the order
4  activity.  And again, depending on the dynamics of
5  that given launch, we may or may not take that into
6  consideration.
7         Generally we take lots of factors into
8  consideration when we develop our forecast ranges.
9  And as I mentioned, we had adjusted those ranges
10  heading into the guidance -- you know, the guidance
11  announcement.
12  BY MR. WILLIAMS:
13     Q.  Did you take into account reseller inputs
14  prior to launch of the XR?
15        MR. KRAMER:  Objection to form.
16        THE WITNESS:  I think we were aware of
17  changes in orders, some positive, some negative.  So
18  we were aware of those.
19  BY MR. WILLIAMS:
20     Q.  Were there positive -- well, withdrawn.
21        So you were aware of them.  So you took
22  them into consideration, right?
23        MR. KRAMER:  Objection to form.
24        THE WITNESS:  Yeah, we took order activity
25  into consideration, among several factors taken into

Page 84

1  consideration, pre seeing consumer demand.
2  BY MR. WILLIAMS:
3      Q.  Isn't it fair to say that one measure of
4  consumer demand in China is input from Apple's
5  resellers in China?
6         MR. KRAMER:  Objection to form.
7         THE WITNESS:  I wouldn't say that
8  necessarily reflects the end consumer demand.  We
9  saw they were also making some guesses.
10        But it doesn't reflect the actual
11  conversations with customers.
12  BY MR. WILLIAMS:
13     Q.  And that's fair.  I didn't ask you that.
14  I'm asking you if one of the inputs of demand is
15  reseller orders in China?
16        MR. KRAMER:  Objection to form.
17        THE WITNESS:  This goes back to, if you're
18  thinking about end consumer demand, I think our
19  pre-launch ranges had a lot of assumptions in them.
20  They are based on various factors that we constantly
21  adjust.  And then we typically wait to see what the
22  end consumer demand looks like.
23  BY MR. WILLIAMS:
24     Q.  Okay.  So if Tim Cook said that one of the
25  inputs of consumer demand in China was orders from

**Page 81..84**

Kevan Parekh                                          In re Apple Inc. Securities Litigation

Page 85

1  resellers, would you say he was wrong?
2         MR. KRAMER:  Objection to form.
3         THE WITNESS:  I think I mentioned that's
4  one -- it depends on the circumstances -- one factor
5  we consider.
6         We've seen several times where partners
7  of -- change their orders up or down.  So again,
8  they are making their best guess early on before the
9  launch.
10        MR. KRAMER:  We've been going a little over
11 an hour, Mr. Parekh.  Do you want to take another
12 break?
13        THE WITNESS:  Yeah.  It would be great if
14 we take another break.
15        MR. WILLIAMS:  Just a second.  Okay.  All
16 right.  Ten?
17        THE WITNESS:  Okay.
18        APTUS VIDEO TECHNICIAN:  All right.  The
19 time is 11:05.  We're going off the record.
20        (Recess taken)
21        APTUS VIDEO TECHNICIAN:  The time is 11:18.
22 We're back on the record.
23        MR. WILLIAMS:  Lorenzo, can you pull up my
24 5 and mark it as Parekh 18.
25 //

Page 86

1         (Whereupon, Exhibit 18 was marked for
2         identification)
3         THE WITNESS:  Okay.  I have the document
4  up.
5  BY MR. WILLIAMS:
6     Q.  Parekh 18 is Bates numbered 00198985 --
7     A.  Okay.  Let me go ahead and read it.
8     Q.  -- through 988.
9     A.  Okay.  Let me go ahead and read it.
10    Q.  Okay.  Parekh Number 18 is -- sorry.
11 Parekh Number 18 is an e-mail dated October 17th --
12 or an e-mail exchange, the last being dated
13 October 17th, 2018, titled "Re: Q1 '19 Guidance Unit
14 Meeting -- Units Meeting Notes (10/16)."
15 BY MR. WILLIAMS:
16    Q.  Do you recognize the document, Mr. Parekh?
17    A.  Yes, I do.
18    Q.  Did you review it as part of your
19 preparation for the deposition?
20    A.  No, I just read it just now.
21    Q.  Okay.  And it's an October 17th -- or an
22 e-mail exchange between October 16th and 17th
23 between you and members of your team?
24    A.  That's correct.
25    Q.  And it's concerning the guidance units

Page 87

1  meeting which occurred on October 16th?
2     A.  Yes, that's right.
3     Q.  And was that meeting with Tim Cook?
4     A.  Yes.  It would have been with Tim and
5  others, too.
6     Q.  Right.  And you were there and Mark
7  Anderson were there, right?
8     A.  Both of us were at that meeting on the
9  16th, yes.
10    Q.  Right.  Do you have an independent
11 recollection of the meeting?
12    A.  What do you mean by "independent
13 recollection"?
14    Q.  Apart from reviewing this document, do you
15 recall the meeting independently?
16    A.  Yeah, I recall some of what was discussed
17 at the meeting.
18    Q.  And what do you recall that was discussed
19 at the meeting?
20    A.  Well, we generally had, you know, continued
21 to refine our forecast assumptions across all
22 products.  And the key decision we were looking to
23 make at that meeting was how we were going to price
24 the X -- the iPhone X left units that we still had
25 supply of after the transition of the XS, XS Max and

Page 88

1  XR.
2     Q.  Okay.  And if you look at the first page
3  Bates ending 985, in the middle of the page there's
4  an e-mail from Mark Anderson on October 16th at
5  4:51 p.m.
6         Do you see that?
7     A.  Yes, I do.
8     Q.  And his message that -- it looks like it
9  goes on for about a page and a half, or maybe two
10 pages.  Are these notes from the meeting with Tim
11 Cook?
12        MR. KRAMER:  Objection to form.
13        THE WITNESS:  Those are his notes from the
14 meeting, I think, but --
15 BY MR. WILLIAMS:
16    Q.  Okay.  And the first thing he writes is
17 "Key Actions," and then the second bullet point, do
18 you see where he writes, "Build a low case by Geo
19 for XR primarily but also for XS and XS Max."
20        Do you see that?
21    A.  I do see that, yes.
22    Q.  Please tell me what it means to build a low
23 case for XR.
24    A.  Well, I think we talked about before that
25 we generally have a range in our forecast, a low and

Kevan Parekh                                            In re Apple Inc. Securities Litigation

Page 89

1 a high range, and this bullet is really referring to
2 building it by geography as well.
3        We do a tops-down and a bottoms-up forecast
4 typically, and we triangulate those.  And so I think
5 this was just refining our assumptions looking at
6 various geos.
7     Q.  Okay.  This note does not say to build a
8 range.  It specifically says to build a low case by
9 geo for the XR.
10        What I'm really trying to understand is
11 what it means to build the low case?
12     A.  Yeah.  What I just described to you was --
13 what this sentence was referring to, first, it says
14 build a low case for XR and also XS/XS Max.
15        We look at a low range as part of our
16 forecast process.  And this was trying to do that by
17 geography as well so we could understand what that
18 low case looks like in the forecast range, that we
19 have both low and high across different countries.
20     Q.  What does it mean when he writes, "After
21 launch, take the best information we've got and look
22 at it country by country to make sure the XR low
23 case is covered"?
24     A.  Well, after a launch is typically when we
25 see consumer demand signs.  It's early, but we

Page 90

1 always try to take early reads and compare that
2 against some of our assumptions.  And it's an
3 iterative process.  And that's what this is
4 referring to.
5        It says take the best information we've got
6 and look at it in those different countries to see
7 how it compares to the low case that we -- that's
8 being referred to in the prior bullet.
9     Q.  Doesn't it mean to make sure that there's
10 enough demand to hit the bottom end of the range?
11        MR. KRAMER:  Objection to form.
12        THE WITNESS:  You ought to take a look at
13 those bullets together.  And the first bullet says
14 to build a low case by geography.
15        And then once we see how the product
16 performs after launch, is to look at it against that
17 set of assumptions.
18        That's what this means to me.  That's the
19 way I interpret it.
20 BY MR. WILLIAMS:
21     Q.  So you don't interpret this to mean that --
22 to look at it to make sure that the low end is
23 covered, that you have enough demand to meet the low
24 end of your forecast range?
25        MR. KRAMER:  Objection to form.

Page 91

1        THE WITNESS:  So when you talk about
2 forecast range, the total iPhone forecast is
3 dependent on a variety of products.
4        So are you talking about the XR forecast
5 range or the overall forecast range?
6 BY MR. WILLIAMS:
7     Q.  Well, it appears, based on what's written
8 here, that what's being referred to is the XR,
9 primarily, right?
10        MR. KRAMER:  Objection to form.
11        THE WITNESS:  Yes.  And I -- may I explain
12 to you what the two bullets together are intending
13 to try to convey as far as an analysis that we're
14 being asked to do?  That's different than looking at
15 the overall forecast.
16 BY MR. WILLIAMS:
17     Q.  Do you -- withdrawn.
18        So you don't have a specific understanding
19 of what it means to make sure the XR low case is
20 covered?
21        MR. KRAMER:  Objection to form.
22        THE WITNESS:  I think I mentioned that the
23 first bullet before that talks about developing a
24 low case, which is a forecast range.  The second
25 bullet says it kind of compares signals that we're

Page 92

1 seeing.  That information we've got after launch.
2 And to see how it compares to make sure it's within
3 that range.
4        That's what those two bullets collectively
5 say.
6 BY MR. WILLIAMS:
7     Q.  What does it mean to make sure the low case
8 is covered?
9        MR. KRAMER:  Objection to form.
10        THE WITNESS:  To make sure the XR low case,
11 to make sure what we think the demand forecast could
12 be, is within the low case that we had developed in
13 the prior bullet.
14 BY MR. WILLIAMS:
15     Q.  Okay.  See the next section where it's
16 referred to revenue?
17     A.  Yes.
18     Q.  And Mark Anderson adds quotes to that first
19 bullet point, right?
20     A.  Yes, there's quotes in the first bullet
21 point.
22     Q.  Right.  And that's a -- purports to be a
23 quote from Tim Cook, right?
24        MR. KRAMER:  Objection to form.
25        THE WITNESS:  I can't specifically say that

Kevan Parekh                                          In re Apple Inc. Securities Litigation

Page 93

1  was from Tim.  It was something that was said in the
2  meeting.  It could have been Tim.  It could have
3  been Luca.  It could have been some others.
4  BY MR. WILLIAMS:
5      Q.  Okay.  And that first bullet point says,
6  "No need to buffer on the top.  We may need to
7  protection the low."
8          Do you see that?
9      A.  I see that sentence, yes.
10     Q.  All right.  Did you have an understanding
11 of what that meant at the time?
12     A.  Well, one, I think the sentence is not
13 written grammatically correctly.  But I believe
14 what's being said is we need to make sure we have
15 some conservatism in our low case.
16     Q.  And that you don't need any oversupply on
17 the top, right?
18         MR. KRAMER:  Objection to form.
19         THE WITNESS:  I wouldn't say that's what
20 that suggests.
21 BY MR. WILLIAMS:
22     Q.  What does it suggest?
23     A.  Well, I think I mentioned to you we have a
24 forecast range, a low case and a high case.
25         Sometimes we give ourselves the room for

Page 94

1  more aggressive upside opportunities.  The way I
2  interpret this sentence is, we don't need to
3  necessarily add a significant amount of upside
4  because we try to keep our range within a certain
5  amount.
6          For example, we don't try to have a
7  $20 billion range between the low and the high.  So
8  if we're going to be giving ourselves some room
9  against the low case, we would bring our buffer
10 down, potentially a high case down a little bit.
11         That's the way I interpret the way we
12 looked at that.
13     Q.  See the next section where it -- he
14 underlines "iPhone"?
15     A.  On the next bullet?
16     Q.  Well, the next section.
17     A.  Or the next section.  I'm sorry.  Yes.
18 After the "Revenue" section?
19     Q.  Yeah.  He underlines "iPhone."
20     A.  Yeah, I see that.
21     Q.  And the second bullet says, "Changes made
22 since the prior review."
23         Do you see that?
24     A.  I do see that.
25     Q.  Can you read that first asterisk under

Page 95

1  there, please.
2      A.  "NPI has come up on SI/UB on D3X offset by
3  a reduction for N84 (minus 2 million SI, minus 1
4  million UB)."
5      Q.  And "NPI" is new product introduction?
6      A.  That's correct.
7      Q.  And "SI" is Sell In?
8      A.  "SI" is Sell In.
9      Q.  And "UB" is unbrickings?
10     A.  Yes.  "UB" is unbrickings.
11     Q.  And D3X was what?
12     A.  D3X was the XS/XS Max.
13     Q.  And so this suggests that maybe the
14 forecast has gone up for the XS Max but there was a
15 reduction in the N84, which is the XR?
16     A.  Yes.  It says the forecast for the -- the
17 way I read this is, the forecast for the XS and XS
18 Max has come up which is offset by a reduction for
19 the XR, the N84.
20     Q.  And that is as of October 17th, right?
21     A.  That is as of October 16th, I guess.
22 That's when the e-mail is written.
23     Q.  All right.  Just go to the next page.  You
24 see where it says, "N84 SI approach"?
25     A.  Hm-mmm.  I see that.

Page 96

1      Q.  What is that referring to?
2      A.  So the bullets underneath the "N84 Sell In
3  approach" that you referenced are the different
4  scenarios on a Sell In forecast.
5      Q.  Looking at the fourth asterisk, you see
6  where it says, "Likely..."?
7      A.  Fourth asterisk?
8      Q.  I'm sorry.  The fifth asterisk.
9      A.  Okay.  Yeah.  I see the fifth asterisk that
10 starts with "Likely..."
11     Q.  Right.  Can you read that, please?
12     A.  "Likely assumes an additional 2 million
13 beyond this that we don't have line of sight to yet.
14 Assuming partners will place more orders as consumer
15 demand comes in, but since October 5th orders have
16 not come up even after having supply chain
17 discussions."
18     Q.  Okay.  So the reference to "Likely" there,
19 that refers to the forecast that's being built?
20         MR. KRAMER:  Objection to form.
21         THE WITNESS:  I'm sorry.  That is
22 referencing the likely forecast as of the time of
23 this e-mail.
24 BY MR. WILLIAMS:
25     Q.  Right.  And apparently that likely forecast

Kevan Parekh                                                    In re Apple Inc. Securities Litigation

Page 97

1 included 2 million units above -- above what is
2 likely?
3          MR. KRAMER:  Objection to form.
4 BY MR. WILLIAMS:
5      Q.  Is that a fair read?
6      A.  I wouldn't interpret it that way.  Can you
7 help me understand when you --
8      Q.  How would you interpret -- how would you
9 interpret what is being referred to by the "Likely
10 assumes an additional 2 million beyond this..."?
11      A.  So I think if you look at the prior bullet,
12 at any given time orders are constantly coming in.
13          And at the time we did this forecast, we
14 didn't have the full order book built out yet, and
15 as you can see in the prior bullet, it says that if
16 you look at what happened with the iPhone X, order
17 linearity of when orders came in, we were expected
18 to get to a different number than where the current
19 order book is.
20          And so what this is saying is, you know,
21 the likely forecast assumes a number beyond what we
22 have today, and typically we do get orders on a
23 continual basis.  That's the way I interpret that.
24      Q.  Yeah.  And --
25          MR. KRAMER:  I'm sorry.  I'm sorry.  Let's

Page 98

1 let Mr. Parekh finish.  Go ahead and finish,
2 Mr. Parekh.
3          THE WITNESS:  Yeah, that's how I interpret
4 those set of bullets.
5 BY MR. WILLIAMS:
6      Q.  And when it's referring to orders here,
7 that includes pre-orders?
8      A.  Yeah, it has a date of October 16th.  The
9 pre-orders didn't start until the 19th of October, I
10 believe.  So this wouldn't have included pre-orders.
11      Q.  Would pre-orders be part of what's referred
12 to here as consumer demand coming in?
13          MR. KRAMER:  Objection to form.
14          THE WITNESS:  Yes.  Pre-orders are one
15 element of consumer demand.
16 BY MR. WILLIAMS:
17      Q.  And that includes pre-orders from
18 resellers, right?
19      A.  No.  We talked about pre-orders of --
20 pre-orders on our online store to end consumers.
21      Q.  So what you're saying is, pre-orders from
22 resellers are not an indication of consumer demand?
23          MR. KRAMER:  Objection to form.
24          THE WITNESS:  We talked about that before
25 that the pre-orders from reseller partners are not

Page 99

1 necessarily reflecting end consumer demand.
2 BY MR. WILLIAMS:
3      Q.  And so when it's written here, "Assuming
4 partners will place more orders as consumer demand
5 comes in," your view is that that only refers to
6 actual orders or sales, not reseller pre-orders?
7      A.  Yeah.  The way I interpret that sentence
8 is, the product isn't for sale on the partners'
9 websites either.  So typically, once we -- once they
10 see the actual consumer putting orders in, they
11 typically adjust their orders.
12      Q.  Right.  Looking at the rest of that
13 sentence where it says, "but since October 5th
14 orders have not come up even after supply chain
15 discussions."
16          Do you see that?
17      A.  I see that, yes.
18      Q.  What orders are being referred to there?
19      A.  They are talking about reseller partner
20 orders, not consumer orders, because consumer orders
21 wouldn't have been able to be made at that time.
22      Q.  Right.  So the reseller partner orders have
23 not come up, right?
24      A.  Yes.  But what it says is, that since
25 October 5th, the reseller partner orders have not

Page 100

1 come up.
2      Q.  Okay.  I'm going to ask you to turn to
3 Bates ending 987.  I think it's the next page.
4      A.  Okay.
5      Q.  Just take a look at the first asterisk on
6 that page.
7      A.  The one that starts with "The high
8 case..."?  Is that the one?
9      Q.  Yeah.  Can you read that for me?
10      A.  Sure.  "The high case on XR is supply
11 gated.  'That makes sense that we assume we will
12 sell everyone we can make, but we should look at the
13 supply linearity to make sure we don't end with too
14 much EOH.  The low case is demand and we do not see
15 the demand we need in China (doesn't attract
16 switchers enough) and Japan (size is too big).'"
17      Q.  So this is just another note from Mark
18 Anderson of what was said during the meeting?
19      A.  Those are notes of how he interpreted what
20 was said at the meeting, yes.
21      Q.  Right.  And so when he writes, "The low
22 case is demand and we do not see the demand we need
23 in China," he's referring to not seeing the demand
24 in China sufficient to meet the low end XR forecast,
25 right?

Kevan Parekh                                                    In re Apple Inc. Securities Litigation

Page 101

1       MR. KRAMER:  Objection to form.
2       THE WITNESS:  That's not how I interpret
3  the sentence.
4  BY MR. WILLIAMS:
5       **Q. How do you interpret it?**
6       A. He's explaining what's built into the low
7  case demand, which is that we don't see the demand
8  that we were expecting because it doesn't attract
9  switchers enough.  And in Japan, the size may be too
10  big.
11      **Q. Oh, so you think that what he's saying is**
12  **that the reason for that low number is because we**
13  **don't see the demand we need in China?**
14      A. Let me try to clarify.  These are forecast
15  assumptions.
16      **Q. Yeah.**
17      A. And what he's tried describing is what is
18  the -- some of the assumptions that are built into
19  the low case forecast.
20      **Q. Does he say anything about assumptions in**
21  **that paragraph?**
22      A. So that's what that's referring to.
23      **Q. Okay.**
24      A. We do our analysis for forecasts.  So that
25  would have been the -- that's how the bullet is

Page 102

1  written.
2       **Q. Okay.  So the low case, what you're saying**
3  **is, what's in the then current forecast is demand,**
4  **and we do not see the demand we need in China.**
5       **Is that accurate?**
6       A. So first of all, it's -- the sentence isn't
7  written 100 percent correctly.  It's explaining
8  what's in our low case -- if you read the entire
9  bullet, it talks about what's in the high case.
10      The high case is impacted by what supply is
11  available.  So it can't go higher than supply.  And
12  the low case assumes certain things, including
13  what's written here.  That's the way this bullet is
14  intended to be read or intended to be interpreted.
15      **Q. Well, so what is exactly meant when he**
16  **writes, "we do not see the demand we need in China"?**
17  **What is the demand we need in China?**
18      A. That's -- the assumption is that we would
19  not see the demand we need in China.  That's what
20  the low case assumes.
21      **Q. In order to meet the low case?**
22      MR. KRAMER:  Objection to form.  I think
23  you're talking past each other.
24      Go ahead, Mr. Parekh.
25      THE WITNESS:  Yeah, let me try to explain

Page 103

1  again.
2  BY MR. WILLIAMS:
3       **Q. Yeah.**
4       A. Let's use our simple example before, the
5  widgets, where I think I can sell 10 widgets or 20
6  widgets.
7       The way the bullet reads is that the high
8  case, assuming -- the point is, assume I can produce
9  20 widgets.  If I only produce 15 widgets, my high
10  case is 15.
11      Similarly, in my 10 widget example, in the
12  low case, has certain assumptions built into it, why
13  it's lower than the high case.  And this is
14  describing the assumptions that are built in.
15      And the reason why we're in the low end of
16  the range is demand in China wasn't as strong as we
17  expected it to be, and in Japan people felt the 6.1
18  screen was too large.  That was already built into
19  our low case forecast.
20      **Q. Thank you.  So to clarify my understanding,**
21  **the low case that's in the then current forecast was**
22  **because we do not see the demand we need in China,**
23  **no?**
24      A. That's not what it says.
25      **Q. Okay.  It's not what it says.  I thought I**

Page 104

1  **understood your explanation.  I just want to**
2  **understand your explanation.**
3       A. No.  So maybe I need to explain that again.
4       **Q. Yeah.  Go ahead.**
5       A. A forecast is an estimate of what you think
6  you're going to sell.  And we said, we typically use
7  a range of outcomes, right?
8       There's a low range.  In the widget
9  example, there's 10, and there's a high range.
10  Those ranges come to fruition based on certain
11  assumptions that happen.
12      Our assumption of 10, in the example of the
13  low case, assumes that there's less demand than in
14  the scenario where we sell 20 widgets.
15      So we're just trying to -- we're trying to
16  explain what assumptions are underlying how we came
17  up with our low case.
18      **Q. Okay.  Well --**
19      A. That's what this bullet is intended to
20  describe.
21      **Q. Okay.  I understood that when you discussed**
22  **range, that there was a high point and a low point,**
23  **not that there was a high range and a low range,**
24  **which is kind of what you just described.**
25      MR. KRAMER:  Objection.  Objection to form.

Kevan Parekh                                    In re Apple Inc. Securities Litigation

Page 105

1     If you have a question, Mr. Williams, you
2  can ask Mr. Parekh.
3        MR. WILLIAMS:  We're just trying to
4  understand each other, Jim.
5        MR. KRAMER:  I understand.  But this is a
6  Q&A format, so --
7        MR. WILLIAMS:  Yeah.
8        THE WITNESS:  Yeah.  And so I guess maybe
9  the other important point here is, we haven't seen
10  demand in China because the product hasn't launched
11  yet.  No orders are available.
12       So our forecast has to have assumptions in
13  it.  Our low case assumption assumes that there's a
14  lower demand scenario in China and Japan.
15  BY MR. WILLIAMS:
16    **Q.  Why would the low case assume that we do**
17  **not see demand we need in China?**
18    A.  Well, because I think we -- we try to come
19  up with a range that we think we can meet.  That's
20  the whole point of the forecast.
21       For a variety of reasons.  One, to make
22  sure we have enough adequate supply to meet consumer
23  demand, but also -- we also talked about trying to
24  make sure we meet our range for guidance.
25       As part of that process, we have to make

Page 106

1  assumptions to try to look at different scenarios
2  that can unfold.
3       And our low range, in this instance, has
4  some assumptions about a lower amount of demand.  If
5  I sell 10 widgets versus 20 it's because potentially
6  I had lower demand.
7    **Q.  It's not mentioned that we don't see the**
8  **demand we need in Russia, right?**
9    A.  Yeah, there are several assumptions.  He
10  just happened to highlight two of them.
11    **Q.  So you're saying that the reference to not**
12  **seeing the demand we need in China is just**
13  **happenstance?**
14       MR. KRAMER:  Objection to form.
15       THE WITNESS:  We're calling out two
16  assumptions that were built in the low case that we
17  felt were notable.  And that's why it's written this
18  way.  There are other assumptions that aren't
19  written in our low case.
20  BY MR. WILLIAMS:
21    **Q.  Why was China notable?**
22       MR. KRAMER:  Objection to form.
23       THE WITNESS:  One, I think there's a mix
24  question in China, given how XS and XS Max were
25  doing, which were doing very well in China at the

Page 107

1  time.
2       And so one explanation for why demand for
3  XR might not be as strong is because people are
4  buying XS and XS Max, which is actually positive
5  from a revenue standpoint.
6       XS Max was the first time we launched the
7  largest form factor we had in China on a pro product
8  with a dual physical SIM.
9       So again, I think you have to look at the
10  context of this.  This is just one part of the
11  overall phone lineup, one product in the phone
12  lineup.
13  BY MR. WILLIAMS:
14    **Q.  And whatever was said at the meeting, there**
15  **was some indication that the XR in China doesn't**
16  **attract switchers enough, right?**
17       MR. KRAMER:  Objection to form.
18       THE WITNESS:  Yeah, let me try to explain
19  this sentence again.
20       This is making an assumption, a scenario of
21  what could be driving the lower demand.  And the --
22  that parentheses is an example of one of the things
23  that could be driving lower demand.  That's a
24  hypothesis that possibly hasn't played out yet.
25       That was an assumption in the low case that

Page 108

1  we had at the time.
2  BY MR. WILLIAMS:
3    **Q.  That's fine.  And it was in your words,**
4  **that the XR in China doesn't attract switchers**
5  **enough?**
6       MR. KRAMER:  Objection to form.
7  BY MR. WILLIAMS:
8    **Q.  Right?**
9    A.  How I would characterize that sentence is,
10  we developed a low case that had certain assumptions
11  built into it.  One of the assumptions is that it
12  may not attract switchers.  That would be one
13  explanation for why demand would be lower or could
14  be lower.
15    **Q.  In China?**
16    A.  Yes, in the low case assumptions that we
17  had.
18    **Q.  Right.  Do you remember when pre-orders**
19  **began for the XR?**
20    A.  Yes, I believe they began the 19th of
21  October, that Friday.
22       MR. WILLIAMS:  Lorenzo, could you bring up
23  my 8 and mark it as Parekh 19, please.
24       (Whereupon, Exhibit 19 was marked for
25       identification.)

**Kevan Parekh**                                         **In re Apple Inc. Securities Litigation**

Page 109

1      THE WITNESS: I'm trying to click on the
2 link here. Okay. Here it goes. Sorry. It wasn't
3 clicking for some reason.
4 BY MR. WILLIAMS:
5    **Q. Okay. Parekh 19 is Bates numbered 00516988**
6 **through 16990.**
7    A. Okay. I think I have the document up here.
8    **Q. Why don't you just take a look at the**
9 **document and let me know when you've had a chance to**
10 **do so.**
11   A. Okay. Okay. I've had a chance to read the
12 e-mail.
13   **Q. Okay. Do you recognize it?**
14   A. Yes, I recognize it.
15   **Q. Is it one of the documents you reviewed in**
16 **your preparation?**
17   A. This one, yes.
18   **Q. And it's an e-mail exchange on or around**
19 **October 19th, 2018, between you, Greg Joswiak and a**
20 **number of others who received a computer generated**
21 **report about pre-orders, right?**
22   A. Well, to clarify, Greg Joswiak wasn't on
23 the report. So this was an e-mail of me forwarding
24 that report to Greg.
25   **Q. Okay. By the way, what's the difference**

Page 110

1 **between a bottoms-up and a top-down forecast?**
2    A. So let's use maybe a specific example for
3 one product that has several sub products in it.
4 And you look in overall demand number for the total
5 product line, that's the tops-down forecast, and how
6 that behaves based on historical curves and other
7 factors.
8       And then a bottoms-up could be done by
9 individual sub product and also geography. The top
10 line is a -- top-down is a worldwide aggregated
11 number.
12   **Q. So is your understanding that a tops-down**
13 **forecast is not a forecast where you begin with a**
14 **target number and then analyze how one can reach**
15 **that target number?**
16      MR. KRAMER: Objection to form.
17      THE WITNESS: Maybe I'm not understanding
18 your question in the way it relates to the way we do
19 our forecasts.
20      We don't do our forecast based on a target.
21 We do our forecasts based on how many products we
22 think we can sell based on a variety of factors.
23      And we triangulate that based on an
24 aggregate view and also looking at individual geos
25 because in some cases some markets may have unique

Page 111

1 things playing out, changes in consumer offers and
2 other things, so --
3 BY MR. WILLIAMS:
4    **Q. So is it your view that -- sorry, were you**
5 **done?**
6    A. I'm sorry. I'm not sure it has anything to
7 do with a target necessarily, so --
8    **Q. So then, you know, my question is, is it**
9 **your view that a tops-down forecast does not begin**
10 **with a target number followed by an analysis of how**
11 **to reach that target?**
12      MR. KRAMER: Objection to form.
13      THE WITNESS: Yeah, there's a distinction
14 between a forecast and then action, sales actions
15 that you want the team to take to try to hit a
16 result.
17 BY MR. WILLIAMS:
18   **Q. Okay. I don't know if that answered my**
19 **question. It sounds like the answer to the question**
20 **is no, but that's clearly not what you said.**
21   A. Well, I guess I need to clarify --
22      MR. KRAMER: Mr. Parekh, let him ask the
23 questions, okay?
24      THE WITNESS: Yep.
25      MR. KRAMER: Okay. Thank you.

Page 112

1 BY MR. WILLIAMS:
2    **Q. So pre-orders for the XR went on sale**
3 **for --**
4    A. Yes. Sorry, Shawn and Jim, I just wanted
5 to clarify because Shawn's made the assumption that
6 my answer was no. I just wanted to clarify that
7 that wasn't what I said.
8    **Q. I think I said that your answer was not**
9 **that. So I appreciate that.**
10      **Pre-orders went live on or around**
11 **October 19th for the XR?**
12   A. That's right. On October 19th.
13   **Q. Right. And the pre-orders for resellers**
14 **and everyone else launched at the same time; is that**
15 **right?**
16   A. Generally, that's right. Some partners
17 might not take pre-orders, but partners who take
18 pre-orders typically would go live the same time we
19 would be going live with our pre-orders.
20   **Q. And at the time, you and your team did at**
21 **least a review specifically of the reseller**
22 **pre-orders, right?**
23   A. We got this report that you're seeing here
24 that talks about some of the pre-order updates.
25   **Q. Is it referring specifically to reseller**

**Page 109..112**

Kevan Parekh                                                 In re Apple Inc. Securities Litigation

Page 113

1  pre-orders?
2      A.  This was an overall pre-order update that
3  includes detail from our online store, as well as
4  partners that report and partners that -- not all
5  partners, as I mentioned, offer pre-orders to
6  customers.  And not all partners report to us.
7      Q.  So the subject line that says N84 reseller
8  pre-orders update is not limited to reseller
9  pre-orders -- I mean, the message and the content is
10  not limited to reseller pre-orders, right?
11     A.  It's primarily talking about reseller
12  pre-orders, but there are references to our bookings
13  and pre-orders as well as a reference point.
14     Q.  So turning your attention to the second
15  page, which is Bates ending 989.
16     A.  Okay.
17     Q.  In the "Detailed Insights," do you see that
18  on the -- I guess halfway down?
19     A.  Yes, I see that.
20     Q.  It says, "Pre-orders are coming in softer
21  than expectations across all reporting partners."
22        Do you see that?
23     A.  I see that, yeah.
24     Q.  That's only referring to resellers and
25  partners, not individuals, correct?

Page 114

1      A.  This sentence is reporting -- is relating
2  to partners, that's correct.
3      Q.  Okay.  And then if you go up a little bit,
4  you see where it says, "Executive Summary"?
5      A.  I see that, yes.
6      Q.  Okay.  It says, "Total pre-orders received
7  for N84 are 34,000," right?
8      A.  Yes, I see that.
9      Q.  And is that the part that is not referring
10  only to resellers?  That's total, everyone?
11     MR. KRAMER:  Objection to form.
12     THE WITNESS:  This sentence, if you read
13  the rest of the sentence, it says, "reported by the
14  US T4 and 9 EMEIA T3 accounts."
15        So these are referring to orders from
16  partners who are reporting to us.  That's what that
17  sentence 34k is relating to.
18  BY MR. WILLIAMS:
19     Q.  Okay.  So is there a -- is there something
20  on this page that refers to pre-orders from anyone
21  other than partners?
22     A.  Sorry.  Are you asking on this page?
23     Q.  Yeah.
24     A.  Yeah.  So if you look at the next bullet,
25  the sub bullet that starts with "This is," there's a

Page 115

1  second sentence there that says, "AOS net bookings."
2  That's our Apple online store.
3        So those would be orders from individual
4  consumers.
5      Q.  Okay.  Anywhere else?
6      A.  Let me look at the page.
7      MR. KRAMER:  Objection to form.  Just on
8  this page, Shawn, or anywhere?
9  BY MR. WILLIAMS:
10     Q.  Yeah, on this page.
11     A.  So it looks like the rest of the page is
12  referring to partner orders.  That one part of the
13  sentence is referencing the Apple online store net
14  bookings.
15     Q.  Okay.  Go to the previous page, Bates
16  numbered 00516988.
17        You forwarded this report to Greg Joswiak,
18  right?
19     A.  Yes, I did.
20     Q.  And was he one of the people you reported
21  to?  Did you have a dotted line to him or you all
22  were peers?
23     A.  No, he was a peer at the time.
24     Q.  Okay.  And you wrote, "FYI, we knew
25  pre-orders would be lighter but this feels lighter

Page 116

1  than I would have expected."
2        Do you see that?
3      A.  I see that, yes.
4      Q.  What did you expect?
5      A.  I think as it says here, we -- I expected
6  pre-orders to be a little bit stronger than this.
7      Q.  And you go on to say, "Also, the partner
8  outlook (sell in forecast) is going to be driven by
9  customer demand signals which may lead to nearer
10  term adjustments down until we see run-rate demand."
11        Do you see that?
12     A.  I do see that.  Yes.
13     Q.  So does this suggest that on October 19th
14  that you or Apple did not have Sell In forecasts
15  from partners?
16     MR. KRAMER:  Objection to form.
17     THE WITNESS:  This sentence doesn't suggest
18  that.  This is just my feedback or input to Joz on
19  an opinion because we talked about the XR not being
20  an early adopter type of product, like the XS and XS
21  Max.  It might have a large pre-order amount.
22        And the reason why we talked about in the
23  near term doing some customer demand signals, mainly
24  the nearer term adjustment down until we see
25  run-rate demand, is that people need to go and see

Page 113..116

Kevan Parekh                                                In re Apple Inc. Securities Litigation

Page 117

1 the product.  And that would drive more the demand
2 of partners' ability to adjust orders once they see
3 that.
4 BY MR. WILLIAMS:
5     **Q.  Well, when you write, "Also, the partner**
6 **order outlook (sell in forecast)," are you not**
7 **referring to the pre-orders that were being**
8 **reported?**
9     A.  No.  I was not referring to the pre-orders.
10    **Q.  Okay.  What are you referring to?**
11    A.  In the parentheses, in "(sell in
12 forecast)"?
13    Q.  Yeah.  "The partner order outlook (sell in
14 forecast)," what are you referring to there?
15    A.  Partner orders.  Partner order activity.
16    **Q.  Okay.  So the Sell In forecasts that are**
17 **provided by partners?**
18    A.  Yes.
19    **Q.  Okay.  And so you're saying, then, at this**
20 **time, October 19th, you did not have the Sell In**
21 **forecasts from partners for the XR?**
22        MR. KRAMER:  Objection to form.
23        THE WITNESS:  It's not saying that at all.
24        What I was trying to say was, I was
25 hypothesizing that we might see some adjustments to

Page 118

1 the Sell In forecasts until they can see real
2 run-rate demand from consumers.
3        That's what this sentence says.  It's a
4 hypothesis.
5 BY MR. WILLIAMS:
6     **Q.  No, that's not what the sentence says.**
7 **You're interpreting what the sentence says now,**
8 **right?**
9        MR. KRAMER:  Objection to form.
10        THE WITNESS:  I wrote the sentence.
11 BY MR. WILLIAMS:
12    **Q.  I understand.  That's why I'm asking you**
13 **the question.  So you testified that that's what the**
14 **sentence says.  And I don't read it to say that.**
15    A.  Okay.
16    **Q.  Okay.**
17    A.  I'm telling you how I wrote the sentence
18 and how Joz would have interpreted my feedback.  We
19 talk about these things all the time.  And --
20    **Q.  Completely fine.**
21    A.  -- I'm just giving you a sense of how I
22 wrote the sentence and what I intended to say.
23    **Q.  Listen, I appreciate that.  I was just**
24 **making it clear that you were interpreting what you**
25 **meant by the sentence.  What you wrote was different**

Page 119

1 **from what you're interpreting about what you meant.**
2        MR. KRAMER:  Objection to form.
3        THE WITNESS:  Yeah, I'm not sure how you
4 interpreted it, but I provided context in how I
5 wrote the sentence.
6 BY MR. WILLIAMS:
7     **Q.  Okay.  That's fine.**
8        **So as of October 19th, is it fair to say**
9 **that the company did have partners' Sell In**
10 **forecasts in its possession for the XR?**
11    A.  Yes.  I assume our supply/demand management
12 group would have had partner orders.
13    **Q.  And Sell In forecast, meaning orders?**
14    A.  Well, you asked me before what mBS means.
15 That's the minimum book of business and Sell In
16 forecast from partners.
17    **Q.  Okay.**
18    A.  And you showed me some e-mails that were
19 prior to October 19th that referenced that.  So yes,
20 the assumption was the team constantly gets order
21 updates from partners.
22    **Q.  Okay.  And so then if the partner order**
23 **outlook Sell In forecast is going to be driven by**
24 **consumer demand signals, isn't it then fair to say,**
25 **to the extent that the company had Sell In**

Page 120

1 **forecasts, that those Sell In forecasts were driven**
2 **by consumer demand signals?**
3        MR. KRAMER:  Objection to form.
4        THE WITNESS:  Can you repeat that, just to
5 clarify?  I want to make sure I try to understand
6 what you're asking.
7 BY MR. williams:
8     **Q.  Isn't it fair to say, then, that if the**
9 **company had Sell In forecasts from its partners as**
10 **of October 19th, 2018, that those Sell In forecasts**
11 **were driven by consumer demand signals?**
12        MR. KRAMER:  Objection to form.
13        THE WITNESS:  No, that's not what this
14 sentence says.
15 BY MR. WILLIAMS:
16    **Q.  I wasn't saying what the sentence says.  I**
17 **was just asking you a question.**
18        **Do you want me to repeat the question?**
19    A.  Yes, please.  That would be helpful.
20        MR. WILLIAMS:  Okay.  Can we have that read
21 back, please.
22        (Record read by the reporter as follows:
23        "Q.  Isn't it fair to say, then, that if
24        the company had Sell In forecasts from its
25        partners as of October 19th, 2018, that

Kevan Parekh                                    In re Apple Inc. Securities Litigation

Page 121

1        those Sell In forecasts were driven by
2        consumer demand signals?")
3             MR. KRAMER: Objection to form. Go ahead.
4             THE WITNESS: So what I would say is any
5   Sell In forecasts we would have had up until
6   October 19th would not have been informed by
7   customer demand signals because customers couldn't
8   order the product. And not every partner takes
9   pre-orders and would have those customer demand
10  signals.
11            If you read the note below, it shows only a
12  subset of partners actually report or actually even
13  take pre-orders.
14  BY MR. WILLIAMS:
15       **Q. So the answer is that it's not fair to say?**
16       A. My understanding is you asked about as of
17  October 19th. So any forecast we would have
18  received up to October 19th, the pre-order day,
19  would not have been informed by customer demand
20  signals because there were no pre-orders that were
21  taken.
22       **Q. So are you saying that pre-orders that**
23  **are -- or, I'm sorry. Withdrawn.**
24            **Are you saying that Sell In forecasts from**
25  **partners are not based on their interpretation of**

Page 122

1  **customer demand?**
2        A. Well, they wouldn't have had an ability to
3   do that based on pre-orders because pre-orders
4   weren't available until the 19th.
5        **Q. I'm not asking about pre-orders. I'm**
6   **saying, any Sell In forecasts that Apple had from**
7   **partners as of October 19, are you saying that those**
8   **would not be based on the partner's interpretation**
9   **of customer demand?**
10            MR. KRAMER: Objection to form.
11            THE WITNESS: I don't specifically know how
12  every partner comes up with their -- the basis for
13  their order and their forecast.
14  BY MR. WILLIAMS:
15       **Q. Well, I think you just testified that**
16  **those -- their Sell In forecasts would not be based**
17  **on customer demand because they hadn't -- because**
18  **pre-orders had not been live?**
19       A. Yeah, I guess what I was saying was, they
20  couldn't have based it on customer demand from
21  pre-orders because pre-orders were not live. I
22  don't know what other inputs they based their
23  forecasts on.
24       **Q. Right. Because Apple based its forecasts**
25  **on inputs that are not pre-orders, correct?**

Page 123

1        A. Yes. We base our forecasts on lots of
2   different inputs. We talked about that before.
3        **Q. Right. And not pre-orders -- well,**
4   **withdrawn.**
5            **Inputs that are not pre-orders, right?**
6        A. It depends on which forecast you're talking
7   about. Pre- -- the pre-order activity, pre-launch?
8   Or which forecast are you referring to? I mean --
9        **Q. I'm sorry. I appreciate you asking me for**
10  **clarification because I -- I guess when I ask**
11  **questions, I think they are clear. But they are**
12  **not, obviously.**
13            **Apple, including you, creates forecasts**
14  **that include inputs that are not pre-orders; isn't**
15  **that correct?**
16            MR. KRAMER: Objection to form.
17            THE WITNESS: Let me try to clarify.
18  BY MR. WILLIAMS:
19       **Q. Wait. Wait. Wait. I'm asking you a**
20  **question. You can say yes or no. But I'm asking**
21  **you if Apple, including you, creates forecasts with**
22  **inputs that are not pre-orders?**
23            MR. KRAMER: Objection to form.
24            THE WITNESS: That's not a yes or no
25  question because it depends on which forecast you're

Page 124

1   talking about. If you're talking about pre-launch
2   forecasts --
3   BY MR. WILLIAMS:
4        **Q. Wait --**
5        A. Let me finish, please.
6            If you're talking about pre-launch
7   forecasts, there are no pre-orders. So for
8   pre-launch forecasts, there are no pre-orders you
9   can take into consideration.
10            Post-launch, that may be one input. But it
11  also depends on the product. And so it depends on
12  which forecast you're talking about. You're
13  generically referring to forecast.
14       **Q. Let's talk about pre-launch forecasts. Do**
15  **pre-launch forecasts include inputs that are actual**
16  **orders?**
17       A. And I'm going to be very specific. I'm
18  going to use very specific nomenclature here. Pre
19  pre-orders, okay? Because launch is different.
20  Launch happens after pre-orders. The availability
21  of the product happens after pre-orders. That's
22  considered -- we consider that launch. Okay?
23            So pre pre-orders, yes, when we have no
24  pre-order signals, we wouldn't take that into
25  consideration in our pre pre-order forecasts.

Kevan Parekh                                            In re Apple Inc. Securities Litigation

Page 125

1    Q.  That's all I was asking.  Okay.
2        And Apple has relationships with its
3  partners in China, right?
4        MR. KRAMER:  Objection to form.
5        THE WITNESS:  Apple has relationships with
6  its partners in China.  You mean reseller partners?
7  BY MR. WILLIAMS:
8    Q.  Yes.
9    A.  Yeah.  We have a commercial relationship
10  with them, yes.
11   Q.  Right.  And those -- many of those reseller
12  partners have sold Apple iPhones, you know, for many
13  years, right?
14   A.  Yes.  Some partners definitely have sold
15  iPhones for many years.
16   Q.  Right.  And so their Sell In forecasts
17  might be based on their experience with selling
18  iPhones in China, right?
19       MR. KRAMER:  Objection to form.
20       THE WITNESS:  I'm sure they take a number
21  of things into consideration in their Sell In
22  forecast.  I don't specifically know all the
23  different factors that they use.
24  BY MR. WILLIAMS:
25   Q.  Right.  Right.  And Apple also builds its

Page 126

1  forecasts in part based on its experience of selling
2  iPhones in China, doesn't it?
3    A.  Yeah, we certainly look at our historical
4  experience as one set of inputs to consider in our
5  forecast.
6    Q.  Right.  And some of that historical
7  experience are -- is demand trends for certain types
8  of phones, right?
9        MR. KRAMER:  Objection to form.
10       THE WITNESS:  Yeah, we look at prior demand
11  trend for prior launches and evaluate whether or not
12  those are relevant factors or adjustments need to be
13  made.
14  BY MR. WILLIAMS:
15   Q.  Right.  So I'll ask it again.  Is it your
16  view that the Sell In forecasts from partners as of
17  October 19th, 2018, for the iPhone XR would not be
18  driven by those partners' customer demand signals?
19       MR. KRAMER:  Objection to form.  You may
20  answer.
21       THE WITNESS:  I would say it the way I said
22  it before, is the Sell In forecasts we would have
23  had as of October 19th would not have factored in
24  pre-order data.
25       I don't know what other assumptions they

Page 127

1  would have made to develop their Sell In forecasts,
2  but it would not have included pre-order data that's
3  being referenced below.
4        MR. WILLIAMS:  Okay.
5        MR. KRAMER:  It's 12:18.  Is now a good
6  time for us to take lunch?
7        MR. WILLIAMS:  Sure.  Do you want to just
8  come back at 1:00?
9        MR. KRAMER:  Let's go off the record.
10       APTUS VIDEO TECHNICIAN:  All right.  The
11  time is 12:18 we're going off the record.
12       (Lunch recess taken)
13       APTUS VIDEO TECHNICIAN:  The time is 1:01.
14  We're back on the record.
15  BY MR. WILLIAMS:
16   Q.  Welcome back, Mr. Parekh.
17       When we left off we were looking at some
18  documents that were dated on or around October 18th
19  and 19th of 2018, right?
20   A.  I believe so, yes.
21   Q.  Yeah.  And that was approximately, you
22  know, 11 days, 12 days prior to the November 1st,
23  2018, earnings announcement, right?
24   A.  Yes.
25   Q.  And so would it be fair to say that around

Page 128

1  that time that you were kind of in the middle of
2  creating what would ultimately be, you know, what
3  was issued to the market as Q1 2019 guidance?
4        MR. KRAMER:  Objection to form.
5        THE WITNESS:  Yeah.  What I would say is we
6  were continuing to adjust and, you know, adapt our
7  forecast leading up to the guidance announcement.
8  BY MR. WILLIAMS:
9    Q.  Yeah.  I was trying to just set the
10  timeframe.  My assumption, please correct me if I'm
11  wrong, is that week before the Q1 announcement
12  would largely be dominated by work on, you know,
13  forecast, outlook, demand projections and things of
14  that nature?
15       MR. KRAMER:  Objection to form.
16       THE WITNESS:  Yeah, I don't know if I'd
17  characterize the -- you used the word "dominated."
18  You know, we had a forecast from before that we
19  continually refined and updated based on, you know,
20  as we learned more and more over the coming days.
21  BY MR. WILLIAMS:
22   Q.  Okay.  And would it be fair to say that
23  during that timeframe, so ten, 11 days prior to
24  November 1st, that you met or talked with Luca
25  Maestri daily?

**Kevan Parekh**                                                    **In re Apple Inc. Securities Litigation**

Page 129

1   A. I mean, I tend to interact with him daily,
2 but not necessarily about the forecast.
3   **Q. Would it be fair to say that you interacted**
4 **with Tim Cook about the forecast or product demand**
5 **daily during that period?**
6   A. I wouldn't necessarily say we would meet
7 with him daily. We had some scheduled check-ins
8 with him, but not necessarily daily.
9   **Q. Okay. And just to clarify my question, I**
10 **didn't intend to suggest meeting with him. I meant**
11 **interacting with him, whether it be by e-mail,**
12 **telephone, face-to-face or otherwise daily?**
13   A. Again, I don't recall that we would
14 necessarily meet with him every day, but we did have
15 some check-ins leading up to the guidance
16 announcement.
17   **Q. And would it be unusual for you to meet**
18 **with, interact or e-mail him, with him directly**
19 **every day prior to -- for ten days prior to the**
20 **earnings announcement?**
21   A. Are you talking about me, myself, or the
22 team? Or when you're talking about interacting --
23   **Q. I would say the team, your team.**
24   A. Okay. My team specifically or -- there's a
25 number of teams that interact with him around this

Page 130

1 process, so --
2   **Q. Your team. Your team.**
3   A. My team. I mean, it depends on the
4 situation and circumstance. I'd have to go back and
5 recall in all the, you know, days leading up to
6 that, because in that ten, 11-day period, I don't
7 recall everything we did every day up until then.
8   **Q. My question was, would it be unusual for**
9 **you to meet with, interact with -- whether by**
10 **e-mail, telephone, with Tim every day for a ten,**
11 **11-day period prior to the earnings announcement?**
12   MR. KRAMER: Objection to form.
13   THE WITNESS: Yeah, I guess it depends
14 on -- in the situation, but generally we do provide
15 regular updates in our forecast process as we learn
16 more information leading up to the actual
17 announcement date.
18 BY MR. WILLIAMS:
19   **Q. Would that be daily for a ten-day period?**
20   A. It depends on the circumstance. I can't
21 recall in this case if we did it daily or not. I
22 would say regularly.
23   **Q. Okay. So it wouldn't be unusual under**
24 **certain circumstances?**
25   MR. KRAMER: Objection to form.

Page 131

1   THE WITNESS: Yeah, it depends on the
2 circumstance of how frequently we'd have to interact
3 with him.
4 BY MR. WILLIAMS:
5   **Q. Got it. How frequently did you interact**
6 **with Donal Conroy and his team in the ten days**
7 **leading up to the November 1st earnings call?**
8   A. Specifically in that window, I don't
9 recall. But we generally meet with Donal's team
10 very regularly. I'd say members of my team meet
11 with his team every day in some cases. So we do
12 meet with -- we interact very closely with Donal's
13 team.
14   **Q. Okay. So it would not be unusual to**
15 **interact with Donal's team every day for ten days**
16 **leading up to an earnings call?**
17   A. Yeah. In this instance, again, whether or
18 not we did it every day, we do interact with him
19 pretty regularly. And it's not uncommon for us to
20 interact on a daily basis with his team.
21   **Q. Okay. If you take a look at what was**
22 **previously marked as Parekh 19, do you still have**
23 **that up?**
24   A. Exhibit 19?
25   **Q. Yeah.**

Page 132

1   A. That's the one that ends in -- let's see,
2 the first page ends in 9 -- 6988?
3   **Q. Correct.**
4   A. Okay. I have it here.
5   **Q. Yeah. That e-mail or that document ends**
6 **with an e-mail from Greg Joswiak to you on**
7 **October 19th, right?**
8   A. Yes. That's right. From Greg to me.
9   **Q. Yeah. That's generally about the subject**
10 **of reseller pre-orders for the X84, correct -- I**
11 **mean, the XR, right?**
12   A. XR, yes.
13   **Q. XR. Yes, sorry.**
14   **And does your calendar reference any**
15 **meetings between you and Tim Cook between**
16 **October 18th and October 20th?**
17   MR. KRAMER: Objection to form.
18   THE WITNESS: I'm sorry. Are you asking me
19 to check my calendar or --
20 BY MR. WILLIAMS:
21   **Q. No. Just -- you don't need to check your**
22 **calendar. I'm just -- do you know whether or not**
23 **your calendar reflects any meetings between you and**
24 **Tim Cook between the 18th of October and the 20th of**
25 **October?**

**Page 129..132**

Kevan Parekh

In re Apple Inc. Securities Litigation

Page 133

1   A. I don't recall specifically, but I'm sure
2 there were meetings. But it could be on also
3 various topics. We meet with Tim on various things
4 outside of just the forecast.
5   Q. Okay. And, but if there was a meeting
6 would it be -- would you typically have it in your
7 calendar?
8   A. Yes, I would. If I was supposed to attend
9 the meeting, yes.
10   MR. WILLIAMS: Okay. And Lorenzo, can you
11 give me -- or just pull up my 11 and mark it as
12 Conroy 20 -- I mean, as Parekh 20, please.
13   (Whereupon, Exhibit 20 was marked for
14   identification.)
15   THE WITNESS: Okay. I just received the
16 link.
17 BY MR. WILLIAMS:
18   Q. Parekh 20 is Bates number 00150951.
19   A. Okay. I have it here.
20   Q. All right. Just take a look at it and let
21 me know when you've had a chance to do so.
22   A. Okay. Let me read it here. Okay. I've
23 read it.
24   Q. And is it fair -- well, do you recognize
25 it?

Page 134

1   A. I do recognize it.
2   Q. Is it a document that you reviewed in your
3 preparation?
4   A. No.
5   Q. Okay. And it's an e-mail from Tim Cook to
6 Donal Conroy, you, Luca Maestri and Jeff Williams on
7 October 20th, 2018, right?
8   A. Yes.
9   Q. And it's concerning the Q1 '19 forecast
10 generally. Is that fair?
11   A. Yes. The fiscal Q1 '19 forecast.
12   Q. And he writes, "Kevan, Donal, Please send
13 me a simple chart," or charts, "showing our current
14 weekly and total Q1 forecast for the iPhone XS, XS
15 Max, iPhone XR, and iPhone X and the sum of these
16 compared to iPhone 8, 8 Plus, and X from the year
17 ago quarter."
18   Do you see that?
19   A. Yes, I do.
20   Q. And doing those comparisons was part of
21 your overall kind of process in preparing the
22 outlook for Q1 2019, right?
23   A. Well, he asked us to do an analysis, so we
24 were being responsive to do the analysis that he
25 asked for.

Page 135

1   Q. And so it was part of your process; is that
2 fair?
3   MR. KRAMER: Sorry. Objection to form.
4   THE WITNESS: Yeah. What I was saying, is
5 he asked questions about what we thought about --
6 what we assumed in our forecast. And he's just
7 trying to understand our forecast assumptions when
8 he asked these questions.
9 BY MR. WILLIAMS:
10   Q. Is my question one that you don't think you
11 can answer with a yes or no answer if this was
12 simply part of your process?
13   MR. KRAMER: Objection to form.
14   THE WITNESS: That's correct. It's a
15 fairly general question, and our process doesn't
16 necessarily always have Tim asking questions about
17 forecast assumptions.
18   So when you say "process," a process as a
19 regular thing we do, we generally put together a
20 forecast range and iterate that range with a little
21 more information. That's generally our process.
22   Yes, there could be times where Tim and
23 Luca ask questions, but it's not every single time.
24   So when you're asking me about whether or
25 not this kind of question was a part of our process,

Page 136

1 it isn't always necessarily part of our process.
2 But he's asking to clarify some assumptions.
3 BY MR. WILLIAMS:
4   Q. So this clarifying question from him was
5 something that was unusual in the building of a
6 forecast?
7   A. It's not unusual. It's just not
8 necessarily always part of the process. He was just
9 trying to understand, based on these questions, how
10 we built up our forecast assumptions.
11   Q. For Q1 2019?
12   A. For Q1 2019.
13   Q. Right.
14   A. Fiscal Q1 of 2019.
15   Q. Fiscal Q1 2019. All right.
16   You see a couple paragraphs down he writes,
17 "In addition to the points I've raised with looking
18 deeply at China and Japan, I am thinking about three
19 things."
20   Do you see that?
21   A. I do see that.
22   Q. So it's fair to say that he asked you to
23 look deeply at China, correct?
24   MR. KRAMER: Objection to form.
25   THE WITNESS: That's what the sentence

Kevan Parekh                                                    In re Apple Inc. Securities Litigation

Page 137

1 says.
2 BY MR. WILLIAMS:
3   Q. That is what the sentence says. And that
4 is correct too, correct?
5     MR. KRAMER: Objection to form.
6     THE WITNESS: Yes. He's asking about those
7 points in addition to looking deeply at China and
8 Japan.
9 BY MR. WILLIAMS:
10   Q. And Japan. And China and Japan were the
11 two regions that were called out or at least noted
12 by Mark Anderson in his October 16th e-mail, as part
13 of Parekh 18, where he wrote, "The low case is
14 demand and we do not see the demand we need in China
15 (doesn't attract switchers enough) and Japan (size
16 is too big)," right?
17     MR. KRAMER: Objection to form.
18     THE WITNESS: So let me explain that those
19 were assumptions we built into the low case demand.
20 And we had gone through that previously.
21 And here, yes, so looking deeply at China
22 and Japan overall, Mark was referring to just the
23 XR.
24 BY MR. WILLIAMS:
25   Q. Okay. I was just asking, those are the two

Page 138

1 regions that were called out by the notes that Mark
2 made in his 20 -- in his October 16th e-mail?
3   A. Yeah. I just wanted to clarify, those
4 notes were pertaining to the XR part of the
5 forecast. This is talking about the overall
6 forecast in China. We took into consideration what
7 was happening with XS/XS Max, which were doing, you
8 know, pretty well at the time. That's why I think
9 he's raising it here.
10   Q. And XR?
11   A. Yes, he asked about -- you see in the first
12 paragraph, he asked about all the phones --
13   Q. Correct.
14   A. -- in the lineup.
15   Q. That's right.
16   A. All the new phones in the lineup and iPhone
17 X.
18   Q. Right. Isn't it true also that, as you
19 were going through your forecast development
20 process, including the -- answering the questions
21 that were not always asked by Tim Cook, that your
22 forecasts that you had in place as of October 19th
23 were reduced substantially by October 23rd?
24     MR. KRAMER: Objection to form.
25     THE WITNESS: We did make two revisions

Page 139

1 down to the forecast overall. I don't recall
2 exactly which date that was specifically, but we
3 definitely made two adjustments downward on our
4 forecast and widened our range.
5 BY MR. WILLIAMS:
6   Q. And the reductions were in large part due
7 to adjustments or reductions in Japan and Greater
8 China, right?
9   A. Well, they reflected our view of the demand
10 outlook in every geography, including China and
11 Japan.
12     So I presume we made -- I don't remember
13 the specific details of every country's outcome
14 there, but we made -- we constantly are making
15 adjustments. We would have made adjustments making
16 more than just China and Japan.
17   Q. But you're not equating adjustments you
18 made in other geographies to the adjustments that
19 were made for China and Japan, are you?
20     MR. KRAMER: Objection to form.
21     THE WITNESS: Are you asking whether or not
22 the adjustments that were made included adjustments
23 in China and Japan? I'm trying to understand your
24 question.
25 ///

Page 140

1 BY MR. WILLIAMS:
2   Q. No. I'm asking you, are you equating the
3 significance of the adjustments made in other
4 regions with the adjustments that were made in
5 Greater China and Japan?
6   A. For example, the US is a large market as
7 well. And any changes we make there are equally
8 sizable, potentially, to China and Japan's changes.
9 So is all of Europe.
10     So, again, we look at all the different
11 geographies and the different, you know, kind of
12 changes we might want to make based on what we're
13 seeing and changing our assumptions.
14   Q. Did you make downward adjustments in the
15 United States?
16   A. I can't recall exactly which geographies
17 were adjusted how much, but I think we made overall
18 adjustments downward in our forecasts.
19     So I'd say, you know, the worldwide
20 forecast was lowered, and I can't remember exactly
21 all the different puts and takes by every geography
22 at that time, in that particular time window you're
23 referring to.
24   Q. Would you say that the adjustments to
25 Greater China and Japan were more significant than

Page 137..140

Kevan Parekh                                    In re Apple Inc. Securities Litigation

Page 141

1 adjustments to other regions?
2         MR. KRAMER:  Objection to form.
3         THE WITNESS:  I can't recall specifically
4 how much more those were than -- if they were more
5 than other regions.
6 BY MR. WILLIAMS:
7     Q.  Are you done with your answer?  Are you
8 done?
9     A.  It depends -- I'm sorry.  I was just going
10 to say, it depends on what timeframe as well,
11 because there were a few different revisions.  We
12 were constantly modifying and adjusting our
13 forecast.
14         MR. WILLIAMS:  Lorenzo, can you bring up my
15 13 and mark it as Parekh 21, please.
16         (Whereupon, Exhibit 21 was marked for
17         identification.)
18 BY MR. WILLIAMS:
19     Q.  Bates is 00284146 through --
20     A.  I have it here.
21     Q.  Through 4149.
22         Just take a look at the document and let me
23 know when you've had a chance to do so?
24     A.  Okay.  Let me read it here.  The tables are
25 very hard to read.  I can download the document and

Page 142

1 try to zoom in on it.  It's hard to read the
2 detailed tables on pages 2 and 3.
3     Q.  On 2 and 3.  Okay.  I don't -- let's see --
4 I'm not sure that I'm going to ask questions about
5 those two pages, so if we get there it may be
6 necessary for you to get a tighter look at those.
7     A.  Okay.  Okay.
8     Q.  So does Parekh 21 appear to be an e-mail
9 from Ai Ling Loo to you and Donal Conroy copying
10 Saori Casey on October 23rd, 2018?
11     A.  Yes, it is.
12     Q.  And she attaches a screenshot, which is
13 described just by the date and a "5.21.34 PM.png,"
14 and another attachment described as "Rev by
15 Market-102318Update."
16         Do you see that?
17     A.  I do see that, yes.
18     Q.  And is this one of the documents that you
19 reviewed in preparation for the deposition
20 yesterday?
21     A.  Not this one.
22     Q.  Nor last week?
23     A.  No.
24     Q.  Okay.  Well, Ai Ling Loo writes, "Hi Donal,
25 Kevan, Please see below for a summary of the updated

Page 143

1 Q1 '19 revenue year over year growth rates by Geo
2 (see column C) based on the revised Geo plans for
3 Mac and iPhone that we received."
4         Do you see that?
5     A.  I do see that, yes.
6     Q.  Do you know who sent her the revised geo
7 plans for Mac and iPhone?
8     A.  It would normally be Donal's team that
9 would send the updated plans by geo.  They get
10 dollarized by this team.
11     Q.  Okay.  You see the next paragraph where it
12 begins, "In summary..."?
13     A.  Yes.
14     Q.  Do you want to just read that for me,
15 please?
16     A.  "In summary, US revenue went up
17 significantly followed by slight increases in
18 Europe.  This is offset by significant reductions in
19 Japan and Greater China (turned negative at minus
20 one percent year on year).  These revenue changes
21 reflect the following unit changes:"
22         Do you want me to keep reading?
23     Q.  Yeah.
24     A.  Okay.  "1) iPhone units were moved out from
25 Japan and Greater China and into US primarily with a

Page 144

1 smaller amount into Europe.
2         "2) Mac units were moved out from Japan and
3 US into Greater China and Europe."
4         And "3) no changes to all other products."
5     Q.  Okay.  Now, does this refresh your
6 recollection as to whether the adjustments that were
7 made to the forecast were significant with respect
8 to Japan and Greater China?
9         MR. KRAMER:  Objection to form.
10        THE WITNESS:  This is definitely helpful
11 because it also shows that we made a significant
12 upward revision in the United States and in Europe,
13 which is what I mentioned.  There's other
14 geographies that are equally as important.
15 BY MR. WILLIAMS:
16     Q.  Well, it was -- were they equal
17 adjustments?
18     A.  It says here it was offset.
19     Q.  Does that mean equal?
20     A.  Well, if you look at the last exhibit, or
21 the last part of this document, it shows the
22 worldwide forecast stayed the same at nine percent.
23     Q.  Okay.
24     A.  So it must mean it had an equal offsetting
25 impact.

Page 141..144

**Kevan Parekh**                                          **In re Apple Inc. Securities Litigation**

Page 145

1    Q.  Okay.  And the reason for the significant
2 reduction in Japan and Greater China were due to
3 negative demand signals, weren't they?
4        MR. KRAMER:  Objection to form.
5        THE WITNESS:  Well, it says we have revised
6 geo plans for Mac and iPhone.  In some cases, it
7 could be demand driven.  And in some cases it also
8 could be how we allocate supply and where we think
9 we're going to land on inventory.
10       So there's a number of factors that go into
11 how we think about our sale Sell In plan, what we
12 sell into markets.
13 BY MR. WILLIAMS:
14    Q.  I'm just asking whether the significant
15 reductions in Japan and/or China were due to
16 negative demand signals?
17       MR. KRAMER:  Objection to form.
18       THE WITNESS:  Yeah.  And I'm just trying to
19 clarify that the revised geo plans for Mac and
20 iPhone that triggered the changes in those markets
21 to be driven by a few factors.  One of them
22 definitely could be demand, but there's also some
23 supply plan impacts and outlook on inventory in
24 those places that we take into consideration.
25 ///

Page 146

1 BY MR. WILLIAMS:
2    Q.  Is it your view that one of the reasons for
3 the reduction in Greater China was due to lack of
4 supply?
5        MR. KRAMER:  Objection to form.
6        THE WITNESS:  At that point I have to go
7 back and recall.  I don't know if there was a supply
8 gate that was there for the China units that
9 factored into the geo plan.  I don't exactly recall
10 at that date.
11 BY MR. WILLIAMS:
12    Q.  I'd ask you to direct your attention to
13 Bates ending 149.  I think it's the last chart in
14 the document that you're referring to.
15    A.  Yes.  This is 4149, right?
16    Q.  Right.  And it's a summary chart comparing
17 revenue forecasts from October 19th to the revenue
18 forecasts for October 23rd.
19       MR. KRAMER:  Objection to form.
20       THE WITNESS:  Yes.
21 BY MR. WILLIAMS:
22    Q.  And you see where the October 19th version
23 shows year over year Greater China growth at four
24 percent?
25    A.  Yes.  I see the revenue growth at four

Page 147

1 percent for Greater China in the 10 -- in the prior
2 version labeled 10/19.
3    Q.  Right.  And in the new version of
4 October 23rd, it's been adjusted to one percent --
5 negative one percent?
6    A.  Yes.  In the new 10/23 view, the revenue
7 growth was adjusted in Greater China to minus one
8 percent.
9    Q.  And would you characterize that adjustment
10 or reduction as significant?
11       MR. KRAMER:  Objection to form.
12       THE WITNESS:  I would characterize that as
13 the positive revenue change in the United States
14 from 11 percent to 18 percent.
15 BY MR. WILLIAMS:
16    Q.  I understand.  I wasn't asking you about
17 the United States.  I'm asking you a specific
18 question about the adjustment in Greater China.
19       Would you view that adjustment as
20 significant?
21       MR. KRAMER:  Objection to form.
22       THE WITNESS:  It depends on how you define,
23 you know, a five-point change.  Some people might
24 call that as not -- insignificant, single digits.
25       Some people may call that as -- so for

Page 148

1 example, in relationship to Japan, that changed by
2 double digits.
3       So it depends on your definition of
4 significant.
5 BY MR. WILLIAMS:
6    Q.  What about your definition of significant?
7    A.  A five percent change in isolation, I don't
8 believe is significant.  But given the size of
9 Greater China, it could have an impact.
10       But also the US is a similar size, it went
11 up even more.
12    Q.  It could have an impact or it's significant
13 given the size of Greater China?
14       MR. KRAMER:  Objection to form.
15       THE WITNESS:  In isolation -- we don't look
16 at these in isolation.  We look at all the moving
17 parts.  So yes, there was a change in Greater China
18 of five percent.
19       It depends of your definition of
20 "significant."  There were also positive changes and
21 negative changes elsewhere.
22 BY MR. WILLIAMS:
23    Q.  You didn't disagree with Saori Casey's
24 characterization of it as significant, did you?
25    A.  I don't know that I responded to this

**Page 145..148**

**Kevan Parekh**                                    **In re Apple Inc. Securities Litigation**

1  e-mail.  I was focused on the summary of the
2  changes, so I don't know if I responded with any --
3  you know, contradiction or clarification on the
4  language being used.
5      **Q.  Hm-hmm.  Did you think that -- did you**
6  **think that the language she used was -- did not take**
7  **into account all of the possibilities that you've**
8  **described to me?**
9      A.  Well, the way I read the e-mail, it really
10  talks about the overall revenue forecast and some of
11  the changes within the geo assumptions within that
12  overall forecast.  And there was also the view of
13  significant for the upward revisions as well in the
14  United States.
15     **Q.  Did you view the changes, the adjustment in**
16  **Greater China from four percent to negative one**
17  **percent as negative?**
18        MR. KRAMER:  Objection to form.
19        THE WITNESS:  I would say when you go from
20  positive to negative growth, it's never -- it's
21  probably a negative change, yes, in the growth
22  assumptions.
23  BY MR. WILLIAMS:
24     **Q.  And that negative adjustment in China was**
25  **driven primarily by iPhone, right?**

1        MR. KRAMER:  Objection to form.
2        THE WITNESS:  Yes, that's the way it reads
3  in the e-mail.
4        MR. WILLIAMS:  Lorenzo, can you give me
5  what's my 16 and mark it as Parekh 22.
6        (Whereupon, Exhibit 22 was marked for
7        identification)
8        THE WITNESS:  I think I have it here.  Make
9  sure I have the right document.
10  BY MR. WILLIAMS:
11     **Q.  Yeah.  Parekh 22 is Bates numbered 00162372**
12  **through 378.**
13     A.  I have the same pages.
14     **Q.  Okay.  Take a look at the document and let**
15  **me know when you've had a chance to do so.**
16     A.  Okay.  I read the text.  The first image,
17  the first chart, which is, I guess, the page 62375,
18  is a bit blurry or fuzzy to read, if you're going to
19  refer to that.
20        And then the other chart, the charts and
21  the clippings are coming in a bit fuzzy on my
22  machine.
23     **Q.  Okay.  Just looking at the first page of**
24  **Parekh 22.**
25        **Does this appear to be an e-mail from Saori**

1  **Casey to Tim Cook, Luca Maestri, copying Jeff**
2  **Williams, Donal Conroy, you, and a few others?**
3     A.  Yes.
4     **Q.  And it's dated October 25th, 2018?**
5     A.  Yes.
6     **Q.  Is it fair to say that you and Donal Conroy**
7  **were the people that were primarily responsible for**
8  **building the forecast and guidance that was**
9  **ultimately provided to the market?**
10        MR. KRAMER:  Objection to form.
11        THE WITNESS:  Yeah.  What I would say is
12  Donal's team and my team worked together on the
13  forecast ranges for the sales, for the different
14  unit sales that are dollarized by Saori's team that
15  ultimately feed into the forecast that we provide
16  into the market during guidance.
17  BY MR. WILLIAMS:
18     **Q.  And the subject line of this message is "Q1**
19  **Revenue by Geo - Revised," right?**
20     A.  Yes.  That's what the subject says, yes.
21     **Q.  And it was revised from when, do you know?**
22     A.  It doesn't reference it here in this
23  document.
24     **Q.  Okay.  And if you look at her written**
25  **summary under point 3), you see where it says, "GC**

1  **is now negative one percent year over year driven by**
2  **iPhone and iPad"?**
3     A.  Yes.
4     **Q.  And she's referring to Greater China,**
5  **right?**
6     A.  Yeah, "GC" stands for Greater China.
7     **Q.  Right.  And what was the cause of that**
8  **decrease?**
9        MR. KRAMER:  Objection to form.
10        THE WITNESS:  Yeah, this looks very similar
11  to the remix assumptions we saw on the prior
12  exhibit.  Again, I don't know exactly how many
13  revisions she sent over to Tim and Luca.
14        But if you look at the numbers that are
15  referenced here, they are very consistent with the
16  prior exhibit we looked at where we made the
17  adjustments to revenue down in GC and Japan, but up
18  in the US and Europe.
19  BY MR. WILLIAMS:
20     **Q.  Right.  And what was the cause for the**
21  **decrease in China and -- in China with respect to**
22  **iPhone?**
23        MR. KRAMER:  Objection to form.
24        THE WITNESS:  Yeah, as I characterized
25  before, because as the Sell In forecasts change, it

**Kevan Parekh**　　　　　　　　　　　　　　　**In re Apple Inc. Securities Litigation**

Page 153

1 can be driven by a few factors, demand, as well as
2 supply-related items to -- those are two things that
3 could be active and impact the changes on a Sell In
4 forecast.
5 BY MR. WILLIAMS:
6　　**Q. Well, it wasn't supply for iPhone, was it?**
7　　A. As I've told you, I don't recall exactly
8 that time, if there was some supply linearity
9 assumptions that changed or if there's any supply
10 gates that were still present at the time on the
11 23rd or 25th.
12　　　But those are generally the factors that
13 would impact the Sell In units and the details that
14 are then offered here as far as what drove the
15 change.
16　　**Q. Right. And by October 25th, the iPhone XR**
17　**had been available for sale to individuals and**
18　**resellers, right?**
19　　A. It was technically not available for sale
20 and physically available until the 26th of October.
21　　**Q. Okay. So then you -- what you had then was**
22　**pre-orders and some reseller pre-orders, right?**
23　　　MR. KRAMER: Objection to form.
24　　　THE WITNESS: Yeah, let's just make sure.
25 I want to be specific about the language we're

Page 154

1 using.
2 BY MR. WILLIAMS:
3　　**Q. Yeah.**
4　　A. We refer to pre-orders as, you know,
5 customer pre-orders. And we refer to the reseller
6 partner orders as just orders.
7　　　And yes, up until that time, since the
8 pre-orders went live on the 19th of October, we
9 would have had a pre-order book of business built
10 up, and we would have had partner orders that were
11 probably evolving, you know, until that time.
12　　　But the phone was not available for people
13 to actually get in their hands until the 26th.
14　　**Q. So going back to Exhibit 19 -- yeah,**
15　**Exhibit 19 -- when the subject line reads, "N84**
16　**Reseller Pre-Orders Update," that is an incorrect**
17　**characterization of what resellers were ordering?**
18　　　MR. KRAMER: Objection to form.
19　　　THE WITNESS: Let me open up 19 again.
20 BY MR. WILLIAMS:
21　　**Q. Okay.**
22　　A. This e-mail, I think as we've talked about
23 before, is referring to partners who have taken
24 pre-orders for customers on the 19th, which is the
25 first day the device was available for pre-order.

Page 155

1　　And it's only, as you can see here in the
2 e-mail, only a select number of partners actually
3 take pre-orders and report them to us.
4　　**Q. So Exhibit 19 is primarily about reseller**
5　**pre-orders and nominally about the AOS pre-orders on**
6　**Apple's website, right?**
7　　　MR. KRAMER: Objection to form.
8　　　THE WITNESS: Yes. The e-mail is about
9 reseller partner pre-orders for those reseller
10 partners that take pre-orders and provide that data
11 to us. And there's a reference to the Apple online
12 store net bookings.
13 BY MR. WILLIAMS:
14　　**Q. And as of October 25th, pre-orders were**
15　**significantly lighter than expected, right?**
16　　　MR. KRAMER: Objection to form.
17　　　THE WITNESS: I don't know that I would
18 recall that that is the case. Pre-orders constantly
19 are taken from the 19th onward. So I don't know
20 that that was necessarily outlined here. I don't
21 recall that that -- where we were by the 25th.
22 BY MR. WILLIAMS:
23　　**Q. Okay. But at least on the 19th when you**
24　**first viewed them, you believed that pre-orders were**
25　**lighter than you expected?**

Page 156

1　　A. Yeah, I reference that as an early read.
2 This is a -- it just went for sale. I think one of
3 the things I mentioned was this product wasn't one,
4 like the XS and XS Max, where early adopters come
5 and do pre-orders, you know, very quickly.
6　　　It also is a product that we believed
7 people needed to see because of the difference in
8 form factor and new size, new design, didn't have
9 the touch ID. You had a home button and a full
10 screen. Had face ID.
11　　　So a lot of changes that people needed to
12 go see before they were comfortable putting orders
13 in. So we weren't expecting to see significant
14 pre-orders for this -- for the XR product.
15　　**Q. Do you think that by October 25th the**
16　**pre-orders for XR got significantly better resulting**
17　**in had a reduction of Greater China revenue from**
18　**four percent to negative one percent due to iPhone?**
19　　　MR. KRAMER: Objection to form.
20　　　THE WITNESS: If you can, please, clarify
21 that question. I just want to make sure I
22 understood. There's a few parts. There's a few
23 questions you asked within that.
24 BY MR. WILLIAMS:
25　　**Q. Do you think that pre-orders increased**

**Page 153..156**

**Kevan Parekh**                                    **In re Apple Inc. Securities Litigation**

Page 157

1 between the 19th of October and the 25th of October
2 in a way that would result in a reduction of revenue
3 from Greater China from four percent to negative one
4 percent?
5     A.  Yeah, let me clarify a couple of things
6 with respect to your question.
7         One is partners don't take pre-orders in
8 China, which is why they weren't reported in the
9 document, in Exhibit 19 that you outlined to me.  So
10 we wouldn't have had any pre-order -- customer
11 partner pre-order data to go off of for any kind of
12 Greater China change.
13        The other thing is, between the 19th and
14 the 25th, we did have positive press reviews.  The
15 XR was very well reviewed and had very, very good
16 reviews, reviews which are normally in the market
17 between the pre-order date starting and the
18 availability of the product.
19        And so I can't recall exactly how the
20 order, you know, the pre-orders evolved from the
21 19th to the 25th, but I expect given some of the
22 positive press and reviews, we would have seen an
23 increase.
24        Again, that is not something that we see in
25 Greater China because partners don't take pre-orders

Page 158

1 in Greater China and don't report them to us, if
2 they did.
3     Q.  You would agree, wouldn't you, that
4 expected business or sales out of China declined
5 between October 19th and October 25th, right?
6     A.  Again, the overall China revenue change was
7 driven by a few products.  It was referenced in the
8 note, the iPhone and iPad.  There was also some
9 changes on Mac.  And within the iPhone, there were
10 changes that -- adjustments that would have been
11 made across the lineup.
12        And so all of those would have been based
13 on actual run-rate trends that we've seen.  And we
14 try to take into consideration all the latest
15 information that we're seeing up until we provide
16 guidance.  We try to use the best information that
17 we see.
18        So I wouldn't point to the pre-order of one
19 product as driving the overall revenue change in a
20 country to start with.
21        Number two, we don't have pre-order data
22 from partners in China.
23        And number three, there were several
24 changes that were made across products in Greater
25 China.

Page 159

1     Q.  Did you understand my question to be about
2 pre-orders?
3     A.  I understood your question to be saying
4 that pre-orders is what drove the revenue change in
5 China.
6         If you want to rephrase it to make sure I
7 understood it correctly.  I'm sorry if I didn't
8 understand that.  That's the way I interpreted your
9 question.
10        MR. WILLIAMS:  Could you read back my last
11 question, pleases.
12        (Record read by the reporter as follows:
13        "Q.  You'd agree that expected business or
14        sales out of China declined between
15        October 19th and October 25th, right?")
16        MR. KRAMER:  Let me object as to form
17 again.
18 BY MR. WILLIAMS:
19     Q.  Can you answer that question, please?
20     A.  Well, we reduced our revenue projections
21 for China, and so that means that we were expecting
22 lower revenue and lower sales versus our prior
23 forecast.
24     Q.  So you would agree?
25     A.  Yeah, I would say that we reduced our

Page 160

1 revenue forecast in China from the prior forecast.
2     Q.  Are you unwilling to answer the question
3 with "I would agree" or "I would disagree"?
4     A.  Yeah, I'd like to kind of answer making
5 sure that it's in my words and the way I understood
6 it and the way I can explain it.
7     Q.  Got it.  Were you surprised by the five
8 percent decline in expectations over just a few
9 days?
10        MR. KRAMER:  Objection to form.
11        THE WITNESS:  Not necessarily.  We make
12 adjustments all the time to our forecasts.  And we
13 make revisions that could be larger than that.
14        We made a larger change in Japan, for
15 example, and the US.  So that's not surprising.  We
16 are kind of taking into consideration trends and
17 other inputs.
18 BY MR. WILLIAMS:
19     Q.  Would you say that the 26th, October 26th,
20 the day of the launch of the XR to the general
21 public was a significant event day for the company?
22        MR. KRAMER:  Objection to form.
23        THE WITNESS:  Well, I guess -- I mean, it
24 depends on how you define "significant."  But we
25 always are excited about a product being available

Kevan Parekh                                          In re Apple Inc. Securities Litigation

Page 161

1  to customers.
2  BY MR. WILLIAMS:
3      Q.  Well, say, for instance, we define
4  "significant" as the following:  An important day
5  because we are launching a new product that is a
6  part of our revenue forecast for the next quarter.
7      A.  I guess the way I would characterize that
8  is, one, is, yes, we're excited the product is now
9  available for customers.
10        And we had already had a projection of how
11  we thought that product was going to do within a
12  range.  And this is a time now that we can start to
13  see what real consumer demand looks like.
14     Q.  And that would be important, right?
15     A.  It's important, but it's also early in the
16  launch cycle.
17        MR. WILLIAMS:  Lorenzo, can you give me
18  what is my 17 and mark it as Parekh 23.
19        (Whereupon, Exhibit 23 was marked for
20        identification)
21        THE WITNESS:  Okay.  I think I got it.  Let
22  me just line up the page numbers with you guys so
23  make sure.
24  BY MR. WILLIAMS:
25     Q.  Parekh 23 is Bates 00631297 --

Page 162

1      A.  Okay.
2      Q.  -- through 1301.
3      A.  Okay.  I have those pages open.
4      Q.  Why don't you take a look at the document
5  and let me know when you've had a chance to do so.
6      A.  Okay.  Okay.  I've had a chance to read
7  through it.
8      Q.  Okay.  And do you recognize the document?
9      A.  I do recognize the document.
10     Q.  Is it one of the documents you reviewed in
11  your preparation?
12     A.  No.
13     Q.  And it's an e-mail from Donal Conroy to Tim
14  Cook, Jeff Williams, you, Sabih Khan, Anish Patel,
15  Greg Joswiak, Kaiann Drance, Phil Schiller, Doug
16  Beck and Mike Fenger, correct?
17     A.  Yes.
18     Q.  It looks like it's a forward, correct?
19     A.  That's what the subject says, but yes.
20  There's an e-mail that's forwarded.
21     Q.  Yeah.  And the subject line is "iPhone XR
22  Pacific Day One Executive Summary (as of 5:00 p.m.
23  SGT)"?
24     A.  Yes.
25     Q.  And it's Friday, October 26th, 2018, the

Page 163

1  launch day for the XR, right?
2      A.  Yes.
3      Q.  What does "Pacific Day One" refer to?
4      A.  This is from the Asia Pacific region, is
5  what this summary is from.  The launch day in Asia
6  Pacific because they are obviously ahead time zone
7  wise.  They would be the first region to -- from a
8  US time zone standpoint to kind of have the launch
9  start.
10     Q.  Got it.  And down where it refers to
11  reseller at about half of the way down, do you see
12  that?
13     A.  I see that, yes.
14     Q.  So is it your understanding that each of
15  these bullet points refers to resellers all the way
16  over to the next page?
17     A.  Within the "Reseller" section, yes.  This
18  would be partner reseller, reseller feedback, what's
19  happening in the reseller channel.
20     Q.  And in that first bullet point when it
21  relates to or refers to XR, it indicates that XR is
22  negative 30 percent launch over launch versus X and
23  the 8 and 8+, right?
24     A.  Sorry.  You're in the first bullet?
25     Q.  Yeah.

Page 164

1      A.  And can you repeat what you just said?
2      Q.  Where it says, "Total XS/XS Max/XR is
3  36 percent launch -- negative 36 percent launch over
4  launch versus the X/8 and 8+."
5      A.  Yes, that's what that sentence says.
6      Q.  Right.  And is that -- is that 36 percent,
7  negative 36 percent only relating to XR or is it all
8  of -- all XS, XS Max and XR?
9      A.  It's the comparison of the three products,
10  the XS, XS Max, the XR versus the X, 8 and 8+
11  together if you adjust the launch timing.
12     Q.  Got it.  Got it.  And the next sentence
13  says, "Across the region, demand came in lower
14  compared to the XS and XS Max," right?
15     A.  Yes, that's what the sentence says.
16     Q.  Do you think that this was significant
17  information about demand in Asia Pacific?
18        MR. KRAMER:  Objection to form.
19        THE WITNESS:  It's the first day of launch
20  of a product that we felt that, again, people needed
21  to see.  It wasn't one people were going to rush out
22  and go and get like the XS, XS Max would have been.
23        So again, I think we always like to get
24  color on what's happening, but it's very early in
25  the launch, and lots of things can play out over

Kevan Parekh                                              In re Apple Inc. Securities Litigation

Page 165

1 several weeks.
2        And so, we don't typically overreact to
3 just, you know, one data point on the first day of
4 launch.  Needless to say that the overall -- we
5 wouldn't be able to get an overall projection for
6 the quarter.
7 BY MR. WILLIAMS:
8    Q.  What was the last thing you said?  It
9 wouldn't do what to the overall projection?  I
10 didn't hear you.
11    A.  Oh.  Well, I was saying the first day's
12 stats don't necessarily always predict how the
13 overall product will do for the quarter.
14    Q.  It might affect the way you think a product
15 is going to do for the overall quarter, though,
16 right?
17        MR. KRAMER:  Objection to form.
18        THE WITNESS:  I think there's several
19 things to take into consideration.  It could, but
20 there are also a lot of factors that suggest we need
21 to wait and see how people reacted.
22        I think there were some references that
23 customers were waiting to see how other launches
24 did.  There were some references to people wanting
25 to come in and see the colors, see the product

Page 166

1 physically.
2        And so I think with this product,
3 particularly, again, because we had made so many
4 changes with the product versus the predecessor
5 product, the 8 and 8+, the size, the pricing, the
6 features.
7        So I think people really needed to go and
8 see it and view the comparison.
9 BY MR. WILLIAMS:
10    Q.  I'll ask you to turn to the next page,
11 Bates ending 1298.
12    A.  1298, okay.  Yeah.
13    Q.  Go down to the fourth bullet point there.
14    A.  The one that starts with "Feedback..."
15    Q.  Yeah.  Can you read that for me?
16    A.  "Feedback from partners in China and
17 Malaysia is that consumers are waiting on competitor
18 flagship launches from Huawei and Xiaomi to make
19 final purchase decision.  Both products are at lower
20 price points and are launching this week."
21    Q.  Would you consider -- withdrawn.
22        Did Apple consider Huawei and Xiaomi
23 products that were launching that week to be
24 competitor products to the iPhone XR?
25    A.  We were aware that Huawei and Xiaomi were

Page 167

1 launching products, and some of those products
2 compete with XR.  Some of those products, they had
3 to compete with other parts of the product lineup
4 that we have as well.
5    Q.  Just going to the -- you see where it
6 references Greater China?
7    A.  The heading you mean?
8    Q.  Yes.
9    A.  The same page?
10    Q.  Yeah.
11    A.  Okay.  Yeah, I see it.
12    Q.  See it says, "7 percent velocity, 34,000
13 unbricking versus 462,000 landed at launch supply."
14        Do you see that?
15    A.  I do.
16    Q.  And what does "velocity" refer to?
17    A.  Velocity here is calculated by -- it's kind
18 of how the unbrickings from the landed supply --
19 it's the relation between the unbrickings and landed
20 supply.
21    Q.  And so this was 73 -- negative 73 percent
22 unbrickings launch over launch versus the X and
23 negative 71 percent versus the 8 and 8+, right?
24    A.  Yeah, that's what it says here.
25    Q.  And the comparison to the X and 8 and 8+ is

Page 168

1 similar to the comparison that Tim Cook asked you
2 and Mr. Conroy to supply for him just a few days
3 earlier, right?
4        MR. KRAMER:  Objection to form.
5        THE WITNESS:  What he asked for, in
6 general, understanding our forecast assumptions by
7 product.  So it wasn't exactly the same as what
8 you're referencing here.
9 BY MR. WILLIAMS:
10    Q.  Do you see where it, just under that
11 section, it says, "Pre-Orders: JD pre-order volume
12 for XR was 17,000 over seven days.  XS and XS Max
13 was 45,000 over the same period."
14        Do you see that?
15    A.  Yes.
16    Q.  Would you consider that a demand signal?
17        MR. KRAMER:  Objection to form.
18        THE WITNESS:  I consider it a data point of
19 pre-orders.  You know, at that time JD only sold a
20 certain number of phones.  So it's one data point.
21 BY MR. WILLIAMS:
22    Q.  Was -- you know, whether or not it's a data
23 point, would you consider it to be a demand signal
24 from a reseller?
25    A.  It is a data point on how the pre-order

Page 169

1 volume did, because in China we don't necessarily
2 focus on just one partner only.  We look at all the
3 different partners.  And we do see people shifting
4 between online, resellers and other resellers.
5       And so, yes, it's one data point that we
6 look at.  But we're to take that into consideration
7 with how people's shopping habits and behavior has
8 evolved in China.
9       Q.  I'm asking you very specifically whether
10 you would consider it a demand signal?
11      A.  It's a demand signal for JD, not
12 necessarily a demand signal for the overall country.
13      Q.  Okay.  So looking at the next section, see
14 where it says, "China partners initial assessment is
15 that XR will be 30 percent to 50 percent of the Hero
16 mix.  Hong Kong partners are projecting XR at
17 30 percent while Taiwan partners are higher at
18 60 percent to 75 percent although the unbricking is
19 negative 73 percent compared to the 8 and 8+."
20      Do you see that?
21      A.  I do see that.
22      Q.  And does that suggest that the unbricking
23 is inconsistent with the China partners' initial
24 assessments?
25      MR. KRAMER:  Objection to form.

Page 170

1       THE WITNESS:  No.  No.  I think that
2 there's two different concepts being discussed here.
3 One is where the mix of XR will be and how it
4 relates to the mix -- the demand for XS, XS Max.
5       And when it says here, "Although unbrick is
6 minus 73 percent compared to 8/8+," that's inferring
7 the mix could be different than what the unbricks
8 suggest over time.
9 BY MR. WILLIAMS:
10      Q.  You see where it goes further, "CM," that's
11 China Mobile, right?
12      A.  That's China Mobile, yes.
13      Q.  "...and CU," which one is that one?
14      A.  China Unicom.
15      Q.  "...have asked us to reduce mBS and cap
16 supply to no higher than current shipment plan."
17      Do you see that?
18      A.  I see that.
19      Q.  Was that a demand signal from China?
20      A.  That sounded like partners managing the
21 amount of inventory they wanted to take.
22      Q.  So you're saying that it was not a demand
23 signal?
24      A.  There's different reasons why they could
25 adjust their min BOB SIF forecast.  Part of that is

Page 171

1 how much inventory they want to hold.
2       Sometimes partners may want to hold more
3 inventory or less inventory while they see what the
4 demand ends up being over time.  So that's how I
5 interpret that sentence.
6       Q.  So do you view this as a demand signal or
7 not?
8       A.  So when you say "demand signal," it's
9 hard -- I'm trying to understand what you're getting
10 at.
11      Demand signal means, is it a demand signal
12 for the overall quarter's performance?  Or demand
13 signal on one day?  This is -- these are one day's
14 worth of data.
15      Q.  Are you saying that one day's worth of data
16 does not inform any part of the future?
17      MR. KRAMER:  Objection to form.
18      THE WITNESS:  We wouldn't overreact to one
19 day of data to say the whole quarter or number could
20 look different.  It's one data point.  And we're
21 looking at data points like this every day.
22 BY MR. WILLIAMS:
23      Q.  And that's fine.  Maybe you're interpreting
24 my question more broadly than I'm asking.
25      I'm just asking you if this is a demand

Page 172

1 signal at all.  And if it's not, it's not.  If it
2 is, it is.
3       A.  Yeah, I guess that's where I -- I'm
4 specific of how I think about demand.  I think about
5 demand for the overall quarter, is how we think
6 about our demand forecast.
7       This is the performance of that product on
8 one day of availability.  It doesn't necessarily
9 mean the demand will or won't be what it's going to
10 be for the full quarter based on our projection
11 range.
12      Q.  Okay.  So --
13      A.  I'm just trying to make that distinction.
14      Q.  That's okay.
15      So as you sit here today, you cannot say
16 that this data from China Mobile and China Unicom is
17 a demand signal in the way you think about demand?
18      MR. KRAMER:  Objection to form.
19      THE WITNESS:  It's a performance of how
20 customers reacted on the first day of availability.
21 And I don't know that I would interpret this to be
22 how all customers in China are going to react for
23 the balance of the quarter.
24 BY MR. WILLIAMS:
25      Q.  Okay.  So I'll ask you again.

Kevan Parekh                                          In re Apple Inc. Securities Litigation

Page 173

1    So you're saying that you do not view this
2 information from China Mobile or China Unicom as a
3 demand signal in the way that you look at demand?
4    MR. KRAMER:  Objection to form.
5    THE WITNESS:  So I was trying to be -- I
6 was trying to help explain -- we care about the
7 demand for the entire quarter.
8    This is one signal from one day's
9 performance and the first day of launch of a product
10 that we said was, one, people needed to go see, and
11 some cases referenced in the note that you actually
12 had me read, that some people were waiting to see
13 what happened with our launches before they made a
14 decision on this product.
15    And so we don't -- we wouldn't have taken
16 the one day of data and necessarily completely
17 change all of our demand forecasts for the full
18 quarter.
19 BY MR. WILLIAMS:
20    Q.  Was it irrelevant?
21    A.  It's one data point that we would, you
22 know, continue to monitor.
23    Q.  Was it irrelevant or relevant?  Can you
24 choose between those two words or is that not
25 possible?

Page 174

1    A.  Well, it depends on relevant to your
2 relevant to what?  Relevant to an entire quarter's
3 forecast, one day, for --
4    Q.  No.  Relevant to you at the time, period.
5    MR. KRAMER:  Objection to form.
6    THE WITNESS:  It was an interesting data
7 point that we took into consideration.  Again, we
8 don't look at one day of performance as indicative
9 of what's going to happen for an entire quarter or
10 several weeks.
11 BY MR. WILLIAMS:
12    Q.  Did you think your colleagues viewed it the
13 same way that you do?
14    MR. KRAMER:  Objection to form.
15    THE WITNESS:  I can't be -- I can't tell
16 you exactly what they were thinking, but we had
17 discussions around looking at data points, you know,
18 on a regular basis.  And this was very early in the
19 launch.
20    And there were a lot of factors that were
21 going to play out over the course of the weeks, the
22 coming weeks.
23    MR. WILLIAMS:  So just going to --
24 withdrawn.
25    This might be a good time for a break.

Page 175

1    MR. KRAMER:  Yeah, let's do that.
2    MR. WILLIAMS:  Take ten.
3    MR. KRAMER:  Off the record.
4    APTUS VIDEO TECHNICIAN:  All right.  The
5 time is 2:19.  We're going off the record.
6    (Recess taken)
7    APTUS VIDEO TECHNICIAN:  The time is 2:33.
8 We're back on the record.
9    MR. WILLIAMS:  Lorenzo, can you give my
10 18.5 and mark that as Parekh 24.
11    (Whereupon, Exhibit 24 was marked for
12    identification)
13    THE WITNESS:  Let me shut my door again,
14 sorry.  Okay.  Sorry for that.
15 BY MR. WILLIAMS:
16    Q.  And Parekh 24 is Bates numbered 00099.
17    A.  Yeah.  Hey, Lorenzo, for that, the blue
18 link that I click on wasn't coming through.
19    Oh, here it is.  I do see it.
20    Q.  223 through 225.
21    A.  223.  Okay.  Yeah, I have it.
22    Q.  Take a look at the document and let me know
23 when you've had a chance to do so.
24    A.  Okay.  I think I've -- yeah.  I think I've
25 reviewed the document, at least the script of the --

Page 176

1    Q.  Okay.  Do you recognize this document?
2    A.  I do.
3    Q.  And is it one of the documents you reviewed
4 in preparation for your deposition yesterday?
5    A.  No.
6    Q.  And is it fair to say that it is an
7 October 26 through 27, 2018 e-mail exchange between
8 and among you, Tim Cook, Donal Conroy and Saori
9 Casey?
10    A.  Yeah.  And Luca Maestri is on it as well.
11    Q.  And Luca Maestri, yes.
12    And is it fair to say the first e-mail is
13 from you dated October 27th at 6:09 a.m. to Tim
14 Cook?
15    A.  Yeah, I believe the reason why it says
16 October 27th, he was in Europe at the time.  So he
17 was ahead time zone-wise.
18    Q.  Right.  So it was really -- for you in
19 California, it was October 26th?
20    A.  That's right.
21    Q.  And you write, "Hi, Tim.  I hope you had a
22 great trip to Europe we're working on the latest
23 likely and low ranges (for all lines of business)
24 taking into consideration what we've seen today in
25 addition to 1) more geo detail (with some of our key

Kevan Parekh                                    In re Apple Inc. Securities Litigation

Page 177

1 assumptions outlined) and 2) our view of any
2 installed base insights that might be helpful in
3 judging risks and opportunities.  Saori has also
4 helped us run some P&L scenarios around this."
5        Do you see that?
6     A.  I see that, yes.
7     Q.  And when you referred to the latest likely
8 and low ranges, you're talking about the Q1, fiscal
9 Q1 '19 forecast and guidance?
10       MR. KRAMER:  Objection to form.
11       THE WITNESS:  Yeah.  What's referred to
12 here as the likely and low unit ranges by products
13 that are part of what Saori dollarizes for our
14 guidance revenue range, that's right.
15 BY MR. WILLIAMS:
16    Q.  Okay.  Okay.  And when you write that
17 you're "taking into consideration what we've seen
18 today," you're referring to what you had seen with
19 the launch of the XR, right?
20    A.  This is the 26th, yeah.  I think we wanted
21 to tell him that we factored in whatever we saw
22 today in addition to, as I mention here in the note,
23 other things we've gotten from our, you know, from
24 our geo teams and installed base insights as well.
25    Q.  When you say "what we've seen today,"

Page 178

1 though, you're specifically referring to what you've
2 seen from the launch of the XR, right?
3     A.  Well, I think we're looking at everything
4 we've seen because the launch of the XR is one data
5 point.  There are other things, other products,
6 right, that we were selling as well.  So we try to
7 take in all of that.
8     Q.  Well, what else did you see on
9 October 26th?
10    A.  Well, we see daily sales of all of our
11 products.  So for phones, specifically, but we
12 looked at -- so it says here that we are working in
13 the latest and likely ranges for all LOBs, taking
14 into consideration what we have seen today.  In
15 addition to details from geo teams, as well as
16 other key assumptions we've outlined.  So those are
17 a few things we've taken into consideration of what
18 we've seen today, not just only -- I don't believe
19 it's just only the XR pre-orders.  Yes, that was one
20 thing we saw that day for sure.
21    Q.  Well --
22    A.  All the sales of other products as well.
23    Q.  Well, it wasn't XR pre-orders that day,
24 though, was it?
25    A.  No.  That was the availability day.

Page 179

1     Q.  Right.  So do you think that when Tim Cook
2 read this e-mail and read that you were taking into
3 consideration "what we have seen today," that you
4 were referring to something other than the launch
5 event of the XR and sales associated with it?
6       MR. KRAMER:  Objection to form.
7       THE WITNESS:  I can't speculate on how Tim
8 interpreted our note to him.  But why I think it's
9 important, that it's not isolated just to XR, is
10 because other product sales could have been affected
11 by XR's availability.
12       And so we take all of that into
13 consideration around mix, sales performance of other
14 products.  And so that's the way I had written it.
15 I can't speculate on how Tim would have interpreted
16 that.
17 BY MR. WILLIAMS:
18    Q.  Right.  So the what you've seen today or
19 when you wrote "what we've seen today," was related
20 to the launch of the XR and how that may have
21 affected the overall mix of iPhone sales?
22    A.  Well, the way I would characterize what I
23 wrote here is, whenever we send an update to Tim or
24 Luca, we always want to take into consideration and
25 relay this information we have at the time.  And

Page 180

1 we're always, as I mentioned, updating our forecasts
2 for things that we're seeing playing out.
3       And it doesn't specifically mean only the
4 XR.  Again, the XR's launch could have impacted the
5 other products' demand in our lineup.  And so this
6 was really just trying to tell him, look, we're
7 trying to take everything into consideration as of
8 today in our ranges that we've -- that we're
9 updating.
10    Q.  And you updated the ranges in a material
11 way, correct?
12       MR. KRAMER:  Objection to form.
13       THE WITNESS:  Well, it doesn't say that
14 here.  This is saying we're going to send him an
15 update tomorrow.
16 BY MR. WILLIAMS:
17    Q.  I'm asking you.  I know it doesn't say that
18 there, but is it fair to say that you updated the
19 ranges in a material way?
20       MR. KRAMER:  Objection to form.
21       THE WITNESS:  Well, as I mentioned, we
22 constantly make adjustments.  I can't recall that
23 day we made -- I know we made one more big revision
24 to our forecast ranges and the range size ahead of
25 the guidance announcement.  I don't know remember

**Kevan Parekh**                                    **In re Apple Inc. Securities Litigation**

Page 181

1 exactly which day we made the next set of
2 adjustments.
3 BY MR. WILLIAMS:
4    **Q. And those adjustments were due in part to**
5 **sort of the poor performance of the initial sales of**
6 **the iPhone XR, right?**
7    MR. KRAMER: Objection to form.
8    THE WITNESS: I guess that's your words how
9 to describe it. I don't think I've read "poor
10 performance" in the updates that we've sent.
11    But we, again, took into consideration the
12 data points that we had very early in the launch
13 cycle knowing that the XR was a product people would
14 have to go see.
15    And we had lots of selling weeks left in
16 addition to some pretty meaningful holidays, you
17 know, 11/11, Singles' Day in China, Black Friday in
18 the US, Christmas holiday seasonality.
19    So again, I would say we had stats on early
20 start, and it had maybe come out as an early start
21 that was slower. I believe, that was referenced in
22 some documents. But it didn't mean that we couldn't
23 hit our forecasts.
24    We were optimistic that we could take
25 action and actually, as the customers saw the

Page 182

1 product, given the reviews that the product could do
2 a lot better over time.
3 BY MR. WILLIAMS:
4    **Q. Did you know that Donal Conroy described**
5 **the October 26th event as the wheels coming off?**
6    MR. KRAMER: Objection to form.
7    THE WITNESS: I don't recall that, but that
8 may be his characterization of it.
9 BY MR. WILLIAMS:
10    **Q. Hm-hmm. Do you think that you and Donal**
11 **Conroy generally have very different views of how**
12 **the business is going?**
13    MR. KRAMER: Objection to form.
14    THE WITNESS: We have debates all the time.
15 BY MR. WILLIAMS:
16    **Q. I didn't ask you that. I asked if you**
17 **believe that you and Donal Conroy often have very**
18 **different views about how the business is going?**
19    A. It depends on the circumstances.
20    **Q. How about on October 26th?**
21    A. Well, I don't recall if I had a different
22 view on October 26th than him specifically. But
23 again, we tend to look at things from different
24 lenses, given the roles we're in. So we take
25 different things into consideration.

Page 183

1    Donal's team takes different things in
2 consideration. That's part of the -- why we have a
3 cross-functional team that debates the assumptions.
4    **Q. You take supply into consideration, right?**
5    A. Yep. We take supply, we take product
6 features, product strength. There's a number of
7 factors.
8    **Q. Well, I just asked about supply. You take**
9 **supply into consideration, correct? I think you**
10 **said --**
11    A. Yes. Supply, but in what way? I mean, you
12 know, the amount of supply?
13    **Q. In any way. You take supply into**
14 **consideration, right?**
15    MR. KRAMER: Hold on. Hold on. Let's do
16 the Q&A. Because I think -- I can see Angela, her
17 head is blowing up there.
18 BY MR. WILLIAMS:
19    **Q. You take supply into consideration, I think**
20 **you've already responded to that, unless you want to**
21 **change your answer?**
22    MR. KRAMER: Wait. Objection to form.
23    THE WITNESS: Yeah. We said we take supply
24 into consideration. I just want to be very specific
25 because, again, I think sometimes you're using

Page 184

1 general terms and there's specific ways how we take
2 supply into consideration.
3    You used the word "demand." I want to be
4 very specific in how we think like demand, demand
5 for the whole quarter. So I'm just trying to be
6 clear when I'm answering your question of how we
7 look at it.
8 BY MR. WILLIAMS:
9    **Q. I appreciate that. And, you know, that's**
10 **fine. And you take demand into consideration,**
11 **right?**
12    A. Yes. I think, again, when you say demand,
13 there's different ways to try to measure demand and
14 that changes over time.
15    **Q. Of course.**
16    A. But, yes.
17    **Q. Can you take a look at the Bates ending**
18 **225, please. It's in the same document. It's**
19 **Parekh 24.**
20    A. Sorry. On the same page, 24?
21    **Q. I'm sorry. It's Parekh 24. But I think**
22 **it's the last page of Parekh 24.**
23    A. Oh, this is the table.
24    **Q. Yeah. And before we get there, I have one**
25 **more question.**

**Kevan Parekh**                                    **In re Apple Inc. Securities Litigation**

Page 185

1          On page 1, you write at the end, "We plan
2  to send to you tomorrow morning (this would also
3  replace our sales forecast update this week).
4  Additionally, we are working with Mike and Doug on
5  further actions/contingency plans in the event we
6  may need them."
7          Do you see that?
8      A.  I do see that.
9      Q.  So do you agree, then, that whatever events
10  you saw on the day of the 26th triggered a change in
11  the sales forecast, right?
12      A.  Well, I would say that I don't recall
13  exactly how our forecast on the -- you know, that we
14  were sending the next day changed from the prior
15  version we sent.
16          But yes, we took everything into
17  consideration up until that day as we modified the
18  next round of our forecast.
19      Q.  Including what you saw today, October 26th?
20          MR. KRAMER:  Objection to form.
21          THE WITNESS:  Yes.  It says "taking into
22  consideration what we saw today."
23  BY MR. WILLIAMS:
24      Q.  Okay.  And so going to Bates ending 225.
25      A.  Okay.

Page 186

1      Q.  Did you review this document as part of
2  your preparation for the deposition?
3      A.  No, I did not.
4      Q.  When was the last time you've seen this
5  document?
6      A.  Probably 10/26/2018.
7      Q.  Okay.  And if you look at columns, I guess,
8  I and J.
9      A.  I and J, okay.
10      Q.  In row one, that's iPhone units, correct?
11  It refers to iPhone units, right?
12      A.  Yes.
13      Q.  And the e-mail message was about the iPhone
14  unit ranges, correct?
15      A.  Well, the e-mail was about all of the lines
16  of business, unit ranges.
17      Q.  Right.  And it appears that the iPhone unit
18  ranges, your forecast on 10/23 as compared to 10/26,
19  changed by almost three and a half billion units,
20  right -- three and a half million units, sorry?
21      A.  Three and a half million units.  Yeah,
22  that's accurate.  From 76.5 million to 73.1 or
23  73.2 million.
24      Q.  What changed between October 23rd and
25  October 26th?

Page 187

1      A.  Well, there were several changes that were
2  made, if you look beyond this iPhone.  But we are
3  taking then, I think, the latest trends and run
4  rates that we saw across all of our lines of
5  business up until that day.
6          And then I think we made some further
7  adjustments to protect us from, you know, kind of
8  different scenarios that could trigger a lower case
9  forecast.
10      Q.  What occurred as it relates to demand for
11  iPhones between October 23rd and October 26th?
12          MR. KRAMER:  Objection to form.
13          THE WITNESS:  If you're asking if there's
14  one event that occurred, there was not one event.
15          Again, we take into consideration trends
16  and run rates and lots of different factors, and we
17  make adjustments.  And we're constantly adjusting
18  our forecasts leading up to the earnings
19  announcements, not just this quarter, but every
20  quarter.
21  BY MR. WILLIAMS:
22      Q.  Hm-hmm.  Is one of those events the launch
23  of the iPhone XR?
24          MR. KRAMER:  Objection to form.
25          THE WITNESS:  I believe I mentioned

Page 188

1  earlier, it was one day of data.  So we might have
2  come up with some adjustments for that, but other
3  factors.  You know, the one thing I would point out
4  is, the revenue changed by a lesser amount than the
5  units, which means we changed mix assumptions as
6  well.
7          So there's a lot of dynamics that are
8  happening in the iPhone line that probably went into
9  our forecast change.
10          MR. WILLIAMS:  Lorenzo, can you hand me or
11  can you bring up what I have as 20, please.  And
12  mark it as Parekh 25.
13          (Whereupon, Exhibit 25 was marked for
14          identification)
15          THE WITNESS:  Is this a file that says "GC
16  iPhone XR Launch Day Report October 26"?
17  BY MR. WILLIAMS:
18      Q.  Right.  Parekh 25 is Bates numbered
19  00098612 through 638.
20      A.  Okay.  I have the file up.
21      Q.  Take a look at it and let me know when
22  you've had a chance to do so, please.
23      A.  Okay.  I've had a chance to go through the
24  document.
25      Q.  Okay.  It's titled the "Greater China

**Page 185..188**

**Kevan Parekh**                                                    **In re Apple Inc. Securities Litigation**

Page 189

1 iPhone XR Launch Day Report," right?
2    A. Yes.
3    Q. And this was prepared on or around the 26th
4 of October 2018?
5    A. Yeah, looks like it's the first day launch
6 day, kind of report, was the 26th of October in GC.
7    Q. Right. And it's prepared in order to help
8 people envision how the launch is going or was
9 going?
10       MR. KRAMER: Objection to form.
11       THE WITNESS: Well, the main purpose of the
12 report is to show that we actually did a really good
13 job, the sales team did a really good job getting
14 the points of sale ready. We had all the
15 merchandising done correctly. All the training was
16 in place. The look and feel of the launch was how
17 we expected it to be.
18       And yes, there were some initial stats and
19 readouts of how that day went.
20 BY MR. WILLIAMS:
21    Q. Who prepared it?
22    A. The -- typically the sales team in Greater
23 China would prepare this document.
24    Q. Okay. Did you view these stats in
25 preparation of your adjustments to the sales

Page 190

1 forecast on or around the 26th and 27th of October?
2       MR. KRAMER: Objection to form.
3       THE WITNESS: Well, I guess it -- we would
4 have gotten a copy of the report, but this would
5 have been something we would have -- you know, I
6 can't recall if we got this before or after we sent
7 our updated forecast assumptions.
8 BY MR. WILLIAMS:
9    Q. If you got it before would you have
10 considered it as you prepared your updated
11 assumptions?
12       MR. KRAMER: Objection to form.
13       THE WITNESS: I would take into
14 consideration what we read. But again, it was one
15 day of stats and data, as we talked about before.
16 BY MR. WILLIAMS:
17    Q. Okay. Do you recall some of the
18 qualitative feedback that you received concerning
19 the XR launch?
20    A. Are you referring to what's in the report
21 or --
22    Q. No, generally. Not in the report.
23    A. I don't recall all of the conversations we
24 had, but I do recall some feedback.
25    Q. What do you recall?

Page 191

1    A. I recall that the feedback that people
2 definitely wanted to go see the product. I think we
3 talked about the fact, again, this was the first
4 time we had a full screen phone in the consumer part
5 of our new product lineup. And it was a new size, a
6 new price.
7       And so there's several things that were new
8 about the product. There were also colors that
9 people, we felt, wanted to go see. And so those are
10 kind of the main things around that we heard. It
11 was -- you know, it was definitely one that people
12 wanted to go see.
13    Q. Do you recall feedback that people wanted
14 to compare it to the newly released Huawei phones?
15    A. Yeah. I think we looked at that in one of
16 the other exhibits. That was one of the other
17 things that was referenced, is we felt some
18 consumers were waiting to see so they can compare
19 products.
20    Q. What was the feedback that you received
21 concerning traffic at point of sales or online?
22       MR. KRAMER: Objection to form.
23       THE WITNESS: I think some of the traffic
24 comparisons were to full launches in prior years.
25 It's hard to fully understand what that means

Page 192

1 because when in some cases traffic was reported to
2 be down, but it was versus prior launches. And in
3 some of those instances we had all the phones
4 launching at one time, which would have had, you
5 know, more customers coming in to see them, rather
6 than just one product.
7       And then we talked about the fact that
8 XS/XS Max would have driven more of the early
9 adopters who would have come in more quickly earlier
10 in the launch than maybe some people who would buy
11 the consumer, you know, newer product.
12       And so I think the traffic comparisons,
13 while in some cases is interesting, I'm not sure are
14 a hundred percent useful.
15 BY MR. WILLIAMS:
16    Q. One of the things you saw was traffic being
17 down, but you just explained some of the reasons why
18 they could have been down, right?
19    A. Yeah. Or why we didn't overly read into
20 that being a -- seeing it could be a factor in how
21 we thought about our overall demand.
22    Q. It was part of what you saw as part of the
23 mix of information, correct?
24    A. Yes. That was one other data point that we
25 took a look at.

Kevan Parekh                                                          In re Apple Inc. Securities Litigation

Page 193

1       MR. WILLIAMS:  Lorenzo, could you give me
2  21, please, mark it as Parekh 26.
3       (Whereupon, Exhibit 26 was marked for
4       identification)
5  BY MR. WILLIAMS:
6       Q.  Parekh 26 is Bates numbered 00199321
7  through 325.
8       A.  Okay.  So you said 99321?
9       Q.  Right.
10      A.  Through 99325; is that right?
11      Q.  Yeah.
12      A.  Okay.  I have the document up.
13      Q.  I don't have many questions on this, so you
14  can read the whole thing if you'd like or I can just
15  ask you, you know, the questions that I have about
16  it.  It's up to you.
17      A.  Okay.  Yeah, I'd prefer to read it so I
18  have the context of the note.
19      Q.  Okay.
20      A.  Okay.  I've had a chance to go through the
21  document.
22      Q.  Okay.  Do you recognize it?
23      A.  I do recognize it.
24      Q.  I'm sorry.  Did you say you do or you
25  don't?

Page 194

1       A.  I do recognize it.  It's not a document I'm
2  normally copied on.  But it was forwarded by Ed on
3  my team, so I do recognize it.
4       Q.  Right.  And it's an e-mail exchange on or
5  around October 26th, 2018, right?
6       A.  That's right.
7       Q.  And the subject matter is "PAC Launch Date
8  Qualitative Feedback - iPhone XR."
9       A.  Yes, as the subject line.
10      Q.  Yeah.  And you received this -- this
11  feedback, correct?
12      A.  Yes.  Ed forwarded it to me and it was
13  consistent with the feedback that Donal sent around
14  in the earlier exhibit that we looked at.
15      (Reporter clarification)
16      That was also from PAC day one that Donal
17  sent.
18      Q.  And one of the themes was "Overall feedback
19  on XR is of less excitement and awareness versus
20  previous launches," right?
21      A.  That's one of the things that was
22  referenced.  But there's also references to interest
23  expected to pick up over the weekend and many
24  customers wanting to see the product and waiting for
25  the product reviews and being able to see the

Page 195

1  product before making purchase.
2       Q.  Right.  And store traffic being similar to
3  8 and 8+ and lower than X, right?
4       A.  Depends on the country, but, yeah, that
5  generally seems to be the theme.
6       Q.  Well, that was China, right?
7       A.  Yeah.  It's hard to compare the XR to
8  iPhone X as the first time we launched that new form
9  factor.  So the iPhone 8 and 8+ is probably more
10  comparable in that regard.
11      Q.  Is form factor size?
12      A.  I actually use the word ID, the design of
13  it.  The X, the iPhone X was our first full screen
14  phone we launched, the first flagship full screen
15  phone we launched.
16      So it had a lot of excitement when it
17  launched.  It was the first time we had done that.
18  And so comparing the XR to that is a bit tricky.
19      I mean, we were trying to do -- the reason
20  the launch over launch comparisons are here is to
21  try to figure out what kind of curve we might see
22  from a demand linearity standpoint.
23      Q.  And you wrote in response to Ed Tharp,
24  "Thanks, I assume this also includes color from our
25  sales teams.  Do they agree with the comments in the

Page 196

1  below or is it just an Ops view?"
2       Do you see that?
3       A.  I do see that.
4       Q.  Okay.  Did you get a response to that?
5       A.  I can't recall if Ed provided a response
6  back or not.
7       Q.  Did you get the sense that the sales team
8  was worried about the significance of the
9  competition with the new Huawei Mate?
10      MR. KRAMER:  Objection to form.
11      THE WITNESS:  I guess when you say sales
12  team, which sales team are you referring to?  The
13  Huawei Mate wasn't launched in every market.
14  BY MR. WILLIAMS:
15      Q.  The people in China.  The sales team in
16  China.
17      A.  The sales team in China.  Are you asking
18  that based on the way I phrased the question to Ed
19  or are you just asking that generally?
20      Q.  Generally.  I mean, based on your position
21  at the time.
22      A.  Yeah.  I mean, I guess the way I'd
23  characterize that is we tried to get feedback from
24  multiple places.  The sales team is one group.
25  That's why I asked the question I did in the note

Page 197

1  here.
2       The operations team is another who are
3  taking orders from partners and, you know, sometimes
4  we get feedback from end consumers.
5       We do our research later as well in the
6  launch cycle and get feedback from customers
7  directly.
8       **Q. That's why I was asking. Were you getting**
9  **feedback from people in China that they were worried**
10 **about how the XR could compete with the Huawei, I**
11 **guess with the Mate?**
12      A. Yeah. I think when you showed this in the
13 prior GC launch update, I think it was referenced
14 that it -- some customers were waiting to see how
15 those launches -- you know, what those launches were
16 about so they can kind of do a comparison.
17      As far as concerns, it depends -- I mean,
18 I'm not sure I'd characterize it that way. I think
19 people were trying to understand would those
20 launches have an impact to the XR performance or is
21 that one of the reasons why people were waiting.
22      **Q. If they were concerned would that have**
23 **impacted your consideration of what the initial**
24 **demand from the launch date meant for the quarter?**
25      MR. KRAMER: Objection to form.

Page 198

1       THE WITNESS: It depends on what they were
2  concerned about. If it was that we needed to figure
3  out how to, like, help customers see the products,
4  they can make a more informed decision to understand
5  the features better. It depends on what they were
6  concerned about.
7       Did we not do enough awareness building.
8  Do customers not understand the features or the
9  customers were waiting to see the new products, you
10 know, and do a comparison. How much is the pricing
11 differential. So it depends on what they were
12 concerned about.
13 BY MR. WILLIAMS:
14      **Q. Okay. Well, which one of those concerns**
15 **would you have merited more than others?**
16      A. Well, I think those concerns would have
17 manifested themselves on actions we could try to
18 take. And again, this is early in the launch. And
19 so what we typically do is get feedback and adjust
20 some of our actions.
21      If there's not enough awareness of the
22 product features, we work with the marketing team to
23 try to make sure we raise awareness of the product
24 features.
25      In this case, there were some examples of

Page 199

1  there wasn't enough colors in the demo units. They
2  were only black and white. And the customers wanted
3  to see other colors and what they look like.
4       So how do we get them, you know, new demo
5  units at the point of sale in the different colors.
6       So the feedback really in my mind drives a
7  lot of the actions we need to take. And again, day
8  one results are one data point and doesn't
9  necessarily inform how the whole quarter will go.
10      We were pretty optimistic on how the
11 product was going to perform at the time. We knew
12 that it was going to take some time for customers
13 to, you know, make a determination and have to see
14 it.
15      And you see that pretty consistently in
16 this PAC report as well based on the traffic for the
17 weekend, to references to customers wanting to see
18 the product.
19      And so, again, I think a lot of the sales
20 feedback and early feedback was really trying to
21 inform, I think, if we needed to adjust any actions
22 we would take.
23      **Q. Is one of the actions that you could take**
24 **or consider cutting the price or offering maybe Buy**
25 **One Get One Free promotions?**

Page 200

1       A. Well, we typically -- partners offer those.
2  They had been offering those and we can't
3  necessarily control how they price products or
4  provide offers.
5       But I think, you know, partners have
6  promotional pricing and pricing in offers all the
7  time.
8       MR. WILLIAMS: Okay.
9       Lorenzo, can you get me 26, please, and
10 mark it as Parekh 27. Is that where we are?
11      (Whereupon, Exhibit 27 was marked for
12      identification.)
13 BY MR. WILLIAMS:
14      **Q. Parekh 27 is Bates numbered 00163618**
15 **through 619.**
16      A. Okay. So you went from 63618 to 63619?
17      **Q. Hm-hmm.**
18      A. Okay. I have the document in front of me.
19      **Q. Take a look at it and let me know when**
20 **you've had a chance to review it.**
21      A. Okay. I've read the document.
22      **Q. And is it -- do you recognize the document?**
23      A. I do recognize the document.
24      **Q. Did you see it in preparation for your**
25 **testimony?**

Kevan Parekh                                                        In re Apple Inc. Securities Litigation

Page 201

1    A. This one I believe, yes.
2    Q. And it's an e-mail exchange between you and
3 Kaiann Drance, Alex Roman, Amar -- I don't know how
4 to pronounce that.
5    A. Srinivasan, Mark Tian and Nergis Zaim.
6    Q. Right.  On or around the 27th of
7 October 2018, right?
8    A. That's right.
9    Q. And the subject line is "Huawei launches
10 Mate 20 and Mate 20 Pro in China with a twist -
11 GSMArena.com news."
12    Do you see that that?
13    A. I do see that, yes.
14    Q. And you forwarded a note concerning this to
15 the people you just described, right?
16    A. I did, yes.
17    Q. And you wrote, "The China team is a little
18 concerned about the Huawei Mate launch - it looks
19 like they priced aggressively in China.  Alex/Amar,
20 can you please quickly confirm the pricing and lay
21 out our pricing side by side?  See (sic) attached a
22 link below."
23    Do you see that?
24    A. Yes, I see that.
25    Q. So it's fair to say that the China team,

Page 202

1 whoever you were referring to, had communicated to
2 you that they were, in fact, concerned about the
3 Huawei Mate launch, right?
4    A. Yeah.  My interpretation of this, because I
5 recall this specific, you know, kind of analysis we
6 did, was that they had priced more aggressively in
7 China than other markets.
8    And so we were trying to understand, number
9 one, how much more aggressive do they price in China
10 versus other markets, like Europe.  And then we were
11 trying to understand the level of that kind of
12 leaning on pricing.
13    Q. Right.  My question was that someone on the
14 China team communicated to you that they were a
15 little concerned about the Huawei launch, correct?
16    A. You have to look at the context and why
17 they were concerned is because if they priced much
18 more aggressively in China, the differential in
19 pricing between their products and our products in
20 China was greater than in other markets.
21    Q. I was only asking if someone on that team
22 communicated this concern.
23    A. Yeah.  I was just trying to explain what --
24    MR. KRAMER:  Objection to form.
25 ///

Page 203

1 BY MR. WILLIAMS:
2    Q. Who was it?  Who was it that communicated
3 this concern to you?
4    MR. KRAMER:  Objection to form.
5    THE WITNESS:  This was, again, since I
6 probably would have heard from my controller Edwin
7 Tan and his team.
8 BY MR. WILLIAMS:
9    Q. Did they send it to you in an e-mail?
10    A. I can't recall exactly how we got the
11 feedback.
12    Q. So in addition to that, you wrote,
13 "Separately they have also started aggressively
14 advertising and also in Europe.  Kaiann, we really
15 need to ramp up marketing activities for XR,
16 especially in places like Europe and China."
17    Do you see that?
18    A. Yes, I see that.
19    Q. And what was the reason for accelerating
20 marketing in Europe and China?
21    A. Well, as I wrote down here, they are
22 advertising aggressively.  And we wanted to make
23 sure we were out marketing the XR features so people
24 wouldn't just focus on price.  So we in general
25 wanted to build awareness because we knew that was

Page 204

1 important.
2    Q. Particularly -- sorry.  I didn't mean to
3 cut you off.  Go ahead.
4    A. I'm saying that, yes, you know, they were
5 marketing aggressively.  We're -- you know, we're
6 competitors, and so we'd want to respond by also
7 marketing, ramping up our activities.  We thought it
8 was important for people to understand the features
9 and the merits for the XR beyond just price.
10    Q. Particularly in those regions?
11    A. Yes.  Because, as I referenced in the note
12 here, they were advertising more aggressively in
13 those regions, so we felt it was important for us to
14 respond.
15    Q. So it's fair to say that on October 27th --
16 withdrawn.
17    It's fair to say that between October 26th
18 and 27th, you and Donal Conroy adjusted the forecast
19 ranges or unit ranges based on activity or demand
20 you all had seen to date.
21    Is that fair?
22    A. What I would say is we modified our
23 forecast assumptions based on all the different
24 demand signals we looked at, including run rate,
25 et cetera, to date up until that timeframe, yes,

Page 201..204

**Kevan Parekh**                                    **In re Apple Inc. Securities Litigation**

Page 205

1  until that point in time.

2      Q.  And but -- and it was a downward

3  **adjustment, correct?**

4      A.  Yes.  As you saw in the P&L chart, it was a

5  downward adjustment for iPhone.

6      Q.  And the primary driver of that was XR,

7  **right?**

8          MR. KRAMER:  Objection to form.

9          THE WITNESS:  I think we made adjustments

10  to the overall iPhone forecast.  XR was definitely

11  component of it, but I believe we made adjustments

12  across the lineup.

13  BY MR. WILLIAMS:

14      Q.  **Was the problem or the issue causing the**

15  **overall downward adjustment primarily due to what**

16  **you all saw and expected with iPhone XR performance?**

17      A.  I think, as I mentioned to you, we didn't

18  want to overreact to a couple days of data.  We made

19  adjustments in the forecast based on what we had

20  seen to date.

21          And also, factoring in maybe some risk

22  scenarios that could play out because we felt that

23  we could -- we typically want to do better than the

24  ranges that we put out there.

25          And so by reducing the forecast, we felt

Page 206

1  that we took into consideration the latest trends,

2  potentially some risk, and we were hoping we could

3  do better than that.

4      Q.  **So I'll ask again.  Was the downward**

5  **adjustment primarily due to the current and expected**

6  **iPhone XR performance?**

7          MR. KRAMER:  Objection to form.

8          THE WITNESS:  I think as I mentioned

9  before, it was very early on the performance to have

10  that driven completely our change.  Again, I think I

11  mentioned we de-risked our forecast in order to beat

12  our forecast.

13          So if there's some uncertainty with the

14  fact that the product was new, launched later,

15  people needed to go see it, so we felt it was

16  prudent to kind of make adjustments for the XR and

17  other products in the lineup.

18          MR. WILLIAMS:  So is it fair to say that --

19  well, withdrawn.

20          Lorenzo, can you give me 27, please, and

21  mark it as Parekh 28.

22          MR. KRAMER:  Shawn, before you mark the

23  next one, we've been going about an hour.

24          MR. WILLIAMS:  Okay.

25          MR. KRAMER:  Are you ready for a break,

Page 207

1  Mr. Parekh?

2          THE WITNESS:  That would be great, if we

3  can take one.

4          MR. WILLIAMS:  Lorenzo, don't put that

5  document up yet.

6          MR. KRAMER:  That's why I said something.

7          MR. WILLIAMS:  All right.

8          MR. KRAMER:  Even if it's up, I won't look

9  at it before we get back.

10          APTUS VIDEO TECHNICIAN:  The time is 3:26.

11  We're going off the record.

12          (Recess taken)

13          APTUS VIDEO TECHNICIAN:  The time is 3:37.

14  We're back on the record.

15          MR. WILLIAMS:  Okay.  Lorenzo, can you give

16  me 27.

17          MR. KRAMER:  Which I think you're marking

18  28.

19          MR. WILLIAMS:  Which is being marked as 28.

20          (Whereupon, Exhibit 28 was marked for

21          identification)

22          THE WITNESS:  Okay.  Should we compare page

23  numbers again?

24  BY MR. WILLIAMS:

25      Q.  **Sure.  Parekh 28 is Bates numbered 00503836**

Page 208

1  **through 3838.**

2      A.  Okay.  I have that up.

3      Q.  **Okay.  Just take a look at it and let me**

4  **know when you've had a chance to do so.**

5      A.  Okay.

6      Q.  **For the record, Parekh 28 is an e-mail**

7  **dated October 27th, 2018, from Donal Conroy to Tim**

8  **Cook, Luca Maestri and Jeff Williams, copying Kevan**

9  **Parekh and a number of other people.  The subject**

10  **line is "Unit ranges."**

11      A.  Okay.  I've read through the document.

12      Q.  **Do you recognize it?**

13      A.  I do.

14      Q.  **One of the documents you reviewed yesterday**

15  **or in preparation?**

16      A.  No.

17      Q.  **Do you know if Mr. Conroy sent you a draft**

18  **of this e-mail before he sent it to Tim Cook?**

19      A.  I don't recall if he did.  Sometimes we do

20  trade drafts and give each other a chance to

21  comment.

22      Q.  **Hm-hmm.  Would you agree that this e-mail**

23  **is -- the subject of this e-mail is concerning**

24  **changes to the unit range outlook that is part of**

25  **the forecasting process?**

Kevan Parekh                                    In re Apple Inc. Securities Litigation

Page 209

1      MR. KRAMER:  Objection to form.
2      THE WITNESS:  Yeah.  This e-mail is an
3  update on the unit ranges and the comparisons to the
4  last P&L meeting we had with him on the 16th of
5  October.
6  BY MR. WILLIAMS:
7      Q.  Right.  And it has the likely -- withdrawn.
8          It includes the updated likely and low
9  projections, right?
10     A.  It includes the updated likely and low
11 projections, that's right.
12     Q.  And Donal would not have sent this to Tim
13 Cook without your team's input, would he?
14     A.  Yeah, I think we all would have weighed in
15 on this.
16     Q.  Right.  And Saturday, October 27th is
17 exactly one day after the iPhone XR launch, correct?
18     A.  It was one day after the XR -- yes, the
19 launch of the availability of the XR.
20     Q.  Right.  And he writes, "Tim, Below is a
21 summary of our latest Likely and Low guidance ranges
22 we reviewed with Luca yesterday evening.  Deltas are
23 compared to the P&L units reviewed with you on
24 Tuesday 10/16."
25         Do you see that?

Page 210

1      A.  I do see that.
2      Q.  And with respect to -- he says, "Kevan will
3  send you a separate note regarding Geo offers and
4  customer buying behaviors.  We also are setting up a
5  call with you tomorrow morning."
6          Do you see that?
7      A.  I see that, yeah.
8      Q.  And then he provides some iPhone numbers,
9  and specifically he bolds that Sell In for iPhone
10 decreased by 3.1 million units driven by the N84
11 demand which was negative 3.2 million units.
12         Do you see that?
13     A.  Yeah.
14     Q.  Okay.  And N84 demand based on your prior
15 testimony was -- could only be measured on the dates
16 or from the date that the product was available,
17 right?
18     A.  Yes, the 16th.  This is a broader reference
19 around demand assumptions and scenarios we used for
20 the full quarter.
21     Q.  Well, you just said the 16th.  What are you
22 referring to 16th?
23     A.  Well, just to be clear, I think I mentioned
24 before to you the Sell In can be changed for
25 supply-related issues and demand-related issues.

Page 211

1      And here, I think he's making a distinction
2  that we don't have a supply-related change to Sell
3  In as being driven by demand scenarios.  I just want
4  to make sure it's clear as to why I referenced it
5  this way.
6      Q.  Right.  Demand for the XR?
7      A.  Yes.  Our demand forecast ranges for the
8  XR, yes.
9      Q.  Right.  And was it or was it not your
10 testimony that one day of demand for the XR or one
11 day's results wouldn't change the quarterly forecast
12 for the XR?
13     MR. KRAMER:  Objection to form.
14 BY MR. WILLIAMS:
15     Q.  Wasn't that your testimony?
16     MR. KRAMER:  Objection to form.
17     THE WITNESS:  I said typically we wouldn't
18 want to only just react to one day of data.
19 BY MR. WILLIAMS:
20     Q.  And wasn't this one day of data concerning
21 demand for the XR?
22     A.  Well, I think we -- as I mentioned to you
23 before, there's a distinction on what we provide
24 externally on a range that we want to be able to
25 make sure we beat and then what we aim for as far as

Page 212

1  a goal from a sales standpoint.
2          And so, we, I think we mentioned before,
3  that we did de-risk the forecast to account for some
4  scenarios to make sure we had the ability to hit our
5  range.
6      Q.  My question was, as of October 27th, 2018,
7  isn't that just one single day from the launch of
8  the iPhone XR, which you testified that demand could
9  not, for the quarter, could not be measured by one
10 day of results?
11     A.  Yeah.  Well, two things I'd point out.  One
12 is this is comparison to 10/16.  And we had made
13 some adjustments to the forecast between 10/16 and
14 10/26, is my recollection.  I believe you showed an
15 exhibit from 10/23 to 10/26 that also had some
16 changes in it.
17         This entire change isn't reflecting a
18 change -- this change is being reflected against the
19 10/16 assumption.  We've been making adjustments to
20 the forecast since that time.
21     Q.  Was the iPhone XR available for pre-order
22 on 10/16?
23     A.  No, it was not.
24     Q.  Okay.  And so it wasn't available even for
25 pre-order until the 10/19, correct?

Page 209..212

**Kevan Parekh**                                                      **In re Apple Inc. Securities Litigation**

Page 213

1    A.   That's correct.
2        Q.   And was it or was it not your testimony
3    that even pre-orders were not an indication of
4    overall quarterly demand?
5        MR. KRAMER:  Objection to form.
6        THE WITNESS:  Yes.  That was why I said
7    history suggests that pre-orders don't always end up
8    being a predictor for full quarter demand.
9    BY MR. WILLIAMS:
10       Q.   Right.  So the only predictor, based on
11   your testimony, would be the one day of actual sales
12   that began on October 26th, right?
13       MR. KRAMER:  Objection to form.
14       THE WITNESS:  When you say one day of
15   sales, those are unbrickings for customers who
16   previously ordered and then went into the store that
17   day and bought.
18   BY MR. WILLIAMS:
19       Q.   Okay.  Were you done with your answer?
20       A.   Yes.
21       Q.   Oh, okay.  He also references the low.  Do
22   you see that line beginning with "Low:"?
23       A.   Yes.  There's a reference to low below
24   that, yes.
25       Q.   In bold he writes, "Sell In decreased by

Page 214

1    7.1 million driven by N84 negative 7.9 million
2    partially offset by increases in sustaining."
3        Do you see that?
4        A.   Yes, I see that.
5        Q.   And so for the quarter you all reduced the
6    Sell In, the low Sell In by 7.1 million units,
7    correct?
8        A.   Yeah, versus what we had shown on the 16th
9    of October.
10       Q.   Right.  But isn't it fair to say that the
11   only demand information that you had concerning the
12   XR was from the single day of launch sales on the
13   26th?
14       MR. KRAMER:  Objection to form.
15       THE WITNESS:  Yes.  We had one day of stats
16   from the 26th performance; that's correct.
17   BY MR. WILLIAMS:
18       Q.   You see he then writes, "Obviously these
19   numbers are an extreme problem and mainly hinge on
20   the XR performance."
21       Do you see that?
22       A.   I see that, yeah.
23       Q.   And you didn't disagree with that, did you?
24       MR. KRAMER:  Objection to form.
25       THE WITNESS:  I believe what he says later

Page 215

1    is also important to take into consideration in that
2    same paragraph.
3    BY MR. WILLIAMS:
4        Q.   That's fine.  We can get there.  I'm asking
5    you about that sentence.
6        When he writes, "Obviously these numbers
7    are an extreme problem and mainly hinge on the XR
8    performance," you did not disagree with that
9    sentence, did you?
10       MR. KRAMER:  Objection to form.
11       THE WITNESS:  Are you saying at the time or
12   am I not in disagreement with it now?
13   BY MR. WILLIAMS:
14       Q.   At the time.
15       A.   Yeah, I think we agreed to put that in the
16   paragraph.
17       Q.   Okay.  And he goes on to write, "We
18   expected XR to be a slow starter however we are
19   struggling with how good the reviews of the phone
20   are but how low the early results have been."
21       Do you see that?
22       A.   Yes.
23       Q.   And you agreed with that, didn't you, at
24   the time?
25       A.   Yeah.  So maybe I can provide some context

Page 216

1    around how we thought about that at the time.
2        Q.   Before you do that, can you answer my
3    question whether or not you agreed with that at the
4    time?
5        MR. KRAMER:  He did answer it.
6        MR. WILLIAMS:  Oh, did you?  I didn't hear
7    an answer.
8        MR. KRAMER:  Angela can read it back, if
9    you want.
10       MR. WILLIAMS:  Sure.
11       THE REPORTER:  One moment.  You want the
12   answer?
13       MR. WILLIAMS:  Correct.
14       (Record read by the reporter as follows:
15       "A.  Yeah.  So maybe I can provide some
16       context around how we thought about that at
17       the time.")
18   BY MR. WILLIAMS:
19       Q.   So the answer was, yes, and then you were
20   going to provide some context; is that right?
21       A.   That's right.
22       Q.   Sorry.  Go ahead.
23       A.   Okay.  So as I was mentioning before, we
24   said the product reviews were very, very strong and
25   we also knew that customers needed to come in and

Kevan Parekh                                    In re Apple Inc. Securities Litigation

Page 217

1  see the product.
2       So we didn't think the early results
3  necessarily were indicative of how the product was
4  going to do, but I think I mentioned to you, we
5  wanted to de-risk the range we were going to use
6  externally, which is why we made the revisions we
7  did.
8       Q.  Okay.
9       A.  And we were obviously optimistic that we
10  were going to do better, but we typically set our
11  guidance ranges to a place we feel confident we're
12  going to beat.
13       MR. WILLIAMS:  Got it.
14       Lorenzo, can you give me 29, please, and
15  mark it as Parekh 29.
16       (Whereupon, Exhibit 29 was marked for
17       identification)
18       THE WITNESS:  Okay.  Do you want to just
19  align on page numbers here?
20  BY MR. WILLIAMS:
21       Q.  The Bates number for Parekh 29 is
22  00118071 --
23       A.  Okay.
24       Q.  -- through 73.
25       A.  Okay.  I have that document here.

Page 218

1       Q.  Just take a look at it and let me know when
2  you've had a chance to do so.
3       For the record, Parekh 29 is an e-mail from
4  Mike Fenger dated October 28th -- I'm sorry,
5  October 27th, 2018, to Brian Lu, Tony King, Hugues
6  Asseman, Mark Rogers, copying Dennis Burke, Kevan
7  Parekh and others.
8       A.  Okay.  I've had a chance to read it.
9       Q.  Okay.  Do you recognize the document?
10       A.  I do.
11       Q.  One of the documents that you reviewed
12  yesterday?
13       A.  No.
14       Q.  Who is Mike Fenger?
15       A.  So at the time in 2018 Mike was one of the
16  two sales, co-leads of sales, along with Doug Beck
17  and --
18       Q.  And the subject line is "Urgent Q1 Action
19  plans."
20       Do you see that?
21       A.  I do.
22       Q.  And do you know if Mike Fenger sent this
23  e-mail around after you sent Tim Cook the updated
24  unit ranges?
25       A.  I can't recall the exact sequence of

Page 219

1  events, but it would have been around a similar
2  timeframe.
3       Q.  Right.  Would he have had the updated unit
4  ranges before you and Donal Conroy sent them to Tim
5  Cook?
6       MR. KRAMER:  You mean Mike -- I'm sorry.
7  Objection to form.  I'm sorry.  It's just unclear
8  when you say "he."  Objection to form.
9       THE WITNESS:  Mike, meaning did Mike Fenger
10  have?
11  BY MR. WILLIAMS:
12       Q.  Yes.
13       A.  Okay.  Mike Fenger would have been aware of
14  the changes to the forecast we were making.
15       Q.  Okay.  And Brian Lu was the head of sales
16  in China?
17       A.  Yes, that's right.
18       Q.  And he's the first person on this e-mail,
19  right?
20       A.  He is, yes.
21       Q.  And Mike Fenger writes, "Guys, Given the
22  current performance indications of the iPhone XR, we
23  have been asked to come up with a specific and solid
24  set of actions that could be taken this quarter to
25  drive additional revenue.  Can you please urgently

Page 220

1  marshal your best thinkers and work on the following
2  three topics:"
3       Do you see that?
4       A.  I do.
5       Q.  When you received this e-mail, did you
6  marshal your best thinkers in your group?
7       A.  I mean, we all were working on ideas of
8  things we could do to beat our then adjusted down
9  ranges.
10       Q.  Hm-hmm.  And you agreed with Mike that it
11  was -- this was an urgent matter, correct?
12       MR. KRAMER:  Objection to form.
13       THE WITNESS:  When you say I agreed with
14  it, Mike sent this note.  I think we wanted to have
15  clarity that we feel we could beat our guidance
16  forecast before we went out with the earnings
17  guidance.  That was the point of confirming we feel
18  we could do better than what the forecast range is
19  that we just went through in the last exhibit.
20  BY MR. WILLIAMS:
21       Q.  Did you agree or disagree with his
22  characterization of this being an urgent matter,
23  indeed as the title of the subject line is "Urgent
24  Q1 Action plans"?
25       A.  Yeah, I think we wanted to drive a sense of

Kevan Parekh

In re Apple Inc. Securities Litigation

Page 221

1 urgency on looking at actions.
2          MR. WILLIAMS:  Lorenzo, can you give me 25
3 and mark it as Parekh 30, please.
4          (Whereupon, Exhibit 30 was marked for
5          identification)
6 BY MR. WILLIAMS:
7     **Q.  Parekh 30 is Bates numbered 00474637.**
8     A.  Okay.  Exhibit 30.  Yes, it's one page.  I
9 have it open here.
10    **Q.  Take a look at it and let me know when**
11 **you've had a chance to do so.**
12    A.  Okay.  I've read it.
13    **Q.  Okay.  Do you recognize the document?**
14    A.  I do.
15    **Q.  It's an e-mail from you to members of your**
16 **team on or around October 27th, 2018.**
17    A.  Members of my team, and it was to Mike and
18 Doug and Dennis on the sales team.
19    **Q.  And the first e-mail is from you at**
20 **6:02 a.m. on October 27th, right?**
21    A.  Yes.  That's what it says.
22    **Q.  And you had sent Tim Cook an update to the**
23 **unit range forecast on the evening of the 26th or**
24 **early morning on the 27th, right?**
25    A.  Yeah, Saori sent him an update with the new

Page 222

1 guidance ranges.
2     **Q.  That was -- right.  And you write, "Morning**
3 **gang.  This is why we are having our call this**
4 **morning... This is a direct quote from Tim when**
5 **Saori sent him the new guidance ranges based on the**
6 **latest forecast range last night:"**
7          **Do you see that?**
8     A.  I do see that.
9     **Q.  Can you read what follows for me, please?**
10    A.  Yeah.  "I mistakenly looked at the old
11 guidance range previously.  This is obviously a
12 disaster.  I don't have the cycles that I normally
13 as we work through the actions to improve the
14 results.  We need all hands on deck now."
15    **Q.  And that was a quote from Tim Cook, right?**
16    A.  That's what's referenced here, yes.
17    **Q.  And when he wrote that this was obviously a**
18 **disaster, did you understand what he meant?**
19    A.  Yes.  He was referring to the change we
20 made in the guidance, the revision downward.
21    **Q.  Right.  And it was obviously, at least in**
22 **his view, a significant downward change, correct?**
23    A.  Yes, it was a big revision.
24    **Q.  And it was all based on a single day of**
25 **sales data for the XR, correct?**

Page 223

1          MR. KRAMER:  Objection to form.
2          THE WITNESS:  I wouldn't say that.  I think
3 we mentioned the fact that we de-risked our forecast
4 in the way that we felt comfortable beating it.
5 BY MR. WILLIAMS:
6     **Q.  Isn't it true that the entire problem**
7 **driving the downward adjustment was the XR**
8 **performance as Donal Conroy explained to Tim just**
9 **the day before?**
10         MR. KRAMER:  Objection to form.
11         THE WITNESS:  He didn't reference XR
12 performance.  He said that we changed our demand
13 assumptions for XR.
14         I think I mentioned to you we de-risked the
15 forecast.  We wanted to kind of make sure we had
16 de-risked it before we went out with public guidance
17 in a sense so we could beat it.
18 BY MR. WILLIAMS:
19    **Q.  Could you pull up what was marked as Parekh**
20 **28.**
21    A.  Is this one of the previous exhibits, 28?
22    **Q.  Yes.**
23    A.  Okay.  I have it.
24    **Q.  You see on the fifth paragraph that begins**
25 **"Obviously..."?**

Page 224

1     A.  Yes.
2     **Q.  He writes, "Obviously these numbers are an**
3 **extreme problem and mainly hinge on the XR**
4 **performance."**
5          **Do you see that?**
6     A.  I see that.
7     **Q.  You don't disagree with that either, do**
8 **you -- or did you at the time?**
9          MR. KRAMER:  Objection to form.
10         THE WITNESS:  I think, as I mentioned
11 before, we de-risked the forecast.  Because we had
12 very limited data on XR, we had a pretty good view
13 on how the other products were going to do, so we
14 took an adjustment to de-risk, you know, for
15 different scenarios.
16 BY MR. WILLIAMS:
17    **Q.  Right.  And you wrote to your team, quoting**
18 **Tim Cook, that Tim Cook wrote, "We need all hands on**
19 **deck now," correct?**
20    A.  Should I go back to the other e-mail again?
21    **Q.  Sure.**
22    A.  Okay.
23    **Q.  Parekh 30.**
24    A.  Yeah.  That's what he said, "We need all
25 hands on deck now."

Kevan Parekh                                    In re Apple Inc. Securities Litigation

Page 225

1    Q.  And that, too, was an indication of
2  urgency, right?
3    A.  Well, it's an indication that we don't --
4  we don't like the result that we de-risked, and so
5  we want to try to beat our forecast.
6        Again, we were optimistic the product was
7  going to do better, but we didn't have enough time
8  to see consumers coming in the store by the time we
9  had to give guidance.  So we de-risked the forecast
10  and obviously working on actions to do better in
11  the forecast.  That's what that means.
12    Q.  When he wrote, "We need all hands on deck
13  now," did you interpret that as requiring urgent
14  action or did you not interpret that as requiring
15  urgent action?
16    A.  Yes.  I interpreted that as we need to move
17  in a sense of urgency.
18    Q.  All right.  And Dennis Burke responded
19  directly to you at 6:39.  Is that fair?
20    A.  Yes, he did respond to me.
21    Q.  Right.  And he asked you, "Do we have any
22  quantifiable traffic metrics from Retail, yet?"
23        Do you see that?
24    A.  Yes, I see that.
25    Q.  And read to me what he wrote to you next.

Page 226

1    A.  "In every geo update there's a reference to
2  traffic being very light."
3    Q.  And you didn't disagree with that, did you?
4    A.  I took what he said as an input, yes.  But
5  then I think the following sentence, this is
6  important as well.
7        MR. WILLIAMS:  Lorenzo, would you give me
8  my 36, please, mark it as Parekh 31.
9        (Whereupon, Exhibit 31 was marked for
10        identification)
11        THE WITNESS:  Okay.  Looks like a document
12  that says "GC XR Launch Day 3 Update."
13  BY MR. WILLIAMS:
14    Q.  Right.  It's Bates numbered 00474476
15  through 4482.  Take a look at it.
16    A.  Okay.
17    Q.  Let me know when you've had a chance to do
18  so.
19    A.  Okay.  I read through the document.
20    Q.  Okay.  And is this just an update that's
21  prepared by the China sales team about the
22  performance of the launch?
23    A.  Yes.  It looks like it's an update on the
24  third day of the launch in Greater China.
25    Q.  Right.  And they tried to do that

Page 227

1  contemporaneously to keep you all abreast of what's
2  happening?
3    A.  Yes.
4    Q.  It looks like you got it on the same day as
5  it was prepared, no?
6    A.  I don't know when the e-mail was sent that
7  had this, but --
8        MR. KRAMER:  Yeah.  Objection to form.
9  BY MR. WILLIAMS:
10    Q.  Is the point to help you and the team
11  understand the daily performance?
12    A.  I think how performance is evolving over
13  time.  That's the main reason to compare how day
14  three is versus day one, for example.
15    Q.  And the report actually provides some
16  detail about the day over day sales decay, right?
17        MR. KRAMER:  Objection to form.
18        THE WITNESS:  There is a page on day over
19  day decay, yes.
20        MR. WILLIAMS:  Okay.
21        Lorenzo, can you give me my 33, please.
22  Mark it as Parekh, what are we at, 32?
23        THE WITNESS:  Yeah, I have through 31 right
24  now.
25  //

Page 228

1        (Whereupon, Exhibit 32 was marked for
2        identification)
3  BY MR. WILLIAMS:
4    Q.  Parekh 32 is Bates numbered 00125757
5  through 761.
6    A.  I have that document here.
7    Q.  Just take a look at it and let me know when
8  you've had a chance to do so.
9    A.  Okay.  Okay.  I think I've read the
10  document.
11    Q.  Okay.  Did I already put the Bates number
12  on?  I think I did.
13        Do you recognize the document?
14    A.  I do.
15    Q.  What is it?
16    A.  It's a report from, more likely, seller Ops
17  talking about launch weekend velocity update.
18    Q.  And you received this report on or
19  October 27th, 2018?
20    A.  Yes.
21    Q.  And the first sentence says, Hi All, Please
22  see the iPhone XR Reseller launch velocity update
23  below."
24        Do you see that?
25    A.  I do see that, yes.

Kevan Parekh                                                    In re Apple Inc. Securities Litigation

Page 229

1    Q.  What's a velocity update?

2    A.  As we talked about, velocity is the -- the
3  unbricking that happened from the landed supply, so
4  it's the unbrick performance divided by the landed
5  supply.

6    Q.  I'm going to ask you to turn to the next
7  page, Bates ending 758.

8    A.  758.  Okay.

9    Q.  About a third of the way down the page, do
10  you see where it says, "Key points (changes from
11  yesterday in blue)"?

12    A.  Where it says "Detailed insights (changes
13  from yesterday in blue)"?

14    Q.  Above that, sorry.

15    A.  Yes, I see it.

16    Q.  Just under that it says, "Global partners
17  reported lower excitement and awareness versus
18  previous launches."

19      Do you see that?

20    A.  I see it, yes.

21    Q.  And you had heard that already on the 26th,
22  didn't you?

23    A.  That's right, yes.

24    Q.  And you see the next dash, it says, "China
25  Mobile and China Unicom are asking to push out

Page 230

1  500,000 of Frozen mBS"?

2    A.  I see that sentence, yes.

3    Q.  So that means they were trying to move
4  orders that were considered noncancelable, right?

5    MR. KRAMER:  Objection to form.

6    THE WITNESS:  Yeah.  They were asking to
7  potentially push out orders that were in the, right,
8  the window that were noncancelable.

9      But what's important to note is, this is
10  only through week six, so they may have wanted to
11  push just to time out the way they were collecting
12  inventory.

13  BY MR. WILLIAMS:

14    Q.  That was a demand indicator, wasn't it -- a
15  demand signal, I should say?

16    A.  Well, sometimes the partners adjust orders,
17  but the next sentence, it talks about China retail
18  partners having the highest velocity amongst key
19  partners.

20      So sometimes there are differences in
21  different partners in how they perform at a launch.

22    Q.  So are you saying you're unable to
23  interpret whether China Mobile and China Unicom
24  asking to push out 500,000 of frozen mBS is a demand
25  signal or not?

Page 231

1    MR. KRAMER:  Objection to form.

2    THE WITNESS:  I believe they were reacting
3  to maybe what they were seeing, but that doesn't
4  necessarily mean that they weren't going to take the
5  500k at some point in the quarter.

6  BY MR. WILLIAMS:

7    Q.  My question is whether or not you can
8  determine -- withdrawn.

9      My question is whether or not in your view
10  China Mobile and China Unicom asking to push out
11  500,000 frozen mBS is a demand signal?

12    A.  Okay.  So just to make sure we're clear,
13  when you say demand signal, are you talking about
14  overall Greater China demand or just demand among
15  those two partners?

16    Q.  Why don't you answer it for both, demand
17  amongst the two partners and overall demand in
18  China.

19    A.  So it looks like it could be a demand
20  signal for just those two partners, but it's hard to
21  discern how that impacts overall demand in China
22  because the next bullet talks about China retail
23  partners have high velocity, and that's a positive
24  sign.

25      And so the overall China forecast could be

Page 232

1  impacted by some partners having a slower start,
2  some partners having, in fact, doing more, doing
3  better.

4    MR. WILLIAMS:  Lorenzo, can you give me my
5  41, please.  41 is Bates numbered 00199045
6  through --

7    THE WITNESS:  It's popping up now.  This is
8  33 now, right?

9    MR. WILLIAMS:  Yes, 33.

10    (Whereupon, Exhibit 33 was marked for
11    identification)

12  BY MR. WILLIAMS:

13    Q.  Through 051.  Take a look at the document
14  and let me know when you've had a chance to do so.

15    A.  Okay.  I'll read it.

16      Okay.  I read it.

17    Q.  Okay.  What is it?

18    A.  What is the --

19    Q.  The document?

20    A.  E-mail?

21    Q.  Yes.

22    A.  It's an e-mail exchange with an original
23  question from the IR team trying to get some color
24  around dual SIM capability, other things for China.
25  And asking about whether or not we expect strong

Kevan Parekh                                    In re Apple Inc. Securities Litigation

Page 233

1 iPhone results in China in the initial demand. What
2 is the initial demand telling us.
3     Q. And that's -- so who was the person from IR
4 asking the question?
5     A. It was Matt Blake.
6     Q. Right. And the exchange covered was
7 several days, right?
8       I mean, the initial e-mail was on or
9 around, what, October 22nd -- I'm sorry,
10 October 18th, and then the final e-mail in the
11 exchange was October 29th, right?
12     MR. KRAMER: Objection to form.
13     THE WITNESS: I was looking at the e-mail
14 exchange. So Matt sent his e-mail on the 18th of
15 October, and the final part of the thread was
16 October 29th, but the bulk of the thread was
17 October 23rd.
18 BY MR. WILLIAMS:
19     Q. And there are communications from the team
20 in China regarding the overall economic conditions
21 there.
22       Is that fair to say?
23     MR. KRAMER: Objection to form.
24     THE WITNESS: I'm taking a look at the
25 feedback here. Yes. And the line before they talk

Page 234

1 about the China overall economy, which is something
2 we had already taken into consideration.
3 BY MR. WILLIAMS:
4     Q. Hm-hmm. And if you -- directing your
5 attention to Bates ending 046. It looks like on
6 October 22nd Stella Ye writes to -- is that an
7 e-mail to Mike Fenger?
8     A. Yes, she wrote an e-mail to Mike Fenger.
9     Q. Right. And going over to Bates ending 407,
10 you see number 4, "Risks about Q1 forecast due to
11 the following:"
12     A. I see that, yes.
13     Q. Can you read the first bullet point for me,
14 please?
15     A. "China overall economy is under challenges
16 given the recent US and China trade tension. Some
17 macro economic index are not promising."
18     Q. And can you read the next bullet point?
19     A. "Overall China smartphone market continued
20 with double digit drop in second half of 2018."
21     Q. Okay. And just read the last bullet point
22 for me, please.
23     A. "Apple fans may prolong the purchase
24 decision cycle when digesting impact from the high
25 XS Max Apple list price. They may not be will to

Page 235

1 choose XR before understanding more about the
2 product, which may be perceived as the less superior
3 one."
4     Q. Was it fair to say, then, that you and
5 other members of the Apple team were aware that
6 people on the ground in China were communicating
7 facts about the deteriorating economy in China?
8     A. Yes. That's something that wasn't a new
9 theme.
10       For example, the smartphone, as she
11 references here in her notes, Stella, the overall
12 China smartphone market declined in the second half
13 of 2018. It declined and then the prior quarter,
14 our fiscal Q4 of '18, where we actually had positive
15 growth.
16     Q. Right. I'm going to direct your attention
17 to the first page, Bates ending 045.
18     A. Okay.
19     Q. Who is Maggie Du?
20     A. Maggie is on the sales team. She formerly
21 worked in China. And I believe at that time she was
22 here working on Mike's team. She had moved over to
23 the US.
24       She used to have Stella's job previously
25 when she was in Greater China on Brian's team. She

Page 236

1 was on Mike's team helping out with various items
2 and obviously was a good person who knew a lot about
3 the GC market.
4     Q. And she wrote an e-mail to you on the 29th
5 of October, 2018, right?
6     A. She did, yes.
7     Q. And that was three days after the XR
8 launch, correct?
9     A. Three days after the XR launch, that's
10 right.
11     Q. Okay. And can you read what she wrote to
12 you?
13     A. "Kevan, I think we may want to be cautious
14 on the tone of the XR launch in China. One of the
15 popular news headlines in China last week end was
16 the direct comparison of Huawei Mate 20 launch, in
17 conjunction with the opening of Huawei flagship
18 store in Shanghai, versus iPhone XR's first day.
19 Unfortunately the below pictures were flooded in
20 Weibo and WeChat."
21     Q. She also writes, "Huawei Store," and then
22 "Apple Retail Store: No queue, few customers,"
23 right?
24     A. That's what it says here in the e-mail,
25 yes.

Kevan Parekh                                                    In re Apple Inc. Securities Litigation

Page 237

1    Q.  Can you just go to Bates ending 050.
2    A.  050, yes.
3    Q.  That purports to be a picture of a Huawei
4    store?
5    A.  Yes.
6    Q.  And then go to 051, the next page.
7    A.  Yes.
8    Q.  And that appears to be a photo of the Apple
9    store -- of an Apple store?
10   A.  Yeah, it looks like it.
11   Q.  And would you say that this too, meaning
12   the communication from Maggie, was a demand signal
13   for you about demand for iPhone and particularly the
14   XR in China?
15   MR. KRAMER:  Objection to form.
16   THE WITNESS:  You know, I think the point
17   she's raising that so, one, is you have to be
18   careful on the comparison because this is the
19   opening of a new store.
20   Typically, openings of new stores have
21   traffic in them.
22   So there's two things that have happened
23   here.  One is they launched a new product and they
24   opened a new store.  So you're comparing a situation
25   where someone launches a new product and a new store

Page 238

1    to -- I don't know when that picture was taken.
2    So it's clearly a, in our view, something
3    that someone was trying to do to pump up the
4    excitement around Huawei.
5    BY MR. WILLIAMS:
6    Q.  So this was not a demand signal for you?
7    A.  This was not a demand signal for me
8    personally, no.
9    Q.  Okay.  And did you tell Tim Cook that he
10   ought to be cautious about the iPhone XR launch in
11   China?
12   A.  Well, I think we already had conveyed, and
13   you saw in some of the updates, it also talked about
14   the fact that consumers were waiting for the May 20
15   launch.  And I think you also had shown exhibits
16   earlier that talking about the fact that they had
17   aggressively changed the price in China lower than
18   other markets, and so I think people were aware of
19   all those factors.
20   Q.  I'm asking you if you told Tim Cook that he
21   ought to be caution in his tone concerning the XR
22   launch in China?
23   MR. KRAMER:  Objection to form.
24   THE WITNESS:  I don't know if I believe I
25   used those words.  But again, we had lots of

Page 239

1    different inputs that we took into consideration
2    when we gave Tim feedback.
3    MR. KRAMER:  We've been going about an
4    hour.  Mr. Parekh, do you want to take the last
5    break of the day?
6    MR. WILLIAMS:  Let us know what time,
7    please, on the record, Lorenzo.
8    APTUS VIDEO TECHNICIAN:  All right.  Just
9    one moment.  The time is 4:37.  We're going off the
10   record.
11   (Recess taken)
12   APTUS VIDEO TECHNICIAN:  The time is 4:49.
13   We're back on the record.
14   MR. WILLIAMS:  Lorenzo, can you give me my
15   53, please.
16   APTUS VIDEO TECHNICIAN:  Yep.
17   MR. WILLIAMS:  And mark it as Parekh, what
18   are we at, 34?
19   APTUS VIDEO TECHNICIAN:  Yep.
20   (Whereupon, Exhibit 34 was marked for
21   identification)
22   THE WITNESS:  Okay.
23   BY MR. WILLIAMS:
24   Q.  And Parekh 34 is Bates numbered 00347168
25   through 7186.

Page 240

1    Mr. Parekh, I don't intend to ask you
2    questions about all, what, 30 pages of this
3    document.
4    If you'd like to read it, the whole thing,
5    that's okay.  Or I can just direct you to the
6    portions that I intend to ask you about.  Up to you.
7    A.  I'd prefer to read it.
8    Q.  Go ahead.
9    A.  Okay.
10   Q.  How far in are you?
11   A.  I'm almost done.  I'm on page 16 now.
12   Q.  All right.
13   A.  Okay.  I've read through it.
14   Q.  Okay.  Do you recognize the document?
15   A.  Yeah, I recognize the document.
16   Q.  When was the last time you saw it?
17   A.  October 31st, 2018.
18   Q.  Hm-hmm.  And it's an e-mail from YeeWee Koh
19   to you on that date, correct?
20   A.  Yes, it is.
21   Q.  And it's actually, maybe it's a forward
22   from Bill Bishop at Sinocism that was sent to
23   YeeWee.
24   A.  Looks like it, yeah.
25   Q.  And it was a summary of economic conditions

**Kevan Parekh**                                          **In re Apple Inc. Securities Litigation**

1 or reported economic conditions in China?

2     MR. KRAMER:  Objection to form.

3     THE WITNESS:  Well, it looks like it was an

4 update on several things, but it also included some

5 views on the economic situation in China.

6 BY MR. WILLIAMS:

7     Q.  Right.  Did you take the time to read this

8 document when YeeWee sent it to you on October 31st

9 of 2018?

10    A.  I don't recall, but I assume I would have

11 read it if he sent it to me.

12    Q.  Okay.  And would you agree that the report

13 includes some negative sentiment about current and I

14 guess at least short-term financial conditions in

15 China?

16    A.  There's some -- there's some discussion

17 about the overall economic environment in China, but

18 also some notion that the government would do some

19 things from a policy standpoint as well to address

20 it.

21    Q.  Well, YeeWee wrote to you, quote, "Broader

22 economic situation is probably worse than what

23 officials there admit to."

24        Do you see that?

25    A.  I see that sentence, yes.

1     Q.  Hm-hmm.  And then he also writes, "I'm

2 seeing the auto industry hit by broad and deep

3 declines, according to my friends working in it."

4        Do you see that?

5     A.  Yes.

6     Q.  Did you feel any way about those two things

7 when YeeWee wrote them to you in connection with the

8 report that was provided by Bill Bishop?

9     MR. KRAMER:  Objection to form.

10    THE WITNESS:  Well, the first sentence is

11 YeeWee's opinion.  And there is always a concern on

12 how transparent China is with their economic data

13 and whether or not that's truly what's happening

14 there.  That's what I believe that sentence is

15 referring to.

16        But it's his opinion by reading the

17 document.  That's probably worse, it's not

18 necessarily a factual statement.

19        And then on the auto industry topic, the

20 second line, this is according to his friends who

21 are working in it.  I didn't have a reference point

22 for him.  I have a friend who works at GM China and

23 he didn't mention that to me.

24        But again, it just sounds like some angle,

25 kind of feedback he got from some friends.  It isn't

1 really a factual statement, necessarily.

2 BY MR. WILLIAMS:

3     Q.  So you didn't feel any way about what he

4 wrote to you in those two sentences?

5     MR. KRAMER:  Objection to form.

6     THE WITNESS:  Yeah, I took it into

7 consideration what he said, but I also read the

8 document in which said that the government is

9 looking to take measures to address the economic

10 situation.

11        So I wasn't sure -- it's not clear what

12 policy decisions are going to make, but it says in

13 the headline that they are looking to take policy

14 actions.

15 BY MR. WILLIAMS:

16    Q.  So YeeWee also wrote, "My sense is consumer

17 confidence and spending will further decline in

18 2019.  People haven't stopped spending, but they

19 will get a lot more careful about what they spend

20 on."

21        Do you see that?

22    A.  I do see that.

23    Q.  Did you agree or disagree with YeeWee?

24    A.  Well, again, that first sentence is his own

25 opinion.  And that's in 2019, which is outside of

1 our quarter that we're talking about.

2        It does say that people have not stopped

3 spending, but they will get a lot more careful.

4 Again, that's his opinion.

5        And you know, I always want to hear his

6 opinions.  I'm not sure I necessarily agree with it

7 or I don't have another, you know, any more context

8 on the facts around this.  It's his opinion.

9        And again, he's talking about 2019, which

10 is in January.

11    Q.  Hm-hmm.  Okay.  So you didn't put a lot of

12 weight on it?

13    MR. KRAMER:  Objection to form.

14 BY MR. WILLIAMS:

15    Q.  Sounds like you didn't put a lot of weight

16 on it?

17    A.  Like I said, I read his comments, took his

18 feedback, but also I read the article.  It's

19 interesting information.

20    Q.  Did you put weight on what was in the

21 article?

22    A.  Well, what the article says is that there's

23 signaling more support for the economy.  So I guess

24 what was encouraging to me is that the government

25 felt like they were going to take some actions.

**Page 241..244**

**Kevan Parekh**                                    **In re Apple Inc. Securities Litigation**

Page 245

1    Q.  Is that all you read in that report that
2  that's -- withdrawn.
3        Was that your takeaway from that article?
4        MR. KRAMER:  Objection to form.
5        THE WITNESS:  Well, there's several items
6  discussed in the article.  First of all, there's
7  several items outside of economic environment and
8  policy that are referenced in the overall document.
9        In this particular section, which is number
10  one, which is the title "Politburo meeting signals
11  more support for economy coming," he talks about the
12  fact that the economic structure continued to
13  improve.  He did see some downward pressure, which
14  suggests that the government may be more proactive
15  in taking measures to cope with the issues.
16        Again, that is a broader economic
17  statement, not necessarily narrowed down to the
18  smartphone market or how our products do in China.
19        So sometimes it's hard to kind of associate
20  a broader economic statement, also suggesting
21  there's going to be some policy actions to address
22  it on how that, you know, impacts necessarily the
23  smartphone market and also our products.  And our
24  products, you know, we're off to, you know, a decent
25  start in China.

Page 246

1  BY MR. WILLIAMS:
2    Q.  Except for the XR?
3    A.  Well, the XR was very early.  But, yes,
4  overall I'd say we were off to a pretty good start,
5  despite the economic challenges.  I think we
6  referenced that in the note back to Stella you
7  showed earlier.
8    Q.  Except for the XR?
9        MR. KRAMER:  Objection to form.
10  BY MR. WILLIAMS:
11    Q.  That's a question.  Except for the XR,
12  right?
13        MR. KRAMER:  Objection to form.
14        THE WITNESS:  Except for the XR.  We were
15  concerned -- we had risks -- we were concerned about
16  risks on the XR.  But again, it was early to make a
17  call, but for guidance purposes we de-risked our
18  forecast.
19        We were optimistic we could do better than
20  what we put in our guidance ranges.
21  BY MR. WILLIAMS:
22    Q.  I'm going to direct your attention to 7170.
23    A.  Okay.
24    Q.  And there it appears that Mr. Bishop is
25  excerpting something from the South China Morning

Page 247

1  Post in the middle of the page, right?
2    A.  There's a reference to an article, blue
3  text, that suggests this is from an article from the
4  South China Morning Post.
5    Q.  Right.  It says "South China Morning Post -
6  China's top leaders prepare for worse as economy
7  takes hits from US trade war."
8        Do you see that?
9    A.  I see that.
10    Q.  And just under it it says, "JD Finance
11  chief economist Shen Jianguang said that the
12  leadership appeared to have changed its view about
13  the country's economic outlook and was preparing for
14  protracted fallout from the trade war."
15        Do you see that?
16    A.  I do see that.
17    Q.  I'm assuming you read that at the time that
18  YeeWee sent you this article?
19    A.  I did, yes.
20    Q.  And he goes on to quote, or it goes on to
21  quote, "This time they no longer described the
22  economy as 'stable with good momentum.'"
23        Do you see that?
24    A.  I do see that.
25    Q.  And going further down the same page, do

Page 248

1  you see where it says, "China factory growth weakest
2  in over two years"?
3    A.  Yes, I see that.
4    Q.  And it quotes, "'All the numbers from
5  China's PMI release today confirm a broad based
6  decline in economic activity,' said Raymond Yeung,
7  chief economist for China at ANZ in a client note,
8  adding that conditions for the private sector is
9  'much worse' than headline data suggested."
10        Do you see that?
11    A.  I do.
12    Q.  When you referenced, you know, the
13  government taking action a few minutes ago, you
14  didn't reference any of what I just read, did you?
15    A.  Well, the government taking action was in
16  response to what you just read.
17        And you didn't talk about the third
18  sentence in the prior South China Morning Post
19  article which said, "the Politburo said on Wednesday
20  that China would try to 'stimulate dynamism' in its
21  stock market to promote the market's 'long-term
22  healthy development.'"
23        So that's a reaction to the situation you
24  had described.
25    Q.  Hm-hmm.  Going back up to Bates ending 169.

**Page 245..248**

Page 249

1    A.  Hm-hmm.

2    Q.  Under the heading number 1, "Politburo
3  meeting signals more support for economy coming."
4        Do you see that is that what you were
5  referring to?

6    A.  Yes.

7    Q.  And in that section, the third paragraph
8  down, you see where it says, "The economy has seen
9  changes amid overall stability with increased
10  downward pressure."

11       Do you see that?

12   A.  Yes, I see that sentence.

13   Q.  And "Some companies are suffering from
14  operating difficulties while some risks accumulated
15  a long time ago have been exposed."

16       Do you see that?

17   A.  I do see that.

18   Q.  What did you do with this data when you
19  received it on October 31st, 2018?

20       MR. KRAMER:  Objection to form.

21       THE WITNESS:  Well, one, it's not data.

22  There are statements about the economic environment
23  and statements about potentially what the government
24  may do to address the situation.  But there's no
25  specific data points in here.

Page 250

1        And again, there's not necessarily a
2  connection to what's happening in the smartphone
3  market and how consumers are purchasing smartphones,
4  in particular Apple products.

5        So it was an interesting article to read,
6  interesting to know that there's some economic
7  challenges that were playing out at the time, which
8  we were aware of and cognizant of.  And, you know, I
9  think interesting to see what, you know, potential
10  actions the government was going to take to address
11  the situation.

12       MR. WILLIAMS:  Lorenzo, can you give me my
13  46, please.  46 is Bates numbered 00199787 to 817.

14       (Whereupon, Exhibit 35 was marked for
15       identification.)

16       THE WITNESS:  Okay.  Looks like a document
17  that says sales "QMI Launch Reporting."

18  BY MR. WILLIAMS:

19   Q.  Why don't you just take a look at it and
20  let me know when you have.

21   A.  Okay.  I'm reading four quadrants on some
22  of these slides that have commentary, so I'm just
23  reading all of it.

24       MR. WILLIAMS:  Lorenzo, can you tell me how
25  much record time I have?

Page 251

1        APTUS VIDEO TECHNICIAN:  So we're
2  31 minutes into the session, so --

3        MR. WILLIAMS:  Okay.  Thanks.

4  BY MR. WILLIAMS:

5    Q.  How much time do you need, Mr. Parekh?

6    A.  I'm just on Japan right now, so I guess how
7  many slides is there left?  About nine pages.

8    Q.  I have a question about page, let's see,
9  page 6, so it's --

10   A.  Can I finish reading the document first?

11   Q.  Go ahead.  Take your time.  You're very
12  thorough.

13   A.  Okay.

14   Q.  What is the document?

15   A.  So the document is really a launch
16  reporting update from the sales teams in the
17  respective countries that are included in the
18  package.

19   Q.  And who prepared it?

20   A.  This would have been a collective effort
21  across the different geo sales teams that would have
22  fed their feedback in this template to Mike Fenger's
23  team here in Cupertino who consolidated it all into
24  one package.

25   Q.  And is that something that was typically

Page 252

1  created to help, you know, the team understand how
2  launches were performing?

3    A.  Yeah, this is a pretty standard document we
4  do for most launches.

5    Q.  I just want to direct your attention to
6  Bates ending 794.

7    A.  794, you said?

8    Q.  Yeah.

9    A.  Okay.  It's the one that starts, "Greater
10  China Launch Highlights"?

11   Q.  Correct.  This is one of the documents that
12  you received, correct?

13   A.  I believe so.

14   Q.  Looking down in the bottom left quadrant
15  where it refers to the "Customer Reaction."

16       Do you see that?

17   A.  Yes.

18   Q.  This is related to the launch of the iPhone
19  XR, correct?

20   A.  This is a launch report out for the iPhone
21  XR.

22   Q.  And this page is specifically referring to
23  China, Greater China?

24   A.  Greater China.

25   Q.  And the last, the second to last bullet

Kevan Parekh                                    In re Apple Inc. Securities Litigation

Page 253

1  point refers to store traffic, right?
2      A.  The second to last bullet, yes.
3      Q.  Could you just read that for me, that line?
4      A.  It says, "Store Traffic: Half or less
5  uplift versus previous launches."
6          MR. WILLIAMS:  Okay.
7          Lorenzo, can you pull up my number 40,
8  please.
9          (Whereupon, Exhibit 36 was marked for
10         identification)
11         MR. WILLIAMS:  And number 40 -- I'm sorry,
12  and mark it as Parekh, I guess, 35, Lorenzo?
13         APTUS VIDEO TECHNICIAN:  36.
14         MR. WILLIAMS:  36, okay.
15  BY MR. WILLIAMS:
16     Q.  And Parekh 36 is Bates numbered 00163798
17  through 856.
18     A.  856 -- sorry, 798 --
19     Q.  Through --
20     A.  Yeah.  I got 856, yeah.
21     Q.  So does the first page, does it appear to
22  be an e-mail from you to Greg Joswiak?
23     A.  Yeah, it does.  But can I have a chance to
24  read the document?  There's a lot of pages here.
25     Q.  Read it.  I just have a question and you

Page 254

1  can take all the time you want to read it.
2      A.  Okay.
3      Q.  But an e-mail from you to Greg Joswiak,
4  right?
5      A.  Yes.
6      Q.  And it's dated on or around October 29th,
7  2018?
8      A.  Yes.
9      Q.  And it's -- the subject line is, "Forward:
10  Sunday Tim Meeting Notes," correct?
11     A.  Yes, that's correct.
12     Q.  And you don't have any reason to believe
13  that you didn't send this e-mail to Mr. Joswiak on
14  or around that date, do you?
15     A.  No.
16     Q.  Okay.  If you'd like to read it, go ahead.
17     A.  Okay.  Thank you.
18     Q.  How are you doing, Mr. Parekh?
19     A.  I'm good.  I'm almost -- I'm on page 28.
20  I'm trying to remind myself of the chart, looking at
21  the chart.
22     Q.  I think we have, what, 43 pages?
23     A.  I don't know.  I didn't scroll all the way
24  down.  It looks like 59 pages.
25     Q.  Right.  So maybe when we're in front of the

Page 255

1  jury you will have been comfortably familiar with
2  the document when that occurs.  You won't have to
3  read the whole thing, then.
4          I don't have any questions about the
5  document.  I just wanted you to --
6          MR. KRAMER:  Shawn, I thought you had
7  questions for him.
8  BY MR. WILLIAMS:
9      Q.  I wanted you to acknowledge that you
10  drafted this e-mail on or around October 29th and
11  you sent it to Greg Joswiak with the attachment
12  that's -- that you're looking at.
13     A.  Okay.  If you're going to ask questions, I
14  want to finish reading it.  If you're not going to
15  ask questions --
16     Q.  I'm not going to ask you any specific
17  questions about this document.
18         I just wanted to know whether or not you
19  wrote it on October 29th, sent it to Greg Joswiak
20  with the attachment.
21     A.  Okay.  Yes.
22         MR. WILLIAMS:  I have no further questions.
23         MR. KRAMER:  Okay.
24         THE WITNESS:  Okay.
25         MR. KRAMER:  Before we go off the record, I

Page 256

1  need to designate this as highly confidential and
2  the deposition is over.
3          MR. WILLIAMS:  Thank you.  Have a great
4  night.
5          THE WITNESS:  Okay.  Thank you.
6          APTUS VIDEO TECHNICIAN:  All right.  That
7  concludes the deposition for today.
8          The time is 5:40.  We're going off the
9  record.
10
11         (Whereupon, the deposition was
12         adjourned at 5:40 p.m.)
13
14
15         --oOo--
16
17
18
19
20
21
22
23
24
25

**Page 257**

1    CERTIFICATE OF REPORTER

2        I, ANGELA T. KOTT, Certified Shorthand

3    Reporter, hereby certify that the witness in the

4    forgoing deposition was duly sworn to tell the

5    truth, the whole truth and nothing but the truth in

6    the within-entitled cause;

7        That said deposition was taken down in

8    shorthand by me, a disinterested person, at the time

9    and place therein stated, and that the testimony of

10   the said witness was thereafter reduced to

11   typewriting, by computer, under my direction and

12   supervision;

13        That before completion of the deposition,

14   review of the transcript [ X ] was [  ] was not

15   requested.  If requested, any changes made by the

16   deponent (and provided to the reporter) during the

17   period allowed are appended hereto.

18        I further certify that I am not of counsel

19   or attorney for either or any of the parties to the

20   said deposition, nor in any way interested in the

21   event of this cause, and that I am not related to

22   any of the parties thereto.

23        Dated:  March 21, 2022.

24

25        ANGELA T. KOTT, CSR 7811

**Page 258**

1    DECLARATION UNDER PENALTY OF PERJURY

2    Case Name: In re Apple Inc. Securities Litigation

3    Date of Deposition: 03/08/2022

4    Job No.: 10094760

5

6        I, KEVAN PAREKH, hereby certify

7    under penalty of perjury under the laws of the State of

8    _____ that the foregoing is true and correct.

9        Executed this _____ day of

10   _____, 2022, at _____.

11

12

13        _____

14             KEVAN PAREKH

15

16   NOTARIZATION (If Required)

17   State of _____

18   County of _____

19   Subscribed and sworn to (or affirmed) before me on

20   this _____ day of _____, 20__,

21   by_____,    proved to me on the

22   basis of satisfactory evidence to be the person

23   who appeared before me.

24   Signature: _____ (Seal)

25

**Page 259**

1    DEPOSITION ERRATA SHEET

2    Case Name: In re Apple Inc. Securities Litigation
     Name of Witness: Kevan Parekh

3    Date of Deposition: 03/08/2022
     Job No.: 10094760

4    Reason Codes:  1. To clarify the record.

                    2. To conform to the facts.

5                   3. To correct transcription errors.

6    Page _____ Line _____ Reason _____

7    From _____ to _____

8    Page _____ Line _____ Reason _____

9    From _____ to _____

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24   Page _____ Line _____ Reason _____

25   From _____ to _____

**Page 260**

1    DEPOSITION ERRATA SHEET

2    Page _____ Line _____ Reason _____

3    From _____ to _____

4    Page _____ Line _____ Reason _____

5    From _____ to _____

6    Page _____ Line _____ Reason _____

7    From _____ to _____

8    Page _____ Line _____ Reason _____

9    From _____ to _____

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   _____ Subject to the above changes, I certify that the
             transcript is true and correct

23   _____ No changes have been made. I certify that the
             transcript  is true and correct.

24

25        _____
               KEVAN PAREKH

**Highly Confidential**

Kevan Parekh                                                                    In re Apple Inc. Securities Litigation

**$**

**$20**  94:7

**-**

**--ooo--**  256:15

**0**

**00098612**  188:19

**00099**  175:16

**00118071**  217:22

**00125757**  228:4

**00150951**  133:18

**00162372**  150:11

**00163618**  200:14

**00163798**  253:16

**00198901**  52:24

**00198985**  86:6

**00199045**  232:5

**00199321**  193:6

**00199787**  250:13

**00280722**  70:25

**00284146**  141:19

**00347168**  239:24

**00474476**  226:14

**00474637**  221:7

**00503836**  207:25

**00516988**  109:5
115:16

**00603262**  43:16

**00631297**  161:25

**045**  235:17

**046**  234:5

**050**  237:1,2

**051**  232:13 237:6

**1**

**1**  42:11,13,15,20,21
43:14 95:3 143:24
176:25 185:1 249:2

**10**  26:2,3,21,22,25
27:10 28:20 103:5,
11 104:9,12 106:5
147:1

**10/16**  86:14 209:24
212:12,13,19,22

**10/19**  147:2 212:25

**10/23**  147:6 186:18
212:15

**10/26**  186:18 212:14,
15

**10/26/2018**  186:6

**100**  102:7

**10:05**  43:12

**10:15:18.pdf**  77:21

**11**  127:22 128:23
133:11 147:14

**11-day**  130:6,11

**11/11**  181:17

**11:05**  85:19

**11:18**  85:21

**12**  46:18 47:9 49:5
50:2 54:7 59:25 61:2
62:21 63:8,17 64:10
127:22

**1208**  7:16

**1298**  166:11,12

**12:18**  127:5,11

**12th**  48:23 49:11 50:7
53:19,22 66:24

**13**  54:7 141:15

**1301**  162:2

**13th**  53:19,22

**149**  146:13

**15**  43:17,18,21 44:10,
19 46:16 103:9,10

**15th**  71:25

**16**  52:20,21,24 53:3,
16 71:7,12 150:5
240:11

**169**  248:25

**16990**  109:6

**16th**  86:22 87:1,9
88:4 95:21 98:8
137:12 138:2 209:4
210:18,21,22 214:8

**17**  70:20,21,25 71:12
161:18

**17,000**  168:12

**17th**  80:21,25 86:11,
13,21,22 95:20

**18**  22:18 80:13 85:24
86:1,6,10,11 137:13
147:14 235:14

**18.5**  175:10

**18th**  127:18 132:16,
24 233:10,14

**19**  23:5,9,16,21 24:4
86:13 108:23,24
109:5 122:7 131:22,
24 134:9,11 143:1
154:14,15,19 155:4
157:9 177:9

**19th**  98:9 108:20
109:19 112:11,12

**116**:13 117:20
119:8,19 120:10,25
121:6,17,18 122:4
126:17,23 127:19
132:7 138:22
146:17,22 154:8,24
155:19,23 157:1,13,
21 158:5 159:15

**1:00**  127:8

**1:01**  127:13

**1st**  127:22 128:24
131:7

**2**

**2**  52:19 95:3 96:12
97:1,10 142:2,3
144:2 177:1

**20**  26:2,22 28:20
103:5,9 104:14
106:5 133:12,13,18
138:2 188:11 201:10
236:16 238:14

**2018**  15:25 16:1
22:13,22 33:24 34:7,
13,14,25 39:20 41:6
46:18 47:9 48:5
49:5,12 53:19 59:25
61:2 62:21 63:8,17
64:10 71:25 75:2
76:7 78:17 79:11
80:21 86:13 109:19
120:10,25 126:17
127:19,23 134:7
142:10 151:4 162:25
176:7 189:4 194:5
201:7 208:7 212:6
218:5,15 221:18
228:19 234:20
235:13 236:5 240:17
241:9 249:19 254:7

**2019**  24:23 54:8
128:3 134:22

136:11,12,14,15
243:18,25 244:9

**2021** 15:9 44:25 46:1,
6

**2022** 7:11

**20th** 132:16,24 134:7

**21** 141:15,16 142:8
193:2

**22** 150:5,6,11,24

**223** 175:20,21

**225** 175:20 184:18
185:24

**22nd** 233:9 234:6

**23** 161:18,19,25

**23rd** 138:23 142:10
146:18 147:4 153:11
186:24 187:11
233:17

**24** 175:10,11,16
184:19,20,21,22

**25** 188:12,13,18
221:2

**25,000** 57:9

**25th** 151:4 153:11,16
155:14,21 156:15
157:1,14,21 158:5
159:15

**26** 176:7 188:16
193:2,3,6 200:9

**26th** 153:20 154:13
160:19 162:25
176:19 177:20 178:9
182:5,20,22 185:10,
19 186:25 187:11
189:3,6 190:1 194:5
204:17 213:12
214:13,16 221:23
229:21

**27** 176:7 200:10,11,
14 206:20 207:16

**27th** 176:13,16 190:1
201:6 204:15,18
208:7 209:16 212:6
218:5 221:16,20,24
228:19

**28** 206:21 207:18,19,
20,25 208:6 223:20,
21 254:19

**28th** 218:4

**29** 217:14,15,16,21
218:3

**29th** 233:11,16 236:4
254:6 255:10,19

**2:19** 175:5

**2:33** 175:7

---

### 3

**3** 70:19 142:2,3 144:4
151:25 226:12

**3.1** 210:10

**3.2** 210:11

**30** 163:22 169:15,17
221:3,4,7,8 224:23
240:2

**31** 226:8,9 227:23
251:2

**31st** 240:17 241:8
249:19

**32** 227:22 228:1,4

**325** 193:7

**33** 227:21 232:8,9,10

**34** 239:18,20,24

**34,000** 114:7 167:12

**34k** 114:17

**35** 250:14 253:12

**36** 164:3,6,7 226:8
253:9,13,14,16

**378** 150:12

**3838** 208:1

**3:26** 207:10

**3:37** 207:13

**3:52** 60:1

---

### 4

**4** 234:10

**40** 253:7,11

**407** 234:9

**41** 232:5

**4149** 141:21 146:15

**43** 254:22

**4482** 226:15

**45,000** 168:13

**46** 250:13

**462,000** 167:13

**4:19-cv-02033-ygr**
7:8

**4:37** 239:9

**4:49** 239:12

**4:51** 88:5

---

### 5

**5** 85:24

**5.21.34** 142:13

**50** 169:15

**500,000** 230:1,24
231:11

**500k** 231:5

**53** 239:15

**59** 254:24

**5:00** 162:22

**5:40** 256:8,12

**5th** 96:15 99:13,25

---

### 6

**6** 251:9

**6.1** 103:17

**6.1-inch** 51:2,15

**60** 169:18

**619** 200:15

**62375** 150:17

**63618** 200:16

**63619** 200:16

**638** 188:19

**6988** 132:2

**6:02** 221:20

**6:09** 176:13

**6:39** 225:19

**6s+** 58:1

---

### 7

**7** 167:12

**7.1** 214:1,6

**7.9** 214:1

**701** 9:4

**71** 167:23

**7170** 246:22

**7186** 239:25

**722** 77:11,12

**723** 71:1

**Highly Confidential**

**73** 167:21 169:19 170:6 217:24

**73.1** 186:22

**73.2** 186:23

**75** 35:1 169:18

**758** 229:7,8

**76.5** 186:22

**761** 228:5

**794** 252:6,7

**798** 253:18

---

**8**

**8** 51:14 56:16 57:13, 14 58:7,20 108:23 134:16 163:23 164:10 166:5 167:23,25 169:19 195:3,9

**8+** 51:14 56:16 57:14 58:20 163:23 164:4, 10 166:5 167:23,25 169:19 195:3,9

**8/8+** 170:6

**817** 250:13

**856** 253:17,18,20

**8901** 53:7,8

**8908** 52:25

**8th** 7:11

---

**9**

**9** 114:14 132:2

**90** 33:24 34:7

**902** 54:23 55:6 57:6,7 59:23

**903** 56:15 58:23

**985** 88:3

**987** 100:3

**988** 86:8

**989** 113:15

**99321** 193:8

**99325** 193:10

**9:05** 7:19

**9:53** 43:9

---

**A**

**a.m.** 176:13 221:20

**ability** 11:5 117:2 122:2 212:4

**able** 10:11 12:17 44:16 58:4 99:21 165:5 194:25 211:24

**abreast** 227:1

**accelerating** 203:19

**access** 15:4,5

**account** 82:24 83:13 149:7 212:3

**accounts** 114:14

**accumulated** 249:14

**accurate** 102:5 186:22

**acknowledge** 255:9

**acronym** 51:18 52:17

**action** 16:4,10 45:10 111:14 181:25 218:18 220:24 225:14,15 248:13,15

**actions** 26:12,23 79:25 88:17 111:14 198:17,20 199:7,21, 23 219:24 221:1 222:13 225:10

243:14 244:25 245:21 250:10

**actions/contingency** 185:5

**activation** 32:8 33:4,5

**activations** 32:12,16

**active** 153:3

**activities** 42:1 203:15 204:7

**activity** 24:16 31:20 83:4,24 117:15 123:7 204:19

**activity,'** 248:6

**actual** 84:10 99:6,10 124:15 130:16 158:13 213:11

**adapt** 128:6

**add** 94:3

**added** 62:4,23

**adding** 248:8

**addition** 136:17 137:7 176:25 177:22 178:15 181:16 203:12

**additional** 96:12 97:10 219:25

**Additionally** 185:4

**address** 8:23,25 9:1, 3,4 241:19 243:9 245:21 249:24 250:10

**adds** 92:18

**adequate** 105:22

**adjourned** 256:12

**adjust** 47:13 66:11 84:21 99:11 117:2 128:6 164:11 170:25

198:19 199:21 230:16

**adjusted** 83:9 140:17 147:4,7 204:18 220:8

**adjusting** 54:13 141:12 187:17

**adjustment** 116:24 147:9,18,19 149:15, 24 205:3,5,15 206:5 223:7 224:14

**adjustments** 18:9,12, 16,19,21,23 19:4,13, 16,17,18 58:3 116:10 117:25 126:12 139:3,7,15, 17,18,22 140:3,4,14, 18,24 141:1 144:6, 17 152:17 158:10 160:12 180:22 181:2,4 187:7,17 188:2 189:25 205:9, 11,19 206:16 212:13,19

**admin** 14:19,20,24

**admit** 43:16 241:23

**adopter** 20:6,8,12,14, 17,24 116:20

**adopters** 156:4 192:9

**advertising** 203:14, 22 204:12

**affect** 11:5 72:23 73:21 165:14

**affiliation** 7:22

**aggregate** 76:18 110:24

**aggregated** 110:10

**aggressive** 59:7,13 94:1 202:9

---

Kevan Parekh

**aggressively** 201:19 202:6,18 203:13,22 204:5,12 238:17

**ago** 12:5 63:1 134:17 248:13 249:15

**agree** 33:23 34:6 158:3 159:13,24 160:3 185:9 195:25 208:22 220:21 241:12 243:23 244:6

**agreed** 7:18 73:9,15 215:15,23 216:3 220:10,13

**ahead** 45:20 51:25 58:6 67:8 74:15,16 75:24 86:7,9 98:1 102:24 104:4 121:3 163:6 176:17 180:24 204:3 216:22 240:8 251:11 254:16

**Ai** 142:9,24

**aim** 211:25

**Alex** 13:20 201:3

**Alex/amar** 201:19

**align** 217:19

**allegations** 15:17,21 16:24 17:2

**Allen** 8:9

**allocate** 145:8

**allocation** 38:20 82:5, 22

**allow** 30:25

**Amar** 201:3

**amid** 249:9

**amount** 28:17 29:4 30:25 94:3,5 106:4 116:21 144:1 170:21 183:12 188:4

**analysis** 74:23 91:13 101:24 111:10 134:23,24 202:5

**analyst** 68:2,6,8,10, 11,13,17 69:19 71:22 72:6 82:11

**analysts** 70:10,15 72:12,14

**analysts'** 71:20

**analyze** 110:14

**and/or** 145:15

**Anderson** 78:16 87:7 88:4 92:18 100:18 137:12

**Angela** 7:13 63:12 183:16 216:8

**angle** 242:24

**Anish** 162:14

**announcement** 12:21 17:7 18:11 64:20 65:10 83:11 127:23 128:7,11 129:16,20 130:11,17 180:25

**announcements** 187:19

**annual** 21:8,13,24

**answer** 10:5,6 17:21 36:22 45:8,11 55:20 65:3 66:18 70:12,14 75:25 111:19 112:6, 8 121:15 126:20 135:11 141:7 159:19 160:2,4 183:21 213:19 216:2,5,7,12, 19 231:16

**answered** 111:18

**answering** 138:20 184:6

**answers** 10:10

**anybody** 42:3 44:4

**ANZ** 248:7

**AOS** 115:1 155:5

**Apart** 87:14

**apparently** 96:25

**appeal** 20:7

**appeals** 20:5

**appear** 60:3 142:8 150:25 253:21

**appearance** 7:22

**appeared** 247:12

**appears** 59:25 91:7 186:17 237:8 246:24

**Apple** 7:5 8:11 13:13 15:2,22 21:3 22:15 33:6,24 34:7 35:17 50:14 51:1,6 52:10 53:18 56:4 63:8,18 72:9 80:10 81:6 115:2,13 116:14 122:6,24 123:13,21 125:2,5,12,25 155:11 166:22 234:23,25 235:5 236:22 237:8,9 250:4

**Apple's** 50:21 72:24 73:12,21 74:25 75:13 84:4 155:6

**appreciate** 112:9 118:23 123:9 184:9

**approach** 59:3 95:24 96:3

**approximately** 127:21

**Aptus** 7:3,14 42:12, 25 43:9,12,22 44:1,7 85:18,21 127:10,13 175:4,7 207:10,13

239:8,12,16,19 251:1 253:13 256:6

**area** 21:25

**areas** 23:22

**Ariel** 13:19

**article** 244:18,21,22 245:3,6 247:2,3,18 248:19 250:5

**Asia** 59:6 163:4,5 164:17

**asked** 45:3,5,7 91:14 119:14 121:16 134:23,25 135:5,8 136:22 138:11,12,21 156:23 168:1,5 170:15 182:16 183:8 196:25 219:23 225:21

**asking** 24:2,12,21 40:7 48:8 49:18,21, 23 50:20 63:6,15 64:9 66:22 73:9 74:15 84:14 114:22 118:12 120:6,17 122:5 123:9,19,20 125:1 132:18 135:16,24 136:2 137:6,25 139:21 140:2 145:14 147:16,17 169:9 171:24,25 180:17 187:13 196:17,19 197:8 202:21 215:4 229:25 230:6,24 231:10 232:25 233:4 238:20

**Asseman** 218:6

**assessment** 169:14

**assessments** 169:24

**associate** 245:19

**Highly Confidential**

Kevan Parekh

In re Apple Inc. Securities Litigation

**associated** 179:5

**assume** 47:18 100:11 103:8 105:16 119:11 195:24 241:10

**assumed** 135:6

**assumes** 96:12 97:10,21 102:12,20 104:13 105:13

**assuming** 96:14 99:3 103:8 247:17

**assumption** 102:18 104:12 105:13 107:20,25 112:5 119:20 128:10 212:19

**assumptions** 30:7 47:16 70:10 84:19 87:21 89:5 90:2,17 101:15,18,20 103:12,14 104:11,16 105:12 106:1,4,9,16, 18 108:10,11,16 126:25 135:7,17 136:2,10 137:19 140:13 149:11,22 152:11 153:9 168:6 177:1 178:16 183:3 188:5 190:7,11 204:23 210:19 223:13

**asterisk** 94:25 96:5,7, 8,9 100:5

**attached** 76:24 77:2, 23 201:21

**attaches** 142:12

**attachment** 77:15,18 142:14 255:11,20

**attend** 133:8

**attention** 54:23 55:5 57:5 58:22 72:20 77:11 113:14 146:12

234:5 235:16 246:22 252:5

**attract** 100:15 101:8 107:16 108:4,12 137:15

**attributes** 21:19

**audibly** 10:14

**audio** 7:17 56:19

**auto** 242:2,19

**availability** 124:20 157:18 172:8,20 178:25 179:11 209:19

**available** 17:6 30:20 64:21 65:12 102:11 105:11 122:4 153:17,19,20 154:12,25 160:25 161:9 210:16 212:21,24

**Avenue** 9:4

**aware** 32:11,15 72:12 73:5 83:3,16,18,21 166:25 219:13 235:5 238:18 250:8

**awareness** 194:19 198:7,21,23 203:25 229:17

---

**B**

**back** 15:8 38:13 43:13 44:24 47:19 48:18,25 49:8 59:22 63:12 65:2 84:17 85:22 120:21 127:8, 14,16 130:4 146:7 154:14 159:10 175:8 196:6 207:9,14 216:8 224:20 239:13 246:6 248:25

**background** 9:14

**bad** 32:4

**balance** 61:9 172:23

**balance.'** 60:14

**base** 123:1 177:2,24

**based** 16:2,9,11 27:19 28:6,9,23,24 54:13 58:4 60:15 61:25 62:6 81:11 84:20 91:7 104:10 110:6,20,21,22,23 121:25 122:3,8,16, 20,22,24 125:17 126:1 128:19 136:9 140:12 143:2 158:12 172:10 196:18,20 199:16 204:19,23 205:19 210:14 213:10 222:5,24 248:5

**basis** 97:23 122:12 131:20 174:18

**Bates** 43:16 52:24 54:23 55:5 58:23 59:23 70:25 77:11 86:6 88:3 100:3 109:5 113:15 115:15 133:18 141:19 146:13 150:11 161:25 166:11 175:16 184:17 185:24 188:18 193:6 200:14 207:25 217:21 221:7 226:14 228:4,11 229:7 232:5 234:5,9 235:17 237:1 239:24 248:25 250:13 252:6 253:16

**beat** 206:11 211:25 217:12 220:8,15 223:17 225:5

**beating** 223:4

**Beck** 162:16 218:16

**becoming** 59:4

**began** 108:19,20 213:12

**beginning** 31:22 48:10 58:23 213:22

**begins** 7:4 60:9 143:12 223:24

**behalf** 7:24 8:1,3,5,7, 9

**behave** 20:20

**behaves** 110:6

**behavior** 66:9 169:7

**behaviors** 210:4

**belief** 17:24

**believe** 15:18,21 17:1,3,7,22 19:6 23:10 27:18 37:9,19 46:3,21 59:20 61:3, 7,8 72:23 93:13 98:10 108:20 127:20 148:8 176:15 178:18 181:21 182:17 187:25 201:1 205:11 212:14 214:25 231:2 235:21 238:24 242:14 252:13 254:12

**believed** 155:24 156:6

**best** 9:23 27:16,23 29:11 30:5 50:20 85:8 89:21 90:5 158:16 220:1,6

**better** 17:19 156:16 182:2 198:5 205:23 206:3 217:10 220:18 225:7,10 232:3

**Index: associated–better**

**Kevan Parekh**                                    **In re Apple Inc. Securities Litigation**

246:19

**beyond** 96:13 97:10, 21 187:2 204:9

**big** 50:6 101:10 137:16 180:23 222:23

**Bill** 240:22 242:8

**billion** 94:7 186:19

**Bishop** 240:22 242:8 246:24

**bit** 10:19 11:16 19:9 37:2,4 56:20 94:10 114:3 116:6 150:18, 21 195:18

**black** 8:2 181:17 199:2

**Blake** 71:8,17 76:24 77:22 233:5

**blowing** 183:17

**blue** 175:17 229:11, 13 247:2

**blurry** 150:18

**BOB** 170:25

**bold** 213:25

**bolds** 210:9

**book** 37:14 97:14,19 119:15 154:9

**bookings** 113:12 115:1,14 155:12

**boss** 22:10,12,22

**bottom** 53:5 57:6,7 90:10 252:14

**bottoms-up** 89:3 110:1,8

**bought** 213:17

**break** 10:17,19 43:4 85:12,14 174:25

206:25 239:5

**breaks** 10:16

**Brian** 42:7 218:5 219:15

**Brian's** 235:25

**bring** 94:9 108:22 141:14 188:11

**bringing** 33:19

**broad** 242:2 248:5

**broader** 210:18 241:21 245:16,20

**broadly** 171:24

**buffer** 93:6 94:9

**build** 25:7,15,16 32:19 47:10 88:18, 22 89:7,8,11,14 90:14 203:25

**building** 54:7 89:2 136:5 151:8 198:7

**builds** 125:25

**built** 28:2,3 68:3 96:19 97:14 101:6, 18 103:12,14,18 106:16 108:11 136:10 137:19 154:9

**bulk** 233:16

**bullet** 57:8 88:17 89:1 90:8,13 91:23,25 92:13,19,20 93:5 94:15,21 97:11,15 101:25 102:9,13 103:7 104:19 114:24,25 163:15, 20,24 166:13 231:22 234:13,18,21 252:25 253:2

**bullets** 90:13 91:12 92:4 96:2 98:4

**Burke** 218:6 225:18

**business** 34:17 37:14 59:7 73:7 119:15 154:9 158:4 159:13 176:23 182:12,18 186:16 187:5

**busy** 14:19

**button** 156:9

**buy** 63:4 192:10 199:24

**buying** 62:16 107:4 210:4

___

**C**

___

**calculated** 167:17

**calendar** 15:5 22:12, 17,22 23:8 33:24 34:6 39:19 41:6 132:14,19,22,23 133:7

**California** 7:7,10,16 9:5 176:19

**call** 18:22 20:6 131:7, 16 147:24,25 210:5 222:3 246:17

**called** 137:11 138:1

**calling** 106:15

**cancel** 38:10,22 39:8

**cancellable** 38:18

**cap** 170:15

**capability** 232:24

**capture** 79:25

**care** 67:23 173:6

**careful** 237:18 243:19 244:3

**case** 7:7 9:10 11:24 15:17 16:21 25:7,15,

16 26:3,8,15 27:4,8, 13,14 28:1 29:3,9 44:24 45:2 88:18,23 89:8,11,14,18,23 90:7,14 91:19,24 92:7,10,12 93:15,24 94:9,10 100:8,10,14, 22 101:7,19 102:2,8, 9,10,12,20,21 103:8, 10,12,13,19,21 104:13,17 105:13,16 106:16,19 107:25 108:10,16 130:21 137:13,19 155:18 187:8 198:25

**cases** 59:7 82:2 110:25 131:11 145:6,7 173:11 192:1,13

**Casey** 142:10 151:1 176:9

**Casey's** 80:11 148:23

**cause** 152:7,20

**causing** 205:14

**caution** 238:21

**cautious** 236:13 238:10

**certain** 18:25 19:18 27:21 53:24 76:13 79:21 94:4 102:12 103:12 104:10 108:10 126:7 130:24 168:20

**certainly** 126:3

**certainty** 39:11

**cetera** 204:25

**CFO** 22:15

**chain** 12:20 96:16 99:14

**Highly Confidential**

Kevan Parekh

In re Apple Inc. Securities Litigation

**challenges** 234:15
246:5 250:7

**chance** 12:1 44:20
53:10,14 71:3 109:9,
11 133:21 141:23
150:15 162:5,6
175:23 188:22,23
193:20 200:20
208:4,20 218:2,8
221:11 226:17 228:8
232:14 253:23

**change** 28:11,14 85:7
147:13,23 148:7,17
149:21 152:25
153:15 157:12
158:6,19 159:4
160:14 173:17
183:21 185:10 188:9
206:10 211:2,11
212:17,18 222:19,22

**changed** 148:1 153:9
185:14 186:19,24
188:4,5 210:24
223:12 238:17
247:12

**changes** 44:10 83:17
94:21 111:1 140:7,8,
12 143:20,21 144:4
145:20 148:20,21
149:2,11,15 153:3
156:11 158:9,10,24
166:4 184:14 187:1
208:24 212:16
219:14 229:10,12
249:9

**changing** 140:13

**channel** 47:3 48:4,15
55:16,25 56:2,10
62:6,8,21 63:3 64:12
65:16 66:3 163:19

**channels** 62:9

**characterization**

148:24 154:17 182:8
220:22

**characterize** 50:25
61:9 66:10 108:9
128:17 147:9,12
161:7 179:22 196:23
197:18

**characterized** 32:3
152:24

**chart** 134:13 146:13,
16 150:17,20 205:4
254:20,21

**charts** 134:13 150:20

**chat** 43:25 44:2

**check** 132:19,21

**check-ins** 129:7,15

**chief** 247:11 248:7

**China** 33:25 34:8,16,
24 35:2 39:21,23,25
40:13 41:5,8,9,13,19
42:2,3 47:5 48:9
49:4,15,20,21,24
50:1,5,14,22 51:3,6,
13 57:14,19 58:13,
19 72:23 73:6,14
74:21,25 75:9,14
76:4,12,17 80:14,22
84:4,5,15,25 100:15,
23,24 101:13 102:4,
16,17,19 103:16,22
105:10,14,17
106:12,21,24,25
107:7,15 108:4,15
125:3,6,18 126:2
136:18,23 137:7,10,
14,21 138:6 139:8,
10,16,19,23 140:5,8,
25 143:19,25 144:3,
8 145:2,15 146:3,8,
23 147:1,7,18 148:9,
13,17 149:16,24
152:4,6,21 156:17

157:3,8,12,25 158:1,
4,6,22,25 159:5,14,
21 160:1 166:16
167:6 169:1,8,14,23
170:11,12,14,19
172:16,22 173:2
181:17 188:25
189:23 195:6
196:15,16,17 197:9
201:10,17,19,25
202:7,9,14,18,20
203:16,20 219:16
226:21,24 229:24,25
230:17,23 231:10,
14,18,21,22,25
232:24 233:1,20
234:1,15,16,19
235:6,7,12,21,25
236:14,15 237:14
238:11,17,22 241:1,
5,15,17 242:12,22
245:18,25 246:25
247:4,5 248:1,7,18,
20 252:10,23,24

**China's** 58:21 247:6
248:5

**Chinese** 75:2

**choose** 173:24 235:1

**Christmas** 181:18

**circumstance** 130:4,
20 131:2

**circumstances** 82:22
85:4 130:24 182:19

**clarification** 67:7
123:10 149:3 194:15

**Clarified** 61:18,24

**clarify** 9:25 20:13
21:4 52:1 55:23 68:7
69:9 101:14 103:20
109:22 111:21
112:5,6 120:5
123:17 129:9 136:2

138:3 145:19 156:20
157:5

**clarifying** 136:4

**clarity** 220:15

**clear** 9:23 24:20
50:17 52:11 55:21
61:22 66:7 71:15
74:5 118:24 123:11
184:6 210:23 211:4
231:12 243:11

**clearly** 111:20 238:2

**click** 44:2,5 53:1
109:1 175:18

**clickable** 44:6

**clicking** 109:3

**client** 248:7

**clippings** 150:21

**closely** 60:14 131:12

**closer** 62:6,14 63:3,
10,20 64:12 66:4

**CM** 170:10

**co-leads** 218:16

**cognizant** 250:8

**colleague** 8:9 39:20
47:23

**colleagues** 13:15
14:15,16 174:12

**collecting** 230:11

**collective** 251:20

**collectively** 92:4

**color** 40:25 56:9
164:24 195:24
232:23

**colors** 165:25 191:8
199:1,3,5

**column** 143:2

**columns** 186:7

**come** 19:6 31:20 60:14 69:12 81:9,10 95:2,18 96:16 99:14, 23 100:1 104:10 105:18 127:8 156:4 165:25 181:20 188:2 192:9 216:25 219:23

**comes** 96:15 99:5 122:12

**comfortable** 156:12 223:4

**comfortably** 255:1

**coming** 28:15 32:2,5 64:4 97:12 98:12 113:20 128:20 150:21 174:22 175:18 182:5 192:5 225:8 245:11 249:3

**comment** 61:18,25 62:7 208:21

**commentary** 250:22

**comments** 10:11 195:25 244:17

**commercial** 41:25 42:1 125:9

**common** 40:11 47:20 79:6

**communicate** 37:15 40:12

**communicated** 202:1,14,22 203:2

**communicating** 235:6

**communication** 237:12

**communications** 233:19

**companies** 21:17

56:3 249:13

**company** 47:11 57:18 58:12 60:21 62:19 64:10 119:9,25 120:9,24 160:21

**company's** 54:7

**comparable** 195:10

**compare** 90:1 191:14,18 195:7 207:22 227:13

**compared** 134:16 164:14 169:19 170:6 186:18 209:23

**compares** 90:7 91:25 92:2

**comparing** 51:12 146:16 195:18 237:24

**comparison** 164:9 166:8 167:25 168:1 197:16 198:10 212:12 236:16 237:18

**comparisons** 134:20 191:24 192:12 195:20 209:3

**compete** 167:2,3 197:10

**competition** 196:9

**competitor** 166:17,24

**competitors** 204:6

**complaint** 16:3,10, 12,15 45:4,10,25 46:4

**complete** 11:2

**completely** 118:20 173:16 206:10

**component** 205:11

**computer** 109:20

**concept** 26:6

**concepts** 25:3 170:2

**concern** 202:22 203:3 242:11

**concerned** 197:22 198:2,6,12 201:18 202:2,15,17 246:15

**concerning** 37:24 62:20 64:12 66:4,23 86:25 134:9 190:18 191:21 201:14 208:23 211:20 214:11 238:21

**concerns** 197:17 198:14,16

**concludes** 256:7

**conditions** 233:20 240:25 241:1,14 248:8

**confidence** 243:17

**confident** 217:11

**confidential** 256:1

**confirm** 38:25 201:20 248:5

**confirming** 220:17

**conjunction** 236:17

**connection** 46:10 242:7 250:2

**Conroy** 131:6 133:12 134:6 142:9 151:2,6 162:13 168:2 176:8 182:4,11,17 204:18 208:7,17 219:4 223:8

**conservatism** 93:15

**consider** 20:15 36:5, 16,24 68:3 70:3,13

85:5 124:22 126:4 166:21,22 168:16, 18,23 169:10 199:24

**consideration** 18:8 23:23 32:20,22 40:24 57:23 69:12 70:4,17 74:18 81:15 82:19 83:6,8,22,25 84:1 124:9,25 125:21 138:6 145:24 158:14 160:16 165:19 169:6 174:7 176:24 177:17 178:14,17 179:3,13, 24 180:7 181:11 182:25 183:2,4,9,14, 19,24 184:2,10 185:17,22 187:15 190:14 197:23 206:1 215:1 234:2 239:1 243:7

**considerations** 28:15

**considered** 50:9,13, 21 51:5 63:1 70:9 80:13 124:22 190:10 230:4

**considering** 58:7

**consistent** 21:17 39:15,16 62:9 152:15 194:13

**consistently** 199:15

**consolidated** 251:23

**constantly** 38:9 47:13 84:20 97:12 119:20 139:14 141:12 155:18 180:22 187:17

**constitute** 35:11

**constrain** 50:8

**constrained** 48:10 49:10,14,17,19 50:1,

4

constraint 30:20,22, 24

consumer 67:14,18, 23,24 68:11 72:22 73:6,20 74:5,21 75:12,17 76:3 84:1, 4,8,18,22,25 89:25 96:14 98:12,15,22 99:1,4,10,20 105:22 111:1 119:24 120:2, 11 121:2 161:13 191:4 192:11 243:16

consumers 98:20 115:4 118:2 166:17 191:18 197:4 225:8 238:14 250:3

contemporaneously 227:1

content 113:9

context 26:18 30:23 31:8,13 35:20 36:23 37:4,20 38:3,4,14,21 39:6,15 40:7 50:18 56:9 69:23 74:12 107:10 119:4 193:18 202:16 215:25 216:16,20 244:7

continual 97:23

continually 128:19

continue 10:24 173:22

continued 87:20 234:19 245:12

continuing 128:6

contradiction 149:3

control 200:3

controller 41:9,18,21 203:6

controls 41:25 42:1

conversations 84:11 190:23

convey 91:13

conveyed 238:12

Cook 55:8,11 56:12 60:4 71:9 79:8 84:24 87:3 88:11 92:23 129:4 132:15,24 134:5 138:21 151:1 162:14 168:1 176:8, 14 179:1 208:8,18 209:13 218:23 219:5 221:22 222:15 224:18 238:9,20

cope 245:15

copied 71:17 72:3,5 194:2

copy 71:9 190:4

copying 142:9 151:1 208:8 218:6

corporate 42:19 80:11

correct 46:18 52:5 56:5 66:19 81:20 86:24 95:6 113:25 114:2 122:25 123:15 128:10 132:3,10 135:14 136:23 137:4 138:13 162:16,18 180:11 183:9 186:10,14 192:23 194:11 202:15 205:3 209:17 212:25 213:1 214:7,16 216:13 220:11 222:22,25 224:19 236:8 240:19 252:11,12,19 254:10,11

correctly 93:13 102:7 159:7 189:15

correspond 40:2,4,8 41:10,13

corresponded 39:19

correspondence 48:18

counsel 7:21 11:10 13:12 16:13

count 34:15

countries 89:19 90:6 251:17

country 89:22 158:20 169:12 195:4

country's 139:13 247:13

couple 11:12,13,22 12:8 13:3,5 58:23 71:20 136:16 157:5 205:18

course 174:21 184:15

court 7:7,13,14 9:19 16:20

cover 68:8 72:14

covered 89:23 90:23 91:20 92:8 233:6

create 27:18 40:21

created 252:1

creates 123:13,21

creating 128:2

critique 23:14 24:3,6, 25

critiqued 24:22

cross 56:7

cross-functional 183:3

CU 170:13

Cupertino 7:10 80:2, 4 251:23

current 47:4 49:24 59:4 97:18 102:3 103:21 134:13 170:16 206:5 219:22 241:13

curve 195:21

curves 110:6

customer 32:8,11,16 72:9 116:9,23 121:7, 9,19 122:1,9,17,20 126:18 154:5 157:10 210:4 252:15

customers 20:7,9,12 33:11,12,19,21 58:7 65:22 84:11 113:6 121:7 154:24 161:1, 9 165:23 172:20,22 181:25 192:5 194:24 197:6,14 198:3,8,9 199:2,12,17 213:15 216:25 236:22

cut 74:16 204:3

cutting 56:19 57:1 199:24

cycle 161:16 181:13 197:6 234:24

cycles 222:12

D

D3x 95:2,11,12

daily 128:25 129:1,5, 7,8,12 130:19,21 131:20 178:10 227:11

Dan 7:25

dash 229:24

data 126:24 127:2 155:10 157:11 158:21 165:3

Kevan Parekh

168:18,20,22,25 169:5 171:14,15,19, 20,21 172:16 173:16,21 174:6,17 178:4 181:12 188:1 190:15 192:24 199:8 205:18 211:18,20 222:25 224:12 242:12 248:9 249:18,21,25

**date** 18:17 48:25 49:2 64:13 66:5 98:8 130:17 139:2 142:13 146:10 157:17 194:7 197:24 204:20,25 205:20 210:16 240:19 254:14

**dated** 71:25 86:11,12 127:18 151:4 176:13 208:7 218:4 254:6

**dates** 210:15

**daughter** 55:1

**day** 121:18 129:14,19 130:7,10 131:11,15, 18 154:25 160:20,21 161:4 162:22 163:1, 3,5 164:19 165:3 171:13,19,21 172:8, 20 173:9,16 174:3,8 178:20,23,25 180:23 181:1,17 185:10,14, 17 187:5 188:1,16 189:1,5,6,19 190:15 194:16 199:7 209:17,18 211:10, 18,20 212:7,10 213:11,14,17 214:12,15 222:24 223:9 226:12,24 227:4,13,14,16,18, 19 236:18 239:5

**day's** 165:11 171:13, 15 173:8 211:11

**days** 127:22 128:20, 23 129:19 130:5 131:6,15 160:9 168:2,12 205:18 233:7 236:7,9

**de-risk** 19:8 212:3 217:5 224:14

**de-risked** 206:11 223:3,14,16 224:11 225:4,9 246:17

**debates** 182:14 183:3

**decay** 31:3,4,16,25 32:2,3,4 227:16,19

**decaying** 49:4

**decays** 60:13,22 61:5,10

**decent** 245:24

**decision** 87:22 166:19 173:14 198:4 234:24

**decisions** 243:12

**deck** 222:14 224:19, 25 225:12

**decline** 160:8 243:17 248:6

**declined** 158:4 159:14 235:12,13

**declines** 242:3

**declining** 76:17

**decrease** 66:14 152:8,21

**decreased** 210:10 213:25

**deep** 242:2

**deeply** 136:18,23 137:7,21

**Defendants** 8:10

**defer** 37:21

**define** 36:19 147:22 160:24 161:3

**defining** 66:8,15

**definitely** 26:10 125:14 139:3 144:10 145:22 191:2,11 205:10

**definition** 148:3,6,19

**deliver** 29:12

**Deltas** 209:22

**demand** 23:6,15 24:4, 23 25:6 28:22 29:1,3 30:6,9 31:1,18 32:18 35:16,21 36:4,6,9, 16,24 40:13,21 41:13,23 47:10 49:3 57:12,19 58:3 60:22 61:10 63:9,19,23 64:2,11,22 65:12,21 66:2,8,10,15,23 67:2,12,14,16,18,20, 23,24 68:3,4,14,21 69:13,23 70:10 72:9, 16,22,24 73:6,12,20, 21,23 74:5,18,21 75:12,17 76:3,11 78:19 80:13,22 81:7, 9,11,16 84:1,4,8,14, 18,22,25 89:25 90:10,23 92:11 96:15 98:12,15,22 99:1,4 100:14,15,22, 23 101:7,13 102:3,4, 16,17,19 103:16,22 104:13 105:10,14, 17,23 106:4,6,8,12 107:2,21,23 108:13 110:4 116:9,10,23, 25 117:1 118:2 119:24 120:2,11 121:2,7,9,19 122:1, 9,17,20 126:7,10,18

128:13 129:4 137:14,19 139:9 145:3,7,16,22 153:1 161:13 164:13,17 168:16,23 169:10, 11,12 170:4,19,22 171:4,6,8,11,12,25 172:4,5,6,9,17 173:3,7,17 180:5 184:3,4,10,12,13 187:10 192:21 195:22 197:24 204:19,24 210:11, 14,19 211:3,6,7,10, 21 212:8 213:4,8 214:11 223:12 230:14,15,24 231:11,13,14,16,17, 19,21 233:1,2 237:12,13 238:6,7

**demand-related** 210:25

**demands** 58:21

**demo** 199:1,4

**Dennis** 218:6 221:18 225:18

**depend** 38:2

**depended** 34:12

**dependent** 91:3

**depending** 31:8 36:11 40:7 82:7 83:4

**depends** 29:17 31:13 34:14,18 35:20 36:8, 18 37:19 50:11,24 51:11 52:13,16 70:5 74:12 82:2,18,22 85:4 123:6,25 124:11 130:3,13,20 131:1 141:9,10 147:22 148:3,19 160:24 174:1 182:19 195:4 197:17 198:1,

Index: date–depends

Kevan Parekh                                                    In re Apple Inc. Securities Litigation

5,11

**deposed** 9:10 42:19 44:24 45:1 46:1,6

**deposition** 7:4,9 11:9 12:2,6 16:6,17 42:17 46:10 86:19 142:19 176:4 186:2 256:2,7, 11

**describe** 21:14 41:15 104:20 181:9

**described** 16:25 20:15 89:12 104:24 142:13,14 149:8 182:4 201:15 247:21 248:24

**describing** 101:17 103:14

**description** 31:16

**Deshmukh** 8:4

**design** 156:8 195:12

**designate** 256:1

**designee** 42:19

**despite** 246:5

**detail** 113:3 176:25 227:16

**detailed** 70:15 113:17 142:2 229:12

**details** 139:13 153:13 178:15

**deteriorating** 235:7

**determination** 81:3 199:13

**determine** 231:8

**develop** 29:18 83:8 127:1

**developed** 92:12 108:10

**developing** 91:23

**development** 138:19

**development.'** 248:22

**device** 154:25

**difference** 29:6,7 49:11 109:25 156:7

**differences** 35:8 230:20

**different** 14:3,4,5 17:24 21:18 23:19 36:1 40:5 52:11 59:14 69:10 74:17 76:2,12 89:19 90:6 91:14 96:3 97:18 106:1 118:25 123:2 124:19 125:23 140:10,11,21 141:11 151:13 169:3 170:2, 7,24 171:20 182:11, 18,21,23,25 183:1 184:13 187:8,16 199:5 204:23 224:15 230:21 239:1 251:21

**differential** 198:11 202:18

**differently** 20:21

**difficult** 59:4

**difficulties** 249:14

**digesting** 234:24

**digit** 234:20

**digits** 147:24 148:2

**dimensions** 21:18

**direct** 54:22 55:4 57:5,14 72:19 77:10 146:12 222:4 235:16 236:16 240:5 246:22 252:5

**directing** 58:22 234:4

**directly** 78:22 129:18 197:7 225:19

**disagree** 73:2,4 148:23 160:3 214:23 215:8 220:21 224:7 226:3 243:23

**disagreed** 73:10,15

**disagreement** 215:12

**disaster** 222:12,18

**discern** 231:21

**discussed** 14:11 87:16,18 104:21 170:2 245:6

**discussing** 12:13

**discussion** 28:4 34:21 67:6 241:16

**discussions** 79:13 96:17 99:15 174:17

**distinction** 20:24 111:13 172:13 211:1,23

**District** 7:6,7

**divided** 229:4

**document** 38:24 39:3 42:10 43:15 44:21, 23 53:3,9,15 55:5 58:11 64:7 71:2,4,6 77:5 86:3,16 87:14 109:7,9 132:5 134:2 141:22,25 144:21 146:14 150:9,14 151:23 157:9 162:4, 8,9 175:22,25 176:1 184:18 186:1,5 188:24 189:23 193:12,21 194:1 200:18,21,22,23 207:5 208:11 217:25 218:9 221:13 226:11,19 228:6,10,

13 232:13,19 240:3, 14,15 241:8 242:17 243:8 245:8 250:16 251:10,14,15 252:3 253:24 255:2,5,17

**documents** 11:23 12:8,11,18,22 13:1 14:1,3,6 16:20 25:4 109:15 127:18 142:18 162:10 176:3 181:22 208:14 218:11 252:11

**doing** 30:9 106:25 116:23 134:20 138:7 232:2 254:18

**dollarized** 143:10 151:14

**dollarizes** 177:13

**dominated** 128:12,17

**Donal** 131:6 134:6,12 142:9,24 151:2,6 162:13 176:8 182:4, 10,17 194:13,16 204:18 208:7 209:12 219:4 223:8

**Donal's** 131:9,12,15 143:8 151:12 183:1

**door** 175:13

**dotted** 115:21

**double** 148:2 234:20

**Doug** 162:15 185:4 218:16 221:18

**Dowd** 7:24 8:1,3,5,7

**download** 141:25

**downward** 18:19,21, 23 19:15,17 139:3 140:14,18 205:2,5, 15 206:4 222:20,22 223:7 245:13 249:10

Kevan Parekh                                   In re Apple Inc. Securities Litigation

| | | | |
|---|---|---|---|
| **draft** 54:1 55:8,10,13, 15 60:4,11,17 208:17 | 21,23 48:1 53:4,18 55:8,10,24 59:25 60:8 61:8,15 71:7,25 | **187:18 220:16** | **equal** 144:16,19,24 |
| **drafted** 255:10 | 72:4 73:25 77:2,14 86:11,12,22 88:4 | **easily** 72:23 | **equally** 140:7 144:14 |
| **drafter** 53:23 | 95:22 96:23 109:12, | **economic** 233:20 234:17 240:25 | **equating** 139:17 140:2 |
| **drafts** 208:20 | 18,23 129:11,18 130:10 132:5,6 | 241:1,5,17,22 242:12 243:9 245:7, | **equity** 68:8,10,13,16 70:9,14 |
| **Drance** 162:15 201:3 | 134:5 137:12 138:2 | 12,16,20 246:5 | |
| **drive** 117:1 219:25 220:25 | 142:8 149:1,9 150:3, 25 154:22 155:2,8 | 247:13 248:6 249:22 250:6 | **especially** 203:16 |
| **driven** 57:12 61:10 | 162:13,20 176:7,12 179:2 186:13,15 | **economist** 247:11 248:7 | **estimate** 27:16,19,23 81:7 104:5 |
| 116:8 119:23 120:1, 11 121:1 126:18 | 194:4 201:2 203:9 208:6,18,22,23 | **economy** 75:2 234:1, | **et** 204:25 |
| 145:7,21 149:25 152:1 153:1 158:7 | 209:2 218:3,23 219:18 220:5 | 15 235:7 244:23 245:11 247:6,22 | **Europe** 59:6 140:9 143:18 144:1,3,12 |
| 192:8 206:10 210:10 211:3 214:1 | 221:15,19 224:20 227:6 232:20,22 | 249:3,8 | 152:18 176:16,22 202:10 203:14,16,20 |
| **driver** 205:6 | 233:8,10,13,14 234:7,8 236:4,24 | **ecosystem** 33:6,19 | **evaluate** 21:7 32:18 |
| **drives** 67:24 199:6 | 240:18 253:22 254:3,13 255:10 | **Ed** 79:2,4,7 194:2,12 195:23 196:5,18 | 33:14 39:15 126:11 |
| **driving** 107:21,23 158:19 223:7 | **e-mails** 14:18 53:24 | **edits** 60:5 | **evaluated** 22:22 |
| **drop** 234:20 | 72:5 119:18 | **Edwin** 41:9,12 203:6 | **evaluating** 59:8 |
| **drove** 153:14 159:4 | **earlier** 16:5 19:25 61:8 72:12 80:8 | **effort** 251:20 | **evaluation** 23:4 24:15 |
| **Du** 235:19 | 168:3 188:1 192:9 194:14 238:16 246:7 | **either** 9:24 99:9 224:7 | **evaluations** 21:18 23:24 |
| **dual** 22:14 50:6 107:8 232:24 | **early** 15:24 20:6,8,17, | **element** 98:15 | **evening** 209:22 221:23 |
| **due** 18:24 139:6 145:2,15 146:3 | 21,23 49:9 63:24 64:19,20 65:9,10 | **elements** 40:5 | **event** 160:21 179:5 |
| 156:18 181:4 205:15 206:5 234:10 | 80:20 81:2 85:8 89:25 90:1 116:20 | **EMEIA** 114:14 | 182:5 185:5 187:14 |
| **duly** 8:14 | 156:1,4 161:15 164:24 174:18 | **encouraging** 244:24 | **events** 12:20 185:9 187:22 219:1 |
| **duties** 29:15 | 181:12,19,20 192:8 198:18 199:20 206:9 | **ends** 132:1,2,5 171:4 | **evolved** 157:20 169:8 |
| **dynamics** 59:14 61:7 83:4 188:7 | 215:20 217:2 221:24 246:3,16 | **entire** 60:8 102:8 173:7 174:2,9 | **evolving** 154:11 227:12 |
| **dynamism** 248:20 | **earnings** 12:21 15:24 | 212:17 223:6 | **exact** 13:24 46:9 |
| | 17:6 18:10,22 75:1 127:23 129:20 | **entities** 56:3 | 47:25 218:25 |
| ——————— | 130:11 131:7,16 | **entitled** 10:4 | **exactly** 25:11 31:12 |
| **E** | | **environment** 241:17 245:7 249:22 | 35:7,14 37:21 45:5, 13,21 46:8 48:17,24 |
| ——————— | | **envision** 189:8 | 49:2 50:7 102:15 139:2 140:16,20 |
| **e-mail** 15:4,6 46:17, | | **EOH** 100:14 | 146:9 152:12 153:7 |

157:19 168:7 174:16
181:1 185:13 203:10
209:17

**EXAMINATION** 8:18

**examined** 8:15

**example** 12:16 18:3
20:22 25:25 26:21
27:1,3,10 28:19,20
31:18,24 33:20
36:14 70:7 76:15
94:6 103:4,11 104:9,
12 107:22 110:2
140:6 148:1 160:15
227:14 235:10

**examples** 198:25

**excerpting** 246:25

**exchange** 53:19,24
86:12,22 109:18
176:7 194:4 201:2
232:22 233:6,11,14

**excited** 160:25 161:8

**excitement** 194:19
195:16 229:17 238:4

**executive** 78:9 114:4
162:22

**exhibit** 42:13 43:14,
17,18 44:10,13,19
46:16 52:21 53:3
70:21 86:1 108:24
131:24 133:13
141:16 144:20 150:6
152:12,16 154:14,15
155:4 157:9 161:19
175:11 188:13 193:3
194:14 200:11
207:20 212:15
217:16 220:19
221:4,8 226:9 228:1
232:10 239:20
250:14 253:9

**exhibits** 191:16

223:21 238:15

**expect** 10:17 116:4
157:21 232:25

**expectations** 30:1
113:21 160:8

**expected** 17:17,19
97:17 103:17 116:1,
5 155:15,25 158:4
159:13 189:17
194:23 205:16 206:5
215:18

**expecting** 101:8
156:13 159:21

**experience** 69:14,17
125:17 126:1,4,7

**experiencing** 40:13
56:21 57:18

**explain** 30:3 69:8
78:24 91:11 102:25
104:3,16 107:18
137:18 160:6 173:6
202:23

**explained** 16:13
72:11 192:17 223:8

**explaining** 59:14
101:6 102:7

**explanation** 39:16
104:1,2 107:2
108:13

**exposed** 249:15

**extent** 9:24 50:7
119:25

**externally** 211:24
217:6

**extreme** 214:19 215:7
224:3

---

**F**

**face** 156:10

**face-to-face** 129:12

**fact** 14:12 18:9 19:10
191:3 192:7 202:2
206:14 223:3 232:2
238:14,16 245:12

**factor** 33:20 85:4
107:7 156:8 192:20
195:9,11

**factored** 17:23
126:23 146:9 177:21

**factoring** 205:21

**factors** 17:16 28:9,
11,13,14 30:24
32:21 70:4 74:18
81:15 83:7,25 84:20
110:7,22 125:23
126:12 145:10,21
153:1,12 165:20
174:20 183:7 187:16
188:3 238:19

**factory** 38:8 248:1

**facts** 11:5 12:12 14:8
17:12,13,15 18:17
235:7 244:8

**factual** 242:18 243:1

**fair** 22:2,21 27:4
28:12 39:18 44:25
49:3 51:17 53:20
54:6 58:10 60:17
75:24 76:6,25 80:12,
20 84:3,13 97:5
119:8,24 120:8,23
121:15 127:25
128:22 129:3 133:24
134:10 135:2 136:22
151:6 176:6,12
180:18 201:25
204:15,17,21 206:18
214:10 225:19
233:22 235:4

**fairly** 135:15

**fall** 72:24

**fallout** 247:14

**familiar** 9:15 31:2,4,
32:8 255:1

**family** 14:15,16

**fans** 234:23

**far** 18:18 73:22 91:13
153:14 197:17
211:25 240:10

**features** 166:6 183:6
198:5,8,22,24
203:23 204:8

**fed** 251:22

**feed** 151:15

**feedback** 60:15 64:16
65:5 116:18 118:18
163:18 166:14,16
190:18,24 191:1,13,
20 194:8,11,13,18
196:23 197:4,6,9
198:19 199:6,20
203:11 233:25 239:2
242:25 244:18
251:22

**feel** 75:1 81:1 189:16
217:11 220:15,17
242:6 243:3

**feels** 115:25

**felt** 19:12 103:17
106:17 164:20
191:9,17 204:13
205:22,25 206:13
223:4 244:25

**female** 14:22,23

**Fenger** 162:16 218:4,
14,22 219:9,13,21
234:7,8

**Fenger's** 251:22

**Fernandez-kopec**

7:12

**fifth** 96:8,9 223:24

**figure** 39:3 195:21
198:2

**file** 188:15,20

**filed** 7:6

**final** 166:19 233:10,
15

**finance** 15:11,13,14
79:3 247:10

**financial** 41:25
241:14

**financials** 27:18

**fine** 8:11 42:20 108:3
118:20 119:7 171:23
184:10 215:4

**finish** 55:20 67:9
75:25 98:1 124:5
251:10 255:14

**firm** 38:7,17 39:10

**first** 8:14 16:5,17 34:4
42:17 50:5 51:2 53:6
60:9 72:20 75:16
77:19 88:2,16 89:13
90:13 91:23 92:18,
20 93:5 94:25 100:5
102:6 107:6 132:2
138:11 150:16,17,23
154:25 155:24
163:7,20,24 164:19
165:3,11 172:20
173:9 176:12 189:5
191:3 195:8,13,14,
17 219:18 221:19
228:21 234:13
235:17 236:18
242:10 243:24 245:6
251:10 253:21

**fiscal** 23:7,9,16 24:4,
23 54:5 76:15

134:11 136:14,15
177:8 235:14

**five** 148:7,18 160:7

**five-point** 147:23

**flagship** 166:18
195:14 236:17

**flooded** 236:19

**focus** 169:2 203:24

**focused** 149:1

**followed** 111:10
143:17

**following** 45:8 143:21
161:4 220:1 226:5
234:11

**follows** 8:15 63:14
65:4 120:22 159:12
216:14 222:9

**forecast** 23:6,21
24:13 25:10,17 28:5,
22 29:6,11,16,20
30:5,11,16 32:19,22
36:20 37:15 47:10,
12 52:7,8,12,14
54:11,13,20 55:13,
15,24 56:8,9 59:16,
18 60:12 69:23
70:10 79:19 80:23
81:16 83:8 87:21
88:25 89:3,16,18
90:24 91:2,4,5,15,24
92:11 93:24 95:14,
16,17 96:4,19,22,25
97:13,21 100:24
101:14,19 102:3
103:19,21 104:5
105:12,20 110:1,5,
13,20 111:9,14
116:8 117:6,12,14
119:13,16,23 121:17
122:13 123:6,8,25
124:12,13 125:22

126:5 128:7,13,18
129:2,4 130:15
133:4 134:9,11,14
135:6,7,17,20 136:6,
10 138:5,6,19 139:1,
4 140:20 141:13
144:7,22 149:10,12
151:8,13,15 153:4
159:23 160:1 161:6
168:6 170:25 172:6
174:3 177:9 180:24
185:3,11,13,18
186:18 187:9 188:9
190:1,7 204:18,23
205:10,19,25
206:11,12 211:7,11
212:3,13,20 219:14
220:16,18 221:23
222:6 223:3,15
224:11 225:5,9,11
231:25 234:10
246:18

**forecasters** 78:19

**forecasting** 23:15
24:4,24 25:7 79:7,13
208:25

**forecasts** 29:18,25
40:21 41:24 52:12
59:12,13 68:4,21
70:15 72:17 74:19
80:15 101:24
110:19,21 116:14
117:16,21 118:1
119:10 120:1,9,10,
24 121:1,5,24 122:6,
16,23,24 123:1,13,
21 124:2,7,8,14,15,
25 125:16 126:1,16,
22 127:1 138:22
140:18 146:17,18
152:25 160:12
173:17 180:1 181:23
187:18

**form** 17:20 19:2

20:18 21:15 22:8,23
23:17 24:8 25:8,23
26:16 27:5 28:8 29:8
30:2 31:6 32:10
33:16 34:2,10 35:4,
18 36:7,17,25 37:8,
18 40:14,22 41:7,17
42:5 45:14,19 46:2,7
47:22 48:6,16 49:6
50:15,23 51:7,24
54:9 55:9 57:21
58:14 60:24 61:19
62:11 63:11,21
64:14 65:18 66:6
67:1,21 68:5,25
69:21 71:21 72:10
73:3,17 74:2,11
75:7,15 76:8 77:4,8,
25 78:8 79:9,15
80:16,24 81:13,21
83:2,15,23 84:6,16
85:2 88:12 90:11,25
91:10,21 92:9,24
93:18 96:20 97:3
98:13,23 101:1
102:22 104:25
106:14,22 107:7,17
108:6 110:16 111:12
114:11 115:7 116:16
117:22 118:9 119:2
120:3,12 121:3
122:10 123:16,23
125:4,19 126:9,19
128:4,15 130:12,25
132:17 135:3,13
136:24 137:5,17
138:24 139:20 141:2
144:9 145:4,17
146:5,19 147:11,21
148:14 149:18 150:1
151:10 152:9,23
153:23 154:18
155:7,16 156:8,19
159:16 160:10,22
164:18 165:17
168:4,17 169:25

171:17 172:18 173:4
174:5,14 177:10
179:6 180:12,20
181:7 182:6,13
183:22 185:20
187:12,24 189:10
190:2,12 191:22
195:8,11 196:10
197:25 202:24 203:4
205:8 206:7 209:1
211:13,16 213:5,13
214:14,24 215:10
219:7,8 220:12
223:1,10 224:9
227:8,17 230:5
231:1 233:12,23
237:15 238:23 241:2
242:9 243:5 244:13
245:4 246:9,13
249:20

**format**  105:6

**formerly**  235:20

**forth**  48:19

**forward**  162:18
240:21 254:9

**forwarded**  115:17
162:20 194:2,12
201:14

**forwarding**  109:23

**four**  13:21 146:23,25
149:16 156:18 157:3
250:21

**fourth**  96:5,7 166:13

**FP&A**  80:11

**Francisco**  7:16

**Frank**  52:3

**Free**  199:25

**frequently**  131:2,5

**Friday**  108:21 162:25
181:17

**friend**  242:22

**friends**  242:3,20,25

**front**  200:18 254:25

**frozen**  37:7,17 38:1,
15 39:7 230:1,24
231:11

**fruition**  104:10

**full**  8:22 11:1 51:2
97:14 156:9 172:10
173:17 191:4,24
195:13,14 210:20
213:8

**fully**  33:18 191:25

**function**  76:3

**further**  170:10 185:5
187:6 243:17 247:25
255:22

**future**  44:12 171:16

**fuzzy**  150:18,21

**FYI**  115:24

---

**G**

---

**gang**  222:3

**Garcia**  14:21

**gate**  146:8

**gated**  30:18,19
100:11

**gates**  153:10

**Gatos**  9:5

**gauge**  33:17 36:3
48:11

**Gavy**  14:21

**GC**  151:25 152:6,17
188:15 189:6 197:13
226:12 236:3

**gear**  38:8

**Geller**  7:24 8:1,2,5,6

**Gelman**  8:6

**general**  12:24 31:15
35:23 71:19 73:11
135:15 160:20 168:6
184:1 203:24

**generally**  14:19
26:11,19 27:7 32:25
33:2 38:16 39:10
50:3 73:5 79:19 83:7
87:20 88:25 112:16
130:14 131:9 132:9
134:10 135:19,21
153:12 182:11
190:22 195:5
196:19,20

**generated**  53:21
109:20

**generic**  74:20

**generically**  124:13

**geo**  56:6,7 88:18 89:9
143:1,2,6,9 145:6,19
146:9 149:11 151:19
176:25 177:24
178:15 210:3 226:1
251:21

**geographies**  139:18
140:11,16 144:14

**geography**  31:23
89:2,17 90:14 110:9
139:10 140:21

**geos**  89:6 110:24

**gestures**  10:12

**getting**  37:16 43:1
62:5,20 65:16 171:9
189:13 197:8

**give**  11:1,16 12:16
25:24 26:9 31:15,17
38:4 50:18 70:19

74:25 93:25 133:11
150:4 161:17 175:9
193:1 206:20 207:15
208:20 217:14 221:2
225:9 226:7 227:21
232:4 239:14 250:12

**given**  28:11,12 35:13
83:5 97:12 106:24
148:8,13 157:21
182:1,24 219:21
234:16

**giving**  45:8 94:8
118:21

**Global**  229:16

**GM**  242:22

**go**  7:19 9:13,14 28:15
38:13 45:20 48:25
49:8 51:25 59:22
67:8 74:15,16 75:24
86:7,9 95:23 98:1
102:11,24 104:4
112:18 114:3 115:15
116:7,25 121:3
127:9 130:4 145:10
146:6 149:19 156:12
157:11 164:22
166:7,13 173:10
181:14 188:23
191:2,9,12 193:20
199:9 204:3 206:15
216:22 224:20
237:1,6 240:8
251:11 254:16
255:25

**goal**  212:1

**goes**  17:10 84:17
88:9 109:2 170:10
215:17 247:20

**going**  9:13,14,22
10:9,13 14:12 15:22
26:1,4 35:25 39:12
43:3,10,20 44:21

54:22 55:2,4 57:5
59:22 65:22,23
69:18 72:19 77:10
85:10,19 87:23 94:8
100:2 104:6 112:19
116:8 119:23
124:17,18 127:11
138:19 141:9 142:4
145:9 150:18 154:14
161:11 164:21
165:15 167:5 172:9,
22 174:9,21,23
175:5 180:14
182:12,18 185:24
189:8,9 199:11,12
206:23 207:11
216:20 217:4,5,10,
12 224:13 225:7
229:6 231:4 234:9
235:16 239:3,9
243:12 244:25
245:21 246:22
247:25 248:25
250:10 255:13,14,16
256:8

**Golden** 57:25

**Goldman** 72:21 74:20
75:5 76:24 77:3,23

**good** 7:3 8:20 11:7
17:12,14 25:2 33:20
43:23 127:5 157:15
174:25 189:12,13
215:19 224:12 236:2
246:4 247:22 254:19

**gotten** 41:6 177:23
190:4

**government** 241:18
243:8 244:24 245:14
248:13,15 249:23
250:10

**grammatically** 93:13

**great** 15:3 85:13
176:22 207:2 256:3

**greater** 34:8 39:20,
23,25 41:19 42:1
139:7 140:5,25
143:19,25 144:3,8
145:2 146:3,23
147:1,7,18 148:9,13,
17 149:16 152:4,6
156:17 157:3,12,25
158:1,24 167:6
188:25 189:22
202:20 226:24
231:14 235:25
252:9,23,24

**Greg** 109:19,22,24
115:17 132:6,8
162:15 253:22 254:3
255:11,19

**ground** 235:6

**group** 78:23,25 80:6
119:12 196:24 220:6

**growth** 33:15 74:24
75:14,20 76:2,16
143:1 146:23,25
147:7 149:20,21
235:15 248:1

**GS** 77:21

**GSMARENA.COM**
201:11

**guess** 20:19,24,25
24:9 26:17 29:9 30:5
36:8,18 38:2 39:9
42:7 49:7 65:21 85:8
95:21 105:8 111:21
113:18 122:19
123:10 130:13
150:17 160:23 161:7
172:3 181:8 186:7
190:3 196:11,22
197:11 241:14
244:23 251:6 253:12

**guesses** 84:9

**guidance** 15:23 17:8,

11,23 18:6 19:6,9
20:2 26:10 29:7,10,
11,16,19,21,23 30:7,
11,13,15 47:14
76:22 83:10 86:13,
25 105:24 128:3,7
129:15 151:8,16
158:16 177:9,14
180:25 209:21
217:11 220:15,17
222:1,5,11,20
223:16 225:9
246:17,20

**guys** 161:22 219:21

--------

## H

**habits** 169:7

**Hadiya** 8:4

**half** 77:11 88:9
163:11 186:19,20,21
234:20 235:12 253:4

**halfway** 113:18

**hand** 10:12 188:10

**hands** 154:13 222:14
224:18,25 225:12

**happen** 25:11 104:11
174:9

**happened** 12:15,20
44:8 57:2 97:16
106:10 173:13 229:3
237:22

**happening** 18:18
73:5 138:7 163:19
164:24 188:8 227:2
242:13 250:2

**happens** 56:23 57:4
124:20,21

**happenstance**
106:13

**hard** 25:11 33:17
141:25 142:1 171:9
191:25 195:7 231:20
245:19

**head** 10:12 22:16
55:2 183:17 219:15

**header** 77:14

**heading** 18:22 47:13
83:10 167:7 249:2

**headline** 243:13
248:9

**headlines** 236:15

**healthy** 248:22

**hear** 39:5 56:24,25
165:10 216:6 244:5

**heard** 18:24 26:6
35:16,19,21 37:7,9
191:10 203:6 229:21

**hearing** 40:12,16
47:2 48:3,15

**held** 7:9 15:8

**help** 12:11 14:7 25:4
32:18 33:14 41:23
68:3 97:7 173:6
189:7 198:3 227:10
252:1

**helped** 12:23 177:4

**helpful** 12:14 120:19
144:10 177:2

**helping** 47:9 68:14
236:1

**helps** 61:6

**Hero** 169:15

**Hey** 175:17

**Hi** 47:1 142:24 176:21
228:21

**high** 25:12,18 28:18,
19,21 29:1,2 32:5

Kevan Parekh                                                              In re Apple Inc. Securities Litigation

82:3,21,25 89:1,19
93:24 94:7,10 100:7,
10 102:9,10 103:7,9,
13 104:9,22,23
231:23 234:24

**higher** 102:11 169:17
170:16

**highest** 230:18

**highlight** 106:10

**highlighting** 62:5

**Highlights** 252:10

**highly** 256:1

**hinge** 214:19 215:7
224:3

**historical** 110:6
126:3,6

**history** 213:7

**hit** 27:8 90:10 111:15
181:23 212:4 242:2

**hits** 247:7

**Hm-hmm** 37:6 61:17
149:5 182:10 187:22
200:17 208:22
220:10 234:4 240:18
242:1 244:11 248:25
249:1

**Hm-mmm** 95:25

**hold** 59:4 171:1,2
183:15

**holding** 15:8 60:12

**holiday** 181:18

**holidays** 181:16

**holistic** 23:19

**home** 8:25 9:1,3,4
14:6,9 156:9

**Hong** 169:16

**hope** 26:22 176:21

**hoping** 25:4 31:1
206:2

**hour** 10:18 43:4
85:11 206:23 239:4

**hours** 11:22 12:8

**HR** 21:9

**Huawei** 166:18,22,25
191:14 196:9,13
197:10 201:9,18
202:3,15 236:16,17,
21 237:3 238:4

**Hugues** 218:5

**hundred** 192:14

**hypothesis** 107:24
118:4

**hypothesizing** 75:21
117:25

**hypothetical** 70:6

---

**I**

**I-F** 51:21

**ID** 156:9,10 195:12

**ideas** 220:7

**identification** 43:19
52:22 70:22 86:2
108:25 133:14
141:17 150:7 161:20
175:12 188:14 193:4
200:12 207:21
217:17 221:5 226:10
228:2 232:11 239:21
250:15 253:10

**ignore** 18:3 68:23
69:20 72:7

**ignored** 78:6

**image** 150:16

**imagine** 47:14

**impact** 75:21 144:25
148:9,12 153:3,13
197:20 234:24

**impacted** 64:3 102:10
180:4 197:23 232:1

**impacts** 75:1 145:23
231:21 245:22

**importance** 76:7

**important** 105:9
144:14 161:4,14,15
179:9 204:1,8,13
215:1 226:6 230:9

**improve** 222:13
245:13

**include** 18:4,7 21:22
23:2,4 123:14
124:15

**included** 17:12 37:25
97:1 98:10 127:2
139:22 241:4 251:17

**includes** 56:7 98:7,17
113:3 195:24 209:8,
10 241:13

**including** 10:10
17:16 71:9 102:12
123:13,21 138:20
139:10 185:19
204:24

**inconsistent** 169:23

**incorporate** 72:8

**incorrect** 154:16

**increase** 66:13
157:23

**increased** 66:21
156:25 249:9

**increases** 143:17
214:2

**increasing** 59:17

**independent** 87:10,
12

**independently** 64:9
87:15

**index** 234:17

**India** 52:2

**indicate** 77:22

**indicated** 66:18

**indicates** 58:11
163:21

**indication** 98:22
107:15 213:3 225:1,
3

**indications** 219:22

**indicative** 174:8
217:3

**indicator** 230:14

**individual** 21:10
68:22 70:15 110:9,
24 115:3

**individualized** 21:6

**individuals** 113:25
153:17

**industry** 242:2,19

**inferring** 170:6

**inform** 171:16 199:9,
21

**information** 17:5,10
18:4,5,8,13 32:20,24
33:8 37:2 43:2 89:21
90:5 92:1 130:16
135:21 158:15,16
164:17 173:2 179:25
192:23 214:11
244:19

**informed** 121:6,19
198:4

Kevan Parekh                                                        In re Apple Inc. Securities Litigation

**initial** 36:15 169:14,
23 181:5 189:18
197:23 233:1,2,8

**input** 32:23 40:18,20
41:6 42:3,8 70:2
81:12,19,22,23 82:1,
9,13 84:4 116:18
124:10 209:13 226:4

**inputs** 33:13 54:14,18
83:13 84:14,25
122:22,25 123:2,5,
14,22 124:15 126:4
160:17 239:1

**insights** 113:17
177:2,24 229:12

**insignificant** 147:24

**installed** 177:2,24

**instance** 106:3
131:17 161:3

**instances** 35:6 192:3

**instructs** 10:5

**intend** 129:10 240:1,6

**intended** 102:14
104:19 118:22

**intending** 91:12

**interact** 129:1,18,25
130:9 131:2,5,12,15,
18,20

**interacted** 129:3

**interacting** 129:11,22

**interchangeably**
29:16

**interest** 194:22

**interested** 62:15

**interesting** 174:6
192:13 244:19
250:5,6,9

**internal** 29:25 53:18
69:13 72:16 80:15,
23

**interpret** 63:5 90:19,
21 94:2,11 97:6,8,9,
23 98:3 99:7 101:2,5
171:5 172:21
225:13,14 230:23

**interpretation** 61:14
121:25 122:8 202:4

**interpreted** 100:19
102:14 118:18 119:4
159:8 179:8,15
225:16

**interpreting** 118:7,24
119:1 171:23

**introduction** 62:17,
25 95:5

**inventory** 66:12
145:9,23 170:21
171:1,3 230:12

**investors** 74:25

**ipad** 61:18,24 152:2
158:8

**iphone** 18:25 19:22
33:24 34:7 35:1
51:14 57:9,13,14
58:19 62:4,13,23,24,
25 63:1,10,19 64:2,3
76:11 78:20 80:14
87:24 91:2 94:14,19
97:16 126:17
134:14,15,16 138:16
143:3,7,24 145:6,20
149:25 152:2,22
153:6,16 156:18
158:8,9 162:21
166:24 179:21 181:6
186:10,11,13,17
187:2,23 188:8,16
189:1 194:8 195:8,9,
13 205:5,10,16

206:6 209:17 210:8,
9 212:8,21 219:22
228:22 233:1 236:18
237:13 238:10
252:18,20

**iphones** 56:4 125:12,
15,18 126:2 187:11

**IR** 72:6,13 232:23
233:3

**irrelevant** 173:20,23

**isolated** 179:9

**isolation** 148:7,15,16

**issue** 23:11 24:7 25:1
205:14

**issued** 128:3

**issues** 12:12 44:4
56:19 210:25 245:15

**items** 153:2 236:1
245:5,7

**iterate** 135:20

**iterative** 90:3

---

**J**

**Jacob** 8:6

**January** 244:10

**Japan** 57:13,25
100:16 101:9 103:17
105:14 136:18
137:8,10,15,22
139:7,11,16,19,23
140:5,25 143:19,25
144:2,8 145:2,15
148:1 152:17 160:14
251:6

**Japan's** 140:8

**JD** 168:11,19 169:11
247:10

**Jeff** 134:6 151:1
162:14 208:8

**Jianguang** 247:11

**Jim** 8:8 45:16 54:25
105:4 112:4

**job** 23:20 24:16 26:7
29:15 32:17 33:9
39:20 79:19 189:13
235:24

**jobs** 79:14,18

**Joswiak** 109:19,22
115:17 132:6 162:15
253:22 254:3,13
255:11,19

**Joz** 116:18 118:18

**judging** 177:3

**judgment** 28:3,6,16,
25

**jury** 255:1

---

**K**

**Kaiann** 162:15 201:3
203:14

**keep** 55:2 94:4
143:22 227:1

**Kendall** 60:1

**Kenneth** 8:2

**Kevan** 7:4 8:13,24
47:1 134:12 142:25
208:8 210:2 218:6
236:13

**Kevan's** 61:18,25

**key** 87:22 88:17
176:25 178:16
229:10 230:18

**Khan** 162:14

**kind** 9:16 14:7 29:20

Kevan Parekh                                    In re Apple Inc. Securities Litigation

30:8 38:11,25 40:16,
17 47:15 79:19 81:2
91:25 104:24 128:1
134:21 135:25
140:11 157:11
160:4,16 163:8
167:17 187:7 189:6
191:10 195:21
197:16 202:5,11
206:16 223:15
242:25 245:19

**King** 218:5

**knew** 15:22 18:24
115:24 199:11
203:25 216:25 236:2

**know** 9:15 10:17,20
14:7,11 16:16 17:12,
16,25 18:5,16,17
20:6 24:15 25:11
26:11,21 27:16
28:25 31:2,19,21
32:1,18 37:3,12
38:1,5,8,12,16,24
44:4,13,19 48:3,14
49:1 51:19 53:10
54:13 56:3,21,23
57:3,18 64:21 65:12,
21,22 68:15,18 69:2,
5 71:3 72:3 75:12
77:13 80:9 83:10
87:20 97:20 109:9
111:8,18 122:11,22
125:12,22 126:25
127:22 128:2,6,12,
16,18,19 130:5
132:22 133:21 138:8
140:11,19 141:23
143:6 146:7 147:23
148:25 149:2,3
150:15 151:21
152:12 154:4,11
155:17,19 156:5
157:20 162:5 165:3
168:19,22 172:21

173:22 174:17
175:22 177:23
180:17,23,25 181:17
182:4 183:12 184:9
185:13 187:7 188:3,
21 190:5 191:11
192:5,11 193:15
197:3,15 198:10
199:4,13 200:5,19
201:3 202:5 204:4,5
208:4,17 218:1,22
221:10 224:14
226:17 227:6 228:7
232:14 237:16
238:1,24 239:6
244:5,7 245:22,24
248:12 250:6,8,9,20
252:1 254:23 255:18

**knowing** 181:13

**knows** 14:19

**Koh** 39:22 46:17
240:18

**Kong** 169:16

**Kott** 7:14

**Kramer** 8:8 9:21 10:3
13:12 17:20 19:2
20:18 21:15 22:8,23
23:17 24:8 25:8,23
26:16 27:5 28:8 29:8
30:2 31:6 32:10
33:16 34:2,10 35:4,
18 36:7,17,25 37:8,
18 40:14,22 41:7,17
42:5,18,23 43:3,6,24
45:14,18 46:2,7
47:22 48:6,16 49:6
50:15,23 51:7,24
54:9 55:1,9,19 57:21
58:14 60:24 61:19,
21 62:11 63:11,21
64:14 65:18 66:6
67:1,8,21 68:5,25
69:21 71:11,14,21

72:10 73:3,17 74:2,
11 75:7,15 76:8
77:4,7,25 78:8 79:9,
15 80:16,24 81:13,
21 82:14,16 83:2,15,
23 84:6,16 85:2,10
88:12 90:11,25
91:10,21 92:9,24
93:18 96:20 97:3,25
98:13,23 101:1
102:22 104:25 105:5
106:14,22 107:17
108:6 110:16
111:12,22,25 114:11
115:7 116:16 117:22
118:9 119:2 120:3,
12 121:3 122:10
123:16,23 125:4,19
126:9,19 127:5,9
128:4,15 130:12,25
132:17 135:3,13
136:24 137:5,17
138:24 139:20 141:2
144:9 145:4,17
146:5,19 147:11,21
148:14 149:18 150:1
151:10 152:9,23
153:23 154:18
155:7,16 156:19
159:16 160:10,22
164:18 165:17
168:4,17 169:25
171:17 172:18 173:4
174:5,14 175:1,3
177:10 179:6
180:12,20 181:7
182:6,13 183:15,22
185:20 187:12,24
189:10 190:2,12
191:22 196:10
197:25 202:24 203:4
205:8 206:7,22,25
207:6,8,17 209:1
211:13,16 213:5,13
214:14,24 215:10
216:5,8 219:6

220:12 223:1,10
224:9 227:8,17
230:5 231:1 233:12,
23 237:15 238:23
239:3 241:2 242:9
243:5 244:13 245:4
246:9,13 249:20
255:6,23,25

**Kramer's** 13:15

———————————

**L**

**labeled** 147:2

**lack** 146:3

**land** 25:19 27:7,9,24
145:9

**landed** 167:13,18,19
229:3,4

**language** 149:4,6
153:25

**large** 50:9,13,21,25
51:6,12 73:6 103:18
116:21 139:6 140:6

**largely** 128:12

**larger** 51:9,12,14
160:13,14

**largest** 107:7

**late** 75:2

**latest** 54:14 158:14
176:22 177:7 178:13
187:3 206:1 209:21
222:6

**launch** 19:11,21,23
20:21 31:19 36:14
48:8 49:9 50:5 58:6,
8 59:3 62:6 63:3,10,
20 64:3,13 66:5
83:5,14 85:9 89:21,
24 90:16 92:1
124:19,20,22 160:20

161:16 163:1,5,8,22 164:3,4,11,19,25 165:4 167:13,22 173:9 174:19 177:19 178:2,4 179:4,20 180:4 181:12 187:22 188:16 189:1,5,8,16 190:19 192:10 194:7 195:20 197:6,13,24 198:18 201:18 202:3,15 209:17,19 212:7 214:12 226:12,22,24 228:17,22 230:21 236:8,9,14,16 238:10,15,22 250:17 251:15 252:10,18,20

**launched** 51:3 62:24 63:24 82:8 105:10 107:6 112:14 195:8, 14,15,17 196:13 206:14 237:23

**launches** 126:11 165:23 166:18 173:13 191:24 192:2 194:20 197:15,20 201:9 229:18 237:25 252:2,4 253:5

**launching** 19:25 20:1 62:15 161:5 166:20, 23 167:1 192:4

**law** 9:19

**lawyers** 10:11 14:11

**lay** 201:20

**lead** 39:22,24 116:9

**leader** 42:7

**leaders** 247:6

**leadership** 247:12

**leading** 12:21 128:7 129:15 130:5,16 131:7,16 187:18

**leaning** 202:12

**learn** 130:15

**learned** 128:20

**left** 42:16 43:2 61:21 87:24 127:17 181:15 251:7 252:14

**legal** 8:11

**lenses** 182:24

**lesser** 188:4

**let's** 43:6 97:25 103:4 110:2 124:14 127:9 132:1 142:3 153:24 175:1 183:15 251:8

**level** 31:20 202:11

**levers** 26:12

**light** 226:2

**lighter** 115:25 155:15,25

**limited** 19:12 113:8, 10 224:12

**line** 10:23 54:1 60:12, 18 96:13 110:5,10 113:7 115:21 151:18 154:15 161:22 162:21 188:8 194:9 201:9 208:10 213:22 218:18 220:23 233:25 242:20 253:3 254:9

**linearity** 97:17 100:13 153:8 195:22

**lines** 77:18 176:23 186:15 187:4

**lineup** 51:13 107:11, 12 138:14,16 158:11 167:3 180:5 191:5 205:12 206:17

**Ling** 142:9,24

**link** 44:2,6,8,11,14 53:1 109:2 133:16 175:18 201:22

**list** 234:25

**Listen** 118:23

**litigation** 7:6

**little** 10:19 11:16 19:9 56:20 85:10 94:10 114:3 116:6 135:20 201:17 202:15

**live** 112:10,18,19 122:18,21 154:8

**LOBS** 178:13

**locally** 40:17 41:24

**located** 7:15 80:2

**long** 11:20 14:25 249:15

**long-term** 248:21

**longer** 247:21

**Loo** 142:9,24

**look** 32:23 33:2,13 36:2 38:13 41:23 42:22 44:6,18 49:8 53:9 57:24 58:5 68:13,16,19,20 71:2 72:13,14 82:25 88:2 89:15,21 90:6,12,16, 22 97:11,16 100:5, 12 106:1 107:9 109:8 110:4 114:24 115:6 126:3,10 131:21 133:20 136:23 140:10 141:22 142:6 144:20 148:15,16 150:14 151:24 152:14 162:4 169:2,6 171:20 173:3 174:8 175:22 180:6 182:23 184:7, 17 186:7 187:2

188:21 189:16 192:25 199:3 200:19 202:16 207:8 208:3 218:1 221:10 226:15 228:7 232:13 233:24 250:19

**looked** 64:18 65:8 94:12 152:16 178:12 191:15 194:14 204:24 222:10

**looking** 8:25 34:19 38:25 46:16 48:22 87:22 89:5 91:14 96:5 99:12 110:24 127:17 136:17 137:7,21 150:23 169:13 171:21 174:17 178:3 221:1 233:13 243:9,13 252:14 254:20 255:12

**looks** 41:22 46:19 47:7 53:21 56:15 60:5 84:22 88:8 89:18 115:11 152:10 161:13 162:18 189:5 201:18 226:11,23 227:4 231:19 234:5 237:10 240:24 241:3 250:16 254:24

**Lorenzo** 7:12 42:10 43:7,21,24 52:19 70:19 85:23 108:22 133:10 141:14 150:4 161:17 175:9,17 188:10 193:1 200:9 206:20 207:4,15 217:14 221:2 226:7 227:21 232:4 239:7, 14 250:12,24 253:7, 12

**Los** 9:5

**lot** 9:22 10:3 69:13

84:19 156:11 165:20
174:20 182:2 188:7
195:16 199:7,19
236:23 243:19 244:3,
11, 15 253:24

**lots** 23:19,22 70:4
74:17 83:7 123:1
164:25 181:15
187:16 238:25

**low** 25:7,12,15,16,18,
21 26:3,7,15 27:4,8
82:25 88:18,22,25
89:8,11,14,15,18,19,
22 90:7,14,22,23
91:19,24 92:7,10,12
93:7,15,24 94:7,9
100:14,21,24 101:6,
12,19 102:2,8,12,20,
21 103:12,15,19,21
104:8,13,17,22,23
105:13,16 106:3,16,
19 107:25 108:10,16
137:13,19 176:23
177:8,12 209:8,10,
21 213:21,22,23
214:6 215:20

**lower** 103:13 105:14
106:4,6 107:21,23
108:13,14 159:22
164:13 166:19 187:8
195:3 229:17 238:17

**lowered** 140:20

**lowest** 25:21

**Lu** 42:7 218:5 219:15

**Luca** 22:15 71:8 93:3
128:24 134:6 135:23
151:1 152:13
176:10,11 179:24
208:8 209:22

**lunch** 127:6,12

## M

**Mac** 143:3,7 144:2
145:6,19 158:9

**machine** 150:22

**macro** 234:17

**Maestri** 22:15 71:8
128:25 134:6 151:1
176:10,11 208:8

**Maggie** 235:19,20
237:12

**main** 189:11 191:10
227:13

**mainstream** 20:1,3,
11,16

**majority** 34:15 35:12

**making** 65:20 84:9
85:8 107:20 118:24
139:14,15 160:4
195:1 211:1 212:19
219:14

**Malaysia** 166:17

**male** 14:22

**management** 37:21
119:11

**managing** 170:20

**manifested** 198:17

**March** 7:11 15:9
44:24 46:1,6

**mark** 42:15 52:20
70:20 77:5 78:16
79:3,6,12 85:24 87:6
88:4 92:18 100:17
108:23 133:11
137:12,22 138:1
141:15 150:5 161:18
175:10 188:12 193:2
200:10 201:5

206:21,22 217:15
218:6 221:3 226:8
227:22 239:17
253:12

**marked** 43:18 52:21
70:21 86:1 108:24
131:22 133:13
141:16 150:6 161:19
175:11 188:13 193:3
200:11 207:19,20
217:16 221:4 223:19
226:9 228:1 232:10
239:20 250:14 253:9

**market** 7:15 17:25
33:14 73:12,13
74:24,25 75:6,9,13,
20,22 76:13,14,17,
18 128:3 140:6
151:9,16 157:16
196:13 234:19
235:12 236:3
245:18,23 248:21
250:3

**market's** 248:21

**Market-102318update**
142:15

**marketing** 15:12,14
22:16 39:22,24
198:22 203:15,20,23
204:5,7

**marketplace** 18:18
19:5 29:22,24 30:8
51:1

**markets** 19:19 110:25
145:12,20 202:7,10,
20 238:18

**marking** 207:17

**marshal** 220:1,6

**Mate** 196:9,13 197:11
201:10,18 202:3
236:16

**material** 180:10,19

**materials** 30:16

**Matt** 71:8,16 76:24
233:5,14

**matter** 7:5 194:7
220:11,22

**Max** 19:25 20:5 48:8
49:4,14,17,19,21,24
50:1,5 51:10 60:12,
23 62:25 87:25
88:19 89:14 95:12,
14,18 106:24 107:4,
6 116:21 134:15
138:7 156:4 164:8,
10,14,22 168:12
170:4 192:8 234:25

**Max/xr** 164:2

**mbs** 37:7,13,17 38:1,
15 62:4 119:14
170:15 230:1,24
231:11

**mean** 17:14 20:4
21:4,9,16 24:10,14
25:6,15,16 26:14
28:13 30:18,22
31:16 39:6 51:5 59:9
65:24 68:7,8 69:1
73:15 74:16 75:18
79:18 87:12 89:20
90:9,21 92:7 113:9
123:8 125:6 129:1
130:3 132:11 133:12
144:19,24 160:23
167:7 172:9 180:3
181:22 183:11
195:19 196:20,22
197:17 204:2 219:6
220:7 231:4 233:8

**meaning** 39:7 119:13
219:9 237:11

**meaningful** 181:16

**means**  30:19 35:24
37:12 39:4 57:11
69:8 88:22 89:11
90:18 91:19 119:14
159:21 171:11 188:5
191:25 225:11 230:3

**meant**  23:9 38:1,5
93:11 102:15 118:25
119:1 129:10 197:24
222:18

**measure**  24:12 29:20
84:3 184:13

**measured**  37:4
210:15 212:9

**measures**  243:9
245:15

**measuring**  34:12
36:12

**medication**  11:4

**meet**  11:21 15:22
17:8 19:7 26:10,20
80:14,22 90:23
100:24 102:21
105:19,22,24 129:6,
14,17 130:9 131:9,
10,12 133:3

**meeting**  11:18,19
13:10,16,23 86:14
87:1,3,8,11,15,17,
19,23 88:10,14 93:2
100:18,20 107:14
129:10 133:5,9
209:4 245:10 249:3
254:10

**meetings**  11:12,13
79:7,21,25 132:15,
23 133:2

**members**  14:15,16
86:23 131:10
221:15,17 235:5

**mention**  177:22

242:23

**mentioned**  25:17
36:9 39:17 40:23
54:12 74:4,17 81:14
82:8 83:9 85:3 91:22
93:23 106:7 113:5
144:13 156:3 180:1,
21 187:25 205:17
206:8,11 210:23
211:22 212:2 217:4
223:3,14 224:10

**mentioning**  216:23

**merchandising**
189:15

**merit**  17:1,4

**merited**  198:15

**merits**  16:24 204:9

**message**  88:8 113:9
151:18 186:13

**met**  12:7 13:22
128:24

**metrics**  225:22

**mid-october**  48:5

**mid-point**  27:16

**middle**  10:22 27:15
59:24 88:3 128:1
247:1

**midpoint**  27:25

**Mike**  162:16 185:4
218:4,14,15,22
219:6,9,13,21
220:10,14 221:17
234:7,8 251:22

**Mike's**  62:7 235:22
236:1

**million**  95:3,4 96:12
97:1,10 186:20,21,
22,23 210:10,11
214:1,6

**min**  170:25

**mind**  77:7 199:6

**minimum**  27:10
37:14 119:15

**minus**  95:3 143:19
147:7 170:6

**minutes**  248:13 251:2

**Misstates**  82:16

**mistakenly**  222:10

**mix**  18:14 35:13
40:20 64:17 65:7
106:23 169:16
170:3,4,7 179:13,21
188:5 192:23

**mixes**  35:8

**Mobile**  170:11,12
172:16 173:2 229:25
230:23 231:10

**model**  58:18

**models**  58:2,3

**modified**  185:17
204:22

**modifying**  141:12

**moment**  44:18
216:11 239:9

**momentum.'**  247:22

**monitor**  60:14 173:22

**month**  35:7,13

**months**  12:5

**morning**  7:3 8:20
185:2 210:5 221:24
222:2,4 246:25
247:4,5 248:18

**move**  225:16 230:3

**moved**  143:24 144:2
235:22

**moving**  148:16

**multiple**  72:22 196:24

---

**N**

**N84**  95:3,15,19,24
96:2 113:7 114:7
154:15 210:10,14
214:1

**name**  7:12 8:22 13:20
39:21

**names**  13:17

**Nancy**  71:8

**narrowed**  245:17

**narrower**  58:10

**nature**  128:14

**near**  116:23

**nearer**  116:9,24

**necessarily**  12:24
20:19 32:4 66:10
69:11 73:13 74:19
76:18 84:8 94:3 99:1
111:7 129:2,6,8,14
135:16 136:1,8
155:20 160:11
165:12 169:1,12
172:8 173:16 199:9
200:3 217:3 231:4
242:18 243:1 244:6
245:17,22 250:1

**necessary**  142:6

**need**  9:16 10:6 37:1,4
38:19 39:11 74:19
93:6,14,16 94:2
100:15,22 101:13
102:4,16,17,19
103:22 104:3 105:17
106:8,12 111:21
116:25 126:12
132:21 137:14

165:20 185:6 199:7 203:15 222:14 224:18,24 225:12,16 251:5 256:1

**needed** 156:7,11 164:20 166:7 173:10 198:2 199:21 206:15 216:25

**Needless** 165:4

**negative** 18:4,8,13 62:5,8,20 63:2,9,19 64:11,25 65:17 66:4, 25 83:17 143:19 145:3,16 147:5 148:21 149:16,17, 20,21,24 152:1 156:18 157:3 163:22 164:3,7 167:21,23 169:19 210:11 214:1 241:13

**Nergis** 201:5

**net** 115:1,13 155:12

**never** 77:7 149:20

**new** 28:14 33:3,5,6, 11,18,21 62:17 95:5 138:16 147:3,6 156:8 161:5 191:5,6, 7 195:8 196:9 198:9 199:4 206:14 221:25 222:5 235:8 237:19, 20,23,24,25

**newer** 192:11

**newly** 191:14

**news** 201:11 236:15

**night** 222:6 256:4

**nine** 15:1 144:22 251:7

**nods** 10:12

**nomenclature** 124:18

**nominally** 155:5

**non-cancellable** 38:12

**non-clickable** 44:11

**non-early** 20:12,14, 24

**noncancelable** 230:4,8

**normal** 41:5

**normally** 25:10 27:8 29:18 70:9,16 82:6 143:8 157:16 194:2 222:12

**Northern** 7:7

**notable** 106:17,21

**note** 7:17 54:2 60:16 72:20 78:10,12 89:7 100:17 121:11 158:8 173:11 177:22 179:8 193:18 196:25 201:14 204:11 210:3 220:14 230:9 246:6 248:7

**noted** 137:11

**notes** 71:23 72:6 79:14,20 86:14 88:10,13 100:19 138:1,4 235:11 254:10

**notion** 241:18

**November** 15:24 48:22 127:22 128:24 131:7

**NPI** 95:2,5

**number** 7:7 13:2,5 19:12 27:22 28:9,15 30:24 34:17 42:10, 15 43:14,17 46:16 55:6 70:19 71:7,9

86:10,11 97:18,21 101:12 109:20 110:4,11,14,15 111:10 125:20 129:25 133:18 145:10 155:2 158:21,23 168:20 171:19 183:6 202:8 208:9 217:21 228:11 234:10 245:9 249:2 253:7,11

**numbered** 43:16 52:24 70:25 86:6 109:5 115:16 150:11 175:16 188:18 193:6 200:14 207:25 221:7 226:14 228:4 232:5 239:24 250:13 253:16

**numbers** 47:2 53:5 152:14 161:22 207:23 210:8 214:19 215:6 217:19 224:2 248:4

---

## O

**oath** 9:6,9,17,18

**object** 10:3 159:16

**Objection** 17:20 19:2 20:18 21:15 22:8,23 23:17 24:8 25:8,23 26:16 27:5 28:8 29:8 30:2 31:6 32:10 33:16 34:2,10 35:4, 18 36:7,17,25 37:8, 18 40:14,22 41:7,17 42:5 45:14,18 46:2,7 47:22 48:6,16 49:6 50:15,23 51:7,24 54:9 55:9 57:21 58:14 60:24 61:19 62:11 63:11,21

64:14 65:18 66:6 67:1,21 68:5,25 69:21 71:21 72:10 73:3,17 74:2,11 75:7,15 76:8 77:4,7, 25 78:8 79:9,15 80:16,24 81:13,21 82:14 83:2,15,23 84:6,16 85:2 88:12 90:11,25 91:10,21 92:9,24 93:18 96:20 97:3 98:13,23 101:1 102:22 104:25 106:14,22 107:17 108:6 110:16 111:12 114:11 115:7 116:16 117:22 118:9 119:2 120:3,12 121:3 122:10 123:16,23 125:4,19 126:9,19 128:4,15 130:12,25 132:17 135:3,13 136:24 137:5,17 138:24 139:20 141:2 144:9 145:4,17 146:5,19 147:11,21 148:14 149:18 150:1 151:10 152:9,23 153:23 154:18 155:7,16 156:19 160:10,22 164:18 165:17 168:4,17 169:25 171:17 172:18 173:4 174:5, 14 177:10 179:6 180:12,20 181:7 182:6,13 183:22 185:20 187:12,24 189:10 190:2,12 191:22 196:10 197:25 202:24 203:4 205:8 206:7 209:1 211:13,16 213:5,13 214:14,24 215:10 219:7,8 220:12 223:1,10 224:9

227:8,17 230:5
231:1 233:12,23
237:15 238:23 241:2
242:9 243:5 244:13
245:4 246:9,13
249:20

**obviously** 123:12
163:6 214:18 215:6
217:9 222:11,17,21
223:25 224:2 225:10
236:2

**occur** 11:14

**occurred** 11:17 87:1
187:10,14

**occurs** 255:2

**October** 46:18 47:9
48:23 49:5,12 50:2,7
53:19,22 54:7 59:25
61:2 62:21 63:8,17
64:10 66:24 71:25
76:7 80:13,21,25
86:11,13,21,22 87:1
88:4 95:20,21 96:15
98:8,9 99:13,25
108:21 109:19
112:11,12 116:13
117:20 119:8,19
120:10,25 121:6,17,
18 122:7 126:17,23
127:18 132:7,16,24,
25 134:7 137:12
138:2,22,23 142:10
146:17,18,22 147:4
151:4 153:16,20
154:8 155:14 156:15
157:1 158:5 159:15
160:19 162:25
176:7,13,16,19
178:9 182:5,20,22
185:19 186:24,25
187:11 188:16
189:4,6 190:1 194:5
201:7 204:15,17

208:7 209:5,16
212:6 213:12 214:9
218:4,5 221:16,20
228:19 233:9,10,11,
15,16,17 234:6
236:5 240:17 241:8
249:19 254:6
255:10,19

**offer** 113:5 200:1

**offered** 153:14

**offering** 51:6 199:24
200:2

**offerings** 50:14,22

**offers** 111:1 200:4,6
210:3

**officials** 241:23

**offset** 57:13 59:7
95:2,18 143:18
144:18 214:2

**offsetting** 144:24

**Oh** 15:3 33:4 35:11
42:23 51:22 101:11
165:11 175:19
184:23 213:21 216:6

**okay** 9:4,16 10:1,2,
14,15,24 11:7,16,20,
23 12:4,16,22 13:10,
22 14:6,24 15:7,14,
19 16:14,23 17:3,10
20:14 21:2 22:6,12
23:13 24:20 25:2,5
26:6 27:12 30:14
32:7,17 33:23 35:15
36:5 39:18 42:9,24
43:14 44:7,15,18,21,
22,23 45:7,24 46:3,
23 47:8 48:3,21 49:3
50:9 52:18 53:1,11,
14,16,18 54:22 55:7,
13,17 56:11,14 57:3,
7 59:9,18,22 60:6,

16,20 61:17 67:5
68:2 70:12,23 71:4,
7,14 72:19 74:22
76:21,24 77:7,10,12,
22 78:3,6,16,18 79:4
80:9 84:24 85:15,17
86:3,7,9,10,21 88:2,
16 89:7 92:15 93:5
96:9,18 100:2,4
101:23 102:2 103:25
104:18,21 109:2,5,7,
11,13,25 111:18,23,
25 113:16 114:3,6,
19 115:5,15,24
117:10,16,19
118:15,16 119:7,17,
22 120:20 124:19,22
125:1 127:4 128:22
129:9,24 130:23
131:14,21 132:4
133:5,10,15,19,22
134:5 137:25 141:24
142:3,7,24 143:11,
24 144:5,23 145:1
150:14,16,23 151:24
153:21 154:21
155:23 161:21
162:1,3,6,8 166:12
167:11 169:13
172:12,14,25
175:14,21,24 176:1
177:16 185:24,25
186:7,9 188:20,23,
25 189:24 190:17
193:8,12,17,19,20,
22 196:4 198:14
200:8,16,18,21
206:24 207:15,22
208:2,3,5,11 210:14
212:24 213:19,21
215:17 216:23
217:8,18,23,25
218:8,9 219:13,15
221:8,12,13 223:23
224:22 226:11,16,
19,20 227:20 228:9,

11 229:8 231:12
232:15,16,17 234:21
235:18 236:11 238:9
239:22 240:5,9,13,
14 241:12 244:11
246:23 250:16,21
251:3,13 252:9
253:6,14 254:2,16,
17 255:13,21,23,24
256:5

**old** 222:10

**once** 90:15 99:9
117:2

**online** 98:20 113:3
115:2,13 155:11
169:4 191:21

**onward** 155:19

**open** 44:16 154:19
162:3 221:9

**opened** 44:22 237:24

**opening** 236:17
237:19

**openings** 237:20

**operating** 249:14

**operations** 197:2

**operative** 45:4,9,25

**opinion** 73:16 116:19
242:11,16 243:25
244:4,8

**opinions** 244:6

**opportunities** 94:1
177:3

**Ops** 196:1 228:16

**optimistic** 181:24
199:10 217:9 225:6
246:19

**order** 31:3 47:15 66:9
83:3,24 97:14,16,19
102:21 117:6,13,15

Kevan Parekh

119:20,22 121:8
122:13 157:20 189:7
206:11

**ordered** 213:16

**ordering** 154:17

**orders** 37:16,25 38:7,
10,11,17 39:7,11,12
59:5 66:11,21 67:3,
13,16 82:3,6,19,21,
24 83:17 84:15,25
85:7 96:14,15 97:12,
17,22 98:6 99:4,6,
10,11,14,18,20,22,
25 105:11 114:15
115:3,12 117:2,15
119:12,13 124:16
154:6,10 156:12
197:3 230:4,7,16

**original** 12:6 16:17
232:22

**ought** 90:12 238:10,
21

**outcome** 139:13

**outcomes** 74:24 76:2
104:7

**outlined** 15:23 17:9
155:20 157:9 177:1
178:16

**outlines** 64:17 65:7

**outlook** 23:16 54:8
116:8 117:6,13
119:23 128:13
134:22 139:10
145:23 208:24
247:13

**outside** 133:4 243:25
245:7

**overall** 19:17 24:14
49:17 56:8 73:11
76:3 91:5,15 107:11
110:4 113:2 134:21

137:22 138:5 139:1
140:17 149:10,12
158:6,19 165:4,5,9,
13,15 169:12 171:12
172:5 179:21 192:21
194:18 205:10,15
213:4 231:14,17,21,
25 233:20 234:1,15,
19 235:11 241:17
245:8 246:4 249:9

**overly** 73:18 74:4,7
192:19

**overreact** 165:2
171:18 205:18

**oversupply** 93:16

---

**P**

**P&I** 177:4 205:4
209:4,23

**p.m.** 60:1 88:5 162:22
256:12

**PAC** 194:7,16 199:16

**Pacific** 7:19 162:22
163:3,4,6 164:17

**package** 251:18,24

**page** 53:6 55:5,7
59:24 88:2,3,9 95:23
100:3,6 113:15
114:20,22 115:6,8,
10,11,15 132:2
150:17,23 161:22
163:16 166:10 167:9
184:20,22 185:1
207:22 217:19 221:8
227:18 229:7,9
235:17 237:6 240:11
247:1,25 251:8,9
252:22 253:21
254:19

**pages** 88:10 142:2,5

150:13 162:3 240:2
251:7 253:24
254:22,24

**Pan** 56:6,7

**paragraph** 57:24
72:20 76:5 101:21
138:12 143:11
215:2,16 223:24
249:7

**paragraphs** 58:23
136:16

**Parekh** 7:5 8:10,13,
20,24 42:16,21
45:20 51:25 52:20,
24 53:16 55:19 67:8
70:20,25 71:7 85:11,
24 86:6,10,11,16
98:1,2 102:24 105:2
108:23 109:5 111:22
127:16 131:22
133:12,18 137:13
141:15 142:8 150:5,
11,24 161:18,25
175:10,16 184:19,
21,22 188:12,18
193:2,6 200:10,14
206:21 207:1,25
208:6,9 217:15,21
218:3,7 221:3,7
223:19 224:23 226:8
227:22 228:4 239:4,
17,24 240:1 251:5
253:12,16 254:18

**parentheses** 107:22
117:11

**park** 27:8

**part** 18:20,24 19:15
21:21,24 22:1 23:20
25:6,21 26:7 32:2,17
33:8 34:4 35:17
39:20 40:2,9,20
41:22 60:9 78:16
79:12 81:11,19

86:18 89:15 98:11
105:25 107:10 114:9
115:12 126:1 134:20
135:1,12,25 136:1,8
137:12 138:4 139:6
144:21 161:6 170:25
171:16 177:13 181:4
183:2 186:1 191:4
192:22 208:24
233:15

**partially** 57:13 214:2

**particular** 23:11
140:22 245:9 250:4

**particularly** 166:3
204:2,10 237:13

**parties** 7:18

**partner** 34:23 37:25
39:7 52:15 66:9
67:13 99:19,22,25
115:12 116:7 117:5,
13,15 119:12,22
121:8 122:12 154:6,
10 155:9 157:11
163:18 169:2

**partner's** 122:8

**partners** 33:25 34:9
35:1,3 37:16 38:7,9,
17,20,22 52:8,9
59:5,10,11,15 62:9,
21 64:12,16 65:6,16,
20 66:3,11,13,14,15
82:3,21 85:6 96:14
98:25 99:4 112:16,
17 113:4,5,6,21,25
114:2,16,21 116:15
117:17,21 119:16,21
120:9,25 121:12,25
122:7 125:3,6,12,14
126:16 154:23
155:2,10 157:7,25
158:22 166:16
169:3,14,16,17
170:20 171:2 197:3

---

Kevan Parekh                                          In re Apple Inc. Securities Litigation

200:1,5 229:16
230:16,18,19,21
231:15,17,20,23
232:1,2

**partners'** 99:8 117:2
119:9 126:18 169:23

**parts** 148:17 156:22
167:3

**Patel** 162:14

**Paxton** 71:8

**peak** 32:6

**peer** 115:23

**peers** 115:22

**people** 13:21,23,24
14:11 20:8,10 22:3,4
36:2 39:19 40:25
44:10 62:15 63:4
71:9 79:13 103:17
107:3 115:20 116:25
147:23,25 151:7
154:12 156:7,11
164:20,21 165:21,24
166:7 169:3 173:10,
12 181:13 189:8
191:1,9,11,13
192:10 196:15
197:9,19,21 201:15
203:23 204:8 206:15
208:9 235:6 238:18
243:18 244:2

**people's** 169:7

**perceived** 235:2

**percent** 33:24 34:7
35:1 102:7 143:20
144:22 146:24
147:1,4,5,8,14
148:7,18 149:16,17
152:1 156:18 157:3,
4 160:8 163:22
164:3,6,7 167:12,21,
23 169:15,17,18,19

170:6 192:14

**percentage** 34:23

**Perfect** 43:8

**perform** 199:11
230:21

**performance** 17:17,
18,25 18:25 21:2,5,
7,8,10,13,17 22:7
23:3,5,15 24:3,6,11,
14,15,22 58:4
171:12 172:7,19
173:9 174:8 179:13
181:5,10 197:20
205:16 206:6,9
214:16,20 215:8
219:22 223:8,12
224:4 226:22
227:11,12 229:4

**performing** 252:2

**performs** 73:13 90:16

**period** 29:17 31:22
34:12,18 129:5
130:6,11,19 168:13
174:4

**person** 219:18 233:3
236:2

**personally** 238:8

**pertaining** 138:4

**Pfefferbaum** 7:25
43:1

**Phil** 22:16 162:15

**phone** 33:5 34:16
51:3 107:11 154:12
191:4 195:14,15
215:19

**phones** 57:19 58:13
126:8 138:12,16
168:20 178:11
191:14 192:3

**photo** 237:8

**phrase** 26:6 30:18,19
35:16,19,21 37:7,10,
25 39:14 52:16

**phrased** 196:18

**phrases** 31:3,5,11

**physical** 107:8

**physically** 153:20
166:1

**pick** 194:23

**picture** 237:3 238:1

**pictures** 236:19

**place** 7:18 76:6 96:14
99:4 138:22 189:16
217:11

**places** 145:24 196:24
203:16

**Plaintiffs** 7:24 8:1,3,
5,7

**plan** 145:11,23 146:9
170:16 185:1

**planning** 27:19

**plans** 143:2,7,9
145:6,19 185:5
218:19 220:24

**play** 30:16 76:13
164:25 174:21
205:22

**played** 107:24

**playing** 59:15 111:1
180:2 250:7

**Plaza** 7:15

**please** 7:17,21 8:17,
23 9:1,3 42:11 46:24
52:19 59:2 60:7
63:13 65:3 70:20
71:3 88:22 95:1
96:11 108:23

120:19,21 124:5
128:10 133:12
134:12 141:15
142:25 143:15
156:20 159:19
184:18 188:11,22
193:2 200:9 201:20
206:20 217:14
219:25 221:3 222:9
226:8 227:21 228:21
232:5 234:14,22
239:7,15 250:13
253:8

**pleases** 159:11

**Plus** 134:16

**PM.PNG** 142:13

**PMI** 248:5

**point** 27:19 34:25
38:7,11,17,22 39:6
40:17 45:25 49:10
51:12 57:8 73:22
88:17 92:19,21 93:5
103:8 104:22 105:9,
20 113:13 146:6
151:25 158:18
163:20 165:3 166:13
168:18,20,23,25
169:5 171:20 173:21
174:7 178:5 188:3
191:21 192:24
199:5,8 205:1
212:11 220:17
227:10 231:5
234:13,18,21 237:16
242:21 253:1

**points** 136:17 137:7
163:15 166:20
171:21 174:17
181:12 189:14
229:10 249:25

**poked** 55:1

**policy** 241:19 243:12,

Kevan Parekh

13 245:8,21

**Politburo** 245:10 248:19 249:2

**poor** 181:5,9

**popping** 232:7

**popular** 236:15

**portion** 76:14

**portions** 240:6

**position** 196:20

**positive** 18:4,9 19:18 64:16 65:6 66:19 83:17,20 107:4 147:13 148:20 149:20 157:14,22 231:23 235:14

**possession** 119:10

**possibilities** 149:7

**possible** 26:13 79:20 173:25

**possibly** 107:24

**Post** 247:1,4,5 248:18

**Post-launch** 124:10

**potential** 33:14 75:1 81:22,25 82:9 250:9

**potentially** 36:3 94:10 106:5 140:8 206:2 230:7 249:23

**practice** 39:10

**pre** 84:1 124:18,23,25

**Pre-** 123:7

**pre-launch** 81:17 84:19 123:7 124:1,6, 8,14,15

**pre-order** 63:25 112:24 113:2 116:21 121:18 123:7 124:24,25 126:24

127:2 154:9,25 157:10,11,17 158:18,21 168:11,25 212:21,25

**pre-orders** 36:5,10, 15,19,24 98:7,9,10, 11,14,17,19,20,21, 25 99:6 108:18 109:21 112:2,10,13, 17,18,19,22 113:1,5, 8,9,10,12,13,20 114:6,20 115:25 116:6 117:7,9 121:9, 13,20,22 122:3,5,18, 21,25 123:3,5,14,22 124:7,8,19,20,21,23 132:10 153:22 154:4,5,8,16,24 155:3,5,9,10,14,18, 24 156:5,14,16,25 157:7,20,25 159:2,4 168:11,19 178:19,23 213:3,7

**predecessor** 51:14 166:4

**predict** 165:12

**predictor** 213:8,10

**prefer** 193:17 240:7

**preorder** 20:23

**preparation** 16:18 17:11 18:5 86:19 109:16 134:3 142:19 162:11 176:4 186:2 189:25 200:24 208:15

**prepare** 11:8,10 189:23 247:6

**prepared** 189:3,7,21 190:10 226:21 227:5 251:19

**preparing** 134:21

247:13

**present** 153:10

**president** 15:11,12

**press** 157:14,22

**pressure** 245:13 249:10

**presume** 139:12

**pretty** 21:16 48:9 131:19 138:8 181:16 199:10,15 224:12 246:4 252:3

**previous** 115:15 194:20 223:21 229:18 253:5

**previously** 45:1 131:22 137:20 213:16 222:11 235:24

**price** 87:23 166:20 191:6 199:24 200:3 202:9 203:24 204:9 234:25 238:17

**priced** 201:19 202:6, 17

**pricing** 166:5 198:10 200:6 201:20,21 202:12,19

**primarily** 12:19 88:19 91:9 113:11 143:25 149:25 151:7 155:4 205:15 206:5

**primary** 205:6

**prior** 12:2 16:18,19 46:1 56:25 60:13 62:24 83:14 90:8 92:13 94:22 97:11, 15 119:19 126:10,11 127:22 128:23 129:19 130:11 147:1 152:11,16 159:22

160:1 185:14 191:24 192:2 197:13 210:14 235:13 248:18

**private** 248:8

**pro** 19:24 20:6,22 107:7 201:10

**proactive** 245:14

**probably** 10:17 11:22 20:16 69:2 149:21 154:11 186:6 188:8 195:9 203:6 241:22 242:17

**problem** 53:13 57:3 205:14 214:19 215:7 223:6 224:3

**proceeding** 9:14

**process** 21:14,22,24 22:1 24:5,24 25:7 47:9 54:15 69:24 79:20 89:16 90:3 105:25 130:1,15 134:21 135:1,12,15, 18,21,25 136:1,8 138:20 208:25

**produce** 38:12 103:8, 9

**product** 19:11,20 20:1,4,15,17 31:19, 23 36:11,14 37:2,3 41:13 62:13,16 63:1, 24 64:20,21,22 65:11,13,23 67:14, 25 68:3 69:14 81:1 82:7 90:15 95:5 99:8 105:10 107:7,11 110:3,5,9 116:20 117:1 121:8 124:11, 21 129:4 156:3,6,14 157:18 158:19 160:25 161:5,8,11 164:20 165:13,14,25 166:2,4,5 167:3

**Index: Politburo–product**

168:7 172:7 173:9,
14 179:10 181:13
182:1 183:5,6 191:2,
5,8 192:6,11 194:24,
25 195:1 198:22,23
199:11,18 206:14
210:16 216:24
217:1,3 225:6 235:2
237:23,25

**products** 19:24
20:20,22 34:18
58:20 62:17 68:15,
22 69:15,17 70:11,
16 72:9 73:12,20
76:19 81:7,10 87:22
91:3 110:3,21 144:4
158:7,24 164:9
166:19,23,24 167:1,
2 177:12 178:5,11,
22 179:14 191:19
198:3,9 200:3
202:19 206:17
224:13 245:18,23,24
250:4

**products'** 180:5

**projecting** 169:16

**projection** 25:18,19
74:6 161:10 165:5,9
172:10

**projections** 17:25
69:13 128:13 159:20
209:9,11

**prolong** 234:23

**promising** 234:17

**promote** 248:21

**promotional** 200:6

**promotions** 199:25

**pronounce** 201:4

**protect** 26:15 187:7

**protecting** 26:7 27:3

**protection** 93:7

**protracted** 247:14

**provide** 22:1,3,4,10
27:20 29:19 30:7
32:15,25 33:1 38:7,
8,14,17,20 56:8,11
58:18 74:23 130:14
151:15 155:10
158:15 200:4 211:23
215:25 216:15,20

**provided** 20:2 22:24
29:21,24 38:3 48:1
52:9 117:17 119:4
151:9 196:5 242:8

**provides** 22:6 210:8
227:15

**providing** 70:15

**prudent** 206:16

**public** 160:21 223:16

**published** 69:11

**pull** 42:10 52:19
85:23 133:11 223:19
253:7

**pulled** 39:14

**pulling** 26:18 52:16

**pump** 238:3

**purchase** 166:19
195:1 234:23

**purchasing** 250:3

**purports** 92:22 237:3

**purpose** 189:11

**purposes** 27:20
246:17

**push** 229:25 230:7,
11,24 231:10

**pushing** 59:5,10

**put** 43:24 44:9 70:10

82:3,21 135:19
205:24 207:4 215:15
228:11 244:11,15,20
246:20

**puts** 140:21

**putting** 44:8 99:10
156:12

---

## Q

**Q&a** 105:6 183:16

**Q1** 23:5,7,8,9,16,21
24:4,23 47:7 48:22
54:8 86:13 128:3,11
134:9,11,14,22
136:11,12,14,15
143:1 151:18 177:8,
9 218:18 220:24
234:10

**Q1'19** 54:2

**Q2** 59:6,10

**Q4** 76:16 235:14

**QMI** 250:17

**quadrant** 252:14

**quadrants** 250:21

**qualitative** 190:18
194:8

**quantifiable** 225:22

**quarter** 28:12 29:13
35:7 76:15 134:17
161:6 165:6,13,15
171:19 172:5,10,23
173:7,18 174:9
184:5 187:19,20
197:24 199:9 210:20
212:9 213:8 214:5
219:24 231:5 235:13
244:1

**quarter's** 171:12
174:2

**quarterly** 211:11
213:4

**question** 9:25 10:5,6,
22 16:8 34:4 36:22
45:6,8,9,22 47:21
48:14 50:17,18
56:25 58:10 64:6
65:15 80:18 105:1
106:24 110:18
111:8,19 118:13
120:17,18 123:20,25
129:9 130:8 135:10,
15,25 136:4 139:24
147:18 156:21 157:6
159:1,3,9,11,19
160:2 171:24 184:6,
25 196:18,25 202:13
212:6 216:3 231:7,9
232:23 233:4 246:11
251:8 253:25

**questioning** 10:23

**questions** 9:22 10:4,
10,14 47:25 111:23
123:11 135:5,8,16,
23 136:9 138:20
142:4 156:23
193:13,15 240:2
255:4,7,13,15,17,22

**queue** 236:22

**quick** 9:13

**quickly** 156:5 192:9
201:20

**quote** 92:23 222:4,15
241:21 247:20,21

**quote/unquote** 28:1

**quotes** 92:18,20
248:4

**quoting** 224:17

Kevan Parekh                                    In re Apple Inc. Securities Litigation

## R

**raise** 198:23

**raised** 136:17

**raising** 138:9 237:17

**ramp** 203:15

**ramping** 204:7

**ran** 76:2 79:2

**random** 75:12

**range** 15:23 17:23
19:6,9,10 25:10,12,
13,17,20,22 26:3,11,
13 27:7,9,15,17,20,
24 28:17 29:2,5,11
30:9,11,12,13 81:11
88:25 89:1,8,15,18
90:10,24 91:2,5,24
92:3 93:24 94:4,7
103:16 104:7,8,9,22,
23 105:19,24 106:3
135:20 139:4 161:12
172:11 177:14
180:24 208:24
211:24 212:5 217:5
220:18 221:23
222:6,11

**ranges** 17:8 18:10
26:10,20 30:6 76:22
81:9,16 83:8,9 84:19
104:10 151:13
176:23 177:8,12
178:13 180:8,10,19,
24 186:14,16,18
204:19 205:24
208:10 209:3,21
211:7 217:11 218:24
219:4 220:9 222:1,5
246:20

**rapidly** 72:22

**rate** 204:24

**rated** 21:18

**rates** 143:1 187:4,16

**ratings** 21:13

**Raymond** 248:6

**reach** 110:14 111:11

**react** 172:22 211:18

**reacted** 165:21
172:20

**reacting** 231:2

**reaction** 248:23
252:15

**read** 12:4 16:14,20
44:21,22 45:4,9,11,
25 46:9,23 53:11,14
59:2 60:6,8,9,19
62:2 63:12,14 64:1,2
65:2,4 66:8 69:10
71:4,6 73:18 74:4,7
76:5,10 77:19 78:3,
4,10,12,13,14 82:6,
11,12 86:7,9,20
94:25 95:17 96:11
97:5 100:9 102:8,14
109:11 114:12
118:14 120:20,22
121:11 133:22,23
141:24,25 142:1
143:14 149:9
150:16,18 156:1
159:10,12 162:6
166:15 173:12 179:2
181:9 190:14 192:19
193:14,17 200:21
208:11 216:8,14
218:8 221:12 222:9
225:25 226:19 228:9
232:15,16 234:13,
18,21 236:11 240:4,
7,13 241:7,11 243:7
244:17,18 245:1
247:17 248:14,16
250:5 253:3,24,25

254:1,16 255:3

**reading** 16:3,9,12
30:16 46:4 53:12
61:7,15 64:8 143:22
242:16 250:21,23
251:10 255:14

**readouts** 189:19

**reads** 90:1 103:7
150:2 154:15

**ready** 189:14 206:25

**real** 118:1 161:13

**reality** 47:2

**really** 12:19 24:9,21
30:14 68:15,16,20,
21 70:17 73:22 89:1,
10 149:9 166:7
176:18 180:6
189:12,13 199:6,20
203:14 243:1 251:15

**reason** 11:1,3 17:7
46:20 61:3 101:12
103:15 109:3 116:22
145:1 176:15 195:19
203:19 227:13
254:12

**reasons** 66:11 105:21
146:2 170:24 192:17
197:21

**recall** 11:5 12:11,17,
23 13:2,4,20 22:19
23:12,14 24:5,25
31:12 35:6,12 42:6,
16 44:24 45:1,3,5,7,
12,13,21 46:4,8
47:18,25 48:17,24
49:2,10,25 50:6
78:4,14 87:15,16,18
129:13 130:5,7,21
131:9 133:1 139:1
140:16 141:3 146:7,
9 153:7 155:18,21

157:19 180:22
182:7,21 185:12
190:6,17,23,24,25
191:1,13 196:5
202:5 203:10 208:19
218:25 241:10

**recalling** 12:15

**received** 73:25
109:20 114:6 121:18
133:15 143:3 190:18
191:20 194:10 220:5
228:18 249:19
252:12

**receiving** 63:9,18
64:11,15 65:5 66:3,
23

**recess** 43:11 85:20
127:12 175:6 207:12
239:11

**recipient** 53:23

**recognize** 53:16
86:16 109:13,14
133:24 134:1 162:8,
9 176:1 193:22,23
194:1,3 200:22,23
208:12 218:9 221:13
228:13 240:14,15

**recollection** 60:21
61:16 87:11,13
144:6 212:14

**record** 7:19,20 8:23
10:12 34:21 43:10,
13 55:21 61:22
63:14 65:4 71:15
85:19,22 120:22
127:9,11,14 159:12
175:3,5,8 207:11,14
208:6 216:14 218:3
239:7,10,13 250:25
255:25 256:9

**recording** 7:17

**Highly Confidential**

Kevan Parekh

In re Apple Inc. Securities Litigation

**reduce** 170:15

**reduced** 138:23 159:20,25 214:5

**reducing** 59:5,10,12, 16 62:9 205:25

**reduction** 95:3,15,18 145:2 146:3 147:10 156:17 157:2

**reductions** 139:6,7 143:18 145:15

**refer** 20:10 68:6 150:19 154:4,5 163:3 167:16

**reference** 44:12 50:25 51:1,11 56:14 96:18 106:11 113:13 132:14 151:22 155:11 156:1 210:18 213:23 223:11 226:1 242:21 247:2 248:14

**referenced** 58:19 96:3 119:19 127:3 152:15 158:7 173:11 181:21 191:17 194:22 197:13 204:11 211:4 222:16 245:8 246:6 248:12

**references** 113:12 165:22,24 167:6 194:22 199:17 213:21 235:11

**referencing** 96:22 115:13 168:8

**referred** 27:12 31:25 66:20 71:11 90:8 91:8 92:16 97:9 98:11 99:18 177:7, 11

**referring** 19:21 20:20 21:11 23:7 39:2 50:12 52:6,13,14

59:20 62:12,14 64:2 65:20 73:19 74:6 77:24 89:1,13 90:4 96:1 98:6 100:23 101:22 112:25 113:24 114:9,15 115:12 117:7,9,10, 14 123:8 124:13 137:22 140:23 146:14 152:4 154:23 177:18 178:1 179:4 190:20 196:12 202:1 210:22 222:19 242:15 249:5 252:22

**refers** 37:14 96:19 99:5 114:20 163:10, 15,21 186:11 252:15 253:1

**refine** 29:19 30:6 47:13,15 87:21

**refined** 128:19

**refining** 89:5

**reflect** 19:4,13 67:13, 22 76:22 84:10 143:21

**reflected** 18:16 139:9 212:18

**reflecting** 19:10 99:1 212:17

**reflects** 84:8 132:23

**reframing** 12:25

**refresh** 60:20 144:5

**regard** 56:15 195:10

**regarding** 210:3 233:20

**region** 42:2 163:4,7 164:13

**regions** 17:18,19,24 18:25 137:11 138:1 140:4 141:1,5

204:10,13

**regular** 56:13 130:15 135:19 174:18

**regularly** 130:22 131:10,19

**reject** 74:3

**rejected** 74:1

**related** 11:24 16:21 64:7 179:19 252:18

**relates** 24:23 110:18 163:21 170:4 187:10

**relating** 114:1,17 164:7

**relation** 167:19

**relationship** 125:9 148:1

**relationships** 125:2,5

**relative** 36:19,20 50:11

**relay** 179:25

**release** 15:24 248:5

**released** 191:14

**relevant** 12:12 36:11 74:10,13 126:12 173:23 174:1,2,4

**rely** 69:3,12,16 72:16 74:19

**remember** 13:17 61:13 108:18 139:12 140:20 180:25

**remind** 254:20

**remix** 152:11

**removed** 60:11,18 61:4,12

**removing** 60:17

**repeat** 9:25 34:4 77:1 80:17 120:4,18

164:1

**rephrase** 159:6

**replace** 185:3

**report** 70:5,6,7 74:20 75:5 76:10,25 77:3, 23 78:3,5,13,15,22, 25 109:21,23,24 112:23 113:4,6 115:17 121:12 155:3 158:1 188:16 189:1, 6,12 190:4,20,22 199:16 227:15 228:16,18 241:12 242:8 245:1 252:20

**reported** 72:8 78:21 79:2,4 114:13 115:20 117:8 157:8 192:1 229:17 241:1

**reporter** 7:13 8:17 10:9 34:20 63:14 65:4 67:7 120:22 159:12 194:15 216:11,14

**reporting** 7:15 22:14 113:21 114:1,16 250:17 251:16

**reports** 32:9,14,25 33:4 68:2,7,8,11,12, 14,17,23 69:19 71:20 72:15 82:11

**representing** 7:14

**requiring** 225:13,14

**research** 197:5

**reseller** 37:25 39:7 54:2 55:16,25 56:2, 10 82:3,12 83:13 84:15 98:25 99:6,19, 22,25 112:21,25 113:7,8,10,11 125:6, 11 132:10 153:22 154:5,16 155:4,9

Kevan Parekh

163:11,17,18,19
168:24 228:22

**resellers** 34:1,9,15
35:2,11 81:12,19
82:25 84:5 85:1
98:18,22 112:13
113:24 114:10
153:18 154:17
163:15 169:4

**respect** 40:13 144:7
152:21 157:6 210:2

**respective** 251:17

**respond** 10:13 47:17,
21 204:6,14 225:20

**responded** 47:24
148:25 149:2 183:20
225:18

**response** 45:22
47:19,25 49:1
195:23 196:4,5
248:16

**responsibilities**
23:22 41:16

**responsibility** 41:23

**responsible** 28:4
41:24 151:7

**responsive** 134:24

**rest** 99:12 114:13
115:11

**result** 111:16 157:2
225:4

**resulting** 156:16

**results** 21:19 199:8
211:11 212:10
215:20 217:2 222:14
233:1

**retail** 15:13,14 34:17
225:22 230:17
231:22 236:22

**Rev** 142:14

**revenue** 23:5 29:12
40:21 47:10 92:16
94:18 107:5 143:1,
16,20 146:17,25
147:6,13 149:10
151:19 152:17
156:17 157:2 158:6,
19 159:4,20,22
160:1 161:6 177:14
188:4 219:25

**review** 11:23 12:1,8
13:1,25 21:24 22:7,
25 23:2,4,12 69:19
86:18 94:22 112:21
186:1 200:20

**reviewed** 14:2,3
109:15 134:2 142:19
157:15 162:10
175:25 176:3 208:14
209:22,23 218:11

**reviewing** 12:17
87:14

**reviews** 21:2,5,7
22:3,4 23:19 157:14,
16,22 182:1 194:25
215:19 216:24

**revised** 60:11 143:2,6
145:5,19 151:19,21

**revising** 60:3

**revision** 144:12
180:23 222:20,23

**revisions** 138:25
141:11 149:13
152:13 160:13 217:6

**right** 9:7 10:25 12:1
13:8,9,25 16:6 17:13
18:3,6,14,19,22,23
19:1,15,16 26:14
32:1,2 33:7 40:6
43:22 44:1 46:20

47:20,21 49:18,22
52:10 53:3,6,22,24
54:1,2,17,18 55:14
56:2,4 57:12,17,20,
24 59:19 62:10
66:22 71:19 72:1
75:6,11,14 77:13
78:12 79:5,22,23,24
81:12 83:22 85:16,
18 87:2,6,7,10 91:9
92:19,22,23 93:10,
17 95:20,23 96:11,
25 98:18 99:12,22,
23 100:21,25 104:7
106:8 107:16 108:8,
18 109:21 112:12,
13,15,16,22 113:10
114:7 115:18 118:8
122:24 123:3,5
125:3,11,13,16,18,
25 126:6,8,15
127:10,19,23 132:7,
8,11 133:20 134:7,
22 136:13,15 137:16
138:15,18 139:8
146:15,16 147:3
149:25 150:9 151:19
152:5,7,20 153:16,
18,22 155:6,15
158:5 159:15 161:14
163:1,23 164:6,14
165:16 167:23 168:3
170:11 175:4
176:18,20 177:14,19
178:2,6 179:1,18
181:6 183:4,14
184:11 185:11
186:11,17,20 188:18
189:1,7 192:18
193:9,10 194:4,5,6,
20 195:2,3,6 201:6,
7,8,15 202:3,13
205:7 207:7 209:7,9,
11,16,20 210:17
211:6,9 213:10,12
214:10 216:20,21

219:3,17,19 221:20,
24 222:2,15,21
224:17 225:2,18,21
226:14,25 227:16,23
229:23 230:4,7
232:8 233:6,7,11
234:9 235:16 236:5,
10,23 239:8 240:12
241:7 246:12 247:1,
5 251:6 253:1 254:4,
25 256:6

**risk** 59:8 205:21
206:2

**risks** 177:3 234:10
246:15,16 249:14

**Robbins** 7:23,25 8:2,
4,6

**Rogers** 218:6

**role** 78:18

**roles** 23:20 182:24

**Roman** 201:3

**room** 93:25 94:8

**rotated** 80:7

**round** 185:18

**row** 186:10

**Rudman** 7:24 8:1,3,5,
7

**run** 75:22 76:23 177:4
187:3,16 204:24

**run-rate** 116:10,25
118:2 158:13

**rush** 164:21

**Russia** 106:8

**S**

**S-I-F** 51:22

**Sabih** 162:14

Index: resellers–Sabih

Kevan Parekh

In re Apple Inc. Securities Litigation

**Sachs** 72:21 75:5 76:25 77:3,23

**sale** 67:14,25 81:1,8, 10 99:8 112:2 145:11 153:17,19 156:2 189:14 199:5

**sales** 15:12,14 17:17, 18 31:3,16,20,21,25 32:1,5 33:25 34:7, 16,24 35:2,12 40:13 41:18 42:7 47:3,5 48:4,15 49:4,24 56:13 60:22 68:4 69:14 79:2 99:6 111:14 151:13,14 158:4 159:14,22 178:10,22 179:5,10, 13,21 181:5 185:3, 11 189:13,22,25 191:21 195:25 196:7,11,12,15,17, 24 199:19 212:1 213:11,15 214:12 218:16 219:15 221:18 222:25 226:21 227:16 235:20 250:17 251:16,21

**Sam** 51:21,23 52:2

**San** 7:16

**Saori** 80:10 142:10 148:23 150:25 176:8 177:3,13 221:25 222:5

**Saori's** 151:14

**satisfy** 31:1

**Saturday** 209:16

**saw** 84:9 152:11 177:21 178:20 181:25 185:10,19,22 187:4 192:16,22 205:4,16 238:13

240:16

**saying** 23:13 24:2 29:23 39:9 45:24 52:2 59:11 62:19 63:7,8,16,17 64:10 67:16 69:3,7 81:25 97:20 98:21 101:11 102:2 106:11 117:19,23 120:16 121:22,24 122:6,7, 19 135:4 159:3 165:11 170:22 171:15 173:1 180:14 204:4 215:11 230:22

**says** 54:3 57:8,24 60:18 61:24 62:22, 23 72:21 74:23 75:17 77:14 89:8,13 90:5,13 91:25 93:5 94:21 95:16,24 96:6 97:15 99:13,24 103:24,25 113:7,20 114:4,6,13 115:1 116:5 118:3,6,7,14 120:14,16 137:1,3 144:18 145:5 151:20,25 162:19 164:2,5,13,15 167:12,24 168:11 169:14 170:5 176:15 178:12 185:21 188:15 210:2 214:25 221:21 226:12 228:21 229:10,12, 16,24 236:24 243:12 244:22 247:5,10 248:1 249:8 250:17 253:4

**scarcity** 82:4

**scenario** 104:14 105:14 107:20

**scenarios** 75:22 76:2, 22 96:4 106:1 177:4

187:8 205:22 210:19 211:3 212:4 224:15

**schedule** 10:20

**scheduled** 129:7

**Schiller** 22:16 162:15

**screen** 50:6,10,14,22 51:2,3,6,9,14,15 103:18 156:10 191:4 195:13,14

**screens** 51:13

**screenshot** 142:12

**script** 175:25

**scroll** 254:23

**SDM** 60:15 61:6

**seasonality** 181:18

**second** 55:5 85:15 88:17 91:24 94:21 113:14 115:1 234:20 235:12 242:20 252:25 253:2

**section** 92:15 94:13, 16,17,18 163:17 168:11 169:13 245:9 249:7

**sector** 248:8

**Securities** 7:5

**see** 8:20 29:3 31:18, 21 38:25 39:14 42:23 48:25 53:5 56:17 57:8,15,16 58:25 59:24 60:2 61:17,20,24 62:1 70:14 72:20,25 73:1 74:22 75:3,4 77:13, 14 84:21 88:6,18,20, 21 89:25 90:6,15 92:2,15 93:8,9 94:13,20,23,24 95:24,25 96:5,9

97:15 99:10,16,17 100:14,22 101:7,13 102:4,16,19 103:22 105:17 106:7 113:17,19,22,23 114:4,5,8 116:2,3, 10,11,12,24,25 117:2,25 118:1 132:1 134:18 136:16,20,21 137:14 138:11 142:3,16,17, 25 143:2,4,5,11 146:22,25 151:25 155:1 156:7,12,13 157:24 158:17 161:13 163:11,13 164:21 165:21,23,25 166:8 167:5,11,12, 14 168:10,14 169:3, 13,20,21 170:10,17, 18 171:3 173:10,12 175:19 177:5,6 178:8,10 181:14 183:16 185:7,8 191:2,9,12,18 192:5 194:24,25 195:21 196:2,3 197:14 198:3,9 199:3,13,15, 17 200:24 201:12, 13,21,23,24 203:17, 18 206:15 209:25 210:1,6,7,12 213:22 214:3,4,18,21,22 215:21 217:1 218:20 220:3 222:7,8 223:24 224:5,6 225:8,23,24 228:22, 24,25 229:10,15,19, 20,24 230:2 234:10, 12 241:24,25 242:4 243:21,22 245:13 247:8,9,15,16,23,24 248:1,3,10 249:4,8, 11,12,16,17 250:9 251:8 252:16

Kevan Parekh                                                    In re Apple Inc. Securities Litigation

**seeing** 19:4 40:16
47:4 49:23 56:10
58:2,12 60:13,22
61:5 63:2 65:23 84:1
92:1 100:23 106:12
112:23 140:13
158:15 180:2 192:20
231:3 242:2

**seen** 25:4 31:7 70:11
85:6 105:9 157:22
158:13 176:24
177:17,18,25 178:2,
4,14,18 179:3,18,19
186:4 204:20 205:20
249:8

**select** 155:2

**self-evaluation** 21:22
22:1,17

**sell** 19:12 20:16 26:1,
2,4,21,22,25 30:21
34:17 37:15 52:7,8,
11,12,14 56:4 59:12,
16,18 69:15 95:7,8
96:2,4 100:12 103:5
104:6,14 106:5
110:22 116:8,14
117:6,11,13,16,20
118:1 119:9,13,15,
23,25 120:1,9,10,24
121:1,5,24 122:6,16
125:16,21 126:16,22
127:1 145:11,12
152:25 153:3,13
210:9,24 211:2
213:25 214:6

**seller** 228:16

**selling** 62:16 125:17
126:1 178:6 181:15

**send** 134:12 143:9
179:23 180:14 185:2
203:9 210:3 254:13

**sending** 14:18 185:14

**sense** 32:4 47:1
100:11 118:21 196:7
220:25 223:17
225:17 243:16

**sensitivities** 75:20

**sensitivity** 74:23

**sent** 47:19 143:6
152:13 181:10
185:15 190:6
194:13,17 208:17,18
209:12 218:22,23
219:4 220:14
221:22,25 222:5
227:6 233:14 240:22
241:8,11 247:18
255:11,19

**sentence** 57:23 58:18
61:12 62:2,22,23
63:5,7,16 64:1,8
74:22 75:17 89:13
93:9,12 94:2 99:7,13
101:3 102:6 107:19
108:9 114:1,12,13,
17 115:1,13 116:17
118:3,6,7,10,14,17,
22,25 119:5 120:14,
16 136:25 137:3
164:5,12,15 171:5
215:5,9 226:5
228:21 230:2,17
241:25 242:10,14
243:24 248:18
249:12

**sentences** 243:4

**sentiment** 241:13

**separate** 63:7,16
210:3

**Separately** 69:10
203:13

**sequence** 218:25

**session** 251:2

**set** 29:18 33:12 90:17
98:4 126:4 128:9
181:1 217:10 219:24

**setting** 210:4

**seven** 168:12

**SGT** 162:23

**Shanghai** 236:18

**share** 33:15 74:25
75:13

**sharp** 14:7

**Shawn** 7:23 43:3 55:2
56:18 61:21 71:11
77:5 112:4 115:8
206:22 255:6

**Shawn's** 112:5

**Shen** 247:11

**shifting** 169:3

**shipment** 170:16

**shopping** 169:7

**short** 43:4 61:10

**short-term** 241:14

**show** 43:15 58:19
70:7 189:12

**showed** 119:18
197:12 212:14 246:7

**showing** 32:5 134:13

**shown** 214:8 238:15

**shows** 121:11
144:11,21 146:23

**shut** 175:13

**SI** 95:3,7,8,24

**SI/UB** 95:2

**sic** 71:7 201:21

**side** 28:21 201:21

**SIF** 51:18,21 59:5,10

62:10 170:25

**sight** 96:13

**sign** 231:24

**signal** 35:21 36:6,16,
24 66:10 168:16,23
169:10,11,12
170:19,23 171:6,8,
11,13 172:1,17
173:3,8 230:15,25
231:11,13,20 237:12
238:6,7

**signaling** 244:23

**signals** 35:17 36:9
62:5,8,20 63:2,9,19,
23 64:11,24 65:1,15,
20,25 66:2,8,15,19,
20,23 67:2,12,17,18,
20 91:25 116:9,23
119:24 120:2,11
121:2,7,10,20
124:24 126:18
145:3,16 204:24
245:10 249:3

**significance** 140:3
196:8

**significant** 94:3
140:25 143:18
144:7,11 145:1,14
147:10,20 148:4,6,8,
12,20,24 149:13
156:13 160:21,24
161:4 164:16 222:22

**significantly** 143:17
155:15 156:16

**signs** 72:22 89:25

**SIM** 50:6 107:8
232:24

**similar** 148:10 152:10
168:1 195:2 219:1

**Similarly** 103:11

simple 25:25 103:4 134:13

simply 135:12

simultaneous 67:6

single 135:23 147:24 212:7 214:12 222:24

Singles' 181:17

Sinocism 240:22

sit 172:15

situation 47:7 48:21, 24 82:2,18 130:4,14 237:24 241:5,22 243:10 248:23 249:24 250:11

six 230:10

sizable 140:8

size 100:16 101:9 137:15 148:8,10,13 156:8 166:5 180:24 191:5 195:11

slides 250:22 251:7

slight 143:17

slow 215:18

slower 181:21 232:1

slowing 72:22 75:17

smaller 51:10 144:1

smartphone 74:24 75:6,9,13,20,21 76:11,13,14,16,18 234:19 235:10,12 245:18,23 250:2

smartphones 250:3

softer 113:20

softness 57:14,19 58:12,19

sold 125:12,14 168:19

solid 219:23

somebody 33:6 79:1

sorry 9:2,3 16:8 24:20 34:3,20 45:16, 18 46:14 48:23 51:22 54:24 55:1,2, 19 56:18 63:6,15 65:1 67:10 71:5,13 74:15 75:24,25 77:1 79:17 80:17 82:17 86:10 94:17 96:8,21 97:25 109:2 111:4,6 112:4 114:22 121:23 123:9 132:13,18 135:3 141:9 159:7 163:24 175:14 184:20,21 186:20 193:24 204:2 216:22 218:4 219:6,7 229:14 233:9 253:11,18

sort 20:17 21:22 25:3 31:15 181:5

sorts 73:20

sounded 170:20

sounds 43:22 76:1 111:19 242:24 244:15

South 59:6 246:25 247:4,5 248:18

specific 12:22 13:2,5 24:22,25 27:22 49:8 70:11 78:4 91:18 110:2 124:17,18 139:13 147:17 153:25 172:4 183:24 184:1,4 202:5 219:23 249:25 255:16

specifically 23:11 35:13 75:12 76:11 78:14 89:8 92:25

112:21,25 122:11 125:22 129:24 131:8 133:1 139:2 141:3 169:9 178:1,11 180:3 182:22 210:9 252:22

specifics 11:17

speculate 38:23 179:7,15

spend 243:19

spending 243:17,18 244:3

spike 31:18

split 19:23

spoke 45:16

Srinivasan 201:5

stability 249:9

stable 247:22

stand 51:19

standard 252:3

standpoint 21:9 29:12 107:5 163:8 195:22 212:1 241:19

stands 152:6

start 42:20 43:21 48:9 65:22 67:10 98:9 158:20 161:12 163:9 181:20 232:1 245:25 246:4

started 15:1 42:21 203:13

starter 215:18

starting 157:17

starts 96:10 100:7 114:25 166:14 252:9

state 7:21 8:22

stated 26:11

statement 73:11 242:18 243:1 245:17,20

statements 249:22, 23

States 7:6 140:15 144:12 147:13,17 149:14

stats 165:12 181:19 189:18,24 190:15 214:15

stay 26:13

stayed 144:22

steeper 60:13 61:5

Stella 234:6 235:11 246:6

Stella's 235:24

Stephanie 8:11 13:13

Steuart 7:15

stick 28:20

stimulate 248:20

stock 72:14 248:21

stopped 243:18 244:2

store 98:20 113:3 115:2,13 155:12 195:2 213:16 225:8 236:18,21,22 237:4, 9,19,24,25 253:1,4

stores 237:20

strength 36:4 183:6

strong 17:17 36:15, 19,24 48:9 50:4 57:25 103:16 107:3 216:24 232:25

stronger 29:1 57:12 58:2,21 116:6

Highly Confidential

Kevan Parekh

In re Apple Inc. Securities Litigation

structure 22:14
245:12

struggling 215:19

sub 110:3,9 114:25

subject 54:1,3 55:18
113:7 132:9 151:18,
20 154:15 162:19,21
194:7,9 201:9 208:9,
23 218:18 220:23
254:9

submitted 59:7

submitting 59:13

subsequent 29:21

subset 121:12

substantially 138:23

suffering 249:13

sufficient 80:14,22
100:24

suggest 93:22
116:13,17 129:10
165:20 169:22 170:8

suggested 248:9

suggesting 245:20

suggests 93:20 95:13
213:7 245:14 247:3

Suite 7:16

sum 134:15

summary 54:19
71:19,22 75:5,9 76:1
78:9 114:4 142:25
143:12,16 146:16
149:1 151:25 162:22
163:5 209:21 240:25

Sunday 254:10

superior 235:2

superiors 21:7

supply 29:3 30:18,19,

20,25 38:9,19 47:6
48:10,21,24 49:14,
16,19 50:1,4,8 61:6,
11 82:4,20 87:25
96:16 99:14 100:10,
13 102:10,11 105:22
145:8,23 146:4,7
153:6,8,9 167:13,18,
20 168:2 170:16
183:4,5,8,9,11,12,
13,19,23 184:2
229:3,5

supply-related 153:2
210:25 211:2

supply/demand
37:21 61:9 119:11

support 244:23
245:11 249:3

supposed 133:8

sure 11:11 17:14
19:20 20:3 21:6,12
26:12,17,20,25 29:2,
10 32:24 39:10,13
43:5 55:20,23 56:18
66:14 68:10 71:15
73:19 78:13 79:24
89:22 90:9,22 91:19
92:2,7,10,11 93:14
100:10,13 105:22,24
111:6 119:3 120:5
125:20 127:7 133:1
142:4 150:9 153:24
156:21 159:6 160:5
161:23 178:20
192:13 197:18
198:23 203:23
207:25 211:4,25
212:4 216:10 223:15
224:21 231:12
243:11 244:6

surge 31:21

surprised 160:7

surprising 160:15

sustaining 214:2

switchers 100:16
101:9 107:16 108:4,
12 137:15

sworn 8:14

_____

T

T3 114:14

T4 114:14

table 184:23

tables 141:24 142:2

Taiwan 169:17

take 10:9,16,17,19
14:6,9 18:7 26:12,23
32:20,21 40:24 43:4,
5,6 44:18 53:9 57:22
69:11 70:4,17 71:2
74:18 79:14 81:15
82:19,24 83:5,7,13
85:11,14 89:21 90:1,
5,12 100:5 109:8
111:15 112:17
121:13 124:9,24
125:20 127:6 131:21
133:20 141:22
145:24 149:6 150:14
155:3,10 157:7,25
158:14 162:4 165:19
169:6 170:21 175:2,
22 178:7 179:12,24
180:7 181:24 182:24
183:4,5,8,13,19,23
184:1,10,17 187:15
188:21 190:13
198:18 199:7,12,22,
23 200:19 207:3
208:3 215:1 218:1
221:10 226:15 228:7
231:4 232:13 239:4
241:7 243:9,13

surprising 160:15

244:25 250:10,19
251:11 254:1

takeaway 245:3

taken 9:18 23:23
43:11 79:20 83:25
85:20 121:21 127:12
154:23 155:19
173:15 175:6 178:17
207:12 219:24 234:2
238:1 239:11

takes 121:8 140:21
183:1 247:7

talk 14:10 56:9 75:19
91:1 118:19 124:14
233:25 248:17

talked 66:9 88:24
98:19,24 105:23
116:19,22 123:2
128:24 154:22
190:15 191:3 192:7
229:2 238:13

talking 34:23 70:5
75:8 91:4 99:19
102:23 113:11 123:6
124:1,6,12 129:21,
22 138:5 177:8
228:17 231:13
238:16 244:1,9

talks 74:20 91:23
102:9 112:24 149:10
230:17 231:22
245:11

Tan 41:9,12 203:7

target 110:14,15,20
111:7,10,11

team 22:5 28:4 37:21
41:8 72:13 73:7
78:16,21 79:3 80:7,
8,11,13,21 81:6
86:23 111:15 112:20
119:20 129:22,23,24

Index: structure–team

Highly Confidential

Kevan Parekh                                                    In re Apple Inc. Securities Litigation

130:2,3 131:6,9,10,
11,13,15,20 143:8,
10 151:12,14 183:1,
3 189:13,22 194:3
196:7,12,15,17,24
197:2 198:22
201:17,25 202:14,21
203:7 221:16,17,18
224:17 226:21
227:10 232:23
233:19 235:5,20,22,
25 236:1 251:23
252:1

team's 209:13

teams 129:25 177:24
178:15 195:25
251:16,21

teamwork 21:19

technically 153:19

TECHNICIAN 7:3
42:12,25 43:9,12,22
44:1,7 85:18,21
127:10,13 175:4,7
207:10,13 239:8,12,
16,19 251:1 253:13
256:6

telephone 129:12
130:10

tell 15:19 33:4 38:6
41:21 51:8 70:8
76:19 88:22 174:15
177:21 180:6 238:9
250:24

telling 118:17 233:2

template 251:22

ten 13:8,9 43:5,6
85:16 128:23 129:19
130:6,10 131:6,15
175:2

ten-day 130:19

tend 32:23 129:1
182:23

tension 234:16

term 30:15 37:13
116:10,23,24

terms 19:21 184:1

testified 8:15 9:6,9
14:8 15:9 118:13
122:15 212:8

testifying 14:12

testimony 11:2 12:2
82:16 200:25 210:15
211:10,15 213:2,11

text 61:18,25 62:4,23
150:16 247:3

Thank 8:17 25:2
30:17 32:7 44:15
51:17 103:20 111:25
254:17 256:3,5

Thanks 195:24 251:3

Tharp 79:2 195:23

theme 195:5 235:9

themes 194:18

thing 10:21 88:16
135:19 157:13 165:8
178:20 188:3 193:14
240:4 255:3

things 23:20 28:25
33:2 40:16,24 66:12
69:10 75:18 79:25
102:12 107:22
111:1,2 118:19
125:21 128:13 133:3
136:19 153:2 156:3
157:5 164:25 165:19
177:23 178:5,17
180:2 182:23,25
183:1 191:7,10,17
192:16 194:21
212:11 220:8 232:24

237:22 241:4,19
242:6

think 17:5 19:3 20:5
22:24 23:18 25:18,
19 26:4,19,22 27:17,
24 28:16,21 29:10
30:6 33:10,20 37:1
38:18 39:5 40:23
42:14,18,19 45:16
48:9,11 54:12 57:22
68:12,15 69:17
71:11 72:11 75:16
81:16 82:4 83:16
84:18 85:3 88:14,24
89:4 91:22 92:11
93:12,23 97:11
100:3 101:11 102:22
103:5 104:5 105:18,
19 106:23 107:9
109:7 110:22 112:8
116:5 122:15 123:11
135:10 138:8 140:17
145:8,11 146:13
149:5,6 150:8
154:22 156:2,15,25
161:21 164:16,23
165:14,18,22 166:2,
7 170:1 172:4,5,17
174:12 175:24
177:20 178:3 179:1,
8 181:9 182:10
183:9,16,19,25
184:4,12,21 187:3,6
191:2,15,23 192:12
197:12,13,18 198:16
199:19,21 200:5
205:9,17 206:8,10
207:17 209:14
210:23 211:1,22
212:2 215:15 217:2,
4 220:14,25 223:2,
14 224:10 226:5
227:12 228:9,12
236:13 237:16
238:12,15,18 246:5

250:9 254:22

thinkers 220:1,6

thinking 54:11 72:8
84:18 136:18 174:16

third 226:24 229:9
248:17 249:7

Thor 60:1

thorough 251:12

thought 18:17 29:12
48:11 73:23 103:25
135:5 161:11 192:21
204:7 216:1,16
255:6

thread 233:15,16

three 136:18 158:23
164:9 186:19,20,21
220:2 227:14 236:7,
9

Tian 201:5

tied 73:13

tighter 142:6

Tim 55:8,10,24 56:11,
13 60:4,17 71:8 79:7
84:24 87:3,4 88:10
92:23 93:1,2 129:4
130:10 132:15,24
133:3 134:5 135:16,
22 138:21 151:1
152:13 162:13 168:1
176:8,13,21 179:1,7,
15,23 208:7,18
209:12,20 218:23
219:4 221:22 222:4,
15 223:8 224:18
238:9,20 239:2
254:10

time 7:19 9:10 10:18
16:14 17:7 18:14
22:15 31:19 34:16,
17,18 43:9,12 45:3

Kevan Parekh

**Highly Confidential**

In re Apple Inc. Securities Litigation

50:5 54:11,20,21
57:2 66:2 73:23
78:3,7,17 79:3
85:19,21 93:11
96:22 97:12,13
99:21 107:1,6 108:1
112:14,18,20 115:23
117:20 118:19
127:6,11,13 128:1
135:23 138:8 140:22
153:8,10 154:7,11
160:12 161:12
163:6,8 168:19
170:8 171:4 174:4,
25 175:5,7 176:16,
17 179:25 182:2,14
184:14 186:4 191:4
192:4 195:8,17
196:21 199:11,12
200:7 205:1 207:10,
13 212:20 215:11,
14,24 216:1,4,17
218:15 224:8 225:7,
8 227:13 230:11
235:21 239:6,9,12
240:16 241:7
247:17,21 249:15
250:7,25 251:5,11
254:1 256:8

**timeframe** 12:20 46:9
49:9 82:8 128:10,23
141:10 204:25 219:2

**timeline** 12:25

**times** 21:23 85:6
135:22

**timing** 19:21 164:11

**title** 15:8 78:18
220:23 245:10

**titled** 86:13 188:25

**today** 9:11,15,18,23
10:4,16 11:2,9 13:13
14:13,17 40:1 45:24
61:14 97:22 172:15

176:24 177:18,22,25
178:14,18 179:3,18,
19 180:8 185:19,22
248:5 256:7

**told** 153:7 238:20

**tomorrow** 180:15
185:2 210:5

**tone** 236:14 238:21

**Tony** 218:5

**top** 29:4 56:14 77:11
93:6,17 110:9 247:6

**top-down** 110:1,10

**topic** 242:19

**topics** 133:3 220:2

**tops-down** 89:3
110:5,12 111:9

**total** 91:2 110:4
114:6,10 134:14
164:2

**totality** 58:5

**touch** 156:9

**Tower** 7:16

**track** 30:8

**tracking** 33:21

**trade** 208:20 234:16
247:7,14

**traffic** 20:23 191:21,
23 192:1,12,16
195:2 199:16 225:22
226:2 237:21 253:1,
4

**training** 189:15

**transition** 87:25

**transparent** 242:12

**trend** 126:11

**trends** 33:11 126:7
158:13 160:16

187:3,15 206:1

**triangulate** 89:4
110:23

**tricky** 195:18

**tried** 101:17 196:23
226:25

**trigger** 187:8

**triggered** 61:16
145:20 185:10

**trip** 176:22

**Tristan** 8:9

**true** 57:17 58:16
64:22 65:12 138:18
223:6

**truly** 242:13

**try** 19:6,8 26:10,11,
19,20 27:9 29:3 30:3
33:10 40:15,18,25
44:8 69:2,6 82:4
90:1 91:13 94:4,6
101:14 102:25
105:18 106:1 107:18
111:15 120:5 123:17
142:1 158:14,16
178:6 184:13 195:21
198:17,23 225:5
248:20

**trying** 27:7 30:14
36:3 39:3 42:6 44:5
47:1 48:11 50:16
65:19,24 89:10,16
104:15 105:3,23
109:1 117:24 128:9
135:7 136:9 139:23
145:18 171:9 172:13
173:5,6 180:6,7
184:5 195:19 197:19
199:20 202:8,11,23
230:3 232:23 238:3
254:20

**Tuesday** 11:19 13:23
209:24

**turn** 100:2 166:10
229:6

**turned** 143:19

**turning** 113:14

**twist** 201:10

**two** 13:5,6,7,15 54:4,
5 77:18 88:9 91:12
92:4 106:10,15
137:11,25 138:25
139:3 142:5 153:2
158:21 170:2 173:24
212:11 218:16
231:15,17,20 237:22
242:6 243:4 248:2

**type** 32:24 37:2 74:5
116:20

**types** 32:14 56:12
68:23 73:20 126:7

**typical** 56:11

**typically** 19:5 20:7
22:10 25:9,12 26:9,
23 27:9,12,14 28:2,
6,23,24 29:2,24 38:6
47:24 56:8 58:17
68:13 69:3,16 70:14
72:5,16 84:21 89:4,
24 97:22 99:9,11
104:6 112:18 133:6
165:2 189:22 198:19
200:1 205:23 211:17
217:10 237:20
251:25

---

**U**

---

**UB** 95:4,9,10

**ultimately** 69:20
128:2 151:9,15

**unable** 36:22 66:17
230:22

**unbrick** 170:5 229:4

**unbricking** 167:13
169:18,22 229:3

**unbrickings** 95:9,10
167:18,19,22 213:15

**unbricks** 170:7

**uncertainty** 206:13

**unclear** 219:7

**uncommon** 131:19

**underlines** 94:14,19

**underlying** 104:16

**underneath** 96:2

**understand** 9:17
10:7,8 13:4 24:14
25:5 26:14 30:15
32:7 33:10,18 36:3
39:2 50:16 61:6
65:19,24 68:14 69:2,
6 89:10,17 97:7
104:2 105:4,5
118:12 120:5 135:7
136:9 139:23 147:16
159:1,8 171:9
191:25 197:19
198:4,8 202:8,11
204:8 222:18 227:11
252:1

**understanding**
15:16,20 16:2,7,9
24:10 35:23 52:6
91:18 93:10 103:20
110:12,17 121:16
163:14 168:6 235:1

**understood** 38:21
104:1,21 156:22
159:3,7 160:5

**unfold** 106:2

**Unfortunately** 236:19

**Unicom** 170:14
172:16 173:2 229:25
230:23 231:10

**unique** 110:25

**unit** 86:13 143:21
151:14 177:12
186:14,16,17 204:19
208:10,24 209:3
218:24 219:3 221:23

**United** 7:6 140:15
144:12 147:13,17
149:14

**units** 86:14,25 87:24
97:1 143:24 144:2
146:8 153:13
186:10,11,19,20,21
188:5 199:1,5
209:23 210:10,11
214:6

**unusual** 79:23 80:1
129:17 130:8,23
131:14 136:5,7

**unwilling** 160:2

**update** 54:2,10 55:13,
15,24 58:18 63:22
64:17 65:7 66:8
113:2,8 154:16
179:23 180:15 185:3
197:13 209:3
221:22,25 226:1,12,
20,23 228:17,22
229:1 241:4 251:16

**updated** 128:19
142:25 143:9
180:10,18 190:7,10
209:8,10 218:23
219:3

**updates** 32:9,14,15,
25 56:12,13 112:24
119:21 130:15

181:10 238:13

**updating** 180:1,9

**upgrade** 33:5

**upgraders** 33:3

**upgrading** 33:12

**uplift** 253:5

**upside** 94:1,3

**upward** 144:12
149:13

**urgency** 221:1 225:2,
17

**urgent** 218:18
220:11,22,23
225:13,15

**urgently** 219:25

**USA** 59:6

**usage** 30:15

**use** 27:23 29:2,15,20
32:17 33:8 35:25
36:2 37:13 40:21
68:2 69:5,23 74:6
103:4 104:6 110:2
124:18 125:23
158:16 195:12 217:5

**useful** 192:14

---

**V**

**variety** 33:1 75:18
91:3 105:21 110:22

**various** 40:25 66:11
72:6 74:24 79:13
84:20 89:6 133:3
236:1

**vary** 31:22,23 81:23

**velocity** 167:12,16,17
228:17,22 229:1,2
230:18 231:23

**version** 146:22 147:2,
3 185:15

**versus** 20:23 24:13
30:9,11,13 33:3,11
47:2 106:5 159:22
163:22 164:4,10
166:4 167:13,22,23
192:2 194:19 202:10
214:8 227:14 229:17
236:18 253:5

**vice** 15:11,12

**video** 7:3,17 42:12,25
43:9,12,22 44:1,7
85:18,21 127:10,13
175:4,7 207:10,13
239:8,12,16,19
251:1 253:13 256:6

**videographer** 7:13

**videotaped** 7:4

**view** 16:23 52:12
68:20 73:22 75:19
76:10 80:21 81:6
99:5 110:24 111:4,9
126:16 139:9 146:2
147:6,19 149:12,15
166:8 171:6 173:1
177:1 182:22 189:24
196:1 222:22 224:12
231:9 238:2 247:12

**viewed** 74:10 155:24
174:12

**views** 33:1 182:11,18
241:5

**virtually** 7:9

**volume** 20:17,23
168:11 169:1

---

**W**

**W2** 54:2,4

**Highly Confidential**

Kevan Parekh

In re Apple Inc. Securities Litigation

**wait** 84:21 123:19 124:4 165:21 183:22

**waiting** 58:8 63:4 165:23 166:17 173:12 191:18 194:24 197:14,21 198:9 238:14

**want** 10:23 27:8 28:20 38:23 42:22 43:5,15 52:1 55:20, 22 60:8 71:14 74:4 77:19 79:24 85:11 104:1 111:15 120:5, 18 127:7 140:12 143:14,22 153:25 156:21 159:6 171:1, 2 179:24 183:20,24 184:3 204:6 205:18, 23 211:3,18,24 216:9,11 217:18 225:5 236:13 239:4 244:5 252:5 254:1 255:14

**wanted** 21:25 55:23 112:4,6 138:3 170:21 177:20 191:2,9,12,13 199:2 203:22,25 217:5 220:14,25 223:15 230:10 255:5,9,18

**wanting** 165:24 194:24 199:17

**war** 247:7,14

**wasn't** 17:17 23:21 67:14 103:16 109:2, 22 112:7 120:16 147:16 153:6 156:3 164:21 168:7 175:18 178:23 196:13 199:1 211:15,20 212:24 230:14 235:8 243:11

**way** 37:15 44:13 76:5 90:19 94:1,11 95:17

97:6,23 99:7 102:13 103:7 106:18 109:25 110:18 126:21 149:9 150:2 157:2 159:8 160:5,6 161:7 163:11,15 165:14 172:17 173:3 174:13 179:14,22 180:11,19 183:11,13 196:18,22 197:18 211:5 223:4 229:9 230:11 242:6 243:3 254:23

**ways** 184:1,13

**we'll** 10:16 27:24 43:7

**we're** 7:14 8:9 12:13 33:20 36:11 38:24 39:12 43:7,10,13,20 56:10 61:8,10 73:5 82:20 83:3 85:19,22 91:13,25 94:8 103:15 104:15 105:3 106:15 127:11,14 140:12 145:9 153:25 158:15 161:8 169:6 171:20 175:5,8 176:22 178:3 180:1, 2,6,8,14 182:24 187:17 204:5 207:11,14 217:11 231:12 239:9,13 244:1 245:24 251:1 254:25 256:8

**we've** 14:11 43:3 70:11 85:6,10 89:21 90:5 92:1 154:22 158:13 176:24 177:17,23,25 178:4, 16,17,18 179:19 180:8 181:10 206:23 212:19 239:3

**weak** 75:1

**weakest** 248:1

**website** 155:6

**websites** 99:9

**Wechat** 236:20

**Wednesday** 248:19

**week** 11:15,19 13:22 28:12 54:4,5,14 57:25 60:12 128:11 142:22 166:20,23 185:3 230:10 236:15

**week-over-week** 57:10,11 58:4

**weekend** 194:23 199:17 228:17

**weekly** 31:4 134:14

**weeks** 19:12 165:1 174:10,21,22 181:15

**Weibo** 236:20

**weighed** 209:14

**weight** 244:12,15,20

**weighting** 81:23

**Welcome** 127:16

**went** 17:11 81:8 112:2,10 143:16 148:10 154:8 156:2 188:8 189:19 200:16 213:16 220:16,19 223:16

**weren't** 15:22 18:20 122:4 145:3 156:13 157:8 231:4

**Western** 59:6

**wheels** 182:5

**white** 199:2

**widened** 19:10 139:4

**widget** 26:1 103:11 104:8

**widgets** 26:4,22

103:5,6,9 104:14 106:5

**Williams** 7:23 8:19 18:2 19:14 21:1,20 22:11 23:1 24:1,17 25:14 26:5,24 27:11 28:10 29:14 30:10 31:10 32:13 33:22 34:5,22 35:9,22 36:13,21 37:5,11,23 40:19 41:2,11,20 42:9,14,18,21,24 43:5,8,14,20 44:17 45:15,23 46:5,11 48:2,13,20 49:13 50:19 51:4,16 52:4, 18,23 54:16 55:3,12 56:1 58:9,15 61:1,23 62:18 64:5,23 65:2, 14 66:1,16 67:4,15 68:1,9 69:4 70:1,18, 24 71:13,18,24 72:18 73:8,24 74:9, 14 75:10,23 76:20 77:6,9 78:2,11 79:10,16 80:19 81:4, 18,24 82:23 83:12, 19 84:2,12,23 85:15, 23 86:5,15 88:15 90:20 91:6,16 92:6, 14 93:4,21 96:24 97:4 98:5,16 99:2 101:4 103:2 105:1,3, 7,15 106:20 107:13 108:2,7,22 109:4 111:3,17 112:1 114:18 115:9 117:4 118:5,11 119:6 120:7,15,20 121:14 122:14 123:18 124:3 125:7,24 126:14 127:4,7,15 128:8,21 130:18 131:4 132:20 133:10,17 134:6 135:9 136:3 137:2,9,

Kevan Parekh

**Highly Confidential**

In re Apple Inc. Securities Litigation

24 139:5 140:1
141:6,14,18 144:15
145:13 146:1,11,21
147:15 148:5,22
149:23 150:4,10
151:2,17 152:19
153:5 154:2,20
155:13,22 156:24
159:10,18 160:18
161:2,17,24 162:14
165:7 166:9 168:9,
21 170:9 171:22
172:24 173:19
174:11,23 175:2,9,
15 177:15 179:17
180:16 181:3 182:3,
9,15 183:18 184:8
185:23 187:21
188:10,17 189:20
190:8,16 192:15
193:1,5 196:14
198:13 200:8,13
203:1,8 205:13
206:18,24 207:4,7,
15,19,24 208:8
209:6 211:14,19
213:9,18 214:17
215:3,13 216:6,10,
13,18 217:13,20
219:11 220:20
221:2,6 223:5,18
224:16 226:7,13
227:9,20 228:3
230:13 231:6 232:4,
9,12 233:18 234:3
238:5 239:6,14,17,
23 241:6 243:2,15
244:14 246:1,10,21
250:12,18,24 251:3,
4 253:6,11,14,15
255:8,22 256:3

**Winawer** 13:19

**window** 131:8 140:22
230:8

**wise** 163:7

**withdrawn** 9:21 15:15
23:3 35:15 37:6
66:17 80:5 81:5
83:20 91:17 121:23
123:4 166:21 174:24
204:16 206:19 209:7
231:8 245:2

**witness** 7:10 8:10
17:22 19:3 20:19
21:16 22:9,24 23:18
24:9 25:9,24 26:17
27:6 28:9 29:9 30:3
31:7 32:11 33:17
34:3,11 35:5,19
36:8,18 37:1,9,19
40:15,23 41:8,18
42:6 43:16 44:5,15
45:21 46:3,8 47:23
48:7,17 49:7 50:16,
24 51:8 52:1 54:10
55:10,22 57:22
61:20 62:12 63:22
64:15 65:19 66:7
67:2,10,22 68:6
69:1,22 70:23 71:16,
22 72:11 73:4,18
74:3,12 75:8,16 76:9
78:1,9 80:17,25
81:14,22 82:15,17
83:3,16,24 84:7,17
85:3,13,17 86:3
88:13 90:12 91:1,11,
22 92:10,25 93:19
96:21 98:3,14,24
101:2 102:25 105:8
106:15,23 107:18
109:1 110:17
111:13,24 114:12
116:17 117:23
118:10 119:3 120:4,
13 121:4 122:11
123:17,24 125:5,20
126:10,21 128:5,16
130:13 131:1 132:18

133:15 135:4,14
136:25 137:6,18
138:25 139:21 141:3
144:10 145:5,18
146:6,20 147:12,22
148:15 149:19
150:2,8 151:11
152:10,24 153:24
154:19 155:8,17
156:20 160:11,23
161:21 164:19
165:18 168:5,18
170:1 171:18 172:19
173:5 174:6,15
175:13 177:11 179:7
180:13,21 181:8
182:7,14 183:23
185:21 187:13,25
188:15 189:11
190:3,13 191:23
196:11 198:1 203:5
205:9 206:8 207:2,
22 209:2 211:17
213:6,14 214:15,25
215:11 217:18 219:9
220:13 223:2,11
224:10 226:11
227:18,23 230:6
231:2 232:7 233:13,
24 237:16 238:24
239:22 241:3 242:10
243:6 245:5 246:14
249:21 250:16
255:24 256:5

**wondering** 14:17
47:6

**word** 61:21 128:17
184:3 195:12

**words** 108:3 160:5
173:24 181:8 238:25

**work** 8:25 9:16 22:3,5
31:11 35:17 40:3,9
69:14 79:19 128:12
198:22 220:1 222:13

**worked** 47:23 79:1
151:12 235:21

**working** 176:22
178:12 185:4 220:7
225:10 235:22
242:3,21

**works** 242:22

**world** 19:1

**worldwide** 110:10
140:19 144:22

**worried** 196:8 197:9

**worse** 241:22 242:17
247:6 248:9

**worth** 171:14,15

**wouldn't** 17:8 18:3
49:7 66:9 68:15,18
69:22 70:2 79:22
84:7 93:19 97:6
98:10 99:21 122:2
124:24 129:6 130:23
157:10 158:3,18
165:5,9 171:18
173:15 203:24
211:11,17 223:2

**write** 72:13 117:5
176:21 177:16 185:1
215:17 222:2

**writes** 61:18 88:16,18
89:20 100:21 102:16
134:12 136:16
142:24 209:20
213:25 214:18 215:6
219:21 224:2 234:6
236:21 242:1

**written** 91:7 93:13
95:22 99:3 102:1,7,
13 106:17,19 151:24
179:14

**wrong** 77:5 85:1
128:11

**Index: Winawer–wrong**

**Highly Confidential**

Kevan Parekh                                                    In re Apple Inc. Securities Litigation

**wrote** 37:24 60:6
115:24 118:10,17,
22,25 119:5 137:13
179:19,23 195:23
201:17 203:12,21
222:17 224:17,18
225:12,25 234:8
236:4,11 241:21
242:7 243:4,16
255:19

---

## X

**X/8** 164:4

**X/8/8+** 57:9

**X84** 132:10

**Xiaomi** 166:18,22,25

**XIF** 51:20

**XR** 18:25 19:22,25
20:7 47:7 48:7,22
50:9,13,21 51:9,13
58:6,8 59:3,19 62:6,
15,20,25 63:3,4,10,
19,23 64:3,12 66:4,
24 80:14,22 83:14
88:1,19,23 89:9,14,
22 91:4,8,19 92:10
95:15,19 100:10,24
107:3,15 108:4,19
112:2,11 116:19
117:21 119:10
126:17 132:11,12,13
134:15 137:23
138:4,10 153:16
156:14,16 157:15
160:20 162:21
163:1,21 164:7,8,10
166:24 167:2 168:12
169:15,16 170:3
177:19 178:2,4,19,
23 179:5,9,20 180:4
181:6,13 187:23
188:16 189:1 190:19

194:8,19 195:7,18
197:10,20 203:15,23
204:9 205:6,10,16
206:6,16 209:17,18,
19 211:6,8,10,12,21
212:8,21 214:12,20
215:7,18 219:22
222:25 223:7,11,13
224:3,12 226:12
228:22 235:1 236:7,
9,14 237:14 238:10,
21 246:2,3,8,11,14,
16 252:19,21

**XR's** 179:11 180:4
236:18

**XS** 19:24,25 20:5
49:4,14,17,19,21
50:1,5 51:9,10 60:22
87:25 88:19 95:14,
17 106:24 107:4,6
116:20 134:14 156:4
164:8,10,14,22
168:12 170:4 234:25

**XS/MAX** 47:4

**XS/XS** 48:8 49:24
60:11 62:25 89:14
95:12 138:7 164:2
192:8

---

## Y

**Ye** 234:6

**yeah** 12:6,14,19
13:19,24 15:12,21
16:19 17:22 18:7
19:3 21:12,13,23,25
22:9 23:18 24:9 27:6
28:3,19 29:9 30:3
31:7,17 32:11,14
33:10,17 34:3,11
35:5 36:8 37:1,9,13,
19 38:23 39:9,24
40:11,23 42:12 44:9,

12 51:8 53:5,8,11
54:4,5 55:22 56:18,
23 71:16 72:5 78:14
79:1,3 80:10 83:24
85:13 87:16 89:12
94:19,20 96:9 97:24
98:3,8 99:7 100:9
101:16 102:25 103:3
104:4 105:7,8 106:9
107:18 111:13
113:23 114:23,24
115:10 117:13 119:3
122:19 125:9 126:3,
10 127:21 128:5,9,
16 130:13 131:1,17,
25 132:5,9 135:4
138:3 143:23 145:18
150:11 151:11
152:6,10,24 153:24
154:3,14 156:1
157:5 159:25 160:4
162:21 163:25
166:12,15 167:10,
11,24 172:3 175:1,
17,21,24 176:10,15
177:11,20 183:23
184:24 186:21 189:5
191:15 192:19
193:11,17 194:10
195:4,7 196:22
197:12 202:4,23
209:2,14 210:7,13
212:11 214:8,22
215:15,25 216:15
220:25 221:25
222:10 224:24
227:8,23 230:6
237:10 240:15,24
243:6 252:3,8
253:20,23

**year** 19:23 22:19 34:7
62:24 63:1 80:8
134:16 143:1,20
146:23 152:1

**year's** 62:13,16

**year-end** 21:6

**years** 15:1 60:13
125:13,15 191:24
248:2

**Yeewee** 39:21,22
41:3,4 46:17,21
47:17 48:3 240:18,
23 241:8,21 242:7
243:16,23 247:18

**Yeewee's** 242:11

**Yep** 44:1 111:24
183:5 239:16,19

**yesterday** 11:18,20
12:7 13:11 14:2
142:20 176:4 208:14
209:22 218:12
229:11,13

**Yeung** 248:6

---

## Z

**Zaim** 201:5

**zone** 163:6,8

**zone-wise** 176:17

**zoom** 142:1

EXHIBIT 91

**Subject:**   Re: Huawei P20 launch and D2XA
**From:**   "Kevan Parekh" <██████@apple.com>
**Received(Date):** Thu, 12 Apr 2018 14:51:39 +0000
**To:**   "Mike Fenger" <██████@apple.com>
**Date:**   Thu, 12 Apr 2018 14:51:39 +0000

They are being really aggressive....

On Apr 12, 2018, at 7:49 AM, Mike Fenger <██████@apple.com> wrote:

Thanks.  <mark>Tough times ahead for us in China.</mark>

Sent from my iPhone

On Apr 12, 2018, at 7:28 AM, Kevan Parekh <██████@apple.com> wrote:

Begin forwarded message:

**From:** YeeWee Koh <██████@apple.com>
**Date:** April 12, 2018 at 1:47:58 AM PDT
**To:** Kevan Parekh <██████@apple.com>
**Cc:** ██████@apple.com, Alex Roman <██████@apple.com>, Mark Y Tian <██████@apple.com>
**Subject: Re: Huawei P20 launch and D2XA**

Here's the official local Huawei pricing. Huge delta between P20 Pro and iPhone X. We'll try and get some intel on how it does after this weekend.
P20
6GB+64GB / ¥3788 / $603
6GB+128GB / ¥4288 / $683
P20 Pro
6GB+64GB / ¥4988 / $794
6GB+128GB / ¥5488 / $874
6GB+256GB / ¥6288 / $1001

Mate RS Porsche
6GB+256GB / ¥9999 / $1592
6GB+512GB / ¥12999 / $2070

YeeWee
Sent from my iPhone

On Apr 2, 2018, at 2:48 PM, yeewee <██████@apple.com> wrote:

Huawei have said that domestic pricing will only be announced during the Shanghai launch event on 4.12

Right now, on their own online store, they are taking deposits (999RMB) for pre-orders. One needs to pay for the balance starting from 18:00 on 4/12

https://www.vmall.com/product/10086471194207.html

I have heard from various sources that they intend to price domestic lower than the announced European pricing.
Intel seems to suggest that P20 pricing will be similar to P10 at RMB3788/4288, and P20 Pro might come in around RMB4888/5388/6088.

All of our Chinese competition have now announced their new flagship devices - Huawei, Oppo, and Vivio. Incredibly, they all look similar (to varying degrees) to iPhone X, right down to the wallpaper, portrait lighting UI, and even the marketing how-to-videos. I expect Q3 to be challenging for us.

On D2XA, I agree on your take. We'll see a very short-lived spike for 10 days because customers who really want it won't care about price. Thereafter as demand drops, the channel will take pricing down immediately to reduce inventory.

YW

> On Mar 31, 2018, at 2:53 PM, Kevan Parekh <▮▮▮▮@apple.com> wrote:
>
> Hi YeeWee,
>
> I hope you are well.
>
> Do you know when Huawei will be releasing its P20 pricing for China? It would be great to get a sense of the prices they are landing on in China. Also, it would be great to get color as to whether your team sees any impact on iPhone X demand post launch. They seemed to have priced for Europe at Eur899 versus our pricing of Eur1149 for the iPhone X 64GB. So I'm curious whether they were more aggressive in Europe or if we would see a similar difference in China.
>
> Separately, we should touch base on the upcoming D2XA launch. As you are likely aware, one of the big challenges in China given the post CNY pricing adjustments on 8/8+ that were put in place, is that the D2XA at full ALP (RMB 5888 for the 8 entry) will be RMB 1000 higher (~$150) than the current street price for the 8 entry (RMB 4888). Keep in mind channel partners already took the street price to RMB 5288 (~$90-100 lower than ALP) on their own before CNY with post CNY run-rate performance declining.
>
> This is likely to have an impact on demand but Tim reinforced to the sales team today that we need to launch the new product at the full ALP and react later based on demand. I think it's a good thing not to set a precedent with partners that we launch something new at a lower price in the channel then we would for Apple Retail.
>
> I suspect the channel will take the street price down almost immediately after intro. However,

Highly Confidential

the difference will be greater than the premium we saw last year - which was short lived (2 weeks) before the pricing converged.

Kevan

Highly Confidential

# EXHIBIT 92

Presenter notes for: "Isabel Town Hall_Nov 7 2018_v1"   SLIDE 1 It     's wonderful to see all of you through the video and in person and and be here in Caffe Macs. It's been great to be here at SC2 and we invite all of you who haven't been here yet to come visit us!

Everyone has been very busy and there is so much to share.  We have a full lineup today but I hope it gives everyone a glimpse of the work being done around the company.
  SLIDE 2 For today     's meeting, we will hear from Joe from Business Conduct, who travelled from Cupertino to be here with us,
YeeWee, who will share some of the exciting marketing launch efforts,
Iris, who will share the amazing operations required to launch products around the world,
Annie, who will share some updates about our App Store and Apple Music, and
Todd and Doris will share some of the wonderful ways our employees are giving back.  SLIDE 3 Everything we do is inspired by our mission to provide the best products in the world to our customers and to leave the world a better place.

Some of you may remember that I said at the last Town Hall that this fall would be the mother of all launches! Well, I hope you agree with me...
  SLIDE 4 First, iOS 12 was an unprecedented effort by the software teams to truly make all our devices better.  I don't know of any other company that invests in all their products like we do.

It's been installed on more systems in its first month than any version of iOS ever. iOS 12 is delivering system-wide performance enhancements, enhanced privacy and security, Siri Shortcuts, and new tools to help people reduce interruptions and manage screen time for themselves and their kids.

  SLIDE 5 iPhone XS and iPhone XS Max

With Smart HDR, amazing display, Dual SIM  SLIDE 6 iPhone XR
A12 Bionic chip, Portrait Mode, Dual SIM, more affordable price  SLIDE 7 Customers are very excited about the gorgeous Apple Watch Series 4 and are starting to realize the health benefits that Watch brings to our daily lives.    SLIDE 8 Our new iPad Pro now integrates Face ID and has an all-screen design. It's the most amazing iPad, ever.

The second-generation Apple Pencil magnetically attaches to iPad Pro, and wirelessly charges at the same time.

We can't wait to see what people are going to create.

  SLIDE 9 New Mac mini made a big splash, with five Times the Performance as the last  SLIDE 10 A faster and lighter MacBook Air has a brilliant Retina display and Touch ID. The iconic wedge is created from 100 percent recycled aluminum, making it the greenest Mac ever.

We not only bring innovation to our products and also to the processes by which we manufacture.   SLIDE 11 We want to make Apple synonymous with innovation and humanity.

We believe technology can be the greatest force the world has ever known for creating opportunity.

It's up to us to insure that technology is infused with humanity.

SLIDE 12 We believe that our humanity can be expressed in China through these four values:

Environment
Apple's commitment to the environment is part of a larger set of corporate values. Everyday, across the world, we are striving to create products that are the best in the world and the best for the world. And every day, we are making progress on issues like environment, accessibility, education and privacy for our customers here in China.  And on the environment, we're proud of the work we've done in this area.  Our focus on environment is seen throughout our company and throughout our history.
This was a milestone year for Apple's commitment to our planet. In April, we announced that 100% of our global operations are powered by renewable energy. We also made progress in doing the same in our supply chain.

Accessibility
All of our devices provide accessibility features to help visually impaired people take pictures, deaf people interrupt noise, and users with limited physical and mobility capabilities can navigate the screen.We want everyone to enjoy the everyday moments that technology helps make possible, so we work to make every Apple product accessible from the very start.  We believe that technology is most powerful when it empowers everyone.

Education
We deeply believe when people combine learning technology with education, the future for all of us will be brighter. At Apple, we are working with schools in China and around the world to add coding lessons to every child. Students will be trained to future developers, innovators and leaders.  We also just launched Everyone Can Create, a free curriculum for teachers hoping to inspire creativity.

Privacy
We believe privacy is a fundamental human right.  And that's why Apple products are designed to protect your privacy. Tim recently gave an important speech on the weaponization of personal data and called for privacy laws in the US and the EU and we updated our privacy webpage and if you haven't had a chance to learn about these, I would recommend you become familiar with our policies.  I am so proud to work for a company that takes a stand on these important issues.

SLIDE 13 A few weeks ago, we were in Beijing with Institute of Public and Environmental Affairs, headed by Ma Jun, who was actually once a critic of Apple.  Our teams engaged with him and now for the 5th year in a row, out of more than 300 brands, Apple received the top ranking in IPE'S Corporate Information Transparency Index. Apple teamed up with IPE to work on suppliers' responsible wastewater and waste management, aluminum material supply chain, and transparency in ENV data disclosure. Since 2014, Apple has worked with 157 facilities to disclose environmental data on IPE's platform. Apple also tied for first place in the inaugural Supply Chain Climate Action SCTI Index.  SLIDE 14 For the last three years, Apple has hosted an Apps Contest for university students.  This year, total 820 registered teams from more than 200 universities attended. In addition to University students' competition, a K-12 Swift Playgrounds Showcase attracted 20 teams from 16 primary and secondary schools. According to the panel of judges,  the submissions represented a very high level of innovation and great use of Apple technology like ARKit. I was so inspired by the innovation, creativity and enthusiasm of the students. Media noted Apple's commitment to Everyone Can Code and Swift Playgrounds.  SLIDE 15 In addition to working with K-12 and university students, we are working with Tsinghua University to establish a joint research center to focus on advanced

APL-SECLIT_00188151

technology research on machine learning, computer vision, augmented reality and wireless technology.  SLIDE 17 This year, we shipped our 2 billionth iOS device, celebrated the 10th anniversary of the App Store, and achieved the strongest revenue and earnings in Apple's history.

  SLIDE 18 Our business in China was very strong last quarter. We grew 16%, which we're very happy with.

Fifth quarter in a row with double digit growth [TBC with Bon]

Thank you for the amazing work! We wouldn't be able to do this without you.  SLIDE 19 We want to be good citizens and engage with the community around us.  There's nowhere our engagement is more important than Retail.    SLIDE 21 This year, we celebrated our 10th anniversary of Retail in Greater China!  SLIDE 23 We opened of our beautiful 51st store in Greater China, Apple Suzhou.  SLIDE 24 We     've also upgraded stores such as Apple Causeway Bay in Hong Kong.  SLIDE 25 And as Angela mentioned at our Special Event in Brooklyn, Today at Apple has seen phenomenal success globally.

We are truly transforming our stores into places where customers come to connect, learn, and be inspired together with people from their community. Our Today at Apple sessions are a terrific example of what that looks like in practice.

[Waiting for Today at Apple Stats]  SLIDE 26     "Creativity Unleashed" launched in September in 500 APRs & Monobrand Stores across 200 cities serving 23k participants, driving traffic and creating buzz to the store  SLIDE 27 MySummer Camp in 204 APRs, spanning across 67 cities. Each store runs three 3-day camps per week for children during the summer break, 40k kids
Traffic to the stores increased more than 50%, and mall landlords came forward to offer assistance in supporting the broadcast of these camps.   SLIDE 28 As you may know, Tim was here last month.

Tim's trip to China was very successful, featuring our newest products and highlighting the power of our technology inspiring new ways of learning and bringing Chinese culture to life. Tim also had successful meetings with government officials in Shanghai and Beijing. We took the Pudong ferry together with world-famous photographer Chen Man, visited an AR-enabled photo exhibit Shot on iPhone, and met with students at the Chaoyang Future School, where we highlighted Everyone Can Create in China.

  SLIDE 29 Tim also had a bit of fun on this trip.  How many of you are on Douyin?  Who saw Tim on Douyin?  You and 70 million others viewed the three videos he was in. The hashtag #Memoji with Tim Cook# received 70 million views.

Incredible.  SLIDE 30 At my last Town Hall, we had 1 million followers and we now have TWO million followers on WeChat.

Our team has been working hard on sharing stories of our products and our values through this platform, and our communication engagement rate is much higher than the industry standard.  SLIDE 31 And are you following me on Weibo? I hope so.

We post a lot of updates through this channel as well, such as when our new Privacy page went live on dot com.  SLIDE 32 Our success relies on our connections with people. Connections

with each other and our colleagues in Cupertino and around the world.  And Connections with the communities where we live, work and play.   SLIDE 33 SC2 has been a wonderful place for all of us to gather and work side by side with each other and bump into colleagues in the hallways and cafes to discuss ideas. We were able to watch the Replays of both the Special Events here, and  I'm sure these moments are happening at many of our new facilities in Chengdu and Shenzhen, and all our facilities across Greater China.  SLIDE 34 I know everyone at SC2 is anxious to start working out at the fitness center and enjoy the benefits of the wellness center.  The teams are working very hard on this and we hope to be up and running in time for people to close their rings and start on their new years resolutions in January from the fitness and wellness centers.    SLIDE 35 We continue to invest in China and we recently invested $40 million USD in the R&D Safety Reliability Lab located not far from here in Shanghai. The lab's strong team of experts and state-of-the-art equipment allow us to provide integrated failure analysis solutions from the design, production, and raw materials of Apple products. The establishment of the new laboratory will provide unprecedented protection for the production of Apple products in China.  SLIDE 37 One of my favorite parts of this job is to share the incredible developments and goings on of China with our colleagues around the world so that we can make our products more relevant to our market. I truly believe many of the things we are experiencing in China like mobile payments will be happening around the world so in many ways, by making our products more relevant and competitive here, the better our products become for the world.  Some features in our newest iPhones, like Dual Sim and larger screens were created with the Chinese consumer in mind.

Since our last meeting, we have hosted Dan Riccio, VP for Hardware and his direct reports and five engineering teams,  HI, Camera Hardware, Display, Siri and Apple Maps — in Mainland China this month. Teams gave extremely positive feedback, saying they really cherished the opportunity to experience the mobile lifestyle of Chinese consumers and the opportunity to touch, feel and use competitor products. Also helpful was hearing feedback directly from China product marketing and engineering about our products and services here. Overall, they walked away with a better understanding of the unique challenges and opportunities in China, as well as a heightened sense of urgency to make our products more relevant in China.  SLIDE 38 Apple can now provide matching funds to partner organizations throughout Mainland China, joining the rest of Greater China.

There is great momentum in our local volunteering efforts. Our team in Macao was even featured on AppleWeb as an example of volunteering at Apple.

You'll hear more about our efforts and opportunities from Todd and Doris shortly.   SLIDE 39 Women @ Apple and I have hosted a panel discussion with Engineering leaders Laura Legros, Kate Bergeron, Myra Haggerty and Jennifer Bailey, head of Apple Pay.  In addition to being very educational, learning from the experiences of these leaders, we also have a lot of fun and we invite everyone, men and women to join us!
  SLIDE 40 Speaking of Women@Apple, I am thrilled to be able to tell you that our Head of People, Deirdre, and Christie Smith, Vice President of I&D will be here at the end of the month and we are thrilled to be showcasing our DNAs Women@Apple, Pride and Accessibility at an event in Shanghai with satellite locations across the region.   SLIDE 41 In order to be the company that we strive to be, each of us has a responsibility to do what is right. We know that Greater China has unique challenges, but this does not change the rules which we have to follow. Joe has graciously agreed to join us today from Cupertino to speak to us about Business Conduct.  SLIDE 42   SLIDE 43 I want to thank Carolyn, Blessing, Lily, Cory, Todd and Volunteer Champions, Gimz, site coordinators, Facilities and the Singapore IS&T for making this Town Hall happen.

SLIDE 44 And by the way, we have One More Thing.

Today, thanks to Apple Music, we have an incredible musical guest joining us, but they will need a few minutes to set up, so please go and grab a snack and drink and head back over. See you in a bit!  ----------------------------------------------------------------------------------------- Brought to you by jlw@apple.com, Keynote, Pages, and AppleScript  Nothing follows.

HIGHLY CONFIDENTIAL

EXHIBIT 93

# WEDBUSH

**October 29, 2018**

Rating:

**OUTPERFORM**

Price:

**$216.30**

12-Month Price Target:

**$310.00**

Analysts

**Daniel Ives**
212-344-2073
Dan.Ives@wedbush.com

**Strecker Backe**
212-833-1367
Strecker.Backe@wedbush.com

**Company Information**

| Shares Outst (M) | 4,840.0 |
|---|---|
| 52-Week Range | $153.39 - $232.07 |
| Market Cap (M) | $1,063,832.0 |
| Enterprise Value (M) | $1,107,462 |

| REV (M) | | | in $ |
|---|---|---|---|
| **FYE Sep** | **2017A** | **2018E** | **2019E** |
| Q1  Dec | 78,351.0A | 88,293.0A | 91,535.9E |
| Q2  Mar | 52,896.0A | 61,137.0A | 65,330.3E |
| Q3  Jun | 45,408.0A | 53,265.0A | 57,389.7E |
| Q4  Sep | 52,579.0A | 61,007.3E | 64,583.0E |
| **Year\*** | **229,234.0A** | **263,702.3E** | **278,838.9E** |

| EPS | | | in $ |
|---|---|---|---|
| **FYE Sep** | **2017A** | **2018E** | **2019E** |
| Q1  Dec | 3.36A | 3.89A | 4.95E |
| Q2  Mar | 2.10A | 2.73A | 3.11E |
| Q3  Jun | 1.67A | 2.34A | 2.67E |
| Q4  Sep | 2.07A | 2.78E | 3.02E |
| **Year\*** | **9.21A** | **11.77E** | **13.80E** |
| P/E | 23.5x | 18.4x | 15.7x |

*Pricing data provided by Thomson Reuters.*
*\*Numbers may not add up due to rounding.*

# Apple  (AAPL)

## *The Drum Roll Begins for iPhone December Guidance; Tea Leaves Positive So Far*

### The Wedbush View

Apple will be reporting its F4Q18 (Sept) results this Thursday Nov 1, after the bell. The results for the quarter take a back seat to the main event which will be the company's highly anticipated guidance for the upcoming December quarter and thus represents a key barometer of health for the all-important XS/XR iPhone demand cycle. To this point we are expecting a generally ho-hum September quarter with iPhone units of roughly 48 million which should match Street expectations, with an iPhone ASP trending toward $800 that can importantly exceed expectations and be a source of upside in the quarter. Overall total revenues and EPS of $61.6 billion and $2.78, respectively, should be met with higher ASPs and a healthy services performance potentially driving a headline beat. With the drum roll around underlying iPhone demand on this latest product cycle heading into the December quarter and FY19 front and center, in our opinion the data points and tea leaves from the supply chain/store checks are clearly positive so far as we believe XR demand is handily exceeding the 8/8+ trajectory from the year ago and could now approach ~45% of iPhone units sold in FY19 vs our prior estimate of a 40% mix. We continue to believe XR will be a linchpin around Cupertino's success in further penetrating the China consumer market over the next year with our estimates that roughly 60 million to 70 million iPhones in this key region are in the window of opportunity to upgrade. With XR officially going GA this past Friday, investors are laser focused on this mix shift with some lingering fears that the $749 base XR iPhones vs $1,000+ price points on XS/XS Max could negatively skew ASPs downward vs expectations. To this point we estimate 65% to 70% of XR sales will be the higher $899 price point model based on initial data points and coupled with strong XS/XS Max will drive ASPs toward the $800+ level and continue to push Street estimates higher for FY19 with current ASP estimates at $770. While last week tech investors saw some of the bloom come off the FAANG sector's rose, we believe Apple's earnings and more importantly guidance around initial iPhone demand heading into year-end and its trajectory for 2019 will be a positive catalyst for Cupertino (and its investors) as well as the overall tech sector. We maintain our OUTPERFORM rating and $310 price target.

*Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 9–11 of this report for analyst certification and important disclosure information.*

Confidential

APL-SECLIT_00001516



**WEDBUSH**

## Investment Overview

The Street continues to be laser focused on the demand trajectory for iPhones into 2019 with the trifecta of next generation iPhones on the horizon and the Street modeling iPhone shipments of ~220 million units, which could ultimately prove to be conservative in our opinion given the underlying demand drivers. Based on our analysis we believe 350 million iPhones are in the "window of opportunity" to upgrade over the next 12-18 months with AAPL needing to capture a majority of these units as part of this upgrade cycle to make a clearly successful iPhone product cycle in 2019 and lay the groundwork for future services/software growth and steady iPhone demand over the coming years. With positively trending ASPs and gross margins heading into this 2019 product cycle showing no signs of abating and could translate into upside for the upcoming quarter, we believe many of the growth fears on the Street have been alleviated, however this upcoming product cycle remains a linchpin for Cupertino. Our SOTP valuation translates to a price target of $310.

| Bear Case | Base Case | Bull Case |
|---|---|---|
| This latest XS iPhone product cycle disappoints and does not experience significant upgrades; especially within China. Services ramp does not scale and hit 2020 targets. | Healthy XS iPhone product cycle the next 2-4 quarters driving high ASPs and a significant services growth ramp. | Better-than-expected iPhone product cycle and services ramp quicker than expected driving incremental margin and FCF growth. Expanding buyback and capital allocation plan further |

| Upcoming Catalysts | Primary Value Driver |
|---|---|
| Earnings-November 1 | iPhone product cycle launch/success is the main focus of the Street; along with the services business which on a sum of the parts valuation we believe is worth between $400 billion to $450 billion. |

| Valuation | Investor Sentiment |
|---|---|
| Our $310 price target represents 22x our FY19 EPS estimate. | Positive |

| Company Description | Price Performance |
|---|---|
| Apple sells software, services, networking solutions, and third-party digital content and applications while designing, manufacturing around its iconic iPhone smartphone and product families of Macs, iPads, and other related hardware. |  |

*Source: EDI*

Confidential

APL-SECLIT_00001517



| Debatable Point | Our Thoughts | Time Frame | Impact |
|---|---|---|---|
| Is the iPhone product cycle losing steam with mature growth prospects now on the horizon? | While Apple, as well as competitors (Samsung), are facing mature growth prospects on the smart phone front, we believe there is still significant room for growth over the coming years as customers move to upgrades every 28-30 months with the iPhone XS as the latest key growth driver. | 12-24 months | ⬆ |
| Is China a growth tailwind or headwind for Apple in 2019 and beyond? | While competition from lower cost smartphones remain an issue for Apple in China, the underlying growth opportunity out of this region is massive as we estimate between 60 million and 70 million iPhones are due for an upgrade over the next 12 months. | 6-12 months | ⬆ |
| Will Apple finally pull the trigger on bigger M&A deals given the content arms race? | Cupertino has never been a fan of larger M&A as the company has strategically focused on organic initiatives rather than tactical or more significant deal flow. That said, we would not be surprised to see Apple make some larger deals to stimulate its content ambitions with Netflix and Disney among others aggressively raising the stakes in this content arms race. | 12-18 months | ⬌ |

**Apple to Report FY4Q Results; All Eyes on December Guide**

Apple will be reporting its F4Q18 (Sept) results this Thursday Nov 1, after the bell. The results for the quarter take a back seat to the main event which will be the company's highly anticipated guidance for the upcoming December quarter and thus represents a key barometer of health for the all-important XS/XR iPhone demand cycle. To this point we are expecting a generally ho-hum September quarter with iPhone units of roughly 48 million which should match Street expectations, with an iPhone ASP trending towards $800 that can importantly exceed expectations and be a source of upside in the quarter. Overall total revenues and EPS of $61.6 billion and $2.78, respectively, should be met with higher ASPs and a healthy services performance potentially driving a headline beat. With the drum roll around underlying iPhone demand on this latest product cycle heading into the December quarter (~80 million iPhone units the key line in the sand) and FY19 front and center, in our opinion the data points and tea leaves from the supply chain/store checks are clearly positive so far as we believe XR demand is handily exceeding the 8/8+ trajectory from the year ago and could now approach ~45% of iPhone units sold in FY19 vs our prior estimate of a 40% mix. We continue to believe XR will be a linchpin around Cupertino's success in further penetrating the China consumer market over the next year with our estimates that roughly 60 million to 70 million iPhones in this key region are in the window of opportunity to upgrade. With XR officially going GA this past Friday, investors are laser focused on this mix shift with some lingering fears that the $749 base XR iPhones vs $1,000+ price points on XS/XS Max could negatively skew ASPs downward vs expectations. To this point we estimate 65% to 70% of XR sales will be the higher $899 price point model based on initial data points and coupled with strong XS/XS Max will drive ASPs toward the $800+ level and continue to push Street estimates higher for FY19 with current ASP estimates at $770. While last week tech investors saw some of the bloom come off the FAANG sector's rose, we believe Apple's earnings and more importantly guidance around initial iPhone demand heading into year-end and its trajectory for 2019 will be a positive catalyst for Cupertino (and its investors) as well as the overall tech sector. We maintain our OUTPERFORM rating and $310 price target.

Confidential



**iPhone XS/XR Product Cycle Front and Center**

The Street continues to be laser focused on the demand trajectory for iPhones into 2019 with the trifecta of next generation iPhones now launched and the Street modeling iPhone shipments of roughly 220 million units, which could ultimately prove to be conservative in our opinion given the underlying demand drivers and the pent up installed base. Based on our analysis we believe 350 million iPhones are in the "window of opportunity" to upgrade over the next 12 to 18 months with Apple needing to capture a majority of these units as part of this upgrade cycle to make a clearly successful iPhone product cycle in 2019 and lay the groundwork for future services/software growth and steady iPhone demand over the coming years. With positively trending ASPs that we believe can approach ~$800 in FY19 and healthy gross margins heading into this 2019 product cycle, this product cycle remains the linchpin for Cook & Co. to plant the seeds for "steady" iPhone growth for the next few years. We believe the three new iPhone releases with XS, XS Max, and XR (5.8 inch to 6.5 inch OLED Plus designs with a lower priced LCD model) released over the past few months will help capture the underlying demand/upgrades among customers that have decided to bypass the 8/8+/X cycle last time around, with price points and features that catalyze fence sitting iPhone customers onto their next smartphone during the course of FY19 with Chinese consumers front and center. Our recent store checks and data analysis of inventory levels continue to indicate successful initial demand on this iPhone launch with a healthy trajectory and inventory levels heading into the rest of FY19 that importantly sets the stage for a massive services ramp over the next few years.

**Looking Out into FY19; China Consumer Demand a Key Driver**

The massive uptick in ASPs that Apple has experienced on the heels of a modestly successful iPhone X launch and the current XS launch, a services business that we forecast is on a trajectory to be a $50 billion annual revenue stream by FY20, and an unparalleled consumer franchise that now has 1.3 billion active devices worldwide speaks to the potential tailwinds that Cook & Co. have for the foreseeable future in our opinion as it further penetrates its massive installed base. The main swing factor in our opinion looking ahead is China (was up 19% year over year in June/FY3Q) as we estimate over a 100 million iPhone installed base in this key region, with over half of these consumers due for an upgrade during the course of FY19. In particular, we estimate between 60 million and 70 million Chinese iPhones will be in the "upgrade window" over the coming year with iPhone's next generation trifecta of smartphones as a major potential product catalyst in the all important Chinese market, which could see a renaissance of growth on the horizon for Apple, despite lingering worries around the overall China market given current tariff/trade tensions. We believe a successful iPhone launch with particular traction in China, coupled by a ramping services business is key to a re-rating on shares of AAPL as more investors start to appreciate the underlying value and recurring nature of Cupertino's services franchise.

**Upgrade Cycle Could Unleash the Next Leg of Growth on Services**

We believe Apple's new products should drive high margin services revenue growth and continue to drive the company's unique software/services ecosystem across the technology food chain. While Apple's product pipeline and demand trajectory around Macs and iPads should sustain relatively stable revenue for FY19, clearly the biggest area of growth and margin improvement is around the company's growing services business which should be a clear source of strength in FY4Q yet again. With iCloud, Apple Pay, Apple Music, and other digital downloads driving this vast ecosystem, we believe this segment could top $50 billion of revenues by FY20 as the growing iPhone installed base further drives this software/services business with a potential streaming service (and future acquisitions around content, studios) as a wild card. In our opinion, as the services business continues to significantly ramp over the coming years this will be a key variable to Apple's stock ultimately getting re-rated over time with the Street giving more credit to this incremental growth and margin driver for Cupertino going forward.

Confidential                                                                                                                APL-SECLIT_00001519



**Services Business is Key to Our Sum-of-the-Parts Valuation**

With September Street numbers and FY19 set up well heading into a potentially robust iPhone product cycle along with a massive capital return strategy already in place as another tailwind, we continue to believe Apple shares are compelling over the coming year despite the recent run. In particular we continue to believe the "high octane fuel" from the services business that is on a trajectory to be a $50 billion annual revenue stream by 2020 speaks to the stepped-up monetization of Apple's unparalleled installed base that is front and center for Cupertino (and its investors) over the coming years. Our sum-of-the-parts valuation on AAPL translates into a price target of $310 with our services business segment valuation between $400 billion to $450 billion and the rest of Cupertino's core iPhone franchise resulting in a valuation that has clear upside from current levels as Cook & Co. further execute on their long term consumer vision. In a nutshell, we ultimately believe AAPL's valuation can approach the $1.5 trillion level based on our analysis of the monetization potential of its unparalleled consumer installed base over the coming years coupled by further multiple expansion around the services business.

Confidential

APL-SECLIT_00001520



**Apple, Inc. (AAPL)**
**Income Statement**
($ in millions, except per share)

|  | **2017A** | | | | | **2018E** | | | | | **2019E** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1Q17A Dec-16 | 2Q17A Mar-17 | 3Q17A Jun-17 | 4Q17A Sep-17 | FY17A Total | 1Q18A Dec-17 | 2Q18A Mar-18 | 3Q18E Jun-18 | 4Q18E Sep-18 | FY18E Total | 1Q19E Dec-18 | 2Q19E Mar-19 | 3Q19E Jun-19 | 4Q19E Sep-19 | FY19E Total |
| **Revenue** | | | | | | | | | | | | | | | |
| iPhone | 54,378 | 33,249 | 24,846 | 28,846 | 141,319 | 61,576 | 38,032 | 29,906 | 35,134 | 164,648 | 62,192 | 40,200 | 31,521 | 35,943 | 169,855 |
| Ipad | 5,533 | 3,889 | 4,969 | 4,831 | 19,222 | 5,862 | 4,113 | 4,741 | 4,841 | 19,557 | 5,774 | 4,051 | 4,608 | 4,526 | 18,960 |
| Mac | 7,244 | 5,844 | 5,592 | 7,170 | 25,850 | 6,895 | 5,848 | 5,330 | 7,156 | 25,229 | 7,033 | 5,702 | 5,479 | 6,955 | 25,169 |
| Services | 7,172 | 7,041 | 7,266 | 8,501 | 29,980 | 8,471 | 9,190 | 9,548 | 10,235 | 37,444 | 10,335 | 11,028 | 11,649 | 12,589 | 45,600 |
| Other | 4,024 | 2,873 | 2,735 | 3,231 | 12,863 | 5,489 | 3,954 | 3,740 | 3,641 | 16,824 | 6,203 | 4,349 | 4,133 | 4,570 | 19,255 |
| **Total Revenue** | 78,351 | 52,896 | 45,408 | 52,579 | 229,234 | 88,293 | 61,137 | 53,265 | 61,007 | 263,702 | 91,536 | 65,330 | 57,390 | 64,583 | 278,839 |
| *Year-over-Year Growth* | *5%* | *5%* | *7%* | *12%* | *6%* | *13%* | *16%* | *17%* | *16%* | *15%* | *4%* | *7%* | *8%* | *6%* | *6%* |
| *Qtr-over-Qtr Growth* | *67%* | *-32%* | *-14%* | *16%* | *NM* | *68%* | *-31%* | *-13%* | *15%* | *NM* | *50%* | *-29%* | *-12%* | *13%* | *NM* |
| Total Cost of Revenue | 48,175 | 32,305 | 27,920 | 32,648 | 141,048 | 54,381 | 37,715 | 32,844 | 37,641 | 162,581 | 56,478 | 40,178 | 35,467 | 39,848 | 171,970 |
| **Gross Profit** | 30,176 | 20,591 | 17,488 | 19,931 | 88,186 | 33,912 | 23,422 | 20,421 | 23,366 | 101,121 | 35,058 | 25,152 | 21,923 | 24,735 | 106,869 |
| **Operating Expenses** | | | | | | | | | | | | | | | |
| Research & Development | 2,871 | 2,776 | 2,937 | 2,997 | 11,581 | 3,407 | 3,378 | 3,701 | 3,660 | 14,146 | 3,661 | 3,985 | 3,902 | 4,327 | 15,876 |
| SG&A | 3,946 | 3,718 | 3,783 | 3,814 | 15,261 | 4,231 | 4,150 | 4,108 | 4,393 | 16,882 | 4,302 | 4,573 | 4,247 | 4,844 | 17,966 |
| Total Operating Expenses | 6,817 | 6,494 | 6,720 | 6,811 | 26,842 | 7,638 | 7,528 | 7,809 | 8,053 | 31,028 | 7,964 | 8,558 | 8,149 | 9,171 | 33,842 |
| **Operating Income** | 23,359 | 14,097 | 10,768 | 13,120 | 61,344 | 26,274 | 15,894 | 12,612 | 15,313 | 70,093 | 27,095 | 16,594 | 13,774 | 15,565 | 73,027 |
| Interest and other income | 821 | 587 | 540 | 797 | 2,745 | 756 | 274 | 672 | 500 | 2,202 | 400 | 400 | 400 | 375 | 1,575 |
| **Income Before Taxes** | 24,180 | 14,684 | 11,308 | 13,917 | 64,089 | 27,030 | 16,168 | 13,284 | 15,813 | 72,295 | 27,495 | 16,994 | 14,174 | 15,940 | 74,602 |
| Income Taxes | 6,289 | 3,655 | 2,591 | 3,203 | 15,738 | 6,965 | 2,346 | 1,765 | 2,372 | 13,448 | 4,124 | 2,546 | 2,148 | 2,398 | 11,217 |
| **Net Income - Pro-forma\*** | 17,891 | 11,029 | 8,717 | 10,714 | 48,351 | 20,065 | 13,822 | 11,519 | 13,441 | 58,847 | 23,370 | 14,445 | 12,047 | 13,549 | 63,411 |
| **EPS - Pro-forma\*** | **3.36** | **2.10** | **1.67** | **2.07** | **9.21** | **3.89** | **2.73** | **2.34** | **2.78** | **11.77** | **4.95** | **3.11** | **2.67** | **3.02** | **13.80** |
| Shares Outstanding - Diluted | 5,328 | 5,262 | 5,234 | 5,184 | 5,252 | 5,158 | 5,069 | 4,927 | 4,840 | 4,998 | 4,725 | 4,650 | 4,520 | 4,480 | 4,594 |

*\* Does not include amortization of goodwill and intangibles, stock-based compensation and restructuring costs.*
*Sources: Company Reports and Wedbush Securities, Inc. estimates*

Daniel Ives
(212) 344 - 2073
Dan.Ives@wedbush.com

Confidential

APL-SECLIT_00001521

 **WEDBUSH**

## Apple, Inc. (AAPL)
**Margin & Growth Analysis**

|  | 1Q17A | 2Q17A | 3Q17A | 4Q17A | FY17A |
|---|---|---|---|---|---|
| **Margins** | | | | | |
| Gross Margin | 38.5% | 38.9% | 38.5% | 37.9% | 38.5% |
| Operating Margin | 29.8% | 26.7% | 23.7% | 25.0% | 26.8% |
| Net Margin - Pro forma | 22.8% | 20.9% | 19.2% | 20.4% | 21.1% |
| **Percent of Revenues** | | | | | |
| iPhone | 69.4% | 62.9% | 54.7% | 54.9% | 61.6% |
| iPad | 7.1% | 7.4% | 10.9% | 9.2% | 8.4% |
| Mac | 9.2% | 11.0% | 12.3% | 13.6% | 11.3% |
| Services | 9.2% | 13.3% | 16.0% | 16.2% | 13.1% |
| Other | 5.1% | 5.4% | 6.0% | 6.1% | 5.6% |
| Research & Development | 3.7% | 5.2% | 6.5% | 5.7% | 5.1% |
| SG&A | 5.0% | 7.0% | 8.3% | 7.3% | 6.7% |
| **Year-over-Year Growth** | | | | | |
| iPhone | 5.3% | 1.2% | 3.3% | 2.4% | 3.4% |
| iPad | -21.9% | -11.9% | 1.9% | 13.5% | -6.8% |
| Mac | 7.4% | 14.4% | 6.7% | 24.9% | 13.2% |
| Services | 18.4% | 17.5% | 21.6% | 34.4% | 23.1% |
| Other | -7.5% | 31.2% | 23.3% | 36.2% | 15.5% |
| Total Revenue | 3.3% | 4.6% | 7.2% | 12.2% | 6.3% |
| Operating Income | -3.4% | 0.8% | 6.6% | 11.6% | 2.2% |
| EPS - pro forma * | 2.3% | 10.4% | 16.9% | 23.7% | 10.8% |
| **Sequential Growth** | | | | | |
| iPhone | 93.1% | -38.9% | -25.3% | -47.0% | NM |
| iPad | 30.0% | -29.7% | 27.8% | -2.8% | NM |
| Mac | 26.2% | -19.3% | -4.3% | 28.2% | NM |
| Services | 13.4% | -1.8% | 3.2% | 17.0% | NM |
| Other | 67.2% | -32.5% | -14.2% | -32.9% | NM |
| Total Revenue | 69.6% | -28.6% | -4.8% | 18.1% | NM |
| Operating Income | 98.6% | -39.7% | -23.6% | -43.8% | NM |
| EPS - pro forma * | 100.9% | -37.6% | -20.5% | -38.4% | NM |

|  | 1Q18A | 2Q18A | 3Q18A | 4Q18E | FY18E |
|---|---|---|---|---|---|
| **Margins** | | | | | |
| Gross Margin | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% |
| Operating Margin | 29.8% | 26.0% | 23.7% | 25.1% | 26.6% |
| Net Margin - Pro forma | 22.7% | 22.6% | 21.6% | 22.0% | 22.3% |
| **Percent of Revenues** | | | | | |
| iPhone | 69.7% | 62.2% | 56.1% | 57.6% | 62.4% |
| iPad | 6.6% | 6.7% | 8.9% | 7.9% | 7.4% |
| Mac | 7.8% | 9.6% | 10.0% | 11.7% | 9.6% |
| Services | 9.6% | 15.0% | 17.9% | 16.8% | 14.2% |
| Other | 6.2% | 6.5% | 7.0% | 6.0% | 6.4% |
| Research & Development | 3.9% | 5.5% | 6.9% | 6.0% | 5.4% |
| SG&A | 4.8% | 6.8% | 7.7% | 7.2% | 6.4% |
| **Year-over-Year Growth** | | | | | |
| iPhone | 13.2% | 14.4% | 20.4% | 21.8% | 16.5% |
| iPad | 5.9% | 5.8% | -4.6% | 0.2% | 1.7% |
| Mac | -4.8% | 0.1% | -4.7% | -0.2% | -2.4% |
| Services | 18.1% | 30.5% | 31.4% | 20.4% | 24.9% |
| Other | 36.4% | 37.6% | 36.7% | 12.7% | 30.8% |
| Total Revenue | 12.7% | 15.6% | 17.3% | 16.0% | 15.0% |
| Operating Income | 12.5% | 12.7% | 17.1% | 16.7% | 14.3% |
| EPS - pro forma * | 15.9% | 30.1% | 40.4% | 34.4% | 27.9% |
| **Sequential Growth** | | | | | |
| iPhone | 113.5% | -38.2% | -21.4% | 17.5% | NM |
| iPad | 21.3% | -29.8% | 15.3% | 2.1% | NM |
| Mac | -3.8% | -15.2% | -8.9% | 34.3% | NM |
| Services | -0.4% | 8.5% | 3.9% | 7.2% | NM |
| Other | 67.9% | -30.8% | -12.9% | 14.5% | NM |
| Total Revenue | 67.9% | -28.0% | -5.4% | -2.6% | NM |
| Operating Income | 100.3% | -39.5% | -20.6% | 21.4% | NM |
| EPS - pro forma * | 88.2% | -29.9% | -14.3% | 18.8% | NM |

|  | 1Q19E | 2Q19E | 3Q19E | 4Q19E | FY19E |
|---|---|---|---|---|---|
| **Margins** | | | | | |
| Gross Margin | 38.3% | 38.5% | 38.2% | 38.3% | 38.3% |
| Operating Margin | 29.6% | 25.4% | 24.0% | 24.1% | 26.2% |
| Net Margin - Pro forma | 25.5% | 22.1% | 21.0% | 21.0% | 22.7% |
| **Percent of Revenues** | | | | | |
| iPhone | 67.9% | 61.5% | 54.9% | 55.7% | 60.9% |
| iPad | 6.3% | 6.2% | 8.0% | 7.0% | 6.8% |
| Mac | 7.7% | 8.7% | 9.5% | 10.8% | 9.0% |
| Services | 11.3% | 16.9% | 20.3% | 19.5% | 16.4% |
| Other | 6.8% | 6.7% | 7.2% | 7.1% | 6.9% |
| Research & Development | 4.0% | 6.1% | 6.8% | 6.7% | 5.7% |
| SG&A | 4.7% | 7.0% | 7.4% | 7.5% | 6.4% |
| **Year-over-Year Growth** | | | | | |
| iPhone | 1.0% | 5.7% | 5.4% | 2.3% | 3.2% |
| iPad | -1.5% | -1.5% | -2.8% | -6.5% | -3.1% |
| Mac | 2.0% | -2.5% | 2.8% | -2.8% | -0.2% |
| Services | 22.0% | 20.0% | 22.0% | 23.0% | 21.8% |
| Other | 13.0% | 10.0% | 10.5% | 25.5% | 14.4% |
| Total Revenue | 3.7% | 6.9% | 7.7% | 5.9% | 5.7% |
| Operating Income | 3.1% | 4.4% | 9.2% | 1.6% | 4.2% |
| EPS - pro forma * | 27.1% | 13.9% | 14.0% | 8.9% | 17.2% |
| **Sequential Growth** | | | | | |
| iPhone | 77.0% | -35.4% | -21.6% | 14.0% | NM |
| iPad | 19.3% | -29.8% | 13.7% | -1.8% | NM |
| Mac | -1.7% | -18.9% | -3.9% | 26.9% | NM |
| Services | 1.0% | 6.7% | 5.6% | 8.1% | NM |
| Other | 50.0% | -28.6% | -12.2% | 12.5% | NM |
| Total Revenue | 70.3% | -29.9% | -5.0% | 10.6% | NM |
| Operating Income | 76.9% | -38.8% | -17.0% | 13.0% | NM |
| EPS - pro forma * | 78.1% | -37.2% | -14.2% | 13.5% | NM |

*Sources: Company Reports and Wedbush Securities, Inc. estimates*

Daniel Ives
(212) 344 - 2073
Dan.Ives@wedbush.com

Confidential

APL-SECLIT_00001522



**Apple, Inc. (AAPL)**

**Balance Sheet ($ in millions)**

|  | FY17 | FY18 | | |
|---|---|---|---|---|
|  | Sep-17 | Dec-17 | Mar-18 | Jun-18 |
| **ASSETS** | | | | |
| Cash And Equivalents | 20,289 | 27,491 | 45,059 | 31,971 |
| Short-Term Marketable Securities | 53,892 | 49,662 | 42,881 | 38,999 |
| Accounts Receivable | 17,874 | 23,440 | 14,324 | 14,104 |
| Inventory | 4,855 | 4,421 | 7,662 | 5,936 |
| Vendor Non-Trade Receivables | 17,799 | 27,459 | 8,084 | 12,263 |
| Other Current Assets | 13,936 | 11,337 | 12,043 | 12,488 |
| **Total Current Assets** | **128,645** | **143,810** | **130,053** | **115,761** |
|  | | | | |
| Long-Term Marketable Securities | 194,714 | 207,944 | 179,286 | 172,773 |
| Property and Equipment | 33,783 | 33,679 | 35,077 | 38,117 |
| Goodwill & Intangible Assets | 8,015 | 8,038 | 0 | 0 |
| Other Assets | 10,162 | 13,323 | 23,086 | 22,546 |
| **Total Assets** | **375,319** | **406,794** | **367,502** | **349,197** |
|  | | | | |
| **LIABILITIES** | | | | |
| Accounts Payable | 49,049 | 62,985 | 34,311 | 38,489 |
| Accrued Expenses | 25,744 | 26,281 | 26,756 | 25,184 |
| Deferred Revenue | 7,548 | 8,044 | 7,775 | 7,403 |
| Commercial Paper | 11,977 | 11,980 | 11,980 | 11,974 |
| Current Portion of Long-Term Debt | 6,496 | 6,498 | 8,498 | 5,498 |
| **Total Current Liabilities** | **100,814** | **115,788** | **89,320** | **88,548** |
|  | | | | |
| Deferred Revenue | 2,836 | 3,131 | 3,087 | 2,878 |
| Long-Term Debt | 97,207 | 103,922 | 101,362 | 97,128 |
| Other Liabilities | 40,415 | 43,754 | 46,855 | 45,694 |
| **Total Liabilities** | **241,272** | **266,595** | **240,624** | **234,248** |
|  | | | | |
| **Total Shareholder Equity** | **134,047** | **140,199** | **126,878** | **114,949** |
|  | | | | |
| **Total Liabilities And Shareholders Equity** | **375,319** | **406,794** | **367,502** | **349,197** |

*Sources: Company Reports and Wedbush Securities, Inc. estimates*

Confidential

APL-SECLIT_00001523



**Valuation**

Our $310 price target represents 22x our FY19 EPS estimate.

**Risks to the Attainment of Our Price Target and Rating:**

- Increasing competition, pricing, technology shifts, and macroeconomic conditions.
- The success of the iPhone product cycle remains key to the company's growth prospects
- Apple's ability to successfully ramp its software/services business is dependent on further penetration of its installed base
- Success of Apple's product strategy in China, which remains a key growth driver for the coming years and could be impaired by lower priced smartphones and competition. China macro/tariffs issue remain a long-term risk.

**Analyst Certification**

We, Daniel Ives and Strecker Backe, certify that the views expressed in this report accurately reflect our personal opinions and that we have not and will not, directly or indirectly, receive compensation or other payments in connection with our specific recommendations or views contained in this report.

**Mentioned Companies**

| Company | Rating | Price | Target |
|---|---|---|---|
| Apple | OUTPERFORM | $216.30 | $310.00 |
| Amazon.com | OUTPERFORM | $1,642.81 | $2,100.00 |
| Microsoft | OUTPERFORM | $106.96 | $140.00 |

**Investment Rating System:**

OUTPERFORM: Expect the total return of the stock to outperform relative to the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

NEUTRAL: Expect the total return of the stock to perform in-line with the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

UNDERPERFORM: Expect the total return of the stock to underperform relative to the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

The Investment Ratings are based on the expected performance of a stock (based on anticipated total return to price target) relative to the other stocks in the analyst's coverage universe (or the analyst's team coverage).*

| Rating distribution (as of October 29, 2018) | Investment Banking Relationships (as of October 29, 2018) |
|---|---|
| OUTPERFORM: 59.88% NEUTRAL: 38.32% UNDERPERFORM: 1.80% | OUTPERFORM: 12.50% NEUTRAL: 0.78% UNDERPERFORM: 0.00% |

The Distribution of Ratings is required by FINRA rules; however, WS' stock ratings of Outperform, Neutral, and Underperform most closely conform to Buy, Hold, and Sell, respectively. Please note, however, the definitions are not the same as WS' stock ratings are on a relative basis.

The analysts responsible for preparing research reports do not receive compensation based on specific investment banking activity. The analysts receive compensation that is based upon various factors including WS' total revenues, a portion of which are generated by WS' investment banking activities.

**Company Specific Disclosures**

1. WS makes a market in the securities of Apple.

**Price Charts**

Confidential

APL-SECLIT_00001524

# WEDBUSH



**Apple Rating History as of 10-26-2018**

powered by: BlueMatrix

I:OP:$310.00
10/18/2018

— Closing Price    — Price Target

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)

Wedbush disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies intiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available on request.

Disclosure information regarding historical ratings and price targets is available: http://www.wedbush.com/ResearchDisclosure/DisclosureQ118.pdf

*WS changed its rating system from (Strong Buy/ Buy/ Hold/ Sell) to (Outperform/ Neutral/ Underperform) on July 14, 2009.

Please access the attached hyperlink for WS' Coverage Universe: http://www.wedbush.com/services/cmg/equities-division/research/equity-research

Applicable disclosure information is also available upon request by contacting Leslie Lippai in the Research Department at (212) 833-1375, by email to leslie.lippai@wedbush.com, or the Business Conduct Department (213) 688-8090. You may also submit a written request to the following: Business Conduct Department, 1000 Wilshire Blvd., Los Angeles, CA 90017.

## OTHER DISCLOSURES

The information herein is based on sources that we consider reliable, but its accuracy is not guaranteed. The information contaned herein is not a representation by this corporation, nor is any recommendation made herein based on any privileged information. This information is not intended to be nor should it be relied upon as a complete record or analysis: neither is it an offer nor a solicitation of an offer to sell or buy any security mentioned herein. This firm, Wedbush Securities, its officers, employees, and members of their families, or any one or more of them, and its discretionary and advisory accounts, may have a position in any security discussed herein or in related securities and may make, from time to time, purchases or sales thereof in the open market or otherwise. The information and expressions of opinion contained herein are subject to change without further notice. The herein mentioned securities may be sold to or bought from customers on a principal basis by this firm. Additional information with respect to the information contained herein may be obtained upon request.

Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 3–7 of this report for analyst certification and important disclosure information.

Confidential                                                                                    APL-SECLIT_00001525



## Equity Research

| CONSUMER AND RETAIL | | |
|---|---|---|
| **Consumer Data Analytics** | | |
| Jen Redding | (212) 344-2386 | jen.redding@wedbush.com |
| **Footwear & Apparel** | | |
| Christopher Svezia | (212) 938-9922 | christopher.svezia@wedbush.com |
| **Hardlines Retail** | | |
| Seth Basham | (212) 938-9954 | seth.basham@wedbush.com |
| **Homebuilders/Building Products** | | |
| Jay McCanless | (212) 833-1381 | jay.mccanless@wedbush.com |
| **Leisure** | | |
| James Hardiman | (212) 833-1362 | james.hardiman@wedbush.com |
| **Restaurants** | | |
| Nick Setyan | (213) 688-4519 | nick.setyan@wedbush.com |

| FINANCIAL INSTITUTIONS GROUP | | |
|---|---|---|
| **Mid-Cap Banks** | | |
| David Chiaverini | (212) 938-9934 | david.chiaverini@wedbush.com |
| **Regional Banks** | | |
| Peter Winter | (212) 938-9941 | peter.winter@wedbush.com |
| **Specialty Finance** | | |
| Henry Coffey | (212) 833-1382 | henry.coffey@wedbush.com |

| HEALTHCARE | | |
|---|---|---|
| **Biotechnology** | | |
| David Nierengarten, | (415) 274-6862 | david.nierengarten@wedbush.com |
| **Biotechnology** | | |
| Robert Driscoll | (415) 274-6863 | robert.driscoll@wedbush.com |
| **Emerging Pharmaceuticals** | | |
| Liana Moussatos, Ph. | (415) 263-6626 | liana.moussatos@wedbush.com |

| TMT | | |
|---|---|---|
| **Enterprise Software** | | |
| Dan Ives | (212) 344-2073 | dan.ives@wedbush.com |
| **Enterprise Software** | | |
| Steve Koenig | (415) 274-6801 | steve.koenig@wedbush.com |
| **Digital Media** | | |
| Michael Pachter | (213) 688-4474 | michael.pachter@wedbush.com |
| **Digital Media** | | |
| Nick McKay | (213) 688-4343 | nick.mckay@wedbush.com |
| **Payments/IT Services** | | |
| Moshe Katri | (212) 938-9947 | moshe.katri@wedbush.com |
| **SMID Internet** | | |
| Ygal Arounian | (212) 938-9929 | ygal.arounian@wedbush.com |

## RESEARCH MANAGEMENT

**Jesse Bigelow**
Director of Research
jesse.bigelow@wedbush.com
(212) 259-6581

**Strecker Backe**
Associate, Equity Research
strecker.backe@wedbush.com
(212) 833-1367

## HEAD OF EQUITIES

**Kirsten Fraunces**
kirsten.fraunces@wedbush.com
(213) 688-4404

## CORPORATE ACCESS

**Anita Minassian**
VP, Corporate Access
wedbush.conferences@wedbush.com
(213) 688-4419

**Phylicia Kirven**
VP, Corporate Access
equitycorporateaccess@wedbush.com
(213) 688-4455

## TRADING

| Consumer/Industrials | | | TMT | | |
|---|---|---|---|---|---|
| Tyler Pasley | (213) 688-4466 | tyler.pasley@wedbush.com | Joel Kulina | (212) 938-2056 | joel.kulina@wedbush.com |
| **Financials/Healthcare** | | | | | |
| Sahak Manualian | (213) 688-4533 | sahak.manuelian@wedbush.com | | | |

## WEDBUSH OFFICES

**LOS ANGELES**
1000 Wilshire Boulevard
Los Angeles, CA 90017
(213) 688-8000

**NEW YORK**
142 W 57th Street
New York, NY 10019
(212) 938-9920

**SAN FRANCISCO**
2 Embarcadero Center, Suite 600
San Francisco, CA 94111
(415) 273-7300

**BOSTON**
265 Franklin Street
Boston, MA 02110
(617) 832-3700

**CHICAGO**
141 W. Jackson Boulevard, Suite 1710A
Chicago, IL 60604
(312) 786-1930

**www.wedbush.com**

Confidential

APL-SECLIT_00001526

EXHIBIT 94

This report is intended solely for matthblake@apple.com

EQUITY RESEARCH



## RBC Capital Markets

**RBC Capital Markets, LLC**
**Amit Daryanani, CFA**
(Analyst)
(415) 633-8659
amit.daryanani@rbccm.com
**Amitesh Bajad** (AVP)
(415) 633-8795
amitesh.bajad@rbccm.com

**Irvin Liu** (AVP)
(415) 633-8539
irvin.liu@rbccm.com

January 6, 2019

# Apple Inc.

## Download On Investor Feedback Post AAPL Negative Pre.

**Our view:** We outline takeaways from our discussions with investors post their negative pre-announcement.

**Key points:**

- **ALL YOU NEED TO KNOW:** We discussed AAPL and implications of their negative pre-announcement extensively with investors over the last few days. In aggregate, discussions have skewed more negative (despite what we think is attractive valuation) and most long-only investors we spoke with are content being underweight AAPL. Key discussions centered around: 1) Is there another cut for March-qtr, 2) Where is the valuation trough on AAPL?, 3) Is this just China or there are other issues impacting AAPL and 4) What are the next catalysts. **Net/Net:** While we get the disappointment around AAPL's first negative pre in >15 years driven by China issues and an unexciting iPhone product line-up. Positively, we are seeing an expansion of their install base and better monetization of the install base (services +28% and wearable +50%). While investors will wait for March-qtr clarity we think risk/reward is attractive on the name. Maintain OP and $185 target.

- **Is this just China?** AAPL during their EPS call on 11/1 stressed that China wasn't seeing softer demand. However, during their pre-announcement on Jan 2nd, AAPL squarely attributed revenue miss to China. We do think demand in China is weak – auto sales are down double digits in the Dec-qtr, China PMI was sub-50 exiting 2018 and broader consumer spend is soft. However, we also think there are other factors impacting AAPL a) higher iPhone ASPs and limited innovation, b) elongated replacement cycles, & c) competition.

- **What's the next catalyst(s)?** Bulls will rally around the services narrative so products like "streaming bundle" that should result in better monetization could excite investors. In addition, attach rates for wearables remain fairly high. Bears will remain focused on iPhone units, which we think barring a change in pricing or innovation will likely remain muted till we get to 5G products (potentially Fall-2020).

- **Is there another cut for March-qtr?** Investors struggle to understand, and AAPL didn't provide color on channel dynamics, if the implied ~8-10M iPhone unit reduction in Dec-qtr results in channel inventory being below the target ranges or will that drive another rev/EPS reduction when they guide March-qtr. We think investors are modelling FY19 EPS in the range of $11.50-12.00.

- **Where is downside support?** Historically, stock has troughed around ~9-10x P/E (early-2013 period) that would imply the support would be closer to $110. Though we note AAPL did not have a strong capital allocation program, which should provide a better valuation support. Assuming 10x is the support (ex-cash) it should peg the support for the stock at $140.

Sector: IT Hardware

## Outperform

NASDAQ: AAPL; USD 148.26

## Price Target USD 185.00

### WHAT'S INSIDE

| | |
|---|---|
| ☐ Rating/Risk Change | ☐ Price Target Change |
| ☐ In-Depth Report | ☐ Est. Change |
| ☐ Preview | ☑ News Analysis |

## Scenario Analysis*

| Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|
| 110.00 | 148.26 | 185.00 | 210.00 |
| ↓ 24% | | ↑ 26% | ↑ 43% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 4,926.6 | Market Cap (MM): | 730,418 |
| Dividend: | 2.28 | Yield: | 1.5% |
| BVPS: | 23.78 | P/BVPS: | 6.23x |
| | | Avg. Daily Volume: | 46,850,440 |

Priced after market close at ~7pm ET, 2019.

### RBC Estimates

| FY Sep | 2017A | 2018A | 2019E |
|---|---|---|---|
| EPS, Ops Diluted | 9.19 | 11.87 | 11.87 |
| P/E | 16.1x | 12.5x | 12.5x |
| Revenue | 229.2 | 265.6 | 260.3 |

| EPS, Ops Diluted | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2018 | 3.89A | 2.73A | 2.34A | 2.91A |
| 2019 | 4.15E | 2.59E | 2.22E | 2.90E |
| **Revenue** | | | | |
| 2018 | 88.3A | 61.1A | 53.3A | 62.9A |
| 2019 | 84.0E | 59.8E | 53.9E | 62.6E |

All values in USD unless otherwise noted.

Disseminated: Jan 6, 2019 13:00ET; Produced: Jan 6, 2019 12:09ET          Priced as of prior trading day's market close, EST (unless otherwise noted).

**For Required Conflicts Disclosures, see Page 5.**

Confidential

APL-SECLIT_00003772

This report is intended solely for mattblake@apple.com



## RBC Capital Markets

IT Hardware
Apple Inc.

### Target/Upside/Downside Scenarios

Exhibit 1: Apple Inc.



Source: Bloomberg and RBC Capital Markets estimates for Upside/Downside/Target

**Target price/base case**

With $126B+ in net cash, we believe the stock is undervalued at these levels. From a product perspective, we believe the company can continue to gain share in both the tablet and smartphone space. Our base case of $185/share is based on ~15x FY19E EPS ($11.87) as AAPL benefits from strong FCF generation, ability for outsized capital allocation, and a growing iOS install base that generates sustained Services growth.

**Upside scenario**

In our upside scenario of $210, we see Apple's services growing at a faster-than-anticipated rate and lifting company gross margins above the 40% level. In this scenario, we believe the stock deserves to be valued higher, as EPS growth expansion would likely outpace revenue growth for the company over the next several years. In this scenario, we believe many investor concerns would be quelled, causing the stock price to move above our current price target.

**Downside scenario**

In our downside scenario of $110, the company begins to lose market share in both the smartphone and tablet markets. These two product lines generate the bulk of Apple's revenue and EPS. If new competitors impinge on the company's current market share, we believe the financial model would become increasingly difficult to maintain.

### Investment summary

**Themes.** We believe AAPL's current stock price creates an attractive entry point for investors. We believe multiple catalysts remain as the company benefits from: 1) Strong Services segment growth; 2) Capital allocation; 3) Robust growth in Wearables; and 4) Potential GM improvement. We believe the fundamental reality remains that AAPL's valuation is materially sub-par to what we anticipate is its long-term revenue and EPS potential.

**It's the Ecosystem, Not Just Hardware.** We believe AAPL's true differentiation is its unique computing ecosystem: iOS. iOS provides users with an integrated, scalable, and seamless experience across multiple devices, which we believe will be difficult for competitors to replicate in scale. Simplistically, the scale of users attracts application developers, which in turn bolsters the number of users. We believe this cycle results in a captive consumer base that transitions more data and usage via iOS on Apple devices.

**Vertical Integration.** While the benefits of integrating and developing hardware and software simultaneously are well recognized with Apple, we believe another byproduct of this is that Apple is able to pursue a substantially larger profit pool vs. any of its peers. Simplistically, rather than just targeting the hardware layer, AAPL is able to capture incremental profits by also being the OS developer, processor manufacturer, and in some instances the retailer of the product.

**Multiple Levers in Place.** We believe AAPL has multiple levers ahead of it that should drive further revenue acceleration. Notably, we believe Services will remain a key and material earnings growth driver for the company over the next several years. Furthermore, we believe success and growth in Enterprise markets will open up a stickier and higher-margin segment. Finally, we believe new products could further expand AAPL's revenue opportunity and profit potential.

---

January 6, 2019

**Amit Daryanani, CFA** (415) 633-8659; amit.daryanani@rbccm.com    2

This report is intended solely for mattblake@apple.com

 **RBC Capital Markets**

IT Hardware
Apple Inc.

## Valuation

Our price target of $185 is based on ~15x FY19E EPS of $11.87, as AAPL benefits from strong FCF generation, ability for outsized capital allocation, and a growing iOS install base that generates sustained Services growth. Our target multiple is in line with historical levels, which takes into account iPhone units related challenges but continued strong momentum in Services, which is becoming an increasingly larger part of the business and in our view deserves a higher multiple given its above-corporate margin and growth dynamics. Our price target and implied return support an Outperform rating.

## Risks to rating and price target

Risks include: unknown market acceptance of new products; new product launch delays; stronger-than-expected competitive response to iPhone; slower-than-expected international expansion; greater-than-expected iPod cannibalization; slower-than-expected Macintosh market share gains; channel conflicts or execution; and key executive or staff departures. We see Apple's valuation multiple as vulnerable should market sentiment continue to deteriorate, and it could compress further on unexpected competitive developments, execution stumbles, unexpectedly slowing growth, declining margins, PC market concerns, or a decline in overall market or technology market valuations.

## Company description

Apple, founded in 1976, is a California-based designer, manufacturer, and marketer of differentiated personal computers, software, and services. Products include the Macintosh line of personal computers, Mac OS X operating system and related application software (iLife, iWork, etc.), services, and peripherals, the iPod line of portable digital media players, the iTunes online media store, iPhone Smartphone, and iPad tablet. Apple is positioned in the high-end consumer sector, has a strong global brand and fiercely loyal customer base, and is supported by its retail store network. Apple has approximately 110,000 employees.

January 6, 2019

**Amit Daryanani, CFA** (415) 633-8659; amit.daryanani@rbccm.com     3

APL-SECLIT_00003774

This report is intended solely for mattblake@apple.com



# RBC Capital Markets

**IT Hardware
Apple Inc.**

**Amit Daryanani, CFA (415) 633-8659; amit.daryanani@rbccm.com**
**Two Embarcadero Center, Suite 2350, San Francisco, CA 94111**

Apple Inc. (NASDAQ:AAPL)

Fiscal Year End September

| US$ MM | Dec-17A | Mar-18A | Jun-18A | Sept-18A | Dec-18E | Mar-19E | Jun-19E | Sept-19E | Dec-19E | FY17 | FY18 | FY19E | CY17 | CY18E | CY19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | 88,293 | 61,137 | 53,265 | 62,900 | 83,960 | 59,825 | 53,908 | 62,571 | 89,135 | 229,234 | 265,595 | 260,264 | 239,176 | 261,262 | 265,439 |
| Q/Q Change | 68% | -31% | -13% | 18% | 33% | -29% | -10% | 16% | 42% | | | | | | |
| Y/Y Change | 13% | 16% | 17% | 20% | -5% | -2% | 1% | -1% | 6% | 6% | 16% | -2% | 10% | 9% | 2% |
| | | | | | | 53% | | | | | | | | | |
| COGS - non-GAAP | 54,381 | 37,715 | 32,844 | 38,816 | 52,055 | 36,972 | 33,261 | 38,481 | 54,729 | 141,048 | 163,756 | 160,769 | 147,254 | 161,430 | 163,443 |
| | | | | | | | | | | | | | | | |
| Gross Profit | 33,912 | 23,422 | 20,421 | 24,084 | 31,905 | 22,853 | 20,647 | 24,090 | 34,406 | 88,186 | 101,839 | 99,495 | 91,922 | 99,832 | 101,996 |
| Gross Margin % | 38.4% | 38.3% | 38.3% | 38.3% | 38.0% | 38.2% | 38.3% | 38.5% | 38.6% | 38.5% | 38.3% | 38.2% | 38.4% | 38.2% | 38.4% |
| Q/Q Change | 70% | -31% | -13% | 18% | 32% | -28% | -10% | 17% | 43% | | | | | | |
| Y/Y Change | 12% | 14% | 17% | 21% | -6% | -2% | 1% | 0% | 8% | 5% | 15% | -2% | 9% | 9% | 2% |
| | | | | | | | | | | | | | | | |
| R&D | 3,407 | 3,378 | 3,701 | 3,750 | 4,282 | 4,367 | 4,151 | 4,192 | 4,546 | 11,581 | 14,236 | 16,992 | 12,117 | 15,111 | 17,256 |
| Q/Q Change | 14% | -1% | 10% | 1% | 14% | 2% | -5% | 1% | 8% | | | | | | |
| Y/Y Change | 19% | 22% | 26% | 25% | 26% | 29% | 12% | 12% | 6% | 15% | 23% | 19% | 15% | 25% | 14% |
| % of revenue | 3.9% | 5.5% | 6.8% | 6.8% | 5.1% | 7.3% | 7.7% | 6.7% | 5.1% | 5.1% | 5.4% | 6.5% | 5.1% | 5.8% | 6.5% |
| | | | | | | | | | | | | | | | |
| SG&A | 4,231 | 4,150 | 4,108 | 4,216 | 4,425 | 4,307 | 4,582 | 4,505 | 4,189 | 15,261 | 16,705 | 17,819 | 15,546 | 16,899 | 17,584 |
| Q/Q Change | 11% | -2% | -1% | 3% | 5% | -3% | 6% | -2% | -7% | | | | | | |
| Y/Y Change | 7% | 12% | 9% | 11% | 5% | 4% | 12% | 7% | -5% | 8% | 9% | 7% | 9% | 9% | 4% |
| % of revenue | 4.8% | 6.8% | 8.0% | 8.0% | 5.3% | 7.2% | 8.5% | 7.2% | 4.7% | 6.7% | 6.3% | 6.8% | 6.5% | 6.5% | 6.6% |
| | | | | | | | | | | | | | | | |
| Total operating expenses | 7,638 | 7,528 | 7,809 | 7,966 | 8,707 | 8,674 | 8,733 | 8,697 | 8,735 | 26,842 | 30,941 | 34,812 | 27,663 | 32,010 | 34,840 |
| Q/Q Change | 12% | -1% | 4% | 2% | 9% | 0% | 1% | 0% | 0% | | | | | | |
| Y/Y Change | 12% | 16% | 16% | 17% | 14% | 14% | 12% | 9% | 0% | 13% | 15% | 13% | 12% | 16% | 9% |
| % of revenue | 8.7% | 12.3% | 14.7% | 12.7% | 10.4% | 14.5% | 16.2% | 13.9% | 9.8% | 11.7% | 11.7% | 13.4% | 11.6% | 12.3% | 13.1% |
| | | | | | | | | | | | | | | | |
| EBIT | 26,274 | 15,894 | 12,612 | 16,118 | 23,198 | 14,179 | 11,914 | 15,393 | 25,671 | 61,344 | 70,898 | 64,683 | 64,259 | 67,822 | 67,156 |
| EBIT margin | 29.8% | 26.0% | 23.7% | 25.6% | 27.6% | 23.7% | 22.1% | 24.6% | 28.8% | 26.8% | 26.7% | 24.9% | 26.9% | 26.0% | 25.3% |
| | | | | | | | | | | | | | | | |
| Other income (expense) | 756 | 274 | 672 | 303 | 550 | 400 | 400 | 400 | 400 | 2,745 | 2,005 | 1,750 | 2,680 | 1,799 | 1,600 |
| Income (loss) before Taxes | 27,030 | 16,168 | 13,284 | 16,421 | 23,748 | 14,579 | 12,314 | 15,793 | 26,071 | 64,089 | 72,903 | 66,433 | 66,939 | 69,621 | 68,756 |
| | | | | | | | | | | | | | | | |
| Provision for Taxes | 6,965 | 2,346 | 1,765 | 2,296 | 3,918 | 2,405 | 2,032 | 2,606 | 4,302 | 15,738 | 13,372 | 10,961 | 16,414 | 10,325 | 11,345 |
| Tax rate | 25.8% | 14.5% | 13.3% | 14.0% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% | 24.6% | 18.3% | 16.5% | 24.5% | 14.8% | 16.5% |
| | | | | | | | | | | | | | | | |
| GAAP Net Income | 20,065 | 13,822 | 11,519 | 14,125 | 19,830 | 12,173 | 10,282 | 13,187 | 21,769 | 48,351 | 59,531 | 55,471 | 50,525 | 59,296 | 57,411 |
| GAAP Net Income Margin | 22.7% | 22.6% | 21.6% | 22.5% | 23.6% | 20.3% | 19.1% | 21.1% | 24.4% | 21.1% | 22.4% | 21.3% | 21.1% | 22.7% | 21.6% |
| | | | | | | | | | | | | | | | |
| Shares-Basic | 5,112.9 | 5,024.9 | 4,882.2 | 4,801.6 | 4,726.6 | 4,651.6 | 4,576.6 | 4,501.6 | 4,426.6 | 5,217.2 | 4,955.4 | 4,614.1 | 5,170.8 | 4,858.8 | 4,539.1 |
| Shares-Diluted | 5,157.8 | 5,068.5 | 4,926.6 | 4,847.5 | 4,772.5 | 4,697.5 | 4,622.5 | 4,547.5 | 4,472.5 | 5,251.7 | 5,000.1 | 4,660.0 | 5,209.1 | 4,903.8 | 4,585.0 |
| | | | | | | | | | | | | | | | |
| GAAP Basic EPS | $3.92 | $2.75 | $2.36 | $2.94 | $4.20 | $2.62 | $2.25 | $2.93 | $4.92 | $9.27 | $12.01 | $12.02 | $9.77 | $12.20 | $12.65 |
| GAAP Diluted EPS | $3.89 | $2.73 | $2.34 | $2.91 | $4.15 | $2.59 | $2.22 | $2.90 | $4.87 | $9.19 | $11.87 | $11.87 | $9.72 | $12.13 | $12.58 |

Source: Company Reports and RBC Capital Markets Estimates.                    $27.24

January 6, 2019

**Amit Daryanani, CFA** (415) 633-8659; amit.daryanani@rbccm.com    **4**

APL-SECLIT_00003775

This report is intended solely for mattblake@apple.com

 **RBC Capital Markets**

IT Hardware
Apple Inc.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

RBC Capital Markets, LLC makes a market in the securities of Apple Inc..

A member company of RBC Capital Markets or one of its affiliates received compensation for products or services other than investment banking services from Apple Inc. during the past 12 months. During this time, a member company of RBC Capital Markets or one of its affiliates provided non-investment banking securities-related services to Apple Inc..

RBC Capital Markets is currently providing Apple Inc. with non-investment banking securities-related services.

RBC Capital Markets has provided Apple Inc. with non-investment banking securities-related services in the past 12 months.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.
**Ratings**
**Top Pick (TP):** Represents analyst's best idea in the sector; expected to provide significant absolute total return over 12 months with a favorable risk-reward ratio.
**Outperform (O):** Expected to materially outperform sector average over 12 months.
**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.
**Underperform (U):** Returns expected to be materially below sector average over 12 months.
**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.
**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.
**Risk Rating**
The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Top Pick/Outperform, Sector Perform, and Underperform most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings | | | | |
|---|---|---|---|---|
| RBC Capital Markets, Equity Research | | | | |
| As of 31-Dec-2018 | | | | |
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [Top Pick & Outperform] | 876 | 54.92 | 234 | 26.71 |
| HOLD [Sector Perform] | 642 | 40.25 | 111 | 17.29 |
| SELL [Underperform] | 77 | 4.83 | 7 | 9.09 |

Confidential                                                  APL-SECLIT_00003776

This report is intended solely for mattblake@apple.com


**RBC Capital Markets**

IT Hardware
Apple Inc.



References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12), and former lists called the Guided Portfolio: Large Cap (RL 7), the Guided Portfolio: Midcap 111 (RL 9), and the Guided Portfolio: Global Equity (U.S.) (RL 11). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at https://www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**Apple Inc.**

**Valuation**

Our price target of $185 is based on ~15x FY19E EPS of $11.87, as AAPL benefits from strong FCF generation, ability for outsized capital allocation, and a growing iOS install base that generates sustained Services growth. Our target multiple is in line with historical levels, which takes into account iPhone units related challenges but continued strong momentum in Services, which is becoming an increasingly larger part of the business and in our view deserves a higher multiple given its above-corporate margin and growth dynamics. Our price target and implied return support an Outperform rating.

**Risks to rating and price target**

Risks include: unknown market acceptance of new products; new product launch delays; stronger-than-expected competitive response to iPhone; slower-than-expected international expansion; greater-than-expected iPod cannibalization; slower-than-expected Macintosh market share gains; channel conflicts or execution; and key executive or staff departures. We see Apple's valuation multiple as vulnerable should market sentiment continue to deteriorate, and it could compress further on unexpected competitive developments, execution stumbles, unexpectedly slowing growth, declining margins, PC market concerns, or a decline in overall market or technology market valuations.

## Conflicts policy

January 6, 2019                                    **Amit Daryanani, CFA** (415) 633-8659; amit.daryanani@rbccm.com      6

This report is intended solely for mattblake@apple.com

 **RBC Capital Markets**

IT Hardware
Apple Inc.

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to https://www.rbccm.com/global/file-414164.pdf or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.

For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action

The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide

**Amit Daryanani, CFA** (415) 633-8659; amit.daryanani@rbccm.com    7

This report is intended solely for mattblake@apple.com



**RBC Capital Markets**

IT Hardware
Apple Inc.

to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct or consequential loss arising from any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior consent of RBC Capital Markets.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.
**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.
**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.
**To German Residents:**
This material is distributed in Germany by RBC Europe Limited, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).
**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada - Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.
**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission ('SFC'), RBC Investment Services (Asia) Limited and RBC Investment Management (Asia) Limited, both entities are regulated by the SFC. Financial Services provided to Australia: Financial services may be provided in Australia in accordance with applicable law. Financial services provided by the Royal Bank of Canada, Hong Kong Branch are provided pursuant to the Royal Bank of Canada's Australian Financial Services Licence ('AFSL') (No. 246521.)
**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.
**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association ("JSDA").

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.
Copyright © RBC Capital Markets, LLC 2019 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2019 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2019
Copyright © Royal Bank of Canada 2019
All rights reserved