EXHIBIT 96

| | |
|---:|:---|
| **From:** | Philip Schiller <█████@apple.com> |
| **Received(Date):** | Mon, 29 Oct 2018 20:34:13 -0400 |
| **Subject:** | Fwd: <mark>Int'l iPhone XR reviews & coverage</mark> cont'd |
| **To:** | Greg Joswiak <███@apple.com> |
| **Attachment:** | Screen Shot 2018-10-29 at 1.02.03 PM.png |
| **Attachment:** | Screen Shot 2018-10-29 at 1.02.56 PM.png |
| **Attachment:** | Screen Shot 2018-10-29 at 1.03.18 PM.png |
| **Date:** | <mark>Mon, 29 Oct 2018</mark> 20:34:13 -0400 |

Begin forwarded message:

**From:** isabel <█████@apple.com >

**Subject: Fwd: Int'l iPhone XR reviews & coverage cont'd**

**Date:** October 29, 2018 at 8:32:13 PM EDT

**To:** Tor Myhren <█████@apple.com >, Steve Dowling <█████@apple.com >, Philip Schiller <█████@apple.com >

**In China, as a normal consumer, everywhere I look I see Huawei Mate 20's advertisement (airports, billboards) and all sorts of news article on social network about how great Mate 20 is.. News and information on Mate 20 dominate the internet..**

**Frankly I don't see a lot of buzz on the new iPhones anymore, especially not much on XR..**

**Isabel**

**Sent from my iPhone**

**Begin forwarded message:**

**From:** Alex Kirschner <█████@apple.com>

Date: October 30, 2018 at 01:36:16 GMT+8



To: Tim Cook <tcook@apple.com>, Phil Schiller <█████@apple.com>, Jonathan Ive <█████@apple.com>, Dan Riccio <███@apple.com>, Craig Federighi <█████@apple.com>, Jeff Williams <█████@apple.com>, Johny Srouji <█████@apple.com>, Angela Ahrendts <█████@apple.com>, Eddy Cue <███@apple.com>, John Giannandrea <█████@apple.com>, Luca Maestri <█████@apple.com>, Lisa Jackson <█████@apple.com>, Gregory Joswiak <█████@apple.com>, Kaiann Drance <█████@apple.com>, Francesca Sweet <█████@apple.com>, Ravi Thakkar <█████@apple.com>, Vitor Silva <█████@apple.com>, Louis Dudley <█████@apple.com>, Frank Casanova <█████@apple.com>, Tim Millet <█████@apple.com>, Sebastien Marineau-Mes <█████@apple.com>, Graham Townsend <█████@apple.com>, Jon McCormack <█████@apple.com>, Mike Rockwell

APL-SECLIT_00169711



<▮▮▮▮@apple.com>, Alan Dye <▮▮▮▮@apple.com>, Tor Myhren <▮▮▮▮@apple.com>, Nancy
Paxton <paxton1@apple.com>, Eden Sears <▮▮▮▮@apple.com>, Isabel Mahe <▮▮▮▮@apple.com>,
Gary Nevin <▮▮▮▮@apple.com>, YeeWee Koh <▮▮▮▮@apple.com>, Marilyn Johns
<▮▮▮▮@apple.com>


Cc: Steve Dowling <▮▮▮▮@apple.com>, Trudy Muller <▮▮▮▮@apple.com>, Brown Bartholomew
<▮▮▮▮@apple.com>, Michele Wyman <▮▮▮▮@apple.com>, Karen Rhee
<▮▮▮▮@apple.com>, Andrew Kelly <▮▮▮▮@apple.com>, Fana Yohannes
<▮▮▮▮@apple.com>, Kalvin Wang <▮▮▮▮@apple.com>, Marcus Wong
<▮▮▮▮@apple.com>, Nao Yanagisawa <▮▮▮▮@apple.com>, "Aya (PR) Sato"
<▮▮▮▮@apple.com>, Adam Howorth <▮▮▮▮@apple.com>, Laura Bonney
<▮▮▮▮@apple.com>, Alex Waldron <▮▮▮▮@apple.com>, Nelly Assayag
<▮▮▮▮@apple.com>, Tara Hendela <▮▮▮▮@apple.com>, Juliana Frick
<▮▮▮▮@apple.com>, Katrina Tran <▮▮▮▮@apple.com>, Izzie Saleh Ali
<▮▮▮▮@apple.com>, Anand Baskaran <▮▮▮▮@apple.com>, Jiraporn Boonnark
<▮▮▮▮@apple.com>, Elena Yamshikova <▮▮▮▮@apple.com>, Tatiana Olkhovaya
<▮▮▮▮@apple.com>, Sally Hamandi <▮▮▮▮@apple.com>, Lona Ayoub <▮▮▮▮@apple.com>

Subject: Int'l iPhone XR reviews & coverage cont'd

iPhone XR is covered extensively around the world since Friday's launch, with sentiment remaining
extremely positive calling the device "a no-brainer."  US press and YouTubers comment it "looks very
premium" and has "95% of the iPhone XS features for 75% of the price."

Greater China reviews call iPhone XR "great technology at an affordable price" and "the new
smartphone among all that will spark an upgrade trend" or be a "very suitable for new Apple users."

Japanese press call iPhone XR "the best iPhone" that will attract many iPhone users and upgraders.
Press highlight the "powerful" A12 Bionic, Neural Engine and new "shiny and elegant" finishes with a
"lower price point."

iPhone XR reviews are positive in Europe, focusing on the "great performance" of A12 Bionic, "excellent
battery" and the range of "striking colors" available.

Australian media say iPhone XR is "capable of some pretty impressive things" in "cute" finishes with AR
shopping experiences that are "game-changing."

Canadian media and social influencers call iPhone XR "affordable" with a "rich and accurate" LCD
display, "bonus" extended battery life, and a "wicked amazing" camera that takes "better photos than a
$5,000 Canon." iPhone XR was a success among Mexican tech media during its launch weekend in
Mexico calling it "the most affordable iPhone."

Reviews in India and SE Asia say iPhone XR is "worth the price" for its "premium looks" and A12 Bionic
chip empowers AR and Machine Learning with a camera that delivers "beautiful and satisfying bokeh
background for Portrait photos."

Coverage from Russia showcases iPhone XR's camera and emphasizes it's a "full-blown flagship
phone" with "great" hardware and software "to match" that will be an "instant hit."

Media in the Middle East continue to share first impressions of iPhone XR, calling it "the most important
iPhone this year" with "the best LCD display in the smartphone world."

·

Highly Confidential

*[L-R] Tyler Stalman (CA), Dalia de Paz (MEX), Aik Beng Chia (CH), Ivan Kuek (SG)*

.

*[L-R] Armie Hammer (US), Ian Kinsler (US), Debbie Fortes (UAE), Beckerman Blog (CA), Grazia (AU)*

.

*[L-R] iPhonedo (US), DailyTekk (US), TechMe0ut (US), Steven Aquino (US)*

US

Yahoo! Finance's Daniel Howley says iPhone XR is "a no-brainer" with a "speedy" A12 Bionic chip, a "fantastic camera" and "excellent battery life." He comments the Liquid Retina display "is no slouch" saying Apple has done "a great job of ensuring the XR doesn't look or feel like a less expensive device than the XS and XS Max."

YouTuber TechMe0ut shares an initial unboxing video and says iPhone XR "looks very premium" and likes the "feeling of the glass back." She notes "one of the cool things about iPhone XR is how much it has in common with XS for a lot less of a price," concluding it's a "good option for those conservative on the wallet."

YouTuber DailyTekk says iPhone XR is "not a dumbed down" version of iPhone XS noting it has "95% of the iPhone XS features for 75% of the price." He adds AR and performance "are not even a challenge" for iPhone XR thanks to the A12 Bionic and the display "looks sharp."

YouTuber iPhonedo says iPhone XR is "basically the candy apple of the iPhone X series," adding "it's Apple's secret weapon and it is a big deal." He notes "when it comes to benchmarks" iPhone XR isn't even "breaking a sweat," adding the stereo speakers "sound really good" and video is "beautiful." He highlights the "Note 9-level battery life" and concludes with iPhone XR, Apple's "smartphone game is at a new level," concluding "this device may not be the Batman, but it sure is the Robin."

CNET en Español praises the yellow finish in an unboxing saying "it might sound like a crazy idea on a phone, but looks quite attractive," and concludes that "iPhone XS and iPhone XR are almost the same phone, with a price difference of about $300 USD."

VentureBeat notes "Apple has blurred the definition of 'flagship' this year" creating a two-phone "'premium flagship' tier." They note the phones are "more alike than different" and there's "nothing plasticky or cheap about the iPhone XR" with "enough options" to "satisfy almost anyone." VentureBeat finds each camera has "separate strengths" but prefer low-light portrait shots on iPhone XR.

The Loop's Jim Dalrymple and Dave Mark say iPhone XR is "one of the most fascinating Apple products" in "a long time," noting it's "a less expensive iPhone, but no way is this a cheap iPhone." They highlight Face ID, A12 Bionic, Smart HDR, and wireless charging among features XR has in common with XS, noting "the guts are really the same."

In an analysis for Tom's Guide, Jason Snell writes Apple has "doubled down on its luxury models" this year calling the $749 iPhone XR "a riddle wrapped in an enigma and smothered with bright colored class." He says "in the places where the XR falls short of the XS, it does so in the gentlest way possible," concluding Apple's strategy is to raise prices "while also raising quality."

In a first impressions piece for Macworld, Jason Snell says iPhone XR will be "a mainstream hit that

APL-SECLIT_00169713

pleases buyers" due to its "gorgeous" design that "pops" with "personality." He concludes it's "hard to believe I'm looking at the lowest-priced new iPhone" as it "certainly doesn't look or feel cheap."

Greater China

Weibo blogger Bigger Research shares an unboxing video with his 2.6M followers, calling iPhone XR "great technology at an affordable price" that will be "loved by young consumers."

Guohe calls iPhone XR the "best choice" for iPhone upgraders and Android switchers and is "amazed by the extraordinary photo quality with Smart HDR." Cosmopolitan calls iPhone XR "the new smartphone among all that will spark an upgrade trend," adding "it has never been easier to take 'goddess' portrait selfies with no touch ups needed."

Men's Uno tells readers "if you are indecisive about what to upgrade to, just pick iPhone XR - it's not far from an iPhone XS." Engadget China calls iPhone XR a great example of "advancement through rethinking" while Swwagger says iPhone XR has "gotten a lot of iPhone 6, 7, and 8 users thinking about upgrades."

AM730 highlights iPhone XR's "flagship features at an entry level price" that are "very suitable for new Apple users." Headline Daily calls iPhone "irresistible" for those looking to upgrade.

YouTuber Aotter Girls says she is "completely in love with creating Memoji and taking selfies on iPhone XR" and believes "iPhone XR will be the most popular holiday gift this year." YouTuber 3CTim calls iPhone XR "the phone of the year" and "a total steal."

Japan

ITMedia says iPhone XR is "packed full of all the great iPhone XS features" with a "lower price point," highlighting the "powerful" A12 Bionic, Neural Engine, "beautifully adjusted" Liquid Retina display and concludes iPhone XR is "so much more than just a cheaper edition" highly recommending it as "the best" iPhone.

Weekly ASCII  calls iPhone XR a "very attractive choice" for everyone and upgraders, noting  the "well-polished" aluminum flame gives it a "special flavor," adding the Liquid Retina display, single-lens camera and Haptic touch "won't disappoint."

Blogos says in addition to "affordability," the "most notable" feature of all is the "speedy and powerful" performance and "elegant" finishes that "stands out." They anticipate that iPhone XR will "attract" many users including upgraders.

UK

T3's day two review praises "a seriously good screen," stereo speakers that are "impressive" and  while day three reviews the "strong camera offering" and day four focuses on "super speed" performance and "bountiful battery."

Sun Online says "despite being a more budget model, it's got many high-end features."

SuperSaf shows off the range of colors, squashing any thoughts of it being similar to iPhone 5C, and goes on to highlight key features, including wireless charging and "very accurate colors" on the display.

Germany

APL-SECLIT_00169714

Berliner Morgenpost loves the "faster" A12 Bionic Chip, the "excellent" Liquid Retina display and the "very good results" from the camera. Computerwoche says pictures taken with Portrait mode are "bright, sharp and very detailed," adding that "iPhone XR has long battery life."

Dasfilter believes iPhone XR is going to be "one of the greatest success stories of Cupertino's smartphone department." netzwelt praises the "good camera and great finish," Major Tech writes "iPhone XR fits well in the hand and gives the impression of high-quality." Techniklike says "Portrait mode is able to take bloody great pictures, even in bad lighting conditions."

France

Grazia says "it should be a bestseller," writes "we quickly forget about the LCD screen that is a little less powerful and we really appreciate its impressive battery life" and adds the choice of colors "allows you to really stand out."

Le Figaro likes the "elegant glass effect on the back and a metallic finish on the sides" and says "the display remains of very good quality, well balanced, good to watch video and view images." TheiCollection says "both iPhone XS and XR are very high-end and luxurious smartphones" and "you must buy iPhone XR."

Spain

El Confidencial praises its "excellent battery" and "great performance" and states that its "youthful" design is "comfortable when using with one hand." La Vanguardia claims it's "the best iPhone you can buy this year" because "it offers the best quality/price ratio" and "its best feature is the battery life."

Hipertextual says it has "the best features of the most avant-garde models, packed in a more colorful and economical format." Expansion says "it's going to be a top-selling iPhone this Christmas" thanks to "its striking colors" that makes it "an attractive device."

Xataka says its LCD display as "the best on the market," Clipset notes that "the first thing that catches your attention is its color."

YouTuber Victor Abarca says "iPhone XR is a great candidate to become a blockbuster" and that there's "something quite striking is its larger display."

Switzerland

Blick writes "the XR is the iPhone that offers the most value for money." Trendmagazin writes "on its own, the new smartphone is an excellent device that should offer a better price-performance ratio for most users than its brothers." OnlinePC praises the variety of colors. and iPhone Blog says "the iPhone XR is interesting for iPhone 7 owners and older iPhone generations."

Australia

Junkee writes iPhone XR is "capable of some pretty impressive things" saying Animoji, Memoji and AR are "extremely fun to muck around with" and "where the real magic happens." The camera is "very, very good" New gestures are "surprisingly natural" to learn, however the reviewer says "I mourn my ability to use my phone one-handed."

Grazia highlights the "cute" new iPhone XR finishes including "chic black, white and red" and calls their

APL-SECLIT_00169715

AR shopping experience on iPhone XR "game-changing."

Canada

Toronto Guardian calls XR's display "rich and accurate." The camera is "so smart" that it will "give you the best lighting possible" even in low light, although they wish Portrait mode could detect objects. Canadian Reviewer says iPhone XR feels "well-conceived" with a "bright and clear and responsive" display. La Presse says XR "deserves a 5-star rating" with technology that "rivals iPhone XS" while being "the most affordable."

YouTuber Karl Conrad calls iPhone XR "the iPhone to buy this year. He "loves" the colors, says A12 makes it "perform like a flagship" and the lasting battery is a "bonus." YouTuber Tyler Stalman shares why iPhone XR is "taking better photos than a $5,000 Canon," noting iPhone XS and iPhone XR "extract more dynamic range in a lot of situations" than DSLRs.

Mexico

Dinero en Imagen says XR's backlit design "will make you enjoy more realistic colors down to the last millimeter of its edges," and with A12 Bionic users can "enjoy AR experiences, portraits with Depth Control, and the same speed and fluidity as the iPhone XS and XS Max."

SDP Noticias reports that the "most affordable" iPhone is available in Mexico in six "stunning finishes." unocero lists the six things that you should know before buying the iPhone XR, such as "its remarkable battery life" and its LCD display that "could be the best one in the market."

Singapore

Tech360.TV finds the 6.1-inch display hits "a really sweet spot" and you "the naked eye cannot tell" the difference between iPhone XR and iPhone XS noting the aluminum gives iPhone XR a "sporty feel." They conclude "there's nothing really missing in this phone."

India

NDTV unboxes iPhone XR on their prime time show, and calls out its "premium looks" and says the camera performance is "as good as iPhone XS and iPhone XS Max."

Deccan Chronicle are deeply impressed with iPhone XR and say it's "worth every penny" with features including an improved battery life and undeniably beautiful looks.

Thailand

Cleo Thailand calls iPhone XR, "a well-rounded and beautiful finished phone with all features you need at a budget-friendly price."

Whatphone likes the "bigger" 6.1-inch display and finds "it delivers a satisfying display with brighter and more vivid color" while "Animoji lovers can still enjoy this activity on iPhone XR."

MacThai says iPhone XR is "worth its price" and is "the phone that has caught everyone everyone's attention."

Russia

Sobaka partners with model Maria Skokova to test iPhone XR's camera backstage during the DLT

Fashion Show, sharing a gallery featuring photos and videos showcasing Portrait mode, low light capabilities and Smart HDR.

Onliner explains why iPhone XR is "not simply a reincarnation of iPhone 5C," but "an iPhone we all need," calling it a "full-blown flagship phone" with "great" hardware and software, adding the lower price point may be a "winning ticket." Maxim praises the "statement" colors, "impressive" abilities, "convenient" size and "durable" battery, predicting it will be an "instant hit."

SuperG praises "top notch" iPhone XR features like A12 Bionic, wide-angle camera with "stunning" battery life and colors "you don't want to take your eyes off," but calls out the "chubby" bezels, saying iPhone X owners "might have trouble adjusting" to the new design.

Middle East

Unlimited Tech calls iPhone XR "the most important iPhone this year," claiming it has "the best LCD display in the smartphone world." He describes the performance as "powerful" and says the camera produces "incredible photography and videography results."

Tech Voice features 5 reasons to buy iPhone XR, saying it has a "great performance and affordable price" with "amazing colors."

Harper's Bazaar Arabia explains how to take your OOTD to the next level with iPhone XR, noting the camera "offers the ability to capture intimate details," allowing users to "take your selfie game to the next level." They comment iPhone XR "comes in a new range of funky colors, making it a great prop to hold or place in a flat lay."

US

Yahoo! Finance

Apple iPhone XR review: A no-brainer buy

https://finance.yahoo.com/news/apple-iphone-xr-review-no-brainer-buy-172953389.html

TechMe0ut (YouTube)

iPhone XR Unboxing - The Budget iPhone X

https://www.youtube.com/watch?v=x7E77iy0c7A

Daily Tekk (YouTube)

Why The iPhone XR Is So Good (First Impressions)

https://www.youtube.com/watch?v=kJrm4rlLr_E

iPhonedo (YouTube)

iPhone XR - The Candy Apple

https://www.youtube.com/watch?v=QXONVFWss2o

APL-SECLIT_00169717

CNET en Español

iPhone XR: Watch its unboxing, step by step [photos]

https://www.cnet.com/es/imagenes/iphone-xr-unboxing-fotos/19/

VentureBeat

The 5-point iPhone XR review: How Apple walks the fine line of greatness

https://venturebeat.com/2018/10/27/the-5-point-iphone-xr-review-how-apple-walks-the-fine-line-of-greatness/

The Loop

The Dalrymple Report: The iPhone XR is amazing with Dave Mark

http://www.loopinsight.com/2018/10/26/the-dalrymple-report-the-iphone-xr-is-amazing-with-dave-mark/

Tom's Guide

With iPhone XR, Apple Just Rewrote the Phone Script

https://www.tomsguide.com/us/iphone-xr-explained,news-28396.html

Macworld

iPhone XR: Hands-on and first impressions

https://www.macworld.com/article/3316556/iphone-ipad/iphone-xr-hands-on-and-first-impressions.html

Greater China

Bigger Research WeChat

iPhone XR unboxing video

https://mp.weixin.qq.com/s/_FFperrJ6PG42JzbOPgJGA

Guohe "Apple Seed" Blog

iPhone XR hands-on review

https://sspai.com/post/47696

Cosmopolitan Hong Kong

iPhone XR: Great value for money, 4 reasons why it's great for girls

https://www.cosmopolitan.com.hk/lifestyle/gadget-afforable-choice

APL-SECLIT_00169718

Men's Uno

Unboxing iPhone XR: a high value for money iPhone

https://www.facebook.com/132296510124280/posts/2123984527622125/

Engadget Chinese

iPhone XR review: advancement through rethinking, clever re-creation of features to deliver a consistent user experience

https://chinese.engadget.com/2018/10/26/iphone-xr-review/

Sswagger

iPhone XR review: online shopping with AR

https://www.sswagger.hk/10881/**/*iphone-xr-***ar******/

Aotter Girls - Girls' everyday dose of tech

iPhone XR full review: this phone will be a huge hit.

https://youtu.be/TyEBee94Xkg

3C Tim

iPhone XR unboxing: the most "value for money" iPhone ever!

https://youtu.be/U3L36JqbwcQ

Japan

ITmedia

We recommend iPhone XR over iPhone XS and here are the reasons why

http://www.itmedia.co.jp/pcuser/articles/1810/26/news062.html

Weekly ASCII

The difference between iPhone XR and iPhone XS, helping you to make the best purchase decision

https://weekly.ascii.jp/elem/000/000/420/420788/

BLOGOS

Unboxing iPhone XR comes with new color variations and looks fresh

https://blogos.com/article/334668/

UK

T3

Apple iPhone XR review day two: a seriously good screen and speakers

https://www.t3.com/news/apple-iphone-xr-review-day-two-a-seriously-good-screen-and-speakers

Apple iPhone XR review day three: a strong camera offering

https://www.t3.com/news/apple-iphone-xr-review-day-three-a-strong-camera-offering

Apple iPhone XR review day four: super speed and a bountiful battery

https://www.t3.com/news/apple-iphone-xr-review-day-four-super-speed-and-a-bountiful-battery

Sun Online

BARGAIN BLOWER Best iPhone XR deals – buy Apple's 'cheap' new smartphone from £18 a month TODAY

https://www.thesun.co.uk/tech/7244262/iphone-xr-deals-cheapest-price-release-date-contract/

SuperSaf TV

The truth about the iPhone XR - one week later!

https://www.youtube.com/watch?v=XybwpG3B4KQ

Germany

Berliner Morgenpost

iPhone XR is available from Friday on – what is it capable of?

https://www.morgenpost.de/web-wissen/web-technik/article215650841/Das-iPhone-XR-ist-ab-Freitag-erhaeltlich-Was-kann-es.html

Computerwoche

Apple iPhone XR in review

https://www.computerwoche.de/a/das-apple-iphone-xr-im-test,3546028

Dasfilter

Review: iPhone XR – the best comes at the end

APL-SECLIT_00169720

http://dasfilter.com/technik-wissen/review-iphone-xr-das-beste-kommt-zum-schluss

France

Grazia

TEST- iPhone XR: Cheaper, but just as good

https://www.grazia.fr/lifestyle/high-tech/test-apple-iphone-xr-smartphone-906470

Le Figaro (Print)

The good smartphone recipes for the winter

https://cccoverage.apple.com/wiki/pages/x7D5c5D1y/Le_Figaro_The_good_smartphone_recipes_for_the

TheiCollection

iPhone XR: Why you should buy it

https://www.youtube.com/watch?v=T3t83J08zwQ

Spain

El Confidencial

We reviewed the iPhone XR: the most 'basic' Apple mobile will leave you satisfied

https://www.elconfidencial.com/tecnologia/2018-10-26/iphone-xr-opiniones-precio-iphone-xs-comparativa_1635443/

La Vanguardia

The iPhone XR is the best iPhone you can buy this year

https://www.lavanguardia.com/tecnologia/20181026/452548898973/iphone-xr.html

Hipertextual

iPhone XR, review: The iPhone for the masses

https://www.youtube.com/watch?v=YvQAFmaKxx0

Expansion

iPhone XR, we reviewed the cheapest iPhone of the moment (and it doesn't disappoint)

http://videos.expansion.com/v/0_nwm4fldr-iphone-xr-probamos-el-iphone-mas-barato-del-momento-y-no-defrauda?count=0

APL-SECLIT_00169721

Xataka

iPhone XR review: Apple's best seller

https://www.youtube.com/watch?v=zfhhdgW-mV0

Urban Techno

iPHONE XR, Unboxing and first 24 hours!

https://www.youtube.com/watch?v=ep7p9t33wPI

El Economista

iPhone XR goes on sale: pros and cons in front of the iPhone XS

https://www.eleconomista.es/tecnologia/noticias/9478578/10/18/Llega-al-mercado-el-iPhone-XR-como-queda-frente-al-iPhone-XS.html

Victor Abarca - YouTube

iPhone XR: Unboxing

https://www.youtube.com/channel/UCEgF6KhiOxSe-oRDUJba3Kg


Switzerland

Blick

That's why the affordable XR is the best iPhone

https://www.blick.ch/digital/smartphone/am-freitag-kommt-das-iphone-xr-darum-ist-das-guenstige-xr-das-beste-iphone-id9019082.html

Bluewin

iPhone XR is here: This is how the new Apple mobile phones differ

https://www.bluewin.ch/de/digital/iphone-xr-ist-da-so-unterscheiden-sich-die-neuen-iphones-162485.html

Trendmagazin

The new iPhone XR: Rightly the secret star of the Keynote?

https://www.trendmagazin.ch/entertainment/digital/315130/iphone-xr-heimliche-star-keynote/

Australia

APL-SECLIT_00169722

Junkee

What's the deal with the iPhone XR?

https://junkee.com/iphone-xr-review/179407

Canada

Toronto Guardian

iPhone XR doesn't compromise on advanced features

https://torontoguardian.com/2018/10/iphone-xr-advanced-features/

Canadian Reviewer

First impressions of the iPhone XR

http://www.canadianreviewer.com/cr/2018/10/25/first-impressions-of-the-iphone-xr.html

La Presse

Testing iPhone XR

http://plus.lapresse.ca/screens/c834e0a7-5374-458c-a65a-b06c6af0b2f5__7C___0.html

Karl Conrad

5 Reasons To BUY the iPhone XR!

https://www.youtube.com/watch?v=HbHLwm4_4lQ

Tyler Stalman

Why is my iPhone XR Taking Better Photos Than a $5,000 Canon?

https://www.youtube.com/watch?v=v3m81493kTM

Mexico

Excélsior

Apple launches three new products

https://cccoverage.apple.com/wiki/projects/mexexclsiortvapplelaunchesthreenewproducts/MEX__Exclsior

Dinero en Imagen

iPhone XR and the other two new Apple products that you need to know

https://www.dineroenimagen.com/hacker/iphone-xr-y-los-otros-dos-nuevos-productos-de-apple-que-te-

APL-SECLIT_00169723

urge-conocer/104259

SDP Noticias

The iPhone XR and HomePod are now available in Mexico

https://www.sdpnoticias.com/tecnologia/2018/10/26/el-iphone-xr-y-el-homepod-ya-estan-disponibles-en-mexico

unocero

6 things you should know before buying the iPhone XR

https://www.unocero.com/smartphones/6-cosas-que-debes-saber-antes-de-comprar-el-iphone-xr/

Singapore

Tech360.TV

Five Things We Like About The Apple IPhone XR

https://tech360.tv/product-reviews/five-things-like-apple-iphone-xr/

India

NDTV 24x7

Unboxing The iPhone XR: 'Cheapest' iPhone Of 2018

https://www.ndtv.com/video/tech/cell-guru-eng/unboxing-the-iphone-xr-cheapest-iphone-of-2018-497452

Mint

The iPhone XR is not a big compromise over the XS

http://corporatecomms.asia.apple.com/coverage/2018/10/26/mint-the-iphone-xr-is-not-a-big-compromise-over-the-xs/

Deccan Chronicle

Apple iPhone XR first impressions: A week with the cheaper 2018 iPhone

https://deccanchronicle.com/technology/mobiles-and-tabs/251018/apple-iphone-xr-first-impressions-a-week-with-the-cheaper-2018-iphone.html

Thailand

DailyGizmo

iPhone XS - iPhone XS Max - iPhone XR, which one is one worth best

APL-SECLIT_00169724

https://www.dailygizmo.tv/2018/10/28/iphonexs-iphonexs-max-iphone-xr-comparison/?fbclid=IwAR2x4jP3FB4klIMRdlV-0W1AhvX4iOisaEebcfE8jGsJCNP4CbEbvcUz400

Sanook

"iPhone XR," the phone that brings almost all technologies from iPhone XS

https://www.sanook.com/hitech/1463369/

Cleo Thailand

Or iPhone XR may suit us better?

http://www.cleothailand.com/gadget/iphone-xr.html

Whatphone

iPhone XR, new cute and colorful iPhone

https://www.whatphone.net/article/iphone-x-vs-iphone-xr/

MacThai

Unboxing iPhone XR, worth with great camera and powerful performances

https://bit.ly/2OZBlsf

Russia

Sobaka

Backstage of DLT's Fashion Show through the eyes of model Maria Skokova (and the new iPhone XR!)

http://www.sobaka.ru/fashion/heroes/80864

Onliner

Is iPhone XR the best of its kind?

https://tech.onliner.by/2018/10/26/iphone-xr-review

Maxim

5 reasons iPhone XR will become this year's most popular phone

https://www.maximonline.ru/guide/progress/_article/hhhhh/

SuperG

iPhone XR review: a great alternative for iPhone X

APL-SECLIT_00169725

https://superg.ru/review-of-apple-iphone-xr/

Middle East

Unlimited Tech

iPhone XR: the most important iPhone this year

https://www.youtube.com/watch?v=ic5a-k3tUQU&feature=youtu.be

Tech Voice

5 reasons to get iPhone XR

https://www.t-voice.net/blog/2018/10/23/5-          -          -          -xr/

Harper's Bazaar Arabia

4 tools every budding fashion blogger needs

https://www.harpersbazaararabia.com/fashion/fashion-now/tools-every-budding-fashion-blogger-needs?page=1&img=1

Highly Confidential



APL-SECLIT_00169727



Highly Confidential



Highly Confidential

APL-SECLIT_00169729

EXHIBIT 97

Delta to Last Week

O_N84:O_N84

**FY19Q1**

| Ops Subclass | | | Wk 1 Ending 10/6/18 | Wk 2 Ending 10/13/18 | Wk 3 Ending 10/20/18 | Wk 4 Ending 10/27/18 | Wk 5 Ending 11/3/18 | Wk 6 Ending 11/10/18 | Wk 7 Ending 11/17/18 | Wk 8 Ending 11/24/18 | Wk 9 Ending 12/1/18 | Wk 10 Ending 12/8/18 | Wk 11 Ending 12/15/18 | Wk 12 Ending 12/22/18 | Wk 13 Ending 12/29/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O_N84:O_N84 | Current Week | Weekly | 393,328 | 1,128,950 | 1,399,769 | 1,731,055 | 1,493,418 | 3,008,560 | 1,544,132 | 1,509,302 | 1,419,333 | 1,022,727 | 1,020,727 | 1,022,727 | 1,022,728 |
| | | Cumulative | 393,328 | 1,522,278 | 2,922,047 | 4,653,102 | 6,146,520 | 9,155,080 | 10,699,212 | 12,208,514 | 13,627,847 | 14,650,574 | 15,671,301 | 16,694,028 | 17,716,756 |
| | Previous Week | Weekly | 393,328 | 1,128,950 | 1,399,769 | 1,625,052 | 3,179,175 | 1,846,000 | 1,846,000 | 1,926,360 | 2,016,360 | 2,203,360 | 2,201,360 | 2,203,360 | 2,203,360 |
| | | Cumulative | 393,328 | 1,522,278 | 2,922,047 | 4,547,099 | 7,726,274 | 9,572,274 | 11,418,274 | 13,344,634 | 15,360,994 | 17,564,354 | 19,765,714 | 21,969,074 | 24,172,434 |
| | Delta | Weekly | 0 | 0 | 0 | 106,003 | -1,685,757 | 1,162,560 | -301,868 | -417,058 | -597,027 | -1,180,633 | -1,180,633 | -1,180,633 | -1,180,632 |
| | | Cumulative | 0 | 0 | 0 | 106,003 | -1,579,754 | -417,194 | -719,062 | -1,136,120 | -1,733,147 | -2,913,780 | -4,094,413 | -5,275,046 | -6,455,678 |

**FY19Q2**

| Ops Subclass | | | Wk 1 Ending 1/5/19 | Wk 2 Ending 1/12/19 | Wk 3 Ending 1/19/19 | Wk 4 Ending 1/26/19 | Wk 5 Ending 2/2/19 | Wk 6 Ending 2/9/19 | Wk 7 Ending 2/16/19 | Wk 8 Ending 2/23/19 | Wk 9 Ending 3/2/19 | Wk 10 Ending 3/9/19 | Wk 11 Ending 3/16/19 | Wk 12 Ending 3/23/19 | Wk 13 Ending 3/30/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O_N84:O_N84 | Current Week | Weekly | 748,342 | 1,230,113 | 1,230,113 | 1,230,113 | 754,985 | 0 | 585,000 | 799,865 | 955,320 | 1,608,665 | 1,608,664 | 1,608,665 | 1,608,664 |
| | | Cumulative | 748,342 | 1,978,455 | 3,208,568 | 4,438,681 | 5,193,666 | 5,193,666 | 5,778,666 | 6,578,531 | 7,533,851 | 9,142,516 | 10,751,180 | 12,359,845 | 13,968,509 |
| | Previous Week | Weekly | 1,985,552 | 2,271,243 | 2,271,243 | 2,271,242 | 918,015 | 0 | 325,000 | 541,084 | 688,027 | 688,009 | 687,685 | 687,685 | 688,279 |
| | | Cumulative | 1,985,552 | 4,256,795 | 6,528,038 | 8,799,280 | 9,717,295 | 9,717,295 | 10,042,295 | 10,583,379 | 11,271,406 | 11,959,415 | 12,647,100 | 13,334,785 | 14,023,064 |
| | Delta | Weekly | -1,237,210 | -1,041,130 | -1,041,130 | -1,041,129 | -163,030 | 0 | 260,000 | 258,781 | 267,293 | 920,656 | 920,979 | 920,980 | 920,385 |
| | | Cumulative | -1,237,210 | -2,278,340 | -3,319,470 | -4,360,599 | -4,523,629 | -4,523,629 | -4,263,629 | -4,004,848 | -3,737,555 | -2,816,899 | -1,895,920 | -974,940 | -54,555 |

Confidential

Current Qtr MPS

**FY19Q1**

| Mfg Site | Org | Subfamily | MPN | | FY19Q1 Qtr Total |
|---|---|---|---|---|---|
| | PAC | Y89:IPHONE XR N84 64GB BLACK | 3D841CH/A:IPHONE XR BLACK 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **1,462** |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **1,462** |
| | PAC | Y89:IPHONE XR N84 64GB BLACK | MT122CH/A:IPHONE XR BLACK 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **934,524** |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **934,524** |
| | PAC | Y8D:IPHONE XR N84 64GB WHITE | 3D842CH/A:IPHONE XR WHITE 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **48,388** |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **48,388** |
| | PAC | Y8D:IPHONE XR N84 64GB WHITE | MT132CH/A:IPHONE XR WHITE 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **424,592** |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **424,592** |
| | PAC | Y8E:IPHONE XR N84 64GB RED | 3D843CH/A:IPHONE XR RED 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **7,049** |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **7,049** |
| | PAC | Y8E:IPHONE XR N84 64GB RED | 3D849CH/A:IPHONE XR RED 64GB DEMO A2107-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **19** |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **19** |
| | PAC | Y8E:IPHONE XR N84 64GB RED | MT142CH/A:IPHONE XR RED 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **387,697** |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **387,697** |
| | PAC | Y8F:IPHONE XR N84 64GB YELLOW | 3D844CH/A:IPHONE XR YELLOW 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **310** |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **310** |
| | PAC | Y8F:IPHONE XR N84 64GB YELLOW | 3D850CH/A:IPHONE XR YELLOW 64GB DEMO A2107-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **6** |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **6** |
| | PAC | Y8F:IPHONE XR N84 64GB YELLOW | MT162CH/A:IPHONE XR YELLOW 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **111,112** |

HH00480

Current Qtr MPS

| Mfg Site | Org | Subfamily | MPN | | FY19Q1 Qtr Total |
|---|---|---|---|---|---|
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **111,112** |
| | PAC | Y8G:IPHONE XR N84 64GB CORAL | 3D845CH/A:IPHONE XR CORAL 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **378** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **378** |
| | PAC | Y8G:IPHONE XR N84 64GB CORAL | MT172CH/A:IPHONE XR CORAL 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **226,981** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **226,981** |
| | PAC | Y8H:IPHONE XR N84 64GB BLUE | 3D846CH/A:IPHONE XR BLUE 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **595** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **595** |
| | PAC | Y8H:IPHONE XR N84 64GB BLUE | MT182CH/A:IPHONE XR BLUE 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **210,028** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **210,028** |
| | | | | | *7,868,513* |
| | PAC | Y8W:IPHONE XR N84 128GB BLACK | MT192CH/A:IPHONE XR BLACK 128GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **1,356,384** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **1,356,384** |
| | PAC | Y92:IPHONE XR N84 128GB WHITE | MT1A2CH/A:IPHONE XR WHITE 128GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **689,683** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **689,683** |
| | PAC | Y93:IPHONE XR N84 128GB RED | MT1D2CH/A:IPHONE XR RED 128GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **687,785** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **687,785** |
| | PAC | Y94:IPHONE XR N84 128GB YELLOW | MT1E2CH/A:IPHONE XR YELLOW 128GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **162,656** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **162,656** |
| | PAC | Y95:IPHONE XR N84 128GB CORAL | MT1F2CH/A:IPHONE XR CORAL 128GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **284,874** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **284,874** |

Current Qtr MPS

| Mfg Site | Org | Subfamily | MPN | | FY19Q1 Qtr Total |
|---|---|---|---|---|---|
| | PAC | Y96:IPHONE XR N84 128GB BLUE | MT1G2CH/A:IPHONE XR BLUE 128GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **277,364** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **277,364** |
| | | | | | *8,417,953* |
| | PAC | Y8L:IPHONE XR N84 256GB BLACK | MT1H2CH/A:IPHONE XR BLACK 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **153,133** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **153,133** |
| | PAC | Y8R:IPHONE XR N84 256GB WHITE | MT1J2CH/A:IPHONE XR WHITE 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **74,280** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **74,280** |
| | PAC | Y8S:IPHONE XR N84 256GB RED | MT1L2CH/A:IPHONE XR RED 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **63,635** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **63,635** |
| | PAC | Y8T:IPHONE XR N84 256GB YELLOW | MT1M2CH/A:IPHONE XR YELLOW 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **31,491** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **31,491** |
| | PAC | Y8U:IPHONE XR N84 256GB CORAL | MT1P2CH/A:IPHONE XR CORAL 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **47,579** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **47,579** |
| | PAC | Y8V:IPHONE XR N84 256GB BLUE | MT1Q2CH/A:IPHONE XR BLUE 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **35,311** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **35,311** |
| | | | | | *1,430,290* |
| HON HAI ZENGZHOU | | | | | **17,716,756** |
| *Cum HON HAI ZENGZHOU* | | | | | *17,716,756* |

HH00480

Next Qtr MPS

**FY19Q2**

| Mfg Site | Org | Subfamily | MPN | | FY19Q2 Qtr Total |
|---|---|---|---|---|---|
| | PAC | Y89:IPHONE XR N84 64GB BLACK | 3D841CH/A:IPHONE XR BLACK 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 0 |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | 0 |
| | PAC | Y89:IPHONE XR N84 64GB BLACK | MT122CH/A:IPHONE XR BLACK 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 653,745 |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | 653,745 |
| | PAC | Y8D:IPHONE XR N84 64GB WHITE | 3D842CH/A:IPHONE XR WHITE 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 0 |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | 0 |
| | PAC | Y8D:IPHONE XR N84 64GB WHITE | MT132CH/A:IPHONE XR WHITE 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 436,484 |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | 436,484 |
| | PAC | Y8E:IPHONE XR N84 64GB RED | 3D843CH/A:IPHONE XR RED 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 0 |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | 0 |
| | PAC | Y8E:IPHONE XR N84 64GB RED | 3D849CH/A:IPHONE XR RED 64GB DEMO A2107-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 0 |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | 0 |
| | PAC | Y8E:IPHONE XR N84 64GB RED | MT142CH/A:IPHONE XR RED 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 420,676 |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | 420,676 |
| | PAC | Y8F:IPHONE XR N84 64GB YELLOW | 3D844CH/A:IPHONE XR YELLOW 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 0 |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | 0 |
| | PAC | Y8F:IPHONE XR N84 64GB YELLOW | 3D850CH/A:IPHONE XR YELLOW 64GB DEMO A2107-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 0 |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | 0 |
| | PAC | Y8F:IPHONE XR N84 64GB YELLOW | MT162CH/A:IPHONE XR YELLOW 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 73,951 |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | 73,951 |

Next Qtr MPS

| Mfg Site | Org | Subfamily | MPN | | | FY19Q2 Qtr Total |
|---|---|---|---|---|---|---|
| | PAC | Y8G:IPHONE XR N84 64GB CORAL | 3D845CH/A:IPHONE XR CORAL 64GB DEMO A2108-CHN | Apple MPS Ground | | |
| | | | | Apple MPS Air | | 0 |
| | | | | Apple MPS Sea | | |
| | | | | Total Apple MPS | | 0 |
| | PAC | Y8G:IPHONE XR N84 64GB CORAL | MT172CH/A:IPHONE XR CORAL 64GB A2108-CHN | Apple MPS Ground | | |
| | | | | Apple MPS Air | | 177,396 |
| | | | | Apple MPS Sea | | |
| | | | | Total Apple MPS | | 177,396 |
| | PAC | Y8H:IPHONE XR N84 64GB BLUE | 3D846CH/A:IPHONE XR BLUE 64GB DEMO A2108-CHN | Apple MPS Ground | | |
| | | | | Apple MPS Air | | 0 |
| | | | | Apple MPS Sea | | |
| | | | | Total Apple MPS | | 0 |
| | PAC | Y8H:IPHONE XR N84 64GB BLUE | MT182CH/A:IPHONE XR BLUE 64GB A2108-CHN | Apple MPS Ground | | |
| | | | | Apple MPS Air | | 269,966 |
| | | | | Apple MPS Sea | | |
| | | | | Total Apple MPS | | 269,966 |
| | | | | | | 7,072,285 |
| | PAC | Y8W:IPHONE XR N84 128GB BLACK | MT192CH/A:IPHONE XR BLACK 128GB A2108-CHN | Apple MPS Ground | | |
| | | | | Apple MPS Air | | 658,104 |
| | | | | Apple MPS Sea | | |
| | | | | Total Apple MPS | | 658,104 |
| | PAC | Y92:IPHONE XR N84 128GB WHITE | MT1A2CH/A:IPHONE XR WHITE 128GB A2108-CHN | Apple MPS Ground | | |
| | | | | Apple MPS Air | | 391,597 |
| | | | | Apple MPS Sea | | |
| | | | | Total Apple MPS | | 391,597 |
| | PAC | Y93:IPHONE XR N84 128GB RED | MT1D2CH/A:IPHONE XR RED 128GB A2108-CHN | Apple MPS Ground | | |
| | | | | Apple MPS Air | | 571,308 |
| | | | | Apple MPS Sea | | |
| | | | | Total Apple MPS | | 571,308 |
| | PAC | Y94:IPHONE XR N84 128GB YELLOW | MT1E2CH/A:IPHONE XR YELLOW 128GB A2108-CHN | Apple MPS Ground | | |
| | | | | Apple MPS Air | | 81,841 |
| | | | | Apple MPS Sea | | |
| | | | | Total Apple MPS | | 81,841 |
| | PAC | Y95:IPHONE XR N84 128GB CORAL | MT1F2CH/A:IPHONE XR CORAL 128GB A2108-CHN | Apple MPS Ground | | |
| | | | | Apple MPS Air | | 233,913 |
| | | | | Apple MPS Sea | | |
| | | | | Total Apple MPS | | 233,913 |
| | PAC | Y96:IPHONE XR N84 128GB BLUE | MT1G2CH/A:IPHONE XR BLUE 128GB A2108-CHN | Apple MPS Ground | | |
| | | | | Apple MPS Air | | 270,010 |
| | | | | Apple MPS Sea | | |
| | | | | Total Apple MPS | | 270,010 |
| | | | | | | 5,871,307 |

HH00480

Next Qtr MPS

| Mfg Site | Org | Subfamily | MPN | | FY19Q2<br>Qtr Total |
|---|---|---|---|---|---|
| | PAC | Y8L:IPHONE XR N84 256GB BLACK | MT1H2CH/A:IPHONE XR BLACK 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **52,500** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **52,500** |
| | PAC | Y8R:IPHONE XR N84 256GB WHITE | MT1J2CH/A:IPHONE XR WHITE 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **12,873** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **12,873** |
| | PAC | Y8S:IPHONE XR N84 256GB RED | MT1L2CH/A:IPHONE XR RED 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **298,917** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **298,917** |
| | PAC | Y8T:IPHONE XR N84 256GB YELLOW | MT1M2CH/A:IPHONE XR YELLOW 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **393,328** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **393,328** |
| | PAC | Y8U:IPHONE XR N84 256GB CORAL | MT1P2CH/A:IPHONE XR CORAL 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **45,856** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **45,856** |
| | PAC | Y8V:IPHONE XR N84 256GB BLUE | MT1Q2CH/A:IPHONE XR BLUE 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **3,603** |
| | | | | Apple MPS Sea | |
| | | | | Total Apple MPS | **3,603** |
| | | | | | *1,024,917* |
| HON HAI ZENGZHOU | | | | | **13,968,509** |
| *Cum HON HAI ZENGZHOU* | | | | | *13,968,509* |

HH00480

EXHIBIT 98

Delta to Last Week

O_N84:O_N84

**FY19Q1**

| Ops Subclass | | | Wk 1 Ending 10/6/18 | Wk 2 Ending 10/13/18 | Wk 3 Ending 10/20/18 | Wk 4 Ending 10/27/18 | Wk 5 Ending 11/3/18 | Wk 6 Ending 11/10/18 | Wk 7 Ending 11/17/18 | Wk 8 Ending 11/24/18 | Wk 9 Ending 12/1/18 | Wk 10 Ending 12/8/18 | Wk 11 Ending 12/15/18 | Wk 12 Ending 12/22/18 | Wk 13 Ending 12/29/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O_N84:O_N84 | Current Week | Weekly | 393,328 | 1,128,950 | 1,399,769 | 1,625,052 | 3,179,175 | 1,846,000 | 1,846,000 | 1,926,360 | 2,016,360 | 2,203,360 | 2,201,360 | 2,203,360 | 2,203,360 |
| | | Cumulative | 393,328 | 1,522,278 | 2,922,047 | 4,547,099 | 7,726,274 | 9,572,274 | 11,418,274 | 13,344,634 | 15,360,994 | 17,564,354 | 19,765,714 | 21,969,074 | 24,172,434 |
| | Previous Week | Weekly | 393,328 | 1,128,950 | 1,323,255 | 3,094,741 | 1,786,000 | 1,838,500 | 1,828,500 | 2,173,700 | 2,410,700 | 2,349,700 | 2,347,700 | 2,349,700 | 2,349,700 |
| | | Cumulative | 393,328 | 1,522,278 | 2,845,533 | 5,940,274 | 7,726,274 | 9,564,774 | 11,393,274 | 13,566,974 | 15,977,674 | 18,327,374 | 20,675,074 | 23,024,774 | 25,374,474 |
| | Delta | Weekly | 0 | 0 | 76,514 | -1,469,689 | 1,393,175 | 7,500 | 17,500 | -247,340 | -394,340 | -146,340 | -146,340 | -146,340 | -146,340 |
| | | Cumulative | 0 | 0 | 76,514 | -1,393,175 | 0 | 7,500 | 25,000 | -222,340 | -616,680 | -763,020 | -909,360 | -1,055,700 | -1,202,040 |

**FY19Q2**

| Ops Subclass | | | Wk 1 Ending 1/5/19 | Wk 2 Ending 1/12/19 | Wk 3 Ending 1/19/19 | Wk 4 Ending 1/26/19 | Wk 5 Ending 2/2/19 | Wk 6 Ending 2/9/19 | Wk 7 Ending 2/16/19 | Wk 8 Ending 2/23/19 | Wk 9 Ending 3/2/19 | Wk 10 Ending 3/9/19 | Wk 11 Ending 3/16/19 | Wk 12 Ending 3/23/19 | Wk 13 Ending 3/30/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O_N84:O_N84 | Current Week | Weekly | 1,985,552 | 2,271,243 | 2,271,243 | 2,271,242 | 918,015 | 0 | 325,000 | 541,084 | 688,027 | 688,009 | 687,685 | 687,685 | 688,279 |
| | | Cumulative | 1,985,552 | 4,256,795 | 6,528,038 | 8,799,280 | 9,717,295 | 9,717,295 | 10,042,295 | 10,583,379 | 11,271,406 | 11,959,415 | 12,647,100 | 13,334,785 | 14,023,064 |
| | Previous Week | Weekly | 2,055,887 | 2,350,000 | 2,350,000 | 2,350,000 | 935,341 | 0 | 325,000 | 541,085 | 688,027 | 688,010 | 687,685 | 687,685 | 688,279 |
| | | Cumulative | 2,055,887 | 4,405,887 | 6,755,887 | 9,105,887 | 10,041,228 | 10,041,228 | 10,366,228 | 10,907,313 | 11,595,340 | 12,283,350 | 12,971,035 | 13,658,720 | 14,346,999 |
| | Delta | Weekly | -70,335 | -78,757 | -78,757 | -78,758 | -17,326 | 0 | 0 | -1 | 0 | -1 | 0 | 0 | 0 |
| | | Cumulative | -70,335 | -149,092 | -227,849 | -306,607 | -323,933 | -323,933 | -323,933 | -323,934 | -323,934 | -323,935 | -323,935 | -323,935 | -323,935 |

Current Qtr MPS

## FY19Q1

| Mfg Site | Org | Subfamily | MPN | | FY19Q1 Qtr Total |
|---|---|---|---|---|---|
| | PAC | Y89:IPHONE XR N84 64GB BLACK | 3D841CH/A:IPHONE XR BLACK 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 984 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **984** |
| | PAC | Y89:IPHONE XR N84 64GB BLACK | MT122CH/A:IPHONE XR BLACK 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 1,277,856 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **1,277,856** |
| | PAC | Y8D:IPHONE XR N84 64GB WHITE | 3D842CH/A:IPHONE XR WHITE 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 35,550 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **35,550** |
| | PAC | Y8D:IPHONE XR N84 64GB WHITE | MT132CH/A:IPHONE XR WHITE 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 646,164 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **646,164** |
| | PAC | Y8E:IPHONE XR N84 64GB RED | 3D843CH/A:IPHONE XR RED 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 5,303 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **5,303** |
| | PAC | Y8E:IPHONE XR N84 64GB RED | MT142CH/A:IPHONE XR RED 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 505,082 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **505,082** |
| | PAC | Y8F:IPHONE XR N84 64GB YELLOW | 3D844CH/A:IPHONE XR YELLOW 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 309 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **309** |
| | PAC | Y8F:IPHONE XR N84 64GB YELLOW | MT162CH/A:IPHONE XR YELLOW 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 128,692 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **128,692** |
| | PAC | Y8G:IPHONE XR N84 64GB CORAL | 3D845CH/A:IPHONE XR CORAL 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 333 |

Current Qtr MPS

| Mfg Site | Org | Subfamily | MPN | | FY19Q1 Qtr Total |
|---|---|---|---|---|---|
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **333** |
| | PAC | Y8G:IPHONE XR N84 64GB CORAL | MT172CH/A:IPHONE XR CORAL 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 261,603 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **261,603** |
| | PAC | Y8H:IPHONE XR N84 64GB BLUE | 3D846CH/A:IPHONE XR BLUE 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 582 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **582** |
| | PAC | Y8H:IPHONE XR N84 64GB BLUE | MT182CH/A:IPHONE XR BLUE 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 251,647 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **251,647** |
| | | | | | *10,230,072* |
| | PAC | Y8W:IPHONE XR N84 128GB BLACK | MT192CH/A:IPHONE XR BLACK 128GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 2,167,232 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **2,167,232** |
| | PAC | Y92:IPHONE XR N84 128GB WHITE | MT1A2CH/A:IPHONE XR WHITE 128GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 1,096,976 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **1,096,976** |
| | PAC | Y93:IPHONE XR N84 128GB RED | MT1D2CH/A:IPHONE XR RED 128GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 840,094 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **840,094** |
| | PAC | Y94:IPHONE XR N84 128GB YELLOW | MT1E2CH/A:IPHONE XR YELLOW 128GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 198,156 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **198,156** |
| | PAC | Y95:IPHONE XR N84 128GB CORAL | MT1F2CH/A:IPHONE XR CORAL 128GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 359,858 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **359,858** |
| | PAC | Y96:IPHONE XR N84 128GB BLUE | MT1G2CH/A:IPHONE XR BLUE 128GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 362,119 |

Current Qtr MPS

| Mfg Site | Org | Subfamily | MPN | | FY19Q1 Qtr Total |
|---|---|---|---|---|---|
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **362,119** |
| | | | | | *12,157,073* |
| | PAC | Y8L:IPHONE XR N84 256GB BLACK | MT1H2CH/A:IPHONE XR BLACK 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 253,257 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **253,257** |
| | PAC | Y8R:IPHONE XR N84 256GB WHITE | MT1J2CH/A:IPHONE XR WHITE 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 130,914 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **130,914** |
| | PAC | Y8S:IPHONE XR N84 256GB RED | MT1L2CH/A:IPHONE XR RED 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 86,689 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **86,689** |
| | PAC | Y8T:IPHONE XR N84 256GB YELLOW | MT1M2CH/A:IPHONE XR YELLOW 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 30,054 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **30,054** |
| | PAC | Y8U:IPHONE XR N84 256GB CORAL | MT1P2CH/A:IPHONE XR CORAL 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 51,898 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **51,898** |
| | PAC | Y8V:IPHONE XR N84 256GB BLUE | MT1Q2CH/A:IPHONE XR BLUE 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 60,125 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **60,125** |
| | | | | | *1,785,289* |
| HON HAI ZENGZHOU | | | | | **24,172,434** |
| *Cum HON HAI ZENGZHOU* | | | | | *24,172,434* |

HH00530

Next Qtr MPS

**FY19Q2**

| Mfg Site | Org | Subfamily | MPN | | FY19Q2 Qtr Total |
|---|---|---|---|---|---|
| | PAC | Y89:IPHONE XR N84 64GB BLACK | 3D841CH/A:IPHONE XR BLACK 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 0 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **0** |
| | PAC | Y89:IPHONE XR N84 64GB BLACK | MT122CH/A:IPHONE XR BLACK 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 1,048,966 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **1,048,966** |
| | PAC | Y8D:IPHONE XR N84 64GB WHITE | 3D842CH/A:IPHONE XR WHITE 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 0 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **0** |
| | PAC | Y8D:IPHONE XR N84 64GB WHITE | MT132CH/A:IPHONE XR WHITE 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 618,586 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **618,586** |
| | PAC | Y8E:IPHONE XR N84 64GB RED | 3D843CH/A:IPHONE XR RED 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 0 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **0** |
| | PAC | Y8E:IPHONE XR N84 64GB RED | MT142CH/A:IPHONE XR RED 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 417,399 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **417,399** |
| | PAC | Y8F:IPHONE XR N84 64GB YELLOW | 3D844CH/A:IPHONE XR YELLOW 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 0 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **0** |
| | PAC | Y8F:IPHONE XR N84 64GB YELLOW | MT162CH/A:IPHONE XR YELLOW 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 85,274 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **85,274** |
| | PAC | Y8G:IPHONE XR N84 64GB CORAL | 3D845CH/A:IPHONE XR CORAL 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 0 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **0** |

HH00530

Next Qtr MPS

| Mfg Site | Org | Subfamily | MPN | | FY19Q2 Qtr Total |
|---|---|---|---|---|---|
| | PAC | Y8G:IPHONE XR N84 64GB CORAL | MT172CH/A:IPHONE XR CORAL 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 203,037 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **203,037** |
| | PAC | Y8H:IPHONE XR N84 64GB BLUE | 3D846CH/A:IPHONE XR BLUE 64GB DEMO A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 0 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **0** |
| | PAC | Y8H:IPHONE XR N84 64GB BLUE | MT182CH/A:IPHONE XR BLUE 64GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 425,634 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **425,634** |
| | | | | | *6,903,316* |
| | PAC | Y8W:IPHONE XR N84 128GB BLACK | MT192CH/A:IPHONE XR BLACK 128GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 719,974 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **719,974** |
| | PAC | Y92:IPHONE XR N84 128GB WHITE | MT1A2CH/A:IPHONE XR WHITE 128GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 415,197 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **415,197** |
| | PAC | Y93:IPHONE XR N84 128GB RED | MT1D2CH/A:IPHONE XR RED 128GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 192,233 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **192,233** |
| | PAC | Y94:IPHONE XR N84 128GB YELLOW | MT1E2CH/A:IPHONE XR YELLOW 128GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 53,321 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **53,321** |
| | PAC | Y95:IPHONE XR N84 128GB CORAL | MT1F2CH/A:IPHONE XR CORAL 128GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 327,349 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **327,349** |
| | PAC | Y96:IPHONE XR N84 128GB BLUE | MT1G2CH/A:IPHONE XR BLUE 128GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | 397,149 |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **397,149** |

HH00530

Next Qtr MPS

| Mfg Site | Org | Subfamily | MPN | | FY19Q2 Qtr Total |
|---|---|---|---|---|---|
| | | | | | *5,884,445* |
| | PAC | Y8L:IPHONE XR N84 256GB BLACK | MT1H2CH/A:IPHONE XR BLACK 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **599,351** |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **599,351** |
| | PAC | Y8R:IPHONE XR N84 256GB WHITE | MT1J2CH/A:IPHONE XR WHITE 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **154,234** |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **154,234** |
| | PAC | Y8S:IPHONE XR N84 256GB RED | MT1L2CH/A:IPHONE XR RED 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **23,824** |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **23,824** |
| | PAC | Y8T:IPHONE XR N84 256GB YELLOW | MT1M2CH/A:IPHONE XR YELLOW 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **280,485** |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **280,485** |
| | PAC | Y8U:IPHONE XR N84 256GB CORAL | MT1P2CH/A:IPHONE XR CORAL 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **27,866** |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **27,866** |
| | PAC | Y8V:IPHONE XR N84 256GB BLUE | MT1Q2CH/A:IPHONE XR BLUE 256GB A2108-CHN | Apple MPS Ground | |
| | | | | Apple MPS Air | **14,218** |
| | | | | Apple MPS Sea | |
| | | | | **Total Apple MPS** | **14,218** |
| | | | | | *1,235,303* |
| HON HAI ZENGZHOU | | | | | **14,023,064** |
| *Cum HON HAI ZENGZHOU* | | | | | *14,023,064* |

HH00530

EXHIBIT 99

| | |
|---|---|
| **Subject:** | Re: UBs |
| **From:** | "Luca Maestri" <▮▮▮▮▮@apple.com> |
| **Received(Date):** | Mon, 05 Nov 2018 00:23:59 +0000 |
| **To:** | "Donal Conroy" <▮▮▮▮▮@apple.com> |
| **Date:** | Mon, 05 Nov 2018 00:23:59 +0000 |

got it thanks !

On Nov 4, 2018, at 3:42 PM, Donal Conroy <▮▮▮▮▮@apple.com> wrote:

Hi Luca

Good news…the compares I did this am were against the "plan" from Wednesday am. On Thursday morning we restated the likely and low to be aligned to the discussion we had with you and Tim on Wednesday.

**1).** Effectively we changed the plans as follows:

<PastedGraphic-8.png>

**2).** Based on this revised final likely & low, we actually beat against both of these.

- Likely overachieve by 19k with Sustaining compensating for the Korea launch miss / softer non-korea D3X.

- vs Low - overachieved by 142k - driven by swing in N84 (W5 N84 projection was much lower as part of 12.8M plan)

- *See charts 1 - 5 for detailed Run-charts*

<PastedGraphic-16.png>

**Run-Charts likely vs Low**

<PastedGraphic-9.png>

<PastedGraphic-10.png>

<PastedGraphic-11.png>

<PastedGraphic-12.png>

<PastedGraphic-13.png>

On Nov 4, 2018, at 11:39 AM, Donal Conroy <▮▮▮▮▮@apple.com> wrote:

APL-SECLIT_00468859

This was against the likely... but I need to check.. I think likely and low were very similar for this week

D

Sent from my iPhone

On Nov 4, 2018, at 10:59 AM, Luca Maestri <███████@apple.com> wrote:

Miss against likely or low?

Sent from my iPhone

On Nov 4, 2018, at 10:05 AM, Donal Conroy <███████@apple.com> wrote:

ok -- we got close to the total but miss on NPI ..Team will give me a full recon later today

I see final actuals for the week at 4.567M ... we had 4.595M in our Thursday prediction - so a miss of 28K

Xs/Xs Max:  actual 1.567M - plan 1.669M  miss of 102K
Xr:          actual 1.105M - plan 1.156M  miss of 51K   (we adjusted down the plan from the 1.3M we had been talking about)
8/8+:        actual 819K - plan 736K  beat of 83K
X:           actual 286K - plan 276K  beat of 10K
all other:   actual  790K- plan 756K  beat of 34K

More to come

D

On Nov 4, 2018, at 9:16 AM, Luca Maestri <███████@apple.com> wrote:

How were Fri/Sat UBs compared to Plan?

Sent from my iPhone

APL-SECLIT_00468860