# EXHIBIT 139

# WEDBUSH

**Exhibit 2**

Cook, T.

02/09/22

@ptus

**October 18, 2018**

Rating:

**OUTPERFORM**

Price:

**$221.19**

12-Month Price Target:

**$310.00**

---

Analysts

**Daniel Ives**
212-344-2073
Dan.Ives@wedbush.com

**Strecker Backe**
212-833-1367
Strecker.Backe@wedbush.com

---

**Company Information**

| | |
|---|---|
| Shares Outst (M) | 4,840.0 |
| 52-Week Range | $153.39 - $232.07 |
| Market Cap (M) | $1,075,206.0 |
| Enterprise Value (M) | $1,118,836 |

| REV (M) | | | in $ |
|---|---|---|---|
| **FYE Sep** | **2017A** | **2018E** | **2019E** |
| Q1 Dec | 78,351.0A | 88,293.0A | 91,535.9E |
| Q2 Mar | 52,896.0A | 61,137.0A | 65,330.3E |
| Q3 Jun | 45,408.0A | 53,265.0A | 57,389.7E |
| Q4 Sep | 52,579.0A | 61,007.3E | 64,583.0E |
| **Year*** | 229,234.0A | 263,702.3E | 278,838.9E |

| EPS | | | in $ |
|---|---|---|---|
| **FYE Sep** | **2017A** | **2018E** | **2019E** |
| Q1 Dec | 3.36A | 3.89A | 4.95E |
| Q2 Mar | 2.10A | 2.73A | 3.11E |
| Q3 Jun | 1.67A | 2.34A | 2.67E |
| Q4 Sep | 2.07A | 2.78E | 3.02E |
| **Year*** | **9.21A** | **11.77E** | **13.80E** |
| P/E | 24.0x | 18.8x | 16.0x |

*Pricing data provided by Thomson Reuters.*
*\*Numbers may not add up due to rounding.*

---

# Apple  (AAPL)

## *Cook & Co. Focused on Services Gold Mine; iPhone Cycle Humming-Initiating at OP*

### The Wedbush View

**We are initiating coverage of Apple with an OUTPERFORM rating, $310 price target, and adding to the** *Wedbush Best Ideas List*. The Street continues to be laser focused on the demand trajectory for iPhones into 2019 with the trifecta of next generation iPhones on the horizon and the Street modeling iPhone shipments of roughly 220 million units, which could ultimately prove to be conservative in our opinion given the underlying demand drivers and the pent up installed base. Based on our analysis we believe 350 million iPhones are in the "window of opportunity" to upgrade over the next 12 to 18 months with Apple needing to capture a majority of these units as part of this upgrade cycle to make a clearly successful iPhone product cycle in 2019 and lay the groundwork for future services/software growth and steady iPhone demand over the coming years. With positively trending ASPs that we believe can approach ~$800 in FY19 and healthy gross margins heading into this 2019 product cycle that are showing no signs of abating and could thus translate into upside for the upcoming September quarter, we believe many of the growth fears on the Street have been alleviated around Apple in the near term, however this upcoming product cycle remains a linchpin for Cook & Co. to lay the groundwork for "steady" iPhone growth for the next few years. The three new iPhone releases with XS, XS Max, and XR (5.8 inch to 6.5 inch OLED Plus designs with a lower priced LCD model) released in September will help capture the underlying demand/upgrades among customers that have decided to bypass the 8/8+/X cycle last time around, with price points and features that catalyze fence sitting iPhone customers onto their next smartphone during the course of FY19 with Chinese consumers front and center.

With September Street numbers and FY19 set up well heading into a potentially robust iPhone product cycle along with a massive capital return strategy already in place as another tailwind, we continue to believe Apple shares are compelling over the coming year despite the recent run. In particular we continue to believe the "high octane fuel" from the services business that is on a trajectory to be a $50 billion annual revenue stream by 2020 speaks to the stepped-up monetization of Apple's unparalleled installed base that is front and center for Cupertino (and its investors) over the coming years. Our sum-of-the-parts valuation on AAPL translates into a price target of $310 with our services business segment valuation between $400 billion to $450 billion and the rest of Cupertino's core iPhone franchise resulting in a valuation that has clear upside from current levels in our opinion as Cook & Co. further execute on their long term consumer vision. In a nutshell, we ultimately believe AAPL's valuation can approach the $1.5 trillion level based on our analysis of the monetization potential of its unparalleled consumer installed base over the coming years coupled by further multiple expansion around the services business.

*Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 9–12 of this report for analyst certification and important disclosure information.*

**www.wedbush.com**

Confidential



## Investment Overview

**We are initiating coverage of Apple with an OUTPERFORM rating and $310 price target.** The Street continues to be laser focused on the demand trajectory for iPhones into 2019 with the trifecta of next generation iPhones on the horizon and the Street modeling iPhone shipments of ~220 million units, which could ultimately prove to be conservative in our opinion given the underlying demand drivers. Based on our analysis we believe 350 million iPhones are in the "window of opportunity" to upgrade over the next 12-18 months with AAPL needing to capture a majority of these units as part of this upgrade cycle to make a clearly successful iPhone product cycle in 2019 and lay the groundwork for future services/software growth and steady iPhone demand over the coming years. With positively trending ASPs and gross margins heading into this 2019 product cycle showing no signs of abating and could translate into upside for the upcoming quarter, we believe many of the growth fears on the Street have been alleviated, however this upcoming product cycle remains a linchpin for Cupertino. Our SOTP valuation translates to a price target of $310.

**Bear Case**

This latest XS iPhone product cycle disappoints and does not experience significant upgrades; especially within China. Services ramp does not scale and hit 2020 targets.

**Base Case**

Healthy XS iPhone product cycle the next 2-4 quarters driving high ASPs and a significant services growth ramp.

**Bull Case**

Better-than-expected iPhone product cycle and services ramp quicker than expected driving incremental margin and FCF growth. Expanding buyback and capital allocation plan further

**Upcoming Catalysts**

Earnings-November 1

**Primary Value Driver**

iPhone product cycle launch/success is the main focus of the Street; along with the services business which on a sum of the parts valuation we believe is worth between $400 billion to $450 billion.

**Valuation**

Our $310 price target represents 22x our FY19 EPS estimate.

**Investor Sentiment**

Positive

**Company Description**

Apple sells software, services, networking solutions, and third-party digital content and applications while designing, manufacturing around its iconic iPhone smartphone and product families of Macs, iPads, and other related hardware.

**Price Performance**



*Source: EDI*

Confidential

APL-SECLIT_00585948



| Debatable Point | Our Thoughts | Time Frame | Impact |
|---|---|---|---|
| Is the iPhone product cycle losing steam with mature growth prospects now on the horizon? | While Apple, as well as competitors (Samsung), are facing mature growth prospects on the smart phone front, we believe there is still significant room for growth over the coming years as customers move to upgrades every 28-30 months with the iPhone XS as the latest key growth driver. | 12-24 months | ⬆ |
| Is China a growth tailwind or headwind for Apple in 2019 and beyond? | While competition from lower cost smartphones remain an issue for Apple in China, the underlying growth opportunity out of this region is massive as we estimate between 60 million and 70 million iPhones are due for an upgrade over the next 12 months. | 6-12 months | ⬆ |
| Will Apple finally pull the trigger on bigger M&A deals given the content arms race? | Cupertino has never been a fan of larger M&A as the company has strategically focused on organic initiatives rather than tactical or more significant deal flow. That said, we would not be surprised to see Apple make some larger deals to stimulate its content ambitions with Netflix and Disney among others aggressively raising the stakes in this content arms race. | 12-18 months | ⬌ |

DEBATE

WEDBUSH

Confidential

APL-SECLIT_00585949

**WEDBUSH**

**We are initiating coverage of Apple with an OUTPERFORM rating and $310 price target.**

The Street continues to be laser focused on the demand trajectory for iPhones into 2019 with the trifecta of next generation iPhones on the horizon and the Street modeling iPhone shipments of roughly 220 million units, which could ultimately prove to be conservative in our opinion given the underlying demand drivers and the pent up installed base. Based on our analysis we believe 350 million iPhones are in the "window of opportunity" to upgrade over the next 12 to 18 months with Apple needing to capture a majority of these units as part of this upgrade cycle to make a clearly successful iPhone product cycle in 2019 and lay the groundwork for future services/software growth and steady iPhone demand over the coming years. With positively trending ASPs that we believe can approach ~$800 in FY19 and healthy gross margins heading into this 2019 product cycle that are showing no signs of abating and could thus translate into upside for the upcoming September quarter, we believe many of the growth fears on the Street have been alleviated around Apple in the near-term, however this upcoming product cycle remains a linchpin for Cook & Co. to lay the groundwork for "steady" iPhone growth for the next few years. The three new iPhone releases with XS, XS Max, and XR (5.8 inch to 6.5 inch OLED Plus designs with a lower priced LCD model) released in September will help capture the underlying demand/upgrades among customers that have decided to bypass the 8/8+/X cycle last time around, with price points and features that catalyze fence sitting iPhone customers onto their next smartphone during the course of FY19 with Chinese consumers front and center. Our store checks and data analysis of inventory levels in Asia continue to indicate a successful initial trajectory on this iPhone launch with a healthy trajectory and inventory levels heading into the rest of FY19 that importantly lays the groundwork for a massive services ramp over the next few years. With September Street numbers and FY19 set up well heading into a potentially robust iPhone product cycle along with a massive capital return strategy already in place as another tailwind, we continue to believe Apple shares are compelling over the coming year despite the recent run. In particular we continue to believe the "high octane fuel" from the services business which is on a trajectory to be a $50 billion annual revenue stream by 2020 speaks to the stepped-up monetization of Apple's unparalleled installed base that is front and center for Cupertino (and its investors) over the coming years. Our sum-of-the-parts valuation on AAPL translates into a price target of $310 with the services business segment valuation between $400 billion to $450 billion and the rest of Cupertino's core iPhone franchise resulting in a valuation that has clear upside from current levels in our opinion as Cook & Co. further execute on their long term consumer vision. In a nutshell, we ultimately believe AAPL's valuation can approach the $1.5 trillion level based on our analysis of the monetization potential of its unparalleled consumer installed base over the coming years coupled by further multiple expansion around the services business. We also expect the company's $250 billion+ in cash after this quarter along with deploying cash for stepped up buybacks and dividends could start to finally see active M&A prospects to catalyze the company's all-important content initiatives as this content arms race kicks into next gear with Netflix and Disney leading the race.

Confidential

APL-SECLIT_00585950

**WEDBUSH**

**Looking out into FY19; China consumer demand a key driver.** The massive uptick in ASPs that Apple has experienced on the heels of a modestly successful iPhone X launch and the current XS launch, a services business that we forecast is on a trajectory to be a $50 billion annual revenue stream by FY20, and an unparalleled consumer franchise that now has 1.3 billion active devices worldwide speaks to the potential tailwinds that Cook & Co. has for the foreseeable future in our opinion as it further penetrates its massive installed base. The main swing factor in our opinion looking ahead is China (was up 19% year over year in June/FY3Q) as we estimate over a 100 million iPhone installed base in this key region, with over half of these consumers due for an upgrade during the course of FY19. In particular, we estimate between 60 million and 70 million Chinese iPhones will be in the "upgrade window" over the coming year with iPhone's next generation trifecta of smartphones as a major potential product catalyst in the all important Chinese market, which could see a renaissance of growth on the horizon for Apple despite lingering worries around the overall China market given current tariff/trade tensions. To this point, as China trade worries appear to now be in negotiation mode the biggest lingering worry for the Street is around any possible supply chain disruption that could cause a speed bump for Apple/iPhones heading into this major product cycle. We believe this issue so far is contained however will be a key dynamic we will be keeping a very close eye heading into the September quarter as the initial demand and ASPs appear to be trending above expectations with a healthy pipeline of customers poised to upgrade over the next few quarters. We believe a successful iPhone launch with particular traction in China, coupled by a ramping services business is key to a re-rating on shares of AAPL as more investors start to appreciate the underlying value and recurring nature of Cupertino's services franchise.

**Upgrade cycle could unleash the next leg of growth on Services.** We believe Apple's new products should drive high margin services revenue growth and continue to drive the company's unique software/services ecosystem across the technology food chain. While Apple's product pipeline and demand trajectory around Macs and iPads should sustain relatively stable revenue for FY19, clearly the biggest area of growth and margin improvement is around the company's growing services business as evidenced again in the recently reported June quarter. With iCloud, Apple Pay, Apple Music, and other digital downloads driving this vast ecosystem, we believe this segment could top $50 billion of revenues by FY20 as the growing iPhone installed base further drives this software/services business with a potential streaming service (and future acquisitions around content, studios) as a wild card. In our opinion, as the services business continues to significantly ramp over the coming years this will be a key variable to Apple's stock ultimately getting re-rated over time with the Street giving more credit to this incremental growth and margin driver for Cupertino going forward. In our opinion, on a sum-of-the-parts basis, the services piece of Apple's ecosystem is worth between $400 billion and $450 billion to the overall valuation of Apple and is key linchpin of growth going forward. The main X variable looking ahead remains how Apple plans to monetize its content strategy over the coming years with this content arms race against the likes of content behemoths such as Netflix, Amazon, Disney and most recently Time Warner/AT&T throwing their hat in the ring. We note that Apple is spending about $1 billion on original content this year, a level we believe can markedly increase by 3x-4x over the coming years both organically as well as through some potential strategic acquisitions (e.g., a24 independent studio- a smart potential target/fit in our opinion) to significantly step up Cupertino's content game.

Confidential

APL-SECLIT_00585951


# WEDBUSH

**Apple, Inc. (AAPL)**
**Income Statement**
($ in millions, except per share)

|  | 2017A | | | | | 2018E | | | | | 2019E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1Q17A Dec-16 | 2Q17A Mar-17 | 3Q17A Jun-17 | 4Q17A Sep-17 | FY17A Total | 1Q18A Dec-17 | 2Q18A Mar-18 | 3Q18A Jun-18 | 4Q18E Sep-18 | FY18E Total | 1Q19E Dec-18 | 2Q19E Mar-19 | 3Q19E Jun-19 | 4Q19E Sep-19 | FY19E Total |
| **Revenue** | | | | | | | | | | | | | | | |
| iPhone | 54,378 | 33,249 | 24,846 | 28,846 | 141,319 | 61,576 | 38,032 | 29,906 | 35,134 | 164,648 | 62,192 | 40,200 | 31,521 | 35,943 | 169,855 |
| Ipad | 5,533 | 3,889 | 4,969 | 4,831 | 19,222 | 5,862 | 4,113 | 4,741 | 4,841 | 19,557 | 5,774 | 4,051 | 4,608 | 4,526 | 18,960 |
| Mac | 7,244 | 5,844 | 5,592 | 7,170 | 25,850 | 6,895 | 5,848 | 5,330 | 7,156 | 25,229 | 7,033 | 5,702 | 5,479 | 6,955 | 25,169 |
| Services | 7,172 | 7,041 | 7,266 | 8,501 | 29,980 | 8,471 | 9,190 | 9,548 | 10,235 | 37,444 | 10,335 | 11,028 | 11,649 | 12,589 | 45,600 |
| Other | 4,024 | 2,873 | 2,735 | 3,231 | 12,863 | 5,489 | 3,954 | 3,740 | 3,641 | 16,824 | 6,203 | 4,349 | 4,133 | 4,570 | 19,255 |
| **Total Revenue** | 78,351 | 52,896 | 45,408 | 52,579 | 229,234 | 88,293 | 61,137 | 53,265 | 61,007 | 263,702 | 91,536 | 65,330 | 57,390 | 64,583 | 278,839 |
| *Year-over-Year Growth* | *3%* | *5%* | *7%* | *12%* | *6%* | *13%* | *16%* | *17%* | *16%* | *15%* | *4%* | *7%* | *8%* | *6%* | *6%* |
| *Qtr-over-Qtr Growth* | *67%* | *-32%* | *-14%* | *16%* | *NM* | *68%* | *-31%* | *-13%* | *15%* | *NM* | *50%* | *-29%* | *-12%* | *13%* | *NM* |
| Total Cost of Revenue | 48,175 | 32,305 | 27,920 | 32,648 | 141,048 | 54,381 | 37,715 | 32,844 | 37,641 | 162,581 | 56,478 | 40,178 | 35,467 | 39,848 | 171,970 |
| **Gross Profit** | 30,176 | 20,591 | 17,488 | 19,931 | 88,186 | 33,912 | 23,422 | 20,421 | 23,366 | 101,121 | 35,058 | 25,152 | 21,923 | 24,735 | 106,869 |
| **Operating Expenses** | | | | | | | | | | | | | | | |
| Research & Development | 2,871 | 2,776 | 2,937 | 2,997 | 11,581 | 3,407 | 3,378 | 3,701 | 3,660 | 14,146 | 3,661 | 3,985 | 3,902 | 4,327 | 15,876 |
| SG&A | 3,946 | 3,718 | 3,783 | 3,814 | 15,261 | 4,231 | 4,150 | 4,108 | 4,393 | 16,882 | 4,302 | 4,573 | 4,247 | 4,844 | 17,966 |
| Total Operating Expenses | 6,817 | 6,494 | 6,720 | 6,811 | 26,842 | 7,638 | 7,528 | 7,809 | 8,053 | 31,028 | 7,964 | 8,558 | 8,149 | 9,171 | 33,842 |
| **Operating Income** | 23,359 | 14,097 | 10,768 | 13,120 | 61,344 | 26,274 | 15,894 | 12,612 | 15,313 | 70,093 | 27,095 | 16,594 | 13,774 | 15,565 | 73,027 |
| Interest and other income | 821 | 587 | 540 | 797 | 2,745 | 756 | 274 | 672 | 500 | 2,202 | 400 | 400 | 400 | 375 | 1,575 |
| **Income Before Taxes** | 24,180 | 14,684 | 11,308 | 13,917 | 64,089 | 27,030 | 16,168 | 13,284 | 15,813 | 72,295 | 27,495 | 16,994 | 14,174 | 15,940 | 74,602 |
| Income Taxes | 6,289 | 3,655 | 2,591 | 3,203 | 15,738 | 6,965 | 2,346 | 1,765 | 2,372 | 13,448 | 4,124 | 2,546 | 2,148 | 2,398 | 11,217 |
| **Net Income - Pro-forma*** | 17,891 | 11,029 | 8,717 | 10,714 | 48,351 | 20,065 | 13,822 | 11,519 | 13,441 | 58,847 | 23,370 | 14,445 | 12,047 | 13,549 | 63,411 |
| **EPS - Pro-forma*** | 3.36 | 2.10 | 1.67 | 2.07 | 9.21 | 3.89 | 2.73 | 2.34 | 2.78 | 11.77 | 4.95 | 3.11 | 2.67 | 3.02 | 13.80 |
| Shares Outstanding - Diluted | 5,328 | 5,262 | 5,234 | 5,184 | 5,252 | 5,158 | 5,069 | 4,927 | 4,840 | 4,998 | 4,725 | 4,650 | 4,520 | 4,480 | 4,594 |

*\* Does not include amortization of goodwill and intangibles, stock-based compensation and restructuring costs.*
*Sources: Company Reports and Wedbush Securities, Inc. estimates*

Daniel Ives
(212) 344 - 2073
Dan.Ives@wedbush.com

Confidential

APL-SECLIT_00585952



## Apple, Inc. (AAPL)
### Margin & Growth Analysis

| | 1Q17A | 2Q17A | 3Q17A | 4Q17A | FY17A | | 1Q18A | 2Q18A | 3Q18A | 4Q18E | FY18E | | 1Q19E | 2Q19E | 3Q19E | 4Q19E | FY19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Margins** | | | | | | | | | | | | | | | | | |
| Gross Margin | 38.5% | 38.9% | 38.5% | 37.9% | 38.5% | | 38.4% | 38.3% | 38.3% | 38.3% | 38.3% | | 38.3% | 38.5% | 38.2% | 38.3% | 38.3% |
| Operating Margin | 29.8% | 26.7% | 23.7% | 25.0% | 26.8% | | 29.8% | 26.0% | 23.7% | 25.1% | 26.6% | | 29.6% | 25.4% | 24.0% | 24.1% | 26.2% |
| Net Margin - Pro forma | 22.8% | 20.9% | 19.2% | 20.4% | 21.1% | | 22.7% | 22.6% | 21.6% | 22.0% | 22.3% | | 25.5% | 22.1% | 21.0% | 21.0% | 22.7% |
| **Percent of Revenues** | | | | | | | | | | | | | | | | | |
| iPhone | 69.4% | 62.9% | 54.7% | 54.9% | 61.6% | | 69.7% | 62.2% | 56.1% | 57.6% | 62.4% | | 67.9% | 61.5% | 54.9% | 55.7% | 60.9% |
| iPad | 7.1% | 7.4% | 10.9% | 9.2% | 8.4% | | 6.6% | 6.7% | 8.9% | 7.9% | 7.4% | | 6.3% | 6.2% | 8.0% | 7.0% | 6.8% |
| Mac | 9.2% | 11.0% | 12.3% | 13.6% | 11.3% | | 7.8% | 9.6% | 10.0% | 11.7% | 9.6% | | 7.7% | 8.7% | 9.5% | 10.8% | 9.0% |
| Services | 9.2% | 13.3% | 16.0% | 16.2% | 13.1% | | 9.6% | 15.0% | 17.9% | 16.8% | 14.2% | | 11.3% | 16.9% | 20.3% | 19.5% | 16.4% |
| Other | 5.1% | 5.4% | 6.0% | 6.1% | 5.6% | | 6.2% | 6.5% | 7.0% | 6.0% | 6.4% | | 6.8% | 6.7% | 7.2% | 7.1% | 6.9% |
| Research & Development | 3.7% | 5.2% | 6.5% | 5.7% | 5.1% | | 3.9% | 5.5% | 6.9% | 6.0% | 5.4% | | 4.0% | 6.1% | 6.8% | 6.7% | 5.7% |
| SG&A | 5.0% | 7.0% | 8.3% | 7.3% | 6.7% | | 4.8% | 6.8% | 7.7% | 7.2% | 6.4% | | 4.7% | 7.0% | 7.4% | 7.5% | 6.4% |
| **Year-over-Year Growth** | | | | | | | | | | | | | | | | | |
| iPhone | 5.3% | 1.2% | 3.3% | 2.4% | 3.4% | | 13.2% | 14.4% | 20.4% | 21.8% | 16.5% | | 1.0% | 5.7% | 5.4% | 2.3% | 3.2% |
| iPad | -21.9% | -11.9% | 1.9% | 13.5% | -6.8% | | 5.9% | 5.8% | -4.6% | 0.2% | 1.7% | | -1.5% | -1.5% | -2.8% | -6.5% | -3.1% |
| Mac | 7.4% | 14.4% | 6.7% | 24.9% | 13.2% | | -4.8% | 0.1% | -4.7% | -0.2% | -2.4% | | 2.0% | -2.5% | 2.8% | -2.8% | -0.2% |
| Services | 18.4% | 17.5% | 21.6% | 34.4% | 23.1% | | 18.1% | 30.5% | 31.4% | 20.4% | 24.9% | | 22.0% | 20.0% | 22.0% | 23.0% | 21.8% |
| Other | -7.5% | 31.2% | 23.3% | 36.2% | 15.5% | | 36.4% | 37.6% | 36.7% | 12.7% | 30.8% | | 13.0% | 10.0% | 10.5% | 25.5% | 14.4% |
| Total Revenue | 3.3% | 4.6% | 7.2% | 12.2% | 6.3% | | 12.7% | 15.6% | 17.3% | 16.0% | 15.0% | | 3.7% | 6.9% | 7.7% | 5.9% | 5.7% |
| Operating Income | -3.4% | 0.8% | 6.6% | 11.6% | 2.2% | | 12.5% | 12.7% | 17.1% | 16.7% | 14.3% | | 3.1% | 4.4% | 9.2% | 1.6% | 4.2% |
| EPS - pro forma * | 2.3% | 10.4% | 16.9% | 23.7% | 10.8% | | 15.9% | 30.1% | 40.4% | 34.4% | 27.9% | | 27.1% | 13.9% | 14.0% | 8.9% | 17.2% |
| **Sequential Growth** | | | | | | | | | | | | | | | | | |
| iPhone | 93.1% | -38.9% | -25.3% | -47.0% | NM | | 113.5% | -38.2% | -21.4% | 17.5% | NM | | 77.0% | -35.4% | -21.6% | 14.0% | NM |
| iPad | 30.0% | -29.7% | 27.8% | -2.8% | NM | | 21.3% | -29.8% | 15.3% | 2.1% | NM | | 19.3% | -29.8% | 13.7% | -1.8% | NM |
| Mac | 26.2% | -19.3% | -4.3% | 28.2% | NM | | -3.8% | -15.2% | -8.9% | 34.3% | NM | | -1.7% | -18.9% | -3.9% | 26.9% | NM |
| Services | 13.4% | -1.8% | 3.2% | 17.0% | NM | | -0.4% | 8.5% | 3.9% | 7.2% | NM | | 1.0% | 6.7% | 5.6% | 8.1% | NM |
| Other | 69.6% | -28.6% | -4.8% | 18.1% | NM | | 69.9% | -28.0% | -5.4% | -2.6% | NM | | 70.3% | -29.9% | -5.0% | 10.6% | NM |
| Total Revenue | 67.2% | -32.5% | -14.2% | -32.9% | NM | | 67.9% | -30.8% | -12.9% | 14.5% | NM | | 50.0% | -28.6% | -12.2% | 12.5% | NM |
| Operating Income | 98.6% | -39.7% | -23.6% | -43.8% | NM | | 100.3% | -39.5% | -20.6% | 21.4% | NM | | 76.9% | -38.8% | -17.0% | 13.0% | NM |
| EPS - pro forma * | 100.9% | -37.6% | -20.5% | -38.4% | NM | | 88.2% | -29.9% | -14.3% | 18.8% | NM | | 78.1% | -37.2% | -14.2% | 13.5% | NM |

*Sources: Company Reports and Wedbush Securities, Inc. estimates*

Daniel Ives
(212) 344 - 2073
Dan.Ives@wedbush.com

**www.wedbush.com**

Confidential

APL-SECLIT_00585953

**WEDBUSH**

### Apple, Inc. (AAPL)

### Balance Sheet ($ in millions)

| | FY17 | FY18 | | |
|---|---|---|---|---|
| | Sep-17 | Dec-17 | Mar-18 | Jun-18 |
| **ASSETS** | | | | |
| Cash And Equivalents | 20,289 | 27,491 | 45,059 | 31,971 |
| Short-Term Marketable Securities | 53,892 | 49,662 | 42,881 | 38,999 |
| Accounts Receivable | 17,874 | 23,440 | 14,324 | 14,104 |
| Inventory | 4,855 | 4,421 | 7,662 | 5,936 |
| Vendor Non-Trade Receivables | 17,799 | 27,459 | 8,084 | 12,263 |
| Other Current Assets | 13,936 | 11,337 | 12,043 | 12,488 |
| **Total Current Assets** | **128,645** | **143,810** | **130,053** | **115,761** |
| | | | | |
| Long-Term Marketable Securities | 194,714 | 207,944 | 179,286 | 172,773 |
| Property and Equipment | 33,783 | 33,679 | 35,077 | 38,117 |
| Goodwill & Intangible Assets | 8,015 | 8,038 | 0 | 0 |
| Other Assets | 10,162 | 13,323 | 23,086 | 22,546 |
| **Total Assets** | **375,319** | **406,794** | **367,502** | **349,197** |
| | | | | |
| **LIABILITIES** | | | | |
| Accounts Payable | 49,049 | 62,985 | 34,311 | 38,489 |
| Accrued Expenses | 25,744 | 26,281 | 26,756 | 25,184 |
| Deferred Revenue | 7,548 | 8,044 | 7,775 | 7,403 |
| Commercial Paper | 11,977 | 11,980 | 11,980 | 11,974 |
| Current Portion of Long-Term Debt | 6,496 | 6,498 | 8,498 | 5,498 |
| **Total Current Liabilities** | **100,814** | **115,788** | **89,320** | **88,548** |
| | | | | |
| Deferred Revenue | 2,836 | 3,131 | 3,087 | 2,878 |
| Long-Term Debt | 97,207 | 103,922 | 101,362 | 97,128 |
| Other Liabilities | 40,415 | 43,754 | 46,855 | 45,694 |
| **Total Liabilities** | **241,272** | **266,595** | **240,624** | **234,248** |
| | | | | |
| **Total Shareholder Equity** | **134,047** | **140,199** | **126,878** | **114,949** |
| | | | | |
| **Total Liabilities And Shareholders Equity** | **375,319** | **406,794** | **367,502** | **349,197** |

*Sources: Company Reports and Wedbush Securities, Inc. estimates*

**www.wedbush.com**

Confidential

APL-SECLIT_00585954



## Valuation

Our $310 price target represents 22x our FY19 EPS estimate.

## Risks to the Attainment of Our Price Target and Rating:

- Increasing competition, pricing, technology shifts, and macroeconomic conditions.
- The success of the iPhone product cycle remains key to the company's growth prospects
- Apple's ability to successfully ramp its software/services business is dependent on further penetration of its installed base
- Success of Apple's product strategy in China, which remains a key growth driver for the coming years and could be impaired by lower priced smartphones and competition. China macro/tariffs issue remain a long-term risk.

## Analyst Certification

We, Daniel Ives and Strecker Backe, certify that the views expressed in this report accurately reflect our personal opinions and that we have not and will not, directly or indirectly, receive compensation or other payments in connection with our specific recommendations or views contained in this report.

## Mentioned Companies

| Company | Rating | Price | Target |
|---|---|---|---|
| Amazon.com | OUTPERFORM | $1,831.73 | $2,100.00 |
| Netflix | UNDERPERFORM | $364.70 | $150.00 |

## Investment Rating System:

OUTPERFORM: Expect the total return of the stock to outperform relative to the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

NEUTRAL: Expect the total return of the stock to perform in-line with the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

UNDERPERFORM: Expect the total return of the stock to underperform relative to the median total return of the analyst's (or the analyst's team) coverage universe of the next 6-12 months.

The Investment Ratings are based on the expected performance of a stock (based on anticipated total return to price target) relative to the other stocks in the analyst's coverage universe (or the analyst's team coverage).*

| Rating distribution (as of October 18, 2018) | Investment Banking Relationships (as of October 18, 2018) |
|---|---|
| OUTPERFORM: 59.03% | OUTPERFORM: 13.66% |
| NEUTRAL: 39.03% | NEUTRAL: 0.83% |
| UNDERPERFORM: 1.94% | UNDERPERFORM: 0.00% |

The Distribution of Ratings is required by FINRA rules; however, WS' stock ratings of Outperform, Neutral, and Underperform most closely conform to Buy, Hold, and Sell, respectively. Please note, however, the definitions are not the same as WS' stock ratings are on a relative basis.

The analysts responsible for preparing research reports do not receive compensation based on specific investment banking activity. The analysts receive compensation that is based upon various factors including WS' total revenues, a portion of which are generated by WS' investment banking activities.

## Company Specific Disclosures

1. WS makes a market in the securities of Apple, Amazon.com and Netflix.

## Price Charts

Confidential

APL-SECLIT_00585955

WEDBUSH

**Apple Rating History as of 10-17-2018**

powered by: BlueMatrix

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)

**Amazon.com Rating History as of 10-17-2018**

powered by: BlueMatrix

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)

Confidential



**Netflix Rating History as of 10-17-2018**

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)

Wedbush disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies intiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available on request.

Disclosure information regarding historical ratings and price targets is available: http://www.wedbush.com/ResearchDisclosure/DisclosureQ118.pdf

*WS changed its rating system from (Strong Buy/ Buy/ Hold/ Sell) to (Outperform/ Neutral/ Underperform) on July 14, 2009.

Please access the attached hyperlink for WS' Coverage Universe: http://www.wedbush.com/services/cmg/equities-division/research/equity-research

Applicable disclosure information is also available upon request by contacting Leslie Lippai in the Research Department at (212) 833-1375, by email to leslie.lippai@wedbush.com, or the Business Conduct Department (213) 688-8090. You may also submit a written request to the following: Business Conduct Department, 1000 Wilshire Blvd., Los Angeles, CA 90017.

<u>OTHER DISCLOSURES</u>

The information herein is based on sources that we consider reliable, but its accuracy is not guaranteed. The information contaned herein is not a representation by this corporation, nor is any recommendation made herein based on any privileged information. This information is not intended to be nor should it be relied upon as a complete record or analysis: neither is it an offer nor a solicitation of an offer to sell or buy any security mentioned herein. This firm, Wedbush Securities, its officers, employees, and members of their families, or any one or more of them, and its discretionary and advisory accounts, may have a position in any security discussed herein or in related securities and may make, from time to time, purchases or sales thereof in the open market or otherwise. The information and expressions of opinion contained herein are subject to change without further notice. The herein mentioned securities may be sold to or bought from customers on a principal basis by this firm. Additional information with respect to the information contained herein may be obtained upon request.

Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 3–7 of this report for analyst certification and important disclosure information.

Confidential



## Equity Research

| CONSUMER AND RETAIL | | |
|---|---|---|
| **Consumer Data Analytics** | | |
| Jen Redding | (212) 344-2386 | jen.redding@wedbush.com |
| **Footwear & Apparel** | | |
| Christopher Svezia | (212) 938-9922 | christopher.svezia@wedbush.com |
| **Hardlines Retail** | | |
| Seth Basham | (212) 938-9954 | seth.basham@wedbush.com |
| **Homebuilders/Building Products** | | |
| Jay McCanless | (212) 833-1381 | jay.mccanless@wedbush.com |
| **Leisure** | | |
| James Hardiman | (212) 833-1362 | james.hardiman@wedbush.com |
| **Restaurants** | | |
| Nick Setyan | (213) 688-4519 | nick.setyan@wedbush.com |

| FINANCIAL INSTITUTIONS GROUP | | |
|---|---|---|
| **Mid-Cap Banks** | | |
| David Chiaverini | (212) 938-9934 | david.chiaverini@wedbush.com |
| **Regional Banks** | | |
| Peter Winter | (212) 938-9941 | peter.winter@wedbush.com |
| **Specialty Finance** | | |
| Henry Coffey | (212) 833-1382 | henry.coffey@wedbush.com |

| HEALTHCARE | | |
|---|---|---|
| **Biotechnology** | | |
| David Nierengarten, | (415) 274-6862 | david.nierengarten@wedbush.com |
| **Biotechnology** | | |
| Robert Driscoll | (415) 274-6863 | robert.driscoll@wedbush.com |
| **Emerging Pharmaceuticals** | | |
| Liana Moussatos, Ph. | (415) 263-6626 | liana.moussatos@wedbush.com |

| TMT | | |
|---|---|---|
| **Enterprise Software** | | |
| Dan Ives | (212) 344-2073 | dan.ives@wedbush.com |
| **Enterprise Software** | | |
| Steve Koenig | (415) 274-6801 | steve.koenig@wedbush.com |
| **Digital Media** | | |
| Michael Pachter | (213) 688-4474 | michael.pachter@wedbush.com |
| **Digital Media** | | |
| Nick McKay | (213) 688-4343 | nick.mckay@wedbush.com |
| **Payments/IT Services** | | |
| Moshe Katri | (212) 938-9947 | moshe.katri@wedbush.com |
| **SMID Internet** | | |
| Ygal Arounian | (212) 938-9929 | ygal.arounian@wedbush.com |

### RESEARCH MANAGEMENT

**Jesse Bigelow**
Director of Research
jesse.bigelow@wedbush.com
(212) 259-6581

**Strecker Backe**
Associate, Equity Research
strecker.backe@wedbush.com
(212) 833-1367

### HEAD OF EQUITIES

**Kirsten Fraunces**
kirsten.fraunces@wedbush.com
(213) 688-4404

### CORPORATE ACCESS

**Anita Minassian**
VP, Corporate Access
wedbush.conferences@wedbush.com
(213) 688-4419

**Phylicia Kirven**
VP, Corporate Access
equitycorporateaccess@wedbush.com
(213) 688-4455

### TRADING

| Consumer/Industrials | | | | TMT | | |
|---|---|---|---|---|---|---|
| Tyler Pasley | (213) 688-4466 | tyler.pasley@wedbush.com | | Joel Kulina | (212) 938-2056 | joel.kulina@wedbush.com |
| **Financials/Healthcare** | | | | | | |
| Sahak Manualian | (213) 688-4533 | sahak.manuelian@wedbush.com | | | | |

### WEDBUSH OFFICES

**LOS ANGELES**
1000 Wilshire Boulevard
Los Angeles, CA 90017
(213) 688-8000

**NEW YORK**
142 W 57th Street
New York, NY 10019
(212) 938-9920

**SAN FRANCISCO**
2 Embarcadero Center, Suite 600
San Francisco, CA 94111
(415) 273-7300

**BOSTON**
265 Franklin Street
Boston, MA 02110
(617) 832-3700

**CHICAGO**
141 W. Jackson Boulevard, Suite 1710A
Chicago, IL 60604
(312) 786-1930

www.wedbush.com

Confidential

APL-SECLIT_00585958

# EXHIBIT 140



**Exhibit 15**
Patel, A.
01/28/22
*@ptus*

| | |
|---|---|
| **Subject:** | Fwd: iPhone XR Pacific Day 1 Executive Summary (as of 5:00 pm SGT) |
| **From:** | "Donal Conroy" <████████@apple.com> |
| **Received(Date):** | Fri, 26 Oct 2018 12:22:44 +0000 |
| **To:** | <tcook@apple.com>, <████@apple.com>,"Jeff Williams" <██████@apple.com>, "Kevan Parekh" <██████@apple.com>,"Sabih Khan" <███@apple.com>, "Anish (WW SDM) Patel" <█████@apple.com>,"Gregory Joswiak" <███@apple.com>, <█████@apple.com>,<█████@apple.com>, "Doug Beck" <█████@apple.com>,"Mike Fenger" <████@apple.com> |
| **Attachment:** | Screenshot 2018-10-26 at 6.38.59 PM.png |
| **Date:** | Fri, 26 Oct 2018 12:22:44 +0000 |

FYI... day 1 results from PAC. team

Donal

## Summary

- PAC revenue landed at launch supply is 1.04M, -81% vs. 8/8+.

- 1.48M cum supply expected to land by end of the weekend. Majority of the increase is in China with 374k more landed at POS through Sunday.

- 92k total revenue UB: 28k Online, 11k Retail, and 53k Reseller.

---

## Reseller

- 7% revenue velocity and 53k UB vs 759k L@L supply.  UB is -75% LoL vs X and -75% vs 8/8+.  Total XS / XS Max / XR is -36% LoL vs X / 8 / 8+.  Across the region, demand came in lower compared to XS / XS Max.

- There were no high profile launch events, and less interest and awareness compared to the previous XS/XS Max launch. JD.com page views through seven days of pre-order was 1.1M for XR vs. one hour to reach 1.1M page views for XS/XS Max.  Partners are generally extending XS / XS Max consumer offers to XR, with no significant targeted XR offers.

- Partner feedback is that consumers are interested in the new colours, but 89% of

APL-SECLIT_00161840

our POS have only black or white demos. Sales is evaluating merchandising plans to expand demos to other colours. Suggest we act on this input quickly.

• Black colour has the highest UB mix at 37% followed by White/Red at a similar level of 19%. New colours (Blue/Coral/Yellow) performed stronger at 23% but Partners think this mix will trend down to 15% to 20% during steady state.

• Most appreciated features are the A12 Bionic processor and physical dual SIM (China/Hong Kong). Single-lens camera and noticeably thicker bezels are the downsides from consumers' feedback.  There is some consumer feedback that while XR and 8 / 8 Plus specs have only minor differences "on paper," once viewed the XR looks better.

• NAND mix came in as expected. 128GB is trending highest at 50%, closely aligned to the ship plan mix.  64GB and 256GB are 42% and 8%, respectively.

• Feedback from partners in China and Malaysia is that consumers are waiting on competitor flagship launches from Huawei and Xiaomi to make final purchase decision. Both products are at lower price points and are launching this week.

• POS makeover is tracking to plan. 82% of landed demo supply are in POS and 90% POS in PAC are expected to have demos activated by end of the weekend.

**Greater China**

7% velocity, 34k UB vs 462k L@L supply. -73% UB LoL vs X and -71% vs 8/8+.  Total XS / XS Max / XR is -27% LoL vs X / 8 / 8+.

Pre-orders: JD pre-order volume for Xr was 17k over 7 days. Xs/Xs Max was 45k over the same period.

China partners initial assessment is that XR will be 30% to 50% of the Hero mix. Hong Kong partners are projecting XR at 30% while Taiwan partners are higher at 60% to 75% although the UB is -73% compared to 8/8+.  This has come down from pre-launch feedback by 10% to 20%. CM and CU have asked to reduce mBS and cap supply to no higher than current shipment plan.

**Japan**

8% velocity, 17k UB vs 198k L@L supply. -79% UB LoL vs X and -74% vs 8/8+.  Total XS / XS Max / XR is -45% LoL vs X / 8 / 8+.

APL-SECLIT_00161841

Pre-orders: Pre-order volume for XR was 117k over 7 days. Xs/Xs Max was 417k over the same period.



## Australia

11% velocity, 5k UB vs 43k L@L supply. -67% UB LoL vs X and -75% vs 8/8+.  Total XS / XS Max / XR is -10% LoL vs X / 8 / 8+.

Pre-orders: Pre-order volume for XR was 7k over 7 days. Xs/Xs Max was 60k over the same period.



## Singapore

9% velocity, 1k UB vs 16k L@L supply. -81% UB LoL vs X and -82% vs 8/8+.  Total XS / XS Max / XR is -35% LoL vs X / 8 / 8+.

Singapore only has pre-registration.  Store traffic is low, and partners did not have any major launch events or aggressive offers. Partners initial assessment is that XR will be 20% of the Hero mix.

_____

### *Direct - Market insights*

- *Overall store traffic is low compared to historical launch days. Fairly small queues in Japan and Australia (China/Hong Kong do not allow queuing). Greater China stores moved from PRS (store reservation) to Walk-ins at 10.00 am (2h post opening).*

- *Walk-in customers were excited about the colours. They are looking to compare iPhone XR with other iPhones, especially with iPhone XS Max before making their*

Highly Confidential

*purchase decision. Customers expressed finding it difficult to compare  phones on they were spread across multiple tables.*

- *China Retail is looking at the opportunity to change the layout of colours on tables (leaning more on coral/yellow) and adding tables for iPhones in large stores.*

- *Interest from business customers about XR as potential 'fleet phone'*

### Online

- *Deliveries are ahead of plan. 70.4k total delivered + attempted, out of 74.6k 10/26 delivery target (94.6%).*

- *Total CN 2.8k returns (6.6% of Shipped units) vs 1.1k for X (1% return rate) & 37.5k for 8/8+ (14% return rate)*

- *Net bookings at 102k (out of which 20.2k are on follow-on quotes).*

- *No trader activities across all markets.*

### Retail

- ***PAC** Day 1 Billings at 20.8k, COB projection at 29.9k vs plan of 52.6k (-43% vs Plan); -38% LoL to 8/8+.*

   - ***Greater China:** 14.3k Billings (1k APU + 5.3k PRS + 8.1k Walk-in) and COB projected at 23k (-40% to plan)*

   - ***Japan:**  2.8k Billings (1.4k APU + 0.2k PRS + 1.3k Walk-in) and COB projected at 3.1k (-35% to plan)*

   - ***Australia:** 3.3k Billings (1.7k APU + 0.2k PRS + 1.4k Walk-in) and COB projected at 3.3k (-57% to plan)*

   - ***Singapore:** 0.4k Billings (0.3k APU + 0.1k Walk-in) and COB projected at 0.5k (-73% to plan)*

Highly Confidential

- *iPhone XR not projected to stock out over weekend; except Hong Kong 128GB Yellow with projected service level at 85-95%.*

- *iPhone XR colour mix (vs online): Black 28% (-3pt); Red 21% (+1pt); White 17% (-2pt); Blue 13% (+1pt); Coral 12% (flat); Yellow 9% (+2pt).*

- *The projected Day 1 billings combined (XS/XS Max/XR) at -24% vs last year (8/8+/X)*

- *The current pre-order pickup rate of 17.8% is 10 points lower than iPhone XS/XS Max and +7 points higher than iPhone 8/8+.*

  *(Note: Velocity figures are net of Demo units.)*

APL-SECLIT_00161844

 iPhone Launch Weekend Velocity - N84 (Intraday) (Revenue Only) - Exec View

*Data as of 10/26/2018 2am PDT*

**Note:**
*All units are in thousands.*
*Hourly YoY are based on same number of hours post country launch*
*CY UB is data as of last hour, previous launches UB is data as of the equivalent number of hours post country launch*
*Demand data is Net Billings for Direct and UB for RSLR*
*L@L Demo quantities are Landed POD as of Launch-2 days for each launch*
*Pre-Orders will remain static and as of 9/20 Thursday COB*

| | Total (N84) | | | | | | | | | | | | | | | | | | | | | | | | | DSX+N84 | | | | | | | |
| Country/Partner | Launch Metrics | | | | LoL Vs 8/8+ | | | | LoL Vs X | | | | NAND Velocity | | | Color Velocity | | | | | | Cum Daily L@L | | | Launch Metrics | | | | LoL Vs X/8/8+ | | | |
| | LTD UB | L@L | Velocity | LTD Billings | LTD UB | L@L | Velocity Δ | LTD Billings | LTD UB | L@L | Velocity Δ | LTD Billings | 64GB | 128GB | 256GB | BLK | WHT | RED | YLW | CORAL | BLU | Fri | Sat | Sun | LTD UB | L@L | Velocity | LTD Billings | LTD UB | L@L | Velocity | LTD Billings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WW Total | 258 | 2,808 | 9% | 4,799 | -71% | -41% | -3% | -38% | -74% | 4% | -10% | 52% | 3% | 19% | 12% | 3% | 10% | 17% | 29% | 16% | 10% | 2,808 | 3,249 | 3,617 | 3,580 | 11,067 | 32% | 14,881 | -31% | 49% | -3% | 10% |
| WW Online | 144 | 152 | 95% | 146 | 0% | -57% | 0% | 0% | 0% | -55% | 0% | 0% | 0% | | | 0% | | | | | | 152 | 152 | 152 | 1,699 | 1,992 | 74% | 1,469 | 0% | 187% | 0% | 0% |
| WW Retail | 50 | 592 | 9% | 50 | 0% | -8% | 0% | 0% | 0% | 21% | 0% | 0% | 0% | | | 0% | | | | | | 592 | 782 | 795 | 1,790 | 2,889 | 62% | 1,790 | 0% | 154% | 0% | 0% |
| WW RSLR | 63 | 2,064 | 3% | 4,564 | -71% | -45% | -3% | -38% | -74% | 11% | -10% | 52% | 3% | 3% | 2% | 3% | 3% | 4% | 6% | 4% | 3% | 2,064 | 2,335 | 2,671 | 322 | 6,187 | 5% | 11,403 | -31% | 11% | -3% | 10% |
| JPN RSLR | 17 | 198 | 8% | 335 | -74% | -59% | -5% | -52% | -79% | -16% | -25% | 0% | 9% | 9% | 7% | 6% | 7% | 12% | 13% | 8% | 13% | 198 | 198 | 204 | 79 | 755 | 10% | 1,149 | -45% | 5% | -10% | 11% |
| PAC RSLR | 43 | 561 | 8% | 1,684 | -70% | -56% | -4% | -24% | -72% | -24% | -13% | 49% | 8% | 8% | 5% | 9% | 6% | 7% | 9% | 8% | 9% | 561 | 687 | 900 | 225 | 1,483 | 15% | 3,490 | -24% | -26% | 0% | 4% |
| GC RSLR | 34 | 462 | 7% | 1,497 | -71% | -60% | -3% | -15% | -73% | -31% | -12% | 56% | 8% | 8% | 4% | 8% | 6% | 7% | 9% | 7% | 9% | 462 | 575 | 843 | 180 | 1,247 | 14% | 3,107 | -27% | -32% | 1% | 14% |
| Japan | 17 | 198 | 8% | 335 | -74% | -59% | -5% | -52% | -79% | -16% | -25% | 0% | 9% | 9% | 7% | 6% | 7% | 12% | 13% | 8% | 13% | 198 | 198 | 204 | 79 | 755 | 10% | 1,149 | -45% | 5% | -10% | 11% |
| China | 29 | 379 | 8% | 1,348 | -71% | -54% | -4% | -1% | -68% | -29% | -10% | 71% | 9% | 8% | 4% | 9% | 6% | 8% | 9% | 8% | 9% | 379 | 487 | 753 | 137 | 993 | 14% | 2,657 | -28% | -27% | -0% | 24% |
| Hong Kong | 2 | 47 | 3% | 106 | -67% | -77% | 1% | -58% | -60% | -39% | -25% | 2% | 2% | 4% | 4% | 3% | 3% | 5% | 5% | 3% | 6% | 47 | 52 | 52 | 27 | 181 | 15% | 267 | 3% | -36% | 6% | -23% |
| Australia | 5 | 43 | 11% | 100 | -75% | -15% | -25% | 5% | -67% | 59% | -41% | 273% | 14% | 8% | 4% | 12% | 8% | 11% | 11% | 14% | 11% | 43 | 48 | 50 | 29 | 110 | 20% | 207 | -10% | 43% | -15% | 70% |
| Singapore | 1 | 16 | 9% | 33 | -82% | -66% | -8% | -71% | -81% | -48% | -16% | -8% | 8% | 10% | 8% | 8% | 11% | 10% | 13% | 14% | 6% | 16 | 23 | 23 | 10 | 72 | 15% | 108 | -35% | -10% | -8% | -29% |
| Rest of the World | 8 | 315 | 9% | 449 | -55% | -11% | -3% | -65% | -66% | 95% | -12% | -1% | 2% | 3% | 2% | 2% | 5% | 3% | 3% | 3% | 2% | 315 | 335 | 358 | 31 | 658 | 5% | 1,479 | -29% | 28% | -4% | -16% |
| PAC RSLR | 43 | 561 | 8% | 1,684 | -70% | -56% | -4% | -24% | -72% | -24% | -13% | 49% | 8% | 8% | 5% | 9% | 6% | 7% | 9% | 8% | 9% | 561 | 687 | 900 | 225 | 1,483 | 15% | 3,490 | -24% | -26% | 0% | 4% |
| China - Retail Partners | 20 | 203 | 10% | 854 | -65% | -49% | -4% | 16% | -64% | -37% | -8% | 58% | 11% | 10% | 5% | 12% | 8% | 8% | 12% | 10% | 8% | 203 | 280 | 485 | 95 | 527 | 18% | 1,756 | -16% | -27% | 2% | 38% |
| China - China Mobile | 4 | 81 | 5% | 241 | -78% | -62% | -4% | -14% | -54% | -28% | -3% | 96% | 6% | 5% | 3% | 6% | 3% | 4% | 8% | 6% | 7% | 81 | 102 | 131 | 18 | 261 | 7% | 453 | -36% | -20% | -2% | 12% |
| China - China Unicom | 5 | 77 | 6% | 182 | -64% | -29% | -6% | 3% | -77% | 54% | -33% | 207% | 5% | 6% | 4% | 7% | 4% | 4% | 8% | 7% | 7% | 77 | 85 | 110 | 18 | 142 | 13% | 283 | -43% | -11% | -7% | 20% |
| China - China Telecom | 0 | 18 | 2% | 51 | -97% | -83% | -6% | -66% | -94% | -62% | -11% | -6% | 2% | 2% | 1% | 2% | 2% | 2% | 1% | 1% | 2% | 18 | 20 | 28 | 4 | 62 | 7% | 111 | -74% | -60% | -4% | -45% |

Highly Confidential

APL-SECLIT_00161845