# EXHIBIT 142

Subject: MPS
From: "Donal Conroy" <▇▇▇@apple.com>
Received(Date): Fri, 02 Nov 2018 23:34:27 +0000
To: "Sabih Khan" <▇▇@apple.com>, "Daniel Rosckes" <▇▇@apple.com>,"Tony Blevins" <▇▇@apple.com>, "Rob York" <▇▇@apple.com>,"Priya Balasubramaniam" <▇▇@apple.com>,"Brendan Lawry" <▇▇@apple.com>,"Molly Abramson" <▇▇@apple.com>
Cc: "Anish (WW SDM) Patel" <▇▇@apple.com>,"Anuj Saigal" <▇▇@apple.com>, "Janice Lin" <▇▇@apple.com>,"Neha Mohan" <▇▇@apple.com>,"Larry McDevitt" <▇▇@apple.com>
Attachment: IMG_0034 3.jpg
Date: Fri, 02 Nov 2018 23:34:27 +0000

Hi team

We are moving forward with the MPS adjustments we discussed yesterday. In fact we are cutting Xr further than discussed. our plan now is to hold to a 30M MPS this quarter and a cum 53M thru Q2. No other changes from discussion yesterday.

I believe the plan is to re do the Intel one pager to confirm strategy before passing thru to Intel

Donal

.

Highly Confidential                                                                                                               APL-SECLIT_00643543

## FY2019 iPhone MPS Summary

### Strategy Summary

1) NPI MPS supports updated high case through FQ3, likely case lifetime (FQ4)
2) Protect N/N-1 total to +10% y/y assuming D3x likely case and N84 in low case (Q1 = 14.6M UB)
3) Overall, results in MPS reduction and remix from NPI to Sustaining (-21M NPI, +13M sustaining through FQ3)

### 1) NPI Demand Ranges (ST)

| | | High | | | | | Likely | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FQ4+FQ1 | FQ2 | FQ3 | FQ4 | Total | FQ4+FQ1 | FQ2 | FQ3 | FQ4 | Total |
| 1 | D3X | → uses iP8/8+ q/q into FQ2 and then iPX curve | | | | | → assumes flat y/y to go vs. IPX | | | | |
| 2 | | 29.6 | 18.1 | 13.2 | 9.9 | 70.7 | 28.8 | 14.7 | 10.7 | 8.0 | 62.1 |
| 3 | q/q | | -39% | -27% | -25% | | | -49% | -27% | -25% | |
| 4 | vs. D22 (pure) | 53% | 23% | 23% | 23% | 34% | 48% | 0% | 0% | 0% | 18% |
| 5 | | | | | | | | | | | |
| 6 | MPS Required | 39 | 57 | 67 | 74 | 74 | 39 | 51 | 60 | 65 | 65 |
| 7 | 3 WOS KB / 6 WOS RSLR EOH | | | | | | | | | | |
| 8 | | | | | | | *P&L Likely ST: 28.2M | | | | |
| 9 | Proposed MPS | 45 | 57 | 64 | 65 | | | | | | |
| 10 | vs. current | -1.6 | -1.1 | 3.6 | 2.8 | | | | | | |
| 11 | Cumulative MPS Billable | 42 | 54 | 61 | 64 | | | | | | |
| 12 | vs Likely Plan | 7.9 | | | | | | | | | |

| | | High | | | | |
|---|---|---|---|---|---|---|
| | | FQ1 | FQ2 | FQ3 | FQ4 | Total |
| 11 | N84 | → assume flat y/y to-go vs. 8/8+ | | | | |
| 12 | | 19.4 | 22.8 | 19.5 | 16.8 | 78.4 |
| 13 | q/q | | 17% | -14% | -14% | |
| 14 | vs. iPhone 8/8+ (pure) | -37% | 10% | 0% | 0% | -13% |
| 15 | | | | | | |
| 16 | MPS Required | 30 | 53 | 69 | 83 | 83 |
| 17 | 2 WOS KB / 6 WOS RSLR EOH | Q1 UB: 18.2M | | | | |
| 17 | Proposed MPS | 30 | 53 | 69 | 83 | |
| 18 | vs. current | -11 | -17 | 26 | -32 | |
| 19 | Cumulative MPS Billable | 28 | 51 | 67 | 81 | |
| 20 | vs Likely Plan | 6.3 | | | | |

### iPhone 8/8+ High Case ST
Protects total N/N-1 to +10% if iPhone XS/XS Max in Likely Case and XR in low case

| | FQ4+FQ1 | FQ2 | FQ3 |
|---|---|---|---|
| Total N/N-1 | 83.3 | 47.0 | 39.0 |
| y/y (vs. D2x/D1x) | -4% | 10% | 10% |
| Total D3X/N84/D22 | 56.4 | 33.6 | 28.5 |
| y/y (vs. iPhone X/8/8+) | 7% | -5% | -5% |
| D3X Likely | 28.8 | 14.7 | 10.7 |
| N84 Low | 15.8 | 16.9 | 15.9 |
| iPhone X Likely | 11.9 | 2.0 | 1.9 |
| iPhone 8/8+ | 26.9 | 13.4 | 10.5 |
| y/y (vs. iPhone 7/7+) | -21% | 78% | 94% |
| Proposed MPS | 24.4 | 38.8 | 49.9 |
| vs. current | 1.0 | 6.1 | 7.5 |