# EXHIBIT 143

| | |
|---|---|
| From: | Ladd C. Li [CN=Ladd C. Li/OU=CEN/O=FOXCONN] |
| Sent: | 10/31/2018 7:09:45 AM |
| To: | skeerangudiraju@apple.com |
| CC: | akhandelwal@apple.com; flora.yf.xue@foxconn.com; hao.huang@apple.com; hpeng@apple.com; lynn.xu@apple.com; shweth_rai@apple.com; skeerangudiraju@apple.com; stone_li@apple.com; sue.xj.su@foxconn.com; yiran.peng@apple.com; yvonne.xw.zhang@mail.foxconn.com; Helen J. Zhang/CEN/FOXCONN; Liu L.Y. Yang/CEN/FOXCONN; Scottie Z.W. Wang/CEN/FOXCONN; jessie_lan@apple.com; william.x.wang@mail.foxconn.com; dana.dd.zhao@mail.foxconn.com |
| Subject: | [一般件] Re : Additional D22 lines HHZZ |

Hi Shiv,

We are intensely working the floors information, will provide you once available.
But it's surprising to increase 6L cum 10L for D22 running maybe few weeks base on MPS, we really confuse about CTB plan and need Apple's help to show us.

●**2B in POR**
●Cap walk by from Nov wk2 to Dec wk4 total 483k, need CTB improve immediately.

●**4B in Simulation 10/30 ver.**
●L3 OP from 11/12, L4 OP from 12/4, cap increase 480k, which almost can meet MPS if considering Sun OT contribution, need CTB improve asap.
●HH concern: L4 run just 2 week full UPH, total 3.5 wks including OP/TR/LQ, we need Apple to cover HH's loss accordingly due to line run less than 8 wks.

●**10B requested today**
●6B retrofit from N84
●ME EQ need new buy(in case can't retrofit back to D22), L/T about 4 wks overlap ML retrofit, also PAM line need to check EQ mapping accordingly in case new buy needed or N84 release more
●Set up 2 wks
●Go live in Dec wk2, ramp curve follow (2)3+2+3+5, **almost no contribution by Dec wk4**
●HH concern:
●HH need new buy 6B ME EQ, it's a big cost for us in case happen
●N84 line down immediately to release EQ retrofit with DL idle or transfer to D3x but CTB short in Nov, overall DL will idle
●As for 6B LBU, need trade off other programs DL to support, re-ramp and run just a few weeks
●Overall, need taking many resources and cost to finish it but less contribution by Dec wk4, we need Apple to cover all the expenses
●**Finally, we will reflect capacity on the condition that Apple release CTB firstly**


Best Regards.

李闖   Ladd Lee
===================================
Hon Hai / Foxconn
Integrated Digital Product Business Group
(iDPBG ZhengZhou)
DP2 - SCM - iPhone Capacity Planning
Office:   +86 -371 -6086 2888     Ext: 82688
E-mail:   Ladd.c.li@foxconn.com
===================================
⌘--------------------------------------------------------------------------------------------------------- ---------------⌘

**Shivraman Keerangudi Raju**
&lt;skeerangudiraju@apple.com&gt;

2018/10/31 10:01

TO :

.c.li@foxconn.com, Flora Xue &lt;flora.yf.xue@foxconn.com&gt;, yvonne.xw.zhang@mail.foxconn.com, sue.xj.su@foxconn.com

CC :

raman Keerangudi Raju &lt;skeerangudiraju@apple.com&gt;, Yiran Peng &lt;yiran.peng@apple.com&gt;, Anuj Khandelw &lt;akhandelwal@apple.com&gt;, Wayne Peng &lt;hpeng@apple.com&gt;, Shweth Rai &lt;shweth_rai@apple.com&gt;, Hao H &lt;hao.huang@apple.com&gt;, Stone Li &lt;stone_li@apple.com&gt;, Lynn Xu &lt;lynn.xu@apple.com&gt;

主旨 :

ional D22 lines HHZZ

Hi Ladd,
Currently we are planned to go up to 4b lines on D22. On top of this, pls plan to convert additional 6b lines (in total it will be 10b lines) from N84 to D22. Primary reason to add lines is based on CTB linearity concerns.
Pls provide the N84 floors for this conversion.

Thank you,
Shivraman
Sent from my iPhone

HH10226

EXHIBIT 144

| Message | |
|---|---|
| **From:** | Vince Retort [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a9d1737b272446c39410dcc2da0639bb-Vince Retor] |
| **Sent:** | 11/6/2018 3:55:38 PM |
| **To:** | Sam Kim [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ba6c984f6c1c49c08cca171c4fa82f91-Sam Kim] |
| **CC:** | Justin McCarthy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=aba3d9122916459fb43e5cfa488e3d14-Justin McCa]; Jason Reinhardt [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4e124d6c4c1b44b283ca8dcc7a295284-Jason Reinh]; Andre Wong [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1912332b3ac0408eb72b047e64d527fa-Andre Wong] |
| **Subject:** | RE: Please Send: Talking points for discussion with Tony I. |

Ok... I will try to call him in 1 hour and then send him a follow up text message.    Please let me know if you guys are ok with this or if you have a different suggestion.

---

**From:** Sam Kim
**Sent:** Tuesday, November 06, 2018 3:51 PM
**To:** Vince Retort
**Cc:** Justin McCarthy; Jason Reinhardt; Andre Wong
**Subject:** RE: Please Send: Talking points for discussion with Tony I.

Vince,
I recommend that you insist that you need to talk to Tony.
If you send an email, it's very likely that he will just forward to David and tell him to handle.
I can draft a email for later, but let's discuss before you send it out.

-Sam

---

**From:** Vince Retort
**Sent:** Tuesday, November 06, 2018 3:48 PM
**To:** Sam Kim <Sam.Kim@lumentum.com>
**Cc:** Justin McCarthy <Justin.McCarthy@lumentum.com>; Jason Reinhardt <Jason.Reinhardt@lumentum.com>; Andre Wong <Andre.Wong@lumentum.com>
**Subject:** Please Send: Talking points for discussion with Tony I.

Hi Sam,

I have not had any reply from Tony to my text message.

Can you please construct an email draft that I can cut and send to Tony ASAP out of the long list you sent below?

I need to hustle off to the Huawei meetings in 15 minutes.

Thanks,

Vince

CONFIDENTIAL                                                                                                                                         LUM0006924

**From:** Sam Kim
**Sent:** Tuesday, November 06, 2018 3:45 PM
**To:** Vince Retort
**Cc:** Justin McCarthy; Jason Reinhardt; Andre Wong
**Subject:** Talking points for discussion with Tony I.

Vince,

Here are some talking points to guide your discussions with Tony.

Background
- Met a week and a half ago (10/15 – Thus.)
- Invested millions of dollars to support Athens ramp
- Had an earnings announcement last Thursday (11/1)
- Guidance based on Athens aggressive forecast (which we validated)
- 11/5 (M) – Saw an industry report stating that Apple Suppliers were told to halt capacity expansion for iPhone XR
- Sam/Justin reached out to David U./Chris M.
- 11/6 (Tu) – Had a call this morning with David/Chris confirmed significant forecast reduction (~10M units!)

Talking points
- What the heck happened in the span of a week and a half?
- David/Chris committed to providing us a more detailed update tomorrow afternoon, but even if half true-this is a train wreck for our company given that we have given guidance to Wall St. just this past Thursday. Focus on this point as primary!
- Yes we have spent millions of dollars to expedite production, which is not insignificant, but the potential hit to our reputation is a huge deal!
- Managing through our supply chain will be challenging as well. I (Vince) had to give personal assurances to all my suppliers that this was an all systems go based on personal conversations with Athens Commodity team (up to Tony I.)
- Example – WIN. They got burned last year and it appears that could repeat this year, which will make it very painful to ask them to turn everything up again !
- IQE – we have just exercised them to expedite Epi
- Etc.
- Other considerations
- As your partner, Lumentum stepped up and invested significant amounts in expedite fees throughout our supply chain to support your upside requirements, which we will not be able to recoup.
- As your partner, we did what was needed to help support your upside demand and we ask that you help us with the downside.
- We need Athen's help!
- What can be done? This puts us in a very difficult situation and we really need your help to minimize the demand drop for this quarter.
- Do they have any levers to alleviate this disaster?
- More share?
- Take some shipments earlier?
- Can we get creative?

Regards,
Sam

CONFIDENTIAL                                                                                                                                    LUM0006925

CONFIDENTIAL

LUM0006926