# EXHIBIT A

**Subject:** Privileged and Confidential - Q&A
**From:** "Matt Blake" <mattblake@apple.com>
**Received(Date):** Fri, 14 Dec 2018 15:44:10 +0000
**To:** "Nancy Paxton" <paxton1@apple.com>,"Sam Whittington" <██████@apple.com>
**Attachment:** Pre-Q1'19 Q&A.pages
**Date:** Fri, 14 Dec 2018 15:44:10 +0000

Privileged and Confidential

> Attorney Client Privilege

*Privileged and Confidential*

> Attorney Client Privilege

This document has been produced in native format.

Highly Confidential

APL-SECLIT_00646713

**Q1'19 Pre-Q&A**  **11/1/18**

QUESTIONS TO BE CATEGORIZED LATER 2

# QUESTIONS TO BE CATEGORIZED LATER

**What changed from your Q4'18 earnings call at the beginning of November?**
XYZ

**You've cautioned us to ignore the noise in your supply chain in the past. Was it correct this time? Should we still ignore it going forward?**
XYZ

**You mentioned macroeconomic uncertainty in some emerging markets during your last earnings call, but specifically said China was not in that category. How did China perform during the quarter?**
XYZ

**What can you tell us about performance in other geographies?**
XYZ

**Why were iPhone sales lower than expected in China?**
XYZ

**Why were iPhone sales lower than expected in Japan?**
XYZ

**Why were iPhone sales lower than expected in Turkey?**
XYZ

**Did the injunction against iPhones in China impact your sales?**
XYZ

**Was the U.S.-China trade war a factor?**
XYZ

**Is the iPhone underperformance attributable to the XR?**
XYZ

**What was the purpose of the comments your VP of marketing made regarding the XR being the top-selling model since its launch?**
XYZ

**How have the XS and XS Max performed?**
XYZ

**Has your promotional activity / discounting helped with demand?**
XYZ

Q1'19  Pre-Q&A                                                                                         11/1/18

**How do these results influence your thoughts on future iPhone roadmap?**
XYZ

**Do you think the results would be better if you priced your iPhones lower?**
XYZ

**Do you have a product cost problem?**
XYZ

**Has the smartphone market matured?**
XYZ

**What can you tell us about replacement cycles; are they elongating meaningfully?**
XYZ

**Do you think the battery replacement program impacted this year's upgrade results?**
XYZ

**Do you regret the focus on performance improvement in iOS 12, specifically on older devices?**
XYZ

**Is there innovation left in iPhone?**
XYZ

**Is this why you took units away? Do you regret that decision?**
XYZ

**How is the rest of the product portfolio performing?**
XYZ

**Has the Services business continued to grow at elevated rates?**
XYZ

**How should we think about risks to the App Store business model (Apple vs. Pepper / Epic Games)?**
XYZ

**Did you ramp up your buyback program during the quarter given the dramatic pullback in the share price?**
XYZ

**Can your operating expenses continue to grow at these elevated rates given the business performance?**
XYZ

**How should we think about Q2?**

Case 4:19-cv-02033-YGR   Document 415-20   Filed 12/01/23   Page 7 of 7

**Q1'19  Pre-Q&A**                                                                                                          11/1/18

XYZ

**Do you project iPhone sales to stabilize/grow in the March quarter?**

XYZ

**Are Apple's best days behind it?**

XYZ