ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
JACOB G. GELMAN (344819)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
jgelman@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
ELLEN GUSIKOFF STEWART (144892)
JASON A. FORGE (181542)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
elleng@rgrdlaw.com
jforge@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER RESETTING HEARING ON LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT<br><br>JUDGE:  Honorable Yvonne Gonzalez Rogers<br>CTRM:    1, 4th Floor |

1. This Stipulation is entered into by and among Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund ("Lead Plaintiff") and Defendants Apple Inc. ("Apple"), Timothy Cook, and Luca Maestri (collectively "Defendants" and together with Lead Plaintiff, the "Parties"), through their respective attorneys of record.

WHEREAS, on March 15, 2024, Lead Plaintiff filed an Unopposed Motion for Preliminary Approval of Proposed Settlement (the "Motion for Preliminary Approval") (Dkt. No. 421);

WHEREAS, the Parties understand that the Court has calendared an in-person hearing on the Motion for Preliminary Approval on April 30, 2024, at 2:00 p.m., as previously noticed in the Motion for Preliminary Approval;

WHEREAS, to accommodate the schedules of the Parties and counsel, the Parties respectfully and jointly request that the Court reset the hearing to May 7, 2024, at 2:00 p.m., subject to the Court's availability; and

WHEREAS, all Parties consent to the requested continuance.

NOW THEREFORE, it is stipulated and agreed among the undersigned Parties, and respectfully submitted for the Court's approval as follows:

The hearing on Lead Plaintiff's Unopposed Motion for Preliminary Approval of the Proposed Settlement is reset to May 7, 2024, at 2:00 p.m.

**IT IS SO STIPULATED.**

DATED: March 21, 2024

ROBBINS GELLER RUDMAN
& DOWD LLP

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

*Lead Counsel for Lead Plaintiff and Class Representative Norfolk County Council as Administering Authority of the Norfolk Pension Fund*

DATED: March 21, 2024

ORRICK, HERRINGTON & SUTCLIFFE LLP

s/ James Kramer
JAMES KRAMER

*Attorneys for Defendants Apple Inc., Timothy Cook, and Luca Maestri*

DATED: March 21, 2024          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                    s/ Melinda Haag
                                    MELINDA HAAG

*Attorneys for Defendants Apple Inc., Timothy Cook, and Luca Maestri*

### CIVIL L.R. 5-1 ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I, Ellen Gusikoff Stewart, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Resetting Hearing on Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Settlement. In compliance with General Order 45, X.B., I hereby attest that James Kramer and Melinda Haag have concurred in this filing.

DATED: March 21, 2024          ROBBINS GELLER RUDMAN & DOWD LLP

                                    s/ Ellen Gusikoff Stewart
                                    ELLEN GUSIKOFF STEWART

\*     \*     \*

**O R D E R**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 22, 2024          _____
                                    THE HONORABLE YVONNE GONZALEZ ROGERS
                                    UNITED STATES DISTRICT JUDGE

STIP AND [PROPOSED] ORDER RESETTING HEARING ON LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT - 4:19-cv-02033-YGR          - 2 -