ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
JACOB G. GELMAN (344819)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
jgelman@rgrdlaw.com
        – and –
MARK SOLOMON (151949)
ELLEN GUSIKOFF STEWART (144892)
JASON A. FORGE (181542)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
elleng@rgrdlaw.com
jforge@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | DECLARATION OF CHRISTINE M. FOX FILED ON BEHALF OF LABATON KELLER SUCHAROW LLP IN SUPPORT OF LEAD COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LABATON KELLER SUCHAROW'S EXPENSES |
| ALL ACTIONS. | |

DATE:  September 17, 2024
TIME:   2:00 p.m.
CTRM: 1, 4th Floor
JUDGE: Honorable Yvonne Gonzalez Rogers

I, CHRISTINE M. FOX, declare as follows:

1.      I am a member of the firm of Labaton Keller Sucharow LLP (f/k/a Labaton Sucharow LLP) ("Labaton" or the "Firm").  I am submitting this declaration in support of the application for an award of attorneys' fees and expenses/costs ("expenses") in connection with services rendered in the above-entitled action (the "Action").

2.      This Firm is former Court-appointed lead counsel and counsel of record for former lead plaintiff, now an additional named plaintiff, Employees' Retirement System of the State of Rhode Island ("Rhode Island").

3.      The information in this declaration regarding the Firm's time and expenses is taken from time and expense reports and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business.  I am the main partner who oversaw and/or conducted the day-to-day activities in the litigation and I, and others assisting me, reviewed these reports (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration.  The purpose of this review was to confirm both the accuracy of the entries as well as the necessity for, and reasonableness of, the time and expenses committed to the litigation.  As a result of this review, reductions were made to both time and expenses in the exercise of billing judgment.  Based on this review and the adjustments made, I believe that the time reflected in the Firm's lodestar calculation and the expenses for which payment is sought herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the litigation.

4.      After the reductions referred to above, the number of hours spent on the Action by the Firm is 6,863.7.  A breakdown of the lodestar is provided in the attached Exhibit A.  The lodestar amount for attorney/professional time based on the Firm's current rates is $3,879,343.50.  The hourly rates shown in Exhibit A are the Firm's current rates in contingent cases set by the Firm for each individual.  These hourly rates are consistent with hourly rates submitted by the Firm to state and federal courts in other securities class action litigation.  The Firm's rates are set based on periodic analysis of the rates of firms performing comparable work both on the plaintiff and defense side.  Different timekeepers within the same employment category (*e.g.*, partners,

1   associates, paralegals, etc.) may have different rates based on a variety of factors, including years

2   of practice, years at the Firm, years in the current position (*e.g.*, years as a partner), relevant

3   experience, relative expertise, and the rates of similarly experienced peers at this Firm or other

4   firms.  For personnel who are no longer employed by the Firm, the "current rate" used for the

5   lodestar calculation is based upon the rate for that person in his or her final year of employment

6   with the Firm.

7       5.      Attached as Exhibit B is a table reflecting the time of each timekeeper in each of

8   22 categories, and also each timekeeper's individual hours and lodestar at their current rates.

9       6.      My Firm seeks an award of $307,992.77 in expenses and costs in connection with

10  the prosecution of the litigation.  Those expenses and costs are summarized by category in Exhibit

11  C.

12      7.      The following is additional information regarding certain of these expenses:

13              (a)     Filing, Service and Other Court Fees: $1,260.00.  These expenses have been

14  paid to courts in connection with *pro hac vice* motions.  The entities paid for these services are set

15  forth in Exhibit D.

16              (b)     Class Action Notices/Business Wire: $1,720.00.  This expense was required

17  by the Private Securities Litigation Reform Act of 1995's "early notice" provision, which requires,

18  among other things, that:

19          Not later than 20 days after the date on which the complaint is filed, the plaintiff or
            plaintiffs shall cause to be published, in a widely circulated national business-
20          oriented publication or wire service, a notice advising members of the purported
            plaintiff class – (I) of the pendency of the action, the claims asserted therein, and
21          the purported class period; and (II) that, not later than 60 days after the date on
            which the notice is published, any member of the purported class may move the
22          court to serve as lead plaintiff of the purported class.

23  *See* 15 U.S.C. §78u-4(a)(3)(A)(i).

24              (c)     Work-Related Transportation, Hotels & Meals: $19,922.78.  In connection

25  with the litigation, the Firm paid for work-related transportation within the Firm's local area, as

26  well as expenses for travel out of state for, among other things, attending Court hearings and the

27

28  DECLARATION OF CHRISTINE M. FOX FILED ON BEHALF OF LABATON KELLER
    SUCHAROW LLP IN SUPPORT OF LEAD COUNSEL'S APPLICATION FOR AN AWARD OF
    ATTORNEYS' FEES AND LABATON KELLER SUCHAROW'S EXPENSES - 4:19-cv-02033-YGR    - 2 -

1    deposition of a representative of Rhode Island.  The date, destination, and purpose of each trip is

2    set forth in Exhibit E.

3            (d)    Court Hearing Transcripts and Deposition Reporting, Transcripts, and

4    Videography: $3,164.70.  The vendors who were paid for hearing and deposition transcripts are

5    listed in Exhibit F.

6            (e)    Experts/Consultants/Investigators: $185,291.06.

7            (i)    Damages/Loss Causation: $112,915.15.  In connection with

8    evaluating the case, the investigation of the claims and defenses, and drafting the initial and

9    consolidated complaint in the Action, the Firm retained consulting economic experts to analyze

10   loss causation issues, estimate alleged artificial inflation, and estimate aggregate damages.

11           (ii)   Outside Investigators: $72,375.91.  The Firm retained outside

12   investigators who worked with the Firm's in-house investigators to identify, contact and interview

13   former employees in the People's Republic of China and Asia who were native Mandarin speakers,

14   and former employees and people from related third parties, who potentially had relevant probative

15   information.  The international investigators were also engaged to do relevant Mandarin language

16   open-source research.

17           (f)    Litigation Support: $66,834.83.  In connection with discovery produced by

18   Rhode Island in the case, the Firm utilized a litigation support vendor to gather electronic

19   information from Rhode Island for production and to host the electronic data.

20           (g)    Duplicating: $14,112.11.  In connection with this case, the Firm made

21   56,745 in-house photocopies/printouts, at $0.20 per page for a total of $11,349.00.  Each time an

22   in-house copy machine or printer is used, the Firm's accounting system requires that a case or

23   administrative code be entered and that is how the 56,745 pages were identified as related to this

24   case.  My Firm also paid $2,763.11 to outside copy vendors.  A breakdown of these outside costs

25   by date and vendor is set forth in Exhibit G.

26           (h)    Online Legal and Financial Research: $14,481.37.  This category includes

27   vendors such as ThomsonWest (Westlaw), LEXIS/NEXIS Risk Solutions, Lexis-Nexis, and Pacer.

28   DECLARATION OF CHRISTINE M. FOX FILED ON BEHALF OF LABATON KELLER
     SUCHAROW LLP IN SUPPORT OF LEAD COUNSEL'S APPLICATION FOR AN AWARD OF
     ATTORNEYS' FEES AND LABATON KELLER SUCHAROW'S EXPENSES - 4:19-cv-02033-YGR      - 3 -

1    These resources were used to obtain access to SEC filings, factual and financial databases, legal

2    research, and for cite-checking of briefs.  This expense represents the costs incurred by the Firm

3    for use of these services in connection with this litigation.  The expenses relating to these vendors

4    vary depending upon the type of services requested and are tracked as related to this Action by the

5    use of a case or administrative code.

6         8.    The expenses pertaining to this case are reflected in the books and records of the

7    Firm.  These books and records are prepared from receipts, expense vouchers, check records, and

8    other documents and are an accurate record of the expenses.

9         9.    The identification and background of my Firm, its partners, and of counsel is

10   attached hereto as Exhibit H.

11        I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th

12   day of July, 2024 at New York, NY.

13                                                _____

14                                                CHRISTINE M. FOX

**Exhibit A**

**EXHIBIT A**

*In re Apple Inc. Securities Litigation*, No. 4:19-cv-02033-YGR
Labaton Keller Sucharow LLP

Inception through July 11, 2024

| Name | | Current Hourly Rate | Total Hours | Lodestar | Year of First Bar Admission |
|------|---|---|---|---|---|
| Carol Villegas | (P) | $1,025 | 329.0 | $337,225.00 | 2003 |
| Christine Fox | (P) | $1,075 | 717.0 | $770,775.00 | 1995 |
| Eric Belfi | (P) | $1,075 | 39.7 | $42,677.50 | 1996 |
| Francis McConville | (P) | $950 | 223.3 | $212,135.00 | 2009 |
| Jonathan Gardner | (P) | $1,275 | 56.9 | $72,547.50 | 1991 |
| Derick Cividini | (OC) | $800 | 104.3 | $83,440.00 | 2009 |
| Ross Kamhi | (OC) | $650 | 245.4 | $159,510.00 | 2012 |
| William Schervish II | (OC) | $700 | 41.6 | $29,120.00 | 2008 |
| Alec Coquin | (A) | $575 | 52.8 | $30,360.00 | 2015 |
| Aram Boghosian | (A) | $475 | 7.9 | $3,752.50 | 2016 |
| Charles Farrell | (A) | $475 | 153.1 | $72,722.50 | 2020 |
| Charles Wood | (A) | $550 | 264.0 | $145,200.00 | 2019 |
| William Accordino Jr. | (A) | $425 | 435.0 | $184,875.00 | 2019 |
| Betsy Schulman | (SA) | $350 | 923.3 | $323,155.00 | 2012 |
| David Pumo | (SA) | $450 | 1435.4 | $645,930.00 | 1999 |
| Emily Barlow | (SA) | $430 | 344.8 | $148,264.00 | 2003 |
| Nabeel Haque | (SA) | $375 | 223.5 | $83,812.50 | 2011 |
| Aaron Stroock | (I) | $150 | 12.3 | $1,845.00 | NA |
| Amy Greenbaum | (I) | $625 | 153.7 | $96,062.50 | NA |
| Jerome Pontrelli | (I) | $550 | 30.6 | $16,830.00 | NA |
| Joseph Clark | (I) | $500 | 30.8 | $15,400.00 | NA |
| Mark Crowley | (I) | $435 | 30.0 | $13,050.00 | NA |
| Mollie Yellin | (I) | $165 | 36.5 | $6,022.50 | NA |
| Rian Wroblewski | (I) | $450 | 289.0 | $130,050.00 | NA |
| Alexandra Carpio | (PL) | $375 | 10.5 | $3,937.50 | NA |
| Cheryl Boria | (PL) | $390 | 12.0 | $4,680.00 | NA |
| Denise Rogers | (PL) | $375 | 36.0 | $13,500.00 | NA |
| Ellen Jordan | (PL) | $335 | 9.0 | $3,015.00 | NA |
| Euterpe (Lourdes) Pina | (PL) | $375 | 36.0 | $13,500.00 | NA |
| Francisco Malonzo | (PL) | $380 | 170.4 | $64,752.00 | NA |
| Keri Judd | (PL) | $390 | 23.7 | $9,243.00 | NA |
| Nathan Donlon | (PL) | $390 | 275.3 | $107,367.00 | NA |
| Norbert Sygdziak | (PL) | $335 | 13.5 | $4,522.50 | NA |

| Name | | Current Hourly Rate | Total Hours | Lodestar | Year of First Bar Admission |
|------|------|------|------|------|------|
| Elaine Rivera | (RA) | $290 | 47.5 | $13,775.00 | NA |
| Eunice Ahn | (RA) | $355 | 9.2 | $3,266.00 | NA |
| Victoria Tse | (RA) | $320 | 40.7 | $13,024.00 | NA |
| **GRAND TOTAL** | | | **6863.7** | **$3,879,343.50** | |

(P) Partner       (SA) Staff Attorney     (RA) Research Analyst
(OC) Of Counsel    (I) Investigator
(A) Associate        (PL) Paralegal

**Exhibit B**

1

**EXHIBIT B – LODESTAR BY CATEGORY TABLE**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*In re Apple Inc. Securities Litigation, No. 4:19-cv-02033-YGR*

**Firm Name: Labaton Keller Sucharow LLP**

Reporting Period: Inception through July 10, 2024

Categories:
(1) Factual Investigation
(2) Legal Research
(3) Financial Research
(4) Litigation Strategy & Analysis
(5) Draft Initial or Amended Complaint
(6) Lead Plaintiff Motion
(7) Motion to Dismiss

(8) Class Certification & Notice
(9) Discovery
(10) Discovery Motion Practice
(11) Document Review
(12) Other Pleadings, Briefs and Pretrial Motions
(13) Fact Depositions
(14) Experts, Consultants & Investigators

(15) Summary Judgment
(16) Mediation, Settlement Negotiations, Documentation, Preliminary/Final Approval and POA
(17) Trial Preparation
(18) Trial
(19) Appeal
(20) Court Appearance & Preparation
(21) Client/Shareholder Communication

(22) Case/File Organization, Litigation File Support Tasks

| Name | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | Current Hours | Current Rate | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carol Villegas | P | 32.9 | - | - | 21.9 | 43.7 | - | 11.8 | 12.7 | 35.5 | 2.3 | - | 3.4 | - | 11.2 | - | - | - | - | - | 133.8 | 18.3 | 1.5 | 329.0 | $1,025 | $337,225.00 |
| Christine Fox | P | 28.9 | 18.9 | 0.8 | 18.1 | 285.4 | - | 24.9 | 18.8 | 51.6 | 2.6 | - | 1.0 | 133.0 | 26.0 | - | 6.4 | - | - | - | 86.3 | 12.8 | 1.5 | 717.0 | $1,075 | $770,775.00 |
| Eric Belfi | P | 5.0 | - | - | 6.9 | - | - | - | 0.6 | 7.0 | - | - | - | - | - | - | - | - | - | - | 6.0 | 14.2 | - | 39.7 | $1,075 | $42,677.50 |
| Francis McConville | P | - | - | - | 13.7 | 15.9 | 114.5 | 3.2 | - | - | - | - | - | - | - | - | - | - | - | - | 59.0 | 17.0 | - | 223.3 | $950 | $212,135.00 |
| Jonathan Gardner | P | - | - | - | 42.2 | 5.3 | - | - | 1.1 | - | - | - | - | - | 8.1 | - | - | - | - | - | 0.2 | - | - | 56.9 | $1,275 | $72,547.50 |
| Derick Cividini | OC | - | - | - | - | - | - | - | - | 85.3 | - | - | 7.3 | - | - | - | - | - | - | - | - | 11.7 | - | 104.3 | $800 | $83,440.00 |
| Ross Kamhi | OC | 20.0 | 6.7 | - | 13.2 | 49.5 | - | 125.7 | - | 4.7 | 1.3 | - | - | - | 4.5 | - | - | - | - | - | 17.9 | 1.3 | 0.6 | 245.4 | $650 | $159,510.00 |
| William Schervish II | OC | - | 2.6 | 22.4 | - | 12.6 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4.0 | - | 41.6 | $700 | $29,120.00 |
| Alec Coquin | A | - | 8.9 | - | 0.6 | 5.0 | 23.7 | - | - | 7.6 | - | - | - | - | - | - | - | - | - | - | 5.8 | 1.2 | - | 52.8 | $575 | $30,360.00 |
| Aram Boghosian | A | - | - | - | 7.9 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7.9 | $475 | $3,752.50 |
| Charles Farrell | A | 39.7 | 36.8 | 5.4 | 5.1 | 43.1 | - | 18.5 | - | - | - | - | - | - | 2.8 | - | - | - | - | - | - | - | 1.7 | 153.1 | $475 | $72,722.50 |
| Charles Wood | A | 0.7 | 22.5 | - | 5.6 | 51.3 | 130.0 | 2.6 | - | - | - | - | 4.8 | - | - | - | - | - | - | - | 33.3 | 13.2 | - | 264.0 | $550 | $145,200.00 |
| William Accordino Jr. | A | 101.4 | 40.1 | 16.1 | 8.1 | 215.2 | 0.5 | - | - | 7.4 | - | - | 23.6 | - | 8.5 | - | - | - | - | - | 6.9 | 4.0 | 3.2 | 435.0 | $425 | $184,875.00 |
| Betsy Schulman | SA | - | - | - | - | - | - | - | - | 30.3 | - | 893.0 | - | - | - | - | - | - | - | - | - | - | - | 923.3 | $350 | $323,155.00 |
| David Pumo | SA | - | - | - | - | - | - | - | - | - | - | 1,435.4 | - | - | - | - | - | - | - | - | - | - | - | 1,435.4 | $450 | $645,930.00 |
| Emily Barlow | SA | - | - | - | - | - | - | - | - | - | - | 344.8 | - | - | - | - | - | - | - | - | - | - | - | 344.8 | $430 | $148,264.00 |
| Nabeel Haque | SA | - | - | - | - | - | - | 147.2 | - | 76.3 | - | - | - | - | - | - | - | - | - | - | - | - | - | 223.5 | $375 | $83,812.50 |
| Aaron Stroock | I | 12.3 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 12.3 | $150 | $1,845.00 |
| Amy Greenbaum | I | 152.2 | - | - | 1.5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 153.7 | $625 | $96,062.50 |
| Jerome Pontrelli | I | 30.1 | - | - | - | 0.5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 30.6 | $550 | $16,830.00 |
| Joseph Clark | I | 30.8 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 30.8 | $500 | $15,400.00 |
| Mark Crowley | I | 30.0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 30.0 | $435 | $13,050.00 |
| Mollie Yellin | I | 36.5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 36.5 | $165 | $6,022.50 |
| Rian Wroblewski | I | 289.0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 289.0 | $450 | $130,050.00 |
| Alexandra Carpio | PL | - | - | - | - | 3.9 | - | - | - | - | - | - | - | - | 0.5 | - | - | - | - | - | - | - | 6.1 | 10.5 | $375 | $3,937.50 |
| Cheryl Boria | PL | - | - | - | - | 10.5 | 1.5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 12.0 | $390 | $4,680.00 |
| Denise Rogers | PL | - | - | - | - | 11.4 | 23.7 | - | - | - | - | - | 0.9 | - | - | - | - | - | - | - | - | - | - | 36.0 | $375 | $13,500.00 |
| Ellen Jordan | PL | - | - | - | - | - | 9.0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 9.0 | $335 | $3,015.00 |
| Euterpe (Lourdes) Pina | PL | - | - | - | - | 3.7 | - | - | - | - | - | - | 32.3 | - | - | - | - | - | - | - | - | - | - | 36.0 | $375 | $13,500.00 |
| Francisco Malonzo | PL | 25.4 | - | - | - | 77.1 | - | 22.7 | - | - | - | - | 9.8 | - | 0.6 | - | - | - | - | - | 21.3 | 0.9 | 12.6 | 170.4 | $380 | $64,752.00 |
| Keri Judd | PL | 0.4 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 23.3 | 23.7 | $390 | $9,243.00 |
| Nathan Donlon | PL | 27.5 | 2.6 | 2.2 | - | 145.3 | - | 25.7 | - | - | - | - | 12.0 | - | 1.0 | - | - | - | - | - | 0.3 | 0.8 | 57.9 | 275.3 | $390 | $107,367.00 |
| Norbert Sygdziak | PL | - | - | - | - | 13.5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 13.5 | $335 | $4,522.50 |
| Elaine Rivera | RA | - | - | 47.5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 47.5 | $290 | $13,775.00 |
| Eunice Ahn | RA | - | - | 8.9 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.3 | 9.2 | $355 | $3,266.00 |
| Victoria Tse | RA | - | - | 40.7 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 40.7 | $320 | $13,024.00 |
| **TOTAL:** | | 862.8 | 139.1 | 144.0 | 136.9 | 1,000.3 | 303.4 | 235.1 | 33.2 | 376.6 | 6.2 | 2,756.8 | 87.8 | 133.0 | 63.2 | - | 6.4 | - | - | - | 370.8 | 99.4 | 108.7 | 6,863.7 | | $3,879,343.50 |

(P) Partner
(OC) Of Counsel

(A) Associate
(SA) Staff Attorney

(I) Investigator
(PL) Paralegal

(RA) Research Analyst

# Exhibit C

# EXHIBIT C

*In re Apple Inc. Securities Litigation*, No. 4:19-cv-02033-YGR
Labaton Keller Sucharow LLP
Inception through July 11, 2024

| CATEGORY | | AMOUNT |
|---|---|---|
| Filing, Service & Other Court Fees | | $1,260.00 |
| Class Action Notices/Business Wire | | $1,720.00 |
| Work-Related Transportation, Hotels & Meals[1] | | $19,922.78 |
| Long Distance Telephone, Conference Calls, Travel WIFI | | $189.49 |
| Messenger, Overnight Delivery | | $1,016.43 |
| Litigation Support[2] | | $66,834.83 |
| Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography | | $3,164.70 |
| Experts/Consultants/Investigators | | $185,291.06 |
| Damages/Loss Causation | $112,915.15 | |
| Outside Investigators | $72,375.91 | |
| Duplicating | | $14,112.11 |
| Outside: | $2,763.11 | |
| In-House: (56,745copies at $0.20 per page) | $11,349.00 | |
| Online Legal and Financial Research | | $14,481.37 |
| *TOTAL* | | *$307,992.77* |

[1] The total for Work-Related Transportation, Hotels & Meals includes $1,560.28 in estimated costs for Christine Fox to attend the September 2024 final approval hearing in San Francisco, CA.  If less than this amount is incurred, the Firm will refund the difference to the Settlement Fund.  If more than this amount is incurred, $1,560.28 will be the cap paid to the Firm.

[2] The total for Litigation Support includes $3,889.48 in estimated costs for maintaining electronic discovery in "cold storage" through the Effective Date of the Settlement.  If less than this amount is incurred, the Firm will refund the difference to the Settlement Fund.  If more than this amount is incurred, $3,889.48 will be the cap paid to the Firm.

**Exhibit D**

**EXHIBIT D**

*In re Apple Inc. Securities Litigation*, No. 4:19-cv-02033-YGR
Labaton Keller Sucharow LLP

Filing, Service and Other Court Fees: $1,260.00

| DATE | VENDOR | PURPOSE |
|------|--------|---------|
| 09/24/2019 | U.S. District Court N.D. Cal. | *Pro Hac Vice* fee - Christine Fox |
| 08/09/2019 | U.S. District Court N.D. Cal. | *Pro Hac Vice* fee - Carol Villegas |
| 08/08/2019 | Clerk, Appellate Division | Certificate of Good Standing - Carol Villegas |
| 08/09/2019 | Clerk, Appellate Division | Certificate of Good Standing - Eric Belfi |
| 06/07/2019 | U.S. District Court N.D. Cal. | *Pro Hac Vice* fee - Francis McConville |
| 06/07/2019 | U.S. District Court N.D. Cal. | *Pro Hac Vice* fee - Eric Belfi |

**Exhibit E**

**EXHIBIT E**

*In re Apple Inc. Securities Litigation*, No. 4:19-cv-02033-YGR
Labaton Keller Sucharow LLP

Work-Related Transportation, Hotels & Meals: $19,922.78 (total)

    $4,131.36 (local)
    $15,791.42 (out-of-town travel, details below)

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Francis McConville | 08/11/2019 - 08/14/2019 | San Francisco | Court Hearing |
| Carol Villegas | 08/12/2019 - 08/13/2019 | San Francisco | Court Hearing |
| Eric Belfi | 08/12/2019 - 08/14/2019 | San Francisco | Court Hearing |
| Christine Fox | 03/10/2020 - 03/11/2020 | San Francisco | Court Hearing |
| Carol Villegas | 03/08/2020 - 03/11/2020 | San Francisco | Court Hearing |
| Christine Fox | 08/02/2021 - 08/04/2021 | Providence, RI | Deposition of Rhode Island |
| Carol Villegas | 08/03/2021 - 08/04/2021 | Providence, RI | Deposition of Rhode Island |
| Eric Belfi | 08/03/2021 - 08/04/2021 | Providence, RI | Deposition of Rhode Island |
| Christine Fox | 05/08/2023 - 05/10/2023 | San Francisco | Court Hearing |
| Christine Fox | 05/06/2024 - 05/07/2024 | San Francisco | Court Hearing |
| Christine Fox | 09/16/2024 - 09/17/2024 | San Francisco | Court Hearing |

**Exhibit F**

1

**EXHIBIT F**

2

3

*In re Apple Inc. Securities Litigation*, No. 4:19-cv-02033-YGR
Labaton Keller Sucharow LLP

4

Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography: $3,164.70

5

6

7

8

9

10

| DATE | VENDOR | PURPOSE |
|------|--------|---------|
| 08/13/2019 | Diane Skillman | Transcript of hearing |
| 03/11/2020 | Pamela A. Batalo, CSR | Transcript of hearing |
| 06/23/2021 | Aptus Court Reporting | Deposition of Michael Shapiro |
| 08/04/2021 | Veritext | Deposition of Justin Maistro (Rhode Island 30(b)(6) representative) |
| 06/08/2022 | Veritext | Deposition of Don Chance |
| 05/07/2024 | Franklin Court Reporting | Transcript of hearing |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit G**

1

**EXHIBIT G**

2

3

*In re Apple Inc. Securities Litigation*, No. 4:19-cv-02033-YGR
Labaton Keller Sucharow LLP

4

Duplicating:          $14,112.11 (total)

5

    In-House:          $11,349.00 (56,745 pages at $0.20 per page)
    Outside:          $2,763.11(detailed below)

6

| DATE | VENDOR | PURPOSE |
|------|--------|---------|
| 03/31/2020 | United Litigation Discovery | Hearing Material |
| 09/13/2020 | Probes Reporter, LLC | Investigation |

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CHRISTINE M. FOX FILED ON BEHALF OF LABATON KELLER
SUCHAROW LLP IN SUPPORT OF LEAD COUNSEL'S APPLICATION FOR AN AWARD OF
ATTORNEYS' FEES AND LABATON KELLER SUCHAROW'S EXPENSES - 4:19-cv-02033-YGR    - 12 -

**Exhibit H**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT H**

*In re Apple Inc. Securities Litigation*, No. 4:19-cv-02033-YGR

FIRM RESUME



2024

# Labaton Keller Sucharow Credentials

New York | Delaware | London | Washington, D.C.

————————————————————



# Table of Contents

About the Firm................................................................................................................................2

Securities Class Action Litigation...................................................................................................4

Representative Client List...............................................................................................................17

Awards and Accolades....................................................................................................................19

Commitment to Diversity, Equity, and Inclusion............................................................................20

Professional Profiles.......................................................................................................................22



# About the Firm

***Labaton Keller Sucharow has recovered billions of dollars for investors, businesses, and consumers***

Founded in 1963, Labaton Keller Sucharow LLP has earned a reputation as one of the leading plaintiffs' firms in the United States.  For more than 60 years, Labaton Keller Sucharow has successfully exposed corporate misconduct and recovered billions of dollars in the United States and around the globe on behalf of investors and consumers.  Our mission is to continue this legacy and to continue to advance market fairness and transparency in the areas of securities, corporate governance and shareholder rights, and data privacy and cybersecurity litigation, as well as whistleblower representation.  Our Firm has recovered significant losses for investors and secured corporate governance reforms on behalf of the nation's largest institutional investors, including public pension, Taft-Hartley, and hedge funds, investment banks, and other financial institutions.

Along with securing newsworthy recoveries, the Firm has a track record for successfully prosecuting complex cases from discovery to trial to verdict.  As *Chambers and Partners* has noted, the Firm is ***"considered one of the greatest plaintiffs' firms,"*** and *The National Law Journal* "Elite Trial Lawyers" recently recognized our attorneys for their ***"cutting-edge work on behalf of plaintiffs."*** Our appellate experience includes winning appeals that increased settlement values for clients and securing a landmark U.S. Supreme Court victory in 2013 that benefited all investors by reducing barriers to the certification of securities class action cases.

Our Firm provides global securities portfolio monitoring and advisory services to more than 250 institutional investors, including public pension funds, asset managers, hedge funds, mutual funds, banks, sovereign wealth funds, and multi-employer plans—with collective assets under management (AUM) in excess of $3.5 trillion.  We are equipped to deliver results due to our robust infrastructure of more than 70 full-time attorneys, a dynamic professional staff, and innovative technological resources.  Labaton Keller Sucharow attorneys are skilled in every stage of business litigation and have challenged corporations from every sector of the financial market.  Our professional staff includes financial analysts, paralegals, e-discovery specialists, certified public accountants, certified fraud examiners, and a forensic accountant.  We have one of the largest in-house investigative teams in the securities bar.



**Securities Litigation:**  As a leader in the securities litigation field, the Firm is a trusted advisor to more than 250 institutional investors with collective assets under management in excess of $3.5 trillion.  Our practice focuses on portfolio monitoring and domestic and international securities litigation for sophisticated institutional investors.  Since the passage of the Private Securities Litigation Reform Act of 1995, we have recovered more than $25 billion in the aggregate.  Our success is driven by the Firm's robust infrastructure, which includes one of the largest in-house investigative teams in the plaintiffs' bar.

**Corporate Governance and Shareholder Rights Litigation:**  Our breadth of experience in shareholder advocacy has also taken us to Delaware, where we press for corporate reform through our Wilmington office.  These efforts have already earned us a string of enviable successes, including the historic $1 billion cash settlement three weeks before trial in *In re Dell Technologies Inc. Class V Stockholders Litigation*, the largest shareholder settlement ever in any state court in America and the 17th largest shareholder settlement of all time in federal and state court, and a $153.75 million settlement on behalf of shareholders *in In re Freeport-McMoRan Copper & Gold Inc. Derivative Litigation*, one of the largest derivative settlements ever achieved in the Court of Chancery.

**Consumer Protection and Data Privacy Litigation:**  Labaton Keller Sucharow is dedicated to putting our expertise to work on behalf of consumers who have been wronged by fraud in the marketplace.  Built on our world-class litigation skills, deep understanding of federal and state rules and regulations, and an unwavering commitment to fairness, our Consumer Protection and Data Privacy Litigation focuses on protecting consumers and improving the standards of business conduct through litigation and reform.  Our team achieved a historic $650 million settlement in *the In re Facebook Biometric Information Privacy Litigation* matter—the largest consumer data privacy settlement ever, and one of the first cases asserting biometric privacy rights of consumers under Illinois' Biometric Information Privacy Act (BIPA).

*"Labaton Keller Sucharow is 'superb' and 'at the top of its game.'  The Firm's team of 'hard-working lawyers…push themselves to thoroughly investigate the facts' and conduct 'very diligent research.'"*

*– The Legal 500*



# Securities Class Action Litigation Practice

Labaton Keller Sucharow has been an advocate and trusted partner on behalf of institutional investors for more than 60 years.  As a result of the significant victories the Firm has obtained for clients, Labaton Keller Sucharow has earned a reputation as a leading law firm for pension funds, asset managers, and other large institutional investors across the world.

Since the passage of the Private Securities Litigation Reform Act of 1995 (PSLRA), the Firm has recovered more than **$25 billion** for injured investors through securities class actions prosecuted throughout the United States against numerous public corporations and other corporate wrongdoers.

We have earned the trust of our clients and the courts, serving as lead counsel in some of the most intricate and high-profile securities fraud cases in history.  These notable recoveries would not be possible without our exhaustive case evaluation process, which allows our securities litigators to focus solely on cases with strong merits.  The benefits of our selective approach are reflected in the low dismissal rate of the securities cases we pursue, a rate well below the industry average.

Our attorneys are skilled in every stage of business litigation and have challenged corporations from every sector of the financial markets.  More than half of the Firm's partners have trial experience.  In many instances, this broad experience with every stage of litigation is supplemented by knowledge and expertise gained from prior professional experience.  For example, seven of the Firm's partners have worked in government, including the Department of Justice (DOJ).

From investigation to the litigation of claims, we work closely with our clients to provide the information and analysis necessary to fully protect their investments.  Labaton Keller Sucharow is one of the first firms in the country to have a dedicated, in-house investigations department.  ***The Firm stands out in the securities class action bar in that our monitoring, investigation, and litigation services are all performed in-house.***

The Firm's success is reflected in the results Labaton Keller Sucharow achieves for its clients.  Our world-class case evaluation and development services are informed by our experience serving as lead/co-lead counsel in more than 225 U.S. federal securities class actions.

## Representative Experience

Labaton Keller Sucharow has achieved notable successes in financial and securities class actions on behalf of investors, including the following:



### *In re American International Group, Inc. Securities Litigation*

In one of the most complex and challenging securities cases in history, Labaton Keller Sucharow secured more than **$1 billion** in recoveries on behalf of co-lead plaintiffs Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio, and Ohio Police and Fire Pension Fund in a case arising from allegations of bid rigging and accounting fraud.  To achieve this remarkable recovery, the Firm took over 100 depositions and briefed 22 motions to dismiss.  The full settlement entailed a $725 million settlement with American International Group (AIG), a $97.5 million settlement with AIG's auditors, a $115 million settlement with former AIG officers and related defendants, and an additional $72 million settlement with General Reinsurance Corporation.

### *In re Countrywide Financial Corp. Securities Litigation*

Labaton Keller Sucharow, as lead counsel for the New York State Common Retirement Fund and the five New York City public pension funds, secured a $624 million settlement on behalf of investors in one of the nation's largest issuers of mortgage loans.  The Firm's focused investigation and discovery efforts uncovered incriminating evidence of credit risk misrepresentations.  The settlement is one of the top 20 securities class action settlements in the history of the PSLRA.

### *In re Apple Inc. Securities Litigation*

Labaton Keller Sucharow secured a $490 million settlement of behalf of our client the Employees' Retirement System of the State of Rhode Island.  The case involves Apple's January 2017 software update that allegedly secretly slowed the performance of certain iPhones with battery-related issues, leading consumers to prematurely believe their devices had become obsolete and upgrade their iPhones at a fast rate.  Apple revealed it had been intentionally slowing down certain iPhones, also disclosing that the problem was battery-related, as opposed to device-related, and offered discounted replacement batteries throughout 2018 in light of public outrage.  The deliberate materially false and misleading statements also disregarded the U.S.-China trade war, declining Chinese economy, and the strength of the U.S. dollar had negatively impacted demand for iPhones in Greater China, Apple's third-largest marketing and most important growth market.

### *In re HealthSouth Corp. Securities Litigation*

Labaton Keller Sucharow served as co-lead counsel to New Mexico State Investment Council in a case stemming from one of the largest frauds ever perpetrated in the healthcare industry.  The $671 million settlement recovered for the class is one of the top 15 securities class action settlements of all time.  In early 2006, lead plaintiffs negotiated a settlement of $445 million with defendant HealthSouth.  In 2009, the court also granted final approval to a $109 million settlement with defendant Ernst & Young LLP.  In addition, in 2010, the court granted final approval to a $117 million settlement with the remaining principal defendants in the case—UBS AG, UBS Warburg LLC, Howard Capek, Benjamin Lorello, and William McGahan.



### *In re Schering-Plough/ENHANCE Securities Litigation*

As co-lead counsel, Labaton Keller Sucharow secured a $473 million settlement on behalf of co-lead plaintiff Massachusetts Pension Reserves Investment Management Board.  The settlement was approved after five years of litigation and just three weeks before trial.  This recovery is one of the largest securities fraud class action settlements against a pharmaceutical company.  The Special Masters' Report noted, "The outstanding result achieved for the class is the direct product of outstanding skill and perseverance by Co-Lead Counsel . . . no one else . . . could have produced the result here—no government agency or corporate litigant to lead the charge and the Settlement Fund is the product solely of the efforts of Plaintiffs' Counsel."

### *In re Waste Management, Inc. Securities Litigation*

Labaton Keller Sucharow achieved an extraordinary settlement that provided for the recovery of $457 million in cash, plus an array of far-reaching corporate governance measures.  Labaton Keller Sucharow represented lead plaintiff Connecticut Retirement Plans and Trust Funds.  At the time of the settlement, it was the largest common fund settlement of a securities action achieved in any court within the Fifth Circuit and the third largest achieved in any federal court in the nation.

### *In re General Motors Corp. Securities Litigation*

Labaton Keller Sucharow secured a settlement of $303 million as co-lead counsel in a case against automotive giant General Motors (GM) and its auditor Deloitte & Touche LLP (Deloitte).  The final settlement is one of the largest settlements ever secured in the early stages of a securities fraud case, which consisted of a cash payment of $277 million by GM and $26 million in cash from Deloitte.  Lead plaintiff Deka Investment GmbH alleged that GM, its officers, and its outside auditor overstated GM's income by billions of dollars and GM's operating cash flows by tens of billions of dollars, through a series of accounting manipulations.

### *Wyatt v. El Paso Corp.*

Labaton Keller Sucharow secured a $285 million class action settlement against the El Paso Corporation on behalf of the co-lead plaintiff, an individual.  The case involved a securities fraud stemming from the company's inflated earnings statements, which cost shareholders hundreds of millions of dollars during a four-year span.  Upon approving the settlement, the court commended the efficiency with which the case had been prosecuted, particularly in light of the complexity of the allegations and the legal issues.

### *In re Bear Stearns Cos., Inc. Securities, Derivative & ERISA Litigation*

Labaton Keller Sucharow served as co-lead counsel, securing a $294.9 million settlement on behalf of lead plaintiff State of Michigan Retirement Systems and the class.  The action alleged that Bear Stearns and certain officers and directors made misstatements and omissions in connection with Bear Stearns' financial condition, including losses in the value of its mortgage-backed assets and Bear Stearns' risk profile and liquidity.  The action further claimed that Bear Stearns' outside auditor, Deloitte, made misstatements and omissions in connection with its audits of Bear Stearns' financial statements for



fiscal years 2006 and 2007.  Our prosecution of this action required us to develop a detailed understanding of the arcane world of packaging and selling subprime mortgages.  Our complaint was called a "tutorial" for plaintiffs and defendants alike in this fast-evolving area.  After surviving motions to dismiss, the court granted final approval to settlements with the defendant Bear Stearns for $275 million and with Deloitte for $19.9 million.

### *In re Massey Energy Co. Securities Litigation*

Labaton Keller Sucharow secured a $265 million all-cash settlement as co-lead counsel representing the Commonwealth of Massachusetts Pension Reserves Investment Trust in a case arising from one of the most notorious mining disasters in U.S. history.  The settlement was reached with Alpha Natural Resources, Massey's parent company.  Investors alleged that Massey falsely told investors it had embarked on safety improvement initiatives and presented a new corporate image following a deadly fire at one of its coalmines in 2006.  After another devastating explosion, which killed 29 miners in 2010, Massey's market capitalization dropped by more than $3 billion.

### *Eastwood Enterprises, LLC v. Farha (WellCare Securities Litigation)*

Labaton Keller Sucharow served as co-lead counsel and secured a $200 million settlement on behalf of the New Mexico State Investment Council and the Public Employees Retirement Association of New Mexico over allegations that WellCare Health Plans, Inc., a Florida-based healthcare service provider, disguised its profitability by overcharging state Medicaid programs.  Further, under the terms of the settlement approved by the court, WellCare agreed to pay an additional $25 million in cash if, at any time in the next three years, WellCare was acquired or otherwise experienced a change in control at a share price of $30 or more after adjustments for dilution or stock splits.

### *In re SCANA Corporation Securities Litigation*

Labaton Keller Sucharow served as co-lead counsel and secured a $192.5 million settlement on behalf of the class and co-lead plaintiff West Virginia Investment Management Board in this matter against a regulated electric and natural gas public utility.  When the case settled in 2019, it represented the largest securities fraud settlement in the history of the District of South Carolina.   The action alleged that for a period of two years, the company and certain of its executives made a series of misstatements and omissions regarding the progress, schedule, costs, and oversight of a key nuclear reactor project in South Carolina.  Labaton Keller Sucharow conducted an extensive investigation into the alleged fraud, including by interviewing 69 former SCANA employees and other individuals who worked on the nuclear project.  In addition, Labaton Keller Sucharow obtained more than 1,500 documents from South Carolina regulatory agencies, SCANA's state-owned junior partner on the nuclear project, and a South Carolina newspaper, among others, pursuant to the South Carolina Freedom of Information Act (FOIA).  This information ultimately provided the foundation for our amended complaint and was relied upon by the court extensively in its opinion denying defendants' motion dismiss.



### *In re Bristol-Myers Squibb Securities Litigation*

Labaton Keller Sucharow served as lead counsel representing the lead plaintiff, union-owned LongView Collective Investment Fund of the Amalgamated Bank (LongView), against drug company Bristol-Myers Squibb (BMS).  LongView claimed that the company's press release touting its new blood pressure medication, Vanlev, left out critical information— that undisclosed results from the clinical trials indicated that Vanlev appeared to have life-threatening side effects.  The Food and Drug Administration (FDA) expressed serious concerns about these side effects and BMS released a statement that it was withdrawing the drug's FDA application, resulting in the company's stock price falling and losing nearly 30 percent of its value in a single day.  After a five-year battle, we won relief on two critical fronts.  First, we secured a $185 million recovery for shareholders, and second, we negotiated major reforms to the company's drug development process that will have a significant impact on consumers and medical professionals across the globe.  Due to our advocacy, BMS must now disclose the results of clinical studies on all of its drugs marketed in any country.

### *In re Fannie Mae 2008 Securities Litigation*

Labaton Keller Sucharow secured a $170 million settlement as co-lead counsel on behalf of co-lead plaintiff Boston Retirement System.  The lead plaintiffs alleged that Fannie Mae and certain of its current and former senior officers violated federal securities laws, by making false and misleading statements concerning the company's internal controls and risk management with respect to Alt-A and subprime mortgages.  The lead plaintiffs also alleged that defendants made misstatements with respect to Fannie Mae's core capital, deferred tax assets, other-than-temporary losses, and loss reserves.  Labaton Keller Sucharow successfully argued that investors' losses were caused by Fannie Mae's misrepresentations and poor risk management, rather than by the financial crisis.  This settlement is a significant feat, particularly following the unfavorable result in a similar case involving investors in Fannie Mae's sibling company, Freddie Mac.

### *In re Broadcom Corp. Class Action Litigation*

Labaton Keller Sucharow served as lead counsel on behalf of lead plaintiff New Mexico State Investment Council in a case stemming from Broadcom Corp.'s $2.2 billion restatement of its historic financial statements for 1998-2005.  In 2010, the Firm achieved a $160.5 million settlement with Broadcom and two individual defendants to resolve this matter, representing the second largest up-front cash settlement ever recovered from a company accused of options backdating.  Following a Ninth Circuit ruling confirming that outside auditors are subject to the same pleading standards as all other defendants, the district court denied the motion by Broadcom's auditor, Ernst & Young, to dismiss on the ground of loss causation.  This ruling is a major victory for the class and a landmark decision by the court—the first of its kind in a case arising from stock-options backdating.  In 2012, the court approved a $13 million settlement with Ernst & Young.



### *In re Satyam Computer Services Ltd. Securities Litigation*

Satyam Computer Services Ltd. (Satyam), referred to as "India's Enron," engaged in one of the most egregious frauds on record.  In a case that rivals the Enron and Bernie Madoff scandals, Labaton Keller Sucharow represented lead plaintiff, UK-based Mineworkers' Pension Scheme, which alleged that Satyam, related entities, Satyam's auditors, and certain directors and officers made materially false and misleading statements to the investing public about the company's earnings and assets, artificially inflating the price of Satyam securities.  Labaton Keller Sucharow achieved a $125 million settlement with Satyam and a $25.5 million settlement with the company's auditor, PricewaterhouseCoopers. .

### *Boston Retirement System v. Alexion Pharmaceuticals Inc*

Serving as co-lead counsel representing Public Employee Retirement System of Idaho, Labaton Keller Sucharow achieved a $125 million settlement in a securities fraud case against Alexion Pharmaceuticals, Inc. and certain of its executives.  The suit alleges that Alexion, a pharmaceutical drug company that generated nearly all of its revenue from selling the Company's flagship drug, Soliris, made materially false and misleading statements and omissions principally connected to Alexion's sales practices in connection with the marketing of Soliris.

### *In re Mercury Interactive Corp. Securities Litigation*

Labaton Keller Sucharow served as co-lead counsel and secured a $117.5 million settlement on behalf of co-lead plaintiff Steamship Trade Association/International Longshoremen's Association Pension Fund.  The plaintiffs alleged that Mercury Interactive Corp. (Mercury) backdated option grants used to compensate employees and officers of the company.  Mercury's former CEO, CFO, and General Counsel actively participated in and benefited from the options backdating scheme, which came at the expense of the company's shareholders and the investing public.

### *In re CannTrust Holdings Inc. Securities Litigation*

Labaton Keller Sucharow served as U.S. lead counsel on behalf of lead plaintiffs Granite Point Master Fund, LP; Granite Point Capital; and Scorpion Focused Ideas Fund in this action against CannTrust Holdings Inc., a cannabis company primarily traded on the Toronto Stock Exchange and the New York Stock Exchange, resulting in landmark settlements totaling CA$129.5 million.  Class actions against the company commenced in both the U.S. and Canada, with the U.S. class action asserting that CannTrust made materially false and misleading statements and omissions concerning its compliance with relevant cannabis regulations and an alleged scheme to increase its cannabis production.

### *In re Oppenheimer Champion Fund Securities Fraud Class Actions* and *In re Core Bond Fund*

Labaton Keller Sucharow served as lead counsel and represented individuals and the proposed class in two related securities class actions brought against Oppenheimer Funds, Inc., among others, and certain officers and trustees of two funds—Oppenheimer Core Bond Fund and Oppenheimer Champion Income Fund.  The Firm achieved settlements amounting to $100 million: $52.5 million in *In re*



*Oppenheimer Champion Fund Securities Fraud Class Actions* and a $47.5 million settlement in *In re Core Bond Fund*. The lawsuits alleged that the investment policies followed by the funds resulted in investor losses when the funds suffered drops in net asset value despite being presented as safe and conservative investments to consumers.

### *In re Computer Sciences Corporation Securities Litigation*

As lead counsel representing Ontario Teachers' Pension Plan Board, Labaton Keller Sucharow secured a $97.5 million settlement in this "rocket docket" case involving accounting fraud. The settlement was the third largest all-cash recovery in a securities class action in the Fourth Circuit and the second largest all-cash recovery in such a case in the Eastern District of Virginia. The plaintiffs alleged that IT consulting and outsourcing company, Computer Sciences Corporation (CSC), fraudulently inflated its stock price by misrepresenting and omitting the truth about the state of its most visible contract and its internal controls. In particular, the plaintiffs alleged that CSC assured the market that it was performing on a $5.4 billion contract with the UK National Health Service when CSC internally knew that it could not deliver on the contract, departed from the terms of the contract, and as a result, was not properly accounting for the contract.

### *In re Allstate Corporation Securities Litigation*

Labaton Keller Sucharow achieved a $90 million settlement as lead counsel representing the Carpenters Pension Trust Fund for Northern California, the Carpenters Annuity Trust Fund for Northern California, and the City of Providence Employee Retirement System in a securities case against The Allstate Corporation and certain current and former executives. The suit alleged that Allstate implemented an aggressive growth strategy, including lowering the company's underwriting standards, in an effort to grow its auto insurance business. Defendants are accused of concealing the resulting increase in the number of claims filed by the company's auto insurance customers for several months, while the company's CEO sold $33 million in Allstate stock. The Firm vigorously litigated the case for more than five years, overcoming Allstate's motion to dismiss and winning class certification two times, following remand to the District Court by the Seventh Circuit Court of Appeals.

### *In re Nielsen Holdings PLC Securities Litigation*

Labaton Keller Sucharow served as lead counsel representing Public Employees' Retirement System of Mississippi and secured a $73 million settlement in a securities class action against the data analytics company Nielsen Holdings PLC over allegations the company misrepresented the strength and resiliency of its business and the impact of the European Union's General Data Protection Regulation, commonly known as the GDPR.

### *In re Resideo Technologies Inc. Securities Litigation*

Labaton Keller Sucharow served as co-lead counsel and secured a $55 million settlement on behalf of Naya Capital Management in an action alleging Resideo failed to disclose the negative effects of a spin-



off on the company's product sales, supply chain, and gross margins, and misrepresented the strength of its financial forecasts.

### *Public Employees' Retirement System of Mississippi v. Endo Int'l plc*

Labaton Keller Sucharow served as lead counsel in a securities class action against Endo Pharmaceuticals.  The case settled for $50 million, the largest class settlement in connection with a secondary public offering obtained in any court pursuant to the Securities Act of 1933.  The action alleged that Endo failed to disclose adverse trends facing its generic drugs division in advance of a secondary public offering that raised $2 billion to finance the acquisition of Par Pharmaceuticals in 2015. The Firm overcame several procedural hurdles to reach this historic settlement, including successfully opposing defendants' attempts to remove the case to federal court and to dismiss the class complaint in state court.

### *Sinnathurai v. Novavax, Inc.*

Labaton Keller Sucharow achieved a $47 million settlement serving as lead counsel in a securities class action against Novavax, Inc., a biotechnology company that focuses on the discovery, development, and commercialization of vaccines to prevent serious infectious diseases and address health needs, representing an individual.  The company's product candidates include NVX-CoV2373, which was in development as a vaccine for COVID-19.  Prior to the start of the Class Period, Novavax announced that it planned to complete Emergency Use Authorization (EUA) submissions for NVX-CoV2373 with the FDA in the second quarter of 2021.  The suit alleges Novavax made false and/or misleading statements and/or failed to disclose that it overstated its manufacturing capabilities and downplayed manufacturing issues that would impact its approval timeline for NVX-CoV2373; as a result, Novavax was unlikely to meet its anticipated EUA regulatory timelines.

### *In re JELD-WEN Holding, Inc. Securities Litigation*

Labaton Keller Sucharow was court-appointed co-lead counsel and represented Public Employees' Retirement System of Mississippi in a securities class action lawsuit against JELD-WEN Holding, Inc. and certain of its executives.  The parties reached an agreement to settle the action for $40 million. The case is related to allegedly false and misleading statements and omissions concerning JELD-WEN's allegedly anticompetitive conduct and financial results in the doorskins and interior molded door markets and the merit of a lawsuit filed against JELD-WEN by an interior door manufacturer.

### *City of Warren Police and Fire Retirement System v. World Wrestling Entertainment, Inc.*

Labaton Keller Sucharow served as court-appointed lead counsel in a securities class action against World Wrestling Entertainment, Inc. (WWE), securing a $39 million settlement on behalf of lead plaintiff Firefighters Pension System of the City of Kansas City Missouri Trust.  The action alleged WWE defrauded investors by making false and misleading statements in connection with certain of its key overseas businesses in the Middle East North Africa region.  The lead plaintiff further alleged that the



price of WWE publicly traded common stock was artificially inflated as a result of the company's allegedly false and misleading statements and omissions and that the price declined when the truth was allegedly revealed through a series of partial revelations.

### *In re Uniti Group Inc. Securities Litigation*

Labaton Keller Sucharow served as co-lead counsel in a securities class action against Uniti Group Inc. and recovered $38.875 million.  The action alleged misstatements and omissions concerning the validity and propriety of the April 24, 2015, REIT spin-off through which Uniti was formed and the master lease agreement Uniti entered into with Windstream Services with respect to telecommunications equipment.  The court issued an order denying defendants' motion to dismiss in its entirety and denied defendants' motion for reconsideration of that ruling.  In discovery, the Firm participated in dozens of depositions and reviewed millions of pages of documents.

### *In re Conduent Sec. Litigation*

Labaton Keller Sucharow achieved a $32 million settlement in a securities class action against Conduent Inc., a company that specializes in providing infrastructure technology for its clients across multiple sectors, including E-ZPass Group.  As part of the company's toll-collecting operations, Conduent offered a system that eliminated toll booths altogether, called all-electronic tolling or cashless tolling.  The suit alleges that Conduent and its former CEO and former CFO falsely represented to investors that the company had addressed legacy IT issues it faced after its spin-off from Xerox.  After extensive delays, Conduent finally started to migrate and consolidate its data centers without the necessary IT mapping resulting in severe network outages and service issues for multiple cashless tolling clients from several states including New York, Maryland, New Jersey, and Texas, which withheld revenue from or fined Conduent for its failure to meet its service requirements under its tolling contracts with those agencies.

### *Pension Trust Fund for Operating Engineers v. DeVry Education Group, Inc.*

In a case that underscores the skill of our in-house investigative team, Labaton Keller Sucharow secured a $27.5 million recovery in an action alleging that DeVry Education Group, Inc. issued false statements to investors about employment and salary statistics for DeVry University graduates.  The Firm took over as lead counsel after a consolidated class action complaint and an amended complaint were both dismissed.  Labaton Keller Sucharow filed a third amended complaint, which included additional allegations based on internal documents obtained from government entities through FOIA and allegations from 13 new confidential witnesses who worked for DeVry.  In denying defendants' motion to dismiss, the court concluded that the "additional allegations . . . alter[ed] the alleged picture with respect to scienter" and showed "with a degree of particularity . . . that the problems with DeVry's [representations] . . . were broad in scope and magnitude."



### ODS Capital LLC v. JA Solar Holdings Co. Ltd.

In a hard-won victory for investors, Labaton Keller Sucharow secured a $21 million settlement in a securities class action against JA Solar Holdings Co. Ltd and certain of its executives on behalf of ODS Capital LLC. The litigation involved allegations that defendants made misstatements or omissions that artificially depressed the price of JA Solar securities in order to avoid paying a fair price during the company's take-private transaction. As court-appointed co-lead counsel, Labaton Keller Sucharow revived the suit in an August 2022 Second Circuit ruling, after a lower court initially granted JA Solar's dismissal bid.

### Vancouver Alumni Asset Holdings Inc. v. Daimler A.G.

Labaton Keller Sucharow served as lead counsel on behalf of Public School Retirement System of Kansas City, Missouri, and secured a $19 million settlement in a class action against automaker Daimler AG. The action arose out of Daimler's alleged misstatements and omissions touting its Mercedes-Benz diesel vehicles as "green" when independent tests showed that under normal driving conditions, the vehicles exceeded the nitrous oxide emissions levels set by U.S. and E.U. regulators. Defendants lodged two motions to dismiss the case. However, the Firm was able to overcome both challenges. The court then stayed the action after the U.S. DOJ intervened. The Firm worked with the DOJ and defendants to partially lift the stay in order to allow lead plaintiffs to seek limited discovery.

### Avila v. LifeLock, Inc.

Labaton Keller Sucharow served as co-lead counsel and secured a $20 million settlement on behalf of Oklahoma Police Pension and Retirement System and Oklahoma Firefighters Pension and Retirement System in a securities class action against LifeLock. The action alleged that LifeLock misrepresented the capabilities of its identity theft alerts to investors. While LifeLock repeatedly touted the "proactive," "near real-time" nature of its alerts, the actual timeliness of such alerts to customers did not resemble a near real-time basis. After being dismissed by the Arizona District Court twice, the Firm was able to successfully appeal the case to the Ninth Circuit and secured a reversal of the District Court's dismissals. The case settled shortly after being remanded to the District Court.

### In re Prothena Corporation PLC Securities Litigation

Labaton Keller Sucharow, as co-lead counsel, secured a $15.75 million recovery in a securities class action against development-stage biotechnology company, Prothena Corp. The action alleged that Prothena and certain of its senior executives misleadingly cited the results of an ongoing clinical study of NEOD001—a drug designed to treat amyloid light chain amyloidosis and one of Prothena's principal assets. Despite telling investors that early phases of testing were successful, defendants later revealed that the drug was "substantially less effective than a placebo." Upon this news, Prothena's stock price dropped nearly 70 percent.



### *In re Acuity Brands, Inc. Securities Litigation*

Labaton Keller Sucharow secured a $15.75 million settlement as co-lead counsel representing Public Employees' Retirement System of Mississippi in a securities class action lawsuit against Acuity Brands, Inc., a leading provider of lighting solutions for commercial, institutional industrial, infrastructure, and residential applications throughout North America and select international markets.  The suit alleged that Acuity misled investors about the impact of increased competition on its business, including its relationship with its largest retail customer, Home Depot.  Despite defendants' efforts, the court denied their motion to dismiss in significant part and granted class certification, rejecting their arguments in full.  Defendants appealed the class certification order to the Eleventh Circuit Court of Appeals, which the Firm vigorously opposed.  Subsequently, the parties mediated and agreed on a settlement-in-principle, and the Eleventh Circuit stayed the appeal and removed the case from the docket.

### *Ronge v. Camping World Holdings, Inc.*

In a securities class action against Camping World Holdings, Labaton Keller Sucharow achieved a multi-million dollar settlement for investors.  The action alleged that, for a period of two years, the recreational vehicle company and certain of its executives made materially false and misleading statements regarding its financial results, internal controls, and success of its integration of an acquired company.  The Firm conducted an extensive investigation into the alleged fraud, including by reviewing public filings and statements and interviewing several former employees.  This investigation provided the foundation for our amended complaint and ultimately resulted in $12.5 million recovery for investors through a mediated settlement with defendants.

### *Palm Tran, Inc. Amalgamated Transit Union Local 1577 Pension Plan v. Credit Acceptance Corporation*

Labaton Keller Sucharow secured a $12 million settlement serving as lead counsel in a securities class action against Credit Acceptance Corporation.  The suit alleges that Credit Acceptance misled investors by failing to disclose that the company was violating the law when it approved and funded high-risk loans that they knew customers were unable to repay, engaged in the unfair and deceptive practice of marking up prices for cars sold to certain borrowers, required customers to purchase vehicle service contracts, engaged in unfair and deceptive debt collection and repossession practices, and  sold securities to investors pursuant to materially misleading statements in the company's offering documents.

### *In re BrightView Holdings, Inc. Securities Litigation*

Labaton Keller Sucharow, as co-lead counsel, secured an $11.5 million recovery in a securities class action against commercial landscaping services company BrightView Holdings, Inc.  The action alleged that the registration statement used to conduct BrightView's June 2018 initial public offering (IPO) contained material misstatements and omissions in violation of Sections 11 and 15 of the Securities Act of 1933.  Notably, less than a year following its IPO, BrightView's stock price had fallen 42%.  The Firm



successfully defended against defendants' preliminary objections and motion to dismiss and secured the settlement.

### *City of Pittsburgh Comprehensive Municipal Pension Trust Fund v. Benefitfocus, Inc.*

Labaton Keller Sucharow served as lead counsel and secured an $11 million settlement on behalf of the City of Pittsburgh Comprehensive Municipal Pension Trust Fund in a securities class action against Benefitfocus, a cloud-based insurance benefits management platform, arising from allegedly false and misleading misstatements and omissions in the offering documents issued in connection with Benefitfocus's March 1, 2019, secondary public offering.  Following a robust investigation, Labaton Keller Sucharow filed an Amended Class Action Complaint.  Defendants filed three separate motions to dismiss, which were denied in substantial part, and three written opinions were entered by the court. Following extensive settlement discussions between the parties, we secured the settlement.

### *John Ford, Trustee of the John Ford Trust v. UGI Corporation*

Labaton Keller Sucharow achieved a $10.25 million settlement serving as lead counsel in a securities class action against UGI Corporation, a Pennsylvania energy corporation.  The claims arise from allegedly material misstatements and omissions made by UGI in the registration statement issued in connection with UGI's acquisition of AmeriGas.  The suit alleges that the registration statement presented highly favorable information about UGI, its operations, and its financial prospects, and omitted material information about UGI's capacity management business and revenue derived there from and misrepresented the mounting risks associated with persisting warmer-than-normal weather patterns and the adverse impact of climate change on UGI's business.

### *In re A10 Networks, Inc. Shareholder Litigation*

Labaton Keller Sucharow served as lead counsel and secured a $9.8 million settlement on behalf of investors in a securities class action prosecuted in California state court against A10 Networks, Inc., a provider of computer networking products and security solutions.  The action alleged that defendants issued a materially false and misleading registration statement and prospectus in connection with the company's IPO that misled investors regarding A10's revenue growth and increased demand for its products.

### *In re Mindbody Securities Litigation*

Labaton Keller Sucharow served as lead counsel and secured a $9.75 million settlement on behalf of investors, representing Walleye Trading LLC and Walleye Opportunities Master Fund Ltd. in a securities class action against Mindbody Inc. and two of the company's executives.  The case alleged the software company deliberately depressed its value in the months before its $1.9 billion acquisition and subsequent delisting from the Nasdaq.



### *In re Dr. Reddy's Laboratories Limited Securities Litigation*

Labaton Keller Sucharow served as lead counsel and secured a $9 million settlement in a securities class action against Dr. Reddy's Laboratories Ltd., an Indian pharmaceutical manufacturer that misled investors about having robust quality processes and systems in place at their manufacturing facilities. Dr. Reddy's shares dropped after a series of disclosures by the FDA and other regulators revealed that conditions at three key Indian manufacturing facilities violated FDA regulations.  These violations included the use of an undisclosed and uncontrolled facility for doctoring quality control tests, ultimately causing the company to delay production of a key product and miss earnings.  Labaton Keller Sucharow was involved in litigating the case through the amended complaint, motions to dismiss, discovery, and settlement negotiations.

### *Plymouth County v. HRG Group, Inc. (Spectrum Brands)*

Serving as lead counsel on behalf of Plymouth County Retirement Association, Labaton Keller Sucharow secured a $9 million settlement in one of the first post-*Cyan* Securities Act class actions brought in Wisconsin state court.  The complaint alleged that the registration statement issued in connection with the merger of Spectrum Brands Legacy, Inc. and HRG Group Inc. contained false statements and omissions of material fact concerning undisclosed materially adverse conditions, trends, and uncertainties, which resulted in the company taking a $92.5 million write-off for impairment of goodwill a few months after the merger.  Labaton Keller Sucharow initiated the action, filed an amended complaint with allegations supported by statements from several confidential witnesses, opposed defendants' motion to dismiss, and agreed to mediation on the eve of oral argument.

### *In re SciPlay Corporation Securities Litigation*

Labaton Keller Sucharow, as lead counsel, secured an $8.27 million settlement representing Police Retirement System of St. Louis in an action against SciPlay, a developer and publisher of digital games on mobile and web platforms.  Plaintiffs alleged that the registration statement and prospectus used to conduct SciPlay's November 2019 IPO were false and misleading for failing to disclose that, prior to and during the IPO, SciPlay's games were being disrupted by faulty third-party software that made it difficult or impossible for users to play.

### *In re Livent Corporation Securities Litigation*

Labaton Keller Sucharow, representing Plymouth County Retirement Association, successfully litigated a securities class action against Livent Corporation and certain of its officers and directors and secured a $7.4 million settlement.  The complaint alleged that Livent misleadingly touted its visibility into future sales based on its long-term contracts and its ability to accommodate customer needs and assured investors that a key contract with its largest customer, Nemaska, would be successfully re-negotiated, while Nemaska had the ability to (and did) terminate the agreement only one week after the IPO. Defendants filed preliminary objections to the amended complaint, which were overruled by the court.



# Representative Client List

- 1199SEIU Benefit and Pension Funds
- Retirement Systems of Alabama
- Arizona Public Safety Personnel Retirement System
- Arizona State Retirement System
- Arkansas Public Employees Retirement System
- Arkansas Teacher Retirement System
- Austin Firefighters Relief and Retirement Fund
- City of Austin Employees Retirement System
- Blue Sky Group Holding B.V.
- Border to Coast Pensions Partnership
- Boston Retirement System
- British Coal Staff Superannuation Scheme
- Caisse de dépôt et placement du Québec
- California Ironworkers Field Pension Trust
- California Public Employees' Retirement System
- Carpenters Pension Trust Fund for Northern California
- Construction Laborers Pension Trust for Southern California
- Northern California Plastering Industry Pension Plan
- The Regents of the University of California
- Cambridge Retirement System
- Central Laborers Pension, Welfare & Annuity Funds
- Central States Pension Fund
- Colorado Public Employees' Retirement Association

- City of Dearborn Employees' Retirement System
- Degroof Petercam Asset Management
- DeKalb County Employees Retirement Plan
- Delaware Public Employees Retirement System
- Denver Employees Retirement Plan
- Bricklayers Pension Trust Fund Metropolitan Area
- The Police and Fire Retirement System of the City of Detroit
- Genesee County Employees' Retirement System
- Gwinnett County Retirement Plans
- State of Hawaii Employees Retirement System
- Hermes Investment Management Limited
- Houston Municipal Employees Pension Plan
- Public Employee Retirement System of Idaho
- Carpenters Pension Fund of Illinois
- Illinois Municipal Retirement Fund
- Indiana/Kentucky/Ohio Regional Council of Carpenters Pension Fund
- Indiana Public Retirement System
- International Painters and Allied Trades Industry Pension Fund
- Kansas City Employees' Retirement System
- Legal & General
- Local Pensions Partnership Investments



- Los Angeles County Employees Retirement Association
- Macomb County Retirement System
- Massachusetts Laborers' Annuity and Pension Fund
- Public Employees' Retirement System of Mississippi
- Public School Retirement System of Missouri
- National Elevator Industry Pension Plan
- Nebraska State Investment Council
- New England Teamsters & Trucking Industry
- New Orleans Employees' Retirement System
- Newport News Employees' Retirement Fund
- New York State Common Retirement Fund
- New York State Teamsters Conference Pension & Retirement Fund
- New Zealand Superannuation
- Public Employees Retirement Association of New Mexico
- Norfolk County Retirement System
- North Carolina Retirement Systems
- Ohio Carpenters' Pension Plan
- Ohio Public Employees Retirement System
- Oklahoma Firefighters Pension and Retirement System
- Omaha Police & Fire Retirement System
- Oregon Public Employees Retirement System
- Central Pennsylvania Teamsters Pension Fund and Health & Welfare Fund

- Greater Pennsylvania Carpenters' Pension Fund
- Pennsylvania State Employees Retirement System
- Phoenix Employees' Retirement System
- City of Pontiac General Employees Retirement System
- Employees Retirement System of Rhode Island
- Sacramento Employees Retirement System
- San Francisco Employees Retirement System
- Santa Barbara County Employees' Retirement System
- Seattle City Employees' Retirement System
- The Police Retirement System of St. Louis
- Steamfitters Local #449 Benefit Funds
- Teacher Retirement System of Texas
- Utah Retirement Systems
- Vermont State Employees' Retirement System
- Virginia Retirement System
- Wayne County Employees' Retirement System
- West Virginia Investment Management Board
- West Virginia Laborers Pension Trust Fund



# Awards and Accolades

## Consistently Ranked as a Leading Firm:



*The National Law Journal* "2023 Elite Trial Lawyers" recognized Labaton Keller Sucharow as the **2023 Securities Litigation and Shareholder Rights Firm of the Year** and **Diversity Initiative Firm of the Year**.



*Benchmark Litigation* recognized Labaton Keller Sucharow both nationally and regionally, in **New York** and **Delaware**, in its 2024 edition and named 9 Partners as **Litigation Stars** and **Future Stars** across the U.S.  The Firm received top rankings in the **Securities** and **Dispute Resolution** categories.  The publication also named the Firm a **"Top Plaintiffs Firm"** in the nation.



Labaton Keller Sucharow is recognized by *Chambers USA 2024* among the leading plaintiffs' firms in the nation, receiving a total of three practice group rankings and seven partners ranked or recognized.  *Chambers* notes that the Firm is **"top flight all-round,"** a **"very high-quality practice,"** with **"good, sensible lawyers."**



Labaton Keller Sucharow has been recognized as one of the **Nation's Best Plaintiffs' Firms** by *The Legal 500*.  In 2024, the Firm earned a **Tier 1 ranking in Securities Litigation** and ranked for its excellence in **M&A Litigation**.  11 Labaton Keller Sucharow attorneys were ranked or recommended in the guide noting the Firm as **"superb," "very knowledgeable and experienced,"** and **"excellent at identifying the strongest claims in each case and aggressively prosecuting those claims without wasting time and resources on less strategically relevant issues."**



*Lawdragon* recognized 15 Labaton Keller Sucharow attorneys among the **500 Leading Plaintiff Financial Lawyers** in the country in their 2024 guide.  The guide recognizes attorneys that are "the best in the nation – many would say the world – at representing plaintiffs."



Labaton Keller Sucharow was named a **2021 Securities Group of the Year** by *Law360*.  The award recognizes the attorneys behind significant litigation wins and major deals that resonated throughout the legal industry.



For a second consecutive year, Labaton Keller Sucharow was named **Gender Diversity North America Firm of the Year** by the 2024 *Women in Business Law Awards*, in addition to being named a finalist in six additional categories.  The *WIBL Awards* recognizes firms advancing diversity in the profession.



# Commitment to Diversity, Equity, and Inclusion

*"Now, more than ever, it is important to focus on our diverse talent and create opportunities for young lawyers to become our future leaders.  We are proud that our DEI Committee provides a place for our diverse lawyers to expand their networks and spheres of influence, develop their skills, and find the sponsorship and mentorship necessary to rise and realize their full potential."*

*– Carol C. Villegas, Partner*

Over sixty years, Labaton Keller Sucharow has earned global recognition for its success in securing historic recoveries and reforms for investors and consumers.  We strive to attain the same level of achievement in promoting fairness and equality within our practice and throughout the legal profession and believe this can be realized by building and maintaining a team of professionals with a broad range of backgrounds, orientations, and interests.  Partner Christine M. Fox serves as Chair of the Committee.

As a national law firm serving a global clientele, diversity is vital to reaching the right result and provides us with distinct points of view from which to address each client's most pressing needs and complex legal challenges.  Problem solving is at the core of what we do…and equity and inclusion serve as a catalyst for understanding and leveraging the myriad strengths of our diverse workforce.

Research demonstrates that diversity in background, gender, and ethnicity leads to smarter and more informed decision-making, as well as positive social impact that addresses the imbalance in business today—leading to generations of greater returns for all.  We remain committed to developing initiatives that focus on tangible diversity, equity, and inclusion goals involving recruiting, professional development, retention, and advancement of diverse and minority candidates, while also raising awareness and supporting real change inside and outside our Firm.






In recognition of our efforts, we've been named Gender Diversity North America Firm of the Year and Diverse Women Lawyers North America Firm of the Year by *Euromoney* and have been consistently shortlisted for their Women in Business Law Awards, including in the Americas Firm of the Year, Women in Business Law, United States – North East, Career Development, and Talent Management categories.  In addition, the Firm is a repeated recipient of *The National Law Journal* "Elite Trial Lawyers" Diversity Initiative Award and has been selected as a finalist for *Chambers & Partners'* Diversity and Inclusion Awards in the Outstanding Firm and Inclusive Firm of the Year categories.  Our Firm understands the importance of extending leadership positions to diverse lawyers and is committed to investing time and resources to develop the next generation of leaders and counselors.  We actively recruit, mentor, and promote to partnership minority and female lawyers.



# Women's Initiative:

### Women's Networking and Mentoring Initiative

Labaton Keller Sucharow is the first securities litigation firm with a dedicated program to foster growth, leadership, and advancement of female attorneys.  Established more than a decade ago, our Women's Initiative has hosted seminars, workshops, and networking events that encourage the advancement of female lawyers and staff, and bolster their participation as industry collaborators and celebrated thought innovators.  We engage important women who inspire us by sharing their experience, wisdom, and lessons learned.  We offer workshops on subject matter that ranges from professional development, negotiation, and public speaking, to business development and gender inequality in the law today.

### Institutional Investing in Women and Minority-Led Investment Firms

Our Women's Initiative hosts an annual event on institutional investing in women and minority-led investment firms that was shortlisted for a *Chambers & Partners'* Diversity & Inclusion award.  By bringing pension funds, diverse managers, hedge funds, investment consultants, and legal counsel together and elevating the voices of diverse women, we address the importance and advancement of diversity investing.  Our 2018 inaugural event was shortlisted among *Euromoney's* Best Gender Diversity Initiative.

### Minority Scholarship and Internship

To take an active stance in introducing minority students to our practice and the legal profession, we established the Labaton Keller Sucharow Minority Scholarship and Internship years ago.  Annually, we present a grant and Summer Associate position to a first-year minority student from a metropolitan New York law school who has demonstrated academic excellence, community commitment, and unwavering personal integrity.  Several past recipients are now full-time attorneys at the Firm.  We also offer two annual summer internships to Hunter College students.



# Professional Profiles





# Christopher J. Keller
## Chairman

**140 Broadway**
**New York, NY 10005**
**212.907.0853**
**ckeller@labaton.com**

### Practice Areas:

- Securities Litigation
- Corporate Governance and Shareholder Rights Litigation

### Bar Admissions:

- New York
- Ohio
- United States Supreme Court

Christopher J. Keller is Chairman of Labaton Keller Sucharow LLP and head of the Firm's Executive Committee.  He is based in the Firm's New York office.  Chris focuses on complex securities litigation cases and works with institutional investor clients, including some of the world's largest public and private pension funds with tens of billions of dollars under management.

In his role as Chairman, Chris is responsible for establishing and executing upon Labaton Keller Sucharow's strategic priorities, including advancing business initiatives and promoting a culture of performance, collaboration, and collegiality. Commitment to these priorities has helped the Firm deepen its practice area expertise, extend its worldwide reach and earn industry recognition for workplace culture.

Chris's distinction in the plaintiffs' bar has earned him recognition from *Lawdragon* as a Legend, Elite Lawyer in the Legal Profession, and among the top Global Plaintiff Lawyers, the country's Leading Lawyers, Leading Litigators, and Leading Plaintiff Financial Lawyers.  *Chambers & Partners USA* has recognized him as a Noted Practitioner, and he has received recommendations from *The Legal 500* for excellence in the field of securities litigation.

Chris is a frequent commentator on legal issues and has been featured in the *Wall Street Journal, Financial Times, Law360, and National Law Journal*, among others.  Educating institutional investors is a significant element of Chris's advocacy efforts for shareholder rights. He is regularly called upon for presentations on developing trends in the law and new case theories at annual meetings and seminars for institutional investors.



Chris has been integral in the prosecution of traditional fraud cases such as *In re Schering-Plough Corporation/ENHANCE Securities Litigation*; *In re Massey Energy Co. Securities Litigation*, where the Firm obtained a $265 million all-cash settlement with Alpha Natural Resources, Massey's parent company; as well as *In re Satyam Computer Services, Ltd. Securities Litigation*, where the Firm obtained a settlement of more than $150 million.  Chris was also a principal litigator on the trial team of *In re Real Estate Associates Limited Partnership Litigation*.  The six-week jury trial resulted in a $185 million plaintiffs' verdict, one of the largest jury verdicts since the passage of the Private Securities Litigation Reform Act.

Educating institutional investors is a significant element of Chris's advocacy efforts for shareholder rights.  He is regularly called upon for presentations on developing trends in the law and new case theories at annual meetings and seminars for institutional investors.

Chris is a member of several professional groups, including the New York State Bar Association and the New York County Lawyers' Association.  He is a prior member of the Board of Directors of the City Bar Fund, the nonprofit 501(c)(3) arm of the New York City Bar Association aimed at engaging and supporting the legal profession in advancing social justice.



# Eric J. Belfi
## Partner



**140 Broadway**
**New York, NY 10005**
**212.907.0878**
**ebelfi@labaton.com**

**Practice Areas:**
- Securities Litigation
- Non-U.S. Securities Litigation
- Corporate Governance and Shareholder Rights Litigation

**Bar Admissions:**
- New York

Eric J. Belfi is a Partner in the New York and London offices of Labaton Keller Sucharow LLP and a member of the Firm's Executive Committee.  An accomplished litigator and former prosecutor, Eric represents many of the world's foremost pension funds and other leading institutional investors.  His practice actively focuses on domestic and international securities and shareholder rights litigation.  Beyond his litigation responsibilities, Eric leads the Firm's Client Development Group and is an integral member of the Firm's Case Analysis Group.  He is actively engaged in initial case evaluation and providing counsel to institutional investor clients on potential claims.  Eric has successfully handled numerous high-profile domestic securities cases and spearheads the Firm's Non-U.S. Securities Litigation Practice, exclusively dedicated to assessing potential claims in non-U.S. jurisdictions and offering guidance on the associated risks and benefits.  Additionally, he advises domestic and international clients on complex ESG issues.

Widely recognized by industry observers for his professional achievements, Eric has been recognized by *Chambers USA* as a "notable practitioner" and is recommended by *The Legal 500* for excellence in the field of securities litigation, and named among the top "500 Global Plaintiff Lawyers" and as one of the country's "500 Leading Plaintiff Financial Lawyers" by *Lawdragon*.

Prior to joining Labaton Keller Sucharow, Eric served as an Assistant Attorney General for the State of New York and as an Assistant District Attorney for the County of Westchester.  During his tenure as a prosecutor, he specialized in investigating and prosecuting white-collar criminal cases with a particular emphasis on securities law violations.



Eric is a member of the National Association of Public Pension Attorneys (NAPPA) Securities Litigation Working Group and the Cold Spring Harbor Laboratory Corporate Advisory Board.  He is a frequent commentator and has been featured in *The Wall Street Journal*, *Law360*, and *The National Law Journal*, among others.  Eric is a frequent speaker in the U.S. and abroad on the topics of shareholder litigation and U.S.-style class actions in European countries.

Eric earned his Juris Doctor from St. John's University School of Law and received a Bachelor of Arts from Georgetown University.





# Jake Bissell-Linsk
**Partner**

**140 Broadway**
**New York, NY 10005**
**212.907.0731**
**jbissell-linsk@labaton.com**

**Practice Areas:**

�֎  Securities Litigation

**Bar Admissions:**

✖  New York

Jake Bissell-Linsk is a Partner in the New York office of Labaton Keller Sucharow LLP.  Jake focuses his practice on securities fraud class actions.

Jake has been recognized as a Rising Star by *The National Law Journal* "Elite Trial Lawyers" and *New York Law Journal*'s New York Legal Awards, as well as a Next Generation Lawyer by *Lawdragon*. *The Best Lawyers in America*® also listed him as one of the "Best Lawyers in America: Ones to Watch" in the Mass Tort Litigation / Class Actions: Plaintiffs category.

Jake has litigated federal securities class actions in jurisdictions across the country at both the District Court and Appellate Court level.  He is currently litigating cases against Rocket Companies alleging that insiders misstated the risks of rising interest rates on the business and engaged in a $500 million insider sale ahead of disclosing declining performance; against Lucid Motors and Lordstown Motors involving de-SPAC mergers; against Intelsat insiders alleging they sold $246 million in stock shortly after learning the FTC would reject a bet-the-company deal; against Tesla, General Motors and Cruise alleging executives of those companies misrepresented the safety and capabilities of their autonomous driving technologies; against Boeing alleging the company misstated its safety practices; against Cronos for alleged accounting fraud related to cannabis sales; and against Playtika for allegedly omitting to disclose risks related to a planned major redesign of its two major products before its IPO.

In addition to these varied securities fraud cases, Jake is litigating a number of cases involving take-private mergers, including several cases involving Chinese-based and Cayman-incorporated firms that were delisted from U.S. exchanges.  For example, one such case alleges E-House's executives withheld favorable projections and internal plans to relist the company in China after an undervalued buyout and another alleges members of Shanda's management issued unjustifiable projections and



hid tremendous results for the newest release in its marquee video game franchise before an undervalued buyout.

Jake has played a pivotal role in securing favorable settlements for investors in a variety of securities actions, including recent cases against Nielsen ($73 million settlement), in a case that involved allegations of inflated goodwill and the effect of the EU's GDPR on the company; Mindbody ($9.75 million settlement), in a case alleging false guidance and inadequate disclosures prior to a private equity buyout; against Qihoo ($29.75 million settlement) and JA Solar ($21 million settlement), in cases alleging misrepresentations about projections and post-merger plans included in proxies prior to a management buyout.

Beyond securities cases, Jake is currently litigating a class action alleging that Flo Health improperly shared app users' health data and that Meta, Google and Flurry improperly intercepted confidential user data. Jake also regularly provides pro bono assistance to pro se parties through the Federal Pro Se Legal Assistance Project.

Jake was previously a Litigation Associate at Davis Polk & Wardwell LLP, where he worked on complex commercial litigation including contract disputes, bankruptcies, derivative suits, and securities claims. He also assisted defendants in government investigations and provided litigation advice on M&A transactions and during restructurings.

Jake earned his Juris Doctor, *magna cum laude*, from the University of Pennsylvania Law School. He served as Senior Editor of the *University of Pennsylvania Law Review* and Associate Editor of the *East Asia Law Review*. While in law school, Jake interned for Judge Melvin L. Schweitzer at the New York Supreme Court (Commercial Division). He received his bachelor's degree, *magna cum laude*, from Hamline University.





# Guillaume Buell
**Partner**

**140 Broadway**
**New York, NY 10005**
**212.907.0873**
**gbuell@labaton.com**

**Practice Areas:**
- Securities Litigation
- Non-U.S. Securities Litigation
- Corporate Governance and Shareholder Rights Litigation

**Bar Admissions:**
- Massachusetts
- New York
- Texas
- Supreme Court of the United States

Guillaume Buell is a Partner in the New York and London offices at Labaton Keller Sucharow LLP. He is an experienced and trusted advisor to a wide range of institutional investors in the United States, the United Kingdom, Canada, and Europe regarding global securities litigation, corporate governance matters, and shareholder rights.  His clients include a wide range of pension funds, asset managers, insurance companies, and other sophisticated investors.  As part of the Firm's Non-U.S. Securities Litigation Practice, which is one of the first of its kind, Guillaume serves as liaison counsel to institutional investors in select overseas matters.  He also advises clients in connection with complex consumer matters.

Guillaume has played an important role in cases against CVS Caremark, Uniti Group, Nu Skin Enterprises, Conduent, Stamps.com, Genworth Financial, Rent-A-Center, and Castlight Health, among others. Guillaume has been recognized by *Lawdragon* among the top "500 Global Plaintiff Lawyers" and as a "Next Generation Lawyer."

Prior to joining Labaton Keller Sucharow, Guillaume was an attorney with Cahill Gordon & Reindel LLP in New York and Hicks Davis Wynn, P.C. in Houston, where he provided legal counsel to a wide range of Fortune 500 and other corporate clients in the aviation, construction, energy, financial, consumer, pharmaceutical, and insurance sectors in state and federal litigations, government investigations, and internal investigations.

Guillaume is an active member of the National Association of Public Pension Attorneys (NAPPA), where he serves as an appointed member of its Securities Litigation Committee, Fiduciary & Governance Committee, and the New Member Education Committee.  In addition, he is actively involved with the National Conference on Public Employee Retirement Systems, the Association of Canadian Pension



Management, the Michigan Association of Public Employee Retirement Systems, the National Association of Shareholder and Consumer Attorneys, the International Foundation of Employee Benefit Plans, and the Georgia Association of Public Pension Trustees.

Guillaume received his Juris Doctor from Boston College Law School and was the recipient of the Boston College Law School Award for outstanding contributions to the law school community.  He was also a member of the National Environmental Law Moot Court Team, which advanced to the national quarterfinals and received best oralists recognition.  While in law school, Guillaume was a Judicial Intern with the Honorable Loretta A. Preska, United States District Court for the Southern District of New York, and an Intern with the Government Bureau of the Attorney General of Massachusetts.  He received his Bachelor of Arts, *cum laude* with departmental honors, from Brandeis University.

Guillaume is fluent in French and conversant in German.  He is an Eagle Scout and actively involved in his hometown's local civic organizations.



# Michael P. Canty
## Partner and General Counsel

**Labaton Keller Sucharow**

**140 Broadway**
**New York, NY 10005**
**212.907.0863**
**mcanty@labaton.com**

**Practice Areas:**

- Securities Litigation
- Consumer Protection and Data Privacy Litigation

**Bar Admissions:**

- New York

Michael P. Canty is a Partner in the New York office of Labaton Keller Sucharow LLP, where he serves on the Firm's Executive Committee and as its General Counsel.  In addition, he leads one of the Firm's Securities Litigation Teams and serves as head of the Firm's Consumer Cybersecurity and Data Privacy Litigation.

Highly regarded as one of the countries elite litigators, Michael has been recognized by *The Legal 500* and *Benchmark Litigation* as a Litigation Star.  In addition, he has been named a Plaintiffs' Trailblazer, Class Action / Mass Tort Litigation Trailblazer, and a NY Trailblazer by *The National Law Journal* and the *New York Law Journal*, respectively, for his impact on the practice and business of law.  *Lawdragon* has recognized him as one of the country's Leading Litigators, Leading Plaintiff Financial Lawyers, and Leading Plaintiff Consumer Lawyers.

Michael has successfully prosecuted a number of high-profile securities matters on behalf of institutional investors, including *Boston Retirement System v. Alexion Pharmaceuticals Inc.* ($125 million settlement), *In Re The Allstate Corporation Securities Litigation* ($90 million settlement), and *Sinnathurai v. Novavax, Inc.* ($47 million settlement, pending final approval) as well as matters involving Advanced Micro Devices, Camping World Holdings, and Credit Acceptance Corp, among others. Michael is actively leading the litigation of prominent cases against Fidelity, Opendoor, and PG&E.

In addition to his securities practice, Michael has extensive experience representing consumers in high-profile data privacy litigation.  Most notably, one of Michael's most recent successes was the historic $650 million settlement in the *In re Facebook Biometric Information Privacy Litigation* matter—the largest consumer data privacy settlement ever and one of the first cases asserting consumers' biometric privacy rights under Illinois' Biometric Information Privacy Act (BIPA).  Michael currently



serves as co-lead counsel in *Garner v. Amazon.com, Inc.* alleging Amazon's illegal wiretapping and surreptitious recording through its Alexa-enabled devices.

Prior to joining Labaton Keller Sucharow, Michael served as an Assistant U.S. Attorney in the U.S. Attorney's Office for the Eastern District of New York, where he was the Deputy Chief of the Office's General Crimes Section. During his time as a federal prosecutor, Michael also served in the Office's National Security and Cybercrimes Section. Prior to this, he served as an Assistant District Attorney for the Nassau County District Attorney's Office, where he handled complex state criminal offenses and served in the Office's Homicide Unit.

Michael has extensive trial experience both from his days as a prosecutor in New York City for the U.S. Department of Justice and as a Nassau County Assistant District Attorney. Michael served as trial counsel in more than 35 matters, many of which related to violent crime, white-collar, and terrorism-related offenses. He played a pivotal role in *United States v. Abid Naseer*, where he prosecuted and convicted an al-Qaeda operative who conspired to carry out attacks in the United States and Europe. Michael also led the investigation in *United States v. Marcos Alonso Zea*, a case in which he successfully prosecuted a citizen for attempting to join a terrorist organization in the Arabian Peninsula and for providing material support for planned attacks.

Before becoming a prosecutor, Michael worked as a Congressional Staff Member for the U.S. House of Representatives. He primarily served as a liaison between the Majority Leader's Office and the Government Reform and Oversight Committee. During his time with the House of Representatives, Michael managed congressional oversight of the United States Postal Service and reviewed and analyzed counter-narcotics legislation as it related to national security matters.

Michael is a frequent commentator on legal issues and has been featured in *The Washington Post*, *Law360*, and *The National Law Journal*, among others and has appeared on CBS and NPR.

He is a member of the Federal Bar Council American Inn of Court, which endeavors to create a community of lawyers and jurists and promotes the ideals of professionalism, mentoring, ethics, and legal skills. He is also a member of the National Association of Public Pension Attorneys.

Michael earned his Juris Doctor, *cum laude*, from St. John's University's School of Law. He received his Bachelor of Arts, *cum laude*, from Mary Washington College.



# James T. Christie
**Partner**



**140 Broadway**
**New York, NY 10005**
**212.907.0781**
**jchristie@labaton.com**

**Practice Areas:**

⚒ Securities Litigation

**Bar Admissions:**

⚒ New York

James T. Christie is a Partner in the New York office of Labaton Keller Sucharow LLP.  James focuses on prosecuting complex securities fraud cases on behalf of institutional investors.  He is currently involved in litigating cases against major U.S. and non-U.S. corporations, such as Array, Ericsson, Estee Lauder, Fidelity National Information Services (FIS), iQIYI, Nikola, Novavax, Okta, Opendoor Technologies, and StoneCo.  James also serves as Assistant General Counsel to the Firm and is a Co-Chair of the Firm's Technology Committee.  James is also a member of the Firm's Executive Committee.

Seen as a rising star in securities litigation, James has been named a "Next Generation Lawyer" by *The Legal 500*, a "Rising Star of the Plaintiffs Bar" by *The National Law Journal*, and has been named to *Benchmark Litigation's* "40 & Under Hot List."  He was also recognized by *Law360* as a Securities "Rising Star," noting his leadership in several high-profile matters, and *The Best Lawyers in America®* listed him as one of the "Best Lawyers in America: Ones to Watch" in the Litigation: Securities category.

James was an integral part of the Firm team that helped recover $192.5 million for investors in a settlement for *In re SCANA Corporation Securities Litigation*.  James served in a critical role in recovering a $125 million settlement on behalf of investors in *Boston Retirement System v. Alexion Pharmaceuticals, Inc.*  James was a crucial part of a cross-border effort in *In re Canntrust Holdings Securities Litigation* that was able obtain a landmark CA$129.5 million settlement against a Canadian cannabis producer and its executive officers.  James helped lead an effort in fast paced case litigated in the Eastern District of Virginia, *In re Jeld-Wen Holding, Inc. Securities* Litigation, where the Firm recovered $40 million for injured investors.  In addition, James was a key contributor to the Firm's



efforts in recovering $38 million for investors in a case against a vaccine manufacturer in *Sinnathurai v. Novavax, Inc*. James also assisted in recovering $20 million on behalf of investors in a securities class action against LifeLock Inc., where he played a significant role in obtaining a key appellate victory in the Ninth Circuit Court of Appeals reversing the district court's order dismissing the case with prejudice. In addition, James assisted in the $14.75 million recovery secured for investors against PTC Therapeutics Inc., a pharmaceutical manufacturer of orphan drugs, in *In re PTC Therapeutics, Inc. Securities Litigation*.

James previously served as a Judicial Intern in the U.S. District Court for the Eastern District of New York under the Honorable Sandra J. Feuerstein.

He is an active member of the American Bar Association, the Federal Bar Council, and the Georgia Association of Public Pension Trustees (GAPPT), where he serves on the Rules Committee.

James earned his Juris Doctor from St. John's University School of Law, where he was the Senior Articles Editor of the *St. John's Law Review*, and his Bachelor of Science, *cum laude*, from St. John's University Tobin College of Business.





# Thomas A. Dubbs
**Partner**

**140 Broadway**
**New York, NY 10005**
**212.907.0871**
**tdubbs@labaton.com**

**Practice Areas:**

⚒ Securities Litigation

**Bar Admissions:**

⚒ New York

⚒ U.S. Supreme Court

Thomas A. Dubbs is a Partner in the New York office of Labaton Keller Sucharow LLP.  Tom focuses on the representation of institutional investors in domestic and multinational securities cases.  Tom serves or has served as lead or co-lead counsel in some of the most important federal securities class actions in recent years, including those against American International Group, Goldman Sachs, the Bear Stearns Companies, Facebook, Fannie Mae, Broadcom, and WellCare.

Tom is highly-regarded in his practice.  He has been named a top litigator by *Chambers & Partners USA* for more than 10 consecutive years and has been consistently ranked as a Leading Lawyer in Securities Litigation by *The Legal 500*.  *Law360* named him an MVP of the Year for distinction in class action litigation and he has been recognized by *The National Law Journal* and *Benchmark Litigation* for excellence in securities litigation.  *Lawdragon* has recognized Tom as a Global Plaintiff Lawyer, one of the country's Leading Plaintiff Financial Lawyers, and named him to their Hall of Fame.  Tom has also received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory.  In addition, *The Legal 500* has inducted Tom into its Hall of Fame—an honor presented to only four plaintiffs' securities litigators "who have received constant praise by their clients for continued excellence."

Tom has played an integral role in securing significant settlements in several high-profile cases, including *In re American International Group, Inc. Securities Litigation* (settlements totaling more than $1 billion); *In re Bear Stearns Companies, Inc. Securities Litigation* ($275 million settlement with Bear Stearns Companies plus a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor); *In re HealthSouth Securities Litigation* ($671 million settlement); *Eastwood Enterprises LLC v. Farha et al.* (WellCare Securities Litigation) (over $200 million settlement); *In re Fannie Mae 2008 Securities Litigation* ($170 million settlement); *In re Broadcom Corp. Securities Litigation* ($160.5 million



settlement with Broadcom, plus $13 million settlement with Ernst & Young LLP, Broadcom's outside auditor); *In re St. Paul Travelers Securities Litigation* ($144.5 million settlement); *In re Amgen Inc. Securities Litigation* ($95 million settlement); and *In re Vesta Insurance Group, Inc. Securities Litigation* ($78 million settlement).

Representing an affiliate of the Amalgamated Bank, Tom successfully led a team that litigated a class action against Bristol-Myers Squibb, which resulted in a settlement of $185 million as well as major corporate governance reforms.  He has argued before the U.S. Supreme Court and has argued 10 appeals dealing with securities or commodities issues before the U.S. Courts of Appeals.

Due to his reputation in securities law, Tom frequently lectures to institutional investors and other groups, such as the Government Finance Officers Association, the National Conference on Public Employee Retirement Systems, and the Council of Institutional Investors.  He is a prolific author of articles related to his field, including "Textualism and Transnational Securities Law: A Reappraisal of Justice Scalia's Analysis in *Morrison v. National Australia Bank*," which he penned for the *Southwestern Journal of International Law*.  He has also written several columns in U.K. publications regarding securities class actions and corporate governance.

Prior to joining Labaton Keller Sucharow, Tom was Senior Vice President & Senior Litigation Counsel for Kidder, Peabody & Co. Incorporated, where he represented the company in many class actions, including the *First Executive* and *Orange County* litigation and was first chair in many securities trials.  Before joining Kidder, Tom was head of the litigation department at Hall, McNicol, Hamilton & Clark, where he was the principal partner representing Thomson McKinnon Securities Inc. in many matters, including the *Petro Lewis* and *Baldwin-United* class actions.

Tom serves as a FINRA Arbitrator and is an Advisory Board Member for the Institute for Transnational Arbitration.  He is a member of the New York State Bar Association and the Association of the Bar of the City of New York, as well as a patron of the American Society of International Law.  Tom is an active member of the American Law Institute and is currently an adviser on the proposed Restatement of the Law Third, Conflict of Laws; he was also a member of the Consultative Groups for the Restatement of the Law Fourth, U.S. Foreign Relations Law, and the Principles of Law, Aggregate Litigation.  Tom also serves on the Board of Directors for The Sidney Hillman Foundation.

Tom earned his Juris Doctor and his bachelor's degree from the University of Wisconsin-Madison.  He received his master's degree from the Fletcher School of Law and Diplomacy, Tufts University.



# Alfred L. Fatale III
**Partner**

## Labaton Keller Sucharow

**140 Broadway
New York, NY 10005
212.907.0884
afatale@labaton.com**

### Practice Areas:
- Securities Litigation

### Bar Admissions:
- New York

Alfred L. Fatale III is a Partner in the New York office of Labaton Keller Sucharow LLP and currently leads a team of attorneys focused on litigating securities claims arising from initial public offerings, secondary offerings, and stock-for-stock mergers.

Alfred's success in moving the needle in the legal industry has earned him recognition from *Chambers & Partners USA* as well as *The National Law Journal* as a Plaintiffs' Lawyer Trailblazer, and *The American Lawyer* as a Northeast Trailblazer. *Business Today* named Alfred one of the "Top 10 Most Influential Securities Litigation Lawyer in New York." *Lawdragon* has recognized him as one of the country's Leading Plaintiff Financial Lawyers, Leading Litigators, and among the Next Generation Lawyers. *Benchmark Litigation* also recognized him as a Future Star and named him to their "40 & Under List" and *The Best Lawyers in America*® listed him as one of the "Best Lawyers in America: Ones to Watch" in the Litigation: Securities category.

Alfred represents individual and institutional investors in cases related to the protection of the financial markets and public securities offerings in trial and appellate courts throughout the country.  In particular, he is leading the Firm's efforts to litigate securities claims against several companies in state courts following the U.S. Supreme Court's decision in *Cyan, Inc. v. Beaver County Employees Retirement Fund*.  Since joining the Firm in 2016, Alfred has lead the investigation and prosecution of several successful cases, including *In re ADT Inc. Securities Litigation*, resulting in a $30 million recovery; *In re BrightView Holdings, Inc. Securities Litigation*, resulting in a $11.5 million recovery; *John Ford, Trustee of the John Ford Trust v. UGI Corporation*, resulting in a $10.25 million recovery; *Plymouth County Retirement Association v. Spectrum Brands Holdings Inc.*, resulting in a $9 million recovery; *In re SciPlay Corp. Securities Litigation*, resulting in an $8.275 million recovery;



and *In re Livent Corp. Securities Litigation*, resulting in a $7.4 million recovery.  Alfred is also overseeing the firm's efforts in litigating several cases in federal courts.  This includes a securities class action against Uber Technologies Inc. arising from the company's $8 billion IPO.

Prior to joining Labaton Sucharow, Alfred was an Associate at Fried, Frank, Harris, Shriver & Jacobson LLP, where he advised and represented financial institutions, investors, officers, and directors in a broad range of complex disputes and litigations including cases involving violations of federal securities law and business torts.

Alfred is an active member of the American Bar Association and the New York City Bar Association.

Alfred earned his Juris Doctor from Cornell Law School, where he was a member of the *Cornell Law Review* as well as the Moot Court Board.  He also served as a Judicial Extern under the Honorable Robert C. Mulvey.  He received his bachelor's degree, *summa cum laude*, from Montclair State University.





# Christine Fox
## Partner

**140 Broadway**
**New York, NY 10005**
**212.907.0784**
**cfox@labaton.com**

**Practice Areas:**

⚒ Securities Litigation

**Bar Admissions:**

⚒ New York

Christine M. Fox is a Partner in the New York office of Labaton Keller Sucharow LLP.  With more than 25 years of securities litigation experience, Christine prosecutes complex securities fraud cases on behalf of institutional investors.  In addition to her litigation responsibilities, Christine serves as the Chair of the Firm's DEI Committee.

Christine is recognized by *Lawdragon* as one of the Leading Plaintiff Financial Lawyers in America.

Christine is actively involved in litigating matters against FirstCash Holdings, Hain Celestial, Oak Street Health, Catalent, Barclays, and Unity Software.  She has played a pivotal role in securing favorable settlements for investors in class actions against Barrick Gold Corporation, one of the largest gold mining companies in the world ($140 million recovery); Nielsen, a data analytics company that provides clients with information about consumer preferences ($73 million recovery); CVS Caremark, the nation's largest pharmacy retail chain ($48 million recovery); Nu Skin Enterprises, a multilevel marketing company ($47 million recovery); and Intuitive Surgical, a manufacturer of robotic-assisted technologies for surgery ($42.5 million recovery); and World Wrestling Entertainment, a media and entertainment company ($39 million recovery).

Christine is actively involved in the Firm's pro bono immigration program and reunited a father and child separated at the border.  She is currently working on their asylum application.

Prior to joining the Firm, Christine worked at a national litigation firm focusing on securities, antitrust, and consumer litigation in state and federal courts.  She played a significant role in securing class action recoveries in a number of high-profile securities cases, including *In re Merrill Lynch Co., Inc. Research Reports Securities Litigation* ($475 million recovery); *In re Informix Corp. Securities Litigation* ($136.5



million recovery); *In re Alcatel Alsthom Securities Litigation* ($75 million recovery); and *In re Ambac Financial Group, Inc. Securities Litigation* ($33 million recovery).

She is a member of the American Bar Association, New York State Bar Association, and Puerto Rican Bar Association.

Christine earned her Juris Doctor from the University of Michigan Law School and received her bachelor's degree from Cornell University.

Christine is conversant in Spanish.





# Jonathan Gardner

**Managing Partner and Head of Litigation**

**140 Broadway**
**New York, NY 10005**
**212.907.0839**
**jgardner@labaton.com**

**Practice Areas:**

- Securities Litigation
- Alternative Dispute Resolution

**Bar Admissions:**

- New York

Jonathan Gardner serves as the Managing Partner of Labaton Keller Sucharow LLP and as a member of its Executive Committee.  He is based in the Firm's New York office.  Jonathan helps direct the growth and management of the Firm.

With more than 30 years of experience, Jonathan oversees all of the Firm's litigation matters, including prosecuting complex securities fraud cases on behalf of institutional investors.  Jonathan has played an integral role in developing the Firm's groundbreaking ADR Practice in response to the use of mandatory arbitration clauses by companies in consumer contracts.

A *Benchmark Litigation* "Star" acknowledged by his peers as "engaged and strategic," Jonathan has also been named an MVP by *Law360* for securing hard-earned successes in high-stakes litigation and complex global matters.  He is ranked by *Chambers & Partners USA* describing him as "an outstanding lawyer who knows how to get results" and recommended by *The Legal 500*, whose sources remarked on Jonathan's ability to "understand the unique nature of complex securities litigation and strive for practical yet results-driven outcomes" and his "considerable expertise and litigation skill and practical experience that helps achieve terrific results for clients."  Jonathan is also recognized by *Lawdragon* among the top Global Plaintiff Lawyers, one of the country's Leading Lawyers, Leading Litigators in America, and Leading Plaintiff Financial Lawyers.

Jonathan has played an integral role in securing some of the largest class action recoveries against corporate offenders since the global financial crisis.  He led the Firm's team in the investigation and prosecution of *In re Barrick Gold Securities Litigation*, which resulted in a $140 million recovery.  He has also served as the lead attorney in several cases resulting in significant recoveries for injured class members, including *In re Hewlett-Packard Company Securities Litigation* ($57 million recovery); *Public Employees' Retirement System of Mississippi v. Endo International PLC* ($50 million recovery); *Medoff*



*v. CVS Caremark Corporation* ($48 million recovery); *In re Nu Skin Enterprises, Inc., Securities Litigation*, ($47 million recovery); *In re Intuitive Surgical Securities Litigation* ($42.5 million recovery); *In re Carter's Inc. Securities Litigation* ($23.3 million recovery against Carter's and certain officers, as well as its auditing firm PricewaterhouseCoopers); *In re Aeropostale Inc. Securities Litigation* ($15 million recovery); *In re Lender Processing Services Inc*. ($13.1 million recovery); and *In re K-12, Inc. Securities Litigation* ($6.75 million recovery).

Jonathan has led the Firm's representation of investors in many high-profile cases including *Rubin v. MF Global Ltd*., which involved allegations of material misstatements and omissions in a Registration Statement and Prospectus issued in connection with MF Global's IPO.  The case resulted in a recovery of $90 million for investors.  Jonathan also represented lead plaintiff City of Edinburgh Council as Administering Authority of the Lothian Pension Fund in *In re Lehman Brothers Equity/Debt Securities Litigation*, which resulted in settlements exceeding $600 million against Lehman Brothers' former officers and directors, Lehman's former public accounting firm, as well the banks that underwrote Lehman Brothers' offerings.  In representing lead plaintiff Massachusetts Bricklayers and Masons Trust Funds in an action against Deutsche Bank, Jonathan secured a $32.5 million recovery for a class of investors injured by the bank's conduct in connection with certain residential mortgage-backed securities.

Jonathan has also been responsible for prosecuting several of the Firm's options backdating cases, including *In re Monster Worldwide, Inc. Securities Litigation* ($47.5 million settlement); *In re SafeNet, Inc. Securities Litigation* ($25 million settlement); *In re Semtech Securities Litigation* ($20 million settlement); and *In re MRV Communications, Inc. Securities Litigation* ($10 million settlement).  He also was instrumental in *In re Mercury Interactive Corp. Securities Litigation*, which settled for $117.5 million, one of the largest settlements or judgments in a securities fraud litigation based on options backdating.  Jonathan also represented the Successor Liquidating Trustee of Lipper Convertibles, a convertible bond hedge fund, in actions against the fund's former independent auditor and a member of the fund's general partner as well as numerous former limited partners who received excess distributions.  He successfully recovered over $5.2 million for the Successor Liquidating Trustee from the limited partners and $29.9 million from the former auditor.

Jonathan is a member of the Federal Bar Council, New York State Bar Association, and the Association of the Bar of the City of New York.

Jonathan earned his Juris Doctor from St. John's University School of Law.  He received his bachelor's degree from American University.





# Thomas G. Hoffman, Jr

## Partner

**140 Broadway**
**New York, NY 10005**
**212.907.0744**
**thoffman@labaton.com**

**Practice Areas:**

⚒ Securities Litigation

**Bar Admissions:**

⚒ New York

Thomas G. Hoffman, Jr. is a Partner in the New York office of Labaton Keller Sucharow LLP.  Thomas focuses on representing institutional investors in complex securities actions.

Thomas was instrumental in securing a $1 billion recovery in the eight-year litigation against AIG and related defendants in *In re American International Group, Inc. Securities Litigation*.  He also was a key member of the Labaton Keller Sucharow teams that secured significant recoveries for investors in *In re 2008 Fannie Mae Securities Litigation* ($170 million); *In re The Allstate Corporation Securities Litigation* ($90 million settlement, pending final approval*); In re STEC, Inc. Securities Litigation* ($35.75 million settlement); and *In re Facebook, Inc., IPO Securities and Derivative Litigation* ($35 million settlement).

Thomas earned his Juris Doctor from UCLA School of Law, where he was Editor-in-Chief of the *UCLA Entertainment Law Review* and served as a Moot Court Executive Board Member.  In addition, he served as a judicial extern to the Honorable William J. Rea, United States District Court for the Central District of California.  Thomas received his bachelor's degree, with honors, from New York University.





# Francis P. McConville
**Partner**

**140 Broadway**
**New York, NY 10005**
**212.907.0650**
**fmcconville@labaton.com**

**Practice Areas:**

⚒ Securities Litigation

**Bar Admissions:**

⚒ New York

Francis P. McConville is a Partner in the New York office of Labaton Keller Sucharow LLP.  Francis focuses on prosecuting complex securities fraud cases on behalf of institutional investor clients.  As a lead member of the Firm's Case Evaluation Group, he focuses on the identification, investigation, and development of potential actions to recover investment losses resulting from violations of the federal securities laws and various actions to vindicate shareholder rights in response to corporate and fiduciary misconduct.

Francis has been named a "Rising Star" of securities litigation in Law360's list of attorneys under 40 whose legal accomplishments transcend their age. Lawdragon has recognized him as one of the country's Leading Plaintiff Financial Lawyers and Next Generation Lawyers. Benchmark Litigation also recognized him as a Future Star and named him to their "40 & Under List."

Francis has played a key role in filing several matters on behalf of the Firm, including In re PG&E Corporation Securities Litigation; In re SCANA Securities Litigation ($192.5 million settlement); and In re Nielsen Holdings PLC Securities Litigation ($73 million settlement).

Prior to joining Labaton Keller Sucharow, Francis was a Litigation Associate at a national law firm primarily focused on securities and consumer class action litigation.  Francis has represented institutional and individual clients in federal and state court across the country in class action securities litigation and shareholder disputes, along with a variety of commercial litigation matters.  He assisted in the prosecution of several matters, including Kiken v. Lumber Liquidators Holdings, Inc. ($42 million recovery); Hayes v. MagnaChip Semiconductor Corp. ($23.5 million recovery); and In re Galena Biopharma, Inc. Securities Litigation ($20 million recovery).



Francis has served on Law360's Securities Editorial Advisory Board.

Francis received his Juris Doctor, magna cum laude, from New York Law School, where he was named a John Marshall Harlan Scholar, and received a Public Service Certificate.  Francis served as Associate Managing Editor of the New York Law School Law Review and worked in the Urban Law Clinic.  He earned his Bachelor of Arts degree from the University of Notre Dame.



# Domenico Minerva
## Partner



**140 Broadway**
**New York, NY 10005**
**212.908.0887**
**dminerva@labaton.com**

**Practice Areas:**

- Securities Litigation
- Corporate Governance and Shareholder Rights Litigation

**Bar Admissions:**

- New York
- Delaware

Domenico "Nico" Minerva is a Partner in the New York office of Labaton Keller Sucharow LLP.  A former financial advisor, his work focuses on securities and consumer class actions and shareholder derivative litigation, representing Taft-Hartley, public pension funds, hedge funds, asset managers, insurance companies, and banks across the world.  Nico advises leading pension funds and other institutional investors on issues related to corporate fraud in the U.S. securities markets.

Nico is described by clients as "always there for us" and known to provide "an honest answer and describe all the parameters and/or pitfalls of each and every case."  As a result of his work, the Firm has received a Tier 2 ranking in Class Actions from *The Legal 500*.  *Lawdragon* has recognized Nico as one of the country's Leading Plaintiff Financial Lawyers.

Nico's extensive securities litigation experience includes the case against global security systems company Tyco and co-defendant PricewaterhouseCoopers (*In re Tyco International Ltd., Securities Litigation*), which resulted in a $3.2 billion settlement—the largest single-defendant settlement in post-PSLRA history.

He also has counseled companies and institutional investors on corporate governance reform. Nico has played an important role in *In re Dell Technologies Inc. Class V Stockholders Litigation*.  The $1 billion recovery in Dell currently stands as the largest shareholder settlement ever in any state court in America and the 17th largest shareholder settlement of all time in federal and state court.

On behalf of consumers, Nico represented a plaintiff in *In Re ConAgra Foods Inc.,* over misleading claims that Wesson-brand vegetable oils are 100% natural.



An accomplished speaker, Nico has given numerous presentations to investors on topics related to corporate fraud, wrongdoing, and waste and has also discussed socially responsible investments for public pension funds including at a roundtable called "The Impact of Non-U.S. Securities Actions and the Rise of ESG Litigation on Dutch Investors."  He is also an active member of the National Association of Public Pension Plan Attorneys.

Nico earned his Juris Doctor from Tulane University Law School, where he completed a two-year externship with the Honorable Kurt D. Engelhardt of the United States District Court for the Eastern District of Louisiana.  He received his bachelor's degree from the University of Florida.





# Mark D. Richardson
**Partner**

**222 Delaware Ave, Suite 1510**
**Wilmington, DE 19801**
**302.573.6939**
**mrichardson@labaton.com**

**Practice Areas:**

- Corporate Governance and Shareholder Rights Litigation

**Bar Admissions:**

- New York
- Pennsylvania
- Delaware

Mark D. Richardson is a Partner in the Delaware office of Labaton Keller Sucharow LLP.  Mark focuses on representing shareholders in corporate governance and transactional matters, including class action and derivative litigation.

Mark is recommended by The Legal 500 for the excellence of his work in the Delaware Court of Chancery and Dispute Resolution.  Clients highlighted his team's ability to "generate strong cases and take creative and innovative positions." *Lawdragon* has recognized him as one of the country's Leading Plaintiff Financial Lawyers and Next Generation Lawyers.  *Benchmark Litigation* also named him to their "40 & Under List."

Mark has litigated numerous matters through trial, including in the Delaware Court of Chancery, FINRA and AAA arbitrations, and a five-month jury trial in New Jersey state court.  Mark served as co-lead counsel in the following matters that recently were tried or settled: *In re Dell Technologies Inc. Class V Stockholders Litigation* ($1 billion settlement*); In re Columbia Pipeline Group, Inc*. ($400 million post-trial judgment, appeal pending); *In re Coty Inc. Stockholder Litigation* ($35 million settlement); *In re Straight Path Communications Inc. Consolidated Stockholder Litigation* (trial verdict pending); *In re Amtrust Financial Services Stockholder Litigation* ($40 million settlement*); In re AGNC Investment Corp*. ($35.5 million settlement); *In re Stamps.com* ($30 million settlement); *In re Homefed Corp*. ($15 million settlement); and *In re CytoDyn Corp*. (rescission of over $50 million in director and officer stock awards).

Prior to joining Labaton Keller Sucharow, Mark was an Associate at Schulte Roth & Zabel LLP, where he gained substantial experience in complex commercial litigation within the financial services industry and advised and represented clients in class action litigation, expedited bankruptcy proceedings and



arbitrations, fraudulent transfer actions, proxy fights, internal investigations, employment disputes, breaches of contract, enforcement of non-competes, data theft, and misappropriation of trade secrets.

In addition to his active caseload, Mark has contributed to numerous publications and is the recipient of The Burton Awards Distinguished Legal Writing Award for his article published in the New York Law Journal, "Options When a Competitor Raids the Company." Mark also serves on *Law360*'s Delaware Editorial Advisory Board.

Mark earned his Juris Doctor from Emory University School of Law, where he served as the President of the Student Bar Association.   He received his Bachelor of Science from Cornell University.



# Michael H. Rogers
**Partner**



**140 Broadway**
**New York, NY 10005**
**212.907.0814**
**mrogers@labaton.com**

**Practice Areas:**

⚒ Securities Litigation

**Bar Admissions:**

⚒ New York

Michael H. Rogers is a Partner in the New York office of Labaton Keller Sucharow LLP.  An experienced litigator, Mike focuses on prosecuting complex securities fraud cases on behalf of institutional investors.

He is actively involved in prosecuting *In re Goldman Sachs, Inc. Securities Litigation* and *Murphy v. Precision Castparts Corp,* among other cases.

Mike is recommended by *The Legal 500.*

Mike has been a member of the lead counsel teams in many successful class actions, including those against Countrywide Financial ($624 million settlement), HealthSouth ($671 million settlement), State Street ($300 million settlement), SCANA ($192.5 million settlement), CannTrust (CA $129.5 million settlement), Mercury Interactive ($117.5 million settlement), Computer Sciences Corp. ($97.5 million settlement), Jeld-Weld Holding ($40 million recovery), Virtus Investment Partners ($20 million settlement), and Acuity Brands ($15.75 million settlement).

Prior to joining Labaton Keller Sucharow, Mike was an attorney at Kasowitz, Benson, Torres & Friedman LLP, where he practiced securities and antitrust litigation, representing international banking institutions bringing federal securities and other claims against major banks, auditing firms, ratings agencies and individuals in complex multidistrict litigation.  He also represented an international chemical shipping firm in arbitration of antitrust and other claims against conspirator ship owners.  Mike began his career as an attorney at Sullivan & Cromwell, where he was part of Microsoft's defense team in the remedies phase of the Department of Justice antitrust action against the company.



Mike earned his Juris Doctor, *magna cum laude*, from the Benjamin N. Cardozo School of Law, Yeshiva University, where he was a member of the *Cardozo Law Review*.  He earned his bachelor's degree, *magna cum laude*, from Columbia University.

Mike is proficient in Spanish.





# Brendan W. Sullivan
## Partner

**222 Delaware Ave, Suite 1510**
**Wilmington, DE 19801**
**302.573.5820**
**bsullivan@labaton.com**

**Practice Areas:**

�destinations Corporate Governance and
Shareholder Rights Litigation

**Bar Admissions:**

⚐ Delaware

Brendan W. Sullivan is a Partner in the Delaware office of Labaton Keller Sucharow LLP. He focuses on representing investors in corporate governance and transactional matters, including class action litigation.

Brendan is recommended by *The Legal 500* for the excellence of his work in the Delaware Court of Chancery and Dispute Resolution and is recognized as a Next Generation Lawyer by *Lawdragon*.

Prior to joining Labaton Keller Sucharow, Brendan was an Associate at Paul, Weiss, Rifkind, Wharton & Garrison LLP where he gained substantial experience in class and derivative matters relating to mergers and acquisitions and corporate governance. During law school, he was a Summer Associate at Morris, Nichols, Arsht & Tunnell LLP and a Law Clerk for Honorable Judge Leonard P. Stark, U.S. District Court for the District of Delaware.

Brendan's pro bono experience includes representing a Delaware charter school in a mediation concerning a malpractice claim against its former auditor.

Brendan earned his Juris Doctor from Georgetown University Law Center where he was the Notes Editor on the *Georgetown Law Journal* and his Bachelor of Arts in English from the University of Delaware.



# Irina Vasilchenko
## Partner



**140 Broadway**
**New York, NY 10005**
**212.907.0879**
**ivasilchenko@labaton.com**

**Practice Areas:**

&#x2734; Securities Litigation

**Bar Admissions:**

&#x2734; Massachusetts

&#x2734; New York

&#x2734; U.S. Supreme Court

Irina Vasilchenko is a Partner in the New York office of Labaton Keller Sucharow LLP and head of the Firm's Associate Training Program.  Irina focuses on prosecuting complex securities fraud cases on behalf of institutional investors and has over a decade of experience in such litigation.

Irina is recognized as an up-and-coming litigator whose legal accomplishments transcend her age.  She has been named repeatedly to *Benchmark Litigation's* "40 & Under List" and also has been recognized as a Future Star by *Benchmark Litigation* and a Rising Star by *Law360*, one of only six securities attorneys in its 2020 list.  Additionally, *Lawdragon* has named her one of the Leading Plaintiff Financial Lawyers in America.

Currently, Irina is involved in prosecuting the high-profile case against financial industry leader Goldman Sachs, *In re Goldman Sachs Group, Inc. Securities Litigation*, arising from its Abacus and other subprime mortgage-backed CDOs during the Financial Crisis, including defending against an appeal of the class certification order to the U.S. Supreme Court and to the Second Circuit.  She is also actively prosecuting *Weston v. DocuSign, Inc.*; and *In re Teladoc Health, Inc. Securities Litigation*.

Recently, Irina played a pivotal role in securing a historic $192.5 million settlement for investors in energy company SCANA Corp. over a failed nuclear reactor project in South Carolina, as well as a $19 million settlement in a shareholders' suit against Daimler AG over its Mercedes Benz diesel emissions scandal.  Since joining Labaton Sucharow, she also has been a key member of the Firm's teams that have obtained favorable settlements for investors in numerous securities cases, including *In re Massey Energy Co. Securities Litigation* ($265 million settlement); *In re Fannie Mae 2008 Securities Litigation* ($170 million settlement); *In re Amgen Inc. Securities Litigation* ($95



million settlement); *In re Hewlett-Packard Company Securities Litigation* ($57 million settlement); *Vancouver Alumni Asset Holdings Inc. v. Daimler A.G.* ($19 million settlement); *Perrelouis v. Gogo Inc.* ($17.3 million); *In re Acuity Brands, Inc. Securities Litigation* ($15.75 million settlement); and *In re Extreme Networks, Inc. Securities Litigation* ($7 million settlement).

Irina maintains a commitment to pro bono legal service, including representing an indigent defendant in a criminal appeal case before the New York First Appellate Division, in association with the Office of the Appellate Defender.  As part of this representation, she argued the appeal before the First Department panel.  Prior to joining Labaton Sucharow, Irina was an Associate in the general litigation practice group at Ropes & Gray LLP, where she focused on securities litigation.

She is a member of the New York State Bar Association and New York City Bar Association.

Irina received her Juris Doctor, *magna cum laude*, from Boston University School of Law, where she was an editor of the *Boston University Law Review* and was the G. Joseph Tauro Distinguished Scholar, the Paul L. Liacos Distinguished Scholar, and the Edward F. Hennessey Scholar.  Irina earned a Bachelor of Arts in Comparative Literature, *summa cum laude* and Phi Beta Kappa, from Yale University.

Irina is fluent in Russian and proficient in Spanish.



# Carol C. Villegas
**Partner**



**140 Broadway**
**New York, NY 10005**
**212.907.0824**
**cvillegas@labaton.com**

**Practice Areas:**

- Securities Litigation
- Consumer Protection and Data Privacy Litigation

**Bar Admissions:**

- New York

Carol C. Villegas is a Partner in the New York office of Labaton Keller Sucharow LLP.  Carol focuses on prosecuting complex securities fraud and consumer cases on behalf of institutional investors and individuals. Leading one of the Firm's litigation teams, she is actively overseeing litigation against Lordstown, PayPal, Oak Street Health, DocuSign, Flo Health, Amazon, and Hain, among others.  In addition to her litigation responsibilities, Carol holds a variety of leadership positions within the Firm, including serving on the Firm's Executive Committee, as Chair of the Firm's Women's Networking and Mentoring Initiative, and as the Chief of Compliance.

Carol's development of innovative case theories in complex cases, her skillful handling of discovery work, and her adept ability during oral arguments has earned her accolades from *Chambers & Partners USA* and *The Legal 500* as a Leading Lawyer, where clients praised her for helping them "better understand the process and how to value a case."  She has also been recognized by *Law360* as a Class Action MVP, *The National Law Journal* as a Plaintiffs' Trailblazer, and the *New York Law Journal* as a Top Woman in Law, New York Trailblazer, and Distinguished Leader.  *Business Today* named Carol one of the "Top 10 Most Influential Securities Litigation Lawyers in New York."  *The National Law Journal* "Elite Trial Lawyers" has repeatedly recognized her superb ability to excel in high stakes matters on behalf of plaintiffs and selected her to its class of Elite Women of the Plaintiffs Bar and as a finalist for Plaintiff Attorney of the Year.  She has also been recognized as a Litigation Star and shortlisted for Plaintiff Litigator of the Year by *Benchmark Litigation*.  *Lawdragon* has named her one of the country's Leading Lawyers, Leading Litigators, Leading Plaintiff Financial Lawyers, and Leading Plaintiff Consumer Lawyers.  Additionally, *Crain's New York Business* selected Carol to its list of Notable Women in Law.  The *Women in Business Law Awards* has named Carol Securities Litigator of the Year and Thought Leader of the Year and has been



shortlisted for Privacy and Data Protection Lawyer of the Year. *Chambers and Partners* selected Carol as a finalist for Diversity & Inclusion: Outstanding Contribution and *New York Law Journal*'s New York Legal Awards selected her as a Lawyer of the Year finalist.

Notable recent successes include *In re Nielsen Holdings PLC Securities Litigation* ($73 million settlement) and *City of Warren Police and Fire Retirement System v. World Wrestling Entertainment, Inc.* ($39 million settlement). Carol has also played a pivotal role in securing favorable settlements for investors, including in cases against DeVry, a for-profit university; AMD, a multi-national semiconductor company; Liquidity Services, an online auction marketplace; Aeropostale, a leader in the international retail apparel industry; Vocera, a healthcare communications provider; and Prothena, a biopharmaceutical company, among others. Carol has also helped revive a securities class action against LifeLock after arguing an appeal before the Ninth Circuit. The case settled shortly thereafter.

Prior to joining Labaton Keller Sucharow, Carol served as the Assistant District Attorney in the Supreme Court Bureau for the Richmond County District Attorney's office, where she took several cases to trial. She began her career as an Associate at King & Spalding LLP, where she worked as a federal litigator.

Carol is an active member of the New York State Bar Association's Women in the Law Section and Chair of the Board of Directors of the City Bar Fund, the nonprofit 501(c)(3) arm of the New York City Bar Association. In 2024, she was appointed by the Court of Appeals to the New York State Board of Law Examiners, an organization that administers the bar examination to candidates seeking admission to practice law in the State of New York. Carol is also a member of the National Association of Public Pension Attorneys, the National Association of Women Lawyers, and the Hispanic National Bar Association. In addition, Carol previously served on *Law360*'s Securities Editorial Board.

Carol earned her Juris Doctor from New York University School of Law, where she was the recipient of The Irving H. Jurow Achievement Award for the Study of Law and received the Association of the Bar of the City of New York Diversity Fellowship. She received her bachelor's degree, with honors, from New York University.

She is fluent in Spanish.





# Michael C. Wagner
## Partner

**222 Delaware Ave, Suite 1510**
**Wilmington, DE 19801**
**302.575.6307**
**mwagner@labaton.com**

**Practice Areas:**

✖ Corporate Governance and Shareholder Rights Litigation

**Bar Admissions:**

✖ Pennsylvania

✖ Delaware

Michael C. Wagner is a Partner in the Delaware office of Labaton Keller Sucharow LLP.  Michael focuses on representing shareholders in corporate governance and transactional matters, including class action and derivative litigation.

He has successfully prosecuted cases against Dole, Versum Materials, Arthrocare, and Genetech, among others.

Michael is recommended by *The Legal 500* and has been recognized by *Lawdragon* as one of the Leading Plaintiff Financial Lawyers in America.

Previously, Michael was a Partner at Smith, Katzenstein & Jenkins LLP and at Kessler Topaz Meltzer & Check, LLP.  As a litigator for more than 25 years, he has prosecuted a wide variety of matters for investors, in Delaware and in other jurisdictions across the country, at both the trial and appellate levels.  He has previously represented investment banks, venture capital funds, and hedge fund managers as well as Fortune 500 companies.

His pro bono work includes guardianship and PFA matters.

Michael earned his Juris Doctor from the University of Pittsburgh School of Law.  He served as Associate Editor before becoming Lead Executive Editor for the *Journal of Law and Commerce*.  Michael received his bachelor's degree from Franklin and Marshall College.



# Ned Weinberger
## Partner



**222 Delaware Ave, Suite 1510**
**Wilmington, DE 19801**
**302.573.6938**
**nweinberger@labaton.com**

**Practice Areas:**

- Corporate Governance and Shareholder Rights Litigation

**Bar Admissions:**

- Delaware
- Pennsylvania
- New York

Ned Weinberger is a Partner in the Delaware office of Labaton Keller Sucharow LLP and is Chair of the Firm's Corporate Governance and Shareholder Rights Litigation Practice.  An experienced advocate of shareholder rights, Ned focuses almost exclusively on representing investors in corporate governance and transactional matters, including shareholder class, derivative, and appraisal litigation.

Ned has been recognized for many years by *Chambers & Partners USA* in the Delaware Court of Chancery, earning a Band 1 ranking.  He is noted for being "a very good case strategist and strong oral advocate."  After being named a Future Star earlier in his career, Ned is now recognized by *Benchmark Litigation* as a Litigation Star and has been selected to *Benchmark's* "40 & Under List." He has also been named a Leading Lawyer by *The Legal 500*, whose sources remarked that he "is one of the best plaintiffs' lawyers in Delaware," who "commands respect and generates productive discussion where it is needed."  *The National Law Journal* has also named Ned a Plaintiffs' Trailblazer.  *Lawdragon* has also recognized him as one of the country's Leading Plaintiff Financial Lawyers and Leading Litigators and *The Best Lawyers in America*® listed him as one of the "Best Lawyers in America" in the Litigation: Mergers and Acquisitions category. In 2022, Ned was named a Litigator of the Week by *The American Lawyer* for securing a $1 billion cash settlement three weeks before trial in *In re Dell Technologies Inc. Class V Stockholders Litigation*, C.A. No. 2018–0816–JTL (Del. Ch.).  The $1 billion recovery in *Dell*, which the Delaware Court of Chancery described as the "first home run" in M&A shareholder litigation, currently stands as the largest shareholder settlement ever in any state court in America and the 17th largest shareholder settlement of all time in federal and state court.



Other notable recoveries where Ned served or is serving as lead or co-lead counsel include: *In re Pattern Energy Group Inc. Stockholders Litigation*, C.A. No. 2020-0357-MTZ ($100 million class settlement; largest settlement of *Revlon* claims in Delaware history); *In re Columbia Pipeline Group, Inc. Merger Litigation*, C.A. No. 2018-0484-JTL (Del. Ch.) ($79 million pre-trial partial settlement; trial judgment in excess of $200million); *Nantahala Capital Partners II Limited Partnership v. QAD Inc.*, C.A. No.2021-0573-PAF ($65 million class recovery); *In re AmTrust Financial Services Inc. Stockholder Litigation*, C.A. No. 2018-0396-AGB (Consol.) (Del. Ch.) ($40 million class settlement); *H&N Management Group, Inc. & Aff Cos Frozen Money Purchase Plan v. Couch, et al.*, No. 12847 (Del. Ch.) ($35.5 million class settlement); *In re HomeFed Corp. Stockholder Litigation*, C.A. No. 2019-0592-AGB (Del. Ch.) ($15 million); *John Makris, et al. v. Ionis Pharmaceuticals, Inc., et al.*, C.A. No. 2021-0681-LWW (Del. Ch.) ($12.5 million).

Ned has also served as lead or co-lead counsel in numerous matters that have helped positively shape Delaware law for the benefit of shareholders. For example, in *Olenik v. Lodzinski*, 208 A.3d 704 (Del.), Ned successfully argued to the Delaware Supreme Court that where a controlling shareholder substantively engages with management before committing to so-called *MFW* conditions, the transaction should not be subject to business judgment deference.

Ned is a Member of the Advisory Board of the Institute for Law and Economic Policy (ILEP), a research and educational foundation dedicated to enhancing investor and consumer access to the civil justice system. Ned also serves on the Board of Directors of the Jewish Federation of Delaware.

Ned earned his Juris Doctor from the Louis D. Brandeis School of Law at the University of Louisville, where he served on the *Journal of Law and Education*. He received his bachelor's degree, *cum laude*, from Miami University.





# Mark S. Willis
**Partner**

**1050 Connecticut Ave., NW**
**Suite 500**
**Washington, D.C. 20036**
**571.332.2189**
**mwillis@labaton.com**

**Practice Areas:**

⚒ Securities Litigation

⚒ Non-U.S. Securities Litigation

**Bar Admissions:**

⚒ District of Columbia

Mark S. Willis is a Partner in the D.C. office of Labaton Keller Sucharow LLP.  With more than three decades of experience, his practice focuses on domestic and international securities litigation. Mark advises leading pension funds, investment managers, and other institutional investors from around the world on their legal remedies when impacted by securities fraud and corporate governance breaches.

Mark is recommended by *The Legal 500* for excellence in securities litigation and has been named one of *Lawdragon's* top Global Plaintiff Lawyers and Leading Plaintiff Financial Lawyers in America.  Under his leadership, the Firm has been awarded *Law360* Practice Group of the Year Awards for Class Actions and Securities.

In U.S. matters, Mark currently represents Caisse de dépôt et placement du Québec, one of Canada's largest institutional investors, against PayPal in one of the largest ongoing U.S. shareholder class actions, as well as the Utah Retirement Systems in several pending shareholder actions.  He represented institutions from the UK, Spain, the Netherlands, Denmark, Germany, Belgium, Canada, Japan and the U.S. in a novel lawsuit in Texas against BP plc that salvaged claims dismissed from the parallel U.S. class action.  In the *Converium* class action, Mark represented a Greek institution in a nearly four-year battle that eventually became the first U.S. class action settled on two continents (*i.e.*, New York and Amsterdam).  The Dutch portion of this $145 million trans-Atlantic recovery involved a landmark decision that substantially broadened that court's jurisdictional reach to a scenario where the claims were not brought under Dutch law, the wrongdoing occurred outside the Netherlands, and none of the parties were domiciled there.  In the *Parmalat* case, known as the "Enron of Europe" due to the size and scope of the fraud, Mark represented a group of European institutions and eventually recovered nearly

Labaton Keller Sucharow LLP



$100 million and negotiated governance reforms with two large European banks, making this the first time in a shareholder class action that such reforms were secured from non-issuer defendants.

Mark also heads the firm's Non-U.S. practice, advising clients in over 100 cases in jurisdictions such as Australia, Japan, Brazil, Canada, the UK, Germany, the Netherlands, Italy, Denmark, and elsewhere.  This practice is wholly unique in that it is genuinely global, independent, and fully comprehensive.

Mark has written on corporate, securities, and investor protection issues—often with an international focus—in industry publications such as *International Law News*, *Professional Investor*, *European Lawyer*, and *Investment & Pensions Europe*.  He has also authored several chapters in international law treatises on European corporate law and on the listing and subsequent disclosure obligations for issuers listing on European stock exchanges.  He also speaks at conferences and at client forums on investor protection through the U.S. federal securities laws, corporate governance measures, and the impact on shareholders of non-U.S. investor remedies.

Mark earned his Juris Doctor from the Pepperdine University School of Law and his master's degree from Georgetown University Law Center.





# Nicole Zeiss
**Partner**

**140 Broadway
New York, NY 10005
212.907.0867
nzeiss@labaton.com**

**Practice Areas:**

⚒ Securities Litigation

**Bar Admissions:**

⚒ New York

Nicole M. Zeiss is a Partner in the New York office of Labaton Keller Sucharow LLP.  A litigator with more than two decades of class action experience, Nicole leads the Firm's Settlement Group, which analyzes the fairness and adequacy of the procedures used in class action settlements.  Her practice focuses on negotiating and documenting complex class action settlements and obtaining the required court approval of the settlements, notice procedures, and payments of attorneys' fees.

Nicole was part of the Labaton Keller Sucharow team that successfully litigated the $185 million settlement in *In re Bristol-Myers Squibb Securities Litigation*.  She played a significant role in *In re Monster Worldwide, Inc. Securities Litigation* ($47.5 million settlement).  Nicole also litigated on behalf of investors who were damaged by fraud in the telecommunications, hedge fund, and banking industries.  Over the past fifteen years, Nicole has been focused on finalizing the Firm's securities class action settlements, including in cases against Schering-Plough ($473 million), Massey Energy Company ($265 million), SCANA ($192.5 million), Fannie Mae ($170 million), and Alexion Pharmaceuticals ($125 million), among many others.

Prior to joining Labaton Keller Sucharow, Nicole practiced poverty law at MFY Legal Services.  She also worked at Gaynor & Bass practicing general complex civil litigation, particularly representing the rights of freelance writers seeking copyright enforcement.

Nicole is a member of the New York City Bar Association and the New York State Bar Association.  Nicole also maintains a commitment to pro bono legal services.

She received a Juris Doctor from the Benjamin N. Cardozo School of Law, Yeshiva University, and earned a Bachelor of Arts in Philosophy from Barnard College.



**1050 Connecticut Ave NW**
**Suite 500**
**Washington D.C. 20036**
**702.210.7545**
**mbogen@labaton.com**

**Practice Areas:**

�֎ Corporate Governance and
   Shareholder Rights Litigation

**Bar Admissions:**

✖ Illinois

✖ Florida

# Mark Bogen
## Of Counsel

Mark Bogen is Of Counsel in the New York office of Labaton Keller Sucharow LLP.  Mark advises leading pension funds and other institutional investors on issues related to corporate fraud in domestic and international securities markets.  His work focuses on securities and consumer class action litigation, representing Taft-Hartley and public pension funds across the country.

Among his many efforts to protect his clients' interests and maximize shareholder value, Mark recently helped bring claims against and secure a settlement with Abbott Laboratories' directors, whereby the company agreed to implement sweeping corporate governance reforms, including an extensive compensation clawback provision going beyond the requirements under the Dodd-Frank Act.

Mark has written weekly legal columns for the *Sun-Sentinel*, one of the largest daily newspapers circulated in Florida.  He has been legal counsel to the American Association of Professional Athletes, an association of over 4,000 retired professional athletes.  He has also served as an Assistant State Attorney and as a Special Assistant to the State Attorney's Office in the State of Florida.

Mark earned his Juris Doctor from Loyola University School of Law.  He received his bachelor's degree from the University of Illinois.





# Garrett Bradley
## Of Counsel

**140 Broadway**
**New York, NY 10005**
**617.413.4892**
**gbradley@labaton.com**

**Practice Areas:**

⚒ Securities Litigation

**Bar Admissions:**

⚒ Massachusetts

⚒ New York

Garrett J. Bradley is Of Counsel to Labaton Keller Sucharow LLP.  Garrett has decades of experience helping institutional investors, public pension funds, and individual investors recover losses attributable to corporate fraud.  A former state prosecutor, Garrett has been involved in hundreds of securities fraud class action lawsuits that have, in aggregate, recouped hundreds of millions of dollars for investors.  Garrett's past and present clients include some of the country's largest public pension funds and institutional investors.

Garrett has been consistently named a "Super Lawyer" in securities litigation by *Super Lawyers*, a Thomson Reuters publication, and was previously named a "Rising Star."  He was selected as one of "New England's 2020 Top Rated Lawyers" by *ALM Media* and *Martindale-Hubbell*.  The American Trial Lawyers Association has named him one of the "Top 100 Trial Lawyers in Massachusetts."  The Massachusetts Academy of Trial Attorneys gave him their Legislator of the Year award, and the Massachusetts Bar Association named him Legislator of the Year.

Prior to joining the firm, Garrett worked as an Assistant District Attorney in the Plymouth County District Attorney's office.  He also served in the Massachusetts House of Representatives, representing the Third Plymouth District, for sixteen years.

Garrett is a Fellow of the Litigation Counsel of America, an invitation-only society of trial lawyers comprised of less than 1/2 of 1% of American lawyers.  He is also a member of the Public Justice Foundation and the Million Dollar Advocates Forum.

Garrett earned his Juris Doctor from Boston College Law School and his Bachelor of Arts from Boston College.



# Hui Chang
## Of Counsel



140 Broadway
New York, NY 10005
212.907.0648
hchang@labaton.com

**Practice Areas:**

✳ Non-U.S. Securities Litigation

**Bar Admissions:**

✳ New York

Hui Chang is Of Counsel in the New York office of Labaton Keller Sucharow LLP and concentrates her practice in the area of shareholder litigation and client relations.  As a co-manager of the Firm's Non-U.S. Securities Litigation Practice, Hui focuses on advising institutional investor clients regarding fraud-related losses on securities, and on the investigation and development of securities fraud class, group, and individual actions outside of the United States.

Hui previously served as a member of the Firm's Case Development Group, where she was involved in the identification, investigation, and development of potential actions to recover investment losses resulting from violations of the federal securities laws, and corporate and fiduciary misconduct, and assisted the Firm in securing a number of lead counsel appointments in several class actions.

Prior to joining Labaton Keller Sucharow, Hui was a Litigation Associate at a national firm primarily focused on securities class action litigation, where she played a key role in prosecuting a number of high-profile securities fraud class actions, including *In re Petrobras Sec. Litigation* ($3 billion recovery).

She is a member of the National Association of Public Pension Plan Attorneys ("NAPPA") and the National Association of State Retirement Administrators ("NASRA").

Hui earned her Juris Doctor from the University of California, Hastings College of Law, where she worked as a Graduate Research Assistant and a Moot Court Teaching Assistant.  She received her bachelor's degree from the University of California, Berkeley.

Hui is fluent in Portuguese and proficient in Taiwanese.





# Derick I. Cividini
## Of Counsel

140 Broadway
New York, NY 10005
212.907.0706
dcividini@labaton.com

**Practice Areas:**

⚒ Securities Litigation

**Bar Admissions:**

⚒ New York

Derick I. Cividini is Of Counsel in the New York office of Labaton Keller Sucharow LLP and serves as the Firm's Director of E-Discovery.  Derick focuses on prosecuting complex securities fraud cases on behalf of institutional investors, including class actions, corporate governance matters, and derivative litigation.  As the Director of E-discovery, he is responsible for managing the Firm's discovery efforts, particularly with regard to the implementation of e-discovery best practices for ESI (electronically stored information) and other relevant sources.

Derick was part of the team that represented lead plaintiff City of Edinburgh Council as Administering Authority of the Lothian Pension Fund in *In re Lehman Brothers Equity/Debt Securities Litigation*, which resulted in settlements totaling $516 million against Lehman Brothers' former officers and directors as well as most of the banks that underwrote Lehman Brothers' offerings.

Prior to joining Labaton Keller Sucharow, Derick was a litigation attorney at Kirkland & Ellis LLP, where he practiced complex civil litigation.  Earlier in his litigation career, he worked on product liability class actions with Hughes Hubbard & Reed LLP.

Derick earned his Juris Doctor and Master of Business Administration from Rutgers University and received his bachelor's degree in Finance from Boston College.



# Joseph Cotilletta
## Of Counsel



**140 Broadway**
**New York, NY 10005**
**212.907.0631**
**jcotilletta@labaton.com**

### Practice Areas:

⚒ Corporate Governance and Shareholder Rights Litigation

⚒ Securities Litigation

### Bar Admissions:

⚒ New York

⚒ New Jersey

Joseph Cotilletta is Of Counsel to the New York office of Labaton Keller Sucharow LLP, where he prosecutes complex securities fraud cases on behalf of institutional and individual investors. He also represents investors in corporate governance and transactional matters, including class action and derivative litigation.

Joe has repeatedly been recognized as a "Top 40 Under 40" civil trial lawyer by *The National Trial Lawyers* and as a New York Metro Rising Star by *Super Lawyers*, a Thomson Reuters publication. He has also been recognized as a Rising Star of the Plaintiffs Bar by *The National Law Journal* "Elite Trial Lawyers" and as a Next Generation Lawyer by *Lawdragon*.

Joe is actively involved in the prosecution of several securities class actions, including *Boston Retirement Systems v. Uber Technologies, Inc.*—a case alleging that the offering documents for Uber's $8.1 billion IPO misrepresented the company's business model and growth strategy, passenger safety efforts, and financial condition. Joe was part of the team that secured a $39 million recovery in a securities class action against World Wrestling Entertainment.

Joe assisted the team that secured a $1 billion dollar in *In re Dell Technologies Inc. Class V Stockholders Litigation*. The $1 billion recovery in Dell currently stands as the largest shareholder settlement ever in any state court in America and the 17th largest shareholder settlement of all time in federal and state court.

Before joining Labaton Keller Sucharow, Joe was a Senior Attorney at The Lanier Law Firm, where he gained substantial trial and litigation experience pursuing high-value cases in various jurisdictions throughout the United States. Joe helped obtain multi-million dollar recoveries from some of the



largest, most prominent companies in the country and set legal precedent in the areas of successor liability and personal jurisdiction. Since the start of his legal career, Joe has dedicated himself to becoming a skilled advocate, sharpening his litigation expertise while trying numerous cases as first or second chair and taking and defending hundreds of depositions.

Joe is a member of the Commercial and Federal Litigation Section as well as the Securities Litigation Committee of the New York State Bar Association.

Joe earned his Juris Doctor from Penn State Law, where he was selected to join the Order of Barristers and served as an Articles Editor for the Penn State International Law Review and as an extern for the Honorable Kim R. Gibson of the Western District of Pennsylvania. Joe received his Bachelor of Science in Business Administration from Bryant University, where he was captain of the Men's Lacrosse team.

He is conversant in Italian.



# Lara Goldstone
## Of Counsel

**Labaton Keller Sucharow**

140 Broadway
New York, NY 10005
212.907.0742
lgoldstone@labaton.com

**Practice Areas:**

⚒ Securities Litigation

**Bar Admissions:**

⚒ Colorado

Lara Goldstone is Of Counsel in the New York office of Labaton Keller Sucharow LLP.  Lara advises leading pension funds and other institutional investors in the United States and Canada on issues related to corporate fraud in the U.S. securities markets.  Her work focuses on monitoring the well-being of institutional investments and counseling clients on best practices in securities, antitrust, corporate governance and shareholder rights and consumer class action litigation.

Lara has achieved significant settlements on behalf of clients.  She represented investors in high-profile cases against LifeLock, KBR, Fifth Street Finance Corp., NII Holdings, Rent-A-Center, and Castlight Health.  Lara has also served as legal adviser to clients who have pursued claims in state court, derivative actions in the form of serving books and records demands, non-U.S. actions and antitrust class actions including pay-for-delay or "product hopping" cases in which pharmaceutical companies allegedly obstructed generic competitors in order to preserve monopoly profits on patented drugs, such as *In re Generic Pharmaceuticals Pricing Antitrust Litigation*.

Before joining Labaton Keller Sucharow, Lara worked as a Legal Intern in the Larimer County District Attorney's Office and the Jefferson County District Attorney's Office.  She also volunteered at Crossroads Safehouse, which provided legal representation to victims of domestic violence.  Prior to her legal career, Lara worked at Industrial Labs where she worked closely with Federal Drug Administration standards and regulations.  In addition, she was a teacher in Irvine, California.

She is a member of the Firm's Women's Initiative.



Lara earned her Juris Doctor from the University of Denver Sturm College of Law, where she was a judge of the Providence Foundation of Law & Leadership Mock Trial and a competitor of the Daniel S. Hoffman Trial Advocacy Competition.  She received her bachelor's degree from George Washington University, where she was a recipient of a Presidential Scholarship for academic excellence.



# James McGovern
## Of Counsel



**1050 Connecticut Ave NW, Suite 500
Washington D.C.  200036
202.722.1881
jmcgovern@labaton.com**

### Practice Areas:

�֎ Securities Litigation

✖ Corporate Governance and Shareholder Rights Litigation

### Bar Admissions:

✖ Washington D.C.

✖ Maryland

James McGovern is Of Counsel in the Washington, D.C. office of Labaton Keller Sucharow LLP and advises leading pension funds and other institutional investors on issues related to corporate fraud in domestic and international securities markets.  James' work focuses primarily on securities litigation and corporate governance, representing Taft-Hartley, public pension funds, and other institutional investors across the country in domestic securities actions.  He also advises clients as to their potential claims tied to securities-related actions in foreign jurisdictions.

James has worked on a number of large securities class action matters, including *In re Worldcom, Inc. Securities Litigation*, the second-largest securities class action settlement since the passage of the PSLRA ($6.1 billion recovery); *In re Parmalat Securities Litigation* ($90 million recovery); *In re American Home Mortgage Securities Litigation* (amount of the opt-out client's recovery is confidential); *In re The Bancorp Inc. Securities Litigation* ($17.5 million recovery); *In re Pozen Securities Litigation* ($11.2 million recovery); *In re Cabletron Systems, Inc. Securities Litigation* ($10.5 million settlement); and *In re UICI Securities Litigation* ($6.5 million recovery).

In the corporate governance arena, James helped bring claims against Abbott Laboratories' directors on account of their mismanagement and breach of fiduciary duties for allowing the company to engage in a 10-year off-label marketing scheme.  Upon settlement of this action, the company agreed to implement sweeping corporate governance reforms, including an extensive compensation clawback provision going beyond the requirements under the Dodd-Frank Act.



Following the unprecedented takeover of Fannie Mae and Freddie Mac by the federal government in 2008, James was retained by a group of individual and institutional investors to seek recovery of the massive losses they had incurred when the value of their shares in these companies was essentially destroyed.  He brought and continues to litigate a complex takings class action against the federal government for depriving Fannie Mae and Freddie Mac shareholders of their property interests in violation of the Fifth Amendment of the U.S. Constitution, and causing damages in the tens of billions of dollars.

James also has addressed members of several public pension associations, including the Texas Association of Public Employee Retirement Systems and the Michigan Association of Public Employee Retirement Systems, where he discussed how institutional investors could guard their assets against the risks of corporate fraud and poor corporate governance.

Prior to focusing his practice on plaintiffs securities litigation, James was an attorney at Latham & Watkins where he worked on complex litigation and FIFRA arbitrations, as well as matters relating to corporate bankruptcy and project finance.  At that time, he co-authored two articles on issues related to bankruptcy filings: *Special Issues In Partnership* and *Limited Liability Company Bankruptcies* and *When Things Go Bad: The Ramifications of a Bankruptcy Filing.*

James earned his J.D., *magna cum laude*, from Georgetown University Law Center.  He received his bachelor's and master's from American University, where he was awarded a Presidential Scholarship and graduated with high honors.





# Elizabeth Rosenberg
## Of Counsel

**140 Broadway**
**New York, NY 10005**
**212.907.0889**
**erosenberg@labaton.com**

**Practice Areas:**

⌘ Securities Litigation

**Bar Admissions:**

⌘ New York

Elizabeth Rosenberg is Of Counsel in the New York office of Labaton Keller Sucharow LLP.  Elizabeth focuses on litigating complex securities fraud cases on behalf of institutional investors, with a focus on obtaining court approval of class action settlements, notice procedures and payment of attorneys' fees.

Prior to joining Labaton Keller Sucharow, Elizabeth was an Associate at Whatley Drake & Kallas LLP, where she litigated securities and consumer fraud class actions.  Elizabeth began her career as an Associate at Milberg LLP where she practiced securities litigation and was also involved in the pro bono representation of individuals seeking to obtain relief from the World Trade Center Victims' Compensation Fund.

Elizabeth earned her Juris Doctor from Brooklyn Law School.  She received her bachelor's degree from the University of Michigan.



# William Schervish
## Of Counsel

**Labaton Keller Sucharow**

**140 Broadway
New York, NY 10005**
**212.907.0886**
**wschervish@labaton.com**

**Practice Areas:**

✖ Securities Litigation

**Bar Admissions:**

✖ New York

✖ Florida

William "Bill" Schervish is Of Counsel in the New York office of Labaton Keller Sucharow LLP and serves as the Firm's Director of Financial Research. As a key member of the Firm's Case Evaluation Group, Bill identifies, analyzes, and develops cases alleging securities fraud and other forms of corporate misconduct that expose the Firm's institutional clients to legally recoverable losses.  Bill also evaluates and develops cases on behalf of confidential whistleblowers for the Securities and Exchange Commission.

Bill has been practicing securities law for more than 15 years.  As a complement to his legal experience, Bill is a Certified Public Accountant (CPA), a CFA® Charterholder, and a Certified Fraud Examiner (CFE) with extensive work experience in accounting and finance.

Prior to joining the Firm, Bill worked as a finance attorney at Mayer Brown LLP, where he drafted and analyzed credit default swaps, indentures, and securities offering documents on behalf of large banking institutions.  Bill's professional background also includes positions in controllership, securities analysis, and commodity trading.  He began his career as an auditor at PricewaterhouseCoopers.

Bill earned a Juris Doctor, *cum laude*, from Loyola University and received a Bachelor of Science, *cum laude*, in Business Administration from Miami University, where he was a member of the Business and Accounting Honor Societies.



# Nina Varindani
## Of Counsel

**Labaton Keller Sucharow**

**140 Broadway
New York, NY 10005
212.907.0702
nvarindani@labaton.com**

**Practice Areas:**

✵ Corporate Governance and Shareholder Rights Litigation

**Bar Admissions:**

✵ New York

Nina Varindani is Of Counsel in the New York office of Labaton Keller Sucharow LLP.  Nina focuses on representing institutional investors in litigating securities fraud class actions and derivative lawsuits, books and records demands, and litigation demands.  Nina specializes in the analysis of potential new shareholder litigations with a focus on breaches of fiduciary duty and ESG practices, as well as mergers and acquisitions.  Nina Co-Chairs the Firm's ESG Task Force.

Prior to joining the Firm, Nina was a Partner at Faruqi & Faruqi where she focused on securities litigation and shareholder derivative litigation matters.

Nina earned her Juris Doctor from the Elisabeth Haub School of Law at Pace University.  While in law school, Nina was an Intern at the New York State Judicial Institute.  Nina received her Bachelor of Arts from George Washington University.



# John Vielandi
## Of Counsel



**140 Broadway
New York, NY 10005
212.907.0829
jvielandi@labaton.com**

**Practice Areas:**

�ખ Corporate Governance and
   Shareholder Rights Litigation

**Bar Admissions:**

✕ New York

John Vielandi is Of Counsel in the New York office of Labaton Keller Sucharow LLP.  John researches, analyzes, and assesses potential new shareholder litigations with a focus on breaches of fiduciary duty and mergers and acquisitions.

John has successfully prosecuted cases against Versum Materials, Inc.; Stamps.com Inc.; and Expedia Group, Inc.

John joined the Firm from Bernstein Litowitz Berger & Grossmann, where he was a key member of the teams that litigated numerous high profile actions, including *City of Monroe Employees' Retirement System v. Rupert Murdoch et al.* and *In re Vaalco Energy, Inc. Consolidated Stockholder Litigation*.  While in law school, John was a legal intern at the New York City Office of Administrative Trials and Hearings and a judicial intern for the Honorable Carolyn E. Demarest of the New York State Supreme Court.

John earned his Juris Doctor from Brooklyn Law School, where he was the Notes and Comments Editor for the *Journal of Corporate, Financial and Commercial Law*, and was awarded the CALI Excellence for the Future Award.  He received his bachelor's degree from Georgetown University.