ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
JACOB G. GELMAN (344819)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
jgelman@rgrdlaw.com
           – and –
MARK SOLOMON (151949)
ELLEN GUSIKOFF STEWART (144892)
JASON A. FORGE (181542)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
elleng@rgrdlaw.com
jforge@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | Case No. 4:19-cv-02033-YGR |
| | CLASS ACTION |
| This Document Relates To: | SUPPLEMENTAL DECLARATION OF ROSS D. MURRAY REGARDING NOTICE DISSEMINATION AND REQUESTS FOR EXCLUSION RECEIVED TO DATE |
| ALL ACTIONS. | |

DATE: September 17, 2024
TIME: 2:00 p.m.
JUDGE: Honorable Yvonne Gonzalez Rogers
CTRM: 1, 4th Floor

I, ROSS D. MURRAY, declare and state as follows:

1.    I am employed as a Vice President of Securities by Gilardi & Co. LLC ("Gilardi"), located at 1 McInnis Parkway, Suite 250, San Rafael, California. Pursuant to this Court's June 3, 2024 Order Granting Preliminary Approval of Settlement and Setting Deadlines for Notice, Objection, Exclusion, and Final Fairness Hearing ("Notice Order") (ECF 435), Gilardi was appointed as the Settlement Administrator in connection with the proposed Settlement of the above-captioned action (the "Action").[1] I oversaw the notice services that Gilardi provided in accordance with the Notice Order.

2.    I submit this declaration as a supplement to my earlier declaration, the Declaration of Ross D. Murray Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date (the "Initial Mailing Declaration") (ECF 439-2). The following statements are based on my personal knowledge and information provided to me by other Gilardi employees and if called to testify I could and would do so competently.

**UPDATE ON DISSEMINATION OF NOTICE**

3.    As more fully detailed in the Initial Mailing Declaration, as of July 12, 2024, Gilardi had mailed or emailed a total of 27,946 Summary Notices to potential Class Members and their nominees. *See* Initial Mailing Declaration, ¶9.

4.    Since July 12, 2024, Gilardi has mailed or emailed an additional 986,422 Summary Notices and 351 copies of the Class Action Settlement Notice and the Proof of Claim and Release form (collectively, the "Claim Package") in response to requests from potential Class Members, brokers, and nominees and as a result of mail returned as undeliverable for which new addresses were identified and re-mailed to those new addresses. Therefore, as of August 30, 2024, Gilardi has mailed or emailed a total of 1,014,368 Summary Notices and 351 Claim Packages to potential Class Members and nominees. Additionally, Gilardi received a message from one institution

---

[1]    Any capitalized terms used that are not otherwise defined herein shall have the meanings ascribed to them in the Amended Stipulation of Settlement dated May 21, 2024 (the "Stipulation") (ECF 433-2), which is available on the website established for the Settlement at www.2019AppleSecuritiesSettlement.com.

1  noting that they anticipated sending Summary Notices via email to 836,978 potential Class

2  Members.

3  **REQUESTS FOR EXCLUSION RECEIVED TO DATE**

4  5.    Pursuant to the Notice Order, the Notice informs potential Class Members that

5  written requests for exclusion from the Class must be mailed to *2019 Apple Securities Settlement*,

6  Claims Administrator, c/o Gilardi & Co. LLC, ATTN: EXCLUSIONS, P.O. Box 5100, Larkspur,

7  CA 94977-5100, such that they are received no later than August 18, 2024.  At the time of the

8  Initial Mailing Declaration, Gilardi reported that it had not received any requests for exclusion in

9  connection with this Settlement.  *See* Initial Mailing Declaration, ¶14.

10  6.    Since the Initial Mailing Declaration was executed, and as of the date of this

11  declaration, Gilardi has received 17 timely requests for exclusion, and two late requests for

12  exclusion, redacted versions of which are attached hereto as Exhibit A.

13  I declare under penalty of perjury that the foregoing is true and correct and that this

14  declaration was executed this 30th day of August, 2024, at San Rafael, California.

15

16

17

18  _____

19  ROSS D. MURRAY

20

21

22

23

24

25

26

27

28  SUPPLEMENTAL DECLARATION OF ROSS D. MURRAY REGARDING NOTICE
DISSEMINATION AND REQUESTS FOR EXCLUSION RECEIVED TO DATE - 4:19-cv-02033-
YGR                                                                                      - 2 -

EXHIBIT A



*APSL-EXCL00001*

RECEIVED
July 31, 2024
Claims Center

# Exclusion Cover Page

Case Name: 2019 Apple Securities Litigation

Case Code: APSL

Exclusion Deadline: August 18, 2024 (Receive on or before)

Name of Person Filing Exclusion: Safiya Yunaeva

**July 21, 2024**

Safiya Yunaeva



Claim number: **APSL-40000166-7**

Dear Administrator,

I am a Class Member in the *In re Apple Inc. Securities Litigation,* No. 4:19-cv-02033-YGR since I have acquired 54 Apple shares on Feb 1, 2019. I have submitted the claim online which was assigned the claim id APSL-40000166-7.

Upon further consideration **I would like to be excluded from the Class.** Please exclude me from the Class and invalidate the claim.

With best regards, Safiya.

FOREVER USA

23 JUL 2024   PM 3   L

George Yunaev
Safiya Yunaeva

**Address Service Requested**

RECEIVE
JUL 3 1 2024
BY.................

4,019 APPLE SECURITIES
SETTLEMENT
CLAIMS ADMINISTRATOR
C/O GIRARDI & CO, LLC
ATTN: EXCLUSIONS

P.O. BOX 5100 LARKSPUR CA
94577-5100
94577-5100

APSL

© USPS 2013

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Paper



*APSL-EXCL00002*

RECEIVED
August 1, 2024
Claims Center

# Exclusion Cover Page

Case Name: 2019 Apple Securities Litigation

Case Code: APSL

Exclusion Deadline: August 18, 2024 (Receive on or before)

Name of Person Filing Exclusion: Stephen & Jacqueline Osborn TTEES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) | Case No. 4:19-cv-02033-YGR |
| | ) | |
| This Document Relates To: | ) | CLASS ACTION |
| ALL ACTIONS. | ) | |
| | ) | |

### SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

**TO:**   **ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY TRADED SECURITIES OF APPLE INC. ("APPLE"), INCLUDING PURCHASERS OF APPLE CALL OPTIONS AND SELLERS OF APPLE PUT OPTIONS, DURING THE PERIOD FROM NOVEMBER 2, 2018, THROUGH JANUARY 2, 2019, INCLUSIVE, AND WHO SUFFERED DAMAGES BY DEFENDANTS' ALLEGED VIOLATIONS OF SECTIONS 10(b) AND 20(a) OF THE SECURITIES EXCHANGE ACT OF 1934 ("CLASS" OR "CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on September 17, 2024, at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers at the United States District Court, Northern District of California, Ronald V. Dellums Federal Building & U.S. Courthouse, Courtroom 1 – 4th Floor, 1301 Clay Street, Oakland, CA 94612, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Amended Stipulation of Settlement ("Stipulation")[1] for $490 million in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Action with prejudice; (3) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Class Action Settlement Notice ("Notice"), which is discussed below) and to award Representative Parties for their time and expenses pursuant to 15 U.S.C. §78u-4(a)(4), and, if so, in what amount, and (4) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

IF YOU PURCHASED OR OTHERWISE ACQUIRED APPLE PUBLICLY TRADED SECURITIES FROM NOVEMBER 2, 2018, THROUGH JANUARY 2, 2019, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS ACTION.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(received no later than October 4, 2024)** or electronically **(no later than October 4, 2024)**. Your failure to submit your Proof of Claim by October 4, 2024, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Action.[2] If you purchased, or otherwise acquired, Apple publicly traded common stock or call options on Apple common stock, or sold put options on Apple stock during the period from November 2, 2018, through January 2, 2019, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

You may review the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), access the Proof of Claim, and find the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other Settlement documents, online at www.2019AppleSecuritiesSettlement.com, or by writing to:

*2019 Apple Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

*Exclude US.*

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900, San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

---

[1]      The Stipulation can be viewed and/or obtained at www.2019AppleSecuritiesSettlement.com.
[2]      Proof of Claim forms that are legibly postmarked no later than October 4, 2024 will be treated as received on the postmark date. Please be advised that the U.S. Postal Service may not postmark mail which is not presented in person.

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **RECEIVED BY AUGUST 18, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 25% OF THE SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $3,000,000, PLUS INTEREST EARNED THEREON AND AN AWARD TO REPRESENTATIVE PARTIES NOT TO EXCEED $73,000 IN THE AGGREGATE PURSUANT TO 15 U.S.C. §78u-4(a)(4). ANY OBJECTIONS MUST BE FILED WITH THE COURT **BY AUGUST 18, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: JUNE 3, 2024

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*2019 Apple Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

Presorted
First-Class Mail
US Postage
PAID
Permit #219
Petaluma, CA

**IMPORTANT LEGAL DOCUMENTS ENCLOSED.**



APSLSM-1037427-2 O
Do Not Mark This Barcode
253573

OSBORN FAMILY TRUST
UAD 03/06/03
STEPHEN OSBORN &
JACQUELINE OSBORN TTEES

**APSL**

$\mathcal{E}xclude\ us\ !!!$

30 JUL 2024  PM 4  L

**RECEIVED**

AUG 0 1 2024

**VERITA GLOBAL**

2019 Apple Securities Settlement
Claims Administrator
C/o Gilardi & Co LLC
P.O. Box 301135
Los Angeles CA 90030-1135

90030-113535



*APSL-EXCL00003*

RECEIVED
August 9, 2024
Claims Center

# Exclusion Cover Page

Case Name: 2019 Apple Securities Litigation

Case Code: APSL

Exclusion Deadline: August 18, 2024 (Receive on or before)

Name of Person Filing Exclusion: Atsuko H Morse

Atsuko H. Morse

August 5th, 2024

2019 Apple Securities Settlement Claims Administrator

c/o Gilardi & Co. LLC

P. O. Box 301135  Los Angeles, CA 90030-1135

Subject: Exclusion from the Class in the in re Apple Inc. Securities

Litigation Number: No. 4:19-cv-02033-YGR.

To whom it may concern,

I would like to exclude myself from the Class in *the In re Apple Inc. Securities Litigation* ;

Litigation Number: No. 4:19-cv-02033-YGR.

The followings are the requested information regarding my Apple stocks;

Date Acquired Quantity

11/01/18

Common Stocks

APPLE INC COM Dividend Option: Reinvest Multiple

Security Identifier: AAPL CUSIP: 037833100

Total Noncovered    1,043.266

Unit Cost    18.8480

Cost Basis  19,662.71

*2019 Apple Securities
Litigation # : N0. 4:19-cv-02033-YGR*

Market Price   176.5800

Market Value   186,299.21

Unrealized Gain/Loss  166,636.50


Date Acquired Quantity

12/01/18

Common Stocks

APPLE INC COM Dividend Option: Reinvest Multiple

Security Identifier: AAPL CUSIP: 037833100

Total Noncovered   1,043.226

Unit Cost   18.8480

Cost Basis   19,662.71

Market Price   157.7400

Market Value   164,558.39

Unrealized Gain/Loss  144,895.68


Date Acquired Quantity

01/01/19

Common Stocks

APPLE INC COM Dividend Option: Reinvest Multiple

Security Identifier: AAPL CUSIP: 037833100

Total Noncovered   1,043.226

Unit Cost   18.8480

*2019 Apple Securities*
*Litigation # : No. 4:19-cv-02033-YGR*

Market Price   166.4400

Market Value   173,634.45

Unrealized Gain/Loss  153,971.74

I purchased Apple stocks through TIAA and would like to request exclusion from the class
in *the in re Apple Inc. Securities Litigation* No. 4:19-cv-02033-YGR.


Sincerely

Atsuko Morse

**Ms. Atsuko H. Morse**

5 AUG 2024   PM 6   L

RECEIVED

AUG 0 9 2024

VERITA GLOBAL

2019 APPLE Securities
Settlement Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

90030-113535



RECEIVED
August 9, 2024
Claims Center

# Exclusion Cover Page

Case Name: 2019 Apple Securities Litigation

Case Code: APSL

Exclusion Deadline: August 18, 2024 **(**Receive on or before)

Name of Person Filing Exclusion: Susan Odell

August 1, 2024

You may EXCLUDE me from your Class Action Suit.

I am NOT interested in you Apple Lawsuit

Susan Odell



(sent to 2019 Apple Securites Settlement)

Claims Administrator

c/o Gilardi and Co llc

POBox 301135

Los Angeles CA 90030-1135

Susan M Odell



2019 Apple Securities Settlement
Claims Administrator
C/o Gilardi, & Co LLC
Po Box 301135
Los Angeles, CA 90830-1135

RECEIVED

AUG 0 9 2024

VERITA GLOBAL



RECEIVED
August 13, 2024
Claims Center

# Exclusion Cover Page

Case Name: 2019 Apple Securities Litigation

Case Code: APSL

Exclusion Deadline: August 18, 2024 (Receive on or before)

Name of Person Filing Exclusion: Melvin Belsky

August 9, 2024



Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

Re:      Case o. 4:19-cv-02033-YGR
         In re Apple Inc. Securities Litigation

To Whom It May Concern:

I have not "purchased or otherwise acquired Apple publicly traded common stock or call options on Apple common stock, or sold put options on Apple stock during the period from November 2, 2018, through January 2, 2019, inclusive" and, therefore, wish to be excluded from the above-referenced case.

Thank you for you attention to this matter.

Yours truly,

Melvin Belsky



Mr Melvin Belsky

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL** ®

7022 0410 0002 0621 1556

RETURN RECEIPT
REQUESTED

*Retail*

UNITED STATES
POSTAL SERVICE ®

90030

RDC 99

U.S. POSTAGE PAID
FCM LETTER

AUG 09, 2024

**$9.68**

S2324K503916-31

Claims Administrator
C/o Gilardi Co LLC
PO Box 301135
Los Angeles CA 90030-1135

RECEIVED

AUG 13 2024

VERITA GLOBAL

90030-113535



RECEIVED
August 13, 2024
Claims Center

# Exclusion Cover Page

Case Name: 2019 Apple Securities Litigation

Case Code: APSL

Exclusion Deadline: August 18, 2024 (Receive on or before)

Name of Person Filing Exclusion: Thomas R and Doreen K Campbell

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) | Case No. 4:19-cv-02033-YGR |
| | ) | |
| ―――――――――――――――――――― | ) | CLASS ACTION |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) | |
| ―――――――――――――――――――― | ) | |

**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

**TO:**   **ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY TRADED SECURITIES OF APPLE INC. ("APPLE"), INCLUDING PURCHASERS OF APPLE CALL OPTIONS AND SELLERS OF APPLE PUT OPTIONS, DURING THE PERIOD FROM NOVEMBER 2, 2018, THROUGH JANUARY 2, 2019, INCLUSIVE, AND WHO SUFFERED DAMAGES BY DEFENDANTS' ALLEGED VIOLATIONS OF SECTIONS 10(b) AND 20(a) OF THE SECURITIES EXCHANGE ACT OF 1934 ("CLASS" OR "CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on September 17, 2024, at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers at the United States District Court, Northern District of California, Ronald V. Dellums Federal Building & U.S. Courthouse, Courtroom 1 – 4th Floor, 1301 Clay Street, Oakland, CA 94612, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Amended Stipulation of Settlement ("Stipulation")[1] for $490 million in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Action with prejudice; (3) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the  Class Action Settlement Notice ("Notice"), which is discussed below) and to award Representative Parties for their time and expenses pursuant to 15 U.S.C. §78u-4(a)(4), and, if so, in what amount, and (4) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

IF YOU PURCHASED OR OTHERWISE ACQUIRED APPLE PUBLICLY TRADED SECURITIES FROM NOVEMBER 2, 2018, THROUGH JANUARY 2, 2019, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS ACTION.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(received no later than October 4, 2024)** or electronically **(no later than October 4, 2024)**. Your failure to submit your Proof of Claim by October 4, 2024, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Action.[2] If you purchased, or otherwise acquired, Apple publicly traded common stock or call options on Apple common stock, or sold put options on Apple stock during the period from November 2, 2018, through January 2, 2019, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

You may review the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), access the Proof of Claim, and find the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other Settlement documents, online at www.2019AppleSecuritiesSettlement.com, or by writing to:

*APPLE CLAIM ADMINISTRATOR*
*WE WISH TO BE EXCLUDED.*
*Thomas R. Campbell / Dolen Kampbell*

2019 Apple Securities Settlement
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900, San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

---

[1]      The Stipulation can be viewed and/or obtained at www.2019AppleSecuritiesSettlement.com.
[2]      Proof of Claim forms that are legibly postmarked no later than October 4, 2024 will be treated as received on the postmark date  Please be advised that the U.S. Postal Service may not postmark mail which is not presented in person.

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **RECEIVED BY AUGUST 18, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 25% OF THE SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $3,000,000, PLUS INTEREST EARNED THEREON AND AN AWARD TO REPRESENTATIVE PARTIES NOT TO EXCEED $73,000 IN THE AGGREGATE PURSUANT TO 15 U.S.C. §78u-4(a)(4). ANY OBJECTIONS MUST BE FILED WITH THE COURT **BY AUGUST 18, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: JUNE 3, 2024

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*2019 Apple Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135



Presorted
First-Class Mail
US Postage
PAID
Permit #219
Petaluma, CA

**IMPORTANT LEGAL DOCUMENTS ENCLOSED.**

APSLSM-1232694-1 Q
Do Not Mark This Barcode
215418

THOMAS R CAMPBELL
DOREEN K CAMPBELL JT TEN

T 787 NEE 126052410007/28/24

CAMPBEL

**APSL**

INT
57006>5595

BC: 57006559517    *0793-04882-28-21

From: ___

Thomas Campbell

5 AUG 2024   PM 1

RECEIVED

AUG 1 4 2024

VERITA GLOBAL

I N T

QQM0024P00000000

---

**F.**
**84**

**Animal Adoption, Animal Population Control.**

Residents of the following states may request financial statements and other information from the offices indicated (the toll-free numbers are for use only within the respective states): **Arizona:** Financial information filed with the Secretary of State is available for public inspection or by calling toll free 1-800-458-5842. **California:** A copy of the Official Financial Statement may be obtained from the Attorney General's Registry of Charitable Trusts, Department of Justice, P.O. Box 903447, Sacramento, CA 94203-4470 or by calling (916)445-2021. **Florida:** A COPY OF THE OFFICIAL REGISTRATION AND FINANCIAL INFORMATION MAY BE OBTAINED FROM THE DIVISION OF CONSUMER SERVICES BY CALLING 1-800-435-7352, TOLL FREE, WITHIN THE STATE. REGISTRATION DOES NOT IMPLY ENDORSEMENT, APPROVAL OR RECOMMENDATION BY THE STATE. **Georgia:** Upon request, Best Friends Animal Society will provide a full and fair description of this and its other programs, and a financial statement or summary. **Illinois:** Contract and reports regarding the solicitation activities of non-profit organization are on file with the Illinois Attorney General. **Kansas:** The annual financial report for the preceding fiscal year is on file with the Secretary of State. The Kansas registration number is 371-590-1. 100% of contributions are retained by non-profit organization. **Maryland:** Copies of documents and information submitted by Best Friends Animal Society are available from the Office of the Secretary of State, Statehouse, Annapolis, MD 21401, 410-974-5534. **Minnesota:** One hundred percent of your gift may be deducted as a charitable contribution under Federal and State income tax laws. **Mississippi:** The official registration and financial information of Best Friends Animal Society may be obtained from the Mississippi Secretary of State's office by calling 1-888-236-6167. Registration by the Secretary of State does not imply endorsement by the Secretary of State. **New Jersey:** INFORMATION FILED WITH THE ATTORNEY GENERAL CONCERNING THIS CHARITABLE SOLICITATION MAY BE OBTAINED FROM THE STATE OF NEW JERSEY BY CALLING 973-504-6215. REGISTRATION WITH THE ATTORNEY GENERAL DOES NOT IMPLY ENDORSEMENT. **New York:** New York residents may obtain a copy of our annual report by writing to the Office of Attorney General, Charities Bureau, 120 Broadway, New York, NY 10271. **North Carolina:** Financial information about this organization and a copy of its license are available from the State Solicitation Licensing Branch at 888-830-4989. The license is not an endorsement by the state. **Pennsylvania:** A copy of the official registration and financial information of Best Friends Animal Society may be obtained from the Pennsylvania Department of State by calling toll free, within Pennsylvania, 1-800-732-0999. Registration does not imply endorsement. **Virginia:** Best Friends Animal Society files a financial report for each campaign it conducts. Copies of these financial reports are available from the Virginia Office of Consumer Affairs, PO Box 1163, Richmond, VA 23218. **Washington:** Financial disclosure information is currently on file with the Office of the Secretary of ___ ___ ___ 4483 West Virginia: Secretary of State, State Capitol, Charleston, WV 25305. Registration does not imply endorsement. For copies of current financial statements, you ___ address listed above or call Best Friends Animal Society directly at the telephone number listed above.



APSL-EXCL00006*APSL-EXCL00007*

RECEIVED
August 19, 2024
Claims Center

# Exclusion Cover Page

Case Name: 2019 Apple Securities Litigation

Case Code: APSL

Exclusion Deadline: August 18, 2024 **(**Receive on or before)

Name of Person Filing Exclusion: Rusti Baker Trust
                                Rusti Baker TTEE

DreamHost Webmail :: Compose

Although details of process to declare exclusion are missing from the notice and the information posted at
www.2019AppleSecuritiedSettlement.com, I am writing to request Exclusion.

Based on the information provided from the bulk mail notice served at some time in July 2024, I am writing regarding 2019 Apple
Inc, Securities Litigation to EXCLUDE The Rusti Baker Trust, and myself, Rusti Baker, as Trustee, from the class in this lawsuit
against the Defendants.

My address for the notice was:

█████████████████

Current address is:

█████████████████

Printed copies of this notice will be posted by USPS  on August 15, 2024 to:

2019 Apple Securities Settlement
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

and copy to:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Guiskoff Stewart
655 W Broiadway Suite 1900
San Diego, CA  92101

Rusti Baker
█████████

Ms. Rusti L. Baker



15 AUG 2024  PM 2  L

RECEIVED

AUG 1 9 2024

VERITA GLOBAL

2019 Apple Securities Settlement
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

and copy to:

90030-ii3535



APSL-EXCL00006*APSL-EXCL00008*

RECEIVED
August 19, 2024
Claims Center

# Exclusion Cover Page

Case Name: 2019 Apple Securities Litigation

Case Code: APSL

Exclusion Deadline: August 18, 2024 (Receive on or before)

Name of Person Filing Exclusion: TIAA Trust, N.A. Cust
FBO Linda R Michlin IRA

2019 Apple Securities Settlement
Claims Administrator,
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

August 12, 2024

Dear Mr. or Ms. Gilardi :

I wish to be excluded from the 2019 Apple Securities Settlement.

My November 2018 IRA statement shows that I had 48 shares of Apple stock.

My December 2018 statement, as well as, January 2019 and February 2019 statements all show the same 48 shares.

The unit cost is $101.94 per share with $4,893.19 cost basis.

Thank you very much,
Linda R. Michlin

TIAA Trust, N.A. CUST
FBO Linda R Michlin IRA

*Linda R. Mich...*



13 AUG 2024  PM 15 L

FREEDOM

RECEIVED

AUG 1 9 2024

VERITA GLOBAL

2019 Apple Securities Settlement
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

90030-113535



APSL-EXCL00006*APSL-EXCL00009*

RECEIVED
August 17, 2024
Claims Center

# Exclusion Cover Page

Case Name: 2019 Apple Securities Litigation

Case Code: APSL

Exclusion Deadline: August 18, 2024 (Receive on or before)

Name of Person Filing Exclusion: Sylvia Portillo

2019 Apple Securities Settlement
Claims Administrator
c/o Gilardi Co. LLC
PO Box 301135
Los Angeles, CA 90030-1135

August 15, 2024

Re: Class Action, Case No. 4:19-cv-02033-YRG

Dear Claims Administrator,

Today, August 15, 2024, I received a notice dated June 3, 2024, regarding Case No. 4:19-cv-02033-YRG, Class Action.

I am writing to you asking that I, Sylvia Portillo, be excluded from the Class Action. The reason for my request is that per the enclosed document (2019 Long Term Capital Gains Summary) associated with my 2019 income tax return it shows that my purchase of 11 shares of Apple stock on 02/06/2018 and subsequent sales of the same stock, 3 shares on 04/08/2019 and 8 shares on 09/11/2019, are outside the dates of 11/2/2018 through 1/2/2019 mentioned in the Class Action for any purchase or sales of Apple stock occurring during that 2-month period.

Thank you for your assistance with this matter.

Sincerely,

Sylvia Portillo

Sylvia Portillo

Enclosure

**Print**

# 2019 Long Term Capital Gain Summary

The Capital Gain Summary Reports provide an easy method to review all of your capital gain transactions during the year. To make your verification task easier, the transactions are broken down between short term and long term. Each list can be sorted alphabetically, or chronologically by the date sold. You may also print a copy to keep as part of your tax records or financial statements.

| Description | Reporting Category | Date Acquired | Date Sold | Sales Price | Cost or Basis | Code | Adjustment Amount | Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| Apple Inc Com, AAPL 3 Shares | D | 02/06/2018 | 09/11/2019 | 655 | 473 | | 0 | 182 |
| Apple Inc Com, AAPL, 8 Shares | D | 02/06/2018 | 04/08/2019 | 1,588 | 1,262 | | 0 | 326 |
| Columbia Seligman Premium Tech Com, STK: 175 Shares | D | 03/23/2018 | 04/20/2019 | 2,926 | 3,914 | W | 40 | -948 |
| Columbia Seligman Priemium Tech Com, STK 15.263 Shares | D | Various | 08/29/2019 | 307 | 341 | W | 1 | -33 |
| National | D | 02/06/2018 | 04/08/2019 | 380 | 330 | | 0 | 50 |

S. Portillo

2019 Apple Securities Settlement
Claims Administrator
c/o Gilardi Co. LLC
PO Box 301135
Los Angeles, CA 90030-1135

*PRESS FIRMLY TO SEAL*

 

*PRESS FIRMLY TO SEAL*

*Retail*

**U.S. POSTAGE PAID**
PME

AUG 16, 2024

90030

**$30.45**

RDC 07

S2324A502140-11

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.



RECEIVED

AUG 17 2024

VERITA GLOBAL

PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

---

**UNITED STATES POSTAL SERVICE®**  **PRIORITY MAIL EXPRESS®**



EI 980 595 124 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)          PHONE (     )

S. Portillo

**DELIVERY OPTIONS** (Customer Use Only)

☐ **SIGNATURE REQUIRED** *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
  *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)          PHONE (     )

2019 Apple Securities Settlement
Claims Administrator
c/o Gilardi Co. LLC
P.O. Box 301135
Los Angeles CA
ZIP + 4® (U.S. ADDRESSES ONLY)   90030-1135

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⮐ **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT** (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

| ORIGIN (POSTAL SERVICE USE ONLY) | | | |
|---|---|---|---|
| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 98012 | 08/17/24 | $ 30.45 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 08/16/24 | ☐ 12:00 PM ☐ 3:00 PM | $ | $ |
| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
| 12:58 | ☐ AM ☑ PM | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| | $ | | |
| Weight | ☑ Flat Rate | Acceptance Employee Initials | $ 30.45 |
| 0 oz 2 lbs | | | |

| DELIVERY (POSTAL SERVICE USE ONLY) | | |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, NOVEMBER 2023        PSN 7690-02-000-9996

   
**UNITED STATES POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.

This package is made from post-consumer waste. Please recycle – again.



RECEIVED
August 21, 2024
Claims Center

# Exclusion Cover Page

Case Name: 2019 Apple Securities Litigation

Case Code: APSL

Exclusion Deadline: August 18, 2024 (Receive on or before)

Name of Person Filing Exclusion: Dmitry Kuznetsov

To:

2019 Apple Securities Settlement
Claims Administrator
c/o Gilardi & Co. LLC
ATTN: EXCLUSIONS
P.O. Box 5100
Larkspur, CA 94977-5100

From:

Dmitry Kuznetsov



August 9, 2024

I would like to request an exclusion from the Class in the Apple Inc. Securities Litigation,
No. 4:19-cv-02033-YGR.

I have not bought or sold any of the Apple Inc. securities during the time period of this
Class Action Lawsuit (November 2, 2018, through January 2, 2019, inclusive).

Dmitry Kuznetsov

Dmitry Kuratsor



12 AUG 2024 PM 12 L


RECEIVED
AUG 2 1 2024
BY: ..................

2019 Apple Securities Settlement
Claims Administrator
c/o Gilardi & Co, LLC
ATTN: Exclusions
P.O. Box 5100    94977-5100
Larkspur, CA

94977-510000



*APSL-EXCL00011*

RECEIVED
August 21, 2024
Claims Center

# Exclusion Cover Page

Case Name: 2019 Apple Securities Litigation

Case Code: APSL

Exclusion Deadline: August 18, 2024 (Receive on or before)

Name of Person Filing Exclusion: Dorado Ridgell

Dorado Ridgell

2024/8/15

2019 Apple Securities Settlement
Claims Administrator
C/O Gilardi & CO. LLC
P. O. Box 5100
Los Angeles, California 94977-5100

Dear Sir or Madam:

you have been put on notice upon receipt of this letter
I (Dorado Ridgell) requesting exclusion from the Class
in the In re Apple Inc. Securities Litigation, No.
4:19-cv-02033-YGR.

Included is purchases or acquisitions of Apple publicly
traded Securities during the Class period, including the dates
and the number of Apple common shares or Call options on
Apple common shares I purchased or acquired and/or the
date(s) and number of put options on Apple Common Shares
I Sold and submitting exclusion request so that it is
received no later than August 18, 2024. My address and
and phone number is stated above and signature below in
accordance with the Internet Notice that can be found at 2019
Apple Securities settlement. Per your request my name is: Dorado



# RAYMOND JAMES®

January 29, 2021

Trade Confirmation - Account ▇▇▇▇▇

**RJA Investment Central**
**Raymond James & Associates, Inc.**
50 N Front St Fl 19
Memphis, TN 38103-1155
Toll Free (800) 222-8866
RJAInvestmentCentral@RaymondJames.com

645731008646 01 MB    0.447  37 1195 4

Dorado Ridgell

▇▇▇▇▇▇▇▇▇▇▇▇▇

**Raymond James Client Services**
**800.647.SERV(7378)**
Monday - Friday 8 a.m. to 9 p.m. ET

**Online Account Access**
raymondjames.com/clientaccess

## Ridgell Account Trade Confirmation - Account # ▇▇▇▇▇

**BROKERAGE**
These transactions were made in a non-fee-based account. A commission and/or other fees are generally assessed on each transaction. Commissions are charged on individual transactions.

Equities | **EQ**



| Number of Shares: | Net Amount: | Amount per Share: |
|---|---|---|

| **Trade Calculation** | | |
|---|---|---|
| Trade Amount: | $6,746.25 | |
| Commission: | $75.00 | |
| RT Fee: | $0.15 | |
| Handling Fee: | $5.95 | |
| Net Amount: | $6,665.15 | |
| Price per Share: | $134.9250 | |
| Trade Date: | 01/29/2021 | |
| Settlement Date: | 02/02/2021 | |
| CUSIP: | 037833100 | |

**MARKET MAKER:** Raymond James & Associates, Inc. is a market maker in this security.

**PREFERRED COMMISSION:** Your financial advisor executed this trade for you at a discounted commission.

**CAPACITY:** This transaction was executed on an agency basis.

**UNSOLICITED:** You initiated this transaction.

**RT FEE:** See the References Section for additional information on this fee.

2021012900332049302405000002405

Please refer to the *Understanding Your Confirmation* page for additional information.

Account carried by Raymond James & Associates, Inc. | Member New York Stock Exchange/SIPC
| 880 Carillon Parkway | St. Petersburg, Florida 33716 | 727.567.1000 | raymondjames.com

Page 1 of 2



29453920-2-1  3NE00|96F0

# RAYMOND JAMES®

880 Carillon Parkway
St. Petersburg, FL 33716

PRESORTED
FIRST CLASS



US POSTAGE
$00.42®

# FIRST-CLASS



095289879    160 AMIIZAB 72113



Go paperless. Get it online. Anytime.
Visit raymondjames.com/gopaperless to enroll today.

# RAYMOND JAMES®

August 14, 2020

Trade Confirmation - Account # ■■■■■■

**RJA Investment Central**
Raymond James & Associates, Inc.
50 N Front St Fl 19
Memphis, TN 38103
Toll Free (800) 222-8866
RJAInvestmentCentral@RaymondJames.com

573171010097 01 MB    0.436  25 8192 3

Dorado Ridgell

**Raymond James Client Services**
800.647.SERV(7378)
Monday - Friday 8 a.m. to 9 p.m. ET

**Online Account Access**
raymondjames.com/clientaccess

## Ridgell Account Trade Confirmation - Account # ■■■■■■

BROKERAGE
These transactions were made in a non fee-based account. A commission and/or other fees are generally assessed on each transaction. Commissions are charged on individual transactions.

Equities    EQ

### Buy

**APPLE INCORPORATED (Symbol: AAPL)**

| Number of Shares: | Total Cost: | Cost per Share: |
|---|---|---|
| **8.000** | **$3,792.29** | **$474.0363** |

Trade
**1** of 3

| Trade Calculation | |
|---|---|
| Trade Amount: | $3,671.20 |
| Commission: | $115.14 |
| Handling Fee: | $5.95 |
| Total Cost: | $3,792.29 |
| | |
| Price per Share: | $458.8999 |
| | |
| Trade Date: | 08/14/2020 |
| Settlement Date: | 08/18/2020 |
| | |
| CUSIP: | 037833100 |

**MARKET MAKER:** Raymond James & Associates, Inc. is a market maker in this security.

**AVERAGE PRICE TRADE:** The price for this transaction is an average price.

**TAXATION:** Income from this security, reportable in the year earned, is subject to federal, state and/or local taxes.

**CAPACITY:** This transaction was executed on an agency basis.

**UNSOLICITED:** You initiated this transaction.

2020081400850043690023960000002396

Please refer to the *Understanding Your Confirmation* page for additional information.



Account carried by Raymond James & Associates, Inc. | Member New York Stock Exchange/SIPC
| 880 Carillon Parkway | St. Petersburg, Florida 33716 | 727.567.1000 | raymondjames.com

Page 1 of 4

29453920-2-1  3NE60/96F0

**RAYMOND JAMES®**

880 Carillon Parkway
St. Petersburg, FL 33716

PRE SORTED
FIRST CLASS

US POSTAGE
$00.41



# FIRST-CLASS

156807858    160 GMIZNAB 72113



*Go paperless. Get it online. Anytime.*
**Visit raymondjames.com/gopaperless to enroll today.**

# RAYMOND JAMES®

May 4, 2018

Trade Confirmation - Account # ▮▮▮▮

**STEPHEN RABORN**
Raymond James & Associates, Inc.
12921 Cantrell Road
Suite 400
Little Rock, AR 72223-1708
(501) 558-4000
http://www.raymondjames.com/stephenraborn
STEPHEN.RABORN@RAYMONDJAMES.COM

238891004169 02 MB    0.421  17 1460 3
|ı|ı|ıₙₙₙ·|·ₙ|ı·|ı·|ıₙ||||ı·|ı·|ı·|·|ı|ı|ıₙₙₙ||ıₙ|ı|ı|ıₙ|ı|ı|
Dorado Ridgell



▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Raymond James Client Services**
800.647.SERV(7378)
Monday - Friday 8 a.m. to 9 p.m. ET

**Online Account Access**
raymondjames.com/investoraccess

## Ridgell Account Trade Confirmation - Account # ▮▮▮▮

These transactions were made in a non-fee based account. A commission and/or other fees are generally assessed on each transaction. Commissions are charged on individual transactions.

**Equities**   EQ

### APPLE INCORPORATED (Symbol: AAPL)

**Buy**

| | | |
|---|---|---|
| Number of Shares: | Total Cost: | Cost per Share: |
| **8.000** | **$1,501.82** | **$187.7275** |

Trade **1** of 11

**Trade Calculation**
| | |
|---|---|
| Trade Amount: | $1,470.87 |
| Commission: | $25.00 |
| Handling Fee: | $5.95 |
| Total Cost: | $1,501.82 |
| Price per Share: | $183.8590 |
| Trade Date: | 05/04/2018 |
| Settlement Date: | 05/08/2018 |
| CUSIP: | 037833100 |

**PREFERRED COMMISSION:** Your financial advisor executed this trade for you at a discounted commission.

**TAXATION:** Income from this security, reportable in the year earned, is subject to federal, state and/or local taxes.

**CAPACITY:** This transaction was executed on an agency basis.

**UNSOLICITED:** You initiated this transaction.

2018050400008718802396000002396

Please refer to the *Understanding Your Confirmation* page for additional information.



29453920-2-1  3DT00/3LA4

# RAYMOND JAMES®

880 Carillon Parkway
St. Petersburg, FL 33716

PRESORTED
FIRST CLASS



US POSTAGE
$00.40

# FIRST-CLASS



125 CM1BZAB 72113



Go paperless. Get it online. Anytime.
Visit raymondjames.com/gopaperless to enroll today.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) | Case No. 4:19-cv-02033-YGR |
| | ) | |
| _____ | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) | |
| _____ | ) | |

## SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

**TO:** **ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY TRADED SECURITIES OF APPLE INC. ("APPLE"), INCLUDING PURCHASERS OF APPLE CALL OPTIONS AND SELLERS OF APPLE PUT OPTIONS, DURING THE PERIOD FROM NOVEMBER 2, 2018, THROUGH JANUARY 2, 2019, INCLUSIVE, AND WHO SUFFERED DAMAGES BY DEFENDANTS' ALLEGED VIOLATIONS OF SECTIONS 10(b) AND 20(a) OF THE SECURITIES EXCHANGE ACT OF 1934 ("CLASS" OR "CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on September 17, 2024, at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers at the United States District Court, Northern District of California, Ronald V. Dellums Federal Building & U.S. Courthouse, Courtroom 1 – 4th Floor, 1301 Clay Street, Oakland, CA 94612, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Amended Stipulation of Settlement ("Stipulation")[1] for $490 million in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Action with prejudice; (3) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Class Action Settlement Notice ("Notice"), which is discussed below) and to award Representative Parties for their time and expenses pursuant to 15 U.S.C. §78u-4(a)(4), and, if so, in what amount, and (4) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

IF YOU PURCHASED OR OTHERWISE ACQUIRED APPLE PUBLICLY TRADED SECURITIES FROM NOVEMBER 2, 2018, THROUGH JANUARY 2, 2019, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS ACTION.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(received no later than October 4, 2024)** or electronically **(no later than October 4, 2024)**. Your failure to submit your Proof of Claim by October 4, 2024, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Action.[2] If you purchased, or otherwise acquired, Apple publicly traded common stock or call options on Apple common stock, or sold put options on Apple stock during the period from November 2, 2018, through January 2, 2019, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

You may review the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), access the Proof of Claim, and find the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other Settlement documents, online at www.2019AppleSecuritiesSettlement.com, or by writing to:

*2019 Apple Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900, San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

---

[1]     The Stipulation can be viewed and/or obtained at www.2019AppleSecuritiesSettlement.com.

[2]     Proof of Claim forms that are legibly postmarked no later than October 4, 2024 will be treated as received on the postmark date. Please be advised that the U.S. Postal Service may not postmark mail which is not presented in person.

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **RECEIVED BY AUGUST 18, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 25% OF THE SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $3,000,000, PLUS INTEREST EARNED THEREON AND AN AWARD TO REPRESENTATIVE PARTIES NOT TO EXCEED $73,000 IN THE AGGREGATE PURSUANT TO 15 U.S.C. §78u-4(a)(4). ANY OBJECTIONS MUST BE FILED WITH THE COURT **BY AUGUST 18, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: JUNE 3, 2024

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*2019 Apple Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135



02

00277972

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225

JOB#N05166-010  4#

Received
August 15, 2024

**IMPORTANT LEGAL DOCUMENTS ENCLOSED.**

\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 720
Dorado Ridgell

02

**APSL**

2

**Retail**

**U.S. POSTAGE PAID**
PME

AUG 16, 2024

**$30.45**

94977

S2323Y501786-16

RDC 07

**PRIORITY MAIL ★ PRESS™**

SERVICE IN THE U.S.

AUG 2 1

BY: .............

**ERNATIONALLY,
ECLARATION
: REQUIRED.**

D: 12.5 x 9.5

PRESS FIRMLY TO SEAL

RMLY TO SEAL

LITTLE ROCK MAIN OFFICE

AUG 1 6 2024

EK 874172217 US

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY ★ MAIL ★ EXPRESS™**

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )

Dorado Ridgell

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ **SIGNATURE REQUIRED** *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

2019 Apple Securities Settlement
Claims Administrator
c/o Gilardi + Co. LLC, ATTN: EXCLUSIONS
P.O. Box 5100, Larkspur, California

ZIP + 4® (U.S. ADDRESSES ONLY)

9 4 9 7 7 - 5

APSL

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN: (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| | | $ |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 8/16/24 | ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | $ | $ |

| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| | $ | $ | $ |

| Weight | ☐ Flat Rate | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|---|
| lbs.    ozs. | | $ | $ 3.45 |

| | | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| | 10:30 AM | |

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| | | |

LABEL 11-B, JANUARY 2014    PSN 7690-02-000-9996    **1-ORIGIN POST OFFICE COPY**

RECEIVED
AUG 2 1 2024
BY: .............

✝ Money Back Guarantee for U.S. destinations only.



RECEIVED
August 21, 2024
Claims Center

# Exclusion Cover Page

Case Name: 2019 Apple Securities Litigation

Case Code: APSL

Exclusion Deadline: August 18, 2024 (Receive on or before)

Name of Person Filing Exclusion: Beverly F Lind
                                    Kenneth E Lind (Decd)

August 16, 2024

2019 Apple Securities Settlement
Claims Administrator
C/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

RE: Apple Inc. Securities Litigation
Case No: 4:19-cv-02033-YGR
CLASS ACTION

I am in receipt today of the summary notice
of proposed settlement of class action.
This communication is to inform you of our
request that we be excluded from the Class.
I have concerns that since we received this
notice on August 16 that your due date for receipt
of such requests is August 18, 2024, the short
notice would prevent your receipt of our wish for exclusion
in time. With this explanation I hope you can
still exclude us.

Sincerely yours,

Beverly F. Lind
(Mrs.) Kenneth E. Lind

Enclosed is a copy of my husband's death certificate

# CERTIFICATION OF VITAL RECORD

### CERTIFICATE OF DEATH

#### DECEDENT INFORMATION

BIRTH NUMBER: *Not Available*

NAME: *Kenneth Emanuel Lind*          DATE FILED: *12/03/2021*



Beverly Lind



U.S. AUG 2024 PM 2. T.

AUG 1 6 2024

2019 Apple Securities Settlement
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

**RECEIVED**

AUG 2 1 2024

**VERITA GLOBAL**

90030╪1135



RECEIVED
August 21, 2024
Claims Center

# Exclusion Cover Page

Case Name: 2019 Apple Securities Litigation

Case Code: APSL

Exclusion Deadline: August 18, 2024 (Receive on or before)

Name of Person Filing Exclusion: Issam Moubarak

To:  Claims Administrator

From: Issam Moubarak

Date: 8/14/24

Case N0.  4:19-cv-02033-YGR

I desire to be **excluded** from the Class


Sincerely,

Issam Moubarak

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) | Case No. 4:19-cv-02033-YGR |
| | ) | |
| | ) | CLASS ACTION |
| This Document Relates To: | ) | |
| ALL ACTIONS. | ) | |
| | ) | |

### SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

**TO:    ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY TRADED SECURITIES OF APPLE INC. ("APPLE"), INCLUDING PURCHASERS OF APPLE CALL OPTIONS AND SELLERS OF APPLE PUT OPTIONS, DURING THE PERIOD FROM NOVEMBER 2, 2018, THROUGH JANUARY 2, 2019, INCLUSIVE, AND WHO SUFFERED DAMAGES BY DEFENDANTS' ALLEGED VIOLATIONS OF SECTIONS 10(b) AND 20(a) OF THE SECURITIES EXCHANGE ACT OF 1934 ("CLASS" OR "CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on September 17, 2024, at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers at the United States District Court, Northern District of California, Ronald V. Dellums Federal Building & U.S. Courthouse, Courtroom 1 – 4th Floor, 1301 Clay Street, Oakland, CA 94612, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Amended Stipulation of Settlement ("Stipulation")[1] for $490 million in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Action with prejudice; (3) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Class Action Settlement Notice ("Notice"), which is discussed below) and to award Representative Parties for their time and expenses pursuant to 15 U.S.C. §78u-4(a)(4), and, if so, in what amount, and (4) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

IF YOU PURCHASED OR OTHERWISE ACQUIRED APPLE PUBLICLY TRADED SECURITIES FROM NOVEMBER 2, 2018, THROUGH JANUARY 2, 2019, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS ACTION.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(received no later than October 4, 2024)** or electronically **(no later than October 4, 2024)**. Your failure to submit your Proof of Claim by October 4, 2024, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Action.[2] If you purchased, or otherwise acquired, Apple publicly traded common stock or call options on Apple common stock, or sold put options on Apple stock during the period from November 2, 2018, through January 2, 2019, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

You may review the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), access the Proof of Claim, and find the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other Settlement documents, online at www.2019AppleSecuritiesSettlement.com, or by writing to:

*2019 Apple Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900, San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

---

[1]     The Stipulation can be viewed and/or obtained at www.2019AppleSecuritiesSettlement.com.
[2]     Proof of Claim forms that are legibly postmarked no later than October 4, 2024 will be treated as received on the postmark date. Please be advised that the U.S. Postal Service may not postmark mail which is not presented in person.

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **RECEIVED BY AUGUST 18, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 25% OF THE SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $3,000,000, PLUS INTEREST EARNED THEREON AND AN AWARD TO REPRESENTATIVE PARTIES NOT TO EXCEED $73,000 IN THE AGGREGATE PURSUANT TO 15 U.S.C. §78u-4(a)(4). ANY OBJECTIONS MUST BE FILED WITH THE COURT **BY AUGUST 18, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: JUNE 3, 2024

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*2019 Apple Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

00483527



PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225
JOB#N05166 - 010
34#

**IMPORTANT LEGAL DOCUMENTS ENCLOSED.**

*******AUTO**SCH 5-DIGIT 08543
ISSAM F MOUBARAK


07

**APSL**

*Issam and Kathleen Moubarak*

15 AUG 2024  PM 6  L

RECEIVED

AUG 2 1 2024

VERITA GLOBAL

2019 Apple Securities
Settlement
Claims Administrator
c/o Gilardi & Co. LLC
P. O. Box 301135
Los Angeles, CA 90030-1135



RECEIVED
August 21, 2024
Claims Center

# Exclusion Cover Page

Case Name: 2019 Apple Securities Litigation

Case Code: APSL

Exclusion Deadline: August 18, 2024 (Receive on or before)

Name of Person Filing Exclusion: Leonard and Eileen DeStefano



August 14, 2024

2019 Apple Settlement
Claims Administrator
c/o Gilardi & Company, LLC
PO Box 301135
Los Angeles, CA 90030-1135

RE: Apple Claims Settlement

Please be advised that my wife, Eileen. And I wish to be excluded from the 2019
Apple Claims Settlement, Case No. 4.19-cv-02033-YGR.

Attached is a copy of Apple relevant transactions and positions.

Also, Please be aware that I did not receive the class action notice until August
14 ,2024.

Our phone number is ███████ and our home address is ██████████
████████

*Leonard DeStefano* (signature)

Leonard DeStefano

*Eileen DeStefano* (signature)

Eileen DeStefano

# Morgan Stanley

## LIST OF TRANSACTIONS AND POSITIONS

| Client Name: | LEONARD DESTEFANO & EILEEN DESTEFANO JT WROS | | Account#: | | Account Type: AAA | Household Tier: STDCAP | | FA#: | | FA Name: The ORourke Finegan Group |
|---|---|---|---|---|---|---|---|---|---|---|

| CUSIP# | Security# | Security Type | Security Name | Transaction Type | Transaction Description | Quantity | Price($) | Transaction Date | Total Cost ($) | Position Begin Date | Quantity | Position End Date | Quantity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 037833100 | 000004973 | STKCOM | APPLE INC | | | | | | | 11/02/2018 | 218 04 | | |
| 037833100 | 000004973 | STKCOM | APPLE INC | TRD | Bought | 0 93 | 171 57 | 02/14/2019 | 159 78 | | | | |
| 037833100 | 000004973 | STKCOM | APPLE INC | TRD | Bought | 0 84 | 189.94 | 11/15/2018 | 159 17 | | | | |
| 037833100 | 000004973 | STKCOM | APPLE INC | | | | | | | | | 04/02/2019 | 219 81 |

Morgan Stanley Smith Barney LLC ("Morgan Stanley") does not provide tax or legal advice. Please consult your tax or legal advisors for such guidance. The information set forth is from records we believe to be reliable but we cannot guarantee their accuracy  This information pertains only to accounts that you currently maintain or have maintained at this Morgan Stanley branch office. Morgan Stanley's provision of this information does not constitute a proof of claim on your behalf, and does not ensure that you will share in the proceeds of a settlement, if any. Please refer to all class notices, including proofs of claim, to determine filing and eligibility requirements and for all further information about the class action. ©2013 Morgan Stanley Smith Barney LLC. Member SIPC.



15 AUG 2024  PM 10 L

FREEDOM

**RECEIVED**

AUG 2 1 2024

**VERITA GLOBAL**

2019 Apple Securities settlement
Claims Administrator
c/o Gilardi & Co. LLC
P O Box 301135
Los Angeles, CA 90030-1135

90030-113535



RECEIVED
August 21, 2024
Claims Center

# Exclusion Cover Page

Case Name: 2019 Apple Securities Litigation

Case Code: APSL

Exclusion Deadline: August 18, 2024 (Receive on or before)

Name of Person Filing Exclusion: Betty Brattain Rollover IRA
PTC Cust

*2019 Apple Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

00184076

 

06

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225

JOB#N05166-010   17#

**IMPORTANT LEGAL DOCUMENTS ENCLOSED.**

*********AUTO**ALL FOR AADC 460
PTC CUST ROLLOVER IRA FBO
BETTY A BRATTAIN

**APSL**

06



Betty O. Brattain



16 AUG 2024 PM 1 L

RECEIVED

AUG 2 1 2024

VERITA GLOBAL

2019 Apple Securities Settlem
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

90030-113535



RECEIVED
August 21, 2024
Claims Center

# Exclusion Cover Page

Case Name: 2019 Apple Securities Litigation

Case Code: APSL

Exclusion Deadline: August 18, 2024 (Receive on or before)

Name of Person Filing Exclusion: Betty Brattain Rollover IRA
TOD Account

Federal Building &

the postmark date. Please be advised

00184077


07

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225

JOB#N05166-010   17#

**IMPORTANT LEGAL DOCUMENTS ENCLOSED.**

*********AUTO**ALL FOR AADC 460
BETTY A BRATTAIN
TOD ACCOUNT

Please
Exclude!

07

**APSL**



**Betty O. Brattain**



16 AUG 2024  PM 1  L

RECEIVED

AUG 2 1 2024

VERITA GLOBAL

*2019 Apple Securities Settlem*
*Claims Administrator*
*c/o Gilardi & Co. LLC*
*P.O. Box 301135*
*Los Angeles, CA 90030-1135*

90030-113535



*APSL-EXCL00017*

RECEIVED
August 26, 2024
Claims Center

# Exclusion Cover Page

Case Name: 2019 Apple Securities Litigation

Case Code: APSL

Exclusion Deadline: August 18, 2024 (Receive on or before)

Name of Person Filing Exclusion: Neil F Graff

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **RECEIVED BY AUGUST 18, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 25% OF THE SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $3,000,000, PLUS INTEREST EARNED THEREON AND AN AWARD TO REPRESENTATIVE PARTIES NOT TO EXCEED $73,000 IN THE AGGREGATE PURSUANT TO 15 U.S.C. §78u-4(a)(4). ANY OBJECTIONS MUST BE FILED WITH THE COURT **BY AUGUST 18, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: JUNE 3, 2024

 I would like to be excluded from the class.

 8/16/24

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

00270351

01

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225

JOB#N05166-010   35#

**IMPORTANT LEGAL DOCUMENTS ENCLOSED.**



*******AUTO**SCH 5-DIGIT 68154
NEIL F. GRAFF

**APSL**

01

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) | Case No. 4:19-cv-02033-YGR |
| | ) | |
| This Document Relates To: | ) | CLASS ACTION |
| ALL ACTIONS. | ) | |
| | ) | |

### SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

**TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY TRADED SECURITIES OF APPLE INC. ("APPLE"), INCLUDING PURCHASERS OF APPLE CALL OPTIONS AND SELLERS OF APPLE PUT OPTIONS, DURING THE PERIOD FROM NOVEMBER 2, 2018, THROUGH JANUARY 2, 2019, INCLUSIVE, AND WHO SUFFERED DAMAGES BY DEFENDANTS' ALLEGED VIOLATIONS OF SECTIONS 10(b) AND 20(a) OF THE SECURITIES EXCHANGE ACT OF 1934 ("CLASS" OR "CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on September 17, 2024, at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers at the United States District Court, Northern District of California, ▮▮▮▮▮▮▮▮▮▮▮ U.S. Courthouse, Courtroom 1 – 4th Floor, 1301 Clay Street, Oakland, CA 94612, to d▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ settlement (the "Settlement") of the above-captioned action as set forth in the Amended Sti▮▮▮▮▮▮▮▮▮▮▮ for $490 million in cash should be approved by the Court as fair, reasonable, and adequate▮▮▮▮▮▮▮▮▮▮ the Stipulation should be entered dismissing the Action with prejudice; (3) to award Lead C▮▮▮▮▮▮▮▮▮ out of the Settlement Fund (as defined in the Class Action Settlement Notice ("Notice"), wh▮▮▮▮▮▮▮▮ Representative Parties for their time and expenses pursuant to 15 U.S.C. §78u-4(a)(4), a▮▮▮▮▮▮▮▮ Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

IF YOU PURCHASED OR OTHERWISE ACQUIRED APPLE PUBLICLY TRADED SECURITIES FROM NOVEMBER 2, 2018, THROUGH JANUARY 2, 2019, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS ACTION.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(received no later than October 4, 2024)** or electronically **(no later than October 4, 2024)**. Your failure to submit your Proof of Claim by October 4, 2024, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Action.[2] If you purchased, or otherwise acquired, Apple publicly traded common stock or call options on Apple common stock, or sold put options on Apple stock during the period from November 2, 2018, through January 2, 2019, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

You may review the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), access the Proof of Claim, and find the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other Settlement documents, online at www.2019AppleSecuritiesSettlement.com, or by writing to:

*2019 Apple Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900, San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

---

[1]    The Stipulation can be viewed and/or obtained at www.2019AppleSecuritiesSettlement.com.

[2]    Proof of Claim forms that are legibly postmarked no later than October 4, 2024 will be treated as received on the postmark date. Please be advised that the U.S. Postal Service may not postmark mail which is not presented in person.

17 AUG 2024  PM 2  L



RECEIVED

AUG 2 6 2024

VERITA GLOBAL

90030811 35 8901        ||||||
90030-113535

*2019 Apple Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135



‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖*APSL-EXCL80001*

RECEIVED
August 26, 2024
Claims Center

# Exclusion Cover Page

Case Name: 2019 Apple Securities Litigation

Case Code: APSL

Exclusion Deadline: August 18, 2024 (Receive on or before)

Name of Person Filing Exclusion: Carol P Ellis TR
Carol P Ellis TTEE
U/A Dtd 12/28/1992

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **RECEIVED BY AUGUST 18, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 25% OF THE SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $3,000,000, PLUS INTEREST EARNED THEREON AND AN AWARD TO REPRESENTATIVE PARTIES NOT TO EXCEED $73,000 IN THE AGGREGATE PURSUANT TO 15 U.S.C. §78u-4(a)(4). ANY OBJECTIONS MUST BE FILED WITH THE COURT **BY AUGUST 18, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: JUNE 3, 2024

*I do desire to be excluded from the class —*
*Carol Ellis*

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*2019 Apple Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

00250113



03

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225

JOB#N05166-010  1#

**IMPORTANT LEGAL DOCUMENTS ENCLOSED.**

\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 600
CAROL P ELLIS TR
CAROL P ELLIS TTEE
U/A DTD 12/28/1992



03

**APSL**

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION | ) Case No. 4:19-cv-02033-YGR |
| | ) |
| This Document Relates To: | ) CLASS ACTION |
| ALL ACTIONS. | ) |
| | ) |

## SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

**TO:     ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY TRADED SECURITIES OF APPLE INC. ("APPLE"), INCLUDING PURCHASERS OF APPLE CALL OPTIONS AND SELLERS OF APPLE PUT OPTIONS, DURING THE PERIOD FROM NOVEMBER 2, 2018, THROUGH JANUARY 2, 2019, INCLUSIVE, AND WHO SUFFERED DAMAGES BY DEFENDANTS' ALLEGED VIOLATIONS OF SECTIONS 10(b) AND 20(a) OF THE SECURITIES EXCHANGE ACT OF 1934 ("CLASS" OR "CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on September 17, 2024, at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers at the United States District Court, Northern District of California, Ronald V. Dellums Federal Building & U.S. Courthouse, Courtroom 1 – 4th Floor, 1301 Clay Street, Oakland, CA 94612, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Amended Stipulation of Settlement ("Stipulation")[1] for $490 million in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Action with prejudice; (3) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Class Action Settlement Notice ("Notice"), which is discussed below) and to award Representative Parties for their time and expenses pursuant to 15 U.S.C. §78u-4(a)(4), and, if so, in what amount, and (4) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

IF YOU PURCHASED OR OTHERWISE ACQUIRED APPLE PUBLICLY TRADED SECURITIES FROM NOVEMBER 2, 2018, THROUGH JANUARY 2, 2019, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS ACTION.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(received no later than October 4, 2024)** or electronically **(no later than October 4, 2024)**. Your failure to submit your Proof of Claim by October 4, 2024, will subject your claim to rejection and preclude you from receiving any of the recovery in connection with the Settlement of this Action.[2] If you purchased, or otherwise acquired, Apple publicly traded common stock or call options on Apple common stock, or sold put options on Apple stock during the period from November 2, 2018, through January 2, 2019, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

You may review the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), access the Proof of Claim, and find the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other Settlement documents, online at www.2019AppleSecuritiesSettlement.com, or by writing to:

*2019 Apple Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900, San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

---

[1]     The Stipulation can be viewed and/or obtained at www.2019AppleSecuritiesSettlement.com.

[2]     Proof of Claim forms that are legibly postmarked no later than October 4, 2024 will be treated as received on the postmark date. Please be advised that the U.S. Postal Service may not postmark mail which is not presented in person.

Carol Ellis



22 AUG 2024 PM 7 l

FREEDOM

RECEIVED

AUG 2 6 2024

VERITA GLOBAL

Claims Administrator
P.O. Box 301135
Los Angeles Ca
90030 -1135

90030-113535



RECEIVED
August 28, 2024
Claims Center

# Exclusion Cover Page

Case Name: 2019 Apple Securities Litigation

Case Code: APSL

Exclusion Deadline: August 18, 2024 (Receive on or before)

Name of Person Filing Exclusion: Tom L Jay

Tom Jay



Re: Apple Inc. Securities Litigation

August 19, 2024

To Whom It May Concern,

Received the 2019 Apple Securities Settlement notice last Saturday (August 17) in the mail. Your submitting date for exclusion must be received by August 18, 2024. This will not allow us a reasonable time to respond.

We had no Apple Call or Put options for our stock holdings with Apple Inc. from November 2, 2018, through January 2, 2019. I have included a copy of our Apple Inc. transactions of our stock holdings from 2014 to 2020

We would prefer to be excluded from the settlement.

Sincerely,

Tom L. Jay

Citigroup, Inc. 97.17724 Shares @ $29.2882 for total cost of $2,846.15. Detail Information not available. March 24, 2020 Sold: 25 shares @ $38.88, 72 shares @ 38.8864 and 017724 shares @ $38.88 for a total of $3,778.60.

| Date | Shares/Stock Name | Purchase Price/Share | Broker Fee |
|---|---|---|---|
| 4/29/2014 | 20 Apple Inc. (AAPL) Transaction No. 2400103968310 | $594.10 | $5.95 |
| 6/9/2014 | 140 Shares. 7:1 Stock Split Stock Split June 6, 2014 Closing Price of $645.57 | $91.77 | $5.95 |
| 8/19/2014 | 60 Apple Inc. (AAPL) Transaction No. 2400106994963 | $ 99.57 | $5.95 |

| 8/31/2020 | 600 Shares 4:1 Stock Split Stock Split August 31 2020 Closing Price of $535.80 | $133 95 | $0 |

| 8/31/2020 | Shares/Stock Name | Purchase Price/Share | Broker Fee |
|---|---|---|---|
| | 50 Apple Inc. (AAPL) Broker: E-Trade | $127.919 | $0?? |
| **Not including dividend earning converted to additional shares** | | | |
| 3/14/2024 | ** Gifted to both Keith & Brent 35 Shares each @ $179.66 P/S | | |
| | | | |

| Date | Shares/Stock Name | Purchase Price/Share | Broker Fee |
|---|---|---|---|
| 9/19/2018 | 100 General Electric Co. (GE) Transaction No. 2400144659908 | $12.86 | $5.95 |

| 9/24/2018 | Shares/Stock Name | Purchase Price/Share | Broker Fee |
|---|---|---|---|
| | 100 General Electric Co. (GE) Transaction No. 2400144711146 | $11.67 | $5.95 |

**Sold on March 24, 2020. Total shares sold 201.02955 (201 Shares sold @ $6.7734 and 0.02955 Shares sold @ $6.77) for a total amount of $1,361.59. Broker Fee: $5.95.**

| | Shares/Stock Name | Purchase Price/Share | Broker Fee |
|---|---|---|---|
| | 500 Workhorse Group Inc. (WKHS) Broker: E-Trade | $1.9857 | $5.95 |

**Sold on March 24, 2020. Total shares sold 500 @ $1.69 per share for a total of $844.92. Broker Fee: $5.95.**

Tom and Wendy Jay

20 AUG 2024  PM 1  L





RECEIVED
AUG 2 8 2024
BY: ........................

2019 Apple Securities Settlement

P.O. Box 5100

Larkspur, CA  94977-5100

94977-510000