ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
KENNETH J. BLACK (291871)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
       – and –
MARK SOLOMON (151949)
ELLEN GUSIKOFF STEWART (144892)
JASON A. FORGE (181542)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
elleng@rgrdlaw.com
jforge@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 4:19-cv-02033-YGR<br><br><u>CLASS ACTION</u><br><br>REQUEST TO CONTINUE POST-DISTRIBUTION ACCOUNTING AND COMPLIANCE HEARING<br><br>DATE: September 26, 2025<br>TIME: 9:01 a.m.<br>CTRM: 1, 4th Floor<br>JUDGE: The Honorable Yvonne Gonzalez Rogers |

4923-4597-0276.v1

Lead Plaintiff Norfolk County Council as Administering Authority of the Norfolk Pension Fund respectfully requests a continuation of the September 19, 2025 deadline to file the Post-Distribution Accounting, and the Post-Distribution Compliance Hearing, currently scheduled for September 26, 2025. *See* ECF 445 at 13.[1]

There has been a tremendous response by Claimants to the comprehensive Court-approved notice program. Each claim is being reviewed and verified by the Claims Administrator, Gilardi & Co. LLC ("Gilardi"), for completeness and accuracy. A considerable number of the claims submitted contain errors or deficiencies that require additional information or corrections. Claimants who file deficient claims will be notified and provided the opportunity to cure those deficiencies or to challenge the Claims Administrator's determination. Gilardi anticipates issuing notices of deficiency or rejection to Claimants by the end of September, 2025. Claimants will thereafter have an opportunity to cure the deficiencies or rejection determination by submitting additional or clarifying information to validate the claim, or to challenge the rejections. Any disputed claims may be brought to the Court for resolution.

Gilardi also expects that distribution of the Net Settlement Fund will occur by the end of 2025, but to avoid further continuances, Lead Plaintiff respectfully requests that the Court: (1) vacate the September 19, 2025 Post-Distribution Accounting submission deadline and the September 26, 2025 Post-Distribution Compliance Hearing; and (2) reset the initial Post-Distribution Accounting filing deadline to January 16, 2026; and (3) set the Post-Distribution Compliance Hearing for January 30, 2026, or a date thereafter that is convenient for the Court. Pending distribution, the Settlement Fund continues to earn interest for the benefit of Authorized Claimants.

DATED: September 18, 2025                      Respectfully submitted,

                                               ROBBINS GELLER RUDMAN
                                                 & DOWD LLP


                                                    s/ Shawn A. Williams
                                                  SHAWN A. WILLIAMS

---

[1] Lead Counsel has conferred with Defendants' Counsel and they take no position on these requests.

|   |   |
|---|---|
| 1 | |
| 2 | SHAWN A. WILLIAMS |
|   | DANIEL J. PFEFFERBAUM |
| 3 | KENNETH J. BLACK |
|   | HADIYA K. DESHMUKH |
| 4 | Post Montgomery Center |
|   | One Montgomery Street, Suite 1800 |
| 5 | San Francisco, CA  94104 |
|   | Telephone:  415/288-4545 |
| 6 | 415/288-4534 (fax) |
|   | shawnw@rgrdlaw.com |
| 7 | dpfefferbaum@rgrdlaw.com |
|   | kennyb@rgrdlaw.com |
| 8 | hdeshmukh@rgrdlaw.com |

SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
KENNETH J. BLACK
HADIYA K. DESHMUKH
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
kennyb@rgrdlaw.com
hdeshmukh@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
MARK SOLOMON
ELLEN GUSIKOFF STEWART
JASON A. FORGE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
elleng@rgrdlaw.com
jforge@rgrdlaw.com

Lead Counsel for Lead Plaintiff

LABATON KELLER SUCHAROW
CAROL C. VILLEGAS
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/883-7524 (fax)
cvillegas@labaton.com

Counsel for Employees' Retirement System of the State of Rhode Island

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel